EXHIBIT 509







# **Watson** Pharmaceuticals

*Focused on Global Growth*

# **Customer Relations Operations**

**Mary Woods**

**Exec. Director Customer Relations Operations**

**2012**

EXHIBIT
Allergan-Woods
35
1-10-19







CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Customer Relations Operations High-Level Org Chart

**Mary Woods**
Executive Director
Customer Relations Operations

1 Administrative Assistant

**Judy Callahan – Mgr.**
Customer Relations

**Laura Pinti-Mgr**
Specialty Accounts/
Project Management

**Sandra Simmons-Mgr**
Order Processing/
Support Services

8 Customer Relations Administrators

1 Switchboard Operator

2 Specialty Account Administrators

3 Master Data Administrators

3 Order Processing Administrators

**Dept. Headcount-22**
**Customer Relations – CA – 12**
**Support Services – NJ - 10**

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802655

# DNA/CRA Alignment

   

  

| Tony | | Vince | | David | | Maureen | | Mark |
|------|--|-------|--|-------|--|---------|--|------|
| **Giannone** | | **Rinaudo** | | **Schmidt** | | **Barrett** | | **Blitman** |
| Gloria Fernandez/Darlene Grimm | | Renee Hernandez/Jeff Gee | | Michele Garcia/Christi Hammonds | | Bea Padilla/Vicky Goldy | | Jeff Gee/Renee Hernandez |
| **Primary Accounts** | | | | | | | | |
| AmerisourceBergen | x | Albertsons/SuperValu | x | Diamond Pharmacy | x | **ANDA** | **x** | Coast Guard |
| **Ahold-Giant** | **x** | **Amerinet** | **x** | Discount Drug Mart | x | Afaxys | x | DOD |
| American Health Pkg | x | Apexus | x | Frank W Kerr | x | **API** | **x** | Indian Health Services |
| Armada | x | Bartell's | x | Harvard | x | Cardinal | x | Minnesota Multi-State |
| Cedardale | x | **Broadlane** | **X** | **ESI COMPANIES:** | **x** | Chain Drug Consortium | x | Public Health Service |
| Cigna Mail | x | Costco | X | Curascript (Econodisc) | x | Epic | x | **R & S** |
| CVS | x | HEB | x | **Rx Outreach** | **x** | **Health & Diagnostic** | **x** | State Targets |
| **Giant Eagle** | **x** | Kaiser | x | **GeriMed** | **x** | HPG (HealthTrust) | x | VA |
| H D Smith | x | McKesson | x | **Humana** | **x** | **Kerr** | **x** | |
| Hannaford Bros | x | **Morris & Dickson** | **x** | Immediate Pharm Servs | X | Kinney | x | |
| Innovatix | x | Novation | X | Indpendent Pharm Corp | x | **NC Mutual** | **x** | |
| Medco Health Solutions | x | Optum (Prescription Sol) | x | Keysource | x | OptiSource | x | |
| MHA | x | PBA | x | Masters Rx | x | Premier Inc. | x | |
| **Oncology Supply (ABC)** | **x** | Safeway | x | Meijer | x | Prime Therapeutics | x | |
| Premier Group | x | **SAJ** | **x** | Omnicare | x | **Publix** | **x** | |
| Price Choppers | x | **Schnucks** | **x** | PDM | x | Puerto Rico Brand Launch | | |
| Henry Schein | x | Wal-Mart | x | Kroger/Peyton/ESI/EconDisc | x | **Rite Aid** | **x** | |
| Wakefern/Shoprite | x | | | Pharmacy Select | x | Target | x | |
| Webster Vet Sup | x | | | Sears/Kmart | x | Thrifty White | x | |
| Weis Markets | x | | | Shopko | x | **Winn Dixie** | **x** | |
| | | | | Topco | x | | | |
| | | | | Walgreen | x | | | |
| **Secondary Accounts** | | | | | | | | |
| HPG (Hospice) | x | Brookshires (Topco) | x | Aurora | x | Fruth Pharmacy | X | |
| | | Basha's | x | Dakota Drug | x | **APCI** | **x** | |
| | | Pamida | x | Dik Drug | x | Cochran | x | |
| | | Seacoast Medical | x | DMS | x | Vita Rx | x | |
| | | United | x | IPS | x | **Gulf South/PSS** | **x** | |
| | | | | | | Healthpartners | X | |
| | | | | | | Navarro | x | |

**Watson** Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802656

# Customer Relations Operations Key Responsibilities

   
  

## Customer Relations
### 5:00 AM – 5:00 PM ET

- Responds to inbound/outbound customer inquiries.
- Generates vital customer reports.
- Trains and implements on customer specific programs/technology to support accounts.
- Provides customer order tracking, document request support, & pedigree validation.
- Brand & Field Rep. support.
- Watson product support program administration.

## Order Administration/ Specialty Accounts
### 8:00 AM - 5:30 PM ET

- Sales Order maintenance.
- Backorder maintenance .
- Order validation, review, and release.
- Product allocation releases.
- Replacement order management.
- Brand Product/Program Support.
- Patient Assistant Program Support.
- Manages MTO/Int'l accounts-partners with Demand Mgt., Materials Mgt.
- Order Administration : On call hours to support business needs.

