EXHIBIT 510

| | |
|---|---|
| **From:** | Woods, Mary |
| **Sent:** | Tuesday, November 08, 2011 12:05 PM |
| **To:** | Boyer, Andrew |
| **Subject:** | 2012 Budget Customer Relations Presentation MW 3.pptx - slide 4 modified using marketing template |
| **Attachments:** | 2012 Budget Customer Relations Presentation MW 3.pptx |

Andy,

I tried to duplicate the slide you sent to show the different elements of functions, and no overlap of responsibility, this may be too detailed, if so, I can consolidate just let me know. The only change is slide 4 has been added.

Best Regards,

Mary J. Woods
Executive Director, Customer Relations Operations
Watson Pharma Inc., Corona, CA 92887  Direct: 951-493-5951 Cell:951-316-616  <u>mary.woods@watson.com</u>



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ALLERGAN_MDL_02187056







**Watson** Pharmaceuticals

*Focused on Global Growth*

# Customer Relations Operations
# 2012 Budget Proposal

Mary Woods
October 2011







CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187057

# Customer Relations
# Organizational Structure



**Mary Woods**
Executive Director
Customer Relations Operations

Nancy Radcliffe
Admin. Assistant II

| **Manager** | **Manager** | **Manager** |
|---|---|---|
| **Customer Relations** | **Support Services** | **Project III** |
| Judy Callahan | Sandra Simmons | Laura Pinti |
| (10) | (7) | (3) |

## Functional Area
## Responsibility

| GENERIC/BRAND | GENERIC/BRAND | GENERIC/BRAND |
|---|---|---|
| Customer Relations Oversight | Order Fulfillment Oversight | SAA Mgt. Oversight |
| Direct Account Admin. | Customer Master Database | Int'l Account Admin |
| Product Support Programs | Customer Licensing | MTO Account Admin. |
| Salesforce.com CRM Oversight | CARS Database | Papsure Product  Support |
| Telephony Requirements | Suspicious Order Review | PAP Support |
| Corona Switchboard | Customer Relations Portal | Cust. Relations Proj. Mgr. |
|  | Training Program Oversight | Cust. Relations BEL |

Total Headcount - 22

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Headcount Summary



| | | | | | | |
|---|---|---|---|---|---|---|
| **Generic Sales & Marketing** <br> **Customer Relations Headcount Summary** <br> ***2012 Budget*** | | | | | | |
| Cost Center # | *2010* <br> *Actual* | *2011* <br> *Budget* | *Aug 2011* <br> *Actual* | *2012* <br> *Budget* | *12B vs 11A* <br> *Chg* | *12B vs 11B* <br> *Chg* |
| 507200 | 24 | 24 | 22 | 22 | 0 | -2 |
| Total Headcount | 24 | 24 | 22 | 22 | 0 | -2 |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Customer Relations Operations Headcount by Function



| FUNCTIONAL AREA | 2011 Actual | 2012 Proposed |
|---|---|---|
| Customer Relations Admin –Primary: ABC, Kinray, Caremark, Medco, CVS, *C, *HCP,*F | 1 | 1 |
| Customer Relations Admin –Primary: Wal-Mart, Walgreens, HEB, Meijer, Kroger, SUPERVALU, Gum, C, HCP, F | 1 | 1 |
| Customer Relations Admin – Primary: PHS, Gov, DOD, CDC, Target, Conv. Stores, C, HCP,F | 1 | 1 |
| Customer Relations Admin- Primary: Optisouce Group, Cardinal, American Sales, *C, *HCP,F | 1 | 1 |
| Customer Relations Admin-Primary: Premier Group, Sm. Retail, PR, House Acts. N & SE,  Vets, C,  HCP,F | 1 | 1 |
| Customer Relations Admin-Primary: Indep. Dist., House Acts. N & SW, Omnicare, Harvard, FW Kerr, C, HCP,F | 1 | 1 |
| Customer Relations Admin- Primary: McKesson, Kaiser, Costco, Safeway, C, HCP, F | 1 | 1 |
| Customer Relations Admin – Primary: Anda, ESI, Rite Aid, Gulf South, Publix, M & D, C, HCP, F | 1 | 1 |
| Specialty Accounts Admin – International, Nephrology, Trelstar, Brand Specialty Mkts. | 1 | 1 |
| Specialty Accounts Admin – MTO, Business Development, PapSure, PAP | 1 | 1 |
| Master Data – CARS/Portal Admin/ Dept. Training | 1 | 1 |
| License Admin/SOMS Admin | 1 | 1 |
| Customer Master Data | 1 | 1 |
| Order Administration- Support | 3 | 3 |
| Administrative Support – Customer Relations Ops | 1 | 1 |
| Switchboard (CA) | 1 | 1 |
| Manager – Order Administration/Master Data/License | 1 | 1 |
| Manager – Customer Relations | 1 | 1 |
| Manager – SAA/Project Management | 1 | 1 |
| Executive Director – Customer Relations Operations | 1 | 1 |
| *C = consumer, HCP = Health Care Professional, F= Watson Field | | |
| Total | 22 | 22 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 2011 Key Accomplishments



