# EXHIBIT 515

| | |
|---|---|
| **From:** | Product.Release.Alert.Notification@actavis.com |
| **To:** | Akeisha Edwards; Dawn Frye; Diana Herbig; David Myers; Jinping McCormick; Judith Wizorek; Krishna Samuga; Karen Stoedter; Mike Diblasi; Rachelle Galant; Sarah Meyer; Umesh Solanki; Violet Wojtulewicz; Yvonne Hodges |
| **Sent:** | 3/4/2011 8:43:18 PM |
| **Subject:** | Product Release Alert Notification |

| Trans. Time | Item | Description | Lot | Exp Dt | Fr Loc. | To Loc. | Qty |
|---|---|---|---|---|---|---|---|
| 03/04/11 15:43:17 | 402911 | Oxycodone/Ibuprofen Tabs | 227A11 | 01/31/13 | UPS-QU | UPS-AV | 1992 |

Confidential
Acquired_Actavis_00184335