# EXHIBIT 517

.

---

| | |
|---|---|
| **From:** | Ritter, Pam <Ritter, Pam <pritter@hdmanet.org>> |
| **Sent:** | Wednesday, May 30, 2007 4:09 PM |
| **To:** | Acevedo, Gloria; aforster@hdmanet.org; Tiller, Andi; aducca@hdmanet.org; ann.gongora@mckesson.com; a.tetreault@toprx.net; rhg@southwoodpharm.com; brad.faber@usoncology.com; bpine@SmithDrug.Com; bcherico@hdmanet.org; Loiacono, Brian; Brian.McAndrews@McKesson.com; mbroome@mutualdrug.com; bruce.russell@mckesson.com; gary.cacciatore@cardinal.com; Catherine.montes@mckesson.com; CZimmerman@AmerisourceBergen.com; dbellingham@hdmanet.org; dan.cohen@usoncology.com; dboyter@glasgow-ky.com; elaine.trautman@cardinal.com; melena@borschow.com; maria.fonseca@mckesson.com; gary.hilliard@mckesson.com; geuson@hdsmith.com; robert.giacalone@cardinal.com; jharbauer@prescriptionsupply.com; harry.myers@absg.com; hzenk@amerisourcebergen.com; jjosephson@vwdco.com; julie.ehinger@absg.com; khillman@parmedpharm.com; Reid, Kathleen; KMcclure@pssd.com; kfreitas@hdmanet.org; elankford@hdmanet.org; DLinza@parmedpharm.com; egallenagh@hdmanet.org; mlrumble@yahoo.com; martha.russell@cardinal.com; mjennings@pssd.com; mary.mcdevitt@mckesson.com; matt.brow@usoncology.com; mklein@hdmanet.org; michael.cochrane@andrx.com; Ettinger, Michael; mbolen@amerisourcebergen.com; DiBello, Michael; hmorris@hdmanet.org; plittle@hdsmith.com; pritter@hdmanet.org; Schmidt, Pete (USA); spilch@hdmanet.org; rickpurvis@mcqbros.com; bschwartz@southwoodhealthcare.com; Romano, Maurizio; ron.bone@mckesson.com; rlanton@hdsmith.com; sshah@thdg.com; melville@hdmanet.org; smays@amerisourcebergen.com; steve.reardon@cardinal.com; sheffner@hdmanet.org; smirvis@hdmanet.org; Tejeda, Sergio; Tish Pahl; tom.mcdonald@mckesson.com; thomprice@dmspharma.com; Ann Berkey; a.tetreault@toprx.net; arattini@miamiluken.com; atsien@ofwlaw.com; cassi.baker@cardinal.com; gkr@quality-products.com; Faber, Brad D; Loiacono, Brian; maria@bddow.com; Connie Woodburn; dan.cohen@usoncology.com; Dellacroce, Peter; eschuss@bellcohealth.com; rose.gabaeff@mckesson.com; rtyler@valuedrugco.com; jyoung@tdyllc.com; jjosephson@vwdco.com; julie.ehinger@absg.com; khillman@parmedpharm.com; kcouch@smithdrug.com; Koch, George W.; ltarplin@tdyllc.com; mlrumble@yahoo.com; candace.martinez@usoncology.com; mjennings@pssd.com; mary.mcdevitt@mckesson.com; matt.brow@usoncology.com; brian.mcandrews@mckesson.com; david@mcqbros.com; michael.cochrane@andrx.com; Ettinger, Michael; hanson@thec2group.com; mbolen@amerisourcebergen.com; dmoody@mutualdrug.com; nmm@vnf.com; nate.filler@cardinal.com; litterst@thec2group.com; Schmidt, Pete (USA); bpine@smithdrug.com; rdowns@tdyllc.com; rickpurvis@mcqbros.com; rnorton@amerisourcebergen.com; bschwartz@southwoodhealthcare.com; rlanton@hdsmith.com; cschoen@prescriptionsupply.com; sshah@thdg.com; tom.mcdonald@mckesson.com; thomprice@dmspharma.com; vfelic@borschow.com; CZimmerman@AmerisourceBergen.com; aforster@hdmanet.org; aducca@hdmanet.org; bcherico@hdmanet.org; camille.smith@cardinal.com; Catherine.montes@mckesson.com; dbellingham@hdmanet.org; jgray@hdmanet.org; Kathryn Mcclure; kfreitas@hdmanet.org; elankford@hdmanet.org; egallenagh@hdmanet.org; maribel.mallari@mckesson.com; mklein@hdmanet.org; |

