# EXHIBIT 519

| | |
|---|---|
| **From:** | Ducca, Anita |
| **Sent:** | Wednesday, February 06, 2008 7:19 PM |
| **To:** | Ducca, Anita |
| **Subject:** | HDMA RAC - Conference Call Reminder - Thursday, Feb. 7, 2:00 pm EST |
| **Attachments:** | 02-07-08 RAC confcallagenda.doc; Antitrust Policy - HDMA.doc; D R A F T Post 1-31 v.8 changes accepted  2-6-08.doc; D R A F T Post 1-31 v.8 redline version 2-6-08.doc; CS Review Chart v.3.pdf |

To:  Regulatory Affairs Committee
      Participants in the Jan. 31 HDMA Meeting on Suspicious Orders Best Practices

Re: Meeting Reminder - Thursday, February 7, 2:00 pm EST; Review of Revised Draft Best Practices

**Dial-in number: 1-800-531-3250  Conference id number:  8594739**

Dear HDMA Members:

Attached please find the agenda and attachments for our regularly scheduled conference call **tomorrow, Feb. 7 at 2:00 pm EST**.  During the call, we will review the changes to the Best Practices for Suspicious Orders and Diversion Prevention which we have revised based on our meeting last Thursday.

I've attached a version with the changes redlined and another with the changes accepted.  As we discussed last week, I've also attached the chart based on ABC's program, but slightly modified to be more generic for industry-wide use.  I recommend that you review the BPs with changes accepted, the many revisions make the redlined version somewhat difficult to read.  (Please do not circulate these outside of your offices as they are still undergoing review.)

Those members who attended the meeting last week are also invited invited to participate should they wish to.  We will start the BPs discussion at approximately 2:15.

If you are not able to attend the call, feel free to **comment** on the draft BPs by e-mail or by calling me **by noon on Friday, the 8th**.  Please include very specific changes in your comments, so that we can be sure to accommodate them.
I apologize for this short notice but as you will see the document has undergone substantial changes and we will be further discussing it at the GPPC meeting early next week.

Thank you and I look forward to our call tomorrow.


*Anita*

Anita T. Ducca
Senior Director, Regulatory Affairs and Healthcare Policy
Healthcare Distribution Management Association
901 North Glebe Road, Suite 1000
Arlington, VA  22203
Direct: (703) 885-0240
Fax: (703) 935-3200
www.HealthcareDistribution.org

1

CONFIDENTIAL

HDA_MDL_000148603

CONFIDENTIAL

HDA_MDL_000148604