Page 1

1             IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
2                      EASTERN DIVISION
3

      _____
4

      IN RE:  NATIONAL PRESCRIPTION      MDL No. 2804
5     OPIATE LITIGATION                  Case No. 17-md-2804
6

      This document relates to:         Judge Dan
7                                        Aaron Polster
8     The County of Cuyahoga v. Purdue
      Pharma, L.P., et al.
9     Case No. 17-OP-45005
10    City of Cleveland, Ohio vs. Purdue
      Pharma, L.P., et al.
11    Case No. 18-OP-45132
12    The County of Summit, Ohio,
      et al. v. Purdue Pharma, L.P.,
13    et al.
      Case No. 18-OP-45090
14    _____
15
16
17             Deposition of Matthew Baeppler
18                   Cleveland, Ohio
19                   January 17, 2019
20                      9:05 a.m.
21
22
23
24    Reported by:  Bonnie L. Russo
25    Job No. 3191692

Page 2

1 Deposition of Matthew Baeppler held at:
2
3
4
5       Zashin & Rich Co. LPA
6       950 Main Avenue
7       4th Floor
8       Cleveland, Ohio
9
10
11
12
13
14
15
16
17
18
19 Pursuant to Notice, when were present on behalf
20 of the respective parties:
21
22
23
24
25

Page 3

1 APPEARANCES:
2 On behalf of the City of Cleveland:
  DIANDRA S DEBROSSE ZIMMERMANN, ESQ
3 ZARZAUR MUJUMDAR & DEBROSSE
  2332 2nd Avenue, North
4 Birmingham, Alabama 35203
  205-983-7985
5 fuli@zarzaur com
6
  On behalf of Walmart, Inc
7 CHRISTOPHER M MCLAUGHLIN, ESQ
  JONES DAY
8 North Point
  901 Lakeside Avenue
9 Cleveland, Ohio 44114
  216-586-3939
10 cmmclaughlin@jonesday com
11
  On behalf of Endo Pharmaceuticals, Inc , Endo
12 Health Solutions, Inc , Par Pharmaceuticals,
  Inc and Par Pharmaceutical Companies, Inc :
13 GREGORY SCHINNER, ESQ
  (Via Teleconference)
14 ARNOLD & PORTER
  601 Massachusetts Avenue, N W
15 Washington, D C 20001
  202-942-5000
16 gregory schinner@arnoldporter com
17
  On behalf of Teva Pharmaceutical Industries:
18 MORGAN LEWIS & BOCKIUS, LLP
  MAUREEN BARBER, ESQ
19 One Oxford Centre
  Thirty Second Floor
20 Pittsburgh, Pennsylvania 15219
  412-560-7463
21
22
23
24
25

Page 4

1 APPEARANCES (CONTINUED):
2
  On behalf of McKesson Corporation:
3 NEIL K. ROMAN, ESQ.
  COVINGTON & BURLING, LLP
4 The New York Times Building
  620 Eighth Avenue
5 New York, New York 10018
  212-841-1221
6 nroman@cov.com
   -and-
7 ASEEM P. PADUKONE, ESQ.
  COVINGTON & BURLING, LLP
8 One Front Street
  San Francisco, California 94111
9 415-591-7059
  apadukone@cov.com
10
11
12
13
14
15
16
17
  Also Present:
18 Wesley Kretch, City of Cleveland, Assistant
  Director of Law
19
20
21
22
23
24
25

Page 5

1       C O N T E N T S
2 EXAMINATION OF MATTHEW BAEPPLER      PAGE
3 BY MR. ROMAN                 8
4 BY MR. PADUKONE              152
5 BY MR. McLAUGHLIN            213
6 BY MS. BARBER               219
7
8
9       EXHIBITS
10 Exhibit 1  E-Mail Chain       36
11       CLEVE_000180822-827
       dated 2-27-18
12 Exhibit 2  E-Mail Chain       41
       dated 5-24-18
13       CLEVE_001477213-7218
14 Exhibit 3  E-Mail Chain       79
       dated 6-22-17
15       CLEVE_000189730
16 Exhibit 4  E-Mail Chain       85
       dated 5-25-18
17       CLEVE_000179751
18 Exhibit 5  Medical Examiner's  93
       Office
19       Heroin/Fentanyl/Cocaine
       Related Deaths in
20       Cuyahoga County
       2017 January Update
21       2-8-18
       CLEVE_002231597-1607
22
       Exhibit 6  E-Mail dated 4-30-18   99
23       CLEVE_000267011
24 Exhibit 7  E-Mail Chain      101
       dated 2-26-18
25       CLEVE_000267678

2 (Pages 2 - 5)

Page 6

1 EXHIBITS (CONTINUED):
2
3 Exhibit 8  E-Mail dated 3-27-18      107
          CLEVE_001477582
4 Exhibit 9  E-Mail Chain        111
          dated 3-20-18
5         CLEVE_002257384-385
6 Exhibit 10  Narcotics Realignment     116
          11-25-12
7         CLEVE_000011161-1163
8 Exhibit 11  Non-Fatal and Fatal Opioid   119
          Overdoses
9         CLEVE_000251552
10 Exhibit 12  Heroin Invests      130
          Fatals
11         January 2017
          CLEVE_001476069-6080
12
13 Exhibit 13  Heroin Invests      132
          Fatals
          January 2018
14         CLEVE_001476081-6092
15 Exhibit 14  E-Mail dated 1-5-18     134
          CLEVE_000182046
16
17 Exhibit 15  Letter dated 3-6-18     137
          CLEVE_000247906
18 Exhibit 16  Cleveland Division of   146
          Police Anticipated Travel
19         Expense Report
          CLEVE_002366453-6461
20
21 Exhibit 17  E-Mail Chain      149
          dated 5-10-18
22         Attachment
          CLEVE_000366813-875
23 Exhibit 18  E-Mail Chain      160
          dated 4-19-18
24         CLEVE_000267663
25

Page 7

1 EXHIBITS (CONTINUED):
2
3 Exhibit 19  5th District Vice Unit   166
          District Support
          Monthly Statistics
4         November 2013
          CLEVE_002371733
5
6 Exhibit 20  E-Mail Chain      179
          dated 2-7-18
          CLEVE_000267609
7
8 Exhibit 21  E-Mail Chain      183
          dated 3-8-18
          CLEVE_000267423
9
10 Exhibit 22  E-Mail Chain      190
          dated 3-28-18
          CLEVE_000267124
11
12 Exhibit 23  E-Mail Chain      194
          dated 3-29-18
          Attachment
13         CLEVE_002231621
14 Exhibit 24  E-Mail dated 3-7-18     198
          CLEVE_000267426-429
15
16 Exhibit 25  Event Summary      205
          CLEVE_000251274-283
17 Exhibit 26  Cleveland Police      211
          Narcotics Unit
18         Compliance Case Tracker
          CLEVE_000345261-268
19
20
21
22
23
24
25 (Exhibits included with transcript )

Page 8

1              P R O C E E D I N G S
2
3          MATTHEW BAEPPLER,
4  was called for examination by counsel and,
5  after having been duly sworn by the Notary, was
6  examined and testified as follows:
7          EXAMINATION BY COUNSEL FOR DEFENDANT
8              McKESSON CORPORATION
9  BY MR. ROMAN:
10  Q.  Good morning, Sergeant Baeppler.
11      How are you?
12  A.  Very well.
13  Q.  Sergeant, before we begin, I'd just
14  like to put a statement on the record here, and
15  then we will begin with your deposition.
16          Yesterday we received a production
17  of more than 27,000 pages of documents from
18  your custodial file.  Obviously we have not had
19  an opportunity to review all those documents.
20  Therefore, although we're going to proceed with
21  this deposition today, we reserve the right to
22  continue the deposition so that we can examine
23  you on the newly and belatedly produced
24  documents.
25          So do you understand that we're

Page 9

1  going to have to -- you may likely have to come
2  back here?
3  A.  I don't have any control over that.
4  Q.  I understand.
5          So, Sergeant, my name is Neil Roman.
6  I'm with the law firm of Covington & Burling.
7  We represent McKesson and the other two lawyers
8  or -- three lawyers, who will introduce
9  themselves.
10      MR. PADUKONE:  Aseem Padukone from
11  Covington & Burling on behalf of McKesson.
12      MS. BARBER:  Maureen Barber on
13  behalf of the Teva defendants.  I'm with the
14  firm Morgan Lewis & Bockius.
15      MR. McLAUGHLIN:  Chris McLaughlin
16  from Jones Day in Cleveland on behalf of
17  Wal-Mart.
18      BY MR. ROMAN:
19  Q.  Could you please state your name for
20  the record.
21  A.  My name is Matthew Baeppler.
22      MS. DEBROSSE:  One moment.  We've
23  got counsel on the phone.
24      MR. ROMAN:  I'm sorry.
25          Counsel on the phone, can you please

3 (Pages 6 - 9)

1  identify yourselves.
2      MR. SCHINNER:  This is Greg Schinner
3  of Arnold & Porter on behalf of the Endo and
4  Par defendants.
5      MR. ROMAN:  Thank you.
6      Anybody else.
7      BY MR. ROMAN:
8      Q.  Sergeant Baeppler, could you please
9  give your work address.
10     A.  201 Payne Avenue in Cleveland, Ohio.
11     Q.  Do you also live in Cleveland?
12     A.  I've been advised not to tell you
13  where I live.  I live in the Cleveland area.
14     Q.  Is there any reason why you cannot
15  give complete and truthful testimony today?
16     A.  No.
17     Q.  Have you ever had your deposition
18  taken before?
19     A.  Yes.
20     Q.  On how many occasions?
21     A.  Two other occasions.
22     Q.  When were those?
23     A.  I don't recall the years.  Several
24  years ago.
25     Q.  Are you familiar with the process?

1      A.  Yes.
2      Q.  Were those depositions that were
3  taken -- taken in your capacity as a
4  decorative in the Cleveland police department or in
5  another capacity?
6      A.  They were in my capacity as a police
7  officer in the City of Cleveland.
8      Q.  Have you ever testified at trial?
9      A.  Yes.
10     Q.  On how many occasions?
11     A.  More than a hundred.
12     Q.  Have you ever testified at any
13  legislative hearings?
14     A.  No.
15     Q.  So just a couple quick ground rules.
16  If you have any questions about my question,
17  you don't hear me, you don't understand me,
18  please let me know.  I'll be happy to restate
19  or rephrase or whatever is necessary so that
20  we're on the same wavelength.
21      If you answer a question though, I'm
22  going to assume you understood it.
23      Do you understand that?
24     A.  Yes.
25     Q.  And if you need a break for whatever

1  reason, we'd be happy to take one.  Just let us
2  know.  The only exception to that is that
3  there's a question pending.
4      Do you understand that?
5      A.  Yes.
6      Q.  What did you do to prepare for your
7  deposition today?
8      A.  I met with my attorneys.
9      Q.  Who specifically?
10     A.  I met with Fu and Craig Bashein.
11     Q.  And what is Fu's full name?
12     MS. DEBROSSE:  I'm sitting right
13  here.  That's a nickname everybody uses for me.
14     MR. ROMAN:  Okay.  I did not know
15  that.
16     BY MR. ROMAN:
17     Q.  Anyone besides those two?
18     A.  No.
19     Q.  When did you meet with them?
20     A.  Over the past three, four days.
21     Q.  How many times?
22     A.  Three or four times.
23     Q.  What would you say is the total
24  number of hours you spent preparing?
25     A.  I didn't keep track like that.  I'm

1  guessing between eight to ten hours.
2      Q.  Was anyone else ever present during
3  these meetings?
4      A.  No.  Sometimes people would walk in
5  my office.  But, you know, they were just in
6  there asking me a question about something.
7  They weren't a part of any conversation.
8      Q.  Was anybody on the phone during any
9  of these preparation sessions?
10     A.  Other than my attorneys, no.
11     Q.  Oh, they weren't in the office with
12  you; they were on the phone?
13     A.  Some were telephonic conversations,
14  and some were in person.
15     Q.  Have you discussed your expected
16  testimony today with anyone other than counsel?
17     A.  My ex-wife, who I live with.  I told
18  her I am getting deposed, and that was it.
19     Q.  Anybody else?
20     A.  Told my father I was being deposed.
21  That was it.
22     Q.  But you haven't discussed your
23  expected testimony with any of your colleagues
24  or your former colleagues?
25     A.  No.

4 (Pages 10 - 13)

1    Q.   Have you reviewed any transcripts of
2  any depositions taken in this case?
3    A.   No.
4    Q.   Have you reviewed any of the
5  pleadings in this case, the complaint,
6  interrogatory responses, anything like that?
7    A.   No.  I haven't seen a whole lot of
8  anything.
9    Q.   Were you involved at all or did you
10  supply information at all in connection with
11  the drafting of any of the pleadings, including
12  the complaint and interrogatory responses?
13    A.   I wouldn't know because I didn't see
14  them.
15    Q.   During these preparations sessions
16  or otherwise, have you reviewed any documents
17  in preparation for your testimony today?
18    A.   I reviewed a couple of documents the
19  other day, yesterday.  None of them were very
20  substantial.
21    Q.   Do you recall what they were?
22    A.   I looked over a couple of e-mails.
23  I looked over some printouts, some spreadsheets
24  of some sort.
25    Q.   Do you remember what the e-mails

1  were about?
2    A.   I can't remember.  I'm sure I'll
3  remember later.  I mean that's it right now.
4  Like they there weren't -- it wasn't anything
5  earth shattering.  It wasn't anything of any
6  real substance.
7    Q.   If I show you those e-mails today,
8  will you please let me know?
9    A.   Uh-huh.  I will.
10    Q.   Do you recall what the spreadsheet
11  showed?
12    A.   Addresses.
13    Q.   Addresses of what?
14    A.   Addresses in the City of Cleveland
15  that had some other coding along with it.  But
16  I had never seen it before, and I wasn't sure
17  what to make of it.
18    Q.   These weren't just random addresses.
19        Were they associated with overdose
20  victims or some --
21    A.   They could have been.  I don't know.
22  I mean, like I said, I know they were addresses
23  because I recognized the street names.  But I
24  couldn't tell you precisely what they were for.
25    Q.   Did you review any documents that --

1  well, strike that.
2        The documents you reviewed
3  presumably had in the lower right-hand corner
4  what we call a Bates number.
5        Do you know what a Bates number is?
6    A.   No.
7    Q.   It's an identification.  I can show
8  you one here.  Where it says, for example,
9  "CLEVE," and then there's a number down there.
10    A.   Uh-huh.
11    Q.   Do you know whether or not the
12  documents you reviewed had those numbers on it?
13    A.   I don't -- I wasn't looking for
14  that.  No.  I -- they may have had it; they may
15  not.  I really don't know because I wasn't -- I
16  didn't pay attention to that.
17    Q.   Did you do anything else to prepare
18  for today, including did you conduct any
19  independent research on the Internet or
20  otherwise or anything else?
21    A.   No.  Just -- no.  I really didn't.
22  I didn't do -- I got to let you know.  I mean I
23  haven't been in the HIDI task force for an
24  extended period of time.  So no.
25    Q.   Okay.  So you're from Cleveland,

1  right?
2    A.   Yes.
3    Q.   Did you go to college?
4    A.   Yes.
5    Q.   Where did you go to college?
6    A.   The University of Findlay.
7    Q.   University of Finland?
8    A.   Findlay.
9    Q.   Findlay.
10    A.   Findlay.  Yep.
11    Q.   Okay.  That's --
12    A.   It's in western Ohio.
13    Q.   I was going to say that's in Ohio?
14    A.   About 40 minutes south of Toledo.
15    Q.   Did you graduate?
16    A.   Yes.
17    Q.   In what year?
18    A.   '93 or '94.
19    Q.   With what kind of a degree?
20    A.   With a degree in history.  And also
21  certified in special education for teaching.
22    Q.   Have you received any other degrees
23  or certifications or academic training?
24    A.   I have plenty of certificates in
25  regarding my police work but none with -- in

5 (Pages 14 - 17)

Page 18

1    terms of college credits.
2      Q.   What kind of certifications have you
3    received in connection with your police work?
4      A.   Most of them are gang training.  And
5    other certificates -- numerous -- just for when
6    we -- whenever you complete something in the
7    City of Cleveland -- you know, it could be for
8    whatever computer program they have going --
9    you get a certificate for that or what have
10   you.  Most of them were for minor things,
11   police related.
12         Most of them, though, are gang
13   stuff, ATF stuff for identifying persons
14   carrying weapons, so forth.
15     Q.   Have you served any specialized
16   training relating to drug use or drug abuse or
17   opioid use or opioid abuse?
18         MS. DEBROSSE:  Object to form.
19         You may answer, Sergeant.
20         THE WITNESS:  Can you repeat the
21   question.  There are several parts to that.
22   I'm not as smart as you are, I'm sure.
23         BY MR. ROMAN:
24     Q.   I wouldn't -- I would not assume
25   that.

Page 19

1          Have you received any specialized
2    training relating to drugs or drug abuse?
3      A.   I've received specialized training
4    in drugs, several drugs throughout the years.
5      Q.   Can you describe that training,
6    please.
7      A.   It runs the gamut of everything.  I
8    have had training specifically dealing with
9    methamphetamines, producing methamphetamines,
10   how do deal with meth labs.  Training in crack
11   cocaine, training in heroin, training in
12   marijuana and marijuana grows.  Anything
13   related to drugs in narcotics for the most part
14   I've dealt with.
15     Q.   I'm referring right now to kind of
16   specialized training where you're - the focus
17   is on, you know, one or more street drugs.
18     A.   Throughout my career I've received
19   training -- a lot of training.  I can't recall
20   every single training course I've been to.  So
21   I'm going to have to leave it at that.
22     Q.   Well, do you recall any trainings
23   related specifically to opioids or opioid
24   abuse?
25     A.   I did take an online course.  Like I

Page 20

1    said, I can't remember the specifics on it.
2      Q.   When did you take that?
3      A.   A few years ago.
4      Q.   What do you recall about that
5    course?
6          Do you remember who sponsored it?
7      A.   No.
8      Q.   Did you receive any certification
9    for having taken that?
10     A.   I don't recall.
11     Q.   Do you recall what it entailed?
12     A.   No.  I mean just -- the problem I'm
13   having is my personal experience and what I've
14   learned, you know, I know about opioids just
15   like I know about crystal meth, just like I
16   know about marijuana.  And most of it is
17   on-the-job experience and in dealing with what
18   people tell me, users, dealers and so forth and
19   in other classes and in articles that I read.
20         If I read an article, it may not
21   necessarily be, you know, a class.  And so over
22   the years I can't tell you precisely where I
23   learned what from.  It's a collection of
24   things.
25         And I want -- I don't want to be

Page 21

1    untruthful with you.  I'm just trying to, you
2    know, lay it out, like I said.  I mean I know
3    about things, but I can't tell you exactly
4    where I learned them all from.
5      Q.   Are you familiar with the term
6    "prescription drug diversion"?
7      A.   I know what prescription drugs are,
8    and I know what diversion is.
9      Q.   What is your understanding of
10   diversion?
11     A.   It's obviously to send it in another
12   direction.  That the definition of diversion.
13     Q.   To send what in another direction?
14     A.   Anything.  Whatever you're talking
15   about.  To divert.
16     Q.   So prescription drug diversion would
17   be to send prescription drugs in another
18   direction?
19     A.   That would be one definition, yes.
20     Q.   Would you use any others?
21     A.   Depending on the situation, I may.
22     Q.   Have you received any specialized
23   training relating to prescription drug
24   diversion?
25     A.   Not that I can recall.

6 (Pages 18 - 21)

Page 22

1    Q.   When you've taken the trainings for
2  drugs and opioids, do you know what the costs
3  have been associated with those trainings?
4        Have there been charges for those
5  trainings?
6        MS. DEBROSSE:  Object to form.
7        THE WITNESS:  I don't deal with the
8  money part of it like that.  So I have no idea
9  what the cost is.
10        BY MR. ROMAN:
11    Q.   And you don't know who pays for the
12  cost -- who pays the cost?
13    A.   For the training?
14    Q.   Yes.
15    A.   Depends on -- sometimes the city
16  pays for it.  Sometimes we have to -- someone
17  else paying for it.  Sometimes they're free.
18  But I don't know.
19    Q.   When there's somebody else paying
20  for it, do you know who that is?
21        Is that grants, or what is that?
22    A.   All depends on the situation.
23  Sometimes they're grants.  Sometimes the
24  federal government pays.  Sometimes the city
25  pays.  It all depends on where it's at and

Page 23

1  evening else.
2    Q.   And do you have a sense of what
3  percentage of your training has been paid for
4  by the city as opposed to the federal
5  government as opposed to through grants or as
6  opposed to just free?
7        MS. DEBROSSE:  Object to form.
8        THE WITNESS:  I have no idea.
9        BY MR. ROMAN:
10    Q.   After you graduated from the
11  University of Findlay in '93 or '94, what was
12  your first full-time job?
13        Was it working for the police
14  department or something else?
15    A.   I think I did an -- roof for a
16  little bit.  But then went and got a job as a
17  jailer with the City of Cleveland.  That was
18  for about six months.  Because I was on the
19  list to become a policemen for the City of
20  Cleveland.
21    Q.   Is that -- was being a jailer for
22  the city your only job before joining the
23  police department -- full-time job?
24    A.   No.  I've had -- worked my way
25  through college.  I worked at Coca-Cola.

Page 24

1    Q.   I meant post college.
2    A.   Post college?  No.  I just did some
3  odd jobs here and there.
4    Q.   Okay.  So I'm right that the only
5  job you've -- full-time job you've had before
6  taking a job with the Cleveland Police
7  Department was being a jailer for the city; is
8  that correct?
9    A.   Yes.
10    Q.   When did you begin working for the
11  police department?
12    A.   Well, as a guard, which is part of
13  the division of police in the jail.  That was
14  in 1994, I think in November.  And then in June
15  of 1995 I started at the police academy.
16    Q.   Okay.  And for how long was that?
17    A.   The academy?
18    Q.   Yes.
19    A.   A few months.
20    Q.   And then after those few months were
21  over, what was your position?
22    A.   Patrolman.
23    Q.   And for how long were you a
24  patrolman?
25    A.   I was a patrolman for eight years.

Page 25

1    Q.   So for some time in '95 to 2003?
2    A.   Somewhere about there.  Then I was a
3  detective in the first district.
4    Q.   When you were a patrolman, what were
5  your responsibilities?
6    A.   I was in a zone car.  And the duties
7  are to patrol your assigned area, which would
8  be -- there's -- there were six -- now there's
9  five -- districts in the City of Cleveland.
10  And they're broken up into zones.  And so each
11  zone car is responsible for a zone.
12    Q.   And you were policing all types of
13  crimes, I assume?
14    A.   Uh-huh.
15    Q.   I need a "yes" or "no."
16    A.   Yes.
17    Q.   Then you became a detective sometime
18  around 2003 in the first district, correct?
19    A.   Yes.
20    Q.   Okay.  And for how long were you a
21  detective in the first district?
22    A.   Not long.  Maybe a year, two years
23  maybe.
24    Q.   And what were your responsibilities
25  as a first district detective?

7 (Pages 22 - 25)

Page 26

1    A.   To investigate felony crimes.
2    Q.   Did that include drug crimes?
3    A.   Sometimes, but usually not.  But if
4  a felony were to happen, then we'd deal with
5  it.  But for the most part they were -- there's
6  a -- the vice unit would handle the drug
7  crimes, and we would handle everything else.
8    Q.   And did you go from being a
9  detective in the first district to the
10  narcotics unit; is that right?
11    A.   Yes.
12    Q.   When did you start in the narcotics
13  unit?
14    A.   2004 or 2005.  Somewhere in that
15  area.
16    Q.   How did that come about?
17    A.   Came about -- when I was in the
18  first district -- well, all right.  The City of
19  Cleveland, sometime in 2002 or '3 or somewhere
20  in that area, they downsized; they had layoffs;
21  and they dismantled the city gang unit.
22       In the meantime, I was a detective
23  in the bureau, and I had noticed certain crimes
24  were being committed by gangs.  And so what I
25  did is I mapped out the gangs in the first

Page 27

1  district and came up with the rosters and who
2  was in the gang, how many were in them, what
3  crimes had they committed.
4       Downtown found out what I did, and
5  then they wanted me to do that for the entire
6  city.  And since the gangs are closely
7  connected to drugs, they sent me to the
8  narcotics unit.  And that's what I did.
9       So I did a gang assessment for the
10  entire city.  So I was transferred there.  And
11  I would do gang investigations and drug
12  investigations from there.  And that's where I
13  was for several years.
14    Q.   So you went to the -- are you still
15  in the narcotics unit today?
16    A.   I'm in the narcotics unit today.
17  But I hadn't always -- I mean there's been a
18  couple of different places I've been since then
19  in the meantime.
20       But it's -- I've been in the
21  narcotics unit.  And then, when they did bring
22  the gang unit back, I was still in the
23  narcotics unit, but I was assigned as a detail
24  to the gang unit.  And then I was there.  I got
25  promoted.  I went to the third district for six

Page 28

1  months, a year.  Then I was brought back to the
2  gang unit as a supervisor.
3       And then a little over a year ago I
4  was brought back to the narcotics unit.
5    Q.   Okay.  So I'm trying to figure all
6  this out.  For those of us not in the
7  department, it's hard to kind of keep
8  everything straight.
9       Is it true or is it not that you've
10  been in the narcotics unit continuously from
11  2004, 2005 to the present?
12    A.   Not continuously.
13    Q.   What periods were you not in the
14  narcotics unit?
15    A.   After I got promoted, I went to the
16  third district.  It was four or five years ago.
17    Q.   So that was around 2014, 2015?
18    A.   Maybe '12 or '13.
19    Q.   Okay.  So you were in the narcotics
20  unit from 2004 or 2005 to around 2012 or 2013;
21  is that correct?
22    A.   Uh-huh.
23    Q.   And during this time, were you also
24  in the gang unit at any point or not?
25    A.   I worked with the gang unit, yes.

Page 29

1  That's who -- the crew I was with was in the
2  gang unit.  I was still in the narcotics unit,
3  but I was -- I would operate every day with the
4  gang unit.
5    Q.   Okay.  And what were your
6  responsibilities during this period 2004, 2005
7  to 2012 or 2013?
8       What exactly were you doing?
9    A.   We investigated gangs and narcotics.
10  Because -- let me put it to you this way:  Not
11  every drug dealer is a gang member, but in my
12  experience, every gang member is involved in
13  drugs or drug dealing.  And so they're pretty
14  closely connected.
15       And so our goal would be to deal
16  with the gang members that were committing
17  violent crimes.  And we would investigate them
18  and figure out who they are, build the rosters,
19  and get the most violent ones off the street
20  however we could in terms of, you know, putting
21  a drug case, you know, on -- or building a drug
22  case against them, weapons cases, so forth.
23    Q.   And when you moved to the third
24  district in 2012 or 2013, what was your title,
25  and what were your responsibilities?

8 (Pages 26 - 29)

Page 30

1    A.   I was what they -- what's considered
2  a road boss.  I worked on third shift.  And my
3  responsibilities were to oversee the patrolmen
4  and make sure they were doing what they were
5  supposed to be doing.  Like make sure that they
6  responded to runs, correct their reports, so
7  forth.
8    Q.   What was your formal title?
9    A.   Sergeant.
10    Q.   When did you become a sergeant?
11    A.   2012 or 2013.  Somewhere around
12  there.
13    Q.   And you're still a sergeant today?
14    A.   Yes.
15    Q.   And, in fact, you're wearing on
16  your -- a shirt that says "Sergeant in the Gang
17  Unit," correct?
18    A.   Uh-huh.  This is the nicest police
19  shirt I had.
20    Q.   So you're still a sergeant in the
21  gang unit?
22    A.   No.  I'm a sergeant in the narcotics
23  unit.
24    Q.   Okay.  So when did you return to the
25  narcotics unit?

Page 31

1    A.   Returned to the narcotics unit in
2  October or November of 2017.
3    Q.   So from 2012 or 2013 until late
4  2017, you were in the gang unit -- or no.  I'm
5  sorry -- you were the sergeant in the third
6  district?
7    A.   No.  So I was in the third district.
8  I was there maybe a year, give or take, because
9  I was also detailed for several months back to
10  the gang unit as a supervisor.  And that lasted
11  for four or five months.  I went back for
12  another three, four months.  Then I was
13  permanently brought back to the gang unit.
14        So I was doing my thing in the gang
15  unit for -- I don't know -- three years before
16  I went back to the narcotics unit.
17    Q.   And that's where you are today?
18    A.   Yes.  And I know it's a little
19  complicated, a lot of movement.  But going back
20  and forth to the same group.  Because the gang
21  unit and the narcotic unit share the same
22  office space.
23    Q.   Okay.  And now let's add another
24  layer of complexity.
25        You're also involved with the Heroin

Page 32

1  Involved Death Investigations squad, correct?
2    A.   Yes.
3    Q.   And that's also known as HIDI?
4    A.   That's correct.
5    Q.   When did you become involved with
6  that?
7    A.   In October or November 2017.
8    Q.   So that was in connection with your
9  move back to the narcotics unit?
10    A.   Yes.  Directly in connection with
11  it.
12    Q.   And are those parallel
13  responsibilities, your responsibilities in the
14  narcotics unit and to HIDI?
15        MS. DEBROSSE:  Object to the form.
16        Go ahead.
17        THE WITNESS:  When you say
18  "parallel," I mean I'm assuming that you mean
19  like it's one in the same.  It's not one in the
20  same, but it's close to it.
21        I still deal with other
22  investigations that aren't necessarily heroin.
23  But our primary responsibilities is HIDI, which
24  is a whole -- you know, it takes up most of our
25  time.

Page 33

1        BY MR. ROMAN:
2    Q.   When you say "our," you're referring
3  to the narcotics unit?
4    A.   Yes.  And also it involved HIDI.
5  That's -- the guys that are on the HIDI unit,
6  you know, they're -- that's what they work on
7  almost like solely.
8    Q.   How many officers are in the
9  narcotics unit right now?
10    A.   I don't recall.  There's maybe a
11  dozen or so actively.  You know, they're
12  detectives.
13    Q.   And how many of those are members of
14  the HIDI squad?
15    A.   About six or seven.
16    Q.   And of those six or seven, how many
17  of them spend most of their time with HIDI?
18    A.   Well, this -- those are on the HIDI
19  unit, six or seven -- that's what they do.
20    Q.   Okay.
21    A.   That's all they do.
22    Q.   And what do the other five or six
23  members of the narcotics do?
24    A.   The other members are involved with
25  other things.  We have two detectives that are

9 (Pages 30 - 33)

Page 34

1  in the diversion program.  And then other
2  detectives are -- one of them is assigned to
3  the DEA, And a few more assigned to the -- to
4  an FBI task force.
5      Q.   So the two detectives who are
6  assigned to diversion are Detective Patena and
7  Prince, correct?
8      A.   Yes.
9      Q.   Who is the one who is assigned to
10  DEA?
11      A.   He doesn't do that.  And I don't
12  really want to give out his name due to -- it's
13  -- he's in a very sensitive area, and he deals
14  with cartels on a regular basis.  I'd just
15  prefer not to give his name.
16      Q.   Who are the few who are assigned to
17  the FBI task force?
18      A.   Detective Bino, Cudo, Negron, and
19  one more.  I can't remember his name right now.
20  Edwards.
21      Q.   Do you know what they do for the FBI
22  or the FBI task force?
23      A.   They do large-scale arrests
24  involving wires.
25      Q.   All drug-related though?

Page 35

1      A.   Yes.
2      Q.   Deal with drugs?
3      A.   All of them.  You name it, they do
4  it.  But most of them -- rarely marijuana, but
5  usually heroin now, cocaine, ecstasy sometimes,
6  fentanyl.
7      Q.   What are your responsibilities as a
8  HIDI supervisor?
9      A.   My responsibilities are to supervise
10  the detectives and make sure they show up on
11  runs, make sure they enter the proper documents
12  and just -- my job is to make sure that they're
13  doing their job basically.
14      Q.   So do all of the six or seven
15  detectives who are part of HIDI report to you?
16      A.   Yes.
17      Q.   And to whom do you report?
18      A.   I did report to Lieutenant Connelly.
19  He's now a commander.
20      Q.   Who do you now report to?
21      A.   Sergeant Haven.
22      Q.   How do you spell that, please?
23      A.   H-A-V-E-N.
24          And so -- yeah.  That just started
25  like a couple of weeks ago.

Page 36

1          (Deposition Exhibit 1 was marked for
2  identification.)
3          BY MR. ROMAN:
4      Q.   Sergeant Baeppler, I'm handing you
5  what has been marked as Exhibit 1.  It is a
6  six-page document bearing production Nos. CLEVE
7  000180822 to 27.
8          And as you can see, it's an e-mail
9  chain, the top one of which is an e-mail dated
10  February 27, 2018, from Gary Gingell to Nicole
11  Carlton.  And I'll note that you are not on
12  this e-mail chain.  So I don't know whether or
13  not you've ever seen this document before.
14          Have you?
15      A.   No, I have not.
16      Q.   Okay.  I want to direct your
17  attention -- you'll see the subject of the
18  e-mail is "HIDI Strategy 2018."
19          Do you see that?
20      A.   Where is that?  No, I don't.
21      Q.   The subject line.  Right there.
22      A.   Okay.  Yeah.  I see it.
23      Q.   Okay.  And go towards the bottom of
24  the page.
25          You see the Gingell e-mail of 2:21

Page 37

1  p.m.?
2          You see that?
3      A.   Right here?
4      Q.   Yep.
5      A.   Uh-huh.
6      Q.   And then you look at the first line,
7  it says: "Sergeant Baeppler met with EMS
8  commanders yesterday."
9          Do you see that?
10      A.   Uh-huh.
11      Q.   And you go to the top -- the very
12  top e-mail on that page, and it says:  "Matt
13  said the meeting went real well, and you guys
14  were very much on board."
15          Do you see that?
16      A.   Uh-huh.
17      Q.   Do you recall a HIDI strategy
18  meeting in or around 2018?
19      A.   Vaguely.
20      Q.   What do you recall of that meeting?
21      A.   I believe we went there, and were
22  trying to get data regarding EMS responding to
23  overdoses so that we could more effectively
24  respond ourselves.
25      Q.   Let me step back for a moment.

10 (Pages 34 - 37)

Page 38

1    Do you recall where this meeting was
2  held?
3    A.  I believe it was at EMS.  If it's
4  the right meeting I'm thinking of, it would be
5  at EMS.
6    Q.  Do you recall who else was there?
7    A.  I don't remember their names, no.
8    Q.  Do you recall with which
9  associations or organizations they were
10  affiliated?
11    A.  I thought they were with EMS.
12    Q.  And do you recall whether you spoke
13  at that meeting?
14    A.  Uh-huh.
15    Q.  Did you?
16    A.  I did speak.
17    Q.  What did you say?
18    A.  Basically what I asked you -- or I
19  told you.  I asked if there's a way that we
20  could get info regarding how many times the EMS
21  responds and uses NARCAN so that we can better
22  track if we are responding to the overdoses.
23    Q.  And why did you want that
24  information?
25    A.  To make sure that we were responding

Page 39

1  to as many overdoses as possible so that we
2  could gather information and combat the
3  epidemic.
4    Q.  Was this the first time that you had
5  made this request of EMS?
6    A.  I think it was.  Somewhere in that
7  time.  I mean obviously -- I mean, yeah, this
8  is the first time I spoke to them about it that
9  I recall.
10    Q.  Have you since then been
11  coordinating with EMS?
12    A.  I get e-mails every day.
13    Q.  And what e-mails -- what information
14  do the e-mails convey?
15    A.  The NARCAN usage.
16    Q.  What have you learned from that
17  data?
18    A.  Well, it's important for us to try
19  and, you know, figure out if the NARCAN was
20  used, if the police were called; and then if
21  the police deemed it an overdose so that HIDI
22  would be call so that we could investigate.
23    Sometimes the -- they use NARCAN,
24  but it's not necessarily and overdose; it's
25  something different.  Because their first

Page 40

1  course of action is, if they think it's
2  possibly an overdose, they'll administer
3  NARCAN.  But sometimes it's ineffective because
4  it's not an overdose.
5    And once they figure that out, I
6  guess they wouldn't notify the police.  Because
7  it could be another medical emergency.  It
8  could be a stroke or what have you.
9    So what I try to do is I try and
10  track it.  Because, like I said, I want to go
11  to as many of these overdoses as we can.
12    Q.  Do you know how many of these NARCAN
13  administrations are false positives?
14    A.  No.
15    Q.  Now, you're also a supervisor of the
16  compliance unit; is that right?
17    A.  Somewhat.  Sergeant Ward does a
18  little more on that.  But yeah, I am.  I --
19  technically, I guess I could be.  I see what
20  they do.
21    Q.  And the compliance unit is within
22  the narcotics unit, correct?
23    A.  That's correct.
24    Q.  Why do they call it the compliance
25  unit?

Page 41

1    A.  I don't know.
2    Q.  Do you know what its
3  responsibilities are?
4    A.  It has to do with prescription
5  drugs.
6    Q.  What about prescription drugs?
7    A.  They try and make sure that the
8  prescription drugs, you know, aren't being
9  distributed in an unlawful way.
10    Q.  How many detectives are there in the
11  compliance unit?
12    A.  Two.
13    Q.  Detectives Patena and Prince?
14    A.  Yes.
15    Q.  Do you know when the compliance unit
16  was created?
17    A.  No.
18    (Deposition Exhibit 2 was marked for
19  identification.)
20    BY MR. ROMAN:
21    Q.  Sergeant Baeppler, I'm handing you
22  what has been marked as Baeppler Exhibit 2.  It
23  is a six-page document bearing production Nos.
24  CLEVE 001477213 through 18.
25    Have you seen this document before,

11 (Pages 38 - 41)

Page 42

1 at least parts of it?
2 MS. DEBROSSE:  Take your time to
3 review it.
4 BY MR. ROMAN:
5 Q.  Have you had a chance to review the
6 document?
7 A.  Yes.
8 Q.  Have you seen it before, at least
9 parts of it?
10 A.  Parts of it.
11 Q.  So you are indicated as having
12 received the second-to-last e-mail in the chain
13 from -- it's an e-mail dated April 4th of 2018.
14 Do you see that?
15 A.  Uh-huh.
16 Q.  And you received this e-mail on or
17 about that date in the ordinary course of
18 business, correct?
19 A.  Uh-huh.
20 Q.  I need a "yes," please.
21 A.  Yes.
22 Q.  Thank you.
23 Now, this was Brian Bailys of Ascent
24 reaching out to you and others about
25 participating in a conference entitled

Page 43

1 "Community Wellness, The Opioid Crisis in
2 2018," correct?
3 A.  Uh-huh.  Yes.
4 Q.  Do you know what is Ascent?
5 A.  Yes.
6 Q.  What is Ascent?
7 A.  Basically it is a group of former
8 addicted persons.  And they try and get help
9 for people that are addicted and provide them a
10 way out --
11 Q.  Do you know whether --
12 A.  -- from addiction.
13 Q.  I'm sorry.
14 Do --
15 A.  I'm sorry.  They try and provide
16 them a way out of addiction.
17 Q.  Do you know if they have any
18 relationship with the Cleveland Police
19 Department, either formal or informal?
20 A.  I believe it's informal.  I don't
21 know if it's formal or not.  I've dealt with
22 them a couple of times.
23 Q.  Do you know whether Ascent provides
24 grant money to the police department?
25 A.  I have no idea.

Page 44

1 Q.  Did you participate in this
2 conference?
3 A.  No, I did not.
4 Q.  Have you participated in other
5 conferences related to the opioid crisis?
6 A.  When you say "conference," I mean I
7 attend meetings.  I can't really say they've
8 been conferences.
9 Q.  You've never given any talks to
10 groups about opioids?
11 A.  No.
12 Q.  Do you recall participating in a
13 conference before the Ohio Tactical Officers
14 Association regarding case investigations?
15 A.  I did.  I -- that was -- that was
16 basically like more of -- from my perspective,
17 an officer safety issue with fentanyl and the
18 dangers of fentanyl and what we're seeing and
19 the forms that it's coming in.
20 That was my part of the
21 presentation.
22 Q.  The concern being officer exposure
23 to fentanyl?
24 A.  Yes.  That's -- yes.  Because that's
25 a risk, especially for tactical officers and so

Page 45

1 forth.  But, you know, others part -- you know,
2 were part of the investigations and how we give
3 examples of investigations.
4 Q.  Have you ever participated in a
5 conference where Federal District Court Judge
6 Polster was also a participant?
7 A.  Not that I'm aware of.  I don't know
8 what -- I mean, if he walked in the room, I
9 wouldn't know what he looked like.  So if he
10 was there, I was aware of it.  I don't know
11 what he looks like.
12 Q.  Did you ever participate in a
13 conference titled "Defining The Epidemic, Human
14 and Economic Costs"?
15 A.  Where would that be at?
16 Q.  I presume somewhere in Cleveland.
17 A.  I don't recall that.
18 Q.  Do you also participate in any task
19 forces?
20 A.  I am not assigned to any task force.
21 Q.  In general, for how long have you
22 been involved in drug enforcement?
23 A.  My entire career I've been involved
24 in drug enforcement.
25 Q.  So close to a quarter of a century?

12 (Pages 42 - 45)

Page 46

1     A.   24 years, yes.
2     Q.   Is it fair to say that you've
3  developed an understanding of which drugs are
4  opioids and which drugs aren't?
5     A.   I have a fair understanding, yes.
6     Q.   Which drugs do you understand to be
7  opioids?
8     A.   Well, you have fentanyl.  You have
9  the prescription base, which is a decent amount
10  there.  You have opium.  You have heroin.  You
11  know, opioids are both synthetic and natural,
12  versus the opiates are the natural part of the
13  plant.
14     Q.   And what illegal drugs do you
15  understand not to be opioids?
16     A.   Can you repeat that question.  I'm
17  not clear on that.
18     Q.   What illegal drugs do you understand
19  not to be opioids?
20     MS. DEBROSSE:  Object to form.
21     You may answer.
22     THE WITNESS:  Can I read the
23  question?  I mean I'm having a hard time
24  following it.
25     You're saying what illegal drugs --

Page 47

1     BY MR. ROMAN:
2     Q.   Are not opioids.
3     A.   The illegal drugs that are not
4  opioids are methamphetamines, cocaine, so
5  forth, and everything that I didn't say.
6     Q.   Now, dealing specifically with the
7  opioids, you understand that some of them are
8  available by prescription, whereas others are
9  available only illegally, correct?
10     A.   Yes.
11     Q.   You understand that prescription
12  opioids are pills like Vicodin and Percocet and
13  OxyContin?
14     A.   I do understand that.
15     Q.   And that the nonprescription opioids
16  are illegal street drugs like heroin, illicit
17  fentanyl and carfentanil, correct?
18     A.   Yes.
19     Q.   And so you understand that
20  prescription opioids is a narrower category
21  than opioids?
22     MS. DEBROSSE:  Object to form.
23     THE WITNESS:  Repeat the question
24  for me.
25     BY MR. ROMAN:

Page 48

1     Q.   You understand that -- well, not all
2  -- not all opioids are prescription opioids,
3  correct?
4     A.   Yes.
5     Q.   Now, do you use the terms "opioid
6  epidemic" and "opioid crisis"?
7     A.   I've said "opioid epidemic," but I
8  don't think I've ever said "opioid crisis."
9     Q.   Okay.  When you use the phrase
10  "opioid epidemic," what does that mean to you?
11     A.   It means what I live every day.
12  That's what it means to me.  It means showing
13  up to a run, dealing with people that are dead
14  or near death and then dealing with the
15  aftermath with their families and everything
16  else.
17     That would be an epidemic to me.
18  Because that's every day that I deal with it.
19  I guess an epidemic would be something you deal
20  with every day that's pretty much out of
21  control.
22     Q.   Well, when you use the term "opioid
23  epidemic," does this include all opioids,
24  including nonprescription drugs?
25     A.   Yes, it does.

Page 49

1     Q.   Do you have a belief or
2  understanding of what caused the opioid
3  epidemic?
4     A.   Yes, I do.
5     Q.   What is that belief or
6  understanding?
7     A.   Every time that I deal with somebody
8  that is a heroin addict or a -- another opioid
9  addict, I ask them questions.  One of the
10  questions I ask of everybody is, "How did this
11  begin?  How did this happen?"
12     Many people tell me that they
13  started taking pills for one reason or another,
14  an injury.  Many of them are -- were high
15  school athletes or doctors, lawyers, nurses,
16  other police officers.
17     And they began taking pills for a
18  surgery that they went in for.  And they --
19  they started taking them, and they realized
20  that they couldn't stop.  They were cut off at
21  some point.
22     The next closest thing they could
23  get to the pills would be the heroin,
24  effect-wise, I mean the high that they would
25  get from it.  And that's what the majority of

13 (Pages 46 - 49)

Page 50

1   them started with.
2       So yes.  If you're asking me how did
3   this start, my belief and my personal
4   experience is that they started with the pills.
5       Q.   And do you record your conversations
6   with them anywhere?
7       I mean do you write down notes or
8   anything like that?
9       A.   No.
10      Q.   Okay.
11      A.   It's a general question.  And this
12  is also -- when we would make buys -- when I
13  was undercover, we'd make buys with someone,
14  and -- or -- and I'd be sitting in the car with
15  the CI.  So -- okay.  The point being the CI
16  would introduce me as a drug-addicted person
17  and like one of their friends.  And so the hope
18  would be to get the CI out of the picture, and
19  then I would deal with the main drug dealer.
20      But in the meantime, you're sitting
21  with this person for hours.  So like when -- if
22  a drug dealer says, "Hey, I'm around the
23  corner," most of the time he's spinning you.
24  "Around the corner" could be he's around the
25  corner in another state, for all we know.

Page 51

1       But it's hours and hours you spend
2   with these -- the drug-addicted persons.  And
3   that's part of the -- we have lots of
4   conversations.
5       So no, I don't write down the entire
6   conversations with have.
7       Q.   When you say "many," can you
8   quantify that?
9       Well, strike that.
10      When you say many started with
11  prescription pills, can you quantify that?  Is
12  it 50 percent?  Is it 60 percent? 70? 80?
13      Do you have a sense?
14      A.   Over 80 percent.  In my opinion.  In
15  my experience.  I mean there's maybe others
16  that have a different experience.  But my own
17  personal experience is 80 percent,
18  approximately.  That is -- like I said, that's
19  my feeling.
20      Q.   And to be clear, those are people
21  who started on prescription pills because of an
22  injury or for some other medical reason --
23  legitimate medical reason and then moved on
24  from there?
25      A.   Or just pills in general, yes.  Yes.

Page 52

1   But most of them are a legitimate medical
2   reason or whatever it is.  But most of them say
3   pills.
4       Q.   Okay.  Well, let's start at that
5   point though when you're talking about pills.
6       Do you know whether, with respect to
7   those who started on pills, how many of those
8   started because they were lawfully prescribed
9   by a licensed physician?
10      A.   I don't know.  I don't know that
11  answer.
12      Q.   So you don't know, for example, what
13  percent got diverted prescription drugs versus
14  who got pills through, you know, a properly
15  licensed doctor for a legitimate injury?
16      A.   I really -- I didn't always delve
17  into that.  I couldn't give you an exact
18  number.  Some of them were -- a lot of them
19  were from doctors.  Some of them were -- you
20  know, they would get them in their parents'
21  closets or -- you know, pill closets.
22      Q.   I guess my question is you don't
23  know what percent of the 80 percent started off
24  with prescriptions from a properly licensed
25  doctor, do you?

Page 53

1       MR SMITH:  Objection.
2       THE WITNESS:  Over 50 percent of the
3   80 percent, I would guess.
4       BY MR. ROMAN:
5       Q.   Is it a guess?
6       A.   Over -- over half.  Okay.  That's --
7   if you're asking me to put a percentage on it,
8   that's -- that would be my percentage of that.
9       Q.   So --
10      A.   I mean that I -- that I got a
11  definitive answer from.  That it started from a
12  surgery or what have you.
13      Q.   Do you know how much over half?
14      Is it 51 percent, is it 60 percent,
15  is it 70 percent of the 80 percent?
16      A.   Over 50 percent is the best I can
17  give you.
18      Q.   Okay.  Do you know how many of -- of
19  that -- again, going back to the 80 percent who
20  went from prescription pills to heroin.
21      Do you know what percentage of those
22  got started on counterfeit pills, thinking that
23  they were taking prescription pills but, in
24  fact, they were taking something else?
25      A.   We've only just recently seen

14 (Pages 50 - 53)

Page 54

1 counterfeit pills. In my experience, we've
2 only just recently seen counterfeit pills. And
3 that's -- that's been a new trend.
4    Q.   Starting when, do you think?
5    A.   In my experience, in the last year,
6 that I've personally seen them.
7    Q.   In your mind, when did the opioid
8 epidemic begin?
9    A.   I'm going to say in the -- sometime
10 in the 2000 -- we started -- we started to see
11 a real problem in about 2008, 2009. And it got
12 progressively worse.
13       And I base that on -- when I started
14 in the narcotics unit, we dealt almost ex -- it
15 was almost all crack or crack cocaine and
16 cocaine in forms almost exclusively. Within a
17 matter of six years or so, it switched to -- it
18 like literally flip flopped into now everyone's
19 selling heroin, dealer-wise.
20       So we'd have the same dealer that I
21 dealt with, you know, in let's say 2008; and in
22 2015 now -- you know, in 2008 he's selling
23 crack and cocaine. Now he's selling crack and
24 heroin or just heroin.
25    Q.   Do you have a sense of what caused

Page 55

1 the switchover in around 2008 or 2009?
2    A.   When you say do I have a sense,
3 what's your exact question?
4    Q.   What happened? What changed?
5    A.   My belief is that, when people
6 stopped getting the pills with a --
7 specifically with OxyContin, then -- you know,
8 people couldn't get pills as readily, and, you
9 know, now they were -- now they're addicted to
10 these pills, these opioids. So then they're
11 cut off, but they still -- they were addicted.
12 So they went to the next best thing, which
13 would be heroin.
14    Q.   And when do you think they started
15 really getting hooked on these prescription
16 pills?
17    A.   When they were -- when they started
18 using them. I mean I don't know if you're --
19 you've got to be aware of -- these pills are
20 extremely addictive. I mean in three days you
21 can turn a regular person into an addict,
22 depending on the person's body composition.
23       Some people become addicted easier
24 than others.
25    Q.   I understand that, sir.

Page 56

1       But what I'm asking is, you know,
2 you said that the -- it really started going in
3 2008 or 2009. You're aware that these pills
4 were on the market a long time before 2008 or
5 2009.
6       What happened, what changed such
7 that the opioid epidemic really started to
8 gather steam around that time?
9       MS. DEBROSSE: Object to form.
10       THE WITNESS: I can't answer that
11 question. I don't have the exact answer.
12       BY MR. ROMAN:
13    Q.   In your work, do you distinguish
14 between lawful use of opioids and unlawful use
15 of opioids?
16    A.   Yes.
17    Q.   How so?
18    A.   People have valid injuries. People
19 have cancer. They're in tremendous pain.
20 There are times when -- if someone's -- if
21 someone's on their death bed, you should make
22 them as comfortable as possible until their
23 ultimate demise.
24       If someone is -- if someone no
25 longer has an injury but they're still taking

Page 57

1 the same pills, then that would be unlawful.
2    Q.   Well, have you or anyone else on the
3 police department ever arrested anyone who was
4 taking prescription opioids as prescribed by a
5 doctor?
6       MS. DEBROSSE: Object to form.
7       THE WITNESS: I'm sure it's
8 possible.
9       BY MR. ROMAN:
10    Q.   Do you recall any instance where
11 you've done that?
12    A.   Not offhand.
13    Q.   Have you ever encountered a
14 situation where someone is lawfully using
15 prescription opioids as prescribed by a
16 legitimate doctor, but that person comes to the
17 attention of the police because of addiction or
18 overdose?
19       MS. DEBROSSE: Object to form.
20       THE WITNESS: I can't recall anyone.
21       BY MR. ROMAN:
22    Q.   For this next set of questions, I
23 want to break down drugs into four categories:
24 illegal nonpioids, cocaine, meth, things of
25 that nature; nonprescription opioids, heroin,

15 (Pages 54 - 57)

Page 58

1 fentanyl; diverted or otherwise illicit
2 prescription opioids; and then legal
3 prescription opioids.
4 Do you understand that?
5 A. I do.
6 Q. Since you have been with the
7 narcotics unit, what percentages of the
8 overdoses -- overdose cases to which you've
9 responded have involved prescription opioids,
10 categories three or four, as opposed to illegal
11 nonopioids or nonprescription opioids,
12 categories 1 and 2?
13 MS. DEBROSSE: Object to form.
14 THE WITNESS: Can you repeat that
15 question, please.
16 BY MR. ROMAN:
17 Q. Sure.
18 What percentages -- what percentage
19 of the overdoses to which you have responded
20 have involved prescription opioids, which is
21 the third and fourth categories, as opposed to
22 illegal nonopioids or nonprescription opioids?
23 A. It's kind of hard to give a
24 percentage. And let me explain something here.
25 Since I -- I'm a supervisor in the

Page 59

1 HIDI unit. I don't respond to every single
2 nonfatal overdose. Matter of fact,
3 percentage-wise, I respond to only a few just
4 to make sure -- or -- that the detectives are
5 asking the right questions and doing what
6 they're supposed to be doing and, in the
7 beginning, just so I saw how they did what they
8 were supposed to do.
9 I respond mostly to fatals. I
10 respond almost to all fatals. So frankly, if
11 these guys -- you would have to ask another
12 detective what they are responding to. And
13 even then, they don't respond to all of them.
14 But in terms of my own experience,
15 if you're asking that -- how many people have I
16 responded to that have used a prescription
17 drug -- correct? That was legally obtained or
18 illegally obtained?
19 Q. Either one. Either diverted or
20 illicit prescription opioids or illegal
21 prescription opioids.
22 A. The other problem I have with that
23 is I don't know I'm seeing if it's a
24 counterfeit prescription drug or if it's a real
25 prescription drug.

Page 60

1 Now -- and so I've responded to
2 scenes where there's a crushed-up pill or
3 tablet. I can't tell you what it is. Matter
4 of fact, if they crush up a tablet, I can't
5 tell you if it's an illegal drug to begin with
6 or what it is. We don't know what it is until
7 it's tested. And we don't find out for weeks
8 later.
9 So I can't give you a definitive
10 answer on that. Most of the ones we do respond
11 to, many, are either heroin or heroin fentanyl
12 or cocaine fentanyl.
13 Q. That's lion's share?
14 A. In my experience. But, like I said,
15 I mean I could be a little bit wrong on that.
16 But yeah, that is what I -- that's my
17 experience.
18 Q. By the way, when you earlier give me
19 that 80 percent figure -- do you recall that
20 from about ten minutes ago?
21 A. Uh-huh.
22 Q. For what period of time are we
23 talking there when you were --
24 A. That's from when I was a detective
25 in the first district and in my time in the

Page 61

1 gang unit when we were -- when we would make
2 buys for heroin.
3 Q. So what years are we talking?
4 A. 2003 or so all the way through 2012,
5 '13.
6 Q. Do you know if that has been the
7 experience of the police department over the
8 last five, six years?
9 A. That's my experience.
10 MS. DEBROSSE: Object to form.
11 BY MR. ROMAN:
12 Q. But you don't know whether that has
13 continued at that same rate since then?
14 MS. DEBROSSE: Object to form.
15 THE WITNESS: I don't know.
16 MR. ROMAN: Just a few more
17 questions, and then we'll take a break, if
18 that's okay with you.
19 THE WITNESS: Perfect.
20 BY MR. ROMAN:
21 Q. Of the overdoses that have
22 involved -- again, where you've come to the
23 scene -- have involved prescription opioids, do
24 you know what percent of those have been
25 diverted as opposed to used lawfully?

16 (Pages 58 - 61)

Page 62

1    A.   I don't know.
2    Q.   Now, you told me earlier about
3  people who you believed began with prescription
4  opioids.
5        Do you know some -- has it ever been
6  the case where somebody starts with one drug,
7  goes to prescription opioids, and then
8  overdoses on something else?
9    A.   When you say "one drug," can you
10  define that more?
11   Q.   Start with cocaine.
12   A.   So you're saying they start with
13  cocaine, and then they...
14   Q.   Go to a prescription -- a diverted
15  prescription pill or a prescription -- or a
16  prescription opioid of any type and then -- but
17  overdose on heroin or fentanyl.
18   A.   I can't think of any offhand.  And I
19  would think that would be kind of rare, just
20  because cocaine is a different -- it's in a
21  different realm.  I mean that's a different
22  class.  It's an upper.  And the heroin and the
23  opioids is a downer.  They're almost two
24  different worlds.
25        So rarely do we have someone that

Page 63

1  uses heroin and cocaine.  Like I said, they're
2  for different personality types.  I personally
3  don't know anyone that -- that that's happened
4  to.  I'm sure it's happened.
5        And I can't tell you the exact order
6  that it's happened.  Like I've talked to people
7  that have used heroin and cocaine.  But I don't
8  know what they started with.  So I can't answer
9  that.
10   Q.   Well, I was just using cocaine as
11  the example and obviously a bad one.
12        But are you aware of cases where
13  somebody starts with one drug, uses
14  prescription opioids, and then overdoses on
15  heroin or fentanyl?
16        MS. DEBROSSE:  Object to form.
17        THE WITNESS:  Based on your
18  question, I can't come up with anyone.
19        MR. ROMAN:  Last question, and then
20  we'll take a break.
21        BY MR. ROMAN:
22   Q.   When you've come to the scene of an
23  overdose and you're asking -- if the victim is
24  alive, I assume you asked the victim about his
25  drug history; or if he's not alive or she's not

Page 64

1  alive, you ask those who are around about the
2  drug history.
3        How far back do you go?
4        Do you say -- you know, do you ask
5  what they were taking just that day?  Do you
6  ask for the past month?  Do you ask for at the
7  beginning of time?
8        How far back do you go?
9        MS. DEBROSSE:  Object to form.
10        You may answer, Sergeant.
11        THE WITNESS:  I ask many of them how
12  it started.  And I ask family members how it
13  started.  And many of them -- you know, many of
14  them, unfortunately, they're everyday people.
15  They get started -- you know, most of -- a lot
16  of them are -- are or were athletes that got
17  hooked from their surgeries.  So that does
18  happen.
19        BY MR. ROMAN:
20   Q.   Right.
21        But -- and just -- you don't
22  record -- the Cleveland Police Department does
23  not record this information anywhere or keep
24  statistics about this, does it?
25   A.   Not that I'm aware of.  But

Page 65

1  that's -- but that is my own personal thing
2  that I ask.  And it's always because I'm
3  curious.  That's a quirk that I have.  I'm
4  trying to figure out, trying to get in the mind
5  of this addicted person.
6    Q.   Do you know whether others do the
7  same, other detectives?
8    A.   I don't know.
9        MR. ROMAN:  Why don't we take a
10  break.
11        THE WITNESS:  Thank you.
12        (A short recess was taken.)
13        BY MR. ROMAN:
14   Q.   Going back to where we were before
15  the break, Sergeant Baeppler, when you gave me
16  that 80 percent figure.
17        That was based, was it not, on your
18  conversations with ICs in cars back when you
19  were doing undercover, correct?
20   A.   And when I was a detective as well
21  in the first district.
22   Q.   When you were a detective in the
23  first district, with whom were those
24  conversations?
25   A.   Most of those conversations were

17 (Pages 62 - 65)

Page 66

1 with addicted persons, you know, that were
2 involved in other crimes.  Let's say that they
3 were doing burglaries or what have you.  And it
4 went from there.
5      Like so we'd arrest them.  We would
6 arrest people, and then they would confess to
7 committing these burglaries.  And they say, "I
8 do it because I'm an addict."  It just starts
9 from there.
10     Q.   And since 2012 or 2013, have you had
11 any of these types of conversation either with
12 CIs or with suspects?
13     A.   Yes.
14     Q.   How many of those have you had since
15 then?
16     A.   It's hard the quantify it, but
17 several.
18     Q.   Several like three or --
19     A.   Several dozen.
20     Q.   Several dozen.  Okay.
21      And have you been asking the same
22 types of questions?
23     A.   I asked -- this question I ask
24 almost everyone: "How did this start?  How did
25 you start?  How did this road to where you're

Page 67

1 at begin?"
2     Q.   And as the -- because I think you
3 said before this 80 percent was up until 2012
4 or 2013.
5      Has the percentage, in your mind,
6 increased or decreased?
7      I know the sample size is only three
8 dozen, but -- or several dozen?
9     A.   It's several.  It's not just three.
10 It's several.
11      But your question is what now?  I
12 mean how many --
13     Q.   Are you finding -- in the last
14 six -- five, six, seven years, have you found
15 the percentage of those who overdose who
16 started on prescription pills increasing or
17 decreasing from that 80 percent figure you gave
18 me earlier?
19     A.   It's about the same.
20     Q.   Okay.  Now, during your three
21 decades in law enforcement in Cleveland, have
22 you ever known a time when abusive drugs has
23 not been a problem in the community?
24     A.   No.
25     Q.   Can you please provide a timeline in

Page 68

1 terms of what drugs were the most prominent
2 drugs over the timing in the enforcement?
3      Was there a time when it was
4 cocaine?  Was there a time when it was meth?
5 Was there a time when it was heron?  Was there
6 a time when it was prescription pills?
7      Can you kind of take us through
8 that?
9      MS. DEBROSSE:  Object to form.
10      You can answer, Sergeant.
11      THE WITNESS:  Some of these were
12 trends.  Some of them were -- the meth was like
13 it splashed in and splashed back out, you know.
14      But when I first started, crack
15 cocaine was king.
16      BY MR. ROMAN:
17     Q.   So that's mid '90s?
18     A.   Mid '90s, crack.  Then -- a little
19 bit of heroin.  Almost all crack.  And even
20 then, heroin would only be during a certain
21 time of day and certain locations.
22      I mean there's like two parts of the
23 city, one east, one west.  And that's pretty
24 much where everyone went to get heroin.  And
25 then the rest of the city was crack and like

Page 69

1 cocaine a little bit here and there, like
2 powder form of cocaine as well.
3      And then we -- that went all the way
4 through -- I want to say -- I can't remember
5 the years, but then we had some meth thrown in
6 there.  And as meth started, there was also the
7 -- we'd start to see more heroin and the
8 OxyContin pills.
9     Q.   When did the OxyContin start to
10 appear on the scene?
11     A.   To the best of my recollection, I
12 want to say -- I remember seeing -- on the
13 streets I started seeing some of them in 2008,
14 '9, '10.  And then '11, '12, you know, I was
15 doing a lot of meth search warrants and meth
16 activity.  And then, during the same period of
17 time, the changeover was when the heroin or
18 opioids in general.
19     Q.   When was the first time that you
20 were aware of an overdose on a prescription
21 pill, prescription opioid?
22     A.   I can't answer that definitively
23 because there -- because we don't -- I don't
24 know what people overdose from all the time.
25      And it's based on -- when you get to

18 (Pages 66 - 69)

Page 70

1  a scene, you have a crushed-up pill or
2  crushed-up whatever.
3     Q.   Right.
4     A.   It's a powder at that point.  I
5  don't know what that is.  I don't know if it's
6  a pill.  I don't know if it's -- if it's
7  another controlled substance.  We just don't --
8  all you know is it's a powder.
9        So, you know, for me to answer that
10  accurately, I mean I can't.  I just can't.
11  Because if you're asking me do I see pills
12  there also, you know, most people only get two
13  or three -- most drug-addicted persons only get
14  one or two, and they only get what they're
15  going to use at that point in time.
16     Q.   Well, do you find out after the fact
17  what that crushed powder was?
18     A.   Sometimes we do; sometimes we don't.
19  As a supervisor, I don't always do that.  I
20  mean because it's -- the detective whose case
21  it is, they would know.  I wouldn't know
22  offhand.  And like I said, I can't give you a
23  number like that.  I can't give you like a
24  total -- I mean one person or anything else
25  like that in defining moment.

Page 71

1     Q.   I understand that you -- that you
2  don't always know what caused an overdose.
3        But sometimes you do, correct?
4     A.   Sometimes we do.
5     Q.   When you do know what caused the
6  overdose, when was the first time you were
7  aware of somebody overdosing on a prescription
8  pill, prescription opioid?
9     A.   I don't know.  I can't recall
10  someone that I can definitively say overdosed
11  on a prescription pill.
12     Q.   How often do you find people
13  overdose on prescription pills as opposed to
14  overdosing on heroin or fentanyl?
15     A.   My experience is -- whether it's a
16  counterfeit pill, we don't know.  But it's
17  usually the fentanyl-related that they overdose
18  on.  That's my experience.
19     Q.   Now, do you know when prescription
20  opioids first started being prescribed in
21  Cleveland?
22     A.   I don't.  I imagine -- you know,
23  prescription -- you know, how long has -- no.
24  I don't know.  I'm sure it's been several
25  years.

Page 72

1     Q.   Well, it was before you were on the
2  police force, wasn't it?
3        MS. DEBROSSE:  Object to form.
4        THE WITNESS:  I don't know.  I
5  assume it was.
6        BY MR. ROMAN:
7     Q.   Do you know why -- what change that
8  made prescription pills a source of a -- of the
9  -- a source of the opioid epidemic in
10  Cleveland --
11        MS. DEBROSSE:  Object to form.
12        BY MR. ROMAN:
13     Q.   -- given that they were -- they've
14  been available for decades?
15        MS. DEBROSSE:  Object to form.
16        THE WITNESS:  Can you repeat that
17  question for me.
18        BY MR. ROMAN:
19     Q.   Sure.
20        You testified this morning that --
21  or earlier this morning, I should say, that you
22  believe that prescription pills have played a
23  role in the opioid epidemic.
24     A.   Yes.
25     Q.   And if I represent to you that there

Page 73

1  have been prescription pills available --
2  prescription opioids, such as Percocet and
3  Vicodin, available in the 1970s, OxyContin in
4  the mid 1990s, why was it not until 2008, 2009
5  that they started contributing to the opioid
6  epidemic?
7        MS. DEBROSSE:  Object to form.
8        THE WITNESS:  Are you asking for my
9  theory, my feeling on this?  Is that what
10  you're asking me?
11        BY MR. ROMAN:
12     Q.   What's your understanding?
13        MS. DEBROSSE:  Object to form.
14        THE WITNESS:  My belief is that
15  there was a large number of these pills
16  available that were available to persons that
17  would probably normally not have them, which
18  then created a market.
19        I mean it's like with anything.  You
20  flood the market with a product, get people
21  hooked on them, and it goes from there.  That's
22  what happens in business and everything else.
23        BY MR. ROMAN:
24     Q.   Do you know who flooded the market
25  with prescription opioids?

19 (Pages 70 - 73)

Page 74

1      A.   I couldn't tell you.  I don't --
2   Counselor, I don't -- I don't have a cable TV.
3   I don't even have an antenna.  I don't watch
4   the news on a regular basis.  Yes, I follow
5   general trends and stuff like that.  I mean I
6   read.
7           But I don't know the companies.  I
8   don't know anything else like that.
9           I do know that at one point
10  OxyContin was a big thing.  We would see a lot
11  of OxyContin.  People would talk about
12  single-sack and double-sack oxys.  And -- but
13  when I first came out, we didn't have that.
14     Q.   When you were -- people were talking
15  about the oxys, do you recall about when that
16  was?
17     A.   Early 2000.  Somewhere around there.
18  I can't put an exact year to it.  But somewhere
19  in that time frame is when -- that would be
20  when I first would -- I first saw that.
21     Q.   Have you or anyone else at the -- in
22  the Cleveland Police Department ever
23  investigated doctors who may have
24  overprescribed opioids?
25     A.   Detective Prince has.

Page 75

1      Q.   How about Detective Patena?
2      A.   She may have been like on the
3   periphery.  But I believe she keeps track of
4   some other things.
5      Q.   Do you know how many doctors
6   Detective Prince has investigated?
7      A.   No.
8      Q.   Do you know the results of any of
9   those investigations?
10     A.   Yes.
11     Q.   What happened?
12     A.   I believe he's got convictions or
13  pleas on almost all of them.
14     Q.   Do you know how many?
15     A.   No.
16     Q.   How about pharmacies; do you know
17  whether anyone has ever -- or has anyone
18  else in the Cleveland Police Department ever
19  investigate a pharmacy for overfilling
20  prescriptions or engaging in other forms of
21  diversion?
22     A.   I think -- that would be Detective
23  Prince's role, not mine.
24     Q.   Do you know whether he's done that
25  or not?

Page 76

1      A.   For certain, no.  I believe he has
2   but not -- I don't know for certain.  I know he
3   keeps tracks on the pharmacies.  I mean he
4   works with the pharmacies.
5      Q.   How about the pill mills; has you or
6   anyone else in the police department ever
7   investigated pill mills?
8           MS. DEBROSSE:  Object to form.
9           THE WITNESS:  Can you define a pill
10  mill?
11          BY MR. ROMAN:
12     Q.   Well, are you familiar with the
13  term?
14     A.   It depends on what your definition
15  of it is, I guess.
16          What's your definition of a pill
17  mill?
18     Q.   Well, I would define it as a place
19  where prescriptions are basically
20  indiscriminately -- where opioids are
21  indiscriminately prescribed, where patients
22  come in for short visits and are given
23  prescriptions basically on demand.
24     A.   Yes.  I'm aware of investigations
25  about that.

Page 77

1      Q.   And do you know the results of any
2   of those investigations?
3      A.   I think they were successful
4   investigations with either plea agreements or
5   convictions.
6      Q.   Have you shut down any pill mills
7   or...
8      A.   I've never been the lead in any
9   investigation like that.  I believe that they
10  have been shut down though.
11     Q.   Do you know who was the lead in any
12  of those investigations?
13     A.   Detective Prince would do that.
14     Q.   What is the division
15  responsibilities between Detective Prince and
16  Detective Patena?
17          It seems like you keep on saying
18  Detective Prince.
19          What's she doing?
20     A.   She helps him out with most of his
21  investigations and -- like the last thing that
22  I dealt with her on would be like there was a
23  theft from a pharmacy, and so she was working
24  on that.
25     Q.   Do you know whether the police

20 (Pages 74 - 77)

Page 78

1  department has ever investigated a manufacturer
2  or distributor of prescription opioids?
3      A.   I don't know.
4      Q.   You've never done that?
5      A.   I've never -- I've never
6  investigated any like thing like-- no, I have
7  not.
8      Q.   Have you ever done any diversion
9  investigations?
10     A.   I've been part of some diversion
11 investigations.
12     Q.   What types?
13     A.   I was a undercover in a pill mill.
14     Q.   Where was that?
15     A.   I think Cleveland Height or
16 Shaker Heights or something like that.
17     Q.   When was it?
18     A.   A few years ago.
19     Q.   And what did you find?
20     A.   I found I would go into a -- I was
21 sent into a doctor's office, and a doctor would
22 give me a quick check and then ask if I was in
23 any pain.  And he would give me a prescription
24 for pills.
25     Q.   Based simply on your say-so?

Page 79

1      A.   Yes.
2      Q.   Did you arrest the doctor?
3      A.   I did not.
4      Q.   Why not?
5      A.   Because I wasn't part of the arrest.
6      Q.   Did the police department arrest the
7  doctor?
8      A.   Eventually they did.  I think he
9  fled to Hawaii or something.
10     Q.   And you shut down the pill mill?
11     A.   Yes.
12     Q.   Now, we've talked about fentanyl
13 some this morning.
14          Are you aware that fentanyl is a --
15 there is some forms of fentanyl that are
16 available by prescription?
17     A.   Yes.  And fentanyl can be a useful
18 tool in, you know, alleviating pain.
19     Q.   When you see the overdoses in
20 Cleveland though, I take it that in every
21 case -- in virtually every case, if not every
22 case, the fentanyl that's involved is illicit
23 or illegal fentanyl, correct?
24     A.   Most of them are, yes.
25          (Deposition Exhibit 3 was marked for

Page 80

1  identification.)
2          BY MR. ROMAN:
3      Q.   Sergeant Baeppler, I'm handing you
4  what's been marked as Baeppler Exhibit 3.  This
5  is a one-page document bearing production No.
6  CLEVE 000189730.
7          Have you seen this document before?
8      A.   No.  Not that I can recollect.
9      Q.   Okay.  Well, I would like to direct
10 your attention to the bottom of the -- well,
11 strike that.
12          Exhibit 3 is an e-mail exchanged
13 dated June 22nd, 2017.
14          Do you see that?
15     A.   Uh-huh.
16     Q.   I'm sorry.  I need a "yes."
17     A.   Yes.
18     Q.   And the bottom e-mail is an e-mail
19 from Gary Gingell to a whole bunch -- well, to
20 Mr. Tomba and Mr. Drummond.  And a whole bunch
21 of folks are copied, including you.
22          Do you see that?
23     A.   Yes.
24     Q.   Do you have any reason to believe
25 that you did not receive that e-mail on or

Page 81

1  about June 22, 2017, in the ordinary course of
2  business?
3      A.   I'm sure I did receive it if it's on
4  here.
5      Q.   Okay.  I'd like to direct your
6  attention to the second-to-last paragraph of
7  that bottom e-mail that begins "Not for media."
8          Do you see that?
9      A.   Uh-huh.
10     Q.   Again, I'm sorry.  I need a "yes."
11     A.   Yes.
12     Q.   And it reads:  "Had a meeting with
13 DEA boss Keith Martin yesterday.  We both agree
14 this problem will continue to grow due to
15 web-based trafficking out of China, Asian and
16 European countries."
17          Do you see that?
18     A.   Yes.
19     Q.   And the problem -- you understood
20 that the problems to which Mr. Gingell refers
21 is heroin overdoses.
22          That's the subject of this exchange,
23 correct?
24          MS. DEBROSSE:  Object to form.
25          THE WITNESS:  The subject is heroin

21 (Pages 78 - 81)

Page 82

1 stats, nonfatals and fatals, 2013 through '17.
2      BY MR. ROMAN:
3      Q.   So we're talking about heroin
4 overdoses, correct?
5      A.   Yes.
6      Q.   I just want to show you something
7 Sergeant Baeppler.  This is the caption from
8 the complaint in this case.  And I just -- I'm
9 going to be referring to the defendants as a
10 group.  And I just want to make sure that you
11 see who the defendants are.
12      A.   That's quite a lot.
13      Q.   Yes, it is.
14      MS. DEBROSSE:  Are you making it as
15 an exhibit?
16      MR. ROMAN:  No.  Not our choice.
17      BY MR. ROMAN:
18      Q.   Anyway, would you look at that list,
19 please.
20      A.   I looked.
21      Q.   Are you familiar with any of the
22 companies on that list?
23      A.   I've heard of them before, yes.
24 Some of them, not all of them.
25      Q.   Which ones have you heard of?

Page 83

1      A.   Purdue, Johnson & Johnson, Discount
2 Drug Mart, CVS, Rite Aid, Walgreens.
3      I may have seen those other ones
4 before, but I don't recall.
5      Q.   Okay.  Had you encountered any of
6 these companies in the course of your police
7 work?
8      A.   I may have dealt with Johnson &
9 Johnson, but it was with a totally nonrelated
10 thing.  It had to with a baby formula case, a
11 theft of baby formula.
12      Q.   Other than that, you've had no
13 dealing with any of these entities in your
14 police work?
15      A.   Not that I recall.
16      Q.   And I take it you are not aware of
17 any of them being involved in the manufacture,
18 distribution or sale of heroin?
19      MS. DEBROSSE:  Object to form.
20      THE WITNESS:  Not that I'm aware of.
21      BY MR. ROMAN:
22      Q.   Do you have an understanding from
23 where the heroin that you've encountered in
24 Cleveland comes from?
25      A.   I have some ideas where it comes

Page 84

1 from.
2      Q.   What are those ideas?
3      A.   Most of the heroin that we encounter
4 in Cleveland comes from Mexico.
5      Q.   Is that the black tar heroin or
6 other forms?
7      A.   We don't secure a lot of black tar
8 anymore.  Most of it is powder heroin.
9      Q.   Okay.  Are you aware of heroin also
10 coming in from China and other foreign
11 countries?
12      A.   I'm sure it comes in.  But the --
13 most of what we see in Cleveland, from what I
14 understand, comes from Mexico and other -- you
15 know, it comes through Mexico.  I'm sure that
16 there's other ways to get it in.  But it's my
17 experience that it's Mexican-cartel based, as
18 are most of the drugs we get.
19      Q.   How about the fentanyl; where does
20 that come from?
21      A.   Most of the fentanyl, that I know
22 of, most of it comes from China.  That's where
23 it's produced I believe.  And -- but we're also
24 seeing it coming in from the Mexican cartels
25 also.

Page 85

1      Q.   Do you know why Mr. Gingell did not
2 want to disclose the media that he and DEA boss
3 Keith Martin agree that the heroin problem will
4 continue to grow due to web-based trafficking
5 out of China, Asian and European countries?
6      MS. DEBROSSE:  Object to form.
7      THE WITNESS:  I don't know why -- I
8 mean I can't answer for him.  So it's difficult
9 for me to say.
10      (Deposition Exhibit 4 was marked for
11 identification.)
12      BY MR. ROMAN:
13      Q.   Sergeant Baeppler, I'm handing you
14 what has been marked as Baeppler Exhibit 4.
15 It's a one-page document bearing production No.
16 CLEVE 000179751.
17      Have you seen this document before?
18      A.   Yes.
19      Q.   So why don't we -- as you'll see
20 there, there are two e-mails on the page.  I
21 want to focus on the e-mail that you sent on
22 May 25, 2018, to Mr. Gingell.
23      Do you see that?
24      A.   Yes.
25      Q.   And you sent this e-mail to him on

22 (Pages 82 - 85)

Page 86

1   or about that date in the ordinary course of
2   business, correct?
3       A.   Yes.
4       Q.   Now, I'd like to direct your
5   attention to the first line of that e-mail
6   where you say: "Since Wednesday we've seen a
7   sharp uptick in the overdoses reported on the
8   east side."
9           Do you see that?
10      A.   Yes, I do.
11      Q.   And do you know to what that was
12  referring?
13      A.   Yes.
14      Q.   What was that?
15      A.   There had been several -- as I say,
16  "spike." There has been several overdoses in a
17  certain area. It's cause for concern because I
18  mean obviously people are dying or they're near
19  dying.
20          It's also an officer safety issue.
21  Because many officers are aware that there's
22  fentanyl in all -- in virtually all the drugs
23  that we come across now. And if you touch
24  fentanyl and you don't have the right
25  protection, you could possibly overdose.

Page 87

1           So obviously that's why I said, you
2   know, it should be put out there to wear the
3   neoprene gloves when handing.
4       Q.   And where did you get the
5   information that's set forth in this e-mail?
6   Where did it come from?
7           MS. DEBROSSE: Object to form.
8           THE WITNESS: It came from my
9   detectives.
10          BY MR. ROMAN:
11      Q.   Do you know which detectives?
12      A.   Not offhand. I mean I was on the
13  fatals.
14      Q.   I'm sorry.
15          What about the fatals?
16      A.   I would have responded -- I can tell
17  you for sure that two of the fatals, if not all
18  of them -- I'm not positive about the Fulton
19  one, but I think was there too.
20      Q.   So some of these are based on
21  personal experience, and some are your
22  detectives reporting to you in -- as part of
23  their responsibilities, correct?
24      A.   Yes.
25      Q.   And you believe all the information

Page 88

1   in here to be accurate, correct?
2       A.   Yes, I do.
3       Q.   Now, in this e-mail you discuss ten
4   overdoses, correct?
5       A.   Yes.
6       Q.   Of those ten, only one of those
7   involved pills, correct?
8       A.   Yes.
9       Q.   And is that typical that, you know,
10  a small percentage, you know, on the order of
11  10 percent, of overdoses involve pills?
12          MS. DEBROSSE: Object to form.
13          THE WITNESS: That would be -- that
14  we believed to be pills. This -- you know,
15  when we get these -- when you notice it says
16  "heroin" or it says "crack," it doesn't really
17  say I mean heroin/fentanyl or crack/fentanyl.
18          So I'm merely assuming here that
19  this is what they are. So yes, from what you
20  can see from here, the -- like specifically the
21  one on Fulton, pills and K2.
22      Q.   Well, with nine of the ten cases you
23  have no basis to believe that pills were
24  involved, correct?
25      A.   Correct.

Page 89

1       Q.   And I'm asking is that typical, that
2   in most overdose cases there's no evidence that
3   pills were involved?
4       A.   I can't tell you whether the pills
5   are involved or not because I don't know when
6   they crush them. I mean like we have a powder.
7   I'd love to be able to answer your question.
8   But definitively, if it's a crushed powder --
9   it's a powder, it could have been a pill at one
10  point in time. We just don't know.
11      Q.   Okay. But here you're making --
12      A.   Because.
13      Q.   Sorry. I shouldn't have interrupted
14  you.
15      A.   No. I shouldn't have interrupted
16  you. Go ahead, sir.
17      Q.   Well, I think I was the one
18  interrupting you, but I will continue.
19          Okay. Here, based on all your years
20  of experience, you have made judgments as to
21  what drugs you believe were involved in the
22  overdose, correct?
23      A.   Yes.
24      Q.   Okay. And in nine of the ten cases,
25  pills weren't involved, correct?

23 (Pages 86 - 89)

Page 90

1   A.   That I can tell, yes.
2   Q.   And that's what you do.
3   A.   Yes.  With this -- with these
4   current cases at that time, yes, this is what I
5   believe them to be.
6   Q.   And did you subsequently learn that
7   any of your preliminary assessments were
8   incorrect?
9   A.   I don't remember what the end result
10  was.  But I believe that my -- I'm sure that
11  the -- the lab results would show that there's
12  -- you know, they could break down the
13  compounds that were found.  I don't know what
14  they are offhand.
15  Q.   So what I'm asking is -- you know,
16  whether it's based on your preliminary
17  assessment or after you've had confirmation
18  from the lab -- what percentage of overdoses do
19  you find caused by pills as opposed to heroin
20  or crack or fentanyl or other drugs?
21  A.   I don't know how to answer that.
22  Because I don't know specifically what the
23  percentages are.  I mean it's kind of hard --
24  it's next to impossible for me to nail down
25  what the percentages are without looking at all

Page 91

1   the lab results.
2   Q.   Well, you can say for sure, can't
3   you, that it's less than half?
4   A.   More than likely, yes.
5   Q.   Can you go to less than a quarter?
6   A.   I'll stick with less than half.
7   I'll go on the safe side.
8   Q.   Okay.  Did you know the type of
9   crushed pill that was involved?
10  Do you anything -- what was -- what
11  pill had been crushed?
12  A.   I don't recall.
13  Q.   Did you know whether it was a
14  prescription opioid or not?
15  A.   I don't recall.
16  Q.   Reading this e-mail, can you tell
17  what it was?
18  A.   No.  Because I don't recall.  I mean
19  I -- if there's a crushed pill, it would be
20  because of -- probably be part of it wasn't
21  crushed all the way.
22  Q.   Okay.  And then the person who
23  overdosed on the pills and K2 -- K2 is
24  synthetic marijuana, correct?
25  A.   Yes.

Page 92

1   Q.   And that's not an opioid, is it?
2   A.   No.
3   Q.   Directing your attention to the
4   third line, you see there's a parenthetical:
5   "Likely a crack fentanyl mix"?
6   Do you see that?
7   A.   Yes, I do.
8   Q.   And that's something that you find
9   with some frequency, isn't it, that fentanyl is
10  mixed in with other drugs?
11  A.   In Cleveland, fentanyl is mixed with
12  almost every other drug.  I've -- we've had
13  fentanyl mixed with everything now.  Marijuana,
14  heroin, coke, crack.  It's my experience that,
15  yeah, it's mixed with a lot of things.
16  It's not mixed with -- every single
17  time you buy marijuana, there's not fentanyl in
18  it.  But you just don't know if it's going to
19  be in there or not.
20  Q.   And when people buy these other
21  drugs -- marijuana, crack, coke -- they may or
22  may not know if that fentanyl is in there,
23  correct?
24  A.   It's my belief, especially when
25  they're buying cocaine or marijuana, that they

Page 93

1   believe that there's not any in there.  And
2   there's a number of reasons why it could be in
3   there.
4   Q.   Okay.  But when they -- so even
5   though that person may overdose on an opioid,
6   fentanyl, the person taking that drug, the
7   fentanyl -- I mean the marijuana or the coke,
8   has no idea they're doing opioids, correct?
9   A.   That's my impression.
10  Q.   Turning to your last sentence.  I
11  believe this is the -- this refers to the
12  safety issues that you were talking about
13  earlier.
14  You say:  "I recommend all crack,
15  cocaine, K2, and heroin confiscated be treated
16  as if it were laced with fentanyl and to wear
17  neoprene gloves when handling."
18  Is that was you were -- that's the
19  safety concern you were expressing earlier?
20  A.   Yes, it is.
21  Q.   And this is illicit fentanyl, not
22  prescription fentanyl, correct?
23  A.   Yes.
24  (Deposition Exhibit 5 was marked for
25  identification.)

24 (Pages 90 - 93)

Page 94

1    BY MR. ROMAN:
2    Q.    Sergeant Baeppler, I'm handing you
3  what has been marked as Exhibit 5.  It's a
4  multi-page document bearing production Nos.
5  CLEVE 002231597 through 1607.
6         Have you seen this document before?
7    A.    I may have.  I mean I see a lot of
8  documents.  I mean I'm not saying I didn't.
9    Q.    But you're familiar with these types
10  of documents?
11   A.    Yes, I am.
12   Q.    Okay.  And this is from the Cuyahoga
13  County medical examiner's office?
14   A.    Yes.
15   Q.    And Cleveland doesn't have its own
16  medical examiner, does it?
17   A.    If they do, I'm unaware of it.
18   Q.    So the medical examiner that you use
19  in your overdose cases is the Cuyahoga County
20  medical examiner, correct?
21   A.    Yes.
22   Q.    Do you know who collected the data
23  that's used in this report?
24   A.    I would imagine the medical examiner
25  or the Medical Examiner's Office.

Page 95

1    Q.    Do you know how the data were
2  collected?
3         MS. DEBROSSE:  Object to form.
4         THE WITNESS:  No.  I don't know
5  precisely how they're collected.
6         BY MR. ROMAN:
7    Q.    Let's go to Page 601, please.
8  That's -- I'm looking at the Bates number in
9  the lower right-hand corner.
10   A.    I got you.
11   Q.    The top of the page says:  "Cuyahoga
12  County Overdose Deaths 2006 to 2018."
13        Do you see that?
14   A.    Yes, I do.
15   Q.    And you will see that for 2018 those
16  figures are projected.
17        Do you see that?
18   A.    Yes.
19   Q.    Why don't you take a moment and look
20  at the figures here, and let me know when
21  you've had an opportunity to look at that.
22   A.    I'm having a hard time tracking what
23  lines.  Because it just looks like -- there's a
24  gray line and a black line, and I can't really
25  tell the difference between all of them right

Page 96

1  now.  I see there's and squares and triangles.
2    Q.    Yeah.  I think that's the helpful --
3  I'm color-blind, so this is difficult for me as
4  well.
5         But if you look at the symbols, I
6  think that's the helpful part.
7    A.    Okay.  I looked at it.
8    Q.    Okay.  First of all, do you know
9  what falls under the category "All Opioids Not
10  Including Fentanyl"?
11   A.    I have an idea.
12   Q.    What's that ideas?
13   A.    All other opioids, like we discussed
14  earlier, except for fentanyl.  So that would
15  include any prescription drugs as well as
16  heroin.
17   Q.    Okay.  If you look, for example, at
18  -- let's go to 2017.  And you have the top --
19  the top cause of overdose deaths is fentanyl at
20  477.
21        Do you see that?
22   A.    Yes.
23   Q.    And then you go next to cocaine at
24  349.
25        Do you see that?

Page 97

1    A.    Yes.
2    Q.    Then you go to all opioids not
3  including fentanyl at 250.
4         Do you see that?
5         MS. DEBROSSE:  Object to form.
6         THE WITNESS:  Yes.
7         MR. ROMAN:  What'd I get wrong
8  there?
9         MS. DEBROSSE:  I'm trying to find --
10  where are you?
11        MR. ROMAN:  2017.  It's the
12  second-to-last one.
13        MS. DEBROSSE:  Ask your question
14  again for me.
15        MR. ROMAN:  I was just going down
16  the -- maybe -- if you hand me yours, I'll mark
17  it up.  I'll show you exactly what I'm doing if
18  you hand me yours.
19        BY MR. ROMAN:
20   Q.    So you saw the 250 for all opioids
21  not including fentanyl.  You have 250.
22        Than you have carfentanil of 192.
23        Do you see that?
24   A.    Yes.
25   Q.    And then you have heroin at 106.

25 (Pages 94 - 97)

Page 98

1     Do you see that?
2     A.   Yes.
3     Q.   Do those numbers seem about right to
4   you?
5         This is all Cuyahoga County as
6   opposed to Cleveland.
7         MS. DEBROSSE:  Object to form.
8         THE WITNESS:  I don't know if
9   they're right or not.  I mean because I didn't
10  -- didn't come over until the end of 2017.
11  BY MR. ROMAN:
12  Q.   Let me ask, in your experience in
13  Cleveland -- in your experience in Cleveland,
14  if you had to rate the drugs in terms of
15  causing overdose deaths, how would you -- what
16  is the order in which you would put them?
17       What's number one?  What's number
18  two?  What's number three?  What's number four?
19  What's number five?
20  A.   I would put them at -- I would
21  categorize them as drugs that have fentanyl in
22  them, including fentanyl, as the number one.
23  Q.   How about number two and number
24  three?
25  A.   I don't know.  I mean -- because I

Page 99

1   believe that most of the overdoses are related
2   to fentanyl.  And so I think almost all of them
3   have fentanyl in them or another analog that
4   we're unaware of.
5         (Deposition Exhibit 6 was marked for
6   identification.)
7   BY MR. ROMAN:
8   Q.   Sergeant Baeppler, I've handed you
9   what has been marked as Baeppler Exhibit 6, a
10  two-page document bearing production number
11  CLEVE 000267011 and 012.
12       Have you seen this document before?
13  A.   They gave you this?
14  Q.   I gather you have.
15       MS. DEBROSSE:  Let me see.
16       THE WITNESS:  These are suspects in
17  an -- in active investigations.
18       MS. DEBROSSE:  Sergeant, give me one
19  moment.
20       We're going to claw back this
21  document.  I think we -- under the legislative
22  privilege, these are active and ongoing
23  investigations.  I believe Sergeant Baeppler
24  has just testified that this is an ongoing
25  investigation.

Page 100

1         So let's claw back 00026712 and
2   document 00026712.  Under the rules, of course,
3   you can maintain one copy for your record.
4   I'll take the rest back, please.
5         MR. ROMAN:  (Proffered documents.)
6         MS. DEBROSSE:  Thank you, sir.
7         MS. BARBER:  Are you just clawing
8   back the second page or the first page as well?
9         MR. ROMAN:  The first page is not
10  the issue.
11        MS. DEBROSSE:  The second page is
12  the issue.
13        MR. McLAUGHLIN:  If you're not
14  clawing back --
15        (Discussion held off the record.)
16        MS. DEBROSSE:  Let me look at this
17  e-mail.  Give me a second.  I don't want to
18  overdesignate and make you guys pissed.  So
19  just give me a minute, and let me look at this
20  e-mail.
21        Let's just redact the e-mail.  And
22  we've clawed back the documents that were
23  produced that I've identified.
24        MS. BARBER:  Can we have an actual
25  copy of the e-mail.

Page 101

1         MS. DEBROSSE:  Sure.
2         (Deposition Exhibit 6 was amended.)
3   BY MR. ROMAN:
4   Q.   Okay.  So, Sergeant Baeppler,
5   Exhibit 6 is now just a one-page document,
6   CLEVE 000267011.
7         Have you seen this document before,
8   sir?
9   A.   Yes.
10  Q.   Okay.  Exhibit 6 is an e-mail from
11  Quinn Austin to you, with copies to others,
12  dated April 30 of 2018, correct?
13  A.   Correct.
14  Q.   And you received this e-mail from
15  Mr. Austin on or about that date in the
16  ordinary course of business, correct?
17  A.   You are correct.
18  Q.   And the e-mail, as you can see,
19  refers to a priority target list.
20       Do you see that?
21  A.   Yes.
22  Q.   Okay.  And that target list has been
23  clawed back.  And I understand that.
24       My question is simply are you aware
25  of any priority targets where those targets

26 (Pages 98 - 101)

1  were selling prescription opioids?
2      MS. DEBROSSE:  Subject to the
3  legislative privilege, that you not disclose
4  anything about any active investigations, you
5  can generally answer that question, Sergeant.
6      THE WITNESS:  I'm unsure if any of
7  them had to do with prescriptions.  It's
8  possible.  I can't tell you for sure.
9      BY MR. ROMAN:
10     Q.   Can you name any priority targets at
11  any time -- well, strike that.
12         What is a priority target?
13     A.   Priority targets are suspects that
14  are involved with fatal overdoses or a large
15  number of nonfatal overdoses.
16     Q.   And the reason they're priority is
17  you want to get them off the street as quickly
18  as possible?
19     A.   Yes, because they're killing people.
20     Q.   Okay.  And are you aware of any
21  priority target, in your time at -- in the
22  police department, where that target was
23  selling prescription opioids?
24     A.   I know of at least one that was
25  selling prescription opioids, two actually.

1  But I can't give you their names.
2      Q.   I'm not asking for their names, sir.
3         But when were these people priority
4  targets?
5      A.   I'm not sure if they were priority
6  targets for them.  But they're priority targets
7  for the Cleveland Police narcotics unit.  And
8  this would be in the past, oh, two, three
9  months.
10     Q.   And what were they selling, or what
11  are they selling?
12     A.   Percs, Percocets.
13     Q.   How did they come to your attention?
14     A.   CIs, confidential informants.
15     Q.   I'm glad you said that.
16         So when you referred earlier to CIs,
17  you were talking about confidential informants?
18     A.   Yes.
19     Q.   How did these two priority targets
20  come to your attention?
21     A.   Obviously confidential informants
22  tells us -- they tell us a lot of things.  And
23  they specifically told us about some pills that
24  -- I can only assume where they got them or how
25  they got them.  They may have -- we don't know.

1  We have ideas.  That's it.
2      Q.   You anticipated my next question.
3         What are your ideas as to how these
4  two suspects got the Percocet?
5      A.   I can't tell you how because it's
6  still in an active investigation and that could
7  kind of give it away.
8      Q.   Well, let me ask do you know for a
9  fact that these are not counterfeit Percocets
10  that they're selling?
11     A.   I do not believe they're
12  counterfeit.  I believe they're -- I believe
13  they're absolutely bona fide pills.
14     Q.   Can you disclose the basis for that
15  belief or not?
16     A.   No.
17         MS. DEBROSSE:  Same instruction.
18         BY MR. ROMAN:
19     Q.   Other than these two instances that
20  have arisen in the last two or three months
21  with respect the Percocets, can you identify
22  any -- or not can you identify -- are you aware
23  of any priority target of the Cleveland Police
24  Department who has been selling prescription
25  opioids?

1      A.   Other than those?
2      Q.   Right.
3      A.   Not that I know of.
4      Q.   And for how long has the Cleveland
5  Police Department been keeping priority target
6  lists?
7         MS. DEBROSSE:  Object to form.
8         THE WITNESS:  This is -- this
9  meeting would be like the -- that was the start
10  of what I knew to be target lists for this
11  specific purpose of -- between the DEA and the
12  HIDI task force.
13         BY MR. ROMAN:
14     Q.   I understood.
15         But was this -- was the list that
16  was clawed back that was attached to the
17  memorandum of --
18     A.   This?
19     Q.   -- April 30th of 2018, was that the
20  first priority target lists, or were there
21  other ones before that?
22     A.   The first one that I saw.
23     Q.   I think there's a reference in there
24  to an updated priority target list.
25     A.   And --

27 (Pages 102 - 105)

1    Q.   Do you see that?
2    A.   Yes.  And I think the DEA may have
3  had another list.  But this is what I believe
4  -- this was our first meeting where I saw the
5  list.  So if they had another one before that,
6  I didn't know about it.
7    Q.   Have you seen priority target lists
8  since this one?
9    A.   Yes.
10    Q.   How many of those have you seen?
11    A.   A half dozen or so.
12    Q.   They come out roughly once a month?
13    A.   I don't meet with them once a month.
14  Whenever I meet with them.  Like I say, a half
15  dozen times maybe.  But they come out every
16  month; I don't see them every month.
17    Q.   How often do the names change from
18  list to list?
19    A.   If they get arrested, they're taken
20  off the list.  Or if they're arrested, then
21  they get out, then sometimes they get put back
22  on the list.
23        As long as they're active, and
24  then -- you know, we believe that they're
25  connected, they'll be on the list.

1    Q.   With respect to the two priority
2  targets who were selling these Percocets, can
3  you say whether or not they're being
4  investigated for illegal activity?
5    A.   Yes.
6    Q.   And they're suspected of committing
7  crimes, correct?
8    A.   Yes.  They're committing crimes.
9    Q.   So they're not lawfully selling
10  Percocet.
11    A.   They are not lawfully selling
12  Percocets.  That's correct.
13        (Deposition Exhibit 7 was marked for
14  identification.)
15        BY MR. ROMAN:
16    Q.   Sergeant -- I'm handing you what's
17  been marked as Exhibit 7.  It's a one-page
18  document bearing production No. CLEVE
19  000267678.
20        Have you seen this document before?
21    A.   Yes.
22    Q.   Okay.  Exhibit 7 is an e-mail chain
23  between you and James Sekerak on February 26 of
24  2018, correct?
25    A.   Yes.

1    Q.   You sent and received these e-mails
2  on or about that date in the ordinary course of
3  business, correct?
4    A.   Yes.
5    Q.   And Mr. Sekerak is the clinical
6  quality care manager of the department of
7  public safety in the division of the emergency
8  medical service, correct?
9    A.   Yes.
10    Q.   I I'd to direct your attention to
11  your e-mail to Mr. Sekerak, which is the top
12  e-mail.
13        And the third sentence reads:  "The
14  info will greatly help us focus our efforts in
15  the next phase of targeting the drug dealers
16  involved in the fatal overdoses."
17        Do you see that?
18    A.   Yes, I do.
19    Q.   What information -- strike that.
20        To what information were you
21  referring?
22    A.   The NARCAN list.
23    Q.   Okay.  What is the NARCAN list?
24    A.   NARCAN list is the amount of NARCAN
25  that EMS administered and the locations of

1  where they're administered is very important us
2  to, where the people are picked up at.
3    Q.   Now, in that -- in your e-mail you
4  refer to the next phase of targeting the drug
5  dealers.
6        Do you see that?
7    A.   Yes.
8    Q.   To what -- what are the other
9  phases?
10    A.   Well, this would be like a new phase
11  because we didn't have it before.  I mean that
12  would be -- that is what I meant by that.
13  Versus before were -- this is just one more
14  resource that's really going to help us
15  pinpoint.  So that would be the next phase.
16        So this is -- so we could see with
17  the Exhibit 1 it talks about this meeting that
18  I had.  And this is what we were given because
19  of that meeting.  So I wanted to take it up
20  another level and target the areas that are
21  having the most problems.
22    Q.   This may seem like an obvious
23  question, but it is, in fact, the drug dealers
24  who are the primary causes of the fatal
25  overdoses.

28 (Pages 106 - 109)

Page 110

1    People are getting their -- the
2  drugs that are causing the overdoses come from
3  drug dealers and not from pharmacies, right?
4    MS. DEBROSSE:  Object to form.
5    THE WITNESS:  The drug dealers are
6  the final nail in the coffin of these people's
7  addiction.  All right?  I think this whole
8  things starts somewhere else, but this is where
9  it ends.
10    Yes.  The drug dealers are the ones
11  that sell them fatal doses of drugs, I mean
12  whether that's cocaine with fentanyl or heroin
13  with fentanyl or whatever it is.
14    BY MR. ROMAN:
15    Q.  Okay.  But they're not always just
16  the final nails in the coffin, right?
17    Sometimes they're the first nails in
18  the coffin, correct?
19    A.  What you mean by that?  I would have
20  to disagree.  Because this isn't the first --
21  most people this isn't their first rodeo with
22  drugs.  I mean this -- I mean that would be the
23  final nail.  The first and final -- if someone
24  never did drugs before, and they did this
25  heroin with heroin with fentanyl, that would be

Page 111

1  the final nail.  That's my interpretation of
2  it.
3    Q.  Well, what I was -- actually, I was
4  asking a slightly different question.  And
5  forgive me if I confused you.
6    What I was saying is that sometimes
7  people -- you testified earlier that sometimes
8  people start because they have an athletic
9  injury, they get hooked on whatever
10  prescription drug it is, and eventually they
11  end up with heroin.
12    A.  Yes.
13    Q.  But some people start off just
14  because a drug dealer convinces them to take an
15  illegal drug, correct?
16    A.  In my experience, it rarely happens
17  where a drug dealer walks up to a person, say,
18  "Here.  Take this drug," and then all of a
19  sudden they -- that's not how things start off.
20    Q.  Or the friend who has bought drugs
21  from a drug dealer gives it to the friend,
22  says, "Hey, you'll love this.  It'll make you
23  feel great."
24    A.  I'm sure that happens sometimes.
25    (Deposition Exhibit 8 was marked for

Page 112

1  identification.)
2    Q.  Sergeant Baeppler, I'm handing you
3  what has been marked as Baeppler Exhibit 8.
4  It's a one-page document bearing production No.
5  CLEVE 001477582.
6    Have you seen this document before?
7    A.  Yes.
8    Q.  Exhibit 8 is an e-mail dated March
9  27, 2018, from you to the Ohio Tactical
10  Officers Association, correct?
11    A.  Yes.
12    Q.  And you sent that e-mail on or about
13  March 27 of 2018 in the ordinary course of
14  business, correct?
15    A.  Yes.
16    Q.  In the e-mail you write -- and
17  actually at the -- strike that.
18    The person at the Ohio Tactical
19  Officers Association to whom you were writing
20  was Patrick Fiorilli, correct?
21    A.  That's correct.
22    Q.  And you write:  "Pat, as far as the
23  narcotics guys go, Klamert, Moran and I are
24  planning on attending and spending a night at
25  the park.  I would prefer we go at the

Page 113

1  beginning of the presentation.  I was also
2  going to talk about the new trends and how we
3  are finding half of our cocaine overdoses also
4  contain fentanyl and the influx of counterfeit
5  pills containing the fentanyl.  This should be
6  followed by the prosecutors and then the
7  intelligence aspect with the analysts.  We are
8  excited to be a part of this event.  Let me
9  know if there's anything else you need."
10    Do you see that?
11    A.  Yes.
12    Q.  First of all, so Sergeant Moran is
13  with -- or Detective Moran is with the
14  Cleveland police department, correct?
15    A.  Yes, he is.
16    Q.  And is Mr. Klamert also a detective
17  in the Cleveland Police Department?
18    A.  Yes, he is.
19    Q.  What division is he in?
20    A.  He is part of the HIDI team.
21    Q.  As is Detective Moran?
22    A.  Yes.
23    Q.  Okay.  Direct your attention to the
24  third sentence about the new trends.
25    Do you see that?

29 (Pages 110 - 113)

Page 114

1    A.   Yes.
2    Q.   And it was, in fact, the case that,
3  as of spring of 2018, half of the cocaine
4  overdoses that the Cleveland Police Department
5  was finding were also containing -- that the
6  drugs in the person's system also contained
7  fentanyl, correct?
8    A.   That's correct.
9    Q.   And again, as we discussed earlier,
10  those people taking the cocaine may never know
11  that they were also take fentanyl, correct?
12    A.   That's correct.
13    Q.   Now, you also refer to the influx of
14  counterfeit pills.
15        Do you see that?
16    A.   Yes.
17    Q.   Those pills are made using fentanyl,
18  correct?
19    A.   There's fentanyl in them, yes.  It
20  would be -- my experience, we've seen Percocets
21  and OxyContins -- they -- they look like
22  Percocets or OxyContins, but they actually
23  contain fentanyl and other binders.
24    Q.   And did you say when you started
25  seeing the counterfeit pills?

Page 115

1        I think you testified earlier about
2  that.  You said in the last year you --
3    A.   I've seen a lot in the last year, so
4  yes.  More than -- you know, I knew that
5  they've been around before.  Because they've
6  had pill presses and so forth.  But we haven't
7  seen them in the numbers that we have recently.
8    Q.   Do you know who's making them?
9    A.   I have some ideas.
10    Q.   What those the ideas?
11    A.   I think the Mexican cartel is
12  producing them in mass.  And I think they're
13  also being produced locally.
14    Q.   Who is producing them locally?
15    A.   Drug dealers locally.  Local drug
16  dealers.
17    Q.   And do you know why there would be
18  an influx of counterfeit pills?
19        Is it because there are fewer
20  prescription pills out in the streets now, or
21  what's your theory?
22    A.   Frankly, I -- I don't know why
23  they're being produced like that.  I can't
24  answer that.  I mean I know that they're out
25  there.  I can't really say why.  Not off -- not

Page 116

1  offhand.  I mean there's lots of ideas, but...
2        (Deposition Exhibit 9 was marked for
3  identification.)
4    BY MR. ROMAN:
5    Q.   Sergeant Baeppler, I'm handing you
6  what has been marked Baeppler Exhibit 9.  It is
7  a two-page document bearing production Nos.
8  CLEVE 002257384 and 385.
9        Have you seen this document before?
10    A.   I'm sure I saw it.  I don't recall,
11  but I see it now, and I see my name is on it.
12    Q.   Okay.  So this is an -- Exhibit 9 is
13  an e-mail exchange from March 20, 2018,
14  correct?
15    A.   Yes.
16    Q.   And the top e-mail, the most recent
17  one, is an e-mail from Jennifer Gedeon?
18    A.   Yes.
19    Q.   To a whole bunch of folks including
20  you, correct?
21    A.   Yes.
22    Q.   And do you have any reason to
23  believe that you did not receive this e-mail
24  from Ms. Gedeon or about March 20, 2018, in the
25  ordinary course of business?

Page 117

1    A.   I have no reason to believe I did
2  not receive it.
3    Q.   Thank you for fixing the bad
4  question.
5        So going to the bottom e-mail, the
6  -- the -- see there's a reference to -- it
7  says:  "The attached FBI SIR pertains to
8  fentanyl being disguised as oxycodone
9  hydrochloride pills."
10        Do you see that?
11    A.   Yes.
12    Q.   What is an FBI SIR?
13    A.   I don't know.
14    Q.   Are you familiar with fentanyl being
15  disguised as oxycodone hydrochloride pills?
16    A.   Yes, I do.  Or I'm familiar.
17        In thinking further on your question
18  as to why they're doing pills, it's probably
19  because -- twofold.  That normally people think
20  that pills are pharmaceutical grade; they're
21  pure and can be trusted.  And so that's why
22  people may like them, for that reason alone.
23        Or it's just another way to disguise
24  a drug.  So if a police officer would pull them
25  over, the police officer would think it's just

30 (Pages 114 - 117)

Page 118

1 a prescription pill and nothing more, nothing
2 less, which may be totally legal to have,
3 versus a fentanyl pill is not.
4     Q.    But why would that just have started
5 in -- or really started to get going in the
6 last year or so?
7     A.    I couldn't tell you.  It's a new
8 trend.  That's what we're seeing.
9     Q.    How do you identify the counterfeit
10 pill?  How do you determine it's counterfeit?
11     A.    It has to be tested in the lab.
12 Sometimes I can look at a pill; I could tell
13 it's counterfeit just because of the way it's
14 made.  Sometimes, if you break it open, it's
15 like white on the inside -- or it's -- the
16 color would be the same throughout, versus a
17 authentic pill would be white on the inside and
18 blue on the outside or something along those
19 lines.
20         Or the imprint is not crisp.  It
21 doesn't -- you know, it's -- and the whole
22 process on how they press pills is they
23 literally press them.  And sometimes it's not a
24 -- you know, they got a substandard press.
25         Some of them are really good.  Some

Page 119

1 of the pills look really good, and you can't
2 tell the difference if they're side by side
3 with an authentic pill.
4     Q.    And when they're really good, the
5 people using them don't know they're taking
6 fentanyl, correct?
7     A.    Sometimes they do.  I don't know.  I
8 -- you know what?  I'm sure some people do, and
9 some people don't.  That's my experience.
10         (Deposition Exhibit 10 was marked
11 for identification.)
12     BY MR. ROMAN:
13     Q.    Sergeant Baeppler, I'm handing you
14 what has been marked as Baeppler Exhibit 10.
15 It's a three-page document.  My copy doesn't
16 have Bates numbers on it.
17         Can I get that back from you so I
18 can put that on the record?  Thank you.
19         It's CLEVE 000011161 through 63.
20         Have you seen this document before?
21     A.    I don't remember seeing it, but I --
22 I'm reading it now.  I could have seen it at
23 some point in time.
24     Q.    Have you had a chance to review it?
25     A.    Yes.

Page 120

1     Q.    Okay.  As you can see, this is a
2 document entitled "Narcotics Realignment," and
3 the date is November 25 of 2012, correct?
4     A.    Yes.
5     Q.    Are you familiar what was -- what
6 realignment was being done within the narcotics
7 unit in November of 2012?
8     A.    Yes.
9     Q.    What was that -- what was the nature
10 of that realignment?
11     A.    Like I would be doing interdiction
12 versus my other -- so I went -- basically from
13 there I went directly from working hand in hand
14 with the gang unit, and then we'd do
15 interdiction, which I would do -- would mean I
16 would spend lots of time that FedEx and mail
17 terminals.  And we'd be looking for packages
18 coming through containing drugs and/or money.
19     Q.    How could you tell that?
20     A.    How could I tell what?
21     Q.    What packages contained drugs or
22 money.
23     A.    A number of factors.  The size of
24 the package, the way it's packaged, the
25 addresses, the names on the addresses.  I mean

Page 121

1 there's a number of factors.
2         And when everything adds up, then
3 you have a drug dog sniff the package.  And if
4 the dog hits on it, then you get a search
5 warrant, open up the package, see if there's
6 drugs in there.  Every time that I've known
7 there's been drugs in there then.
8         And then, you know, we would attempt
9 to deliver the package.
10     Q.    Now, this is a bit of a detour here,
11 but sometimes you got money from this?
12         You would -- you would get packages
13 of money?
14     A.    On the outbound.  That would be
15 you're looking for something else.  So in
16 Cleveland how it works is we're a destination
17 drug point.  Drugs aren't produced here,
18 especially not marijuana.  And that's what most
19 of this is coming -- you know, you have a lot
20 of marijuana, cocaine and heroin getting
21 delivered through the mail.
22         And so it's delivered from other
23 areas, sent here.  And then people have to get
24 their money back another way.  You can do it
25 with crypto currency, or they'll send cash, or

31 (Pages 118 - 121)

1  they will literally put it on themselves and
2  fly back with the money.  Because it's --
3  money's not illegal.
4      And so people -- you know, some
5  people would prefer to send it in the mail.
6  And so you'd look for it, and you look for
7  certain characteristics from like emanating
8  address to the end address, and see if the
9  names match up.
10     Q.   Do you have a sense of how much cash
11  the police department has seized from illegal
12  drug buys?
13         MS. DEBROSSE:  Object to form.
14         Go ahead.
15         THE WITNESS:  I don't know.  I don't
16  -- do you know why I don't know?  Because I
17  don't count the money.  Like I don't count the
18  money like that.  I don't keep track of how
19  much money we get.  That's irrelevant to me.
20     I don't -- I don't do my job from --
21  to see how much money I can take from people.
22  So I don't keep track of it.
23         BY MR. ROMAN:
24     Q.   But do you know what happens to the
25  money that's seized?

1      A.   I wish I did.
2      Q.   Do you know if it goes to pay off --
3  pay for police department operations or...
4         MS. DEBROSSE:  Object to form.
5         THE WITNESS:  I don't know where it
6  goes.
7         BY MR. ROMAN:
8      Q.   So going back to Exhibit 10, there's
9  a reference in there to, as you know,
10  interdiction.
11         Was there an interdiction unit?
12     A.   Yes.  That would be -- I was with
13  Lieutenant Purcell, myself, Detective Cuadra,
14  Tommy Hall, Frank Lake, Pat Andrejeak.
15     Q.   Do you know when it started and why?
16     A.   It was just a realignment.  Kind of
17  went with the flow.  And, you know, I was
18  getting promoted to sergeant at the time.  I
19  was just waiting.
20     Q.   Do you know why they started the
21  interdiction unit in 2012 and why not sooner or
22  why not later?
23         MS. DEBROSSE:  Object to form.
24         THE WITNESS:  I don't know.
25         BY MR. ROMAN:

1      Q.   Was the focus of the unit on all
2  drugs, or were there certain drugs on which you
3  were particularly focused?
4      A.   All drugs.
5      Q.   What did you primarily find?
6         You said marijuana.
7      A.   Marijuana, cocaine, heroin.
8      Q.   Did you see the heading N-O-L-E-T-F
9  on the first page?
10     A.   Yes.
11     Q.   And that stands for Northern Ohio
12  Law Enforcement Task Force, correct?
13     A.   Yes.
14     Q.   And the Cleveland Police Department
15  is a participant in that task force, correct?
16     A.   Yes.
17     Q.   And that task force is aimed at
18  dismantling drug organizations, correct?
19     A.   Correct.
20     Q.   If you look under the section, it
21  appears that the seizures were principally of
22  marijuana and heroin, correct?
23     A.   On -- at the first page, correct?
24     Q.   Yes.
25     A.   Primarily, yes.  I think there was

1  also some ecstasy in there, but -- as well as
2  some heroin.  But I don't see it on here.  It
3  wouldn't be nearly as much as the cocaine or
4  marijuana though.
5      Q.   Do you know if they ever seized any
6  prescription opioids?
7      A.   I don't recall.  It's possible.
8      Q.   Go, please, to the bottom of the
9  second page, the very last sentence.  It says:
10  "Due to recent trends in pharmaceutical drug
11  abuse, the compliance unit frequently handles
12  pill cases that lead to heroin traffickers."
13         Do you see that?
14     A.   Yes.
15     Q.   How did the -- or how does the
16  compliance unit investigate pill cases that
17  lead to heroin traffickers?
18     A.   They're both opiates.  And so they
19  kind of go hand in hand.  Typically, in my
20  experience, people that are addicted to opiate
21  pills -- or I'm sorry -- opioid pills, they
22  generally go to heroin eventually.  They don't
23  -- I mean, it's -- it's rare for someone to
24  just stay on pills.  It starts with the pills
25  and ends with heroin, in my experience.  Unless

32 (Pages 122 - 125)

Page 126

1  you're very rich and can afford pills all the
2  time.
3      Q.   Do you know if that's the experience
4  of other police -- Cleveland police department
5  detectives?
6      A.   I would imagine so.  I can't speak
7  for anyone else though.
8      Q.   So you don't know one way or the
9  other?
10        MS. DEBROSSE:  Object to form.
11        THE WITNESS:  I answered I can't --
12  I can't speak for anyone else but myself.
13  That's my experience.  I would imagine that
14  would be the same as others.
15        BY MR. ROMAN:
16      Q.   Do you -- do you know to what the
17  reference was "recent trends in pharmaceutical
18  drug abuse"?
19      A.   I don't recall at that point in
20  time.
21      Q.   Do you know what kinds of pill cases
22  the compliance unit was handling?
23      A.   I believe Percocets, Vicodin.
24      Q.   And what's the basis for that?
25      A.   That's what I bought.  Or I

Page 127

1  shouldn't say that's what I bought.  That's
2  what I got prescriptions for.
3        (Deposition Exhibit 11 was marked
4  for identification.)
5        BY MR. ROMAN:
6      Q.   Sergeant Baeppler, I'm handing you
7  what has been marked as Exhibit 11, a one-page
8  document bearing production No. CLEVE
9  000251552.
10        Have you seen this document before?
11      A.   I don't believe so.
12      Q.   Do you recognize it as statistics
13  maintained by the Cleveland Police Department
14  bureau of special service of nonfat and fatal
15  opioid overdoses from -- at least in part from
16  2013 to 2017?
17      A.   Yes.
18      Q.   And can you please go back to
19  Exhibit 3.
20        Do you have that in front of you?
21      A.   Yes, I do.
22      Q.   Do you know if this is the
23  attachments were the subject of exhibit -- do
24  you know whether Exhibit 11 was either attached
25  to or the subject of Exhibit 3?

Page 128

1      A.   I don't know.
2      Q.   Do you know what drugs were
3  considered opioids for purposes of inclusion in
4  this chart?
5      A.   I would imagine all opioids.
6      Q.   Both prescription and
7  nonprescription?
8      A.   I don't know.  All right?  I can
9  only assume.  And, you know, that's not
10  accurate.  It'd be just assuming.
11        So I wasn't privy to how they
12  collected their data before through all these
13  other years.  Because I was in the gang unit.
14        So I don't want to answer one way or
15  the other because I really -- I want to be as
16  honest and truthful with you on this.  So I
17  can't give you a definitive answer.
18      Q.   Do you know why data wasn't
19  available before 2013 and, in the case of
20  nonfatals, before 2014?
21        MS. DEBROSSE:  Object to form.
22        THE WITNESS:  I don't know.
23        BY MR. ROMAN:
24      Q.   Do you know what qualifies as an
25  overdose?  How do you make that determination?

Page 129

1        I know if it's a fatal over -- well,
2  actually I shouldn't even say that.  Strike
3  that.
4        How does Cleveland Police Department
5  determine that there's an overdose involved?
6      A.   A couple of different things.  One,
7  the police get there or if EMS gets there, EMS
8  will call if they believe it to be an overdose
9  for whatever reason.  If the person is foaming
10  at the mouth, they're falling out.  If NARCAN
11  is given and it's effective, that would be a
12  good way to tell.
13        Personally, when I get calls from
14  radio and they say the person is overdosing, I
15  ask if they were given NARCAN.  And if they say
16  no, then to me that is not an overdose because
17  they didn't need anything to come out.  They
18  weren't -- you know, that's -- it's just the
19  way it is.  Of course, we have a lot of other
20  ones we have to respond to that are confirmed
21  overdoses.  So that would be one.
22        The other, fatal overdose, per se,
23  there's usually some kind of evidence on scene,
24  or the conditions don't seem right if they were
25  cleaned up.

33 (Pages 126 - 129)

Page 130

1    There's certain things we look for,
2  foaming at the mouth.  It doesn't necessarily
3  mean it's a fatal overdose, but that's the
4  easiest sign that it could very well be.
5    There's a syringe sticking out of
6  their arm, called a clue.  You know, a baggy
7  with a powder in it or whatever else.  Anything
8  that we believe that, you know, drugs could be
9  the cause of the overdose.
10    Q.   Now, if you look at these
11  statistics, it appears that 2016 was the peak
12  year for overdoses.
13    Do you see that?
14    A.   Not really.  Because 2017 was at
15  164, and there's still five months to go.  So
16  2017 would have been the peak year.
17    Because -- you know, you see where
18  I'm coming from.
19    Q.   Yes.
20    A.   Because you're missing five months.
21    Q.   Okay.  Do you have an understanding
22  as to why 2016, 2017 were higher than 2015, for
23  example?
24    A.   No, I don't know.
25    (Deposition Exhibit 12 was marked

Page 131

1  for identification.)
2    BY MR. ROMAN:
3    Q.   Sergeant Baeppler, I'm handing you
4  what has been marked as Baeppler Exhibit 12, a
5  multipage document bearing production Nos.
6  CLEVE 001476069 through 80.
7    Have you seen this document before?
8    A.   No.
9    Q.   Are you familiar with this document?
10    Have you seen documents like this
11  one?
12    A.   Yes.  I mean I've never seen this
13  before, but I have an idea what this is.
14    Q.   Okay.  But what is Exhibit 33 -- I'm
15  sorry -- Exhibit 12?
16    A.   I believe these are results of
17  heroin overdoses that we went to and some of
18  the notes therefrom.
19    Q.   Well, let's focus on those notes
20  section.
21    Do you know what -- it says "Notes,
22  POI."
23    Do you know what "POI" stands for?
24    A.   Persons of interest.
25    Q.   So those -- is that kind of a level

Page 132

1  below suspect?  Is that what a person of
2  interest is?
3    A.   They could be a suspect.
4    Q.   Okay.  And in the notes section, is
5  that where the detective responding to the call
6  would record the evidence that was found at the
7  scene?
8    A.   Yes.  They would see if they
9  collected any evidence or not.
10    Q.   Did they also indicate the types of
11  drugs found at the scene?
12    A.   Sometimes they do; sometimes they
13  don't.  It depends on who the detective is.
14    Q.   So where it says just "Evidence
15  Collected," you don't know what evidence has
16  been collected?
17    A.   Not from this.
18    Q.   Where would you go find that
19  information?
20    A.   I would imagine the report.
21    Q.   The police report?
22    A.   Yes.  It would be in the record
23  management system.  Because they have to --
24  they'd have to enter it as evidence.
25    MR. ROMAN:  Okay.

Page 133

1    (Deposition Exhibit 13 was marked
2  for identification.)
3    BY MR. ROMAN:
4    Q.   Sergeant Baeppler, I'm handing you
5  what has been marked as Baeppler 13, multipage
6  document bearing production Nos. CLEVE
7  001476081 through 92.
8    Have you seen this document before?
9    A.   No.  But I know what it is.
10    Q.   This is the same document as the
11  previous one except for the next year, correct,
12  2018?
13    A.   Yes.
14    Q.   Everything else about it is the same
15  in terms of type of document and types of
16  information collected?
17    A.   Yes.
18    Q.   Is it your belief,
19  Sergeant Baeppler, that heroin deaths in
20  Cleveland are on the decline?
21    A.   It seems to be, yes.
22    Q.   When did that decline start?
23    A.   This year -- or 2018.
24    Q.   Do you recall when in 2018?
25    A.   No.

34 (Pages 130 - 133)

Page 134

1    Q.  Do you have an understanding as to
2  why heroin deaths are on the decline in
3  Cleveland?
4    A.  My thoughts are that there's NARCAN
5  more readily available.  And so the -- so
6  people are overdosing, but they're not
7  reporting it because they're savings themselves
8  or their friends are saving them.  That's my
9  belief at least, my idea.
10   Q.  Do you know whether heroin use is
11  down?
12   A.  I don't think it's down.
13       (Deposition Exhibit 14 was marked
14  for identification.)
15   BY MR. ROMAN:
16   Q.  Sergeant Baeppler, I'm handing you
17  what has been marked as Exhibit 14.  It's a
18  one-page document bearing production No. CLEVE
19  000182046.
20       Have you seen this document before?
21   A.  I'm sure I read it.  I don't recall
22  specifically if I've seen this one.  But I'm
23  sure on the list.  I'm sure I received the
24  e-mail.
25   Q.  So Exhibit 14 is an e-mail from Hugh

Page 135

1  Shannon to a whole bunch of folks, on which
2  even more folks are copied, including you,
3  correct?
4    A.  Yes.
5    Q.  And you received this e-mail on or
6  about January 5th, 2018, in the ordinary course
7  of business, correct?
8    A.  Yes.
9    Q.  Mr. Shannon is an administrator with
10  the Cuyahoga County medical examiner's officer,
11  correct?
12   A.  Yes.
13   Q.  Directing your attention to the
14  second paragraph of Mr. Shannon's e-mail, he
15  says:  "December" -- and this is December of
16  2017, correct?
17   A.  Yes.
18   Q.  -- "ended rather quietly with a
19  number of fentanyl cases, nearly all mixed with
20  either cocaine, heroin or both.  Overall" --
21  this is now the next paragraph.
22       "Overall, 2017 ended higher than
23  2016, not surprisingly.  Cocaine was prolific.
24  Heroin began to disappear.  Even mixed with
25  fentanyl, the numbers were lower than 2016.

Page 136

1  Nonfentanyl-related heroin deaths were at
2  lowest levels in a decade."
3        Do you see that?
4    A.  Yes.
5    Q.  Is that consistent with your
6  experience and understanding?
7    A.  Yes.  And it would -- yeah.  It
8  would go with my theory that the heroin addicts
9  or the people -- the persons addicted to heroin
10  are -- there's a thing called Project DAWN
11  where they give away NARCAN on a regular basis.
12       And virtually every home that we go
13  into has NARCAN in it.  Family members carry
14  NARCAN if they have a family member that's an
15  addicted person.
16       That's what I believe is the reason
17  for this.  Why they're not -- you're not seeing
18  all these fatals go to overdoses with heroin is
19  because of that.  And when the fentanyl is
20  mixed with cocaine, they're not exactly
21  expecting that.
22   Q.  And I think you testified earlier
23  that you thought that the heroin deaths went
24  down in the last year.  This suggests that they
25  actually went down in 2017.

Page 137

1        Does that strike you as inconsistent
2  in any way or just a matter of degree?
3    MS. DEBROSSE:  Object to form.
4  You may answer, Sergeant.
5    THE WITNESS:  Excuse me?
6    MS. DEBROSSE:  You may answer.
7    THE WITNESS:  As I said, I consider
8  that the whole thing with the fentanyl and the
9  heroin was one in the same, you know, with the
10  -- when people just take strictly fentanyl -- I
11  mean they may think it's -- they may think it's
12  heroin, but it's actually fentanyl.
13   MR. ROMAN:  I'll do one more
14  document, and then we'll break for what I hope
15  is lunch.  Hope it's here.
16       Is that okay with you to do one more
17  document?
18   THE WITNESS:  That'd be great.
19   MR. ROMAN:  I can do more, if you
20  like.
21   THE WITNESS:  No.
22       (Deposition Exhibit 15 was marked
23  for identification.)
24   BY MR. ROMAN:
25   Q.  Sergeant Baeppler, I'm handing you

35 (Pages 134 - 137)

Page 138

1   what has been marked as Baeppler Exhibit 15, a
2   one-page document bearing production No. CLEVE
3   000247906.
4            Have you seen this document before?
5       A.   I don't recall it.  I'm reading it
6   now.
7            Okay.
8       Q.   Have you had an opportunity to
9   review Exhibit 15?
10      A.   Yes.
11      Q.   Have you seen this before -- this
12  document before?
13      A.   No, I have not.  Not that I recall.
14  I do not recall any of this.  I recall -- I
15  think I know what meeting they're talking
16  about, but I did not see this document.
17      Q.   Okay.  Let's go back a second.
18           This is an e-mail from M. Gordon at
19  the Cleveland Department of Public Health,
20  correct?
21      A.   Yes.
22      Q.   And it's dated March 6th of 2018,
23  correct?
24      A.   Yes.
25      Q.   Do you know who Mr. or Ms. Gordon

Page 139

1   is?
2       A.   I just know the name Merrill Gordon.
3       Q.   I --
4       A.   Yeah.  I believe they were at the
5   meeting.
6       Q.   I'm sorry.  Who's -- what was the
7   name?
8       A.   Merrill Gordon.
9       Q.   Is that a man or a woman?
10      A.   I don't recall, honestly.  I've only
11  met them one time.  And there was several --
12  there was more than this at the meeting.  There
13  was some doctors there too.
14      Q.   Do you recall that -- well, first of
15  all, this memo recaps a meeting on March 6 of
16  2018, correct?
17      A.   I don't know if the meeting was on
18  -- yes.  It would have to be on the 6th, yes.
19  Because that's what they're talking -- a recap
20  of the meeting.
21      Q.   Where was this meeting held?
22      A.   It was held at Metro Hospital.
23      Q.   And you attended this meeting?
24      A.   Yes.
25      Q.   And what was the purpose of the

Page 140

1   meeting?
2       A.   Basically to talk about the
3   detectives, you know, being able to interview
4   people that come into the emergency room.
5       Q.   Who else was there besides you?
6       A.   My commander and --
7       Q.   Who is your commander?
8       A.   Commander Gingell, Deposition Chief
9   Harry Bertel.  And I don't remember the other
10  people there.
11      Q.   Mr. or Ms. Gordon was there.
12      A.   Yes.
13      Q.   And then didn't we see Mr. Shannon
14  earlier, in an earlier document?
15           MS. DEBROSSE:  Object to form.
16           THE WITNESS:  Yeah, we did.  I don't
17  recall if he was there or not.  He was probably
18  was, but I don't specifically recall him.
19           BY MR. ROMAN:
20      Q.   Did you speak at this meeting?
21      A.   I don't think I said a word at this
22  meeting, other than my name.
23      Q.   Directing your attention to the
24  first sentence of the text, where it says:
25  "Overdoses - both death and nonfatals continue

Page 141

1   to grow at an unprecedented and unrelenting
2   rate, overwhelming all our resources."
3            Was that, in fact, the case in March
4   2018, that overdoses in Cleveland were
5   continuing to grow at an unprecedented and
6   unrelenting rate?
7       A.   Maybe by what she was looking at.
8   I'm not sure what she was basing that on -- or
9   he or she was basing that on.
10      Q.   Was that your experience in
11  Cleveland or not?
12      A.   All I knew was that there was a lot
13  of them.
14           And to go back, I don't track
15  every -- on a week-by-week or every month to
16  see, hey, are we above or below or anything
17  else like that.  Because I'm more concerned
18  with completing the cases that we have and
19  trying to track town the drug dealers.
20           So every six months I may look and
21  see what the latest trends are in terms of
22  total numbers.  But I'm more concerned with
23  specific areas and where they are occurring.
24      Q.   Well, --
25      A.   So -- so my -- you're asking me what

36 (Pages 138 - 141)

Page 142

1   her experience is, my experience is. I know
2   that you're going to point to this -- you know,
3   the numbers being down, but that's not what I
4   was looking at.
5        And the other factor, I don't know
6   if she was counting -- I'm sure that the
7   hospitals received overdoses that we don't get
8   notified of. They may have a separate number
9   that I don't know about. I don't know.
10   Q.   Well, it was your experience, wasn't
11  it, that the fatals were going down by 2017,
12  2018, wasn't it?
13   A.   My experience is that there were a
14  lot of them. I don't want to quantify -- I
15  can't quantify like that other than we were
16  still busy.
17        MR. ROMAN: Okay. Why don't we take
18  a lunch break.
19        THE WITNESS: Thank you.
20        (A short recess was taken.)
21        BY MR. ROMAN:
22   Q.   Sergeant Baeppler, this morning we
23  touched on pharmaceutical drug diversion.
24        Do you recall that?
25   A.   Yes.

Page 143

1    Q.   What are the ways in which
2   pharmaceutical drug diversion can occur?
3    A.   You know, I'm not very well versed
4   in that area. So I guess the -- it's my
5   understanding that diversion can occur a few
6   different ways. But like I said, I don't --
7   it's hard for me to get into specifics because
8   I've never done an investigation specifically
9   like that.
10   Q.   Now, you do supervise Detective
11  Prince and Patena, correct?
12   A.   I supervise them in terms of making
13  sure that they're -- show up on time and that
14  they do what they're supposed to do. And John
15  tells me Detective Prince tells me, as well as
16  Detective Patena, some of the cases that
17  they're on.
18        But especially Detective Prince
19  works hand in hands with the DEA. And so he'll
20  tell me what they have going on. But like I
21  said, I don't know exactly what his methods are
22  that he uses.
23   Q.   So you don't really direct their
24  investigations?
25   A.   I do not direct his investigations,

Page 144

1   no.
2    Q.   You said you were familiar with a
3   couple of the ways a diversion occurs.
4        What are those ways?
5    A.   Well, my understanding, if they have
6   a doctor that they believe is prescribing a lot
7   of pills, then, you know -- or -- shouldn't say
8   pills -- but prescriptions, then they will look
9   into them.
10        And a lot of times -- I mean the few
11  cases I know of him, he's had people on the
12  inside feeding him information. So maybe a
13  nurse that works in the office will say, "Hey,
14  there's something going on here," or something
15  along those lines.
16        Or a pharmaceutical company, someone
17  that -- one of the employees will say
18  something. Or the pharmacy itself will say,
19  "Hey, we have a problem with one of our
20  employees. We're not sure what's going on."
21  Something along those lines.
22        The other thing is I know for a fact
23  that he's gotten calls from pharmacists saying,
24  "Hey, we got this prescription here, and it
25  looks a little funky." And it will the go

Page 145

1   along those lines.
2    Q.   So are you aware of like doctor
3   shopping? Do you know what that is?
4    A.   I know what it is.
5    Q.   What is it?
6    A.   It's when one person will go to
7   several doctors and try and get the same
8   prescription.
9    Q.   Are you familiar with prescription
10  forgery?
11   A.   Yes.
12   Q.   That's a form of diversion as well?
13   A.   Yes. Stolen script pads are not
14  uncommon or manufactured script pads.
15   Q.   Do you consider diversion to be a
16  part of the cause of the opioid epidemic in
17  Cleveland?
18   A.   I'm not sure. Like I said, my grasp
19  of the whole diversion program is limited.
20   Q.   So you don't have a view one way or
21  the other?
22   A.   Not really.
23   Q.   When did you become aware of
24  prescription drug diversion?
25   A.   When I started in the narcotics,

37 (Pages 142 - 145)

Page 146

1   there was a detective named Greg Whitney.  I
2   know he was in the diversion program.
3         Once again, I'm more concerned with
4   gang investigations and gang members than I am
5   with prescription drugs or even, realistically,
6   drugs in general.
7         I'm concerned with the weapons that
8   the gang members are carrying, the violence
9   that they are inflicting on the neighborhoods.
10  So that's my whole thinking for years,
11  especially when I was in the narcotics unit
12  assigned to the gang unit, is that how can we
13  decrease the violence in neighborhoods.  And if
14  it happened to be through narcotics, then it
15  worked.
16        (Deposition Exhibit 16 was marked
17  for identification.)
18        BY MR. ROMAN:
19     Q.   Sergeant Baeppler, I'm handing you
20  what has been marked as Baeppler Exhibit 16.
21  It's a multi-page document bearing production
22  Nos. CLEVE 002366453 through 61.
23        Have you ever seen this document
24  before?
25     A.   Yes.

Page 147

1      Q.   What is Exhibit 16?
2      A.   It is a request to go to a seminar,
3   looks likes, to the -- for a drug conference
4   and seminar issued by the National Association
5   of Drug Diversion Investigators, Norfolk,
6   Virginia.
7      Q.   So this is a request dated -- or
8   some time in August 2018 by Detective Patena to
9   you to attend a conference, correct?
10     A.   Yes.
11     Q.   And you -- that's your signature
12  approving it on Page 2?
13     A.   I didn't necessarily approve the
14  traveling thing.  All I did is sign it.
15  Because my signature is required for it to go
16  to the commander.  So I signed it, and I
17  forward it to the commander without making a
18  recommendation either way.
19     Q.   But that is your signature?
20     A.   Yes.
21     Q.   To be clear, your signature is on
22  the bottom of the second page on the lower
23  right-hand corner?
24     A.   Whose?  You're asking if it's mine?
25     Q.   Yes.

Page 148

1      A.   That's not mine.
2      Q.   Where is your signature?
3      A.   At the top, "Examined by."
4      Q.   Ah, sorry.  Thank you.
5         And that's on Page 2, correct?
6      A.   Yes.
7      Q.   Do you know who approved it?
8      A.   Commander Gingell and another deputy
9   chief, but I can't read his signature.
10     Q.   Now, directing your attention to the
11  circled sentence on Page 2 or Page -- Page 454
12  of the Bates number, it says, in the lower
13  left-hand corner:  "NADDI grant money is
14  available to pay for the training."
15        Do you see that?
16     A.   Uh-huh.
17     Q.   And then below that in handwriting
18  it says:  "NADDI will pay for all cost.  No
19  cost to city.  Recommend approval."
20        Do you see that?
21     A.   Yes, I do.
22     Q.   And do you see whose signature that
23  is below that?
24     A.   The initials of Commander Gingell.
25     Q.   Okay.  Now, I think we had a brief

Page 149

1   discussion earlier about grants made for
2   training for Cleveland Police Department
3   detectives.
4         Do you recall that?
5      A.   Yes.
6      Q.   This is an instance, is it not,
7   where a Cleveland Police Department detective
8   was able to get trained in drug policing
9   without cost to the city, correct?
10     A.   That's what it would appear to be,
11  yes.
12     Q.   Do you know what -- for what other
13  police department activities the department has
14  received grant money?
15        MS. DEBROSSE:  Object to form.
16        THE WITNESS:  Not offhand.  I'm sure
17  that they've received plenty.  I know that I've
18  received training for gang stuff through other
19  grants.
20        BY MR. ROMAN:
21     Q.   And how about specifically with
22  respect to drug programs; do you know how much?
23     A.   I don't know how much money the
24  city's received from grants.
25        MR. ROMAN:  Okay.

38 (Pages 146 - 149)

Page 150

1    (Deposition Exhibit 17 was marked
2  for identification.)
3    BY MR. ROMAN:
4    Q.  Sergeant Baeppler, I've handed you
5  what has been marked as Exhibit 17, which is a
6  two-page document to which is attached a much
7  longer document.  The two-page document bears
8  production No. CLEVE 000266813 and 814.  And
9  the attachment is CLEVE 000266815 through 875.
10    Have you seen this document
11  before -- these documents before?
12    A.  No.  I may have received an e-mail,
13  but I certainly didn't read all that.  I don't
14  deal with grants.  I never had.  And there
15  would be no reason for me to start, especially
16  with something as lengthy as this.
17    Q.  I don't blame you.
18    So let's start with the cover
19  e-mail.  That's an e-mail dated May 10, 2018,
20  from Mr. Perhacs of the Ohio High Intensity
21  Drug Trafficking Area to you, correct?
22    A.  Yes.
23    Q.  You received that e-mail on or about
24  that date in the ordinary course of business?
25    A.  Yes.

Page 151

1    Q.  And I'll represent to you that, if
2  you click the link at the bottom of the bottom
3  e-mail on that page, what you get is the
4  attachment.
5    Do you understand that?
6    A.  Yes.
7    Q.  Do you know whether the police
8  department's ever applied for a Bureau of
9  Justice assistance grant?
10    A.  No, I don't know.
11    Q.  Different subject.
12    Are you familiar with the Ohio
13  Automated Rx Reporting System, OARRS?
14    A.  I know what it is.  I've never used
15  it.
16    Q.  What is it?
17    A.  I'm not certain, but what I believe
18  it to be is it's a log of people getting
19  controlled substances that -- you know, that --
20  it's a way to track to make sure that people
21  are not abusing or doctor shopping or something
22  along those lines.
23    That may be wrong, but that's my
24  perception of it.
25    Q.  Do you know if Detectives Prince and

Page 152

1  Patena use OARRS?
2    A.  I believe they do
3    Q.  So you view it as something that
4  could be used to detect diversion, but you're
5  not involved in diversion, correct?
6    A.  No  I mean my primary
7  responsibility is HIDI  I take care of
8  day-to-day overdoses, fatal, nonfatal and
9  investigations going with that  And that's
10  very -- it consumes most of my time, almost all
11  my time
12    MR ROMAN: Thank you,
13  Sergeant Baeppler
14    With respect to McKesson, Aseem here
15  is going to continue the examination
16    THE WITNESS:  Okay
17    (Discussion held off the record )
18  FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT
19    McKESSON CORPORATION
20    BY MR PADUKONE:
21    Q   Sergeant, have you ever had any
22  discussions with city officials about the
23  opioid problem in Cleveland?
24    A  I think we have gone over I've been
25  at some meetings

Page 153

1    Q.  So I recall we discussed a meeting
2  with Merrill Gordon.
3    Are there any other meetings you can
4  recall that you've been in with city officials?
5    A.  Yeah.  There's the other meeting
6  that we also discussed with the EMS people.
7    Q.  So other than those two meetings
8  that we've already discussed, have there been
9  any other meetings where you discussed the
10  opioid issue with --
11    A.  There may have been, but not that I
12  can recall.  You may not get this, but I don't
13  like meetings.  I don't like being here.  I
14  like being on the road.  I like doing what I'm
15  supposed to be doing.  And so meetings aren't
16  my thing, and I frankly avoid them.
17    Q.  Is there anyone else within the
18  Cleveland Police Department who has
19  responsibilities for these types of meetings?
20    MS. DEBROSSE:  Object to form.
21    THE WITNESS:  I'm sure there is.  My
22  commander would handle most of those.
23    BY MR. PADUKONE:
24    Q.  And that's Commander Gingell?
25    A.  Yes.

39 (Pages 150 - 153)

1    Q.   Have you ever requested additional
2  resources or equipment for the narcotics unit?
3    A.   I may have.  I ask for a lot of
4  things.
5    Q.   Do you recall the first time that
6  you made a request?
7    A.   No.
8    Q.   Do you recall the last time you made
9  a request?
10    A.   No.
11    Q.   Do you recall the types of requests
12  that you've made?
13    A.   No.  If you can give me something to
14  refresh my memory, that would be great.  But I
15  can't -- those are kind of mundane things to
16  me, and I don't keep track of them.
17    Q.   Have you ever, for example,
18  requested NARCAN?
19    A.   Yes.
20    Q.   When did you make that request?
21    A.   I don't recall.  I ended up getting
22  it on my own.
23    Q.   Who did you make that request to?
24    A.   I don't recall.
25    Q.   Are there any other resource you've

1  requested?
2    A.   I'm sure I have.  I don't recall
3  every time I've made a request for anything.  I
4  mean there's -- like I said, you're going to
5  have to be -- you're going to have to refresh
6  my memory or something here.
7    Q.   So you mentioned that you had to get
8  the NARCAN on your own.
9    A.   I did.  I'm kind of resourceful that
10  way.
11    Q.   Was it because, when you put in the
12  request, you didn't get NARCAN from the city?
13    A.   I did get it -- I mean I got it from
14  EMS.  I went to them.  I explained the -- it
15  was when I first got here.  I go, "Hey, I need
16  some," explained why I needed it.  They
17  understood, and I got it.
18    Q.   So when you say you got it on your
19  own, you got it from EMS?
20    A.   Yeah.  I directly went to them and
21  said, "I'd like to have it," you know, and that
22  was it.  It wasn't some huge impediment like
23  that.  But, you know, I'm not -- it's not
24  something that you want to wait around for.  If
25  I'm dealing with fentanyl, I don't want to have

1  an overdose.  I don't want anyone around me,
2  you know, to accidentally overdose and me to be
3  powerless about it.
4        So no, I'm not going to wait for
5  anything, for that matter.  I'm going to get it
6  as soon as I can, actually by any means
7  necessary, short of stealing.
8    Q.   So when you said you got the NARCAN
9  on your own, was it just for yourself, your
10  personal use as an officer, or for --
11    A.   It was for me to carry.
12        MS. DEBROSSE:  Object to form.
13        Go ahead.
14        BY MR. PADUKONE:
15    Q.   For you to carry?
16    A.   It was for me to carry and to have
17  with me on my person wherever I went.
18    Q.   Did you also get it for your
19  narcotics unit colleagues?
20    A.   Most of them already had it.
21    Q.   And do you know where they got it
22  from?
23    A.   No.
24    Q.   I have a few more questions about
25  NARCAN.

1        Did you receive any training to
2  administer NARCAN?
3    A.   I believe I got it on-line.
4    Q.   Was this training sponsored by the
5  Cleveland Police Department?
6    A.   I'm not sure who it was sponsored
7  by.  I think it might have been sponsored by
8  the state.  I could be wrong.
9    Q.   Are you aware of what costs were
10  associated with that treating program?
11    A.   I'm not.
12    Q.   Was this a training that was
13  required for all officers?
14    A.   I think it was, but I'm not
15  positive.
16    Q.   Do you know how the police
17  department obtained NARCAN for its officers?
18    A.   No.
19        MS. DEBROSSE:  Object to form.
20        BY MR. PADUKONE:
21    Q.   Do you know whether they purchased
22  it?
23    A.   I don't know.
24    Q.   Previously we had looked at NARCAN
25  use numbers.

40 (Pages 154 - 157)

Page 158

1     Do you recall looking at that
2  exhibit?
3     You get weekly updates from EMS
4  about NARCAN usage; is that right?
5     A.   Yes.
6     Q.   Is that a method by which the city
7  would track NARCAN usage?
8     A.   I don't know --
9     MS. DEBROSSE:  Object to form.
10    THE WITNESS:  I don't know how they
11  -- other people do their tracking unless I'm --
12  yeah.  I don't know -- I can't tell -- I can't
13  tell how anyone else tracks or other
14  departments.  I don't know what their info is.
15    BY MR. PADUKONE:
16    Q.   Does the Cleveland Police Department
17  track its NARCAN usage?
18    A.   I'm not sure who tracks it.  I'm not
19  -- I'm not privy to that info.  They may; they
20  may not.  I don't know.
21    Q.   Do you track your NARCAN usage?
22    A.   We've never -- we haven't used it.
23  No one in my unit since I've been here has used
24  it.
25    Q.   And that's been how long now?

Page 159

1     I know we've been through this
2  before, but...
3     A.   A year and a few months.
4     Q.   Are you aware that Cleveland was
5  slower than other police departments in having
6  its officers carry NARCAN?
7     MS. DEBROSSE:  Object to form.
8     THE WITNESS:  I don't know what -- I
9  don't know what other police departments are
10  doing.  Once again, you know, I know that
11  you're going on some off these things.
12    I was in the gang unit.  I -- and if
13  you're aware, Cleveland has a real gang
14  problem.  And there's over 130 homicides every
15  year for the last three or four years.  It's
16  very violent.  That's what I'm concerned with.
17  That's what I've been concerned with until I
18  came there.
19    So in terms of slower departments or
20  anything else, I couldn't tell you what other
21  departments are doing drug-wise really either
22  for the most part.
23    Q.   Because you're focused on --
24    A.   Before I was -- yes.
25    Q.   I'm sorry.  Go ahead.

Page 160

1     A.   I was focused on gang stuff.
2     Q.   But you agree that, with NARCAN,
3  fewer people overdose?
4     A.   I still think they overdose.  I
5  think the NARCAN -- I think the -- well, for
6  sure the NARCAN saves people from overdosing.
7  But if they don't overdose, it doesn't do
8  anything to you.  I mean if you take a NARCAN,
9  it doesn't -- I mean it's not going to do
10  anything unless you're actually overdosing.
11    Follow?
12    (Deposition Exhibit 18 was marked
13  for identification.)
14    BY MR. PADUKONE:
15    Q.   I'm handing you a document marked
16  Exhibit 18.  And it is a document Bates
17  numbered CLEVE 000267663.  And it's an e-mail
18  dated April 19th, 2018 sent from you to James
19  Sekerak.
20    Do you recall sending this e-mail?
21    A.   I don't recall the exact time.  But
22  yes, I'm sure I sent it.  That's me.  That's
23  how we talk or write.
24    Q.   So this is an e-mail you would have
25  sent in the ordinary course of your business on

Page 161

1  April 19th?
2     A.   Yeah.  And I think I did figure out
3  what caused the sharp decrease.
4     Q.   And what is that?
5     A.   Project DAWN.
6     Q.   And you touched on this earlier, but
7  can you explain what Project DAWN is?
8     A.   Project DAWN is -- they give out
9  NARCAN in little blue packets.  And they give
10  -- and they also tell detail on how to get
11  treatment and so forth.
12    But it's -- they give away NARCAN
13  for free.  And you give it to family members.
14  Anyone who asks for it pretty much gets it.
15    And I -- it's my experience that --
16  and from what I've been told through people
17  that are addicted, is that -- let's say the
18  three of us are heroin addicts.  What will
19  happen is you two will do heroin.  You'll shoot
20  up or snort it, however.  I'll sit back and
21  watch you guys.  If neither one of you fall out
22  or start foaming at the mouth, then I know it's
23  okay.  Then -- but I'm waiting with the NARCAN
24  in case it does happen.  And then I'll inject
25  myself because I'm under the impression that

41 (Pages 158 - 161)

Page 162

1  I'll be okay.
2         And so that would be a -- considered
3  a NARCAN party, which has been -- you know,
4  that's how it was explained to me.
5         And so I think -- and so instead of
6  calling -- and so let's just say that one of
7  you did overdose.  I can be right there with
8  the NARCAN, and I can save you.
9         In the meantime, EMS is not called
10  for that.  So there's no way that we can track
11  that.  That's my opinion.
12     Q.   So what is it that you meant when
13  you wrote that you were trying to figure out
14  what caused a sharp decrease -- and you just
15  explained what you think was the reason -- but
16  what did you money by "sharp decrease"?
17         MS. DEBROSSE:  Object to form.
18         THE WITNESS:  Exactly what that is,
19  a sharp decrease in the amount of NARCAN
20  administered.
21         BY MR. PADUKONE:
22     Q.   So, Sergeant, you've been in the
23  police department for over 20 years now, almost
24  25 years.  And you've testified earlier that
25  drug abuse has been a problem in Cleveland for

Page 163

1  quite a while and that the opioid epidemic may
2  have started around 2008 or 2009.
3         That's when you saw an increase; is
4  that right?
5         MS. DEBROSSE:  Object to form.
6         THE WITNESS:  That would be when I
7  noticed that something was going on.  Just like
8  I would notice that one gang starts showing up
9  in a different area.  It's a point of interest.
10  It's a note.  Okay?
11         That's not where I'm liable to say,
12  "Oh, my gosh.  There's a huge problem here."
13  That's when I noticed there's a shift.  That's
14  what I meant by that.
15         BY MR. PADUKONE:
16     Q.   So given that you noticed a shift
17  around that time, are there things that you
18  know now that you wish you had known ten years
19  ago, around the time that you discovered the
20  shift, that would have helped you address that
21  problem?
22     A.   Yeah.  Aside from like knowing the
23  winning lottery numbers, yeah, there have been
24  a few things that I would like -- I mean I
25  don't know what I could have done, you know,

Page 164

1  obviously.  What I think, I think the problem
2  was already started before.
3         Once again, I'm going to go back to
4  what started this.  Okay?  What I believe
5  started it, at least.  With the pills.  You
6  hook someone on an opioid.  Now they're hooked
7  on it, and now they're going to try and do
8  whatever they can to continue that.  So it's
9  just more of a continuation.
10     Q.   How do you explain the instances
11  where an overdose victim is buying cocaine but
12  it's been laced with fentanyl?
13         Because those people were not
14  looking to buy an opioid; isn't that right?
15         MS. DEBROSSE:  Object to form.
16         THE WITNESS:  What is your question?
17         BY MR. PADUKONE:
18     Q.   So you've testified many times today
19  that your belief is that there's a link between
20  prescription pills, which lead to people
21  becoming addicted to those pills --
22     A.   Uh-huh.
23     Q.   -- and then eventually they turn
24  towards heroin.
25     A.   Uh-huh.

Page 165

1     Q.   But there are some cases where
2  people who overdose are purchasing cocaine, and
3  that cocaine has been laced with the fentanyl,
4  correct?
5     A.   Yes.
6     Q.   So are those people who have
7  previously been addicted to prescription
8  opioids?
9         MS. DEBROSSE:  Object to form.
10         THE WITNESS:  They could have been.
11  But I mean that's not -- of course it's
12  possible.  But I'm not saying that.  I'm not
13  saying that they all have done that.
14         What I'm saying there is someone
15  went to buy cocaine, and there's fentanyl mixed
16  in it.  That's all I'm saying.
17         BY MR. PADUKONE:
18     Q.   But in those cases, you can't
19  necessarily draw a link between prior
20  prescription opioid use --
21     A.   I cannot.
22     Q.   What exactly does the Cleveland
23  Police Department do when its officials become
24  aware that diversion is occurring?
25         MS. DEBROSSE:  Object to form.

42 (Pages 162 - 165)

Page 166

1        BY MR. PADUKONE:
2    Q.   What are the steps you officers --
3  your officers take when they learn of potential
4  diversion?
5        MS. DEBROSSE:  Object to form.
6        THE WITNESS:  Diversion for what?
7        BY MR. PADUKONE:
8    Q.   Diversion of prescription opioids.
9        MS. DEBROSSE:  Same objection.
10        THE WITNESS:  I'm not following your
11  question.
12        You're asking me what the steps are
13  that Detective Prince would take for a
14  diversion program?
15        BY MR. PADUKONE:
16    Q.   If you're aware, yes.
17    A.   I'm not even going to go in there.
18  Because I'm not sure exactly what steps he
19  takes.
20        (Deposition Exhibit 19 was marked
21  for identification.)
22        BY MR. PADUKONE:
23    Q.   So I handed you a document that is
24  Bates labeled CLEVE 002371733.  And it's titled
25  -- it's dated December 1st, 2013.  And it's

Page 167

1  titled "Police Division Bureau of Special
2  Services District Support Monthly Statistics,
3  Fifth District Vice Unit."  And it's for the
4  month of November 2013.
5        Do you recognize this document?
6    A.   No.  I've never seen it before.
7    Q.   Do you recognize this type of
8  document?
9    A.   No.  I've never -- don't recall ever
10  filling one out like this either before.
11    Q.   So you've never seen this type of
12  vice report before?
13        MS. DEBROSSE:  Object to form.
14        THE WITNESS:  I've never been in the
15  vice unit, any vice unit.
16        BY MR. PADUKONE:
17    Q.   So I have a question about what
18  appears on this document under "Narcotics
19  Seized."
20        Do you see that about halfway down
21  the page in the middle?
22    A.   Yes.
23    Q.   So there's a listing for
24  prescription drugs.  And it says that there are
25  a 1,006 prescription drug pills that were

Page 168

1  seized that month and 1,059 that were seized
2  for the entire year to date.
3        Do you see that?
4    A.   Yes.
5    Q.   Is that uncommon to see such --
6  strike that.
7        This number seems to suggest that
8  there were 1,006 pills seized in November
9  versus just about 50 pills seized before then;
10  is that right?
11        MS. DEBROSSE:  Object to form.
12        THE WITNESS:  That's what it looks
13  like.
14        BY MR. PADUKONE:
15    Q.   Do you have any understanding of how
16  that could happen?
17    A.   I was never in the fifth district
18  vice unit.  I can't begin to tell you what was
19  going on in November of 2013 of that year.  So
20  no.  I mean I can't tell you -- I have no idea.
21  I wish I could answer it, but I'm kind of -- I
22  can't help you there.
23    Q.   Do you have any estimate on the
24  number of prescription drugs that the Cleveland
25  Police Department seizes per month on average?

Page 169

1    A.   No.
2    Q.   Do you recall any year where the
3  number of prescription drugs seized increased
4  or decreased?
5        MS. DEBROSSE:  Object to form.
6        THE WITNESS:  I'm sure that -- of
7  course they're going to increase or decrease by
8  month and by year.  But I don't know whether --
9  like I said, I'm sure I've seen documents.  I
10  can't recall any.
11        Like this is -- I can't help you on
12  this.  Like I said, I don't have an answer to
13  that.  I don't recollect and I can't recall any
14  specific month they went up or went down, for
15  that matter.
16        BY MR. PADUKONE:
17    Q.   Is there anyone in particular we
18  should speak with to learn about that?
19    A.   Probably the vice units that keep
20  these kind of statistics.  I don't -- like I
21  said, I've never seen this form before.
22    Q.   Do you know who would be in charge
23  of these vice units?
24        MS. DEBROSSE:  Object to form.
25        THE WITNESS:  Each district has its

43 (Pages 166 - 169)

1 own vice unit. And whoever the sergeant or
2 lieutenant is in charge of it.
3     BY MR. PADUKONE:
4     Q. Do you know whether Detective Prince
5 would know about trends in prescription drug
6 seizures in Cleveland?
7     A. I don't know what he knows.
8     Q. Have you ever heard of the ARCOS
9 database?
10     A. No.
11     Q. Do you know whether anyone at the
12 Cleveland Police Department has used ARCOS to
13 learn what drugs are being sold in Cleveland?
14     MS. DEBROSSE: Object to form.
15     THE WITNESS: I don't know -- I
16 don't even know whether -- what the database
17 is. I don't know who uses it. I don't know
18 what the ARCOS database does.
19     BY MR. PADUKONE:
20     Q. Are you familiar with suspicious
21 order reports?
22     A. Yeah. We touched on that earlier.
23 I do have a slight understanding of what
24 suspicious OARRS reports are.
25     Q. Suspicious order reports, not OARRS.

1     A. Oh, order?
2     Q. Yeah?
3     A. No. I don't know what those are.
4     Q. And I'm guessing, since you don't
5 know what they are, you're not aware of any
6 Cleveland Police Department employee or
7 Cleveland official ever contacting the DEA or
8 distributor to gain access to these types of
9 reports?
10     A. Maybe they did, but I'm not aware of
11 them.
12     Q. Have you had any interactions with
13 the Board of Pharmacy?
14     A. Very limited. I like see -- I've
15 seen them in the office -- in our old office
16 before, but I haven't seen them in the new
17 office.
18     I mean I -- when you say the Board
19 of Pharmacy, I think I know like some
20 detectives, especially former detectives, go
21 work for them when they -- when they leave the
22 city.
23     But once again, I haven't seen them
24 in a couple of years.
25     Q. When was the first time you

1 communicated with the Board of Pharmacy or
2 someone from the Board of Pharmacy?
3     A. Well, if they did work for the Board
4 of Pharmacy, which I thought they did, years
5 ago. When I first went to the narcotics unit.
6     Q. And around what year was that?
7     A. 2005 or so.
8     Q. And what was the extent of your
9 communication with this individual who worked
10 at the Board of Pharmacy?
11     A. Not a whole lot. I was doing gang
12 stuff. I was doing gang stuff. They do
13 pharmaceutical stuff. Those are two different
14 worlds right there. So my interaction was very
15 limited. Maybe, "Hi. How you doing?" Stuff
16 like that.
17     Q. So nothing substantive that you can
18 recall?
19     A. Not that I can recall of anything of
20 any substance.
21     Q. Have you ever received information
22 from the DEA to assist with an investigation?
23     A. Yes.
24     Q. In what type of case have you
25 received information?

1     A. All kinds. You name it. All kinds.
2 But I've worked with the DEA for years, off and
3 on, depending on who's there and so forth.
4     Q. So does this include cases that
5 involve prescription opioids?
6     A. I don't recall a case with
7 prescription opioids.
8     Q. Heroin?
9     A. Yes.
10     Q. Cocaine?
11     A. Yes.
12     Q. Meth?
13     A. Maybe a couple large-scale ones, but
14 nothing -- like no -- no meth labs.
15     Q. Marijuana?
16     A. Yes.
17     Q. Any other drugs that jump out at you
18 that I haven't mentioned already?
19     A. Not that I recall. You hit all the
20 main ones.
21     Q. Have you ever asked the DEA for
22 information about doctors that prescribe a high
23 amount of opioid prescriptions?
24     A. No.
25     Q. Have you ever asked the DEA about

44 (Pages 170 - 173)

1  pill mills?
2    A.  No.
3    Q.  Have you ever asked the DEA about
4  suspicious orders of prescriptions?
5    A.  No.
6    Q.  Is there a reason why you haven't
7  asked?
8      MS. DEBROSSE:  Object to form.
9      THE WITNESS:  Yes.  Because before
10  that I was in the gang unit.  And since I've
11  been there, I have Detective Prince who handles
12  all relations with the DEA along those lines.
13      BY MR. PADUKONE:
14    Q.  So that would have been Detective
15  Prince's responsibility, if -- if at all?
16    A.  If -- if Detective --
17      MS. DEBROSSE:  Object to form.
18      THE WITNESS:  Detective Prince has
19  been doing prescriptions for years, if I'm --
20  once again, prescription drugs are much
21  different than the street drugs that we deal
22  with.  It's a niche.  It's a specialized thing.
23      And if you're specializing, it's
24  very hard, especially to -- to figure out all
25  the nuances with the pharmaceuticals.

1      BY MR. PADUKONE:
2    Q.  Would you agree that the DEA would
3  have a more complete picture of the number of
4  opioids that have been shipped and delivered
5  into Cleveland than the Cleveland Police
6  Department would have?
7      MS. DEBROSSE:  Object to form.
8      THE WITNESS:  Can you repeat that
9  again.
10      BY MR. PADUKONE:
11    Q.  Would you agree that the DEA would
12  have a more complete picture of the number of
13  opioids shipped and delivered into Cleveland
14  than the Cleveland Police Department would
15  have?
16    A.  I would not agree with that.
17    Q.  Why is that?
18    A.  Because I don't know what they know.
19    Q.  So you're not sure whether the DEA
20  has a more complete picture?
21      MS. DEBROSSE:  Object to form.
22      THE WITNESS:  I don't know what they
23  know.  I know what I know.  And so you're
24  asking me to compare an unknown.
25      BY MR. PADUKONE:

1    Q.  So do you think the Cleveland Police
2  Department does a good job of tracking the
3  number of opioids that are shipped and
4  delivered in Cleveland?
5    A.  So you're asking me if the DEA knows
6  how many drugs are shipped and delivered in
7  Cleveland, like from one Cleveland location to
8  another Cleveland location, or from outside of
9  Cleveland into Cleveland?
10    Q.  Outside of Cleveland into Cleveland.
11    A.  They may have some estimates.  I
12  don't know what their estimates are.  I mean --
13  and I can't tell you if they're better than my
14  estimates.  Because they don't know what my
15  estimates are either.
16    Q.  And do you have estimates?
17    A.  In terms of like how much heroin is
18  being shipped in?
19    Q.  Yes.  Let's start with heroin.
20      Do you have estimates of how much is
21  being shipped to Cleveland?
22    A.  By weight?
23    Q.  Sure.
24    A.  I'm sure that there's several kilos
25  being shipped in every month, every week, of

1  heroin by various means.
2    Q.  And what is your basis for that
3  estimates?
4    A.  The amount of heroin that's used
5  every day has got to be a substantial amount of
6  heroin, and fentanyl for that matter.  And --
7  and heroin shipments that we've intercepted.
8  I'm sure that it comes in by ounces, and it's
9  come in by several kilos at a time.
10    Q.  What about prescription opioids that
11  are shipped and distributed within Cleveland;
12  do you know whether the DEA tracks that?
13    A.  Real or counterfeit?
14    Q.  Real.
15    A.  I don't know.
16    Q.  And is that something your
17  department tracks?
18    A.  We don't know how many pills are
19  sent to the City of Cleveland.  I don't know
20  that.  I don't know if anyone knows that.
21  Would be curious to know that, but I don't
22  know.
23    Q.  Is that a piece of information that
24  you think would be useful for the compliance unit?
25    A.  It could be; it may not be.  I don't

45 (Pages 174 - 177)

Page 178

1  know.  It all depends if it's being abused, I
2  guess.
3       You have to have a baseline
4  somewhere.  I don't even know what the baseline
5  would be.
6     Q.   So do you agree that it's important
7  to have accurate information about the problem
8  that you're addressing, so in this case,
9  accurate statistics about opioid abuse?
10       MS. DEBROSSE:  Object to form.
11       THE WITNESS:  Repeat your question
12  for me.
13       BY MR. PADUKONE:
14     Q.   Do you think it's important to have
15  accurate information about the opioid abuse
16  problem in Cleveland?
17     A.   It's good to have as accurate
18  information as you can.  Sometimes you can't
19  always get info you want.  Sometimes you're not
20  given all the info.  You just do the best you
21  can.  That's what we do in Cleveland.  Because
22  we don't always have what we need to make the
23  best of it.
24     Q.   And that includes tracking
25  statistics?

Page 179

1     A.   Everything.
2       MR. PADUKONE:  I'm going to hand you
3  a document that I am marking as Exhibit 20.
4  And it's Bates labeled 000267609.
5       (Deposition Exhibit 20 was marked
6  for identification.)
7       BY MR. PADUKONE:
8     Q.   I'll give you a second to look at
9  this e-mail.
10       But for the record, it's an e-mail
11  from Gary Gingell to Matthew Baeppler and Mike
12  Connelly dated February 7th, 2018.
13     A.   Okay.  Go ahead.
14     Q.   Do you recall receiving this e-mail
15  during the ordinary course of business on
16  February 7th, 2018?
17     A.   I sent it.
18     Q.   So you sent the e-mail on February
19  6th --
20     A.   Yes.
21     Q.   -- 2018.
22       And then Commander Gingell responded
23  on February 7th; is that right?
24     A.   Yes.
25     Q.   And both of those were sent and

Page 180

1  received in the ordinary course of business on
2  those days?
3     A.   That's correct.
4     Q.   So I want to direct your attention
5  to the last sentence of your e-mail on February
6  6th.  And you wrote:  "The second district is
7  ground zero when it comes to fatal and nonfatal
8  overdoses.  If we are to accurately document,
9  track and investigate these ODs, we need the
10  second district personnel on the same page."
11       Do you see that?
12     A.   Uh-huh.
13     Q.   What is the second district?
14     A.   It's one of five districts in the
15  City of Cleveland where the -- every -- so the
16  city's broken up into districts -- in police
17  districts.  It's not the same thing as like the
18  wards.  And so every district is basically like
19  its own little police force.
20     Q.   And what geographic does the second
21  district cover?
22     A.   The near west side.
23     Q.   And so in this e-mail, are you
24  expressing concern that the second district
25  didn't report a fatal overdose?

Page 181

1     A.   Yeah.  There was an issue.  I'm not
2  sure happened.  I mean but yeah, they did not
3  notify us.  And that happens.  Sometimes
4  they're busy or what have you.  But yeah, they
5  didn't notify us when they probably should
6  have.
7     Q.   Why is reporting this information
8  important to the Cleveland Police Department?
9       MS. DEBROSSE:  Object to form.
10       THE WITNESS:  Because I want to find
11  out who killed this person.  I want to find out
12  the dealer that sold this addicted person a
13  fatal dose of heroin or whatever it was.
14  That's what I -- I don't want another person to
15  die, is my main goal, is to prevent someone
16  else from getting killed or injured.
17       So yeah.  You can see why -- you can
18  tell from this e-mail I'm not terribly happy.
19       BY MR. PADUKONE:
20     Q.   And was this an isolated incident,
21  or was this --
22     A.   It actually was more of an isolated
23  incident.  They have a lot of overdoses in the
24  second district.
25       I don't recall exactly what the

46 (Pages 178 - 181)

Page 182

1  issue was.  But, you know, I was just making --
2  you know, I was hoping to rectify the situation
3  so it didn't happen again.
4      Q.   So it wasn't a general problem that
5  the second district had in terms of reporting
6  these incidents?
7          MS. DEBROSSE:  Object to form.
8          THE WITNESS:  I think this was the
9  exception.
10         BY MR. PADUKONE:
11     Q.   But it's fair to say that the
12  Cleveland police department's tracking of
13  opioid overdoses may be incomplete because of
14  situations like this where it doesn't get
15  reported?
16         MS. DEBROSSE:  Object to form.
17         THE WITNESS:  I would say that this
18  is the exception to the rule.  I mean like with
19  anything.  With anything -- you're dealing with
20  large numbers of anything, not -- nothing's
21  going to be a hundred percent accurate.
22         Even -- like I said, with anything
23  you do -- could be a baseball game.  You may
24  have a stat that may be off.  That just
25  happens.  And especially in the second district

Page 183

1  when they deal with a lot of them.  That's all.
2          BY MR. PADUKONE:
3      Q.   And have any other districts had
4  this problem that you're aware of?
5      A.   I'm sure that it happens sometimes.
6  I mean like I said, it's more the exception.
7  It's an ongoing thing.  I prefer to have as
8  much info as I can.  I don't like missing out
9  on an opportunity to catch someone that's
10  guilty of manslaughter or someone that I
11  believe killed someone.
12         So I mean it's life and death.  So
13  yeah, I would get a little upset about it.  But
14  I mean it happens.  But this is a large
15  aberration.  Nothing is perfect.  I get that.
16         MR. PADUKONE:  I'm going to hand you
17  a document that is being marked as Exhibit 21.
18  And the Bates number is CLEVE 000267423.
19         (Deposition Exhibit 21 was marked
20  for identification.)
21         BY MR. PADUKONE:
22     Q.   And this is an e-mail.  The top
23  e-mail is from Gary Gingell to Matthew
24  Baeppler, dated March 8, 2018.  And the subject
25  line is: "Update CCMEO Opioid Scene Alert."

Page 184

1      And let me know when you've had a
2  chance to review it.
3      A.   Okay.
4      Q.   Do you remember receiving this
5  e-mail on March 8, 2018, in the ordinary course
6  of your business?
7      A.   I can vaguely remember this, but
8  yeah.
9      Q.   And these opioid scene alerts, were
10  these e-mails that you would regularly receive?
11     A.   Yes.  However, with this, this is
12  one of those odd screens where the body was
13  decomposed.  Quite frankly, they really don't
14  know what the cause of death was on scene for
15  what ever reason.
16         And if the supervisor -- that's who
17  makes the call on scene -- and doesn't believe
18  that it's an overdose, then we don't get a
19  call.  And for whatever reason, the supervisor
20  didn't think it was an overdose.  He or she may
21  have their reasons.
22     Q.   So that leads to my next question:
23  What qualifies a scene as a suspected overdose
24  scene?
25         Is there any standard that the

Page 185

1  police department has for someone -- for a
2  supervisor --
3      A.   A standard?  A standard is if
4  there's evidence of drug use on scene.  And so
5  that is what they go by.
6          Now, when the medical examiner gets
7  there, and they talk to the police officer on
8  the phone -- because that's what happens.  The
9  police officers get there.  They'll call the
10  ME, and they'll talk to the ME.  And the ME
11  will ask a series of questions.
12         And one of them -- a couple of those
13  questions deal with the person's history of
14  drug abuse.  If the person has a history of
15  drug abuse, then the medical examiner should
16  call us.  They usually do call us.
17         Unless there's also like a history
18  of, you know, heart failure or something like
19  that; and the guy is 89 years old; and the drug
20  history goes way beyond that.  Then we probably
21  wouldn't get a call from them.
22         But that -- so there are stopgaps in
23  place to catch in case the supervisor does miss
24  it.  And that does happen.  And then we'll get
25  a call from the ME, and we'll go out there.

47 (Pages 182 - 185)

Page 186

1    It's the best we couldn't do.
2          So we -- there are systems in place
3    to catch things if they fall through a crack.
4       Q.   So I see in this alert there's a
5    description at the bottom that says:  "No
6    illegal drugs or alcohol."
7          Do you see that?
8       A.   Uh-huh.
9       Q.   And I've seen other documents in the
10   City of Cleveland's production, these scene
11   alerts, that also include that description that
12   there was no illegal drugs or alcohol.
13         So you got into this a little bit
14   just now, but can you explain what it is that
15   would make that scene a suspected overdose
16   scene, given that there was no illegal drugs or
17   alcohol found at the scene?
18         MS. DEBROSSE:  Object to form.
19         THE WITNESS:  I don't know why they
20   made this an alert.  It doesn't really tell me
21   a whole lot there, other than the person was
22   unfortunately decomposed.  Like I said, I don't
23   have an answer for that.
24         What I would need is obviously if
25   there was a syringe or if there's some kind of

Page 187

1    other evidence of drug use.  Syringe would be
2    the big one.  Maybe a straw with a white power
3    next to them or whatever powder next to them.
4    Doesn't necessarily have to be white.
5          Like I said, I wasn't there.  I
6    don't know what was there.
7          BY MR. PADUKONE:
8       Q.   Have you ever been the officer
9    responding to one of these overdose scenes as
10   the first officer on scene?
11      A.   No.
12      Q.   Whose responsibility is that?
13      A.   Is what?
14      Q.   To be the first officer responding
15   to one of these alerts?
16      A.   Well, an alert, you mean from the --
17   you get an alert from the medical examiner.
18   That is the only place the opioid alert comes
19   from.
20         I'll get calls from radio, and
21   they'll say, "Hey, the -- 2Sam14 called and
22   says that they -- he has what he believes is an
23   overdose."  And then I'll go from there.
24         If it skips that, then I'll get, you
25   know, the opioid scene alert.  And then -- I'll

Page 188

1    get an alert, and I'll end up going there.
2          And I have been the first one there
3    for those.  And when I get there, then usually
4    the medical examiner is already there, and
5    there's already the -- a policeman or two are
6    also on scene.
7       Q.   And when you've responded to these
8    alerts and gone to the scene, have you noticed
9    a large number of false alarms where there was
10   no actual opioid overdose?
11      A.   That happens, yes.
12      Q.   Would you say it's common?
13      A.   No.
14      Q.   If you had to put a percentage on
15   it, would you say 10 percent of the time?
16      A.   That's kind of hard to put a
17   percentage on it.  But sometimes they are;
18   sometimes they're not.  It all depends.
19   Sometimes you'll get there, and the family
20   cleans up, and there's no -- you're left
21   scratching your head.  And then you get with
22   the toxicology reports that, you know, they
23   had, you know, fentanyl in their system or
24   heroin or cocaine whatever else.
25         Other times you get there, and you

Page 189

1    look around, and you'll see evidence of a --
2    like a drug wrapper or drug package.  And the
3    problem with that is, unless you're not
4    specifically trained in it, you're not going to
5    see it.
6          And when I say "specifically
7    trained," not everybody is an expert in
8    drug packaging.  Because it's -- once again, I
9    hate to use the word "niche," but that's what
10   it is.  You have to see it all the time.
11         I mean I could show you examples.  I
12   could tell you examples.  It could be a folded
13   piece of piece.  It could be a folded-up dollar
14   bill.  It could be a piece of cellophane.  Most
15   of the time it looks like a piece of garbage.
16         So unless you know what you're
17   looking for, you're going to miss it.
18      Q.   Do you know whether the City of
19   Cleveland or, more specifically, the Cleveland
20   Police Department uses these opioid scene
21   alerts to track the number of overdose
22   incidents in the city?
23         MS. DEBROSSE:  Object to form.
24         THE WITNESS:  I don't know what the
25   city does.  I don't know how they track things.

48 (Pages 186 - 189)

Page 190

1   I frankly -- there could be a way to track
2   them, and maybe the city is doing it, but I
3   don't know of it.  Not off hand.
4       BY MR. PADUKONE:
5       Q.   And you don't know whether the
6   police department is doing it either?
7       A.   No.  I know Commander Gingell has
8   them tracked.  He tracks them as best as he
9   can, you know, all the ones that we go to.
10      Q.   And does he rely on these scene
11  alerts to track them, or is there a number --
12      A.   I'm not quite sure what he relies
13  on.
14          MS. DEBROSSE:  Object to form.
15          MR. PADUKONE:  I want to show you
16  another document.  It's going to be marked
17  Exhibit 22.  And it's Bates labeled CLEVE
18  000267124.
19          (Deposition Exhibit 22 was marked
20  for identification.)
21      BY MR. PADUKONE:
22      Q.   And this is a document dated March
23  28, 2018.  It's an e-mail from Gary Gingell to
24  Matt Baeppler with the subject line:  "Forward:
25  Update C/W indictments for fatals 2016 to

Page 191

1   2018."
2       A.   Yep.  Go ahead.
3       Q.   So is this an e-mail that you
4   received during the normal course of business
5   on March 28, 2018, from Commander Gingell?
6       A.   The top part, yes.
7       Q.   And then the bottom e-mail is an
8   e-mail that you received from Jennifer Gedeon
9   on March 28?
10      A.   Uh-huh.
11      Q.   Who is Jennifer Gedeon?
12          And am I saying her name correctly?
13      A.   That's the -- Commander Gingell's
14  office manager, I guess you'd call her.
15      Q.   And below the 2016 indictments, it
16  says:  "Manslaughter 3, tampering with evidence
17  1, VSDL 3."
18          Do you see that?
19      A.   Uh-huh.
20      Q.   What does VSDL stand for?
21      A.   Violation state drug law.
22      Q.   And are the numbers represented here
23  accurate?
24      A.   I'm not sure.  I wasn't around in
25  2016.

Page 192

1       Q.   What about 2017, 2017 indictments
2   VSDL 4; do you know whether that number was
3   accurate?
4       A.   I don't.
5       Q.   What about 2018 indictments?
6           It says:  "Involuntary manslaughter
7   2."
8           Is that an accurate number?
9       A.   I believe we had more than that.
10  And we had definitely more VSDLs in 2018.
11      Q.   And this was an e-mail sent in March
12  of 2018.  So that would have been from the
13  first part of the year.
14      A.   Yes.  And keep in mind I came in at
15  the end of 2017.
16      Q.   So in the top e-mail sent by
17  Commander Gingell, he says:  "Matt, there has
18  to be more than this.  2017 4 VSDL.  If that is
19  the case, we should be shutting down HIDI."
20          Do you know what he meant by that?
21          MS. DEBROSSE:  Object to form.
22          THE WITNESS:  Well, I can only -- I
23  mean it's hard to say what he meant.  I mean
24  obviously to me he's -- this is a low number.
25  What's going on.

Page 193

1           I think that there were more than
2   that.  But there's also a record number of
3   overdoses that year.  There's a lot.  There's a
4   lot of overdoses.  And it was kind of hard for
5   these guys to keep up with it.  They're just
6   treading water at that point.
7       BY MR. PADUKONE:
8       Q.   So it's your belief that the numbers
9   were higher, but because of the number, the
10  officers and detectives weren't tracking it?
11      A.   You know what?  You know, I can't
12  really say.  I wasn't there the whole year.  So
13  I don't know.
14      Q.   The commander tells you to:  "Get
15  with these guys and get everything.  From now
16  on tracking this has to be a priority.  We need
17  to set up a way to track it so you remember to
18  ask these guys about outcomes."
19          Do you remember responding to
20  Commander Gingell's e-mail, either verbally or
21  by e-mail?
22      A.   I don't recall responding.  I mean
23  just telling him that I'm going to do the best
24  I can.  Something -- words to that effect.
25      Q.   And what did you do in response to

49 (Pages 190 - 193)

Page 194

1  Commander Gingell's request that you get with
2  these guys and get everything?
3      A.  I asked them to tell me everything
4  that -- you know, what they had.
5          (Deposition Exhibit 23 was marked
6  for identification.)
7      MR. PADUKONE:  I'm handing you a
8  document that has been marked as Exhibit 23.
9  And it -- it has the Bates No. CLEVE 002231621.
10         And I'm attaching to it the e-mail
11  attachment, which does not -- it does not have
12  a Bates number.  So I don't believe this is an
13  e-mail attachment, but we're going to mark this
14  together as one exhibit.
15     MS. DEBROSSE:  Are you representing
16  this is the download from this e-mail?
17         MR. PADUKONE:  That's one of my
18  questions for the sergeant.
19     BY MR. PADUKONE:
20     Q.  So the e-mail is a March 29th, 2018
21  e-mail sent from you, Sergeant Baeppler, to
22  several other individuals who appear to work
23  for the City of Cleveland, including Detective
24  Prince, Detective Patena, Detective Klamert and
25  Commander Gingell.

Page 195

1          And you say: "I need stats from
2  everyone.  This list cannot be right.  Please
3  review and send Jen and I the updates."
4          Is this an e-mail you recall sending
5  on March 29th, 2018, in the ordinary course of
6  business?
7      A.  Now, is this attached to this
8  e-mail?
9      Q.  I believe that it is, but that's one
10  of my questions for you.
11         Do you recall --
12     A.  I don't know if this was attached to
13  it.  I mean it's kind of hard for me to say --
14  you're throwing something out.  I don't know if
15  this was attached to it or not.  There's no way
16  I can remember it from almost a year ago.
17     Q.  So setting aside the attachment for
18  now, this e-mail -- the date of this e-mail is
19  March 29th, 2018; is that right?
20     A.  Uh-huh.
21     Q.  And if you look at the previous
22  exhibit, the one that we had been looking at
23  before, the date of that was March 28, 2018; is
24  that right?
25     A.  Uh-huh.

Page 196

1      Q.  So do you recall sending out this
2  e-mail in response to what Commander Gingell
3  had asked you to do with regards to getting
4  with the guys to better track the numbers?
5      MS. DEBROSSE:  Object to form.
6      THE WITNESS:  I'm sure I did for
7  that reason.  Because it's the next day after I
8  got that e-mail from the commander.  And, of
9  course, if he's -- he's asking me, you know,
10  "There should be more," with a question mark.
11  So I'm questioning the guys is this correct.
12         So I'm trying to verify if this is
13  correct or not to make sure it's accurate.
14     BY MR. PADUKONE:
15     Q.  So your basis for saying that the
16  list cannot be right is on the basis of what
17  Commander Gingell had told you the day before?
18     A.  Well, from what he's saying, I would
19  believe that there would be more than that.
20  And so I want to know if there is.  And so I
21  went and checked.
22     Q.  And what did you find when you went
23  and checked?
24     A.  I don't recall.
25     Q.  Is there anyone we could talk to to

Page 197

1  figure out what you found?
2      A.  I don't know.  Look at the later
3  statistics, I guess, and see if they changed.
4  I don't recall if they changed or not.  But I'm
5  just asking everyone to review it.
6      Q.  And did you ever have to ask people
7  to review the stat on any other occasions, or
8  was this the only time that you've actually had
9  to do that?
10     A.  I don't recall.  There may have been
11  another occasion.
12     Q.  So is it fair to say that it wasn't
13  uncommon for the tracking numbers to be
14  inaccurate?
15     MS. DEBROSSE:  Object to form.
16     THE WITNESS:  We try and keep as
17  accurate information as possible.
18     BY MR. PADUKONE:
19     Q.  But it isn't always accurate?
20     A.  It's as accurate as we can make it.
21  We -- listen, we try the best we can.  No one
22  is perfect.  But we try the best.  All right?
23     MR. PADUKONE:  I'll hand you a
24  document that's being marked as Exhibit 24.
25  And it's Bates No. CLEVE 000267426 plus its

50 (Pages 194 - 197)

Page 198

1  attachment, which is CLEVE 000267427 through
2  429.
3      (Deposition Exhibit 24 was marked
4  for identification.)
5      BY MR. PADUKONE:
6      Q.   And the e-mail is a March 7, 2018
7  e-mail from James Sekerak to Matthew Baeppler.
8  And the attachment appears to be a NARCAN
9  overdose report.
10     A.   Are you saying that this report was
11 attached to this e-mail?
12     Q.   Yes.
13     A.   Are you sure this was attached to
14 that?
15     Q.   It was produced to us as an
16 attachment.
17          Why is it that you don't think it
18 was attached to this e-mail?
19     A.   I don't recall seeing it.  This is
20 not the report I normally look at.
21     Q.   What is the report you normally look
22 at?
23          Have we look at it today?
24     A.   The report I usually get only has
25 the bottom part, NARCAN administer details.

Page 199

1          But I'm not -- I mean I'm not saying
2  that I didn't get this.  But I don't recall it
3  like this.  Because normally I don't get them
4  in this fashion at all.  Normally I just get
5  the bottom half, like I said, the NARCAN
6  administer details.  I don't have the NARCAN by
7  primary impression.
8      Q.   But you have no reason to doubt that
9  you received this e-mail on March 7th --
10     A.   This e-mail.
11     Q.   Yes.
12     A.   But not this.
13     Q.   You're not sure that you received
14 that.
15     A.   No.  I don't recall seeing this.
16     Q.   I'll represent to you that we
17 received this as a family member of the parent
18 e-mail and that this was the attachment to that
19 e-mail.
20     A.   Okay.
21     Q.   So I just have a few questions about
22 both of the documents.
23          So it sound like you don't -- you
24 don't recall ever receiving this type of
25 attachment; is that right?

Page 200

1      A.   I received this part here, the
2  bottom part, which I receive all the time.  If
3  I got this, you know, like I said, I
4  basically -- the one on the right, the NARCAN
5  by primary impression, I may have gotten this
6  one time.  This would be the only time.
7  Because I normally -- like I said, we normally
8  don't get these.
9          If you look at it though, it
10 basically shows you where the most NARCAN is
11 being administered, which is also where the
12 most heroin overdoses occur.
13     Q.   Do you recall why Mr. Sekerak sent
14 you this e-mail?
15          MS. DEBROSSE:  Object to form.
16          THE WITNESS:  I don't recall exactly
17 why.
18          BY MR. PADUKONE:
19     Q.   The reason I ask is just, based off
20 of the context of this e-mail, it seemed to me
21 that perhaps you had a conversation with them
22 earlier, and he was sending you information
23 based off of a discussion.
24          Do you recall having a discussion
25 with Mr. Sekerak?

Page 201

1      A.   I've had a few --
2          MS. DEBROSSE:  Object to form.
3          THE WITNESS:  I've had a few
4  discussions with James.  And I may have asked
5  him -- like I said, I mean I can't really
6  tell -- you ZIP codes would be -- I could see
7  it being something I would be interested in to
8  know exactly where these are occurring on a
9  map.  And so this is what he sent me.
10         I would be interested in this.  That
11 would be a question I would ask.  I don't
12 specifically remember asking that question
13 though.
14         BY MR. PADUKONE:
15     Q.   And you testified earlier that you
16 received the bottom half of that attachment; is
17 that right?
18     A.   I get things -- look, I can't say
19 for certain that this is exactly what I see
20 this every -- you know, this day.  I can't
21 remember all the info in there.  But I see
22 stuff like that all the time.  And that's what
23 I normally look at.
24     Q.   Do you remember when you first
25 started receiving that type of information?

51 (Pages 198 - 201)

Page 202

1    A.   Yeah.  We kind of went over it
2  before.  We had a meeting, and I -- he started
3  sending me them.  It's invaluable to me that I
4  get those.
5    Q.   And you get them every week?
6    A.   Yes.  At least once a week.
7    Q.   Sometimes more?
8    A.   Uh-huh.  Yes.  Sometimes more.
9    Q.   And what to you do after you receive
10 it?
11       How do you use the information that
12 you receive?
13   A.   I'll get the information.  I'll look
14 at the information on there.  I'll look at the
15 NARCAN use.  And then will try and look -- if
16 we didn't get an alert, if -- you know, so if
17 dispatch wasn't called, I want to know why we
18 weren't called to see if it was an actual
19 overdose.
20       And as I said before, just because
21 NARCAN is administered doesn't necessarily mean
22 that there was an overdose.  It could be a
23 number of things.
24       And so what I want to do is I want
25 to be able to see if the police were called so

Page 203

1  that -- because I want to respond to more.  I
2  want to respond to as many of these as I can.
3        And so I will compare this
4  address -- I'll plug it into the LERMS and see
5  if there's -- you know, if there's a report
6  made.  And if there was a report made, I want
7  to read it.  And that's why.
8    Q.   Does the Cleveland Police Department
9  use any sort of database to track drug crimes?
10   A.   I'm sure they do.  I don't know what
11 it is.  I don't get involved in the computer
12 stuff.
13   Q.   Do you enter in any data from
14 drug-related investigations somewhere?
15   A.   Me?  We do -- every now and then I
16 might do a Case Explore.  I might enter some
17 stuff.  It's only been a couple of times that I
18 did that.
19   Q.   So Case Explore is one database that
20 you've used to enter in information about drug
21 crimes?
22   A.   Overdoses specifically.
23   Q.   Overdoses?
24       Is there any other database like
25 Case Explore or any program that you use to --

Page 204

1    A.   Not that I'm aware of.  There may
2  be, but I'm not aware of it, at least not
3  offhand.
4    Q.   And for incidents involving opioid
5  crimes or opioid overdoses, do you track which
6  overdose is involved when you enter in this
7  data?
8    A.   Can you repeat that again.
9    Q.   So when you're entering in data into
10 Case Explore, would you make a note of what
11 opioid is involved if the case involved an
12 opioid overdose?
13   A.   Yes.
14   Q.   And how is that information entered
15 in?
16       Is it in a description field?  Is
17 there a specific field where you can say this
18 is the drug that --
19   A.   I believe it's a drop-down menu.
20 Because I've only done it a handful of times.
21   Q.   And do you ever track whether those
22 opioids that were involved had been prescribed?
23   A.   I don't know if they track that or
24 not.  I don't recall.
25   Q.   But you don't recall ever using a

Page 205

1  drop-down menu to say prescription or not
2  prescription?
3    A.   I have not.
4    Q.   You have not.
5    A.   I have not personally.
6        MR. PADUKONE:  Okay.
7        (Deposition Exhibit 25 was marked
8  for identification.)
9        BY MR. PADUKONE:
10   Q.   I'm handing you a document that has
11 been marked Exhibit 25.  And it's CLEVE
12 000251274.  This is a document that is titled
13 "Event Summary."  And at the very top of the
14 page on the left-hand side, it says "I/Net
15 Viewer, Event Information."
16       Do you recognize this type of a
17 document?
18   A.   It appears to be locations.  It
19 appears to be locations of overdoses with
20 corresponding report numbers, the dates and
21 location -- the dates and times.  Zone car
22 handled it.
23   Q.   And is this the type of data that
24 the Cleveland Police Department maintains in
25 the ordinary course of business?

52 (Pages 202 - 205)

1    A.    That's what it looks like.
2    Q.    Do you know where this data comes
3    from?
4    A.    I couldn't tell you where this exact
5    data comes from.  I don't know where it came
6    from.
7    Q.    Are you familiar with the LERMS
8    database, L-E-R-M-S?
9    A.    Yes.
10   Q.    Do you know whether this data would
11   also be in LERMS?
12   A.    There's a report number.  So it
13   would be in LERMS.
14   Q.    Sorry.  Can you say that again.
15   A.    There is a report number.  So yes,
16   it would be in LERMS.
17   Q.    And which is the report number?  The
18   event number?
19   A.    Yes.
20   Q.    So I'd just like to get a better
21   understanding of what's in this document.
22         So the first column, this seems to
23   be the number of incidents; is that right?
24         It's in numerical order?
25   A.    Yes.

1    Q.    And then the second column is for
2    "Agency," and each row seems to say CPD.
3          Does that stand for Cleveland Police
4    Department?
5    A.    It would seem to be, yes.
6    Q.    Would there ever be an occasion
7    where the agency is something other than CPD?
8    A.    It could be CMHA.
9    Q.    What's that?
10   A.    Could be CMHA Cuyahoga Metro --
11   whatever -- Housing Association.
12   Q.    And why would they appear in the
13   Agency column?
14         MS. DEBROSSE:  Object to form.
15         THE WITNESS:  If they were the one
16   entering the report.
17         BY MR. PADUKONE:
18   Q.    I'm sorry.  Could you say that
19   again?
20   A.    If they were the one entering the
21   report.  But these are all CPD ones.
22   Q.    And then the third column says "D
23   Group."
24         Do you know what that means?
25   A.    District.

1    Q.    And those are the five districts
2    that we talked about earlier?
3    A.    Yes.
4    Q.    Then the fourth column says "PRI."
5          Do you know what that stands for?
6    A.    I think it's priority run.  So all
7    these are broke down into priorities by
8    importance.  Most of these are 2s, so -- a
9    couple of 1s in there.
10   Q.    What's the difference between a 2
11   and a 1?
12   A.    A 1 is more important than a 2.
13   Q.    What makes it more important?
14   A.    Well, it's supposed to be because
15   there's -- it's -- it's very important that the
16   police get there as soon as possible.  That's
17   usually what it means.
18   Q.    And under what circumstances is it
19   important for the police to get there as soon
20   as possible?
21   A.    That the police have the -- you
22   know, that there's a person with a gun on
23   scene.  Some way that the police can be of
24   immediate assistance.
25   Q.    So it's not necessarily the case

1    that it's a fatal overdose versus the nonfatal
2    overdose?
3    A.    I'm fairly certain that a -- well,
4    you know what?  I'm not really sure.  It could
5    be either/or.  I mean all depends on who's
6    coding -- who's making it a priority.
7          I'm not sure exactly how radio
8    designates them.  I don't designate them.  They
9    do.  And that's my understanding of how they do
10   it.
11   Q.    And so the next two columns appear
12   to be self-explanatory.  There's the date of
13   the incident and then the time of the incident.
14         And then the event number is what
15   you previously testified comes from the LERMS;
16   is that right?
17   A.    Yeah.  That would be the -- yeah.
18   Event number, which would be the -- if you
19   transferred over, it'd be also the report
20   number also.
21   Q.    And then what is the Type column?
22   A.    I don't know.
23   Q.    Do you know what "SDO" stands for?
24   A.    No.
25   Q.    Do you know what the Subtype column

53 (Pages 206 - 209)

Page 210

1    stands for?
2        A.   I'm not sure.
3        Q.   1M, 2M; do you know?
4            MS. DEBROSSE:  Object to form.
5            THE WITNESS:  I'm not sure.
6            BY MR. PADUKONE:
7        Q.   What about Unit; what does that
8    mean?
9        A.   That would be the car number that
10   responded, the primary car number.
11       Q.   And then the Location column is also
12   self-explanatory.
13           And you testified earlier that these
14   appear to be locations of overdoses; is that
15   right?
16       A.   That's what it appears to be, yes.
17       Q.   Do you know why data that appears in
18   this document only begins in April 2017?
19           MS. DEBROSSE:  Object to form.
20           THE WITNESS:  No, I don't know.
21           BY MR. PADUKONE:
22       Q.   Do you know whether this data exists
23   for other time periods as well?
24       A.   I don't know if it does or not.
25       Q.   And so I'm guessing you don't know

Page 211

1    when the Cleveland Police Department started
2    generating these types of reports?
3        A.   I don't know.
4            MS. DEBROSSE:  Object to form.
5            BY MR. PADUKONE:
6        Q.   And do you know whether this data
7    has been filtered in any way?
8            MS. DEBROSSE:  Object to form.
9            THE WITNESS:  I don't know if it has
10   been filtered in any way.
11           MR. PADUKONE:  So this next document
12   has been marked Exhibit 26.  Its Bates number
13   is CLEVE 000345261.
14           (Deposition Exhibit 26 was marked
15   for identification.)
16           MS. DEBROSSE:  After this exhibit,
17   I'd like to take a ten-minute break.
18           MR. PADUKONE:  That's what we were
19   thinking as well.  So that's perfect.
20           So for the record, this document is
21   titled "Cleveland Police Narcotics Unit
22   Compliance Case Tracker."
23           BY MR. PADUKONE:
24       Q.   Do you recognize this document?
25       A.   No, I do not.

Page 212

1        Q.   Have you ever seen a document
2    similar to this?
3        A.   No.
4        Q.   Do you have any idea where the data
5    in this document comes from?
6        A.   I'm not certain where it comes from.
7        Q.   Do you know who would be responsible
8    for entering in this data?
9        A.   I'm not certain.
10       Q.   Do you have any information on what
11   each column in this document represents?
12           MS. DEBROSSE:  Object to form.
13           THE WITNESS:  I mean it's kind of
14   self-explanatory what's going on if you read
15   the -- if you read the columns and what's going
16   on.
17           BY MR. PADUKONE:
18       Q.   So, for example, let's start with
19   complaint type.
20           The first three complaints are
21   deception, and then there's theft/drugs, and
22   there's illegal processing, and then there's
23   another deception; is that right?
24       A.   Yes.
25       Q.   Where do these complaints come from?

Page 213

1            MS DEBROSSE:  Object to form
2            THE WITNESS:  I don't know  This
3    isn't my form  I didn't fill this out  I've
4    never seen this form before
5            BY MR PADUKONE:
6        Q   Do you know where compliance
7    complaints generally come from?
8        A   I imagine they come from doctors'
9    offices and pharmacists
10       Q   You don't have any idea who would
11   have been responsible for filling out these
12   forms?
13           MS DEBROSSE:  Object to form
14           THE WITNESS:  I'm not certain  If
15   you're asking me a hundred percent who it is, I
16   don't know
17           BY MR PADUKONE:
18       Q   Do you have an idea of who might be
19   response?
20       A   I would imagine John Prince and
21   Shelly Patena
22           MR PADUKONE:  Let's take a break
23           (A short recess was taken )
24   EXAMINATION BY COUNSEL FOR DEFENDANT WAL-MART
25           BY MR  McLAUGHLIN:

54 (Pages 210 - 213)

Page 214

1    Q.   Earlier today, Sergeant, Mr. Roman
2  showed you a document with a long list of names
3  of defendants.
4       Do you recall that?
5    A.   Yes.
6    Q.   And prior to reviewing that
7  document, did you know who any of the
8  defendants were in this lawsuit?
9    A.   From my understanding,
10  pharmaceutical companies.
11    Q.   And so you just knew generally
12  pharmaceutical companies, but you didn't know
13  specifically who the defendants were by name?
14    A.   That is correct.
15    Q.   Do you have any personal knowledge
16  as to why the city sued Wal-Mart?
17    A.   Why they sued Wal-Mart?
18    Q.   Yes.
19    A.   No.
20    Q.   Do you have any personal knowledge
21  as to why the city sued CVS, Rite Aid or
22  Walgreens?
23    A.   No.
24    Q.   Do you have any personal knowledge
25  as to why the city sued HBC Service Company?

Page 215

1    A.   No.
2    Q.   Can you personally point to any
3  specific conduct by Wal-Mart related to opioids
4  that caused harm to the city?
5    A.   I cannot.
6    Q.   Can you personally point to any
7  specific conduct by CVS related to opioids that
8  caused harm to the city?
9    A.   I cannot.
10    Q.   What about Rite Aid?
11    A.   I cannot.
12    Q.   What about Walgreens?
13    A.   I -- I cannot point to any specific
14  instance for any of those.
15    Q.   Okay.  Is it fair to say you cannot
16  personally point to any specific conduct of any
17  defendant in the case related to opioids that
18  cause harm to the city?
19    A.   Well, if they did I'm unaware of the
20  exact instances when -- in that they were
21  involved.
22    Q.   And the same would be true of
23  Walgreens and HBC Service Company as well?
24    A.   That would be correct.
25    Q.   Do you know anything about the

Page 216

1  damages that the city is claiming as part of
2  this lawsuit?
3    A.   Not really, no.  I -- once again, I
4  am a line officer.  I go out on the street
5  every day.  And that -- that's what I do.  I
6  try not to get involved, and I don't want to be
7  involved with what happens in the upper levels.
8    Q.   I understand?
9    A.   And so that is the way -- that's why
10  -- that's what I like, and that's where I
11  prefer to be.
12    Q.   I understand, Sergeant.  And I'm
13  just asking you about what you know and don't
14  know.
15       So the answer to the question is
16  "no," correct?
17    A.   I -- yes.  That is correct.  I don't
18  know.
19    Q.   Can you tie any opioid-related costs
20  incurred by the city specifically to the
21  conduct of any defendant in this case?
22       MS. DEBROSSE:  Object to form.
23       THE WITNESS:  I don't know exactly
24  what those companies did.  I mean if you're
25  asking do I know if they sold or produced drugs

Page 217

1  that led to someone's death, I can't tell you
2  if that company sold or what that company sold
3  to whoever person.  I don't -- I don't have any
4  numbers for that.  I don't have -- I don't know
5  what they produced and who they produced them
6  to.  So no, I can't.
7       BY MR. McLAUGHLIN:
8    Q.   Okay.  I understand your testimony.
9       My question was can you tie any
10  opioid-related costs incurred by the city
11  specifically to the conduct of any defendant in
12  this case?
13    A.   No.  Because I don't -- once again,
14  I don't know specifically what all those
15  companies do.
16    Q.   Okay.  We -- there was some
17  testimony earlier today about addicts and
18  addiction.
19       Do you have any training or
20  expertise in the diagnosis or treatment of
21  addiction or substance abuse?
22    A.   Okay.  I cannot treat addicted
23  persons.  That's not my role.  I can -- I do my
24  best to assist addicted persons to get help.
25  So that's my role.

55 (Pages 214 - 217)

Page 218

1      Q.   Let me ask a slightly different
2    question.
3           You aren't qualified to diagnose
4    somebody with an addiction or substance abuse
5    disorder, are you?
6      A.   The only thing that I can do is see
7    what someone is acting like.  A lot of times I
8    can tell if someone is high.  And if they tell
9    me that they do this, this or that, I can
10   recommend that they get help.
11          But I am not a certified specialist
12   in any regard like that.  I'm just your basic
13   police officer, as most police officers are.  I
14   don't know any that are also documented
15   therapists or anything else for that matter.
16     Q.   Okay.  So it's true that you aren't
17   qualified to diagnose somebody with an
18   addiction or substance abuse disorder, true?
19     A.   Technically I cannot diagnosis
20   someone.  Because that's not my field of
21   expertise.  All I can do is tell, in my
22   experience, if they have a problem or not, and
23   I can direct them.
24          And if they say they have a problem,
25   if they say they use drugs every day, if they

Page 219

1    say they use heroin every day, that's a pretty
2    good sign to me that I believe that they may be
3    addicted to drugs and that they need some help.
4      Q.   And at that point, what you would
5    normally do would be try to direct them to a
6    medical professional that could help them with
7    their condition; is that fair?
8      A.   Yes.
9         MR. McLAUGHLIN:  I don't have any
10   further questions for you, Sergeant.  Thank you
11   for your time.
12      EXAMINATION BY COUNSEL FOR DEFENDANT
13      TEVA PHARMACEUTICAL COMPANIES, INC.
14      BY MS. BARBER:
15     Q.   Hi, Sergeant Baeppler.  Are you
16   ready?
17     A.   I'm ready.
18     Q.   Okay.  My name is Maureen Barber.  I
19   represent the Teva defendants in this case.
20          I know we've talked about a lot.  I
21   just have a few things to follow up on and a
22   few additional questions.  They might be
23   scattered.  So try to stay with me on the
24   topics.
25          As with my colleagues' questioning,

Page 220

1    if you don't understand a question that I've
2    asked, let me know, and I'll rephrase it.
3           And we'll try not to talk over each
4    other as we question and answer.  Okay?
5      A.   (Witness nodding head.)
6      Q.   You mentioned the FBI task force is
7    part of the narcotics unit; isn't that right?
8      A.   More like some of the -- FBI is not
9    part of the narcotics unit.  The narcotics
10   unit's part of an FBI task force.  Some members
11   are.
12     Q.   Okay.  Thank you for clarifying.
13          And you mentioned that the members
14   of the narcotics unit that participate in
15   this -- or that work with the FBI task force
16   handle large-scale wires related to drugs;
17   isn't that correct?
18     A.   Yes.
19     Q.   Are any of those cases -- do any of
20   those cases involve prescription drugs?
21     A.   I'm not sure exactly what they
22   involve.  Not that I'm aware of, but it may be
23   possible.  I don't know.
24     Q.   Mr. Roman earlier mentioned
25   prescription opioids coming in pill form.

Page 221

1           Do you remember that?
2      A.   Yes.
3      Q.   And we've sort of testified
4    throughout today about prescription opioids
5    coming in pill form.
6           Are you aware of prescription
7    opioids coming in any other form?
8      A.   Yes.
9      Q.   What form is that?
10     A.   Fentanyl patch.
11     Q.   Any other forms other than fentanyl
12   patch?
13     A.   I think you can get a fentanyl drip
14   also.  We -- I think you can get that.  There's
15   other opioid-type medicines that can be used
16   intravenously at a hospital type -- you know,
17   put in through the IV or whatever.
18     Q.   With respect to the fentanyl patch,
19   is that anything that you've seen produced
20   illegally, or is that always a prescription?
21     A.   I've never seen a fentanyl patch
22   produced illegal -- I've never seen a
23   counterfeit Fentanyl patch.
24     Q.   How about a fentanyl drip; have you
25   ever seen that produced illegally?

56 (Pages 218 - 221)

Page 222

1    A.   No.
2    Q.   Have you ever seen fentanyl in nasal
3    spray form?
4    A.   No.
5    Q.   You mentioned a few times today that
6    most -- many, if not most, of the overdoses
7    that you see involve fentanyl.
8         Would you agree with that?
9    A.   Yes.
10   Q.   Do you know whether the fentanyl is
11   from a legal or an illegal source?
12   A.   I believe it's more -- everything
13   that I've seen, for the most part, is from an
14   illegal source.  Now, we have seen some
15   fentanyl patches that were procured in another
16   way, but that's extremely rare.
17   Q.   When you say "fentanyl patches
18   procured in another way," do you mean illegal?
19   A.   They've stolen them somehow.  They
20   didn't belong to the person that was using
21   them.
22   Q.   We talked earlier today about a
23   priority target list.  And I don't want to talk
24   about that particular list that was clawed back
25   today.

Page 223

1         But you remember the discussion that
2    we had about that priority target e-mail and
3    the list?
4    A.   Yes.
5    Q.   You mentioned an investigation
6    involving a priority target where that target
7    received Percocet pills.
8         Do you remember that?
9    A.   Yes.
10   Q.   Did that priority target receive
11   those -- or obtain those Percocet pills from a
12   manufacturer directly?
13   A.   I'm not sure where they get them
14   from.
15   Q.   When did you first learn of this
16   lawsuit?
17   A.   Sometime after I was transferred
18   over from the gang unit to the narcotics unit.
19   Q.   Did you learn that you'd be deposed
20   in this lawsuit after you learned about the
21   lawsuit itself?
22   A.   I learned I was going to be deposed
23   a couple of weeks ago.
24   Q.   Have you ever seen any publicity
25   about the lawsuit?

Page 224

1    A.   Limited.
2    Q.   What sort of limited publicity have
3    you seen about the lawsuit?
4    A.   Just that the City of Cleveland is
5    part of a lawsuit against the pharmaceutical
6    companies.
7         I don't watch normal TV.  I don't --
8    I -- there's a TV in my office that doesn't
9    work.  Okay?  I don't watch it.  So the only
10   thing I see are little news blurbs that might
11   come up in a headline on my news feed, you
12   know, on my phone or tablet.  But I really -- I
13   don't pay attention to those things.
14        I don't -- I try not to burden my
15   brain, as limited as it is, with things I have
16   no control over.
17   Q.   Okay.
18   A.   And this is something I have very
19   little control over, if any.
20   Q.   Would you say they mostly come from
21   news articles or news blurbs?
22   A.   Yes.
23   Q.   Okay.  Any radio ads or
24   announcements that you've heard about the
25   lawsuit?

Page 225

1    A.   I don't recall any.  I could have
2    heard something on my AM radio.  But it would
3    just be a quick blurb.  And like I said, I have
4    very limited knowledge to what the particulars
5    are with the lawsuit.  I mean I'm kind of
6    gathering things as I sit here, but I -- very
7    limited.
8    Q.   Do you know of any other individuals
9    in your department who have been deposed in
10   this case?
11   A.   I believe Commander Connelly.  I
12   think he has.  I think Commander Gingell has or
13   is going to be.  And Detective Moran either was
14   or is going to be.
15   Q.   Have you talked to any of those
16   individuals about the substance of their
17   depositions?
18   A.   No.
19   Q.   Have you talked about -- have you
20   talked with any of those individuals about the
21   substance of your deposition or what you
22   anticipate --
23   A.   No.
24   Q.   -- being questioned about?
25   A.   No.  Other than I'm not looking

57 (Pages 222 - 225)

Page 226

1  forward to it.  And that's about it.  Just -- I
2  was told not to say anything to anybody because
3  it's a problem.  So we don't -- I don't talk
4  about it with anyone.
5     Q.  Have you worked with any
6  pharmaceutical manufacturers in any of your
7  investigations?
8     A.  I could have swear it was Johnson &
9  Johnson.  But it wasn't for pharmaceuticals.
10  It was for baby formula.  And they were pretty
11  good to work with.  That's all I can tell you.
12     Q.  Before today did you have any
13  information about whether any of the defendants
14  in this case manufacture opioids?
15     A.  I'm sorry.  Can you say it again.
16     Q.  Before today did you know whether
17  any of the defendants manufacture opioids?
18     A.  I just saw the list for the first
19  time today.  And I know Purdue -- I believe
20  Purdue manufactures pharmaceuticals.  And the
21  other ones I -- most of them on the list I
22  didn't even recognize.
23     Q.  Okay.
24     A.  And some of them are obviously
25  well-known stores, you know, Wal-Mart, CVS, so

Page 227

1  forth.
2     Q.  Okay.  I just want to go through a
3  couple of the manufacturers in particular.
4     Have you ever heard of Teva?
5     A.  T-E-V-A?
6     Q.  Yes.
7     A.  Not in the regard for that.  I know
8  it's a shoe company.  I'm sure it's not a shoes
9  company in this lawsuit though.
10     Q.  Have you ever heard of Cephalon?
11     A.  No.  Not that I recall.  If I've
12  heard it, I don't remember what it's for.
13     Q.  And you said you've heard of Purdue;
14  isn't that correct?
15     A.  Yes.
16     Q.  And you don't know what opioids they
17  manufacture, if any?
18     A.  Not specifically, no.
19     Q.  How about Endo Pharmaceuticals; have
20  you heard of that company?
21     A.  No.
22     Q.  What about Par Pharmaceuticals?
23     A.  No.
24     Q.  Noramco?
25     A.  No.

Page 228

1     Q.  Have you heard of Allergan?
2     A.  No.
3     Q.  Have you heard of Watson
4  Laboratories?
5     A.  I have.  I've heard the name before.
6  I don't know what they make.
7     Q.  You're not sure whether they
8  manufacture opioids?
9     A.  No.
10     Q.  Yo have no information that they do?
11     A.  No.
12     Q.  Have you heard of Actavis?
13     A.  No.
14     Q.  Have you heard of Insys?
15     A.  What's the name of it?
16     Q.  Insys.
17     A.  No.
18     Q.  Have you heard of Mallinckrodt?
19     A.  No.
20     Q.  And finally Spec Gx?
21     A.  No.
22     Q.  Have you ever seen any advertising
23  for opioids?
24     A.  Not that I recall.
25     Q.  Have you ever reviewed any

Page 229

1  prescribing information for prescription
2  opioids?
3     A.  In what regard are you speaking of?
4     Q.  Have you seen any labels for
5  prescription opioids?
6     A.  Yes.
7     Q.  What labels have you seen?
8     A.  Obviously I've seen labels at crime
9  scenes.  I've seen -- labels also were --
10  everybody has seen labels if they've had
11  surgeries or whatever else.  Everyone -- I mean
12  anyone that's had a surgery that's gotten an
13  opioid would see that.
14     Q.  When you say you've seen labels at
15  crime scenes, were those labels for
16  prescription opioids?
17     A.  Some of them, yes.
18     Q.  In what context -- or -- strike
19  that.
20     What prescription opioids' labels
21  have you sen at crime screens?
22     A.  Percocets, Vicodin, OxyContin.
23  More -- more common Percocet is probably the
24  most popular one we've seen.
25     Q.  Were any of those crime scenes

58 (Pages 226 - 229)

Page 230

1  overdose scenes?
2    A.  Yes.
3    Q.  When -- can you give me a time frame
4  for when those -- when you saw those crime
5  scenes?
6    A.  It would have been in the last --
7      MS. DEBROSSE:  Object to form.
8      THE WITNESS:  It would have been in
9  the last 14, 15 months.
10      BY MS. BARBER:
11    Q.  Are you familiar with the FDA
12  approval process for pharmaceutical products?
13    A.  No.
14    Q.  Are you aware that the FDA approves
15  package inserts for pharmaceuticals?
16    A.  I don't know what the FDA does.  I
17  mean I know they're the Federal Drug
18  Administration.  I don't know what they do.  I
19  don't know what they approve.  I don't know the
20  process of it either.
21    Q.  When did you first learn that
22  opioids are addictive?
23    A.  Years ago when I first came on the
24  job, you know, with -- with -- you know -- to
25  me any drug can be addicted -- or addictive.

Page 231

1  Anything -- or virtually anything.
2      There's a few -- you know, anything
3  that you're taking like that that gets rid of
4  pain, there's a possibility that you could be
5  addicted to it.  That's my experience, and
6  that's what I've seen.
7      BY MS. BARBER:
8    Q.  Have you ever heard of a black box
9  warning with respect to an FDA package insert?
10      MS. DEBROSSE:  Object to form.
11      THE WITNESS:  No.
12      BY MS. BARBER:
13    Q.  To legally obtain a prescription
14  opioid in the United States, a person has to
15  have a prescription for that; isn't that
16  correct?
17    A.  Yes.  As far as I know in the U.S.
18    Q.  And it's your understanding that,
19  for a pharmacy to dispense a prescription
20  opioid, the pharmacy has to receive a
21  prescription for the opioid; isn't that
22  correct?
23    A.  Yes.
24    Q.  And a prescription for opioids has
25  to be written by someone who is licensed by the

Page 232

1  state to write prescriptions; isn't that
2  correct?
3    A.  I believe so, yes.
4    Q.  You looked at a number of charts and
5  statistics today.
6      Are you aware of any charts that
7  distinguish between illicit opioids and
8  prescription opioids?
9    A.  I'm sure that there's charts out
10  there that distinguish between them.  You
11  mean -- we have them.  We've gone over lists
12  today that talked about heroin, fentanyl, so
13  forth.
14      And I'm sure that there's some
15  prescription drugs that they're also listed,
16  but -- you know, I'm sure there's a list out
17  there somewhere.
18    Q.  Are you aware of the opioid
19  epidemic -- of what you believe is an opioid
20  epidemic occurring anywhere else in Ohio?
21    A.  I think it's all over the State of
22  Ohio.
23    Q.  Are you familiar with any particular
24  area?
25    A.  I believe I saw a program about

Page 233

1  Marietta, Ohio, being a problem.
2    Q.  When was that?
3    A.  A couple of years ago.  It was
4  connected with some girls missing or something
5  along those lines.
6    Q.  Any other areas where you're
7  familiar with an opioid epidemic in Ohio?
8    A.  Let me put it this way:  We -- I
9  know that we have people come from all parts of
10  northern -- Northeast Ohio to buy their drugs
11  in Cleveland.  It's not uncommon to have people
12  from Lorain County, Medina County, Trumbull,
13  you name it.  They show up, and they're buying
14  drugs.
15      So it's -- it's -- from my limited
16  experience, it's certainly part of Northeast
17  Ohio.  And I've heard it from other parts of
18  the state as well.
19    Q.  Have you personally worked in other
20  areas in the State of Ohio in relation to
21  prescription opioids?
22    A.  No.
23    Q.  Have you attended any Opiate Task
24  Force meetings in Cleveland or Cuyahoga County?
25    A.  I've attend meetings with the DEA.

59 (Pages 230 - 233)

Page 234

1  And I've -- I've -- we've -- I've talked
2  earlier about that I've attended meeting with
3  the commander about, you know, various things.
4  But we've gone over them.
5        And like I said, I don't want to go
6  into some of the names I've talked to at the
7  DEA because they're-- they involve targets.
8      Q.  Have you attended any meetings
9  though with a particular group called the
10 Opiate Task Force?
11     A.  Quite frankly, I'm not sure.  I --
12 I'm not sure if I'm part of the Opiate -- or
13 the Opioid Task Force or not.  I'm not sure
14 what that is.
15       Because I -- I do know that I attend
16 meetings, and there's other people there.  And
17 I don't know if they call us that or if there's
18 a different one that I don't know about.
19       So it's hard to answer that because
20 they come up with task force names all the
21 time.
22     Q.  Do you know whether the Cleveland
23 Police Department has ever formalized an
24 assessment of contributing factors for the
25 opioid epidemic?

Page 235

1      MS. DEBROSSE:  Object to form.
2      THE WITNESS:  I don't know.
3      BY MS. BARBER:
4      Q.  Are you aware of any reports from
5  the Cleveland Police Department that lists
6  contributing factors to the opioid epidemic?
7      A.  Not that I'm aware of.  There may be
8  one, but I don't recall it.
9      Q.  Would you agree with me that not all
10 users of prescription opioids become addicted
11 to prescription opioids?
12     A.  Yes.  Not -- not everyone.  I
13 mean...
14     Q.  So you would agree that there are
15 people out there who take prescription opioids
16 and don't become addicted?
17     A.  Of course.  I would agree with that
18 statement.
19     Q.  Are you aware of any overdose deaths
20 attributable to the use of prescription opioids
21 as they were prescribed?
22     A.  You mean as the main cause or as
23 what started them out?
24     Q.  As the cause of the overdose.
25     A.  No.  No.  I take it back.  Maybe not

Page 236

1  opioids.  But we did have a couple where they
2  swallowed a cocktail of pills.  But I can't say
3  for sure what they were because they kind of
4  just took everything in the medicine cabinet.
5        And so, yeah, the short answer is I
6  can't name one specific one -- name one
7  specific person that took opioid pills and
8  died.  Not offhand.  Not since I've been here.
9      Q.  Have you seen any instances of
10 overdose -- of overdoses or overdose deaths
11 where someone just took too many of their
12 prescription pills -- opioid pills?
13     A.  As I said, as I just mentioned, I
14 mean it happens that people take some of their
15 pills like that.  But not that I've personally
16 seen other than the one I mentioned.
17     Q.  So that was just a one-time...
18     A.  That's the only one I've seen just
19 with -- with prescription pills alone, yes.
20     Q.  Was that an intentional overdose?
21     A.  It appeared to be.
22     Q.  Are you aware of any -- in the
23 course of your work, are you aware of any
24 opioid overdoses or deaths caused by a person
25 who takes a medication that was prescribed to

Page 237

1  someone else?
2      A.  Not that I'm aware of that I've been
3  to personally.  There may have been others
4  before me.
5        And once again, I mean we're --
6  you're asking if people are taking these
7  specific pills and they died from them, right?
8        Or if they were -- in this case, if
9  they were prescribed for someone else, and this
10 person took them and then overdosed?
11     Q.  Yes.  Maybe I can set up a
12 hypothetical or set up a situation.
13       Someone is prescribed prescription
14 opioids properly, legally.  And they give the
15 prescription opioids to someone else illegally.
16       Have you seen any overdose or
17 overdose deaths resulting from that sort of
18 scenario?
19     A.  No.  Because what I've seen are
20 people that start off, they've given -- they're
21 given opioids, and then they become addicted to
22 them, and then they usually go -- they graduate
23 to another drug, such as fentanyl or heroin or
24 a combination.
25       And that is how almost all of the

60 (Pages 234 - 237)

Page 238

1    deaths that I've seen have occurred.
2        Q.   Other than when you were undercover,
3    can you identify any prescriptions for opioids
4    written in Cleveland on the basis -- I'm sorry.
5    Strike that.
6            Other than when you were undercover,
7    do you have any knowledge of improper
8    prescriptions for opioids being written in
9    Cleveland?
10           MS. DEBROSSE:  Object to form.
11           THE WITNESS:  There's been incidents
12   that I can't recall right now that have been --
13   you know, we hear it happening all the time,
14   especially -- but, you know, yes, there are
15   incidents.  I can't recall the specific names
16   though.  I mean it's not uncommon, terrible
17   uncommon, at least.
18           BY MS. BARBER:
19       Q.   And the reason you went undercover
20   to obtain prescription opioids from a doctor is
21   because it was happening prior to?
22       A.   Yes.  Yes.  It was Detective Prince
23   needed a hand with a case.  He asked me to go
24   undercover, which I did.  And I didn't get the
25   actual pills.  We just got the prescription,

Page 239

1    the piece of paper.
2        Q.   Remind me when was that?
3        A.   A few years ago, five years ago.
4    Somewhere around there.
5        Q.   Can you point -- you can't point to
6    any conduct by any manufacturer defendant in
7    this case?
8            MS. DEBROSSE:  Object to form.
9            BY MS. BARBER:
10       Q.   Related to any of the claims in this
11   case, can you?
12           MS. DEBROSSE:  Object to form.
13           THE WITNESS:  I don't know what they
14   do -- I don't know what the drugs that they
15   produce are.  I don't -- I'm not involved like
16   that.  All I am is I'm at the ground level.  I
17   see the end result of what happens.
18           So no.  I don't -- I don't know what
19   those companies produce.  So I can't say -- I
20   can't point my finger and say -- like I said, I
21   don't know what drugs they produce.  So I can't
22   do that.
23           BY MS. BARBER:
24       Q.   And it's also fair to say that you
25   can't identify any specific costs attributed to

Page 240

1    the actions of a particular defendant in this
2    case?
3        A.   No, I can't.
4            MS. DEBROSSE:  Object to form.
5            BY MS. BARBER:
6        Q.   Does the Cleveland Police Department
7    operate any programs for treatment for people
8    addicted?
9        A.   Does the city of Cleveland Police
10   Department or City of Cleveland?
11       Q.   The City of Cleveland Police
12   Department.
13       A.   Do we offer any programs for
14   treatment?
15       Q.   For addicted persons.
16       A.   I know that -- I know that some
17   policemen have become addicted to drugs and
18   that the city will offer to help them do
19   whatever.  It's just like drinking.
20           I do know that they offer programs
21   or they can assist them to programs.  And
22   that's -- they are -- there are signs up and
23   stuff like that.  And we get news -- or e-mails
24   every now and then.
25           It's also employee assistance -- our

Page 241

1    employee assistance unit would handle that.  So
2    if there's any issues like that for whatever
3    reasons:  you're stressed out, you have super
4    anxiety.  Or if you turn out to have some kind
5    of drug problem or alcohol problem, that's who
6    you're supposed to go to.
7            Unless of course they catch you
8    doing something.  If you don't go to them
9    first, then you're fired.
10       Q.   Do you know who pays for that
11   program?
12       A.   No.
13       Q.   Are there any programs for treatment
14   for addicted persons who aren't employees of
15   the police department?
16       A.   I do know that, when we go to the
17   hospitals -- I don't know who pays for it.  I
18   do know that we offer -- and when I say this,
19   we -- everybody gets offered a treatment if
20   they want it.
21           We say, "Do you want to get help?
22   Do you want to stop doing this?"
23           Very few of them actually go through
24   with it.  They might say, "Yeah."  And then
25   they'll hem and they'll haw.  They'll waste our

61 (Pages 238 - 241)

Page 242

1  time for three hours or whatever.  Then they'll
2  say, "Ah, forget.  I'm not going."
3       But we do offer it.  And I don't
4  know -- like I said, once again, I don't know
5  who pays for it.  But I know that there's three
6  or four places that we can take them to.  And
7  it's one of our goals, you know, to try to get
8  them -- it's like our main goal is to get them
9  treatment along with finding out who sold them
10  the drugs that hurt them.
11     Q.  In your experience, has Cleveland
12  experienced epidemics related to the abuse of
13  any other substance besides opioids?
14     A.  Yes.  When I first came on, crack
15  cocaine was very -- was pretty damaging.
16     Q.  Any others?
17     A.  Limited meth.  There was also a
18  while where K2 was pretty bad, was messing
19  people up, which was being sold primarily at
20  gas stations and, you know, convenience-type
21  stores.  Was pretty bad.  We did some cases
22  with that.
23       Then, you know, like I said, some
24  things, they'll go in spurts, and they just die
25  out.  And others, they'll spurt, spurt, and

Page 243

1  then they'll just explode.  Almost -- almost
2  what the -- the opioid epidemic did.
3     Q.  How did the police department
4  respond to the cocaine epidemic?
5       MS. DEBROSSE:  Objection to form.
6       THE WITNESS:  In my experience, it
7  was -- I don't know exactly if they had a plan
8  of action.  It was just that we'd go out; we'd
9  arrest.
10       At my level at that time, I was a
11  regular patrol officer.  We'd go out and, you
12  know, if we make an arrest, it would get
13  forwarded to the vice unit or the narcotics
14  unit.  And they follow up from there.  And, you
15  know, it was just constant pressure to make
16  arrests.
17       You know, or you go to every
18  community meeting.  The number one complaint
19  are drug dealers, you know, causing problems.
20  And then there's also -- like amount of money
21  that was involved was also causing shootings
22  and homicides.
23       BY MS. BARBER:
24     Q.  Was the result the same for the meth
25  epidemic that you just discussed as well?

Page 244

1     A.  Meth epidemic was more confined.
2  And the meth problem was more to do -- it was
3  dangerous.  It's a dangerous drug to produce.
4  It's explosions and everything else.
5       You'd cook meth in the house, and
6  the chemicals that are emitted during the
7  cooking process, it can kill people.  Or if a
8  child moves into the house later, the child can
9  have severe problems down the road.  And so,
10  for -- from a health perspective, that was like
11  the big problem there.
12       Now, meth in Cleveland isn't like
13  meth in the western part of the United States.
14  Meth in Cleveland is -- it's -- it's more in
15  the -- in the gay -- in the gay clubs, not in
16  the mainstream, you know.  Or not it's sold on
17  the corners like it is anywhere else.
18       It's also -- there are circles of
19  it.  So once we broke into the circles for the
20  cooks, really we were able to eliminate almost
21  all of them to the point where they left for
22  the most part.
23       MS. BARBER:  That's all the
24  questions I have.
25       MR. ROMAN:  So, Sergeant, unless

Page 245

1  your counsel has questions, you are done for
2  today.
3       We have got 27,000-plus documents to
4  read.  I hope we don't have to come back here.
5  But unfortunately, we need to reserve that
6  right.
7       THE WITNESS:  Okay.  No.  I get it.
8  Sorry again for the documents.  I had nothing
9  to do with that.
10       MR. ROMAN:  No.  We don't blame you
11  at all, sir.
12       MR. McLAUGHLIN:  I just wanted to
13  say the pharmacy defendants join in that
14  reservation of rights.
15       MS. BARBER:  And the manufacturer
16  defendants do as well.
17       MS. DEBROSSE:  All right.  We're
18  done.
19       (Whereupon, the proceeding was
20  concluded at 3:33 p.m.)
21
22
23
24
25

62 (Pages 242 - 245)

Page 246

1    C E R T I F I C A T E
2
3        I, Bonnie L. Russo, Certified Shorthand
4    Reporter, and Notary Public, hereby certify:
5        That MATTHEW BAEPPLER was duly sworn by
6    me, an authorized Notary Public, and that this
7    deposition is a true and correct record of the
8    testimony given by such witness to the best of
9    my knowledge and ability.
10        I further certify that I am not related
11    to any of the parties to this action and that I
12    am in no way interested in the outcome of this
13    matter.
14        In witness whereof, I have hereunto set
15    my hand this day, January 20, 2019.
16
17    *Bonnie L. Russo*
18    Bonnie L. Russo
19    Certified Shorthand Reporter
20
21
22
23
24
25

Page 247

1              Veritext Legal Solutions
                1100 Superior Ave
2                  Suite 1820
               Cleveland, Ohio 44114
3              Phone: 216-523-1313
4
  January 22, 2019
5
  To: Diandra Debrosse Zimmerman, Esq
6
  Case Name: In Re: National Prescription Opiate Litigation
7
  Veritext Reference Number: 3191692
8
  Witness: Matthew Baeppler     Deposition Date:  1/17/2019
9
10 Dear Sir/Madam:
11
  Enclosed please find a deposition transcript  Please have the witness
12
  review the transcript and note any changes or corrections on the
13
  included errata sheet, indicating the page, line number, change, and
14
  the reason for the change  Have the witness' signature notarized and
15
  forward the completed page(s) back to us at the Production address
16 shown
17 above, or email to production-midwest@veritext.com
18
  If the errata is not returned within thirty days of your receipt of
19
  this letter, the reading and signing will be deemed waived
20
21 Sincerely,
22 Production Department
23
24
25 NO NOTARY REQUIRED IN CA

Page 248

1      DEPOSITION REVIEW
       CERTIFICATION OF WITNESS
2
  ASSIGNMENT REFERENCE NO: 3191692
3  CASE NAME: In Re: National Prescription Opiate Litigation
   DATE OF DEPOSITION: 1/17/2019
4  WITNESS' NAME: Matthew Baeppler
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me
7      I have made no changes to the testimony
   as transcribed by the court reporter
8
9  Date          Matthew Baeppler
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
       Statement; and
14     Their execution of this Statement is of
       their free act and deed
15
   I have affixed my name and official seal
16
   this _____ day of_____, 20____
17
18     _____
       Notary Public
19     _____
       Commission Expiration Date
20
21
22
23
24
25

Page 249

1      DEPOSITION REVIEW
       CERTIFICATION OF WITNESS
2
  ASSIGNMENT REFERENCE NO: 3191692
3  CASE NAME: In Re: National Prescription Opiate Litigation
   DATE OF DEPOSITION: 1/17/2019
4  WITNESS' NAME: Matthew Baeppler
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me
7      I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s)
9      I request that these changes be entered
   as part of the record of my testimony
10
       I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein
13 _____
   Date          Matthew Baeppler
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18     in the appended Errata Sheet;
       They signed the foregoing Sworn
19     Statement; and
       Their execution of this Statement is of
20     their free act and deed
21     I have affixed my name and official seal
22 this _____ day of_____, 20____
23     _____
       Notary Public
24
       _____
25     Commission Expiration Date

63 (Pages 246 - 249)

Page 250

1      ERRATA SHEET
      VERITEXT LEGAL SOLUTIONS MIDWEST
2      ASSIGNMENT NO: 1/17/2019
3 PAGE/LINE(S) /    CHANGE    /REASON
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19

   _____   _____
20 Date      Matthew Baeppler
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23    _____
   Notary Public
24
   _____
25    Commission Expiration Date

Veritext Legal Solutions
www.veritext.com          888-391-3376

**[& - 2004]**

| & |
|---|
| **&** 2:5 3:3,14,18 4:3,7 9:6,11,14 10:3 83:1,8 226:8 |

| 0 |
|---|
| **000011161** 119:19 |
| **000011161-1163** 6:7 |
| **000179751** 5:17 85:16 |
| **000180822** 36:7 |
| **000180822-827** 5:11 |
| **000182046** 6:15 134:19 |
| **000189730** 5:15 80:6 |
| **000247906** 6:17 138:3 |
| **000251274** 205:12 |
| **000251274-283** 7:16 |
| **000251552** 6:9 127:9 |
| **000266813** 150:8 |
| **000266815** 150:9 |
| **000267011** 5:23 99:11 101:6 |
| **00026712** 100:1,2 |
| **000267124** 7:10 190:18 |
| **000267423** 7:8 183:18 |
| **000267426** 197:25 |
| **000267426-429** 7:14 |
| **000267427** 198:1 |
| **000267609** 7:6 179:4 |

**000267663** 6:24 160:17
**000267678** 5:25 107:19
**000345261** 211:13
**000345261-268** 7:18
**000366813-875** 6:22
**001476069** 131:6
**001476069-6080** 6:11
**001476081** 133:7
**001476081-6092** 6:14
**001477213** 41:24
**001477213-7218** 5:13
**001477582** 6:3 112:5
**002231597** 94:5
**002231597-1607** 5:21
**002231621** 7:13 194:9
**002257384** 116:8
**002257384-385** 6:5
**002366453** 146:22
**002366453-6461** 6:19
**002371733** 7:4 166:24
**012** 99:11

| 1 |
|---|
| **1** 5:10 36:1,5 58:12 109:17 191:17 208:11,12 |
| **1,006** 167:25 168:8 |
| **1,059** 168:1 |

**1-5-18** 6:15
**1/17/2019** 247:8 248:3 249:3 250:2
**10** 6:6 69:14 88:11 119:10,14 123:8 150:19 188:15
**10018** 4:5
**101** 5:24
**106** 97:25
**107** 6:2
**11** 6:8 69:14 127:3 127:7,24
**11-25-12** 6:6
**1100** 247:1
**111** 6:4
**116** 6:6
**119** 6:8
**11937** 246:17
**12** 6:10 28:18 69:14 130:25 131:4,15
**13** 6:12 28:18 61:5 133:1,5
**130** 6:10 159:14
**132** 6:12
**134** 6:15
**137** 6:16
**14** 6:15 134:13,17 134:25 230:9
**146** 6:18
**149** 6:20
**15** 6:16 137:22 138:1,9 230:9
**152** 5:4
**15219** 3:20
**16** 6:18 146:16,20 147:1
**160** 6:23
**1607** 94:5
**164** 130:15

**166** 7:2
**17** 1:5,9,19 6:20 82:1 150:1,5
**179** 7:5
**18** 1:11,13 6:23 41:24 160:12,16
**1820** 247:2
**183** 7:7
**19** 7:2 166:20
**190** 7:9
**192** 97:22
**194** 7:11
**1970s** 73:3
**198** 7:14
**1990s** 73:4
**1994** 24:14
**1995** 24:15
**19th** 160:18 161:1
**1m** 210:3
**1s** 208:9
**1st** 166:25

| 2 |
|---|
| **2** 5:12 41:18,22 58:12 147:12 148:5,11 192:7 208:10,12 |
| **2-26-18** 5:24 |
| **2-27-18** 5:10 |
| **2-7-18** 7:6 |
| **2-8-18** 5:21 |
| **20** 7:5 116:13,24 162:23 179:3,5 246:15 248:16 249:22 250:22 |
| **2000** 54:10 74:17 |
| **20001** 3:15 |
| **2002** 26:19 |
| **2003** 25:1,18 61:4 |
| **2004** 26:14 28:11 28:20 29:6 |

**2005**  26:14 28:11
28:20 29:6 172:7
**2006**  95:12
**2008**  54:11,21,22
55:1 56:3,4 69:13
73:4 163:2
**2009**  54:11 55:1
56:3,5 73:4 163:2
**201**  10:10
**2012**  28:20 29:7,24
30:11 31:3 61:4
66:10 67:3 120:3
120:7 123:21
**2013**  7:4 28:20
29:7,24 30:11
31:3 66:10 67:4
82:1 127:16
128:19 166:25
167:4 168:19
**2014**  28:17 128:20
**2015**  28:17 54:22
130:22
**2016**  130:11,22
135:23,25 190:25
191:15,25
**2017**  5:20 6:11
31:2,4 32:7 80:13
81:1 96:18 97:11
98:10 127:16
130:14,16,22
135:16,22 136:25
142:11 192:1,1,15
192:18 210:18
**2018**  6:13 36:10,18
37:18 42:13 43:2
85:22 95:12,15
101:12 105:19
107:24 112:9,13
114:3 116:13,24
133:12,23,24
135:6 138:22

139:16 141:4
142:12 147:8
150:19 160:18
179:12,16,21
183:24 184:5
190:23 191:1,5
192:5,10,12
194:20 195:5,19
195:23 198:6
**2019**  1:19 246:15
247:4
**202-942-5000**  3:15
**205**  7:15
**205-983-7985**  3:4
**21**  7:7 183:17,19
**211**  7:17
**212-841-1221**  4:5
**213**  5:5
**216-523-1313**
247:3
**216-586-3939**  3:9
**219**  5:6
**22**  7:9 81:1 190:17
190:19 247:4
**22nd**  80:13
**23**  7:11 194:5,8
**2332**  3:3
**24**  7:14 46:1
197:24 198:3
**25**  7:15 85:22
120:3 162:24
205:7,11
**250**  97:3,20,21
**26**  7:17 107:23
211:12,14
**27**  36:7,10 112:9
112:13
**27,000**  8:17 245:3
**28**  190:23 191:5,9
195:23

**2804**  1:4,5
**29th**  194:20 195:5
195:19
**2m**  210:3
**2nd**  3:3
**2s**  208:8
**2sam14**  187:21

**3**

**3**  5:14 26:19 79:25
80:4,12 127:19,25
191:16,17
**3-20-18**  6:4
**3-27-18**  6:2
**3-28-18**  7:10
**3-29-18**  7:12
**3-6-18**  6:16
**3-7-18**  7:14
**3-8-18**  7:8
**30**  101:12
**30th**  105:19
**3191692**  1:25
247:7 248:2 249:2
**33**  131:14
**349**  96:24
**35203**  3:4
**36**  5:10
**385**  116:8
**3:33**  245:20

**4**

**4**  5:16 85:10,14
192:2,18
**4-19-18**  6:23
**4-30-18**  5:22
**40**  17:14
**41**  5:12
**412-560-7463**  3:20
**415-591-7059**  4:9
**429**  198:2
**44114**  3:9 247:2

**2804**  1:4,5
**45005**  1:9
**45090**  1:13
**45132**  1:11
**454**  148:11
**477**  96:20
**4th**  2:7 42:13

**5**

**5**  5:18 93:24 94:3
**5-10-18**  6:21
**5-24-18**  5:12
**5-25-18**  5:16
**50**  51:12 53:2,16
168:9
**51**  53:14
**5th**  7:2 135:6

**6**

**6**  5:22 99:5,9
101:2,5,10 139:15
**6-22-17**  5:14
**60**  51:12 53:14
**601**  3:14 95:7
**61**  146:22
**620**  4:4
**63**  119:19
**6th**  138:22 139:18
179:19 180:6

**7**

**7**  5:24 107:13,17
107:22 198:6
**70**  51:12 53:15
**79**  5:14
**7th**  179:12,16,23
199:9

**8**

**8**  5:3 6:2 111:25
112:3,8 183:24
184:5
**80**  51:12,14,17
52:23 53:3,15,19

60:19 65:16 67:3
67:17 131:6
**814** 150:8
**85** 5:16
**875** 150:9
**89** 185:19

**9**

**9** 6:4 69:14 116:2
116:6,12
**901** 3:8
**90s** 68:17,18
**92** 133:7
**93** 5:18 17:18
23:11
**94** 17:18 23:11
**94111** 4:8
**95** 25:1
**950** 2:6
**99** 5:22
**9:05** 1:20

**a**

**a.m.** 1:20
**aaron** 1:7
**aberration** 183:15
**ability** 246:9
**able** 89:7 140:3
149:8 202:25
244:20
**absolutely** 104:13
**abuse** 18:16,17
19:2,24 125:11
126:18 162:25
178:9,15 185:14
185:15 217:21
218:4,18 242:12
**abused** 178:1
**abusing** 151:21
**abusive** 67:22
**academic** 17:23

**academy** 24:15,17
**access** 171:8
**accidentally** 156:2
**accurate** 88:1
128:10 178:7,9,15
178:17 182:21
191:23 192:3,8
196:13 197:17,19
197:20
**accurately** 70:10
180:8
**acknowledge**
248:11 249:16
**act** 248:14 249:20
**actavis** 228:12
**acting** 218:7
**action** 40:1 243:8
246:11
**actions** 240:1
**active** 99:17,22
102:4 104:6
106:23
**actively** 33:11
**activities** 149:13
**activity** 69:16
107:4
**actual** 100:24
188:10 202:18
238:25
**add** 31:23
**addict** 49:8,9
55:21 66:8
**addicted** 43:8,9
50:16 51:2 55:9
55:11,23 65:5
66:1 70:13 125:20
136:9,15 161:17
164:21 165:7
181:12 217:22,24
219:3 230:25
231:5 235:10,16

237:21 240:8,15
240:17 241:14
**addiction** 43:12,16
57:17 110:7
217:18,21 218:4
218:18
**addictive** 55:20
230:22,25
**addicts** 136:8
161:18 217:17
**additional** 154:1
219:22
**address** 10:9
122:8,8 163:20
203:4 247:15
**addresses** 15:12
15:13,14,18,22
120:25,25
**addressing** 178:8
**adds** 121:2
**administer** 40:2
157:2 198:25
199:6
**administered**
108:25 109:1
162:20 200:11
202:21
**administration**
230:18
**administrations**
40:13
**administrator**
135:9
**ads** 224:23
**advertising** 228:22
**advised** 10:12
**affiliated** 38:10
**affixed** 248:15
249:21
**afford** 126:1

**aftermath** 48:15
**agency** 207:2,7,13
**ago** 10:24 20:3
28:3,16 35:25
60:20 78:18
163:19 172:5
195:16 223:23
230:23 233:3
239:3,3
**agree** 81:13 85:3
160:2 175:2,11,16
178:6 222:8 235:9
235:14,17
**agreements** 77:4
**ah** 148:4 242:2
**ahead** 32:16 89:16
122:14 156:13
159:25 179:13
191:2
**aid** 83:2 214:21
215:10
**aimed** 124:17
**al** 1:8,10,12,13
**alabama** 3:4
**alarms** 188:9
**alcohol** 186:6,12
186:17 241:5
**alert** 183:25 186:4
186:20 187:16,17
187:18,25 188:1
202:16
**alerts** 184:9
186:11 187:15
188:8 189:21
190:11
**alive** 63:24,25 64:1
**allergan** 228:1
**alleviating** 79:18
**amended** 101:2
**amount** 46:9
108:24 162:19

173:23 177:4,5
243:20
analog 99:3
analysts 113:7
andrejeak 123:14
announcements
224:24
answer 11:21
18:19 46:21 52:11
53:11 56:10,11
60:10 63:8 64:10
68:10 69:22 70:9
85:8 89:7 90:21
102:5 115:24
128:14,17 137:4,6
168:21 169:12
186:23 216:15
220:4 234:19
236:5
answered 126:11
antenna 74:3
anticipate 225:22
anticipated 6:18
104:2
anxiety 241:4
anybody 10:6 13:8
13:19 226:2
anymore 84:8
anyway 82:18
apadukone 4:9
appear 69:10
149:10 194:22
207:12 209:11
210:14 248:11
249:15
appearances 3:1
4:1
appeared 236:21
appears 124:21
130:11 167:18
198:8 205:18,19

210:16,17
appended 249:11
249:18
applied 151:8
approval 148:19
230:12
approve 147:13
230:19
approved 148:7
approves 230:14
approving 147:12
approximately
51:18
april 42:13 101:12
105:19 160:18
161:1 210:18
arcos 170:8,12,18
area 10:13 25:7
26:15,20 34:13
86:17 143:4
150:21 163:9
232:24
areas 109:20
121:23 141:23
233:6,20
arisen 104:20
arm 130:6
arnold 3:14 10:3
arnoldporter.com
3:16
arrest 66:5,6 79:2
79:5,6 243:9,12
arrested 57:3
106:19,20
arrests 34:23
243:16
article 20:20
articles 20:19
224:21
ascent 42:23 43:4
43:6,23

aseem 4:7 9:10
152:14
asian 81:15 85:5
aside 163:22
195:17
asked 38:18,19
63:24 66:23
173:21,25 174:3,7
194:3 196:3 201:4
220:2 238:23
asking 13:6 50:2
53:7 56:1 59:5,15
63:23 66:21 70:11
73:8,10 89:1
90:15 103:2 111:4
141:25 147:24
166:12 175:24
176:5 196:9 197:5
201:12 213:15
216:13,25 237:6
asks 161:14
aspect 113:7
assessment 27:9
90:17 234:24
assessments 90:7
assigned 25:7
27:23 34:2,3,6,9
34:16 45:20
146:12
assignment 248:2
249:2 250:2
assist 172:22
217:24 240:21
assistance 151:9
208:24 240:25
241:1
assistant 4:18
associated 15:19
22:3 157:10
association 44:14
112:10,19 147:4

207:11
associations 38:9
assume 11:22
18:24 25:13 63:24
72:5 103:24 128:9
assuming 32:18
88:18 128:10
atf 18:13
athletes 49:15
64:16
athletic 111:8
attached 105:16
117:7 127:24
150:6 195:7,12,15
198:11,13,18
249:7
attaching 194:10
attachment 6:21
7:12 150:9 151:4
194:11,13 195:17
198:1,8,16 199:18
199:25 201:16
attachments
127:23
attempt 121:8
attend 44:7 147:9
233:25 234:15
attended 139:23
233:23 234:2,8
attending 112:24
attention 16:16
36:17 57:17 80:10
81:6 86:5 92:3
103:13,20 108:10
113:23 135:13
140:23 148:10
180:4 224:13
attorneys 12:8
13:10
attributable
235:20

**attributed**  239:25
**august**  147:8
**austin**  101:11,15
**authentic**  118:17
   119:3
**authorize**  249:11
**authorized**  246:6
**automated**  151:13
**available**  47:8,9
   72:14 73:1,3,16,16
   79:16 128:19
   134:5 148:14
**ave**  247:1
**avenue**  2:6 3:3,8
   3:14 4:4 10:10
**average**  168:25
**avoid**  153:16
**aware**  45:7,10
   55:19 56:3 63:12
   64:25 69:20 71:7
   76:24 79:14 83:16
   83:20 84:9 86:21
   101:24 102:20
   104:22 145:2,23
   157:9 159:4,13
   165:24 166:16
   171:5,10 183:4
   204:1,2 220:22
   221:6 230:14
   232:6,18 235:4,7
   235:19 236:22,23
   237:2

**b**

**baby**  83:10,11
   226:10
**back**  9:2 27:22
   28:1,4 31:9,11,13
   31:16,19 32:9
   37:25 53:19 64:3
   64:8 65:14,18
   68:13 99:20 100:1

100:4,8,14,22
101:23 105:16
106:21 119:17
121:24 122:2
123:8 127:18
138:17 141:14
161:20 164:3
222:24 235:25
245:4 247:15
**bad**  63:11 117:3
   242:18,21
**baeppler**  1:17 2:1
   5:2 8:3,10 9:21
   10:8 36:4 37:7
   41:21,22 65:15
   80:3,4 82:7 85:13
   85:14 94:2 99:8,9
   99:23 101:4 112:2
   112:3 116:5,6
   119:13,14 127:6
   131:3,4 133:4,5,19
   134:16 137:25
   138:1 142:22
   146:19,20 150:4
   152:13 179:11
   183:24 190:24
   194:21 198:7
   219:15 246:5
   247:8 248:4,9
   249:4,13 250:20
**baggy**  130:6
**bailys**  42:23
**barber**  3:18 5:6
   9:12,12 100:7,24
   219:14,18 230:10
   231:7,12 235:3
   238:18 239:9,23
   240:5 243:23
   244:23 245:15
**base**  46:9 54:13

**baseball**  182:23
**based**  63:17 65:17
   69:25 78:25 81:15
   84:17 85:4 87:20
   89:19 90:16
   200:19,23
**baseline**  178:3,4
**bashein**  12:10
**basic**  218:12
**basically**  35:13
   38:18 43:7 44:16
   76:19,23 120:12
   140:2 180:18
   200:4,10
**basing**  141:8,9
**basis**  34:14 74:4
   88:23 104:14
   126:24 136:11
   177:2 196:15,16
   238:4
**bates**  16:4,5 95:8
   119:16 148:12
   160:16 166:24
   179:4 183:18
   190:17 194:9,12
   197:25 211:12
**bearing**  36:6
   41:23 80:5 85:15
   94:4 99:10 107:18
   112:4 116:7 127:8
   131:5 133:6
   134:18 138:2
   146:21
**bears**  150:7
**becoming**  164:21
**bed**  56:21
**began**  49:17 62:3
   135:24
**beginning**  59:7
   64:7 113:1

**begins**  81:7 210:18
**behalf**  2:19 3:2,6
   3:11,17 4:2 9:11
   9:13,16 10:3
**belatedly**  8:23
**belief**  49:1,5 50:3
   55:5 73:14 92:24
   104:15 133:18
   134:9 164:19
   193:8
**believe**  37:21 38:3
   43:20 72:22 75:3
   75:12 76:1 77:9
   80:24 84:23 87:25
   88:23 89:21 90:5
   90:10 93:1,11
   99:1,23 104:11,12
   104:12 106:3,24
   116:23 117:1
   126:23 127:11
   129:8 130:8
   131:16 136:16
   139:4 144:6
   151:17 152:2
   157:3 164:4
   183:11 184:17
   192:9 194:12
   195:9 196:19
   204:19 219:2
   222:12 225:11
   226:19 232:3,19
   232:25
**believed**  62:3
   88:14
**believes**  187:22
**belong**  222:20
**bertel**  140:9
**best**  53:16 55:12
   69:11 178:20,23
   186:1 190:8
   193:23 197:21,22

217:24 246:8
**better**  38:21
  176:13 196:4
  206:20
**beyond**  185:20
**big**  74:10 187:2
  244:11
**bill**  189:14
**binders**  114:23
**bino**  34:18
**birmingham**  3:4
**bit**  23:16 60:15
  68:19 69:1 121:10
  186:13
**black**  84:5,7 95:24
  231:8
**blame**  150:17
  245:10
**blind**  96:3
**blue**  118:18 161:9
**blurb**  225:3
**blurbs**  224:10,21
**board**  37:14
  171:13,18 172:1,2
  172:3,10
**bockius**  3:18 9:14
**body**  55:22 184:12
**bona**  104:13
**bonnie**  1:24 246:3
  246:18
**boss**  30:2 81:13
  85:2
**bottom**  36:23
  80:10,18 81:7
  117:5 125:8
  147:22 151:2,2
  186:5 191:7
  198:25 199:5
  200:2 201:16
**bought**  111:20
  126:25 127:1

**box**  231:8
**brain**  224:15
**break**  11:25 57:23
  61:17 63:20 65:10
  65:15 90:12
  118:14 137:14
  142:18 211:17
  213:22
**brian**  42:23
**brief**  148:25
**bring**  27:21
**broke**  208:7
  244:19
**broken**  25:10
  180:16
**brought**  28:1,4
  31:13
**build**  29:18
**building**  4:4 29:21
**bunch**  80:19,20
  116:19 135:1
**burden**  224:14
**bureau**  26:23
  127:14 151:8
  167:1
**burglaries**  66:3,7
**burling**  4:3,7 9:6
  9:11
**business**  42:18
  73:22 81:2 86:2
  101:16 108:3
  112:14 116:25
  135:7 150:24
  160:25 179:15
  180:1 184:6 191:4
  195:6 205:25
**busy**  142:16 181:4
**buy**  92:17,20
  164:14 165:15
  233:10

**buying**  92:25
  164:11 233:13
**buys**  50:12,13
  61:2 122:12

**c**

**c**  5:1 8:1 190:25
  246:1,1
**ca**  247:25
**cabinet**  236:4
**cable**  74:2
**california**  4:8
**call**  16:4 39:22
  40:24 129:8 132:5
  184:17,19 185:9
  185:16,16,21,25
  191:14 234:17
**called**  8:4 39:20
  130:6 136:10
  162:9 187:21
  202:17,18,25
  234:9
**calling**  162:6
**calls**  129:13
  144:23 187:20
**cancer**  56:19
**capacity**  11:3,5,6
**caption**  82:7
**car**  25:6,11 50:14
  205:21 210:9,10
**care**  108:6 152:7
**career**  19:18 45:23
**carfentanil**  47:17
  97:22
**carlton**  36:11
**carry**  136:13
  156:11,15,16
  159:6
**carrying**  18:14
  146:8
**cars**  65:18

**cartel**  84:17
  115:11
**cartels**  34:14
  84:24
**case**  1:5,9,11,13
  7:18 14:2,5 29:21
  29:22 44:14 62:6
  70:20 79:21,21,22
  82:8 83:10 114:2
  128:19 141:3
  161:24 172:24
  173:6 178:8
  185:23 192:19
  203:16,19,25
  204:10,11 208:25
  211:22 215:17
  216:21 217:12
  219:19 225:10
  226:14 237:8
  238:23 239:7,11
  240:2 247:6 248:3
  249:3
**cases**  29:22 58:8
  63:12 88:22 89:2
  89:24 90:4 94:19
  125:12,16 126:21
  135:19 141:18
  143:16 144:11
  165:1,18 173:4
  220:19,20 242:21
**cash**  121:25
  122:10
**catch**  183:9
  185:23 186:3
  241:7
**categories**  57:23
  58:10,12,21
**categorize**  98:21
**category**  47:20
  96:9

cause 86:17 96:19
130:9 145:16
184:14 215:18
235:22,24
caused 49:2 54:25
71:2,5 90:19
161:3 162:14
215:4,8 236:24
causes 109:24
causing 98:15
110:2 243:19,21
ccmeo 183:25
cellophane 189:14
centre 3:19
century 45:25
cephalon 227:10
certain 26:23
68:20,21 76:1,2
86:17 122:7 124:2
130:1 151:17
201:19 209:3
212:6,9 213:14
certainly 150:13
233:16
certificate 18:9
249:11
certificates 17:24
18:5
certification 20:8
248:1 249:1
certifications
17:23 18:2
certified 17:21
218:11 246:3,19
certify 246:4,10
chain 5:10,12,14
5:16,24 6:4,20,23
7:5,7,9,11 36:9,12
42:12 107:22
chance 42:5
119:24 184:2

change 72:7
106:17 247:13,14
249:8 250:3
changed 55:4 56:6
197:3,4
changeover 69:17
changes 247:12
248:7 249:7,9
characteristics
122:7
charge 169:22
170:2
charges 22:4
chart 128:4
charts 232:4,6,9
check 78:22
checked 196:21,23
chemicals 244:6
chief 140:8 148:9
child 244:8,8
china 81:15 84:10
84:22 85:5
choice 82:16
chris 9:15
christopher 3:7
ci 50:15,15,18
circled 148:11
circles 244:18,19
circumstances
208:18
cis 66:12 103:14
103:16
city 1:10 3:2 4:18
11:7 15:14 18:7
22:15,24 23:4,17
23:19,22 24:7
25:9 26:18,21
27:6,10 68:23,25
148:19 149:9
152:22 153:4
155:12 158:6

171:22 177:19
180:15 186:10
189:18,22,25
190:2 194:23
214:16,21,25
215:4,8,18 216:1
216:20 217:10
224:4 240:9,10,11
240:18
city's 149:24
180:16
civil 248:5 249:5
claiming 216:1
claims 239:10
clarifying 220:12
class 20:21 62:22
classes 20:19
claw 99:20 100:1
clawed 100:22
101:23 105:16
222:24
clawing 100:7,14
cleaned 129:25
cleans 188:20
clear 46:17 51:20
147:21
cleve 5:11,13,15
5:17,21,23,25 6:3
6:5,7,9,11,14,15
6:17,19,22,24 7:4
7:6,8,10,13,14,16
7:18 16:9 36:6
41:24 80:6 85:16
94:5 99:11 101:6
107:18 112:5
116:8 119:19
127:8 131:6 133:6
134:18 138:2
146:22 150:8,9
160:17 166:24
183:18 190:17

194:9 197:25
198:1 205:11
211:13
cleveland 1:10,18
2:8 3:2,9 4:18
6:18 7:17 9:16
10:10,11,13 11:4,7
15:14 16:25 18:7
23:17,20 24:6
25:9 26:19 43:18
45:16 64:22 67:21
71:21 72:10 74:22
75:18 78:15 79:20
83:24 84:4,13
92:11 94:15 98:6
98:13,13 103:7
104:23 105:4
113:14,17 114:4
121:16 124:14
126:4 127:13
129:4 133:20
134:3 138:19
141:4,11 145:17
149:2,7 152:23
153:18 157:5
158:16 159:4,13
162:25 165:22
168:24 170:6,12
170:13 171:6,7
175:5,5,13,14
176:1,4,7,7,8,9,9
176:10,10,21
177:11,19 178:16
178:21 180:15
181:8 182:12
189:19,19 194:23
203:8 205:24
207:3 211:1,21
224:4 233:11,24
234:22 235:5
238:4,9 240:6,9,10

240:11 242:11
244:12,14 247:2
**cleveland's** 186:10
**click** 151:2
**clinical** 108:5
**close** 32:20 45:25
**closely** 27:6 29:14
**closest** 49:22
**closets** 52:21,21
**clubs** 244:15
**clue** 130:6
**cmha** 207:8,10
**cmmclaughlin**
3:10
**coca** 23:25
**cocaine** 5:19 19:11
35:5 47:4 54:15
54:16,23 57:24
60:12 62:11,13,20
63:1,7,10 68:4,15
69:1,2 92:25
93:15 96:23
110:12 113:3
114:3,10 121:20
124:7 125:3
135:20,23 136:20
164:11 165:2,3,15
173:10 188:24
242:15 243:4
**cocktail** 236:2
**codes** 201:6
**coding** 15:15
209:6
**coffin** 110:6,16,18
**coke** 92:14,21 93:7
**cola** 23:25
**colleagues** 13:23
13:24 156:19
219:25
**collected** 94:22
95:2,5 128:12

132:9,15,16
133:16
**collection** 20:23
**college** 17:3,5 18:1
23:25 24:1,2
**color** 96:3 118:16
**column** 206:22
207:1,13,22 208:4
209:21,25 210:11
212:11
**columns** 209:11
212:15
**combat** 39:2
**combination**
237:24
**come** 9:1 26:16
61:22 63:18,22
76:22 84:20 86:23
87:6 98:10 103:13
103:20 106:12,15
110:2 129:17
140:4 177:9
212:25 213:7,8
224:11,20 233:9
234:20 245:4
**comes** 57:16 83:24
83:25 84:4,12,14
84:15,22 177:8
180:7 187:18
206:2,5 209:15
212:5,6
**comfortable** 56:22
**coming** 44:19
84:10,24 120:18
121:19 130:18
220:25 221:5,7
**commander** 35:19
140:6,7,8 147:16
147:17 148:8,24
153:22,24 179:22
190:7 191:5,13

192:17 193:14,20
194:1,25 196:2,8
196:17 225:11,12
234:3
**commanders** 37:8
**commission**
248:19 249:25
250:25
**committed** 26:24
27:3
**committing** 29:16
66:7 107:6,8
**common** 188:12
229:23
**communicated**
172:1
**communication**
172:9
**community** 43:1
67:23 243:18
**companies** 3:12
74:7 82:22 83:6
214:10,12 216:24
217:15 219:13
224:6 239:19
**company** 144:16
214:25 215:23
217:2,2 227:8,9,20
**compare** 175:24
203:3
**complaint** 14:5,12
82:8 212:19
243:18
**complaints** 212:20
212:25 213:7
**complete** 10:15
18:6 175:3,12,20
**completed** 247:15
**completing** 141:18
**complexity** 31:24

**compliance** 7:18
40:16,21,24 41:11
41:15 125:11,16
126:22 177:24
211:22 213:6
**complicated** 31:19
**composition** 55:22
**compounds** 90:13
**computer** 18:8
203:11
**concern** 44:22
86:17 93:19
180:24
**concerned** 141:17
141:22 146:3,7
159:16,17
**concluded** 245:20
**condition** 219:7
**conditions** 129:24
**conduct** 16:18
215:3,7,16 216:21
217:11 239:6
**conference** 42:25
44:2,6,13 45:5,13
147:3,9
**conferences** 44:5,8
**confess** 66:6
**confidential**
103:14,17,21
**confined** 244:1
**confirmation**
90:17
**confirmed** 129:20
**confiscated** 93:15
**confused** 111:5
**connected** 27:7
29:14 106:25
233:4
**connection** 14:10
18:3 32:8,10

| | | | |
|---|---|---|---|
| **connelly** 35:18 179:12 225:11 | 65:18,24,25 **convey** 39:14 | 133:11 135:3,7,11 135:16 138:20,23 | 248:10 249:15 **couple** 11:15 |
| **consider** 137:7 145:15 | **convictions** 75:12 77:5 | 139:16 143:11 147:9 148:5 149:9 | 14:18,22 27:18 35:25 43:22 129:6 |
| **considered** 30:1 128:3 162:2 | **convinces** 111:14 **cook** 244:5 | 150:21 152:5 165:4 180:3 | 144:3 171:24 173:13 185:12 |
| **consistent** 136:5 | **cooking** 244:7 | 196:11,13 214:14 | 203:17 208:9 |
| **constant** 243:15 | **cooks** 244:20 | 215:24 216:16,17 | 223:23 227:3 |
| **consumes** 152:10 | **coordinating** | 220:17 227:14 | 233:3 236:1 |
| **contacting** 171:7 | 39:11 | 231:16,22 232:2 | **course** 19:20,25 |
| **contain** 113:4 114:23 | **copied** 80:21 135:2 | 246:7 **corrections** 247:12 | 20:5 40:1 42:17 81:1 83:6 86:1 |
| **contained** 114:6 120:21 | **copies** 101:11 **copy** 100:3,25 | 249:17 **correctly** 191:12 | 100:2 101:16 108:2 112:13 |
| **containing** 113:5 114:5 120:18 | 119:15 **corner** 16:3 50:23 | **corresponding** 205:20 | 116:25 129:19 135:6 150:24 |
| **context** 200:20 229:18 | 50:24,25 95:9 147:23 148:13 | **cost** 22:9,12,12 148:18,19 149:9 | 160:25 165:11 169:7 179:15 |
| **continuation** 164:9 | **corners** 244:17 **corporation** 4:2 | **costs** 22:2 45:14 157:9 216:19 | 180:1 184:5 191:4 195:5 196:9 |
| **continue** 8:22 81:14 85:4 89:18 | 8:8 152:19 **correct** 24:8 25:18 | 217:10 239:25 **counsel** 8:4,7 9:23 | 205:25 235:17 236:23 241:7 |
| 140:25 152:15 164:8 | 28:21 30:6,17 32:1,4 34:7 40:22 | 9:25 13:16 152:18 213:24 219:12 | **court** 1:1 45:5 248:7 |
| **continued** 4:1 6:1 7:1 61:13 | 40:23 42:18 43:2 47:9,17 48:3 | 245:1 **counselor** 74:2 | **cov.com** 4:6,9 **cover** 150:18 |
| **continuing** 141:5 | 59:17 65:19 71:3 | **count** 122:17,17 | 180:21 |
| **continuously** 28:10,12 | 79:23 81:23 82:4 86:2 87:23 88:1,4 | **counterfeit** 53:22 54:1,2 59:24 | **covington** 4:3,7 9:6,11 |
| **contributing** 73:5 234:24 235:6 | 88:7,24,25 89:22 89:25 91:24 92:23 | 71:16 104:9,12 113:4 114:14,25 | **cpd** 207:2,7,21 **crack** 19:10 54:15 |
| **control** 9:3 48:21 224:16,19 | 93:8,22 94:20 101:12,13,16,17 | 115:18 118:9,10 118:13 177:13 | 54:15,23,23 68:14 68:18,19,25 88:16 |
| **controlled** 70:7 151:19 | 107:7,12,24 108:3 108:8 110:18 | 221:23 **counting** 142:6 | 88:17 90:20 92:5 92:14,21 93:14 |
| **convenience** 242:20 | 111:15 112:10,14 112:20,21 113:14 | **countries** 81:16 84:11 85:5 | 186:3 242:14 **craig** 12:10 |
| **conversation** 13:7 66:11 200:21 | 114:7,8,11,12,18 116:14,20 119:6 | **county** 1:8,12 5:20 94:13,19 95:12 | **created** 41:16 73:18 |
| **conversations** 13:13 50:5 51:4,6 | 120:3 124:12,15 124:18,19,22,23 | 98:5 135:10 233:12,12,24 | **credits** 18:1 |

[crew - debrosse]

**crew** 29:1
**crime** 229:8,15,21
  229:25 230:4
**crimes** 25:13 26:1
  26:2,7,23 27:3
  29:17 66:2 107:7
  107:8 203:9,21
  204:5
**crisis** 43:1 44:5
  48:6,8
**crisp** 118:20
**crush** 60:4 89:6
**crushed** 60:2 70:1
  70:2,17 89:8 91:9
  91:11,19,21
**crypto** 121:25
**crystal** 20:15
**cuadra** 123:13
**cudo** 34:18
**curious** 65:3
  177:21
**currency** 121:25
**current** 90:4
**custodial** 8:18
**cut** 49:20 55:11
**cuyahoga** 1:8 5:20
  94:12,19 95:11
  98:5 135:10
  207:10 233:24
**cvs** 83:2 214:21
  215:7 226:25

---

**d**

**d** 8:1 207:22
**d.c.** 3:15
**damages** 216:1
**damaging** 242:15
**dan** 1:6
**dangerous** 244:3,3
**dangers** 44:18
**data** 37:22 39:17
  94:22 95:1 128:12

128:18 203:13
204:7,9 205:23
206:2,5,10 210:17
210:22 211:6
212:4,8
**database** 170:9,16
170:18 203:9,19
203:24 206:8
**date** 42:17 86:1
101:15 108:2
120:3 150:24
168:2 195:18,23
209:12 247:8
248:3,9,19 249:3
249:13,25 250:20
250:25
**dated** 5:10,12,14
5:16,22,24 6:2,4
6:15,16,21,23 7:6
7:8,10,12,14 36:9
42:13 80:13
101:12 112:8
138:22 147:7
150:19 160:18
166:25 179:12
183:24 190:22
**dates** 205:20,21
**dawn** 136:10
161:5,7,8
**day** 3:7 9:16 14:19
29:3 39:12 48:11
48:18,20 64:5
68:21 152:8,8
177:5 196:7,17
201:20 216:5
218:25 219:1
246:15 248:16
249:22 250:22
**days** 12:20 55:20
180:2 247:18

**dea** 34:3,10 81:13
85:2 105:11 106:2
143:19 171:7
172:22 173:2,21
173:25 174:3,12
175:2,11,19 176:5
177:12 233:25
234:7
**dead** 48:13
**deal** 19:10 22:7
26:4 29:15 32:21
35:2 48:18,19
49:7 50:19 150:14
174:21 183:1
185:13
**dealer** 29:11 50:19
50:22 54:19,20
111:14,17,21
181:12
**dealers** 20:18
108:15 109:5,23
110:3,5,10 115:15
115:16 141:19
243:19
**dealing** 19:8 20:17
29:13 47:6 48:13
48:14 83:13
155:25 182:19
**deals** 34:13
**dealt** 19:14 43:21
54:14,21 77:22
83:8
**dear** 247:10
**death** 32:1 48:14
56:21 140:25
183:12 184:14
217:1
**deaths** 5:19 95:12
96:19 98:15
133:19 134:2
136:1,23 235:19

236:10,24 237:17
238:1
**debrosse** 3:2,3
9:22 12:12 18:18
22:6 23:7 32:15
42:2 46:20 47:22
56:9 57:6,19
58:13 61:10,14
63:16 64:9 68:9
72:3,11,15 73:7,13
76:8 81:24 82:14
83:19 85:6 87:7
88:12 95:3 97:5,9
97:13 98:7 99:15
99:18 100:6,11,16
101:1 102:2
104:17 105:7
110:4 122:13
123:4,23 126:10
128:21 137:3,6
140:15 149:15
153:20 156:12
157:19 158:9
159:7 162:17
163:5 164:15
165:9,25 166:5,9
167:13 168:11
169:5,24 170:14
174:8,17 175:7,21
178:10 181:9
182:7,16 186:18
189:23 190:14
192:21 194:15
196:5 197:15
200:15 201:2
207:14 210:4,19
211:4,8,16 212:12
213:1,13 216:22
230:7 231:10
235:1 238:10
239:8,12 240:4

243:5 245:17 247:5

decade 136:2

decades 67:21 72:14

december 135:15 135:15 166:25

decent 46:9

deception 212:21 212:23

decline 133:20,22 134:2

decomposed 184:13 186:22

decorative 11:3

decrease 146:13 161:3 162:14,16 162:19 169:7

decreased 67:6 169:4

decreasing 67:17

deed 248:14 249:20

deemed 39:21 247:19

defendant 8:7 152:18 213:24 215:17 216:21 217:11 219:12 239:6 240:1

defendants 9:13 10:4 82:9,11 214:3,8,13 219:19 226:13,17 245:13 245:16

define 62:10 76:9 76:18

defining 45:13 70:25

definitely 192:10

definition 21:12 21:19 76:14,16

definitive 53:11 60:9 128:17

definitively 69:22 71:10 89:8

degree 17:19,20 137:2

degrees 17:22

deliver 121:9

delivered 121:21 121:22 175:4,13 176:4,6

delve 52:16

demand 76:23

demise 56:23

department 11:4 23:14,23 24:7,11 28:7 43:19,24 57:3 61:7 64:22 74:22 75:18 76:6 78:1 79:6 102:22 104:24 105:5 108:6 113:14,17 114:4 122:11 123:3 124:14 126:4 127:13 129:4 138:19 149:2,7,13,13 153:18 157:5,17 158:16 162:23 165:23 168:25 170:12 171:6 175:6,14 176:2 177:17 181:8 185:1 189:20 190:6 203:8 205:24 207:4 211:1 225:9 234:23 235:5 240:6,10,12

241:15 243:3 247:22

department's 151:8 182:12

departments 158:14 159:5,9,19 159:21

depending 21:21 55:22 173:3

depends 22:15,22 22:25 76:14 132:13 178:1 188:18 209:5

deposed 13:18,20 223:19,22 225:9

deposition 1:17 2:1 8:15,21,22 10:17 12:7 36:1 41:18 79:25 85:10 93:24 99:5 101:2 107:13 111:25 116:2 119:10 127:3 130:25 133:1 134:13 137:22 140:8 146:16 150:1 160:12 166:20 179:5 183:19 190:19 194:5 198:3 205:7 211:14 225:21 246:7 247:8,11 248:1,3 249:1,3

depositions 11:2 14:2 225:17

deputy 148:8

describe 19:5

description 186:5 186:11 204:16

designate 209:8

designates 209:8

destination 121:16

detail 27:23 161:10

detailed 31:9

details 198:25 199:6

detect 152:4

detective 25:3,17 25:21,25 26:9,22 34:6,18 59:12 60:24 65:20,22 70:20 74:25 75:1 75:6,22 77:13,15 77:16,18 113:13 113:16,21 123:13 132:5,13 143:10 143:15,16,18 146:1 147:8 149:7 166:13 170:4 174:11,14,16,18 194:23,24,24 225:13 238:22

detectives 33:12 33:25 34:2,5 35:10,15 41:10,13 59:4 65:7 87:9,11 87:22 126:5 140:3 149:3 151:25 171:20,20 193:10

determination 128:25

determine 118:10 129:5

detour 121:10

developed 46:3

diagnose 218:3,17

diagnosis 217:20 218:19

diandra 3:2 247:5

**die** 181:15 242:24
**died** 236:8 237:7
**difference** 95:25
  119:2 208:10
**different** 27:18
  39:25 51:16 62:20
  62:21,21,24 63:2
  111:4 129:6 143:6
  151:11 163:9
  172:13 174:21
  218:1 234:18
**difficult** 85:8 96:3
**direct** 36:16 80:9
  81:5 86:4 108:10
  113:23 143:23,25
  180:4 218:23
  219:5
**directing** 92:3
  135:13 140:23
  148:10
**direction** 21:12,13
  21:18
**directly** 32:10
  120:13 155:20
  223:12
**director** 4:18
**disagree** 110:20
**disappear** 135:24
**disclose** 85:2
  102:3 104:14
**discount** 83:1
**discovered** 163:19
**discuss** 88:3
**discussed** 13:15,22
  96:13 114:9 153:1
  153:6,8,9 243:25
**discussion** 100:15
  149:1 152:17
  200:23,24 223:1
**discussions** 152:22
  201:4

**disguise** 117:23
**disguised** 117:8,15
**dismantled** 26:21
**dismantling**
  124:18
**disorder** 218:5,18
**dispatch** 202:17
**dispense** 231:19
**distinguish** 56:13
  232:7,10
**distributed** 41:9
  177:11
**distribution** 83:18
**distributor** 78:2
  171:8
**district** 1:1,1 7:2,3
  25:3,18,21,25 26:9
  26:18 27:1,25
  28:16 29:24 31:6
  31:7 45:5 60:25
  65:21,23 167:2,3
  168:17 169:25
  180:6,10,13,18,21
  180:24 181:24
  182:5,25 207:25
**districts** 25:9
  180:14,16,17
  183:3 208:1
**diversion** 21:6,8
  21:10,12,16,24
  34:1,6 75:21 78:8
  78:10 142:23
  143:2,5 144:3
  145:12,15,19,24
  146:2 147:5 152:4
  152:5 165:24
  166:4,6,8,14
**divert** 21:15
**diverted** 52:13
  58:1 59:19 61:25
  62:14

**division** 1:2 6:18
  24:13 77:14 108:7
  113:19 167:1
**doctor** 52:15,25
  57:5,16 78:21
  79:2,7 144:6
  145:2 151:21
  238:20
**doctor's** 78:21
**doctors** 49:15
  52:19 74:23 75:5
  139:13 145:7
  173:22 213:8
**document** 1:6 36:6
  36:13 41:23,25
  42:6 80:5,7 85:15
  85:17 94:4,6
  99:10,12,21 100:2
  101:5,7 107:18,20
  112:4,6 116:7,9
  119:15,20 120:2
  127:8,10 131:5,7,9
  133:6,8,10,15
  134:18,20 137:14
  137:17 138:2,4,12
  138:16 140:14
  146:21,23 150:6,7
  150:7,10 160:15
  160:16 166:23
  167:5,8,18 179:3
  180:8 183:17
  190:16,22 194:8
  197:24 205:10,12
  205:17 206:21
  210:18 211:11,20
  211:24 212:1,5,11
  214:2,7
**documented**
  218:14
**documents** 8:17
  8:19,24 14:16,18

15:25 16:2,12
  35:11 94:8,10
  100:5,22 131:10
  150:11 169:9
  186:9 199:22
  245:3,8
**dog** 121:3,4
**doing** 29:8 30:4,5
  31:14 35:13 59:5
  59:6 65:19 66:3
  69:15 77:19 93:8
  97:17 117:18
  120:11 153:14,15
  159:10,21 172:11
  172:12,15 174:19
  190:2,6 241:8,22
**dollar** 189:13
**dose** 181:13
**doses** 110:11
**double** 74:12
**doubt** 199:8
**downer** 62:23
**download** 194:16
**downsized** 26:20
**downtown** 27:4
**dozen** 33:11 66:19
  66:20 67:8,8
  106:11,15
**drafting** 14:11
**draw** 165:19
**drinking** 240:19
**drip** 221:13,24
**drop** 204:19 205:1
**drug** 18:16,16
  19:2 21:6,16,23
  26:2,6 27:11
  29:11,13,21,21
  34:25 45:22,24
  50:16,19,22 51:2
  59:17,24,25 60:5
  62:6,9 63:13,25

64:2 70:13 83:2
92:12 93:6 108:15
109:4,23 110:3,5
110:10 111:10,14
111:15,17,18,21
115:15,15 117:24
121:3,17 122:12
124:18 125:10
126:18 141:19
142:23 143:2
145:24 147:3,5
149:8,22 150:21
159:21 162:25
167:25 170:5
185:4,14,15,19
187:1 189:2,2,8
191:21 203:9,14
203:20 204:18
230:17,25 237:23
241:5 243:19
244:3
**drugs** 19:2,4,4,13
19:17 21:7,17
22:2 27:7 29:13
35:2 41:5,6,8 46:3
46:4,6,14,18,25
47:3,16 48:24
52:13 57:23 67:22
68:1,2 84:18
86:22 89:21 90:20
92:10,21 96:15
98:14,21 110:2,11
110:22,24 111:20
114:6 120:18,21
121:6,7,17 124:2,2
124:4 128:2 130:8
132:11 146:5,6
167:24 168:24
169:3 170:13
173:17 174:20,21
176:6 186:6,12,16

212:21 216:25
218:25 219:3
220:16,20 232:15
233:10,14 239:14
239:21 240:17
242:10
**drummond** 80:20
**due** 34:12 81:14
85:4 125:10
**duly** 8:5 246:5
**duties** 25:6
**dying** 86:18,19

**e**

**e** 5:1,10,12,14,16
5:22,24 6:2,4,15
6:20,23 7:5,7,9,11
7:14 8:1,1 14:22
14:25 15:7 35:23
36:8,9,12,18,25
37:12 39:12,13,14
42:12,13,16 80:12
80:18,18,25 81:7
85:20,21,25 86:5
87:5 88:3 91:16
100:17,20,21,25
101:10,14,18
107:22 108:1,11
108:12 109:3
112:8,12,16
116:13,16,17,23
117:5 124:8
134:24,25 135:5
135:14 138:18
150:12,19,19,23
151:3 160:17,20
160:24 179:9,10
179:14,18 180:5
180:23 181:18
183:22,23 184:5
184:10 190:23
191:3,7,8 192:11

192:16 193:20,21
194:10,13,16,20
194:21 195:4,8,18
195:18 196:2,8
198:6,7,11,18
199:9,10,18,19
200:14,20 206:8
223:2 227:5
240:23 246:1,1
**earlier** 60:18 62:2
67:18 72:21 93:13
93:19 96:14
103:16 111:7
114:9 115:1
136:22 140:14,14
149:1 161:6
162:24 170:22
200:22 201:15
208:2 210:13
214:1 217:17
220:24 222:22
234:2
**early** 74:17
**earth** 15:5
**easier** 55:23
**easiest** 130:4
**east** 68:23 86:8
**eastern** 1:2
**economic** 45:14
**ecstasy** 35:5
**ectasy** 125:1
**education** 17:21
**edwards** 34:20
**effect** 49:24
193:24
**effective** 129:11
**effectively** 37:23
**efforts** 108:14
**eight** 13:1 24:25
**eighth** 4:4

**either** 43:19 59:19
59:19 60:11 66:11
77:4 127:24
135:20 147:18
159:21 167:10
176:15 190:6
193:20 209:5
225:13 230:20
**eliminate** 244:20
**email** 247:17
**emanating** 122:7
**emergency** 40:7
108:7 140:4
**emitted** 244:6
**employee** 171:6
240:25 241:1
**employees** 144:17
144:20 241:14
**ems** 37:7,22 38:3,5
38:11,20 39:5,11
108:25 129:7,7
153:6 155:14,19
158:3 162:9
**enclosed** 247:11
**encounter** 84:3
**encountered** 57:13
83:5,23
**ended** 135:18,22
154:21
**endo** 3:11,11 10:3
227:19
**ends** 110:9 125:25
**enforcement**
45:22,24 67:21
68:2 124:12
**engaging** 75:20
**entailed** 20:11
**enter** 35:11 132:24
203:13,16,20
204:6

entered 204:14
249:9
entering 204:9
207:16,20 212:8
entire 27:5,10
45:23 51:5 168:2
248:5 249:5
entities 83:13
entitled 42:25
120:2
epidemic 39:3
45:13 48:6,7,10,17
48:19,23 49:3
54:8 56:7 72:9,23
73:6 145:16 163:1
232:19,20 233:7
234:25 235:6
243:2,4,25 244:1
epidemics 242:12
equipment 154:2
errata 247:13,18
249:7,10,18 250:1
especially 44:25
92:24 121:18
143:18 146:11
150:15 171:20
174:24 182:25
238:14
esq 3:2,7,13,18 4:3
4:7 247:5
estimate 168:23
estimates 176:11
176:12,14,15,16
176:20 177:3
et 1:8,10,12,13
european 81:16
85:5
evening 23:1
event 7:15 113:8
205:13,15 206:18
209:14,18

eventually 79:8
111:10 125:22
164:23
everybody 12:13
49:10 189:7
229:10 241:19
everyday 64:14
everyone's 54:18
evidence 89:2
129:23 132:6,9,14
132:15,24 185:4
187:1 189:1
191:16
ex 13:17 54:14
exact 52:17 55:3
56:11 63:5 74:18
160:21 206:4
215:20
exactly 21:3 29:8
97:17 136:20
143:21 162:18
165:22 166:18
181:25 200:16
201:8,19 209:7
216:23 220:21
243:7
examination 5:2
8:4,7 152:15,18
213:24 219:12
examine 8:22
examined 8:6
148:3
examiner 94:16,18
94:20,24 185:6,15
187:17 188:4
examiner's 5:18
94:13,25 135:10
example 16:8
52:12 63:11 96:17
130:23 154:17
212:18

examples 45:3
189:11,12
exception 12:2
182:9,18 183:6
exchange 81:22
116:13
exchanged 80:12
excited 113:8
exclusively 54:16
excuse 137:5
executed 249:10
execution 248:14
249:19
exhibit 5:10,12,14
5:16,18,22,24 6:2
6:4,6,8,10,12,15
6:16,18,20,23 7:2
7:5,7,9,11,14,15
7:17 36:1,5 41:18
41:22 79:25 80:4
80:12 82:15 85:10
85:14 93:24 94:3
99:5,9 101:2,5,10
107:13,17,22
109:17 111:25
112:3,8 116:2,6,12
119:10,14 123:8
127:3,7,19,23,24
127:25 130:25
131:4,14,15 133:1
134:13,17,25
137:22 138:1,9
146:16,20 147:1
150:1,5 158:2
160:12,16 166:20
179:3,5 183:17,19
190:17,19 194:5,8
194:14 195:22
197:24 198:3
205:7,11 211:12
211:14,16

exhibits 5:9 6:1
7:1,25
exists 210:22
expected 13:15,23
expecting 136:21
expense 6:19
experience 20:13
20:17 29:12 50:4
51:15,16,17 54:1,5
59:14 60:14,17
61:7,9 71:15,18
84:17 87:21 89:20
92:14 98:12,13
111:16 114:20
119:9 125:20,25
126:3,13 136:6
141:10 142:1,1,10
142:13 161:15
218:22 231:5
233:16 242:11
243:6
experienced
242:12
expert 189:7
expertise 217:20
218:21
expiration 248:19
249:25 250:25
explain 58:24
161:7 164:10
186:14
explained 155:14
155:16 162:4,15
explanatory
209:12 210:12
212:14
explode 243:1
explore 203:16,19
203:25 204:10
explosions 244:4

exposure  44:22
expressing  93:19
  180:24
extended  16:24
extent  172:8
extremely  55:20
  222:16

**f**

f  124:8 246:1
fact  30:15 53:24
  59:2 60:4 70:16
  104:9 109:23
  114:2 141:3
  144:22
factor  142:5
factors  120:23
  121:1 234:24
  235:6
failure  185:18
fair  46:2,5 182:11
  197:12 215:15
  219:7 239:24
fairly  209:3
fall  161:21 186:3
falling  129:10
falls  96:9
false  40:13 188:9
familiar  10:25
  21:5 76:12 82:21
  94:9 117:14,16
  120:5 131:9 144:2
  145:9 151:12
  170:20 206:7
  230:11 232:23
  233:7
families  48:15
family  64:12
  136:13,14 161:13
  188:19 199:17
far  64:3,8 112:22
  231:17

fashion  199:4
fatal  6:8,8 102:14
  108:16 109:24
  110:11 127:14
  129:1,22 130:3
  152:8 180:7,25
  181:13 209:1
fatals  6:10,13 59:9
  59:10 82:1 87:13
  87:15,17 136:18
  142:11 190:25
father  13:20
fbi  34:4,17,21,22
  117:7,12 220:6,8
  220:10,15
fda  230:11,14,16
  231:9
february  36:10
  107:23 179:12,16
  179:18,23 180:5
federal  22:24 23:4
  45:5 230:17
fedex  120:16
feed  224:11
feeding  144:12
feel  111:23
feeling  51:19 73:9
felony  26:1,4
fentanyl  5:19 35:6
  44:17,18,23 46:8
  47:17 58:1 60:11
  60:12 62:17 63:15
  71:14,17 79:12,14
  79:15,17,22,23
  84:19,21 86:22,24
  88:17,17 90:20
  92:5,9,11,13,17,22
  93:6,7,16,21,22
  96:10,14,19 97:3
  97:21 98:21,22
  99:2,3 110:12,13

110:25 113:4,5
  114:7,11,17,19,23
  117:8,14 118:3
  119:6 135:19,25
  136:19 137:8,10
  137:12 155:25
  164:12 165:3,15
  177:6 188:23
  221:10,11,13,18
  221:21,23,24
  222:2,7,10,15,17
  232:12 237:23
fewer  115:19
  160:3
fide  104:13
field  204:16,17
  218:20
fifth  167:3 168:17
figure  28:5 29:18
  39:19 40:5 60:19
  65:4,16 67:17
  161:2 162:13
  174:24 197:1
figures  95:16,20
file  8:18
fill  213:3
filling  167:10
  213:11
filtered  211:7,10
final  110:6,16,23
  110:23 111:1
finally  228:20
find  60:7 70:16
  71:12 78:19 90:19
  92:8 97:9 124:5
  132:18 181:10,11
  196:22 247:11
finding  67:13
  113:3 114:5 242:9
findlay  17:6,8,9,10
  23:11

finger  239:20
finland  17:7
fiorilli  112:20
fired  241:9
firm  9:6,14
first  23:12 25:3,18
  25:21,25 26:9,18
  26:25 37:6 39:4,8
  39:25 60:25 65:21
  65:23 68:14 69:19
  71:6,20 74:13,20
  74:20 86:5 96:8
  100:8,9 105:20,22
  106:4 110:17,20
  110:21,23 113:12
  124:9,23 139:14
  140:24 154:5
  155:15 171:25
  172:5 187:10,14
  188:2 192:13
  201:24 206:22
  212:20 223:15
  226:18 230:21,23
  241:9 242:14
five  25:9 28:16
  31:11 33:22 61:8
  67:14 98:19
  130:15,20 180:14
  208:1 239:3
fixing  117:3
fled  79:9
flip  54:18
flood  73:20
flooded  73:24
floor  2:7 3:19
flopped  54:18
flow  123:17
fly  122:2
foaming  129:9
  130:2 161:22

**focus** 19:16 85:21
108:14 124:1
131:19
**focused** 124:3
159:23 160:1
**folded** 189:12,13
**folks** 80:21 116:19
135:1,2
**follow** 74:4 160:11
219:21 243:14
**followed** 113:6
**following** 46:24
166:10
**follows** 8:6
**force** 16:23 34:4
34:17,22 45:20
72:2 105:12
124:12,15,17
180:19 220:6,10
220:15 233:24
234:10,13,20
**forces** 45:19
**foregoing** 248:13
249:18
**foreign** 84:10
**forgery** 145:10
**forget** 242:2
**forgive** 111:5
**form** 18:18 22:6
23:7 32:15 46:20
47:22 56:9 57:6
57:19 58:13 61:10
61:14 63:16 64:9
68:9 69:2 72:3,11
72:15 73:7,13
76:8 81:24 83:19
85:6 87:7 88:12
95:3 97:5 98:7
105:7 110:4
122:13 123:4,23
126:10 128:21

137:3 140:15
145:12 149:15
153:20 156:12
157:19 158:9
159:7 162:17
163:5 164:15
165:9,25 166:5
167:13 168:11
169:5,21,24
170:14 174:8,17
175:7,21 178:10
181:9 182:7,16
186:18 189:23
190:14 192:21
196:5 197:15
200:15 201:2
207:14 210:4,19
211:4,8 212:12
213:1,3,4,13
216:22 220:25
221:5,7,9 222:3
230:7 231:10
235:1 238:10
239:8,12 240:4
243:5
**formal** 30:8 43:19
43:21
**formalized** 234:23
**former** 13:24 43:7
171:20
**forms** 44:19 54:16
75:20 79:15 84:6
213:12 221:11
**formula** 83:10,11
226:10
**forth** 18:14 20:18
29:22 30:7 31:20
45:1 47:5 87:5
115:6 161:11
173:3 227:1
232:13

**forward** 147:17
190:24 226:1
247:15
**forwarded** 243:13
**found** 27:4 67:14
78:20 90:13 132:6
132:11 186:17
197:1
**four** 12:20,22
28:16 31:11,12
57:23 58:10 98:18
159:15 242:6
**fourth** 58:21 208:4
**frame** 74:19 230:3
**francisco** 4:8
**frank** 123:14
**frankly** 59:10
115:22 153:16
184:13 190:1
234:11
**free** 22:17 23:6
161:13 248:14
249:20
**frequency** 92:9
**frequently** 125:11
**friend** 111:20,21
**friends** 50:17
134:8
**front** 4:8 127:20
**fu** 12:10
**fu's** 12:11
**fuli** 3:5
**full** 12:11 23:12,23
24:5
**fulton** 87:18 88:21
**funky** 144:25
**further** 117:17
152:18 219:10
246:10

**g**

**g** 8:1
**gain** 171:8
**game** 182:23
**gamut** 19:7
**gang** 18:4,12
26:21 27:2,9,11,22
27:24 28:2,24,25
29:2,4,11,12,16
30:16,21 31:4,10
31:13,14,20 61:1
120:14 128:13
146:4,4,8,12
149:18 159:12,13
160:1 163:8
172:11,12 174:10
223:18
**gangs** 26:24,25
27:6 29:9
**garbage** 189:15
**gary** 36:10 80:19
179:11 183:23
190:23
**gas** 242:20
**gather** 39:2 56:8
99:14
**gathering** 225:6
**gay** 244:15,15
**gedeon** 116:17,24
191:8,11
**general** 45:21
50:11 51:25 69:18
74:5 146:6 182:4
**generally** 102:5
125:22 213:7
214:11
**generating** 211:2
**geographic** 180:20
**getting** 13:18 55:6
55:15 110:1
121:20 123:18

151:18 154:21
181:16 196:3
**gingell** 36:10,25
80:19 81:20 85:1
85:22 140:8 148:8
148:24 153:24
179:11,22 183:23
190:7,23 191:5
192:17 194:25
196:2,17 225:12
**gingell's** 191:13
193:20 194:1
**girls** 233:4
**give** 10:9,15 31:8
34:12,15 45:2
52:17 53:17 58:23
60:9,18 70:22,23
78:22,23 99:18
100:17,19 103:1
104:7 128:17
136:11 154:13
161:8,9,12,13
179:8 230:3
237:14
**given** 44:9 72:13
76:22 109:18
129:11,15 163:16
178:20 186:16
237:20,21 246:8
**gives** 111:21
**glad** 103:15
**gloves** 87:3 93:17
**go** 17:3,5 26:8
32:16 36:23 37:11
40:10 62:14 64:3
64:8 78:20 89:16
91:5,7 95:7 96:18
96:23 97:2 112:23
112:25 122:14
125:8,19,22
127:18 130:15

132:18 136:8,12
136:18 138:17
141:14 144:25
145:6 147:2,15
155:15 156:13
159:25 164:3
166:17 171:20
179:13 185:5,25
187:23 190:9
191:2 216:4 227:2
234:5 237:22
238:23 241:6,8,16
241:23 242:24
243:8,11,17
**goal** 29:15 181:15
242:8
**goals** 242:7
**goes** 62:7 73:21
123:2,6 185:20
**going** 8:20 9:1
11:22 17:13 18:8
19:21 31:19 53:19
54:9 56:2 65:14
70:15 82:9 92:18
97:15 99:20
109:14 113:2
117:5 118:5 123:8
142:2,11 143:20
144:14,20 152:9
152:15 155:4,5
156:4,5 159:11
160:9 163:7 164:3
164:7 166:17
168:19 169:7
179:2 182:21
183:16 188:1
189:4,17 190:16
192:25 193:23
194:13 212:14,15
223:22 225:13,14
242:2

**good** 8:10 118:25
119:1,4 129:12
176:2 178:17
219:2 226:11
**gordon** 138:18,25
139:2,8 140:11
153:2
**gosh** 163:12
**gotten** 144:23
200:5 229:12
**government** 22:24
23:5
**grade** 117:20
**graduate** 17:15
237:22
**graduated** 23:10
**grant** 43:24
148:13 149:14
151:9
**grants** 22:21,23
23:5 149:1,19,24
150:14
**grasp** 145:18
**gray** 95:24
**great** 111:23
137:18 154:14
**greatly** 108:14
**greg** 10:2 146:1
**gregory** 3:13
**gregory.schinner**
3:16
**ground** 11:15
180:7 239:16
**group** 31:20 43:7
82:10 207:23
234:9
**groups** 44:10
**grow** 81:14 85:4
141:1,5
**grows** 19:12

**guard** 24:12
**guess** 40:6,19
48:19 52:22 53:3
53:5 76:15 143:4
178:2 191:14
197:3
**guessing** 13:1
171:4 210:25
**guilty** 183:10
**gun** 208:22
**guy** 185:19
**guys** 33:5 37:13
59:11 100:18
112:23 161:21
193:5,15,18 194:2
196:4,11
**gx** 228:20

**h**

**h** 35:23
**half** 53:6,13 91:3,6
106:11,14 113:3
114:3 199:5
201:16
**halfway** 167:20
**hall** 123:14
**hand** 16:3 95:9
97:16,18 120:13
120:13 125:19,19
143:19 147:23
148:13 179:2
183:16 190:3
197:23 205:14
238:23 246:15
**handed** 99:8 150:4
166:23
**handful** 204:20
**handing** 36:4
41:21 80:3 85:13
87:3 94:2 107:16
112:2 116:5
119:13 127:6

131:3 133:4
134:16 137:25
146:19 160:15
194:7 205:10
**handle** 26:6,7
153:22 220:16
241:1
**handled** 205:22
**handles** 125:11
174:11
**handling** 93:17
126:22
**hands** 143:19
**handwriting**
148:17
**happen** 26:4 49:11
64:18 161:19,24
168:16 182:3
185:24
**happened** 55:4
56:6 63:3,4,6
75:11 146:14
181:2
**happening** 238:13
238:21
**happens** 73:22
111:16,24 122:24
181:3 182:25
183:5,14 185:8
188:11 216:7
236:14 239:17
**happy** 11:18 12:1
181:18
**hard** 28:7 46:23
58:23 66:16 90:23
95:22 143:7
174:24 188:16
192:23 193:4
195:13 234:19
**harm** 215:4,8,18

**harry** 140:9
**hate** 189:9
**haven** 35:21
**haw** 241:25
**hawaii** 79:9
**hbc** 214:25 215:23
**he'll** 143:19
**head** 188:21 220:5
**heading** 124:8
**headline** 224:11
**health** 3:12 138:19
244:10
**hear** 11:17 238:13
**heard** 82:23,25
170:8 224:24
225:2 227:4,10,12
227:13,20 228:1,3
228:5,12,14,18
231:8 233:17
**hearings** 11:13
**heart** 185:18
**height** 78:15
**heights** 78:16
**held** 2:1 38:2
100:15 139:21,22
152:17
**help** 43:8 108:14
109:14 168:22
169:11 217:24
218:10 219:3,6
240:18 241:21
**helped** 163:20
**helpful** 96:2,6
**helps** 77:20
**hem** 241:25
**hereunto** 246:14
**heroin** 5:19 6:10
6:12 19:11 31:25
32:22 35:5 46:10
47:16 49:8,23
53:20 54:19,24,24

55:13 57:25 60:11
60:11 61:2 62:17
62:22 63:1,7,15
68:19,20,24 69:7
69:17 71:14 81:21
81:25 82:3 83:18
83:23 84:3,5,8,9
85:3 88:16,17
90:19 92:14 93:15
96:16 97:25
110:12,25,25
111:11 121:20
124:7,22 125:2,12
125:17,22,25
131:17 133:19
134:2,10 135:20
135:24 136:1,8,9
136:18,23 137:9
137:12 161:18,19
164:24 173:8
176:17,19 177:1,4
177:6,7 181:13
188:24 200:12
219:1 232:12
237:23
**heron** 68:5
**hey** 50:22 111:22
141:16 144:13,19
144:24 155:15
187:21
**hi** 172:15 219:15
**hidi** 16:23 32:3,14
32:23 33:4,5,14,17
33:18 35:8,15
36:18 37:17 39:21
59:1 105:12
113:20 152:7
192:19
**high** 49:14,24
150:20 173:22
218:8

**higher** 130:22
135:22 193:9
**history** 17:20
63:25 64:2 185:13
185:14,17,20
**hit** 173:19
**hits** 121:4
**home** 136:12
**homicides** 159:14
243:22
**honest** 128:16
**honestly** 139:10
**hook** 164:6
**hooked** 55:15
64:17 73:21 111:9
164:6
**hope** 50:17 137:14
137:15 245:4
**hoping** 182:2
**hospital** 139:22
221:16
**hospitals** 142:7
241:17
**hours** 12:24 13:1
50:21 51:1,1
242:1
**house** 244:5,8
**housing** 207:11
**huge** 155:22
163:12
**hugh** 134:25
**huh** 15:9 16:10
25:14 28:22 30:18
37:5,10,16 38:14
42:15,19 43:3
60:21 80:15 81:9
148:16 164:22,25
180:12 186:8
191:10,19 195:20
195:25 202:8

**human**  45:13
**hundred**  11:11
  182:21 213:15
**hurt**  242:10
**hydrochloride**
  117:9,15
**hypothetical**
  237:12

**i**

**ics**  65:18
**idea**  22:8 23:8
  43:25 93:8 96:11
  131:13 134:9
  168:20 212:4
  213:10,18
**ideas**  83:25 84:2
  96:12 104:1,3
  115:9,10 116:1
**identification**  16:7
  36:2 41:19 80:1
  85:11 93:25 99:6
  107:14 112:1
  116:3 119:11
  127:4 131:1 133:2
  134:14 137:23
  146:17 150:2
  160:13 166:21
  179:6 183:20
  190:20 194:6
  198:4 205:8
  211:15
**identified**  100:23
**identify**  10:1
  104:21,22 118:9
  238:3 239:25
**identifying**  18:13
**illegal**  46:14,18,25
  47:3,16 57:24
  58:10,22 59:20
  60:5 79:23 107:4
  111:15 122:3,11

186:6,12,16
  212:22 221:22
  222:11,14,18
**illegally**  47:9
  59:18 221:20,25
  237:15
**illicit**  47:16 58:1
  59:20 79:22 93:21
  232:7
**imagine**  71:22
  94:24 126:6,13
  128:5 132:20
  213:8,20
**immediate**  208:24
**impediment**
  155:22
**importance**  208:8
**important**  39:18
  109:1 178:6,14
  181:8 208:12,13
  208:15,19
**impossible**  90:24
**impression**  93:9
  161:25 199:7
  200:5
**imprint**  118:20
**improper**  238:7
**inaccurate**  197:14
**incident**  181:20,23
  209:13,13
**incidents**  182:6
  189:22 204:4
  206:23 238:11,15
**include**  26:2 48:23
  96:15 173:4
  186:11
**included**  7:25
  247:13
**includes**  178:24
**including**  14:11
  16:18 48:24 80:21

96:10 97:3,21
  98:22 116:19
  135:2 194:23
**inclusion**  128:3
**incomplete**  182:13
**inconsistent**  137:1
**incorporated**
  249:12
**incorrect**  90:8
**increase**  163:3
  169:7
**increased**  67:6
  169:3
**increasing**  67:16
**incurred**  216:20
  217:10
**independent**  16:19
**indicate**  132:10
**indicated**  42:11
**indicating**  247:13
**indictments**
  190:25 191:15
  192:1,5
**indiscriminately**
  76:20,21
**individual**  172:9
**individuals**  194:22
  225:8,16,20
**industries**  3:17
**ineffective**  40:3
**inflicting**  146:9
**influx**  113:4
  114:13 115:18
**info**  38:20 108:14
  158:14,19 178:19
  178:20 183:8
  201:21
**informal**  43:19,20
**informants**  103:14
  103:17,21

**information**  14:10
  38:24 39:2,13
  64:23 87:5,25
  108:19,20 132:19
  133:16 144:12
  172:21,25 173:22
  177:23 178:7,15
  178:18 181:7
  197:17 200:22
  201:25 202:11,13
  202:14 203:20
  204:14 205:15
  212:10 226:13
  228:10 229:1
**initials**  148:24
**inject**  161:24
**injured**  181:16
**injuries**  56:18
**injury**  49:14 51:22
  52:15 56:25 111:9
**insert**  231:9
**inserts**  230:15
**inside**  118:15,17
  144:12
**instance**  57:10
  149:6 215:14
**instances**  104:19
  164:10 215:20
  236:9
**instruction**  104:17
**insys**  228:14,16
**intelligence**  113:7
**intensity**  150:20
**intentional**  236:20
**interaction**  172:14
**interactions**
  171:12
**intercepted**  177:7
**interdiction**
  120:11,15 123:10
  123:11,21

**interest** 131:24
132:2 163:9
**interested** 201:7
201:10 246:12
**internet** 16:19
**interpretation**
111:1
**interrogatory**
14:6,12
**interrupted** 89:13
89:15
**interrupting** 89:18
**interview** 140:3
**intravenously**
221:16
**introduce** 9:8
50:16
**invaluable** 202:3
**investigate** 26:1
29:17 39:22 75:19
125:16 180:9
**investigated** 29:9
74:23 75:6 76:7
78:1,6 107:4
**investigation** 77:9
99:25 104:6 143:8
172:22 223:5
**investigations**
27:11,12 32:1,22
44:14 45:2,3 75:9
76:24 77:2,4,12,21
78:9,11 99:17,23
102:4 143:24,25
146:4 152:9
203:14 226:7
**investigators**
147:5
**invests** 6:10,12
**involuntary** 192:6
**involve** 88:11
173:5 220:20,22

222:7 234:7
**involved** 14:9
29:12 31:25 32:1
32:5 33:4,24
45:22,23 58:9,20
61:22,23 66:2
79:22 83:17 88:7
88:24 89:3,5,21,25
91:9 102:14
108:16 129:5
152:5 203:11
204:6,11,11,22
215:21 216:6,7
239:15 243:21
**involving** 34:24
204:4 223:6
**irrelevant** 122:19
**isolated** 181:20,22
**issue** 44:17 86:20
100:10,12 153:10
181:1 182:1
**issued** 147:4
**issues** 93:12 241:2
**it'd** 128:10 209:19
**it'll** 111:22
**iv** 221:17

**j**

**jail** 24:13
**jailer** 23:17,21
24:7
**james** 107:23
160:18 198:7
201:4
**january** 1:19 5:20
6:11,13 135:6
246:15 247:4
**jen** 195:3
**jennifer** 116:17
191:8,11
**job** 1:25 20:17
23:12,16,22,23

24:5,5,6 35:12,13
122:20 176:2
230:24
**jobs** 24:3
**john** 143:14
213:20
**johnson** 83:1,1,8,9
226:8,9
**join** 245:13
**joining** 23:22
**jones** 3:7 9:16
**jonesday.com**
3:10
**judge** 1:6 45:5
**judgments** 89:20
**jump** 173:17
**june** 24:14 80:13
81:1
**justice** 151:9

**k**

**k** 4:3
**k2** 88:21 91:23,23
93:15 242:18
**keep** 12:25 28:7
64:23 77:17
122:18,22 154:16
169:19 192:14
193:5 197:16
**keeping** 105:5
**keeps** 75:3 76:3
**keith** 81:13 85:3
**kill** 244:7
**killed** 181:11,16
183:11
**killing** 102:19
**kilos** 176:24 177:9
**kind** 17:19 18:2
19:15 28:7 58:23
62:19 68:7 90:23
104:7 123:16
125:19 129:23

131:25 154:15
155:9 168:21
169:20 186:25
188:16 193:4
195:13 202:1
212:13 225:5
236:3 241:4
**kinds** 126:21
173:1,1
**king** 68:15
**klamert** 112:23
113:16 194:24
**knew** 105:10
115:4 141:12
214:11
**know** 11:18 12:2
12:14 13:5 14:13
15:8,21,22 16:5,11
16:15,22 18:7
19:17 20:14,14,15
20:16,21 21:2,2,7
21:8 22:2,11,18,20
29:20,21 31:15,18
32:24 33:6,11
34:21 36:12 39:19
40:12 41:1,2,8,15
43:4,11,17,21,23
45:1,1,7,9,10
46:11 50:25 52:6
52:10,10,12,14,20
52:21,23 53:13,18
53:21 54:21,22
55:7,9,18 56:1
59:23 60:6 61:6
61:12,15,24 62:1,5
63:3,8 64:4,13,15
65:6,8 66:1 67:7
68:13 69:14,24
70:5,5,6,8,9,12,21
70:21 71:2,5,9,16
71:19,22,23,24

**[know - lengthy]**                                                Page 21

72:4,7 73:24 74:7
74:8,9 75:5,8,14
75:16,24 76:2,2
77:1,11,25 78:3
79:18 84:15,21
85:1,7 86:11 87:2
87:11 88:9,10,14
89:5,10 90:12,13
90:15,21,22 91:8
91:13 92:18,22
94:22 95:1,4,20
96:8 98:8,25
102:24 103:25
104:8 105:3 106:6
106:24 113:9
114:10 115:4,8,17
115:22,24 117:13
118:21,24 119:5,7
119:8 121:8,19
122:4,15,16,16,24
123:2,5,9,15,17,20
123:24 125:5
126:3,8,16,21
127:22,24 128:1,2
128:8,9,18,22,24
129:1,18 130:6,8
130:17,24 131:21
131:23 132:15
133:9 134:10
137:9 138:15,25
139:2,17 140:3
142:1,2,5,9,9
143:3,21 144:7,11
144:22 145:3,4
146:2 148:7
149:12,17,22,23
151:7,10,14,19,25
155:21,23 156:2
156:21 157:16,21
157:23 158:8,10
158:12,14,20

159:1,8,9,10,10
161:22 162:3
163:18,25,25
169:8,22 170:4,5,7
170:11,15,16,17
170:17 171:3,5,19
175:18,18,22,23
175:23,23 176:12
176:14 177:12,15
177:18,19,20,21
177:22 178:1,4
182:1,2 184:1,14
185:18 186:19
187:6,25 188:22
188:23 189:16,18
189:24,25 190:3,5
190:7,9 192:2,20
193:11,11,13
194:4 195:12,14
196:9,20 197:2
200:3 201:8,20
202:16,17 203:5
203:10 204:23
206:2,5,10 207:24
208:5,22 209:4,22
209:23,25 210:3
210:17,20,22,24
210:25 211:3,6,9
212:7 213:2,6,16
214:7,12 215:25
216:13,14,18,23
216:25 217:4,14
218:14 219:20
220:2,23 221:16
222:10 224:12
225:8 226:16,19
226:25 227:7,16
228:6 230:16,17
230:18,19,19,24
230:24 231:2,17
232:16 233:9

234:3,15,17,18,22
235:2 238:13,14
239:13,14,18,21
240:16,16,20
241:10,16,17,18
242:4,4,5,7,20,23
243:7,12,15,17,19
244:16
**knowing** 163:22
**knowledge** 214:15
214:20,24 225:4
238:7 246:9
**known** 32:3 67:22
121:6 163:18
226:25
**knows** 170:7 176:5
177:20
**kretch** 4:18

**l**

**l** 1:24 124:8 206:8
246:3,18
**l.p.** 1:8,10,12
**lab** 90:11,18 91:1
118:11
**labeled** 166:24
179:4 190:17
**labels** 229:4,7,8,9
229:10,14,15,20
**laboratories** 228:4
**labs** 19:10 173:14
**laced** 93:16 164:12
165:3
**lake** 123:14
**lakeside** 3:8
**large** 34:23 73:15
102:14 173:13
182:20 183:14
188:9 220:16
**lasted** 31:10
**late** 31:3

**latest** 141:21
**law** 4:18 9:6 67:21
124:12 191:21
**lawful** 56:14
**lawfully** 52:8
57:14 61:25 107:9
107:11
**lawsuit** 214:8
216:2 223:16,20
223:21,25 224:3,5
224:25 225:5
227:9
**lawyers** 9:7,8
49:15
**lay** 21:2
**layer** 31:24
**layoffs** 26:20
**lead** 77:8,11
125:12,17 164:20
**leads** 184:22
**learn** 90:6 166:3
169:18 170:13
223:15,19 230:21
**learned** 20:14,23
21:4 39:16 223:20
223:22
**leave** 19:21 171:21
**led** 217:1
**left** 148:13 188:20
205:14 244:21
**legal** 58:2 118:2
222:11 247:1
250:1
**legally** 59:17
231:13 237:14
**legislative** 11:13
99:21 102:3
**legitimate** 51:23
52:1,15 57:16
**lengthy** 150:16

**lerms** 203:4 206:7
206:11,13,16
209:15
**letter** 6:16 247:19
**level** 109:20
131:25 239:16
243:10
**levels** 136:2 216:7
**lewis** 3:18 9:14
**liable** 163:11
**licensed** 52:9,15
52:24 231:25
**lieutenant** 35:18
123:13 170:2
**life** 183:12
**likes** 147:3
**limited** 145:19
171:14 172:15
224:1,2,15 225:4,7
233:15 242:17
**line** 36:21 37:6
86:5 92:4 95:24
95:24 157:3
183:25 190:24
216:4 247:13
249:7 250:3
**lines** 95:23 118:19
144:15,21 145:1
151:22 174:12
233:5
**link** 151:2 164:19
165:19
**lion's** 60:13
**list** 23:19 82:18,22
101:19,22 105:15
105:24 106:3,5,18
106:18,20,22,25
108:22,23,24
134:23 195:2
196:16 214:2
222:23,24 223:3

226:18,21 232:16
**listed** 232:15
249:7,17
**listen** 197:21
**listing** 167:23
249:7
**lists** 105:6,10,20
106:7 232:11
235:5
**literally** 54:18
118:23 122:1
**litigation** 1:5
247:6 248:3 249:3
**little** 23:16 28:3
31:18 40:18 60:15
68:18 69:1 144:25
161:9 180:19
183:13 186:13
224:10,19
**live** 10:11,13,13
13:17 48:11
**llp** 3:18 4:3,7
**local** 115:15
**locally** 115:13,14
115:15
**location** 176:7,8
205:21 210:11
**locations** 68:21
108:25 205:18,19
210:14
**log** 151:18
**long** 24:16,23
25:20,22 45:21
56:4 71:23 105:4
106:23 158:25
214:2
**longer** 56:25 150:7
**look** 37:6 82:18
95:19,21 96:5,17
100:16,19 114:21
118:12 119:1

122:6,6 124:20
130:1,10 141:20
144:8 179:8 189:1
195:21 197:2
198:20,21,23
200:9 201:18,23
202:13,14,15
**looked** 14:22,23
45:9 82:20 96:7
157:24 232:4
**looking** 16:13
90:25 95:8 120:17
121:15 141:7
142:4 158:1
164:14 189:17
195:22 225:25
**looks** 45:11 95:23
144:25 147:3
168:12 189:15
206:1
**lorain** 233:12
**lot** 14:7 19:19
31:19 52:18 64:15
69:15 74:10 82:12
84:7 92:15 94:7
103:22 115:3
121:19 129:19
141:12 142:14
144:6,10 154:3
172:11 181:23
183:1 186:21
193:3,4 218:7
219:20
**lots** 51:3 116:1
120:16
**lottery** 163:23
**love** 89:7 111:22
**low** 192:24
**lower** 16:3 95:9
135:25 147:22
148:12

**lowest** 136:2
**lpa** 2:5
**lunch** 137:15
142:18

**m**

**m** 3:7 138:18
206:8
**madam** 247:10
**mail** 5:10,12,14,16
5:22,24 6:2,4,15
6:20,23 7:5,7,9,11
7:14 36:8,9,12,18
36:25 37:12 42:12
42:13,16 80:12,18
80:18,25 81:7
85:21,25 86:5
87:5 88:3 91:16
100:17,20,21,25
101:10,14,18
107:22 108:11,12
109:3 112:8,12,16
116:13,16,17,23
117:5 120:16
121:21 122:5
134:24,25 135:5
135:14 138:18
150:12,19,19,23
151:3 160:17,20
160:24 179:9,10
179:14,18 180:5
180:23 181:18
183:22,23 184:5
190:23 191:3,7,8
192:11,16 193:20
193:21 194:10,13
194:16,20,21
195:4,8,18,18
196:2,8 198:6,7,11
198:18 199:9,10
199:18,19 200:14
200:20 223:2

Case: 1:17-md-02804-DAP  Doc #: 1974-9  Filed: 07/24/19  86 of 108.  PageID #: 211390

mails 14:22,25
15:7 39:12,13,14
85:20 108:1
184:10 240:23
main 2:6 50:19
173:20 181:15
235:22 242:8
mainstream
244:16
maintain 100:3
maintained
127:13
maintains 205:24
majority 49:25
making 82:14
89:11 115:8
143:12 147:17
182:1 209:6
mallinckrodt
228:18
man 139:9
management
132:23
manager 108:6
191:14
manslaughter
183:10 191:16
192:6
manufacture
83:17 226:14,17
227:17 228:8
manufactured
145:14
manufacturer
78:1 223:12 239:6
245:15
manufacturers
226:6 227:3
manufactures
226:20

map 201:9
mapped 26:25
march 112:8,13
116:13,24 138:22
139:15 141:3
183:24 184:5
190:22 191:5,9
192:11 194:20
195:5,19,23 198:6
199:9
marietta 233:1
marijuana 19:12
19:12 20:16 35:4
91:24 92:13,17,21
92:25 93:7 121:18
121:20 124:6,7,22
125:4 173:15
mark 97:16
194:13 196:10
marked 36:1,5
41:18,22 79:25
80:4 85:10,14
93:24 94:3 99:5,9
107:13,17 111:25
112:3 116:2,6
119:10,14 127:3,7
130:25 131:4
133:1,5 134:13,17
137:22 138:1
146:16,20 150:1,5
160:12,15 166:20
179:5 183:17,19
190:16,19 194:5,8
197:24 198:3
205:7,11 211:12
211:14
market 56:4 73:18
73:20,24
marking 179:3
mart 9:17 83:2
213:24 214:16,17

215:3 226:25
martin 81:13 85:3
mass 115:12
massachusetts
3:14
match 122:9
matt 37:12 190:24
192:17
matter 54:17 59:2
60:3 137:2 156:5
169:15 177:6
218:15 246:13
matthew 1:17 2:1
5:2 8:3 9:21
179:11 183:23
198:7 246:5 247:8
248:4,9 249:4,13
250:20
maureen 3:18
9:12 219:18
mckesson 4:2 8:8
9:7,11 152:14,19
mclaughlin 3:7
5:5 9:15,15
100:13 213:25
217:7 219:9
245:12
md 1:5
mdl 1:4
mean 15:3,22
16:22 20:12 21:2
27:17 32:18,18
39:7,7 44:6 45:8
46:23 48:10 49:24
50:7 51:15 53:10
55:18,20 60:15
62:21 67:12 68:22
70:10,20,24 73:19
74:5 76:3 85:8
86:18 87:12 88:17
89:6 90:23 91:18

93:7 94:7,8 98:9
98:25 109:11
110:11,19,22,22
115:24 116:1
120:15,25 125:23
130:3 131:12
137:11 144:10
152:6 155:4,13
160:8,9 163:24
165:11 168:20
171:18 176:12
181:2 182:18
183:6,12,14
187:16 189:11
192:23,23 193:22
195:13 199:1
201:5 202:21
209:5 210:8
212:13 216:24
222:18 225:5
229:11 230:17
232:11 235:13,22
236:14 237:5
238:16
means 48:11,12,12
156:6 177:1
207:24 208:17
meant 24:1 109:12
162:12 163:14
192:20,23
media 81:7 85:2
medical 5:18 40:7
51:22,23 52:1
94:13,16,18,20,24
94:25 108:8
135:10 185:6,15
187:17 188:4
219:6
medication 236:25
medicine 236:4

**medicines** 221:15
**medina** 233:12
**meet** 12:19 106:13
  106:14
**meeting** 37:13,18
  37:20 38:1,4,13
  81:12 105:9 106:4
  109:17,19 138:15
  139:5,12,15,17,20
  139:21,23 140:1
  140:20,22 153:1,5
  202:2 234:2
  243:18
**meetings** 13:3
  44:7 152:25 153:3
  153:7,9,13,15,19
  233:24,25 234:8
  234:16
**member** 29:11,12
  136:14 199:17
**members** 29:16
  33:13,23,24 64:12
  136:13 146:4,8
  161:13 220:10,13
**memo** 139:15
**memorandum**
  105:17
**memory** 154:14
  155:6
**mentioned** 155:7
  173:18 220:6,13
  220:24 222:5
  223:5 236:13,16
**menu** 204:19
  205:1
**merely** 88:18
**merrill** 139:2,8
  153:2
**messing** 242:18
**met** 12:8,10 37:7
  139:11

**meth** 19:10 20:15
  57:24 68:4,12
  69:5,6,15,15
  173:12,14 242:17
  243:24 244:1,2,5
  244:12,13,14
**methamphetami...**
  19:9,9 47:4
**method** 158:6
**methods** 143:21
**metro** 139:22
  207:10
**mexican** 84:17,24
  115:11
**mexico** 84:4,14,15
**mid** 68:17,18 73:4
**middle** 167:21
**midwest** 247:17
  250:1
**mike** 179:11
**mill** 76:10,17
  78:13 79:10
**mills** 76:5,7 77:6
  174:1
**mind** 54:7 65:4
  67:5 192:14
**mine** 75:23 147:24
  148:1
**minor** 18:10
**minute** 100:19
  211:17
**minutes** 17:14
  60:20
**missing** 130:20
  183:8 233:4
**mix** 92:5
**mixed** 92:10,11,13
  92:15,16 135:19
  135:24 136:20
  165:15

**moment** 9:22
  37:25 70:25 95:19
  99:19
**money** 22:8 43:24
  120:18,22 121:11
  121:13,24 122:2
  122:17,18,19,21
  122:25 148:13
  149:14,23 162:16
  243:20
**money's** 122:3
**month** 64:6
  106:12,13,16,16
  141:15 167:4
  168:1,25 169:8,14
  176:25
**monthly** 7:3 167:2
**months** 23:18
  24:19,20 28:1
  31:9,11,12 103:9
  104:20 130:15,20
  141:20 159:3
  230:9
**moran** 112:23
  113:12,13,21
  225:13
**morgan** 3:18 9:14
**morning** 8:10
  72:20,21 79:13
  142:22
**mouth** 129:10
  130:2 161:22
**move** 32:9
**moved** 29:23
  51:23
**movement** 31:19
**moves** 244:8
**mujumdar** 3:3
**multi** 94:4 146:21
**multipage** 131:5
  133:5

**mundane** 154:15

**n**

**n** 5:1,1 8:1 35:23
  124:8
**n.w.** 3:14
**naddi** 148:13,18
**nail** 90:24 110:6
  110:23 111:1
**nails** 110:16,17
**name** 9:5,19,21
  12:11 34:12,15,19
  35:3 102:10
  116:11 139:2,7
  140:22 173:1
  191:12 214:13
  219:18 228:5,15
  233:13 236:6,6
  247:6 248:3,4,15
  249:3,4,21
**named** 146:1
**names** 15:23 38:7
  103:1,2 106:17
  120:25 122:9
  214:2 234:6,20
  238:15
**narcan** 38:21
  39:15,19,23 40:3
  40:12 108:22,23
  108:24,24 129:10
  129:15 134:4
  136:11,13,14
  154:18 155:8,12
  156:8,25 157:2,17
  157:24 158:4,7,17
  158:21 159:6
  160:2,5,6,8 161:9
  161:12,23 162:3,8
  162:19 198:8,25
  199:5,6 200:4,10
  202:15,21

narcotic 31:21
narcotics 6:6 7:17
19:13 26:10,12
27:8,15,16,21,23
28:4,10,14,19 29:2
29:9 30:22,25
31:1,16 32:9,14
33:3,9,23 40:22
54:14 58:7 103:7
112:23 120:2,6
145:25 146:11,14
154:2 156:19
167:18 172:5
211:21 220:7,9,9
220:14 223:18
243:13
narrower 47:20
nasal 222:2
national 1:4 147:4
247:6 248:3 249:3
natural 46:11,12
nature 57:25
120:9
near 48:14 86:18
180:22
nearly 125:3
135:19
necessarily 20:21
32:22 39:24 130:2
147:13 165:19
187:4 202:21
208:25
necessary 11:19
156:7
need 11:25 25:15
42:20 80:16 81:10
113:9 129:17
155:15 178:22
180:9 186:24
193:16 195:1
219:3 245:5

needed 155:16
238:23
negron 34:18
neighborhoods
146:9,13
neil 4:3 9:5
neither 161:21
neoprene 87:3
93:17
net 205:14
never 15:16 44:9
77:8 78:4,5,5
110:24 114:10
131:12 143:8
150:14 151:14
158:22 167:6,9,11
167:14 168:17
169:21 213:4
221:21,22
new 4:4,5,5 54:3
109:10 113:2,24
118:7 171:16
newly 8:23
news 74:4 224:10
224:11,21,21
240:23
nicest 30:18
niche 174:22
189:9
nickname 12:13
nicole 36:10
night 112:24
nine 88:22 89:24
nodding 220:5
non 6:8
nonfat 127:14
nonfatal 59:2
102:15 152:8
180:7 209:1
nonfatals 82:1
128:20 140:25

nonfentanyl 136:1
nonopioids 57:24
58:11,22
nonprescription
47:15 48:24 57:25
58:11,22 128:7
nonrelated 83:9
noramco 227:24
norfolk 147:5
normal 191:4
224:7
normally 73:17
117:19 198:20,21
199:3,4 200:7,7
201:23 219:5
north 3:3,8
northeast 233:10
233:16
northern 1:1
124:11 233:10
nos 36:6 41:23
94:4 116:7 131:5
133:6 146:22
notarized 247:14
notary 8:5 246:4,6
247:25 248:10,18
249:15,23 250:23
note 36:11 163:10
204:10 247:12
notes 50:7 131:18
131:19,21 132:4
nothing's 182:20
notice 2:19 88:15
163:8
noticed 26:23
163:7,13,16 188:8
notified 142:8
notify 40:6 181:3
181:5
november 7:4
24:14 31:2 32:7

120:3,7 167:4
168:8,19
nroman 4:6
nuances 174:25
number 12:24
16:4,5,9 52:18
70:23 73:15 93:2
95:8 98:17,17,18
98:18,19,22,23,23
99:10 102:15
120:23 121:1
135:19 142:8
148:12 168:7,24
169:3 175:3,12
176:3 183:18
188:9 189:21
190:11 192:2,8,24
193:2,9 194:12
202:23 206:12,15
206:17,18,23
209:14,18,20
210:9,10 211:12
232:4 243:18
247:7,13
numbered 160:17
numbers 16:12
98:3 115:7 119:16
135:25 141:22
142:3 157:25
163:23 182:20
191:22 193:8
196:4 197:13
205:20 217:4
249:7
numerical 206:24
numerous 18:5
nurse 144:13
nurses 49:15

**o**

**o** 5:1 8:1 124:8
**oarrs** 151:13
 152:1 170:24,25
**object** 18:18 22:6
 23:7 32:15 46:20
 47:22 56:9 57:6
 57:19 58:13 61:10
 61:14 63:16 64:9
 68:9 72:3,11,15
 73:7,13 76:8
 81:24 83:19 85:6
 87:7 88:12 95:3
 97:5 98:7 105:7
 110:4 122:13
 123:4,23 126:10
 128:21 137:3
 140:15 149:15
 153:20 156:12
 157:19 158:9
 159:7 162:17
 163:5 164:15
 165:9,25 166:5
 167:13 168:11
 169:5,24 170:14
 174:8,17 175:7,21
 178:10 181:9
 182:7,16 186:18
 189:23 190:14
 192:21 196:5
 197:15 200:15
 201:2 207:14
 210:4,19 211:4,8
 212:12 213:1,13
 216:22 230:7
 231:10 235:1
 238:10 239:8,12
 240:4
**objection** 53:1
 166:9 243:5

**obtain** 223:11
 231:13 238:20
**obtained** 59:17,18
 157:17
**obvious** 109:22
**obviously** 8:18
 21:11 39:7 63:11
 86:18 87:1 103:21
 164:1 186:24
 192:24 226:24
 229:8
**occasion** 197:11
 207:6
**occasions** 10:20,21
 11:10 197:7
**occur** 143:2,5
 200:12
**occurred** 238:1
**occurring** 141:23
 165:24 201:8
 232:20
**occurs** 144:3
**october** 31:2 32:7
**odd** 24:3 184:12
**ods** 180:9
**offer** 240:13,18,20
 241:18 242:3
**offered** 241:19
**offhand** 57:12
 62:18 70:22 87:12
 90:14 116:1
 149:16 204:3
 236:8
**office** 5:18 13:5,11
 31:22 78:21 94:13
 94:25 144:13
 171:15,15,17
 191:14 224:8
**officer** 11:7 44:17
 44:22 86:20
 117:24,25 135:10

156:10 185:7
 187:8,10,14 216:4
 218:13 243:11
**officers** 33:8 44:13
 44:25 49:16 86:21
 112:10,19 157:13
 157:17 159:6
 166:2,3 185:9
 193:10 218:13
**offices** 213:9
**official** 171:7
 248:15 249:21
**officials** 152:22
 153:4 165:23
**oh** 13:11 103:8
 163:12 171:1
**ohio** 1:1,10,12,18
 2:8 3:9 10:10
 17:12,13 44:13
 112:9,18 124:11
 150:20 151:12
 232:20,22 233:1,7
 233:10,17,20
 247:2
**okay** 12:14 16:25
 17:11 24:4,16
 25:20 28:5,19
 29:5 30:24 31:23
 33:20 36:16,22,23
 48:9 50:10,15
 52:4 53:6,18
 61:18 66:20 67:20
 80:9 81:5 83:5
 84:9 89:11,19,24
 91:8,22 93:4
 94:12 96:7,8,17
 101:4,10,22
 102:20 107:22
 108:23 110:15
 113:23 116:12
 120:1 130:21

131:14 132:4,25
 137:16 138:7,17
 142:17 148:25
 149:25 152:16
 161:23 162:1
 163:10 164:4
 179:13 184:3
 199:20 205:6
 215:15 217:8,16
 217:22 218:16
 219:18 220:4,12
 224:9,17,23
 226:23 227:2
 245:7
**old** 171:15 185:19
**once** 40:5 106:12
 106:13 146:3
 159:10 164:3
 171:23 174:20
 189:8 202:6 216:3
 217:13 237:5
 242:4 244:19
**ones** 29:19 60:10
 82:25 83:3 105:21
 110:10 129:20
 173:13,20 190:9
 207:21 226:21
**ongoing** 99:22,24
 183:7
**online** 19:25
**op** 1:9,11,13
**open** 118:14 121:5
**operate** 29:3 240:7
**operations** 123:3
**opiate** 1:5 125:20
 233:23 234:10,12
 247:6 248:3 249:3
**opiates** 46:12
 125:18
**opinion** 51:14
 162:11

**opioid**  6:8 18:17
  18:17 19:23 43:1
  44:5 48:5,6,7,8,10
  48:22 49:2,8 54:7
  56:7 62:16 69:21
  71:8 72:9,23 73:5
  91:14 92:1 93:5
  125:21 127:15
  145:16 152:23
  153:10 163:1
  164:6,14 165:20
  173:23 178:9,15
  182:13 183:25
  184:9 187:18,25
  188:10 189:20
  204:4,5,11,12
  216:19 217:10
  221:15 229:13
  231:14,20,21
  232:18,19 233:7
  234:13,25 235:6
  236:7,12,24 243:2
**opioids**  19:23
  20:14 22:2 44:10
  46:4,7,11,15,19
  47:2,4,7,12,15,20
  47:21 48:2,2,23
  55:10 56:14,15
  57:4,15,25 58:2,3
  58:9,11,20,22
  59:20,21 61:23
  62:4,7,23 63:14
  69:18 71:20 73:2
  73:25 74:24 76:20
  78:2 93:8 96:9,13
  97:2,20 102:1,23
  102:25 104:25
  125:6 128:3,5
  165:8 166:8 173:5
  173:7 175:4,13
  176:3 177:10

204:22 215:3,7,17
  220:25 221:4,7
  226:14,17 227:16
  228:8,23 229:2,5
  229:16,20 230:22
  231:24 232:7,8
  233:21 235:10,11
  235:15,20 236:1
  237:14,15,21
  238:3,8,20 242:13
**opium**  46:10
**opportunity**  8:19
  95:21 138:8 183:9
**opposed**  23:4,5,6
  58:10,21 61:25
  71:13 90:19 98:6
**order**  63:5 88:10
  98:16 170:21,25
  171:1 206:24
**orders**  174:4
**ordinary**  42:17
  81:1 86:1 101:16
  108:2 112:13
  116:25 135:6
  150:24 160:25
  179:15 180:1
  184:5 195:5
  205:25
**organizations**  38:9
  124:18
**ounces**  177:8
**outbound**  121:14
**outcome**  246:12
**outcomes**  193:18
**outside**  118:18
  176:8,10
**overall**  135:20,22
**overdesignate**
  100:18
**overdose**  15:19
  39:21,24 40:2,4

57:18 58:8 59:2
  62:17 63:23 67:15
  69:20,24 71:2,6,13
  71:17 86:25 89:2
  89:22 93:5 94:19
  95:12 96:19 98:15
  128:25 129:5,8,16
  129:22 130:3,9
  156:1,2 160:3,4,7
  162:7 164:11
  165:2 180:25
  184:18,20,23
  186:15 187:9,23
  188:10 189:21
  198:9 202:19,22
  204:6,12 209:1,2
  230:1 235:19,24
  236:10,10,20
  237:16,17
**overdosed**  71:10
  91:23 237:10
**overdoses**  6:8
  37:23 38:22 39:1
  40:11 58:8,19
  61:21 62:8 63:14
  79:19 81:21 82:4
  86:7,16 88:4,11
  90:18 99:1 102:14
  102:15 108:16
  109:25 110:2
  113:3 114:4
  127:15 129:21
  130:12 131:17
  136:18 140:25
  141:4 142:7 152:8
  180:8 181:23
  182:13 193:3,4
  200:12 203:22,23
  204:5 205:19
  210:14 222:6
  236:10,24

**overdosing**  71:7
  71:14 129:14
  134:6 160:6,10
**overfilling**  75:19
**overprescribed**
  74:24
**oversee**  30:3
**overwhelming**
  141:2
**oxford**  3:19
**oxycodone**  117:8
  117:15
**oxycontin**  47:13
  55:7 69:8,9 73:3
  74:10,11 229:22
**oxycontins**  114:21
  114:22
**oxys**  74:12,15

**p**

**p**  4:7 8:1
**p.m.**  37:1 245:20
**package**  120:24
  121:3,5,9 189:2
  230:15 231:9
**packaged**  120:24
**packages**  120:17
  120:21 121:12
**packaging**  189:8
**packets**  161:9
**pads**  145:13,14
**padukone**  4:7 5:4
  9:10,10 152:20
  153:23 156:14
  157:20 158:15
  160:14 162:21
  163:15 164:17
  165:17 166:1,7,15
  166:22 167:16
  168:14 169:16
  170:3,19 174:13
  175:1,10,25

178:13 179:2,7
181:19 182:10
183:2,16,21 187:7
190:4,15,21 193:7
194:7,17,19
196:14 197:18,23
198:5 200:18
201:14 205:6,9
207:17 210:6,21
211:5,11,18,23
212:17 213:5,17
213:22
**page** 5:2 36:6,24
37:12 41:23 80:5
85:15,20 94:4
95:7,11 99:10
100:8,8,9,11 101:5
107:17 112:4
116:7 119:15
124:9,23 125:9
127:7 134:18
138:2 146:21
147:12,22 148:5
148:11,11,11
150:6,7 151:3
167:21 180:10
205:14 247:13,15
249:7 250:3
**pages** 8:17
**paid** 23:3
**pain** 56:19 78:23
79:18 231:4
**paper** 239:1
**par** 3:12,12 10:4
227:22
**paragraph** 81:6
135:14,21
**parallel** 32:12,18
**parent** 199:17
**parenthetical** 92:4

**parents** 52:20
**park** 112:25
**part** 13:7 19:13
22:8 24:12 26:5
35:15 44:20 45:1
45:2 46:12 51:3
78:10 79:5 87:22
91:20 96:6 113:8
113:20 127:15
145:16 159:22
191:6 192:13
198:25 200:1,2
216:1 220:7,9,10
222:13 224:5
233:16 234:12
244:13,22 249:9
**participant** 45:6
124:15
**participate** 44:1
45:12,18 220:14
**participated** 44:4
45:4
**participating**
42:25 44:12
**particular** 169:17
222:24 227:3
232:23 234:9
240:1
**particularly** 124:3
**particulars** 225:4
**parties** 2:20
246:11
**parts** 18:21 42:1,9
42:10 68:22 233:9
233:17
**party** 162:3
**pat** 112:22 123:14
**patch** 221:10,12
221:18,21,23
**patches** 222:15,17

**patena** 34:6 41:13
75:1 77:16 143:11
143:16 147:8
152:1 194:24
213:21
**patients** 76:21
**patrick** 112:20
**patrol** 25:7 243:11
**patrolman** 24:22
24:24,25 25:4
**patrolmen** 30:3
**pay** 16:16 123:2,3
148:14,18 224:13
**paying** 22:17,19
**payne** 10:10
**pays** 22:11,12,16
22:24,25 241:10
241:17 242:5
**peak** 130:11,16
**pending** 12:3
**pennsylvania** 3:20
**people** 13:4 20:18
43:9 48:13 49:12
51:20 55:5,8,23
56:18,18 59:15
62:3 63:6 64:14
66:6 69:24 70:12
71:12 73:20 74:11
74:14 86:18 92:20
102:19 103:3
109:2 110:1,21
111:7,8,13 114:10
117:19,22 119:5,8
119:9 121:23
122:4,5,21 125:20
134:6 136:9
137:10 140:4,10
144:11 151:18,20
153:6 158:11
160:3,6 161:16
164:13,20 165:2,6

197:6 233:9,11
234:16 235:15
236:14 237:6,20
240:7 242:19
244:7
**people's** 110:6
**percent** 51:12,12
51:14,17 52:13,23
52:23 53:2,3,14,14
53:15,15,16,19
60:19 61:24 65:16
67:3,17 88:11
182:21 188:15
213:15
**percentage** 23:3
53:7,8,21 58:18,24
59:3 67:5,15
88:10 90:18
188:14,17
**percentages** 58:7
58:18 90:23,25
**perception** 151:24
**percocet** 47:12
73:2 104:4 107:10
223:7,11 229:23
**percocets** 103:12
104:9,21 107:2,12
114:20,22 126:23
229:22
**percs** 103:12
**perfect** 61:19
183:15 197:22
211:19
**perhacs** 150:20
**period** 16:24 29:6
60:22 69:16
**periods** 28:13
210:23
**periphery** 75:3
**permanently**
31:13

| | | | |
|---|---|---|---|
| **person** 13:14 | 214:10,12 219:13 | **pills** 47:12 49:13 | 58:15 67:25 82:19 |
| 50:16,21 55:21 | 224:5 226:6 | 49:17,23 50:4 | 95:7 100:4 125:8 |
| 57:16 65:5 70:24 | 230:12 | 51:11,21,25 52:3,5 | 127:18 195:2 |
| 91:22 93:5,6 | **pharmaceuticals** | 52:7,14 53:20,22 | 247:11,11 |
| 111:17 112:18 | 3:11,12 174:25 | 53:23 54:1,2 55:6 | **plenty** 17:24 |
| 129:9,14 132:1 | 226:9,20 227:19 | 55:8,10,16,19 56:3 | 149:17 |
| 136:15 145:6 | 227:22 230:15 | 57:1 67:16 68:6 | **plug** 203:4 |
| 156:17 181:11,12 | **pharmacies** 75:16 | 69:8 70:11 71:13 | **plus** 197:25 245:3 |
| 181:14 185:14 | 76:3,4 110:3 | 72:8,22 73:1,15 | **poi** 131:22,23 |
| 186:21 208:22 | **pharmacists** | 78:24 88:7,11,14 | **point** 3:8 28:24 |
| 217:3 222:20 | 144:23 213:9 | 88:21,23 89:3,4,25 | 49:21 50:15 52:5 |
| 231:14 236:7,24 | **pharmacy** 75:19 | 90:19 91:23 | 70:4,15 74:9 |
| 237:10 | 77:23 144:18 | 103:23 104:13 | 89:10 119:23 |
| **person's** 55:22 | 171:13,19 172:1,2 | 113:5 114:14,17 | 121:17 126:19 |
| 114:6 185:13 | 172:4,10 231:19 | 114:25 115:18,20 | 142:2 163:9 193:6 |
| **personal** 20:13 | 231:20 245:13 | 117:9,15,18,20 | 215:2,6,13,16 |
| 50:3 51:17 65:1 | **phase** 108:15 | 118:22 119:1 | 219:4 239:5,5,20 |
| 87:21 156:10 | 109:4,10,15 | 125:21,21,24,24 | 244:21 |
| 214:15,20,24 | **phases** 109:9 | 126:1 144:7,8 | **police** 6:18 7:17 |
| **personality** 63:2 | **phone** 9:23,25 | 164:5,20,21 | 11:4,6 17:25 18:3 |
| **personally** 54:6 | 13:8,12 185:8 | 167:25 168:8,9 | 18:11 23:13,23 |
| 63:2 129:13 205:5 | 224:12 247:3 | 177:18 223:7,11 | 24:6,11,13,15 |
| 215:2,6,16 233:19 | **phrase** 48:9 | 236:2,7,12,12,15 | 30:18 39:20,21 |
| 236:15 237:3 | **physician** 52:9 | 236:19 237:7 | 40:6 43:18,24 |
| 248:11 249:15 | **picked** 109:2 | 238:25 | 49:16 57:3,17 |
| **personnel** 180:10 | **picture** 50:18 | **pinpoint** 109:15 | 61:7 64:22 72:2 |
| **persons** 18:13 | 175:3,12,20 | **pissed** 100:18 | 74:22 75:18 76:6 |
| 43:8 51:2 66:1 | **piece** 177:23 | **pittsburgh** 3:20 | 77:25 79:6 83:6 |
| 70:13 73:16 | 189:13,13,14,15 | **place** 76:18 185:23 | 83:14 102:22 |
| 131:24 136:9 | 239:1 | 186:2 187:18 | 103:7 104:23 |
| 217:23,24 240:15 | **pill** 52:21 60:2 | **places** 27:18 242:6 | 105:5 113:14,17 |
| 241:14 | 62:15 69:21 70:1 | **plan** 243:7 | 114:4 117:24,25 |
| **perspective** 44:16 | 70:6 71:8,11,16 | **planning** 112:24 | 122:11 123:3 |
| 244:10 | 76:5,7,9,16 77:6 | **plant** 46:13 | 124:14 126:4,4 |
| **pertains** 117:7 | 78:13 79:10 89:9 | **played** 72:22 | 127:13 129:4,7 |
| **pharma** 1:8,10,12 | 91:9,11,19 115:6 | **plea** 77:4 | 132:21 146:2,7,13 |
| **pharmaceutical** | 118:1,3,10,12,17 | **pleadings** 14:5,11 | 151:7 153:18 |
| 3:12,17 117:20 | 119:3 125:12,16 | **pleas** 75:13 | 157:5,16 158:16 |
| 125:10 126:17 | 126:21 174:1 | **please** 9:19,25 | 159:5,9 162:23 |
| 142:23 143:2 | 220:25 221:5 | 10:8 11:18 15:8 | 165:23 167:1 |
| 144:16 172:13 | | 19:6 35:22 42:20 | 168:25 170:12 |

171:6 175:5,14
176:1 180:16,19
181:8 182:12
185:1,7,9 189:20
190:6 202:25
203:8 205:24
207:3 208:16,19
208:21,23 211:1
211:21 218:13,13
234:23 235:5
240:6,9,11 241:15
243:3
**policeman** 188:5
**policemen** 23:19
240:17
**policing** 25:12
149:8
**polster** 1:7 45:6
**popular** 229:24
**porter** 3:14 10:3
**position** 24:21
**positive** 87:18
157:15
**positives** 40:13
**possibility** 231:4
**possible** 39:1
56:22 57:8 102:8
102:18 125:7
165:12 197:17
208:16,20 220:23
**possibly** 40:2
86:25
**post** 24:1,2
**potential** 166:3
**powder** 69:2 70:4
70:8,17 84:8 89:6
89:8,9 130:7
187:3
**power** 187:2
**powerless** 156:3

**precisely** 15:24
20:22 95:5
**prefer** 34:15
112:25 122:5
183:7 216:11
**preliminary** 90:7
90:16
**preparation** 13:9
14:17
**preparations**
14:15
**prepare** 12:6
16:17
**preparing** 12:24
**prescribe** 173:22
**prescribed** 52:8
57:4,15 71:20
76:21 204:22
235:21 236:25
237:9,13
**prescribing** 144:6
229:1
**prescription** 1:4
21:6,7,16,17,23
41:4,6,8 46:9 47:8
47:11,20 48:2
51:11,21 52:13
53:20,23 55:15
57:4,15 58:2,3,9
58:20 59:16,20,21
59:24,25 61:23
62:3,7,14,15,15,16
63:14 67:16 68:6
69:20,21 71:7,8,11
71:13,19,23 72:8
72:22 73:1,2,25
78:2,23 79:16
91:14 93:22 96:15
102:1,23,25
104:24 111:10
115:20 118:1

125:6 128:6
144:24 145:8,9,24
146:5 164:20
165:7,20 166:8
167:24,25 168:24
169:3 170:5 173:5
173:7 174:20
177:10 205:1,2
220:20,25 221:4,6
221:20 229:1,5,16
229:20 231:13,15
231:19,21,24
232:8,15 233:21
235:10,11,15,20
236:12,19 237:13
237:15 238:20,25
247:6 248:3 249:3
**prescriptions**
52:24 75:20 76:19
76:23 102:7 127:2
144:8 173:23
174:4,19 232:1
238:3,8
**present** 2:19 4:17
13:2 28:11
**presentation**
44:21 113:1
**press** 118:22,23,24
**presses** 115:6
**pressure** 243:15
**presumably** 16:3
**presume** 45:16
**pretty** 29:13 48:20
68:23 161:14
219:1 226:10
242:15,18,21
**prevent** 181:15
**previous** 133:11
195:21
**previously** 157:24
165:7 209:15

**pri** 208:4
**primarily** 124:5
124:25 242:19
**primary** 32:23
109:24 152:6
199:7 200:5
210:10
**prince** 34:7 41:13
74:25 75:6 77:13
77:15,18 143:11
143:15,18 151:25
166:13 170:4
174:11,18 194:24
213:20 238:22
**prince's** 75:23
174:15
**principally** 124:21
**printouts** 14:23
**prior** 165:19 214:6
238:21
**priorities** 208:7
**priority** 101:19,25
102:10,12,13,16
102:21 103:3,5,6
103:19 104:23
105:5,20,24 106:7
107:1 193:16
208:6 209:6
222:23 223:2,6,10
**privilege** 99:22
102:3
**privy** 128:11
158:19
**probably** 73:17
91:20 117:18
140:17 169:19
181:5 185:20
229:23
**problem** 20:12
54:11 59:22 67:23
81:14,19 85:3

**[problem - reads]**

144:19 152:23
159:14 162:25
163:12,21 164:1
178:7,16 182:4
183:4 189:3
218:22,24 226:3
233:1 241:5,5
244:2,11
**problems** 81:20
109:21 243:19
244:9
**procedure** 248:5
249:5
**proceed** 8:20
**proceeding** 245:19
**process** 10:25
118:22 230:12,20
244:7
**processing** 212:22
**procured** 222:15
222:18
**produce** 239:15,19
239:21 244:3
**produced** 8:23
84:23 100:23
115:13,23 121:17
198:15 216:25
217:5,5 221:19,22
221:25
**producing** 19:9
115:12,14
**product** 73:20
**production** 8:16
36:6 41:23 80:5
85:15 94:4 99:10
107:18 112:4
116:7 127:8 131:5
133:6 134:18
138:2 146:21
150:8 186:10
247:15,17,22

**products** 230:12
**professional** 219:6
**proffered** 100:5
**program** 18:8
34:1 145:19 146:2
157:10 166:14
203:25 232:25
241:11
**programs** 149:22
240:7,13,20,21
241:13
**progressively**
54:12
**project** 136:10
161:5,7,8
**projected** 95:16
**prolific** 135:23
**prominent** 68:1
**promoted** 27:25
28:15 123:18
**proper** 35:11
**properly** 52:14,24
237:14
**prosecutors** 113:6
**protection** 86:25
**provide** 43:9,15
67:25
**provides** 43:23
**public** 108:7
138:19 246:4,6
248:10,18 249:15
249:23 250:23
**publicity** 223:24
224:2
**pull** 117:24
**purcell** 123:13
**purchased** 157:21
**purchasing** 165:2
**purdue** 1:8,10,12
83:1 226:19,20
227:13

**pure** 117:21
**purpose** 105:11
139:25
**purposes** 128:3
**pursuant** 2:19
**put** 8:14 29:10
53:7 74:18 87:2
98:16,20 106:21
119:18 122:1
155:11 188:14,16
221:17 233:8
**putting** 29:20

**q**

**qualified** 218:3,17
**qualifies** 128:24
184:23
**quality** 108:6
**quantify** 51:8,11
66:16 142:14,15
**quarter** 45:25
91:5
**question** 11:16,21
12:3 13:6 18:21
46:16,23 47:23
50:11 52:22 55:3
56:11 58:15 63:18
63:19 66:23 67:11
72:17 89:7 97:13
101:24 102:5
104:2 109:23
111:4 117:4,17
164:16 166:11
167:17 178:11
184:22 196:10
201:11,12 216:15
217:9 218:2 220:1
220:4
**questioned** 225:24
**questioning**
196:11 219:25

**questions** 11:16
49:9,10 57:22
59:5 61:17 66:22
156:24 185:11,13
194:18 195:10
199:21 219:10,22
244:24 245:1
**quick** 11:15 78:22
225:3
**quickly** 102:17
**quietly** 135:18
**quinn** 101:11
**quirk** 65:3
**quite** 82:12 163:1
184:13 190:12
234:11

**r**

**r** 8:1 206:8 246:1
**radio** 129:14
187:20 209:7
224:23 225:2
**random** 15:18
**rare** 62:19 125:23
222:16
**rarely** 35:4 62:25
111:16
**rate** 61:13 98:14
141:2,6
**reaching** 42:24
**read** 20:19,20
46:22 74:6 134:21
148:9 150:13
203:7 212:14,15
245:4 248:5,6,12
249:5,6,17
**readily** 55:8 134:5
**reading** 91:16
119:22 138:5
247:19
**reads** 81:12
108:13

| | | | |
|---|---|---|---|
| **ready** 219:16,17 | 74:15 83:4,15 | 191:4,8 199:9,13 | **refresh** 154:14 |
| **real** 15:6 37:13 | 91:12,15,18 | 199:17 200:1 | 155:5 |
| 54:11 59:24 | 116:10 125:7 | 201:16 223:7 | **regard** 218:12 |
| 159:13 177:13,14 | 126:19 133:24 | **receiving** 179:14 | 227:7 229:3 |
| **realignment** 6:6 | 134:21 138:5,13 | 184:4 199:24 | **regarding** 17:25 |
| 120:2,6,10 123:16 | 138:14,14 139:10 | 201:25 | 37:22 38:20 44:14 |
| **realistically** 146:5 | 139:14 140:17,18 | **recess** 65:12 | **regards** 196:3 |
| **realized** 49:19 | 142:24 149:4 | 142:20 213:23 | **regular** 34:14 |
| **really** 16:15,21 | 153:1,4,12 154:5,8 | **recognize** 127:12 | 55:21 74:4 136:11 |
| 34:12 44:7 52:16 | 154:11,21,24 | 167:5,7 205:16 | 243:11 |
| 55:15 56:2,7 | 155:2 158:1 | 211:24 226:22 | **regularly** 184:10 |
| 88:16 95:24 | 160:20,21 167:9 | **recognized** 15:23 | **related** 5:19 18:11 |
| 109:14 115:25 | 169:2,10,13 | **recollect** 80:8 | 19:13,23 34:25 |
| 118:5,25 119:1,4 | 172:18,19 173:6 | 169:13 | 44:5 71:17 99:1 |
| 128:15 130:14 | 173:19 179:14 | **recollection** 69:11 | 136:1 203:14 |
| 143:23 145:22 | 181:25 193:22 | **recommend** 93:14 | 215:3,7,17 216:19 |
| 159:21 184:13 | 195:4,11 196:1,24 | 148:19 218:10 | 217:10 220:16 |
| 186:20 193:12 | 197:4,10 198:19 | **recommendation** | 239:10 242:12 |
| 201:5 209:4 216:3 | 199:2,15,24 | 147:18 | 246:10 |
| 224:12 244:20 | 200:13,16,24 | **record** 8:14 9:20 | **relates** 1:6 |
| **realm** 62:21 | 204:24,25 214:4 | 50:5 64:22,23 | **relating** 18:16 |
| **reason** 10:14 12:1 | 225:1 227:11 | 100:3,15 119:18 | 19:2 21:23 |
| 49:13 51:22,23 | 228:24 235:8 | 132:6,22 152:17 | **relation** 233:20 |
| 52:2 80:24 102:16 | 238:12,15 | 179:10 193:2 | **relations** 174:12 |
| 116:22 117:1,22 | **recap** 139:19 | 211:20 246:7 | **relationship** 43:18 |
| 129:9 136:16 | **recaps** 139:15 | 249:9 | **relies** 190:12 |
| 150:15 162:15 | **receipt** 247:18 | **rectify** 182:2 | **rely** 190:10 |
| 174:6 184:15,19 | **receive** 20:8 80:25 | **redact** 100:21 | **remember** 14:25 |
| 196:7 199:8 | 81:3 116:23 117:2 | **refer** 109:4 114:13 | 15:2,3 20:1,6 |
| 200:19 238:19 | 157:1 184:10 | **reference** 105:23 | 34:19 38:7 69:4 |
| 247:14 249:8 | 200:2 202:9,12 | 117:6 123:9 | 69:12 90:9 119:21 |
| 250:3 | 223:10 231:20 | 126:17 247:7 | 140:9 184:4,7 |
| **reasons** 93:2 | **received** 8:16 | 248:2 249:2 | 193:17,19 195:16 |
| 184:21 241:3 | 17:22 18:3 19:1,3 | **referenced** 248:11 | 201:12,21,24 |
| **recall** 10:23 14:21 | 19:18 21:22 42:12 | 249:15 | 221:1 223:1,8 |
| 15:10 19:19,22 | 42:16 101:14 | **referred** 103:16 | 227:12 |
| 20:4,10,11 21:25 | 108:1 134:23 | **referring** 19:15 | **remind** 239:2 |
| 33:10 37:17,20 | 135:5 142:7 | 33:2 82:9 86:12 | **repeat** 18:20 46:16 |
| 38:1,6,8,12 39:9 | 149:14,17,18,24 | 108:21 | 47:23 58:14 72:16 |
| 44:12 45:17 57:10 | 150:12,23 172:21 | **refers** 81:20 93:11 | 175:8 178:11 |
| 57:20 60:19 71:9 | 172:25 180:1 | 101:19 | 204:8 |

**rephrase** 11:19
220:2
**report** 6:19 35:15
35:17,18,20 94:23
132:20,21 167:12
180:25 198:9,10
198:20,21,24
203:5,6 205:20
206:12,15,17
207:16,21 209:19
**reported** 1:24 86:7
182:15
**reporter** 246:4,19
248:7
**reporting** 87:22
134:7 151:13
181:7 182:5
**reports** 30:6
170:21,24,25
171:9 188:22
211:2 235:4
**represent** 9:7
72:25 151:1
199:16 219:19
**represented**
191:22
**representing**
194:15
**represents** 212:11
**request** 39:5 147:2
147:7 154:6,9,20
154:23 155:3,12
194:1 249:9,11
**requested** 154:1
154:18 155:1
**requests** 154:11
**required** 147:15
157:13 247:25
**research** 16:19
**reservation**
245:14

**reserve** 8:21 245:5
**resource** 109:14
154:25
**resourceful** 155:9
**resources** 141:2
154:2
**respect** 52:6
104:21 107:1
149:22 152:14
221:18 231:9
**respective** 2:20
**respond** 37:24
59:1,3,9,10,13
60:10 129:20
203:1,2 243:4
**responded** 30:6
58:9,19 59:16
60:1 87:16 179:22
188:7 210:10
**responding** 37:22
38:22,25 59:12
132:5 187:9,14
193:19,22
**responds** 38:21
**response** 193:25
196:2 213:19
**responses** 14:6,12
**responsibilities**
25:5,24 29:6,25
30:3 32:13,13,23
35:7,9 41:3 77:15
87:23 153:19
**responsibility**
152:7 174:15
187:12
**responsible** 25:11
212:7 213:11
**rest** 68:25 100:4
**restate** 11:18
**result** 90:9 239:17
243:24

**resulting** 237:17
**results** 75:8 77:1
90:11 91:1 131:16
**return** 30:24
**returned** 31:1
247:18
**review** 8:19 15:25
42:3,5 119:24
138:9 184:2 195:3
197:5,7 247:12
248:1 249:1
**reviewed** 14:1,4
14:16,18 16:2,12
228:25
**reviewing** 214:6
**rich** 2:5 126:1
**rid** 231:3
**right** 8:21 12:12
15:3 16:3 17:1
19:15 24:4 26:10
26:18 33:9 34:19
36:21 37:3 38:4
40:16 59:5 64:20
70:3 86:24 95:9
95:25 98:3,9
105:2 110:3,7,16
128:8 129:24
147:23 158:4
162:7 163:4
164:14 168:10
172:14 179:23
195:2,19,24
196:16 197:22
199:25 200:4
201:17 206:23
209:16 210:15
212:23 220:7
237:7 238:12
245:6,17
**rights** 245:14

**risk** 44:25
**rite** 83:2 214:21
215:10
**road** 30:2 66:25
153:14 244:9
**rodeo** 110:21
**role** 72:23 75:23
217:23,25
**roman** 4:3 5:3 8:9
9:5,18,24 10:5,7
12:14,16 18:23
22:10 23:9 33:1
36:3 41:20 42:4
47:1,25 53:4
56:12 57:9,21
58:16 61:11,16,20
63:19,21 64:19
65:9,13 68:16
72:6,12,18 73:11
73:23 76:11 80:2
82:2,16,17 83:21
85:12 87:10 94:1
95:6 97:7,11,15,19
98:11 99:7 100:5
100:9 101:3 102:9
104:18 105:13
107:15 110:14
116:4 119:12
122:23 123:7,25
126:15 127:5
128:23 131:2
132:25 133:3
134:15 137:13,19
137:24 140:19
142:17,21 146:18
149:20,25 150:3
152:12 214:1
220:24 244:25
245:10
**roof** 23:15

**room**  45:8 140:4
**rosters**  27:1 29:18
**roughly**  106:12
**row**  207:2
**rule**  182:18
**rules**  11:15 100:2
248:5 249:5
**run**  48:13 208:6
**runs**  19:7 30:6
35:11
**russo**  1:24 246:3
246:18
**rx**  151:13

**s**

**s**  3:2 5:1 8:1 206:8
247:15 249:8,8
250:3
**sack**  74:12,12
**safe**  91:7
**safety**  44:17 86:20
93:12,19 108:7
**sale**  83:18
**sample**  67:7
**san**  4:8
**save**  162:8
**saves**  160:6
**saving**  134:8
**savings**  134:7
**saw**  59:7 74:20
97:20 105:22
106:4 116:10
163:3 226:18
230:4 232:25
**saying**  46:25 62:12
77:17 94:8 111:6
144:23 165:12,13
165:14,16 191:12
196:15,18 198:10
199:1
**says**  16:8 30:16
37:7,12 50:22

88:15,16 95:11
111:22 117:7
125:9 131:21
132:14 135:15
140:24 148:12,18
167:24 186:5
187:22 191:16
192:6,17 205:14
207:22 208:4
**scale**  34:23 173:13
220:16
**scattered**  219:23
**scenario**  237:18
**scene**  61:23 63:22
69:10 70:1 129:23
132:7,11 183:25
184:9,14,17,23,24
185:4 186:10,15
186:16,17 187:10
187:25 188:6,8
189:20 190:10
208:23
**scenes**  60:2 187:9
229:9,15,25 230:1
230:5
**schinner**  3:13 10:2
10:2
**school**  49:15
**scratching**  188:21
**screens**  184:12
229:21
**script**  145:13,14
**sdo**  209:23
**se**  129:22
**seal**  248:15 249:21
**search**  69:15
121:4
**second**  3:19 42:12
81:6 97:12 100:8
100:11,17 125:9
135:14 138:17

147:22 179:8
180:6,10,13,20,24
181:24 182:5,25
207:1
**section**  124:20
131:20 132:4
**secure**  84:7
**see**  14:13 36:8,17
36:19,22,25 37:2,9
37:15 40:19 42:14
54:10 69:7 70:11
74:10 79:19 80:14
80:22 81:8,17
82:11 84:13 85:19
85:23 86:9 88:20
92:4,6 94:7 95:13
95:15,17 96:1,21
96:25 97:4,23
98:1 99:15 101:18
101:20 106:1,16
108:17 109:6,16
113:10,25 114:15
116:11,11 117:6
117:10 120:1
121:5 122:8,21
124:8 125:2,13
130:13,17 132:8
136:3 138:16
140:13 141:16,21
148:15,20,22
167:20 168:3,5
171:14 180:11
181:17 186:4,7
189:1,5,10 191:18
197:3 201:6,19,21
202:18,25 203:4
218:6 222:7
224:10 229:13
239:17
**seeing**  44:18 59:23
69:12,13 84:24

114:25 118:8
119:21 136:17
198:19 199:15
**seen**  14:7 15:16
36:13 41:25 42:8
53:25 54:2,6 80:7
83:3 85:17 86:6
94:6 99:12 101:7
106:7,10 107:20
112:6 114:20
115:3,7 116:9
119:20,22 127:10
131:7,10,12 133:8
134:20,22 138:4
138:11 146:23
150:10 167:6,11
169:9,21 171:15
171:16,23 186:9
212:1 213:4
221:19,21,22,25
222:2,13,14
223:24 224:3
228:22 229:4,7,8,9
229:10,14,24
231:6 236:9,16,18
237:16,19 238:1
**seized**  122:11,25
125:5 167:19
168:1,1,8,9 169:3
**seizes**  168:25
**seizures**  124:21
170:6
**sekerak**  107:23
108:5,11 160:19
198:7 200:13,25
**self**  209:12 210:12
212:14
**sell**  110:11
**selling**  54:19,22,23
102:1,23,25
103:10,11 104:10

104:24 107:2,9,11
seminar  147:2,4
sen  229:21
send  21:11,13,17
  121:25 122:5
  195:3
sending  160:20
  195:4 196:1
  200:22 202:3
sense  23:2 51:13
  54:25 55:2 122:10
sensitive  34:13
sent  27:7 78:21
  85:21,25 108:1
  112:12 121:23
  160:18,22,25
  177:19 179:17,18
  179:25 192:11,16
  194:21 200:13
  201:9
sentence  93:10
  108:13 113:24
  125:9 140:24
  148:11 180:5
separate  142:8
sergeant  8:10,13
  9:5 10:8 18:19
  30:9,10,13,16,20
  30:22 31:5 35:21
  36:4 37:7 40:17
  41:21 64:10 65:15
  68:10 80:3 82:7
  85:13 94:2 99:8
  99:18,23 101:4
  102:5 107:16
  112:2 113:12
  116:5 119:13
  123:18 127:6
  131:3 133:4,19
  134:16 137:4,25
  142:22 146:19

150:4 152:13,21
  162:22 170:1
  194:18,21 214:1
  216:12 219:10,15
  244:25
series  185:11
served  18:15
service  108:8
  127:14 214:25
  215:23
services  167:2
sessions  13:9
  14:15
set  57:22 87:5
  193:17 237:11,12
  246:14
setting  195:17
seven  33:15,16,19
  35:14 67:14
severe  244:9
shaker  78:16
shannon  135:1,9
  140:13
shannon's  135:14
share  31:21 60:13
sharp  86:7 161:3
  162:14,16,19
shattering  15:5
sheet  247:13 249:7
  249:10,18 250:1
shelly  213:21
shift  30:2 163:13
  163:16,20
shipments  177:7
shipped  175:4,13
  176:3,6,18,21,25
  177:11
shirt  30:16,19
shoe  227:8
shoes  227:8

shoot  161:19
shootings  243:21
shopping  145:3
  151:21
short  65:12 76:22
  142:20 156:7
  213:23 236:5
shorthand  246:3
  246:19
show  15:7 16:7
  35:10 82:6 90:11
  97:17 143:13
  189:11 190:15
  233:13
showed  15:11
  214:2
showing  48:12
  163:8
shown  247:16
shows  200:10
shut  77:6,10 79:10
shutting  192:19
side  86:8 91:7
  119:2,2 180:22
  205:14
sign  130:4 147:14
  219:2
signature  147:11
  147:15,19,21
  148:2,9,22 246:17
  247:14
signed  147:16
  248:13 249:18
signing  247:19
signs  240:22
similar  212:2
simply  78:25
  101:24
sincerely  247:21
single  19:20 59:1
  74:12 92:16

sir  55:25 89:16
  100:6 101:8 103:2
  117:7,12 245:11
  247:10
sit  161:20 225:6
sitting  12:12 50:14
  50:20
situation  21:21
  22:22 57:14 182:2
  237:12
situations  182:14
six  23:18 25:8
  27:25 33:15,16,19
  33:22 35:14 36:6
  41:23 54:17 61:8
  67:14,14 141:20
size  67:7 120:23
skips  187:24
slight  170:23
slightly  111:4
  218:1
slower  159:5,19
small  88:10
smart  18:22
smith  53:1
sniff  121:3
snort  161:20
sold  170:13 181:12
  216:25 217:2,2
  242:9,19 244:16
solely  33:7
solutions  3:12
  247:1 250:1
somebody  22:19
  49:7 62:6 63:13
  71:7 218:4,17
someone's  56:20
  56:21 217:1
somewhat  40:17
soon  156:6 208:16
  208:19

**sooner**  123:21
**sorry**  9:24 31:5
  43:13,15 80:16
  81:10 87:14 89:13
  125:21 131:15
  139:6 148:4
  159:25 206:14
  207:18 226:15
  238:4 245:8
**sort**  14:24 203:9
  221:3 224:2
  237:17
**sound**  199:23
**source**  72:8,9
  222:11,14
**south**  17:14
**space**  31:22
**speak**  38:16 126:6
  126:12 140:20
  169:18
**speaking**  229:3
**spec**  228:20
**special**  17:21
  127:14 167:1
**specialist**  218:11
**specialized**  18:15
  19:1,3,16 21:22
  174:22
**specializing**
  174:23
**specific**  105:11
  141:23 169:14
  204:17 215:3,7,13
  215:16 236:6,7
  237:7 238:15
  239:25
**specifically**  12:9
  19:8,23 47:6 55:7
  88:20 90:22
  103:23 134:22
  140:18 143:8

149:21 189:4,6,19
  201:12 203:22
  214:13 216:20
  217:11,14 227:18
**specifics**  20:1
  143:7
**spell**  35:22
**spend**  33:17 51:1
  120:16
**spending**  112:24
**spent**  12:24
**spike**  86:16
**spinning**  50:23
**splashed**  68:13,13
**spoke**  38:12 39:8
**sponsored**  20:6
  157:4,6,7
**spray**  222:3
**spreadsheet**  15:10
**spreadsheets**
  14:23
**spring**  114:3
**spurt**  242:25,25
**spurts**  242:24
**squad**  32:1 33:14
**squares**  96:1
**stand**  191:20
  207:3
**standard**  184:25
  185:3,3
**stands**  124:11
  131:23 208:5
  209:23 210:1
**start**  26:12 50:3
  52:4 62:11,12
  66:24,25 69:7,9
  105:9 111:8,13,19
  133:22 150:15,18
  161:22 176:19
  212:18 237:20

**started**  24:15
  35:24 49:13,19
  50:1,4 51:10,21
  52:7,8,23 53:11,22
  54:10,10,13 55:14
  55:17 56:2,7 63:8
  64:12,13,15 67:16
  68:14 69:6,13
  71:20 73:5 114:24
  118:4,5 123:15,20
  145:25 163:2
  164:2,4,5 201:25
  202:2 211:1
  235:23
**starting**  54:4
**starts**  62:6 63:13
  66:8 110:8 125:24
  163:8
**stat**  182:24 197:7
**state**  9:19 50:25
  157:8 191:21
  232:1,21 233:18
  233:20 248:10
  249:15
**statement**  8:14
  235:18 248:13,14
  249:19,19
**states**  1:1 231:14
  244:13
**stations**  242:20
**statistics**  7:3 64:24
  127:12 130:11
  167:2 169:20
  178:9,25 197:3
  232:5
**stats**  82:1 195:1
**stay**  125:24 219:23
**stealing**  156:7
**steam**  56:8
**step**  37:25

**steps**  166:2,12,18
**stick**  91:6
**sticking**  130:5
**stolen**  145:13
  222:19
**stop**  49:20 241:22
**stopgaps**  185:22
**stopped**  55:6
**stores**  226:25
  242:21
**straight**  28:8
**strategy**  36:18
  37:17
**straw**  187:2
**street**  4:8 15:23
  19:17 29:19 47:16
  102:17 174:21
  216:4
**streets**  69:13
  115:20
**stressed**  241:3
**strictly**  137:10
**strike**  16:1 51:9
  80:11 102:11
  108:19 112:17
  129:2 137:1 168:6
  229:18 238:5
**stroke**  40:8
**stuff**  18:13,13 74:5
  149:18 160:1
  172:12,12,13,15
  201:22 203:12,17
  240:23
**subject**  36:17,21
  81:22,25 102:2
  127:23,25 151:11
  183:24 190:24
**subscribed**  248:10
  249:14 250:21
**subsequently**  90:6

substance 15:6
70:7 172:20
217:21 218:4,18
225:16,21 242:13
substances 151:19
substandard
118:24
substantial 14:20
177:5
substantive
172:17
subtype 209:25
successful 77:3
sudden 111:19
sued 214:16,17,21
214:25
suggest 168:7
suggests 136:24
suite 247:2
summary 7:15
205:13
summit 1:12
super 241:3
superior 247:1
supervise 35:9
143:10,12
supervisor 28:2
31:10 35:8 40:15
58:25 70:19
184:16,19 185:2
185:23
supply 14:10
support 7:3 167:2
supposed 30:5
59:6,8 143:14
153:15 208:14
241:6
sure 15:2,16 18:22
30:4,5 35:10,11,12
38:25 41:7 57:7
58:17 59:4 63:4

71:24 72:19 81:3
82:10 84:12,15
87:17 90:10 91:2
101:1 102:8 103:5
111:24 116:10
119:8 134:21,23
134:23 141:8
142:6 143:13
144:20 145:18
149:16 151:20
153:21 155:2
157:6 158:18
160:6,22 166:18
169:6,9 175:19
176:23,24 177:8
181:2 183:5
190:12 191:24
196:6,13 198:13
199:13 203:10
209:4,7 210:2,5
220:21 223:13
227:8 228:7 232:9
232:14,16 234:11
234:12,13 236:3
surgeries 64:17
229:11
surgery 49:18
53:12 229:12
surprisingly
135:23
suspect 132:1,3
suspected 107:6
184:23 186:15
suspects 66:12
99:16 102:13
104:4
suspicious 170:20
170:24,25 174:4
swallowed 236:2
swear 226:8

switched 54:17
switchover 55:1
sworn 8:5 246:5
248:10,13 249:14
249:18 250:21
symbols 96:5
synthetic 46:11
91:24
syringe 130:5
186:25 187:1
system 114:6
132:23 151:13
188:23
systems 186:2

**t**

t 5:1,1 124:8 227:5
246:1,1
tablet 60:3,4
224:12
tactical 44:13,25
112:9,18
take 12:1 19:25
20:2 31:8 42:2
61:17 63:20 65:9
68:7 79:20 83:16
95:19 100:4
109:19 111:14,18
114:11 122:21
137:10 142:17
152:7 160:8 166:3
166:13 211:17
213:22 235:15,25
236:14 242:6
taken 10:18 11:3,3
14:2 20:9 22:1
65:12 106:19
142:20 213:23
takes 32:24 166:19
236:25
talk 74:11 113:2
140:2 160:23

185:7,10 196:25
220:3 222:23
226:3
talked 63:6 79:12
208:2 219:20
222:22 225:15,19
225:20 232:12
234:1,6
talking 21:14 52:5
60:23 61:3 74:14
82:3 93:12 103:17
138:15 139:19
talks 44:9 109:17
tampering 191:16
tar 84:5,7
target 101:19,22
102:12,21,22
104:23 105:5,10
105:20,24 106:7
109:20 222:23
223:2,6,6,10
targeting 108:15
109:4
targets 101:25,25
102:10,13 103:4,6
103:6,19 107:2
234:7
task 16:23 34:4,17
34:22 45:18,20
105:12 124:12,15
124:17 220:6,10
220:15 233:23
234:10,13,20
teaching 17:21
team 113:20
technically 40:19
218:19
teleconference
3:13
telephonic 13:13

**tell** 10:12 15:24
20:18,22 21:3
49:12 60:3,5 63:5
74:1 87:16 89:4
90:1 91:16 95:25
102:8 103:22
104:5 118:7,12
119:2 120:19,20
129:12 143:20
158:12,13 159:20
161:10 168:18,20
176:13 181:18
186:20 189:12
194:3 201:6 206:4
217:1 218:8,8,21
226:11
**telling** 193:23
**tells** 103:22 143:15
143:15 193:14
**ten** 13:1 60:20
88:3,6,22 89:24
163:18 211:17
**term** 21:5 48:22
76:13
**terminals** 120:17
**terms** 18:1 29:20
48:5 59:14 68:1
98:14 133:15
141:21 143:12
159:19 176:17
182:5
**terrible** 238:16
**terribly** 181:18
**tested** 60:7 118:11
**testified** 8:6 11:8
11:12 72:20 99:24
111:7 115:1
136:22 162:24
164:18 201:15
209:15 210:13
221:3

**testimony** 10:15
13:16,23 14:17
217:8,17 246:8
248:6,7 249:6,9,12
**teva** 3:17 9:13
219:13,19 227:4
**text** 140:24
**thank** 10:5 42:22
65:11 100:6 117:3
119:18 142:19
148:4 152:12
219:10 220:12
**that'd** 137:18
**theft** 77:23 83:11
212:21
**theory** 73:9
115:21 136:8
**therapists** 218:15
**therefrom** 131:18
**thing** 31:14 49:22
55:12 65:1 74:10
77:21 78:6 83:10
136:10 137:8
144:22 147:14
153:16 174:22
180:17 183:7
218:6 224:10
**things** 18:10 20:24
21:3 33:25 57:24
75:4 92:15 103:22
110:8 111:19
129:6 130:1 154:4
154:15 159:11
163:17,24 186:3
189:25 201:18
202:23 219:21
224:13,15 225:6
234:3 242:24
**think** 23:15 24:14
39:6 40:1 48:8
54:4 55:14 62:18

62:19 67:2 75:22
77:3 78:15 79:8
87:19 89:17 96:2
96:6 99:2,21
105:23 106:2
110:7 115:1,11,12
117:19,25 124:25
134:12 136:22
137:11,11 138:15
140:21 148:25
152:24 157:7,14
160:4,5,5 161:2
162:5,15 164:1,1
171:19 176:1
177:24 178:14
182:8 184:20
193:1 198:17
208:6 221:13,14
225:12,12 232:21
**thinking** 38:4
53:22 117:17
146:10 211:19
**third** 27:25 28:16
29:23 30:2 31:5,7
58:21 92:4 108:13
113:24 207:22
**thirty** 3:19 247:18
**thought** 38:11
136:23 172:4
**thoughts** 134:4
**three** 9:8 12:20,22
31:12,15 55:20
58:10 66:18 67:7
67:9,20 70:13
98:18,24 103:8
104:20 119:15
159:15 161:18
212:20 242:1,5
**throwing** 195:14
**thrown** 69:5

**tie** 216:19 217:9
**time** 16:24 23:12
23:23 24:5 25:1
28:23 32:25 33:17
39:4,7,8 42:2
46:23 49:7 50:23
56:4,8 60:22,25
64:7 67:22 68:3,4
68:5,6,21 69:17,19
69:24 70:15 71:6
74:19 89:10 90:4
92:17 95:22
102:11,21 119:23
120:16 121:6
123:18 126:2,20
139:11 143:13
147:8 152:10,11
154:5,8 155:3
160:21 163:17,19
171:25 177:9
188:15 189:10,15
197:8 200:2,6,6
201:22 209:13
210:23 219:11
226:19 230:3
234:21 236:17
238:13 242:1
243:10
**timeline** 67:25
**times** 4:4 12:21,22
38:20 43:22 56:20
106:15 144:10
164:18 188:25
203:17 204:20
205:21 218:7
222:5
**timing** 68:2
**title** 29:24 30:8
**titled** 45:13 166:24
167:1 205:12
211:21

today   8:21 10:15
  12:7 13:16 14:17
  15:7 16:18 27:15
  27:16 30:13 31:17
  164:18 198:23
  214:1 217:17
  221:4 222:5,22,25
  226:12,16,19
  232:5,12 245:2
told   13:17,20
  38:19 62:2 103:23
  161:16 196:17
  226:2
toledo   17:14
tomba   80:20
tommy   123:14
tool   79:18
top   36:9 37:11,12
  95:11 96:18,19
  108:11 116:16
  148:3 183:22
  191:6 192:16
  205:13
topics   219:24
total   12:23 70:24
  141:22
totally   83:9 118:2
touch   86:23
touched   142:23
  161:6 170:22
town   141:19
toxicology   188:22
track   12:25 38:22
  40:10 75:3 122:18
  122:22 141:14,19
  151:20 154:16
  158:7,17,21
  162:10 180:9
  189:21,25 190:1
  190:11 193:17
  196:4 203:9 204:5

  204:21,23
tracked   190:8
tracker   7:18
  211:22
tracking   95:22
  158:11 176:2
  178:24 182:12
  193:10,16 197:13
tracks   76:3 158:13
  158:18 177:12,17
  190:8
traffickers   125:12
  125:17
trafficking   81:15
  85:4 150:21
trained   149:8
  189:4,7
training   17:23
  18:4,16 19:2,3,5,8
  19:10,11,11,16,19
  19:19,20 21:23
  22:13 23:3 148:14
  149:2,18 157:1,4
  157:12 217:19
trainings   19:22
  22:1,3,5
transcribed   248:7
transcript   7:25
  247:11,12 248:5
  248:12 249:5,11
  249:17
transcripts   14:1
transferred   27:10
  209:19 223:17
travel   6:18
traveling   147:14
treading   193:6
treat   217:22
treated   93:15
treating   157:10

treatment   161:11
  217:20 240:7,14
  241:13,19 242:9
tremendous   56:19
trend   54:3 118:8
trends   68:12 74:5
  113:2,24 125:10
  126:17 141:21
  170:5
trial   11:8
triangles   96:1
true   28:9 215:22
  218:16,18 246:7
trumbull   233:12
trusted   117:21
truthful   10:15
  128:16
try   39:18 40:9,9
  41:7 43:8,15
  145:7 164:7
  197:16,21,22
  202:15 216:6
  219:5,23 220:3
  224:14 242:7
trying   21:1 28:5
  37:22 65:4,4 97:9
  141:19 162:13
  196:12
turn   55:21 164:23
  241:4
turning   93:10
tv   74:2 224:7,8
two   9:7 10:21
  12:17 25:22 33:25
  34:5 41:12 62:23
  68:22 70:12,14
  85:20 87:17 98:18
  98:23 99:10
  102:25 103:8,19
  104:4,19,20 107:1
  116:7 150:6,7

  153:7 161:19
  172:13 188:5
  209:11
twofold   117:19
type   62:16 91:8
  133:15 167:7,11
  172:24 199:24
  201:25 205:16,23
  209:21 212:19
  221:15,16 242:20
types   25:12 63:2
  66:11,22 78:12
  94:9 132:10
  133:15 153:19
  154:11 171:8
  211:2
typical   88:9 89:1
typically   125:19

u

u.s.   231:17
uh   15:9 16:10
  25:14 28:22 30:18
  37:5,10,16 38:14
  42:15,19 43:3
  60:21 80:15 81:9
  148:16 164:22,25
  180:12 186:8
  191:10,19 195:20
  195:25 202:8
ultimate   56:23
unaware   94:17
  99:4 215:19
uncommon   145:14
  168:5 197:13
  233:11 238:16,17
undercover   50:13
  65:19 78:13 238:2
  238:6,19,24
understand   8:25
  9:4 11:17,23 12:4
  46:6,15,18 47:7,11

47:14,19 48:1
55:25 58:4 71:1
84:14 101:23
151:5 216:8,12
217:8 220:1
**understanding**
21:9 46:3,5 49:2,6
73:12 83:22
130:21 134:1
136:6 143:5 144:5
168:15 170:23
206:21 209:9
214:9 231:18
**understood** 11:22
81:19 105:14
155:17
**unfortunately**
64:14 186:22
245:5
**unit** 7:2,17 26:6,10
26:13,21 27:8,15
27:16,21,22,23,24
28:2,4,10,14,20,24
28:25 29:2,2,4
30:17,21,23,25
31:1,4,10,13,15,16
31:21,21 32:9,14
33:3,5,9,19 40:16
40:21,22,25 41:11
41:15 54:14 58:7
59:1 61:1 103:7
120:7,14 123:11
123:21 124:1
125:11,16 126:22
128:13 146:11,12
154:2 156:19
158:23 159:12
167:3,15,15
168:18 170:1
172:5 174:10
177:24 210:7

211:21 220:7,9,14
223:18,18 241:1
243:13,14
**unit's** 220:10
**united** 1:1 231:14
244:13
**units** 169:19,23
**university** 17:6,7
23:11
**unknown** 175:24
**unlawful** 41:9
56:14 57:1
**unprecedented**
141:1,5
**unrelenting** 141:1
141:6
**unsure** 102:6
**untruthful** 21:1
**update** 5:20
183:25 190:25
**updated** 105:24
**updates** 158:3
195:3
**upper** 62:22 216:7
**upset** 183:13
**uptick** 86:7
**usage** 39:15 158:4
158:7,17,21
**use** 18:16,17 21:20
39:23 48:5,9,22
56:14,14 70:15
94:18 134:10
152:1 156:10
157:25 165:20
185:4 187:1 189:9
202:11,15 203:9
203:25 218:25
219:1 235:20
**useful** 79:17
177:24

**users** 20:18 235:10
**uses** 12:13 38:21
63:1,13 143:22
170:17 189:20
**usually** 26:3 35:5
71:17 129:23
185:16 188:3
198:24 208:17
237:22

| v |
| --- |

**v** 1:8,12 35:23
227:5
**vaguely** 37:19
184:7
**valid** 56:18
**various** 177:1
234:3
**verbally** 193:20
**verify** 196:12
**veritext** 247:1,7
250:1
**veritext.com.**
247:17
**versed** 143:3
**versus** 46:12 52:13
109:13 118:3,16
120:12 168:9
209:1
**vice** 7:2 26:6 167:3
167:12,15,15
168:18 169:19,23
170:1 243:13
**vicodin** 47:12 73:3
126:23 229:22
**victim** 63:23,24
164:11
**victims** 15:20
**view** 145:20 152:3
**viewer** 205:15
**violation** 191:21

**violence** 146:8,13
**violent** 29:17,19
159:16
**virginia** 147:6
**virtually** 79:21
86:22 136:12
231:1
**visits** 76:22
**vs** 1:10
**vsdl** 191:17,20
192:2,18
**vsdls** 192:10

| w |
| --- |

**w** 190:25
**wait** 155:24 156:4
**waiting** 123:19
161:23
**waived** 247:19
**wal** 9:17 213:24
214:16,17 215:3
226:25
**walgreens** 83:2
214:22 215:12,23
**walk** 13:4
**walked** 45:8
**walks** 111:17
**walmart** 3:6
**want** 20:25,25
34:12 36:16 38:23
40:10 57:23 69:4
69:12 82:6,10
85:2,21 100:17
102:17 128:14,15
142:14 155:24,25
156:1 178:19
180:4 181:10,11
181:14 190:15
196:20 202:17,24
202:24 203:1,2,6
216:6 222:23
227:2 234:5

241:20,21,22
**wanted**  27:5
  109:19 245:12
**ward**  40:17
**wards**  180:18
**warning**  231:9
**warrant**  121:5
**warrants**  69:15
**washington**  3:15
**waste**  241:25
**watch**  74:3 161:21
  224:7,9
**water**  193:6
**watson**  228:3
**wavelength**  11:20
**way**  23:24 29:10
  38:19 41:9 43:10
  43:16 60:18 61:4
  69:3 91:21 117:23
  118:13 120:24
  121:24 126:8
  128:14 129:12,19
  137:2 145:20
  147:18 151:20
  155:10 162:10
  185:20 190:1
  193:17 195:15
  208:23 211:7,10
  216:9 222:16,18
  233:8 246:12
**ways**  84:16 143:1
  143:6 144:3,4
**we've**  9:22 53:25
  54:1 79:12 86:6
  92:12 100:22
  114:20 153:8
  158:22 159:1
  177:7 219:20
  221:3 229:24
  232:11 234:1,4

**weapons**  18:14
  29:22 146:7
**wear**  87:2 93:16
**wearing**  30:15
**web**  81:15 85:4
**wednesday**  86:6
**week**  141:15,15
  176:25 202:5,6
**weekly**  158:3
**weeks**  35:25 60:7
  223:23
**weight**  176:22
**wellness**  43:1
**went**  23:16 27:14
  27:25 28:15 31:11
  31:16 37:13,21
  49:18 53:20 55:12
  66:4 68:24 69:3
  120:12,13 123:17
  131:17 136:23,25
  155:14,20 156:17
  165:15 169:14,14
  172:5 196:21,22
  202:1 238:19
**wesley**  4:18
**west**  68:23 180:22
**western**  17:12
  244:13
**what'd**  97:7
**whereof**  246:14
**white**  118:15,17
  187:2,4
**whitney**  146:1
**wife**  13:17
**winning**  163:23
**wires**  34:24
  220:16
**wise**  49:24 54:19
  59:3 159:21
**wish**  123:1 163:18
  168:21

**witness**  18:20 22:7
  23:8 32:17 46:22
  47:23 53:2 56:10
  57:7,20 58:14
  61:15,19 63:17
  64:11 65:11 68:11
  72:4,16 73:8,14
  76:9 81:25 83:20
  85:7 87:8 88:13
  95:4 97:6 98:8
  99:16 102:6 105:8
  110:5 122:15
  123:5,24 126:11
  128:22 137:5,7,18
  137:21 140:16
  142:19 149:16
  152:16 153:21
  158:10 159:8
  162:18 163:6
  164:16 165:10
  166:6,10 167:14
  168:12 169:6,25
  170:15 174:9,18
  175:8,22 178:11
  181:10 182:8,17
  186:19 189:24
  192:22 196:6
  197:16 200:16
  201:3 207:15
  210:5,20 211:9
  212:13 213:2,14
  216:23 220:5
  230:8 231:11
  235:2 238:11
  239:13 243:6
  245:7 246:8,14
  247:8,11 248:1,4
  248:11 249:1,4,15
**witness'**  247:14
**woman**  139:9

**word**  140:21 189:9
**words**  193:24
**work**  10:9 17:25
  18:3 33:6 56:13
  83:7,14 171:21
  172:3 194:22
  220:15 224:9
  226:11 236:23
**worked**  23:24,25
  28:25 30:2 146:15
  172:9 173:2 226:5
  233:19
**working**  23:13
  24:10 77:23
  120:13
**works**  76:4 121:16
  143:19 144:13
**worlds**  62:24
  172:14
**worse**  54:12
**wrapper**  189:2
**write**  50:7 51:5
  112:16,22 160:23
  232:1
**writing**  112:19
**written**  231:25
  238:4,8
**wrong**  60:15 97:7
  151:23 157:8
**wrote**  162:13
  180:6

**y**

**yeah**  35:24 36:22
  39:7 40:18 60:16
  92:15 96:2 136:7
  139:4 140:16
  153:5 155:20
  158:12 161:2
  163:22,23 170:22
  171:2 181:1,2,4,17
  183:13 184:8

[yeah - zones]                                                                    Page 42

202:1 209:17,17
236:5 241:24

**year** 17:17 25:22
28:1,3 31:8 54:5
74:18 115:2,3
118:6 130:12,16
133:11,23 136:24
159:3,15 168:2,19
169:2,8 172:6
192:13 193:3,12
195:16

**years** 10:23,24
19:4 20:3,22
24:25 25:22 27:13
28:16 31:15 46:1
54:17 61:3,8
67:14 69:5 71:25
78:18 89:19
128:13 146:10
159:15 162:23,24
163:18 171:24
172:4 173:2
174:19 185:19
230:23 233:3
239:3,3

**yep** 17:10 37:4
191:2

**yesterday** 8:16
14:19 37:8 81:13

**yo** 228:10

**york** 4:4,5,5

**z**

**zarzaur** 3:3
**zarzaur.com** 3:5
**zashin** 2:5
**zero** 180:7
**zimmerman** 247:5
**zimmermann** 3:2
**zip** 201:6
**zone** 25:6,11,11
205:21

**zones** 25:10

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.