Page 1

1           IN THE UNITED STATES COURT

2            NORTHERN DISTRICT OF OHIO

3                EASTERN DIVISION

4

5            ~~~~~~~~~~~~~~~~~~~~~

6   IN RE:  NATIONAL PRESCRIPTION   MDL NO. 2804

7   OPIATE LITIGATION

8                              Case No. 17-mdl-2804

9

10                             Judge Dan Aaron Polster

11  This document relates to:

12

13  City of Cleveland, Ohio v. Purdue Pharma L.P.,

14  et al.,

15  Case No. 1:18-OP-45132

16

17            ~~~~~~~~~~~~~~~~~~~~~

18           Videotaped deposition of

19              MICHAEL CONNELLY

20             November 7, 2018

                 9:05 a.m.

21

                  Taken at:

22              Zashin & Rich

                950 Main Avenue

23              Cleveland, Ohio

24           Wendy L. Klauss, RPR

25

Page 2

```
1  APPEARANCES:
2
3     On behalf of the City of Cleveland and
      the Witness and the Plaintiffs' Executive
4     Committee (MDL)Plaintiff:
         Zarzaur Mujumdar & Debrosse
5      DIANDRA DEBROSSE ZIMMERMANN, ESQ
         2332 2nd Avenue North
6      Birmingham, AL  35203
         (205) 983-7985
7      Fuli@zarzaur.com
                 -AND-
8      The City of Cleveland
         ELENA BOOP, ESQ
9        601 Lakeside Avenue, Room 106
         Cleveland, OH  44114
10       (216) 664-3727
         Eboop@city cleveland oh us
11               -AND-
         Zashin & Rich
12       AMI J  PATEL, ESQ
         950 Main Avenue, 4th Floor
13       Cleveland, OH  44113
         (216) 696-6441
14       Ajp@zrlaw com
15    On behalf of Distributor Defendant
      McKesson Corporation, Co-Liaison Counsel
16    for the Distributor Defendants:
         Covington & Burling LLP
17       SONYA D  WINNER, ESQ
         One Front Street
18       San Francisco, CA  94111-5356
         (415) 591-6000
19       Swinnner@cov com
                 -AND-
20       ANNA Q  HAN, ESQ
         One City Center
21       850 Tenth Street, NW
         Washington, DC  20001-4956
22       (202) 662-6000
         Ahan@cov com
23
24
25
```

Page 3

```
1  APPEARANCES, Continued:
2     On behalf of Endo Health Solutions, Inc ,
      Endo Pharmaceuticals Inc , Par
3     Pharmaceutical, Inc , and Par
      Pharmaceutical Companies, Inc ,(FKA Par
4     Pharmaceutical Holdings, Inc )
         Arnold & Porter
5      D  ERIC SHAPLAND, ESQ
         777 South Figueroa Street, 44th Floor
6      Los Angeles, CA  90017-5844
         (213) 243-4000
7      Eric shapland@arnoldporter com
8     On behalf of Rite Aid of Maryland:
         Morgan Lewis
9      JOHN P  LAVELLE, JR , ESQ
         1701 Market Street
10     Philadelphia, PA  19103-2921
         (215) 963-4842
11       John lavelle@morganlewis com
12    On behalf of Cardinal Health, Inc ,
      Co-Liaison Counsel for the Distributor
13    Defendants:
         Williams & Connolly LLP
14     JOEL S  JOHNSON, ESQ
         725 Twelfth Street, N W
15     Washington, DC  20005
         (202) 434-5000
16       Jjohnson@wc com
17    On behalf of Prescription Supply, Inc :
         Pelini, Campbell & Williams, LLC
18     Gianna M  Calzola-Helmick, ESQ
         Bretton Commons
19     8040 Cleveland Avenue NW, Suite 400
         North Canton, OH  44720
20       (330) 305-6400
         Giannac@pelini-law com
21
      On behalf of Walmart Inc  F/K/A Wal-Mart
22    Stores, Inc :
         Jones Day
23     KRISTIN S  M  MORRISON, ESQ
         North Point
24     901 Lakeside Avenue East
         Cleveland, OH  44114-1190
25       (216) 586-3939
         Kmorrison@jonesday com
```

Page 4

```
1  APPEARANCES, Continued:
2     On behalf of Johnson & Johnson and
      Janssen Pharmaceuticals, Inc :
3      Tucker Ellis, LLP
         JENNIFER L  STEINMETZ, ESQ
4        950 Main Avenue, Suite 1100
         Cleveland, OH  44113
5        (216) 592-5000
         Jennifer steinmetz@tuckerellis com
6
      On behalf of Teva Pharmaceutical
7     Industries Ltd :
         Morgan Lewis, LLP
8      THEODORE DAYNO, ESQ,
         600 Anton Boulevard, Suite 1800
9      Costa Mesa, CA  92626-7653
         (714) 830-0600
10       Theodore dayno@morganlewis com
11    On behalf of Distributor
      AmerisourceBergen Drug Corporation,
12    Co-Liaison Counsel for the Distributor
      Defendants:
13       Jackson Kelly PLLC
         GRETCHEN M  CALLAS, ESQ
14       500 Lee Street East, Suite 1600
         Charleston, WV  25301-3202
15       (304) 340-1169
         Gcallas@jacksonkelly coml
16
      On behalf of Defendant Mallinckrodt LLC:
17       Ropes & Gray
         HAYDEN MILLER, ESQ
18       1211 Avenue of the Americas
         New York, NY  10036
19       (212) 596-9451
         Hayden miller@ropesgray com
20        ~ ~ ~ ~ ~
      ALSO PRESENT:
21       Kurt Henschel, Videographer
22        ~ ~ ~ ~ ~
23
24
25
```

Page 5

```
1         TRANSCRIPT INDEX
2   APPEARANCES:............................   2
3   INDEX OF EXHIBITS ........................   6
4   EXAMINATION OF MICHAEL CONNELLY
    By Ms. Winner............................   14
5   By Mr. Shapland........................  269
    By Mr. Lavelle...........................  321
6
    REPORTER'S CERTIFICATE...................  338
7
    EXHIBIT CUSTODY
8   EXHIBITS RETAINED BY COURT REPORTER
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

Page 6

INDEX OF EXHIBITS
NUMBER          DESCRIPTION          MARKED

Exhibit 1   A One-Page Chart, Entitled     94
            City of Cleveland,
            Department of Public Safety,
            Division of Police
            Organizational Structure

Exhibit 2   A Document Entitled Ohio       121
            Drug Law Enforcement
            Application 2016

Exhibit 3   Public Safety Items of         203
            Interest

Exhibit 4   An Email From Alexis Butler    230
            to Michael Connelly, With an
            Email String Below It,
            Beginning with Bates Label
            CLEVE 1476407

Exhibit 5   A Document Entitled            249
            Cleveland Division of Police
            Divisional Notice, Beginning
            with Bates Label CLEVE
            1477135

Exhibit 6   A Document Entitled Threat     253
            Assessment and Strategy
            Program Year 2017, Beginning
            with Bates Label CLEVE
            220709

Exhibit 7   An Email From Gary Gingell     256
            to Harold Pretel, Dated May
            29, 2018, Beginning with
            Bates Label CLEVE 253969

Exhibit 8   An Email to Harold Pretel      259
            from Zina Martinez,
            Beginning with Bates Label
            CLEVE 254246

Exhibit 9   Several Pages of Head Shots    261
            For Speakers For the Seventh
            Australasian Drug and
            Alcohol Strategy Conference

Exhibit 10  A Document Entitled STANCE,    262

Page 7

            Executive Committee Minutes, .
            November 22, 2016, Beginning
            with Bates Label CLEVE
            352629

Page 8

INDEX OF VIDEO OBJECTION
OBJECT                          PAGE

object............................... 15
objection............................ 17
objection............................ 20
object............................... 39
object............................... 44
object............................... 49
object............................... 68
objection............................ 68
objection............................ 69
object............................... 81
object............................... 92
object............................... 111
object............................... 118
object............................... 128
object............................... 137
object............................... 139
object............................... 141
object............................... 176
object............................... 180
object............................... 186
objection............................ 186
object............................... 195
object............................... 208

Page 9

object............................... 209
object............................... 213
object............................... 229
objection............................ 230
object............................... 232
object............................... 232
object............................... 234
object............................... 235
object............................... 238
object............................... 238
object............................... 239
object............................... 240
object............................... 241
object............................... 241
object............................... 248
object............................... 269
object............................... 271
object............................... 271
object............................... 272
object............................... 273
object............................... 274
object............................... 275
object............................... 276
objections........................... 276
object............................... 276

3 (Pages 6 - 9)

**Page 10**

1 objection.............................. 277
2 object.................................. 278
3 object.................................. 279
4 objection.............................. 280
5 object.................................. 280
6 object.................................. 288
7 object.................................. 290
8 object.................................. 291
9 object.................................. 292
10 object................................. 296
11 objection............................. 296
12 object................................. 297
13 object................................. 300
14 object................................. 300
15 objection............................. 300
16 object................................. 301
17 objection............................. 302
18 objection............................. 302
19 objection............................. 304
20 object................................. 307
21 object................................. 308
22 object................................. 311
23 object................................. 312
24 object................................. 312
25 objection............................. 313

**Page 11**

1 object.................................. 316
2 object.................................. 316
3 object.................................. 317
4 object.................................. 317
5 objection............................. 319
6 object.................................. 320
7 object.................................. 320
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 12**

1 THE VIDEOGRAPHER: We are on the
2 record at 9:05. The date is November 7, 2018.
3 We are here in the matter of National
4 Prescription Opiate Litigation. This
5 deposition is taking place in Cleveland, Ohio.
6 Would counsel please identify
7 themselves for the record.
8 MS. ZIMMERMANN: Diandra Debrosse
9 Zimmermann, from Zarzaur Mujumdar & Debrosse,
10 for the Plaintiff, City of Cleveland.
11 MS. PATEL: Ami Patel, A-M-I, last
12 name Patel, P-A-T-E-L, for the Plaintiff, City
13 of Cleveland.
14 MS. BOOP: Elena Boop, with the
15 City of Cleveland.
16 MS. MORRISON: Kristin Morrison,
17 with Jones Day, on behalf of Walmart.
18 MS. CALZOLA: Gianna Calzola, from
19 Pelini, Campbell & Williams, on behalf of
20 Prescription Supply, Inc.
21 Ms. STEINMETZ: Jennifer Steinmetz,
22 with Tucker Ellis, on behalf of Janssen and
23 Johnson & Johnson.
24 MR. SHAPLAND: Erik Shapland, from
25 Arnold & Porter, on behalf of the Endo and Par

**Page 13**

1 entities.
2 MR. LAVELLE: John Lavelle, from
3 Morgan Lewis, on behalf of Rite Aid of
4 Maryland.
5 MR. JOHNSON: Joel Johnson, of
6 Williams & Connelly, on behalf of Defendant
7 Cardinal Health, Inc.
8 MS. HAN: Anna Han, from Covington
9 & Burling, on behalf of McKesson Corporation.
10 MS. WINNER: Sonya Winner, from
11 Covington & Burling, on behalf of McKesson
12 Corporation.
13 We also have to take appearances on
14 the phone. Could the people who are on the
15 phone introduce yourself.
16 MS. CALLAS: Yes. This is Gretchen
17 Callas, on behalf of AmerisourceBergen.
18 MR. DAYNO: This is Theodore Dayno,
19 of Morgan Lewis, on behalf of Teva.
20 MS. WINNER: Is that it? That's
21 it. Go ahead.
22 MR. MILLER: Hayden Miller, of
23 Ropes & Gray.
24 MS. WINNER: Anyone else?
25 MICHAEL CONNELLY, of lawful age, called

Page 14

1  for examination, as provided by the Statute,
2  being by me first duly sworn, as hereinafter
3  certified, deposed and said as follows:
4       EXAMINATION OF MICHAEL CONNELLY
5  BY MS. WINNER:
6     Q.   Good morning.
7     A.   Good morning.
8     Q.   Could you please state your full
9  name for the record.
10    A.   Michael Connelly, C-O-N-N-E-L-L-Y.
11    Q.   And what is your address?
12    A.   My work address or my --
13    Q.   Well, why don't you give me your
14  work address, to start with.
15    A.   It's 1300 Ontario Street,
16  Cleveland, Ohio, 44113.
17    Q.   Can you just tell me the city where
18  you live?
19    A.   I live in Brunswick, Ohio.
20    Q.   And where are you currently
21  employed?
22    A.   City of Cleveland, Division of
23  Police.
24    Q.   And what is your title?
25    A.   Police lieutenant.

Page 15

1     Q.   Is the address that you just gave
2  me a division of police address?
3     A.   That's the --
4          MS. ZIMMERMANN:  Object to form.
5  You may answer.
6     A.   The division of police
7  headquarters.
8     Q.   Now, you testified before, I
9  assume?
10    A.   I have.
11    Q.   And have you had your deposition
12  taken before?
13    A.   I have.
14    Q.   How many times?
15    A.   One time.
16    Q.   And what kind of case was that?
17    A.   It was -- I was a witness in a use
18  of force by a suburban police department.
19    Q.   Which police department?
20    A.   Strongsville.
21    Q.   And were you a party in that case?
22    A.   No.
23    Q.   And just generally, what was the
24  subject matter of your testimony?
25    A.   My observations during an arrest

Page 16

1  and subsequent use of a firearm.
2     Q.   And when was that?
3     A.   Approximately 2015.  I don't
4  remember the exact date.
5     Q.   You understand that you are under
6  oath today?
7     A.   I do.
8     Q.   The same as if you were testifying
9  in court?
10    A.   Yes.
11    Q.   Is there any medical or other
12  reason that you can't understand my questions
13  or give full and complete answers today?
14    A.   No.
15    Q.   I'm not going to go through the
16  long drill about depositions, because you have
17  been here before.  The one thing I will say to
18  you is if you do not understand one of my
19  questions, please speak up, let me know, and I
20  will attempt to clarify it, because if we don't
21  speak up, I'll assume that you understand it or
22  at least think you understand it.
23    A.   Okay.
24    Q.   What did you do, if anything, to
25  prepare for your deposition here today?

Page 17

1          MS. ZIMMERMANN:  I'm just going to
2  state an objection on the record to the extent
3  it involves any communications protected by
4  attorney-client privilege.  You may answer,
5  Lieutenant.
6     A.   I met with counsel three or four
7  times.  I think the longest meeting we had was
8  maybe three or four hours, and the shortest
9  meeting was maybe 40 minutes.
10    Q.   And when were those meetings?
11    A.   Over the last week, and I had one
12  meeting several months ago, and I don't
13  remember the exact date of that meeting, but it
14  was probably for a couple hours, and it was
15  with defense as well -- or with the city's
16  counsel as well.
17    Q.   And was anyone other than counsel
18  present at any of these meetings?
19    A.   No.
20    Q.   Any other employees of the city,
21  other than lawyers, present at any of those
22  meetings?
23    A.   No.
24    Q.   Is there anyone else you have
25  spoken to about this deposition?

5 (Pages 14 - 17)

Page 18

1    A.    Just my supervisor, Commander Gary
2  Gingell.
3    Q.    And what have you discussed with
4  Commander Gingell about this deposition?
5    A.    Just notifying him that I was going
6  to be here today, and that I was going to be
7  meeting with counsel on the subsequent days
8  before today.
9    Q.    Did you review any documents in
10  preparing for this deposition?
11    A.    I looked over a couple of my
12  emails, some photos, not very many.
13    Q.    Anything else that you looked at?
14    A.    Not that I can remember, off the
15  top of my head.
16    Q.    Did any of the documents that you
17  looked at help you remember things that you
18  haven't recalled?
19    A.    Some of the documents, they asked
20  me -- I was asked about the specific --
21    MS. ZIMMERMANN:  Lieutenant, to the
22  extent any communications that you had with
23  your counsel, you're not to testify about those
24  communications, okay?
25    THE WITNESS:  Okay.

Page 19

1    Q.    Yes.  I'm not asking you what you
2  said --
3    A.    So they did refresh my memory after
4  I was able to see them, yes.
5    Q.    And on what subjects was your
6  memory refreshed?
7    A.    Just that had I seen this document
8  before and, after seeing the document, I
9  recalled that I had seen it before, and there
10  were other documents that I had not seen
11  before.
12    Q.    Now, in addition to the deposition
13  you gave previously in the use-of-force case,
14  what other kinds of matters have you testified
15  in previously?
16    A.    Just criminal trial matters,
17  arrests, and that would be about it.
18    Q.    How many of those, approximately,
19  do you think you have testified in?
20    A.    50, 50, and this is just a ballpark
21  figure.
22    Q.    Did any of those cases involve
23  opioids?
24    A.    I can't recall.
25    Q.    What do you understand the term

Page 20

1  "opioids" to mean?
2    A.    Meaning a drug that's derived from,
3  like, a poppy that is used to -- used in pain,
4  like a pain medication, or, in my case, we see
5  a lot of heroin and fentanyl on the streets, so
6  we would use opioids in that context as well.
7    Q.    And you don't recall whether any of
8  the criminal matters in which you have
9  testified involved any of the kinds of opioids
10  you just described?
11    MS. ZIMMERMANN:  Objection.  Asked
12  and answered.  You may answer, Lieutenant.
13    THE WITNESS:  I can answer?
14    Q.    Yes.
15    MS. ZIMMERMANN:  Yes, sir.
16    A.    I'm sure I've testified in a heroin
17  case regarding opioids.
18    Q.    Have you ever testified previously
19  in any noncriminal matters, other than the
20  use-of-force case we talked about previously?
21    A.    Can you clarify that, like for the
22  city or --
23    Q.    Like a civil case.
24    A.    Just personal matters.
25    Q.    And what kinds of person matters?

Page 21

1    A.    A custody case.
2    Q.    Anything else?
3    A.    That's it.
4    Q.    Have you ever testified in any
5  administrative or disciplinary hearings?
6    A.    No.
7    Q.    Have you ever provided testimony
8  before any government executives or policy
9  makers or legislators?
10    A.    No.
11    Q.    Where are you from originally?
12    A.    Cleveland, Ohio.
13    Q.    So you have lived here your whole
14  life?
15    A.    I lived in Nevada for a short
16  period of time.
17    Q.    And when did you live in Nevada?
18    A.    1983, 1984, returned to Ohio in
19  1985.
20    Q.    Where did you go to high school?
21    A.    Padua Franciscan High School.
22    Q.    And where is that?
23    A.    Parma, Ohio.  Parma, Ohio.
24    Q.    You may need to speak up so that
25  the court reporter and the people on the phone

6 (Pages 18 - 21)

Page 22

1   can hear you.
2       A.   Okay.
3       Q.   And after you graduated from high
4   school, what did you do next?
5       A.   Shortly after I graduated from high
6   school, I moved to Nevada, where I took several
7   jobs.  Eventually I joined the Nevada National
8   Guard, worked out there for a couple of years,
9   and then moved back to Cleveland, Ohio.
10          I was in the Ohio National Guard
11  here in Cleveland, graduated from -- I went to
12  officers candidate school, graduated from
13  officers candidate school, was hired by
14  Cleveland police in 1990.
15      Q.   And you have been with the
16  Cleveland police ever since then?
17      A.   That's correct.
18      Q.   So when you first started working
19  for Cleveland police, what was your first job
20  with the police?
21      A.   I was a patrolman in the fourth
22  district.
23      Q.   How long?
24      A.   Eight years.
25      Q.   And as a patrolman in the eighth

Page 23

1   district --
2       A.   The fourth district.
3       Q.   Excuse me.  The fourth district,
4   what did you -- what did your job generally
5   consist of?
6       A.   We would be responsible for a zone.
7   So the city is broken down -- at the time it
8   was broken down into six districts, and the
9   districts were broken down into zones, and an
10  individual car, with two partners in it, would
11  be assigned to a zone.
12          So you would be responsible for
13  patrolling your zone for crime, you know, to be
14  visible, then you would also answer radio calls
15  for service.
16      Q.   Is there anything else -- so this
17  was approximately eight years you did this?
18      A.   For approximately, yeah, probably
19  just short of eight years, I would say.
20      Q.   Was there anything else you did as
21  a patrolman?
22      A.   I was detailed to the narcotics
23  unit, maybe 1993 or so, for, I think it was, 60
24  days.  I was detailed to the vice unit during
25  that time as well, and for 60 or 90 days as

Page 24

1   well.
2       Q.   And when you were detailed to the
3   narcotics unit, what did you do?
4       A.   I was assigned to the street squad,
5   and I basically, I did a lot of observing.  I
6   didn't do a lot of hands-on work, but the
7   detectives and the sergeants would kind of
8   train you about how narcotic detectives do
9   their job.  So I took a part in surveillance
10  activities, I took a part in controlled
11  purchases, as an observer and as part of the
12  surveillance team.
13      Q.   And at the end of your period as a
14  patrolman, what was the next thing you did in
15  the police department?
16      A.   So I was in the fourth district for
17  approximately eight years.  I think it was July
18  of 1998, right around there, it was the summer,
19  early fall of 1998, I was transferred to the
20  second district.
21          So I worked in the second district
22  as a patrolman for, I think, three or four
23  months, and I received an assignment to the
24  strike force unit in the second district.  So I
25  was assigned as a detective in the strike force

Page 25

1   uni.
2       Q.   And what is basically a strike
3   force unit?
4       A.   A strike force unit is basically a
5   group of detectives that handle sort of like
6   pattern crimes.  So if there is, like in the
7   case of the second district, if there is a
8   large amount of burglaries in one area, then we
9   would focus on the burglaries.  If there is a
10  large of amount of auto thefts, then we would
11  move and focus on the auto thefts to find out
12  who was, you know, committing those crimes and
13  arrest them.
14      Q.   Were you still a patrolman at that
15  point?
16      A.   No, at that point, that's when you
17  become a detective.
18      Q.   Is that a promotion?
19      A.   It is not a promotion.  It is a
20  lateral assignment.
21      Q.   And how long were we with the
22  strike force unit?
23      A.   Approximately two years.
24      Q.   And at the end of that two years,
25  what changed?

7 (Pages 22 - 25)

Page 26

1    A.   I was promoted to sergeant, and I
2  was transferred to the third district.  I was
3  assigned to the third district detective bureau
4  as a detective sergeant.
5    Q.   And was there an exam or something
6  you had to take?
7    A.   Yes.  There is a competitive exam
8  that anyone -- any patrolman that wants to be
9  promoted to sergeant has to take.
10    Q.   And after you were promoted and
11  sent to the third district, what was your job
12  at that point?
13    A.   So my job was -- there was a
14  lieutenant and a sergeant assigned to the
15  bureau.  So I was the sergeant assigned to the
16  bureau, working under the lieutenant.  My job
17  would be to review all the felony cases that
18  came into the detective bureau and assign those
19  cases to the detectives to follow up on.
20    Q.   Did it include narcotics cases?
21    A.   It did not.
22    Q.   Those were handled in a separate
23  unit?
24    A.   It would be handled by the narcotic
25  unit or the vice unit.

Page 27

1    Q.   So how long did you have that
2  assignment?
3    A.   Just over one year, as the
4  detective bureau sergeant, and then I was
5  transferred to be the sergeant of the strike
6  force unit, in the third district as well,
7  stayed in the third district.
8    Q.   And how long were you with the
9  strike force unit at that time?
10    A.   Approximately one more year after
11  that.
12    Q.   What happened next?
13    A.   I tested and was promoted to
14  lieutenant.
15    Q.   What year was that?
16    A.   I think 2002.
17    Q.   And after you were promoted, what
18  was your assignment?
19    A.   I was assigned -- I was reassigned
20  back to the fourth district, and I was a patrol
21  supervisor, so I would have been the OIC of
22  second shift.
23    Q.   How long did you have that role?
24    A.   I think it was just over a year
25  that I was a patrol supervisor in the fourth

Page 28

1  district on afternoon shift, so that would be
2  the, like, 3:00 to 11:00, basically, shift.
3    Q.   And then what?
4    A.   I took over the strike force unit
5  as lieutenant and the -- they call the CSU
6  unit, community service unit.  So a community
7  service unit had two sergeants, but there was
8  not a sergeant assigned to the strike force
9  unit.  They put me in charge of that.
10    I think they had -- the lieutenant
11  in charge of the bureau was kind of doing
12  lateral duty, where he was covering the strike
13  force unit as well.
14    So they put me in charge of the
15  strike force unit then and the community
16  services unit.
17    Q.   What did the community services
18  unit do?
19    A.   They helped out with like hotspots
20  in the city.  So if the district was having a
21  problem with gang members on a street corner or
22  high-drug-activity area, they would send those
23  uniformed officers in to flood the area, to
24  kind of like -- kind of like quell any kind of
25  bad activity that was going on.

Page 29

1    If there was like a street fair or
2  something like that, they would also go in
3  uniform and assist with security at the fairs,
4  or if there was a political rally, they would
5  go and assist with that.  So it was more or
6  less the commander's group of guys that he can
7  send anywhere in his -- in his district to
8  handle his problems.
9    Q.   And who did you report to?
10    A.   Directly to the commander.
11    Q.   And who was the commander at that
12  time?
13    A.   Initially it was Mike McGrath, so
14  Mike McGrath would have been the commander.
15    Q.   And how did the -- was the
16  commander the next tier up above lieutenant, or
17  was there something in between?
18    A.   There is a captain that would
19  normally be between the commander and the
20  lieutenant, but I think at that time there
21  wasn't a captain assigned.  And if there was, I
22  don't recall who it was.  I'm sorry.
23    Q.   All right.  So how long were you in
24  the role of overseeing the community services
25  unit and the strike force?

8 (Pages 26 - 29)

Page 30

1    A.   So I would say for another year I
2  did that alone, and then eventually I took over
3  the detective bureau as well.
4        So I was in the fourth district
5  from 2002 to late 2005, and I worked patrol, I
6  took over the strike force in the community
7  services unit, then eventually I took over the
8  detective bureau and the vice units.  So I was
9  kind of like the lieutenant over all of them.
10   Q.   And then what happened at the end
11  of 2005?
12   A.   In 2005, I was reassigned to
13  narcotics, and I think that was July or August
14  of 2005.
15   Q.   And have you been in narcotics
16  consistently since then?
17   A.   Yes.
18   Q.   Well, in the early period, when you
19  were first assigned, what was your role?
20   A.   When I first was assigned there, my
21  role -- I kind of -- after we -- we kind of
22  like backfilled, we were short people.  So we
23  did a lot of interviews, and we added personnel
24  to narcotics, and eventually we set up two
25  distinct squads.  So there was an east side

Page 31

1  squad and a west side squad.  So I was the
2  lieutenant in charge of the east side squad, so
3  my primary responsibility would have been the
4  east side of the city.
5    Q.   And what was the reason for
6  dividing it into those two squads?
7    A.   I just think it was easy to manage,
8  and the east side and the west side of the
9  city, you know, is basically separated by the
10  river, so it just kind of like made it easy to
11  manage that way.  We had two lieutenants, and
12  that's just how it ended up.
13        So I did the -- I took the east
14  side squad.  Eventually, I took over what they
15  want to call -- what you want to call -- I
16  don't know what you would call it, but like the
17  major case squad.  So they had more of a street
18  squad after that, and they kind of like changed
19  their methods.  They had sort of a street
20  squad, and then a major case squad, so I was
21  assigned to the major case squad.
22   Q.   And was that in place of the east
23  side/west side?
24   A.   Yes, that's correct.
25   Q.   When did that change?

Page 32

1    A.   I don't remember exactly when it
2  changed.
3    Q.   Do you know roughly when it did?
4    A.   I don't remember.
5    Q.   Okay.  Well, going back to when you
6  were overseeing the east side squad, who were
7  you reporting to at that time?
8    A.   Captain Brian Heffernan.
9    Q.   And how long did you report to
10  Captain Heffernan?
11   A.   From the day I was assigned to
12  narcotics, so that would be 2005, until Captain
13  Heffernan was reassigned.  He was promoted
14  commander.  That would have been maybe 2013,
15  2014 -- maybe 2014.
16   Q.   Approximately?
17   A.   Correct.
18   Q.   So after you -- at some point in
19  there, was it during his tenure that the
20  transition from east side/west side to street
21  and major case squads occurred?
22   A.   That's correct.
23   Q.   And how long did you continue in
24  that role?
25   A.   For about maybe a year or so.  The

Page 33

1  narcotics unit was kind of changing, it was
2  evolving during that time.  We added another
3  squad, we started focus -- some of the
4  detectives started focusing on some gang
5  activity.  So there was some changing.  It was
6  kind of like fluid at that time.
7    Q.   And you said you added another
8  squad.  What was that one for?
9    A.   And they did more of street work.
10  They assisted the vice units.
11   Q.   And at that point, what were you
12  overseeing?
13   A.   My job hadn't changed.  I was still
14  doing basically what they would call the major
15  case squad.
16   Q.   When you were overseeing the major
17  case squad, how many police officers were
18  reporting to you?
19   A.   It probably fluctuated anywhere
20  from seven to ten, depending on, you know, the
21  date and people's assignments.
22   Q.   Were there any sergeants involved
23  in there?
24   A.   At one point, I had one sergeant
25  assigned to me, but then they ended up giving

9 (Pages 30 - 33)

Page 34

1  him, like, part of the street squad
2  responsibilities.
3      Q.   So after, you said, it was about a
4  year, what happened at the end of that year?
5      A.   Well, in 2011, I was transferred to
6  the OIC, or the commander of the Northern Ohio
7  Law Enforcement Task Force.
8      Q.   As the OIC to the --
9      A.   I'm sorry.  I think the actual
10  title is commander.
11      Q.   Okay.  So the commander, I just
12  want to make sure I get this right, commander
13  of the Northern --
14      A.   Northern Ohio Law Enforcement Task
15  Force.
16      Q.   And who made the decision for that
17  transfer?
18      A.   Commander Gingell.
19      Q.   And what was the Northern Ohio Law
20  Enforcement Task Force?
21      A.   So the Northern Ohio Law
22  Enforcement Task Force is an FBI task force,
23  which is co-led by Cleveland police and FBI,
24  and it is group of federal, state, county and
25  local law enforcement agencies, who pool all

Page 35

1  those resources together to combat drugs and
2  violent -- violent crimes.
3      Q.   So its focus was outside -- went
4  beyond just drugs?
5      A.   Our primary focus was drugs, but
6  our secondary focus would have been violent
7  crime.
8      Q.   And when you were transferred, to
9  what role were you transferred at that time?
10      A.   I became the commander of the task
11  force.  So there is an FBI commander and there
12  is a Cleveland police commander, so I have a
13  co-command with an FBI supervisor.
14      Q.   And at that time were you still
15  employed by Cleveland police?
16      A.   Yes, and I still am employed by
17  Cleveland police.
18      Q.   Has that ever changed?
19      A.   No.
20      Q.   Have you ever been -- during the
21  period since 2011, have you ever been employed
22  by anyone else?
23      A.   I have not.
24      Q.   Have you ever been sort of
25  deputized or --

Page 36

1      A.   Yes, I have.
2      Q.   By whom?
3      A.   The FBI.
4      Q.   And at what time did that happen?
5      A.   Shortly after my -- I would say
6  within a month of my assignment to the task
7  force.
8      Q.   Did the FBI pay you?
9      A.   They did not.
10      Q.   Has anyone other than Cleveland
11  police paid you?
12      A.   No.
13      Q.   When you transferred in 2011 as the
14  commander, had the task force been in place
15  before that?
16      A.   Yes.
17      Q.   And so were you taking somebody
18  else's place?
19      A.   Yes.  The lieutenant that was in
20  charge of the task force was promoted to
21  commander, and he was reassigned to the third
22  district for the City of Cleveland.  So there
23  was a vacancy.
24      Q.   And what was his name?
25      A.   Pat Stephens.

Page 37

1      Q.   Is he still with the Cleveland
2  police?
3      A.   He is not.  He's retired.
4      Q.   When did he retire?
5      A.   Maybe two years ago.
6      Q.   Now, as the --  were there any --
7  after 2011, were there any changes, further
8  changes in your position or your role?
9      A.   No.  I have been there since 2011.
10      Q.   Have you had any other job
11  responsibilities with the Cleveland police?
12      A.   In 2016, I was asked to come back
13  and assist the narcotics unit with their Heroin
14  Involved Death Investigation team.  They call
15  it HIDI.
16      Q.   Were you taking somebody else's
17  place?
18      A.   There was a Lieutenant Purcell
19  assigned to narcotics, and I think Lieutenant
20  Pipoly, both of them were assigned to
21  narcotics.  Lieutenant Purcell was, I
22  believe, the last lieutenant in charge.  He was
23  promoted to captain, and they had not filled
24  his position in narcotics, so there was a
25  vacant position for lieutenant.

10 (Pages 34 - 37)

Page 38

1      So there was a vacancy, and they
2  still have not filled it to this day.  So I
3  think that's why the commander had asked me to
4  come over and assist.
5      Q.   And what was -- after Captain
6  Heffernan left, who took his place?
7      A.   Lieutenant Purcell.
8      Q.   From 2011 on, who did you report
9  to?
10      A.   Commander Gingell.
11      Q.   Has that been consistent throughout
12  that time?
13      A.   Yes.
14      Q.   Has there been any captain involved
15  in that chain?
16      A.   No.  Captain Heffernan was the only
17  captain.  They replaced him with Lieutenant
18  Purcell.
19      Q.   And you never reported to
20  Lieutenant Purcell?
21      A.   No.  We are lateral, so we would be
22  the same.
23      Q.   So after Captain Heffernan left,
24  you started reporting directly to the
25  commander?

Page 39

1      A.   Correct.
2      Q.   And was that Commander Gingell?
3      A.   Gingell.
4      Q.   How long had he been there?
5      A.   He started the same -- he took the
6  position of commander maybe a month or less
7  before I started in the narcotics unit.
8      So when he took over, he brought in
9  commander -- I'm sorry, he brought in Captain
10  Heffernan and myself at the same time.
11      Q.   Now, during the time that you have
12  been with the Northern Ohio Law Enforcement
13  Task Force, have you continued to be a member
14  of the narcotics unit of the Cleveland police?
15      A.   So, yeah, I guess you would say I
16  have been, yes.
17      Q.   Where, in 2011, where did you work
18  from?
19      MS. ZIMMERMANN:  Object to form.
20  You may answer, Lieutenant.
21      A.   801 West Superior, the U.S. Federal
22  courthouse.
23      Q.   And how long did you continue to
24  work out of there?
25      A.   Until today.

Page 40

1      Q.   Do you still work there?
2      A.   No.
3      Q.   I thought you gave a different
4  address.
5      A.   That's the Cleveland police
6  headquarters.
7      Q.   Okay.  Do you have an office there?
8      A.   In the Cleveland police
9  headquarters?
10      Q.   Yes.
11      A.   I do not.
12      Q.   Do you have an office anywhere
13  other than 801 West Superior?
14      A.   I have an office at 2001 Payne
15  Avenue, Cleveland, Ohio.
16      Q.   And what is there?
17      A.   That's the called Public Safety
18  Central.  It's the old Cleveland police
19  headquarters.  They moved -- they moved our
20  whole section from the main Cleveland police
21  headquarters into Payne temporarily, while the
22  city was looking for a new Cleveland
23  headquarters.  So it's a temporary office.
24      Q.   When did that happen?
25      A.   About a year ago.

Page 41

1      Q.   Before that did you have an office
2  in the Cleveland police headquarters?
3      A.   I did not.
4      Q.   So in 2014, for example, was the
5  only place you had an office 801 West Superior
6  or did --
7      A.   Pardon me?  What did you say?
8      Q.   In 2014, for example --
9      A.   Yes.
10      Q.   -- did you have an office in just
11  one location or more than one location?
12      A.   Just one.
13      Q.   When you came back to work on the
14  Heroin Involved Death Investigations team in
15  2016, where did you operate from for that
16  function?
17      A.   Well, it was not my only
18  assignment, so I still was working for the
19  Northern Ohio Law Enforcement Task Force, so I
20  was really wearing two hats.  I was basically
21  overseeing the death investigators or over
22  those investigators.  There was a sergeant,
23  Sergeant Mike Ward was there as a sergeant, and
24  then I brought Sergeant Joseph Bovenzi over to
25  assist as well.

11 (Pages 38 - 41)

1    Q.   And when you were doing that work,
2  where were you physically working from?
3    A.   Well, 90 percent of the time, I was
4  still at my office at the task force.  And then
5  I would go over there and check in and oversee,
6  you know, what was happening there in between.
7    Q.   How far apart physically are those
8  locations?
9    A.   Well, when it initially happened,
10  you know, The Justice Center is right there,
11  and the Federal courthouse, you could see it,
12  it is half a mile, it's a 15-minute walk, and
13  now the offices are maybe two miles apart.
14    Q.   I'm just trying to figure out, when
15  you needed to check in with your team on the
16  HIDI work, did you walk over, or how did you
17  interact with them?
18    A.   Many times I walked over.
19  Depending on where I was.  If I was in my
20  office, I would walk over, because it was
21  easier, as far as parking consideration, it is
22  easier to walk, and if I was coming from
23  somewhere else, I would obviously drive.
24    Q.   Were any other Cleveland police
25  officers also involved with the Northern Ohio

1  Law Enforcement Task Force while you were
2  there?
3    A.   Yes.
4    Q.   Has that changed over time?
5    A.   Yes.
6    Q.   Well, at the beginning, how many
7  were there?
8    A.   In the beginning, there were four,
9  four detectives.  Yeah, four detectives.
10    Q.   And how did that change?
11    A.   Detective, I think it was Detective
12  Clark eventually went back to narcotics, and
13  then he was promoted shortly after and left the
14  unit.
15    Q.   So you were down to three?
16    A.   We were down to three.  There was a
17  period of time that we had two extra guys, but
18  it was only for six months or so, and they
19  ended up having to go back to the narcotics
20  unit.  I think it was a manpower issue, they
21  needed more manpower in narcotics.
22    So I had them for a little while,
23  but it was a very short period, and I can't
24  tell you the exact dates on that, but I'm going
25  to say six or seven months only, and then they

1  went back.
2    Q.   And then you were back to three?
3    A.   Correct.  No, no, four, because
4  Detective Clark was there at the time.
5    Q.   Oh, I'm sorry.  Okay.
6    And after Detective Clark left, did
7  you stay at three up until today?
8    A.   Correct.
9    THE NOTARY:  Please wait until
10  she's finished.  Thank you.
11    Q.   You and I both have to be more
12  careful about that.
13    How many people, how many
14  detectives or other police officers have
15  reported to you in the HIDI function?
16    MS. ZIMMERMANN:  Object to form.
17  You may answer, Lieutenant.
18    A.   I believe there was five
19  detectives.  There was initially five
20  detectives assigned.  Sergeant Ward was
21  assigned and Sergeant Bovenzi.
22    Q.   So that would be six?
23    A.   Five detectives and two sergeants.
24    Q.   Any other employees work with the
25  unit?

1    A.   No.
2    Q.   During the course of your time with
3  the Cleveland Division of Police, have you ever
4  had responsibility for the establishment of
5  policies relating to drug enforcement?
6    A.   No.
7    Q.   Have you ever had responsibilities
8  for policies relating to drug response?
9    A.   No.
10    Q.   Have you ever had any
11  responsibilities for budget?
12    A.   Only as it concerns the task force
13  budget.
14    Q.   And what is your role with respect
15  to the task force budget?
16    A.   I oversee -- there's grants, there
17  is two grants that we use to fund task force
18  operations.  So I oversee the budgets of those
19  grants.  So the budget is set, but when the
20  grants come, I'm the one that oversees the
21  day-to-day expenses.
22    Q.   Do you have any responsibility for
23  putting together the grant applications?
24    A.   No.  I assist the grants
25  coordinator but -- her name is Dawn Heartsong,

Page 46

1 but I do not complete the grant.
2    Q.   How do pronounce -- spell her last
3 name?
4    A.   Heartsong, I believe it is
5 H-E-A-R-T-S-O-N-G.
6    Q.   What are the two grants?
7    A.   The Justice Assistance Grant and
8 the Ohio Drug Law Enforcement Grant.
9         MS. WINNER:  We will deal with that
10 at the break.
11    Q.   The justice assistance grant, who
12 gives that grant?
13    A.   It's a pass-through agency.  I
14 think it is the State of Ohio is where both of
15 the grants come through.
16    Q.   And who is the decisionmaker on the
17 award of those grants?
18    A.   I can't think of the name, off the
19 top of my head.  I'm sorry.
20    Q.   But Dawn Heartsong would be the
21 person who knows about that?
22    A.   Yes, ma'am.
23    Q.   Do you have any involvement in any
24 other aspect of the budget for the task force?
25    A.   I'm not really clear on the

Page 47

1 question.
2    Q.   Well, maybe because I should have
3 asked another question first.
4         Does the task force have its own
5 budget?
6    A.   Only -- well, we have the grants,
7 and then we have another budget that comes from
8 HIDTA, which is the High Intensity Drug
9 Trafficking Area.
10    Q.   And who puts that budget together?
11    A.   The Office of National Drug Control
12 Policy.
13    Q.   And that's federal money, right?
14    A.   That's federal money.  Excuse me.
15 The JAG grant is also federal money.
16    Q.   So the Justice Assistance Grant is
17 federal money --
18    A.   Right.
19    Q.   -- but it is funneled through the
20 state?
21    A.   Correct.
22    Q.   And then the Ohio Drug Law
23 Enforcement Fund money is state money?
24    A.   Correct.
25    Q.   Is the HIDTA money money that is

Page 48

1 paid to Cleveland for expenditures, or is it
2 money that is used by the federal side of the
3 task force?
4    A.   It is not paid to Cleveland
5 directly.  They have their own fiduciary.  So
6 Cleveland does not -- it does not pass through
7 the City of Cleveland.  So I guess the answer
8 would be no.
9    Q.   But the Justice Assistance Grant
10 and the Ohio Drug Law Enforcement Fund grants
11 do come through Cleveland?
12    A.   Correct.
13    Q.   In the course of your
14 responsibility for the Northern Ohio Law
15 Enforcement Task Force, to whom do you report?
16    A.   Commander Gingell.
17    Q.   Do you report to anybody on the
18 Federal side for that --
19    A.   It would be the assistant agent in
20 charge of the FBI.
21    Q.   Do you report to that person, or
22 does your co-commander report to that person?
23    A.   My co-commander reports to him, but
24 if he would call me, I would report to him as
25 well, so...

Page 49

1    Q.   I asked you earlier what you
2 understood an opioid to be, and you gave me an
3 answer.
4         Does the term "prescription
5 opioids" have a meaning for you?
6    A.   It would mean an opioid that was
7 prescribed by a medical doctor.
8    Q.   Is a -- can you give me an example
9 of a prescription opioid?
10    A.   Percocet.
11    Q.   Percocet.  Is Percocet -- would
12 Percocet be classified as a prescription
13 opioid, if it was obtained illegally?
14         MS. ZIMMERMANN:  Object to form.
15    A.   Yes.
16    Q.   I just want to make sure that you
17 and I are using our terminology the same way.
18         Okay.  So you would still classify
19 it as a prescription opioid, even if there
20 wasn't actually a prescription involved?
21    A.   It would be an illegally obtained
22 prescription opioid, right.
23    Q.   Are there particular prescription
24 opioids that you have encountered with some
25 frequency in the course of your work?

Page 50

1    A.   Yes.
2    Q.   And can you tell me what those are?
3    A.   Percocet, percodan, OxyContin, off
4  the top of my head.
5    Q.   Are those the main ones?
6    A.   Those are the main ones that come
7  to my head.
8    Q.   And is that because those
9  are -- you have encountered those being sold
10 illegally?
11   A.   Yes.
12   Q.   Have you encountered them for any
13 other reasons?
14   A.   Have I personally encountered them
15 for any other reasons?
16   Q.   I'm not asking you about your
17 personal life experience, but in the course of
18 your work.
19   A.   I'm sorry.  Could you clarify.
20   Q.   Sure.  Well, I'll come back to
21 that.  It's a little awkward the way I asked
22 it.  Let me change the subject.
23       You have been identified -- well,
24 first of all, do you know what this lawsuit is
25 about?

Page 51

1    A.   Generally I do, yes.
2    Q.   What do you know about it?
3    A.   It's my understanding that the City
4  of Cleveland and the county, and I think it is
5  Akron and Summit County are suing
6  manufacturers, distributors, maybe -- I'm not
7  sure if doctors are involved, because they feel
8  that they misled people into believing that
9  opioids were not addictive, and basically piled
10 them into the community and caused addiction.
11 That's, kind of, my general knowledge of it.
12   Q.   Have you ever seen the complaint
13 that was filed in this case?
14   A.   I did review the complaint.
15   Q.   You read the whole thing?
16   A.   No, no.  I didn't read it.  I said
17 I reviewed it.
18   Q.   How much of it did you actually
19 read?
20   A.   I just skimmed through the
21 document.  So I couldn't give you a percentage,
22 but maybe 10 percent of 400 pages or so.
23   Q.   When did you read it -- or review
24 it, excuse me?
25   A.   I think yesterday would have been

Page 52

1  the only time.
2    Q.   Had you been aware of the case
3  before that?
4    A.   Yes, in general terms.
5    Q.   And had you ever discussed the case
6  with anyone other than counsel?
7    A.   No.
8    Q.   Have you ever discussed the case
9  with Commander Gingell?
10   A.   Just the fact that I was coming
11 here today.  Nothing specifically.
12   Q.   All right.  Well, in the course of
13 various papers filed in this case, the city has
14 described you as, first of all, as the deputy
15 of Commander Gingell of the narcotics unit.  Do
16 you think that's accurate?
17   A.   I mean, in terms of being a deputy,
18 I guess that means I would be his assistant,
19 but that's not normally what my title would be.
20   Q.   Leaving aside formal titles, is
21 that an accurate description of your role, do
22 you think?
23   A.   My role has never been described
24 that way, so I don't know if that would be
25 accurate.

Page 53

1    Q.   Well, how would you describe your
2  role, vis-a-vis Commander Gingell?
3    A.   He's my direct supervisor.  I
4  report to him.  I keep him informed of my
5  activities, our cases, my personnel issues, my
6  administrative issues.  He supports, you know,
7  our investigations.
8    Q.   Does he have a de facto number two?
9    A.   That would be me.
10   Q.   Now, I assume that there are a lot
11 of things that the narcotics unit does, other
12 than the two specific roles that you are
13 involved in, correct?
14   A.   There are other aspects of the
15 narcotics unit, correct.
16   Q.   Are you involved in those other
17 aspects?
18   A.   You would have to specifically ask
19 me which aspects, and I could tell you.
20   Q.   Okay.  Well --
21   A.   Because there is too much going on.
22   Q.   Other than the Northern Ohio Law
23 Enforcement Task Force --
24   A.   Right.
25   Q.   -- and the HIDI?

14 (Pages 50 - 53)

Page 54

1    A.   The HIDI squad, right.
2    Q.   HIDI squad, what else does the
3  narcotics unit do?
4    A.   So there is another squad --
5  actually, there is not another squad.  There is
6  another unit.  It's called the package
7  interdiction team.  I take that back, hotel
8  interdiction team, H-I-T, and that's a HIDTA
9  initiative.  Sergeant Joseph Bovenzi is the
10 supervisor.
11         There is one Cleveland police
12 officer assigned, that would be Patrick
13 Andrejcak, he's a K9 officer, and the other
14 members are all suburban police departments and
15 federal agents.
16   Q.   What does the narcotics unit do?
17   A.   They also are involved in packages.
18 We used to have a package interdiction team,
19 now it's, more or less, you know, they'll call
20 to see who is available to assist.  So that's
21 an effort that we work with postal and the
22 postal inspectors.
23   Q.   And that is to inspect or interdict
24 packages that contain illegal narcotics?
25   A.   That's correct.

Page 55

1    Q.   Or other drugs?
2    A.   Or other drugs, correct, as long as
3  they are being sent illegally.  We don't
4  interdict legally, if legal drugs are being
5  mailed.
6          That being said, we also have
7  officers assigned to Homeland Security
8  investigation.
9    Q.   What else?
10   A.   We have compliance, which is the --
11 basically the pill investigations.  We have a
12 task force officer assigned to the DEA.  We
13 also -- it's not an initiative, but we also
14 assist or work cases sometimes in conjunction
15 with the DEA.  Even though it's not a task
16 force or it's not a group, you know, the DEA
17 and, I'm sorry, the narcotics unit will work
18 together on occasion, even though it's not a
19 formal operation.
20         What else from narcotics?  And I
21 think that's it, that I can remember.
22   Q.   What does the hotel interdiction
23 team do?
24   A.   So their primary mission is to
25 interdict drug dealers that are using local

Page 56

1  hotels to set up drug transactions or to
2  transfer money that may be part of a drug deal
3  in and out of the city, or, actually, not just
4  the city, it would be the whole county, you
5  know, basically Greater Cleveland area.
6    Q.   Is there a particular group within
7  narcotics that is responsible for investigating
8  heroin dealers?
9    A.   So, excuse me, the HIDI squad, the
10 Heroin Involved Death Investigations squad,
11 that would be their primary job would be to
12 investigate the dealers that are selling the
13 heroin or fentanyl or whatever that is creating
14 an overdose.
15   Q.   What about drug dealers who
16 don't -- aren't linked to an overdose, does
17 anybody investigate them?
18   A.   In the narcotics unit?
19   Q.   Yes.
20   A.   Very rarely.
21   Q.   Really?
22   A.   And that's because all of our
23 efforts are being focused on the fatals and the
24 nonfatal overdoses.
25   Q.   How long has that been the case?

Page 57

1    A.   My guess is 2015.
2    Q.   Before then, was there somebody who
3  investigated drug dealers without an overdose
4  connection?
5    A.   That is correct.  Before that,
6  before the HIDI team basically was created, the
7  narcotics unit's primary mission was to
8  investigate any drug complaint that came their
9  way, whether it was heroin, cocaine, pills, you
10 know, they would take any and all comers.
11         Now we are focused entirely on the
12 overdose problem.
13   Q.   So if somebody called the police
14 and said, "I think my neighbor down the street
15 is selling heroin out of their house," would
16 anybody respond to that?
17   A.   We would probably redirect that
18 information to the districts and have a vice
19 unit do the follow-up, unless the investigators
20 on the HIDI squad felt like either they had
21 time to investigate it or it was possibly
22 related to one of their investigations.
23   Q.   What does the compliance unit do?
24   A.   They basically follow up on pill
25 cases.

15 (Pages 54 - 57)

Page 58

1    Q.   What are pill cases?
2    A.   So prescription -- we call it
3  diversion, so it would either be illegally
4  obtained prescriptions.
5    Q.   And how do people illegally obtain
6  prescriptions?
7    A.   They can write a fake script, they
8  can steal grandma's prescriptions, they can go
9  to a doctor that is writing prescriptions
10  illegally, they can buy illegal prescriptions
11  from a drug dealer on the corner.  There is a
12  very -- there is a variety of ways to obtain
13  them.
14    Q.   And does the compliance unit look
15  into all of those things?
16    A.   They do, you know, within their
17  limitations, because there is only a couple of
18  them.  So if I can explain really quickly, any
19  one of these units, if they would need help,
20  they can ask for help from the general squad.
21    Q.   How many people are in the
22  compliance unit?
23    A.   Two.
24    Q.   Has that changed over time?
25    A.   It's either been one or two

Page 59

1  detectives assigned, as far back as I can
2  remember.
3    MS. ZIMMERMANN:  Counselor, I think
4  we will need a ten-minute break.
5    MS. WINNER:  Oh, sure.  No problem.
6    Q.   Is this a good time for you?
7    A.   It is.
8    THE VIDEOGRAPHER:  Off the record
9  at 9:59.
10    (Recess taken.)
11    THE VIDEOGRAPHER:  On the record,
12  10:15.
13    Q.   Okay.  I think before the break, we
14  were talking about the compliance unit.
15    A.   Correct.
16    Q.   What are the names of the
17  detectives in the compliant unit?
18    A.   Detective Prince and Patina.
19    Q.   How do you spell that?
20    A.   P-A-T-I-N-A.
21    Q.   Have they -- how long have they
22  been in the compliance unit?
23    A.   Detective Prince, since before I
24  was assigned to narcotics, and so I don't know
25  when he began, or maybe shortly after I was

Page 60

1  assigned to narcotics, and then Detective
2  Patina, approximately two years.
3    Q.   And was there somebody else in that
4  role before Detective Patina?
5    A.   I think Detective Whitney was there
6  before Prince -- or maybe with Prince, but not
7  Patina.
8    Q.   So before Detective Patina was
9  there -- you said that that was about two
10  years.  Was there somebody -- was Detective
11  Prince alone, or was there --
12    A.   Correct.
13    Q.   For how long?
14    A.   A couple years.  I can't give you
15  an exact number.  I just don't remember.
16    Q.   Has the size of the narcotics unit
17  changed, during the time you have been there?
18    A.   Yes.
19    Q.   And how has it changed?
20    A.   When I first arrived, there was, I
21  would say, maybe under ten officers or
22  detectives.  We grew the size of the unit to
23  approximately 30, and I think now it's back to
24  around ten or 12 detectives.
25    Q.   And when was it at 30?

Page 61

1    A.   Maybe 2008, 2009.
2    Q.   And at what point after that did it
3  shrink?
4    A.   During that period of time, there
5  was some layoffs, and officers were reassigned
6  back to the districts.
7    Q.   When was that?
8    A.   I think 2007 or 2008.  You know,
9  it's been a while, so I can't give you exact
10  time -- exact dates.
11    Q.   What was the reason for the
12  reduction?
13    A.   The layoffs.  The city laid off
14  police officers.
15    Q.   Was that around the time of the
16  financial crisis?
17    A.   I don't remember the exact, but it
18  had something to do with the city's finances.
19    Q.   And did it go down to ten at that
20  time or at what level --
21    A.   It was a slow attrition.  So it
22  went down -- I don't have -- I don't know the
23  exact numbers.  So I'm not going to be able to
24  give you exact numbers, I'm sorry.  But the
25  numbers were reduced significantly, as a result

16 (Pages 58 - 61)

Page 62

1  of the layoffs.  And then over the years, it
2  eventually went to where we are today.
3      Q.   Has it ever dipped below ten?
4      A.   I don't know that answer.  I doubt
5  it.
6      Q.   And you think it's about ten today?
7      A.   It's probably more than ten,
8  including supervisors.
9      Q.   Well, was there ever a time that it
10  was less than overall -- in overall size than
11  what it is today, since you have been there?
12      A.   I'm not sure.  I'm not sure.  I'm
13  trying to remember, but I'm not sure.
14      Q.   Are there any plans to increase the
15  size of the narcotics unit?
16      A.   I know that Commander Gingell is
17  working on that, so I know we want more people,
18  so...
19      Q.   Have you wanted more people for a
20  while?
21      A.   Yes, ma'am.
22      Q.   Since around 2008, perhaps?
23      A.   Since we -- obviously, since we
24  lost them, we wanted them back.
25      Q.   Is there any -- are you aware of

Page 63

1  any current plans to grant Commander Ginell's
2  wish for more people?
3      A.   Yes.
4      Q.   And what do you know about that?
5      A.   Just that he expects more personnel
6  assigned to narcotics.
7      Q.   And when is that expected to occur?
8      A.   I don't know.
9      Q.   And are there any specific plans on
10  how those people will be deployed?
11      A.   I'm sorry.  I don't know that
12  either.
13      Q.   Would Commander Gingell be the
14  person I should ask that?
15      A.   Yes.
16      Q.   Going back to the description we
17  were given of you, you were described as having
18  knowledge of investigations and reporting of
19  opioid-related offenses.  Does that sound right
20  to you?
21      A.   Yes.
22      Q.   What knowledge do you have of
23  investigations of opioid-related offenses?
24      A.   Specific opioid-related offenses,
25  the HIDI team investigate opioid-related

Page 64

1  offenses, and so does compliance.  So if you
2  are asking me which personnel does -- handles
3  those investigations, I guess that would be
4  where we are going.
5      Q.   Actually, no.  I was trying to
6  figure out what areas you had knowledge of.
7      A.   Okay.  I think you need to -- I'm
8  not sure exactly what you are looking for.  So
9  I need clarification on that one.
10      Q.   Okay.  Well, let's start with the
11  compliance unit.  Do you have any personal
12  involvement with them?
13      A.   No.
14      Q.   Do you have any knowledge about
15  what they do?
16      A.   I mean, I have an overall
17  understanding of what they do.
18      Q.   Who oversees the compliance unit?
19      A.   I would say that Commander Gingell
20  almost is their direct supervisor.  Sergeant
21  Baeppler is probably their direct supervisor.
22      Q.   Anyone else?
23      A.   No.
24      Q.   I take it you have knowledge of
25  investigations conducted by the task force you

Page 65

1  work with, correct?
2      A.   Correct.
3      Q.   You are also described as having
4  knowledge of reporting of opioid-related
5  offenses.  What do you know about the reporting
6  of opioid-related offenses?
7      A.   That the Bureau of Special Services
8  tracks opioid overdoses, fatal and nonfatal,
9  and the HIDI investigation team investigates
10  the causes and looks for the offenders that are
11  involved.
12      Q.   What is the Bureau of Special
13  Services?
14      A.   That's the bureau that Commander
15  Gingell is in charge of.  That's the name of
16  the bureau that he's in charge of.
17      Q.   Does that include anything other
18  than narcotics?
19      A.   The SWAT unit, narcotics, and the
20  gang squad.
21      Q.   Anything else?
22      A.   I think that's it, in a nutshell.
23      Q.   Is there anybody with a supervisory
24  focus just on narcotics under him?
25      A.   Over all narcotics?

17 (Pages 62 - 65)

Page 66

1    Q.    Yes.
2    A.    I guess that would be me.
3    Q.    You're as close as it comes?
4    A.    Yeah, I'm as close as it comes
5 right now.
6    Q.    Is the gang squad a separate squad
7 from narcotics?
8    A.    Correct.
9    Q.    Do the two often work together?
10    A.    Not often, but sometimes.
11    Q.    Have you had any training specific
12 to drugs?
13    A.    I have.
14    Q.    And what training is that?
15    A.    Of course, during the police
16 academy, they give you an overall narcotics
17 background.  I've gone to some schools,
18 narcotics investigation schools.  I can't give
19 the name of those schools off the top of my
20 head right now.
21       I did go to the DEA drug commanders
22 school in Quantico, Virginia.  I've gone to
23 seminars and workshops as well.
24    Q.    When you say you've gone to
25 schools, are those school courses established

Page 67

1 by government agencies for law enforcement
2 officers?
3    A.    Some of them are, and some of them
4 are private, instructor-type situations as
5 well.
6    Q.    And how long is the average course
7 of such a school?
8    A.    I would say between three and five
9 days.
10    Q.    Have any of the schools or other
11 training courses that you have gone to focused
12 on prescription opioids?
13    A.    I don't know that I have gone to a
14 school for prescription opioids.  I think I
15 have sat in on seminars, like a one-day
16 seminar.
17    Q.    When have you done that most
18 recently?
19    A.    I can't recall, off the top of my
20 head.
21    Q.    Can you recall, in general terms,
22 roughly when one or more of those seminars
23 were?
24    A.    I'm sorry.  I can't.  I don't want
25 to give an answer that I'm not sure of.

Page 68

1    Q.    Well, do you know if you went to
2 any such seminars before you were involved with
3 the Northern Ohio Law Enforcement Task Force?
4    A.    I'm sorry.  I don't remember.
5    Q.    Have you had any experiences in
6 your personal life that have affected your
7 feelings or beliefs about opioids?
8    A.    No.
9    Q.    Have you taken opioids yourself?
10       MS. ZIMMERMANN:  Counselor, I think
11 we are going to object to that, to the extent
12 that's asking for his private health
13 information and impedes on his right to
14 privacy.  I'm going to instruct him not to
15 answer that.
16    Q.    Have you had any friends or family
17 members who have struggled with addiction?
18       MS. ZIMMERMANN:  We will lodge the
19 same objection, with regard to his right to
20 privacy and invading the right of privacy of
21 his family members.  Counselor, I'm going to
22 instruct him not to answer that.
23    Q.    Well, I'm not asking you for the
24 names of any individuals, just asking
25 generally, have you ever had any friends or

Page 69

1 family members who struggled with addiction?
2       MS. ZIMMERMANN:  I'm going to lodge
3 the same objection, counselor.
4       MS. WINNER:  Okay.  Flag that, if
5 you would.
6    Q.    Okay.  Are there some kinds of
7 opioids that people in the community
8 legitimately possess and use?
9    A.    Yes.
10    Q.    Are there circumstances under
11 which, in your work, you would treat possession
12 of Percocet or oxycodone as a crime?
13    A.    Yes.
14    Q.    And are there also circumstances
15 under which possession of Percocet or oxycodone
16 would not be treated as a crime?
17    A.    Yes.
18    Q.    Are there some opioids that are
19 never lawful to possess?
20    A.    Yes.
21    Q.    Can you give me an example of that?
22    A.    Heroin.
23    Q.    Where would you classify fentanyl,
24 in that respect?
25    A.    Never lawful to possess.

18 (Pages 66 - 69)

Page 70

1    Q.   In your law enforcement work, how
2  do you distinguish between the lawful
3  possession and use of an opioid and an unlawful
4  possession and use?
5    A.   Well, it's easier to distinguish
6  with street drugs, a heroin or a street
7  fentanyl found on the street, because most
8  people don't have a legitimate reason to
9  purchase or have it in their possession.
10       The pill form, you would have to do
11  an investigation into whether the person
12  legally obtained that.
13    Q.   Have you ever been -- personally
14  been involved in any investigations about
15  whether somebody legitimately obtained a
16  prescription opioid?
17    A.   Yes.
18    Q.   And when was that most recently?
19    A.   It's been a long time since I've
20  done it, so I couldn't give you a date, but it
21  probably would have been back when I was in
22  narcotics.
23    Q.   And back when you were -- you mean
24  before you went on the task force?
25    A.   Before I went to the task force,

Page 71

1  correct.
2    Q.   And how common, during that earlier
3  period, was it for you to do an investigation
4  of somebody having prescription opioids?
5    A.   It would be common.
6    Q.   Was it more common in those days
7  for investigations on that subject by the
8  narcotics unit than it is today?
9    A.   I believe so.
10    Q.   And why is that?
11    A.   I think the focus of the narcotics
12  unit has somewhat shifted towards the street
13  drugs, and I think the availability has
14  decreased.
15    Q.   The availability of what?
16    A.   Of the pill form.
17    Q.   And when did the availability of
18  the pill form decrease, to your knowledge?
19    A.   I think it's just been within the
20  last couple years.  I know there has been a big
21  push towards decreasing, you know, the amount
22  of prescriptions given out.
23    Q.   What activities does the Cleveland
24  Division of Police engage in that relate to the
25  use and abuse of opioids?

Page 72

1    A.   It's kind of a big question for me.
2  Could you narrow that down?
3    Q.   Well, actually, I'm just trying to
4  figure out, you know, what kinds of things does
5  the police department do that relate to the use
6  and abuse of opioids?  I guess you do law
7  enforcement, you investigate things?
8    A.   Right.
9    Q.   What other things does the
10  department do?
11    A.   I know they are involved in the
12  pill giveback program, where they have the
13  boxes set up, and they come, and people give
14  their leftover pills, so they are involved with
15  that.
16       The city takes part in the Opioid
17  Action Committee.  There is various, I think,
18  public information bulletins that they put out
19  regarding, you know, the dangers of opioid
20  abuse, and off the top of my head, I think
21  that's it.
22    Q.   Do you have any personal knowledge
23  of the pill giveback program?
24    A.   I don't.  I know that our city
25  takes part in it, you know, as well as many of

Page 73

1  the other law enforcement teams in the county.
2    Q.   But you are not the person to ask
3  about that?
4    A.   I don't have direct knowledge of
5  it.
6    Q.   And what is the Opioid Action
7  Committee?
8    A.   Commander Gingell sits on that
9  committee.  It is a group of, you know, members
10  of the, like, law enforcement addiction
11  services, recovery, prevention, you know, the
12  courts, they all get together, and they have
13  identified that there is a problem, a horrible
14  problem with addiction in our community, and
15  they are trying to put together a plan to, you
16  know, stop the scourge that has been happening
17  in our community.
18    Q.   Do you do anything relating to that
19  committee?
20    A.   I only sit on it occasionally, and
21  that's only when Commander Gingell is not
22  available.
23    Q.   And what have you done when you
24  have sat on it?
25    A.   I take notes, and I provide them to

19 (Pages 70 - 73)

Page 74

1  the commander.  So I don't have any personal,
2  you know, actions that I take.  So I'm just
3  sitting there when he's not there, making sure
4  I provide him with the information about what
5  happened that day.
6      Q.   Do you have any involvement in any
7  of the public information or public education
8  efforts?
9      A.   I do not.
10     Q.   Do Cleveland police officers become
11  involved in assisting with the prosecution of
12  people who are arrested for opioid offenses?
13     A.   If we are an investigative
14  part -- if we are part of the investigation
15  process, yes.
16     Q.   And do you ever have involvement
17  with that kind of activity?
18     A.   No.
19     Q.   Are you ever involved in the arrest
20  of people for opioid offenses?
21     A.   In the past I have, but not in
22  several years.
23     Q.   So what do you do now?
24     A.   I basically am an administrator,
25  and I, kind of like, oversee, especially the

Page 75

1  budget end of the task force.  I also provide
2  supervision to the detectives while they are
3  working, and try to provide them with the tools
4  that they need to complete their
5  investigations.
6          So I'm not, for the most part, I'm
7  not an active investigator, although
8  occasionally I will assist.
9      Q.   Will you give advice to the
10  detectives on their activities?
11     A.   Yes.
12     Q.   Do you ever oversee any of their
13  activities relating to assisting with
14  prosecution of offenders?
15     A.   No.
16     Q.   Does the Cleveland Division of
17  Police become involved in emergency response
18  activities relating to opioid addiction or
19  overdoses?
20     A.   Could you clarify "emergency
21  response"?
22     Q.   Somebody has overdosed.
23     A.   Yes, we do.
24     Q.   And do you have any involvement in
25  that?

Page 76

1      A.   Yes, I do.
2      Q.   And what involvement -- is that the
3  HIDI?
4      A.   That's correct.
5      Q.   And we will come back, I'll ask you
6  more about that later.
7          Obviously you are involved in
8  investigations of deaths by overdose, correct?
9      A.   Yes.
10     Q.   Do you also investigate overdoses
11  that do not result in death?
12     A.   Yes.
13     Q.   Has that been something that HIDI
14  has done all along, or has that been something
15  that has changed overtime?
16     A.   It has changed.  So initially they
17  were just a death investigation squad, but as
18  the problem just kept on getting worse and
19  worse, we expanded it to the nonfatal
20  overdoses.
21     Q.   When did that happen?
22     A.   I was not assigned there when it
23  first changed.  So I'm going to guess sometime
24  before I started.  So that was in August,
25  August 2017, so sometime before that.

Page 77

1      Q.   Had it gone back and forth?
2      A.   No.  I believe it started with just
3  the fatals, and then it expanded to the
4  nonfatals and stayed that way.
5      Q.   Who is the -- who within the
6  department is principally responsible for
7  public information and education efforts?
8      A.   That information comes out of the
9  chief's office.
10     Q.   Is there any particular individual
11  you know who is involved in that?
12     A.   Detective Ciaccia, and I can't tell
13  you how to spell her name.
14     Q.   Anyone else?
15     A.   I'm not sure who is currently
16  assigned.
17     Q.   Going back to prescription opioids,
18  are there situations in which people may engage
19  in lawful uses of prescription opioids that
20  still cause problems that your department has
21  to get involved in?
22     A.   Yes.
23     Q.   And how does that happen?
24     A.   Somebody could lawfully obtain a
25  prescription for OxyContin, or whatever opioid

20 (Pages 74 - 77)

1  they may get, and they could abuse that opioid
2  themselves, or they could sell that opioid,
3  although obtained legally, they could be
4  selling it for profit, or they could overdose
5  on their own opioid that they legally obtained.
6      Q.   Has the department ever attempted
7  to develop any statistics about what proportion
8  of overdoses are attributable to that kind of
9  situation?
10     A.   I don't know that.  I don't have
11  that answer.
12     Q.   Is there anybody else who might
13  know that?
14     A.   I don't know.  I'm not -- I have no
15  knowledge of that part of it, so I'm sorry.
16     Q.   Is there anybody, other than your
17  direct reports, from whom you receive regular
18  reports relating to opioids?
19     A.   Could you rephrase that, please.
20     Q.   Is there anybody from whom you
21  receive regular reports?
22     A.   Yes.
23     Q.   And who would that be?
24     A.   From the commander's office, I get
25  an update on the opioid -- the numbers of

1  overdoses, not fatal and nonfatal, that we
2  respond to.
3      Q.   Anyone else?
4      A.   And the Cuyahoga County Coroner's
5  Office sends out a report.  It might be once or
6  twice a week.
7      Q.   And who do you get the updates from
8  the -- start that again.
9          From whom do the updates from the
10  commander's office come from?
11     A.   From the commander's secretary.
12     Q.   And what is the secretary's names?
13     A.   Jennifer DiGregorio.
14     Q.   And do you get those via email?
15     A.   Correct.
16     Q.   And how often do you get them?
17     A.   A couple times a week.
18     Q.   And you said you think from the
19  Cuyahoga County Coroner's Office -- or medical
20  examiner --
21     A.   Medical examiner.
22     Q.   -- you get reports a couple times a
23  week?
24     A.   I may only get that once a week.
25     Q.   And who sends those reports?

1      A.   Hugh Shannon.
2      Q.   And do you receive these reports in
3  your capacity as the head of the HIDI unit or
4  the other function?
5      A.   It's because of my involvement with
6  the HIDI unit.
7      Q.   Are there any other regular reports
8  that you get?
9      A.   Those are the only two that I can
10  recall.
11     Q.   Are there any regular reports that
12  you make to anyone?
13     A.   No, ma'am.
14     Q.   And has that been true since 2011,
15  when you joined the task force?
16     A.   I do not -- yes, that's true, yes.
17     Q.   So how do you interact with
18  Commander Gingell on task force matters?
19     A.   I meet with him regularly, and
20  sometimes he emails me, and I respond to his
21  email.
22     Q.   And how often do you meet with him?
23     A.   Several times a week.
24     Q.   And has that been true the entire
25  time you have been with the task force?

1      A.   Less, when I was just the task
2  force commander; and much more frequently,
3  since I've taken on the additional duties.
4      Q.   Well, before you took on the
5  additional duties, how often did you report to
6  him?
7      A.   At least once a week.
8      Q.   Does the task force use any police
9  department resources, other than yourself and
10  the detectives assigned to you?
11         MS. ZIMMERMANN:  Object to form.
12     A.   The police, we would use police
13  vehicles.
14     Q.   Anything else?
15     A.   Our assigned -- our assigned police
16  equipment, just our regular duty equipment.
17  I'm trying to think, off the top of my head,
18  something that, you know, you are referring to
19  that we would use.
20         Really, you know, off the top of my
21  head, that's where I'm going, so, yes, that
22  would be it.
23     Q.   Now, are the salaries of yourself
24  and the other detectives assigned to the task
25  force paid for with grant funds?

21 (Pages 78 - 81)

Page 82

1    A.   No, the salary is not paid for with
2 grant funds.  The overtime would be paid for
3 with grant funds.
4    Q.   What about the vehicles and
5 equipment?
6    A.   All the officers came over with --
7 they are all vehicles assigned by the city.
8 Eventually, each officer was provided a vehicle
9 provided by grant funding.
10    Q.   And what about the police
11 equipment, I assume you are talking about
12 things like your gun?
13    A.   Yes.  Those are all provided by the
14 city.
15    Q.   And paid for.  Do you know what the
16 city's funding source is for that?
17    A.   I do not.
18    Q.   Do you know what the city's funding
19 source is for your salary?
20    A.   I do not.
21    Q.   Do you -- this is a stupid
22 question, but I'm just asking it to start us
23 off.  Do you use email in your job?
24    A.   Yes.
25    Q.   How do you use it?

Page 83

1    A.   To convey information between one
2 person to another.
3    Q.   Okay.  How many emails a day do you
4 think you send?
5    A.   It's really hard to give an average
6 day, because my days can be very different, but
7 maybe five.
8    Q.   I wish I had your life.
9    How many emails a day do you
10 receive, business emails?
11    A.   Right.  25.
12    Q.   What proportion of the emails that
13 you send and receive relate, in one way or
14 another, to opioids?
15    A.   I would say a small percentage of
16 them.
17    Q.   And by "small," do you mean 20
18 percent?
19    A.   Probably 20 or under.
20    Q.   And what do the rest relate to?
21    A.   Administrative -- my administrative
22 duties, which is just personnel issues, budget
23 issues.  You know, we have to do personnel
24 evaluations, we have to do sick review.  It's
25 just a lot of admin issues at this level.

Page 84

1    Q.   How long have you used email in
2 your work at the police department?
3    A.   My city email has been spotty.  It
4 has been very difficult for me to get city
5 email, until probably three or four years ago,
6 when I started getting emails on a regular
7 basis.
8    Q.   And why was that?
9    A.   Glitches in the city's email
10 system.  Eventually, they had to change my
11 email for me to get regular email.
12    Q.   So for, like in 2009, you simply
13 weren't getting email?
14    A.   I may not have.
15    Q.   And in 2012, were you getting
16 email?
17    A.   It depends on what month in 2012
18 you are asking about.
19    Q.   Did you not send email during that
20 time?
21    A.   I did not have -- I literally did
22 not have access to the city email.  It would
23 not work for me.
24    Q.   Did you ever get an explanation
25 about that?

Page 85

1    A.   I don't remember the exact
2 explanations.  I had it, then I didn't have it.
3 So it would fluctuate when it was available,
4 and it would always seem to be, whether it was
5 a tech issue that I, you know, couldn't answer
6 why I didn't, but it's not unusual.
7    Q.   When you say, "It's not unusual,"
8 you mean other people had that problem too?
9    A.   Yes.
10    Q.   Well, did people just not
11 communicate by email then?
12    A.   Yeah.  We were lucky to have
13 everybody in the same office.  So when we were
14 at work, you know, we were all together, and
15 then if they needed to call us, they would just
16 call us, and we would take the phone.
17    Q.   And that got fixed about three to
18 four years ago?
19    A.   I think so, yes.
20    Q.   And since that time, you have had
21 regular access to email?
22    A.   Yes.
23    Q.   Did you use any other -- did you
24 use any other email address, other than your
25 city email address, for your work?

22 (Pages 82 - 85)

Page 86

1     A.    For work with the city, no.
2     Q.    Well, do you work for anybody other
3  than the city?
4     A.    Well, for my task force job.
5     Q.    Okay.  But you do that in your
6  capacity as an employee of the city, correct?
7     A.    And as the task force commander.
8     Q.    And you are employed by the city,
9  correct?
10     A.    I am employed by the city.
11     Q.    And so you had one or more
12  additional email addresses for the task force;
13  is that correct?
14     A.    One.
15     Q.    And what was that email address?
16     A.    Mike.Connelly@OhioHIDTA.org.
17     Q.    And so before about three to four
18  years ago, was that the only email address,
19  basically, that you had that was operative?
20     A.    I believe so.
21     Q.    And did you use that email address
22  during that time for non-task force business
23  purposes?
24     A.    I did.
25     Q.    And did you then continue after

Page 87

1  that to use it for non-task force business?
2     A.    Yes.
3     Q.    Do you still use it that way today?
4     A.    Yes.
5     Q.    How do you decide -- or do you make
6  a conscious decision which email address to
7  use?
8     A.    My primary email address is my task
9  force email address, because that's where my
10  primary focus is, on the task force.  I spend
11  most of my time there.  And most of my emails
12  are related to the task force.
13     Q.    But do you make a conscious
14  decision, every time you send an email, this is
15  one that I should use this address for, this is
16  one I should use the other address for, or is
17  it more just hit or miss?
18     A.    I don't make a conscious decision
19  on which email address to use.
20     Q.    Do people who interact with you
21  consistently use -- well, strike that.
22           Do people within the division of
23  police who communicate with you on non-task
24  force business use your task force email
25  address, at times?

Page 88

1     A.    Yes.
2     Q.    Did you use your police department
3  email address for anything related to opioids
4  before 2017?
5     A.    Probably in 2016.
6     Q.    If you wanted to find an email that
7  you sent five years ago, would you be able to
8  do it?
9     A.    Every single email I sent, I guess,
10  would be on the city's server, if I needed to
11  access the city's server.
12     Q.    What about an email you sent five
13  years ago using the other email address?
14     A.    I am not aware of the retention
15  policy for HIDTA.
16     Q.    Have you ever had occasion to go
17  back and dig out an old email you sent or
18  received?
19     A.    I don't recall having to do that.
20     Q.    Have you ever kept a diary or a
21  notebook with notes of your police activities?
22     A.    Not a diary.  I have taken notes,
23  and I usually would transfer those notes onto a
24  document.
25     Q.    And where would that document be?

Page 89

1     A.    The city retains all my documents.
2     Q.    So do you have a computer that you
3  work with?
4     A.    Yes.
5     Q.    And do you store documents on that
6  computer?
7     A.    Some.
8     Q.    And then do you also store
9  documents on some central city drive of some
10  kind?
11     A.    I do not use a central city drive
12  for my documents.  Most of my documents would
13  be on my computer or archived.
14     Q.    And where would they be archived?
15     A.    Either with -- either in the
16  commander's office or somewhere -- wherever the
17  city keeps their archives.
18     Q.    If you needed to pull up a report
19  or something else that you -- well, not a
20  report, but a document, a set of notes that you
21  wrote up two months ago, how would you go about
22  getting it?
23     A.    I could request the -- my day's
24  records from the commander's office, if I
25  needed to.

23 (Pages 86 - 89)

Page 90

1    Q.   So you say that you sometimes will
2  write up -- you just type up notes that you
3  took, is that what you do?
4    A.   Right.  I'll type it out.
5    Q.   Okay.  And then you save it into a
6  document --
7    A.   Right.
8    Q.   -- on your computer?
9         Is there -- are there any other
10 documents that you create in the course of your
11 work?
12   A.   Not on a normal occasion, no.  I
13 don't have to create a lot of reports, in my
14 capacity, updated reports for the budgets and
15 stuff like that, but my daily activity, that's
16 it.
17   Q.   What about the budget reports,
18 where are they kept?
19   A.   They go to public safety.
20   Q.   Do you write anything relating to
21 budget issues?
22   A.   It's not a written-out report.
23 It's just a spreadsheet with expenditures.
24   Q.   And is that something you keep on
25 your computer?

Page 91

1    A.   It is.
2    Q.   And do these include expenditures
3  relating to the activities for which you were
4  responsible for overseeing?
5    A.   For the task force.
6    Q.   And the task force -- at least some
7  of the task force activities, I take it, relate
8  to opioids; is that correct?
9    A.   Some.
10   Q.   What percentage of the task force
11 activities relate to opioids, would you say?
12   A.   Maybe 50 percent.
13   Q.   Has that changed over time?
14   A.   Yes.
15   Q.   And how has it changed?
16   A.   It has increased.  Our opioid
17 investigations probably have increased since
18 2011.
19   Q.   At what level was it around 2011?
20   A.   "At what level"; is that the
21 question?
22   Q.   Yes.  You said about 50 percent
23 now.  What was it then?
24   A.   It's hard to give an exact number,
25 but maybe 20 to 25 percent.

Page 92

1    Q.   Of the 50 percent -- well, strike
2  that.
3         Of the 20 to 25 percent in 2011,
4  how much of that was related to prescription
5  opioids?
6    A.   I can't give an exact percentage,
7  but very little.
8    Q.   How about the 50 percent today, how
9  much of that is prescription opioids?
10   A.   Very little.
11   Q.   In between 2011 and today, was
12 there any time when it was not very little?
13   A.   It's always been very little.
14   Q.   And what did the -- and what did
15 that very little consist of?
16      MS. ZIMMERMANN:  Object to form.
17   A.   I don't have -- I can't give you an
18 exact answer, because it's been so long, but we
19 did do some smaller pill cases, but I believe,
20 and this -- I'm trying to give you an answer,
21 but I can't remember, so I don't want -- I
22 can't give you a specific answer.
23         I do believe that we did some pill
24 cases, but on a low, very low level, and that's
25 all I can answer.  I'm sorry.

Page 93

1    Q.   But that was several years ago?
2    A.   Yes.
3    Q.   Do you have any paper in your
4  office?
5    A.   Yes.
6    Q.   Some people would say no these
7  days, but some of us still say yes.
8    A.   Uh-huh.
9    Q.   How much paper is in your office?
10   A.   Paper documents?
11   Q.   Yes.
12   A.   It's hard to give an answer of how
13 much paper is in my office.  I mean, are you
14 asking me about how many pieces of paper are in
15 my --
16   Q.   I mean, do you have, you know,
17 large piles of things in your office or --
18   A.   I do not.  I do not have large
19 piles of things.
20   Q.   What kinds of paper do you have in
21 your office, paper with writing on it?
22   A.   It's personnel documents, overtime
23 documents, budget documents -- what else --
24 overtime reimbursement documents, that kind of
25 paper documents.

24 (Pages 90 - 93)

1    Q.   Have you ever received any
2  instructions about the need to preserve emails
3  and other documents that relate to email?
4         MS. ZIMMERMANN:  You may answer
5  that to the extent that it doesn't involve
6  communications with counsel.
7    A.   Yes, I have.
8    Q.   And when did you receive those
9  instructions?
10   A.   Several months ago.
11        MS. WINNER:  Give me number 10.
12   Q.   I would like to mark as Connelly
13  Exhibit 1 a one-page chart, entitled City of
14  Cleveland, Department of public Safety,
15  Division of Police Organizational Structure.
16        - - - - -
17        (Thereupon, Deposition Exhibit 1, A
18        One-Page Chart, Entitled City of
19        Cleveland, Department of Public
20        Safety, Division of Police
21        Organizational Structure, was marked
22        for purposes of identification.)
23        - - - - -
24   Q.   You go by Lieutenant Connelly, is
25  that how you are normally referred to?

1    A.   Yes.
2    Q.   Okay.  Lieutenant Connelly, have
3  you ever seen Exhibit 1 before?
4    A.   Yes.
5    Q.   And what is it?
6    A.   It's the organizational structure
7  for the division of police.
8    Q.   And under something called Homeland
9  Special Operations, there is several boxes; do
10  you see that?
11   A.   Yes.
12   Q.   What is Homeland Special
13  Operations?
14   A.   That is a deputy chief section.  So
15  Field Operations, Administrative Operation,
16  Homeland Special Operations are run by deputy
17  chief.
18   Q.   And who is the deputy chief who has
19  that responsibility now?
20   A.   Harold Pretel.
21   Q.   And how long has that been the
22  case?
23   A.   Approximately one year.
24   Q.   And who was his predecessor?
25   A.   Edward Tomba.

1    Q.   And how long was Tomba in the
2  position?
3    A.   Several years.  I don't remember
4  exactly how many.
5    Q.   And is that who Commander Gingell
6  reports to?
7    A.   Correct.
8    Q.   And is the Bureau of Special
9  Services under Homeland Special Operations, is
10  that the bureau that Commander Gingell
11  commands?
12   A.   Correct.
13   Q.   And under that, it's very small
14  type, it's got Narcotics, which we have talked
15  about, it's got SWAT.  NOLETF, is that your
16  task force?
17   A.   Correct.
18   Q.   STANCE, what is that?
19   A.   That is one of the commander's, I
20  think, committees that he sits, STANCE.
21   Q.   What does that committee do?
22   A.   You know, I'm not completely aware
23  of that.
24   Q.   Do you know what STANCE stands for?
25   A.   I don't.

1    Q.   Have you ever been to any STANCE
2  meetings?
3    A.   I don't believe I have.
4    Q.   Gang Impact then is listed next.
5  Is that the gang unit you referred to?
6    A.   Correct.
7    Q.   And then there is NOVFTF.  Do you
8  know what that is?
9    A.   Northern Ohio Violent Fugitive Task
10  Force.
11   Q.   And what does that?
12   A.   That's the marshal's task force.
13  They pick up fugitives.
14   Q.   Then HIDTA?
15   A.   HIDTA, High Intensive Drug
16  Trafficking Area.
17   Q.   And does that include activities
18  other than your task force?
19   A.   Yes.
20   Q.   Are you involved in those
21  activities?
22   A.   On occasion.
23   Q.   And which other activities have you
24  been involved in, relating to HIDTA?
25   A.   The HIDTA group is the hotel

Page 98

1  interdiction group, just listed as HIDTA on
2  here.  So they investigate the hotel targets.
3        So I do, on occasion, assist with
4  them, but I am the overall supervisor, so there
5  is a sergeant involved and then I supervise the
6  sergeant.
7     Q.   Anything else?
8     A.   That would be it.
9     Q.   And then there is the DV Warrant
10  Unit.  What is that, domestic violence?
11     A.   Correct.
12     Q.   And that's also under Commander
13  Gingell?
14     A.   Yes.
15     Q.   And then VCTF; do you see that?
16     A.   Violent Crimes Task Force.
17     Q.   And what does that do?
18     A.   That is a task force that has to do
19  with -- I think it is the FBI Violent Crimes
20  Task Force.
21     Q.   And does that relate to narcotics
22  in any way?
23     A.   I don't think it relates to
24  narcotics specifically, but Commander Gingell
25  is in charge of the task force officer that it

Page 99

1  is assigned to.
2     Q.   So that's one officer?
3     A.   I believe it is just one officer.
4     Q.   Then next to Bureau of Special
5  Services, there is Bureau of Special
6  Investigations.  What does that bureau do?
7     A.   They investigate homicides, they
8  investigate sexual assaults, they are in charge
9  of the crime scene and record unit, also
10  accident investigation, the forensic unit.
11     Q.   Who leads that bureau?
12     A.   That bureau is currently being led
13  by a lieutenant, Lieutenant Ross.  The bureau
14  does not have a commander assigned.  There is a
15  vacancy there.
16     Q.   Then there is a Bureau of Homeland
17  Services?
18     A.   Yes, that's correct.
19     Q.   And what does that bureau do?
20     A.   Like the bomb squad, K9, the
21  airport, airport security, they also have an
22  intelligence section.  So there is an
23  intelligence group that's assigned to them.  I
24  don't deal with them very often, but I do help,
25  every once in a while.

Page 100

1     Q.   And then over on the left side of
2  this exhibit, there is Field Operations.  Is
3  that where the districts are located?
4     A.   That's correct.
5     Q.   And so some activities relating to
6  opioids would fall under Field Operations?
7     A.   I believe so.
8     Q.   And what would those be?
9     A.   The vice units, specifically, would
10  be investigating some opioid abuse
11  investigations, and I would imagine that some
12  of the uniform patrol officers would make
13  street arrests.
14     Q.   What does the vice unit do,
15  relating to opioids?
16     A.   They would do street level drug
17  investigations.
18     Q.   And how many -- do you know how
19  many officers are involved in that?
20     A.   I don't.
21     Q.   Are there officers in the vice unit
22  who are dedicated to that activity?
23     A.   I'm not aware of that information.
24     Q.   Who would know the answer to that
25  question?

Page 101

1     A.   I think each district commander
2  focuses his vice unit on -- you know, so they
3  get direction from their district commander.
4     Q.   Do the vice units do other things,
5  as well?
6     A.   Yes.
7     Q.   And what other things do they do?
8     A.   They would do the liquor control,
9  they would do prostitution, they would
10  sometimes help if there was a rash of crimes or
11  robberies, they would sometimes help with those
12  investigations, as well.
13     Q.   Does your department divide or
14  share responsibilities with other local law
15  enforcement agencies, relating to opioids?
16     A.   In what respect?  I don't
17  understand.
18     Q.   In any respect.
19     A.   Do we divide?
20     Q.   Do you share responsibilities, do
21  you cooperate with our local law enforcement?
22     A.   The division as a whole, I'm sure
23  that they would share -- they don't share
24  responsibility, but they would share
25  information somehow.

26 (Pages 98 - 101)

Page 102

1    Q.    Are there any formal task forces or
2  anything like that put in place?
3    A.    My task force would be a formal
4  task force, the HIDI task force would be a
5  formal task force.  Beyond that, there is, you
6  know -- law-enforcement wide, is that the
7  question?
8    Q.    Yes.
9    A.    So a lot of the task forces that
10 you see under a commander would be joint task
11 forces.
12   Q.    Are there people from the Cuyahoga
13 County Sheriff's Office that you work with on a
14 regular basis, that your unit works with on a
15 regular basis on investigations?
16   A.    Yes.
17   Q.    And who predominantly do you work
18 with there?
19   A.    We have a detective assigned to my
20 task force and a detective assigned to the
21 hotel interdiction task force.
22   Q.    Who is the detective assigned to
23 your task force?
24   A.    Marc Bottone.
25   Q.    And that's from Cuyahoga County?

Page 103

1    A.    Correct.
2    Q.    Do you have anyone from Summit
3  County assigned to your task force?
4    A.    No.
5    Q.    Is there anybody from Summit County
6  Sheriff's Office that you work with on a
7  regular basis, for your task force?
8    A.    No, ma'am.
9    Q.    How about the City of Akron?
10   A.    No.
11   Q.    Do Akron and Summit participate in
12 your task force at all?
13   A.    No.
14   Q.    And why is that?
15   A.    They have their own task forces, so
16 they pool their own resources from their
17 region.
18   Q.    For the HIDI investigations that
19 you do, do you ever work with people from
20 Cuyahoga County Sheriff's Office?
21   A.    Yes.
22   Q.    Is there anybody that you work with
23 on a regular basis from there?
24   A.    No.
25   Q.    So it would just depend on the

Page 104

1  nature of the particular investigation?
2    A.    Correct.
3    Q.    Is there anybody you work with
4  specifically from Akron or Summit relating to
5  HIDI investigations?
6    A.    No.
7    Q.    Do you ever work with people from
8  Summit or Akron on HIDI investigations?
9    A.    HIDI, I'm not aware.
10   Q.    Are there any other -- well, strike
11 that.
12         Your task force includes
13 participants from jurisdictions other than
14 Cleveland and Cuyahoga County, correct?
15   A.    Yes.
16   Q.    And are there people assigned to
17 the task force from those jurisdictions?
18   A.    Yes.
19   Q.    How many people total, detectives
20 total are assigned to the task force?
21   A.    Detectives or agents?  I mean, are
22 we talking about local people or --
23   Q.    Well, let's start with the local
24 people, the nonfederal people.
25   A.    Maybe ten.

Page 105

1    Q.    And about three of those are yours;
2  is that correct?
3    A.    Right.
4    Q.    And then how many federal agents
5  are there?
6    A.    Maybe seven, approximately.  These
7  are approximate numbers.
8    Q.    Do any of them report to you?
9    A.    Of the federal agents?
10   Q.    Yes.
11   A.    They would report to me as -- in my
12 capacity as the commander of the task force.
13   Q.    Is there a memorandum of
14 understanding relating to the task force?
15   A.    Yes.
16   Q.    Do you have a copy of it?
17   A.    No, ma'am.
18   Q.    Do you know who does have a copy of
19 it?
20   A.    I'm sure it would be in the chief's
21 office.
22   Q.    Is there a -- strike that.
23         Does the narcotics unit have any
24 manuals relating to investigations concerning
25 opioids?

27 (Pages 102 - 105)

Page 106

1     A.   I don't believe so.
2     Q.   Are there any other written
3  instructions that are given to members of the
4  unit concerning their work?
5     A.   On opioids, no.
6     Q.   How about are there any manuals,
7  period?
8     A.   Yes.
9     Q.   And what manuals exist?
10     A.   There is a general narcotics unit
11  policy and procedures manual.
12     Q.   And does that policy and procedures
13  manual include any material that relates to
14  opioids?
15     A.   I don't know if it specifically
16  relates to opioids or just narcotics
17  investigations in the general, broader sense.
18     Q.   And what kinds of information is
19  included in the manual?
20     A.   It talks about charging people, it
21  talks about conducting investigations, it has
22  documents regarding prepping a grand jury
23  package, it has information about a controlled
24  purchases and surveillance, it has information
25  about confidential source usage, that type of

Page 107

1  thing.
2     Q.   Are there any bulletins or updates
3  or other kinds of things circulated to people
4  in the unit about procedures?
5     A.   I would -- I would say yes, there
6  is, coming from the commander's office.
7     Q.   Do any of those relate to opioids?
8     A.   Yes.
9     Q.   Does the task force have a manual
10  or anything similar to a manual?
11     A.   Yes.  It is very similar to what I
12  just explained to you.
13     Q.   And who put together that manual?
14     A.   It was my predecessor.
15     Q.   Have you ever done any work to
16  update or revise it?
17     A.   We're working on a revision now.
18        MS. WINNER:  This might be a good
19  time to take a short break.
20        THE VIDEOGRAPHER:  Off the record,
21  11:16.
22        (Recess taken.)
23        THE VIDEOGRAPHER:  On the record,
24  11:34.
25     Q.   I'd like to ask you now some

Page 108

1  questions about the Northern Ohio Law
2  Enforcement Task Force, and just so I don't
3  have to have that mouthful every time, I'm
4  going to continue to refer to it as your task
5  force --
6     A.   Okay.
7     Q.   -- okay?
8     A.   Sure.
9     Q.   But if you ever think it's not
10  clear what I'm talking about, please speak up.
11        Over the past ten years or the
12  past -- since 2011, we have talked about how
13  there has been a change in the mix of
14  activities of the task force.
15        Who decides what the task force is
16  going to do?
17     A.   Are you asking me in terms of what
18  crimes we investigate?
19     Q.   Or what activities you are going to
20  undertake.
21     A.   It would be myself and Special
22  Agent Dekatch, who is the other task force
23  commander.  We would kind of give focus, but we
24  have a Heads of Agency.
25     Q.   You have a what?

Page 109

1     A.   A Heads of Agency.  It would be all
2  the chiefs of police, task force, I'm sorry,
3  like the special agent supervisor, all that
4  kind of thing, they kind of meet on a quarterly
5  basis, we discuss cases, we discuss emerging
6  trends type of thing.
7     Q.   And who participates in that for
8  Cleveland?
9     A.   Commander Gingell.
10     Q.   Do you also participate in those
11  meetings?
12     A.   I sit in the meeting as the
13  commander of the task force, but Commander
14  Gingell sits on the meeting and heads -- so
15  he's sitting in for the chief.
16     Q.   And is there a name for these
17  meetings?
18     A.   It is a Heads of Agency meeting.
19     Q.   And are minutes taken of these
20  meetings?
21     A.   Yes.
22     Q.   Do you receive copies of the
23  minutes?
24     A.   Yes.
25     Q.   Do you still have copies of the

28 (Pages 106 - 109)

Page 110

1  minutes from these meetings?
2      A.   Yes.
3      Q.   Where do you have them?
4      A.   In my office.
5      Q.   Printed out?
6      A.   Yes.
7      Q.   Does Commander Gingell also receive
8  copies of the minutes?
9      A.   I don't know.
10     Q.   So you say they meet quarterly; is
11 that correct?
12     A.   Yeah, normally it would be
13 quarterly.  I wouldn't say it would be exactly
14 quarterly every year, but they try to meet
15 quarterly.
16     Q.   And where do these meetings take
17 place?
18     A.   In a conference room in the U.S.
19 Attorney's Office.
20     Q.   And what is discussed at these
21 meetings?
22     A.   Ongoing investigations, our current
23 level of finance.  They question, you know, do
24 we have enough money to continue to run the
25 task force, the direction the task forces are

Page 111

1  going, and any emerging trends that we are
2  seeing.
3      Q.   And are any decisions made at those
4  meetings?
5      A.   Sometimes decisions are made, but I
6  think it's just a focus, what we are focusing
7  on.
8      Q.   When you say, "The current level of
9  finance," how does the level of finance
10 constrain your operations?
11        MS. ZIMMERMANN:  Object to form.
12 You may answer.
13     A.   How much -- it would limit the
14 amount of overtime that is available to be paid
15 out.  It could limit purchases of equipment,
16 surveillance equipment, vehicles, any equipment
17 that we would need to run the task force.
18        It could limit, you know, our
19 ability to investigate individual cases,
20 depending on how costly that investigation
21 would be.  That's the direction we are going.
22     Q.   Does your task force ever use buy
23 money?
24     A.   Yes.
25     Q.   In what kinds of operations do you

Page 112

1  do that?
2      A.   It would be controlled purchases of
3  narcotics.
4      Q.   And who provides the funding for
5  that?
6      A.   Some of the funding comes through
7  the grant, some of the funding comes through
8  the FBI, some of the funding could come through
9  the city, if it was a joint operation with the
10 city.
11     Q.   How often have you gotten funds
12 from the city for that?
13     A.   We get funds from the city -- how
14 often, percentage-wise; is that the question?
15     Q.   Let's put it that way.  Let's do it
16 that way.
17     A.   Maybe 10 percent of the time or
18 less.
19     Q.   Has that changed over time?
20     A.   It all depends on the
21 investigation.  Some investigations are more
22 costly than others.
23     Q.   Have the -- all right.  So you get
24 focus, when you say "focus," you mean like
25 priorities, the kinds of things they want you

Page 113

1  to be doing; is that what comes out of these
2  meetings?
3      A.   Yes, and we discuss what's
4  happening in some of their cities, when they
5  are there and they bring those things up, and
6  then we inform them on what our current
7  investigations, the status of our current
8  investigations.
9      Q.   So how is it then decided what
10 investigations you are going to pursue?
11     A.   Well, it's decided based on the
12 information that we have.  You may want to
13 start an investigation, but if you don't have a
14 lead, then you are kind of stuck.  So the
15 informations are run based on -- based on our
16 intelligence.
17        So when we get intelligence that
18 can put us in the right place, then we head in
19 that direction.
20     Q.   Where does the intelligence come
21 from?
22     A.   From sources of information that
23 the investigators develop.
24     Q.   So these would be confidential
25 sources, typically?

29 (Pages 110 - 113)

Page 114

1    A.   Yes.
2    Q.   Don't worry.  I'm not going to ask
3  you what they are.
4        MS. ZIMMERMANN:  Thank you.
5        MS. WINNER:  You're welcome.
6    Q.   So are most of the sources the
7  sources developed by detectives who are on the
8  task force?
9    A.   Most of the time.
10    Q.   Do you ever get leads from outside
11  the task force?
12    A.   Yes.
13    Q.   And what kinds of leads are those?
14    A.   The detectives have developed
15  relationships with other detectives from other
16  agencies or from within their own agencies,
17  many of them come from within their own
18  agencies, and they decide that this would be a
19  good case for the task force to follow up on,
20  so they would pass that information on.
21        The FBI obviously comes with their
22  own set of informants and their own leads, so
23  we could follow up on that.
24        So our -- the direction we go, you
25  know, we try to work the best leads, that we

Page 115

1  think we can have the most success from.
2    Q.   Who makes the decision whether to
3  follow up on a lead and initiate an
4  investigation?
5    A.   The detectives would bring it to
6  myself and Special Agent Dekatch.
7    Q.   And then the two of you would
8  decide?
9    A.   Yes.
10    Q.   Do you ever consult with Commander
11  Gingell or others about whether a particular
12  investigation is worth pursuing?
13    A.   No, not on a regular basis.  I
14  would inform him on our investigations, but it
15  is pretty much our decision, unless I'm giving
16  a directive, saying, "Hey, we need you to do
17  this."
18    Q.   And does that happen?
19    A.   It has, yes.
20    Q.   So sometimes Commander Gingell
21  would say to you, "Here is something we really
22  need you to follow up on"?
23    A.   That could be -- he could say that,
24  or he could say, "Hey, I need you to head in
25  this direction."

Page 116

1    Q.   Do you ever get pushback from the
2  FBI on any of those?
3    A.   No.
4    Q.   Is there anybody other than
5  Commander Gingell who gives you directives
6  about things you should be doing?
7    A.   No.
8    Q.   When was the last time Commander
9  Gingell gave you such a directive?
10    A.   Over a year ago, maybe two years
11  ago, when the opioid crisis was really hitting
12  us hard.
13    Q.   And this was the crisis when
14  fentanyl started showing up on the street?
15    A.   When fentanyl started showing up
16  and when people just started dying in crazy
17  numbers.
18    Q.   And were these deaths generally the
19  result of the fentanyl?
20    A.   I believe, for the most part, they
21  were a fentanyl-heroin combination, initially.
22    Q.   And did the task force then pick up
23  on that and start investigating that?
24    A.   We made sure we focused on heroin
25  investigations, and when I say "heroin," it is

Page 117

1  almost synonymous with fentanyl.
2    Q.   Did you also see fentanyl mixed
3  with cocaine?
4    A.   We didn't see that initially, but
5  we see that now.
6    Q.   And is that also one of your
7  priorities?
8    A.   Could you clarify what you mean
9  by --
10    Q.   Was it also an area, a focus area
11  for the task force?
12    A.   Fentanyl and cocaine?
13    Q.   Yes.
14    A.   Cocaine was always one of our
15  focuses, so it was easy to continue to focus on
16  cocaine.
17    Q.   So can you describe for me, in
18  general terms, I don't need details, but just
19  general terms, what kinds of investigations
20  your task force has undertaken relating to
21  opioids?
22    A.   Our primary opioid investigation
23  would be a heroin supplier or, slash, fentanyl
24  suppliers, because now it is almost -- you
25  don't know if you are going to buy heroin or

30 (Pages 114 - 117)

1 fentanyl.  Somebody may tell you you are buying
2 heroin, but you are actually getting fentanyl.
3     Q.    And sometimes somebody may tell you
4 you are buying cocaine and you are getting a
5 mixture of fentanyl; is that correct?
6     A.    It has happened, but not in the
7 frequency we are seeing it on the other side.
8     Q.    Do people -- when people get drugs
9 that are laced with fentanyl, do they -- do
10 they know that they are getting the fentanyl,
11 typically?
12         MS. ZIMMERMANN:  Object to form.
13 You may answer.
14     A.    I think some do and some don't.
15     Q.    So if somebody, for example, gets a
16 cocaine-fentanyl mix, they may think they are
17 just getting cocaine?
18     A.    That absolutely, I believe, is
19 true.
20     Q.    Is cocaine an opioid?
21     A.    It is not.
22     Q.    Do fentanyl or other opioids ever
23 get mixed with meth or other drugs?
24     A.    Yes.
25     Q.    And has that also been part of the

1 problem that you've seen?
2     A.    Yes.
3     Q.    So anyway, you were talking about
4 the kinds of investigations you have run, when
5 you talked about going after a heroin supplier.
6 So would this be an investigation to try to
7 find a supplier and gather evidence against
8 them?
9     A.    Exactly.
10     Q.    What other kinds of investigations
11 have you run, relating to opioids?
12     A.    Heroin is what we major -- our
13 focus would be on heroin/fentanyl.  So that
14 would be it.
15     Q.    Has that changed over the past 15
16 years?
17     A.    Absolutely.  We see more heroin and
18 fentanyl now than we did ten years ago plus.
19     Q.    Now, we talked about earlier about
20 how there is more focus on the opioids now than
21 there used to be.
22     A.    Right.
23     Q.    Has there been a change over time
24 in the mix of what you are doing, relating to
25 opioids specifically?

1     A.    What do you mean "in the mix"?
2     Q.    Which drugs you are focusing on,
3 what kinds of activities --
4     A.    We are absolutely trying to focus
5 more on the opioid drugs, heroin and fentanyl
6 now.
7     Q.    Do you investigate both importation
8 and sale, or do you focus more on one than the
9 other?
10     A.    I guess our focus is more on the
11 sale within our area.
12     Q.    We talked earlier about package
13 interdiction.
14     A.    Yes.
15     Q.    Is that something your task force
16 is involved in?
17     A.    We don't directly do package
18 interdiction, but we have assisted with package
19 interdiction.
20     Q.    And what is in those packages that
21 you are trying to interdict?
22     A.    Money and drugs.
23     Q.    Are all kinds of drugs involved in
24 those packages, or are there particular drugs
25 that --

1     A.    All kind of drugs.
2     Q.    I would like to ask the reporter to
3 mark as Connelly Exhibit 2 a document entitled
4 Ohio Drug Law Enforcement Application 2016.
5         - - - - -
6         (Thereupon, Deposition Exhibit 2, A
7         Document Entitled Ohio Drug
8         Law Enforcement Application 2016, was
9         marked for purposes of
10         identification.)
11         - - - - -
12     Q.    And my first question for you,
13 Lieutenant Connelly, is whether you have ever
14 seen this before?
15     A.    Yes, I have.
16     Q.    Can you tell me what it is?
17     A.    It is a grant application for the
18 Ohio Drug Law Enforcement Fund.
19     Q.    And is this one of the grant
20 applications for the Northern Ohio Law
21 Enforcement Task Force?
22     A.    Yes.
23     Q.    And were you involved in preparing
24 this application?
25     A.    Yes.

31 (Pages 118 - 121)

Page 122

1    Q.    And what was your involvement?
2    A.    I work with Dawn Heartsong on this
3  application.  I keep -- I provide her with
4  up-to-date -- excuse me -- statistics.  I kind
5  of update whatever the problem statement may
6  be.
7          She and I work together on the
8  basic information, and then she compiles
9  everything and completes the application.
10    Q.    Is she an employee of the division
11  of police?
12    A.    She is.
13    Q.    And what unit does she work with?
14    A.    The budget unit -- or, you know
15  what, I'm not sure.  I stand corrected.  I
16  don't think it is the budget.  She is the
17  grants coordinator, so I'm not sure what unit
18  she is assigned to.  I believe it is the budget
19  unit.  She is on the same floor.
20    Q.    If you would turn to the third page
21  of the exhibit, which says Problem
22  Statement/Target Population.
23    A.    Okay.
24    Q.    And there are then some text on
25  this page.  Were you involved in the drafting

Page 123

1  of this text?
2    A.    Yes, I was, some of it.
3    Q.    Is this a statement that basically
4  gets reused and updated, from year to year?
5    A.    It is.
6    Q.    And you review and approve it
7  before the grant application is submitted?
8    A.    I don't approve it.  I review it,
9  and I provide some information, and that
10  information goes to Dawn, and I don't see it
11  after that.
12    Q.    Well, if you see something wrong in
13  it, do you point it out?
14    A.    I try to, yes.
15    Q.    And are you aware of any situation
16  in which a -- excuse me.
17          Are you aware of any occasion when
18  a grant, one of these grant applications has
19  been submitted with inaccurate information?
20    A.    Am I aware of the occasion?
21    Q.    Any occasion.
22    A.    I am not.
23    Q.    So an effort is made to make this
24  accurate?
25    A.    I believe there is an effort, yes.

Page 124

1    Q.    If you go about three-quarters of
2  the way down the page, there is numbers -- some
3  numbered paragraphs.
4          There is numbered paragraph 3 or
5  item 3 that says, quote, "Budget cuts have
6  reduced the number of law enforcement officers
7  employed by many police departments."  Do you
8  see that?
9    A.    I see that.
10    Q.    Why was that included in that
11  application?
12    A.    It's included, I think, to show a
13  need for increased sharing of assets and
14  personnel, because many of the departments in
15  Northeast Ohio, you know, have evidently lost
16  their budgets, including Cleveland, we have
17  lost people.
18          So we are trying to do our best
19  with what we have, and right now it is trying
20  to put more people together so that we can
21  focus on this problem.
22    Q.    And do you view this task force as
23  a way that the Cleveland department can
24  leverage resources?
25    A.    I do.

Page 125

1    Q.    The first paragraph of this Problem
2  Statement/Target Population section refers to
3  narcotics related -- I'm sorry?
4    A.    Are we on the same page?
5    Q.    We are on the same page.  Still on
6  the same page.  The top, I've gone back to the
7  stop, the very first sentence says, "Greater
8  Cleveland continues to experience unacceptable
9  narcotics-related violent crime, including
10  homicides, assaults, burglaries, and other
11  related crimes"; do you see that?
12    A.    Yes.
13    Q.    What is a -- how do you define a
14  narcotics-related violent crime?
15    A.    My personal definition would be
16  crimes related to persons that are possibly
17  drug users, that are committing crimes in order
18  to obtain drugs, so either steal money or steal
19  drugs themselves.
20          It could be violent crimes between
21  two opposing drug dealers that, you know, end
22  up in a shootout.  It could be a home invasion
23  of a family to steal money by a drug user.  It
24  could be a home invasion by one drug dealer
25  against another drug dealer.  We see a lot of

32 (Pages 122 - 125)

Page 126

1 that. So that's what I'm looking at.
2    Q.    Does the -- does your department do
3 anything to try to develop statistics about how
4 much of the crime experienced in Cleveland is
5 narcotics related?
6    A.    I'm not involved in any of that, so
7 I'm not sure.
8    Q.    Have you ever heard of anyone
9 trying to do that?
10    A.    The city has somebody that compiles
11 statistics for all the crime within the city,
12 and am I aware if they are -- if the question
13 is if I'm aware if they are specifically
14 looking at this, I don't know.  My answer is I
15 don't know.
16    Q.    Has anybody ever asked you?
17    A.    This is the first time I can
18 remember.
19    Q.    Does your task force do any work
20 relating to violent crime, narcotics-related
21 violent crime?
22    A.    Yes.
23    Q.    And what work do you do?
24    A.    We have, in the recent past, just
25 completed an investigation into some violent

Page 127

1 people that were robbing other drug dealers for
2 their product and then selling that product.
3 So that was one of our recent investigations.
4 So something in that direction.
5        And we also investigate some
6 gang-related crime, gang members that have been
7 identified as being violent and involved in the
8 drug trade.  We have done those cases.  We have
9 done cases involving the sales, illegal sales
10 of firearms.  So similar cases.  Those are the
11 kind of cases that we work.
12    Q.    Are there ever -- are there ever
13 situations where you get a lead for an
14 investigation that you would like to conduct,
15 but you decide you don't have the resources to
16 conduct it?
17    A.    There are.  That does happen.
18    Q.    How do you decide between different
19 investigations to devote your resources to?
20    A.    You have to make a judgment call,
21 like many of us do in leadership, just to say,
22 okay, which one has the greater opportunity of
23 success, which one -- how many resources is
24 this going to take and can we actually -- do we
25 actually have the resources to do it, should we

Page 128

1 pass this on to another agency.
2        So that's kind of my train of
3 thought, when we are looking at it.  Are we
4 already involved in an investigation that's
5 taking all our resources.
6    Q.    Are there any other factors that
7 you take into account?
8    A.    There may be, but I'm trying to
9 give you what I'm thinking, off the top of my
10 head.
11    Q.    This paragraph, the first paragraph
12 then goes to talk about various drugs that are
13 an issue, including fentanyl, heroin,
14 methamphetamine, cocaine.  In the course of
15 your work, do you find that drug trafficking
16 organizations typically specialize in one or
17 more of these, or are you often going after
18 somebody who is dealing in two or more of these
19 things?
20        MS. ZIMMERMANN:  Object to form.
21    A.    It's often that they diversify
22 their product, yes.
23    Q.    So somebody who is selling heroin
24 may also be selling meth or cocaine?
25    A.    In the Cleveland area, it is more

Page 129

1 likely heroin and cocaine, as meth.  Meth is
2 not as emerging as the other two.
3    Q.    Do any of the drug trafficking
4 organizations that you go after also sell
5 prescription opioids?
6    A.    Do any of them also sell
7 prescription opioids?
8    Q.    Yes.
9    A.    Yes.
10    Q.    How common is that?
11    A.    It's not as common in our line of
12 work, because of the -- we are trying to -- we
13 try to focus on -- we are really more focused
14 on the heroin and the fentanyl aspect of it.
15 We will work a case with the pills, but we just
16 don't see that as much with the drug dealers
17 that we are investigating.
18    Q.    Are you mostly looking at people at
19 the wholesale level --
20    A.    Yes.
21    Q.    -- as opposed to the street level?
22    A.    That's correct.
23    Q.    So the street -- the street dealer
24 may be more diversified than the wholesaler is?
25    A.    I think the wholesalers could be

33 (Pages 126 - 129)

Page 130

1 diversified as well.
2    Q.   But if you -- if pills are being
3 sold, prescription pills are being sold by one
4 of your targets, that's not really the focus of
5 your investigation; is that correct?  You are
6 more likely looking at heroin?
7    A.   Unless the pills beat -- if they
8 start selling pills in bulk, then we will
9 definitely focus on that.  If they are selling
10 smaller amounts of pills, then we may provide
11 that information to another agency or another
12 entity to follow up on that part of it, or it
13 will just be added to our indictment in the
14 end, but we definitely don't look the other
15 way.  I really --
16    Q.   Let me ask it a different way.  If
17 there is somebody who is diversified in selling
18 heroin, maybe with fentanyl --
19    A.   Right.
20    Q.   -- and they are also selling some
21 pills, is the driver of your investigation of
22 them the heroin?
23    A.   The driver of our investigation is
24 whatever we can make the best case from.  So if
25 we can make the best case from the pills, we

Page 131

1 will focus on the pills.  If we can make the
2 best case from the heroin, then we will focus
3 on the heroin.
4        If our source can only focus on one
5 of those two, then we have to go in the
6 direction of the source.  So the sources and
7 the cases kind of define themselves.
8        That being said -- it's difficult
9 for me to answer your question.  I'm sorry.
10    Q.   Well, let me ask you this:  In the
11 past five years, how many of your
12 investigations -- in how many of your
13 investigations have the pills been the driver
14 of what you were going after, as opposed to
15 heroin or something else?
16    A.   A small percentage.  A very small
17 percentage.
18    Q.   Where does the fentanyl and the
19 heroin that you are investigating come from?
20    A.   The source for most of the heroin
21 and fentanyl that we see in our Greater
22 Cleveland area is Mexico.
23    Q.   Any other sources?
24    A.   China.
25    Q.   Have you come across any fentanyl

Page 132

1 that was being a diverted prescription fentanyl
2 product, as opposed to the bulk fentanyl coming
3 in from China or Mexico?
4    A.   I have not.
5    Q.   If you would turn to the next page,
6 it is actually page 4 of the application.
7 Again, I want to actually go to the bottom.
8 There is a -- it talks about Cuyahoga County.
9 Do you see that at the very bottom?
10    A.   "Cuyahoga County is a heavily
11 populated county"?
12    Q.   Yes.
13    A.   Okay.
14    Q.   And it says, "We basically have an
15 east side task force and a west side task force
16 that handles issues specific to their areas";
17 do you see that?
18    A.   Yes.
19    Q.   Is that referring to just to
20 Cuyahoga County, is it referring to your task
21 force?
22    A.   There is other task forces that
23 Cleveland does not participate in.  So that's
24 what they are talking about.
25        There is an east side suburban task

Page 133

1 force and a west side suburban task force.
2    Q.   And the next sentence says that
3 your task force is investigating the entire
4 county and surrounding counties; is that
5 correct?
6    A.   Correct.
7    Q.   But you do not investigate Summit
8 County; is that correct?
9    A.   Well, will investigate -- we will
10 take our investigation to wherever it leads us.
11 So if somebody from Summit County is
12 selling -- is driving to Cleveland and selling
13 drugs out here, we will follow that case to
14 Summit County.  So that would be the exception.
15 We focus on what is happening here, but we will
16 follow it to where it leads us.
17    Q.   Now, in those situations in the
18 past five years where you have had
19 investigations that have involved prescription
20 opioids, where have those come from, or do you
21 know?
22    A.   The origin of the opioids?
23    Q.   Yes.
24    A.   I don't know.
25    Q.   Is that something you investigate?

34 (Pages 130 - 133)

Page 134

1    A.   We normally pass those
2  investigations off to the compliance people.
3    Q.   And that would be the compliance
4  people in the Cleveland --
5    A.   Either the Cleveland or the DEA
6  compliance task force. I'm not sure if they
7  call themselves the compliance task force, but
8  the pill, the DEA's pill investigations.
9    Q.   And who do you interact with at DEA
10  on that?
11    A.   Keith Martin.
12    Q.   Anyone else?
13    A.   He's who I normally would talk to.
14  We have some other agents, but Keith is, kind
15  of, our point person.
16    Q.   How long has that been the case?
17    A.   For maybe three years now, with
18  Keith.
19    Q.   Before him, who was it?
20    A.   Geno Corley was the agent in charge
21  at that time. We had detective -- or Agent
22  Fitzpatrick assigned to the task force for a
23  while, so at that time Agent Fitzpatrick would
24  have been our point person.
25    Q.   Is there anyone from the DEA on

Page 135

1  your task force?
2    A.   Not right now.
3    Q.   But there used to be?
4    A.   Yes.
5    Q.   And when did that end?
6    A.   Maybe two years ago.
7    Q.   Do you know why it ended?
8    A.   The two agents, although assigned
9  to our task force, had other duties that they
10  were responsible for with DEA, and it seemed
11  like it was just too much for them, and I think
12  they pulled them both back.
13    Q.   Was that a blow for you?
14    A.   It was, but, you know, there is
15  some influx, with people coming and going.
16    Q.   Are there any other federal
17  agencies that have contributed personnel to the
18  task force, other than the FBI?
19    A.   Homeland Security, border patrol,
20  U.S. Coast Guard investigator, IRS
21  investigators.
22    Q.   Are those all -- do you have people
23  from each of those agencies today?
24    A.   I do not. IRS, border patrol and
25  FBI.

Page 136

1    Q.   Today?
2    A.   Today.
3    Q.   And so previously Coast Guard?
4    A.   Coast Guard, correct.
5    Q.   But they pulled back?
6    A.   They did. And I think it was a
7  personnel issue, just numbers again.
8    Q.   Has the task force been the same
9  size, throughout the time you have been on it?
10    A.   It's been close to the same size,
11  yes.
12    Q.   If you would turn to page 6, it has
13  a list of project objectives.
14    A.   Yes.
15    Q.   Were you involved in selecting the
16  project objectives?
17    A.   Yes.
18    Q.   Was anybody else involved in that?
19    A.   Special Agent Dekatch, but
20  primarily me.
21    Q.   And were these project objectives
22  for the task force as a whole or for
23  Cleveland's participation in it?
24    A.   No, no. The task force as a whole.
25    Q.   And the first objective listed here

Page 137

1  is, it says, "The NOLETF will maintain the
2  number of heroin cases investigated during the
3  grant period"; do you see that?
4    A.   Yes.
5    Q.   And then it says, under Baseline
6  Number, it says, "Three heroin cases were
7  investigated in 2016"?
8    A.   Correct.
9    Q.   Is that an accurate statement?
10    A.   Yes.
11    Q.   Is three a lot, or is it not very
12  many?
13    MS. ZIMMERMANN:  Object to form.
14    A.   In our case, three is about
15  capacity. Our cases take a long time to
16  investigate, and they are drawn out over
17  months. So when I say three, when we are
18  looking at three cases, I'm talking about three
19  major cases.
20    We sometimes will do smaller-level
21  cases that don't go anywhere, we will make a
22  drug buy, where I'm able to follow up, you
23  know, but when I talk about three cases, I'm
24  talking about three major cases, where we are
25  moving up the ladder.

35 (Pages 134 - 137)

1     Q.    How many did you, in fact,
2 investigate, in the following year?
3     A.    In 2016?
4     Q.    Well, it says there were three in
5 2016.  So how many were there in 2017?
6     A.    It could be three.  I would have to
7 look.  I don't have that number in front of me.
8     Q.    Do you know how many there were in
9 2015?
10     A.    Heroin cases, I don't.  Well, it
11 says the same, so I'm going to guess three.  So
12 it says, "I will maintain the number of" --
13     Q.    Well, this is -- the application is
14 dated 2017 so...
15     A.    It says, "I will maintain the
16 number of heroin cases in the grant period,"
17 right?
18     Q.    Yes.  All right.  Do you know,
19 was the three -- whatever period we are talking
20 about, was that a consistent number that you
21 maintained, from year to year?
22     A.    I can't say that it was a
23 consistent number.  It depends on how long the
24 case takes to come to an end.  One case could
25 last three months, the next case could last

1 nine months.
2         So I -- and when I give that number
3 three, if it's two, then it's two, if it's
4 four, then it's four.  It all depends on where
5 the case takes us and how soon the case ends
6 and when we could start another case, do we
7 have another case ready to go after this one
8 ends.
9         So I'm not sure if that's answering
10 your question.
11     Q.    It is helpful.  Is your
12 level -- how far back could you go at the same
13 level of effort, no matter how it gets counted,
14 the number of cases?
15         MS. ZIMMERMANN:  Object to form.
16     A.    Could you rephrase that.
17     Q.    At this time were at a level of
18 effort that resulted in three cases.
19     A.    Okay.
20     Q.    And how long had you been working
21 at that level of effort, on heroin cases?
22     A.    I would have to look at the case
23 files or talk to the case detectives.  Some of
24 those cases may still be going.
25     Q.    Well, the second project objective

1 says that you will increase by one the number
2 of methamphetamine cases?
3     A.    Yes.
4     Q.    And what was the reason for that
5 change?
6     A.    We had noticed that some of our
7 heroin dealers were trying to also sell my
8 investigators or our sources methamphetamine.
9 So we saw that as something that was trying to
10 make an emergence into our area.  So I thought
11 that we should follow that lead.
12     Q.    Did you, in fact, make that
13 increase?
14     A.    We did.
15     Q.    Those are the only two project
16 objectives that are listed here.  Is there a
17 reason you didn't include any others?
18     A.    I'm only required to have two, so
19 we had two, and if we do more, you know, then
20 that's a good thing.
21     Q.    Would it be fair to say that these
22 were your two primary objectives?
23     A.    Yes.
24     Q.    Were these your two primary
25 objectives in each year for the past five to

1 ten years?
2     A.    No.
3     Q.    At what time was there a different
4 primary objective?
5     A.    The focus on heroin changed.  We
6 focused most of our investigations on cocaine
7 early on, and then our focus changed to heroin,
8 when we started seeing all the deaths.
9     Q.    When did the change from cocaine to
10 heroin occur?
11     A.    It is a broad question.
12         MS. ZIMMERMANN:  Object to form.
13 Go ahead.
14     Q.    Well, you said that you changed,
15 your focus changed?
16     A.    Our focus changed, but then there
17 is a difference between when our focus changed
18 and when -- are we talking, like, in the
19 county, are we talking about the city, are we
20 talking about my task force?
21     Q.    Let's talk about your task force.
22     A.    Okay.
23     Q.    At what time did the focus of the
24 task force change from cocaine to heroin?
25     A.    Probably maybe in 2015.

36 (Pages 138 - 141)

1    Q.   Had the focus within the City of
2  Cleveland changed before that or after that?
3    A.   That means I'm hungry.
4       MS. ZIMMERMANN:  We are close to
5  12:30.
6    Q.   We will get there.
7    A.   I'm sorry.  Let's start over again.
8  My apologies.
9    Q.   Did the focus within the Cleveland
10  Police Department change at a different time?
11    A.   I believe they did.  I think their
12  focus was changing before ours changed.
13    Q.   And why was that?
14    A.   We were already involved in some
15  investigations and, like I said, these
16  investigations can take months and sometimes a
17  year.  They are reacting to what is happening
18  right now.  So when they are on the ground and
19  they see what is happening, they react to it
20  more quickly than we can, because we have to
21  start our investigation, and then it takes time
22  for us to put all of the other players in
23  place.
24       So the city can react much more
25  quickly with their ground-level investigations

1  than we can, as a task force.
2    Q.   So before 2015, the task force's
3  priorities were cocaine and meth; is that
4  correct?
5    A.   No.  Cocaine and heroin.
6    Q.   Cocaine and heroin.  Okay.  And the
7  meth made it back on the list when?
8    A.   I don't know if meth was on the
9  list before.  Meth is a recent -- recently
10  introduced into the Cleveland area, at a higher
11  level, which is why it ended up as one of my
12  objectives.
13    Q.   I see.  Okay.
14       Going back to the beginning of your
15  time with the task force, were the objectives,
16  the top objectives then cocaine and heroin, up
17  until 2015, or had there been any other changes
18  during that time?
19    A.   I think our focus was always on
20  cocaine and heroin.  Cocaine was probably our
21  top concern, early in my time with the task
22  force, and then as this emerged as a threat,
23  then we tried to focus more and more on that.
24    Q.   Did you, in those early years, did
25  you have investigations involving prescription

1  opioids?
2    A.   I don't remember specific
3  investigations.
4    Q.   When was the first time you think
5  you had an investigation involving prescription
6  opioids?
7    A.   With the task force?
8    Q.   With the task force.
9    A.   Maybe 2015, and that is a guess.
10       THE WITNESS:  We need to take a
11  break.
12    Q.   Can you go a few more minutes?  We
13  can take a break now if you need to, but that
14  will just make the afternoon longer.
15       MS. ZIMMERMANN:  I think he wants
16  to run into lunch, and we said 12:30, and we're
17  ten minutes out.
18    A.   I can wait ten minutes, but it's up
19  to you guys.
20    Q.   This is up to you.
21    A.   Ten minutes.
22    Q.   Okay.  Got it.
23    A.   If my stomach keeps on growling,
24  it's going to be shorter.
25       MS. ZIMMERMANN:  They can edit out

1  the growling sound.
2    Q.   By the way, was your task force
3  once known as the Caribbean Gang Task Force?
4    A.   That's correct.
5    Q.   And when was it called that?
6    A.   That, I think, would have been the
7  mid to late 90s, during the 90s.
8    Q.   And why was it called that?
9    A.   Because the City of Cleveland and
10  Greater Cleveland had an influx of violent
11  narcos that came in from the Caribbean area,
12  and I think specifically it would have been
13  Jamaica, and they put a task force together to
14  try to quell that violence that was occurring.
15    Q.   If you would turn to page 13 of the
16  exhibit.  This is still Exhibit 2.
17       This is the Budget Request By
18  Resource; do you see that?
19    A.   Yes.
20    Q.   And the first line item is OCJS
21  Funds Requested?
22    A.   Uh-huh.
23    Q.   And is that the amount that's being
24  requested in this grant application for the
25  grant?

37 (Pages 142 - 145)

1     A.    So OCJS provides the 177,000, and
2  the city has to provide a match, a matching
3  fund.  So where you see the cash match, that's
4  the $5,9402.
5     Q.    But you are asking for a grant of
6  177,000?
7     A.    Correct.
8     Q.    And do you know where the cash
9  match funds come from?
10     A.    It is my belief they come from the
11  law enforcement trust fund of the City of
12  Cleveland.
13     Q.    And what is the law enforcement
14  trust fund of the City of Cleveland?
15     A.    It is a fund where assets seized,
16  they liquefy those assets and they place them
17  into a fund.  Those funds can only be used for
18  certain law enforcement functions, training,
19  equipment.
20           There is a limited amount of areas
21  that you could use them, but it has to be for
22  law enforcement purposes.  So the city can't
23  take the money and use it for whatever they
24  wants.  They need been to be funneled back into
25  law enforcement.

1     Q.    So if you arrest a drug dealer and
2  he's got $50,000 in cash, they could seize --
3  that might go into this trust fund?
4     A.    Yes.
5     Q.    What happens to funds that are
6  seized in arrests made by the task force?
7     A.    The task force has its own law
8  enforcement trust fund, and the moneys would go
9  into that pool, the trust fund pool, and then
10  it is shared amongst the agencies that
11  participate in the task force.
12     Q.    So Cleveland would get a chunk of
13  that money back?
14     A.    Correct.
15     Q.    And would that money then go into
16  the Cleveland Law Enforcement Trust Fund?
17     A.    Yes.
18     Q.    And then the other seizures that go
19  into the trust fund would be from seizures made
20  by Cleveland police officers?
21     A.    Correct.
22     Q.    Are there any other sources, other
23  task forces that make seizures that go into
24  that trust fund?
25     A.    Into which trust fund?

1     Q.    The Cleveland Law Enforcement Trust
2  Fund.
3     A.    You know, I'm not sure.  I'm sure
4  there are other task forces that make seizures,
5  but where the money ends up, I'm not sure.
6     Q.    Do you know -- first of all, who
7  would be the expert on that subject?
8     A.    Somebody in the administrative ops,
9  budget, probably the budget unit.
10     Q.    Do you know how much money is in
11  the Cleveland Law Enforcement Trust Fund?
12     A.    I don't.
13     Q.    Do you know what
14  activities -- which units get payments out of
15  the trust fund?
16     A.    I don't.
17     Q.    But your task force is one of them?
18     A.    Yes.
19     Q.    And how long has your task force
20  been receiving funds from the trust fund?
21     A.    The whole time I have been there.
22     Q.    So is all of the cash -- let me
23  start that again.
24           Has the cash match that the city
25  makes for this grant been taken from this trust

1  fund for as long as you can remember?
2     A.    Yes.
3     Q.    Is the City of Cleveland out of
4  pocket for anything relating to the task force,
5  other than the salaries of the officers and the
6  equipment you referred to earlier?
7     A.    I think I would have considered
8  whatever their cash match would be part of
9  their out of pocket, right?  And then
10  whatever --
11     Q.    Apart from what comes out of the
12  trust fund --
13     A.    Right.
14     Q.    -- let me clarify that.  Let me ask
15  it again so I'm clearer.
16     A.    Sure.
17     Q.    So apart from what gets paid out of
18  the law enforcement trust fund --
19     A.    Okay.
20     Q.    -- is the City of Cleveland --
21  what, if anything, does the City of Cleveland
22  pay for, for your task force?
23     A.    The salaries.  That's it.  I would
24  say the salaries for the officers that are
25  involved.

38 (Pages 146 - 149)

Page 150

1    Q.    But the overtime gets paid by the
2  grant, correct?
3    A.    The overtime gets paid by the
4  grants, unless that overtime would run out, but
5  it hasn't.  So we have been able to maintain
6  our overtime with the grant funding, the grant
7  funding and something that is called OCDETF,
8  which is another federal funding method that
9  comes through the justice department.
10    Q.    And is that also used for overtime?
11    A.    It is used for overtime, correct.
12    Q.    Who is Robert Dunn?
13    A.    He's a Cleveland police -- maybe a
14  lieutenant.
15    Q.    Sergeant maybe?
16    A.    Sergeant.  I know him.  I don't
17  know where he is assigned.
18    Q.    Do you know what he does?
19    A.    I don't.
20    Q.    Do you know what Todd Wiles does?
21    A.    Once again, I know the name, but I
22  don't know what he does.
23    Q.    How about John Prince?
24    A.    John Prince is a compliance
25  detective.

Page 151

1    Q.    And he's the one that's been there
2  a long time, right?
3    A.    Yes.
4    Q.    Scott Moran?
5    A.    He's assigned to the HIDI squad.
6    Q.    So he reports --
7    A.    He's a detective assigned to the
8  HIDI squad.  He reports directly to Sergeant
9  Baeppler.
10    Q.    Who then reports to you?
11    A.    Correct.
12    Q.    Rick Pollack?
13    A.    He's an administrative officer
14  assigned to Bureau of Special Services.
15    Q.    And do you have any interactions
16  with him?
17    A.    He's -- I mean, he's like admin
18  guy.  So he helps the commander out.  He does
19  timekeeping, he keeps timekeeping issues,
20  payroll, that kind of thing.
21    Q.    Jennifer DiGregorio?
22    A.    She's the commander's
23  administrative assistant.
24    Q.    I know who Calvin Williams is.  Do
25  you ever interact with him?

Page 152

1    A.    Calvin Williams?
2    Q.    Yes.
3    A.    Very rarely, but I do sometimes.
4    Q.    Harold Pretel?
5    A.    He's the detective chief of
6  Homeland Security operations.
7    Q.    And does he have any involvement
8  with any opioid-related issues?
9    A.    I think Commander Gingell handles
10  almost all of that.  He would provide the
11  deputy chief with information.
12    Q.    Then Matthew Baeppler?
13    A.    He's the current supervisor of the
14  HIDI squad.
15    Q.    Kristin Riley?
16    A.    She is a lieutenant of police.  She
17  works for the deputy chief as his
18  administrative assistant.
19    Q.    Is she a lieutenant?
20    A.    She is.
21    Q.    So she is the administrative for
22  the deputy -- which deputy chief?
23    A.    Detective Chief Harold Pretel.
24    Q.    Does she do anything related to
25  opioid-related issues?

Page 153

1    A.    Not that I know of.
2    Q.    Reginald Lanton?
3    A.    I know the name, but I'm not sure
4  what he does.
5    Q.    Somebody in public information;
6  does that sound right?
7    A.    He could be.
8    Q.    Michael Ward?
9    A.    He's our administrative sergeant,
10  but he also supervised the HIDI squad.
11    Q.    Louis Pipoly?
12    A.    Former lieutenant from narcotics,
13  now reassigned to one of the districts.
14    Q.    And what did he do, when he was
15  with narcotics?
16    A.    He was -- I think he did some
17  package interdiction.  I think he also helped
18  with HIDI squads.
19    Q.    Matt Putnam?
20    A.    Sergeant Putnam is a sergeant in
21  charge of one of the GIU squads.  So that would
22  be the gang investigation unit squads.
23    Q.    Does he have any involvement in
24  opioid investigations?
25    A.    They may.  The gang units sometimes

39 (Pages 150 - 153)

Page 154

1  does narcotics investigations as well.
2      Q.    And that's as part of their gang
3  work?
4      A.    Correct.  So not part of the HIDI,
5  but just part of their street investigations.
6      Q.    James Purcell?
7      A.    Former lieutenant of narcotics, ran
8  the HIDI squad, did some package interdiction,
9  has been promoted to a captain, and now works
10  crisis intervention.
11     Q.    Tim Haven?
12     A.    Sergeant in charge of the violent
13  fugitive task force.
14     Q.    Does he have any involvement in
15  opioid-related issues?
16     A.    No.
17     Q.    Michael McGrath?
18     A.    Former chief of police, current
19  safety director.
20     Q.    In recent years, has he had any
21  involvement in opioid issues?
22     A.    Not that I know of.
23     Q.    Did he used to?
24     A.    Not that I know of.
25     Q.    Edward Tomba, we talked about him

Page 155

1  before.
2      A.    Detective chief, retired.
3  Commander Gingell would have reported directly
4  to him.
5      Q.    Joellen O'Neill?
6      A.    Joellen O'Neill.
7      Q.    Joellen O'Neill.
8      A.    She is a deputy chief, but she is
9  the administrative, I guess you would call it,
10  executive officer, deputy chief executive
11  officer on this.  So she works directly for
12  the -- directly under the chief.
13     Q.    On what?
14     A.    On any matters that the chief asks
15  her to work, but nothing that I would know of
16  that would be directly related to opioids.
17     Q.    How about Dornat Drummond?
18     A.    Deputy chief of field operations.
19  So he's in charge of all the police commanders
20  in all the districts, uniform.
21     Q.    Has he had any specific involvement
22  previously on narcotics?
23     A.    Not that I'm aware of.
24     Q.    Deon McCaulley?
25     A.    He's a deputy chief of police,

Page 156

1  administrative ops, former commander in charge
2  of a district.  So he's an admin person.
3      Q.    Anything specific to opioids, that
4  you are aware of?
5      A.    A lot of budgeting stuff, you know,
6  that kind of thing.
7      Q.    Let's do two more, then we will
8  take a break for lunch.  How's that?
9      A.    Okay.
10     Q.    Joseph Bovenzi?
11     A.    Sergeant Joe Bovenzi, originally
12  assigned as a narcotics detective, then was
13  promoted to state of narcotics, is running the
14  hotel interdiction team, and he's kind of my
15  number two guy.
16     Q.    Oh, is he.  Okay.
17     A.    Yeah.
18     Q.    Is he involved in any task force
19  activities?
20     A.    Sometimes.  Like if I'm off, then
21  he will have to cover for me.
22     Q.    Does he also work on the HIDI
23  stuff?
24     A.    He has, yes.
25     Q.    And then Jennifer Ciaccia?

Page 157

1      A.    She is the PIF, public information
2  officer.
3      Q.    Okay.
4      A.    So I said the one I can't spell her
5  last name.
6      Q.    Well, we have the spelling.
7          MS. ZIMMERMANN:  I think we could
8  go off the record now.
9          THE VIDEOGRAPHER:  Off the record,
10  12:31.
11         (Recess taken.)
12         THE VIDEOGRAPHER:  On the record,
13  1:21.
14     Q.    Good afternoon.
15     A.    Good afternoon.
16     Q.    I generally like to ask, around
17  this time in a deposition, if a witness thinks
18  that there is anything they want to correct or
19  change from their testimony from the morning.
20  I'm not trying to put you on the spot.  If
21  there is anything you want to say, I just want
22  to give you the chance.
23     A.    I don't think so, off the top of my
24  head.
25     Q.    Okay.  Well, if there is anything

40 (Pages 154 - 157)

Page 158

1  that occurs to you, you misspoke or something,
2  you should feel free to speak up.
3      A.   Okay.
4      Q.   We were going through a list of
5  names, and I think we were about halfway
6  through the list.  So let me finish that, and
7  I'll ask you if you know who these people are
8  and if they have anything, to your knowledge,
9  to do with -- or have had anything to do with
10  opioid-related issues.
11      And the next one -- I shouldn't
12  have started with this one, I don't know if I
13  can spell it -- pronounce it.  Dlugolinski?
14      A.   John Dlugolinski.
15      Q.   Dlugolinski.
16      A.   D-L-U-G-O-L-I-N-I-S-K-I.
17      Q.   Yes.  She's got the list, so she'll
18  will be able to spell.
19      A.   I'm only kidding.
20      Q.   Who is he?
21      A.   He is a detective assigned to the
22  narcotics unit.  He does have a dual role.
23  He's assigned to the HIDI team as well as
24  homeland security investigations TFO.
25      Q.   And how long has he been doing

Page 159

1  that, the narcotics unit?
2      A.   Narcotics, he's been in narcotics
3  longer than me.  So before 2005.
4      Q.   John Cline?
5      A.   John Cline is a HIDI detective as
6  well, he has been assigned to the HIDI squad
7  since it started, been in narcotics probably
8  six or seven years.
9      Q.   When did the HIDI squad start?
10      A.   I was not there when it started,
11  but I believe in 2014.
12      Q.   Does 2013 sound right?
13      A.   It could be.  Like I said, I wasn't
14  there when it originally started.  I wasn't
15  assigned to the HIDI squad when it first
16  started.
17      Q.   Thomas Cline?
18      A.   I don't know Thomas Cline.
19      Q.   C-L-I-N-E.  Maybe that's a
20  misspelling.
21      A.   John Cline, we just talked about.
22      Q.   We just did John Cline, but the
23  next person on the list I was given is Thomas
24  Cline.  I wonder if someone typed the wrong
25  thing.  That's not ringing any bells?

Page 160

1      A.   Not Thomas Cline.
2      Q.   City of Cleveland Police Narcotics
3  Unit, if there were such a person, you would at
4  least know the name?
5      A.   Well, as we go down the list, we
6  may go back to that one, I can let you know, if
7  we don't come up with another name.
8      Q.   Okay.  Ali Pillow?
9      A.   He was a sergeant assigned to the
10  gang squad.  I don't think he was ever assigned
11  to narcotics.  Currently a lieutenant in charge
12  of homicide.
13      Q.   Edna Orozco?
14      A.   Edna is the chief's secretary.
15      Q.   Carla Ellis?
16      A.   Carla Ellis is currently a
17  lieutenant assigned to personnel, I believe.
18      Q.   Any prior involvement with anything
19  relating to narcotics?
20      A.   Not that I know of.
21      Q.   Johnny Johnson?
22      A.   Johnny Johnson is a commander in
23  charge of community policing.
24      Q.   And what is community policing in
25  Cleveland?

Page 161

1      A.   They do a lot of outreach to the
2  schools and children and go to community
3  meetings, stuff like that.
4      Q.   Matthew Gallagher?
5      A.   Matt Gallagher, I believe he is
6  lieutenant assigned to the -- I think his
7  current assignment is the police academy.
8      Q.   Had he previously had any
9  involvement with opioid-related issues?
10      A.   I don't know what his prior
11  assignments were.  He might have been a vice
12  sergeant or -- I'm not aware.
13      Q.   Was he ever in the narcotics unit?
14      A.   Not that I'm aware of.
15      Q.   Deidra Jones?
16      A.   She is also a police commander,
17  personnel.  I think she was -- I'm not sure if
18  she was in community policing or not before
19  that.  I don't know.  I don't have any
20  knowledge of what she may have done, as far as
21  the opioid side.
22      Q.   Brian Heffernan we talked about,
23  correct?
24      A.   Right.
25      Q.   Former captain?

41 (Pages 158 - 161)

Page 162

1      A.   Captain, and then former commander.
2      Q.   William Traine?
3      A.   William Traine.
4      Q.   It says, former supervisor City of
5  Cleveland police?
6      A.   He's retired.  He's been retired
7  for a little while.  He was a vice supervisor
8  for a while.  That's all I know.
9      Q.   James Chura?
10     A.   He is a captain, Cleveland police
11  captain, former Cleveland police commander.
12  I'm not sure where he is currently assigned.  I
13  believe the second district.
14     Q.   Any involvement with opioids that
15  you are aware of?
16     A.   He is in the second district, so he
17  may have some involvement in the opioids,
18  because second district is one of our hotbed
19  areas.
20     Q.   Allen Benkalowycz?
21     A.   Don't know.
22     Q.   A sergeant?
23     A.   I know the name, but I don't know
24  where he is assigned.  I don't know what his
25  assignment is.

Page 163

1      Q.   And we talked about Dawn Heartsong
2  already.
3      A.   Right.
4      Q.   William Holby?
5      A.   I'm not sure where he's assigned
6  either.
7      Q.   Ronald Timm?
8      A.   Retired Cleveland police
9  lieutenant, formerly assigned to the homicide.
10     Q.   Thomas Dillon?
11     A.   He is a police lieutenant as well,
12  I think.  I'm not sure where his assignment is.
13     Q.   Any involvement with the narcotics,
14  that you are aware?
15     A.   Not that I'm aware of.
16     Q.   And when I say, "Involvement with
17  narcotics," you understand I mean involvement
18  in his police capacity?
19     A.   Correct.
20     Q.   Keith Sulzer?
21     A.   Sergeant Keith Sulzer, he is
22  assigned to the violent fugitive task force.  I
23  don't think he has any involvement with the
24  opioids.
25     Q.   Patrick Stephens?

Page 164

1      A.   Patrick Stephens was the task force
2  commander before me, and was promoted to
3  commander and commanded the Cleveland police
4  third district.
5      Q.   And he is now retired?
6      A.   Correct.
7      Q.   Daniel Fay?
8      A.   Daniel Fay is the first district
9  police commander.
10     Q.   And so his knowledge of opioids
11  would be in that context?
12     A.   Yeah.
13     Q.   Thomas Stacho?
14     A.   He would be the second district
15  police commander.
16     Q.   And same involvement with opioids?
17     A.   Yes.  How it affected his -- you
18  know, people in his community.
19     Q.   Thomas McCartney?
20     A.   He is currently the third district
21  police commander, and formerly the first
22  district police commander.
23     Q.   Brandon Kutz?
24     A.   Brandon Kutz is the fourth district
25  police commander.

Page 165

1      Q.   I think we are into the list of
2  police commanders.
3      A.   Right.
4      Q.   District commanders.
5          Sammy Morris?
6      A.   Sammy Morris is currently the fifth
7  district police commander.
8      Q.   And again, the focus, that's the
9  focus of his narcotics knowledge, as far as you
10  know?
11     A.   He's former vice sergeant, so he
12  does have a pretty good background, former vice
13  detective.
14     Q.   Shelley Patena?
15     A.   Shelley Patena is currently
16  assigned to the narcotics unit and works on the
17  compliance team.
18     Q.   Franklyn Lake?
19     A.   Franklyn Lake is a narcotics
20  detective, assigned to the HIDI squad.
21     Q.   Thomas Klamert?
22     A.   Thomas Klamert is Cleveland police
23  narcotics detective, assigned to the HIDI
24  squad.
25     Q.   Anthony Gorsek?

42 (Pages 162 - 165)

Page 166

1    A.    Anthony Gorsek, I think, is
2  retired, and formerly assigned to the chief's
3  office.
4    Q.    Paul Burgio?
5    A.    Paul Burgio is a detective.  I
6  believe he's assigned to the fusion center --
7    Q.    What's the --
8    A.    -- which is like an intelligence,
9  like a portion of the -- I think it falls under
10  homeland security operations.
11    Q.    And does that center have any
12  involvement in narcotics investigations?
13    A.    I don't know if they gather intel
14  and put out work product.  They may.  I can't
15  think of it, off the top of my head, if they
16  do.
17    Q.    Okay.  So let's talk about the
18  HIDI.  Is it HIDI squad, or what is it called?
19    A.    Team I think they call it.
20    Q.    HIDI team.  For what purpose was
21  the HIDI team created, to your knowledge?
22    A.    They were created as a result of
23  what we see as a crisis, opioid crisis in our
24  city.
25    Q.    Was the crisis already well

Page 167

1  underway, when the team was created?
2    A.    I can't give you a definitive
3  answer on that.
4    Q.    And what is the purpose of the HIDI
5  team?
6    A.    To investigate heroin and
7  opioid-related overdoses, deaths, and nonfatal
8  overdoses as well, to try to gather
9  intelligence on the sources of the opioids that
10  people are overdosing and dying from, and to
11  try to investigate back, to make arrests on
12  those people that are involved in the sale of
13  those opioids.
14    Q.    What is your success rate in doing
15  that?
16    A.    Very low.  It is a very difficult
17  case to make.
18    Q.    What is your success rate in at
19  least identifying the sources?
20    A.    It is a difficult question to
21  answer, because you can identify a source but
22  not have enough information to say that that --
23  to convict a person.  So you might have a name,
24  but you may not be able to say definitively
25  that that's, you know, a person.

Page 168

1    Q.    Well, I would like to ask you to
2  sort of take us through how a HIDI
3  investigation is conducted.
4          So starting with there is an
5  overdose, what is the first thing that happens,
6  as far as your team is concerned?
7    A.    What kind of an overdose, of
8  somebody that dies or somebody that lives?
9    Q.    Well, let's start with somebody who
10  dies.
11    A.    Okay.  So there would be -- the
12  Cleveland police dispatchers would be notified
13  by a supervisor, a uniformed supervisor, that
14  there was an apparent overdose death that
15  appears to be suspicious, overdose possibly
16  related.
17          They would contact the supervisor
18  that's basically on call to take the
19  information from the dispatcher.  He would then
20  contact a detective and have a detective
21  respond either to the death scene or to the
22  hospital, depending on where the body was.
23    Q.    And is the person who is on call a
24  member of the HIDI team?
25    A.    Yes.

Page 169

1    Q.    And then it is a HIDI team
2  detective who is then dispatched out?
3    A.    Usually two detectives are
4  dispatched to a fatal overdose.
5    Q.    Okay.  So they arrive at the scene,
6  and let's say in this case, the person was not
7  transported to the hospital.
8    A.    The person was?
9    Q.    Was not.
10    A.    Was not, okay.
11    Q.    So they are wherever they were.
12    A.    Okay.  So the body is there.
13    Q.    The body is there.
14    A.    And there is uniform -- there is
15  usually two -- at least two uniform patrol
16  officers and the supervisor, if the supervisor
17  stayed on scene.
18          So then the officers would confer
19  with the uniformed officers, gather some
20  information from them, we would talk to family
21  members or other witnesses that may be on
22  scene, they would observe the scene, and
23  normally we would stand by for the medical
24  examiners and investigators to arrive.
25          We would brief with the medical

43 (Pages 166 - 169)

Page 170

1 examiners investigations and work with the
2 medical examiner investigation -- investigators
3 to sort of process the scene, kind of like look
4 for any evidence, recover the evidence, make
5 sure that the evidence is photographed and
6 logged.
7        Then the medical examiner would do
8 their -- would kind of like do what they have
9 to do.  They also talk to the family members.
10 They would recover the body, they would call
11 their transport people, they would recover the
12 body, and then that body would be transferred
13 down to the coroner's office.
14    Q.   Let me stop you there, because you
15 are now leaving the scene.
16        From the scene, do the uniform
17 officers who were on the scene typically
18 prepare any kind of report?
19    A.   Yes.
20    Q.   And is there a name for that
21 report?
22    A.   Dead body suspected overdose.
23    Q.   Dead body suspected overdose.
24        And will there be like one uniform
25 officer, whoever is there will be responsible

Page 171

1 for creating that?
2    A.   That's correct.
3    Q.   And to whom is that report
4 submitted?
5    A.   It goes into the record management
6 system.
7    Q.   The record management system?
8    A.   Yes.
9    Q.   Is that the LERMS?
10    A.   LERMS, right.  LERMS, L-E-R-M-S.
11    Q.   So this is a dead body suspect
12 overdose report that will then go into LERMS?
13    A.   Correct.
14    Q.   Then the HIDI people, do they -- do
15 they write anything down, do they typically,
16 like, take notes at the scene or anything like
17 that?
18    A.   They have a HIDI response form that
19 they complete.
20    Q.   And is that something they fill
21 out --
22    A.   Correct.
23    Q.   -- by hand?
24    A.   Yes.
25    Q.   And then what happens to that form?

Page 172

1    A.   So then that form is forwarded to
2 the commander's office.  They use that form to
3 work off of to say, for example, that we
4 recovered suspected opioids on the scene, or
5 the victim's telephone, or the suspect's
6 telephone.  The detectives would enter that
7 into evidence.  We would use the same record,
8 the LERMS identifying number, you know, so that
9 all the evidence is assigned to the proper
10 case.
11        So on that end, so that's kind of
12 what they would use that form for.
13    Q.   Well, the HIDI response form has
14 been filled out by hand.  How does that get
15 into LERMS?  Does somebody --
16    A.   The HIDI response form does not go
17 into LERMS --
18    Q.   Oh, okay.
19        THE NOTARY:  Wait a minute.
20        THE WITNESS:  Here we go.  My
21 apologies.
22    A.   Let's start over.
23    Q.   What happens to the HIDI response
24 form?
25    A.   The detectives use that.  It is

Page 173

1 basically their piece of information to start
2 their file with, and then they forward that
3 form to the commander's office.
4    Q.   And the -- who --
5    A.   Commander Gingell.
6    Q.   So his office gets the form?
7    A.   His office gets that form, and they
8 add that to a database of our victims.
9    Q.   And what is the name of that
10 database?
11    A.   I don't know, off the top of my
12 head.
13    Q.   Is that a database that you have
14 occasion to look at, from time to time?
15    A.   Yes.
16    Q.   And do you get information
17 extracted from the database?
18    A.   I think they keep it, it is
19 one -- I don't think anything is extracted from
20 it.  I think they maintain one complete
21 database.
22    Q.   But it is something that you have
23 access to?
24    A.   I don't have access to change it,
25 but I'm provided the information.

Page 174

1    Q.    You have access to read it?
2    A.    Right.  Correct.
3    Q.    Is there an activity report that is
4  created by somebody in connection with the
5  incident?
6    A.    I'm not sure what kind of activity
7  report --
8    Q.    Excuse me.  Or a field report?
9    A.    That's what the -- that's what the
10  uniform officers do on scene.
11    Q.    Okay.  That's their field report?
12    A.    Right.
13    Q.    And the field report, would that
14  include information they obtain from their view
15  of, like, what they see and so on?
16    A.    The police officers?
17    Q.    Yes.
18    A.    Yes.
19    Q.    Now, how does the -- strike that.
20        Again, is that a handwritten thing
21  that they originally do?
22    A.    I think they have transitioned from
23  handwritten reports into computer reports.  We
24  don't do that, so the uniform guys do that, so
25  I'm not exactly sure where that process is now,

Page 175

1  so...
2    Q.    But it used to be done --
3    A.    It used to be done by hand.  I
4  think now they are putting everything into a
5  computer directly.
6    Q.    When it was done by hand, how would
7  it then get into the computer?
8    A.    All the reports would be forwarded
9  to our reports center, and then the reports
10  center would enter everything into the
11  computer.
12    Q.    So there would be people in the
13  report --
14    A.    Right.
15    Q.    What kind of people were they; were
16  they police officers?
17    A.    No.  They were civilians.
18    Q.    Would they revise the information,
19  as they were putting it into the database?
20    A.    They were not supposed to revise
21  everything.  Everything is supposed to go in as
22  written.
23    Q.    So if there were differences
24  between the original field report and what
25  ended up in the database, would that be

Page 176

1  contrary to procedure?
2        MS. ZIMMERMANN:  Object to form.
3  You may answer.
4    A.    Yes.
5    Q.    All right.  So you have the dead
6  body suspect, the field report that's been put
7  into the database.  Then the HIDI response
8  form, which is put into your separate database,
9  correct?
10    A.    Right.
11    Q.    Does anything from the HIDI team go
12  into the LERMS database?
13    A.    Any evidence that they would
14  recover, the HIDI detectives would enter that
15  into the LERMS database.
16    Q.    Would they directly enter it in, or
17  would they do an activity report, or something
18  that somebody else would enter?
19    A.    They may -- they may delegate the
20  actual entering of it into the computer to
21  someone else, but for the most part, they did
22  it themselves.
23    Q.    And so, for example, if they found
24  a syringe on the scene, they would enter in
25  information about that?

Page 177

1    A.    Right.
2    Q.    If they found a pill bottle, would
3  they enter that evidence, enter that in?
4    A.    It depends, because most of the
5  prescriptions on the scenes are recovered by
6  the medical examiner's office.
7    Q.    And then the medical examiners do
8  their own reports; is that correct?
9    A.    Yes.
10    Q.    Do you or your team get any
11  information or data from the medical examiner
12  that you put into your own reports?
13    A.    I don't think they add the medical
14  examiner's information into the LERMS reports,
15  no.
16    Q.    So the LERMS reports would only
17  reflect -- well, strike that.
18        Would any observations made, other
19  than evidence, any observations made by the
20  HIDI team at the scene end up in the LERMS
21  database?
22    A.    I don't think it would make it into
23  the database.
24    Q.    Their observations would only be in
25  your separate ID database, or would it be there

45 (Pages 174 - 177)

Page 178

1  either?
2      A.    It may not be there either.  That
3  would be part of their working case
4  information.  So that would be protected, so we
5  wouldn't want that out, because the case is
6  fresh, and that would not be something that
7  they would put into a document that would
8  potentially be released to the public.
9      Q.    Would they document -- would they
10 document their observations?
11     A.    Yes.
12     Q.    So they would write up some kind of
13 report?
14     A.    Correct.
15     Q.    And is this the HIDI response form,
16 or is that a separate --
17     A.    That's a separate report.
18     Q.    And is there a name for that
19 report?
20     A.    We would call it a form 10 or a
21 form 1, depending on which, and that would be
22 their case -- that would be the document they
23 would work their case off of.
24     Q.    What is the difference between a
25 form 10 and the form 1?

Page 179

1      A.    A form 10 is a document that some
2  of the older guys use.  It is an actual hard
3  document.  It was an investigative follow-up
4  form.  Most of the younger guys don't use it
5  anymore, because they don't -- I don't even
6  know if the city has that in a digital format.
7      Either way, they are provided that
8  form to spell out their investigation.
9      Q.    Are these forms ever, you know,
10 provided to the defense, if somebody gets
11 arrested and prosecuted?
12     A.    It would probably be part of
13 discovery.  The whole case jacket would go
14 to -- they would provide the whole case to --
15 as part of the grand jury package.  So that
16 would be sent to the grand jury and the
17 prosecutor's office.
18     Q.    So does each investigator then
19 have -- or at least team of investigators for
20 each case have a file on that case?
21     A.    Yes.
22     Q.    And what else is in that file,
23 other than the HIDI response form and the form
24 1 or 10?
25     A.    There is going to be -- if we

Page 180

1  receive information about a fingerprint that
2  may have been discovered, there is information
3  about DNA evidence that may have been
4  discovered or submitted, any other evidentiary
5  items that we may have found, information about
6  telephones, documentation about a search
7  warrant that may have been may not executed on a
8  phone, any many number of things involved in
9  our investigation.
10     Q.    If they interview witnesses, would
11 there be interviews with the witnesses?
12     A.    Yes.
13     Q.    Is there a policy for HIDI team, or
14 the narcotics team more generally, that all the
15 steps of an investigation are supposed to be
16 documented?
17     A.    I don't think there is a specific
18 policy.
19     Q.    Is that the practice?
20     A.    Is that the practice --
21     Q.    The practice of the HIDI team?
22         MS. ZIMMERMANN:  And it hasn't come
23 up, but we are going to object to the extent
24 that we get into investigative privilege issues
25 or investigative methods, but you may answer

Page 181

1  generally, Lieutenant.
2      A.    I'm sorry.  Could you ask it one
3  more time.
4      Q.    Is it the practice of the HIDI team
5  to document all the stages of the
6  investigation?
7      A.    Yes.
8      Q.    When you investigate an overdose,
9  are you always able to determine what the
10 person overdosed on?
11     A.    In terms of what the person
12 overdosed on, I guess that would be the role of
13 the medical examiner on a fatal, because it's
14 possible that they have more than one illegal
15 substance or legal substance in their system.
16 So I think the medical examiner makes that
17 determination.
18     And then we have to have, you know,
19 lab results back on whatever we may have
20 recovered from the scene as well.
21     Q.    Well, when you are investigating an
22 overdose, and you find out they overdosed on
23 heroin, for example, I take it your -- one of
24 your main charges is to find out where that
25 heroin came from; is that correct?

46 (Pages 178 - 181)

Page 182

1     A.    Yes.
2     Q.    If they overdosed on prescription
3   opioids, do you do anything to try to find out
4   where they came from?
5     A.    Yes.
6     Q.    And how do you go about that?
7     A.    The same way we would do it if it was
8   heroin.  I think, obviously, the first thing
9   that they would do is to see if a person had a
10   legitimate prescription for it, first.
11          So when they are recovering the
12   prescription bottles in the house, we would
13   look to see if there was a script written for
14   whatever we believe they overdosed on.
15          If not, then if we had received
16   information that they overdosed on some
17   prescription that they didn't have a legitimate
18   reason for, then we would obviously interview
19   people, reach out, look in their phone, if we
20   had a search warrant for their phone, look in
21   the phone to see if the phone, you know,
22   divulges, you know, that information, interview
23   family, friends, you know, boyfriends, that
24   kind of thing.
25     Q.    Now, if it is a heroin overdose, do

Page 183

1   you ever -- well, strike that.
2          If it is any kind of overdose, do
3   you ever go back into the person's medical
4   history to see what other things they may have
5   been prescribed in the past?
6     A.    I know that's part of the process,
7   and that's part of the process that they work
8   on with the medical examiner's office.
9     Q.    Well, if somebody is a heroin
10   overdose, do you look to see if they had a
11   prescription for a different opioid earlier?
12     A.    In their history?
13     Q.    In their history.
14     A.    I think if -- I don't know if I can
15   answer that, to the extent that I'm -- if the
16   investigation would lead us to believe that
17   there is an opioid, if they are abusing
18   opioids, then we would go down that road.  If
19   the investigation didn't reveal that, then I
20   don't know if they would automatically go down
21   that road.
22     Q.    So let's say you have got a heroin
23   overdose, and you have reason to think the
24   person is a heroin addict.  How far back in
25   time do you explore the person's drug usage?

Page 184

1     A.    I really can't answer that with any
2   certainty, in all honesty.  I don't know how
3   far back.
4     Q.    You used the word "abuse" earlier.
5   What do you mean by the term abuse?
6     A.    Using -- obviously, a person can
7   abuse heroin, but they can also abuse a
8   prescription medication.  So using it beyond
9   what the prescriber indicated -- you know,
10   intended it for.
11     Q.    So would you include in that
12   somebody who has a prescription for opioids,
13   and it says take two pills a day and they take
14   four instead?
15     A.    Yes.
16     Q.    Have you seen any cases of that, in
17   your HIDI investigations?
18     A.    Yes.
19     Q.    What proportion of the
20   investigations of the HIDI team does -- has
21   done, since you have been involved, have
22   involved people who overdose on prescription
23   opioids?
24     A.    I don't know that answer.
25     Q.    Do you know if it's a large

Page 185

1   percentage, a small percentage?
2     A.    I don't know the answer.
3     Q.    Who would know the answer to that?
4     A.    I don't know if anybody knows the
5   answer to that.
6     Q.    Do you try to keep statistics about
7   what percentage of the overdoses are for each
8   kind of drug you encounter?
9     A.    No, ma'am.  No.
10     Q.    Of the overdoses that you have
11   encountered that were for prescription opioids,
12   what proportion of those, roughly, were for
13   people who actually had a prescription for the
14   opioid?
15     A.    I don't know.
16     Q.    Is it something that is common?
17     A.    I think it would be common.
18     Q.    Are any of these suicides or
19   potential suicides?
20     A.    It is possible, yes.
21     Q.    Do you -- is part of your task
22   sometimes to try to figure out whether a
23   suicide was involved?
24     A.    Yes.
25     Q.    Who makes the final decision about

47 (Pages 182 - 185)

Page 186

1  whether it is to be treated as a suicide?
2      A.   I think it would be the medical
3  examiner, but I think they would consult with
4  the investigator as well, the HIDI
5  investigator.
6      Q.   When you see statistics from
7  Cleveland of overdose deaths, obviously there
8  has been a lot of statistics about that out
9  there, do those statistics, to your knowledge,
10  generally include the suicides or suspected
11  suicides?
12          MS. ZIMMERMANN:  Object to form.
13      A.   I'm sorry.  What did you
14  just -- one more time for me.
15      Q.   When statistics are presented about
16  the number of overdose deaths in Cleveland --
17      A.   Right.
18      Q.   -- do those statistics generally
19  include or exclude suicides or suspected
20  suicides?
21      A.   I don't know.
22          MS. ZIMMERMANN:  Same objection.
23      A.   I don't know.
24      Q.   All right.  So is there any other
25  documents that are created, other than the ones

Page 187

1  we have already discussed, in connection with
2  the HIDI team investigation?
3      A.   Investigative documents; is that
4  what we are talking about?
5      Q.   Well, let's start with
6  investigative documents.
7      A.   We have talked about the DNA
8  evidence, fingerprint evidence, we have
9  discussed any search warrants that may be
10  involved, so those documents would be there,
11  any information that was pulled from either a
12  suspect's phone or a victim's telephone, that
13  information would be there.  Interviews,
14  arrests, interviews of arrested people as well.
15          That may not be an exhaustive list,
16  but that's kind of the list that comes off my
17  head.
18      Q.   Are these records kept in some
19  central storage location?
20      A.   The case documents are kept in the
21  narcotics unit, and they have a file system
22  there.
23      Q.   All right.  So you've talked about
24  investigative files.  Are there any
25  non-investigative files that are created in

Page 188

1  connection with the HIDI team investigation?
2      A.   I think the only non-investigative
3  files are just the statistics, just the
4  numbers, as far as fatal overdoses, nonfatal
5  overdoses.
6          We also do what is called law
7  enforcement aided detox, so that would be
8  included in that, and any other statistics that
9  the commander may keep that I'm not aware of or
10  I just don't see.
11      Q.   Who creates those statistics?
12      A.   I would guess it would be the
13  commander's assistant, Jennifer DiGregorio.
14      Q.   So that is something that is -- is
15  that done for him?
16      A.   Yes.
17      Q.   So it's not done for you?
18      A.   No.
19      Q.   Now, we talked about a heroin death
20  investigation -- excuse me.
21          First of all, it is called a heroin
22  investigation, but does that -- is it limited
23  to heroin overdoses?
24      A.   It is not.
25      Q.   What other types of overdoses are

Page 189

1  included?
2      A.   All of them, any opioid overdose.
3  It kind of started out with heroin, and now it
4  is all encompassing with all opioids.
5      Q.   What about a cocaine overdose?
6      A.   If we knew that it was a cocaine
7  overdose for sure, it would not be part of it,
8  but if there was any question, we would go.
9      Q.   Does anyone -- for other kinds of
10  drug overdoses, is there any unit in the police
11  department that will do a similar kind of
12  investigation?
13      A.   I'm sorry?
14      Q.   For any nonopioid overdose.
15      A.   Overdose?
16      Q.   Yes.
17      A.   There would still be a -- a uniform
18  officer would handle that.  So somebody would
19  respond and do an investigation.  And then if
20  they needed assistance, they would call -- they
21  would normally call their vice unit, the local
22  vice unit, to help out with that.
23      Q.   Now, what about a non-death
24  overdose, what is different about how that is
25  handled?

48 (Pages 186 - 189)

1     A.    So they handle the non-deaths a
2  little differently.  Most of the time, the
3  detectives are responding to the hospital.  A
4  person has been transported either by private
5  auto or EMS to an emergency room.
6            So the officers would respond to
7  the emergency room.  They would ask the person
8  if they would be willing to talk to the
9  officers about what happened, and this, of
10  course, is after, you know, cleared by the
11  medical staff.
12           Our primary mission is to gather
13  information about what happened to the person.
14  Obviously, we want to find out, if they are
15  willing to tell us, who sold them the drugs.
16  We ask information about what you actually
17  thought you were buying and what you ended up
18  buying.
19           You know, we ask information about
20  what did the drugs look like.  You know, we
21  just ask them their personal information, if
22  they are willing to give it to us.
23           We ask them for their drug dealer's
24  name, we ask them for the drug dealer's phone
25  number, if they have that.  We ask them where

1  they purchased the drugs, what location in the
2  city that happened.
3            Then we ask them if they are
4  willing to cooperate with the police to try to
5  arrest this person, and, of course, we keep
6  that all confidential, which is really
7  important in what we are talking here.
8            After we are done discussing all
9  that with the person, the last thing our guys
10  do is they ask the overdose victim if they are
11  interested in going to detox.
12           The law enforcement detox program
13  is something my detectives asked for.  They
14  wanted to do something to help these people,
15  because they felt like they were leaving them
16  in the hospitals at their most vulnerable
17  point, kind of like unable to do anything.  So
18  we were able to get that program started, with
19  the help of the ADAMHS board.
20           So then what they do, if there is
21  any lead that they can work from, they will
22  work from that lead; otherwise, what they do is
23  they take the information that is gathered, and
24  we enter that into the Case Explorer program,
25  which is a HIDTA program that we now use to

1  share information with other communities and
2  law enforcement agencies that are investigating
3  these kind of drugs.
4            And that's because sometimes the
5  same drug dealer will sell, you know, a fatal
6  overdose load in Cleveland, and they will also
7  sell something bad in Euclid, we may have
8  similar information, so that tries to put these
9  investigators together.
10     Q.    Is the information from the fatal
11  overdose entered into Case Explorer?
12     A.    Yes.
13     Q.    Are field reports created for the
14  nonfatal overdoses?
15     A.    Yes.
16     Q.    And is information about those also
17  included in a LERMS database?
18     A.    Yes.
19     Q.    What is the success rate in getting
20  people to go to detox?
21     A.    Very few.  Probably under ten,
22  under ten people a month.
23     Q.    Out of how many?
24     A.    Hundreds.
25     Q.    Do you have any idea of why that

1  is?
2     A.    My personal opinion is because
3  the -- their addiction is so powerful, and this
4  is from interviewing, you know, many, many
5  people, their addiction is so powerful, and
6  that's why we thought in the hospital would be
7  a good point for us to try to get them into
8  detox, because they are at their most
9  vulnerable point.
10           Many of them are brought back from
11  the dead, their hearts were stopped, they were
12  not breathing.  So we thought this would be a
13  good point to try to get them to agree to
14  detox, but the addiction is so powerful, many
15  of them are still unwilling to go.
16     Q.    Is your success rate -- what is
17  your success rate in getting cooperation about
18  where they got the stuff?
19     A.    I can't give you an exact
20  percentage, but a fair amount of them will give
21  us some level of cooperation.  Not all fully
22  cooperate, but at least some level of
23  cooperation.
24     Q.    Are you more successful in finding
25  somebody to arrest for those overdoses than for

49 (Pages 190 - 193)

Page 194

1  the fatal overdoses?
2      A.   I think, yes.  I think that the
3  leads are a little bit -- obviously, we have a
4  person to talk to, so the leads come a little
5  bit faster.
6      Q.   Have charges ever been brought, to
7  your knowledge, as a result of a HIDI
8  investigation against a medical professional
9  for writing a prescription?
10      A.   I don't recall one since I've been
11  supervising.  It may have happened before me,
12  or I may not be aware of one.
13      Q.   Are you aware of -- strike that.
14          The LERMS database, have you
15  ever -- start again.
16          Have you ever used the LERMS
17  database to generate statistics about anything?
18      A.   I am in no way an expert on LERMS,
19  and I deal with it very -- my hands-on
20  experience with it is very, very limited.
21      Q.   Do others who work with you deal
22  more with LERMS than you do?
23      A.   They do, but I don't think any of
24  my people are involved in gathering statistics.
25  As a matter of fact, I know none of the

Page 195

1  detectives and supervisors are involved with
2  gathering any statistics from LERMS.
3      Q.   If somebody in your group wanted to
4  look into a prior case, find out, you know,
5  what had happened with a prior overdose or
6  whether anybody had been arrested or when the
7  investigation happened, where would they turn
8  to find that information?
9          MS. ZIMMERMANN:  Object to form.
10          THE NOTARY:  I didn't hear you.
11  Did you say strike that?
12          MS. ZIMMERMANN:  No, no.  I can't
13  say that.  Object to form, but go ahead answer.
14          MS. WINNER:  You can say it.
15          MS. ZIMMERMANN:  Yeah, we say all
16  kind of things.  I don't know if it has power
17  behind it.
18          But object to form, I can say, but
19  go ahead and answer.
20          THE NOTARY:  I didn't hear you.
21          MS. ZIMMERMANN:  Yeah, thank you.
22      A.   So the first thing they would do is
23  that they would use LERMS, and they would
24  either -- I would believe that they would
25  search by either the victim's name or the

Page 196

1  suspect's name, to see if there was a LERMS
2  document or a LERMS entry created.
3      Q.   And then they would, from that,
4  would they -- does the LERMS database include
5  the names of the investigating officer?
6      A.   It would include -- yes, it would
7  include the officers that responded, and it
8  should include the detective that responded as
9  well, as well as the medical examiner that was
10  on the scene.
11      Q.   Now, you said that typically there
12  would be one or two -- more often two, I think
13  you said, detectives would be sent out to the
14  scene?
15      A.   The scene of a fatal.
16      Q.   Would those two detectives continue
17  with the investigation from then on, or would
18  there be others who would also be involved?
19      A.   Normally, one detective would take
20  over the primary role.  The other one would be
21  the assisting officer.  That detective would
22  maintain that case file, investigating that
23  case.
24          If, for example, they were in the
25  middle of an investigation or in the middle of

Page 197

1  actively working that case, and that detective
2  had to go on vacation or had a family emergency
3  or got sick, the other detective would pick up
4  the case and assist him with it, until he came
5  back.
6          But for the most part, that one
7  detective is assigned to the case as a lead.
8      Q.   Are you familiar with a database
9  called ARCOS?
10      A.   I may have heard it, but I don't
11  know if I have ever seen it or used it.
12      Q.   It's a DEA database?
13      A.   Right, that's where I've heard it,
14  but I don't think I've ever used it.
15      Q.   Have you ever heard anyone suggest
16  that you should use it for something?
17      A.   I don't recall that.
18      Q.   How about the OARRS database,
19  O-A-A-R-S {sic}?
20      A.   Well, I don't use -- personally use
21  the database, but I know my detectives use it.
22  I think we would go to the compliance
23  investigators and they had assist us with any
24  OARRS information that we would need.
25      Q.   And what is the OARRS database used

50 (Pages 194 - 197)

Page 198

1  for?
2      A.   It tracks prescriptions, basically.
3  I mean, that's my -- that's my interpretation
4  of it.
5      Q.   So why would your detectives use
6  it?
7      A.   If they had information on somebody
8  that was maybe abusing opioids or doctor
9  shopping or pharmacy shopping type of thing.
10     Q.   Are you familiar with something
11 called the computer-aided dispatch system?
12     A.   Yes.
13     Q.   And what is that?
14     A.   That's like the city's method of
15 dispatching calls for service, and it is run
16 via computer for the patrol officers, so the
17 dispatcher could send them the information from
18 her computer into their mobile computer.
19     Q.   How about the Law Enforcement
20 Automated Data System?
21     A.   Right.  LEADS?
22     Q.   Yes.
23     A.   Right.
24     Q.   What is that.
25     A.   It's a law enforcement database,

Page 199

1  you can run persons to see if they have
2  warrants, or you can use LEADS to run BMV
3  information on the license plate, that kind of
4  information.
5      Q.   Who maintains that database?
6      A.   I'm not sure, but I think -- I'm
7  not sure if it's a federal-run agency or a
8  state run.  It is not a City of Cleveland
9  database.
10     Q.   It is something that your
11 detectives use?
12     A.   Yes.
13     Q.   Is it used -- do they use it for
14 anything other than the purposes you just
15 described?
16     A.   It is a general -- general purpose
17 law enforcement database.  So if you were
18 looking for suspects, you would be looking to
19 see what a person's background is.  So if we
20 had a suspect in an overdose that -- in a fatal
21 overdose, and we had their name, we may run
22 them through LEADS to see if they have prior
23 arrests for, you know, selling drugs or violent
24 crimes.
25     Q.   What is the Ohio Law Enforcement

Page 200

1  Gateway?
2      A.   I don't think I can give you that
3  answer.  It's one of them I don't know.  I have
4  heard it, but I can't remember exactly what it
5  is for.
6      Q.   Let me try another one.
7      A.   Okay.
8      Q.   The Ohio Incident Based Reporting
9  System, O-I-B-R-S?
10     A.   Yeah.  Once again, it's something I
11 have heard of.  It might be a state-run
12 incident reporting system, but it's not
13 something that we use.
14     Q.   So you don't use that one?
15     A.   Not that I'm aware of.
16     Q.   How about the Cuyahoga Regional
17 Information System, CRIS?
18     A.   CRIS.  We do use it, I don't have a
19 lot of exposure to that, but I'm aware that the
20 department uses that in some capacity.
21     Q.   Do you know what it is?
22     A.   I don't know specifically.
23     Q.   How about the Regional Enterprise
24 Data Sharing System?
25     A.   REDSS, right?

Page 201

1      Q.   R-E-D-S-S.
2      A.   Once again, I think those are
3  databases that we have access to or may have
4  access to for background on investigations.
5      Q.   That's all you know about it?
6      A.   Yes, ma'am.
7      Q.   TipSoft?
8      A.   I've heard of it, can't remember
9  what it is for.
10     Q.   The Ohio Local Law Enforcement
11 Information Sharing Network?
12     A.   I'm not aware of that.
13     Q.   And then you mentioned Case
14 Explorer earlier?
15     A.   Yes.
16     Q.   That's something that's run by the
17 federal government?
18     A.   It is run by the HIDTA, right.
19     Q.   And what kind of information is in
20 Case Explorer?
21     A.   Case Explorer is a method for
22 deconfliction and information sharing.  So if
23 an officer in one jurisdiction is working a
24 case, he can plug his basic information into
25 that system, and if another officer from a

51 (Pages 198 - 201)

Page 202

1  different jurisdiction is working either the
2  same suspect or the same house or connected to
3  the same telephone number, that system will
4  notify each one of those investigators that you
5  need to call Detective Smith, and Detective
6  Smith needs to call Detective Jones to talk
7  about this case.
8        Q.   Is that what deconfliction is, what
9  you just --
10       A.   That's part of deconfliction, yes.
11       Q.   Is there more to deconfliction?
12       A.   There is a basic deconfliction,
13  which is like any drug case, but I think we
14  have refined it a little bit more to focus on
15  the opioid crisis.
16            So Case Explorer has been kind of
17  tweaked, to assist us with what we are dealing
18  with now with all the overdoses.
19       Q.   Is Case Explorer used for any
20  purpose other than deconfliction?
21       A.   Not that I'm aware of.
22            MS. WINNER:  I would like to ask
23  the reporter to mark as Exhibit 3 a document
24  entitled Public Safety Items of Interest.
25            - - - - -

Page 203

1            (Thereupon, Deposition Exhibit 3,
2            Public Safety Items of Interest, was
3            marked for purposes of
4            identification.)
5            - - - - -
6        Q.   Just for the record, this does not
7  have a production number on it, because this
8  was produced to us last night and has not yet
9  been formally produced with the Bates numbers,
10  but we were told this was from your files, at
11  least that's what I understand we were told.  I
12  was not the one who was told it.
13            Do you recognize this document?
14       A.   I do.
15       Q.   And what is it?
16       A.   It is a Public Safety Items of
17  Interest log from August 5, 2016.
18       Q.   And what is a Public Safety Items
19  of Interest log?
20       A.   This is the items of interest that
21  police dispatch, I believe, puts together for
22  incidents that occur during this 24-hour
23  period, and it is pushed to the command staff
24  and anybody that's on their list, basically
25  their email list.

Page 204

1        Q.   Is this a document you ordinarily
2  receive?
3        A.   Yes.
4        Q.   And do you receive it daily?
5        A.   Yes.
6        Q.   So you have many others of this?
7        A.   I do have some of these, yes.
8        Q.   And did you receive it via email?
9        A.   Yes.
10       Q.   And who did you receive it from?
11       A.   I think it gets pushed to all of us
12  from -- I think it's from our dispatch center,
13  but I'm not positive.
14       Q.   By "our dispatch center," you
15  mean --
16       A.   The Cleveland Police Dispatch
17  Center.
18       Q.   And which of your email addresses
19  is it sent to?
20       A.   It is sent to the Cleveland police
21  email.
22       Q.   Is there anything of particular
23  significance about this one of these logs?
24       A.   This individual items of interest,
25  I saved early, because it was my first Friday

Page 205

1  covering the heroin squad, and I think there
2  was 15 overdoses that day, which was a
3  significant amount of overdoses, I think,
4  including three fatals.
5        Q.   So this is just something that you
6  have held on to, sort of, as a reminder of that
7  day?
8        A.   Yes.
9        Q.   And that day sticks out in your
10  memory, I assume?
11       A.   It does.
12       Q.   Have there been any days as bad as
13  that since then?
14       A.   There has been some pretty bad days
15  since then.  There have been days with more
16  than three fatal overdoses on them, but this
17  was, once again, I was maybe assigned for three
18  or four days to the heroin squad when this
19  happened, but this is still one of the -- one
20  of my worst days.
21       Q.   How many arrests have been made as
22  a result of HIDTA investigations, since you
23  took over?
24       A.   I'm sorry.  I don't know that
25  answer.

52 (Pages 202 - 205)

Page 206

1    Q.   Is it more than 20?
2    A.   I can't accurately answer that
3   question.  I'm sorry.
4    Q.   Of the nonfatal overdoses, are the
5   victims of those overdoses ever arrested?
6    A.   Sometimes, but not very frequently.
7    Q.   And why not?
8    A.   We are treating them more as
9   a -- somebody who is hospitalized as a victim,
10  although they did -- many of them did break the
11  law when they took the drugs.  They are in the
12  hospital, for the most part, being treated for
13  an overdose incident.
14       So as opposed to coming at them
15  with a hard fist, law enforcement fist, we are
16  trying to help them help themselves, and also
17  maybe help the next person, to prevent the next
18  person from overdosing, if we can get that
19  information from them about who sold, you know,
20  the drugs that caused that overdose.
21   Q.   Have you ever threatened to arrest
22  somebody, if they didn't tell you where they
23  got the drugs?
24   A.   I think threaten is a strong word.
25   Q.   Suggested the possibility.

Page 207

1    A.   I think if that ever happened, it
2   would be very seldom, because that's not our
3   goal.  Our goal is not to arrest the overdose
4   victim.  Our goal is to try to go after the
5   individuals that are selling either the deadly
6   or overdose, you know, heroin, fentanyl, or
7   whatever pill it might be to that person.
8    Q.   During the time that you have been
9   involved with law enforcement in Cleveland, has
10  there ever been a time when drug abuse has not
11  been a significant problem in Cleveland?
12   A.   It's always been a problem in
13  Cleveland.
14   Q.   When do you think that -- do you
15  believe that Cleveland has a significant
16  problem today with prescription opioid abuse?
17   A.   I still think that prescription
18  opioid abuse a significant problem.
19   Q.   Is it a lesser problem than the
20  heroin abuse problem?
21   A.   I think there is a lot of parallels
22  to the heroin and opioid abuse problem.  I
23  think, if you are asking me, that there is
24  almost a transition from the opioid pill into
25  the heroin.  So that's how I see it.

Page 208

1        I see kind of an evolution from
2   those using opioid prescription pills, leading
3   to the heroin, which eventually leads to the
4   fentanyl situation.
5    Q.   Well, there are a lot of people who
6   use heroin and never took prescription opioids;
7   aren't there?
8        MS. ZIMMERMANN:  Object to form.
9   You may answer.
10   A.   I don't think in my experience
11  that's true.  I think my experience says that a
12  person that's using heroin is using heroin and
13  opioids.
14   Q.   They are using both?
15   A.   Heroin and prescription opioids.
16   Q.   Is that always the case?
17   A.   I don't know that it is always the
18  case, but in my experience, it's quite often
19  the case.
20   Q.   So often somebody who is using one
21  is also using the other?
22   A.   Yes, ma'am.
23   Q.   And the people who are using both,
24  is the prescription opioids they are taking
25  typically illicitly obtained prescription

Page 209

1   opioids?
2        MS. ZIMMERMANN:  Object to form.
3   You may answer.
4    A.   I would say the people that we are
5   dealing with now are dealing with illicitly
6   obtained opioids, as opposed to legally
7   obtained opioids.
8    Q.   How long have you been aware of
9   opioids being a problem, a significant problem
10  in Cleveland?
11   A.   Well, I was aware of the pill
12  opioid problem, which I've been aware of for
13  years, but eventually that transferred into the
14  heroin problem, which is causing all these
15  fatalities and overdoses so...
16   Q.   Well, let me break it down.  When
17  do you think you first became aware of there
18  being a significant prescription opioid
19  problem?
20   A.   During my time in the narcotics
21  unit is when I really became aware of more of
22  the prescription opioid problem.  So 2006,
23  2007, 2008 maybe.
24   Q.   And then the heroin problem then
25  escalated later than that?

53 (Pages 206 - 209)

Page 210

1    A.   So it kind of transitioned from
2  cocaine into -- you know, we saw a lot of these
3  pill cases, then we started seeing black tar
4  heroin being introduced in too.
5           We saw a lot of the people that
6  were using the pills started using this black
7  tar heroin, and then eventually, kind of, black
8  tar heroin phased out of our situation.  We may
9  see it a little bit.
10          Pretty much now what we see is the
11 brown heroin and the fentanyl-cut heroin.
12   Q.   What led to the increase in black
13 tar heroin?
14   A.   I think black -- my opinion on that
15 is that black tar heroin was brought here by
16 the cartels, in an effort to exploit what I
17 perceive to be a pill problem in our community.
18   Q.   And when was that?
19   A.   I think that was around 2008ish, if
20 I remember correctly.
21   Q.   Do you believe that the opioid
22 abuse problem in Cleveland has a single cause
23 or multiple causes?
24   A.   I got to believe there is probably
25 multiple causes.  I don't know what they all

Page 211

1  are but...
2    Q.   Well, what are the causes that you
3  are aware of?
4    A.   Opioid abuse, overprescribing of
5  opioids, on my end of it the -- there would be,
6  you know, people would just maybe be
7  prescribed, or somebody would get injured and
8  maybe have taken opioids, and then, you know,
9  got addicted to them, and then you have people
10 that are just -- is that kind of person that is
11 seeking the pill.
12          Then you have the victim who
13 doesn't understand that an opioid is addictive,
14 and then they just become addicted to it from
15 use.
16          Then there is just the party
17 culture, who they are going to use whatever
18 drugs are available to them, whether it is
19 cocaine, heroin, marijuana, you know,
20 methamphetamine, you have that group of people
21 as well.
22   Q.   Do you -- to your knowledge, do
23 other people in the police department view the
24 causes of the problem differently than you do?
25   A.   I'm sure everybody has their own

Page 212

1  opinion, but I think that -- I'm sure that some
2  of them would agree with some of the opinions
3  that I have discussed here today.
4    Q.   Do you have reason to think that
5  people disagree with you?
6    A.   No, but everybody has their own
7  personal opinion, and maybe they haven't voiced
8  it.  We don't talk about why every individual
9  person has become addicted to opioids, but
10 everybody has their own opinion.
11   Q.   Going back to the prescription
12 opioid issue that you said -- back when you
13 first became aware of it.
14          Do you think that the department
15 attacked that issue the way it should have at
16 the time?  Hindsight is 2020, but with
17 hindsight?
18   A.   Well, being part of the narcotics
19 unit, I can say that we didn't turn our back on
20 any case that we could have followed up on.  So
21 if we had a lead on either a doctor or somebody
22 that was selling opioids on the street, then we
23 would follow up on it.
24   Q.   Have you ever heard of public
25 health or treatment officials report that, in

Page 213

1  their experience, it's rare to see people who
2  have heroin addiction problems who started with
3  legitimate prescriptions for opioid
4  painkillers?
5           MS. ZIMMERMANN:  Object to form.
6  You may answer.
7    A.   I don't recall that one.
8    Q.   You have never heard that?
9    A.   I don't recall it.  If I heard it,
10 I can't remember everything I hear.
11   Q.   You mentioned earlier the term
12 "diversion," and you spoke a little bit earlier
13 about diversion of prescription opiates, so I
14 want to talk a little bit about that.
15          Is diversion part of the problem
16 for prescription opioids?
17   A.   I believe it is, yes.
18   Q.   And you talked earlier, I think,
19 about some of the kinds of diversions.  I think
20 you talked about theft?
21   A.   Yes.
22   Q.   And sometimes people steal from
23 people they know?
24   A.   Correct.
25   Q.   Grandmother?

54 (Pages 210 - 213)

Page 214

1    A.    Correct.
2    Q.    Sometimes they steal from
3 strangers?
4    A.    Correct.
5    Q.    Do people steal from pharmacies and
6 hospitals?
7    A.    They do.
8    Q.    Have you had occasion to
9 investigate such incidents?
10    A.    We have.
11    Q.    Does diversion occur when somebody
12 just gives a pill to a friend?
13    A.    In a sense, yes.
14    Q.    Have you ever seen incidents of
15 that?
16    A.    Family members, I think, more often
17 than not.
18    Q.    And then there is something called
19 doctor shopping?
20    A.    Yes.
21    Q.    What is doctor shopping?
22    A.    When a person is addicted to
23 opioids and maybe they're not getting as many
24 as they want, and now that they are addicted,
25 they are using more than their prescription, so

Page 215

1 now they are going to go to another doctor and
2 try to get another prescription or a third
3 doctor and try to get a third prescription.
4    Q.    And have you investigated incidents
5 of that?
6    A.    I don't -- we don't do that very
7 much. It would be our compliance people that
8 handle those kind of -- we would sometimes
9 assist on those, but I have never done one of
10 those cases.
11    Q.    But the compliance group has done
12 cases --
13    A.    Yes.
14    Q.    -- like that?
15        Have you heard the term pill mill?
16    A.    Yes.
17    Q.    What is a pill mill?
18    A.    The way I see it, is most of the
19 time it is either a pain management clinic or a
20 doctor whose primary way of making money is to
21 prescribe large amounts of prescription
22 medication. So somebody may go to them, and
23 they are walking out with a 90-day supply of,
24 you know, Percocet, Soma, and Xanax, when they
25 really don't need it.

Page 216

1    Q.    Have there been problems with pill
2 mills in Cleveland?
3    A.    I don't know if the pill mill, as a
4 pain clinic, a big, like, pain building would
5 be the issue, but I think pill mill, as far as
6 doctors overprescribing or illegally
7 prescribing, I think that would be true, yes.
8    Q.    Have you investigated people for
9 that?
10    A.    I have not directly, but I have
11 been part of one.
12    Q.    Who -- does anybody in the
13 Cleveland Police Department have responsibility
14 for that?
15    A.    Detective Prince.
16    Q.    So that's part of the compliance
17 unit?
18    A.    Yes.
19    Q.    How many doctors have they
20 investigated over the past five to ten years
21 for that?
22    A.    I don't know the exact number, but
23 they are consistently investigating.
24    Q.    Do they -- do you think they have
25 made a dent in the problem?

Page 217

1    A.    I think they have, yes.
2    Q.    And when do you think that they
3 were first able to make a dent in the problem?
4    A.    I think they have been working
5 consistently, since before I came to narcotics
6 unit, working that problem, and they continue
7 to do it while I was there.
8    Q.    Have they arrested doctors?
9    A.    Yes.
10    Q.    Have the doctors they have arrested
11 all been prosecuted?
12    A.    To that extent, I don't know if
13 they all have been prosecuted, but I know they
14 have prosecuted doctors.
15    Q.    Does diversion occur through sales
16 over the internet?
17    A.    I'm sure it can. You are asking me
18 my opinion?
19    Q.    Are you aware of it?
20    A.    I'm aware that it is happening,
21 yes. Have I taken part in any of those
22 investigations, no.
23    Q.    How significant a problem is it?
24    A.    I don't know.
25    Q.    Who would know?

55 (Pages 214 - 217)

1    A.   I'm not sure if Detective Prince
2  would know, but he's the expert.  He's my
3  expert, so I don't want to throw him under the
4  bus, but I don't know the answer to that
5  question.  I'm sorry.  It could be maybe the
6  DEA drug diversion group would know that, but I
7  don't.
8    Q.   So am I right that the compliance
9  group is primarily the ones who are responsible
10  for investigating diversion?
11    A.   Yes.
12    Q.   Would that include diversion
13  through theft, or is that broader?
14    A.   I think it could include it, but
15  I'm not 100 percent positive.  The overall
16  theft, if it was just a burglary, I think that
17  would be followed up probably by a bureau
18  detective, but my guess is that they would
19  consult with our compliance people.
20    Q.   Does diversion occur through
21  forgery of prescriptions?
22    A.   If we are talking about diverting,
23  illegally diverting prescription medication, I
24  guess that would cover it.  If we are getting
25  into the exact definition of diversion, I would

1  think that would be part of it, in a broader
2  essence, yes.
3    Q.   I'm not trying to trap you with a
4  definition.  Is that a problem?
5    A.   Yes, it is a problem.
6    Q.   How common is it?
7    A.   I know they work it all the time,
8  and I know that some of the doctors, hospitals
9  have been trying to educate their staff on how
10  to prevent it and how to prevent people from
11  getting the prescription -- the old
12  prescription books, and that may have gone by
13  the wayside, as far as I know, because I don't
14  deal with it all the time.
15    Q.   Who deals with the forged
16  prescriptions?
17    A.   Detective Prince and Patina.
18    Q.   So, basically, you have got two
19  people who are looking at all of these areas?
20    A.   Correct.
21    Q.   When -- you talked earlier about
22  drug dealers who offer multiple offerings,
23  heroin and maybe cocaine and maybe also some
24  pills.  Where do they generally get their
25  pills -- or how do they generally get their

1  pills?
2    A.   Pills are somehow diverted to them.
3  You know, sometimes they have people that are
4  robbing drugstores, sometimes they are stealing
5  those pills, sometimes we don't know where they
6  are getting them.  So they come from a variety
7  of locations.
8    Q.   As a law enforcement officer, do
9  you understand drug diversion to be a crime?
10    A.   In a sense that those drugs are
11  being wrongfully diverted from the legal method
12  of getting to the patient to the illegal method
13  of getting to somebody who doesn't have a legal
14  right to have them.
15       It is not -- I don't know if it is
16  a crime on the books, but what we are talking
17  about are illegal methods of obtaining those
18  drugs.
19    Q.   Well, if you have a legitimate
20  prescription for an opioid, is it a crime to
21  sell some of your pills to someone else?
22    A.   Yes.
23    Q.   If you have -- have you ever
24  arrested anyone for that?
25    A.   I think we may have done a few

1  cases like that, yes.
2    Q.   If you have a legitimate
3  prescription for an opioid, is it a crime to
4  give some of it away to someone else?
5    A.   Yes.
6    Q.   Have you ever arrested anyone for
7  that?
8    A.   We may have.  I can't give you a
9  specific instance whether the person sold or
10  gave.  I don't recall specifically somebody who
11  just gave a couple of pills to somebody and we
12  arrested them for that.
13    Q.   Is it a crime to steal opioid pills
14  from a relative or a friend?
15    A.   Yes.
16    Q.   Is there any situation which
17  stealing opioids is not a crime, that you can
18  think of?
19    A.   If a person stole opioids from
20  somebody who is abusing them, to prevent them
21  from hurting themselves or harming themselves,
22  I would say that would not be a crime.  So if
23  they, like, have an altruistic reason for doing
24  what they did.  I could see that.
25       But, you know, they are trying to

Page 222

1  protect one of their loved ones, that kind of a
2  case.  Not using those prescription pills, they
3  are not giving them to somebody else.  They may
4  just toss them down the toilet, throw them
5  away.
6      Q.  If you steal opioids in order to
7  use them or to sell them to somebody else, is
8  that ever not a crime?
9      A.  So use them for yourself, I don't
10  think so.
11      Q.  Is it a crime to obtain a
12  prescription for opioids from a pill mill, when
13  you know you don't really need it?
14      A.  Is it a crime; I would think it
15  would be a crime.
16      Q.  Is it a crime to obtain an opioid
17  prescription from a doctor for the purpose of
18  selling the pills to someone else?
19      A.  Yes.
20      Q.  Is it a crime for a street dealer
21  or anyone else who isn't a registered pharmacy
22  to sell prescription opioids?
23      A.  Yes.
24      Q.  Is it a crime to forge a
25  prescription for a controlled substance?

Page 223

1      A.  Yes.
2      Q.  Is it a crime to obtain
3  prescriptions that are paid for by Medicaid and
4  diverting all or part of the prescription?
5      A.  Yes.
6      Q.  Is it a crime for a doctor to write
7  a prescription for an opioid, knowing that it
8  will not be used for a legitimate medical
9  purpose?
10      A.  Yes.
11      Q.  Is it a crime for a pharmacy to
12  dispense an opioid without a proper
13  prescription?
14      A.  I hope so.
15      Q.  You don't know about that one?
16      A.  I'm not positive, but I'm sure it
17  is, yes.
18      Q.  Give me a second.  I don't want to
19  ask you a question I have already asked you.
20      A.  Okay.
21      Q.  Has the amount of opioid diversion
22  in Cleveland changed over time?
23      A.  I don't think I can answer that
24  question.
25      Q.  Are you aware of any statistics

Page 224

1  that have been maintained on the amount of
2  diversion in Cleveland?
3      A.  I'm not aware, ma'am.
4      Q.  Are you aware of any -- well,
5  strike that.
6          Are you aware of any diversion
7  occurring outside Cleveland that has had an
8  impact within the city?
9      A.  I don't specifically have that
10  information, no.  I mean, are we talking about
11  diversion investigations, are we talking about,
12  like, illegal diversions that are --
13      Q.  Illegal diversions.
14      A.  And I don't know the answer to that
15  question.
16          MS. ZIMMERMANN:  I think we are
17  going to take a ten-minute break.
18          MS. WINNER:  Hold on just a second.
19  I think that will probably be fine.  Yes,
20  that's fine.
21          THE VIDEOGRAPHER:  Off the record
22  at 2:39.
23          (Recess taken.)
24          THE VIDEOGRAPHER:  On the record,
25  2:56.

Page 225

1      Q.  We were talking before the break,
2  we were talking about diversion.
3      A.  If you don't mind, I have just one
4  correction I wanted to make.
5      Q.  Please, go ahead.
6      A.  We were going through all the law
7  enforcement databases, and one of the ones you
8  were mentioning was the Ohio Law Enforcement
9  Gateway.
10      Q.  Yes.
11      A.  We use that all the time.  I don't
12  know why, when you read it -- because we call
13  it OLEG, we don't say the whole name.  So we
14  use OLEG all the time.  It's a database that we
15  use.  Every single day my detectives use that
16  Gateway, and it is also -- it also will
17  provide, like, photographs of people's, like,
18  driver's license, so we can use those pictures
19  as well.
20          So I just wanted to let you know we
21  have access to that.
22      Q.  What is that database, what's in
23  that database?
24      A.  Basically driver's license
25  information, any local -- if like a person was

57 (Pages 222 - 225)

Page 226

1  convicted of traffic offense or minor
2  misdemeanor offenses, that would be part of
3  that as well, and it would give us, like, all
4  the updated photographs that somebody would
5  have on file from their BMV photos, their
6  Bureau of Motor Vehicles.
7      Q.   So do they use it mostly for
8  photos?
9      A.   They use it for photos, for
10 identification, because it will also give
11 addresses and prior addresses for people.  So I
12 want to hit me on my OLEG.
13     Q.   These acronyms can be difficult
14 sometimes.
15     A.   Right.
16     Q.   I wanted to go back to ask you a
17 couple of questions about pill mills.
18     A.   Okay.
19     Q.   I just want to make sure I'm clear.
20 Were there any pill mills in Cleveland that you
21 are aware of, over the past however many years
22 that you have been involved in narcotics
23 enforcement?
24     A.   I guess I would ask you for a
25 clarification.  When you ask about pill mills,

Page 227

1  are we talking about a large physical
2  structure, or exactly what do you mean by pill
3  mill?
4      Q.   Well, how do you -- what do you
5  understand the term pill mill to mean?
6      A.   That's what I'm trying to clarify
7  what you mean.  So as far as I'm concerned, a
8  pill mill could be a -- it could be more than
9  one thing.
10         It could be a doctor, a single
11 doctor that is churning out prescription after
12 prescription after prescription, or it could be
13 a pain management clinic that has more than one
14 participant and doing basically the same thing,
15 but more than one person.
16         So I would guess -- I would say
17 that my definition of a pill mill, it's not
18 narrowly defined as a big pain management
19 clinic with multiple, you know, doctors, you
20 know, prescribing.  It could be just one doctor
21 just churning out prescriptions.
22     Q.   Has the term been used in the
23 course of your work to refer to just one
24 doctor?
25     A.   And that's where I'm coming from.

Page 228

1  As I think of it, it could be just one doctor
2  or it could be a whole -- a group of doctors.
3      Q.   Well, has there ever been a
4  physical location with more than one doctor as
5  a pill mill?
6      A.   I'm sure there has.  I know that
7  they have investigated more than one doctor,
8  but I have not been involved in those cases.
9      Q.   Who has been involved in those
10 cases?
11     A.   Detective Prince.
12     Q.   Has investigating pill mills ever
13 been a priority for the narcotics unit?
14     A.   Investigating, there was a period
15 of time when we spent a large -- many hours
16 investigating pill mills, or doctors that were
17 overprescribing or illegally prescribing.
18     Q.   When that was?
19     A.   It was probably during that
20 2008-2009 period.
21     Q.   Did the narcotics unit ever make
22 efforts to get the medical board to pull
23 doctors' licenses who were overprescribing
24 opioids?
25     A.   Once again, I was not directly

Page 229

1  involved in those cases, but I am aware of that
2  happening, yes.
3      Q.   How many times did that happen?
4      A.   I can't give you a specific number.
5      Q.   Do you know if the medical board
6  went along and agreed to pull licenses?
7      A.   I'm aware of at least one case, and
8  I don't know the doctor's name, but I'm aware
9  of at least one case.
10     Q.   Do you know of any cases where they
11 refused?
12     A.   I don't.
13     Q.   Have there been situations in which
14 the Cleveland Police Department has been aware
15 of pharmacies that were acting improperly in
16 dispensing?
17     A.   I'm not aware of those cases.
18         MS. ZIMMERMANN:  Object to form.
19 Go ahead.
20     A.   I'm not aware of those cases.
21     Q.   Are you aware of there being any
22 cases?
23     A.   I'm not aware of.
24     Q.   Do you know, as you sit here today,
25 whether any pharmacy has ever acted improperly

58 (Pages 226 - 229)

Page 230

1  in dispensing opioids in Cleveland?
2          MS. ZIMMERMANN:  Same objection.
3      A.  I'm not aware.
4          MS. WINNER:  I would like to ask
5  the court reporter to mark as Exhibit 4 an
6  email from Alexis Butler to Michael Connelly,
7  with an email string below it.
8          - - - - -
9          (Thereupon, Deposition Exhibit 4, An
10         Email From Alexis Butler to Michael
11         Connelly, With an Email String Below
12         It, Beginning with Bates Label CLEVE
13         1476407, was marked for purposes of
14         identification.)
15         - - - - -
16     Q.  Just take a moment to look at this,
17  sir, and then my first question is whether you
18  recognize this?
19     A.  I do.
20     Q.  And what is it?
21     A.  It is an email from one of my
22  daughter's friends, who was doing a project for
23  school, and she wanted to ask me some
24  questions.
25     Q.  And was the daughter's friend

Page 231

1  Alexis Butler?
2      A.  That's correct.
3      Q.  And the questions she was asking
4  you about were about opioids in Cleveland,
5  correct?
6      A.  Correct.
7      Q.  And the questions she asked you are
8  in the email that is at the end of this string,
9  that's at the bottom of the string, correct?
10     A.  Right.
11     Q.  And then the middle email is your
12  answers to those questions, correct?
13     A.  Okay.  Yeah.  Yes, that's correct.
14     Q.  And you start off by saying that
15  you are in charge of the Heroin Involved Death
16  Investigations in the City of Cleveland.
17  That's the HIDI team?
18     A.  Correct.
19     Q.  The number 3, her question was, "In
20  your opinion, what is the root cause of why
21  people use heroin"; do you see that?
22     A.  Uh-huh.
23     Q.  And then you provide your answer in
24  number 3, correct?
25     A.  That's correct.

Page 232

1      Q.  Did you do any research or anything
2  before answering this question, or was this
3  just what you came up with, off the top of your
4  head?
5          MS. ZIMMERMANN:  Object to form.
6  You may answer, Lieutenant.
7      A.  This is my answer based on my
8  experience.
9      Q.  Did you consult any statistics?
10     A.  I did not.
11     Q.  Are you aware of any statistics,
12  bearing on this question?
13     A.  This is just my answer based on my
14  experience.  I did not gather any statistics.
15     Q.  Have you ever gathered any
16  statistics on that subject?
17     A.  Besides interviewing people, no.
18     Q.  Well, did you perform interviews, a
19  scientific study of some kind to develop an
20  answer to this question?
21         MS. ZIMMERMANN:  Object to form.
22     A.  This is based on my experience.
23     Q.  And that's all it is based on?
24     A.  That's correct.  My experience and,
25  as I stated earlier, I have been to hundreds of

Page 233

1  overdose scenes.
2      Q.  But you haven't -- well, strike
3  that.
4          For overdose incidents that you
5  have participated in, you don't always know the
6  medical history of the people, correct?
7      A.  Their medical history?
8      Q.  Yes.
9      A.  Do I always know their medical
10  history?
11     Q.  Yes.
12     A.  No.
13     Q.  In fact, you often don't know their
14  medical history; isn't that correct?
15     A.  Are you talking about their
16  complete medical history?
17     Q.  Yes.
18     A.  I wouldn't say I would know their
19  complete medical history.
20     Q.  Well, for the overdose deaths, you
21  often do not know -- let me start that again.
22         For a heroin overdose, a
23  heroin-fentanyl overdose, for example, you
24  often do not know exactly what originally got
25  them started using heroin, correct?

59 (Pages 230 - 233)

Page 234

1     MS. ZIMMERMANN:  Object to form.
2     A.   I think that was incorrect.  I
3  think that, during our interviews, we often ask
4  them why they got started.  So that's
5  why -- that's how I gained the experience or my
6  knowledge, based on this -- to answer this
7  question.
8     Q.   So I take it you are not talking
9  about the people who died of overdoses?
10    A.   Exactly.
11    Q.   So you don't -- for those people,
12 you generally don't know what got them started,
13 do you?
14    A.   Unless during the interview process
15 we discover that.
16    Q.   But often you don't discover it,
17 correct?
18    A.   I think "often" is not the correct
19 language I would use.  I would say that --
20    Q.   What percentage of the time do you
21 know what got the person started on heroin, if
22 they've overdosed and died?
23    A.   I can't give you the exact
24 percentage, but it's quite often that we
25 discover why they started using opioids.

Page 235

1     Q.   What does "quite often" mean?
2     A.   It's frequent.  That's the only
3  answer I can give you.  We frequently
4  understand why the person is abusing opioids or
5  how they became addicted to the opioids.
6     Q.   Does anyone in the Cleveland Police
7  Department have a specific statistic as to how
8  many people -- what percentage of the
9  population of overdoses, for whom you are able
10 to determine what started them on drugs?
11    MS. ZIMMERMANN:  Object to form.
12    A.   I don't know if they keep those
13 records.
14    Q.   Have you ever seen any such
15 records?
16    A.   No, ma'am.
17    Q.   You identified -- you said there
18 are many different reasons why a person begins
19 to use heroin, and then you offer A, B and C,
20 correct?
21    A.   That's correct.
22    Q.   Is this intended to be an
23 exhaustive list, or were you just giving some
24 examples?
25    A.   I was giving some examples.

Page 236

1     Q.   So there are other reasons, in
2  addition to the ones you listed here, correct?
3     A.   There could be.
4     Q.   And the first is, "Party lifestyle,
5  alcohol, marijuana and other drug use"; do you
6  see that?
7     A.   Yes.
8     Q.   And you referred to that earlier?
9     A.   Correct.
10    Q.   And do you know -- do you have any
11 specific detailed information as to what
12 percentage of people that begin to use heroin
13 fall into that category?
14    A.   I do not.
15    Q.   Is there a difference between
16 category B and category C, as you have listed
17 it in here?
18    A.   Yes.
19    Q.   And what's the difference between
20 the two?
21    A.   Category B is somebody that was
22 prescribed an opioid and became addicted while
23 being prescribed it legally.
24    Q.   Legally, correct?
25    A.   Correct.  Category C would be

Page 237

1  somebody that is taking opioids obtained by
2  other means than legally, that under a false
3  belief that it is safe to use these -- this
4  medicine, because it's a prescription
5  medication, that they believe that it is safe
6  to use.
7     Q.   So this could be somebody who stole
8  it from their grandmother and thought it would
9  be safe to use it?
10    A.   Correct.
11    Q.   The paragraph 4 of your email, you
12 say that, "The primary reason the deaths were
13 on the rise," you said, "They have leveled off
14 and have actually dropped in the last few
15 months, is the drug fentanyl."  Do you still
16 believe that was an accurate statement?
17    A.   The reason why they have risen?
18    Q.   Pardon?
19    A.   The reason why the deaths have
20 risen was because of the drug fentanyl?
21    Q.   Yes.
22    A.   Yes.
23    Q.   And going back to number 3, I
24 should have asked you this question before.
25    I take it you would agree that not

60 (Pages 234 - 237)

Page 238

1  everyone who gets a prescription for a
2  prescription opioid becomes addicted?
3      A.   Yes.
4      Q.   In fact, the majority of the people
5  who get prescription opioids do not become
6  directed, correct?
7          MS. ZIMMERMANN:  Object to form.
8      A.   I don't know the numbers, but I
9  would assume, yes.
10     Q.   And the majority of people who get
11  legitimate prescriptions of opioids do not go
12  on to use heroin, correct?
13     A.   I'm sorry?
14     Q.   The majority of people who get
15  legitimate prescriptions of opioids do not go
16  on to use heroin?
17         MS. ZIMMERMANN:  Object to form.
18     A.   I don't know the statistics, but
19  that would be my belief.
20     Q.   In paragraph 6, for number 6, you
21  say, "The reasons for heroin use are many," and
22  then the last sentence -- well, strike that.
23         You say, "It is clear there is
24  heavier heroin use in the lower income white
25  communities.  The social economically

Page 239

1  disadvantaged seem to have a higher rate of
2  drug and alcohol abuse.  Everything is an
3  individual choice, but children whose parents
4  abuse alcohol and drugs are much more likely to
5  abuse heroin"; do you see that?
6      A.   Yes.
7      Q.   Do you still believe that to be
8  correct?
9      A.   I do.
10     Q.   And what was your basis for that?
11         MS. ZIMMERMANN:  Object to form.
12     A.   Just my experience dealing with
13  these people that are overdosing.
14     Q.   Do they tend to be from the lower
15  income white communities?
16     A.   Yes.
17     Q.   And from your perspective, you
18  believe that everything was an individual
19  choice?
20     A.   Everything -- let me read it again.
21     Q.   The last sentence of paragraph 6.
22     A.   People have to make their choice of
23  what they are doing, correct.  I'm not sure
24  where we're going with that one.
25     Q.   Do you have an understanding of why

Page 240

1  children whose parents abuse alcohol and drugs
2  are more likely to abuse heroin?
3      A.   I don't know exactly why but, in my
4  experience, it seems to be that way.
5      Q.   Now, am I correct that some of the
6  particularly unfortunate death investigations
7  you have had to deal with have involved
8  children?
9      A.   The children as victims?
10     Q.   Yes.
11     A.   There are a few children, but I
12  think they would be either young adults or
13  older teenagers.
14     Q.   Have you -- you haven't had
15  overdose investigations that have involved
16  younger children?
17     A.   I have not individually, no.
18     Q.   Has you team had those?
19     A.   Where a child has overdosed?  I
20  don't recall that.
21     Q.   If a young child were to overdose,
22  would you expect that to be the causes other
23  than that child's previously having used a
24  prescription opioid?
25         MS. ZIMMERMANN:  Object to form.

Page 241

1      A.   Could you please, you know, give me
2  that one more time.
3      Q.   If a young child were to overdose,
4  would the causes of that likely to be something
5  other than the child having previously used
6  prescription opioids?
7          MS. ZIMMERMANN:  Object to form.
8      A.   That would -- I guess, if the child
9  intentionally overdosed or -- I mean, there is
10  so many reasons why a child could possibly
11  overdose.  It could be completely accidental,
12  so it may not have anything to do with opioid
13  use at all.
14     Q.   During the periods when you have
15  headed up a team, what proportion of the
16  overdoses have involved cocaine?
17     A.   I don't know the numbers, but the
18  number has increased.
19     Q.   And those generally have been
20  people who were completely unaware that they
21  were taking an opioid, correct?
22         MS. ZIMMERMANN:  Object to form.
23  You may answer, Lieutenant.
24         THE WITNESS:  Pardon me?
25         MS. ZIMMERMANN:  You may answer,

61 (Pages 238 - 241)

Page 242

1  Lieutenant.
2     A.   Could you restate that question,
3  please.
4     Q.   Those people, by and large, were
5  unaware that they were taking an opioid at all,
6  correct?
7     A.   I think it is difficult for me to
8  answer that question, because in a case of the
9  fatalities, we are not 100 percent sure, but
10  certainly in the most recent history, some of
11  them are aware that there was fentanyl or
12  opioids in their cocaine.
13        So, I mean, it's hard for me to
14  answer that question definitively, the way you
15  are asking it.
16     Q.   So you think some people know and
17  some people don't?
18     A.   Yes.
19     Q.   Prescription opioids do not lead
20  people, in your experience, to take cocaine, do
21  they?
22     A.   It's possible.  All these drugs,
23  when you start abusing them, some people will
24  take whatever they can get to make themselves
25  feel better.  So if they can't get opioids,

Page 243

1  they will take cocaine or they will take a
2  Xanax or they will take something else that
3  will help them feel better.
4     Q.   Is that -- do you have concrete
5  evidence of that, or is that just --
6     A.   No.
7     Q.   -- your impression?
8     A.   Absolutely.
9     Q.   And what is your evidence of that?
10     A.   By interviewing the victims of
11  opioid abuse.
12     Q.   And have people specifically told
13  you, "I took cocaine because I used to take
14  prescription opioids and I can't get them"?
15     A.   Yes.
16     Q.   How many people have told you that?
17     A.   I can't give you that number.  I
18  don't know that number.
19     Q.   Have you seen any statistics about
20  that?
21     A.   I have not.
22     Q.   Have you seen any kind of
23  scientific evidence that has been generated on
24  that subject?
25     A.   I have not.

Page 244

1     Q.   Just following up on a question I
2  asked you earlier about pharmacies, have you
3  ever received any information to suggest that a
4  pharmacy was dispensing more opioids than it
5  should have?
6     A.   I have not.
7     Q.   Do you know whether anybody else in
8  the department has?
9     A.   I don't.
10     Q.   Is there any unit within the
11  department that has the responsibility for
12  investigating that subject?
13     A.   The diversion.
14     Q.   So if anybody looked at that, it
15  would be them?
16     A.   Correct, within the Cleveland
17  Police Department.
18     Q.   Has your department encountered
19  counterfeit pills that were sold as
20  prescription opioids but were actually
21  something else?
22     A.   Yes.
23     Q.   And when did you start seeing that?
24     A.   Maybe five years ago.
25     Q.   And what were the pills sold as?

Page 245

1     A.   Percocet or oxycodone or OxyContin.
2     Q.   What were they actually?
3     A.   Heroin or fentanyl-heroin.
4     Q.   Has that been a cause of overdoses?
5     A.   Yes.
6     Q.   Has it been a significant cause of
7  overdoses?
8     A.   No.
9     Q.   Has the problem continued, or is it
10  something you just saw a blip of, and it went
11  away?
12     A.   We continue to see it.  Not as
13  often as heroin, but we still continue to see
14  it.
15     Q.   In the course of your work and your
16  department's work that you are aware of dealing
17  with opioid issues, have you ever done anything
18  where you have come across the name of
19  Allergan?
20     A.   I don't recall that name.
21     Q.   How about a company called Discount
22  Drug Mart?
23     A.   I've heard of Discount Drug Mart,
24  but I don't recall any cases involving them.
25     Q.   How about Cardinal Health?

62 (Pages 242 - 245)

Page 246

1    A.    No.
2    Q.    Target?
3    A.    No.
4    Q.    Walmart?
5    A.    No.
6    Q.    Pfizer?
7    A.    No.
8    Q.    AmerisourceBergen?
9    A.    No.
10   Q.    Never even heard of them?
11   A.    No.
12   Q.    How about Johnson & Johnson or
13   Janssen?
14   A.    No.
15   Q.    McKesson?
16   A.    No.
17   Q.    Have you ever heard of them?
18   A.    Not off the top of my head, no.
19   Q.    H.D. Smith?
20   A.    No.
21   Q.    Walgreens?
22   A.    No.
23   Q.    You have heard of them?
24   A.    I have heard of them, but I don't
25   recall any investigations directly involving

Page 247

1    those.
2    Q.    How about CVS?
3    A.    No.
4    Q.    Mallinckrodt?
5    A.    No.
6    Q.    Rite Aid?
7    A.    No.
8    Q.    Endo?
9    A.    No.
10   Q.    Anda?
11   A.    No.
12   Q.    I'm almost done.
13   A.    Okay.
14   Q.    Teva?
15   A.    No.
16   Q.    Prescription Supply, Inc.?
17   A.    No.
18   Q.    Have you heard of that one?
19   A.    I have not.
20   Q.    I think I'm missing somebody, but
21   that's good enough.
22        Did you ever contact any
23   distributor of prescription opiates to discuss
24   the problem, the opiate problem with them?
25   A.    I have not.

Page 248

1    Q.    Have you ever been involved in any
2    discussions about whether something like that
3    should be done?
4    A.    Not that I recall.
5    Q.    So you're not aware of the subject
6    ever coming up?
7    A.    I'm not normally involved in those
8    discussions, so that's not part of what I
9    normally would do.
10   Q.    Who would be involved in any
11   discussions about that, if there had been any?
12   A.    The diversion investigators,
13   possibly the commander.
14   Q.    Do you know whether any
15   consideration was ever given to contacting any
16   manufacturer of prescription opioids to discuss
17   the problem with them?
18   A.    Not that I'm aware of.
19   Q.    Does the Cleveland Police
20   Department attempt to develop any kind of
21   reliable statistics on where all the opioids
22   you encounter come from?
23        MS. ZIMMERMANN:  Object to form.
24   A.    I'm not aware of that.
25   Q.    Is that something that HIDTA tries

Page 249

1    to do?
2    A.    Once again, I don't know the answer
3    to that question.
4    Q.    Does the department separately
5    track arrests that are associated with
6    different kinds of opioids?
7    A.    I'm not aware of that either.
8    Q.    Do you know if -- does your task
9    force do that?
10   A.    We don't track that, no.
11   Q.    Do you know whether HIDTA tracks
12   it?
13   A.    I'm not sure.
14        MS. WINNER:  I would like to ask
15   the reporter to mark as Exhibit 5 a document
16   entitled Cleveland Division of Police
17   Divisional Notice.
18        - - - - -
19        (Thereupon, Deposition Exhibit 5, a
20        Document Entitled Cleveland Division
21        of Police Divisional Notice,
22        Beginning with Bates Label CLEVE
23        1477135, was marked for purposes of
24        identification.)
25        - - - - -

63 (Pages 246 - 249)

1    Q.    Have you ever seen this document
2  before?
3    A.    I have.
4    Q.    What is it?
5    A.    It is a Cleveland Police Department
6  Divisional Notice regarding suspected drug
7  overdose investigations.
8    Q.    What is a divisional notice?
9    A.    It is a notification that the
10  division of police sends out to all its units,
11  and so that it is a massive notification for
12  the whole division.  Everybody gets it.
13    Q.    Have different versions of this one
14  gone out at different times?
15    A.    I'm not aware of it, but
16  I'm -- there may have been revisions done to
17  this.
18    Q.    Do they typically go out over the
19  signature of the chief?
20    A.    Yes.
21    Q.    The last item on the first page,
22  under item F, there is a reference to something
23  called an RMS report?
24    A.    Correct.
25    Q.    What is an RMS report?

1    A.    That is the old record management
2  system that was replaced by LERMS.
3    Q.    When was LERMS brought in?
4    A.    Maybe three years ago,
5  approximately.
6    Q.    What happened to all the data that
7  was in the old system?
8    A.    I think it was -- let's see.  I
9  think they populated it into the new system.
10  Is that what the word is?
11    Q.    So if you need something from an
12  investigation eight years ago, you could get
13  that from LERMS?
14    A.    Correct.
15    Q.    Then in the next line, there is a
16  reference to something called VSDL?
17    A.    Correct.
18    Q.    What does VSDL mean?
19    A.    Violation of state drug law.
20    Q.    If you turn to the second page,
21  there is a Roman numeral II, it refers to
22  nonfatal suspected drug overdoses.
23    A.    Uh-huh.
24    Q.    It says, "Suspended use section 1
25  directives"; do you see that?

1    A.    Yes.  Uh-uh.
2    Q.    Was this the notice that changed
3  the policy so that all of the nonfatal
4  overdoses were given the same treatment?
5    A.    It appears that way, yes.
6    Q.    So the unit -- so this was
7  basically a notice of a change in policy,
8  correct?
9    A.    Yes.
10    Q.    The next to the last paragraph on
11  the second page says, "This policy does not
12  include obvious suicides involving drugs."  Has
13  that been the policy all along?
14    A.    Yes.
15    Q.    How is an obvious suicide
16  determined?
17    A.    If there is -- the responding
18  officers would have to make that determination
19  and the supervisor.  There may be a suicide
20  note left behind, a family member may have been
21  aware or been on the phone with the individual
22  when they committed suicide.  So there is
23  multiple reasons how they would know.
24    Q.    But obvious had to be truly
25  obvious?

1    A.    Correct.
2    Q.    I would like to ask the reporter to
3  mark as Exhibit 6 a document entitled Threat
4  Assessment and Strategy Program Year 2017 --
5  Program Year 2017.
6         - - - - -
7         (Thereupon, Deposition Exhibit 6, A
8         Document Entitled Threat Assessment
9         and Strategy Program Year 2017,
10         Beginning with Bates Label CLEVE
11         220709, was marked for purposes of
12         identification.)
13         - - - - -
14    Q.    Have you ever seen this before?
15    A.    I do not recall reading this
16  before.  I don't recall seeing this.
17    Q.    Were you aware that this threat
18  assessment document existed?
19    A.    I'm aware that they do threat
20  assessments.  I just don't recall seeing this
21  document.
22         MS. WINNER:  My apologies.  That's
23  my phone doing something I don't know how to
24  turn off.
25    Q.    So I take it you did not play any

Page 254

1 role in putting together this document?
2     A.   Not that I'm aware of.
3     Q.   Do you know who creates the threat
4 assessment documents for HIDTA?
5     A.   No, ma'am, I don't.
6     Q.   Have you seen threat assessments
7 for other years?
8     A.   I don't recall seeing this specific
9 type of document.  It may have come across my
10 desk, but I don't recall it.
11     Q.   Have you ever seen the annual
12 reports from HIDTA?
13     A.   I have reviewed some of the annual
14 reports.
15     Q.   And do those come to you routinely
16 each year?
17     A.   I think they do.
18     Q.   Do you play any role in creating
19 those documents?
20     A.   No, I don't.
21     Q.   Have you ever seen any inaccuracies
22 in any of those?
23     A.   Not that I recall.
24     Q.   Have you ever spoken to the media
25 on opioid issues?

Page 255

1     A.   I think I had one occasion to speak
2 to the media, and that was regarding an
3 officer's safety situation.
4     Q.   And was that the issue of officer
5 safety from exposure to fentanyl?
6     A.   That's correct.
7     Q.   Have there been any other
8 occasions?
9     A.   Not that I recall.
10     Q.   Are you authorized to speak to the
11 media?
12     A.   I was contacted by the chief's
13 office at that time.  So I wouldn't speak to
14 the media, unless I was authorized to do so.
15     Q.   Is that general department policy?
16     A.   Yes.
17     Q.   Have you made speeches or other
18 public presentations relating to drugs?
19     A.   On one occasion, I went to a city
20 council, it was the Cuyahoga County City
21 Council Association, and I talked to them for
22 maybe ten minutes about opioids.
23     Q.   When was that?
24     A.   Maybe about a year ago.
25     Q.   And what did you discuss, during

Page 256

1 that ten-minute presentation?
2     A.   It was more of an awareness talk.
3 I kind of showed the participants some
4 photographs and explained to them what they
5 were, and because what was happening was
6 people's friends and families were becoming
7 affected by this and overdosing.
8         So I kind of gave a talk about how
9 a parent could walk through their child's room
10 and look for suspicious items that might
11 otherwise appear innocent, but could contain,
12 you know -- could identify their child as
13 possibly abusing drugs or opioids.
14     Q.   Did you have any prepared remarks
15 or slides that you used?
16     A.   I had some photographs that I used,
17 and my remarks were just off my head.
18         MS. WINNER:  I would like to ask
19 the reporter to mark as Exhibit 7 an email from
20 Gary Gingell to Harold Pretel, dated May 29,
21 2018.
22             - - - - -
23         (Thereupon, Deposition Exhibit 7, An
24         Email From Gary Gingell to Harold
25         Pretel, Dated May 29, 2018,

Page 257

1         Beginning with Bates Label CLEVE
2         253969, was marked for purposes of
3         identification.)
4             - - - - -
5     Q.   Does this look familiar?
6     A.   Yes, I recall seeing this.
7     Q.   It refers to something called a
8 heroin/opiate summit?
9     A.   Correct.
10     Q.   Can you tell me what that is?
11     A.   It was a gathering of community
12 leaders, law enforcement, medical educators,
13 people involved in the treatment of opioid
14 abuse, and it was put on by The Cleveland
15 Clinic Foundation.
16     Q.   And Cleveland Clinic had done one
17 of those in 2014?
18     A.   Either that -- yes, a few years
19 before, correct.
20     Q.   And had you attended the prior one?
21     A.   No, ma'am.
22     Q.   Did you attend this one?
23     A.   I attended this one for Commander
24 Gingell, who was unavailable.
25     Q.   Did you speak at this conference?

65 (Pages 254 - 257)

Page 258

1     A.   I did not.
2     Q.   So you just attended?
3     A.   Correct.
4     Q.   And was it -- what was the
5  geographic scope of this conference?
6     A.   The geographic scope, could you --
7     Q.   The whole state, the northern
8  Ohio --
9     A.   I don't know all the players.  It
10 was a large conference.  I would say it was
11 probably Northeast Ohio, but it could have been
12 the whole state.  I'm not sure about all the
13 attendees and where they came from.  I was not
14 privy to that information.
15    Q.   Were there any handouts or
16 materials from that conference that you took
17 away with you?
18    A.   I don't recall, but if I took
19 anything, I would have turned it over to
20 Commander Gingell.  I don't recall bringing
21 anything home though.
22         MS. WINNER:  I would like to ask
23 the reporter to mark as Exhibit 8 an email to
24 Harold Pretel from Zina Martinez.
25                - - - - -

Page 259

1          (Thereupon, Deposition Exhibit 8, An
2           Email to Harold Pretel from Zina
3           Martinez, Beginning with Bates Label
4           CLEVE 254246, was marked for
5           purposes of identification.)
6                - - - - -
7     Q.   Do you recognize this?
8     A.   I do.
9     Q.   And I'm actually focused on the
10 email from you that appears right under the one
11 from Zina Martinez, and it is an email from you
12 to Marti Lambert, correct?
13    A.   Right.  Okay.
14    Q.   Who is Marti Lambert?
15    A.   He was one of the organizers of
16 this event, and I never met him.
17    Q.   What event does this exchange
18 relate to?
19    A.   I believe it was, like, an opioid
20 crisis meeting.
21    Q.   And what was the name of the event?
22    A.   I actually don't recall.
23    Q.   Who participated in the event?
24    A.   I did not.  I ended up having a
25 knee surgery, I hurt my knee, and I was unable

Page 260

1  to go to this event.
2     Q.   They already had your head shots?
3     A.   They had everything but me.  So I
4  did not attend it, and I did not present at it.
5     Q.   Did somebody take your place?
6     A.   No.
7     Q.   What had you intended to speak
8  about?
9     A.   The opioid crisis.  I think just
10 some general safety information.  Once again,
11 we were going to talk about officer safety and
12 how -- I'm sorry -- how this is affecting the
13 community, and there was a lot about it that
14 had to do -- and Detective Moran was the
15 primary presenter.  I was kind of a backup on
16 this one.
17    Q.   How did you become involved in this
18 officer safety issue?  One would have thought
19 it would have been a field operations issue.
20    A.   I think I became involved in it
21 because I was the supervisor, at the time, of
22 the HIDI guys.
23    Q.   And did the HIDI guys have to take
24 special precautions during this period?
25    A.   Yes.

Page 261

1          MS. WINNER:  I would like to ask
2  the reporter to mark as Exhibit 9 several pages
3  of head shots for speakers for the Seventh
4  Australasian Drug and Alcohol Strategy
5  Conference.
6                - - - - -
7          (Thereupon, Deposition Exhibit 9,
8           Several Pages of Head Shots For
9           Speakers For the Seventh
10          Australasian Drug and Alcohol
11          Strategy Conference, was marked for
12          purposes of identification.)
13               - - - - -
14    Q.   Is this a different conference, or
15 is this the same one you didn't go to?
16    A.   No.  This is a different conference
17 from 20- -- maybe -- 15.
18    Q.   It looks like it.
19         What was this conference?
20    A.   I was invited to speak at this
21 conference with Mike Brunswick, special agent
22 from the FBI, and Joe Pinjuh, who was a U.S.
23 attorney for the Northern District of Ohio.  I
24 spoke with Mike Brunswick about task force
25 investigations, but it wasn't specifically

66 (Pages 258 - 261)

Page 262

1  related to opioids.
2      Q.   And this was in Australia?
3      A.   Correct.
4      Q.   So you weren't focusing
5  particularly on opiates?
6      A.   No, ma'am.
7      Q.   Are there any other conferences of
8  this general kind that you have spoken at?
9      A.   I have spoken at very few, so this
10  would have been one, like I said, the meeting
11  with the city council members, and that may be
12  it.
13          That's something that I don't do on
14  a normal basis, only when asked, and only if
15  absolutely necessary.  So if I forget one, I
16  apologize.  It's not for any other reason than
17  I just forgot.
18      MS. WINNER:  Let me ask the court
19  reporter to market as Exhibit 10 a document
20  entitled STANCE, S-T-A-N-C-E, Executive
21  Committee Minutes, November 22, 2016.
22      - - - - -
23          (Thereupon, Deposition Exhibit 10, A
24          Document Entitled STANCE, Executive
25          Committee Minutes, November 22,

Page 263

1          2016, Beginning with Bates Label
2          CLEVE 352629, was marked for
3          purposes of identification.)
4      - - - - -
5      Q.   Do you recognize this document?
6      A.   I don't remember seeing it, but I
7  recognize the overall document.
8      Q.   You are listed as one of those
9  present, correct?
10      A.   Yes.
11      Q.   Are you the only Mike Connelly in
12  this group, as far as you know?
13      A.   I'm sure it's me.
14      Q.   Glancing at this document, does
15  this help you remember what STANCE is or was?
16      A.   I remember sitting on
17  this -- this meeting, evidently,
18  for Commander Gingell.  He's the one that goes
19  to these meetings.  It might be Stand Together
20  Against Crime, or something.  I don't recall
21  what the acronym stands for.
22      Q.   So this is not something you
23  regularly did?
24      A.   No.  Commander Gingell must have
25  been off, and he must have asked me to sit in

Page 264

1  on this meeting for him.
2      Q.   The last paragraph on this first
3  page reports you as having reported on
4  carjackings?
5      A.   Yes.
6      Q.   Is that something that you commonly
7  did?
8      A.   No.  But once again, I sat on this
9  meeting, I must have had some prepared
10  statistics for them, but we did have a
11  carjacking problem back in 2016, so that must
12  have been why I brought it up.
13      Q.   Does your department, to your
14  knowledge, have any budget line items that
15  relate exclusively to opioids?
16      A.   I don't have that information.  I
17  don't know.
18      Q.   Who would know the answer to that
19  question?
20      A.   Budget line items.  I would go to
21  the chief's office, but I don't know.  Budget
22  line items, maybe the deputy chief of
23  administrative operations.
24      Q.   Is was that something that you
25  would expect Commander Gingell to know?

Page 265

1      A.   I don't think so.
2      Q.   Does he manage the budget?
3      A.   No.
4      Q.   Well, you said earlier that you
5  managed the budget for your task force; is that
6  correct?
7      A.   The grant.
8      Q.   The grant.
9      A.   Just the grant.
10      Q.   And am I correct that -- what does
11  that entail, what do you actually do to manage
12  the grant, what activities do you perform?
13      A.   I would -- for example, overtime is
14  one of the main items on the grant.  So the
15  individual agency heads, or timekeeping person,
16  would still send me a monthly or a quarterly
17  request for overtime reimbursement.  I would
18  compile that reimbursement, type up a memo, and
19  send it to the City of Cleveland Public Safety
20  budget administrator.  They would check all
21  those numbers and cut checks to each one of
22  those cities, reimbursing them for the
23  overtime.
24          I would be responsible for any
25  confidential funds that were used in the -- as

67 (Pages 262 - 265)

Page 266

1  part of an investigation.  So an individual
2  investigator needed confidential funds, they
3  would come to me for the request.  I would
4  provide those confidential funds.  They would
5  have to provide me a report and an expenditure
6  sheet, and then I keep track of all those
7  funds.  So that's basically my -- and then I
8  would make sure that we don't spend more money
9  than we have, and we spend it, you know,
10  accordingly.
11      Q.   And "confidential funds," is that
12  money used to pay confidential sources?
13      A.   And money to buy -- make undercover
14  drug buys as well.
15      Q.   Now, on the overtime expense, am I
16  correct that the grant -- well, we looked
17  earlier at a document with a grant application
18  that asked for a specific sum of money?
19      A.   Correct.
20      Q.   And a big chunk of that was for
21  overtime, correct?
22      A.   Yes.
23      Q.   Was that overtime, does that
24  overtime money all go -- that's in that
25  particular grant application all go to

Page 267

1  Cleveland officers, or does it get divided up
2  among all members of the task force?
3      A.   It gets divided up.
4      Q.   So the grant is made by the state
5  to Cleveland, Cleveland then pays some of its
6  own officers overtime --
7      A.   Correct.
8      Q.   -- but also officers from Cuyahoga
9  or other places?
10      A.   Correct.
11      Q.   Is this money only used for
12  overtime for the local law enforcement?
13      A.   Yes.
14      Q.   So overtime for FBI agents is paid
15  out of a different pot?
16      A.   Correct.
17      Q.   Is there anything else you do to
18  control or manage the budget, other than what
19  you have already described?
20      A.   Well, there is basically -- there
21  could be equipment purchases, there could be
22  travel arrangements needed to be made for
23  investigative travel or training.  So I would
24  be the one that would manage that as well.
25          If there was a phone bill to be

Page 268

1  paid, I would be the one to pay the phone bill.
2  So those are all the items.
3      Q.   Is there a phone bill to be paid?
4      A.   There is not.
5      Q.   Okay.  Do you know how much of the
6  Cleveland Police Department's budget goes to
7  the narcotics unit?
8      A.   I do not.
9      Q.   Do you know how much -- do you know
10  anything at all about the Cleveland Police
11  Department's budget?
12      A.   No.
13      Q.   That shortens that.
14          Do you have any involvement with
15  any of the drug courts?
16      A.   I don't.
17      Q.   Does anybody in either of your two
18  commands have anything to do with drug courts?
19      A.   Not that I'm aware of.  I don't
20  recall any of my detectives or sergeants or my
21  supervisors going or meeting with drug court.
22      Q.   I take it that the kinds of people
23  you tend to -- your unit tends to arrest are
24  not eligible for any special treatment in drug
25  court generally?

Page 269

1          MS. ZIMMERMANN:  Object to form.
2  You may answer.
3      A.   Generally.
4          MS. WINNER:  Why don't we take a
5  break.
6          MS. ZIMMERMANN:  How much time do
7  you need?
8          THE VIDEOGRAPHER:  Off the record
9  at 3:50.
10          (Recess taken.)
11          THE VIDEOGRAPHER:  On the record,
12  4:04.
13          EXAMINATION OF MICHAEL CONNELLY
14  BY MR. SHAPLAND:
15      Q.   Lieutenant Connelly, I'm Eric
16  Shapland.  I represent Endo Pharmaceuticals, a
17  defendant in this action, and I'm also the
18  secondary questioner for this deposition, doing
19  so on behalf of all the manufacturers who are
20  defendants in this litigation.
21      A.   Okay.
22      Q.   You know we are getting closer to
23  the end of today's proceedings by the fact that
24  I have taken over as secondary questioner here.
25          So the first thing I'm going to do

68 (Pages 266 - 269)

Page 270

1  is I'm going to run through some points of your
2  testimony from earlier today where I would like
3  a little bit more clarification.
4      A.   Okay.
5      Q.   And then I have a few of my own
6  additional questions.  So if it seems a little
7  bit like I'm jumping around a bit, it's because
8  I am, jumping back through what we have
9  testified to today.
10         The first thing I want to cover is
11  the concept of overprescribing of opioids.  And
12  I think earlier today you testified that, in
13  your view, overprescribing of opioids by
14  doctors is one of the reasons why we are
15  currently in this opioid epidemic today; is
16  that correct?
17      A.   That's correct.
18      Q.   So I want to unpack a little bit
19  what you mean by overprescribing and also
20  explore a little bit about the basis for your
21  opinions in that regard.
22         So first off, overprescribing, your
23  concept of overprescribing, when you use the
24  term overprescribing, do you use that to refer
25  to instances, among other things, where doctors

Page 271

1  write fake prescriptions in order to allow
2  somebody to use a product for abuse?
3      A.   No.
4         MS. ZIMMERMANN:  Object to form.
5      A.   No, that's not what I mean by
6  overprescribing.
7      Q.   Do you mean situations where
8  patients are actually faking a condition in
9  order to secure from their doctors a
10  prescription for opioids?
11      A.   No.
12      Q.   Okay.  So you are referring to what
13  then?
14      A.   I'm referring to when the physician
15  writes a prescription for more opioids than are
16  necessary for whatever condition the patient
17  has.
18      Q.   So are you a doctor?
19      A.   I am not.
20      Q.   So you are taking it at face value,
21  based on a report from somebody else, a
22  determination that somebody else has made that
23  people within the medical profession have
24  prescribed opioids too freely, correct?
25         MS. ZIMMERMANN:  Object to form.

Page 272

1  Argumentative.  You may answer, Lieutenant.
2      A.   They are part of that, is where I
3  gain my opinion, but also part of it is from
4  taking part in some of the interviews with our
5  overdose victims and gaining information from
6  them, as to how they ended up addicted.
7      Q.   Right.  And so any time that you
8  would receive that kind of information from an
9  overdose victim who has survived, you would put
10  that into your report?
11      A.   I don't write any reports.
12      Q.   Okay.  So this is just -- do you
13  have any sense for how often that you were
14  provided with this kind of information from an
15  overdose victim?
16      A.   No, sir, I don't.
17      Q.   And what kind of information they
18  provided you?
19      A.   I can't give you specifics here
20  today.
21      Q.   All right.  And often addicts are
22  less than trustworthy individuals, correct?
23         MS. ZIMMERMANN:  Object to form.
24      A.   That's true.
25      Q.   They tend to blame others for

Page 273

1  problems that they brought onto themselves?
2      A.   That could happen.
3         MS. ZIMMERMANN:  Object to form.
4  Go ahead and answer.
5      Q.   Did you ever investigate a doctor
6  that was alleged to have, quote unquote,
7  overprescribed opioids?
8      A.   I was never the lead investigator,
9  no.
10      Q.   And you called Mr. Prince your
11  expert in that regard; is that correct?
12      A.   That's correct.
13      Q.   So you don't know to what extent
14  doctors were overprescribing opioids, correct?
15      A.   I don't.
16      Q.   But you believe, it is your own
17  opinion, as a personal opinion, that that is
18  one of the reasons for why we have an opioid
19  epidemic today?
20      A.   Correct.
21      Q.   Another reason why we have an
22  opioid epidemic today, I think you would agree,
23  is the supply of heroin and fentanyl into the
24  City of Cleveland; is that correct?
25      A.   Is why we have an epidemic?

69 (Pages 270 - 273)

Page 274

1     Q.   Yeah.
2     A.   That's why we have the overdoses,
3  correct.
4     Q.   Right.  And, in fact, currently the
5  supply of heroin is so great that it's fueling
6  the epidemic today, correct?
7          MS. ZIMMERMANN:  Object to form.
8     A.   It is, that is correct.
9     Q.   Correct.  So you are the
10  co-commander of the Northern Ohio Law
11  Enforcement Task Force, correct?
12     A.   Correct.
13     Q.   And for shorthand purposes, we are
14  going to refer to that as task force.
15     A.   Sure.
16     Q.   Otherwise, we would never finish
17  today, interjecting that into every sentence.
18          And the focus of your
19  responsibility is actually to investigate
20  individuals who are bringing drugs into the
21  county?
22     A.   Correct.
23     Q.   So where does the heroin come from?
24     A.   The bulk of our heroin comes from
25  the Mexican cartels.

Page 275

1     Q.   Right.  And more specifically, they
2  grow the heroin, they grow actually opium
3  poppies, correct?
4     A.   That is correct.
5     Q.   And where do they grow those
6  plants?
7     A.   Within the country of Mexico?
8     Q.   Uh-uh.
9     A.   I don't know the exact location
10  that they are growing them.
11     Q.   Right.  And do you know what the
12  trends are, with respect to the amount of
13  plants that are grown?
14          MS. ZIMMERMANN:  Object to form.
15     A.   I do not.
16     Q.   Are you familiar with the UNODC,
17  that's the UN Office of Drug Crimes report with
18  respect to the growth of opium around the
19  world?
20     A.   I'm not familiar with that.
21     Q.   So if that were a trend, if there
22  were an upward trend in the amount of opium
23  plants that are grown each year, that would
24  also be another contributing factor towards the
25  extent of heroin abuse in the United States

Page 276

1  today?
2          MS. ZIMMERMANN:  Object to form.
3  Objection, speculative.  You may answer,
4  Lieutenant.
5     A.   Could you please ask that one more
6  time for me.
7     Q.   Yeah.  If people are growing more
8  opium plants and making more heroin, is that
9  one of the factors contributing to the current
10  heroin crisis today?
11          MS. ZIMMERMANN:  Same objections.
12     A.   So more availability of the heroin
13  within our country, I think that would be a
14  contributing factor.
15     Q.   Do you have any estimates as to how
16  much heroin is actually making it into
17  Cleveland?
18     A.   I don't.
19     Q.   Do you use any kind of indicators,
20  in order to create some rough estimate, as to
21  the amount of heroin that makes it into the
22  City of Cleveland?
23          MS. ZIMMERMANN:  Object to form.
24  Objection, asked and answered.  You may answer.
25     A.   I believe that the seizure

Page 277

1  information would be an indicator to the
2  amount.  So if the seizures last year were less
3  than this year, then they would indicate that
4  there -- more heroin is making it to the city.
5     Q.   And how many multiples more heroin
6  make it into the city than are seized, as a
7  rule of thumb?
8     A.   I don't have that information.
9     Q.   So you don't have any sense for how
10  much more heroin is imported into the city than
11  seized?
12     A.   I can't give you that.  I don't
13  have that information, sir.
14     Q.   You don't use any kind of -- just
15  even a vague rule of thumb to have some kind of
16  estimate as to the problem you are up against?
17          MS. ZIMMERMANN:  Objection.  Asked
18  and answered.
19     A.   Sir, I don't have that answer.  I'm
20  sorry.
21     Q.   Fair enough.  I do want to talk --
22  ask you a couple questions about specifically
23  the grant proposal from 2016, and it is in
24  reference to the fact that you have three
25  ongoing heroin investigations right now, and

70 (Pages 274 - 277)

Page 278

1  that's roughly how many you have going on at
2  any given point in time; do you recall that
3  testimony?
4      A.   Yes.
5      Q.   And each one of those specific
6  investigations, is that an investigation of a
7  particular drug trafficking organization?
8      A.   It can be, but they are in
9  different stages of the investigation.  One may
10  just be beginning, where one may just be
11  ending.
12      Q.   All right.  So at any given point
13  in time, you have roughly three different drug
14  trafficking organizations under investigation?
15          MS. ZIMMERMANN:  Object to form.
16      A.   Once again, we may have identified
17  a full organization, or we may have identified
18  just a small group of people.  We don't know if
19  we have a complete organization until we move
20  on with that investigation.  So I can't tell
21  you how big it is going to get until we
22  thoroughly investigate.
23      Q.   And once you have thoroughly
24  investigated and you have come close to
25  reaching the end of your investigation, at that

Page 279

1  point in time, haven't you come to some sense
2  about how much heroin the organization is
3  bringing into the City of Cleveland?
4      A.   Well, we try to -- we try to get an
5  adjustment about how much they are bringing in,
6  that's correct.
7      Q.   Right.  And with respect to --
8  strike that.
9          On average, is how many kilograms
10  of heroin is a drug trafficking organization
11  bringing into Cleveland, on any given time
12  period basis, something that you might be
13  familiar with?
14          If I have to state the question in
15  terms of a month or a week or a year, just to
16  help you --
17      A.   It's hard for me to answer that
18  question -- I'm sorry.
19          MS. ZIMMERMANN:  Object to form.
20  Go ahead.
21      A.   It's hard for me to answer that
22  question, because every organization is
23  different, and their supply lines are
24  different.  So I can't give you an average, if
25  you are looking for an average.

Page 280

1      Q.   I'm looking for then a range.
2      A.   From --
3          MS. ZIMMERMANN:  Same objection.
4      Q.   Okay.
5      A.   I'm sorry.  Could you ask the
6  question one more time, so I'm clear.
7      Q.   Yeah.  Could you provide me with a
8  range, in terms of kilograms per month or week
9  or year, that drug trafficking organizations
10  would be bringing into the City of Cleveland,
11  any particular drug trafficking organization?
12          MS. ZIMMERMANN:  Object to form.
13      A.   I can't, I'm sorry, but I can't
14  give you a specific answer to that question,
15  because they are all different.
16          So one organization may be bringing
17  two or three kilos in a month, and another
18  organization could be bringing in ten or more
19  kilos in a month.
20      Q.   What's the most you have seen?
21      A.   Maybe 15 or 20.
22      Q.   And what's the least you have seen
23  from a drug trafficking organization under
24  investigation by your office?
25      A.   Less than a kilo.

Page 281

1      Q.   And what would you -- would these
2  numbers be reflected in files that are within
3  your office?
4      A.   In our seizure reports, yes.
5      Q.   Well, back up.  Would they be -- I
6  want to get to seizures in a minute, but would
7  they be reflected anywhere else in your files?
8      A.   They may be part of the ongoing
9  investigative file.
10      Q.   Right.  As you develop a case, you
11  start to get a sense for how much a
12  particular --
13      A.   Correct.
14      Q.   -- drug trafficking organization is
15  bringing, and you will reflect that information
16  in your file?
17      A.   Correct.
18      Q.   And where are those files kept?
19      A.   At the -- I'm going to guess -- I'm
20  sorry.
21          Each individual file is kept in our
22  office, and then the U.S. attorney would get a
23  copy of that file as well.
24      Q.   How many DTOs are in the -- I'm
25  sorry, I used an acronym without defining it.

71 (Pages 278 - 281)

Page 282

1        How many drug trafficking
2    organizations are in the Ohio -- Cuyahoga
3    County?
4        A.    I don't know.
5        Q.    That's not information that you've
6    learned about by and through your duties as
7    co-commander?
8        A.    It is not.
9        Q.    Seizure money, what kind of
10   accounting is done of moneys that are seized by
11   your task force?
12       A.    The City of Cleveland is a
13   fiduciary for the task force, so all the money
14   that is seized is -- runs through the City of
15   Cleveland, and they manage all that money.
16       Q.    And where would the records of
17   those amounts be?
18       A.    Public safety, I would imagine.
19       Q.    How often do you report that
20   information?  Do you turn the funds over?
21       A.    Oh, no, we don't see the money.
22   The money doesn't come to us.  We get the
23   initial seizure, and then the process takes it.
24       We deposit the money
25   into -- actually, there is different methods.

Page 283

1    Some of the money is electronically seized,
2    some of the money is taken by cash.  Either
3    way, all of that money is funneled through the
4    FBI, and the FBI completes the seizure process.
5        Q.    The grant proposal from 2016 --
6        A.    Yes.
7        Q.    -- that's the only grant proposal
8    we saw in the production from your files.  Do
9    you know where the other grant requests would
10   be?
11       A.    Dawn Heartsong.
12       Q.    And as far as you know, there would
13   be such a request for grant money through each
14   of the years that you were co-commander for the
15   task force?
16       A.    That's correct.
17       Q.    You are responsible for making sure
18   that the task force sticks to budget, correct?
19       A.    Yes.
20       Q.    So you must keep spreadsheets and
21   other records to track actual expenditures
22   versus budget?
23       A.    That's correct.
24       Q.    And where would those be?
25       A.    Public safety.

Page 284

1        Q.    So how do those get to public
2    safety?
3        A.    We hand deliver them.
4        Q.    So they start in your office?
5        A.    Correct.
6        Q.    So actually they are in your office
7    as well?
8        A.    Right.  I thought you were asking
9    me where they go from my office.
10       Q.    No.  No.
11       A.    So I have a copy of them in my
12   office, and then and I provide a copy to public
13   safety.
14       Q.    Did you search for those, in
15   connection with your efforts to produce
16   documents in this case?
17       A.    I did not.
18       Q.    So earlier you testified that you
19   are not sure about whether the HIDTA email
20   retention policy -- well, strike that.
21       Earlier you testified that you are
22   not sure about the HIDTA email retention
23   policy?
24       A.    I don't know what the HIDTA
25   retention policy is.

Page 285

1        Q.    But with respect to emails that you
2    have received to the HIDTA email address that
3    you have, you certainly have preserved emails
4    over time, correct?
5        A.    I have.
6        Q.    Do you archive emails in files?
7        A.    Some, yes.
8        Q.    And you have a sent items folder,
9    where you have emails that you have sent from
10   that address?
11       A.    Yes.
12       Q.    And you have an inbox, where you
13   have emails that you have received from that
14   address -- to that address, correct?
15       A.    Yes.
16       Q.    Do you know how far back that inbox
17   goes?
18       A.    No.
19       Q.    Jumping to the HIDTA
20   investigations.
21       A.    Okay.
22       Q.    All right, the Heroin Involved
23   Death Investigations.
24       At one point you testified that if
25   there was a death where prescription drugs --

72 (Pages 282 - 285)

Page 286

1 prescription opioids were in the immediate
2 proximity, you would come to a conclusion that
3 those may have been the cause of the overdose?
4      A.   I don't think that's how I
5 testified.
6      Q.   So let me rephrase it, the
7 testimony from earlier.
8           You testified that if there was a
9 death that you believed to involve prescription
10 opioids, you would look around to try to
11 find -- to see if there was a prescription for
12 those opioids, correct?
13      A.   One of the things that we would do.
14      Q.   And that kind of information would
15 be included in the record that you made for the
16 particular death, correct?
17      A.   I believe it would, but the medical
18 examiner takes all that evidence.
19      Q.   Yeah.  And the medical examiner
20 would also have a report?
21      A.   So but my point being that if we
22 don't take possession of the evidence, it may
23 not be in our report.
24      Q.   So it may be in your report, and it
25 may also be in the medical examiner's report?

Page 287

1      A.   Correct.
2      Q.   But if somebody died because of a
3 prescription opioid overdose, and they had a
4 prescription, and somebody from law enforcement
5 found it, it would be in one of those two
6 places?
7      A.   If it was found on the scene; is
8 that what your question is?
9      Q.   Yes.
10      A.   Yes.
11      Q.   You testified with respect to
12 heroin overdoses, that you don't know how far
13 back you go in, kind of, trying to investigate
14 the individual's -- the origin of the
15 individual's addiction?
16      A.   If we respond to a heroin overdose?
17      Q.   Yes.
18      A.   We interview -- are we talking
19 about a fatal overdose or nonfatal overdose?
20      Q.   Let's talk about a fatal overdose.
21      A.   We interview family members,
22 friends, if they are on scene.  If there is
23 nobody on scene, there is nobody to interview.
24 If people are uncooperative, then we can't get
25 the information.  So we do our best to get that

Page 288

1 information.
2      Q.   Right.  And often family members
3 might even be in the dark as to how --
4      A.   It's possible, yes.
5      Q.   And sometimes family members are
6 reluctant to speak to law enforcement about the
7 origin of an opioid addiction in a family
8 member?
9      A.   That's correct.
10      Q.   And the fact is HIDTA is actually
11 looking for the heroin supplier, at that point
12 in time, correct?
13      A.   When?
14      Q.   When you are investigating a heroin
15 overdose.
16      A.   Right.  We are trying to identify
17 the person that sold them the drugs that
18 created the overdose.
19      Q.   The scope of your work is not to
20 identify the origin of the addiction?
21      A.   That's correct.
22      Q.   And, in fact, you are quite an
23 understaffed department, correct?
24           MS. ZIMMERMANN:  Object to form.
25 You may answer.

Page 289

1      A.   We could use more staffing, that's
2 correct.
3      Q.   You don't have the time to go off
4 on a detour to figure out the origin of the
5 addiction, correct?
6      A.   The origin of the addiction would
7 be secondary to our investigation.
8      Q.   Incidental?
9      A.   Correct.
10      Q.   You might learn it, and if you
11 learned it, would you write it into your
12 report?
13      A.   I can't answer for every detective,
14 if that information made it into every report.
15      Q.   You have testified that you have
16 seen abuse of prescription pills, opioid pills
17 in overdosed -- I'm sorry, scratch that.  Let
18 me start over.
19           You testified that you have seen
20 abuse of prescription opioids in overdose
21 deaths in instances in which the individual had
22 a prescription for the opioids, correct?
23      A.   I believe so, yes.
24      Q.   And at first you testified you
25 don't know how often that happens, and then you

73 (Pages 286 - 289)

Page 290

1  said, "Well, I think it might be common"?
2      A.   Well, I think in the context I was
3  saying that, it was common for people to have
4  had opioid prescriptions in the past, but I'm
5  not sure about the question again, sir.
6      Q.   About whether they were using
7  opioids under a prescription at the time of
8  their overdose death.
9      A.   Okay.
10         MS. ZIMMERMANN:  Object to form.
11     Q.   And whether it's your opinion that
12  that is common.
13     A.   I'm sorry.  Let's try it one more
14  time.  Let's start over.
15     Q.   That's fine.  I'm trying to unpack
16  what happened this morning --
17     A.   Okay.
18     Q.   -- and then ask the question.
19         So my question for you is what is
20  your -- whether you have an opinion as to
21  whether it is common for somebody to die from
22  an overdose using prescription opioids
23  with -- while they have a prescription for the
24  opioids?
25     A.   Okay.

Page 291

1         MS. ZIMMERMANN:  Object to form.
2  You may answer.
3      A.   I think it is less -- it is -- if I
4  said it was common, I may have misspoken,
5  because I think it is less common.  It is not
6  very common.
7         But I want to make sure I'm clear.
8  For the overdoses that we are seeing now, for
9  somebody to currently have a prescription for
10  opioids, is that the question?
11     Q.   Uh-uh.
12     A.   Okay.  So I think that's less
13  common now.  So if I said it was very common,
14  then I misspoke.  I misspoke.
15     Q.   All right.  Well, and whatever the
16  frequency is, the information would be in the
17  HIDTA reports?
18     A.   If it was recovered?
19     Q.   Yes.
20     A.   Right.
21     Q.   And whenever it occurs, you
22  personally don't have an understanding as to
23  whether the prescription was legitimate or not,
24  correct?
25     A.   That's correct.

Page 292

1      Q.   Or whether the individual was
2  abusing the opioids under the prescription,
3  correct?
4      A.   Unless we were told by a family
5  member or friend.  So that would be the only
6  way we would know.
7      Q.   So for some of these questions, I
8  would like to direct your attention to Exhibit
9  14.
10         MS. ZIMMERMANN:  Exhibit 14?  I
11  think we only have ten.
12     Q.   I'm sorry.  Exhibit 6.
13         So law enforcement keeps records of
14  the amount of heroin that is seized in any
15  given jurisdiction?
16     A.   Yes.
17     Q.   And where are those records kept?
18         MS. ZIMMERMANN:  Object to form.
19  You may answer.
20     A.   The city -- I send my seizure
21  information, through my chain of command, to
22  Commander Gingell.
23     Q.   And then what does he do with them?
24     A.   I don't know.
25     Q.   How do you send them?

Page 293

1      A.   I provide him -- I normally would
2  send him an email.
3      Q.   And you do so pretty soon after a
4  seizure?
5      A.   No.  I mean, normally, I think, it
6  is quarterly we do that, and they are compiled
7  in a database, I think, on his end.
8      Q.   Between quarterly circulations of
9  this data, you maintain the data on your own,
10  in your office?
11     A.   I don't maintain the data.
12     Q.   Who maintains the data?
13     A.   It goes into a system called -- I
14  believe it is called DISCO, D-I-S-C-O.
15     Q.   And what kind of information goes
16  into DISCO?
17     A.   All of our seizure information.
18     Q.   Okay.  So what in specific?
19     A.   Seizures, arrests, indictments.
20     Q.   With respect to seizures, quantity?
21     A.   Yes.
22     Q.   Nature of the drug?
23     A.   The type of drug, yes.
24     Q.   The type of drug?
25     A.   Uh-huh.

74 (Pages 290 - 293)

Page 294

1    Q.    What about the purity of the drug?
2    A.    No.
3    Q.    And then quarterly you will relay
4    that to your commander?
5    A.    At least quarterly.  The DISCO
6    stats are completed quarterly.  I think they
7    compile them every month, and I think they -- I
8    don't do them personally.  I think it is
9    compiled every month, and then a quarterly
10   report is completed.
11   Q.    And do law enforcement agencies for
12   multiple jurisdictions then report their data
13   to HIDTA?
14   A.    HIDTA may use the information
15   placed into DISCO.
16   Q.    And aggregate that information on a
17   regional basis?
18   A.    Yes.
19   Q.    So at page ten of this Threat
20   Assessment & Strategy, there is a line at the
21   last sentence of the first paragraph, "Heroin
22   seizures of 206 kilograms in citywide 2016
23   remained higher than pre-citywide 2015 seizure
24   rates for heroin."
25       Do you have any idea where

Page 295

1    Mr. Siegel obtained that information to write
2    this report regarding the threat assessment and
3    strategy for HIDTA?
4    A.    HIDTA, they also have a database of
5    seizure cases as well.
6    Q.    And seizures for heroin are
7    increasing year over year, at this point in
8    time, correct?
9    A.    Can I just quickly just read this?
10   Q.    Uh-uh.
11   A.    Okay.
12   Q.    Oh, I'm sorry.
13   A.    Oh, I thought you were looking for
14   something.
15   Q.    No.  I was waiting for you.
16   A.    I'm ready.
17   Q.    So heroin seizures have been on the
18   uptake over the last five to ten years?
19   A.    At least the last five.
20   Q.    More and more heroin is coming into
21   the City of Cleveland than ever before?
22   A.    That's correct.
23   Q.    And this report is based on data
24   that's collected in a database called Ohio
25   HIDTA PMP data?

Page 296

1        MS. ZIMMERMANN:  Object to form.
2    Q.    Do you know what the Ohio HIDTA PMP
3    data is?
4    A.    That's their method of compiling
5    the stats, the statistics.  So I don't know
6    what PMP stands for, but that's their method
7    of -- they compile the information, they put
8    them into a PMP format.  They call it PMP.
9        I don't do that specifically, but
10   that's their statistical -- you know, the way
11   of keeping their information.
12   Q.    And your information is on DISCO?
13   A.    And in PMP.
14   Q.    And in PMP.  So who controls the
15   production of the heroin that's reaching
16   Cleveland now?
17   A.    The Mexican drug cartels.
18   Q.    And who are they?
19   A.    I don't know all of them.
20       MS. ZIMMERMANN:  You can answer.
21   Let me just get an objection on the record just
22   to the extent it involves any investigative
23   privilege, any information involved in ongoing
24   investigations, any information about the
25   cartel that could implicate the investigations,

Page 297

1    I'll instruct the lieutenant not to answer.
2        But, Lieutenant, you may answer, as
3    long as we don't go anywhere near that
4    privilege.
5    A.    Okay.  So the major drug cartel
6    that operates in our area is the Sinaloa drug
7    cartel.  So that's who we see bringing heroin
8    into our area.
9    Q.    La Familia as well?
10   A.    I have heard of them, but like I
11   said, the one we deal with primarily is
12   Sinaloa.
13   Q.    Los Zetas?
14   A.    They are -- I've heard them in
15   Greater Cleveland -- not Greater Cleveland, but
16   in the Ohio area.  I don't know about them
17   being in Greater Cleveland, but it's possible.
18   Q.    Those are the three that are
19   identified in the threat assessment strategy.
20   A.    Right.
21   Q.    And to focus on La Familia, the one
22   you have heard of, what is this organization
23   like?
24       MS. ZIMMERMANN:  Object to form.
25   A.    I'm not really an expert on the

75 (Pages 294 - 297)

Page 298

1  Mexican drug cartels.  I have a basic knowledge
2  of how they operate, but I'm not an expert on
3  it.  So if you are asking me for -- to give my
4  opinion, I can do that.
5      Q.   I'm looking for information that
6  you have learned in your role as
7  co-commander --
8      A.   Okay.
9      Q.   -- of the task force.
10          Are these --
11     A.   Specifically, did you ask me?
12     Q.   Are they brutal?
13     A.   Yes, they are.
14     Q.   Are they greedy?
15     A.   Yes, they are.
16     Q.   Do they have very advanced
17  capabilities of producing and exporting and
18  distributing heroin throughout the United
19  States?
20     A.   They do.
21     Q.   They have also gotten good at
22  making heroin, right?
23     A.   Yes.
24     Q.   You referred to the black tar from
25  days gone by.

Page 299

1      A.   Correct.
2      Q.   They don't make that anymore,
3  right?
4      A.   We don't see that very much
5  anymore, correct.
6      Q.   Do you know why that is?
7      A.   My opinion is they have learned to
8  refine the heroin better and they have a better
9  product.
10     Q.   It is a product now that you don't
11  even have to inject, it's a powder, correct?
12     A.   It does not come as a powder, no.
13     Q.   So the heroin that you are seeing
14  on the streets of Cleveland is not a powder?
15     A.   That's it's final form.  It does
16  not start as being a powder.
17     Q.   I see, but when it is
18  actually -- so I should be more clear in my
19  question.
20          By the time that the heroin
21  actually is sold on the street to an individual
22  drug abuser, it is in a powder form?
23     A.   Sometimes.
24     Q.   And that powder form can be
25  inhaled, right?  I'm sorry.

Page 300

1          That powder form can be inhaled,
2  correct?
3      A.   It can.
4      Q.   And the Mexican cartels that are
5  distributing this heroin in the City of
6  Cleveland, they want to find as many users as
7  they can, right?
8      A.   Yes.
9      Q.   So, for example, they will have
10  somebody add a tester of heroin to a bag of
11  pot?
12     A.   Excuse me?  Say that one more time.
13          MS. ZIMMERMANN:  Object to form.
14     Q.   They will have a street level drug
15  dealer add a bag of -- or a tester of heroin to
16  a bag of pot?
17          MS. ZIMMERMANN:  Object to form.
18     A.   I have no idea what you are talking
19  about.
20     Q.   You have never heard of that?
21     A.   No.
22     Q.   Are they looking for new users?
23          MS. ZIMMERMANN:  Objection.  Asked
24  and answered.  You may answer, Lieutenant.
25     A.   They being -- who are we referring

Page 301

1  to as "they"?
2      Q.   The Mexican cartels who are trying
3  to sell heroin in the United States?
4      A.   The Mexican cartels are looking for
5  new distributors, and then the distributors
6  sell it to another set of distributors, who
7  eventually sell it to the users.
8      Q.   Who are -- go ahead.
9      A.   So that's -- I want to make sure,
10  when I answer that question, I'm not saying
11  that the cartels are currently selling to the
12  enduser.  When they were selling the black tar
13  heroin, that was the case.  Now that's not the
14  case.
15     Q.   So eventually, on the street level,
16  you have people who are trying to distribute
17  the heroin, and they are looking for new users?
18     A.   That is correct.
19     Q.   And in doing so, they are not
20  limiting themselves just to folks who were once
21  taking a prescription for chronic pain, who now
22  are addicted and need something to replace the
23  prescription opioids that they once had access
24  to?
25          MS. ZIMMERMANN:  Object to form.

76 (Pages 298 - 301)

Page 302

1     A.    That's more of a statement.
2     Q.    That's a question.  That is
3  correct -- sorry.
4     A.    I apologize.
5     Q.    It's okay.  They are not limiting
6  their potential customer base to just those who
7  were once taking prescription opioids for
8  chronic pain?
9          MS. ZIMMERMANN:  Objection.  Form.
10  Compound.  You may answer, to the extent you
11  understand.
12     A.    That's correct.
13     Q.    Would you agree that heroin from
14  Mexican drug trafficking organizations is the
15  greatest drug threat to the Ohio HIDTA?
16     A.    No.
17          MS. ZIMMERMANN:  Objection to form.
18     Q.    So if you would look to tab 14, tab
19  3.
20          MS. ZIMMERMANN:  Counsel, you mean
21  page 4, or do you mean page 14.
22          MR. SHAPLAND:  I'm sorry.  All my
23  notes have that as tab 14, but it's Exhibit 6
24  at 3.
25          MS. ZIMMERMANN:  Exhibit 6, at page

Page 303

1  3 or 14?
2          MR. SHAPLAND:  It is Exhibit 6, at
3  page 3.
4          MS. ZIMMERMANN:  Okay.
5     Q.    It is the beginning --
6     A.    I'm sorry.  We are on page 3?
7     Q.    Uh-uh.
8     A.    Okay.
9     Q.    So the beginning of page 3, "Once
10  again, all of the law enforcement officials
11  responding to the 2017 drug threat survey
12  identified heroin provided by Mexican-based
13  drug trafficking organizations as the greatest
14  drug threat in their region."
15     A.    I don't know where you are reading
16  from, sir.  I'm missing it.
17     Q.    That's fine.  So it is the
18  first -- it is the first sentence of the second
19  paragraph.
20     A.    "Once again," the beginning?
21     Q.    Uh-uh.
22     A.    Okay.
23     Q.    I'll just give you a moment to read
24  that passage.
25     A.    Okay.

Page 304

1     Q.    So do you agree with that sentence?
2     A.    No.
3     Q.    So let's unpack that a little bit,
4  because you certainly agree with the truth of
5  the statement that all of the law enforcement
6  officials responding to the 2017 drug threat
7  survey had that opinion?
8          MS. ZIMMERMANN:  Objection to form.
9  Objection.  Argumentative.  You may answer.
10     A.    My question would be, I would like
11  to see the question specifically that was asked
12  to these law enforcement agencies, because
13  that's not my opinion.
14     Q.    So what is your opinion with
15  respect to what is the greatest
16  threat -- what's the greatest drug threat to
17  the region?
18     A.    Fentanyl.
19     Q.    Fentanyl.  So would you consider
20  the heroin provided by the Mexican-based drug
21  trafficking organizations to be the second
22  greatest drug threat in the region?
23     A.    It's right there, yeah, it's right
24  there, just a step behind the fentanyl.
25     Q.    I appreciate that clarification.

Page 305

1          Do you know how many drug
2  trafficking organizations are selling heroin in
3  the Ohio HIDTA?
4     A.    I don't, sir.
5     Q.    Well, if you would look at page 6
6  of Exhibit 6, it is the second to the last
7  paragraph on the page.  "Within the Ohio HIDTA
8  region, 134 of the 233 DTOs identified in CY
9  2016 distributed heroin."  Do you have any
10  reason to disagree with Mr. Siegel's assertion?
11     A.    Mr. Siegel's assertion is different
12  than the question proposed to me.
13     Q.    Okay.
14     A.    Mr. Siegel is saying they have
15  identified 233 DTOs.  Your question was
16  broader, asking me how many DTOs there were.  I
17  don't know.  He has identified 233.  That
18  wasn't your question.
19     Q.    Again, I appreciate your
20  clarification there.
21     A.    And I wouldn't have been able to
22  come up with the 233 number either, just so you
23  know.
24     Q.    And it is 234 DTOs that are
25  distributing heroin.  He identified 233 DTOs

Veritext Legal Solutions
www.veritext.com                                              888-391-3376

Page 306

1 total?
2    A.    Correct.
3    Q.    Do you have any reason to disagree
4 with his assertion that he had identified 234
5 DTOs that were distributing heroin in the Ohio
6 HIDTA?
7    A.    I do not.
8    Q.    And you testified that you
9 personally don't have any idea how many drug
10 trafficking organizations are selling, total,
11 heroin?
12    A.    Right, because there may be --
13 there are some identified and some still
14 unidentified.
15    Q.    How many have you identified?
16    A.    I don't have a number for you, sir.
17    Q.    Do you have a range, 50, 100?
18    A.    Are we talking total DTOs, or just
19 DTOs that are dealing with heroin?
20    Q.    Well, I was focusing on heroin
21 right now.
22    A.    Right.  I just want to make sure I
23 have the question properly.
24    Q.    But if it would be easier for
25 you --

Page 307

1    A.    I don't think it is easier to
2 answer either of the questions, in all
3 honestly, sir.
4    Q.    Because we don't know?
5    A.    Because I don't know, right.
6    Q.    And these drug trafficking
7 organizations can be incredibly violent, right?
8    A.    That's true.
9    Q.    And lot of the violence is about
10 fighting over territory?
11       MS. ZIMMERMANN:  Object to form.
12    A.    I would disagree with that.
13    Q.    Okay.
14    A.    I think most of the -- I would
15 disagree with that premise.
16    Q.    What does the violence relate to?
17    A.    And we are talking about not the
18 cartels, but the Ohio-based violence?
19    Q.    Uh-uh.
20    A.    I think the Ohio-based violence
21 that we see is less about territory and more
22 about taking what other people have, as far as
23 money and assets, because with -- now that
24 everybody is so mobile, nobody's territory is
25 defined, because vehicles and cell phones have

Page 308

1 opened up the territory to every -- the whole
2 city or the whole area.
3    Q.    So fentanyl is the drug that you
4 have identified as the greatest threat to the
5 Ohio region?
6    A.    In Mike Connelly's opinion.
7    Q.    Yes.  And fentanyl is not made from
8 a plant, correct?
9    A.    Correct.
10    Q.    It's made in a lab?
11    A.    Synthetic, correct.
12    Q.    And where are those labs?
13       MS. ZIMMERMANN:  Object to form.
14    A.    I don't specifically know where all
15 the Mexican labs are, but I understand that
16 there is labs in Mexico and in China.
17    Q.    Right.  And the fentanyl that they
18 make is made for the specific purpose of abuse,
19 correct?
20    A.    That is my understanding.
21    Q.    And at times, these producers of
22 fentanyl have even been able to directly ship
23 their product to people, using the courier
24 services that work in the region?
25    A.    That's correct.

Page 309

1    Q.    And do you have any estimates as to
2 how much fentanyl has been produced in the last
3 decade?
4    A.    I don't, sir.
5    Q.    Do you have any idea how much
6 reaches Cleveland?
7    A.    No.
8    Q.    So again on Exhibit 6, at page 13,
9 we have seizure data, 2013 for IPDs seized.
10 And this data comes from Ohio HIDTA PMP data.
11       Do you track similar seizure data
12 within your department?
13    A.    I've never seen a product like this
14 within our department, but I know they track
15 the seizures.
16    Q.    And that would be in your database
17 called DISCO?
18    A.    And we are talking about the
19 Cleveland Police Department, or are we
20 talking about the Northern Ohio Law Enforcement
21 Task Force?
22    Q.    Well, let's talk about both.
23    A.    Okay.
24    Q.    So for purposes of fentanyl
25 seizures, where would that -- where would the

78 (Pages 306 - 309)

Page 310

1  data regarding those seizures be tracked?
2      A.   There is redundant methods of
3  keeping that, so that our -- both of our -- I'm
4  sorry.  So let me start over.
5          DISCO would track that as well as
6  PMP, and we would also send that information to
7  Commander Gingell of the Cleveland Police
8  Department.
9      Q.   And just so I'm clear, the DISCO
10  data would be within the task force, or is that
11  at the Cleveland Police Department?
12      A.   DISCO is not within the Cleveland
13  Police Department.  It is a state database, so
14  we put our information into -- DISCO is a state
15  database.
16      Q.   And that state database is also
17  populated by other police departments within
18  the state?
19      A.   Other drug task forces.
20      Q.   So I want to move to the abuse of
21  prescription opioid pills, and certainly drug
22  trafficking organizations have an interest in
23  acquiring and selling those too, correct?
24      A.   Some do.
25      Q.   And are you aware of how they

Page 311

1  obtain those pills?
2      A.   I'm sure there is several different
3  methods of the way they obtain them, you know,
4  by theft, by deception, by somebody within the
5  industry possibly providing it to them, by
6  somehow diverting somebody else's
7  prescriptions, just to name a couple.
8      Q.   Having folks go in and doctor shop?
9      A.   Absolutely.
10      Q.   Actually having people who are on
11  low incomes supplement their income by going to
12  doctors and obtaining prescriptions for
13  conditions that they don't really have and then
14  selling those prescriptions to the DTO?
15          MS. ZIMMERMANN:  Object to form.
16      A.   That's possible, yes.
17      Q.   So there is actually a black
18  market, an illegal market for prescription
19  opioids?
20      A.   Absolutely.
21      Q.   And that market is supplied with
22  prescription opioids that have been diverted
23  from a legitimate medical purpose?
24      A.   Among other -- I would imagine
25  there would be other ways as well, but, yes.

Page 312

1      Q.   Well, not a legitimate medical
2  purpose, right?
3          MS. ZIMMERMANN:  Object to form.
4      A.   As far as -- you know, sir, could
5  you just one more time.
6      Q.   Yeah.  This illegal market for
7  prescription opioids is supplied with pills
8  that have been diverted from a legitimate
9  medical purpose?
10          MS. ZIMMERMANN:  Object to form.
11      A.   That's hard for me to answer that
12  question, but I guess in a broader sense, yes.
13          MS. ZIMMERMANN:  Counsel, do you
14  mind if we take five minutes?  Are you near the
15  end, or would you mind if we take five minutes?
16          MR. SHAPLAND:  No, I wouldn't.
17          THE VIDEOGRAPHER:  Off the record,
18  4:58.
19          (Recess taken.)
20          THE VIDEOGRAPHER:  On the record,
21  5:12.
22      Q.   So I would like to direct your
23  attention to what is marked as Exhibit 4.
24          Do you recall the testimony you
25  provided earlier today on Exhibit 4?

Page 313

1      A.   Yes.
2      Q.   And your intent in responding to
3  this series of questions was to provide
4  truthful and accurate information to your
5  daughter's friend?
6      A.   Yes.
7      Q.   And in doing so, you provided her
8  with your honest opinions?
9      A.   That's correct.
10      Q.   You answer the question as to how
11  people get started using heroin by saying,
12  "There are many different reasons why a person
13  begins to use heroin," correct?
14      A.   Yes.
15      Q.   And you based that opinion on what?
16      A.   On my experience as a Cleveland
17  police officer.
18      Q.   Facts you learned from overdose
19  investigations?
20      A.   Yes, that's correct.
21      Q.   And so sometimes those facts would
22  be hearsay statements from addicts?
23          MS. ZIMMERMANN:  Objection, to the
24  to the extent it asks for a legal conclusion.
25  I'm sorry, counselor.

79 (Pages 310 - 313)

Page 314

1    Q.   You would be relying an information
2    that an addict who survived an overdose
3    provided to you, with respect to the reason why
4    they started?
5    A.   Correct.
6    Q.   And again, sometimes addicts can't
7    be trusted?
8    A.   Sometimes, yes.
9    Q.   You also hear statements from
10   family members, right?
11   A.   Correct.
12   Q.   And again, sometimes you are not
13   certain whether those family members know the
14   truth, correct?
15   A.   Not all the time, correct.
16   Q.   And but to the extent that you
17   learned anything from your investigation, the
18   information that you collected would be
19   recorded in the reports of your investigation?
20   A.   Excuse me.  Can you repeat that one
21   more time.
22   Q.   You would record the information
23   that you learned during your investigation in a
24   report that you are writing on the
25   investigation?

Page 315

1    A.   Once again, I don't write reports.
2    I'm usually standing in during these
3    interviews, so I am not the report writer.
4    Q.   So somebody that -- what is the
5    word you used.  The primary individual doing
6    the investigation would write that information
7    into a report?
8    A.   They may or they may not.
9    Q.   Your list of core causes is
10   lettered A, B and C, right?
11   A.   Yes.
12   Q.   But the items on the list cover
13   more than just three root causes, they are kind
14   of broad statements --
15   A.   They are.
16   Q.   -- of many different ways.
17        So the first one is a party
18   lifestyle, and that, in and of itself, can
19   involve a whole variety of different
20   circumstances, right?
21   A.   That's correct.
22   Q.   So it is somebody who likes to
23   party on the weekends, that's experimenting
24   with all sorts of different drugs, takes more
25   and more over time and eventually becomes

Page 316

1    addicted to an opioid?
2        MS. ZIMMERMANN:  Object to form.
3    A.   Correct.
4    Q.   And that's a little bit distinct
5    from your further elaboration on point A, which
6    is long-term alcohol and -- alcohol abuse that
7    descends into marijuana abuse, and then
8    eventually looking for a new drug.
9        That's a different course, correct?
10   That's kind of a longer term, downward spiral
11   into an addiction, correct?
12        MS. ZIMMERMANN:  Object to form.
13   A.   I think it kind -- in my opinion,
14   it kind of like all goes together.  You know,
15   sometimes these paths aren't A to B.  It could
16   be A, B to C to E.  So you are not going always
17   in a straight path.  Every individual is
18   different, and the way they end up being
19   addicted is up to that individual person.
20   Q.   Right, and these are individuals
21   who are making choices to use and abuse drugs?
22   A.   Yes.
23   Q.   And the party lifestyle component
24   is also somewhat distinct from just growing up
25   in -- kind of in a family where drug and

Page 317

1    alcohol abuse is rampant, a lower income
2    family, and where drug use is something that
3    growing up an individual sees his or her
4    parents doing?
5        MS. ZIMMERMANN:  Object to form.
6    Compound.
7    A.   I'm sorry.  Could you limit it,
8    because I lost it.
9    Q.   Yeah.  I'm just trying to
10   reconcile, figure out what party lifestyle
11   entails.
12   A.   Okay.
13   Q.   And also kind of drawing out the
14   different types of instances in which an
15   addiction might arise.
16        And another set of circumstances is
17   just growing up in a household where drug and
18   alcohol use is rampant, and there is abuse of
19   drugs and alcohol, and having that as kind of
20   an example, as you are growing up, is another
21   indicator of or contributor to somebody's
22   decision later in life to become a heroin user?
23        MS. ZIMMERMANN:  Object to form.
24   Compound.  Speculative.  You may answer,
25   Lieutenant, if that's a question.

80 (Pages 314 - 317)

Page 318

1    A.   I know.  It's sort of like you are
2 making a statement to me, and it's such a long
3 statement.  Could you break it down into, like,
4 individual questions?
5    Q.   Look at your answer to question 6.
6    A.   Okay.
7    Q.   You write, "It is clear that there
8 is heavier heroin use in the lower income white
9 communities."
10    A.   Correct.  That's from my
11 observation.
12    Q.   And why is that, do you believe?
13    A.   Maybe their way of escaping their
14 realities, you know, their low socioeconomic
15 conditions, living in poverty, living amongst
16 poverty.  I mean, once again, this is my
17 opinion.
18    Q.   And later you write, "Everything is
19 an individual choice, but children whose
20 parents abuse alcohol and drugs are much more
21 likely to abuse heroin."
22    A.   That's my observation as well.
23    Q.   And so that was really my question
24 to you, whether you saw a correlation between
25 growing up in a family where drugs and alcohol

Page 319

1 are abused and yourself one day becoming
2 addicted to drugs?
3    A.   And the question is, do I believe
4 that?
5    Q.   Yes.
6    A.   I do.
7    Q.   So back up to 3B, in your list of
8 the many different reasons, you write, "An
9 injury that requires strong pain medication can
10 cause an addiction to prescription medication.
11 Once the prescription is no longer available,
12 the person can turn to street opioids, like
13 heroin."  And so again, this is your personal
14 opinion?
15    A.   It is my personal opinion and my
16 personal experience, dealing with opioid
17 abusers.
18    Q.   And you have done no study to
19 quantify the number of instances in which you
20 have seen that?
21    MS. ZIMMERMANN:  Objection.  Asked
22 and answered.
23    A.   No, I have not.
24    Q.   And another route to potential
25 heroin abuse is one where you have been

Page 320

1 prescribed a pain medication, you took it for a
2 while, you didn't become addicted, but you just
3 liked how it made you feel, and you decided to,
4 thereafter, abuse the drug.  That's another
5 route towards heroin abuse, correct?
6    MS. ZIMMERMANN:  Object to form.
7    A.   Correct.
8    Q.   Your final point is here is, "A
9 belief that prescription medication is safe,
10 but eventually the abuse causes addiction."
11    And earlier you testified that you
12 have encountered individuals who just think,
13 "Hey, it's a prescription medication, it must
14 be safe"; does that accurately describe your
15 prior testimony?
16    A.   Yes.
17    Q.   Now, in connection with those
18 instances, the individuals that you were
19 talking to were not confused by something that
20 they had heard from a particular manufacturer
21 about their prescription drugs, correct?
22    MS. ZIMMERMANN:  Object to form.
23    A.   I don't know the answer to that
24 question.  I'm sorry.  Could you --
25    Q.   Yes.  All you knew is that the

Page 321

1 individual drew a connection between the fact
2 that it was a prescription drug and the concept
3 that it must, therefore, be safe?
4    A.   That's the extent of -- that's the
5 extent of it for me, correct.
6    MR. SHAPLAND:  All right.  Well in
7 the interest of fairly allocating time, I'm
8 going to pass this off to my colleague.  Thank
9 you.
10    EXAMINATION OF MICHAEL CONNELLY
11 BY MR. LAVELLE:
12    Q.   Good afternoon, Lieutenant.  My
13 name is John Lavelle.  I'm an attorney from
14 Morgan Lewis, and I'm representing Rite Aid of
15 Maryland in this matter.
16    Thank you.  You have been very
17 patient with us today.  I appreciate that, and
18 I know we are late in the day, so I'm going to
19 try to be pretty quick here, in going over just
20 a couple of specific areas.
21    Do you have an understanding, as we
22 sit here, of why the City of Cleveland has sued
23 my client, Rite Aid?
24    A.   A broad understanding, but no
25 details.

81 (Pages 318 - 321)

Page 322

1    Q.    Would you please tell us what that
2  understanding is?
3      A.    That Rite Aid, as a distributor of
4  opioids, was somehow involved in over -- of the
5  pushing the opioids, the prescription opioids,
6  out into the public.
7        Like I said, it is just very broad
8  for me. I have not read every document here,
9  and I'm not a party in this thing, so I'm just
10  trying to give you guys accurate information.
11    Q.    Now, you described earlier how you
12  have at least skimmed the complaints that have
13  been filed.
14    A.    Correct.
15    Q.    And do you recall skimming the
16  parts of the complaint that talked about Rite
17  Aid or the other pharmacy defendants?
18    A.    I looked at the names. I didn't
19  read -- I very, very briefly looked over that
20  document. I did not read ten full pages of
21  that document.
22    Q.    All right. Are you familiar with
23  the Controlled Substances Act?
24    A.    In a basic term.
25    Q.    What do you understand the

Page 323

1  Controlled Substance Act to be?
2      A.    The DEA sort of identifies which
3  substances are able to be prescribed, and they
4  identify which substances are that have no, you
5  know, no medical purpose. So that may or may
6  not be true, but that's kind of my basic
7  understanding of that.
8      Q.    Is the work that you have done over
9  the course of your career related to
10  enforcement of the Controlled Substances Act?
11    A.    Yes, I guess it would be.
12    Q.    In what respect?
13    A.    You're asking me a broad question
14  that I really don't have an answer to. My -- I
15  think I would ask you to maybe -- I don't know
16  the answer to that question, basically, is what
17  I'm saying. I mean, because I don't -- I'm not
18  familiar enough with that Act to answer the
19  question.
20    Q.    Okay. Fair enough. Are you
21  familiar with the provisions in the Controlled
22  Substances Act that relate to -- let me get
23  that out.
24        Are you familiar with the
25  provisions of the Controlled Substances Act

Page 324

1  that refer to suspicious order monitoring?
2      A.    In a broad sense I am, only because
3  of my work assisting the diversion team.
4      Q.    In the course of your career, have
5  you had any involvement in enforcing the
6  suspicious order monitoring provisions?
7      A.    Not directly, no.
8      Q.    Has anyone on your task force had
9  that responsibility?
10    A.    I could not accurately answer that
11  question, but if anybody would have been, it
12  would have been Detective Prince.
13    Q.    You are currently in an
14  administrative position?
15    A.    Yes.
16    Q.    And you have been in an
17  administrative position for some time; is that
18  right?
19    A.    That's correct.
20    Q.    About ten years; is that right?
21    A.    Could you define "administrative
22  position" for me --
23    Q.    Well --
24    A.    -- before we move on?
25    Q.    -- I was trying to use the terms

Page 325

1  that you were using earlier.
2      A.    Okay.
3      Q.    You are an administrator of the
4  task force, right, you are the
5  co-commissioner --
6      A.    Okay. Correct.
7      Q.    -- is that right?
8      A.    Yes.
9      Q.    And a lot of your responsibilities
10  involve administering the task force, right?
11    A.    That's correct.
12    Q.    You have to make sure that a lot of
13  the administrative details are taken care of?
14    A.    That's correct.
15    Q.    You and your co-commissioner are
16  running it, correct?
17    A.    Correct.
18    Q.    How much of your time currently is
19  spent in doing investigative work?
20    A.    Very little.
21    Q.    How would you -- if you had to put
22  a percentage, a range on "very little," could
23  you give that to us?
24    A.    Under 10 percent.
25    Q.    When was the last time you did an

Page 326

1  interview of a suspect?
2      A.    It's been a long time.  I can't
3  remember the exact date of my last interview.
4      Q.    So we are sitting here on November
5  18, as we are doing your deposition; is that
6  right?
7      A.    Uh-huh.
8      Q.    Have you done any this year, any
9  interviews?
10     A.    No.
11     Q.    How about last yes, 2017?
12     A.    I would say suspect interviews, no.
13     Q.    How about within the last five
14  years?
15     A.    I probably have.
16     Q.    And probably done a handful maybe
17  during that time period?
18     A.    Correct.
19     Q.    Less than five?
20     A.    I can't give you a number, sir, but
21  it hasn't been very many.  I have taken part,
22  sat in, but not as a primary -- as primary
23  investigator.  That would be my role, as an
24  observer.
25     Q.    And when you sit in as an observer,

Page 327

1  someone else on the task force has the
2  responsibility for conducting the interview; is
3  that right?
4      A.    Correct.
5      Q.    And you are there to observe and to
6  provide input?
7      A.    Correct.
8      Q.    And that's generally been your role
9  when you have participated in interviews, for
10  the most part, as you have been in your current
11  position; is that right?
12     A.    That's correct.
13     Q.    When was the last time that you had
14  responsibility for being the primary
15  interviewer in an interview of a suspect?
16     A.    It's been a long time.  I'm sure
17  while I was assigned to narcotics I did, but
18  not since I have been on the task force.
19     Q.    So within the last ten years?
20     A.    Yes.
21     Q.    Not within the last ten years?
22     A.    Within the last ten years.
23     Q.    How about with respect to overdose
24  victims, do you do interviews of those
25  individuals?

Page 328

1      A.    On occasion, yes.
2      Q.    And when was the last time you did
3  an interview of an overdose victim?
4      A.    By myself or as an observer?
5      Q.    Let's try each of those.  Let's go
6  first with by yourself.
7      A.    Within the last year.
8      Q.    So sometime during calendar year
9  2018?
10     A.    Yes.
11     Q.    How about sitting in, where someone
12  else was the primary interviewer of an overdose
13  victim, when was the last time you did that?
14     A.    Multiple times, over the last year.
15     Q.    That would be a more frequent
16  occasion?
17     A.    Yes.
18     Q.    Okay.  Going back to the Controlled
19  Substances Act for a moment, are you familiar
20  with the aspects of that Act that relates to
21  scheduling of drugs?
22     A.    I understand it broadly, but I
23  don't specific -- I don't know which drugs are
24  in each category.
25     Q.    But you are aware generally that

Page 329

1  that Act categorizes drugs into different
2  schedules, for 1, 2, 3, 4 and 5; is that right?
3      A.    Yes.
4      Q.    And you have an understanding that
5  there are different attributes of drugs that
6  are in one schedule versus another; is that
7  correct?
8      A.    Yes.
9      Q.    Would you be able to tell us today
10  whether a particular drug is in a particular
11  category?
12     A.    I would not.
13     Q.    Are you familiar with what the
14  differences are between category 2 and category
15  3?
16     A.    No.
17     Q.    Are you familiar generally with a
18  type of opioid product called a
19  hydrocodone-combination product?
20     A.    Yes.
21     Q.    What are those
22  hydrocodone-combination products?
23     A.    I don't know all the products.  I
24  generally understand that it is a product that
25  is used for pain reduction.

83 (Pages 326 - 329)

Page 330

1    Q.    And how did you become familiar
2  with those?
3    A.    Partially as a result of my
4  personal experience, and partially as a result
5  of my law enforcement experience.
6    Q.    All right.  When you say your "law
7  enforcement experience," can you please provide
8  some more detail about what you are talking
9  about there?
10    A.    Understanding that hydrocodone, I
11  believe, is a generic form of, like, codeine --
12  or not codeine, but OxyContin.  It is a very
13  similar substance.  It is an opioid that we see
14  abused on the street.
15    Q.    Have you had any prosecutions while
16  you have been in the task force related to
17  hydrocodone-combination products?
18    A.    I don't think I have.
19    Q.    Are you aware of the percentage of
20  abuse of hydrocodone-combination products, as
21  opposed to any other opioids?
22    A.    I'm not.
23    Q.    Are you aware of any statistics
24  that are available on that?
25    A.    I'm not aware of them.

Page 331

1    Q.    Do you have a view as to whether or
2  not abuse of hydrocodone-combination products
3  has been going up, down, or remaining the same,
4  during the time that you have been head of the
5  task force?
6    A.    Do I have an opinion; is that the
7  question?
8    Q.    Yes.  What's your view on that?
9    A.    My opinion would be that the -- I'm
10  sorry.  Ask me one more time.
11    Q.    Sure.  Do you have a view during
12  the time period that you have been the
13  co-commissioner of the task force, as to
14  whether abuse of hydrocodone-combination
15  products has been going up, going down, or
16  remaining the same?
17    A.    I don't think I can fully answer
18  the question.  I'm aware that the number of
19  prescriptions that have been written -- this is
20  my understanding -- has done down.  I don't
21  know about the actual abuse of the combination
22  products, whether that abuse has gone down as
23  well.
24    Q.    The first part of that, your
25  understanding that the prescriptions have gone

Page 332

1  down, where do you have that understanding
2  from?
3    A.    I believe I've either read that or
4  seen it in one of the conferences that I was
5  at.
6    Q.    But you can't say specifically, as
7  we sit here today?
8    A.    No, sir.
9    Q.    You do not have a license to
10  practice medicine, right?
11    A.    I do not.
12    Q.    You do not have a license to
13  dispense prescription medications, right?
14    A.    I do not.
15    Q.    You don't have any particular
16  medical training, do you?
17    A.    No, I do not.
18    Q.    And you would not be in a position
19  to state whether any particular patient should
20  or should not have been prescribed opioids; is
21  that correct?
22    A.    That's correct.
23    Q.    All right.  Let's go back to this
24  Exhibit 4, if you don't mind.  And what I would
25  like you to do is just read for the record

Page 333

1  here, for the members of the jury who are
2  looking on the video, what your answer was, and
3  you gave this answer as of April 12, 2018; is
4  that right?
5    A.    Yes, sir.
6    Q.    Your answer to the question asked
7  by Ms. Butler, "In your opinion, what is the
8  root cause of why people use heroin?"  That's
9  question number 3.
10    A.    Yes.
11    Q.    Would you mind just reading your
12  answer for the record, please.
13    A.    "There are many different reasons
14  why a person begins to use heroin.
15        "A, party lifestyle, alcohol,
16  marijuana and other drugs which eventually lead
17  to heavier drugs.
18        "B, an injury that requires strong
19  pain medication can cause an addictive" -- I'm
20  sorry -- "can cause an addiction to
21  prescription medication.  Once the prescription
22  is no longer available, the person can turn to
23  street opioids, like heroin.
24        "C, a belief that prescription
25  medications is safe, but eventually the abuse

84 (Pages 330 - 333)

Page 334

1  causes addiction."
2      Q.    Thank you.  Now, would you mind
3  also reading into the record, and for the
4  members of the jury watching this video, what
5  your answer was to question number 4, which is,
6  "Why do you think the deaths due to heroin are
7  on the rise instead of on the decline?"
8      A.    "The primary reason that deaths are
9  on the rise," and then I have in parentheses,
10  "they have leveled off and have actually
11  dropped in the last few months, is the drug
12  fentanyl.  Fentanyl is a powerful synthetic
13  opioid, it is much stronger than heroin, and
14  most overdose deaths are related to fentanyl
15  being added or substituted for heroin."
16      Q.    And then finally, please read for
17  the members of the jury watching this video
18  what your answer was to question number 6,
19  which was, "Do you think users of heroin are
20  more likely to start because of coming from
21  some sort of life disadvantage, e.g., having a
22  single parent, poor school systems, et cetera,
23  or would you consider it an entirely individual
24  decision?"
25          And your answer to question number

Page 335

1  6, what was your answer?
2      A.    "The reasons for heroin use, as I
3  have stated before, are many.  It is clear
4  there is a heavier heroin use in the lower
5  income white communities.  The social
6  economically disadvantaged seem to be a higher
7  rate of drug and alcohol abuse.  Everything is
8  an individual choice, but children whose
9  parents use alcohol and drugs are much more
10  likely to abuse heroin."
11      Q.    Thank you, Lieutenant.
12          Did you have any subsequent
13  correspondence with Ms. Butler about this
14  issue, after this email that we are looking at
15  that's marked as Exhibit 4?
16      A.    I did not.
17      Q.    Did you ever contact her to tell
18  her that your answers were in any way
19  incomplete or inaccurate?
20      A.    I did not.
21      Q.    All right.  As we are sitting here
22  on November -- November 7, 2018, do I have the
23  date right?  I think so.  As you read these
24  answers, if I asked you these questions today,
25  would your answers be the same?

Page 336

1      A.    They would be basically the same,
2  yes.
3          MR. LAVELLE:  I'm going to stop
4  there.  We are going to leave the record open,
5  because there are some issues that we have
6  raised to plaintiff's counsel relating to
7  document production, which we may have to
8  address at a later time, but that's all the
9  questions I have for you today.  Thank you.
10          MS. ZIMMERMANN:  We are off the
11  record.
12          THE VIDEOGRAPHER:  Off the record
13  5:38.
14      (Deposition concluded at 5:38 p.m.)
15          - - - - -
16
17
18
19
20
21
22
23
24
25

Page 337

1  Whereupon, counsel was requested to give
2  instruction regarding the witness's review of
3  the transcript pursuant to the Civil Rules.
4
5          SIGNATURE:
6  Transcript review was requested pursuant to the
7  applicable Rules of Civil Procedure.
8
9          TRANSCRIPT DELIVERY:
10  Counsel was requested to give instruction
11  regarding delivery date of transcript.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

85 (Pages 334 - 337)

Page 338

```
 1         REPORTER'S CERTIFICATE
 2    The State of Ohio,  )
 3                        SS:
 4    County of Cuyahoga.  )
 5
 6         I, Wendy L. Klauss, a Notary Public
 7    within and for the State of Ohio, duly
 8    commissioned and qualified, do hereby certify
 9    that the within named witness, MICHAEL
10    CONNELLY, was by me first duly sworn to testify
11    the truth, the whole truth and nothing but the
12    truth in the cause aforesaid; that the
13    testimony then given by the above-referenced
14    witness was by me reduced to stenotypy in the
15    presence of said witness; afterwards
16    transcribed, and that the foregoing is a true
17    and correct transcription of the testimony so
18    given by the above-referenced witness.
19         I do further certify that this
20    deposition was taken at the time and place in
21    the foregoing caption specified and was
22    completed without adjournment.
23
24
25
```

Page 339

```
 1         I do further certify that I am not
 2    a relative, counsel or attorney for either
 3    party, or otherwise interested in the event of
 4    this action.
 5         IN WITNESS WHEREOF, I have hereunto
 6    set my hand and affixed my seal of office at
 7    Cleveland, Ohio, on this 12th day of
 8    November, 2018.
 9
10
11
12
13         _Wendy L. Klauss_
14    Wendy L. Klauss, Notary Public
15    within and for the State of Ohio
16
17    My commission expires July 13, 2019.
18
19
20
21
22
23
24
25
```

Page 340

```
 1             Veritext Legal Solutions
                 1100 Superior Ave
 2                  Suite 1820
                Cleveland, Ohio 44114
 3               Phone: 216-523-1313
 4
      November 12, 2018
 5
      To: Zarzaur Mujumdar & Debrosse
 6
      Case Name: In Re: National Prescription Opiate Litigation v
 7
      Veritext Reference Number: 3104953
 8
      Witness:  Michael Connelly    Deposition Date:  11/7/2018
 9
10    Dear Sir/Madam:
11
      Enclosed please find a deposition transcript  Please have the witness
12
      review the transcript and note any changes or corrections on the
13
      included errata sheet, indicating the page, line number, change, and
14
      the reason for the change  Have the witness' signature notarized and
15
      forward the completed page(s) back to us at the Production address
16    shown
17    above, or email to production-midwest@veritext com
18
      If the errata is not returned within thirty days of your receipt of
19
      this letter, the reading and signing will be deemed waived
20
21    Sincerely,
22    Production Department
23
24
25    NO NOTARY REQUIRED IN CA
```

Page 341

```
 1            DEPOSITION REVIEW
             CERTIFICATION OF WITNESS
 2
      ASSIGNMENT REFERENCE NO: 3104953
 3    CASE NAME: In Re: National Prescription Opiate Litigation v
      DATE OF DEPOSITION: 11/7/2018
 4    WITNESS' NAME: Michael Connelly
 5       In accordance with the Rules of Civil
      Procedure, I have read the entire transcript of
 6    my testimony or it has been read to me
 7       I have made no changes to the testimony
      as transcribed by the court reporter
 8
 9    Date            Michael Connelly
10       Sworn to and subscribed before me, a
      Notary Public in and for the State and County,
11    the referenced witness did personally appear
      and acknowledge that:
12
         They have read the transcript;
13       They signed the foregoing Sworn
         Statement; and
14       Their execution of this Statement is of
         their free act and deed
15
         I have affixed my name and official seal
16
      this _____ day of_____, 20____
17
18       Notary Public
19
         Commission Expiration Date
20
21
22
23
24
25
```

86 (Pages 338 - 341)

Page 342

```
 1        DEPOSITION REVIEW
           CERTIFICATION OF WITNESS
 2
      ASSIGNMENT REFERENCE NO: 3104953
 3  CASE NAME: In Re: National Prescription Opiate Litigation v
      DATE OF DEPOSITION: 11/7/2018
 4  WITNESS' NAME: Michael Connelly
 5     In accordance with the Rules of Civil
      Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me
 7     I have listed my changes on the attached
      Errata Sheet, listing page and line numbers as
 8  well as the reason(s) for the change(s)
 9     I request that these changes be entered
      as part of the record of my testimony
10
      I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
      that both be appended to the transcript of my
12  testimony and be incorporated therein
13  _____
      Date          Michael Connelly
14
      Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
      the referenced witness did personally appear
16  and acknowledge that:
17     They have read the transcript;
      They have listed all of their corrections
18  in the appended Errata Sheet;
      They signed the foregoing Sworn
19  Statement; and
      Their execution of this Statement is of
20  their free act and deed
21  I have affixed my name and official seal
22  this _____ day of _____, 20____
23  _____
      Notary Public
24
      _____
25  Commission Expiration Date
```

Page 343

```
 1        ERRATA SHEET
      VERITEXT LEGAL SOLUTIONS MIDWEST
 2       ASSIGNMENT NO: 11/7/2018
 3  PAGE/LINE(S) /      CHANGE      /REASON
 4  _____
 5  _____
 6  _____
 7  _____
 8  _____
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19
      _____   _____
20  Date           Michael Connelly
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23  _____
      Notary Public
24
      _____
25  Commission Expiration Date
```

87 (Pages 342 - 343)

| & | |
| --- | --- |
| **&** | 1:22 2:4,11,16 |
| | 3:4,13,17 4:2,17 |
| | 12:9,19,23,25 13:6 |
| | 13:9,11,23 246:12 |
| | 294:20 340:5 |

| 1 | |
| --- | --- |
| **1** | 6:2 94:13,17 |
| | 95:3 178:21,25 |
| | 179:24 251:24 |
| | 329:2 |
| **10** | 6:25 51:22 |
| | 94:11 112:17 |
| | 178:20,25 179:1 |
| | 179:24 262:19,23 |
| | 325:24 |
| **100** | 218:15 242:9 |
| | 306:17 |
| **10036** | 4:18 |
| **106** | 2:9 |
| **10:15** | 59:12 |
| **11/7/2018** | 340:8 |
| | 341:3 342:3 343:2 |
| **1100** | 4:4 340:1 |
| **111** | 8:14 |
| **118** | 8:15 |
| **11:00** | 28:2 |
| **11:16** | 107:21 |
| **11:34** | 107:24 |
| **12** | 60:24 333:3 |
| | 340:4 |
| **121** | 6:5 |
| **1211** | 4:18 |
| **128** | 8:16 |
| **12:30** | 142:5 |
| | 144:16 |
| **12:31** | 157:10 |
| **12th** | 339:7 |
| **13** | 145:15 309:8 |
| | 339:17 |

| **1300** | 14:15 |
| --- | --- |
| **134** | 305:8 |
| **137** | 8:17 |
| **139** | 8:18 |
| **14** | 5:4 292:9,10 |
| | 302:18,21,23 |
| | 303:1 |
| **141** | 8:19 |
| **1476407** | 6:11 |
| | 230:13 |
| **1477135** | 6:14 |
| | 249:23 |
| **15** | 8:3 42:12 |
| | 119:15 205:2 |
| | 261:17 280:21 |
| **1600** | 4:14 |
| **17** | 1:8 8:4 |
| **1701** | 3:9 |
| **176** | 8:20 |
| **177,000** | 146:1,6 |
| **18** | 326:5 |
| **180** | 8:21 |
| **1800** | 4:8 |
| **1820** | 340:2 |
| **186** | 8:22,23 |
| **19103-2921** | 3:10 |
| **195** | 8:24 |
| **1983** | 21:18 |
| **1984** | 21:18 |
| **1985** | 21:19 |
| **1990** | 22:14 |
| **1993** | 23:23 |
| **1998** | 24:18,19 |
| **1:18** | 1:15 |
| **1:21** | 157:13 |

| 2 | |
| --- | --- |
| **2** | 5:2 6:5 121:3,6 |
| | 145:16 329:2,14 |
| **20** | 8:5 83:17,19 |
| | 91:25 92:3 206:1 |
| | 261:17 280:21 |

| | 341:16 342:22 |
| --- | --- |
| | 343:22 |
| **20001-4956** | 2:21 |
| **20005** | 3:15 |
| **2001** | 40:14 |
| **2002** | 27:16 30:5 |
| **2005** | 30:5,11,12,14 |
| | 32:12 159:3 |
| **2006** | 209:22 |
| **2007** | 61:8 209:23 |
| **2008** | 61:1,8 62:22 |
| | 209:23 |
| **2008-2009** | 228:20 |
| **2008ish** | 210:19 |
| **2009** | 61:1 84:12 |
| **2011** | 34:5 35:21 |
| | 36:13 37:7,9 38:8 |
| | 39:17 80:14 91:18 |
| | 91:19 92:3,11 |
| | 108:12 |
| **2012** | 84:15,17 |
| **2013** | 32:14 159:12 |
| | 309:9 |
| **2014** | 32:15,15 41:4 |
| | 41:8 159:11 |
| | 257:17 |
| **2015** | 16:3 57:1 |
| | 138:9 141:25 |
| | 143:2,17 144:9 |
| | 294:23 |
| **2016** | 6:6 7:1 37:12 |
| | 41:15 88:5 121:4 |
| | 121:8 137:7 138:3 |
| | 138:5 203:17 |
| | 262:21 263:1 |
| | 264:11 277:23 |
| | 283:5 294:22 |
| | 305:9 |
| **2017** | 6:16 76:25 |
| | 88:4 138:5,14 |
| | 253:4,5,9 303:11 |

| | 304:6 326:11 |
| --- | --- |
| **2018** | 1:20 6:19 |
| | 12:2 256:21,25 |
| | 328:9 333:3 |
| | 335:22 339:8 |
| | 340:4 |
| **2019** | 339:17 |
| **202** | 2:22 3:15 |
| **2020** | 212:16 |
| **203** | 6:7 |
| **205** | 2:6 |
| **206** | 294:22 |
| **208** | 8:25 |
| **209** | 9:1 |
| **212** | 4:19 |
| **213** | 3:6 9:2 |
| **215** | 3:10 |
| **216** | 2:10,13 3:25 |
| | 4:5 |
| **216-523-1313** | |
| | 340:3 |
| **22** | 7:1 262:21,25 |
| **220709** | 6:17 |
| | 253:11 |
| **2222** | 339:13 |
| **229** | 9:3 |
| **230** | 6:9 9:4 |
| **232** | 9:5,6 |
| **233** | 305:8,15,17,22 |
| | 305:25 |
| **2332** | 2:5 |
| **234** | 9:7 305:24 |
| | 306:4 |
| **235** | 9:8 |
| **238** | 9:9,10 |
| **239** | 9:11 |
| **24** | 203:22 |
| **240** | 9:12 |
| **241** | 9:13,14 |
| **243-4000** | 3:6 |

**248**  9:15
**249**  6:12
**25**  83:11 91:25
  92:3
**253**  6:15
**25301-3202**  4:14
**253969**  6:19 257:2
**254246**  6:22 259:4
**256**  6:18
**259**  6:20
**261**  6:23
**262**  6:25
**269**  5:5 9:16
**271**  9:17,18
**272**  9:19
**273**  9:20
**274**  9:21
**275**  9:22
**276**  9:23,24,25
**277**  10:1
**278**  10:2
**279**  10:3
**280**  10:4,5
**2804**  1:6,8
**288**  10:6
**29**  6:19 256:20,25
**290**  10:7
**291**  10:8
**292**  10:9
**296**  10:10,11
**297**  10:12
**2:39**  224:22
**2:56**  224:25
**2nd**  2:5

**3**

**3**  6:7 124:4,5
  202:23 203:1
  231:19,24 237:23
  302:19,24 303:1,3
  303:6,9 329:2,15
  333:9

**30**  60:23,25
**300**  10:13,14,15
**301**  10:16
**302**  10:17,18
**304**  4:15 10:19
**305-6400**  3:20
**307**  10:20
**308**  10:21
**3104953**  340:7
  341:2 342:2
**311**  10:22
**312**  10:23,24
**313**  10:25
**316**  11:1,2
**317**  11:3,4
**319**  11:5
**320**  11:6,7
**321**  5:5
**330**  3:20
**338**  5:6
**340-1169**  4:15
**35203**  2:6
**352629**  7:2 263:2
**39**  8:6
**3:00**  28:2
**3:50**  269:9
**3b**  319:7

**4**

**4**  6:9 132:6 230:5
  230:9 237:11
  302:21 312:23,25
  329:2 332:24
  334:5 335:15
**40**  17:9
**400**  3:19 51:22
**415**  2:18
**434-5000**  3:15
**44**  8:7
**44113**  2:13 4:4
  14:16

**44114**  2:9 340:2
**44114-1190**  3:24
**44720**  3:19
**44th**  3:5
**45132**  1:15
**49**  8:8
**4:04**  269:12
**4:58**  312:18
**4th**  2:12

**5**

**5**  6:12 203:17
  249:15,19 329:2
**5,9402**  146:4
**50**  19:20,20 91:12
  91:22 92:1,8
  306:17
**50,000**  147:2
**500**  4:14
**586-3939**  3:25
**591-6000**  2:18
**592-5000**  4:5
**596-9451**  4:19
**5:12**  312:21
**5:38**  336:13,14

**6**

**6**  5:3 6:15 136:12
  238:20,20 239:21
  253:3,7 292:12
  302:23,25 303:2
  305:5,6 309:8
  318:5 334:18
  335:1
**60**  23:23,25
**600**  4:8
**601**  2:9
**662-6000**  2:22
**664-3727**  2:10
**68**  8:9,10
**69**  8:11

**696-4441**  2:13

**7**

**7**  1:20 6:18 12:2
  256:19,23 335:22
**714**  4:9
**725**  3:14
**777**  3:5

**8**

**8**  6:20 258:23
  259:1
**801**  39:21 40:13
  41:5
**8040**  3:19
**81**  8:12
**830-0600**  4:9
**850**  2:21

**9**

**9**  6:23 261:2,7
**90**  23:25 42:3
  215:23
**90017-5844**  3:6
**901**  3:24
**90s**  145:7,7
**92**  8:13
**92626-7653**  4:9
**94**  6:2
**94111-5356**  2:18
**950**  1:22 2:12 4:4
**963-4842**  3:10
**983-7985**  2:6
**9:05**  1:20 12:2
**9:59**  59:9

**a**

**a.m.**  1:20
**aaron**  1:10
**ability**  111:19
**able**  19:4 61:23
  88:7 137:22 150:5
  158:18 167:24

181:9 191:18
217:3 235:9
305:21 308:22
323:3 329:9
**absolutely** 118:18
119:17 120:4
243:8 262:15
311:9,20
**abuse** 71:25 72:6
72:20 78:1 100:10
184:4,5,7,7 207:10
207:16,18,20,22
210:22 211:4
239:2,4,5 240:1,2
243:11 257:14
271:2 275:25
289:16,20 308:18
310:20 316:6,7,21
317:1,18 318:20
318:21 319:25
320:4,5,10 330:20
331:2,14,21,22
333:25 335:7,10
**abused** 319:1
330:14
**abuser** 299:22
**abusers** 319:17
**abusing** 183:17
198:8 221:20
235:4 242:23
256:13 292:2
**academy** 66:16
161:7
**access** 84:22 85:21
88:11 173:23,24
174:1 201:3,4
225:21 301:23
**accident** 99:10
**accidental** 241:11
**account** 128:7

**accounting** 282:10
**accurate** 52:16,21
52:25 123:24
137:9 237:16
313:4 322:10
**accurately** 206:2
320:14 324:10
**acknowledge**
341:11 342:16
**acquiring** 310:23
**acronym** 263:21
281:25
**acronyms** 226:13
**act** 322:23 323:1
323:10,18,22,25
328:19,20 329:1
341:14 342:20
**acted** 229:25
**acting** 229:15
**action** 72:17 73:6
269:17 339:4
**actions** 74:2
**active** 75:7
**actively** 197:1
**activities** 24:10
53:5 71:23 75:10
75:13,18 88:21
91:3,7,11 97:17,21
97:23 100:5
108:14,19 120:3
148:14 156:19
265:12
**activity** 28:22,25
33:5 74:17 90:15
100:22 174:3,6
176:17
**actual** 34:9 176:20
179:2 283:21
331:21
**adamhs** 191:19

**add** 173:8 177:13
300:10,15
**added** 30:23 33:2
33:7 130:13
334:15
**addict** 183:24
314:2
**addicted** 211:9,14
212:9 214:22,24
235:5 236:22
238:2 272:6
301:22 316:1,19
319:2 320:2
**addiction** 51:10
68:17 69:1 73:10
73:14 75:18 193:3
193:5,14 213:2
287:15 288:7,20
289:5,6 316:11
317:15 319:10
320:10 333:20
334:1
**addictive** 51:9
211:13 333:19
**addicts** 272:21
313:22 314:6
**addition** 19:12
236:2
**additional** 81:3,5
86:12 270:6
**address** 14:11,12
14:14 15:1,2 40:4
85:24,25 86:15,18
86:21 87:6,8,9,15
87:16,19,25 88:3
88:13 285:2,10,14
285:14 336:8
340:15
**addresses** 86:12
204:18 226:11,11

**adjournment**
338:22
**adjustment** 279:5
**admin** 83:25
151:17 156:2
**administering**
325:10
**administrative**
21:5 53:6 83:21
83:21 95:15 148:8
151:13,23 152:18
152:21 153:9
155:9 156:1
264:23 324:14,17
324:21 325:13
**administrator**
74:24 265:20
325:3
**adults** 240:12
**advanced** 298:16
**advice** 75:9
**affixed** 339:6
341:15 342:21
**aforesaid** 338:12
**afternoon** 28:1
144:14 157:14,15
321:12
**age** 13:25
**agencies** 34:25
67:1 101:15
114:16,16,18
135:17,23 147:10
192:2 294:11
304:12
**agency** 46:13
108:24 109:1,18
128:1 130:11
199:7 265:15
**agent** 48:19
108:22 109:3
115:6 134:20,21

134:23 136:19
261:21
**agents** 54:15
104:21 105:4,9
134:14 135:8
267:14
**aggregate** 294:16
**ago** 17:12 37:5
40:25 84:5 85:18
86:18 88:7,13
89:21 93:1 94:10
116:10,11 119:18
135:6 244:24
251:4,12 255:24
**agree** 193:13
212:2 237:25
273:22 302:13
304:1,4
**agreed** 229:6
**ahan** 2:22
**ahead** 13:21
141:13 195:13,19
225:5 229:19
273:4 279:20
301:8
**aid** 3:8 13:3 247:6
321:14,23 322:3
322:17
**aided** 188:7
198:11
**airport** 99:21,21
**ajp** 2:14
**akron** 51:5 103:9
103:11 104:4,8
**al** 1:14 2:6
**alcohol** 6:24 236:5
239:2,4 240:1
261:4,10 316:6,6
317:1,18,19
318:20,25 333:15
335:7,9

**alexis** 6:9 230:6,10
231:1
**ali** 160:8
**alleged** 273:6
**allen** 162:20
**allergan** 245:19
**allocating** 321:7
**allow** 271:1
**altruistic** 221:23
**americas** 4:18
**amerisourceberg...**
4:11 13:17 246:8
**ami** 2:12 12:11
**amount** 25:8,10
71:21 111:14
145:23 146:20
193:20 205:3
223:21 224:1
275:12,22 276:21
277:2 292:14
**amounts** 130:10
215:21 282:17
**anda** 247:10
**andrejcak** 54:13
**angeles** 3:6
**anna** 2:20 13:8
**annual** 254:11,13
**answer** 15:5 17:4
20:12,13 23:14
39:20 44:17 48:7
49:3 62:4 67:25
68:15,22 78:11
85:5 92:18,20,22
92:25 93:12 94:4
100:24 111:12
118:13 126:14
131:9 167:3,21
176:3 180:25
183:15 184:1,24
185:2,3,5 195:13
195:19 200:3

205:25 206:2
208:9 209:3 213:6
218:4 223:23
224:14 231:23
232:6,7,13,20
234:6 235:3
241:23,25 242:8
242:14 249:2
264:18 269:2
272:1 273:4 276:3
276:24 277:19
279:17,21 280:14
288:25 289:13
291:2 292:19
296:20 297:1,2
300:24 301:10
302:10 304:9
307:2 312:11
313:10 317:24
318:5 320:23
323:14,16,18
324:10 331:17
333:2,3,6,12 334:5
334:18,25 335:1
**answered** 20:12
276:24 277:18
300:24 319:22
**answering** 139:9
232:2
**answers** 16:13
231:12 335:18,24
335:25
**anthony** 165:25
166:1
**anton** 4:8
**anybody** 48:17
56:17 57:16 65:23
78:12,16,20 86:2
103:5,22 104:3
116:4 126:16
136:18 185:4

195:6 203:24
216:12 244:7,14
268:17 324:11
**anymore** 179:5
299:2,5
**anyway** 119:3
**apart** 42:7,13
149:11,17
**apologies** 142:8
172:21 253:22
**apologize** 262:16
302:4
**apparent** 168:14
**appear** 256:11
341:11 342:15
**appearances** 2:1
3:1 4:1 5:2 13:13
**appears** 168:15
252:5 259:10
**appended** 342:11
342:18
**applicable** 337:7
**application** 6:6
121:4,8,17,24
122:3,9 123:7
124:11 132:6
138:13 145:24
266:17,25
**applications** 45:23
121:20 123:18
**appreciate** 304:25
305:19 321:17
**approve** 123:6,8
**approximate**
105:7
**approximately**
16:3 19:18 23:17
23:18 24:17 25:23
27:10 32:16 60:2
60:23 95:23 105:6
251:5

**april** 333:3
**archive** 285:6
**archived** 89:13,14
**archives** 89:17
**arcos** 197:9
**area** 25:8 28:22,23
  47:9 56:5 97:16
  117:10,10 120:11
  128:25 131:22
  140:10 143:10
  145:11 297:6,8,16
  308:2
**areas** 64:6 132:16
  146:20 162:19
  219:19 321:20
**argumentative**
  272:1 304:9
**arnold** 3:4 12:25
**arnoldporter.com**
  3:7
**arrangements**
  267:22
**arrest** 15:25 25:13
  74:19 147:1 191:5
  193:25 206:21
  207:3 268:23
**arrested** 74:12
  179:11 187:14
  195:6 206:5 217:8
  217:10 220:24
  221:6,12
**arrests** 19:17
  100:13 147:6
  167:11 187:14
  199:23 205:21
  249:5 293:19
**arrive** 169:5,24
**arrived** 60:20
**aside** 52:20
**asked** 18:19,20
  20:11 37:12 38:3

47:3 49:1 50:21
  126:16 191:13
  223:19 231:7
  237:24 244:2
  262:14 263:25
  266:18 276:24
  277:17 300:23
  304:11 319:21
  333:6 335:24
**asking** 19:1 50:16
  64:2 68:12,23,24
  82:22 84:18 93:14
  108:17 146:5
  207:23 217:17
  231:3 242:15
  284:8 298:3
  305:16 323:13
**asks** 155:14
  313:24
**aspect** 46:24
  129:14
**aspects** 53:14,17
  53:19 328:20
**assaults** 99:8
  125:10
**assertion** 305:10
  305:11 306:4
**assessment** 6:15
  253:4,8,18 254:4
  294:20 295:2
  297:19
**assessments**
  253:20 254:6
**assets** 124:13
  146:15,16 307:23
**assign** 26:18
**assigned** 23:11
  24:4,25 26:3,14,15
  27:19 28:8 29:21
  30:19,20 31:21
  32:11 33:25 37:19

37:20 44:20,21
  54:12 55:7,12
  59:1,24 60:1 63:6
  76:22 77:16 81:10
  81:15,15,24 82:7
  99:1,14,23 102:19
  102:20,22 103:3
  104:16,20 122:18
  134:22 135:8
  150:17 151:5,7,14
  156:12 158:21,23
  159:6,15 160:9,10
  160:17 161:6
  162:12,24 163:5,9
  163:22 165:16,20
  165:23 166:2,6
  172:9 197:7
  205:17 327:17
**assignment** 24:23
  25:20 27:2,18
  36:6 41:18 161:7
  162:25 163:12
  341:2 342:2 343:2
**assignments** 33:21
  161:11
**assist** 29:3,5 37:13
  38:4 41:25 45:24
  54:20 55:14 75:8
  98:3 197:4,23
  202:17 215:9
**assistance** 46:7,11
  47:16 48:9 189:20
**assistant** 48:19
  52:18 151:23
  152:18 188:13
**assisted** 33:10
  120:18
**assisting** 74:11
  75:13 196:21
  324:3

**associated** 249:5
**association** 255:21
**assume** 15:9 16:21
  53:10 82:11
  205:10 238:9
**attached** 342:7
**attacked** 212:15
**attempt** 16:20
  248:20
**attempted** 78:6
**attend** 257:22
  260:4
**attended** 257:20
  257:23 258:2
**attendees** 258:13
**attention** 292:8
  312:23
**attorney** 17:4
  261:23 281:22
  321:13 339:2
**attorney's** 110:19
**attributable** 78:8
**attributes** 329:5
**attrition** 61:21
**august** 30:13
  76:24,25 203:17
**australasian** 6:24
  261:4,10
**australia** 262:2
**authorize** 342:11
**authorized** 255:10
  255:14
**auto** 25:10,11
  190:5
**automated** 198:20
**automatically**
  183:20
**availability** 71:13
  71:15,17 276:12
**available** 54:20
  73:22 85:3 111:14

211:18 319:11
330:24 333:22
**ave** 340:1
**avenue** 1:22 2:5,9
2:12 3:19,24 4:4
4:18 40:15
**average** 67:6 83:5
279:9,24,25
**award** 46:17
**aware** 52:2 62:25
88:14 96:22
100:23 104:9
123:15,17,20
126:12,13 155:23
156:4 161:12,14
162:15 163:14,15
188:9 194:12,13
200:15,19 201:12
202:21 209:8,11
209:12,17,21
211:3 212:13
217:19,20 223:25
224:3,4,6 226:21
229:1,7,8,14,17,20
229:21,23 230:3
232:11 242:11
245:16 248:5,18
248:24 249:7
250:15 252:21
253:17,19 254:2
268:19 310:25
328:25 330:19,23
330:25 331:18
**awareness** 256:2
**awkward** 50:21

**b**

**b** 200:9 235:19
236:16,21 315:10
316:15,16 333:18
**back** 22:9 27:20
32:5 37:12 41:13

43:12,19 44:1,2
50:20 54:7 59:1
60:23 61:6 62:24
63:16 70:21,23
76:5 77:1,17
88:17 125:6
135:12 136:5
139:12 143:7,14
146:24 147:13
160:6 167:11
181:19 183:3,24
184:3 193:10
197:5 212:11,12
212:19 226:16
237:23 264:11
270:8 281:5
285:16 287:13
319:7 328:18
332:23 340:15
**backfilled** 30:22
**background** 66:17
165:12 199:19
201:4
**backup** 260:15
**bad** 28:25 192:7
205:12,14
**baeppler** 64:21
151:9 152:12
**bag** 300:10,15,16
**ballpark** 19:20
**base** 302:6
**based** 113:11,15
113:15 200:8
232:7,13,22,23
234:6 271:21
295:23 303:12
304:20 307:18,20
313:15
**baseline** 137:5
**basic** 122:8 201:24
202:12 298:1

322:24 323:6
**basically** 24:5 25:2
25:4 28:2 31:9
33:14 41:20 51:9
55:11 56:5 57:6
57:24 74:24 86:19
123:3 132:14
168:18 173:1
198:2 203:24
219:18 225:24
227:14 252:7
266:7 267:20
323:16 336:1
**basis** 84:7 102:14
102:15 103:7,23
109:5 115:13
239:10 262:14
270:20 279:12
294:17
**bates** 6:10,13,16
6:19,21 7:2 203:9
230:12 249:22
253:10 257:1
259:3 263:1
**bearing** 232:12
**beat** 130:7
**becoming** 256:6
319:1
**began** 59:25
**beginning** 6:10,13
6:16,19,21 7:1
43:6,8 143:14
230:12 249:22
253:10 257:1
259:3 263:1
278:10 303:5,9,20
**begins** 235:18
313:13 333:14
**behalf** 2:3,15 3:2,8
3:12,17,21 4:2,6
4:11,16 12:17,19

12:22,25 13:3,6,9
13:11,17,19
269:19
**belief** 146:10
237:3 238:19
320:9 333:24
**beliefs** 68:7
**believe** 37:22
44:18 46:4 71:9
77:2 86:20 92:19
92:23 97:3 99:3
100:7 106:1
116:20 118:18
122:18 123:25
142:11 159:11
160:17 161:5
162:13 166:6
182:14 183:16
195:24 203:21
207:15 210:21,24
213:17 237:5,16
239:7,18 259:19
273:16 276:25
286:17 289:23
293:14 318:12
319:3 330:11
332:3
**believed** 286:9
**believing** 51:8
**bells** 159:25
**benkalowycz**
162:20
**best** 114:25 124:18
130:24,25 131:2
287:25
**better** 242:25
243:3 299:8,8
**beyond** 35:4 102:5
184:8
**big** 71:20 72:1
216:4 227:18

266:20 278:21
**bill** 267:25 268:1,3
**birmingham** 2:6
**bit** 194:3,5 202:14
 210:9 213:12,14
 270:3,7,7,18,20
 304:3 316:4
**black** 210:3,6,7,12
 210:14,15 298:24
 301:12 311:17
**blame** 272:25
**blip** 245:10
**blow** 135:13
**bmv** 199:2 226:5
**board** 191:19
 228:22 229:5
**body** 168:22
 169:12,13 170:10
 170:12,12,22,23
 171:11 176:6
**bomb** 99:20
**books** 219:12
 220:16
**boop** 2:8 12:14,14
**border** 135:19,24
**bottle** 177:2
**bottles** 182:12
**bottom** 132:7,9
 231:9
**bottone** 102:24
**boulevard** 4:8
**bovenzi** 41:24
 44:21 54:9 156:10
 156:11
**boxes** 72:13 95:9
**boyfriends** 182:23
**brandon** 164:23
 164:24
**break** 46:10 59:4
 59:13 107:19
 144:11,13 156:8

206:10 209:16
 224:17 225:1
 269:5 318:3
**breathing** 193:12
**bretton** 3:18
**brian** 32:8 161:22
**brief** 169:25
**briefly** 322:19
**bring** 113:5 115:5
**bringing** 258:20
 274:20 279:3,5,11
 280:10,16,18
 281:15 297:7
**broad** 141:11
 315:14 321:24
 322:7 323:13
 324:2
**broader** 106:17
 218:13 219:1
 305:16 312:12
**broadly** 328:22
**broken** 23:7,8,9
**brought** 39:8,9
 41:24 193:10
 194:6 210:15
 251:3 264:12
 273:1
**brown** 210:11
**brunswick** 14:19
 261:21,24
**brutal** 298:12
**budget** 45:11,13
 45:15,19 46:24
 47:5,7,10 75:1
 83:22 90:17,21
 93:23 122:14,16
 122:18 124:5
 145:17 148:9,9
 264:14,20,21
 265:2,5,20 267:18
 268:6,11 283:18

283:22
**budgeting** 156:5
**budgets** 45:18
 90:14 124:16
**building** 216:4
**bulk** 130:8 132:2
 274:24
**bulletins** 72:18
 107:2
**bureau** 26:3,15,16
 26:18 27:4 28:11
 30:3,8 65:7,12,14
 65:16 96:8,10
 99:4,5,6,11,12,13
 99:16,19 151:14
 218:17 226:6
**burgio** 166:4,5
**burglaries** 25:8,9
 125:10
**burglary** 218:16
**burling** 2:16 13:9
 13:11
**bus** 218:4
**business** 83:10
 86:22 87:1,24
**butler** 6:9 230:6
 230:10 231:1
 333:7 335:13
**buy** 58:10 111:22
 117:25 137:22
 266:13
**buying** 118:1,4
 190:17,18
**buys** 266:14

**c**

**c** 14:10 159:19
 235:19 236:16,25
 262:20 293:14
 315:10 316:16
 333:24

**ca** 2:18 3:6 4:9
 340:25
**calendar** 328:8
**call** 28:5 31:15,15
 31:16 33:14 37:14
 48:24 54:19 58:2
 85:15,16 127:20
 134:7 155:9
 166:19 168:18,23
 170:10 178:20
 189:20,21 202:5,6
 225:12 296:8
**callas** 4:13 13:16
 13:17
**called** 13:25 40:17
 54:6 57:13 95:8
 145:5,8 150:7
 166:18 188:6,21
 197:9 198:11
 214:18 245:21
 250:23 251:16
 257:7 273:10
 293:13,14 295:24
 309:17 329:18
**calls** 23:14 198:15
**calvin** 151:24
 152:1
**calzola** 3:18 12:18
 12:18
**campbell** 3:17
 12:19
**candidate** 22:12
 22:13
**canton** 3:19
**capabilities**
 298:17
**capacity** 80:3 86:6
 90:14 105:12
 137:15 163:18
 200:20

**captain** 29:18,21
32:8,10,12 37:23
38:5,14,16,17,23
39:9 154:9 161:25
162:1,10,11
**caption** 338:21
**car** 23:10
**cardinal** 3:12 13:7
245:25
**care** 325:13
**career** 323:9 324:4
**careful** 44:12
**caribbean** 145:3
145:11
**carjacking** 264:11
**carjackings** 264:4
**carla** 160:15,16
**cartel** 296:25
297:5,7
**cartels** 210:16
274:25 296:17
298:1 300:4 301:2
301:4,11 307:18
**case** 1:8,15 15:16
15:21 19:13 20:4
20:17,20,23 21:1
25:7 31:17,20,21
32:21 33:15,17
51:13 52:2,5,8,13
56:25 95:22
114:19 129:15
130:24,25 131:2
133:13 134:16
137:14 138:24,24
138:25 139:5,5,6,7
139:22,23 167:17
169:6 172:10
178:3,5,22,23
179:13,14,20,20
187:20 191:24
192:11 195:4

196:22,23 197:1,4
197:7 201:13,20
201:21,24 202:7
202:13,16,19
208:16,18,19
212:20 222:2
229:7,9 242:8
281:10 284:16
301:13,14 340:6
341:3 342:3
**cases** 19:22 26:17
26:19,20 53:5
55:14 57:25 58:1
92:19,24 109:5
111:19 127:8,9,10
127:11 131:7
137:2,6,15,18,19
137:21,23,24
138:10,16 139:14
139:18,21,24
140:2 184:16
210:3 215:10,12
221:1 228:8,10
229:1,10,17,20,22
245:24 295:5
**cash** 146:3,8 147:2
148:22,24 149:8
283:2
**categorizes** 329:1
**category** 236:13
236:16,16,21,25
328:24 329:11,14
329:14
**cause** 77:20
210:22 231:20
245:4,6 286:3
319:10 333:8,19
333:20 338:12
**caused** 51:10
206:20

**causes** 65:10
210:23,25 211:2
211:24 240:22
241:4 315:9,13
320:10 334:1
**causing** 209:14
**cell** 307:25
**center** 2:20 42:10
166:6,11 175:9,10
204:12,14,17
**central** 40:18 89:9
89:11 187:19
**certain** 146:18
314:13
**certainly** 242:10
285:3 304:4
310:21
**certainty** 184:2
**certificate** 5:6
338:1 342:11
**certification** 341:1
342:1
**certified** 14:3
**certify** 338:8,19
339:1
**cetera** 334:22
**chain** 38:15
292:21
**chance** 157:22
**change** 31:25
43:10 50:22 84:10
108:13 119:23
140:5 141:9,24
142:10 157:19
173:24 252:7
340:13,14 342:8
343:3
**changed** 25:25
31:18 32:2 33:13
35:18 43:4 58:24
60:17,19 76:15,16

76:23 91:13,15
112:19 119:15
141:5,7,14,15,16
141:17 142:2,12
223:22 252:2
**changes** 37:7,8
143:17 340:12
341:7 342:7,9
**changing** 33:1,5
142:12
**charge** 28:9,11,14
31:2 36:20 37:22
48:20 65:15,16
98:25 99:8 134:20
153:21 154:12
155:19 156:1
160:11,23 231:15
**charges** 181:24
194:6
**charging** 106:20
**charleston** 4:14
**chart** 6:2 94:13,18
**check** 42:5,15
265:20
**checks** 265:21
**chief** 95:14,17,18
109:15 152:5,11
152:17,22,23
154:18 155:2,8,10
155:12,14,18,25
250:19 264:22
**chief's** 77:9 105:20
160:14 166:2
255:12 264:21
**chiefs** 109:2
**child** 240:19,21
241:3,5,8,10
256:12
**child's** 240:23
256:9

**children** 161:2 239:3 240:1,8,9,11 240:16 318:19 335:8
**china** 131:24 132:3 308:16
**choice** 239:3,19,22 318:19 335:8
**choices** 316:21
**chronic** 301:21 302:8
**chunk** 147:12 266:20
**chura** 162:9
**churning** 227:11 227:21
**ciaccia** 77:12 156:25
**circulated** 107:3
**circulations** 293:8
**circumstances** 69:10,14 315:20 317:16
**cities** 113:4 265:22
**city** 1:13 2:3,8,20 6:3 12:10,12,15 14:17,22 17:20 20:22 23:7 28:20 31:4,9 36:22 40:22 48:7 51:3 52:13 56:3,4 61:13 72:16,24 82:7,14 84:3,4,22 85:25 86:1,3,6,8 86:10 89:1,9,11,17 94:13,18 103:9 112:9,10,12,13 126:10,11 141:19 142:1,24 145:9 146:2,11,14,22 148:24 149:3,20

149:21 160:2 162:4 166:24 179:6 191:2 199:8 224:8 231:16 255:19,20 262:11 265:19 273:24 276:22 277:4,6,10 279:3 280:10 282:12,14 292:20 295:21 300:5 308:2 321:22
**city's** 17:15 61:18 82:16,18 84:9 88:10,11 198:14
**city.cleveland.o...** 2:10
**citywide** 294:22 294:23
**civil** 20:23 337:3,7 341:5 342:5
**civilians** 175:17
**clarification** 64:9 226:25 270:3 304:25 305:20
**clarify** 16:20 20:21 50:19 75:20 117:8 149:14 227:6
**clark** 43:12 44:4,6
**classified** 49:12
**classify** 49:18 69:23
**clear** 46:25 108:10 226:19 238:23 280:6 291:7 299:18 310:9 318:7 335:3
**cleared** 190:10
**clearer** 149:15
**cleve** 6:11,13,16 6:19,22 7:2

230:12 249:22 253:10 257:1 259:4 263:2
**cleveland** 1:13,23 2:3,8,9,13 3:19,24 4:4 6:3,12 12:5,10 12:13,15 14:16,22 21:12 22:9,11,14 22:16,19 34:23 35:12,15,17 36:10 36:22 37:1,11 39:14 40:5,8,15,18 40:20,22 41:2 42:24 45:3 48:1,4 48:6,7,11 51:4 54:11 56:5 71:23 74:10 75:16 94:14 94:19 104:14 109:8 124:16,23 125:8 126:4 128:25 131:22 132:23 133:12 134:4,5 142:2,9 143:10 145:9,10 146:12,14 147:12 147:16,20 148:1 148:11 149:3,20 149:21 150:13 160:2,25 162:5,10 162:11 163:8 164:3 165:22 168:12 186:7,16 192:6 199:8 204:16,20 207:9 207:11,13,15 209:10 210:22 216:2,13 223:22 224:2,7 226:20 229:14 230:1 231:4,16 235:6 244:16 248:19

249:16,20 250:5 257:14,16 265:19 267:1,5,5 268:6,10 273:24 276:17,22 279:3,11 280:10 282:12,15 295:21 296:16 297:15,15 297:17 299:14 300:6 309:6,19 310:7,11,12 313:16 321:22 339:7 340:2
**cleveland's** 136:23
**client** 17:4 321:23
**cline** 159:4,5,17,18 159:21,22,24 160:1
**clinic** 215:19 216:4 227:13,19 257:15,16
**close** 66:3,4 136:10 142:4 278:24
**closer** 269:22
**coast** 135:20 136:3 136:4
**cocaine** 57:9 117:3 117:12,14,16 118:4,16,17,20 128:14,24 129:1 141:6,9,24 143:3,5 143:6,16,20,20 189:5,6 210:2 211:19 219:23 241:16 242:12,20 243:1,13
**codeine** 330:11,12
**colleague** 321:8
**collected** 295:24 314:18

combat 35:1
combination
116:21 329:19,22
330:17,20 331:2
331:14,21
come 37:12 38:4
45:20 46:15 48:11
50:6,20 72:13
76:5 79:10 112:8
113:20 114:17
131:19,25 133:20
138:24 146:9,10
160:7 180:22
194:4 220:6
245:18 248:22
254:9,15 266:3
274:23 278:24
279:1 282:22
286:2 299:12
305:22
comers 57:10
comes 47:7 66:3,4
77:8 112:6,7
113:1 114:21
149:11 150:9
187:16 274:24
309:10
coming 42:22
52:10 107:6 132:2
135:15 206:14
227:25 248:6
295:20 334:20
command 35:13
203:23 292:21
commanded 164:3
commander 18:1
18:4 29:10,11,14
29:16,19 32:14
34:6,10,11,12,18
35:10,11,12 36:14
36:21 38:3,10,25

39:2,6,9 48:16,22
48:23 52:9,15
53:2 62:16 63:1
63:13 64:19 65:14
73:8,21 74:1
80:18 81:2 86:7
96:5,10 98:12,24
99:14 101:1,3
102:10 105:12
108:23 109:9,13
109:13 110:7
115:10,20 116:5,8
151:18 152:9
155:3 156:1
160:22 161:16
162:1,11 164:2,3,9
164:15,21,22,25
165:7 173:5 188:9
248:13 257:23
258:20 263:18,24
264:25 274:10
282:7 283:14
292:22 294:4
298:7 310:7
commander's 29:6
78:24 79:10,11
89:16,24 96:19
107:6 151:22
172:2 173:3
188:13
commanders
66:21 155:19
165:2,4
commands 96:11
268:18
commission
339:17 341:19
342:25 343:25
commissioned
338:8

commissioner
325:5,15 331:13
committed 252:22
committee 2:4 7:1
72:17 73:7,9,19
96:21 262:21,25
committees 96:20
committing 25:12
125:17
common 71:2,5,6
129:10,11 185:16
185:17 219:6
290:1,3,12,21
291:4,5,6,13,13
commonly 264:6
commons 3:18
communicate
85:11 87:23
communications
17:3 18:22,24
94:6
communities
192:1 238:25
239:15 318:9
335:5
community 28:6,6
28:15,17 29:24
30:6 51:10 69:7
73:14,17 160:23
160:24 161:2,18
164:18 210:17
257:11 260:13
companies 3:3
company 245:21
competitive 26:7
compile 265:18
294:7 296:7
compiled 293:6
294:9
compiles 122:8
126:10

compiling 296:4
complaint 51:12
51:14 57:8 322:16
complaints 322:12
complete 16:13
46:1 75:4 171:19
173:20 233:16,19
278:19
completed 126:25
294:6,10 338:22
340:15
completely 96:22
241:11,20
completes 122:9
283:4
compliance 55:10
57:23 58:14,22
59:14,22 64:1,11
64:18 134:2,3,6,7
150:24 165:17
197:22 215:7,11
216:16 218:8,19
compliant 59:17
component 316:23
compound 302:10
317:6,24
computer 89:2,6
89:13 90:8,25
174:23 175:5,7,11
176:20 198:11,16
198:18,18
concept 270:11,23
321:2
concern 143:21
concerned 168:6
227:7
concerning 105:24
106:4
concerns 45:12
concluded 336:14

conclusion 286:2
313:24
concrete 243:4
condition 271:8,16
conditions 311:13
318:15
conduct 127:14,16
conducted 64:25
168:3
conducting 106:21
327:2
confer 169:18
conference 6:24
110:18 257:25
258:5,10,16 261:5
261:11,14,16,19
261:21
conferences 262:7
332:4
confidential
106:25 113:24
191:6 265:25
266:2,4,11,12
confused 320:19
conjunction 55:14
connected 202:2
connection 57:4
174:4 187:1 188:1
284:15 320:17
321:1
connelly 1:19 5:4
6:9 13:6,25 14:4
14:10 94:12,24
95:2 121:3,13
230:6,11 263:11
269:13,15 321:10
338:10 340:8
341:4,9 342:4,13
343:20
connelly's 308:6

connolly 3:13
conscious 87:6,13
87:18
consider 304:19
334:23
consideration
42:21 248:15
considered 149:7
consist 23:5 92:15
consistent 38:11
138:20,23
consistently 30:16
87:21 216:23
217:5
constrain 111:10
consult 115:10
186:3 218:19
232:9
contact 168:17,20
247:22 335:17
contacted 255:12
contacting 248:15
contain 54:24
256:11
context 20:6
164:11 290:2
continue 32:23
39:23 86:25 108:4
110:24 117:15
196:16 217:6
245:12,13
continued 3:1 4:1
39:13 245:9
continues 125:8
contrary 176:1
contributed
135:17
contributing
275:24 276:9,14
contributor
317:21

control 47:11
101:8 267:18
controlled 24:10
106:23 112:2
222:25 322:23
323:1,10,21,25
328:18
controls 296:14
convey 83:1
convict 167:23
convicted 226:1
cooperate 101:21
191:4 193:22
cooperation
193:17,21,23
coordinator 45:25
122:17
copies 109:22,25
110:8
copy 105:16,18
281:23 284:11,12
core 315:9
corley 134:20
corner 28:21
58:11
coroner's 79:4,19
170:13
corporation 2:15
4:11 13:9,12
correct 22:17
31:24 32:17,22
39:1 44:3,8 47:21
47:24 48:12 53:13
53:15 54:25 55:2
57:5 59:15 60:12
65:1,2 66:8 71:1
76:4,8 79:15 86:6
86:9,13 91:8 96:7
96:12,17 97:6
98:11 99:18 100:4
103:1 104:2,14

105:2 110:11
118:5 129:22
130:5 133:5,6,8
136:4 137:8 143:4
145:4 146:7
147:14,21 150:2
150:11 151:11
154:4 157:18
161:23 163:19
164:6 171:2,13,22
174:2 176:9 177:8
178:14 181:25
213:24 214:1,4
219:20 231:2,5,6,9
231:12,13,18,24
231:25 232:24
233:6,14,25
234:17,18 235:20
235:21 236:2,9,24
236:25 237:10
238:6,12 239:8,23
240:5 241:21
242:6 244:16
250:24 251:14,17
252:8 253:1 255:6
257:9,19 258:3
259:12 262:3
263:9 265:6,10
266:16,19,21
267:7,10,16
270:16,17 271:24
272:22 273:11,12
273:14,20,24
274:3,6,8,9,11,12
274:22 275:3,4
279:6 281:13,17
283:16,18,23
284:5 285:4,14
286:12,16 287:1
288:9,12,21,23
289:2,5,9,22

[correct - database]

291:24,25 292:3
295:8,22 299:1,5
299:11 300:2
301:18 302:3,12
306:2 308:8,9,11
308:19,25 310:23
313:9,13,20 314:5
314:11,14,15
315:21 316:3,9,11
318:10 320:5,7,21
321:5 322:14
324:19 325:6,11
325:14,16,17
326:18 327:4,7,12
329:7 332:21,22
338:17
**corrected** 122:15
**correction** 225:4
**corrections** 340:12
342:17
**correctly** 210:20
**correlation** 318:24
**correspondence**
335:13
**costa** 4:9
**costly** 111:20
112:22
**council** 255:20,21
262:11
**counsel** 2:15 3:12
4:12 12:6 17:6,16
17:17 18:7,23
52:6 94:6 302:20
312:13 336:6
337:1,10 339:2
**counselor** 59:3
68:10,21 69:3
313:25
**counted** 139:13
**counterfeit** 244:19

**counties** 133:4
**country** 275:7
276:13
**county** 34:24 51:4
51:5 56:4 73:1
79:4,19 102:13,25
103:3,5,20 104:14
132:8,10,11,20
133:4,8,11,14
141:19 255:20
274:21 282:3
338:4 341:10
342:15
**couple** 17:14
18:11 22:8 58:17
60:14 71:20 79:17
79:22 221:11
226:17 277:22
311:7 321:20
**courier** 308:23
**course** 45:2 48:13
49:25 50:17 52:12
66:15 67:6 90:10
128:14 190:10
191:5 227:23
245:15 316:9
323:9 324:4
**courses** 66:25
67:11
**court** 1:1 5:8 16:9
21:25 230:5
262:18 268:21,25
341:7
**courthouse** 39:22
42:11
**courts** 73:12
268:15,18
**cov.com** 2:19,22
**cover** 156:21
218:24 270:10
315:12

**covering** 28:12
205:1
**covington** 2:16
13:8,11
**crazy** 116:16
**create** 90:10,13
276:20
**created** 57:6
166:21,22 167:1
174:4 186:25
187:25 192:13
196:2 288:18
**creates** 188:11
254:3
**creating** 56:13
171:1 254:18
**crime** 23:13 35:7
69:12,16 99:9
125:9,14 126:4,11
126:20,21 127:6
220:9,16,20 221:3
221:13,17,22
222:8,11,14,15,16
222:20,24 223:2,6
223:11 263:20
**crimes** 25:6,12
35:2 98:16,19
101:10 108:18
125:11,16,17,20
199:24 275:17
**criminal** 19:16
20:8
**cris** 200:17,18
**crisis** 61:16 116:11
116:13 154:10
166:23,23,25
202:15 259:20
260:9 276:10
**csu** 28:5
**culture** 211:17

**current** 63:1
110:22 111:8
113:6,7 152:13
154:18 161:7
276:9 327:10
**currently** 14:20
77:15 99:12
160:11,16 162:12
164:20 165:6,15
270:15 274:4
291:9 301:11
324:13 325:18
**custody** 5:7 21:1
**customer** 302:6
**cut** 210:11 265:21
**cuts** 124:5
**cuyahoga** 79:4,19
102:12,25 103:20
104:14 132:8,10
132:20 200:16
255:20 267:8
282:2 338:4
**cvs** 247:2
**cy** 305:8

**d**

**d** 2:17 3:5 158:16
201:1 293:14
**daily** 90:15 204:4
**dan** 1:10
**dangers** 72:19
**daniel** 164:7,8
**dark** 288:3
**data** 177:11
198:20 200:24
251:6 293:9,9,11
293:12 294:12
295:23,25 296:3
309:9,10,10,11
310:1,10
**database** 173:8,10
173:13,17,21

175:19,25 176:7,8
176:12,15 177:21
177:23,25 192:17
194:14,17 196:4
197:8,12,18,21,25
198:25 199:5,9,17
225:14,22,23
293:7 295:4,24
309:16 310:13,15
310:16
**databases** 201:3
225:7
**date** 12:2 16:4
17:13 33:21 70:20
122:4 326:3
335:23 337:11
340:8 341:3,9,19
342:3,13,25
343:20,25
**dated** 6:18 138:14
256:20,25
**dates** 43:24 61:10
**daughter's** 230:22
230:25 313:5
**dawn** 45:25 46:20
122:2 123:10
163:1 283:11
**day** 3:22 12:17
32:11 38:2 45:21
45:21 67:15 74:5
83:3,6,9 184:13
205:2,7,9 215:23
225:15 319:1
321:18 339:7
341:16 342:22
343:22
**day's** 89:23
**dayno** 4:8 13:18
13:18
**days** 18:7 23:24,25
67:9 71:6 83:6

93:7 205:12,14,15
205:18,20 298:25
340:18
**dc** 2:21 3:15
**de** 53:8
**dea** 55:12,15,16
66:21 134:5,9,25
135:10 197:12
218:6 323:2
**dea's** 134:8
**dead** 170:22,23
171:11 176:5
193:11
**deadly** 207:5
**deal** 46:9 56:2
99:24 194:19,21
219:14 240:7
297:11
**dealer** 58:11
125:24,25 129:23
147:1 192:5
222:20 300:15
**dealer's** 190:23,24
**dealers** 55:25 56:8
56:12,15 57:3
125:21 127:1
129:16 140:7
219:22
**dealing** 128:18
202:17 209:5,5
239:12 245:16
306:19 319:16
**deals** 219:15
**dear** 340:10
**death** 37:14 41:14
41:21 56:10 76:11
76:17 168:14,21
188:19 189:23
231:15 240:6
285:23,25 286:9
286:16 290:8

**deaths** 76:8
116:18 141:8
167:7 186:7,16
190:1 233:20
237:12,19 289:21
334:6,8,14
**debrosse** 2:4,5
12:8,9 340:5
**decade** 309:3
**deception** 311:4
**decide** 87:5 114:18
115:8 127:15,18
**decided** 113:9,11
320:3
**decides** 108:15
**decision** 34:16
87:6,14,18 115:2
115:15 185:25
317:22 334:24
**decisionmaker**
46:16
**decisions** 111:3,5
**decline** 334:7
**deconfliction**
201:22 202:8,10
202:11,12,20
**decrease** 71:18
**decreased** 71:14
**decreasing** 71:21
**dedicated** 100:22
**deed** 341:14
342:20
**deemed** 340:19
**defendant** 2:15
4:16 13:6 269:17
**defendants** 2:16
3:13 4:12 269:20
322:17
**defense** 17:15
179:10

**define** 125:13
131:7 324:21
**defined** 227:18
307:25
**defining** 281:25
**definitely** 130:9,14
**definition** 125:15
218:25 219:4
227:17
**definitive** 167:2
**definitively**
167:24 242:14
**deidra** 161:15
**dekatch** 108:22
115:6 136:19
**delegate** 176:19
**deliver** 284:3
**delivery** 337:9,11
**dent** 216:25 217:3
**deon** 155:24
**department** 6:3
15:18,19 24:15
72:5,10 77:6,20
78:6 81:9 84:2
88:2 94:14,19
101:13 124:23
126:2 142:10
150:9 189:11
200:20 211:23
212:14 216:13
229:14 235:7
244:8,11,17,18
248:20 249:4
250:5 255:15
264:13 288:23
309:12,14,19
310:8,11,13
340:22
**department's**
245:16 268:6,11

**departments**
54:14 124:7,14
310:17
**depend** 103:25
**depending** 33:20
42:19 111:20
168:22 178:21
**depends** 84:17
112:20 138:23
139:4 177:4
**deployed** 63:10
**deposed** 14:3
**deposit** 282:24
**deposition** 1:18
12:5 15:11 16:25
17:25 18:4,10
19:12 94:17 121:6
157:17 203:1
230:9 249:19
253:7 256:23
259:1 261:7
262:23 269:18
326:5 336:14
338:20 340:8,11
341:1,3 342:1,3
**depositions** 16:16
**deputized** 35:25
**deputy** 52:14,17
95:14,16,18
152:11,17,22,22
155:8,10,18,25
264:22
**derived** 20:2
**descends** 316:7
**describe** 53:1
117:17 320:14
**described** 20:10
52:14,23 63:17
65:3 199:15
267:19 322:11

**description** 6:1
52:21 63:16
**desk** 254:10
**detail** 330:8
**detailed** 23:22,24
24:2 236:11
**details** 117:18
321:25 325:13
**detective** 24:25
25:17 26:3,4,18
27:4 30:3,8 43:11
43:11 44:4,6
59:18,23 60:1,4,5
60:8,10 77:12
102:19,20,22
134:21 150:25
151:7 152:5,23
155:2 156:12
158:21 159:5
165:13,20,23
166:5 168:20,20
169:2 196:8,19,21
197:1,3,7 202:5,5
202:6 216:15
218:1,18 219:17
228:11 260:14
289:13 324:12
**detectives** 24:7,8
25:5 26:19 33:4
43:9,9 44:14,19,20
44:23 59:1,17
60:22,24 75:2,10
81:10,24 104:19
104:21 114:7,14
114:15 115:5
139:23 169:3
172:6,25 176:14
190:3 191:13
195:1 196:13,16
197:21 198:5
199:11 225:15

268:20
**determination**
181:17 252:18
271:22
**determine** 181:9
235:10
**determined**
252:16
**detour** 289:4
**detox** 188:7
191:11,12 192:20
193:8,14
**develop** 78:7
113:23 126:3
232:19 248:20
281:10
**developed** 114:7
114:14
**devote** 127:19
**diandra** 2:5 12:8
**diary** 88:20,22
**die** 290:21
**died** 234:9,22
287:2
**dies** 168:8,10
**difference** 141:17
178:24 236:15,19
**differences** 175:23
329:14
**different** 40:3 83:6
127:18 130:16
141:3 142:10
183:11 189:24
202:1 235:18
249:6 250:13,14
261:14,16 267:15
278:9,13 279:23
279:24 280:15
282:25 305:11
311:2 313:12
315:16,19,24

316:9,18 317:14
319:8 329:1,5
333:13
**differently** 190:2
211:24
**difficult** 84:4
131:8 167:16,20
226:13 242:7
**dig** 88:17
**digital** 179:6
**digregorio** 79:13
151:21 188:13
**dillon** 163:10
**dipped** 62:3
**direct** 53:3 64:20
64:21 73:4 78:17
292:8 312:22
**directed** 238:6
**direction** 101:3
110:25 111:21
113:19 114:24
115:25 127:4
131:6
**directive** 115:16
116:9
**directives** 116:5
251:25
**directly** 29:10
38:24 48:5 120:17
151:8 155:3,11,12
155:16 175:5
176:16 216:10
228:25 246:25
308:22 324:7
**director** 154:19
**disadvantage**
334:21
**disadvantaged**
239:1 335:6
**disagree** 212:5
305:10 306:3

307:12,15
**disciplinary** 21:5
**disco** 293:14,16
294:5,15 296:12
309:17 310:5,9,12
310:14
**discount** 245:21
245:23
**discover** 234:15
234:16,25
**discovered** 180:2
180:4
**discovery** 179:13
**discuss** 109:5,5
113:3 247:23
248:16 255:25
**discussed** 18:3
52:5,8 110:20
187:1,9 212:3
**discussing** 191:8
**discussions** 248:2
248:8,11
**dispatch** 198:11
203:21 204:12,14
204:16
**dispatched** 169:2
169:4
**dispatcher** 168:19
198:17
**dispatchers**
168:12
**dispatching**
198:15
**dispense** 223:12
332:13
**dispensing** 229:16
230:1 244:4
**distinct** 30:25
316:4,24
**distinguish** 70:2,5

**distribute** 301:16
**distributed** 305:9
**distributing**
298:18 300:5
305:25 306:5
**distributor** 2:15
2:16 3:12 4:11,12
247:23 322:3
**distributors** 51:6
301:5,5,6
**district** 1:2 22:22
23:1,2,3 24:16,20
24:21,24 25:7
26:2,3,11 27:6,7
27:20 28:1,20
29:7 30:4 36:22
101:1,3 156:2
162:13,16,18
164:4,8,14,20,22
164:24 165:4,7
261:23
**districts** 23:8,9
57:18 61:6 100:3
153:13 155:20
**diversified** 129:24
130:1,17
**diversify** 128:21
**diversion** 58:3
213:12,13,15
214:11 217:15
218:6,10,12,20,25
220:9 223:21
224:2,6,11 225:2
244:13 248:12
324:3
**diversions** 213:19
224:12,13
**diverted** 132:1
220:2,11 311:22
312:8

**diverting** 218:22
218:23 223:4
311:6
**divide** 101:13,19
**divided** 267:1,3
**dividing** 31:6
**division** 1:3 6:4,12
14:22 15:2,6 45:3
71:24 75:16 87:22
94:15,20 95:7
101:22 122:10
249:16,20 250:10
250:12
**divisional** 6:13
249:17,21 250:6,8
**divulges** 182:22
**dlugolinski** 158:13
158:14,15
**dna** 180:3 187:7
**doctor** 49:7 58:9
198:8 212:21
214:19,21 215:1,3
215:20 222:17
223:6 227:10,11
227:20,24 228:1,4
228:7 271:18
273:5 311:8
**doctor's** 229:8
**doctors** 51:7 216:6
216:19 217:8,10
217:14 219:8
227:19 228:2,16
228:23 270:14,25
271:9 273:14
311:12
**document** 1:11 6:5
6:12,15,25 19:7,8
51:21 88:24,25
89:20 90:6 121:3
121:7 178:7,9,10
178:22 179:1,3

181:5 196:2
202:23 203:13
204:1 249:15,20
250:1 253:3,8,18
253:21 254:1,9
262:19,24 263:5,7
263:14 266:17
322:8,20,21 336:7
**documentation**
180:6
**documented**
180:16
**documents** 18:9
18:16,19 19:10
89:1,5,9,12,12
90:10 93:10,22,23
93:23,24,25 94:3
106:22 186:25
187:3,6,10,20
254:4,19 284:16
**doing** 28:11 33:14
42:1 113:1 116:6
119:24 158:25
167:14 221:23
227:14 230:22
239:23 253:23
269:18 301:19
313:7 315:5 317:4
325:19 326:5
**domestic** 98:10
**dornat** 155:17
**doubt** 62:4
**downward** 316:10
**drafting** 122:25
**drawing** 317:13
**drawn** 137:16
**drew** 321:1
**drill** 16:16
**drive** 42:23 89:9
89:11

**driver** 130:21,23
  131:13
**driver's** 225:18,24
**driving** 133:12
**dropped** 237:14
  334:11
**drug** 4:11 6:6,24
  20:2 28:22 45:5,8
  46:8 47:8,11,22
  48:10 55:25 56:1
  56:2,15 57:3,8
  58:11 66:21 97:15
  100:16 121:4,7,18
  125:17,21,23,24
  125:25 127:1,8
  128:15 129:3,16
  137:22 147:1
  183:25 185:8
  189:10 190:23,24
  192:5 202:13
  207:10 218:6
  219:22 220:9
  236:5 237:15,20
  239:2 245:22,23
  250:6 251:19,22
  261:4,10 266:14
  268:15,18,21,24
  275:17 278:7,13
  279:10 280:9,11
  280:23 281:14
  282:1 293:22,23
  293:24 294:1
  296:17 297:5,6
  298:1 299:22
  300:14 302:14,15
  303:11,13,14
  304:6,16,20,22
  305:1 306:9 307:6
  308:3 310:19,21
  316:8,25 317:2,17
  320:4 321:2

  329:10 334:11
  335:7
**drugs** 35:1,4,5
  55:1,2,4 66:12
  70:6 71:13 118:8
  118:23 120:2,5,22
  120:23,24 121:1
  125:18,19 128:12
  133:13 190:15,20
  191:1 192:3
  199:23 206:11,20
  206:23 211:18
  220:10,18 235:10
  239:4 240:1
  242:22 252:12
  255:18 256:13
  274:20 285:25
  288:17 315:24
  316:21 317:19
  318:20,25 319:2
  320:21 328:21,23
  329:1,5 333:16,17
  335:9
**drugstores** 220:4
**drummond**
  155:17
**dto** 311:14
**dtos** 281:24 305:8
  305:15,16,24,25
  306:5,18,19
**dual** 158:22
**due** 334:6
**duly** 14:2 338:7,10
**dunn** 150:12
**duties** 81:3,5
  83:22 135:9 282:6
**duty** 28:12 81:16
**dv** 98:9
**dying** 116:16
  167:10

## e

**e** 12:12 14:10 46:5
  159:19 171:10
  201:1 262:20
  316:16
**e.g.** 334:21
**earlier** 49:1 71:2
  119:19 120:12
  149:6 183:11
  184:4 201:14
  213:11,12,18
  219:21 232:25
  236:8 244:2 265:4
  266:17 270:2,12
  284:18,21 286:7
  312:25 320:11
  322:11 325:1
**early** 24:19 30:18
  141:7 143:21,24
  204:25
**easier** 42:21,22
  70:5 306:24 307:1
**east** 3:24 4:14
  30:25 31:2,4,8,13
  31:22 32:6,20
  132:15,25
**eastern** 1:3
**easy** 31:7,10
  117:15
**eboop** 2:10
**economically**
  238:25 335:6
**edit** 144:25
**edna** 160:13,14
**educate** 219:9
**education** 74:7
  77:7
**educators** 257:12
**edward** 95:25
  154:25

**effort** 54:21
  123:23,25 139:13
  139:18,21 210:16
**efforts** 56:23 74:8
  77:7 228:22
  284:15
**eight** 22:24 23:17
  23:19 24:17
  251:12
**eighth** 22:25
**either** 57:20 58:3
  58:25 63:12 89:15
  89:15 125:18
  134:5 163:6
  168:21 178:1,2
  179:7 187:11
  190:4 195:24,25
  202:1 207:5
  212:21 215:19
  240:12 249:7
  257:18 268:17
  283:2 305:22
  307:2 332:3 339:2
**elaboration** 316:5
**electronically**
  283:1
**elena** 2:8 12:14
**eligible** 268:24
**ellis** 4:3 12:22
  160:15,16
**else's** 36:18 37:16
  311:6
**email** 6:9,10,18,20
  79:14 80:21 82:23
  84:1,3,5,9,11,11
  84:13,16,19,22
  85:11,21,24,25
  86:12,15,18,21
  87:6,8,9,14,19,24
  88:3,6,9,12,13,17
  94:3 203:25 204:8

204:18,21 230:6,7
230:10,11,21
231:8,11 237:11
256:19,24 258:23
259:2,10,11
284:19,22 285:2
293:2 335:14
340:17
**emails** 18:12 80:20
83:3,9,10,12 84:6
87:11 94:2 285:1
285:3,6,9,13
**emerged** 143:22
**emergence** 140:10
**emergency** 75:17
75:20 190:5,7
197:2
**emerging** 109:5
111:1 129:2
**employed** 14:21
35:15,16,21 86:8
86:10 124:7
**employee** 86:6
122:10
**employees** 17:20
44:24
**ems** 190:5
**enclosed** 340:11
**encompassing**
189:4
**encounter** 185:8
248:22
**encountered** 49:24
50:9,12,14 185:11
244:18 320:12
**ended** 31:12 33:25
43:19 135:7
143:11 175:25
190:17 259:24
272:6

**endo** 3:2,2 12:25
247:8 269:16
**ends** 139:5,8 148:5
**enduser** 301:12
**enforcement** 6:6
34:7,14,20,22,25
39:12 41:19 43:1
45:5 46:8 47:23
48:10,15 53:23
67:1 68:3 70:1
72:7 73:1,10
101:15,21 102:6
108:2 121:4,8,18
121:21 124:6
146:11,13,18,22
146:25 147:8,16
148:1,11 149:18
188:7 191:12
192:2 198:19,25
199:17,25 201:10
206:15 207:9
220:8 225:7,8
226:23 257:12
267:12 274:11
287:4 288:6
292:13 294:11
303:10 304:5,12
309:20 323:10
330:5,7
**enforcing** 324:5
**engage** 71:24
77:18
**entail** 265:11
**entails** 317:11
**enter** 172:6 175:10
176:14,16,18,24
177:3,3 191:24
**entered** 192:11
342:9
**entering** 176:20

**enterprise** 200:23
**entire** 80:24 133:3
341:5 342:5
**entirely** 57:11
334:23
**entities** 13:1
**entitled** 6:2,5,12
6:15,25 94:13,18
121:3,7 202:24
249:16,20 253:3,8
262:20,24
**entity** 130:12
**entry** 196:2
**epidemic** 270:15
273:19,22,25
274:6
**equipment** 81:16
81:16 82:5,11
111:15,16,16
146:19 149:6
267:21
**eric** 3:5 269:15
**eric.shapland** 3:7
**erik** 12:24
**errata** 340:13,18
342:7,10,18 343:1
**escalated** 209:25
**escaping** 318:13
**especially** 74:25
**esq** 2:5,8,12,17,20
3:5,9,14,18,23 4:3
4:8,13,17
**essence** 219:2
**established** 66:25
**establishment**
45:4
**estimate** 276:20
277:16
**estimates** 276:15
309:1

**et** 1:14 334:22
**euclid** 192:7
**evaluations** 83:24
**event** 259:16,17,21
259:23 260:1
339:3
**eventually** 22:7
30:2,7,24 31:14
43:12 62:2 82:8
84:10 208:3
209:13 210:7
301:7,15 315:25
316:8 320:10
333:16,25
**everybody** 85:13
211:25 212:6,10
250:12 307:24
**evidence** 119:7
170:4,4,5 172:7,9
176:13 177:3,19
180:3 187:8,8
243:5,9,23 286:18
286:22
**evidentiary** 180:4
**evidently** 124:15
263:17
**evolution** 208:1
**evolving** 33:2
**exact** 16:4 17:13
43:24 60:15 61:9
61:10,17,23,24
85:1 91:24 92:6
92:18 193:19
216:22 218:25
234:23 275:9
326:3
**exactly** 32:1 64:8
96:4 110:13 119:9
174:25 200:4
227:2 233:24
234:10 240:3

exam  26:5,7
examination  5:4
  14:1,4 269:13
  321:10
examiner  79:20,21
  170:2,7 177:11
  181:13,16 186:3
  196:9 286:18,19
examiner's  177:6
  177:14 183:8
  286:25
examiners  169:24
  170:1 177:7
example  41:4,8
  49:8 69:21 118:15
  172:3 176:23
  181:23 196:24
  233:23 265:13
  300:9 317:20
examples  235:24
  235:25
exception  133:14
exchange  259:17
exclude  186:19
exclusively  264:15
excuse  23:3 47:14
  51:24 56:9 122:4
  123:16 174:8
  188:20 300:12
  314:20
executed  180:7
  342:10
execution  341:14
  342:19
executive  2:3 7:1
  155:10,10 262:20
  262:24
executives  21:8
exhaustive  187:15
  235:23

exhibit  5:7 6:2,5,7
  6:9,12,15,18,20,23
  6:25 94:13,17
  95:3 100:2 121:3
  121:6 122:21
  145:16,16 202:23
  203:1 230:5,9
  249:15,19 253:3,7
  256:19,23 258:23
  259:1 261:2,7
  262:19,23 292:8
  292:10,12 302:23
  302:25 303:2
  305:6 309:8
  312:23,25 332:24
  335:15
exhibits  5:3,8 6:1
exist  106:9
existed  253:18
expanded  76:19
  77:3
expect  240:22
  264:25
expected  63:7
expects  63:5
expenditure  266:5
expenditures  48:1
  90:23 91:2 283:21
expense  266:15
expenses  45:21
experience  50:17
  125:8 194:20
  208:10,11,18
  213:1 232:8,14,22
  232:24 234:5
  239:12 240:4
  242:20 313:16
  319:16 330:4,5,7
experienced  126:4
experiences  68:5

experimenting
  315:23
expert  148:7
  194:18 218:2,3
  273:11 297:25
  298:2
expiration  341:19
  342:25 343:25
expires  339:17
explain  58:18
explained  107:12
  256:4
explanation  84:24
explanations  85:2
exploit  210:16
explore  183:25
  270:20
explorer  191:24
  192:11 201:14,20
  201:21 202:16,19
exporting  298:17
exposure  200:19
  255:5
extent  17:2 18:22
  68:11 94:5 180:23
  183:15 217:12
  273:13 275:25
  296:22 302:10
  313:24 314:16
  321:4,5
extra  43:17
extracted  173:17
  173:19

f

f  3:21 250:22
face  271:20
fact  52:10 138:1
  140:12 194:25
  233:13 238:4
  269:23 274:4
  277:24 288:10,22

321:1
facto  53:8
factor  275:24
  276:14
factors  128:6
  276:9
facts  313:18,21
fair  29:1 140:21
  193:20 277:21
  323:20
fairly  321:7
fairs  29:3
fake  58:7 271:1
faking  271:8
fall  24:19 100:6
  236:13
falls  166:9
false  237:2
familia  297:9,21
familiar  197:8
  198:10 257:5
  275:16,20 279:13
  322:22 323:18,21
  323:24 328:19
  329:13,17 330:1
families  256:6
family  68:16,21
  69:1 125:23
  169:20 170:9
  182:23 197:2
  214:16 252:20
  287:21 288:2,5,7
  292:4 314:10,13
  316:25 317:2
  318:25
far  42:7,21 59:1
  139:12 161:20
  165:9 168:6
  183:24 184:3
  188:4 216:5
  219:13 227:7

**[far - focusing]**

263:12 283:12
285:16 287:12
307:22 312:4
**faster** 194:5
**fatal** 65:8 79:1
169:4 181:13
188:4 192:5,10
194:1 196:15
199:20 205:16
287:19,20
**fatalities** 209:15
242:9
**fatals** 56:23 77:3
205:4
**fay** 164:7,8
**fbi** 34:22,23 35:11
35:13 36:3,8
48:20 98:19 112:8
114:21 116:2
135:18,25 261:22
267:14 283:4,4
**federal** 34:24
39:21 42:11 47:13
47:14,15,17 48:2
48:18 54:15 105:4
105:9 135:16
150:8 199:7
201:17
**feel** 51:7 158:2
242:25 243:3
320:3
**feelings** 68:7
**felony** 26:17
**felt** 57:20 191:15
**fentanyl** 20:5
56:13 69:23 70:7
116:14,15,19,21
117:1,2,12,23
118:1,2,5,9,10,16
118:22 119:13,18
120:5 128:13

129:14 130:18
131:18,21,25
132:1,2 207:6
208:4 210:11
233:23 237:15,20
242:11 245:3
255:5 273:23
304:18,19,24
308:3,7,17,22
309:2,24 334:12
334:12,14
**fiduciary** 48:5
282:13
**field** 95:15 100:2,6
155:18 174:8,11
174:13 175:24
176:6 192:13
260:19
**fifth** 165:6
**fighting** 307:10
**figueroa** 3:5
**figure** 19:21 42:14
64:6 72:4 185:22
289:4 317:10
**file** 173:2 179:20
179:22 187:21
196:22 226:5
281:9,16,21,23
**filed** 51:13 52:13
322:13
**files** 139:23 187:24
187:25 188:3
203:10 281:2,7,18
283:8 285:6
**fill** 171:20
**filled** 37:23 38:2
172:14
**final** 185:25
299:15 320:8
**finally** 334:16

**finance** 110:23
111:9,9
**finances** 61:18
**financial** 61:16
**find** 25:11 88:6
119:7 128:15
181:22,24 182:3
190:14 195:4,8
286:11 300:6
340:11
**finding** 193:24
**fine** 224:19,20
290:15 303:17
**fingerprint** 180:1
187:8
**finish** 158:6
274:16
**finished** 44:10
**firearm** 16:1
**firearms** 127:10
**first** 14:2 22:18,19
30:19,20 47:3
50:24 52:14 60:20
76:23 121:12
125:1,7 126:17
128:11 136:25
144:4 145:20
148:6 159:15
164:8,21 168:5
182:8,10 188:21
195:22 204:25
209:17 212:13
217:3 230:17
236:4 250:21
264:2 269:25
270:10,22 289:24
294:21 303:18,18
315:17 328:6
331:24 338:10
**fist** 206:15,15

**fitzpatrick** 134:22
134:23
**five** 44:18,19,23
67:8 83:7 88:7,12
131:11 133:18
140:25 216:20
244:24 295:18,19
312:14,15 326:13
326:19
**fixed** 85:17
**fka** 3:3
**flag** 69:4
**flood** 28:23
**floor** 2:12 3:5
122:19
**fluctuate** 85:3
**fluctuated** 33:19
**fluid** 33:6
**focus** 25:9,11 33:3
35:3,5,6 65:24
71:11 87:10
108:23 111:6
112:24,24 117:10
117:15 119:13,20
120:4,8,10 124:21
129:13 130:4,9
131:1,2,4 133:15
141:5,7,15,16,17
141:23 142:1,9,12
143:19,23 165:8,9
202:14 274:18
297:21
**focused** 56:23
57:11 67:11
116:24 129:13
141:6 259:9
**focuses** 101:2
117:15
**focusing** 33:4
111:6 120:2 262:4
306:20

[folder - front]                                                    Page 20

**folder**  285:8
**folks**  301:20 311:8
**follow**  26:19 57:19
  57:24 114:19,23
  115:3,22 130:12
  133:13,16 137:22
  140:11 179:3
  212:23
**followed**  212:20
  218:17
**following**  138:2
  244:1
**follows**  14:3
**force**  15:18 19:13
  20:20 24:24,25
  25:3,4,22 27:6,9
  28:4,8,13,15 29:25
  30:6 34:7,15,20,22
  34:22 35:11 36:7
  36:14,20 39:13
  41:19 42:4 43:1
  45:12,15,17 46:24
  47:4 48:3,15
  53:23 55:12,16
  64:25 68:3 70:24
  70:25 75:1 80:15
  80:18,25 81:2,8,25
  86:4,7,12,22 87:1
  87:9,10,12,24,24
  91:5,6,7,10 96:16
  97:10,12,18 98:16
  98:18,20,25 102:3
  102:4,4,5,20,21,23
  103:3,7,12 104:12
  104:17,20 105:12
  105:14 107:9
  108:2,5,14,15,22
  109:2,13 110:25
  111:17,22 114:8
  114:11,19 116:22
  117:11,20 120:15

121:21 124:22
  126:19 132:15,15
  132:21 133:1,1,3
  134:6,7,22 135:1,9
  135:18 136:8,22
  136:24 141:20,21
  141:24 143:1,15
  143:22 144:7,8
  145:2,3,13 147:6,7
  147:11 148:17,19
  149:4,22 154:13
  156:18 163:22
  164:1 249:9
  261:24 265:5
  267:2 274:11,14
  282:11,13 283:15
  283:18 298:9
  309:21 310:10
  324:8 325:4,10
  327:1,18 330:16
  331:5,13
**force's**  143:2
**forces**  102:1,9,11
  103:15 110:25
  132:22 147:23
  148:4 310:19
**foregoing**  338:16
  338:21 341:13
  342:18
**forensic**  99:10
**forge**  222:24
**forged**  219:15
**forgery**  218:21
**forget**  262:15
**forgot**  262:17
**form**  15:4 39:19
  44:16 49:14 70:10
  71:16,18 81:11
  92:16 111:11
  118:12 128:20
  137:13 139:15

141:12 171:18,25
  172:1,2,12,13,16
  172:24 173:3,6,7
  176:2,8 178:15,20
  178:21,25,25
  179:1,4,8,23,23
  186:12 195:9,13
  195:18 208:8
  209:2 213:5
  229:18 232:5,21
  234:1 235:11
  238:7,17 239:11
  240:25 241:7,22
  248:23 269:1
  271:4,25 272:23
  273:3 274:7
  275:14 276:2,23
  278:15 279:19
  280:12 288:24
  290:10 291:1
  292:18 296:1
  297:24 299:15,22
  299:24 300:1,13
  300:17 301:25
  302:9,17 304:8
  307:11 308:13
  311:15 312:3,10
  316:2,12 317:5,23
  320:6,22 330:11
**formal**  52:20
  55:19 102:1,3,5
**formally**  203:9
**format**  179:6
  296:8
**former**  153:12
  154:7,18 156:1
  161:25 162:1,4,11
  165:11,12
**formerly**  163:9
  164:21 166:2

**forms**  179:9
**forth**  77:1
**forward**  173:2
  340:15
**forwarded**  172:1
  175:8
**found**  70:7 176:23
  177:2 180:5 287:5
  287:7
**foundation**  257:15
**four**  17:6,8 24:22
  43:8,9,9 44:3 84:5
  85:18 86:17 139:4
  139:4 184:14
  205:18
**fourth**  22:21 23:2
  23:3 24:16 27:20
  27:25 30:4 164:24
**franciscan**  21:21
**francisco**  2:18
**franklyn**  165:18
  165:19
**free**  158:2 341:14
  342:20
**freely**  271:24
**frequency**  49:25
  118:7 291:16
**frequent**  235:2
  328:15
**frequently**  81:2
  206:6 235:3
**fresh**  178:6
**friday**  204:25
**friend**  214:12
  221:14 230:25
  292:5 313:5
**friends**  68:16,25
  182:23 230:22
  256:6 287:22
**front**  2:17 138:7

fueling 274:5
fugitive 97:9
  154:13 163:22
fugitives 97:13
fuli 2:7
full 14:8 16:13
  278:17 322:20
fully 193:21
  331:17
function 41:16
  44:15 80:4
functions 146:18
fund 45:17 47:23
  48:10 121:18
  146:3,11,14,15,17
  147:3,8,9,16,19,24
  147:25 148:2,11
  148:15,20 149:1
  149:12,18
funding 82:9,16
  82:18 112:4,6,7,8
  150:6,7,8
funds 81:25 82:2,3
  112:11,13 145:21
  146:9,17 147:5
  148:20 265:25
  266:2,4,7,11
  282:20
funneled 47:19
  146:24 283:3
further 37:7 316:5
  338:19 339:1
fusion 166:6

**g**

g 46:5 158:16
gain 272:3
gained 234:5
gaining 272:5
gallagher 161:4,5
gang 28:21 33:4
  65:20 66:6 97:4,5

127:6,6 145:3
153:22,25 154:2
160:10
gary 6:18 18:1
  256:20,24
gateway 200:1
  225:9,16
gather 119:7
  166:13 167:8
  169:19 190:12
  232:14
gathered 191:23
  232:15
gathering 194:24
  195:2 257:11
gcallas 4:15
general 51:11 52:4
  58:20 67:21
  106:10,17 117:18
  117:19 199:16,16
  255:15 260:10
  262:8
generally 15:23
  23:4 51:1 68:25
  116:18 157:16
  180:14 181:1
  186:10,18 219:24
  219:25 234:12
  241:19 268:25
  269:3 327:8
  328:25 329:17,24
generate 194:17
generated 243:23
generic 330:11
geno 134:20
geographic 258:5
  258:6
getting 76:18 84:6
  84:13,15 89:22
  118:2,4,10,17
  192:19 193:17

214:23 218:24
219:11 220:6,12
220:13 269:22
gianna 3:18 12:18
giannac 3:20
ginell's 63:1
gingell 6:18 18:2,4
  34:18 38:10 39:2
  39:3 48:16 52:9
  52:15 53:2 62:16
  63:13 64:19 65:15
  73:8,21 80:18
  96:5,10 98:13,24
  109:9,14 110:7
  115:11,20 116:5,9
  152:9 155:3 173:5
  256:20,24 257:24
  258:20 263:18,24
  264:25 292:22
  310:7
giu 153:21
give 14:13 16:13
  49:8 51:21 60:14
  61:9,24 66:16,18
  67:25 69:21 70:20
  72:13 75:9 83:5
  91:24 92:6,17,20
  92:22 93:12 94:11
  108:23 128:9
  139:2 157:22
  167:2 190:22
  193:19,20 200:2
  221:4,8 223:18
  226:3,10 229:4
  234:23 235:3
  241:1 243:17
  272:19 277:12
  279:24 280:14
  298:3 303:23
  322:10 325:23
  326:20 337:1,10

giveback 72:12,23
given 63:17 71:22
  106:3 159:23
  248:15 252:4
  278:2,12 279:11
  292:15 338:13,18
gives 46:12 116:5
  214:12
giving 33:25
  115:15 222:3
  235:23,25
glancing 263:14
glitches 84:9
go 13:21 16:15
  21:20 29:2,5 42:5
  43:19 58:8 61:19
  66:21 88:16 89:21
  90:19 94:24
  114:24 124:1
  129:4 131:5 132:7
  137:21 139:7,12
  141:13 144:12
  147:3,8,15,18,23
  157:8 160:5,6
  161:2 171:12
  172:16,20 175:21
  176:11 179:13
  182:6 183:3,18,20
  189:8 192:20
  193:15 195:13,19
  197:2,22 207:4
  215:1,22 225:5
  226:16 229:19
  238:11,15 250:18
  260:1 261:15
  264:20 266:24,25
  273:4 279:20
  284:9 287:13
  289:3 297:3 301:8
  311:8 328:5
  332:23

**goal**  207:3,3,4
**goes**  123:10
128:12 171:5
263:18 268:6
285:17 293:13,15
316:14
**going**  16:15 17:1
18:5,6 28:25 32:5
43:24 53:21 61:23
63:16 64:4 68:11
68:14,21 69:2
76:23 77:17 81:21
108:4,16,19 111:1
111:21 113:10
114:2 117:25
128:17 131:14
135:15 138:11
139:24 143:14
144:24 158:4
179:25 180:23
191:11 211:17
212:11 215:1
224:17 225:6
237:23 239:24
260:11 268:21
269:25 270:1
274:14 278:1,21
281:19 311:11
316:16 321:8,18
321:19 328:18
331:3,15,15 336:3
336:4
**good**  14:6,7 59:6
107:18 114:19
140:20 157:14,15
165:12 193:7,13
247:21 298:21
321:12
**gorsek**  165:25
166:1

**gotten**  112:11
298:21
**government**  21:8
67:1 201:17
**graduated**  22:3,5
22:11,12
**grand**  106:22
179:15,16
**grandma's**  58:8
**grandmother**
213:25 237:8
**grant**  45:23 46:1,7
46:8,11,12 47:15
47:16 48:9 63:1
81:25 82:2,3,9
112:7 121:17,19
123:7,18,18 137:3
138:16 145:24,25
146:5 148:25
150:2,6,6 265:7,8
265:9,12,14
266:16,17,25
267:4 277:23
283:5,7,9,13
**grants**  45:16,17,19
45:20,24 46:6,15
46:17 47:6 48:10
122:17 150:4
**gray**  4:17 13:23
**great**  274:5
**greater**  56:5 125:7
127:22 131:21
145:10 297:15,15
297:17
**greatest**  302:15
303:13 304:15,16
304:22 308:4
**greedy**  298:14
**gretchen**  4:13
13:16

**grew**  60:22
**ground**  142:18,25
**group**  25:5 29:6
34:24 55:16 56:6
73:9 97:25 98:1
99:23 195:3
211:20 215:11
218:6,9 228:2
263:12 278:18
**grow**  275:2,2,5
**growing**  275:10
276:7 316:24
317:3,17,20
318:25
**growling**  144:23
145:1
**grown**  275:13,23
**growth**  275:18
**guard**  22:8,10
135:20 136:3,4
**guess**  39:15 48:7
52:18 57:1 64:3
66:2 72:6 76:23
88:9 120:10
138:11 144:9
155:9 181:12
188:12 218:18,24
226:24 227:16
241:8 281:19
312:12 323:11
**gun**  82:12
**guy**  151:18 156:15
**guys**  29:6 43:17
144:19 174:24
179:2,4 191:9
260:22,23 322:10

| h |
|---|

**h**  46:5 54:8
**h.d.**  246:19
**half**  42:12

**halfway**  158:5
**han**  2:20 13:8,8
**hand**  171:23
172:14 175:3,6
284:3 339:6
**handful**  326:16
**handle**  25:5 29:8
189:18 190:1
215:8
**handled**  26:22,24
189:25
**handles**  64:2
132:16 152:9
**handouts**  258:15
**hands**  24:6 194:19
**handwritten**
174:20,23
**happen**  36:4 40:24
76:21 77:23
115:18 127:17
229:3 273:2
**happened**  27:12
30:10 34:4 42:9
74:5 118:6 190:9
190:13 191:2
194:11 195:5,7
205:19 207:1
251:6 290:16
**happening**  42:6
73:16 113:4
133:15 142:17,19
217:20 229:2
256:5
**happens**  147:5
168:5 171:25
172:23 289:25
**hard**  83:5 91:24
93:12 116:12
179:2 206:15
242:13 279:17,21
312:11

**harming** 221:21
**harold** 6:18,20
　95:20 152:4,23
　256:20,24 258:24
　259:2
**hats** 41:20
**haven** 154:11
**hayden** 4:17 13:22
**hayden.miller**
　4:19
**head** 6:23 18:15
　46:19 50:4,7
　66:20 67:20 72:20
　80:3 81:17,21
　113:18 115:24
　128:10 157:24
　166:15 173:12
　187:17 232:4
　246:18 256:17
　260:2 261:3,8
　331:4
**headed** 241:15
**headquarters** 15:7
　40:6,9,19,21,23
　41:2
**heads** 108:24
　109:1,14,18
　265:15
**health** 3:2,12 13:7
　68:12 212:25
　245:25
**hear** 22:1 195:10
　195:20 213:10
　314:9
**heard** 126:8
　197:10,13,15
　200:4,11 201:8
　212:24 213:8,9
　215:15 245:23
　246:10,17,23,24
　247:18 297:10,14

297:22 300:20
　320:20
**hearings** 21:5
**hearsay** 313:22
**hearts** 193:11
**heartsong** 45:25
　46:4,20 122:2
　163:1 283:11
**heavier** 238:24
　318:8 333:17
　335:4
**heavily** 132:10
**heffernan** 32:8,10
　32:13 38:6,16,23
　39:10 161:22
**held** 205:6
**helmick** 3:18
**help** 18:17 58:19
　58:20 99:24
　101:10,11 189:22
　191:14,19 206:16
　206:16,17 243:3
　263:15 279:16
**helped** 28:19
　153:17
**helpful** 139:11
**helps** 151:18
**henschel** 4:21
**hereinafter** 14:2
**hereunto** 339:5
**heroin** 20:5,16
　37:13 41:14 56:8
　56:10,13 57:9,15
　69:22 70:6 116:21
　116:24,25 117:23
　117:25 118:2
　119:5,12,13,17
　120:5 128:13,23
　129:1,14 130:6,18
　130:22 131:2,3,15
　131:19,20 137:2,6

138:10,16 139:21
　140:7 141:5,7,10
　141:24 143:5,6,16
　143:20 167:6
　181:23,25 182:8
　182:25 183:9,22
　183:24 184:7
　188:19,21,23
　189:3 205:1,18
　207:6,20,22,25
　208:3,6,12,12,15
　209:14,24 210:4,7
　210:8,11,11,13,15
　211:19 213:2
　219:23 231:15,21
　233:22,23,25
　234:21 235:19
　236:12 238:12,16
　238:21,24 239:5
　240:2 245:3,3,13
　257:8 273:23
　274:5,23,24 275:2
　275:25 276:8,10
　276:12,16,21
　277:4,5,10,25
　279:2,10 285:22
　287:12,16 288:11
　288:14 292:14
　294:21,24 295:6
　295:17,20 296:15
　297:7 298:18,22
　299:8,13,20 300:5
　300:10,15 301:3
　301:13,17 302:13
　303:12 304:20
　305:2,9,25 306:5
　306:11,19,20
　313:11,13 317:22
　318:8,21 319:13
　319:25 320:5
　333:8,14,23 334:6

334:13,15,19
　335:2,4,10
**hey** 115:16,24
　320:13
**hidi** 37:15 42:16
　44:15 53:25 54:1
　54:2 56:9 57:6,20
　63:25 65:9 76:3
　76:13 80:3,6
　102:4 103:18
　104:5,8,9 151:5,8
　152:14 153:10,18
　154:4,8 156:22
　158:23 159:5,6,9
　159:15 165:20,23
　166:18,18,20,21
　167:4 168:2,24
　169:1 171:14,18
　172:13,16,23
　176:7,11,14
　177:20 178:15
　179:23 180:13,21
　181:4 184:17,20
　186:4 187:2 188:1
　194:7 231:17
　260:22,23
**hidta** 47:8,25 54:8
　88:15 97:14,15,24
　97:25 98:1 191:25
　201:18 205:22
　248:25 249:11
　254:4,12 284:19
　284:22,24 285:2
　285:19 288:10
　291:17 294:13,14
　295:3,4,25 296:2
　302:15 305:3,7
　306:6 309:10
**high** 21:20,21 22:3
　22:5 28:22 47:8
　97:15

**higher** 143:10 239:1 294:23 335:6
**hindsight** 212:16 212:17
**hired** 22:13
**history** 183:4,12 183:13 233:6,7,10 233:14,16,19 242:10
**hit** 87:17 226:12
**hitting** 116:11
**holby** 163:4
**hold** 224:18
**holdings** 3:4
**home** 125:22,24 258:21
**homeland** 55:7 95:8,12,16 96:9 99:16 135:19 152:6 158:24 166:10
**homicide** 160:12 163:9
**homicides** 99:7 125:10
**honest** 313:8
**honestly** 307:3
**honesty** 184:2
**hope** 223:14
**horrible** 73:13
**hospital** 168:22 169:7 190:3 193:6 206:12
**hospitalized** 206:9
**hospitals** 191:16 214:6 219:8
**hotbed** 162:18
**hotel** 54:7 55:22 97:25 98:2 102:21 156:14

**hotels** 56:1
**hotspots** 28:19
**hour** 203:22
**hours** 17:8,14 228:15
**house** 57:15 182:12 202:2
**household** 317:17
**how's** 156:8
**hugh** 80:1
**huh** 93:8 145:22 231:22 251:23 293:25 326:7
**hundreds** 192:24 232:25
**hungry** 142:3
**hurt** 259:25
**hurting** 221:21
**hydrocodone** 329:19,22 330:10 330:17,20 331:2 331:14

**i**

**idea** 192:25 294:25 300:18 306:9 309:5
**identification** 94:22 121:10 203:4 226:10 230:14 249:24 253:12 257:3 259:5 261:12 263:3
**identified** 50:23 73:13 127:7 235:17 278:16,17 297:19 303:12 305:8,15,17,25 306:4,13,15 308:4
**identifies** 323:2

**identify** 12:6 167:21 256:12 288:16,20 323:4
**identifying** 167:19 172:8
**ii** 251:21
**illegal** 54:24 58:10 127:9 181:14 220:12,17 224:12 224:13 311:18 312:6
**illegally** 49:13,21 50:10 55:3 58:3,5 58:10 216:6 218:23 228:17
**illicitly** 208:25 209:5
**imagine** 100:11 282:18 311:24
**immediate** 286:1
**impact** 97:4 224:8
**impedes** 68:13
**implicate** 296:25
**important** 191:7
**importation** 120:7
**imported** 277:10
**impression** 243:7
**improperly** 229:15,25
**inaccuracies** 254:21
**inaccurate** 123:19 335:19
**inbox** 285:12,16
**incident** 174:5 200:8,12 206:13
**incidental** 289:8
**incidents** 203:22 214:9,14 215:4 233:4

**include** 26:20 65:17 91:2 97:17 106:13 140:17 174:14 184:11 186:10,19 196:4,6 196:7,8 218:12,14 252:12
**included** 106:19 124:10,12 188:8 189:1 192:17 286:15 340:13
**includes** 104:12
**including** 62:8 124:16 125:9 128:13 205:4
**income** 238:24 239:15 311:11 317:1 318:8 335:5
**incomes** 311:11
**incomplete** 335:19
**incorporated** 342:12
**incorrect** 234:2
**increase** 62:14 140:1,13 210:12
**increased** 91:16 91:17 124:13 241:18
**increasing** 295:7
**incredibly** 307:7
**index** 5:1,3 6:1 8:1
**indicate** 277:3
**indicated** 184:9
**indicating** 340:13
**indicator** 277:1 317:21
**indicators** 276:19
**indictment** 130:13
**indictments** 293:19

**individual** 23:10 77:10 111:19 204:24 212:8 239:3,18 252:21 265:15 266:1 281:21 289:21 292:1 299:21 315:5 316:17,19 317:3 318:4,19 321:1 334:23 335:8

**individual's** 287:14,15

**individually** 240:17

**individuals** 68:24 207:5 272:22 274:20 316:20 320:12,18 327:25

**industries** 4:7

**industry** 311:5

**influx** 135:15 145:10

**inform** 113:6 115:14

**informants** 114:22

**information** 57:18 68:13 72:18 74:4 74:7 77:7,8 83:1 100:23 101:25 106:18,23,24 113:12,22 114:20 122:8 123:9,10,19 130:11 152:11 153:5 157:1 167:22 168:19 169:20 173:1,16 173:25 174:14 175:18 176:25 177:11,14 178:4 180:1,2,5 182:16

182:22 187:11,13 190:13,16,19,21 191:23 192:1,8,10 192:16 195:8 197:24 198:7,17 199:3,4 200:17 201:11,19,22,24 206:19 224:10 225:25 236:11 244:3 258:14 260:10 264:16 272:5,8,14,17 277:1,8,13 281:15 282:5,20 286:14 287:25 288:1 289:14 291:16 292:21 293:15,17 294:14,16 295:1 296:7,11,12,23,24 298:5 310:6,14 313:4 314:1,18,22 315:6 322:10

**informations** 113:15

**informed** 53:4

**inhaled** 299:25 300:1

**initial** 282:23

**initially** 29:13 42:9 44:19 76:16 116:21 117:4

**initiate** 115:3

**initiative** 54:9 55:13

**inject** 299:11

**injured** 211:7

**injury** 319:9 333:18

**innocent** 256:11

**input** 327:6

**inspect** 54:23

**inspectors** 54:22

**instance** 221:9

**instances** 270:25 289:21 317:14 319:19 320:18

**instruct** 68:14,22 297:1

**instruction** 337:2 337:10

**instructions** 94:2 94:9 106:3

**instructor** 67:4

**intel** 166:13

**intelligence** 99:22 99:23 113:16,17 113:20 166:8 167:9

**intended** 184:10 235:22 260:7

**intensity** 47:8

**intensive** 97:15

**intent** 313:2

**intentionally** 241:9

**interact** 42:17 80:17 87:20 134:9 151:25

**interactions** 151:15

**interdict** 54:23 55:4,25 120:21

**interdiction** 54:7,8 54:18 55:22 98:1 102:21 120:13,18 120:19 153:17 154:8 156:14

**interest** 6:8 202:24 203:2,17,19,20 204:24 310:22 321:7

**interested** 191:11 339:3

**interjecting** 274:17

**internet** 217:16

**interpretation** 198:3

**intervention** 154:10

**interview** 180:10 182:18,22 234:14 287:18,21,23 326:1,3 327:2,15 328:3

**interviewer** 327:15 328:12

**interviewing** 193:4 232:17 243:10

**interviews** 30:23 180:11 187:13,14 232:18 234:3 272:4 315:3 326:9 326:12 327:9,24

**introduce** 13:15

**introduced** 143:10 210:4

**invading** 68:20

**invasion** 125:22 125:24

**investigate** 56:12 56:17 57:8,21 63:25 72:7 76:10 98:2 99:7,8 108:18 111:19 120:7 127:5 133:7 133:9,25 137:16 138:2 167:6,11 181:8 214:9 273:5 274:19 278:22 287:13

**investigated** 57:3
137:2,7 215:4
216:8,20 228:7
278:24
**investigates** 65:9
**investigating** 56:7
100:10 116:23
129:17 131:19
133:3 181:21
192:2 196:5,22
216:23 218:10
228:12,14,16
244:12 288:14
**investigation**
37:14 55:8 65:9
66:18 70:11 71:3
74:14 76:17 99:10
104:1 111:20
112:21 113:13
115:4,12 117:22
119:6 126:25
127:14 128:4
130:5,21,23
133:10 142:21
144:5 153:22
168:3 170:2 179:8
180:9,15 181:6
183:16,19 187:2
188:1,20,22
189:12,19 194:8
195:7 196:17,25
251:12 266:1
278:6,9,14,20,25
280:24 289:7
314:17,19,23,25
315:6
**investigations**
41:14 53:7 55:11
56:10 57:22 63:18
63:23 64:3,25
70:14 71:7 75:5

76:8 91:17 99:6
100:11,17 101:12
102:15 103:18
104:5,8 105:24
106:17,21 110:22
112:21 113:7,8,10
115:14 116:25
117:19 119:4,10
127:3,19 131:12
131:13 133:19
134:2,8 141:6
142:15,16,25
143:25 144:3
153:24 154:1,5
158:14 166:12
170:1 184:17,20
201:4 205:22
217:22 224:11
231:16 240:6,15
246:25 250:7
261:25 277:25
278:6 285:20,23
296:24,25 313:19
**investigative**
74:13 179:3
180:24,25 187:3,6
187:24,25 188:2
267:23 281:9
296:22 325:19
**investigator** 75:7
135:20 179:18
186:4,5 266:2
273:8 326:23
**investigators**
41:21,22 57:19
113:23 135:21
140:8 169:24
170:2 179:19
192:9 197:23
202:4 248:12

**invited** 261:20
**involve** 19:22 94:5
286:9 315:19
325:10
**involved** 20:9
33:22 37:14 38:14
41:14 42:25 49:20
51:7 53:13,16
54:17 56:10 65:11
68:2 70:14 72:11
72:14 74:11,19
75:17 76:7 77:11
77:21 97:20,24
98:5 100:19
120:16,23 121:23
122:25 126:6
127:7 128:4
133:19 136:15,18
142:14 149:25
156:18 167:12
180:8 184:21,22
185:23 187:10
194:24 195:1
196:18 207:9
226:22 228:8,9
229:1 231:15
240:7,15 241:16
248:1,7,10 257:13
260:17,20 285:22
296:23 322:4
**involvement** 46:23
64:12 74:6,16
75:24 76:2 80:5
122:1 152:7
153:23 154:14,21
155:21 160:18
161:9 162:14,17
163:13,16,17,23
164:16 166:12
268:14 324:5

**involves** 17:3
296:22
**involving** 127:9
143:25 144:5
245:24 246:25
252:12
**ipds** 309:9
**irs** 135:20,24
**issue** 43:20 85:5
128:13 136:7
212:12,15 216:5
255:4 260:18,19
335:14
**issues** 53:5,6 83:22
83:23,25 90:21
132:16 151:19
152:8,25 154:15
154:21 158:10
161:9 180:24
245:17 254:25
336:5
**item** 124:5 145:20
250:21,22
**items** 6:7 180:5
202:24 203:2,16
203:18,20 204:24
256:10 264:14,20
264:22 265:14
268:2 285:8
315:12

| j |
|---|

**j** 2:12
**jacket** 179:13
**jackson** 4:13
**jacksonkelly.coml**
4:15
**jag** 47:15
**jamaica** 145:13
**james** 154:6 162:9
**janssen** 4:2 12:22
246:13

jennifer 4:3 12:21
79:13 151:21
156:25 188:13
jennifer.steinmetz
4:5
jjohnson 3:16
job 22:19 23:4
24:9 26:11,13,16
33:13 37:10 56:11
82:23 86:4
jobs 22:7
joe 156:11 261:22
joel 3:14 13:5
joellen 155:5,6,7
john 3:9 13:2
150:23,24 158:14
159:4,5,21,22
321:13
john.lavelle 3:11
johnny 160:21,22
johnson 3:14 4:2,2
12:23,23 13:5,5
160:21,22 246:12
246:12
joined 22:7 80:15
joint 102:10 112:9
jones 3:22 12:17
161:15 202:6
jonesday.com
3:25
joseph 41:24 54:9
156:10
jr 3:9
judge 1:10
judgment 127:20
july 24:17 30:13
339:17
jumping 270:7,8
285:19
jurisdiction
201:23 202:1

292:15
jurisdictions
104:13,17 294:12
jury 106:22
179:15,16 333:1
334:4,17
justice 42:10 46:7
46:11 47:16 48:9
150:9

**k**

k 3:21 158:16
k9 54:13 99:20
keep 53:4 90:24
122:3 173:18
185:6 188:9 191:5
235:12 266:6
283:20
keeping 296:11
310:3
keeps 89:17
144:23 151:19
292:13
keith 134:11,14,18
163:20,21
kelly 4:13
kept 76:18 88:20
90:18 187:18,20
281:18,21 292:17
kidding 158:19
kilo 280:25
kilograms 279:9
280:8 294:22
kilos 280:17,19
kind 15:16 24:7
28:11,24,24,24
30:9,21,21 31:10
31:18 33:1,6
51:11 72:1 74:17
74:25 78:8 89:10
93:24 108:23
109:4,4 113:14

121:1 122:4
127:11 128:2
131:7 134:14
151:20 156:6,14
168:7 170:3,8,18
172:11 174:6
175:15 178:12
182:24 183:2
185:8 187:16
189:3,11 191:17
192:3 195:16
199:3 201:19
202:16 208:1
210:1,7 211:10
215:8 222:1
232:19 243:22
248:20 256:3,8
260:15 262:8
272:8,14,17
276:19 277:14,15
282:9 286:14
287:13 293:15
315:13 316:10,13
316:14,25 317:13
317:19 323:6
kinds 19:14 20:9
20:25 69:6 72:4
93:20 106:18
107:3 111:25
112:25 114:13
117:19 119:4,10
120:3,23 189:9
213:19 249:6
268:22
klamert 165:21,22
klauss 1:24 338:6
339:14
kmorrison 3:25
knee 259:25,25
knew 189:6
320:25

know 16:19 23:13
25:12 31:9,16
32:3 33:20 37:21
42:6,10 50:24
51:2 52:24 53:6
54:19 55:16 56:5
57:10 58:16 59:24
61:8,22 62:4,16,17
63:4,8,11 65:5
67:13 68:1 71:20
71:21 72:4,11,19
72:24,25 73:9,11
73:16 74:2 77:11
78:10,13,14 81:18
81:20 82:15,18
83:23 85:5,14
93:16 96:22,24
97:8 100:18,24
101:2 102:6
105:18 106:15
110:9,23 111:18
114:25 117:25
118:10 122:14
124:15 125:21
126:14,15 133:21
133:24 135:7,14
137:23 138:8,18
140:19 143:8
146:8 148:3,6,10
148:13 150:16,17
150:18,20,21,22
151:24 153:1,3
154:22,24 155:15
156:5 158:7,12
159:18 160:4,6,20
161:10,19 162:8
162:21,23,23,24
164:18 165:10
166:13 167:25
172:8 173:11
179:6,9 181:18

182:21,22,23
183:6,14,20 184:2
184:9,24,25 185:2
185:3,4,15 186:21
186:23 190:10,19
190:20 192:5
193:4 194:25
195:4,16 197:11
197:21 199:23
200:3,21,22 201:5
205:24 206:19
207:6 208:17
210:2,25 211:6,8
211:19 213:23
215:24 216:3,22
217:12,13,24,25
218:2,4,6 219:7,8
219:13 220:3,5,15
221:25 222:13
223:15 224:14
225:12,20 227:19
227:20 228:6
229:5,8,10,24
233:5,9,13,18,21
233:24 234:12,21
235:12 236:10
238:8,18 240:3
241:1,17 242:16
243:18 244:7
248:14 249:2,8,11
252:23 253:23
254:3 256:12
258:9 263:12
264:17,18,21,25
266:9 268:5,9,9
269:22 273:13
275:9,11 278:18
282:4 283:9,12
284:24 285:16
287:12 289:25
292:6,24 296:2,5

296:10,19 297:16
299:6 303:15
305:1,17,23 307:4
307:5 308:14
309:14 311:3
312:4 314:13
316:14 318:1,14
320:23 321:18
323:5,15 328:23
329:23 331:21
**knowing** 223:7
**knowledge** 51:11
63:18,22 64:6,14
64:24 65:4 71:18
72:22 73:4 78:15
158:8 161:20
164:10 165:9
166:21 186:9
194:7 211:22
234:6 264:14
298:1
**known** 145:3
**knows** 46:21 185:4
**kristin** 3:23 12:16
152:15
**kurt** 4:21
**kutz** 164:23,24

**l**

**l** 1:24 4:3 12:12
14:10,10 158:16
158:16 159:19
171:10 338:6
339:14
**l.p.** 1:13
**la** 297:9,21
**lab** 181:19 308:10
**label** 6:10,13,16
6:19,21 7:2
230:12 249:22
253:10 257:1
259:3 263:1

**labs** 308:12,15,16
**laced** 118:9
**ladder** 137:25
**laid** 61:13
**lake** 165:18,19
**lakeside** 2:9 3:24
**lambert** 259:12,14
**language** 234:19
**lanton** 153:2
**large** 25:8,10
93:17,18 184:25
215:21 227:1
228:15 242:4
258:10
**late** 30:5 145:7
321:18
**lateral** 25:20
28:12 38:21
**lavelle** 3:9 5:5 13:2
13:2 321:11,13
336:3
**law** 6:6 34:7,14,19
34:21,25 39:12
41:19 43:1 46:8
47:22 48:10,14
53:22 67:1 68:3
70:1 72:6 73:1,10
101:14,21 102:6
108:1 121:4,7,18
121:20 124:6
146:11,13,18,22
146:25 147:7,16
148:1,11 149:18
188:6 191:12
192:2 198:19,25
199:17,25 201:10
206:11,15 207:9
220:8 225:6,8
251:19 257:12
267:12 274:10
287:4 288:6

292:13 294:11
303:10 304:5,12
309:20 330:5,6
**law.com** 3:20
**lawful** 13:25 69:19
69:25 70:2 77:19
**lawfully** 77:24
**lawsuit** 50:24
**lawyers** 17:21
**layoffs** 61:5,13
62:1
**lead** 113:14 115:3
127:13 140:11
183:16 191:21,22
197:7 212:21
242:19 273:8
333:16
**leaders** 257:12
**leadership** 127:21
**leading** 208:2
**leads** 99:11 114:10
114:13,22,25
133:10,16 194:3,4
198:21 199:2,22
208:3
**learn** 289:10
**learned** 282:6
289:11 298:6
299:7 313:18
314:17,23
**leave** 336:4
**leaving** 52:20
170:15 191:15
**led** 34:23 99:12
210:12
**lee** 4:14
**left** 38:6,23 43:13
44:6 100:1 252:20
**leftover** 72:14
**legal** 55:4 181:15
220:11,13 313:24

340:1 343:1
**legally** 55:4 70:12
 78:3,5 209:6
 236:23,24 237:2
**legislators** 21:9
**legitimate** 70:8
 182:10,17 213:3
 220:19 221:2
 223:8 238:11,15
 291:23 311:23
 312:1,8
**legitimately** 69:8
 70:15
**lerms** 171:9,10,10
 171:12 172:8,15
 172:17 176:12,15
 177:14,16,20
 192:17 194:14,16
 194:18,22 195:2
 195:23 196:1,2,4
 251:2,3,13
**lesser** 207:19
**letter** 340:19
**lettered** 315:10
**level** 61:20 83:25
 91:19,20 92:24
 100:16 110:23
 111:8,9 129:19,21
 137:20 139:12,13
 139:17,21 142:25
 143:11 193:21,22
 300:14 301:15
**leveled** 237:13
 334:10
**leverage** 124:24
**lewis** 3:8 4:7 13:3
 13:19 321:14
**liaison** 2:15 3:12
 4:12
**license** 199:3
 225:18,24 332:9

332:12
**licenses** 228:23
 229:6
**lieutenant** 14:25
 17:5 18:21 20:12
 26:14,16 27:14
 28:5,10 29:16,20
 30:9 31:2 36:19
 37:18,19,21,22,25
 38:7,17,20 39:20
 44:17 94:24 95:2
 99:13,13 121:13
 150:14 152:16,19
 153:12 154:7
 160:11,17 161:6
 163:9,11 181:1
 232:6 241:23
 242:1 269:15
 272:1 276:4 297:1
 297:2 300:24
 317:25 321:12
 335:11
**lieutenants** 31:11
**life** 21:14 50:17
 68:6 83:8 317:22
 334:21
**lifestyle** 236:4
 315:18 316:23
 317:10 333:15
**liked** 320:3
**likes** 315:22
**limit** 111:13,15,18
 317:7
**limitations** 58:17
**limited** 146:20
 188:22 194:20
**limiting** 301:20
 302:5
**line** 129:11 145:20
 251:15 264:14,20
 264:22 294:20

340:13 342:7
 343:3
**lines** 279:23
**linked** 56:16
**liquefy** 146:16
**liquor** 101:8
**list** 136:13 143:7,9
 158:4,6,17 159:23
 160:5 165:1
 187:15,16 203:24
 203:25 235:23
 315:9,12 319:7
**listed** 97:4 98:1
 136:25 140:16
 236:2,16 263:8
 342:7,17
**listing** 342:7
**literally** 84:21
**litigation** 1:7 12:4
 269:20 340:6
 341:3 342:3
**little** 43:22 50:21
 92:7,10,12,13,15
 162:7 190:2 194:3
 194:4 202:14
 210:9 213:12,14
 270:3,6,18,20
 304:3 316:4
 325:20,22
**live** 14:18,19 21:17
**lived** 21:13,15
**lives** 168:8
**living** 318:15,15
**llc** 3:17 4:16
**llp** 2:16 3:13 4:3,7
**load** 192:6
**local** 34:25 55:25
 101:14,21 104:22
 104:23 189:21
 201:10 225:25
 267:12

**located** 100:3
**location** 41:11,11
 187:19 191:1
 228:4 275:9
**locations** 42:8
 220:7
**lodge** 68:18 69:2
**log** 203:17,19
**logged** 170:6
**logs** 204:23
**long** 16:16 22:23
 25:21 27:1,8,23
 29:23 32:9,23
 39:4,23 55:2
 56:25 59:21 60:13
 67:6 70:19 84:1
 92:18 95:21 96:1
 134:16 137:15
 138:23 139:20
 148:19 149:1
 151:2 158:25
 209:8 297:3 316:6
 318:2 326:2
 327:16
**longer** 144:14
 159:3 316:10
 319:11 333:22
**longest** 17:7
**look** 58:14 130:14
 138:7 139:22
 170:3 173:14
 182:13,19,20
 183:10 190:20
 195:4 230:16
 256:10 257:5
 286:10 302:18
 305:5 318:5
**looked** 18:11,13
 18:17 244:14
 266:16 322:18,19

**looking** 40:22 64:8
126:1,14 128:3
129:18 130:6
137:18 199:18,18
219:19 279:25
280:1 288:11
295:13 298:5
300:22 301:4,17
316:8 333:2
335:14
**looks** 65:10 261:18
**los** 3:6 297:13
**lost** 62:24 124:15
124:17 317:8
**lot** 20:5 24:5,6
30:23 53:10 83:25
90:13 102:9
125:25 137:11
156:5 161:1 186:8
200:19 207:21
208:5 210:2,5
260:13 307:9
325:9,12
**louis** 153:11
**loved** 222:1
**low** 92:24,24
167:16 311:11
318:14
**lower** 238:24
239:14 317:1
318:8 335:4
**lucky** 85:12
**lunch** 144:16
156:8

**m**

**m** 3:18,23 4:13
12:11 171:10
**ma'am** 46:22
62:21 80:13 103:8
105:17 185:9
201:6 208:22

224:3 235:16
254:5 257:21
262:6
**madam** 340:10
**mailed** 55:5
**main** 1:22 2:12 4:4
40:20 50:5,6
181:24 265:14
**maintain** 137:1
138:12,15 150:5
173:20 196:22
293:9,11
**maintained**
138:21 224:1
**maintains** 199:5
293:12
**major** 31:17,20,21
32:21 33:14,16
119:12 137:19,24
297:5
**majority** 238:4,10
238:14
**makers** 21:9
**making** 74:3
215:20 276:8,16
277:4 283:17
298:22 316:21
318:2
**mallinckrodt** 4:16
247:4
**manage** 31:7,11
265:2,11 267:18
267:24 282:15
**managed** 265:5
**management**
171:5,7 215:19
227:13,18 251:1
**manpower** 43:20
43:21
**manual** 106:11,13
106:19 107:9,10

107:13
**manuals** 105:24
106:6,9
**manufacturer**
248:16 320:20
**manufacturers**
51:6 269:19
**marc** 102:24
**marijuana** 211:19
236:5 316:7
333:16
**mark** 94:12 121:3
202:23 230:5
249:15 253:3
256:19 258:23
261:2
**marked** 6:1 94:21
121:9 203:3
230:13 249:23
253:11 257:2
259:4 261:11
263:2 312:23
335:15
**market** 3:9 262:19
311:18,18,21
312:6
**marshal's** 97:12
**mart** 3:21 245:22
245:23
**marti** 259:12,14
**martin** 134:11
**martinez** 6:21
258:24 259:3,11
**maryland** 3:8 13:4
321:15
**massive** 250:11
**match** 146:2,3,9
148:24 149:8
**matching** 146:2
**material** 106:13

**materials** 258:16
**matt** 153:19 161:5
**matter** 12:3 15:24
139:13 194:25
321:15
**matters** 19:14,16
20:8,19,24,25
80:18 155:14
**matthew** 152:12
161:4
**mccartney** 164:19
**mccaulley** 155:24
**mcgrath** 29:13,14
154:17
**mckesson** 2:15
13:9,11 246:15
**mdl** 1:6,8 2:4
**mean** 20:1 49:6
52:17 64:16 70:23
83:17 85:8 93:13
93:16 104:21
112:24 117:8
120:1 151:17
163:17 184:5
198:3 204:15
224:10 227:2,5,7
235:1 241:9
242:13 251:18
270:19 271:5,7
293:5 302:20,21
318:16 323:17
**meaning** 20:2 49:5
**means** 52:18 142:3
237:2
**media** 254:24
255:2,11,14
**medicaid** 223:3
**medical** 16:11
49:7 79:19,21
169:23,25 170:2,7
177:6,7,11,13

181:13,16 183:3,8
186:2 190:11
194:8 196:9 223:8
228:22 229:5
233:6,7,9,14,16,19
257:12 271:23
286:17,19,25
311:23 312:1,9
323:5 332:16
**medication** 20:4
184:8 215:22
218:23 237:5
319:9,10 320:1,9
320:13 333:19,21
**medications**
332:13 333:25
**medicine** 237:4
332:10
**meet** 80:19,22
109:4 110:10,14
**meeting** 17:7,9,12
17:13 18:7 109:12
109:14,18 259:20
262:10 263:17
264:1,9 268:21
**meetings** 17:10,18
17:22 97:2 109:11
109:17,20 110:1
110:16,21 111:4
113:2 161:3
263:19
**member** 39:13
168:24 252:20
288:8 292:5
**members** 28:21
54:14 68:17,21
69:1 73:9 106:3
127:6 169:21
170:9 214:16
262:11 267:2
287:21 288:2,5

314:10,13 333:1
334:4,17
**memo** 265:18
**memorandum**
105:13
**memory** 19:3,6
205:10
**mentioned** 201:13
213:11
**mentioning** 225:8
**mesa** 4:9
**met** 17:6 259:16
**meth** 118:23
128:24 129:1,1
143:3,7,8,9
**methamphetamine**
128:14 140:2,8
211:20
**method** 150:8
198:14 201:21
220:11,12 296:4,6
**methods** 31:19
180:25 220:17
282:25 310:2
311:3
**mexican** 274:25
296:17 298:1
300:4 301:2,4
302:14 303:12
304:20 308:15
**mexico** 131:22
132:3 275:7
308:16
**michael** 1:19 5:4
6:9 13:25 14:4,10
153:8 154:17
230:6,10 269:13
321:10 338:9
340:8 341:4,9
342:4,13 343:20

**mid** 145:7
**middle** 196:25,25
231:11
**midwest** 340:17
343:1
**mike** 29:13,14
41:23 261:21,24
263:11 308:6
**mike.connelly**
86:16
**mile** 42:12
**miles** 42:13
**mill** 215:15,17
216:3,5 222:12
227:3,5,8,17 228:5
**miller** 4:17 13:22
13:22
**mills** 216:2 226:17
226:20,25 228:12
228:16
**mind** 225:3 312:14
312:15 332:24
333:11 334:2
**minor** 226:1
**minute** 42:12 59:4
172:19 224:17
256:1 281:6
**minutes** 7:1 17:9
109:19,23 110:1,8
144:12,17,18,21
255:22 262:21,25
312:14,15
**misdemeanor**
226:2
**misled** 51:8
**missing** 247:20
303:16
**mission** 55:24 57:7
190:12
**misspelling** 159:20

**misspoke** 158:1
291:14,14
**misspoken** 291:4
**mix** 108:13 118:16
119:24 120:1
**mixed** 117:2
118:23
**mixture** 118:5
**mobile** 198:18
307:24
**moment** 230:16
303:23 328:19
**money** 47:13,14
47:15,17,23,23,25
47:25 48:2 56:2
110:24 111:23
120:22 125:18,23
146:23 147:13,15
148:5,10 215:20
266:8,12,13,18,24
267:11 282:9,13
282:15,21,22,24
283:1,2,3,13
307:23
**moneys** 147:8
282:10
**monitoring** 324:1
324:6
**month** 36:6 39:6
84:17 192:22
279:15 280:8,17
280:19 294:7,9
**monthly** 265:16
**months** 17:12
24:23 43:18,25
89:21 94:10
137:17 138:25
139:1 142:16
237:15 334:11
**moran** 151:4
260:14

**morgan**  3:8 4:7
  13:3,19 321:14
**morganlewis.com**
  3:11 4:10
**morning**  14:6,7
  157:19 290:16
**morris**  165:5,6
**morrison**  3:23
  12:16,16
**motor**  226:6
**mouthful**  108:3
**move**  25:11
  278:19 310:20
  324:24
**moved**  22:6,9
  40:19,19
**moving**  137:25
**mujumdar**  2:4
  12:9 340:5
**multiple**  210:23
  210:25 219:22
  227:19 252:23
  294:12 328:14
**multiples**  277:5

**n**

**n**  14:10,10 46:5
  59:20 158:16
  159:19 262:20
**n.w.**  3:14
**name**  12:12 14:9
  36:24 45:25 46:3
  46:18 65:15 66:19
  77:13 109:16
  150:21 153:3
  157:5 160:4,7
  162:23 167:23
  170:20 173:9
  178:18 190:24
  195:25 196:1
  199:21 225:13
  229:8 245:18,20

  259:21 311:7
  321:13 340:6
  341:3,4,15 342:3,4
  342:21
**named**  338:9
**names**  59:16 68:24
  79:12 158:5 196:5
  322:18
**narcos**  145:11
**narcotic**  24:8
  26:24
**narcotics**  23:22
  24:3 26:20 30:13
  30:15,24 32:12
  33:1 37:13,19,21
  37:24 39:7,14
  43:12,19,21 52:15
  53:11,15 54:3,16
  54:24 55:17,20
  56:7,18 57:7
  59:24 60:1,16
  62:15 63:6 65:18
  65:19,24,25 66:7
  66:16,18 70:22
  71:8,11 96:14
  98:21,24 105:23
  106:10,16 112:3
  125:3,9,14 126:5
  126:20 153:12,15
  154:1,7 155:22
  156:12,13 158:22
  159:1,2,2,7 160:2
  160:11,19 161:13
  163:13,17 165:9
  165:16,19,23
  166:12 180:14
  187:21 209:20
  212:18 217:5
  226:22 228:13,21
  268:7 327:17

**narrow**  72:2
**narrowly**  227:18
**national**  1:6 12:3
  22:7,10 47:11
  340:6 341:3 342:3
**nature**  104:1
  293:22
**near**  297:3 312:14
**necessary**  262:15
  271:16
**need**  21:24 58:19
  59:4 64:7,9 75:4
  94:2 111:17
  115:16,22,24
  117:18 124:13
  144:10,13 146:24
  197:24 202:5
  215:25 222:13
  251:11 269:7
  301:22
**needed**  42:15
  43:21 85:15 88:10
  89:18,25 189:20
  266:2 267:22
**needs**  202:6
**neighbor**  57:14
**network**  201:11
**nevada**  21:15,17
  22:6,7
**never**  38:19 52:23
  69:19,25 208:6
  213:8 215:9
  246:10 259:16
  273:8 274:16
  300:20 309:13
**new**  4:18 40:22
  251:9 300:22
  301:5,17 316:8
**night**  203:8
**nine**  139:1

**nobody's**  307:24
**noletf**  96:15 137:1
**non**  86:22 87:1,23
  187:25 188:2
  189:23 190:1
**noncriminal**  20:19
**nonfatal**  56:24
  65:8 76:19 79:1
  167:7 188:4
  192:14 206:4
  251:22 252:3
  287:19
**nonfatals**  77:4
**nonfederal**  104:24
**nonopioid**  189:14
**normal**  90:12
  262:14
**normally**  29:19
  52:19 94:25
  110:12 134:1,13
  169:23 189:21
  196:19 248:7,9
  293:1,5
**north**  2:5 3:19,23
**northeast**  124:15
  258:11
**northern**  1:2 34:6
  34:13,14,19,21
  39:12 41:19 42:25
  48:14 53:22 68:3
  97:9 108:1 121:20
  258:7 261:23
  274:10 309:20
**notarized**  340:14
**notary**  44:9
  172:19 195:10,20
  338:6 339:14
  340:25 341:10,18
  342:15,23 343:23
**note**  252:20
  340:12

notebook  88:21
notes  73:25 88:21
  88:22,23 89:20
  90:2 171:16
  302:23
notice  6:13 249:17
  249:21 250:6,8
  252:2,7
noticed  140:6
notification  250:9
  250:11
notified  168:12
notify  202:4
notifying  18:5
november  1:20
  7:1 12:2 262:21
  262:25 326:4
  335:22,22 339:8
  340:4
novftf  97:7
number  6:1 53:8
  60:15 91:24 94:11
  124:6 137:2,6
  138:7,12,16,20,23
  139:2,14 140:1
  156:15 172:8
  180:8 186:16
  190:25 202:3
  203:7 216:22
  229:4 231:19,24
  237:23 238:20
  241:18 243:17,18
  305:22 306:16
  319:19 326:20
  331:18 333:9
  334:5,18,25 340:7
  340:13
numbered  124:3,4
numbers  61:23,24
  61:25 78:25 105:7
  116:17 124:2

136:7 188:4 203:9
  238:8 241:17
  265:21 281:2
  342:7
numeral  251:21
nutshell  65:22
nw  2:21 3:19
ny  4:18

**o**

o  14:10 46:5
  158:16 197:19
  200:9 293:14
o'neill  155:5,6,7
oarrs  197:18,24,25
oath  16:6
object  8:2,3,6,7,8
  8:9,12,13,14,15,16
  8:17,18,19,20,21
  8:22,24,25 9:1,2,3
  9:5,6,7,8,9,10,11
  9:12,13,14,15,16
  9:17,18,19,20,21
  9:22,23,25 10:2,3
  10:5,6,7,8,9,10,12
  10:13,14,16,20,21
  10:22,23,24 11:1,2
  11:3,4,6,7 15:4
  39:19 44:16 49:14
  68:11 81:11 92:16
  111:11 118:12
  128:20 137:13
  139:15 141:12
  176:2 180:23
  186:12 195:9,13
  195:18 208:8
  209:2 213:5
  229:18 232:5,21
  234:1 235:11
  238:7,17 239:11
  240:25 241:7,22
  248:23 269:1

271:4,25 272:23
  273:3 274:7
  275:14 276:2,23
  278:15 279:19
  280:12 288:24
  290:10 291:1
  292:18 296:1
  297:24 300:13,17
  301:25 307:11
  308:13 311:15
  312:3,10 316:2,12
  317:5,23 320:6,22
objection  8:1,4,5
  8:10,11,23 9:4
  10:1,4,11,15,17,18
  10:19,25 11:5
  17:2 20:11 68:19
  69:3 186:22 230:2
  276:3,24 277:17
  280:3 296:21
  300:23 302:9,17
  304:8,9 313:23
  319:21
objections  9:24
  276:11
objective  136:25
  139:25 141:4
objectives  136:13
  136:16,21 140:16
  140:22,25 143:12
  143:15,16
observation
  318:11,22
observations
  15:25 177:18,19
  177:24 178:10
observe  169:22
  327:5
observer  24:11
  326:24,25 328:4

observing  24:5
obtain  58:5,12
  77:24 125:18
  174:14 222:11,16
  223:2 311:1,3
obtained  49:13,21
  58:4 70:12,15
  78:3,5 208:25
  209:6,7 237:1
  295:1
obtaining  220:17
  311:12
obvious  252:12,15
  252:24,25
obviously  42:23
  62:23 76:7 114:21
  182:8,18 184:6
  186:7 190:14
  194:3
occasion  55:18
  88:16 90:12 97:22
  98:3 123:17,20,21
  173:14 214:8
  255:1,19 328:1,16
occasionally  73:20
  75:8
occasions  255:8
occur  63:7 141:10
  203:22 214:11
  217:15 218:20
occurred  32:21
occurring  145:14
  224:7
occurs  158:1
  291:21
ocdetf  150:7
ocjs  145:20 146:1
offenders  65:10
  75:14
offense  226:1

**offenses** 63:19,23
63:24 64:1 65:5,6
74:12,20 226:2
**offer** 219:22
235:19
**offerings** 219:22
**office** 40:7,12,14
40:23 41:1,5,10
42:4,20 47:11
77:9 78:24 79:5
79:10,19 85:13
89:16,24 93:4,9,13
93:17,21 102:13
103:6,20 105:21
107:6 110:4,19
166:3 170:13
172:2 173:3,6,7
177:6 179:17
183:8 255:13
264:21 275:17
280:24 281:3,22
284:4,6,9,12
293:10 339:6
**officer** 54:12,13
55:12 82:8 98:25
99:2,3 151:13
155:10,11 157:2
170:25 189:18
196:5,21 201:23
201:25 220:8
255:4 260:11,18
313:17
**officer's** 255:3
**officers** 22:12,13
28:23 33:17 42:25
44:14 55:7 60:21
61:5,14 67:2
74:10 82:6 100:12
100:19,21 124:6
147:20 149:5,24
169:16,18,19

170:17 174:10,16
175:16 190:6,9
196:7 198:16
252:18 267:1,6,8
**offices** 42:13
**official** 341:15
342:21
**officials** 212:25
303:10 304:6
**oh** 2:9,13 3:19,24
4:4 44:5 59:5
156:16 172:18
282:21 295:12,13
**ohio** 1:2,13,23 6:5
12:5 14:16,19
21:12,18,23,23
22:9,10 34:6,14,19
34:21 39:12 40:15
41:19 42:25 46:8
46:14 47:22 48:10
48:14 53:22 68:3
97:9 108:1 121:4
121:7,18,20
124:15 199:25
200:8 201:10
225:8 258:8,11
261:23 274:10
282:2 295:24
296:2 297:16
302:15 305:3,7
306:5 307:18,20
308:5 309:10,20
338:2,7 339:7,15
340:2
**ohiohidta.org.**
86:16
**oic** 27:21 34:6,8
**okay** 16:23 18:24
18:25 22:2 32:5
34:11 40:7 44:5
49:18 53:20 59:13

64:7,10 69:4,6
83:3 86:5 90:5
95:2 108:6,7
122:23 127:22
132:13 139:19
141:22 143:6,13
144:22 149:19
156:9,16 157:3,25
158:3 160:8
166:17 168:11
169:5,10,12
172:18 174:11
200:7 223:20
226:18 231:13
247:13 259:13
268:5 269:21
270:4 271:12
272:12 280:4
285:21 290:9,17
290:25 291:12
293:18 295:11
297:5 298:8 302:5
303:4,8,22,25
305:13 307:13
309:23 317:12
318:6 323:20
325:2,6 328:18
**old** 40:18 88:17
219:11 251:1,7
**older** 179:2 240:13
**oleg** 225:13,14
226:12
**once** 79:5,24 81:7
99:25 145:3
150:21 200:10
201:2 205:17
228:25 249:2
260:10 264:8
278:16,23 301:20
301:23 302:7
303:9,20 315:1

318:16 319:11
333:21
**ones** 50:5,6 186:25
218:9 222:1 225:7
236:2
**ongoing** 110:22
277:25 281:8
296:23
**ontario** 14:15
**op** 1:15
**open** 336:4
**opened** 308:1
**operate** 41:15
298:2
**operates** 297:6
**operation** 55:19
95:15 112:9
**operations** 45:18
95:9,13,15,16 96:9
100:2,6 111:10,25
152:6 155:18
166:10 260:19
264:23
**operative** 86:19
**opiate** 1:7 12:4
247:24 257:8
340:6 341:3 342:3
**opiates** 213:13
247:23 262:5
**opinion** 193:2
210:14 212:1,7,10
217:18 231:20
272:3 273:17,17
290:11,20 298:4
299:7 304:7,13,14
308:6 313:15
316:13 318:17
319:14,15 331:6,9
333:7
**opinions** 212:2
270:21 313:8

**opioid** 49:2,6,9,13
49:19,22 63:19,23
63:24,25 65:4,6,8
70:3,16 72:16,19
73:6 74:12,20
75:18 77:25 78:1
78:2,5,25 91:16
100:10 116:11
117:22 118:20
120:5 152:8,25
153:24 154:15,21
158:10 161:9,21
166:23 167:7
183:11,17 185:14
189:2 202:15
207:16,18,22,24
208:2 209:12,18
209:22 210:21
211:4,13 212:12
213:3 220:20
221:3,13 222:16
223:7,12,21
236:22 238:2
240:24 241:12,21
242:5 243:11
245:17 254:25
257:13 259:19
260:9 270:15
273:18,22 287:3
288:7 289:16
290:4 310:21
316:1 319:16
329:18 330:13
334:13
**opioids** 19:23 20:1
20:6,9,17 49:5,24
51:9 67:12,14
68:7,9 69:7,18
71:4,25 72:6
77:17,19 78:18
83:14 88:3 91:8

91:11 92:5,9
100:6,15 101:15
105:25 106:5,14
106:16 107:7
117:21 118:22
119:11,20,25
129:5,7 133:20,22
144:1,6 155:16
156:3 162:14,17
163:24 164:10,16
167:9,13 172:4
182:3 183:18
184:12,23 185:11
189:4 198:8 208:6
208:13,15,24
209:1,6,7,9 211:5
211:8 212:9,22
213:16 214:23
221:17,19 222:6
222:12,22 228:24
230:1 231:4
234:25 235:4,5
237:1 238:5,11,15
241:6 242:12,19
242:25 243:14
244:4,20 248:16
248:21 249:6
255:22 256:13
262:1 264:15
270:11,13 271:10
271:15,24 273:7
273:14 286:1,10
286:12 289:20,22
290:7,22,24
291:10 292:2
301:23 302:7
311:19,22 312:7
319:12 322:4,5,5
330:21 332:20
333:23

**opium** 275:2,18,22
276:8
**opportunity**
127:22
**opposed** 129:21
131:14 132:2
206:14 209:6
330:21
**opposing** 125:21
**ops** 148:8 156:1
**order** 125:17
222:6 271:1,9
276:20 324:1,6
**ordinarily** 204:1
**organization**
278:7,17,19 279:2
279:10,22 280:11
280:16,18,23
281:14 297:22
**organizational** 6:4
94:15,21 95:6
**organizations**
128:16 129:4
278:14 280:9
282:2 302:14
303:13 304:21
305:2 306:10
307:7 310:22
**organizers** 259:15
**origin** 133:22
287:14 288:7,20
289:4,6
**original** 175:24
**originally** 21:11
156:11 159:14
174:21 233:24
**orozco** 160:13
**outreach** 161:1
**outside** 35:3
114:10 224:7

**overall** 62:10,10
64:16 66:16 98:4
218:15 263:7
**overdose** 56:14,16
57:3,12 76:8 78:4
168:5,7,14,15
169:4 170:22,23
171:12 181:8,22
182:25 183:2,10
183:23 184:22
186:7,16 189:2,5,7
189:14,15,24
191:10 192:6,11
195:5 199:20,21
206:13,20 207:3,6
233:1,4,20,22,23
240:15,21 241:3
241:11 250:7
272:5,9,15 286:3
287:3,16,19,19,20
288:15,18 289:20
290:8,22 313:18
314:2 327:23
328:3,12 334:14
**overdosed** 75:22
181:10,12,22
182:2,14,16
234:22 240:19
241:9 289:17
**overdoses** 56:24
65:8 75:19 76:10
76:20 78:8 79:1
167:7,8 185:7,10
188:4,5,23,25
189:10 192:14
193:25 194:1
202:18 205:2,3,16
206:4,5 209:15
234:9 235:9
241:16 245:4,7
251:22 252:4

274:2 287:12 291:8
**overdosing** 167:10 206:18 239:13 256:7
**overprescribed** 273:7
**overprescribing** 211:4 216:6 228:17,23 270:11 270:13,19,22,23 270:24 271:6 273:14
**oversee** 42:5 45:16 45:18 74:25 75:12
**overseeing** 29:24 32:6 33:12,16 41:21 91:4
**oversees** 45:20 64:18
**overtime** 76:15 82:2 93:22,24 111:14 150:1,3,4,6 150:10,11 265:13 265:17,23 266:15 266:21,23,24 267:6,12,14
**oxycodone** 69:12 69:15 245:1
**oxycontin** 50:3 77:25 245:1 330:12

**p**

**p** 3:9 12:12 59:20
**p.m.** 336:14
**pa** 3:10
**package** 54:6,18 106:23 120:12,17 120:18 153:17 154:8 179:15

**packages** 54:17,24 120:20,24
**padua** 21:21
**page** 6:2 8:2 94:13 94:18 122:20,25 124:2 125:4,5,6 132:5,6 136:12 145:15 250:21 251:20 252:11 264:3 294:19 302:21,21,25 303:3,6,9 305:5,7 309:8 340:13,15 342:7 343:3
**pages** 6:23 51:22 261:2,8 322:20
**paid** 36:11 48:1,4 81:25 82:1,2,15 111:14 149:17 150:1,3 223:3 267:14 268:1,3
**pain** 20:3,4 215:19 216:4,4 227:13,18 301:21 302:8 319:9 320:1 329:25 333:19
**painkillers** 213:4
**paper** 93:3,9,10,13 93:14,20,21,25
**papers** 52:13
**par** 3:2,3,3 12:25
**paragraph** 124:4 125:1 128:11,11 237:11 238:20 239:21 252:10 264:2 294:21 303:19 305:7
**paragraphs** 124:3
**parallels** 207:21
**pardon** 41:7 237:18 241:24

**parent** 256:9 334:22
**parentheses** 334:9
**parents** 239:3 240:1 317:4 318:20 335:9
**parking** 42:21
**parma** 21:23,23
**part** 24:9,10,11 34:1 56:2 72:16 72:25 74:14,14 75:6 78:15 116:20 118:25 130:12 149:8 154:2,4,5 176:21 178:3 179:12,15 183:6,7 185:21 189:7 197:6 202:10 206:12 212:18 213:15 216:11,16 217:21 219:1 223:4 226:2 248:8 266:1 272:2,3,4 281:8 326:21 327:10 331:24 342:9
**partially** 330:3,4
**participant** 227:14
**participants** 104:13 256:3
**participate** 103:11 109:10 132:23 147:11
**participated** 233:5 259:23 327:9
**participates** 109:7
**participation** 136:23
**particular** 49:23 56:6 77:10 104:1 115:11 120:24

204:22 266:25 278:7 280:11 281:12 286:16 320:20 329:10,10 332:15,19
**particularly** 240:6 262:5
**partners** 23:10
**parts** 322:16
**party** 15:21 211:16 236:4 315:17,23 316:23 317:10 322:9 333:15 339:3
**pass** 46:13 48:6 114:20 128:1 134:1 321:8
**passage** 303:24
**pat** 36:25
**patel** 2:12 12:11 12:11,12
**patena** 165:14,15
**path** 316:17
**paths** 316:15
**patient** 220:12 271:16 321:17 332:19
**patients** 271:8
**patina** 59:18 60:2 60:4,7,8 219:17
**patrick** 54:12 163:25 164:1
**patrol** 27:20,25 30:5 100:12 135:19,24 169:15 198:16
**patrolling** 23:13
**patrolman** 22:21 22:25 23:21 24:14 24:22 25:14 26:8

pattern  25:6
paul  166:4,5
pay  36:8 149:22
  266:12 268:1
payments  148:14
payne  40:14,21
payroll  151:20
pays  267:5
pelini  3:17,20
  12:19
people  13:14
  21:25 30:22 44:13
  51:8 58:5,21
  62:17,19 63:2,10
  69:7 70:8 72:13
  74:12,20 77:18
  85:8,10 87:20,22
  93:6 102:12
  103:19 104:7,16
  104:19,22,24,24
  106:20 107:3
  116:16 118:8,8
  124:17,20 127:1
  129:18 134:2,4
  135:15,22 158:7
  164:18 167:10,12
  170:11 171:14
  175:12,15 182:19
  184:22 185:13
  187:14 191:14
  192:20,22 193:5
  194:24 208:5,23
  209:4 210:5 211:6
  211:9,20,23 212:5
  213:1,22,23 214:5
  215:7 216:8
  218:19 219:10,19
  220:3 226:11
  231:21 232:17
  233:6 234:9,11
  235:8 236:12

238:4,10,14
239:13,22 241:20
242:4,16,17,20,23
243:12,16 257:13
268:22 271:23
276:7 278:18
287:24 290:3
301:16 307:22
308:23 311:10
313:11 333:8
people's  33:21
  225:17 256:6
perceive  210:17
percent  42:3 51:22
  83:18 91:12,22,25
  92:1,3,8 112:17
  218:15 242:9
  325:24
percentage  51:21
  83:15 91:10 92:6
  112:14 131:16,17
  185:1,1,7 193:20
  234:20,24 235:8
  236:12 325:22
  330:19
percocet  49:10,11
  49:11,12 50:3
  69:12,15 215:24
  245:1
percodan  50:3
perform  232:18
  265:12
period  21:16
  24:13 30:18 35:21
  43:17,23 61:4
  71:3 106:7 137:3
  138:16,19 203:23
  228:14,20 260:24
  279:12 326:17
  331:12

periods  241:14
person  20:25
  46:21 48:21,22
  63:14 70:11 73:2
  83:2 134:15,24
  156:2 159:23
  160:3 167:23,25
  168:23 169:6,8
  181:10,11 182:9
  183:24 184:6
  190:4,7,13 191:5,9
  194:4 206:17,18
  207:7 208:12
  211:10 212:9
  214:22 221:9,19
  225:25 227:15
  234:21 235:4,18
  265:15 288:17
  313:12 316:19
  319:12 333:14,22
person's  183:3,25
  199:19
personal  20:24
  50:17 64:11 68:6
  72:22 74:1 125:15
  190:21 193:2
  212:7 273:17
  319:13,15,16
  330:4
personally  50:14
  70:13 197:20
  291:22 294:8
  306:9 341:11
  342:15
personnel  30:23
  53:5 63:5 64:2
  83:22,23 93:22
  124:14 135:17
  136:7 160:17
  161:17

persons  125:16
  199:1
perspective
  239:17
pfizer  246:6
pharma  1:13
pharmaceutical
  3:3,3,4 4:6
pharmaceuticals
  3:2 4:2 269:16
pharmacies  214:5
  229:15 244:2
pharmacy  198:9
  222:21 223:11
  229:25 244:4
  322:17
phased  210:8
philadelphia  3:10
phone  13:14,15
  21:25 85:16 180:8
  182:19,20,21,21
  187:12 190:24
  252:21 253:23
  267:25 268:1,3
  340:3
phones  307:25
photographed
  170:5
photographs
  225:17 226:4
  256:4,16
photos  18:12
  226:5,8,9
physical  227:1
  228:4
physically  42:2,7
physician  271:14
pick  97:13 116:22
  197:3
pictures  225:18

[piece - poverty]

**piece** 173:1
**pieces** 93:14
**pif** 157:1
**piled** 51:9
**piles** 93:17,19
**pill** 55:11 57:24
58:1 70:10 71:16
71:18 72:12,23
92:19,23 134:8,8
177:2 207:7,24
209:11 210:3,17
211:11 214:12
215:15,17 216:1,3
216:5 222:12
226:17,20,25
227:2,5,8,17 228:5
228:12,16
**pillow** 160:8
**pills** 57:9 72:14
129:15 130:2,3,7,8
130:10,21,25
131:1,13 184:13
208:2 210:6
219:24,25 220:1,2
220:5,21 221:11
221:13 222:2,18
244:19,25 289:16
289:16 310:21
311:1 312:7
**pinjuh** 261:22
**pipoly** 37:20
153:11
**place** 12:5 31:22
36:14,18 37:17
38:6 41:5 102:2
110:17 113:18
142:23 146:16
260:5 338:20
**placed** 294:15
**places** 267:9 287:6

**plaintiff** 2:4 12:10
12:12
**plaintiff's** 336:6
**plaintiffs** 2:3
**plan** 73:15
**plans** 62:14 63:1,9
**plant** 308:8
**plants** 275:6,13,23
276:8
**plate** 199:3
**play** 253:25
254:18
**players** 142:22
258:9
**please** 12:6 14:8
16:19 44:9 78:19
108:10 225:5
241:1 242:3 276:5
322:1 330:7
333:12 334:16
340:11,11
**pllc** 4:13
**plug** 201:24
**plus** 119:18
**pmp** 295:25 296:2
296:6,8,8,13,14
309:10 310:6
**pocket** 149:4,9
**point** 3:23 25:15
25:16 26:12 32:18
33:11,24 61:2
123:13 134:15,24
191:17 193:7,9,13
278:2,12 279:1
285:24 286:21
288:11 295:7
316:5 320:8
**points** 270:1
**police** 6:4,12 14:23
14:25 15:2,6,18,19
22:14,16,19,20

24:15 33:17 34:23
35:12,15,17 36:11
37:2,11 39:14
40:5,8,18,20,22
41:2 42:24 44:14
45:3 54:11,14
57:13 61:14 66:15
71:24 72:5 74:10
75:17 81:8,12,12
81:15 82:10 84:2
87:23 88:2,21
94:15,20 95:7
109:2 122:11
124:7 142:10
147:20 150:13
152:16 154:18
155:19,25 160:2
161:7,16 162:5,10
162:11 163:8,11
163:18 164:3,9,15
164:21,22,25
165:2,7,22 168:12
174:16 175:16
189:10 191:4
203:21 204:16,20
211:23 216:13
229:14 235:6
244:17 248:19
249:16,21 250:5
250:10 268:6,10
309:19 310:7,11
310:13,17 313:17
**policies** 45:5,8
**policing** 160:23,24
161:18
**policy** 21:8 47:12
88:15 106:11,12
180:13,18 252:3,7
252:11,13 255:15
284:20,23,25

**political** 29:4
**pollack** 151:12
**polster** 1:10
**pool** 34:25 103:16
147:9,9
**poor** 334:22
**poppies** 275:3
**poppy** 20:3
**populated** 132:11
251:9 310:17
**population** 122:22
125:2 235:9
**porter** 3:4 12:25
**portion** 166:9
**position** 37:8,24
37:25 39:6 96:2
324:14,17,22
327:11 332:18
**positive** 204:13
218:15 223:16
**possess** 69:8,19,25
**possession** 69:11
69:15 70:3,4,9
286:22
**possibility** 206:25
**possible** 181:14
185:20 242:22
288:4 297:17
311:16
**possibly** 57:21
125:16 168:15
241:10 248:13
256:13 311:5
**postal** 54:21,22
**pot** 267:15 300:11
300:16
**potential** 185:19
302:6 319:24
**potentially** 178:8
**poverty** 318:15,16

powder 299:11,12
299:14,16,22,24
300:1
power 195:16
powerful 193:3,5
193:14 334:12
practice 180:19,20
180:21 181:4
332:10
pre 294:23
precautions
260:24
predecessor 95:24
107:14
predominantly
102:17
premise 307:15
prepare 16:25
170:18
prepared 256:14
264:9
preparing 18:10
121:23
prepping 106:22
prescribe 215:21
prescribed 49:7
183:5 211:7
236:22,23 271:24
320:1 323:3
332:20
prescriber 184:9
prescribing 216:7
227:20 228:17
prescription 1:6
3:17 12:4,20 49:4
49:9,12,19,20,22
49:23 58:2 67:12
67:14 70:16 71:4
77:17,19,25 92:4,9
129:5,7 130:3
132:1 133:19

143:25 144:5
182:2,10,12,17
183:11 184:8,12
184:22 185:11,13
194:9 207:16,17
208:2,6,15,24,25
209:18,22 212:11
213:13,16 214:25
215:2,3,21 218:23
219:11,12 220:20
221:3 222:2,12,17
222:22,25 223:4,7
223:13 227:11,12
227:12 237:4
238:1,2,5 240:24
241:6 242:19
243:14 244:20
247:16,23 248:16
271:10,15 285:25
286:1,9,11 287:3,4
289:16,20,22
290:7,22,23 291:9
291:23 292:2
301:21,23 302:7
310:21 311:18,22
312:7 319:10,11
320:9,13,21 321:2
322:5 332:13
333:21,21,24
340:6 341:3 342:3
prescriptions 58:4
58:6,8,9,10 71:22
177:5 198:2 213:3
218:21 219:16
223:3 227:21
238:11,15 271:1
290:4 311:7,12,14
331:19,25
presence 338:15
present 4:20 17:18
17:21 260:4 263:9

presentation
256:1
presentations
255:18
presented 186:15
presenter 260:15
preserve 94:2
preserved 285:3
pretel 6:18,20
95:20 152:4,23
256:20,25 258:24
259:2
pretty 115:15
165:12 205:14
210:10 293:3
321:19
prevent 206:17
219:10,10 221:20
prevention 73:11
previously 19:13
19:15 20:18,20
136:3 155:22
161:8 240:23
241:5
primarily 136:20
218:9 297:11
primary 31:3 35:5
55:24 56:11 57:7
87:8,10 117:22
140:22,24 141:4
190:12 196:20
215:20 237:12
260:15 315:5
326:22,22 327:14
328:12 334:8
prince 59:18,23
60:6,6,11 150:23
150:24 216:15
218:1 219:17
228:11 273:10
324:12

principally 77:6
printed 110:5
prior 160:18
161:10 195:4,5
199:22 226:11
257:20 320:15
priorities 112:25
117:7 143:3
priority 228:13
privacy 68:14,20
68:20
private 67:4 68:12
190:4
privilege 17:4
180:24 296:23
297:4
privy 258:14
probably 17:14
23:18 33:19 57:17
62:7 64:21 70:21
83:19 84:5 88:5
91:17 141:25
143:20 148:9
159:7 179:12
192:21 210:24
218:17 224:19
228:19 258:11
326:15,16
problem 28:21
57:12 59:5 73:13
73:14 76:18 85:8
119:1 122:5,21
124:21 125:1
207:11,12,16,18
207:19,20,22
209:9,9,12,14,19
209:22,24 210:17
210:22 211:24
213:15 216:25
217:3,6,23 219:4,5
245:9 247:24,24

[problem - quarterly]

248:17 264:11
277:16
**problems** 29:8
77:20 213:2 216:1
273:1
**procedure** 176:1
337:7 341:5 342:5
**procedures** 106:11
106:12 107:4
**proceedings**
269:23
**process** 74:15
170:3 174:25
183:6,7 234:14
282:23 283:4
**produce** 284:15
**produced** 203:8,9
309:2
**producers** 308:21
**producing** 298:17
**product** 127:2,2
128:22 132:2
166:14 271:2
299:9,10 308:23
309:13 329:18,19
329:24
**production** 203:7
283:8 296:15
336:7 340:15,17
340:22
**products** 329:22
329:23 330:17,20
331:2,15,22
**profession** 271:23
**professional** 194:8
**profit** 78:4
**program** 6:16
72:12,23 191:12
191:18,24,25
253:4,5,9

**project** 136:13,16
136:21 139:25
140:15 230:22
**promoted** 26:1,9
26:10 27:13,17
32:13 36:20 37:23
43:13 154:9
156:13 164:2
**promotion** 25:18
25:19
**pronounce** 46:2
158:13
**proper** 172:9
223:12
**properly** 306:23
**proportion** 78:7
83:12 184:19
185:12 241:15
**proposal** 277:23
283:5,7
**proposed** 305:12
**prosecuted** 179:11
217:11,13,14
**prosecution** 74:11
75:14
**prosecutions**
330:15
**prosecutor's**
179:17
**prostitution** 101:9
**protect** 222:1
**protected** 17:3
178:4
**provide** 73:25
74:4 75:1,3 122:3
123:9 130:10
146:2 152:10
179:14 225:17
231:23 266:4,5
280:7 284:12
293:1 313:3 327:6

330:7
**provided** 14:1
21:7 82:8,9,13
173:25 179:7,10
272:14,18 303:12
304:20 312:25
313:7 314:3
**provides** 112:4
146:1
**providing** 311:5
**provisions** 323:21
323:25 324:6
**proximity** 286:2
**public** 6:3,7 40:17
72:18 74:7,7 77:7
90:19 94:14,19
153:5 157:1 178:8
202:24 203:2,16
203:18 212:24
255:18 265:19
282:18 283:25
284:1,12 322:6
338:6 339:14
341:10,18 342:15
342:23 343:23
**pull** 89:18 228:22
229:6
**pulled** 135:12
136:5 187:11
**purcell** 37:18,21
38:7,18,20 154:6
**purchase** 70:9
**purchased** 191:1
**purchases** 24:11
106:24 111:15
112:2 267:21
**purdue** 1:13
**purity** 294:1
**purpose** 166:20
167:4 199:16
202:20 222:17

223:9 308:18
311:23 312:2,9
323:5
**purposes** 86:23
94:22 121:9
146:22 199:14
203:3 230:13
249:23 253:11
257:2 259:5
261:12 263:3
274:13 309:24
**pursuant** 337:3,6
**pursue** 113:10
**pursuing** 115:12
**push** 71:21
**pushback** 116:1
**pushed** 203:23
204:11
**pushing** 322:5
**put** 28:9,14 72:18
73:15 102:2
107:13 112:15
113:18 124:20
142:22 145:13
157:20 166:14
176:6,8 177:12
178:7 192:8
257:14 272:9
296:7 310:14
325:21
**putnam** 153:19,20
**puts** 47:10 203:21
**putting** 45:23
175:4,19 254:1

| q |
| --- |

**qualified** 338:8
**quantico** 66:22
**quantify** 319:19
**quantity** 293:20
**quarterly** 109:4
110:10,13,14,15

265:16 293:6,8
294:3,5,6,9
**quarters** 124:1
**quell** 28:24 145:14
**question** 47:1,3
72:1 82:22 91:21
100:25 102:7
110:23 112:14
121:12 126:12
131:9 139:10
141:11 167:20
189:8 206:3 218:5
223:19,24 224:15
230:17 231:19
232:2,12,20 234:7
237:24 242:2,8,14
244:1 249:3
264:19 279:14,18
279:22 280:6,14
287:8 290:5,18,19
291:10 299:19
301:10 302:2
304:10,11 305:12
305:15,18 306:23
312:12 313:10
317:25 318:5,23
319:3 320:24
323:13,16,19
324:11 331:7,18
333:6,9 334:5,18
334:25
**questioner** 269:18
269:24
**questions** 16:12,19
108:1 226:17
230:24 231:3,7,12
270:6 277:22
292:7 307:2 313:3
318:4 335:24
336:9

**quick** 321:19
**quickly** 58:18
142:20,25 295:9
**quite** 208:18
234:24 235:1
288:22
**quote** 124:5 273:6

**r**

**r** 46:5 171:10
197:19 200:9
201:1
**radio** 23:14
**raised** 336:6
**rally** 29:4
**rampant** 317:1,18
**ran** 154:7
**range** 280:1,8
306:17 325:22
**rare** 213:1
**rarely** 56:20 152:3
**rash** 101:10
**rate** 167:14,18
192:19 193:16,17
239:1 335:7
**rates** 294:24
**reach** 182:19
**reaches** 309:6
**reaching** 278:25
296:15
**react** 142:19,24
**reacting** 142:17
**read** 51:15,16,19
51:23 174:1
225:12 239:20
295:9 303:23
322:8,19,20 332:3
332:25 334:16
335:23 341:5,6,12
342:5,6,17
**reading** 253:15
303:15 333:11

334:3 340:19
**ready** 139:7
295:16
**realities** 318:14
**really** 41:20 46:25
56:21 58:18 81:20
83:5 115:21
116:11 129:13
130:4,15 184:1
191:6 209:21
215:25 222:13
297:25 311:13
318:23 323:14
**reason** 16:12 31:5
61:11 70:8 140:4
140:17 182:18
183:23 212:4
221:23 237:12,17
237:19 262:16
273:21 305:10
306:3 314:3 334:8
340:14 342:8
343:3
**reasons** 50:13,15
235:18 236:1
238:21 241:10
252:23 270:14
273:18 313:12
319:8 333:13
335:2
**reassigned** 27:19
30:12 32:13 36:21
61:5 153:13
**recall** 19:24 20:7
29:22 67:19,21
80:10 88:19
194:10 197:17
213:7,9 221:10
240:20 245:20,24
246:25 248:4
253:15,16,20

254:8,10,23 255:9
257:6 258:18,20
259:22 263:20
268:20 278:2
312:24 322:15
**recalled** 18:18
19:9
**receipt** 340:18
**receive** 78:17,21
80:2 83:10,13
94:8 109:22 110:7
180:1 204:2,4,8,10
272:8
**received** 24:23
88:18 94:1 182:15
244:3 285:2,13
**receiving** 148:20
**recess** 59:10
107:22 157:11
224:23 269:10
312:19
**recognize** 203:13
230:18 259:7
263:5,7
**reconcile** 317:10
**record** 12:2,7 14:9
17:2 59:8,11 99:9
107:20,23 157:8,9
157:12 171:5,7
172:7 203:6
224:21,24 251:1
269:8,11 286:15
296:21 312:17,20
314:22 332:25
333:12 334:3
336:4,11,12 342:9
**recorded** 314:19
**records** 89:24
187:18 235:13,15
282:16 283:21
292:13,17

**recover** 170:4,10
170:11 176:14
**recovered** 172:4
177:5 181:20
291:18
**recovering** 182:11
**recovery** 73:11
**redirect** 57:17
**redss** 200:25
**reduced** 61:25
124:6 338:14
**reduction** 61:12
329:25
**redundant** 310:2
**refer** 108:4 227:23
270:24 274:14
324:1
**reference** 250:22
251:16 277:24
340:7 341:2 342:2
**referenced** 338:13
338:18 341:11
342:15
**referred** 94:25
97:5 149:6 236:8
298:24
**referring** 81:18
132:19,20 271:12
271:14 300:25
**refers** 125:2
251:21 257:7
**refine** 299:8
**refined** 202:14
**reflect** 177:17
281:15
**reflected** 281:2,7
**refresh** 19:3
**refreshed** 19:6
**refused** 229:11
**regard** 68:19
270:21 273:11

**regarding** 20:17
72:19 106:22
250:6 255:2 295:2
310:1 337:2,11
**reginald** 153:2
**region** 103:17
303:14 304:17,22
305:8 308:5,24
**regional** 200:16,23
294:17
**registered** 222:21
**regular** 78:17,21
80:7,11 81:16
84:6,11 85:21
102:14,15 103:7
103:23 115:13
**regularly** 80:19
263:23
**reimbursement**
93:24 265:17,18
**reimbursing**
265:22
**relate** 71:24 72:5
83:13,20 91:7,11
94:3 98:21 107:7
259:18 264:15
307:16 323:22
**related** 57:22
63:19,23,24,25
65:4,6 87:12 88:3
92:4 125:3,9,11,14
125:16 126:5,20
127:6 152:8,24,25
154:15 155:16
158:10 161:9
167:7 168:16
262:1 323:9
330:16 334:14
**relates** 1:11 98:23
106:13,16 328:20

**relating** 45:5,8
73:18 75:13,18
78:18 90:20 91:3
97:24 100:5,15
101:15 104:4
105:14,24 117:20
119:11,24 126:20
149:4 160:19
255:18 336:6
**relationships**
114:15
**relative** 221:14
339:2
**relay** 294:3
**released** 178:8
**reliable** 248:21
**reluctant** 288:6
**relying** 314:1
**remained** 294:23
**remaining** 331:3
331:16
**remarks** 256:14
256:17
**remember** 16:4
17:13 18:14,17
32:1,4 55:21 59:2
60:15 61:17 62:13
68:4 85:1 92:21
96:3 126:18 144:2
149:1 200:4 201:8
210:20 213:10
263:6,15,16 326:3
**reminder** 205:6
**repeat** 314:20
**rephrase** 78:19
139:16 286:6
**replace** 301:22
**replaced** 38:17
251:2
**report** 29:9 32:9
38:8 48:15,17,21

48:22,24 53:4
79:5 81:5 89:18
89:20 90:22 105:8
105:11 170:18,21
171:3,12 174:3,7,8
174:11,13 175:13
175:24 176:6,17
178:13,17,19
212:25 250:23,25
266:5 271:21
272:10 275:17
282:19 286:20,23
286:24,25 289:12
289:14 294:10,12
295:2,23 314:24
315:3,7
**reported** 38:19
44:15 155:3 264:3
**reporter** 5:8 21:25
121:2 202:23
230:5 249:15
253:2 256:19
258:23 261:2
262:19 341:7
**reporter's** 5:6
338:1
**reporting** 32:7
33:18 38:24 63:18
65:4,5 200:8,12
**reports** 48:23
78:17,18,21 79:22
79:25 80:2,7,11
90:13,14,17 96:6
151:6,8,10 174:23
174:23 175:8,9,9
177:8,12,14,16
192:13 254:12,14
264:3 272:11
281:4 291:17
314:19 315:1

**represent** 269:16
**representing**
  321:14
**request** 89:23
  145:17 265:17
  266:3 283:13
  342:9,11
**requested** 145:21
  145:24 337:1,6,10
**requests** 283:9
**required** 140:18
  340:25
**requires** 319:9
  333:18
**research** 232:1
**resource** 145:18
**resources** 35:1
  81:9 103:16
  124:24 127:15,19
  127:23,25 128:5
**respect** 45:14
  69:24 101:16,18
  275:12,18 279:7
  285:1 287:11
  293:20 304:15
  314:3 323:12
  327:23
**respond** 57:16
  79:2 80:20 168:21
  189:19 190:6
  287:16
**responded** 196:7,8
**responding** 190:3
  252:17 303:11
  304:6 313:2
**response** 45:8
  75:17,21 171:18
  172:13,16,23
  176:7 178:15
  179:23

**responsibilities**
  34:2 37:11 45:7
  45:11 101:14,20
  325:9
**responsibility**
  31:3 45:4,22
  48:14 95:19
  101:24 216:13
  244:11 274:19
  324:9 327:2,14
**responsible** 23:6
  23:12 56:7 77:6
  91:4 135:10
  170:25 218:9
  265:24 283:17
**rest** 83:20
**restate** 242:2
**result** 61:25 76:11
  116:19 166:22
  194:7 205:22
  330:3,4
**resulted** 139:18
**results** 181:19
**retained** 5:8
**retains** 89:1
**retention** 88:14
  284:20,22,25
**retire** 37:4
**retired** 37:3 155:2
  162:6,6 163:8
  164:5 166:2
**returned** 21:18
  340:18
**reused** 123:4
**reveal** 183:19
**review** 18:9 26:17
  51:14,23 83:24
  123:6,8 337:2,6
  340:12 341:1
  342:1

**reviewed** 51:17
  254:13
**revise** 107:16
  175:18,20
**revision** 107:17
**revisions** 250:16
**rich** 1:22 2:11
**rick** 151:12
**right** 24:18 29:23
  34:12 42:10 47:13
  47:18 49:22 52:12
  53:24 54:1 63:19
  66:5,20 68:13,19
  68:20 72:8 83:11
  90:4,7 105:3
  112:23 113:18
  119:22 124:19
  130:19 135:2
  138:17,18 142:18
  149:9,13 151:2
  153:6 159:12
  161:24 163:3
  165:3 171:10
  174:2,12 175:14
  176:5,10 177:1
  186:17,24 187:23
  197:13 198:21,23
  200:25 201:18
  218:8 220:14
  226:15 231:10
  259:10,13 272:7
  272:21 274:4
  275:1,11 277:25
  278:12 279:7
  281:10 284:8
  285:22 288:2,16
  291:15,20 297:20
  298:22 299:3,25
  300:7 304:23,23
  306:12,21,22
  307:5,7 308:17

  312:2 314:10
  315:10,20 316:20
  321:6 322:22
  324:18,20 325:4,7
  325:10 326:6
  327:3,11 329:2
  330:6 332:10,13
  332:23 333:4
  335:21,23
**riley** 152:15
**ringing** 159:25
**rise** 237:13 334:7
  334:9
**risen** 237:17,20
**rite** 3:8 13:3 247:6
  321:14,23 322:3
  322:16
**river** 31:10
**rms** 250:23,25
**road** 183:18,21
**robberies** 101:11
**robbing** 127:1
  220:4
**robert** 150:12
**role** 27:23 29:24
  30:19,21 32:24
  35:9 37:8 45:14
  52:21,23 53:2
  60:4 158:22
  181:12 196:20
  254:1,18 298:6
  326:23 327:8
**roles** 53:12
**roman** 251:21
**ronald** 163:7
**room** 2:9 110:18
  190:5,7 256:9
**root** 231:20
  315:13 333:8
**ropes** 4:17 13:23

**ropesgray.com**
4:19
**ross** 99:13
**rough** 276:20
**roughly** 32:3
67:22 185:12
278:1,13
**route** 319:24
320:5
**routinely** 254:15
**rpr** 1:24
**rule** 277:7,15
**rules** 337:3,7
341:5 342:5
**run** 95:16 110:24
111:17 113:15
119:4,11 144:16
150:4 198:15
199:1,2,7,8,21
200:11 201:16,18
270:1
**running** 156:13
325:16
**runs** 282:14

**s**

**s** 3:14,23 46:5
158:16 171:10
197:19 200:9
201:1,1 262:20
293:14 340:15
342:8,8 343:3
**safe** 237:3,5,9
320:9,14 321:3
333:25
**safety** 6:3,7 40:17
90:19 94:14,20
154:19 202:24
203:2,16,18 255:3
255:5 260:10,11
260:18 265:19
282:18 283:25

**284:2,13
salaries** 81:23
149:5,23,24
**salary** 82:1,19
**sale** 120:8,11
167:12
**sales** 127:9,9
217:15
**sammy** 165:5,6
**san** 2:18
**sat** 67:15 73:24
264:8 326:22
**save** 90:5
**saved** 204:25
**saw** 140:9 210:2,5
245:10 283:8
318:24
**saying** 115:16
231:14 290:3
301:10 305:14
313:11 323:17
**says** 122:21 124:5
125:7 132:14
133:2 137:1,5,6
138:4,11,12,15
140:1 162:4
184:13 208:11
251:24 252:11
**scene** 99:9 168:21
169:5,17,22,22
170:3,15,16,17
171:16 172:4
174:10 176:24
177:20 181:20
196:10,14,15
287:7,22,23
**scenes** 177:5 233:1
**schedule** 329:6
**schedules** 329:2
**scheduling** 328:21

**school** 21:20,21
22:4,6,12,13 66:22
66:25 67:7,14
230:23 334:22
**schools** 66:17,18
66:19,25 67:10
161:2
**scientific** 232:19
243:23
**scope** 258:5,6
288:19
**scott** 151:4
**scourge** 73:16
**scratch** 289:17
**script** 58:7 182:13
**seal** 339:6 341:15
342:21
**search** 180:6
182:20 187:9
195:25 284:14
**second** 24:20,21
24:24 25:7 27:22
139:25 162:13,16
162:18 164:14
223:18 224:18
251:20 252:11
303:18 304:21
305:6
**secondary** 35:6
269:18,24 289:7
**secretary** 79:11
160:14
**secretary's** 79:12
**section** 40:20
95:14 99:22 125:2
251:24
**secure** 271:9
**security** 29:3 55:7
99:21 135:19
152:6 158:24
166:10

**see** 19:4 20:4
42:11 54:20 95:10
98:15 102:10
117:2,4,5 119:17
123:10,12 124:8,9
125:11,25 129:16
131:21 132:9,17
137:3 142:19
143:13 145:18
146:3 166:23
174:15 182:9,13
182:21 183:4,10
186:6 188:10
196:1 199:1,19,22
207:25 208:1
210:9,10 213:1
215:18 221:24
231:21 236:6
239:5 245:12,13
251:8,25 282:21
286:11 297:7
299:4,17 304:11
307:21 330:13
**seeing** 19:8 111:2
118:7 141:8 210:3
244:23 253:16,20
254:8 257:6 263:6
291:8 299:13
**seeking** 211:11
**seen** 19:7,9,10
51:12 95:3 119:1
121:14 184:16
197:11 214:14
235:14 243:19,22
250:1 253:14
254:6,11,21
280:20,22 289:16
289:19 309:13
319:20 332:4
**sees** 317:3

seize 147:2
seized 146:15
147:6 277:6,11
282:10,14 283:1
292:14 309:9
seizure 276:25
281:4 282:9,23
283:4 292:20
293:4,17 294:23
295:5 309:9,11
seizures 147:18,19
147:23 148:4
277:2 281:6
293:19,20 294:22
295:6,17 309:15
309:25 310:1
seldom 207:2
selecting 136:15
sell 78:2 129:4,6
140:7 192:5,7
220:21 222:7,22
301:3,6,7
selling 56:12 57:15
78:4 127:2 128:23
128:24 130:8,9,17
130:20 133:12,12
199:23 207:5
212:22 222:18
301:11,12 305:2
306:10 310:23
311:14
seminar 67:16
seminars 66:23
67:15,22 68:2
send 28:22 29:7
83:4,13 84:19
87:14 198:17
265:16,19 292:20
292:25 293:2
310:6

sends 79:5,25
250:10
sense 106:17
214:13 220:10
272:13 277:9
279:1 281:11
312:12 324:2
sent 26:11 55:3
88:7,9,12,17
179:16 196:13
204:19,20 285:8,9
sentence 125:7
133:2 238:22
239:21 274:17
294:21 303:18
304:1
separate 26:22
66:6 176:8 177:25
178:16,17
separated 31:9
separately 249:4
sergeant 26:1,4,9
26:14,15 27:4,5
28:8 33:24 41:22
41:23,23,24 44:20
44:21 54:9 64:20
98:5,6 150:15,16
151:8 153:9,20,20
154:12 156:11
160:9 161:12
162:22 163:21
165:11
sergeants 24:7
28:7 33:22 44:23
268:20
series 313:3
server 88:10,11
service 23:15 28:6
28:7 198:15
services 28:16,17
29:24 30:7 65:7

65:13 73:11 96:9
99:5,17 151:14
308:24
set 30:24 45:19
56:1 72:13 89:20
114:22 301:6
317:16 339:6
seven 33:20 43:25
105:6 159:8
seventh 6:23 261:3
261:9
sexual 99:8
shannon 80:1
shapland 3:5 5:5
12:24,24 269:14
269:16 302:22
303:2 312:16
321:6
share 101:14,20
101:23,23,24
192:1
shared 147:10
sharing 124:13
200:24 201:11,22
she'll 158:17
sheet 266:6 340:13
342:7,10,18 343:1
shelley 165:14,15
sheriff's 102:13
103:6,20
shift 27:22 28:1,2
shifted 71:12
ship 308:22
shootout 125:22
shop 311:8
shopping 198:9,9
214:19,21
short 21:15 23:19
30:22 43:23
107:19

shortens 268:13
shorter 144:24
shortest 17:8
shorthand 274:13
shortly 22:5 36:5
43:13 59:25
shots 6:23 260:2
261:3,8
show 124:12
showed 256:3
showing 116:14,15
shown 340:16
shrink 61:3
sic 197:19
sick 83:24 197:3
side 30:25 31:1,2,4
31:8,8,14,23,23
32:6,20,20 48:2,18
100:1 118:7
132:15,15,25
133:1 161:21
siegel 295:1
305:14
siegel's 305:10,11
signature 250:19
337:5 339:13
340:14
signed 341:13
342:18
significance
204:23
significant 205:3
207:11,15,18
209:9,18 217:23
245:6
significantly 61:25
signing 340:19
similar 107:10,11
127:10 189:11
192:8 309:11
330:13

simply 84:12
sinaloa 297:6,12
sincerely 340:21
single 88:9 210:22
  225:15 227:10
  334:22
sir 20:15 230:17
  272:16 277:13,19
  290:5 303:16
  305:4 306:16
  307:3 309:4 312:4
  326:20 332:8
  333:5 340:10
sit 73:20 109:12
  229:24 263:25
  321:22 326:25
  332:7
sits 73:8 96:20
  109:14
sitting 74:3 109:15
  263:16,17 326:4
  328:11 335:21
situation 78:9
  123:15 208:4
  210:8 221:16
  255:3
situations 67:4
  77:18 127:13
  133:17 229:13
  271:7
six 23:8 43:18,25
  44:22 159:8
size 60:16,22
  62:10,15 136:9,10
skimmed 51:20
  322:12
skimming 322:15
slash 117:23
slides 256:15
slow 61:21

small 83:15,17
  96:13 131:16,16
  185:1 278:18
smaller 92:19
  130:10 137:20
smith 202:5,6
  246:19
social 238:25
  335:5
socioeconomic
  318:14
sold 50:9 130:3,3
  190:15 206:19
  221:9 244:19,25
  288:17 299:21
solutions 3:2
  340:1 343:1
soma 215:24
somebody 36:17
  37:16 57:2,13
  60:3,10 70:15
  71:4 75:22 77:24
  118:1,3,15 126:10
  128:18,23 130:17
  133:11 148:8
  153:5 168:8,8,9
  172:15 174:4
  176:18 179:10
  183:9 184:12
  189:18 193:25
  195:3 198:7 206:9
  206:22 208:20
  211:7 212:21
  214:11 215:22
  220:13 221:10,11
  221:20 222:3,7
  226:4 236:21
  237:1,7 247:20
  260:5 271:2,21,22
  287:2,4 290:21
  291:9 300:10

311:4,6 315:4,22
somebody's
  317:21
somewhat 71:12
  316:24
sonya 2:17 13:10
soon 139:5 293:3
sorry 29:22 34:9
  39:9 44:5 46:19
  50:19 55:17 61:24
  63:11 67:24 68:4
  78:15 92:25 109:2
  125:3 131:9 142:7
  181:2 186:13
  189:13 205:24
  206:3 218:5
  238:13 260:12
  277:20 279:18
  280:5,13 281:20
  281:25 289:17
  290:13 292:12
  295:12 299:25
  302:3,22 303:6
  310:4 313:25
  317:7 320:24
  331:10 333:20
sort 25:5 31:19
  35:24 168:2 170:3
  205:6 318:1 323:2
  334:21
sorts 315:24
sound 63:19 145:1
  153:6 159:12
source 82:16,19
  106:25 131:4,6,20
  167:21
sources 113:22,25
  114:6,7 131:6,23
  140:8 147:22
  167:9,19 266:12

south 3:5
speak 16:19,21
  21:24 108:10
  158:2 255:1,10,13
  257:25 260:7
  261:20 288:6
speakers 6:23
  261:3,9
special 65:7,12
  95:9,12,16 96:8,9
  99:4,5 108:21
  109:3 115:6
  136:19 151:14
  260:24 261:21
  268:24
specialize 128:16
specific 18:20
  53:12 63:9,24
  66:11 92:22
  132:16 144:2
  155:21 156:3
  180:17 221:9
  229:4 235:7
  236:11 254:8
  266:18 278:5
  280:14 293:18
  308:18 321:20
  328:23
specifically 52:11
  53:18 98:24 100:9
  104:4 106:15
  119:25 126:13
  145:12 200:22
  221:10 224:9
  243:12 261:25
  275:1 277:22
  296:9 298:11
  304:11 308:14
  332:6
specifics 272:19

**specified** 338:21
**speculative** 276:3
  317:24
**speeches** 255:17
**spell** 46:2 59:19
  77:13 157:4
  158:13,18 179:8
**spelling** 157:6
**spend** 87:10 266:8
  266:9
**spent** 228:15
  325:19
**spiral** 316:10
**spoke** 213:12
  261:24
**spoken** 17:25
  254:24 262:8,9
**spot** 157:20
**spotty** 84:3
**spreadsheet** 90:23
**spreadsheets**
  283:20
**squad** 24:4 31:1,1
  31:2,14,17,18,20
  31:20,21 32:6
  33:3,8,15,17 34:1
  54:1,2,4,5 56:9,10
  57:20 58:20 65:20
  66:6,6 76:17
  99:20 151:5,8
  152:14 153:10
  154:8 159:6,9,15
  160:10 165:20,24
  166:18 205:1,18
**squads** 30:25 31:6
  32:21 153:18,21
  153:22
**ss** 338:3
**stacho** 164:13
**staff** 190:11
  203:23 219:9

**staffing** 289:1
**stages** 181:5 278:9
**stance** 6:25 96:18
  96:20,24 97:1
  262:20,24 263:15
**stand** 122:15
  169:23 263:19
**standing** 315:2
**stands** 96:24
  263:21 296:6
**start** 14:14 64:10
  79:8 82:22 104:23
  113:13 116:23
  130:8 139:6 142:7
  142:21 148:23
  159:9 168:9
  172:22 173:1
  187:5 194:15
  231:14 233:21
  242:23 244:23
  281:11 284:4
  289:18 290:14
  299:16 310:4
  334:20
**started** 22:18 33:3
  33:4 38:24 39:5,7
  76:24 77:2 84:6
  116:14,15,16
  141:8 158:12
  159:7,10,14,16
  189:3 191:18
  210:3,6 213:2
  233:25 234:4,12
  234:21,25 235:10
  313:11 314:4
**starting** 168:4
**state** 14:8 17:2
  34:24 46:14 47:20
  47:23 156:13
  199:8 200:11
  251:19 258:7,12

267:4 279:14
  310:13,14,16,18
  332:19 338:2,7
  339:15 341:10
  342:15
**stated** 232:25
  335:3
**statement** 122:5
  122:22 123:3
  125:2 137:9
  237:16 302:1
  304:5 318:2,3
  341:13,14 342:19
  342:19
**statements** 313:22
  314:9 315:14
**states** 1:1 275:25
  298:19 301:3
**statistic** 235:7
**statistical** 296:10
**statistics** 78:7
  122:4 126:3,11
  185:6 186:6,8,9,15
  186:18 188:3,8,11
  194:17,24 195:2
  223:25 232:9,11
  232:14,16 238:18
  243:19 248:21
  264:10 296:5
  330:23
**stats** 294:6 296:5
**status** 113:7
**statute** 14:1
**stay** 44:7
**stayed** 27:7 77:4
  169:17
**steal** 58:8 125:18
  125:18,23 213:22
  214:2,5 221:13
  222:6

**stealing** 220:4
  221:17
**steinmetz** 4:3
  12:21,21
**stenotypy** 338:14
**step** 304:24
**stephens** 36:25
  163:25 164:1
**steps** 180:15
**sticks** 205:9
  283:18
**stole** 221:19 237:7
**stomach** 144:23
**stop** 73:16 125:7
  170:14 336:3
**stopped** 193:11
**storage** 187:19
**store** 89:5,8
**stores** 3:22
**straight** 316:17
**strangers** 214:3
**strategy** 6:15,24
  253:4,9 261:4,11
  294:20 295:3
  297:19
**street** 2:17,21 3:5
  3:9,14 4:14 14:15
  24:4 28:21 29:1
  31:17,19 32:20
  33:9 34:1 57:14
  70:6,6,7 71:12
  100:13,16 116:14
  129:21,23,23
  154:5 212:22
  222:20 299:21
  300:14 301:15
  319:12 330:14
  333:23
**streets** 20:5
  299:14

**strike** 24:24,25
25:2,4,22 27:5,9
28:4,8,12,15 29:25
30:6 87:21 92:1
104:10 105:22
174:19 177:17
183:1 194:13
195:11 224:5
233:2 238:22
279:8 284:20
**string** 6:10 230:7
230:11 231:8,9
**strong** 206:24
319:9 333:18
**stronger** 334:13
**strongsville** 15:20
**structure** 6:4
94:15,21 95:6
227:2
**struggled** 68:17
69:1
**stuck** 113:14
**study** 232:19
319:18
**stuff** 90:15 156:5
156:23 161:3
193:18
**stupid** 82:21
**subject** 15:24
50:22 71:7 148:7
232:16 243:24
244:12 248:5
**subjects** 19:5
**submitted** 123:7
123:19 171:4
180:4
**subscribed** 341:10
342:14 343:21
**subsequent** 16:1
18:7 335:12

**substance** 181:15
181:15 222:25
323:1 330:13
**substances** 322:23
323:3,4,10,22,25
328:19
**substituted** 334:15
**suburban** 15:18
54:14 132:25
133:1
**success** 115:1
127:23 167:14,18
192:19 193:16,17
**successful** 193:24
**sued** 321:22
**suggest** 197:15
244:3
**suggested** 206:25
**suicide** 185:23
186:1 252:15,19
252:22
**suicides** 185:18,19
186:10,11,19,20
252:12
**suing** 51:5
**suite** 3:19 4:4,8,14
340:2
**sulzer** 163:20,21
**sum** 266:18
**summer** 24:18
**summit** 51:5 103:2
103:5,11 104:4,8
133:7,11,14 257:8
**superior** 39:21
40:13 41:5 340:1
**supervise** 98:5
**supervised** 153:10
**supervising**
194:11
**supervision** 75:2

**supervisor** 18:1
27:21,25 35:13
53:3 54:10 64:20
64:21 98:4 109:3
152:13 162:4,7
168:13,13,17
169:16,16 252:19
260:21
**supervisors** 62:8
195:1 268:21
**supervisory** 65:23
**supplement**
311:11
**supplied** 311:21
312:7
**supplier** 117:23
119:5,7 288:11
**suppliers** 117:24
**supply** 3:17 12:20
215:23 247:16
273:23 274:5
279:23
**supports** 53:6
**supposed** 175:20
175:21 180:15
**sure** 20:16 34:12
49:16 50:20 51:7
59:5 62:12,12,13
64:8 67:25 74:3
77:15 101:22
105:20 108:8
116:24 122:15,17
126:7 134:6 139:9
148:3,3,5 149:16
153:3 161:17
162:12 163:5,12
170:5 174:6,25
189:7 199:6,7
211:25 212:1
217:17 218:1
223:16 226:19

228:6 239:23
242:9 249:13
258:12 263:13
266:8 274:15
283:17 284:19,22
290:5 291:7 301:9
306:22 311:2
325:12 327:16
331:11
**surgery** 259:25
**surrounding**
133:4
**surveillance** 24:9
24:12 106:24
111:16
**survey** 303:11
304:7
**survived** 272:9
314:2
**suspect** 171:11
176:6 199:20
202:2 326:1,12
327:15
**suspect's** 172:5
187:12 196:1
**suspected** 170:22
170:23 172:4
186:10,19 250:6
251:22
**suspects** 199:18
**suspended** 251:24
**suspicious** 168:15
256:10 324:1,6
**swat** 65:19 96:15
**swinnner** 2:19
**sworn** 14:2 338:10
341:10,13 342:14
342:18 343:21
**synonymous**
117:1

**synthetic** 308:11
334:12
**syringe** 176:24
**system** 84:10
171:6,7 181:15
187:21 198:11,20
200:9,12,17,24
201:25 202:3
251:2,7,9 293:13
**systems** 334:22

**t**

**t** 12:12 46:5 54:8
59:20 262:20
**tab** 302:18,18,23
**take** 13:13 26:6,9
54:7 57:10 64:24
73:25 74:2 85:16
91:7 107:19
110:16 127:24
128:7 133:10
137:15 142:16
144:10,13 146:23
156:8 168:2,18
171:18 181:23
184:13,13 191:23
196:19 224:17
230:16 234:8
237:25 242:20,24
243:1,1,2,13
253:25 260:5,23
268:22 269:4
286:22 312:14,15
**taken** 1:21 15:12
59:10 68:9 81:3
88:22 107:22
109:19 148:25
157:11 211:8
217:21 224:23
269:10,24 283:2
312:19 325:13
326:21 338:20

**takes** 72:16,25
138:24 139:5
142:21 282:23
286:18 315:24
**talk** 128:12 134:13
137:23 139:23
141:21 166:17
169:20 170:9
190:8 194:4 202:6
212:8 213:14
256:2,8 260:11
277:21 287:20
309:22
**talked** 20:20 96:14
108:12 119:5,19
120:12 154:25
159:21 161:22
163:1 187:7,23
188:19 213:18,20
219:21 255:21
322:16
**talking** 59:14
82:11 104:22
108:10 119:3
132:24 137:18,24
138:19 141:18,19
141:20 187:4
191:7 218:22
220:16 224:10,11
225:1,2 227:1
233:15 234:8
287:18 300:18
306:18 307:17
309:18,20 320:19
330:8
**talks** 106:20,21
132:8
**tar** 210:3,7,8,13,15
298:24 301:12
**target** 122:22
125:2 246:2

**targets** 98:2 130:4
**task** 34:7,14,20,22
34:22 35:10 36:6
36:14,20 39:13
41:19 42:4 43:1
45:12,15,17 46:24
47:4 48:3,15
53:23 55:12,15
64:25 68:3 70:24
70:25 75:1 80:15
80:18,25 81:1,8,24
86:4,7,12,22 87:1
87:8,10,12,23,24
91:5,6,7,10 96:16
97:9,12,18 98:16
98:18,20,25 102:1
102:3,4,4,5,9,10
102:20,21,23
103:3,7,12,15
104:12,17,20
105:12,14 107:9
108:2,4,14,15,22
109:2,13 110:25
110:25 111:17,22
114:8,11,19
116:22 117:11,20
120:15 121:21
124:22 126:19
132:15,15,20,22
132:25 133:1,3
134:6,7,22 135:1,9
135:18 136:8,22
136:24 141:20,21
141:24 143:1,2,15
143:21 144:7,8
145:2,3,13 147:6,7
147:11,23 148:4
148:17,19 149:4
149:22 154:13
156:18 163:22
164:1 185:21

249:8 261:24
265:5 267:2
274:11,14 282:11
282:13 283:15,18
298:9 309:21
310:10,19 324:8
325:4,10 327:1,18
330:16 331:5,13
**team** 24:12 37:14
41:14 42:15 54:7
54:8,18 55:23
57:6 63:25 65:9
156:14 158:23
165:17 166:19,20
166:21 167:1,5
168:6,24 169:1
176:11 177:10,20
179:19 180:13,14
180:21 181:4
184:20 187:2
188:1 231:17
240:18 241:15
324:3
**teams** 73:1
**tech** 85:5
**teenagers** 240:13
**telephone** 172:5,6
187:12 202:3
**telephones** 180:6
**tell** 14:17 43:24
50:2 53:19 77:12
118:1,3 121:16
190:15 206:22
257:10 278:20
322:1 329:9
335:17
**temporarily** 40:21
**temporary** 40:23
**ten** 33:20 59:4
60:21,24 61:19
62:3,6,7 104:25

108:11 119:18
141:1 144:17,18
144:21 192:21,22
216:20 224:17
255:22 256:1
280:18 292:11
294:19 295:18
322:20 324:20
327:19,21,22
**tend** 239:14
268:23 272:25
**tends** 268:23
**tenth** 2:21
**tenure** 32:19
**term** 19:25 49:4
184:5 213:11
215:15 227:5,22
270:24 316:6,10
322:24
**terminology** 49:17
**terms** 52:4,17
67:21 108:17
117:18,19 181:11
279:15 280:8
324:25
**territory** 307:10
307:21,24 308:1
**tested** 27:13
**tester** 300:10,15
**testified** 15:8
19:14,19 20:9,16
20:18 21:4 270:9
270:12 284:18,21
285:24 286:5,8
287:11 289:15,19
289:24 306:8
320:11
**testify** 18:23
338:10
**testifying** 16:8

**testimony** 15:24
21:7 157:19 270:2
278:3 286:7
312:24 320:15
338:13,17 341:6,7
342:6,9,12
**teva** 4:6 13:19
247:14
**text** 122:24 123:1
**tfo** 158:24
**thank** 44:10 114:4
195:21 321:8,16
334:2 335:11
336:9
**theft** 213:20
218:13,16 311:4
**thefts** 25:10,11
**theodore** 4:8
13:18
**theodore.dayno**
4:10
**thing** 16:17 24:14
51:15 107:1 109:4
109:6 140:20
151:20 156:6
159:25 168:5
174:20 182:8,24
191:9 195:22
198:9 227:9,14
269:25 270:10
322:9
**things** 18:17 53:11
58:15 72:4,7,9
82:12 93:17,19
101:4,7 107:3
112:25 113:5
116:6 128:19
180:8 183:4
195:16 270:25
286:13

**think** 16:22 17:7
19:19 23:23 24:17
24:22 27:16,24
28:10 29:20 30:13
31:7 34:9 37:19
38:3 43:11,20
46:14,18 51:4,25
52:16,22 55:21
57:14 59:3,13
60:5,23 61:8 62:6
64:7 65:22 67:14
68:10 71:11,13,19
72:17,20 79:18
81:17 83:4 85:19
96:20 98:19,23
101:1 108:9 111:6
115:1 118:14,16
122:16 124:12
129:25 135:11
136:6 142:11
143:19 144:4,15
145:6,12 149:7
152:9 153:16,17
157:7,23 158:5
160:10 161:6,17
163:12,23 165:1
166:1,9,15,19
173:18,19,20
174:22 175:4
177:13,22 180:17
181:16 182:8
183:14,23 185:17
186:2,3 188:2
194:2,2,23 196:12
197:14,22 199:6
200:2 201:2
202:13 204:11,12
205:1,3 206:24
207:1,14,17,21,23
208:10,11 209:17
210:14,19 212:1,4

212:14 213:18,19
214:16 216:5,7,24
217:1,2,4 218:14
218:16 219:1
220:25 221:18
222:10,14 223:23
224:16,19 228:1
234:2,3,18 240:12
242:7,16 247:20
251:8,9 254:17
255:1 260:9,20
265:1 270:12
273:22 276:13
286:4 290:1,2
291:3,5,12 292:11
293:5,7 294:6,7,8
307:1,14,20
316:13 320:12
323:15 330:18
331:17 334:6,19
335:23
**thinking** 128:9
**thinks** 157:17
**third** 26:2,3,11
27:6,7 36:21
122:20 164:4,20
215:2,3
**thirty** 340:18
**thomas** 159:17,18
159:23 160:1
163:10 164:13,19
165:21,22
**thoroughly** 278:22
278:23
**thought** 40:3
128:3 140:10
190:17 193:6,12
237:8 260:18
284:8 295:13
**threat** 6:15 143:22
253:3,8,17,19

254:3,6 294:19
295:2 297:19
302:15 303:11,14
304:6,16,16,22
308:4
**threaten**  206:24
**threatened**  206:21
**three**  17:6,8 24:22
43:15,16 44:2,7
67:8 84:5 85:17
86:17 105:1 124:1
134:17 137:6,11
137:14,17,18,18
137:23,24 138:4,6
138:11,19,25
139:3,18 205:4,16
205:17 251:4
277:24 278:13
280:17 297:18
315:13
**throw**  218:3 222:4
**thumb**  277:7,15
**tier**  29:16
**tim**  154:11
**time**  15:15 21:16
23:7,25 27:9
29:12,20 32:7
33:2,6 35:9,14
36:4 38:12 39:10
39:11 42:3 43:4
43:17 44:4 45:2
52:1 57:21 58:24
59:6 60:17 61:4
61:10,15,20 62:9
70:19 80:25 84:20
85:20 86:22 87:11
87:14 91:13 92:12
107:19 108:3
112:17,19 114:9
116:8 119:23
126:17 134:21,23

136:9 137:15
139:17 141:3,23
142:10,21 143:15
143:18,21 144:4
148:21 151:2
157:17 173:14,14
181:3 183:25
186:14 190:2
207:8,10 209:20
212:16 215:19
219:7,14 223:22
225:11,14 228:15
234:20 241:2
255:13 260:21
269:6 272:7 276:6
278:2,13 279:1,11
280:6 285:4
288:12 289:3
290:7,14 295:8
299:20 300:12
312:5 314:15,21
315:25 321:7
324:17 325:18,25
326:2,17 327:13
327:16 328:2,13
331:4,10,12 336:8
338:20
**timekeeping**
151:19,19 265:15
**times**  15:14 17:7
42:18 79:17,22
80:23 87:25 229:3
250:14 308:21
328:14
**timm**  163:7
**tipsoft**  201:7
**title**  14:24 34:10
52:19
**titles**  52:20
**today**  16:6,13,25
18:6,8 39:25 44:7

52:11 62:2,6,11
71:8 87:3 92:8,11
135:23 136:1,2
207:16 212:3
229:24 270:2,9,12
270:15 272:20
273:19,22 274:6
274:17 276:1,10
312:25 321:17
329:9 332:7
335:24 336:9
**today's**  269:23
**todd**  150:20
**toilet**  222:4
**told**  203:10,11,12
243:12,16 292:4
**tomba**  95:25 96:1
154:25
**tools**  75:3
**top**  18:15 46:19
50:4 66:19 67:19
72:20 81:17,20
125:6 128:9
143:16,21 157:23
166:15 173:11
232:3 246:18
**toss**  222:4
**total**  104:19,20
306:1,10,18
**track**  249:5,10
266:6 283:21
309:11,14 310:5
**tracked**  310:1
**tracks**  65:8 198:2
249:11
**trade**  127:8
**traffic**  226:1
**trafficking**  47:9
97:16 128:15
129:3 278:7,14
279:10 280:9,11

280:23 281:14
282:1 302:14
303:13 304:21
305:2 306:10
307:6 310:22
**train**  24:8 128:2
**traine**  162:2,3
**training**  66:11,14
67:11 146:18
267:23 332:16
**transactions**  56:1
**transcribed**
338:16 341:7
**transcript**  5:1
337:3,6,9,11
340:11,12 341:5
341:12 342:5,11
342:17
**transcription**
338:17
**transfer**  34:17
56:2 88:23
**transferred**  24:19
26:2 27:5 34:5
35:8,9 36:13
170:12 209:13
**transition**  32:20
207:24
**transitioned**
174:22 210:1
**transport**  170:11
**transported**  169:7
190:4
**trap**  219:3
**travel**  267:22,23
**treat**  69:11
**treated**  69:16
186:1 206:12
**treating**  206:8
**treatment**  212:25
252:4 257:13

[treatment - unit]

Page 52

268:24

**trend** 275:21,22

**trends** 109:6 111:1
275:12

**trial** 19:16

**tried** 143:23

**tries** 192:8 248:25

**true** 80:14,16,24
118:19 208:11
216:7 272:24
307:8 323:6
338:16

**truly** 252:24

**trust** 146:11,14
147:3,8,9,16,19,24
147:25 148:1,11
148:15,20,25
149:12,18

**trusted** 314:7

**trustworthy**
272:22

**truth** 304:4 314:14
338:11,11,12

**truthful** 313:4

**try** 75:3 110:14
114:25 119:6
123:14 126:3
129:13 145:14
167:8,11 182:3
185:6,22 191:4
193:7,13 200:6
207:4 215:2,3
279:4,4 286:10
290:13 321:19
328:5

**trying** 42:14 62:13
64:5 72:3 73:15
81:17 92:20 120:4
120:21 124:18,19
126:9 128:8
129:12 140:7,9

157:20 206:16
219:3,9 221:25
227:6 287:13
288:16 290:15
301:2,16 317:9
322:10 324:25

**tucker** 4:3 12:22

**tuckerellis.com**
4:5

**turn** 122:20 132:5
136:12 145:15
195:7 212:19
251:20 253:24
282:20 319:12
333:22

**turned** 258:19

**tweaked** 202:17

**twelfth** 3:14

**twice** 79:6

**two** 23:10 25:23
25:24 28:7 30:24
31:6,11 37:5
41:20 42:13 43:17
44:23 45:17 46:6
53:8,12 58:23,25
60:2,9 66:9 80:9
89:21 115:7
116:10 125:21
128:18 129:2
131:5 135:6,8
139:3,3 140:15,18
140:19,22,24
156:7,15 169:3,15
169:15 184:13
196:12,12,16
219:18 236:20
268:17 280:17
287:5

**type** 67:4 90:2,4
96:14 106:25
109:6 198:9 254:9

265:18 293:23,24
329:18

**typed** 159:24

**types** 188:25
317:14

**typically** 113:25
118:11 128:16
170:17 171:15
196:11 208:25
250:18

**u**

**u** 158:16

**u.s.** 39:21 110:18
135:20 261:22
281:22

**uh** 93:8 145:22
231:22 251:23
252:1,1 275:8,8
291:11,11 293:25
295:10,10 303:7,7
303:21,21 307:19
307:19 326:7

**un** 275:17

**unable** 191:17
259:25

**unacceptable**
125:8

**unavailable**
257:24

**unaware** 241:20
242:5

**uncooperative**
287:24

**undercover**
266:13

**understaffed**
288:23

**understand** 16:5
16:12,18,21,22
19:25 101:17
163:17 203:11

211:13 220:9
227:5 235:4
302:11 308:15
322:25 328:22
329:24

**understanding**
51:3 64:17 105:14
239:25 291:22
308:20 321:21,24
322:2 323:7 329:4
330:10 331:20,25
332:1

**understood** 49:2

**undertake** 108:20

**undertaken**
117:20

**underway** 167:1

**unfortunate** 240:6

**uni** 25:1

**unidentified**
306:14

**uniform** 29:3
100:12 155:20
169:14,15 170:16
170:24 174:10,24
189:17

**uniformed** 28:23
168:13 169:19

**unit** 23:23,24 24:3
24:24 25:3,4,22
26:23,25,25 27:6,9
28:4,6,6,7,9,13,15
28:16,18 29:25
30:7 33:1 37:13
39:7,14 43:14,20
44:25 52:15 53:11
53:15 54:3,6,16
55:17 56:18 57:19
57:23 58:14,22
59:14,17,22 60:16
60:22 62:15 64:11

64:18 65:19 71:8
71:12 80:3,6 97:5
98:10 99:9,10
100:14,21 101:2
102:14 105:23
106:4,10 107:4
122:13,14,17,19
148:9 153:22
158:22 159:1
160:3 161:13
165:16 187:21
189:10,21,22
209:21 212:19
216:17 217:6
228:13,21 244:10
252:6 268:7,23
**unit's** 57:7
**united** 1:1 275:25
298:18 301:3
**units** 30:8 33:10
58:19 100:9 101:4
148:14 153:25
250:10
**unlawful** 70:3
**unodc** 275:16
**unpack** 270:18
290:15 304:3
**unquote** 273:6
**unusual** 85:6,7
**unwilling** 193:15
**update** 78:25
107:16 122:5
**updated** 90:14
123:4 226:4
**updates** 79:7,9
107:2
**uptake** 295:18
**upward** 275:22
**usage** 106:25
183:25

**use** 15:17 16:1
19:13 20:6,20
45:17 69:8 70:3,4
71:25 72:5 81:8
81:12,19 82:23,25
85:23,24 86:21
87:1,3,7,15,16,19
87:21,24 88:2
89:11 111:22
146:21,23 172:2,7
172:12,25 179:2,4
191:25 195:23
197:16,20,20,21
198:5 199:2,11,13
200:13,14,18
208:6 211:15,17
222:7,9 225:11,14
225:15,15,18
226:7,9 231:21
234:19 235:19
236:5,12 237:3,6,9
238:12,16,21,24
241:13 251:24
270:23,24 271:2
276:19 277:14
289:1 294:14
313:13 316:21
317:2,18 318:8
324:25 333:8,14
335:2,4,9
**user** 125:23
317:22
**users** 125:17 300:6
300:22 301:7,17
334:19
**uses** 77:19 200:20
**usually** 88:23
169:3,15 315:2

## v

**v** 1:13 340:6 341:3
342:3
**vacancy** 36:23
38:1 99:15
**vacant** 37:25
**vacation** 197:2
**vague** 277:15
**value** 271:20
**variety** 58:12
220:6 315:19
**various** 52:13
72:17 128:12
**vctf** 98:15
**vehicle** 82:8
**vehicles** 81:13
82:4,7 111:16
226:6 307:25
**veritext** 340:1,7
343:1
**veritext.com.**
340:17
**versions** 250:13
**versus** 283:22
329:6
**vice** 23:24 26:25
30:8 33:10 57:18
100:9,14,21 101:2
101:4 161:11
162:7 165:11,12
189:21,22
**victim** 191:10
206:9 207:4
211:12 272:9,15
328:3,13
**victim's** 172:5
187:12 195:25
**victims** 173:8
206:5 240:9
243:10 272:5
327:24

**video** 8:1 333:2
334:4,17
**videographer** 4:21
12:1 59:8,11
107:20,23 157:9
157:12 224:21,24
269:8,11 312:17
312:20 336:12
**videotaped** 1:18
**view** 124:22
174:14 211:23
270:13 331:1,8,11
**violation** 251:19
**violence** 98:10
145:14 307:9,16
307:18,20
**violent** 35:2,2,6
97:9 98:16,19
125:9,14,20
126:20,21,25
127:7 145:10
154:12 163:22
199:23 307:7
**virginia** 66:22
**vis** 53:2,2
**visible** 23:14
**voiced** 212:7
**vsdl** 251:16,18
**vulnerable** 191:16
193:9

## w

**wait** 44:9 144:18
172:19
**waiting** 295:15
**waived** 340:19
**wal** 3:21
**walgreens** 246:21
**walk** 42:12,16,20
42:22 256:9
**walked** 42:18

walking   215:23
walmart   3:21
    12:17 246:4
want   31:15,15
    34:12 49:16 62:17
    67:24 92:21
    112:25 113:12
    132:7 157:18,21
    157:21 178:5
    190:14 213:14
    214:24 218:3
    223:18 226:12,19
    270:10,18 277:21
    281:6 291:7 300:6
    301:9 306:22
    310:20
wanted   62:19,24
    88:6 191:14 195:3
    225:4,20 226:16
    230:23
wants   26:8 144:15
    146:24
ward   41:23 44:20
    153:8
warrant   98:9
    180:7 182:20
warrants   187:9
    199:2
washington   2:21
    3:15
watching   334:4,17
way   31:11 49:17
    50:21 52:24 57:9
    77:4 83:13 87:3
    98:22 112:15,16
    124:2,23 130:15
    130:16 145:2
    179:7 182:7
    194:18 212:15
    215:18,20 240:4
    242:14 252:5

    283:3 292:6
    296:10 311:3
    316:18 318:13
    335:18
ways   58:12 311:25
    315:16
wayside   219:13
wc.com   3:16
wearing   41:20
week   17:11 79:6
    79:17,23,24 80:23
    81:7 279:15 280:8
weekends   315:23
welcome   114:5
wendy   1:24 338:6
    339:14
went   22:11 35:3
    43:12 44:1 61:22
    62:2 68:1 70:24
    70:25 229:6
    245:10 255:19
west   31:1,8,23
    32:20 39:21 40:13
    41:5 132:15 133:1
whereof   339:5
white   238:24
    239:15 318:8
    335:5
whitney   60:5
wholesale   129:19
wholesaler   129:24
wholesalers
    129:25
wide   102:6
wiles   150:20
william   162:2,3
    163:4
williams   3:13,17
    12:19 13:6 151:24
    152:1

willing   190:8,15
    190:22 191:4
winner   2:17 5:4
    13:10,10,20,24
    14:5 46:9 59:5
    69:4 94:11 107:18
    114:5 195:14
    202:22 224:18
    230:4 249:14
    253:22 256:18
    258:22 261:1
    262:18 269:4
wise   112:14
wish   63:2 83:8
witness   2:3 15:17
    18:25 20:13
    144:10 157:17
    172:20 241:24
    338:9,14,15,18
    339:5 340:8,11
    341:1,4,11 342:1,4
    342:15
witness's   337:2
witnesses   169:21
    180:10,11
witness'   340:14
wonder   159:24
word   184:4 206:24
    251:10 315:5
work   14:12,14
    24:6 33:9 39:17
    39:24 40:1 41:13
    42:1,16 44:24
    49:25 50:18 54:21
    55:14,17 65:1
    66:9 69:11 70:1
    84:2,23 85:14,25
    86:1,2 89:3 90:11
    102:13,17 103:6
    103:19,22 104:3,7
    106:4 107:15

    114:25 122:2,7,13
    126:19,23 127:11
    128:15 129:12,15
    154:3 155:15
    156:22 166:14
    170:1 172:3
    178:23 183:7
    191:21,22 194:21
    219:7 227:23
    245:15,16 288:19
    308:24 323:8
    324:3 325:19
worked   22:8 24:21
    30:5
working   22:18
    26:16 41:18 42:2
    62:17 75:3 107:17
    139:20 178:3
    197:1 201:23
    202:1 217:4,6
works   102:14
    152:17 154:9
    155:11 165:16
workshops   66:23
world   275:19
worry   114:2
worse   76:18,19
worst   205:20
worth   115:12
write   58:7 90:2,20
    171:15 178:12
    223:6 271:1
    272:11 289:11
    295:1 315:1,6
    318:7,18 319:8
writer   315:3
writes   271:15
writing   58:9 93:21
    194:9 314:24
written   90:22
    106:2 175:22

182:13 331:19
**wrong**  123:12
159:24
**wrongfully**  220:11
**wrote**  89:21
**wv**  4:14

**x**

**xanax**  215:24
243:2

**y**

**y**  14:10
**yeah**  23:18 39:15
43:9 66:4 85:12
110:12 156:17
164:12 195:15,21
200:10 231:13
274:1 276:7 280:7
286:19 304:23
312:6 317:9
**year**  6:16 27:3,10
27:15,24 30:1
32:25 34:4,4
40:25 95:23
110:14 116:10
123:4,4 138:2,21
138:21 140:25
142:17 253:4,5,9
254:16 255:24
275:23 277:2,3
279:15 280:9
295:7,7 326:8
328:7,8,14
**years**  22:8,24
23:17,19 24:17
25:23,24 37:5
60:2,10,14 62:1
71:20 74:22 84:5
85:18 86:18 88:7
88:13 93:1 96:3
108:11 116:10

119:16,18 131:11
133:18 134:17
135:6 141:1
143:24 154:20
159:8 209:13
216:20 226:21
244:24 251:4,12
254:7 257:18
283:14 295:18
324:20 326:14
327:19,21,22
**yesterday**  51:25
**york**  4:18
**young**  240:12,21
241:3
**younger**  179:4
240:16

**z**

**zarzaur**  2:4 12:9
340:5
**zarzaur.com**  2:7
**zashin**  1:22 2:11
**zetas**  297:13
**zimmermann**  2:5
12:8,9 15:4 17:1
18:21 20:11,15
39:19 44:16 49:14
59:3 68:10,18
69:2 81:11 92:16
94:4 111:11 114:4
118:12 128:20
137:13 139:15
141:12 142:4
144:15,25 157:7
176:2 180:22
186:12,22 195:9
195:12,15,21
208:8 209:2 213:5
224:16 229:18
230:2 232:5,21
234:1 235:11

238:7,17 239:11
240:25 241:7,22
241:25 248:23
269:1,6 271:4,25
272:23 273:3
274:7 275:14
276:2,11,23
277:17 278:15
279:19 280:3,12
288:24 290:10
291:1 292:10,18
296:1,20 297:24
300:13,17,23
301:25 302:9,17
302:20,25 303:4
304:8 307:11
308:13 311:15
312:3,10,13
313:23 316:2,12
317:5,23 319:21
320:6,22 336:10
**zina**  6:21 258:24
259:2,11
**zone**  23:6,11,13
**zones**  23:9
**zrlaw.com**  2:14

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.