Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION

 3

     IN RE:  NATIONAL PRESCRIPTION    ) No. 17-md-2804
 4   OPIATE LITIGATION NO. 2804       )

                                      )
 5   APPLIES TO ALL CASES             ) Hon. Dan A. Polster

                                      )
 6

 7         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 8                 CONFIDENTIALITY REVIEW

 9

               VIDEO DEPOSITION OF CHRIS DYMON
10

                     January 25, 2019
11                      9:09 a.m.

12

13

14         Reporter:  Jude Arndt, CSR, RPR
                 CSR No. 084-004847
15

16

17

18

19

20

21

22

23

24
```

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject To Further Confidentiality Review

REDACTED

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**



Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

REDACTED

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

**REDACTED**

REDACTED

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

 1   when you went for your yearly assessment in 2013,

 2   this -- whatever with work you did to support the top

 3   100, top 500 indexing system was one of your

 4   achievements that you helped with in 2013; correct?

 5        A.    Correct, I assisted on it, yes.

 6        Q.    And it was an important part of the

 7   overall let's try to make the RX Integrity program more

 8   robust; fair statement?

 9              MS. DESH:  Objection.  Vague.

10        A.    To learn more, again.  It's just all about

11   learning and learning what could we do.

12        Q.    (By Mr. Shkolnik)  And if we could turn to

13   the next page.  Bates numbered 264.  In 264 we have a

14   breakdown of the various phases of the SOM substance

15   order logic for the program that was implemented prior

16   to you beginning with the group in 2013.

17              Have you ever seen any diagram similar to

18   this that outlined the phases of the SOM system -- the

19   CSOM system?

20        A.    I may have, but I really can't recall.

21        Q.    According to Phase 1, which according to

22   this was implemented 2009 to 2010 -- I'm sorry, August

23   of 2009 through September of 2010, the first phase of

24   the CSOM process would be it would review all

Highly Confidential - Subject to Further Confidentiality Review

1   controlled Walgreens DC orders, and it would flag

2   orders -- and it says up on top, am I correct, flag

3   select orders as suspicious?  That's what the algorithm

4   is saying, the logic; correct?

5           A.    According to the information on this

6   slide.

7           Q.    And in fact, it says that this was

8   actually prepared for litigation at the bottom,

9   anticipation of litigation or at the direction of

10  litigation and regulatory law.  This was in preparation

11  for the trial where they were going to -- where DEA was

12  coming after Walgreens; correct?

13          A.    I do not --

14                MS. DESH:  Objection.  Calls for

15  speculation.

16          A.    I do not know.

17          Q.    (By Mr. Shkolnik)  You knew that they were

18  going -- that they were about to go to trial with the

19  DEA when you started with Integrity; correct?

20                MS. DESH:  Same objection.

21          Q.    (By Mr. Shkolnik)  In February of that

22  year?

23          A.    I know we were in contact with the DEA.  I

24  don't know if it ever went to a trial or anything like

Highly Confidential - Subject to Further Confidentiality Review

1   that.

2        Q.    Well, it didn't go to trial; you guys

3   settled.  But you were aware that the team was gearing

4   up for trial against the DEA over its suspicious order

5   monitoring program?  Were you aware of that?

6             MS. DESH:  Same objection.

7        A.    Again, I don't know if our legal team was

8   preparing for trial or not.  I don't know.

9        Q.    (By Mr. Shkolnik)  It would be a nice

10  exhibit if they were going to trial, but that's a whole

11  'nother issue.

12            And it says that the -- it flags select

13  orders as suspicious, based on a 26-week pattern, and

14  then the key point on what was done in that first year,

15  August of 2009 to September of 2010, orders were not

16  reduced if they were flagged as suspicious.  That's

