Highly Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF OHIO

 2                     EASTERN DIVISION

 3

     ------------------------   )

 4   IN RE: NATIONAL            ) MDL No. 2804

     PRESCRIPTION OPIATE        )

 5   LITIGATION                 ) Case No.

     ------------------------   ) 1:17-MD-2804

 6                              )

     THIS DOCUMENT RELATES TO   ) Hon. Dan A. Polster

 7   ALL CASES                  )

     ------------------------   )

 8

 9               HIGHLY CONFIDENTIAL

10      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

11

12            VIDEOTAPED FACT DEPOSITION

13                      and

14              30(B)(6) DEPOSITION

15                      OF

16   WALGREENS BOOTS ALLIANCE, INC. a/k/a WALGREEN CO.

17                      BY

18              EDWARD KALETA

19

20            December 18, 2018

21            Chicago, Illinois

22

23         GOLKOW LITIGATION SERVICES

       877.370.3377 ph | 917.591.5672 fax

24             deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
1

2

3

4

5

6

7         The videotaped Fact and 30(b)(6) deposition

8    of EDWARD KALETA, called by the Plaintiffs for

9    examination, taken pursuant to the Federal Rules of

10   Civil Procedure of the United States District

11   Courts pertaining to the taking of depositions,

12   taken before CORINNE T. MARUT, C.S.R. No. 84-1968,

13   Registered Professional Reporter and a Certified

14   Shorthand Reporter of the State of Illinois, at the

15   offices of Bartlit Beck Herman Palenchar & Scott,

16   Suite 700, 54 West Hubbard Street, Chicago,

17   Illinois, on December 18, 2018, commencing at 8:09

18   a.m.

19

20

21

22

23

24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:
 2     ON BEHALF OF THE PLAINTIFFS:
 3         LEVIN PAPANTONIO THOMAS MITCHELL
           RAFFERTY & PROCTOR P.A.
 4         316 South Baylen Street, Suite 600
           Pensacola, Florida  32502
 5         205-396-3982
           BY:  JEFF GADDY, ESQ.
 6             jgaddy@levinlaw.com
               LAURA DUNNING, ESQ.
 7             ldunning@levinlaw.com
                  (via livestream)
 8
 9
           NAPOLI SHKOLNIK, PLLC
10         360 Lexington Avenue, 11th Floor
           New York, New York  10017
11         212-397-1000
           BY:  HUNTER J. SHKOLNIK, ESQ.
12             hunter@napolilaw.com
                  (via telephone)
13
14
       ON BEHALF OF WALGREENS BOOTS ALLIANCE, INC.
15     aka WALGREEN CO.:
16         BARTLIT BECK LLP
           54 West Hubbard Street, Suite 300
17         Chicago, Illinois  60654
           312-494-4475
18         BY:  BRIAN C. SWANSON, ESQ.
               Brian.Swanson@BartlitBeck.com
19             SHARON DESH, ESQ.
               Sharon.Desh@BartlitBeck
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (Continued):
 2     ON BEHALF OF ENDO HEALTH SOLUTIONS INC. and
       ENDO PHARMACEUTICALS, INC.,
 3     PAR PHARMACEUTICAL, INC., and PAR PHARMACEUTICAL
       COMPANIES, INC. (f/k/a Par Pharmaceutical
 4     Holdings, Inc.):
 5         ARNOLD & PORTER KAYE SCHOLER, LLP
           777 South Figueroa Street, 44th Floor
 6         Los Angeles, California  90017-5844
           213-243-4000
 7         BY:  ERIC SHAPLAND, ESQ.
               eric.shapland@arnoldporter.com
 8             (via telephone and livestream)
 9
10   ON BEHALF OF McKESSON CORPORATION:
11         COVINGTON & BURLING LLP
           850 Tenth Street, NW
12         Washington, DC  20001-4956
           202-662-6000
13         BY:  GABRIEL FULMER, ESQ.
               gfulmer@cov.com
14             (via telephone)
15
16     ON BEHALF OF CARDINAL HEALTH, INC.:
17         ARMSTRONG TEASDALE LLP
           7700 Forsyth Boulevard, Suite 1800
18         St. Louis, Missouri  63105
           314-621-5070
19         BY:  JULIE FIX MEYER, ESQ.
               jfixmeyer@ArmstrongTeasdale.com
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (Continued):
 2      ON BEHALF OF AMERISOURCEBERGEN CORPORATION and
        AMERISOURCEBERGEN CORPORATION:
 3
          REED SMITH LLP
 4        10 South Wacker Drive, 40th Floor
          Chicago, Illinois  60606-7507
 5        312-207-2834
          BY:  M. PATRICK YINGLING, ESQ.
 6            MPYingling@reedsmith.com
 7
 8      ON BEHALF OF WALMART:
 9          JONES DAY
            77 West Wacker Drive
10          Chicago, Illinois  60601-1692
            312-782-3939
11          BY:  PATRICK J. BEISELL, ESQ.
                pbeisell@jonesday.com
12
13
14    ON BEHALF OF RITE AID:
15          MORGAN LEWIS & BOCKIUS LLP
            1000 Louisiana Street, Suite 4000
16          Houston, Texas  77002-5006
            1-713-890-5472
17          BY:  JAMES ALPHONSE NORTEY, ESQ.
                james.nortey@morganlewis.com
18                  (via telephone and livestream)
19
20      ON BEHALF OF HBC COMPANY:
21          MARCUS & SHAPIRA LLP
            One Oxford Centre, 35th Floor
22          Pittsburgh, Pennsylvania  15219
            412-338-4383
23          BY:  ERIN GIBSON ALLEN, ESQ.
                allen@marcus-shapira.com
24                  (via telephone and livestream)
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   ALSO PRESENT:

 2        KATIE MAYO, Legal Assistant
          kmayo@levinlaw.com

 3        SARAH MERCED, Legal Assistant
          smerced@levinlaw.com

 4        MADISON SHELQUIST, Legal Assistant,
          mshelquist@levinlaw.com

 5            (via livestream)
          MARK FREDO,

 6        mfredo@levinlaw.com
              (via livestream)

 7

 8        COREY SMITH, Trial Technician

 9

10

11   VIDEOTAPED BY:  BEN STANSON

12

13   REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968

14

15

16

17

18

19

20

21

22

23

24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    I N D E X
 2  EDWARD KALETA                    EXAMINATION
 3       BY MR. GADDY.................  14
         BY MR. SWANSON...............  358
 4       BY MR. GADDY.................  372
 5
 6  EDWARD KALETA - 30(b)(6)
 7       BY MR. GADDY.................  383
 8
 9                 E X H I B I T S
10  WALGREENS-KALETA EXHIBIT          MARKED FOR ID
11   No. 1    GAO Report to Congressional      29
                 Requesters, Prescription
12               Drugs, OxyContin Abuse and
                 Diversion and Efforts to
13               Address the Problem;
                 P-GEN-0007
14
     No. 2    Congressional Report,            47
15               "OxyContin:  Its use and
                 abuse," etc., August 28, 2001;
16               P-GEN-0047
17   No. 3    6/7/17 e-mail string;            53
                 WAGMDL00038786 - 00038791
18
     No. 4    11/2/16 e-mail with              62
19               attachment;
                 WAGMDL00375070 - 00375071
20
     No. 5    3/30/16 e-mail string;           70
21               WAGMDL00377962 - 00377967
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                        E X H I B I T S
 2    WALGREENS-KALETA EXHIBIT              MARKED FOR ID
 3      No. 6     6/1918 e-mail with               83
                  attachments;
 4                WAGMDL00376065 - 00376072
 5      No. 7     4/23/18 e-mail string with       88
                  attachment;
 6                WAGMDL00035669 - 00035683
 7      No. 8     10/31/17 e-mail string with      95
                  attachment;
 8                WAGMDL00385788 - 00385791
 9      No. 9     Binder containing Settlement    105
                  and Memorandum of Agreement
10                between DOJ, DEA and Walgreens
                  and other documents;
11                WAGMDL00490963 - 00490978
12      No. 10    5/9/18 e-mail string;           150
                  WAGMDL00383697 - 00383700
13
        No. 11    12/15/15 e-mail string with     157
14                attachment;
                  WAGMDL00042452 - 00042464
15
        No. 12    5/6/16 e-mail;                  169
16                WAGMDL00615477
17      No. 13    5/3/16 e-mail string with       175
                  attachment;
18                WAGMDL00615504 - 00615509
19      No. 14    6/13/16 e-mail string with      181
                  attachments;
20                WAGMDL00378634 - 00378639
21      No. 15    7/17/17 e-mail string with      190
                  attachment;
22                WAGMDL00374710 - 00374719
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                      E X H I B I T S
 2      WALGREENS-KALETA EXHIBIT            MARKED FOR ID
 3      No. 16   4/9/18 e-mail string with          202
                 attachment;
 4               WAGMDL00315889 -  00315903
 5      No. 17   6/19/17 e-mail string;             204
                 WAGMDL00612155 - 00612157
 6
        No. 18   9/6/17 e-mail string;              207
 7               WAGMDL00595580 - 00595586
 8      No. 19   1/17/18 e-mail string with         210
                 attachment;
 9               WAGMDL00591948 -  00591951
10      No. 20   9/20/17 e-mail string;             225
                 WAGMDL00385105 - 00385110
11
        No. 21   5/21/18 e-mail string with         237
12               attachment;
                 WAGMDL00384341 - 00384357
13
        No. 22   5/24/18 e-mail string;             254
14               WAGMDL00616784 - 00616787
15      No. 23   3/1/17 e-mail with attachment;     262
                 WAGMDL00611377 - 00611384
16
        No. 24   5/19/16 e-mail string;             272
17               WAGMDL00600854 - 00600860
18      No. 25   10/22/15 e-mail string;            279
                 WAGMDL00383497 - 00383499
19
        No. 26   8/12/16 e-mail string;             290
20               WAGMDL0044770 - 00044773
21      No. 27   4/27/16 e-mail string and          291
                 attachments;
22               WAGMDL00603118 - 00603128
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                   E X H I B I T S
 2    WALGREENS-KALETA EXHIBIT            MARKED FOR ID
 3    No. 28   8/14/17 e-mail string;            300
               WAGMDL00385259 - 00385260
 4
      No. 29   10/23/17 e-mail with             307
 5             attachment;
               WAGMDL00385895 - 00385897
 6
      No. 30   Lobbying Report;                 313
 7             P-WAG-00040
 8    No. 31   3/2/12 e-mail string;            318
               WAGMDL00642592 - 00642594
 9
      No. 32   1/29/16 e-mail string with       322
10             attachment;
               WAGMDL0000613455 - 00613467
11
      No. 33   10/27/17 e-mail string;          327
12             WAGMDL00386743 - 00386745
13    No. 34   3/2/18 e-mail string with        334
               attachment;
14             WAGMDL0000644179 - 00644182
15    No. 35   1999 - 2016 maps, National       342
               Center for Health Statistics,
16             National Vital Statistics
               System, mortality data
17
18
19
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    E X H I B I T S

 2   WALGREENS-KALETA 30(b)(6) EXHIBIT    MARKED FOR ID

 3    No. 1      Second Notice of Deposition to      384
                 Deft. Walgreens Boots
 4               Alliance, Inc. a/k/a Walgreen
                 Co.
 5    No. 2      DEA Compliance Working Group         404
                 1/10/13 Meeting Summary;
 6               CAH_MDL2804_02933683 - 02933700

 7    No. 3      Document, "Payments, Payments        417
                 for the 1 selected
 8               Organization, 12 September 2018";
                 WAGMDL00286426 - 00286428

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Highly Confidential - Subject to Further Confidentiality Review

 1          THE VIDEOGRAPHER:  We are now on the record.

 2    My name is Ben Stanson.  I'm a videographer for

 3    Golkow Litigation Services.

 4               Today's date is December 18, 2018, and

 5    the time is 8:09 a.m.