## Master Data
### 8:00 AM – 5:30 PM ET

- Master Data maintenance.
- Reviews, validates, releases SOMS orders.
- Responsible for reporting SOMS violations to DEA Affairs Dept.
- Partners w/DEA Affairs Dept. on compliance & requirements.
- Monthly review NTIS data.
- Monthly productivity reports.
- Call Center portal administration.
- CARS Memberships
- Master Data: On call hours to support business needs

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Customer Relations Operations Key Responsibilities






US Customer Relations Support
800-272-5525
5 AM – 5 PM ET

Monthly CRO/DC Review meetings

Support 10 Brand Vanity Lines

Support 4 Brand Product Support Programs



Quarterly CRO/IT Business Meetings

Support 2 Generic Vanity Lines

Support 2 Generic Product Support Programs



**Constant Process Improvement**
Analysis/Review/Evaluate

Develop value added metrics to evaluate department

GS1 Bar Code/Case Label SME Global Strategy

Review , justify, initiate , and manage customer project request

Watson Pedigree/Serialization Project Lead: GPhA Task Force

Respond to all consumer /health care provider request

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802658

Support Customers, Consumers, Healthcare Professionals, 5-5PM ET: All have access to work form home IP Agent.
In addition to the toll free Cust. Support line: 10 Brand Vanity Lines : Rapaflo, Trelstar, Expert Iron, Oxytrol, Papsure, Glenique, Pro Gel, Androderm, Generess, ella.
4 Brand Co-Pay Programs: Generess, Rapalfo, Gelniques, and Crinone
2- Generic Lines and Programs: Next Choice, and New Beginnings
Next Choice is the highest volume line of all phone lines with approx. 4K a month/2% come to CR
 Develop value added metrics to evaluate department strategy and results. Develop department strategy, and present value.
Manage all request for Customer projects, i.e. EDI, CSOS, Reports, Etc.

Respond to all consumer /health care provider request for patient assistance and Watson product inquiries

Pedigree/ Serializations, US/Global
GS1 US Barcode/Case labels
Process improvement strategies
Quarterly IT/Business meetings
Monthly DC/Business meetings

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802659

# Customer Relations Operations Productivity Statistics
# YTD – October 2011



| BUDGET SUMMARY | 2009 | 2010 | 2011 Budget | 2011 YTD Actual | % of YTD Budget | 2011 YTD vs. 2010 YTD % of change | 2011 YTD vs. 2009 YTD % of change |
|---|---|---|---|---|---|---|---|
| **BUDGET** | | | | | | | |
| Total Headcount | 25 | 24 | 22 | 22 | 100.0% | -8.3% | -12.0% |
| Total Call Center Budget | $ 3,127,993 | $ 2,991,130 | $ 2,669,489 | $ 2,255,761 | 84.5% | -10.8% | -14.7% |
| Labor | $ 2,105,306 | $ 2,154,930 | $ 2,104,511 | $ 1,763,421 | 83.8% | -2.3% | 0.0% |
| Other Expenses | $ 1,022,687 | $ 836,200 | $ 564,979 | $ 492,340 | 87.1% | -32.4% | -44.8% |

| CUSTOMER RELATIONS - KEY PERFORMANCE INDICATOR | INDUSTRY BENCHMARK | 2009 | 2010 | YTD October 2011 | 2011 YTD vs. 2010 YTD % of change | 2011 YTD vs. 2009 YTD % of change |
|---|---|---|---|---|---|---|
| **CUSTOMER RELATIONS - SERVICE LEVELS** | | | | | | |
| Average Calls Per CR Administrator (monthly avg) | N/A | 798 | 668 | 584 | -12.5% | -26.8% |
| Service Level Standards | 90/20 | N/A | 97% | 99% | 2.7% | N/A |
| Average Percent of Abandoned Calls | ≤3% | 1.1% | 0.9% | 0.8% | -16.3% | -30.1% |
| First Contact Resolution | 75% | N/A | 99.0% | 93.5% | -5.6% | N/A |
| Customer Follow Up Time | ≥90% | N/A | 96% | 96% | -0.4% | N/A |
| Average Speed of Answered Calls (seconds) | <10 sec. | 6 | 5 | 4 | -21.3% | -35.4% |
| CSAT Survey Standard | ≥85% | 93.0% | 94% | 97% | 3.4% | 4.3% |
| Call Quality Standard | ≥90% | 84.4% | 88% | 95% | 8.4% | 12.6% |
| Average Cost of Call | $ 4.10 | $ 5.38 | $ 6.28 | | | 16.7% | 53.2% |

| TRANSACTIONAL STATISTICS - CUSTOMER RELATIONS AND SUPPORT SERVICES | 2009 | 2010 | YTD October 2011 | 2011 YTD vs. 2010 YTD % of change | 2011 YTD vs. 2009 YTD % of change |
|---|---|---|---|---|---|
| **CUSTOMER RELATIONS - SUPPORT STATISTICS (monthly avg per CRA)** | | | | | |
| Customer Requested Reports (100) | 13 | 13 | 13 | 3.2% | 3.2% |
| General Support Inquiries | 135 | 122 | 117 | -4.0% | -13.3% |
| Patient Assistance & Consumer Calls | 84 | 80 | 81 | 1.6% | -3.3% |
| Healthcare Professionals & Pharmacies support request | 38 | 27 | 26 | -4.9% | -32.4% |
| *New Beginnings Consumer Support Program inquiries (including avg. calls per CRA) | 51 | 29 | 70 | 139.7% | 36.3% |
| **ORDER STATISTICS (monthly avg.)** | | | | | |
| Average sales orders generated via Order Administration (non CII, SAA) (monthly avg.) | 4,172 | 4,123 | 4,062 | -1.5% | -2.6% |
| Avgerage line items generated - all order | 61,828 | 84,249 | 69,726 | 8.5% | 12.8% |
| Average invoices generated per order | 1.8 | 1.7 | 2.4 | 17.5% | 11.1% |
| Average Orders Reviewed per Order Administrator (monthly avg.) | 1,391 | 1,374 | 1,354 | -1.5% | -2.6% |
| Average Allocation Time per Order (hours) | 4.42 | 3.25 | 4.25 | 30.8% | -3.8% |
| Average Cost of an Order - Manual | $ 6.54 | $ 4.21 | $ 4.18 | -0.7% | -36.1% |
| Average Cost of an Order - EDI | $ 1.54 | $ 2.21 | $ 2.51 | 13.6% | 63.0% |
| **MASTER DATA STATISTICS (monthly average per MDA)** | | | | | |
| Customer/License Master record review/administration | 216 | 283 | 329 | 16.3% | 52.3% |
| SOMS Validations | 62 | 167 | 280 | 67.7% | 351.6% |
| CARS record review/administration | 199 | 201 | 208 | 3.5% | 4.5% |