## Key Accomplishments

- **Canada SAP Order Fulfillment /Customer Master Implementation**
  - Identified SAP transactions, and OPDs as requirements to support the Canada business
  - Developed all Order Processing, Customer Master, and Navigation Training Materials
  - Conducted on site and web assisted training for Canada Sales Operations/Finance
  - In processing of completing balance of components for successful Go-Live

- **Pedigree/Serialization**
  - Completed PRA assessment via IT to initiate Watson Serialization Project team to develop strategy, timeline and budget to meet 2015 CA enactment.
  - Assisted India Team with Serialization efforts to meet India Ministry of Health July 2011 requirements.

- **Reverse Distribution Contract**
  - Completed initial vendor qualification questionnaire to determine participation in RFP process
  - Developed RFP and timeline with procurement team
  - RFP currently in process

- **Salesforce .com – CRM Solution**
  - Identified end user requirements to replace existing CRM Seibel application
  - Developed all end user training materials
  - Conducted all testing and validation of system and data
  - Completed implementation on time, and in budget

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 2012 Objectives



## Improve Operations
- **Global Bar Code /Case Label Standardization**
  - Complete Phase II Project 3rd Party Mfg Compliance
  - Execute plan to correct all internal Watson non-compliant case label

## Improve Operations
  - **ERP Planning**
    - ERP Initial Assessment: Support launch activities required for Order to Cash phase of project.
    - Determine resource requirements, planning, and other requirements as determined.

## Improve Operations
  - **Pedigree/Serialization**
    - Continue to support India team to complete Ministry of Health Serialization enactment dates for 2012. (January 2012, July 212)
    - Ensure Watson US project team is developed and completes goals and agenda for 2012

## Meeting Customer Needs
  - **RFP – Reverse Distribution**
    - Seamless transition of reverse distribution service provider
    - Complete review/revisions to Watson Return Goods Policy

## Improve Operations
  - **System Enhancements**
    - Partner with Contract Operations to develop streamline process for CARS membership, addition, deletion, changes process.
    - Partner with DEA Affairs to develop enhancements to current SOMS systems.

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 2012 Budget
# Key Assumptions



➢ Customer Relations: 507200

- Headcount and expenses remain flat to 2011
- Headcount accounts for 78% budget spend
- Depreciation, License/Fees, Facility Allocation account for 18% of budget spend

- No Pedigree planned expansion needs for 2012

- On going assistance of all "Product Support Programs":
  - PapSure, Oxytrol, Trelstar, Rapaflo, Androderm, Prochieve, Gelnique Pump, ella, Generess (B) *added in 2011/2012
  - New Beginnings (G)
  - Next Choice (G)
- Increased support program assistance for Gelnique, Crinone (B)
- New program support for Generess, Androderm, Gelnique Pump (B)

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Operating Expense Summary



| Customer Relations | | | | | | |
|---|---|---|---|---|---|---|
| Operating Expense Summary | | | | | | |
| ($ in 000s) | | | | | | |