1

**Highly Confidential**                                                                                                                    HSI-MDL-00620224

| | |
|---|---|
| **To:** | hmorris@hdmanet.org; nhanagan@hdmanet.org; pritter@hdmanet.org; spilch@hdmanet.org; Potter, Dennis S.; melville@hdmanet.org; sharon.boggess@cardinal.com; Eerdmans, Susan; smirvis@hdmanet.org; jag@hpm.com |
| **Subject:** | CONFIRMED HDMA Conference Call on DEA Issues |
| **Attachments:** | Attachment - Potential DEA Next Steps 5-25-07.doc |
| **SysUserProp:** | 88334F2CCA0D8E51C8530404366F9B82 |

Per the email request below, the conference call has been confirmed for **Friday, June 1 at 11:00 am EST**.

---

TO PARTICIPATE ON THE CONFERENCE CALL:
- DIAL-IN NUMBER: **1-800-531-3250**
- CONFERENCE ID NUMBER: **6739996**

IF YOU HAVE ANY QUESTIONS, PLEASE DON'T HESITATE TO CONTACT US.

---

*Pam*

................................................................
PAMELA A. RITTER
ADMINISTRATOR, GOVERNMENT AFFAIRS
HEALTHCARE DISTRIBUTION MANAGEMENT ASSOCIATION
(703) 885-0239
FAX: (703) 935-3200
PRITTER@HDMANET.ORG
WWW.HEALTHCAREDISTRIBUTION.ORG
................................................................

**2007 HDMA DISTRIBUTION MANAGEMENT CONFERENCE & TECHNOLOGY EXPO**
*THE SUPPLY CHAIN EVOLUTION: NEW DIRECTIONS & DIMENSIONS*
JUNE 10-13, 2007 • BOSTON MARRIOTT COPLEY PLACE • BOSTON, MA
CLICK HERE TO LEARN MORE!

---

**From:** Ritter, Pam
**Sent:** Friday, May 25, 2007 1:26 PM
**To:** Ritter, Pam
**Subject:** FW: HDMA Conference Call on DEA Issues

This document is being sent to you at the request of Anita Ducca.


Dear RAC Members:

This is to ask if you are interested in, and when you are available for, a conference call to discuss DEA issues in preparation for a meeting between HDMA and DEA officials. The meeting we intend to request is with regard to DEA

2

Highly Confidential                                                                                                         HSI-MDL-00620225

expectations of wholesale distributors to take action on suspicious orders. (The purpose of this planning call is explained further below.)

The two dates we are looking at are:

Friday, June 1 at 11:00 am EST or
Tuesday, June 5 at 2:00 pm EST

Please let us know if you are available on either or both of these dates by Wednesday, May 30.

**Background/Purpose:**

At the May 17 Executive Committee meeting, there was a discussion about recent DEA activities to involve wholesale distributors in efforts to prevent diversion, particularly diversion by way of internet pharmacies.  The Executive Committee requested that HDMA become involved and recommended that HDMA hold meet with appropriate DEA officials to discuss this issue.

In consultation with our Outside Counsel, we are looking at covering the following points at such a DEA meeting:

1. Give the DEA an overview of our industry,
2. Discuss limitations the industry has in attempting to meet DEA's expectations and discuss policy improvements (e.g., potentially urging DEA to conduct more aggressive pharmacy inspections or pharmacy license reviews)
3. **Provide specific suggestions for efforts that HDMA might offer to work on with the DEA as a means to show good faith and also to direct them to solutions that are feasible for distributors.**

We particularly wish to focus on the third item during this planned conference call.  We would not go into extensive detail on what the industry could offer at this initial meeting.  However, we want to be sure that we have something reasonable to put on the table and that there is support among our members for such a commitment.

We are inviting the RAC members to such a conference call.  However, if you think there is someone else in your company who should participate either with you, or instead of you, by all means, please feel free to forward this e-mail to them.

I have attached a draft list of possible suggestions for DEA to serve as a starting point for the discussion, but by all means, if you have alternative suggestions, we would like to hear them.

I look forward to talking with you.  If you have any questions, please feel free to contact me.

Have a safe Holiday Weekend,
Anita
.....................................................................
Anita T. Ducca
Senior Director, Regulatory Affairs and Healthcare Policy
Healthcare Distribution Management Association
901 North Glebe Road, Ste. 1000
Arlington, VA  22203
(703) 885-0240
Fax: (703) 935-3200
www.HealthcareDistribution.org

Highly Confidential                                                                                                                                               HSI-MDL-00620226