17  what they're telling us; correct?

18       A.    According to the information on the slide,

19  yes.

20       Q.    Did anyone ever tell you that there was a

21  one-year period where this new SOM logic was being

22  implemented where they were flagging orders as

23  suspicious, were shipping them, and were not reducing

24  them?  Did anyone ever tell you that?

Highly Confidential - Subject to Further Confidentiality Review

1      A.    Not that I can recall.

2      Q.    From your understanding, would it be

3   appropriate if whatever the system in place was -- I'm

4   not going to identify what logic it was or what

5   algorithm.  Was it your understanding that if the

6   company flagged an order as suspicious, they were not

7   supposed to order it -- I'm sorry, ship it?

8           MS. DESH:  Objection to the form.

9      A.    Again, looking at regs, potentially they

10  may have not been able to ship it.

11     Q.    (By Mr. Shkolnik)  So in the first year of

12  this new algorithm or program, they were flagging, and

13  they were not reducing, and they were shipping.

14          So in the second phase, let's start from

15  September 2010, and it says to current -- given the

16  dates in this, some time in 2012 -- it says the orders

17  were reviewed, they were flags based on drug by store,

18  historical patterns of 26 weeks, but they had

19  implemented in this Phase 2 that they would be reducing

20  only WAG DC orders.

21          So this would be saying they had a

22  reduction in place if it exceeded -- if it was found to

23  be suspicious, and if a WAG order -- that means a

24  Walgreens DC order -- would be reduced and shipped;

Highly Confidential - Subject to Further Confidentiality Review

1    correct?

2            A.    Looks so, according to this document, yes.

3            Q.    So then at this point they were saying

4    Phase 3, it was estimated to be implemented some time

5    in mid-2012, that it would check to see if an order was

6    placed with a vendor after -- 48 hours after it was

7    flagged.

8                  So here it's saying it was flagged based

9    on drug by store, historical pattern over 26 weeks.  So

10   that stayed the same; correct?

11           A.    I don't know.  I wasn't working on this at

12   the time.

13           Q.    But if we're just reading it, that's what

14   it says?  It's basically the same as the top two?

15           A.    Based on this document, yes.

16           Q.    And there was a discussion during that

17   time frame to shorten the analysis period down to 13

18   weeks.  Irrespective of the wording of discussion, when

19   you got involved in the RX Integrity, would I be

20   correct that it was down to 13 weeks, the algorithm, or

21   was it still 26 weeks?

22           A.    I believe it was 13 or possibly even lower

23   at the time.  I can't exactly recall.

24           Q.    What would be the significance of

Highly Confidential - Subject to Further Confidentiality Review

1    shortening the period that the algorithm applies?  How

2    does that affect your -- the analysis in terms of

3    observing changes and patterns?

4         A.    Again, I didn't design the algorithm.  I

5    would imagine it probably makes it easier to analyze a

6    succinct piece of time easier.

7         Q.    Or it's harder to see a change if you're

8    looking at a shorter period than you're looking at a

9    longer period; isn't that also a possibility?

10        A.    I do not know.  I'm not a statistician.

11        Q.    So here it's -- then it goes on to say

12   what are the takeaways of it after it's been flagged as

13   suspicious?  Review and refinements of tolerance and

14   frequency threshold, confirmed action for each possible

15   scenario using a matrix.

16             Now, then it goes on to say the Phase 4,

17   which was going to be implemented sometime in 2012 --

18   and basically it was saying that the algorithm for

19   suspicious order monitoring would include both DC

20   orders, WAG DC orders, and vendor orders, and flag any

21   as suspicious if they exceed the threshold.

22             When you came into SOM, was that procedure

23   in place?

24        A.    I believe it was.  It's hard to recall

Highly Confidential - Subject to Further Confidentiality Review