 6               This video deposition is being held in

 7    Chicago, Illinois in the matter of the National

 8    Prescription Opiate Litigation, pending in the U.S.

 9    District Court, Northern District of Ohio, Eastern

10    Division.

11               The deponent is Ed Kaleta.

12               Counsel will be noted on the

13    stenographic record.

14               Our Court Reporter is Corinne Marut.

15    Will you please swear in the witness.

16                    (WHEREUPON, the witness was duly

17                     sworn.)

18       MR. GADDY:  Corinne, did you get everybody

19    that's in attendance?

20                    (Clarification by the reporter.)

21       MR. SHAPLAND:  Eric Shapland, Arnold & Porter,

22    on behalf of Endo and Par.

23       MS. ALLEN:  Erin Gibson Allen from Marcus &

24    Shapira on behalf of Defendant HBC.

Highly Confidential - Subject to Further Confidentiality Review

1      MR. FULMER:  Gabriel Fulmer from Covington &

2   Burling on behalf of McKesson.

3      MR. GADDY:  And I'm Jeff Gaddy on behalf of

4   the Plaintiffs.

5      MR. NORTEY:  This is James Nortey with Morgan,

6   Lewis on behalf of Rite Aid.

7      MR. SWANSON:  Do you want to keep going?

8      MS. MAYO:  Katie Mayo on behalf of the

9   Plaintiff with Levin Papantonio.

10      MS. MEYER:  Julie Fix Meyer, Armstrong

11   Teasdale, on behalf of Cardinal Health.

12      MR. YINGLING:  Patrick Yingling with Reed

13   Smith on behalf of AmerisourceBergen Drug

14   Corporation.

15      MR. BEISELL:  Patrick Beisell, Jones Day, on

16   behalf of Defendant Walmart.

17      MS. DESH:  Sharon Desh from Bartlit Beck on

18   behalf of Walgreens.

19      MR. SWANSON:  Brian Swanson from Bartlit Beck

20   on behalf of Walgreens.

21

22

23

24

Highly Confidential - Subject to Further Confidentiality Review

 1                    EDWARD KALETA,

 2  called as a witness herein, having been first duly

 3  sworn, was examined and testified as follows:

 4                    EXAMINATION

 5  BY MR. GADDY:

 6       Q.    Good morning, Mr. Kaleta.  Is it Kaleta

 7  or Kaleta?

 8       A.    Yes, Kaleta.

 9       Q.    Kaleta.  My name is Jeff Gaddy.  I

10  represent the Plaintiffs in this matter, and I'm

11  going to ask you some questions this morning.

12            As your attorney referenced just before

13  we started today, not only are you being deposed as

14  a fact witness, but also you're designated on a

15  30(b)(6) topic, correct?

16       A.    Yes.

17       Q.    Okay.  So, what I expect or what I plan

18  to do today is to take your fact testimony first

19  and before I start asking you questions as in your

20  capacity as the corporate designee, I'll make that

21  clear to you.  Okay?

22       A.    Okay.

23       Q.    Where do you work?

24       A.    I work at Walgreens.

Highly Confidential - Subject to Further Confidentiality Review

1     Q.     What's your title?

2     A.     My current title is vice president of

3  federal government relations and U.S. public

4  policy.

5     Q.     And how long have you held that

6  position?

7     A.     About three years.

8     Q.     What was your position before that?

9     A.     Before that I was the senior director of

10  federal government relations.

11     Q.     And was that your position going back to

12  2011?

13     A.     Yes.

14     Q.     Has all of your duties at Walgreens

15  since you began in 2011 involved federal government

16  relations?

17     A.     Going back to 2011, some of my duties

18  have involved federal government relations.

19     Q.     To perform your duties in that position,

20  are you registered as a lobbyist?

21     A.     That's correct.  I'm a registered

22  lobbyist.

23     Q.     How long have you been a registered

24  lobbyist for Walgreens?

1      A.     I've been a registered lobbyist for

2  Walgreens dating back to 2011.

3      Q.     And do you have other individuals within

4  your department or division who are also lobbyists?

5      A.     Yes.  There are other individuals on the

6  team that are registered lobbyists.

7      Q.     Okay.  In your position as vice

8  president of federal government affairs, do you

9  have a team that reports to you?

10      A.     Yes.  I have individuals that report to

11  me as part of the federal government relations

12  portion of my position.

13      Q.     Okay.  How many people?

14      A.     There are -- can you be a little more

15  specific on the team or?

16      Q.     Sure.  How many lobbyists work

17  underneath you and report to you?

18      A.     So, as part of the federal government

19  relations team, there are two other registered

20  lobbyists.

21      Q.     Who do you report to?

22      A.     I report to Chuck Greener.

23      Q.     What's his position?

24      A.     Chuck Greener is the senior vice

Highly Confidential - Subject to Further Confidentiality Review

1    president for global public affairs,

2    communications, government relations.

3         Q.    Does your division have the sole

4    responsibility for federal lobbying within

5    Walgreens?

6         A.    There are other individuals who at

7    different times, other individuals, other

8    departments throughout the company that may

9    contribute on a limited basis.

10             But as far as having the main

11   responsibility on behalf of the company for

12   lobbying, I think the answer to your question would

13   be yes.

14        Q.    Okay.  Who are the other two folks that

15   are lobbyists who report to you?

16        A.    Alethia Jackson and Katie Bond Troller.

17        Q.    Would it be fair to say that you,

18   Ms. Jackson and Ms. Troller are the primary

19   individuals who conduct federal lobbying on behalf

20   of Walgreens?