| TRANSACTIONAL STATISTICS - SPECIALTY ACCOUNTS | YTD AVERAGE 2009 | YTD AVERAGE 2010 | YTD October 2011 | 2011 YTD vs. 2010 YTD % of change | 2011 YTD vs. 2009 YTD % of change |
|---|---|---|---|---|---|
| **SPECIALTY ACCOUNTS** | | | | | |
| Total # of MTO/International Accounts | 25 | 25 | 28 | 12.0% | 12.0% |
| Average # of MTO/International Orders (monthly avg. per SAA) | 17 | 10 | 11 | 10.0% | -35.3% |
| Total Dollars MTO/International | $ 15,837,429.42 | $ 18,001,666.75 | $ 19,862,732.42 | 10.3% | 25.4% |
| Average # of Patient Assistance Program Support Orders (Brand Products) | 64 | 122 | 228 | 87.2% | 256.9% |
| Total Dollars PapSure | $ 481,250.00 | $ 375,375.00 | $ 445,000.00 | 18.5% | -7.5% |
| Total Dollars Crinone | $ – | $ 2,374,829.21 | $ 7,791,713.92 | 228.1% | N/A |
| Total Dollars Trelstar | $ 8,259,973.75 | $ 10,540,798.33 | $ 16,602,670.40 | 57.5% | 101.0% |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802660

# 2011 Accomplishments



- **Pedigree/Serialization Project Request Approval – July 2011**
  - India Serialization: exported product
- **Reverse Distribution RFP**
- **Global Bar Code /Case Label Standardization : 3 Party Mfg Policy –Dec. 2011**
  - Develop global standardization process
  - Create strategy and execute plan to correct  all non-compliant  case labels.
- **Implementation – Global Order to Cash – SAP/ERP – Canada- Dec. 2011**
  - Order Processing
  - Master Data
- **Salesforce.com – CRM replacement for Siebel - Oct. 2011**
- **SOMS Assessment Initiation**
  - DEA Affairs initiative – MD owner in SAP
- **CARS – Master Data Assessment – July. 2011**
- **Brand Product Launch Teams: (5) – Nov 2011 – March 2012**
- **Portal – CRO Department Training  Program – Dec. 2011**

**Watson** Pharmaceuticals.

ALLERGAN_MDL_03802661

# 2012 Objectives





- **Pedigree/Serialization Project Team**
  - Define Project team roles/responsibilities • Identify strategic imperatives
  - CA 2015 / Federal
- **Reverse Distribution RFP Completion**
  - Return Goods Policy
- **Implementation – Global Order to Cash – SAP/ERP – UK**
  - Order Processing
  - Master Data
- **SOMS Systems – Partner with DEA Affairs to**
  - DEA Affairs initiative – MD owner in SAP
- **CARS  Replacement -Partner with contracts to manage data in new system**
  - Training, Creation of processes, and procedures
- **Brand Product Launch Teams: (2) March 2012**
- **KPI Combined Metric Dashboard – Partner with VP Global Ops/Demand Planning & Distribution team to define Metric Imperatives**
- **New Account Approval Process – Evaluate necessary process flow and approvals**

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER







# CONTROLLED SUBSTANCE COMPLIANCE:
### A Collaborative Team Approach

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802663

# What is SOM (Suspicious Order Management)?



**SOM (Suspicious Order Management)** is a DEA requirement (21 CFR 1301.74(b)) which, *specifically requires that a registrant "design and operate a system to disclose to the registrant suspicious orders of controlled substances."*

**What is a 'suspicious' order?**

DEA 21 CFR 1301.74(b), *describes suspicious orders as having significant deviation in, Order Size (Quantity), Order Frequency, and/or Order Pattern.*

**\*Anti-diversion is Proactive,** *not* **Reactive:**

Controlled Substance Registrants are required to place on hold, investigate, and disclose to the DEA all suspicious **ORDERS** of controlled substances; **NOT** suspicious **SALES** after the fact.



**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Protects Watson, protects your customers. We are required to know our customers, cutomer.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802665

# SOMS System Flow





**System Flow**

Order enters system.

Order contains Controlled Product? — **No** → No block, order continues through system.

**Yes**

Existing COT or Ship-To (SH) shipping history? — **No**

Did system flag order? — **No** → No block, order continues through system.

Did system flag order? — **Yes** → Print SOMS Form(s) (continued on next page)

**Yes**

**Definitions**
COT = Class of Trade
SH = Ship-To
YOY = Year over year
YTD = Year to date

**SOMS Validation (System)**

Total current qty > SH mthly avg. — **No** → Total current qty > SH avg order. — **No** → Total current qty > COT mthly avg. — **No** → Total current qty > COT avg order.

Total current qty > SH mthly avg. — **Yes** → SOMS block 12: Suspect (SH avg/mth)

Total current qty > SH avg order. — **Yes** → SOMS block 13: Suspect (SH avg/order)

Total current qty > COT mthly avg. — **Yes** → SOMS block 10: Suspect (COT avg/mth)

Total current qty > COT avg order. — **Yes** → SOMS block 11: Suspect (COT avg/order)

System reviewing Order Size & Order Frequency

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# SOMS Collaborative Review



**Collaborative Review Process**



**Print SOMS Form(s)**
**(continued from previous page)**

**Is the order an 'Order of Interest'?** — No → **Determine order released code.**

Yes

**Send order along with all documentation to DEA Affairs for review.**

**Management signature needed?** — No

Yes

**Get management signature.**

**Did DEA Affairs approve order?** — Yes

No

**Enter release code to release order. Order continues through system.**

**Did DEA Affairs request more information/further research?** — Yes

No

**Did DEA Affairs deem the order as suspicious?** — Yes → **DEA Affairs will handle order and advise of any actions needed.**

**Analysis of SOMS form(s)**

During the analysis, we attempt to use all the information we have on hand before reaching out to the customer. We have multiple tools to accomplish this, a few examples of the tools we use are:

- Check call log to see if we previously contacted the customer during the current month for the product.
  - If so, re-analyze to determine if another investigation/customer contact is needed.
- Review 852 & 867 (when available)
- Review past shipping history of product (YOY/YTD comparison)
- Contact internal departments to see if they have additional information.
  - Demand Management
  - Marketing
  - CRA
- Look for Order Pattern.
- Customer contact