| 507200 | 2011 | 2011 | | 2012 | 2012B vs. 2011F | | |
|---|---|---|---|---|---|---|---|
| Major Expense Classification | FY Budget | FY Forecast | Fcst vs. Bud | Budget | $ | % | Explanation |
| Indirect Labor | 2,104,511.0 | 2,121,930.0 | 17,419.0 | 2,170,086.0 | 48,156.0 | 2.3% | Allocated |
| Depreciation | 371,556.0 | 275,209.0 | -96,347.0 | 278,381.0 | 3,172.0 | 1.2% | Allocated |
| Dues & subscriptions | 8,805.0 | 8,806.0 | 1.0 | 23,700.0 | 14,894.0 | 169.1% | GS1-16K (moved from OS Service), NTIS 6.5K, Business Journals, Association Fees |
| Education assistance | 10,500.0 | 10,429.0 | -71.0 | 7,252.0 | -3,177.0 | -30.5% | Two employees require benefits for 2011 yr. |
| Licenses & fees | 82,063.0 | 80,073.0 | -1,990.0 | 78,778.0 | -1,295.0 | -1.6% | CSOS & Pedigree 24K, Salesforce.com (not incl), IT Allocation 56K. |
| Training/seminars | 8,150.0 | 8,150.0 | 0.0 | 8,100.0 | -50.0 | -0.6% | DEA Annual Conference 2.5K, Train the Trainer. 2K, Technology Conference 2K, Additional Dept. Needs $1.5K |
| Travel / Meals & Entertainment | 21,320.0 | 29,933.0 | 8,613.0 | 21,694.0 | -8,239.0 | -27.5% | Based on Training, Seminar, Customer Meetings. Standard site visits. Reduced cost due to completion of Canada project. |
| Outside/contract services | 22,493.0 | 25,093.0 | 2,600.0 | 2,210.0 | -22,883.0 | -91.2% | Iron Mountain 1.5K, In Synch .6K |
| Office/Operating Supplies/Other Office Exp. | 20,143.0 | 20,932.0 | 789.0 | 15,400.0 | -5,532.0 | -26.4% | No large purchases required. Office supplies CA & NJ - 5K, Operating Supplies -2.5K (headsets), Other Office Expenses 8K |
| Telecommunications | 13,589.0 | 13,820.0 | 231.0 | 16,776.0 | 2,956.0 | 21.4% | Internet Service 5K, Cell Phones 4.2K, Conference Line .5K. AT & T Biller 6K |
| Facility Cost | 103,200.0 | 144,219.0 | 41,019.0 | 144,216.0 | -3.0 | 0.0% | |
| All Other | 6,360.0 | 6,206.0 | -154.0 | 5,960.0 | -246.0 | -4.0% | Postage, Auto Exp, Recruiting, Equipment Rental |
| Total Indirect Expenses | 668,179.0 | 622,870.0 | -45,309.0 | 602,467.0 | -20,403.0 | -3.3% | |
| Total Department Expense | 2,772,690.0 | 2,744,800.0 | -27,890.0 | 2,772,553.0 | 27,753.0 | 1.0% | |