```
 1    exactly what changes were occurring, but I believe they

 2    were already starting that.

 3            Q.    Yeah, that was not a -- that was not a

 4    change implemented by the new team; that was already in

 5    the works before you guys -- you came in, wasn't it?

 6            A.    It probably was in the works, yes.

 7            Q.    And here it was saying both WAG DC,

 8    Walgreens distribution center, as well as the vendor

 9    orders were all reduced if they exceeded a threshold,

10    and when you got on board, that was a process that was

11    occurring in 2013; correct?

12            A.    From what I recall, yes.

13            Q.    When you joined the team, when an order

14    had been reduced, either a WAG or vendor order, was a

15    report being made to the DEA?

16            A.    Yes.

17            Q.    As soon as it was reduced?

18            A.    The same day when I was on the team, yes.

19            Q.    So once a reduction occurs, the daily

20    report would say an order came in, we reduced it, and

21    DEA, you're on notice of this?

22                  MS. DESH:  Objection to the form.

23            A.    Same as the templates we looked at

24    earlier.
```

```
 1          Q.    (By Mr. Shkolnik)  Would they -- would it

 2    be automatic, or would someone have to look at them

 3    first and determine that they're suspicious or not?

 4               MS. DESH:  Same objection.  Calls for

 5    speculation.

 6          A.    I can't really recall.  I know we were

 7    just starting to use a new dashboard and automation in

 8    various processes.  I just can't remember.

 9          Q.    (By Mr. Shkolnik)  I guess maybe my

10    question was kind of vague.  Let me try to phrase it

11    this way.  Was every reduced order automatically

12    reported to the DEA?

13               MS. DESH:  Objection.  Calls for

14    speculation.

15          Q.    (By Mr. Shkolnik)  When you became a

16    member of RX Integrity?

17               MS. DESH:  Same objection.

18          A.    To the best of my recollection, I believe

19    it was.

20          Q.    (By Mr. Shkolnik)  That was not occurring

21    before RX Integrity came into place; correct?

22          A.    I can't speculate to how -- what they were

23    doing before I came into place.

24               MR. SHKOLNIK:  We can go to the next
```

Highly Confidential - Subject to Further Confidentiality Review

1    exhibit.  That's 68.

2          Q.    (By Mr. Shkolnik)  I'm going to hand you

3    Exhibit Number 014.  Bates numbers is 00114602.

4                [Exhibit Walgreens-Dymon-014

5                marked for identification.]

6          Q.    This is an e-mail that went out to a large

7    group on December 7, 2012.  Based upon your

8    recollection of joining the team, would it be fair to

9    say you would not have been on this distribution?  I

10   know there's a lot of people here.

11         A.    Correct.

12         Q.    At this time where were you, in December

13   of 2012?

14         A.    Pharmacy manager still.

15         Q.    And was the first week of January your

16   first -- was when you began working in Integrity?

17         A.    Yes, about end of first week, start of

18   second week of January.

19         Q.    Did you have to go through an interview

20   process to be added to the team?

21         A.    Yes.

22         Q.    Were they looking for someone who had

23   store-level experience, a Pharm D, to help come onto

24   the team?

```
1        A.    Yes.

2        Q.    Had you worked with Tasha Polster before?

3        A.    Yes.

4        Q.    In what capacity?

5        A.    When I was a pharmacy intern I worked with

6   her.

7        Q.    What was her position at the time when you

8   worked with her?

9        A.    She was a pharmacy supervisor.

10       Q.    When you were saying -- when you did those

11  sort of -- I think you said it was ridealong or

12  something along -- you used a phrase earlier.

13       A.    Correct.

14       Q.    A ridealong --

15       A.    Internship.

16       Q.    Were you working with -- was that with

17  Tasha in that capacity?

18       A.    Yes.

19       Q.    And when this new team was being

20  developed, did she reach out to you and say would you

21  be interested in coming onboard, or did you submit an

22  application?  How did this come about?

23       A.    My field leaders recommended the position,

24  that I look into it, and she also said there's an
```

1    opportunity on my team if you'd like to look at it and

2    apply.

3         Q.    Had you stayed in contact with Ms. Polster

4    during the years in between?

5         A.    Not really.

6         Q.    This is a presentation that occurred on

7    January 31st, 2013.  You were part of -- you were now

8    part of RX Integrity at that point; correct?

9         A.    Correct.

10        Q.    Did you attend this meeting with Mr.

11   Bleser and the large group of people when it occurred

12   in January of 2013?

13        A.    No.

14        Q.    Did you work under Mr. Bleser at any point

15   in time?

16        A.    No, I did not.

17             MR. SHKOLNIK:  If we could jump ahead to

18   Bates numbered 4613, please.

19        Q.    (By Mr. Shkolnik)  We have here a slide

20   that was included in the presentation.  And I believe

21   quite a few members of your, I think, RX Integrity team

22   were on the distribution, if I'm not mistaken.  I think

23   Ms. Polster was there, and Mr. Merritello, and Mr.

24   Murray, and I believe Barb Martin.  They were all on

Highly Confidential - Subject to Further Confidentiality Review

```
 1   this distribution.