21        A.    Yes.  That's fair to say.

22        Q.    Does -- I'm sorry, but I think you said

23   you report to Charles -- is it Greenbriar?

24        A.    Chuck Greener.

1      Q.      Chuck Greener.  Thanks.

2              Is he registered as a lobbyist also?

3      A.      He is not.

4      Q.      Does your division have a budget for

5  federal lobbying activities?

6      A.      The government relations team overall

7  has a budget, yes.

8      Q.      Does that budget cover things like

9  political contributions by Walgreens?

10     A.      No.  Those are separate.

11     Q.      Okay.  Does the federal government

12  relations team's budget, does that include dues or

13  contributions to trade associations?

14     A.      That is a portion of the government

15  relations budget, yes, dues for trade associations.

16     Q.      Does that also include any payments to

17  consulting groups?  Does that come out of that

18  budget?

19     A.      Yes.  As part of the overall government

20  relations budget, there is also money allocated for

21  outside consultants.

22     Q.      Okay.  Does Walgreens utilize outside

23  consultants to assist with its lobbying efforts?

24     A.      We have utilized outside consultants to

Highly Confidential - Subject to Further Confidentiality Review

1    assist with lobbying, yes.

2        Q.    And do those outside consultants, do

3    they perform lobbying on behalf of Walgreens?

4        MR. SWANSON:  Object to form.

5    BY THE WITNESS:

6        A.    Our outside consultants perform

7    different responsibilities on our behalf.  Some of

8    them do include direct lobbying, yes.

9    BY MR. GADDY:

10       Q.    So, in addition to you and the other two

11   members of your team who are registered as

12   lobbyists to advocate on behalf of Walgreens,

13   Walgreens also employs or hires outside consultants

14   who also will do direct lobbying on behalf of

15   Walgreens, is that correct?

16       MR. SWANSON:  Object to form.

17   BY THE WITNESS:

18       A.    Yes, that is correct.

19   BY MR. GADDY:

20       Q.    And as a lobbyist your goal is to

21   influence federal legislation on behalf of

22   Walgreens?

23       A.    No.  No.  I wouldn't characterize it

24   that way.

Highly Confidential - Subject to Further Confidentiality Review

1    Q.    Will you agree that as a lobbyist your

2  goal is to promote Walgreens' positions or agendas

3  at the Federal Government level?

4    A.    No.  I believe that the job of the team

5  as it relates to federal government relations is to

6  share relevant information with elected officials

7  and their staff on issues of importance to

8  Walgreens.

9    Q.    You're not trying to influence

10 politicians with the information that you provide

11 them?

12   MR. SWANSON:  Object to form, vague.

13 BY THE WITNESS:

14   A.    No.  We're trying to share relevant

15 information on issues of importance to the company.

16 BY MR. GADDY:

17   Q.    Why do you want to share information

18 with them?

19   A.    Each year and each session of Congress

20 there is hundreds, if not thousands, of bills that

21 are introduced, some of which have an impact on

22 Walgreens, others that do not.

23        I believe that our role in the federal

24 government relations team is to try to share

Highly Confidential - Subject to Further Confidentiality Review

1  relevant information on behalf of Walgreens on

2  issues of importance to the company.

3      Q.    The purpose of sharing the information

4  is so they can know how that particular piece of

5  legislation will impact Walgreens?

6      A.    I think in some cases the goal is to

7  share that information in order to have them better

8  understand how different pieces of legislation may

9  impact the company.

10     Q.    And you want them to see how the

11 legislation will impact Walgreens from Walgreens'

12 perspective, correct?

13     A.    I think it depends.  I think there is

14 different issues and there is different outcomes.

15 There is also different impacts relative to our

16 patients, relative to our employees or relative to

17 the company overall.

18     Q.    Is there an aspect of your position that

19 is related to public relations?

20     A.    I think -- it's kind of a vague

21 question.  It depends on the definition of public

22 relations.

23     Q.    Would you consider your primary

24 responsibility or primary job duty to revolve

Highly Confidential - Subject to Further Confidentiality Review

1   around the lobbying functions that you perform?

2       A.    Primary?  No.  I wouldn't say it's

3   necessarily primary.  I think it depends on what is

4   going on with Congress, what's going on with the

5   administration, which issues may be brought up for

6   discussion.

7            But I wouldn't say that my primary focus

8   on any given day is lobbying.  Some days it is.

9   Other days it may revolve more around policy

10  development.  Other days it may revolve around

11  other issues of importance to the company that may

12  not have anything to do with lobbying per se.

13      Q.    But it's fair to say that some aspect of

14  your -- of your job or at least on some days

15  involves public relations, press events,

16  coordinating those types of functions?

17      A.    We have a -- so, the short answer to

18  that question is probably no.  We have a

19  communications team that handles media inquiries,

20  press events, press releases.  That's separate and

21  distinct from what we do in federal government

22  relations.

23      Q.    The budget for you and your team as it

24  relates to -- to the lobbying activities that you

Highly Confidential - Subject to Further Confidentiality Review

1    do, what is that budget?

2        MR. SWANSON:  Object to form.

3    BY THE WITNESS:

4        A.    Can you repeat the question.

5    BY MR. GADDY:

6        Q.    Sure.  Let me ask it this way.  Does

7    your group, federal government affairs, does it

8    have a budget?

9        A.    So, the larger government relations

10   team, which includes federal, state, local policy

11   and other couple functions, has an overall budget.

12       Q.    What is that budget?

13       A.    It varies from year to year depending.

14       Q.    What is it this year?

15       A.    I don't know if I can say with certainty

16   what it is for 2018.  I could probably guesstimate

17   that that budget is somewhere around 8 to

18   $10 million.

19       Q.    And is that -- would that be a fair

20   guesstimate, going back to when you started with

21   the company in 2011, for what it was on a yearly

22   basis?