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802667

# SOMS Block Example



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802668

# 852 Data Example



| Product | Product ID | Week Ending 02/27/11 | | | | | Week Ending 03/06/11 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 852 On-Hand Qty | 852 Avg Daily Sold | 852 DOH | 852 WOH | 852 Sold | 852 On-Hand Qty | 852 Avg Daily Sold | 852 DOH | 852 WOH | 852 Sold |
| ACARBOSE 100MG TAB 100, (000000016252052501) | 16252052501 | 4 | 0 | 56.0 | 8.0 | 1 | 4 | 0 | 84.0 | 12.0 | |
| ACARBOSE 25MG TAB 100, (000000016252052301) | 16252052301 | 4 | 0 | 24.0 | 3.4 | 1 | 3 | 0 | 18.0 | 2.6 | 1 |
| ACARBOSE 50MG TAB 100, (000000016252052401) | 16252052401 | 3 | 0 | 63.0 | 9.0 | 1 | 1 | 0 | 14.0 | 2.0 | 2 |
| AFEDITAB CR 30MG TAB 100, (000000000591319301) | 00591319301 | 9 | 0 | 27.0 | 3.9 | 1 | 8 | 0 | 30.5 | 4.4 | 1 |
| AFEDITAB CR 60MG TAB 100, (000000000591319401) | 00591319401 | 13 | 0 | 54.6 | 7.8 | | 12 | 0 | 56.0 | 8.0 | 1 |
| ALBUTEROL SULFATE INH 0.083% 25X3ML 75, (000000000591379783) | 00591379783 | 1,397 | 15 | 91.1 | 13.0 | 75 | 1,210 | 17 | 71.1 | 10.2 | 187 |
| ALBUTEROL SULFATE INH 0.083% 30X3ML 90, (000000000591379730) | 00591379730 | 0 | 0 | NaN | NaN | | 0 | 0 | NaN | NaN | |
| ALBUTEROL SULFATE INH 0.083% 60X3ML 180, (000000000591379760) | 00591379760 | 513 | 16 | 32.2 | 4.6 | 121 | 454 | 14 | 31.6 | 4.5 | 59 |
| ALBUTEROL SULFATE INH 2.5MG/3ML 25X3ML, (000000016252009722) | 16252009722 | 0 | 0 | NaN | NaN | | 0 | 0 | NaN | NaN | |
| ALBUTEROL SULFATE INH 2.5MG/3ML 60X3ML, (000000016252009766) | 16252009766 | 0 | 0 | NaN | NaN | | 0 | 0 | NaN | NaN | |
| ALENDRONATE SODIUM 35MG TAB 4, (000000000591007704) | 00591007704 | 0 | 0 | NaN | NaN | | 0 | 0 | NaN | NaN | |
| ALENDRONATE SODIUM 35MG TAB 4, (000000000591317104) | 00591317104 | 38 | 1 | 51.5 | 7.4 | 2 | 34 | 1 | 49.2 | 7.0 | 4 |
| ALENDRONATE SODIUM 70MG TAB 4, (000000000591003104) | 00591003104 | 0 | 0 | NaN | NaN | | 0 | 0 | NaN | NaN | |
| ALENDRONATE SODIUM 70MG TAB 4, (000000000591317304) | 00591317304 | 1,378 | 51 | 26.9 | 3.8 | 213 | 1,158 | 53 | 21.9 | 3.1 | 221 |
| AMLODIPINE BESY/BENAZEPRIL 10/20MG CP100, (000000000591376001) | 00591376001 | 43 | 2 | 22.0 | 3.1 | 7 | 27 | 2 | 13.8 | 2.0 | 16 |
| AMLODIPINE BESY/BENAZEPRIL 10/20MG CP500, (000000000591376005) | 00591376005 | 10 | 0 | 105.0 | 15.0 | | 9 | 0 | 94.5 | 13.5 | 1 |
| AMLODIPINE BESY/BENAZEPRIL 2.5/10MG C100, (000000000591375701) | 00591375701 | 8 | 0 | 30.5 | 4.4 | 2 | 7 | 0 | 26.7 | 3.8 | 1 |
| AMLODIPINE BESY/BENAZEPRIL 5/10MG CAP100, (000000000591375801) | 00591375801 | 28 | 1 | 26.1 | 3.7 | 1 | 21 | 1 | 25.9 | 3.7 | 7 |
| AMLODIPINE BESY/BENAZEPRIL 5/10MG CAP500, (000000000591375805) | 00591375805 | 14 | 0 | 588.0 | 84.0 | | 14 | 0 | Infinity | Infinity | |
| AMLODIPINE BESY/BENAZEPRIL 5/20MG CAP100, (000000000591375901) | 00591375901 | 39 | 2 | 23.7 | 3.4 | 17 | 30 | 2 | 19.7 | 2.8 | 9 |
| AMLODIPINE BESY/BENAZEPRIL 5/20MG CAP500, (000000000591375905) | 00591375905 | 3 | 0 | 15.8 | 2.3 | 4 | 1 | 0 | 4.7 | 0.7 | 2 |
| ATENOLOL/CHLOR 100/25MG TAB 100, (000000000591578301) | 00591578301 | 25 | 1 | 31.8 | 4.5 | 3 | 22 | 1 | 31.9 | 4.6 | 3 |
| ATENOLOL/CHLOR 50/25MG TAB 100, (000000000591578201) | 00591578201 | 16 | 1 | 21.0 | 3.0 | 3 | 0 | 1 | 0.0 | 0.0 | 16 |
| BALSALAZIDE DISODIUM 750MG CAP 280, (000000000591357035) | 00591357035 | 0 | 0 | NaN | NaN | | 0 | 0 | NaN | NaN | |
| BUPROPION HCL ER (SR DEP) 100MG TAB 60, (000000000591354060) | 00591354060 | 37 | 1 | 29.9 | 4.3 | 9 | 29 | 1 | 22.1 | 3.2 | 8 |