**Watson** Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187064

# Budget Worksheet



## Customer Relations Operating Expense P & L Summary: 2012 Budget

| | | 2011 | 2012 | $ | % | 2012 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Acct ID | Account | FY Fcst | FY Bud | FY Var | Var | Q1 Bud | Q2 Bud | Q3 Bud | Q4 Bud |
| 411100 | Regular Wages | 505,431 | 529,165 | (23,735) | 4% | 129,178 | 132,649 | 132,649 | 134,690 |
| 411200 | Overtime | 8,789 | 7,000 | 1,789 | -26% | 1,749 | 1,750 | 1,750 | 1,751 |
| 411300 | Salaries | 871,480 | 887,072 | (15,592) | 2% | 216,051 | 222,532 | 222,532 | 225,956 |
| 411400 | Benefits | 392,430 | 402,607 | (10,177) | 3% | 99,852 | 100,753 | 100,753 | 101,248 |
| 411450 | Payroll taxes | 110,550 | 107,729 | 2,821 | -3% | 32,416 | 27,171 | 24,952 | 23,189 |
| 411500 | Commissions (employee) | – | – | – | | – | – | – | – |
| 411600 | Bonus | – | – | – | | – | – | – | – |
| 411650 | Corporate Bonus Program | 175,322 | 180,725 | (5,403) | 3% | 44,035 | 45,331 | 45,331 | 46,028 |
| 411700 | Vacation | 9,585 | 8,497 | 1,088 | -13% | 2,071 | 2,131 | 2,131 | 2,164 |
| 411750 | Restricted Stock Expense | 42,228 | 40,891 | 1,337 | -3% | 10,223 | 10,223 | 10,223 | 10,223 |
| 411760 | Stock Option Expense | 516 | – | 516 | | – | – | – | – |
| 411800 | Indirect labor-temp | 5,600 | 6,400 | (800) | 12% | 2,132 | 1,067 | 2,134 | 1,067 |
| | **Total Labor** | **2,121,930** | **2,170,086** | **(48,156)** | **2%** | **537,707** | **543,607** | **542,455** | **546,316** |
| 422410 | Auto expense | 130 | 130 | – | 0% | 33 | 33 | 33 | 33 |
| 423320 | Consulting expense | – | – | – | | – | – | – | – |
| 423550 | Depreciation | 129,153 | 121,729 | 7,424 | -6% | 30,514 | 30,432 | 30,391 | 30,391 |
| 423551 | Depreciation – IT Allocation | 146,056 | 156,652 | (10,596) | 7% | 39,163 | 39,163 | 39,163 | 39,163 |
| 423800 | Dues & subscriptions | 8,806 | 23,700 | (14,894) | 63% | 5,000 | 200 | 3,500 | 15,000 |
| 424100 | Education assistance | 10,429 | 7,252 | 3,177 | -44% | 1,813 | 1,813 | 1,813 | 1,813 |
| 424400 | Equipment rental | 5,330 | 5,330 | (0) | 0% | 1,334 | 1,332 | 1,332 | 1,332 |
| 427650 | Licenses & fees | 24,407 | 25,200 | (793) | 3% | 6,300 | 6,300 | 6,300 | 6,300 |
| 427651 | Licenses & fees - IT Allocation | 55,666 | 53,578 | 2,088 | -4% | 13,395 | 13,395 | 13,395 | 13,395 |
| 428100 | Meals & entertainment | 3,353 | 5,544 | (2,191) | 40% | 1,436 | 1,286 | 1,286 | 1,536 |
| 429200 | Office supplies | 4,001 | 4,900 | (899) | 18% | 1,632 | 817 | 1,634 | 817 |
| 429400 | Operating supplies | 8,945 | 2,500 | 6,445 | -258% | 625 | 625 | 625 | 625 |
| 429460 | Other office expense | 7,986 | 8,000 | (14) | 0% | 1,000 | 1,000 | 3,000 | 3,000 |
| 429800 | Postage/express delivery | 487 | 500 | (13) | 3% | 122 | 126 | 126 | 126 |
| 430200 | Recruiting | – | – | – | | – | – | – | – |
| 430250 | Relocation | – | – | – | | – | – | – | – |
| 430800 | Social activities | 254 | – | 254 | | – | – | – | – |
| 431200 | Telecommunications | 13,820 | 16,776 | (2,956) | 18% | 4,194 | 4,194 | 4,194 | 4,194 |
| 431400 | Training/seminars | 8,150 | 8,100 | 50 | -1% | 2,325 | 425 | 2,425 | 2,925 |
| 431450 | Travel | 26,580 | 16,150 | 10,430 | -65% | 2,692 | 5,382 | 2,692 | 5,384 |
| 452000 | Outside/contract services | 25,093 | 2,210 | 22,883 | -1035% | 842 | 456 | 456 | 456 |
| 951010 | Facility Allocation | 92,463 | 92,460 | 3 | 0% | 23,115 | 23,115 | 23,115 | 23,115 |
| 951015 | Distribution Allocation | 51,756 | 51,756 | – | 0% | 12,939 | 12,939 | 12,939 | 12,939 |
| | **Total Other Expenses** | **622,866** | **602,467** | **20,399** | **-3%** | **148,473** | **143,032** | **148,418** | **162,543** |
| | **Total before Allocations out** | **2,744,797** | **2,772,554** | **(27,757)** | **1%** | **686,181** | **686,640** | **690,874** | **708,859** |

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# 2011 YTD (August) Productivity Statistics



| CUSTOMER RELATIONS - KEY PERFORMANCE INDICATORS | INDUSTRY BENCHMARK | 2010 | YTD August 2011 | 2011 YTD vs. 2010 YTD % of change |
|---|---|---|---|---|
| **CUSTOMER RELATIONS - SERVICE LEVELS** | | | | |
| Average Calls Per CR Administrator (monthly avg) | N/A | 668 | 591 | -11.5% |
| Average Percent of Abandoned Calls | ≤3% | 0.9% | 2.1% | 126.5% |
| Average Speed of Answered Calls (seconds) | <10 sec. | 5 | 4 | -16.8% |
| Average Cost of Call | | $ 5.38 | $ 6.16 | 14.5% |