 2            Did anyone ever tell you about this

 3   quarterly report that was being given when you first

 4   got onto the team?

 5        A.    Not that I can recall.

 6        Q.    Now, this slide was included in the

 7   presentation, and it refers to -- and the heading is,

 8   and it's under a Walgreens PowerPoint background,

 9   troubling trend in the United States, leading cause of

10   death is prescription drugs.

11            Were you aware that by 2011 prescription

12   drugs was the leading cause of accidental death in the

13   United States?

14        A.    Just aware of what I heard in the media

15   around that time.

16        Q.    Did you hear anything in the company about

17   that when you were joining RX Integrity?

18        A.    Not that I can recall.

19        Q.    Was anyone talking about the fact that DEA

20   and governmental entities were beginning to look at the

21   fact that prescription drugs were now passing illegal

22   drugs, poisons, and car accidents as a number one cause

23   of death in the United States?

24        A.    Not that I can recall.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.    From a pharmacy perspective, that's a

 2    significant fact, isn't it, to all of a sudden for the

 3    first time in history prescription drugs are the

 4    leading cause of death in the United States, surpassing

 5    things like car accidents and illegal drugs and

 6    poisonings?  Would you agree with that?

 7          A.    It's a health care effect, yes.

 8          Q.    And this was an early sign of an epidemic

 9    developing in the United States related to prescription

10    drugs and death; correct?

11          A.    To my personal understanding, yes, that

12    would be kind of the start of it, yes.

13                MR. SHKOLNIK:  And if we go to the next

14    slide, 614, please.

15          Q.    (By Mr. Shkolnik)  Now, here the teams

16    were given an outline, which was the evolution of

17    suspicious order monitoring, with a timeline of events.

18    And there was testimony by Mr. Bleser that this was

19    actually prepared by the Pharmacy Integrity group to be

20    included in the quarterly presentation.

21                Did anyone ask you for any input into

22    the -- into a PowerPoint on the timeline of events

23    regarding suspicious order monitoring?