23       A.    I don't know.  I didn't have exposure or

24   access to that type of information back when I

Highly Confidential - Subject to Further Confidentiality Review

1  started in 2011.

2       Q.    Okay.  Going back for I guess the last

3  three years when you did have access to that

4  information, would that be a fair guesstimate for

5  the last couple of years?

6       A.    It's probably a little bit -- may have

7  been a little bit less one or two of those years,

8  but it's probably a fair estimate, yes.

9       Q.    Okay.  You told me that contributions to

10 trade associations would come out of that budget,

11 payments to consulting groups would come out of

12 that budget.

13       What else would come out of that 8 to

14 $10 million that Walgreens budgets for federal

15 government affairs on an annual basis?

16       A.    Office supplies, travel back to Chicago

17 to headquarters of Walgreens, computers,

18 publications, online publications, salaries, of

19 course, for team members.

20       Q.    As we sit here today, do you acknowledge

21 that the United States is in the midst of an opiate

22 crisis?

23       MR. SWANSON:  Object to form.

24 BY THE WITNESS:

Highly Confidential - Subject to Further Confidentiality Review

1      A.    I'm not sure that I can say relative to

2  that term.  Can you be -- can you provide a little

3  bit more information?

4  BY MR. GADDY:

5      Q.    Would you in your personal capacity

6  consider the United States to be in the midst of an

7  opioid crisis?

8      MR. SWANSON:  Object to form.

9  BY THE WITNESS:

10     A.    I think that there are a number of

11 challenges related to the opioid epidemic that have

12 been going on for some period of time with more or

13 less exposure put on certain issues over the last

14 several years.  It's probably how I'd look at it.

15 BY MR. GADDY:

16     Q.    You don't think we are in the middle of

17 an opioid epidemic?

18     MR. SWANSON:  Object to form, asked and

19 answered.

20 BY THE WITNESS:

21     A.    I think that there is a lot of

22 challenges related to the opioid epidemic, some of

23 which have been more highlighted recently than in

24 other times.

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

REDACTED

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

1    that contributes to the opioid crisis as opposed to

2    help address it?

3         MR. SWANSON:  Object to form, beyond the

4    scope.

5    BY THE WITNESS:

6         A.    I've not seen this document before and

7    I've not seen this section, so I don't have a basis

8    for an opinion.

9    BY MR. GADDY:

10        Q.    Pretend the document is not there.

11   Okay?

12        A.    Okay.

13        Q.    If I was to tell you that in March of

14   2011 that a local sheriff thought that the

15   Walgreens stores in his jurisdiction had become

16   bastions of illegal drug sales and drug use, you

17   would agree that that is contributing to the opioid

18   crisis as opposed to helping to solve it, correct?

19        MR. SWANSON:  Object to form, incomplete

20   hypothetical, calls for speculation and beyond the

21   scope of the cross.  Could have done this all

22   before and you did.

23   BY THE WITNESS:

24        A.    Yeah, that's another hypothetical, could

Highly Confidential - Subject to Further Confidentiality Review

1   have, would have, should have.  Whatever happened

2   around the country ten years ago, I can't speak to

3   that.

4   BY MR. GADDY:

5       Q.   Okay.  You don't know whether or not

6   that type of activity would make the opioid crisis

7   worse or better?

8       A.   I think you're --

9       MR. SWANSON:  Same objections.

10  BY THE WITNESS:

11      A.   Yeah, I think your summary of that

12  activity is real vague.  So, I'm not sure exactly

13  what you're referring to.

14  BY MR. GADDY:

15      Q.   You would agree it's not a good thing

16  for Walgreens stores to be called a bastion of

17  illegal drug sales.  You would agree with that,

18  right?

19      MR. SWANSON:  Object to form.

20  BY THE WITNESS:

21      A.   Can you repeat your question?

22  BY MR. GADDY:

23      Q.   Would you agree that it's not a good

24  thing to be told that Walgreens stores and their

Highly Confidential - Subject to Further Confidentiality Review

```
 1    parking lots in particular have become a bastion of

 2    illegal drug sales and drug use?

 3        MR. SWANSON:  Object to form, scope.

 4    BY THE WITNESS:

 5        A.    So, if you're asking in a vacuum if that

 6    particular sentence and just that sentence or

 7    statement is something that would be -- what was

 8    the word you used?

 9    BY MR. GADDY:

10        Q.    Bastion of illegal drug sales.

11        A.    No, would that be bad for Walgreens, is

12    that what --

13        Q.    Would it be bad, period?

14        A.    I would agree with that, yes.

15        MR. SWANSON:  Objection.

16        MR. GADDY:  That's all the questions I have,

17    Mr. Kaleta.

18        MR. SWANSON:  All right.

19        MR. GADDY:  You ready to go right in?

20        THE WITNESS:  I think I need to go to the --

21        MR. GADDY:  No problem.

22        THE WITNESS:  -- bathroom real quick.

23        THE VIDEOGRAPHER:  We are off the record at

24    4:26 p.m.
```

Highly Confidential - Subject to Further Confidentiality Review

```
1              (WHEREUPON, a recess was had

2                 from 4:26 to 4:31 p.m.)

3        THE VIDEOGRAPHER:  We are now on the record.

4    The time is 4:31 p.m. on December 18, 2018.  This

5    is the 30(b)(6) testimony of Mr. Ed Kaleta.

6              Counsel will be noted on the

7    stenographic record.

8              Will the Court Reporter please swear in

9    the witness.

10             (WHEREUPON, the witness was duly

11                sworn.)

12                EDWARD KALETA,

13   called as a 30(b)(6) witness herein, having been

14   first duly sworn, was examined and testified as

15   follows:

16                EXAMINATION

17   BY MR. GADDY:

18       Q.    State your name, please.

19       A.    Edward Kaleta.

20       Q.    And if you don't mind saying your title

21   for me one more time.

22       A.    Vice president of federal government

23   relations and U.S. public policy.

24       Q.    And do you understand that you've been
```

Highly Confidential - Subject to Further Confidentiality Review

1    designated by Walgreens to provide testimony today

2    on a single topic pursuant to a Deposition Notice

3    under Rule 30(b)(6)?