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802669

# 867 Data Example








| StartDate | EndDate | ShipFromNtv | ShipToNtvI | ShipToNm | Ship To State | Ship To Zip | InvD | ProdId | Qty | ContractPrice |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2010 | 8/7/2010 | RK0236403 | BP7680146 | Precision Care Pharmacy | PA | 15650 | 8/2/2010 | 00591080005 | 1 | $20.99 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BP4833225 | PNS INSTITUTIONAL | TN | 37604 | 8/2/2010 | 00591080105 | 1 | $26.05 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BP4833225 | PNS INSTITUTIONAL | TN | 37604 | 8/2/2010 | 00591084501 | 1 | $20.25 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BP4833225 | PNS INSTITUTIONAL | TN | 37604 | 8/2/2010 | 00591354125 | 2 | $76.99 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BP4833225 | PNS INSTITUTIONAL | TN | 37604 | 8/2/2010 | 00591354060 | 2 | $19.05 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BP4833225 | PNS INSTITUTIONAL | TN | 37604 | 8/2/2010 | 00591343330 | 3 | $7.10 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FT1693173 | The Apothecary Shop | TX | 75235 | 8/2/2010 | 00591085305 | 1 | $68.45 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FL1925621 | LIFETIME RX PHARMACY , | TX | 77039 | 8/2/2010 | 00591050305 | 7 | $26.20 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FL1925621 | LIFETIME RX PHARMACY , | TX | 77039 | 8/2/2010 | 00591551310 | 2 | $64.99 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FL1925621 | LIFETIME RX PHARMACY , | TX | 77039 | 8/2/2010 | 00591065701 | 3 | $2.99 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BS6156372 | Owingsville Drug | KY | 40360 | 8/2/2010 | 00591034905 | 1 | $15.80 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BB3245481 | Brine Pharmacy | OH | 44420 | 8/2/2010 | 00591317304 | 24 | $3.30 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BB3245481 | Brine Pharmacy | OH | 44420 | 8/2/2010 | 00591084510 | 1 | $203.99 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FK0645551 | K2 Pharmacy | TX | 77015 | 8/2/2010 | 00591050305 | 4 | $26.20 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FK0645551 | K2 Pharmacy | TX | 77015 | 8/2/2010 | 00591054005 | 3 | $51.90 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FK0645551 | K2 Pharmacy | TX | 77015 | 8/2/2010 | 00591551310 | 12 | $64.99 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FK0645551 | K2 Pharmacy | TX | 77015 | 8/2/2010 | 00591034705 | 1 | $30.75 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FS2019102 | STAR PHARMACY INC | TX | 77071 | 8/2/2010 | 00591551310 | 5 | $64.99 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FQ0055790 | Qualicare Pharamcy | TX | 77026 | 8/2/2010 | 00591050305 | 4 | $26.20 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FQ0055790 | Qualicare Pharamcy | TX | 77026 | 8/2/2010 | 00591054005 | 2 | $51.90 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FQ0055790 | Qualicare Pharamcy | TX | 77026 | 8/2/2010 | 00591551310 | 4 | $64.99 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FG0254552 | Guardian Pharmacy of Daytona | FL | 32174 | 8/2/2010 | 00591317104 | 1 | $2.40 |
| 8/1/2010 | 8/7/2010 | RK0236403 | FG0254552 | Guardian Pharmacy of Daytona | FL | 32174 | 8/2/2010 | 62037056005 | 1 | $249.50 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BH7083847 | Anderson Crossing Pharmacy | TN | 37705 | 8/2/2010 | 00591354125 | 2 | $93.70 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BR9534315 | The RX Shop | FL | 33756 | 8/2/2010 | 00591551310 | 1 | $64.99 |
| 8/1/2010 | 8/7/2010 | RK0236403 | BR9534315 | The RX Shop | FL | 33756 | 8/2/2010 | 00591222910 | 1 | $33.85 |

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802670

# YOY/YTD Comparison Example



**Sum of QTY DELIVERED**

SHIP TO ▼ CITY ▼

⊟Case Study

| MATERIAL# ▼ | DESCRIPTION ▼ | Years ▼ | Months ▼ | SHIP DA ▼ | SO DATE ▼ | SO# ▼ | CUST PO ▼ | Anytown, USA | |
|---|---|---|---|---|---|---|---|---|---|
| ⊟00591588301 | ⊟METHYLPHENIDATE HCL 10MG TAB 100 | ⊟2009 | ⊞Feb | | | | | 60 | |
| | | | ⊞Mar | | | | | 60 | 120 |
| | | | ⊞Apr | | | | | 36 | |
| | | | ⊞May | | | | | 24 | |
| | | | ⊞Jun | | | | | 24 | |
| | | | ⊞Jul | | | | | 60 | |
| | | | ⊞Aug | | | | | 24 | |
| | | | ⊞Sep | | | | | 36 | |
| | | | ⊞Oct | | | | | 60 | |
| | | | ⊞Nov | | | | | 12 | |
| | | | ⊞Dec | | | | | 36 | |
| | | 2009 Total | | | | | | 432 | |
| | | ⊟2010 | ⊞Jan | | | | | 12 | |
| | | | ⊞Feb | | | | | 48 | |
| | | | ⊞Mar | | | | | 36 | 96 |
| | | | ⊞Apr | | | | | 48 | |
| | | | ⊞May | | | | | 24 | |
| | | | ⊞Jun | | | | | 12 | |
| | | | ⊞Jul | | | | | 24 | |
| | | | ⊞Aug | | | | | 48 | |
| | | | ⊞Sep | | | | | 12 | |
| | | | ⊞Oct | | | | | 54 | |
| | | | ⊞Nov | | | | | 48 | |
| | | | ⊞Dec | | | | | 24 | |
| | | 2010 Total | | | | | | 390 | |
| | | ⊟2011 | ⊞Jan | | | | | 36 | |
| | | | ⊞Feb | | | | | 60 | |
| | | | ⊞Mar | | | | | 36 | 132 |
| | | 2011 Total | | | | | | 132 | |
| | METHYLPHENIDATE HCL 10MG TAB 100 Total | | | | | | | 954 | |
| 00591588301 Total | | | | | | | | 954 | |
| Grand Total | | | | | | | | 954 | |



# Email Verbiage



| | | |
|---|---|---|
| **Send** | To... | |
| | Cc... | |
| | Bcc... | |
| | Subject: | Example Order(s) on Hold |

Hi Example, in accordance with 21 CFR 1301.74, we are required to conduct independent analysis of orders prior to completing a sale to determine whether substances are likely to be diverted from legitimate channels. You have been contacted due to the fact that your order placed today has prompted further analysis based on a deviation in one of the following areas; unusual size, frequency, or pattern. In an effort to expedite the investigation process and mitigate any delays or inconvenience, we are requesting supporting information necessary to justify the fulfillment of the order in question.