| TRANSACTIONAL STATISTICS - CUSTOMER RELATIONS AND SUPPORT SERVICES | 2010 | YTD August 2011 | 2011 YTD vs. 2010 YTD % of change |
|---|---|---|---|
| **CUSTOMER RELATIONS - SUPPORT STATISTICS (monthly avg per CRA)** | | | |
| General Support Inquiries | 122 | 118 | -2.8% |
| Patient Assistance & Consumer Calls | 80 | 79 | -0.7% |
| Healthcare Professionals & Pharmacies support request | 27 | 26 | -3.7% |
| *New Beginnings Consumer Support Program inquiries (including avg. calls per CRA) | 29 | 11 | -62.1% |
| **ORDER STATISTICS (monthly avg.)** | | | |
| Average sales orders generated via Order Administration (non CII, SAA) (monthly avg.) | 4,123 | 3,723 | -9.7% |
| Avgerage line items generated - all order | 64,249 | 70,198 | 9.3% |
| Average invoices generated per order | 1.7 | 2.0 | 17.6% |
| Average Allocation Time per Order (hours) | 3.25 | 4.00 | 23.1% |
| Average Cost of an Order - Manual | $ 4.21 | $ 4.29 | 1.9% |
| Average Cost of an Order - EDI | $ 2.21 | $ 2.47 | 11.8% |
| **MASTER DATA STATISTICS (monthly average per MDA)** | | | |
| Customer/License Master record review/administration | 283 | 343 | 21.2% |
| SOMS Validations | 167 | 280 | 67.7% |
| CARS record review/administration | 201 | 204 | 1.5% |

| TRANSACTIONAL STATISTICS - SPECIALTY ACCOUNTS | YTD AVERAGE 2010 | YTD August 2011 | 2011 YTD vs. 2010 YTD % of change |
|---|---|---|---|
| **SPECIALTY ACCOUNTS** | | | |
| Total # of MTO/International Accounts | 25 | 28 | 12.0% |
| Average # of MTO/International Orders (monthly avg. per SAA) | 10 | 11 | 10.0% |
| Total Dollars MTO/International | $ 18,001,666.75 | $ 16,798,702.84 | -6.7% |
| Total Dollars PapSure | $ 375,375.00 | $ 368,500.00 | -1.8% |
| Total Dollars Crinone | $ 2,374,829.21 | $ 6,330,720.10 | 166.6% |
| Total Dollars Trelstar | $ 10,540,798.33 | $ 12,789,584.00 | 21.3% |