24          A.    I have may have reviewed or edited, but I
```

Highly Confidential - Subject to Further Confidentiality Review

1    can't recall.

2         Q.    You worked with Ms. Polster and actually

3    worked with her on some of the PowerPoints that were

4    being developed for the team; am I correct?

5         A.    Correct.

6         Q.    I noticed, looking at a lot of your files,

7    you were pretty prolific in the PowerPoint area.  Were

8    you -- did she like rely on you in some way to help her

9    when she was doing her PowerPoint presentations?

10        A.    As a reviewer or to assemble graphics and

11   stuff, yes.

12        Q.    So here one of -- the timeline starts with

13   pre-August of 2010.  Were you aware that there was a

14   steady increase in Florida pill mills and prescribers

15   dispensing medication?  Did you know that that was like

16   a problem going on down in Florida?

17        A.    Not in 2010, no.

18        Q.    Did you ever become aware that one of the

19   problems with respect to the prescription drug deaths

20   increase was related to increase in Florida pill mills?

21             MS. DESH:  Objection to the form.

22        A.    Not at that time, no.

23             MR. SHKOLNIK:  Before I go through this

24   whole -- it's going to be a while on this.  Let's take

Highly Confidential - Subject to Further Confidentiality Review

1    a five-minute; okay?

2              THE VIDEOGRAPHER:  We're off the record at

3    3:39 PM.

4              [A brief recess was taken.]

5              THE VIDEOGRAPHER:  We are back on the

6    record at 3:56 PM.

7         Q.    (By Mr. Shkolnik)  Mr. Dymon, the next

8    milestone on this timeline is October 2010.  It says a

9    change in Florida legislation restricts prescriber

10   dispensing to only 72-hour supply of pain medication.

11             Is that something you became aware of as a

12   practicing pharmacist back in those days, that there

13   were changes being implemented in Florida related to

14   the prescription of pain medications and doctor

15   prescriptions?

16        A.    No, not at that time.

17        Q.    At a later time did you become aware of

18   that?

19        A.    When I was in Integrity.

20        Q.    And was this timeline that we're seeing

21   here something that was discussed ultimately while you

22   were in Integrity, as it relates to Florida?

23        A.    Various timelines where there may have

24   been something around Florida.

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.    And the next milestone is October 2010 to

 2    March 2010 (sic).  There is a dramatic increase in the

 3    number of opioid pain medication prescriptions seen at

 4    retail stores.

 5                Did you become aware of that first while

 6    you were still working in the pharmacy setting?

 7          A.    Not that I can recall, no.

 8          Q.    When you got into Pharmaceutical

 9    Integrity, did you become aware that, as an industry,

10    there had been -- that the big chain pharmacy companies

11    saw a dramatic increase in opioid pain medication

12    prescriptions that were triggered as a result of

13    Florida's change in its law regarding dispensing of

14    pain medication at doctor's offices or pill mills?

15          A.    When I entered into RX Integrity, I became

16    aware of Florida.

17          Q.    And you then became aware that there was a

18    problem with what was known as pill mills; am I

19    correct?

20          A.    Correct, through the media.

21          Q.    And there were pill mills here in the

22    Chicagoland area, weren't there?

23          A.    There may have been.  I'm not aware.

24          Q.    Never heard of any pill mills in this
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    area?

 2            A.    Not that I can recall.

 3            Q.    Never heard of it being any type of a

 4    problem that there were pain medication pill mills

 5    popping up even here in Illinois?

 6            A.    Not that I was aware of.

 7            Q.    Did the Walgreens stores where you were

 8    working, did they exhibit any increase in opioid sales

 9    over the years you were there?

10            A.    Not that I know of.

11            Q.    So when you were -- when you were a

12    floating pharmacist and then you became a manager of

13    pharmacies, you yourself did not see any escalation of

14    opioid prescriptions over the years, like a trending

15    up, between the 2004 time frame and 2011, when you

16    stopped -- I'm sorry, 2012, when you stopped?

17            A.    Not that I can recall.

18            Q.    Wasn't it a fact in the industry that

19    there was a -- in your industry, as a pharmacist,

20    wasn't it common knowledge that opioids, the filling of

21    opioid prescriptions and the prescription numbers, were

22    increasing exponentially over the years from early

23    2000s up through 2013 or 2012?  Wasn't that just

24    well-known in your industry?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    MS. DESH:  Objection to the form.

 2          A.    Not to my own personal knowledge or

 3    recollection at that time, no.

 4          Q.    (By Mr. Shkolnik)  You didn't go to any

 5    continuing pharmacy education programs where that was

 6    talked about?

 7          A.    Not that I can recall.

 8          Q.    You didn't go to any task force meetings

 9    in your state where this was discussed or anything like

10    that?

11          A.    No, not that I can recall.

12          Q.    Were you a member of any organizations

13    here in your state for pharmacists?

14          A.    Not that I -- not at that time that I

15    remember, no.

16          Q.    Did you receive any communications from

17    any -- from the pharmacy boards of the state of

18    Illinois talking about increasing prescriptions of

19    opioids over the last decade, 2000 to 2010, 2012?

20    Anything from them?

21          A.    No, not that I recall.

22          Q.    Are you still a licensed pharmacist here

23    in the state of Illinois?

24          A.    Yes, I am.
```

Highly Confidential - Subject to Further Confidentiality Review

1          Q.     Have you always remained a licensed

2     pharmacist from the time you first got your license?

3          A.     Yes.

4          Q.     Do you receive communications from the

5     pharmacy board from your state periodically?

6          A.     Occasionally, yes.

7          Q.     Did -- as you sit here today, is it your

8     testimony you've received no communications from the

9     pharmacy board of Illinois related to opioid

10    prescription and habits of prescriptions?

11         A.     To my recollection, I do not recall

12    receiving any communications around that.

13         Q.     Does the pharmacy board sometimes issue

14    periodic publications to its members?

15         A.     I do not know if they issue publications.

16    They may on their website.  I don't go to it or I'm not

17    a board member or anything like that with the board.

18         Q.     No, I'm just saying as a member do you get

19    communications from the pharmacy board?

20         A.     I may get one e-mail a year about license

21    renewals.  That's about it.