4        A.    I do.

5        Q.    Okay.  I've handed you a document which

6    we're going to call Kaleta No. 1 as it relates to

7    the 30(b)(6) deposition.

8                   (WHEREUPON, a certain document was

9                    marked Walgreens-Kaleta 30(b)(6)

10                   Exhibit No. 1:  Second Notice of

11                   Deposition to Deft. Walgreens Boots

12                   Alliance, Inc. a/k/a Walgreen Co.)

13   BY MR. GADDY:

14       Q.    Have you seen this before?

15       A.    Yes, I saw this.  My counsel provided it

16   to me.

17       Q.    Okay.  Prior to seeing this -- let me

18   ask you this first.

19             When did you first find out you were

20   going to be a 30(b)(6) designee for this case?

21       A.    About a month ago probably.

22       Q.    Okay.  When you were first told that,

23   did you know what it meant?

24       A.    I did not.

Highly Confidential - Subject to Further Confidentiality Review

1      Q.    If you turn to page 8 of that Notice, do

2   you see topic 12 in the middle of the page?

3      A.    Yes.

4      Q.    Is it your understanding that this is

5   the topic you have been designated on?

6      A.    That's correct.

7      Q.    It says, "Your participation,

8   relationship or association with any trade

9   organization, including, but not limited to, the

10  HDA, the NACDS, PhRMA, including the submission of

11  amicus briefs."

12         Do you see that?

13     A.    I do.

14     MR. SWANSON:  I'll just note that he is being

15  produced subject to objections that were made to

16  that topic in an August 31, 2018 letter from my

17  colleague Ms. Swift.

18     MR. GADDY:  Let me ask you.  Is there any --

19  certainly aware there were objections made.  I know

20  there has been some rulings made on other, as it

21  relates to other Defendants.  I don't believe there

22  was any rulings made as it relates to that topic.

23     MR. SWANSON:  I think that's correct.

24     MR. GADDY:  Are you limiting his testimony in

Highly Confidential - Subject to Further Confidentiality Review

1   any way, shape or form based merely on the raising

2   of an objection?

3        MR. SWANSON:  Well, let's go through the

4   questions and we'll find out.

5        MR. GADDY:  You can tell me if you have

6   instructed him not to answer a question or not to

7   prepare for a topic as we get there?

8        MR. SWANSON:  I'll object as beyond the scope,

9   and then I think we can sort that out later if we

10  need to and if the testimony is within.

11  BY MR. GADDY:

12       Q.   Mr. Kaleta, if you'd turn to page 2 for

13  me.  Do you see at the bottom of page 2 there is a

14  section called "Duty to Prepare"?

15       A.   Yes.

16       Q.   It says, "The testimony elicited in the

17  deposition represents Walgreens' knowledge, not the

18  individual deponent's knowledge."

19            Do you understand that?

20       A.   I do.

21       Q.   Obviously we've spent several hours

22  today taking your individual fact deposition but

23  you understand this is different, right?

24       A.   Yes.

Highly Confidential - Subject to Further Confidentiality Review

1          Q.    When you answer questions, you're

2    answering as Mr. Walgreens as opposed to

3    Mr. Kaleta.  You understand that distinction?

4          A.    I do.

5          Q.    It goes on to say, it says, "Therefore,

6    if Walgreens' designee is not knowledgeable about

7    the matters specified in the Deposition Notice, it

8    must nonetheless prepare such designee to give

9    knowledgeable, binding answers."

10               Do you see that?

11         A.    I do.

12         Q.    Have you done anything to prepare to be

13   Walgreens' designee on this topic today?

14         A.    I have.

15         Q.    Okay.  About how much time did you spend

16   preparing to testify on this topic today?

17         A.    About three hours.

18         Q.    Okay.

19         A.    Maybe two.

20         Q.    Okay.  If you would, describe for me

21   what you did to prepare.

22         A.    So, there was a couple components to it.

23   One was obviously seeing this notice, having my

24   counsel explain what the 30(b)(4).

Highly Confidential - Subject to Further Confidentiality Review

```
 1        MR. SWANSON:  6.

 2        THE WITNESS:  6, close.

 3   BY THE WITNESS:

 4        A.    30(b)(6) designation meant.  Spent a

 5   fair amount of time on that and explaining, as you

 6   just outlined, the difference between that and my

 7   personal testimony.

 8             We did a little -- I -- I had a couple

 9   conversations with colleagues to confirm

10   information related to our membership in some of

11   these trade associations, including information

12   when it was available, in which case -- in some

13   cases in which it wasn't, about our participation

14   in trade associations prior to 2011 when I was at

15   the company.

16   BY MR. GADDY:

17        Q.    Okay.  How many people -- you said

18   colleagues.  How many colleagues did you talk to?

19        A.    Three maybe.

20        Q.    Who did you talk to?

21        A.    Casey Cesnovar.  There was a gentleman

22   that was on the phone and he was referenced in one

23   these other documents that I had mentioned I had

24   heard his name before.  Excuse me.  I mentioned
```

Highly Confidential - Subject to Further Confidentiality Review

 1    earlier in my personal testimony that I had heard

 2    his name and talked with him.

 3         THE WITNESS:  I don't know if you can help me.

 4         MR. SWANSON:  I can't help you.  It's your

 5    testimony.

 6         THE WITNESS:  Okay.

 7    BY THE WITNESS:

 8         A.   Do you want me to go through the

 9    documents?

10    BY MR. GADDY:

11         Q.   No.

12         A.   Okay.

13         Q.   Who is the third person?

14         A.   It's going to take me a while.  Forgive

15    me.  The head cold is definitely in full force

16    after eight hours.  So, I'm trying to pull the

17    other person that we had a conversation with.