PO# 032511
00591034905 HYDRCODONE/APAP 5/500MG TAB 500 – QTY 100

Please note the entire order is on hold. Your quick response will ensure your entire order will be released in a timely manner.

Any questions, let me know

Thanks,

Larry

## Larry Shaffer
Watson Pharma, Inc.
Master Data Administrator
360 Mount Kemble Avenue
Morristown, NJ 07962-1953
P. 973.355.8152
F. 973.355.8221

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# "Order of Interest" Evaluation/Investigation



<sub>A</sub> Watson's Global Security & DEA Affairs Department is responsible for the investigation and disposition of controlled substance "orders of interest"

> <sub>A</sub> "Registrants must conduct an independent analysis of suspicious orders prior to completing a sale to determine whether the controlled substances are likely to be diverted from legitimate channels." *(Dec 2007 DEA letter)*

<sub>A</sub> Order of Interest Evaluation v. Suspicious Order Investigation

<sub>A</sub> Common "Red Flags"



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# "Order of Interest" Investigation: Red Flags














**Watson** Pharmaceuticals.

# "Order of Interest" Disposition



A  Orders are thoroughly investigated and if substantiated by the customer, they are released within the SAP System and filled by the Gurnee Distribution Center

- A  Documented evidence to support order release
- A  Requires immediate attention – Preserve legitimate business relationships

A  If an order is deemed suspicious, the customer's order is cancelled and an investigation report is completed

A  All suspicious orders are reported to the DEA Chicago Field Office

- A  To date, Watson has reported a few suspicious order to the Chicago Field Office

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Please do not promise your customer controlled product with the impression that Marketing is the only approval process. Typically the large wholesalers are not an issue, however, smaller wholesaler and distributors, and some chains, and mail order will be held and required to provide documentation. All responses are auditable.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802676



# Partnership Calls

## Partnership Conference Call Agenda

A Introductions – By Organization

A Goals and Benefits of Meeting – Watson Pharma & Customer

A Basics of Watson SOMS System – Watson – Mary Woods

A DEA Regulatory Landscape/Impact on Watson Order Review Process - Lisa Scott

A Distribution Limits/Policy Review – Customer

A Vetting process/Customer Investigation – Customer

A Customers Base – Customer





**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Most of the time the education process is enlightening, the customer will provide us with copies of policies, procedures, distribution limits, customers, agree to 852 data, send usage, etc. and are as concerned as we are, and sometimes that are red flags that present a risk that is to big for Watson. Customers shipping to in correct licensed facilities, physicians receiving inordinate amount of controls monthly to dispense from their office, YOY increases of abused controls by 85%,  high % of distribution in the states of TX, FL, KY, GA, TN.,  70% or more of their pill volume from Watson is controlled product.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802678

# Progressive Results





## Results of  partnership conference call

A  Customers able to grow their business, but we need documentation/visibility to be justifiable.

A  Customers willing to provide 852 & 867 data.

A  Data comprehension.

A  Order Justification.

A  Customers willing to implement more stringent and rigorous requirements for SOMS evaluation process.

A  Partnering with our DEA Affairs department.

A  Thorough Customer questionnaires

A  Thorough vetting process/site visits

A  Periodic site visits

A  Mix of products on contracts and orders



**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802679

Many smaller dist still manually monitor the SOMS process.
Bids and contracts should be well balanced between controls and RX

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802680

# Watson "New" Accounts



| Prospect Name: | | | Date: | DNA Requesting: | |
|---|---|---|---|---|---|
| Address: | | | | | |
| City: | | | State: | Zip: | |
| Contact Name: | | | Phone #: | | |
| Email: | | | CRA: | | |
| 1. | Is your company a member of Health Distributors & Manufacturers Association (HDMA) or National Association of Chain Drug Stores (NACDS) | | | HDMA NACDS Not a member | |
| 1. | Will you be able to commit to purchasing a minimum of $250,000 annually? | | | Yes  No | |
| 1. | Will you commit to stocking a minimum of 100 different SKU's? | | | Yes  No | |
| 1. | Are you a complete full line wholesaler? Comments: | | | Yes  No | |
| 1. | Who are you currently purchasing from? Provide name(s) of wholesaler/distributors: | | | | |
| 1. | Do you have copies of the following registrations/license(s)? Must provide copies of state, DEA and Resale Tax exempt certificate with qualifying questionnaire. | | | | |
| | State Pharmacy Board License #: | | Exp. Date: | N/A | |
| | DEA Registration Number: | | Exp. Date: | N/A | |
| | Resale Tax Exempt Certificate Number: | | Exp. Date: | | |
| | Remarks: | | | | |
| 1. | Will you commit to buying in case quantities? | | | Yes  No | |
| 1. | Will you be ordering through EDI? | | | Yes  No | |
| 1. | Do you utilize CSOS? | | | Yes  No | |
| 1. | What is your Class of Trade? | | | | |
| 1. | Who are your customers i.e. Nursing homes, pharmacies, clinics etc.? | | | | |
| 1. | What products in our line are you interested in purchasing? | | | | |
| 1. | Does your company follow a vetting policy for new accounts? | | | Yes  No | |
| 1. | Is this policy available for review? | | | Yes  No | |
| 1. | Does your company follow a CSOP for review/enforcing distribution limits for controlled substances? | | | Yes  No | |
| 1. | Is this policy available for review? | | | Yes  No | |