**Watson** Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# Back-up slides

**Watson** Pharmaceuticals.

ALLERGAN_MDL_02187067

# Detailed Assumption Worksheet



| Account | Explanation | % Variance B 2012 vs 2011 FY FCST | Total |
|---|---|---|---|
| | **Customer Relations** Assumption Worksheet 2012 Budget | | |
| | Based on 2011 actuals. | | |
| 411200- Overtime | | -20.4% | 7,000.0 |
| Total labor excluding OT | | | 2,163,086.0 |
| **Total Labor** | **Reduced HC (2) 2012 vs. 2011** | **2.3%** | **2,170,086.0** |
| 423550-Depreciation | Allocated amount | 1.2% | 278,381.0 |
| 423800-Dues & Subscriptions | GS1-16K (moved expense from OS Service), NTIS: 6.5K, **Dept. Business Journals**: Drug Store News: Drug Topics: $200, **Association Fees**: NACC Membership $500 Total, PMI Fees $200. | 169.1% | 23,700.0 |
| 424400- Equipment Rental | Based on 2011 actuals. - Dept. Copier- CA | 0.0% | 5,330.0 |
| 427650-License & Fees | **IT Allocation**: 56K, **CSOS/Pedigree Annual License**: 24K, **Salesforce.com Annual License**: (not incl. 48K) | -1.6% | 78,778.0 |
| 424100-Educational Assistance | Education Assistance: ( 1.5 Emp.) 7.2K | -30.5% | 7,252.0 |
| 429200Office Supplies, 429400Operating Supplies, 429460Other Office Exp. | **Office Supplies**: CA/NJ - 4.9K (NJ added 2011 1.7K), (+22%), **Operating Supplies**: 2.5K  (-72%), **Other Office Exp.** 8K (+/-0%) | -26.4% | 15,400.00 |
| | **Operating Supplies**: Replacement headsets,(6)1.5K, **Unforseen needs**: 1K= **Total $2.5K (-72%)** | | |
| | **Other Office Expenses**: Holiday Cards and Calendars for Customers: $2000, Watson Bucks Program $1000 per Quarter Total $4K, Cust. Serv. Week 2K, **Total 8K (+/- 0% to 2011)** | | |
| 431200- Telecommunications | **Internet Service**: (staff/NJ-inclement wheather) 5K, **Cell Phones**: 4.2K, **Conference Line**: .5K. AT & T Biller: 6K (based on 2011 actuals.) | 21.4% | 16,776.0 |
| 431400-Training & Seminars | **Training & Seminars**: Corona Coffee: .7K, DEA Annual Conference 2.5K, Train the Trainer, 2K, Technology Conference 2K, Additional Dept. Needs $1.5K | -0.6% | 8,100.0 |
| 431450-Travel 428100- Meals & Entertainment | **Meals & Entertainment 428100**;  2012 meals included 4 quarterly dept lunches ($250 per location per qtr)$2000 (bicoastal) **Employee service anniversary**: 1- 10yr. $150, 1 15yr $250 =$400. | -27.5% | 21,694.0 |
| | 45 days of meals for travel @$70 $$3,150 Total $5500 | | |
| | **Travel 431450**;  Based on 2012 travel needs.  **Total $16,150** ($1345 per mo.) | | |
| | Total 17 trips,  45 nights: Mary; 7 Trips. (5-NJ-4 nights, 2 Misc-3 nights.); Judy  1Trip  (4 nights) (Cust. Service Technology Conference); Sandy  1 Trip (3 nights); Laura  2 Trips  (6 nights) (Proj. Mgt Training) | | |
| | CRA/MD  6 Trips (7 nights), (Wal-Mart, Cardinal,  ABC, McKesson,- DEA Seminar.) | | |
| 452000-Outside Service | Moved GS1 under Dues & Subscriptions: Iron Mountain: 1.5K, **In Synch**: .6K | -91.2% | 2,210.0 |
| Other | **Postage**: $500, **Auto Expense Milage**: $130-based on 2011 actuals | -27.0% | 630.0 |
| 951009-951014 Facility Cost | Allocated Amount | 0.0% | 144,216.0 |
| **Total Other Expenses** | | **-3.3%** | **602,467.0** |
| **Total Labor** | | **2.3%** | **2,170,086.0** |
| **TOTAL BUDGET** | | **1.0%** | **2,772,553.0** |

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Customer Relations Operations High Level Org Chart

**Mary Woods**
Executive Director
Customer Relations Operations

1 Administrative Assistant

**Judy Callahan – Mgr.**
Customer Relations

**Laura Pinti-Mgr**
Specialty Accounts/
Project Management

**Sandra Simmons-Mgr**
Order Processing/
Support Services

8 Customer Relations Administrators

2 Specialty Account Administrators

3 Master Data Administrators

1 Switchboard Operator

3 Order Processing Administrators

**Total Department Headcount – 22**
**California (Customer Relations) – 12**
**New Jersey (Specialty Accounts/ Support Services) - 10**

Watson Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187069

# Customer Relations Operations Organizational Structure

**Mary Woods**
Executive Director

**Nancy Radcliffe**
Administrative Assistant II

**Judy Callahan**
Manager - Customer Relations

**Laura Pinti**
Project Manager III

**Sandra Simmons**
Manager – Support Services

**Gloria Fernandez**
Customer Relations
ABC, Kinray, Caremark,
Medco, CVS

**Darlene Grimm**
Customer Relations
Premier Group (7), Sm Retail Chains,
Puerto Rico, House Accts – N & SE -
Vet Accounts

**Gilberta Sandoval**
Switchboard Operator
-NB Program Lit, Fulfilment
-Next Choice-Orders to Resolve -
Administrative

**Chris Marino**
Specialty Accounts
International, Nephrology Accounts,
Direct Trelstar, Replacements

**Anna Crocco**
Order Administrator, Sr.
Supports CS Team/Customers: Jeff,
Vicky, Debra Solano (Mark Biltman) &
OMS
Department Administrator