22         Q.     Are you a member of any societies of

23    pharmacies or any other type of organizations for

24    pharmacists?

Highly Confidential - Subject to Further Confidentiality Review

```
 1         A.     No, not at this time.

 2         Q.     How about prior to 2012?

 3         A.     I may have been a part of the Illinois

 4   Pharmacists Association at one point, was a member for

 5   a short time, but it may have been around 2014, 2015.

 6   I don't remember.

 7         Q.     During that time did you receive

 8   communications from the Illinois Pharmacists

 9   Association related to increasing opioid prescriptions?

10         A.     Not that I can recall.

11         Q.     So in October 2010 to March of 2011 you

12   did become aware that the pharmacies -- the retail

13   pharmacies were seeing dramatic increases of opioid

14   pain medications in the state of Florida?  That's

15   something you did become aware of?

16         A.     Not at that time, no.

17         Q.     But later?

18         A.     Yes.

19         Q.     And then you also became -- later then,

20   July 2011, Florida prohibited practitioners from

21   dispensing C-II and C-IIIs except very limited

22   transactions or instances.  You became aware of that

23   ultimately?

24         A.     Correct.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q.     And when you were in the Pharmacy

 2   Integrity unit, did this issue come up in terms of

 3   explaining the history of why the DEA was taking action

 4   against Walgreens as well as other pharmacies and

 5   distributors in the United States?

 6        A.     Yes, in general.

 7        Q.     And then the next page talks about the

 8   2012 timeline going into 2013.  And it says there was

 9   administrative inspection warrants in the six stores

10   and Jupiter distribution center.  We talked about that

11   earlier, you did become aware of that; correct?

12        A.     Correct.

13        Q.     And then May to June of 2012, eight stores

14   voluntarily removed all C-II products, Xanax and Soma,

15   and in that time period the relaunch of good faith

16   dispensing policy.

17               Does that refresh your recollection as to

18   when the GFD was relaunched in Walgreens?

19        A.     Potentially when I was in the field at

20   that time, probably, yes.

21        Q.     Did you go through the training at that

22   point in time, the GFD training?

23        A.     If it was launched to everyone at the

24   stores, I would have.  I just can't recall or remember
```

1    how it was done.

2         Q.    If you had gone through the GFD training

3    module that was released to all the pharmacists and

4    stores, would that have been something that you would

5    have done online through like their WalNet or some

6    other pharmacy -- Walgreens interface?

7         A.    Yes.

8         Q.    Is that something that would have been

9    kept in your personnel file to show that you actually

10   completed good faith dispensing training?

11        A.    Potentially either at store level, or I

12   don't know if it's stored in a database or something

13   along those lines.  I'm not sure.

14        Q.    As you sit here today, do you recall if

15   you completed any relaunched good faith dispensing

16   policy training program?

17        A.    I may have.  I just can't recall that far

18   back.

19        Q.    Then it says September 2012 an ISO was

20   issued for Jupiter distribution center, and in November

21   an order to show cause was issued for the three Florida

22   pharmacies.

23             Were you aware of that when this was

24   occurring?  Did you hear about that through the

Highly Confidential - Subject to Further Confidentiality Review

1    Walgreens network or through other channels?

2        A.    No.

3        Q.    Was there word being released by the

4    company to all the stores, we're having a problem with

5    our Florida stores and our distribution center, we want

6    you to be aware of it, we want you to be more in tuned

7    into your prescription processing with respect to

8    controlled substances -- anything like that?

9            MS. DESH:  Objection to the form.

10       A.    Not that I can recall.

11       Q.    (By Mr. Shkolnik)  Did you have any

12   understanding as to why the company was relaunching a

13   good faith dispensing policy right around the time when

14   they had just been served with inspections and warrants

15   in Florida?

16       A.    I can't recall why they were launched.

17   They might have evolved the policy over time.

18       Q.    So after you joined -- after you joined

19   Pharmaceutical Integrity, did you reach a conclusion

20   that the relaunch of good faith dispensing was

21   unrelated to DEA action, that this was just Walgreens

22   looking to be a good pharmacy?  Is that your

23   understanding?

24       A.    My understanding is the policy evolved

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**