18              I did talk to Pete Wilson in our legal

19    department.  So, Casey, Pete and then the other

20    gentleman.

21         Q.   Okay.

22         A.   I believe that's the list.

23         Q.   Okay.  Any one of those folks more

24    important than the other as far as kind of the

Highly Confidential - Subject to Further Confidentiality Review

1    primary source that you got information from?

2         A.    Not necessarily, no.

3         Q.    Let me start with what I think will be

4    some easy ones.

5              Has Walgreens ever been a member of HDA

6    or the HDMA?

7         A.    I don't believe that Walgreens has ever

8    been a member of HDA or HDMA, but my understanding

9    is that I can go back to 2004 is about when I can

10   go back to.  But I don't believe so.  I can say

11   with fair amount of certainty we have not.

12        Q.    Okay.  Has Walgreens ever been a member

13   of PhRMA?

14        A.    No.

15        Q.    Again, is that a definitive no or no

16   back to '04?

17        A.    That was a definitive no.

18        Q.    Has Walgreens ever been a member or is

19   Walgreens a member of NACDS?

20        A.    National Association of Chain Drug

21   Stores, yes.

22        Q.    How long has Walgreens been a member of

23   that trade association?

24        A.    I was able to determine that we have

Highly Confidential - Subject to Further Confidentiality Review

1   been a member since, I want to say, going into the

2   early '90s.

3        Q.    Has Walgreens ever been a member of the

4   NABP?

5        A.    The National Association of Boards of

6   Pharmacy?

7        Q.    Correct.

8        A.    I believe we have, but I can't say for

9   certain.

10       Q.    Is that one that you inquired about or

11  asked about?

12       A.    It wasn't.  I don't believe it was on

13  this document.

14       Q.    Okay.

15       A.    We work with the National Association of

16  Boards of Pharmacy; but as to whether we are a

17  member, I don't know the answer to that.

18            What I can also add is that my area is

19  responsible for paying all trade association dues,

20  and so with the exception of individuals in our

21  company that have gone out of the process and are

22  paying for trade association dues out of their own

23  budget without our knowledge, I'm not aware that we

24  have been a member of NABP.

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Of any?  I'm sorry?

 2        A.    Of NABP.

 3        Q.    Oh.  Gotcha.  Turn to page 8 for me, if

 4   you don't mind, back where it lists your topic.

 5             You see there it says, "Your

 6   participation, relationship or association in any

 7   trade association."

 8             Do you see that?

 9        A.    I do.

10        Q.    Did you limit your inquiry only to the

11   three that are listed there?

12        A.    I did not.

13        Q.    Okay.  So, of the four that I've asked

14   you about, let me summarize it and you can tell me

15   if I got it right or not.

16             You don't believe you've ever been a

17   member of had but can only say so with certainty

18   back to '04.  You've never been a member of PhRMA.

19   You've been a member of NACDS going back to the

20   early '90s, and you're not sure about NABP?

21        A.    Correct.

22        Q.    What other trade associations is

23   Walgreens a member of?

24        A.    You want the whole list?
```

Highly Confidential - Subject to Further Confidentiality Review

1    Q.    Yes.

2    A.    How much time do you have?

3    Q.    How many?

4    A.    Do you want federal?  Do you want state?

5    Q.    Start with federal.

6    A.    You want with local chambers of

7    commerce?  Those are technically trade

8    associations.

9    Q.    Start with federal.

10    A.    So, at the federal level we are members

11    of the Business Round Table.  We're members of the

12    Retail Industry Leaders Association.  The acronym

13    is RELA.  We're members of the American Benefits

14    Council.  We're members of the National Business

15    Group on Health.

16          I believe that's currently where we are

17    at the federal level.

18    Q.    Okay.  Any of those four trade

19    organizations deal with opioids?

20    A.    I would say yes, that Business Round

21    Table and the Retail Industry Leaders Association

22    have had conversations related to the opioid

23    epidemic and its potential impact on very -- the

24    members organizations and workforce.  They have

1    not, that I'm aware of, lobbied on behalf of the

2    opioid epidemic.

3        Q.    Okay.  Have they lobbied on behalf of

4    member businesses such as Walgreens?

5        A.    On other issues?

6        Q.    Sure.

7        A.    Yes.

8        Q.    Do all of these trade associations that

9    you just mentioned, these four, conduct lobbying

10    activity?

11        A.    Yes.

12        Q.    Okay.  And all of them lobby on behalf

13    of the interest of their members, just maybe not on

14    opioids, correct?

15        A.    I'm sorry.  What was the last part of

16    your question?

17        Q.    They all lobby on behalf of the interest

18    of their members, just maybe not on opioids?

19        A.    That's correct.

20        MR. SWANSON:  Object to form.

21    BY MR. GADDY:

22        Q.    So, are you aware of any of those four

23    lobbying on any opioid-related issues?

24        A.    I'm not aware.

Highly Confidential - Subject to Further Confidentiality Review

1      Q.    Are there any state trade associations

2   that Walgreens is a member of that conducts

3   lobbying activity on behalf of its members related

4   to opioids?

5      A.    I believe there are.  There are pharmacy

6   trade associations in various states that we are

7   members of.  There are pharmacy and retail

8   associations in various states that we are members

9   of.  I would point to Illinois.  I would point to

10   Florida.  And there's a handful of others that have

11   lobbied at various times on opioid-related matters.

12      Q.    Do you know the name of the association

13   in Florida?

14      A.    I believe there's the Florida Retail

15   Association and I believe they also have a Florida

16   Pharmacy Association.  In some states it's combined

17   and in some states it's two different distinct

18   organizations.

19      Q.    Were you saying something?

20      A.    Uh-uh.

21      Q.    Would those be the only two state trade

22   associations within Florida?

23      A.    I believe so.  But, again, the lion's

24   share of my responsibility is at the federal level

Highly Confidential - Subject to Further Confidentiality Review

1    and so I have more intimate knowledge around that

2    area.

3         Q.    Who did you talk to to get information

4    about HDA or HDMA?

5         A.    So, I had knowledge myself and I also

6    talked to Casey and I talked to Pete and I talked

7    to the third gentleman whose name I can't recall at

8    this point.

9         Q.    Through your association and membership

10   in NACDS, do you ever interact with HDA and HDMA as

11   it comes to common interest in lobbying?

12        MR. SWANSON:  Object to form and scope.

13   BY THE WITNESS:

14        A.    So, Walgreens interacts, has

15   historically, with HDA on different issues, yes.

16   BY MR. GADDY:

17        Q.    Has Walgreens interacted with HDA on

18   issues related to opioids?

19        A.    I would say the answer is yes in that we

20   have spent extensive time working with HDA on the

21   Drug Supply Chain Security Act that passed in 2014

22   that was dealing with trying to update the

23   technology in the supply chain and, so, on a

24   de facto basis that impacts opioids.  So, yes.

Highly Confidential - Subject to Further Confidentiality Review

1      Q.     Any other issues other than that one?

2      A.     With HDA?

3      Q.     Correct.

4      A.     I believe that an amicus brief was filed

5  with NACDS and HDA, but that was another area where

6  I had to be prepared for that one during my

7  preparation.  I wasn't familiar with it prior to

8  that.

9      Q.     Okay.  Who did you speak with about the

10  amicus brief?

11      A.     Within Walgreens?

12      Q.     Correct.

13      A.     I spoke to I believe only Pete Wilson

14  about the amicus brief.

15      Q.     Okay.  What was the issue on which the

16  amicus brief was submitted?

17      A.     It had to do with -- oh, God, I need to

18  remember the name.  It had to do with distribution

19  of opioids, and Walgreens I know through NACDS was

20  in support of the amicus brief.  But I'm not aware

21  and I didn't hear from anybody that we actually

22  provided legal input or writings as it related to

23  the amicus brief.  The Masters case.  That's what

24  it was called.

1      Q.    Did Walgreens support the amicus brief

2  that was submitted in that case?

3      MR. SWANSON:  Object to form, beyond the

4  scope.

5  BY THE WITNESS:

6      A.    So, we supported it through NACDS.

7  BY MR. GADDY:

8      Q.    What do you mean by that?

9      A.    On any number of different issues, NACDS

10  reaches out to its membership and asks for input on

11  an issue.  That was an example.

12      Q.    That would have been an issue on which

13  Walgreens would have issued and responded

14  affirmatively that they support that amicus brief

15  being submitted?

16      A.    That's correct.

17      MR. SWANSON:  Object to form.

18  BY MR. GADDY:

19      Q.    Did Walgreens have an opportunity to

20  review that brief before they gave their

21  affirmative support that it should be submitted?

22      A.    I believe we did, yes.

23      Q.    And after reviewing that amicus brief,

24  Walgreens gave their affirmative support to NACDS

Highly Confidential - Subject to Further Confidentiality Review

1    to support or in favor of that amicus brief being

2    filed in the Masters Pharmaceutical case, correct?

3         A.    Yes.

4         MR. SWANSON:  Object to form.

5    BY MR. GADDY:

6         Q.    Did Walgreens propose any edits or

7    changes or amendments to the brief prior to it

8    being filed?

9         A.    I don't believe so.

10        Q.    Did Walgreens voice any objections to

11   any aspects of the brief that was filed?

12        A.    I don't believe so.

13        Q.    When I asked you about state trade

14   associations, you singled out Florida and Illinois.

15   Any particular reason for those two states?

16        A.    Yes.  They're our first and third

17   largest states in terms of number of stores.  So,

18   I'm more familiar with them than I am with other

19   states.

20        Q.    The lobbying or the trade associations

21   in Illinois, would they be similar to the ones that

22   you mentioned from Florida?

23        A.    They are joint in Illinois.  IRMA is the

24   Illinois Retail Manufacturers Association, and they

1    handle both retail as well as pharmacy issues for

2    Walgreens.

3        Q.    And these state trade associations that

4    you're referencing in Illinois and Florida, do they

5    restrict their lobbying to state legislatures as

6    opposed to federal?

7        MR. SWANSON:  Object to form.

8    BY THE WITNESS:

9        A.    The short answer is no.  There are

10   instances where federal legislation has an impact

11   on states and different state trade associations,

12   retail associations will weigh in.  It's not

13   common, but it happens.

14   BY MR. GADDY:

15       Q.    Are there any federal trade

16   organizations you can think of that Walgreens is a

17   member of or associated with other than NACDS and

18   the four that you mentioned, the Business Round

19   Table, the retailers.  Can't read my own writing.

20   Those four.  Are there any others that you can

21   recall?

22       A.    The National Association of Specialty

23   Pharmacy, which I'm on the Executive Committee on,

24   so I clearly should have remembered that one.

Highly Confidential - Subject to Further Confidentiality Review

1    Again, I blame the head cold.

2          Q.    Does "specialty pharmacy," do those two

3    words have anything to do with opioids?

4          A.    No.

5          Q.    Does that trade association have

6    anything to do with opioids?

7          A.    No.

8          Q.    I'll ask you about NACDS in a minute.

9                But any of the other federal trade

10   organizations that Walgreens is a member of, do any

11   of them do any lobbying regarding the laws, rules

12   and regulations surrounding drug distribution or

13   drug dispensing?

14         A.    That we're members of?

15         Q.    Correct.

16         A.    I don't believe so, no.

17         Q.    Are there any significant or well-known

18   federal trade organizations that do represent

19   retail pharmacies that Walgreens is not a member of

20   that you're aware of?

21         A.    Yes.

22         Q.    What would that be?

23         MR. SWANSON:  Object to the form and scope.

24   BY THE WITNESS:

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**