### Overall volume is based on pill/patch/vial count not units.
(Total overall volume should total 100%)

| Generic Rx (non Control) | % of overall volume from Watson: | |
|---|---|---|
| Schedule C3-C5 | % of overall volume from Watson: | Is your customer list available for review? Yes   No |
| Schedule C2 | % of overall volume from Watson: | Is your customer list available for review? Yes   No |
| OTC | % of overall volume from Watson: | |
| Brand Rx | % of overall volume from Watson: | |
| 1. | What credit line are you looking for? | |
| 1. | Is this prospect ready to place an order? | Yes   No |

### ADDITIONAL INFORMATION FOR CUSTOMER RELATIONS ONLY.

**A.  New Customer Request received from:**
   **Call from Prospect     DNA     Other:** f **(Provide Name)**

**A.  Customers requesting to purchase C2- C5: Provide questionnaire and customer list to DEA Compliance/Director Customer Relations.**

   **Remarks:**



**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802681

# Carisoprodol CIV



On December 12th, 2011 The DEA announced that effective January 11th, 2012, Carisoprodol will be placed in schedule IV of the Controlled Substance Act.

Any person who engages in the manufacturing, distribution, dispensing, importing, exporting, as well as any person who possesses the drug will be subject to the provision of the Act and the DEA regulation, including the Act's administrative, civil, and criminal sanctions which are applicable to schedule IV controlled substances.

**January 11th, 2012**:Carisoprodol will be regulated as a C-IV controlled substance following the Controlled Substance Act.
- All customer orders/backorders remaining open at the COB on January 10th will be cancelled.
- Customer Relations will notify customers of any cancelled orders to determine if a new PO will need to be submitted as a C-IV controlled product, on or after January 11th, 2012.
- Carisoprodol will be monitored and reviewed as all other controlled substance products.
- NDC number will remain the same
- Carisoprodol inventory will continue to be shipped in the **current non CIV label/packaging.** Updates as to the timing of the new packing will follow.



**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Carisoprodol CIV cont.



•**April 10th, 2012:** Labeling and Packaging - All commercial containers of Carisoprodol that are packaged on or after April 10th, 2012 shall be labeled as C-IV and packaged in accordance with 21CFR 1302.03-1302.07. Commercial container packaged before April 10th, 2012 and not meeting the requirement of 21CFR 1302.03-1302.07 **may be distributed until June 11th, 2012.**

•**June 11th, 2012:** On or after June 11th, 2012 all commercial containers of Carisoprodol must be labeled as C-IV and comply with 21CFR 1302.03-1302.07. Only C-IV labeled product may be distributed on and after June 11th, 2012.



**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# CSOS









| 2009 Customers | | |
|---|---|---|
| # of C2 orders | 9606 | |

| 2009 CSOS Orders | | |
|---|---|---|
| Sold-to pt | Sold-to party | Total |
| 1201315 | HD SMITH | 303 |
| 1201368 | KINRAY INC | 51 |
| 1201688 | WALGREEN COMPANY | 122 |
| 1301731 | KEYSOURCE MEDICAL INC | 11 |
| 1318826 | ANDA GENERICS INC | 25 |
| Grand Total | | 512 |

5% C2 orders received via CSOS

| 2010 | | |
|---|---|---|
| # of C2 Orders | 9895 | |

| 2010 CSOS Orders | | |
|---|---|---|
| Sold-to pt | Sold-to party | Total |
| 1201047 | *AMERISOURCEBERGEN CORP* | 76 |
| 1318826 | ANDA GENERICS INC | 87 |
| 1201315 | HD SMITH | 545 |
| 1301731 | KEYSOURCE MEDICAL INC | 42 |
| 1201368 | KINRAY INC | 58 |
| 1201766 | *MASTERS PHARMACEUTICALS INC* | 12 |
| 1201399 | *MCKESSON* | 559 |
| 1201630 | *SUPERVALU, INC.* | 10 |
| 1201688 | WALGREEN COMPANY | 197 |
| Grand Total | | 1586 |

16% C2 orders received via CSOS

| 2011 | | |
|---|---|---|
| # of C2 Orders | 8960 | |

| 2011 CSOS Orders | | |
|---|---|---|
| Sold-to pt | Sold-to party | Total |
| 1201047 | AMERISOURCEBERGEN CORP | 1331 |
| 1318826 | ANDA GENERICS INC | 146 |
| 1201162 | *DAKOTA DRUG INC/MINOT* | 109 |
| 1201315 | HD SMITH | 538 |
| 1301731 | KEYSOURCE MEDICAL INC | 23 |
| 1201368 | KINRAY INC | 34 |
| 1201766 | MASTERS PHARMACEUTICALS INC | 71 |
| 1201399 | MCKESSON | 4088 |
| 1201428 | *MIAMI-LUKEN INC* | 21 |
| 1201458 | *N C MUTUAL WHOLESALE DRUG* | 13 |
| 1201630 | SUPERVALU, INC. | 26 |
| 1201688 | WALGREEN COMPANY | 213 |
| Grand Total | | 6613 |

74% C2 orders received via CSOS

| | |
|---|---|
| # OF C2 CUSTOMERS | 50 |
| # CSOS CUSTOMERS | 12 |
| % OF CUSTOMERS CSOS | 24% |

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03802684

## Questions?



Q & A

**Watson** Pharmaceuticals.

ALLERGAN_MDL_03802685



# Customer Relations Operations Organizational Structure

**Mary Woods** — Executive Director

**Nancy Radcliffe** — Administrative Assistant II

**Judy Callahan** — Manager - Customer Relations

**Laura Pinti** — Project Manager III

**Sandra Simmons** — Manager – Support Services

**Gloria Fernandez**
Customer Relations
ABC, Kinray, Caremark, Medco, CVS

**Darlene Grimm**
Customer Relations
Premier Group (7), Sm Retail Chains, Puerto Rico, House Accts – N & SE – Vet Accounts