**Larry Shaffer**
CARS Administrator
Portal Administration
Training

**Michele Garcia**
Customer Relations
Walmart, Walgreens, HEB, Meijer,
Kroger/Peyton, Albertsons,
SuperValu, Nico Gum

**Christi Hammonds**
Customer Relations
Independent Dist., House Accounts – N
& SW, Omnicare, Harvard, FW Kerr

**Bernice Mitra**
Specialty Accounts
Made-to-Order, Business Development,
Papsure, Patient Assistance Programs

**Kathy Sartori**
Order Administrator
Supports CS Team/Customers: Bea,
Darlene & Gloria

**Mary Moskello**
License Administrator
SOMS Administration

**Jeff Gee**
Customer Relations
PHS, Government, DOD, Convenient
Store Dist, CDC, Target

**Renee Hernandez**
Customer Relations
McKesson, Kaiser,
Costco, Safeway

**Carolyn Walden**
Order Administrator
Supports CS Team/Customers: Renee,
Michele, Christi & Samples

**Vicky Lepore**
Customer Master Administration

**Vicky Goldy**
Customer Relations
Opisource Group (13),
Cardinal,
American Sales

**Bea Padilla**
Customer Relations
Anda, ESI, Rite Aid, Gulf South,
Publix, Morris & Dickson

**Dept. Headcount-22**
**Customer Relations – CA – 12**
**Specialty Accounts/Support Services – NJ - 10**

**Watson** Pharmaceuticals.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187070



# Questions



**Watson** Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187071

**Produced as Natives**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187072

**Produced as Natives**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187073

**Produced as Natives**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Produced as Natives**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Produced as Natives**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Produced as Natives**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187077

**Produced as Natives**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187078

**Produced as Natives**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187079

**Produced as Natives**



Mary Woods
Executive Director
Nancy Radcliffe
Administrative Assistant II
Judy Callahan
Manager - Customer Relations
Laura Pinti
Project Manager III
Sandra Simmons
Manager – Support Services
Gloria Fernandez
Customer Relations
ABC, Kinray, Caremark, Medco, CVS
Darlene Grimm
Customer Relations
Premier Group (7), Sm Retail Chains; Puerto Rico, House Accts – N & SE - Vet Accounts
Gilberta Sandoval
Switchboard Operator
-NB Program Lit. Fulfilment
-Next Choice–Orders to Resolve - Administrative
Michele Garcia
Customer Relations
Walmart, Walgreens, HEB, Meijer, Kroger/Peyton, Albertsons, SuperValu, Nico Gum
Christi Hammonds
Customer Relations
Independent Dist., House Accounts – N & SW, Omnicare, Harvard, FW Kerr
Jeff Gee
Customer Relations
PHS, Government, DOD, Convenient Store Dist, CDC, Target
Renee Hernandez
Customer Relations
McKesson, Kaiser, Costco, Safeway
Vicky Goldy
Customer Relations
Optisource Group (13), Cardinal, American Sales
Bea Padilla
Customer Relations
Anda, ESI, Rite Aid, Gulf South, Publix, Morris & Dickson
Chris Marino
Specialty Accounts
International, Nephrology Accounts, Direct Trelstar, Replacements
Bernice Mitra
Specialty Accounts
Vace-to-Order, Business Development, Papsure, Patient Assistance Programs
Anna Crocco
Order Administrator, Sr.
Supports CS Team/Customers: Jeff, Vicky, Deora Solano (Mark Blitman) & OMS
Department Administrator
Larry Shaffer
CARS Administrator
Portal Administration
Training
Kathy Sartori
Order Administrator
Supports CS Team/Customers: Bea, Darlene & Gloria
Mary Moskello
License Administrator
SOMS Administration
Carolyn Walden
Order Administrator
Supports CS Team/Customers: Renee, Michele, Christi & Samples
Vicky Lepore
Customer Master Administration





ALLERGAN_MDL_02187083







ALLERGAN_MDL_02187086



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187087



**Michael Kelly**
Manager
Health Systems Support
*Gurnee*

**Sharon Colon**
Administrative Assistant
*Gurnee*

**Star Shelley**
Supervisor
Health Systems Support
*Corona*

**Peggy Butler**
Supervisor
Health Systems Support
*Gurnee*

**Cheryl Becker**
Supervisor
Health Systems Support
*Gurnee*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02187088





ALLERGAN_MDL_02187090



ALLERGAN_MDL_02187091