**Gilberta Sandoval**
Switchboard Operator
-NB Program Lit. Fulfilment
-Next Choice–Orders to Resolve -
Administrative

**Michele Garcia**
Customer Relations
Walmart, Walgreens, HEB, Meijer, Kroger/Peyton, Albertsons, SuperValu, Nico Gum

**Christi Hammonds**
Customer Relations
Independent Dist., House Accounts – N & SW, Omnicare, Harvard, FW Kerr

**Jeff Gee**
Customer Relations
PHS, Government, DOD, Convenient Store Dist, CDC, Target

**Renee Hernandez**
Customer Relations
McKesson, Kaiser, Costco, Safeway, HEB, Albertsons/SuperValu

**Vicky Goldy**
Customer Relations
Optisource Group (13), Cardinal, American Sales

**Bea Padilla**
Customer Relations
Anda, ESI, Rite Aid, Gulf South, Publix, Morris & Dickson

**Chris Marino**
Specialty Accounts
International, Nephrology Accounts, Direct Treistar, Replacements

**Bernice Mitra**
Specialty Accounts
Made-to-Order, Business Development, Papsure, Patient Assistance Programs

**Temp**
Order Administrator
Supports CS Team/Customers: Jeff, Vicky, Cheryl Becker (Anda, Mark Bittman) & OMS

**Bettina Dwor**
RS Administrator
Portal Administration

**Kathy Sartori**
Order Administrator
Supports CS Team/Customers: Bea, Darlene & Gloria

**Mary Moskello**
License Administrator
SOMS Administration

**Carolyn Walden**
Order Administrator
Supports CS Team/Customers: Renee, Michele, Christi & Samples

**Vicky Lepore**
Customer Master Administration

## Dept. Headcount-22
### Customer Relations – CA – 12
### Support Services – NJ - 10

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# CRA Allignment



| Tony Giannone Gloria Fernandez/Darlene Grimm | x | Vince Rinaudo Renee Hernandez/Jeff Gee | x | David Schmidt Michele Garcia/Christi Hammonds | x | Maureen Barrett Bea Padilla/Vicky Goldy | x | Mark Blitman Jeff Gee/Renee Hernandez | x |
|---|---|---|---|---|---|---|---|---|---|
| **Primary Accounts** | | | | | | | | | |
| AmerisourceBergen | x | Albertsons/SuperValu | x | Diamond Pharmacy | x | **ANDA** | x | Coast Guard | x |
| **Ahold-Giant** | x | **Amerinet** | x | Discount Drug Mart | x | Afaxys | x | DOD | |
| American Health Pkg | x | Apexus | x | Frank W Kerr | x | **API** | x | Indian Health Services | x |
| Armada | x | Bartell's | x | Harvard | x | Cardinal | x | Minnesota Multi-State | |
| Cedardale | x | Broadlane | x | **ESI COMPANIES:** | x | Chain Drug Consortium | x | Public Health Service | |
| Cigna Mail | x | Costco | X | **Curascript (Econodisc)** | x | Epic | x | **R & S** | x |
| CVS | x | HEB | x | **Rx Outreach** | x | **Health & Diagnostic** | x | State Targets | x |
| **Giant Eagle** | x | Kaiser | x | **GeriMed** | x | HPG (HealthTrust) | x | VA | x |
| H D Smith | x | McKesson | x | **Humana** | x | Kerr | x | | |
| Hannaford Bros | x | **Morris & Dickson** | x | Immediate Pharm Servs | X | Kinney | X | | |
| Innovatix | x | Novation | X | Indpendent Pharm Corp | x | **NC Mutual** | x | | |
| Medco Health Solutions | x | Optum (Prescription Sol) | x | Keysource | x | OptiSource | x | | |
| MHA | x | PBA | x | Masters Rx | x | Premier Inc. | x | | |
| **Oncology Supply (ABC)** | x | Safeway | x | Meijer | x | Prime Therapeutics | x | | |
| **Premier Group** | x | **SAJ** | x | Omnicare | x | **Publix** | x | | |
| Price Choppers | x | **Schnucks** | x | **PDM** | x | Puerto Rico Brand Launch | | | |
| Henry Schein | x | Wal-Mart | x | Kroger/Peyton/ESI/EconDisc | x | **Rite Aid** | x | | |
| Wakefern/Shoprite | x | | | Pharmacy Select | x - | Target | x | | |
| Webster Vet Sup | x | | | Sears/Kmart | x | Thrifty White | x | | |
| Weis Markets | x | | | Shopko | x | **Winn Dixie** | x | | |
| | | | | Topco | x | | | | |
| | | | | Walgreen | x | | | | |
| **Secondary Accounts** | | | | | | | | | |
| HPG (Hospice) | x | Brookshires (Topco) | x | Aurora | x | Fruth Pharmacy | X | | |
| | | Basha's | x | Dakota Drug | x | **APCI** | x | | |
| | | Pamida | x | Dik Drug | x | Cochran | x | | |
| | | Seacoast Medical | x | DMS | x | Vita Rx | x | | |
| | | United | x | IPS | x | **Gulf South/PSS** | x | | |
| | | | | | | Healthpartners | X | | |
| | | | | | | Navarro | x | | |

| Tony | | Not assigned | | David | | Maureen | |
|---|---|---|---|---|---|---|---|
| Altro Contract | | Osborn | | **Hy-Vee (Topco)?** | | Aetna Contract | |
| Industrial Drug Supply | | RoySpec | | Lake Erie/Quality Care Prod. | | Cesar Castillo | |
| | | WDD (Maureen ?) | | Med-Health | | Generisys (BioScrip) | |
| All have TG number | | | | **K-VAT FOODS (Topco)?** | | Drogueria Central | |
| | | WDD has Gary (1811) number | | | | InformedRx | |
| | | | | All have DS number | | Premier Value Alliance | |
| | | | | | | All have MB number | |

Not on Allan's - but we identified they are handled by the DNA's when working with CRA's
Kathleen if there is a price update and to move to a contract price, does Contracts notify MD to attach the account to the contract, and the DNA as well?
Many DOD not assigned to Mark, many do not have contract entity.

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER