Page 1

1        IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION

2

                        MDL No. 2804

3

                    Case No. 17-md-2804

4

                Judge Dan Aaaron Polster

5

6

                      THIS RELATES TO:

7

8     THE COUNTY OF CUYAHOGA, OHIO, ET AL VS. PURDUE

9        PHARMA L.P., ET AL CASE NUMBER 18-OP-45004

10

11

12

13

14

15                    VIDEO DEPOSITION OF

16

17                      CLAIRE KASPAR

18

19                    JANUARY 15, 2019

20

21        DEPOSITION HELD AT KELLEY & FERRARO

22

23        950 MAIN AVENUE, SUITE 1300

24

25                  CLEVELAND, OH 44113

Page 2

1 APPEARANCES OF COUNSEL:
2
3  FOR THE PLAINTIFF:
4     Mr. Anthony Gallucci
5     McDermott & Hickey
6     20525 Center Ridge Road, Suite 200
7     Rocker River, OH 44116
8     (216) 712-7452
9
10    Ms. Brandy H. Ranjan
11    Jones Day
12    325 John H. McConnell Blvd., Suite 600
13    Columbus, OH 43215
14    (614) 469-3939
15 For Wal-Mart
16
17    Ms. Debra D. O'Gorman
18    Dechert, LLP
19    1095 Avenue of the Americas
20    New York, NY 10036
21    (212) 698-3500
22 For Purdue Defendants
23
24
25

Page 3

1 APPEARANCES CONTINUED:
2
3     Mr. A.L. Emch
4     Jackson Kelly
5     500 Lee East Street E., Suite 1600
6     Charleston, WV 25301
7     (304) 340-1172
8 For AmerisourceBergen Drug
9
10    Mr. Justin E. Rice
11    Tucker Ellis
12    950 Main Avenue, Suite 1100
13    Cleveland, OH 44113
14    (216) 696-3670
15 For Janssen and Johnson and Johnson
16
17    Ms. Neda Hajian  (appeared by phone)
18    Arnold & Porter
19    601 Massachusetts Avenue, N.W.
20    Washington, D.C.  20001
21    (202) 942-6840
22 For Endo Pharmaceuticals and Par Pharmaceuticals
23
24 THE VIDEOGRAPHER:
25    Kurt Henschel

Page 4

1           INDEX
2                    PAGE
3        EXAMINATION

4 QUESTIONS BY MS. RANJAN          7
5 QUESTIONS BY MR. O'GORMAN          259
6 QUESTIONS BY MR. EMCH          270
7        EXHIBITS
8 Deposition Exhibit 1 (CV)          24
9 Deposition Exhibit 2 (email)          43
10 Deposition Exhibit 3 (email)          117
11 Deposition Exhibit 4 (email)          139
12 Deposition Exhibit 5 (email)          151
13 Deposition Exhibit 6 (PDRC Minutes          158
14     February 2013)
15 Deposition Exhibit 7 (CPDR June          161
16     2013 minutes)
17 Deposition Exhibit 8 (Cuyahoga          173
18     County Heroin Epidemic)
19 Deposition Exhibit 9 (email)          184
20 Deposition Exhibit 10 (email)          187
21 Deposition Exhibit 11 (email)          191
22 Deposition Exhibit 12 (email)          194
23 Deposition Exhibit 13 (email)          196
24 Deposition Exhibit 14 (preliminary          200
25     drug deaths report)

Page 5

1        EXHIBITS

2 Deposition Exhibit 15 (email)          210
3 Deposition Exhibit 16 (email)          213
4 Deposition Exhibit 17 (email)          217
5 Deposition Exhibit 18 (medical          221
6     examiner's role in addressing the opioid
7     crisis)
8 Deposition Exhibit 19 (email)          254
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 - 5)

Page 6

1      VIDEO DEPOSITION
2      THE VIDEOGRAPHER:  Today's date is
3  January 15th, 2019.  We are on the record at 9:04.
4  We are here in the matter of National Prescription
5  Opiate Litigation.  This deposition is taking place
6  in Cleveland, Ohio.  Would counsel please identify
7  themselves for the purpose of the record.
8      MR. GALLUCCI:  Anthony Gallucci on behalf
9  of Cuyahoga County.
10      MS. RANJAN:  Brandy Ranjan on behalf of
11  Wal-Mart.
12      MS. O'GORMAN:  Debra O'Gorman on behalf of
13  the Purdue defendants.
14      MR. EMCH:  Al Emch on behalf of
15  AmerisourceBergen Drug Corporation.
16      MR. RICE:  Justin Rice from Tucker Ellis
17  on behalf of Janssen and Johnson and Johnson.
18      THE VIDEOGRAPHER:  And on the telephone,
19  please?
20      MS. HAJIAN:  On behalf of Endo and Par.
21      THE VIDEOGRAPHER:  Would the court
22  reporter please swear in the witness.
23
24
25

Page 7

1      CLAIRE KASPAR,
2  of lawful age, having been first duly sworn to
3  testify the truth, the whole truth, and
4  nothing but the truth in the case aforesaid,
5  deposes and says in reply to oral
6  interrogatories, propounded as follows, to-wit:
7      EXAMINATION
8  BY MS. RANJAN:
9      Q    Good morning, Miss Kaspar.  We met off
10  record.  My name is Brandy Ranjan, I'm from the law
11  firm of Jones Day and I represent Wal-Mart in this
12  matter.  I will be asking you some questions today.
13          To start, have you ever had your
14  deposition taken before?
15      A    I have not.
16      Q    Okay.  So then I just want to cover a few
17  ground rules that will hopefully make today go more
18  smoothly.  Your counsel probably covered these with
19  you too, but just so we are on the same page.
20          First of all, you will see there is a
21  court reporter here today.  He is taking down
22  everything that both of us say.
23          So that means whenever I'm speaking,
24  you can't speak and vice versa.  So we can try not
25  to speak over each other, does that make sense?

Page 8

1      A    Yes.
2      Q    Similarly, he can't record down things
3  like nods of the head or uh-huhs because those just
4  won't come through on the record.  So if you could
5  try to make your answers oral and yes, no, those
6  type of responses, that would be great.
7          If at any time during the deposition
8  you need to take a break, that's totally fine.  This
9  is not a marathon, it is not an endurance test.  We
10  can take a break at any time.  I will just ask if
11  there is a question pending, you answer it and we
12  can go off the record and take a break.
13      A    Okay.
14      Q    Does that make sense?
15      A    Yes.
16      Q    You let me know if you need to take a
17  break for any reason?
18      A    Yes.
19      Q    And if I ask you any kind of a question
20  that doesn't make sense to you, you need me to
21  clarify it, you didn't understand, anything of that
22  nature, please let me know and I will rephrase my
23  question, does that make sense?
24      A    Yes.
25      Q    And if you don't ask me to rephrase my

Page 9

1  questions, I will assume that you understood them?
2      A    Okay.
3      Q    Is there any reason why you can't testify
4  fully and truthfully here today?
5      A    No.
6      Q    You are not taking any kind of medication
7  that would prevent your recall or your ability to
8  testify fully?
9      A    No.
10      Q    You understand that you are under oath?
11      A    Yes.
12      Q    What does that mean to you?
13      A    Um, that I am on the record and everything
14  that I say will be true.
15      Q    Great.  What, if anything, did you do to
16  prepare for your deposition today?
17      A    I looked at print-outs of a few of the
18  presentations and publications that I've made in
19  regards to opioids.
20      Q    Do you remember what specifically?
21      A    Um, there was a poster that talked about
22  the prevalence and increase of heroin overdoses from
23  2006 to 2011.  I don't remember the exact title of
24  it, but that's the gist of what that poster was
25  about.

3 (Pages 6 - 9)

Page 10

1    I looked at a poster presentation
2  that discussed the formation of 6-acetylmorphine
3  when you combine morphine and aspirin.
4    I also looked at a publication about
5  that same topic.
6    Q   I'm sorry to interrupt you.  Was that a
7  paper that you wrote or a paper that someone else
8  wrote?
9    A   I wrote that paper.
10   Q   Okay.
11   A   I also reviewed a publication that
12  Dr. Gilson wrote that I was also a co-author on
13  and --
14   Q   What was the topic of that presentation?
15   A   That one was about the heroin, I might
16  have said heroin epidemic in Cuyahoga County, it was
17  something along those lines.
18    I reviewed a poster presentation that
19  I presented about dihydrocodeine.  I reviewed a
20  poster presentation that I presented about unusual
21  heroin overdoses or explanations for those unusual
22  overdoses.
23   Q   What was the year of that publication?
24   A   That, I presented that in 2014, in October
25  of 2014.  So I believe made that poster in 2014

Page 11

1  also.
2    Q   Okay.  Was that the title of the poster,
3  unusual --
4    A   I can't remember exactly what the titles
5  are, but it was something along those lines.
6    Q   Do you remember generally what that poster
7  discussed?
8    A   That poster was to help explain a few
9  cases that we had in our office where they looked
10  like they were going to be heroin overdoses, but
11  then our toxicology results didn't necessarily
12  reflect that.
13    So, for instance, two of them have
14  very low concentration of morphine and that was all
15  that we found related to heroin and we considered
16  those to be lingering overdoses.
17    A couple of them turned out to be
18  Fentanyl overdoses.  This was probably around when
19  we started to see the Fentanyl coming back into the
20  area with the heroin.
21    Um, and then a couple of the cases we
22  were unable to determine what the individuals
23  injected, but they believed that they had injected
24  heroin.
25    Q   Okay.  I'm sorry to interrupt.  Did you

Page 12

1  review anything else in preparation for your
2  deposition?
3    A   Um, I reviewed a publication about
4  lingering heroin overdoses or opioid overdoses.  I
5  believe that is all of the documents that I looked
6  at.
7    Q   Did you meet with anyone to prepare for
8  your deposition today?
9    A   I did.
10   Q   Who did you meet with?
11   A   Anthony Gallucci.
12   Q   When did you meet with him?
13   A   Yesterday.
14   Q   For how long?
15   A   Maybe two and a half hours.
16   Q   Was anyone else present at that meeting?
17   A   No.
18   Q   Was there anyone on the phone?
19   A   No.
20   Q   Other than meetings, did you discuss your
21  deposition today with anyone else?
22   A   Just that I had one, but.
23   Q   Who did you discuss that with?
24   A   With my, with the chief toxicologist in
25  our office.

Page 13

1    Q   Dr. Gilson?  Not the chief toxicologist,
2  he's the medical examiner, obviously, right?
3    A   Yes.
4    Q   Who is the chief toxicologist?
5    A   His name Dr. Luigiano Apollonio.
6  L-U-I-G-I-A-N-O, and then Apollonio, like Apollo.
7  So I don't know and then O-N-I-O, Apollonio.  Eric
8  Lavins is my supervisor.  I also talked to him
9  letting him know that I had this deposition.
10   Q   And those were just scheduling type of
11  conversations?
12   A   Yeah, and just casual letting them know
13  that I have this, yeah, that was it.  So, yes, to
14  let them know I won't be in the office and just, I
15  don't know, conversational I have to do this.
16   Q   Okay.  Did you speak to your, do you have
17  a spouse or significant other?
18   A   I do.
19   Q   Did you speak to him or her about your
20  deposition today?
21   A   Um, he just knows that I have a
22  deposition.
23   Q   Okay.  Anyone else?
24   A   Huh-uh.
25   Q   Okay.  Did you talk to Dr. Gilson about

4 (Pages 10 - 13)

Page 14

1 his deposition yesterday?
2     A   I did not.
3     Q   Or about anything related to this lawsuit?
4     A   No.
5     Q   Did you review any deposition testimony in
6 preparation for your deposition today?
7     A   No.
8     Q   Did you review any legal filings in
9 preparation for your deposition today?
10    A   No.
11    Q   We talked briefly before we went on the
12 record about your commute, so sounds like you live
13 in Cleveland?
14    A   I do.
15    Q   Can you please give us your residential
16 address?
17    A   I live at 9817 Tamarack Trail in
18 Brecksville, Ohio, 44141.
19    Q   All right.  What is your current
20 occupation?
21    A   I work as a Forensic Toxicologist III at
22 the Cuyahoga County Medical Examiner's Office.
23    Q   And generally speaking, what are the
24 duties of a Forensic Toxicologist III?
25    A   My typical duties are to extract the drugs

Page 15

1 from biological specimens on either postmortem
2 medical examiner cases.  We also do police work.  So
3 we will do DUI cases and drug facilitated sexual
4 assault cases.
5         So I perform the lab work to extract
6 the drugs from these biological samples.  I will
7 write up, write up and process all of the data
8 that comes along with any extraction procedure that
9 I perform.  I also review other analysts data that
10 they have prepared.  And we do method validations,
11 we do method development, but my typical day would
12 be extracting these cases and then reviewing other
13 people's work.
14    Q   What is your educational background?
15    A   I have a bachelor's degree in chemistry
16 pre-medicine from Ohio University.  I graduated from
17 there in December of 2003.  I also have a minor in
18 psychology.
19    Q   Do you hold any licenses or
20 certifications?
21    A   I do.  I am certified by the State of Ohio
22 to perform drug and alcohol testing.  I think it is
23 Ohio Department of Health that gives us those
24 certifications.
25    Q   When did you receive that certification?

Page 16

1     A   I don't remember the exact date that I
2 received it.  So I began working at, it was at the
3 coroner's office originally that was in 2004 and the
4 requirement for the alcohol testing is to have
5 worked in a laboratory for at least six months
6 before you can get that certification.  And then for
7 the drug certification, you have to have worked in a
8 laboratory for at least a year.
9         So at some point in 2005, I'm
10 guessing, is when I first received the certificates
11 and then each year we renew them.
12    Q   Has your certificate ever lapsed?
13    A   No.
14    Q   Have you ever taken a certification test
15 and not passed?
16    A   No.
17    Q   Other than what you have described to me
18 so far, do you have any other kind of specialized
19 training?
20    A   Um, no.  Well, we have training in our
21 workplace to actually like learn how to the assays,
22 but no other educational background.
23    Q   Okay.  So you said that you started your
24 career in 2005 at the coroner's office?
25    A   2004.

Page 17

1     Q   2004?
2     A   May of 2004.
3     Q   And that was the coroner's office here in
4 Cleveland?
5     A   Yes, it is same office I currently work
6 in, it just was a coroner's office back then and now
7 we're medical examiners.
8     Q   The difference between a coroner's office
9 and medical examiner's office is essentially that a
10 coroner is elected, while a medical examiner is
11 appointed, is that accurate?
12    A   Yes.
13    Q   Have you worked your entire career at the
14 Cleveland, either coroner's office or medical
15 examiner's office?
16    A   I have not.  I worked at the coroner's
17 office from 2004 until September of 2007.  I moved
18 to Maryland and worked at the State Medical
19 Examiner's Office in Baltimore in their toxicology
20 department.  I worked there from September of 2007
21 until July of 2010.  And then I moved back to
22 Cleveland and I started my current job in July of
23 2010.  It was still the coroner's office at that
24 point, but medical examiner's office now.
25    Q   During your first, I will call it your

5 (Pages 14 - 17)

Page 18

1 first stint at the coroner's office here in
2 Cleveland, from approximately 2004 to 2007, what was
3 your position then?
4    A   Um, I think that it was called forensic
5 chemist back then.  We did not have the different
6 steps of like Forensic Scientist I, II and III like
7 we have now.  I'm pretty sure it was just forensic
8 chemist.
9    Q   Who were you reporting to at that time?
10    A   Our chief toxicologist was Amanda Jenkins
11 and Eric Lavins was still the supervisor back then.
12 And the coroner was Dr. Elizabeth Balraj.
13    Q   Why did you decide to leave the Cleveland
14 coroner's office and go to Maryland?
15    A   My husband was in school in Maryland and I
16 found out that a position was opening at their
17 medical examiner's office doing exactly what I do
18 here in Cleveland.  So I decided to move out there
19 and try it out there and see how I liked it.
20    Q   When you were in Maryland, did you do
21 essentially the same kind of work that you did here
22 in Cleveland?
23    A   Yes, the exact same work.
24    Q   And then what made you decide to come back
25 to Cleveland in July 2010?

Page 19

1    A   Um, well, I just love Cleveland.  So I
2 wanted to move back home and my husband is actually
3 from this area too.  And somehow I saw that there
4 was a position opening back in the toxicology lab
5 here.  So I applied for that and got the position
6 and moved back, and then my husband ended up once he
7 finished school coming back here.
8    Q   When you came back to Cleveland, was it
9 the medical examiner's office then back in
10 July 2010?
11    A   No, it was still the coroner's office at
12 that point.
13    Q   When was that changed?
14    A   I think in 2011.
15    Q   Okay.  So when you came back to Cleveland
16 coroner's office in July 2010, what was your
17 position at that time?
18    A   Um, I believe back then there still were
19 not any steps.  So, um, I think they were calling
20 them forensic scientist at that point, but there was
21 no I, II or III at that point.
22    Q   Okay.  At that time did you have anyone
23 reporting to you, were you supervising anyone else's
24 work?
25    A   Um, I don't believe so.  They don't even

Page 20

1 consider, so us reviewing the data of other
2 analysts, they don't consider us to be supervising
3 them, that's something that anybody who is signed
4 off on a particular assay is able to review other
5 people's data who have done that same assay.  But
6 even back then, I don't think I was even reviewing
7 data because I'm pretty sure the chief toxicologist
8 and supervisor were doing all the data review.
9    Q   Okay.  And then at some point you became,
10 instead of a forensics scientist, forensic, you have
11 to remind me of the title, Forensic Toxicologist
12 III?
13    A   It is Forensic Scientist III and then in
14 toxicology.
15    Q   When was that changed?
16    A   That happened in 2015.
17    Q   Was that a promotion?
18    A   That was, they had us all fill out CPQs to
19 determine what position to put everybody in.  So I
20 believe that was when they came up with the
21 different levels of I, II and III.  And then
22 originally came back saying that I was Forensic
23 Scientist II.  One of my other co-workers as well,
24 they said Forensic Scientist II for her as well.
25       Our chief toxicologist said, no, I

Page 21

1 had anticipated, I wanted you guys to be IIIs.
2       So then we appealed that and
3 sometime, I want to say maybe around May of 2015 is
4 when the decision on my appeal was made and they
5 decided that I would be a Forensic Scientist III.
6    Q   Who is the they in the statement you were
7 just making?
8    A   The personnel review committee, I believe
9 it is the PRC.  And it is with the county.
10    Q   Okay.  And you refer to a CPQ, what is
11 that?
12    A   I don't remember exactly what that stands
13 for, but that was a really long questionnaire that
14 they used to try to determine based off of how the
15 job descriptions were set up.  They tried to
16 determine what classification we fell into.
17       So we would have to write down what
18 percentage of time we spent doing different tasks
19 and there were questions about do you review other
20 people's data or do you have anybody that directly
21 reports to you, that kind of information.
22       So it was a long questionnaire that
23 we filled out.
24    Q   Who was the other individual in your
25 office who had a similar situation where she was

6 (Pages 18 - 21)

Page 22

1 originally determined to be a Toxicologist II, but
2 them was eventually, you know, appealed the decision
3 and became a Toxicologist III?
4     A    Her name is Carrie Mazzola.
5     Q    Can you spell her last name for us?
6     A    M-A-Z-Z-O-L-A.
7     Q    And then you have been a Forensic
8 Toxicologist III since that time in 2015?
9     A    Yes.
10     Q    Now, you told me when you are reviewing
11 your colleagues' work, it is not them reporting to
12 you.  Do you actually have anyone who does report to
13 you from a management perspective?
14     A    No.
15     Q    You mentioned that you review work on
16 assays where you are quote/unquote signed off.  Can
17 you explain to us what that means?
18     A    You have to go through our entire training
19 procedure.  So there's a bunch of steps to it.  I
20 mean you read the SOP, which is our standard
21 operating procedure.  And that tells you exactly how
22 to run the extractions, how you report it, gives you
23 all the information you need to be able to extract
24 and process that assay.
25          Then there are different steps where

Page 23

1 he would watch somebody who is signed off on that
2 assay perform the assay and they would teach you how
3 you write up that assay.
4          Then there are further steps where
5 you would do an extraction with just calibrators and
6 QCs to see if you can perform the extraction
7 correctly and write up those calibrators and QCs.
8     Q    What are QCs?
9     A    Quality control samples.
10     Q    Okay.
11     A    And then beyond that you are given
12 competency cases, which are cases that have already
13 been run by somebody who was signed off on the
14 assay.  And you would run a full set with those
15 competency cases and if you pass that portion of it,
16 then you take a quiz and then you are signed off by,
17 well, the QA, so our quality assurance officer.  He
18 will provide you with a memo stating that you are
19 approved to run this assay.
20          Um, so that's how you would get
21 signed off on an assay.  Did I answer the question?
22     Q    You did, thank you.  Is it necessary to be
23 signed off on an assay in order to run samples?
24     A    Yes.
25     Q    And then someone else who has also signed

Page 24

1 off on that assay then reviews your work?
2     A    Yes.  So we will extract the samples,
3 write up the entire batch of data, plus all the
4 samples that you ran with it, and then someone who
5 is signed off on that assay will review what I have
6 done to agree or disagree and, yeah, check what I've
7 said that I should report on each case.
8     Q    Both individuals who are involved in that
9 process have to be signed off on the assay?
10     A    Yes.
11     Q    And that's true for all cases at the
12 CCMEO?
13     A    In toxicology.  I don't know what other
14 departments do, but yes.
15          (Deposition Exhibit Number 1
16          marked for identification.)
17     Q    (Ms. Ranjan) I'm handing you what's been
18 marked as Exhibit 1.  This appears to be a copy of
19 your CV; is that correct?
20     A    Yes.
21     Q    If you could just flip through it.  Let me
22 know if you had a chance to take a look.  My next
23 question is going to be if this is up to date?
24     A    No, this is not up to date.
25     Q    Okay.  So what is missing?

Page 25

1     A    Um, there are a number of continuing
2 education additions that should be there and I
3 believe publications also.
4          I have the most recent, do you need
5 specifics on what's missing?
6     Q    Just generally?
7     A    Okay.  We also for our ELISA panel, so on
8 the front page it is a 15 drug panel now, not a 13.
9     Q    Which two drugs were added?
10     A    Zolpidem and Buprenorphine.
11     Q    Anything else?
12     A    After this one have been made, I was
13 signing out, so I was doing the final review and
14 signing out toxicology reports for cases that were
15 completed.
16          I also was doing administrative
17 review on cases, which I do still do to this day.
18     Q    All right.  You mentioned final review,
19 can you tell me what that means?
20     A    Yeah.  So once all of the assays are
21 complete for whatever has been ordered by the
22 doctors or police department, once all the testing
23 is complete, then whoever is going to sign the final
24 report will look at the case file and will review
25 all the data that has been put into the case file

7 (Pages 22 - 25)

Page 26

1 for that case.
2         You make sure that testing wise we
3 have completed everything we said that we have.  You
4 make sure that the results are correct.  You make
5 sure that we have screens and confirmations for
6 everything that we are saying is there.
7         You look at case histories and make
8 sure that that makes sense with what we have found.
9 To the best of your ability, it doesn't always make
10 sense with the case histories, but then you generate
11 a final report and you check the final report to
12 make sure that everything on the final report is how
13 we want it to be reported.  And then all of that
14 information will go to another reviewer, and that's
15 the administrative reviewer.  They will then double
16 check, mostly the report to make sure that the
17 report shows everything that we want it to show.
18    Q   Who are the administrative reviewers in
19 your office?
20    A   Um, I am an administrative reviewer, our
21 supervisor will do administrative reviews.
22    Q   That's Eric?
23    A   Eric Lavins.
24    Q   Lavins.
25    A   Um, the other two Forensic Scientist III,

Page 27

1 so that is Carrie Mazzola and Szabolc Sofalvi.
2    Q   Can you spell the name for us?
3         MR. GALLUCCI:  You didn't know this was
4 going to be a spelling test.
5    A   If I can write it, I can tell you.  So
6 S-Z-A-B-O-L-C, and Sofalvi, S-O-F-A-L-V-I.
7    Q   (Ms. Ranjan) Thank you.  Anyone else?
8    A   We have three Forensic Scientist IIs who
9 are able to perform administrative reviews and that
10 would be John Kucmanic.  Do you need a spelling?
11    Q   Sure, why not.
12    A   I believe, K-U-C-M-A-N-I-C and Rindi Rico.
13 Her first name is R-I-N-D-I.
14         Cassandra Clyde, C-L-Y-D-E.  And then
15 we have one Forensic Scientist I who performs
16 administrative reviews, his name is Ian Brooker.
17    Q   B-R-U-C-K-E-R?
18    A   B-R-O-O-K-E-R.
19    Q   One other question about Exhibit 1.  If
20 you could turn to the last few pages.  There's a
21 list of publications and presentations?
22    A   Yes.
23    Q   You mentioned reviewing some papers in
24 preparation for your deposition today.  I wonder if
25 you see all of those listed here and if so, if you

Page 28

1 could identify for us which ones they were?
2    A   Okay.  So the Cuyahoga County heroin
3 epidemic that top one, that is something that I
4 helped Dr. Gilson with.  That one appears to be, he
5 did a platform presentation at the National
6 Association of Medical Examiners Meeting I did not
7 review his PowerPoint slides, or however he
8 presented that, but there's a publication with the
9 same name that goes along with that exact same data
10 and I did review that.
11    Q   Okay.
12    A   Um, the In Vitro Formation of
13 Acetylmorphine from morphine and aspirin on in
14 postmortem gastric.  That is a publication that I
15 was the first author on and I did review that.
16         Um, Lingering Opiate Deaths.
17 Concentration of opiates in medulla and femoral
18 blood.  That's another publication that I was first
19 author on and I did review that.
20         In Vitro Formation of Acetylmorphine
21 morphine and aspirin, and gastric contents in water.
22 That is a poster presentation that I presented in
23 Washington, D.C.  I did review that poster.
24    Q   Is that basically the same information
25 that was presented in the paper that you just

Page 29

1 mentioned?
2    A   Yes.
3    Q   Okay.
4    A   An Explanation of Lingering Opiate Deaths.
5 Relative concentration of opiates in medulla and
6 femoral blood following lethal intoxication.  That's
7 another poster presentation that I presented in
8 Boston and I reviewed that.
9         Outbreak of Heroin Related Deaths in
10 a Major Midwest Metropolitan City.  The Cleveland
11 experience over a six year period.
12         That was another poster presentation
13 that was presented in Boston.  I actually was not
14 the one who stood there and presented it because I
15 was at the other poster about the lingering opiate
16 deaths.  John Wyman, who was our chief toxicologist,
17 he stood by that poster for me, but he is the person
18 who put together the poster.  So I did review that.
19         Um, the Alarming Incidence of Heroin
20 Deaths in Cuyahoga County.  It was a PowerPoint
21 presentation that I presented to both, a meeting
22 where there were police chiefs from Cuyahoga County
23 and also at the second annual OFTA meeting, which is
24 the Ohio Forensic Toxicologist Association.
25         So I don't know if that PowerPoint, I

8 (Pages 26 - 29)

Page 30

1  reviewed a PowerPoint, it was one of those. I may
2  have given the exact same PowerPoint for both of
3  those.
4     Q   Okay.
5     A   And so I do notice that the dihydrocodeine
6  poster is not included on this CV. Also the one
7  that I was talking about that was, um, discussing
8  explanations, um, for puzzling heroin overdoses, but
9  those are not the exact titles.
10    Q   That's fine. I can sometimes barely
11 remember what I did yesterday more or less, you
12 know, the title of papers I write.
13    A   Me too.
14    Q   You can set that aside for now.
15         Okay. Miss Kaspar, we talked a lot
16 about your education and your training and
17 experience. I want to ask you a series of questions
18 now just to understand some of the limitations on
19 that education and experience.
20         You're not a medical doctor, are you?
21    A   No, I'm not.
22    Q   And you're not a pathologist?
23    A   I am not.
24    Q   I know you minored in psychology in
25 college, but you've never practiced psychology?

Page 31

1     A   No.
2     Q   You have never been a counselor?
3     A   No.
4     Q   You are not a mental health professional?
5     A   No.
6     Q   You're not an expert in public health
7  policy?
8     A   No.
9     Q   You're not an expert in pain management?
10    A   No.
11    Q   Or the treatment of pain?
12    A   No.
13    Q   Do you have any training in epidemiology?
14    A   No.
15    Q   Do you have any training in pharmacology?
16    A   I took an online course about
17 pharmacology. It was a three day course.
18    Q   When was that?
19    A   That was, I think, the summer of, oh gosh,
20 I don't know. It was after 2015. So maybe 2016. I
21 mean, I can get you the date if I look at my newest
22 CV.
23    Q   That's okay, I'm just trying to get a
24 general idea when it was. So it was sort of like a
25 continuing education type program?

Page 32

1     A   Yes.
2     Q   You're not a pharmacist?
3     A   I'm not.
4     Q   You are not an expert on addiction?
5     A   No.
6     Q   You're not an expert on the causes or
7  treatments for the purpose addiction?
8     A   No.
9     Q   You're not an economist?
10    A   No.
11    Q   You have no expertise in marketing or
12 advertising?
13    A   No.
14    Q   We have talked about several of the
15 articles that you published that rely on your
16 expertise as a toxicologist. You don't have any
17 articles on pain treatment, do you?
18    A   No.
19    Q   Or on addiction?
20    A   No.
21    Q   Have you published any papers on opioids
22 that we have not already discussed?
23    A   I don't think so. I was like not first
24 author on a poster I know of that was presented in
25 Dallas and that was on Fentanyls, but first author

Page 33

1  presentations and publications, no.
2     Q   What was the topic of the Fentanyl poster?
3     A   It was a review looking back, I think,
4  maybe five years, um, on the Fentanyl cases that our
5  office has seen. And she also wrote up a little bit
6  about the DUID cases that we have had involving
7  Fentanyl.
8     Q   DUI is driving under the influence?
9     A   Yes.
10    Q   Who was the first author on that paper?
11    A   Carrie Mazzola.
12    Q   Do you remember approximately the year or
13 the date of the publication?
14    A   She presented that in 2016. Um, so yeah,
15 2016 I'm guessing is when it was created.
16    Q   So it looked back at the Fentanyl cases
17 that you had from approximately 2011 to 2016?
18    A   I don't remember what the years are, but
19 it is probably not, maybe up until 2015 we wouldn't
20 have had the 2016 complete data at that point.
21    Q   Okay. Have you ever contributed to any
22 CDC reports?
23    A   No.
24    Q   Any surgeon general reports?
25    A   No.

9 (Pages 30 - 33)

Page 34

```
 1    Q   Have you ever served as an expert witness?
 2    A   Um, I have testified three times in court.
 3    Q   Were all of those in connection with cases
 4 that came through the medical examiner's office?
 5    A   Yes.
 6    Q   Do you recall the nature of those cases?
 7    A   Um, the first case was a felony DUI and I
 8 believe I testified at the suppression hearing on
 9 that case.  And the other two were DUIs from local
10 municipal courts.
11    Q   Have you ever given testimony, aside from
12 the three cases that you just mentioned?
13    A   No.
14    Q   Even in your, you know, your personal
15 capacity as just a fact witness?
16    A   No.
17    Q   Have you ever been involved in a lawsuit?
18    A   No.
19    Q   We have talked briefly earlier about the
20 process for getting signed off to perform testing.
21 Could you tell us which particular, they're assays
22 that you get signed off on; is that correct?
23    A   Yes.
24    Q   What assays are you signed off on?
25    A   I am signed off on the volatiles, I am
```

Page 35

```
 1 signed off on the ELISA screen, the acetaminophen
 2 and salicylate color test.
 3        The opiate confirmation.  The
 4 benzodiazepine confirmations in blood and urine.
 5 The AMEIN confirmation, the Fentanyl confirmation,
 6 the cannabinoid confirmations in both blood and
 7 urine.  The cocaine confirmations.  I think that is
 8 everything.
 9    Q   Okay.  You described for us earlier that
10 you have a supervisor named Eric Lavins, I believe?
11    A   Yes.
12    Q   And that your, you directly report to the
13 chief toxicologist; is that correct?
14    A   Well, we report to Eric as a supervisor,
15 but we also are able to go to the chief
16 toxicologist, he's the head of the department.
17        So more like personnel issues you go
18 to Eric and then toxicology issues you could go to
19 either Eric or Dr. Apolloino.
20    Q   So generally speaking, how do Eric's
21 duties differ from yours?
22    A   Eric does, well, Eric has been signing off
23 on final case reports and I'm typically not doing
24 that any more.
25        Um, Eric will talk to a lot of the
```

Page 36

```
 1 pathologists or the police departments or lawyers
 2 who may be calling asking about toxicology results.
 3 That's probably one of the main differences that he
 4 deals with.
 5    Q   When did you stop signing off on final
 6 case reports?
 7    A   Um, it is not that, like I'm still able
 8 to, but we have a chief toxicologist now who is able
 9 to sign off of cases.  So probably maybe April of
10 2018 I probably significantly decreased the amount
11 of cases that I was having to sign out.
12    Q   So there was a time prior to April 2015
13 when you had no chief toxicologist; is that right?
14    A   Right.
15    Q   Approximately how long was that period?
16    A   Um, I think that, so Dr. Schueler was the
17 chief toxicologist prior to Dr. Apollonio
18 Dr. Schueler left our office, I believe, July of
19 2017.
20        Um, and then Dr. Apollonio began
21 working in our office in February of 2018.
22    Q   Again, I'm a little bit confused about the
23 timing, so I want to clarify.
24        So it was approximately July 2017
25 until February 2018 when there was no chief
```

Page 37

```
 1 toxicologist, right?
 2    A   Yes.
 3    Q   And then prior to July of 2017, how long
 4 was Dr. Schueler the chief toxicologist?
 5    A   Um, he began working at our office in, I
 6 think, the summer of 2014.
 7    Q   Do you know why he left?
 8    A   He left to go teach down at Ohio Northern
 9 University.
10    Q   Who was the chief toxicologist prior to
11 Dr. Schueler?
12    A   Dr. Wyman.
13    Q   When did he become the chief toxicologist?
14    A   I'm not sure because I was in Maryland
15 when he started.  Um, I think, though, that it was
16 2010.  I think he came earlier in 2010.
17    Q   Are you in charge of any particular units
18 or segments of the toxicology office?
19    A   No.
20    Q   I have seen in people's signature line it
21 says, regional toxicology office, something of that
22 nature.  Can you explain to me what that means?
23    A   Yeah, so we are the Cuyahoga County
24 Medical Examiner's Office, but we are also the
25 Cuyahoga County Regional Forensic Science
```

10 (Pages 34 - 37)

1 Laboratory.  And that is in regards to the police
2 work that we do.
3    Q    So you do work for the Cuyahoga County
4 Medical Examiner's Office, correct?
5    A    Yes.
6    Q    And you do work for the Cuyahoga County
7 Police Office?
8    A    Cuyahoga County Regional Forensic Science
9 Laboratory.
10    Q    But you just mentioned police cases, which
11 police unit or office or department are you serving?
12    A    Um, so I believe all of the police
13 departments in Cuyahoga County.  So all of the
14 individual cities they will send their DUI or drug
15 facilitated sexual assault samples to our office.
16        There are some municipalities outside
17 of Cuyahoga County that will also send them to us,
18 but for the most part it is the cities in Cuyahoga
19 County and then we will get stuff from the Cuyahoga
20 County Sheriff's Office.
21    Q    Okay.  Do you handle work for any other
22 entities?
23    A    Um, with the medical examiner's office, we
24 will get cases from other counties.
25    Q    So other counties medical examiner's

1 office's samples?
2    A    Yes.
3    Q    Anything else?
4    A    No.  We have the ability to accept cases
5 from other places, but I can't, I think at one point
6 Stark County submitted some samples to us that they
7 wanted us to look for maybe carfentanil or
8 something.  So it was something that they were not
9 able to detect down there and they sent samples to
10 us.
11        So occasionally something like that
12 will come along, but that's not typically somewhere
13 where we would receive cases from.
14    Q    Okay.  So aside from those one off kind of
15 cases, which jurisdictions outside of Cuyahoga
16 County do you typically receive samples from?
17    A    Um, occasionally we will get them from
18 Lake County, we get them from Geauga County,
19 Ashtabula County, Mahoning County, um, I've seen
20 Lorraine County, but that's not frequent.  I am sure
21 there are ones I'm missing, but.
22    Q    Do you have any visibility into the
23 offices budget?
24    A    No, I don't.
25    Q    Do you have any idea if you charge those

1 other counties to do testing for them?
2    A    I believe that we do.
3    Q    Do you have any idea how much?
4    A    No, I don't.
5    Q    So you wouldn't be able to tell me for
6 instance how the medical examiner's office is
7 funded?
8    A    No.  I know the county provides money to
9 our office from taxpayers money I'm assuming, but
10 that's all I know.
11    Q    If we wanted details about the annual
12 budget or how it is spent, you wouldn't be the most
13 knowledgeable person to ask about that?
14    A    No.
15    Q    Okay.  How often do you use reference
16 labs?
17    A    We use them frequently.  Um, just as
18 needed.  So there is a suspected drug that they know
19 that we don't have a test for or that we can only
20 qualitatively detect, we will send them out to a
21 reference lab.
22    Q    What types of samples would that typically
23 entail?
24    A    Um, typically, a femoral blood or some
25 sort of blood specimen we would send.

1    Q    Is there any type of particular substance
2 that usually necessitates the use of a reference
3 lab?  Like how do you determine that you want to
4 send it out to a reference lab?
5    A    So sometimes we'll know when we receive
6 the case from the pathologist that they're looking
7 for specific drugs based on maybe the medications
8 that were found on scene.
9        So if there's a specific drug that
10 the pathologist is interested in that we know we
11 don't see in our assays or cannot quantitate, then
12 we will send that out.
13        We may also just from our in-house
14 testing come across any analyte that we are not able
15 to report.  And if the pathologist feels like they
16 want us to follow-up on it, then we will send that
17 sample out.
18    Q    Can you give me some examples of when that
19 happens?
20    A    Um, there are, for instance, some
21 antidepressants that we don't see.  So like
22 duloxetine is something that we don't currently
23 detect.  They may have seen it in our blood base
24 screen, but we cannot quantitate it in our lab.
25        So if there was a case that had that

11 (Pages 38 - 41)

1 in the meds or that we found through our base
2 screen, then we would send that to typically NMS,
3 which is the National Medical, maybe sciences, they
4 are in Pennsylvania.
5    Q    That's okay, you don't have to guess.
6         Has the use of reference labs changed
7 over time at all since you have been back since
8 2010?
9    A    I early on in my career did not know of
10 what we were sending to reference labs.  So I have
11 no idea whether or not we have been using them more
12 or less.
13    Q    Okay.  When did that change happen, when
14 did you become aware of the use of reference labs,
15 was that around the time you became a Toxicologist
16 III?
17    A    Yeah, when Dr. Schueler was there, well,
18 also I was pregnant.  So they were trying to keep me
19 out of the lab.  They were giving me more duties
20 that were administrative.  So I would check the send
21 out, um, forms that we were sending out.  So, yeah,
22 it became more clear to me how frequently we were
23 using them.
24    Q    Approximately when was that?
25    A    Um, that was in 2014.  Probably the fall

1 of 2014.
2    Q    It is funny how you once you have kids,
3 they become an easy marker for all the times in your
4 life?
5    A    Yeah.
6         (Deposition Exhibit Number 2
7         marked for identification.)
8    Q    (Ms. Ranjan) I'm handing you what has
9 been marked as Exhibit 2.  If you would take a look
10 at the first page of the document.  It appears to be
11 an email from Eric Lavins to you?
12    A    Yes.
13    Q    Dated December 14th, 2010?
14    A    Yes.
15    Q    And there's an attachment that appears to
16 be a PowerPoint presentation?
17    A    Okay.
18    Q    If you could just take a look at the
19 presentation.  I don't have questions about every
20 slide, but my first question is going to be, does
21 this look familiar to you?
22    A    So it is a presentation that Eric made.  I
23 mean, I don't specifically remember looking at this,
24 but if he sent it to me, I probably did.
25    Q    So I believe that the presentation

1 provides just some general background on the
2 Cuyahoga County, what was the coroner's office at
3 that point in time in the toxicology department.  I
4 want to walk through a little bit of it with you.
5         If you could turn towards the front,
6 there's a slide called types of cases?
7    A    Yes.
8    Q    And we talked briefly about some of the
9 type of cases that you handle, but they're listed
10 here as accidental deaths, homicide, suicide,
11 occupational deaths, sudden deaths, special
12 circumstance deaths, therapeutic deaths, any death
13 where there is doubt, question or suspicion, police
14 cases, out of county cases, probation cases,
15 proficiency cases, does this generally summarize the
16 type of cases that come through the toxicology
17 office?
18    A    Yes.
19    Q    In general, the Cuyahoga County Medical
20 Examiner's Office receives cases where there is
21 suspicion about the nature of the death; is that
22 right?
23    A    Typically.  For instance, like an
24 occupational death, there may not be suspicion, but
25 just because it occurred in the work place, it is in

1 our jurisdiction.
2    Q    So it could be a suspicious death or maybe
3 an accidental death?
4    A    Yes.
5    Q    Are there any other general types of cases
6 that you might handle that come to mind that aren't
7 listed here?
8    A    No, I think this is pretty inclusive.
9    Q    If you could turn to the next page.  It is
10 titled what we do not do.  And it says, we do not
11 act as generalists, performing all different types
12 of science.  Like you might see on Bones, CSI, Law &
13 Order.
14         Did I read that correctly?
15    A    Yes.
16    Q    And also says, you don't arrest criminals,
17 right?
18    A    Right.
19    Q    You don't provide instantaneous results
20 with a push of the button, right?
21    A    Yes.
22    Q    And you don't always get the evidence or
23 the results you need, right?
24    A    Yes.
25    Q    Can you think of an instance where that

12 (Pages 42 - 45)

Page 46

1 happened?
2    A   Where we did not get the evidence or
3 result that we need?
4    Q   Yeah.
5    A   Um, I would say in cases where the
6 decedent is very decomposed, we may not be able to
7 get toxicology results that are meaningful.
8    Q   Okay.  If you could flip further on the
9 presentation to the slide entitled toxicology, why
10 do it.
11    A   Okay.
12    Q   The first bullet point discusses
13 postmortem forensic toxicology.  I will just read
14 it.  It says, postmortem forensic toxicology, which
15 determines the absence or presence of drugs and
16 their metabolites, chemicals such as ethanol and
17 other volatile substances, carbon monoxide and other
18 gases, metals, and other toxic chemicals in human
19 fluids and tissues.  And evaluates their role as a
20 determinant or contributory factor in the cause and
21 manner of death.
22          Did I read that properly?
23    A   Yes.
24    Q   Generally speaking, does that encompass
25 the bulk of the work that you do?

Page 47

1    A   Yes.
2    Q   And on the third bullet point, forensic
3 urine drug testing, which determines the absence or
4 presence of drugs and their metabolites in urine to
5 demonstrate prior use or abuse.
6          Did I read that properly?
7    A   Yes.
8    Q   And that's also something that is within
9 your scope of work at the CCMEO?
10    A   We do perform drug testing on urine, but I
11 feel that the human performance forensic toxicology
12 fits better with what we do.  So we do postmortem
13 and we do human performance, which would be the DUI
14 cases that we're testing.
15          Forensic urine drug testing may be
16 more of a work place testing, but we do perform
17 toxicology on urine though.
18    Q   Okay.  If you could to the slide labeled
19 2006 toxicology statistics workload.  The slide
20 discusses there were 3,563 toxicology coroner cases
21 tested and 22,658 tests performed for coroner's
22 specimens.  I just wanted to understand these
23 figures.  I realize 2006 was, you were there in
24 2006?
25    A   Yes.

Page 48

1    Q   Okay.  But what this discusses is that
2 there were 3,000, approximately 3,500 cases, but on
3 those 3,500 cases, you performed 22,600 roughly
4 tests; is that right?
5    A   Yes, that's how I am reading that.
6    Q   Okay.  And in that same year you received
7 702 cases from police departments and other
8 jurisdictions and that sort of thing?
9    A   Yes.
10    Q   Do you have any idea about today what the
11 volume of cases that you handle looks like?
12    A   Um, I don't know exact numbers.  I want to
13 say for the IN cases we call them, which are the
14 Cuyahoga County postmortem cases, I want to say we
15 are around 2,500 typically for the year.
16          The police cases roughly 500 a year.
17 The outside, the cases from county's that are not
18 Cuyahoga County, I guess roughly 400 some.  I do not
19 know how many tests we have performed on all of
20 those though.
21    Q   Okay.  And I recognize that those are
22 approximate figures?
23    A   Yeah.
24    Q   What are you basing that information on?
25    A   I'm just trying to remember because we

Page 49

1 give each case an internal laboratory number and
2 they go numerically.  So I was just trying to
3 remember how many we had from last year.
4    Q   Okay.  If you could turn to the slide
5 labeled toxicology laboratory analytical scheme.
6 Right there, yeah.
7          So I believe that this slide is meant
8 to walk us through how a case comes into the
9 toxicology, I will call it division, office, what do
10 you call it?
11    A   Laboratory.
12    Q   Okay.  So how a case comes into the
13 toxicology laboratory and then how it sort of makes
14 it way out of the toxicology laboratory.
15          Is that your understanding of this
16 slide?
17    A   Yes.
18    Q   Okay.  So it starts out where the specimen
19 is received.  Tell me a little bit about that.  How
20 do you first become involved in a case that is a
21 medical examiner case?
22    A   Um, do you mean me specifically or do you
23 just want me to walk through these steps of how a
24 case comes into our lab.
25    Q   Sure.  You could just explain it generally

13 (Pages 46 - 49)

Page 50

1 for me first.
2    A    Okay.  So the specimen is received and we
3 call that accessioning.
4        So we have a laboratory aide who does
5 most of the accessioning right now.  So the
6 specimens, if an autopsy was done in our office,
7 these specimens will come down on a dumbwaiter from
8 the autopsy suite.
9        If the case, so some cases that come
10 into our office they decide they do not need to do
11 autopsy on, but they will still draw biological
12 specimens.  Those cases we call nonpost cases and we
13 receive those from a locked refrigerator down in the
14 receiving department.
15        Um, for police cases, the officers
16 may drop it off during office hours and actually
17 come up to the laboratory and hand us the specimens.
18        If it is after hours, the receiving
19 staff will receive the samples and then put them
20 into our locked refrigerator.
21        So once we have received the samples,
22 we accession them into the computer.  So everything
23 is given an individual case number each case has a
24 separate number.
25        And our computer system is called

Page 51

1 Pathways and each specimen that we receive will be
2 logged into Pathways, and then the testing that's
3 been requested by either the pathologist or the
4 police department will be added to the correct
5 specimens at that point at accessioning.
6    Q    If I could interrupt for a second.  The
7 accessioning process that you just described, so
8 that's where there's a pathologist or someone who
9 performs pathology type of function extracting
10 samples from the body, is that accurate?
11    A    So either up at autopsy they have
12 collected samples and then sent them down to our
13 laboratory or the nonposted samples where they don't
14 do the autopsy, a member of the receiving staff will
15 do a blood draw.
16    Q    Okay.
17    A    And also they will, um, pull any vitreous
18 humor from the eyes that they are able to.
19    Q    Okay.  You can continue.
20    A    So the chain of custody check.  I'm
21 assuming that's just speaking of all of the samples
22 that we receive into our laboratory come along with
23 a chain of custody.
24        So if it is coming from the medical
25 examiner side, we have a chain of custody showing

Page 52

1 what they have sent down to us.  And then we check
2 off what we have received and the volumes of what we
3 have received.  On the back side of that sheet is
4 where the pathologist will note whatever testing
5 they have requested.
6        They will also, if they have any idea
7 of something that they're suspecting that could be
8 the cause of death, they can write that on a
9 particular line and they can also mark, um, if they
10 have any feeling as to what the manner of death
11 would be at that point.
12        So it's all, that they're filling
13 out, um, either after the autopsy is complete.
14 Sorry, or if it is a nonpost, we still receive the
15 chain of custody stating how many samples we have
16 received, but since no internal examination was
17 done, they are basing their information off of case
18 history.  So maybe medical records they have
19 received or information from family.
20        Um, and the back of the nonpost case
21 or checklist also will state what kind of testing
22 they would like.
23        The police cases have a separate
24 chain of custody, but it has the same information.
25 It is saying who dropped off the sample, how many

Page 53

1 samples they dropped off to our office and what time
2 of day they did that, who they gave those samples to
3 in our office.
4        Um, they request on that chain of
5 custody what testing they want and then, um, whoever
6 logs the case into the computer, into our Pathway
7 system, that all goes on the chain of custody also.
8    Q    And so for the chain of custody, I'm
9 sorry, strike that, let me start over.
10        So each case receives a case number
11 regardless of whether it is a medical examiner case
12 or a police case; is that right?
13    A    Yes.
14    Q    And all of those cases go into the Pathway
15 system that you mentioned earlier, regardless of
16 which type of case it is?
17    A    Yes.
18    Q    Okay, great.  You can continue, thanks?
19    A    So then it says screening test.  Typically
20 you are going to perform the screening test in order
21 to determine what kind of confirmation testing you
22 need.
23        Um --
24    Q    Does the pathologist make the decision
25 which screening test to run or you, the

14 (Pages 50 - 53)

Page 54

1 toxicologist?
2     A   They initially do.  So they will choose
3 what kind of testing they want.  We have an option
4 that is basic toxicology where they're only going to
5 get an ELISA screen.  Based on the result of that
6 screen, then further confirmation testing will be
7 performed.  So they don't have to specify any
8 further than that.  It is just goes with what was
9 positive from the screen.
10     Q   So just, I'm sorry, to make sure that the
11 answer is clear.  So it is the pathologist who
12 determines which screening test to run?
13     A   Yes.  So there is one called comprehensive
14 that will order more testing from us.  So, yes,
15 upfront they determine what testing they feel is
16 necessary for them to have a better idea of what
17 caused this person's death.
18     Q   They, being the pathologist?
19     A   Yes.  If along the way we find something
20 that we feel like needs to be pursued but wasn't
21 necessarily part of their original testing,
22 typically Eric or Dr. Apollonio will then speak with
23 the pathologist and determine if they want us to
24 further pursue whatever it is we detected.
25     Q   Okay.  Great.  You can continue?

Page 55

1     A   Okay.  So the screening test, for
2 instance, would be like that 15 panel ELISA.  So
3 from that, the ELISA is telling us presumptive
4 positive or negatives for 15 different plates.  Some
5 of them are specific to a certain drug.  So we have
6 a PCP specific plate.
7         Other ones are specific to a drug
8 class.  So we have an opiate plate that will give us
9 positive results for a number of opiate drugs.
10         We have a cocaine plate, which is
11 again more specific to cocaine.
12         We have a benzodiazepine plate, which
13 is going to tell us that there's a benzo there, but
14 this we don't know what benzo is there.
15         So based off of the screening
16 results, further confirmations are, we call it they
17 are bumped up.  So the testing is added.
18         Um, and that would be, um, to either
19 confirm the presence of the specific drug that the
20 plate said was there or to confirm that presumptive
21 positive, but also determine which actual opiate is
22 present and how much of that is present.
23     Q   So the screening test is an initial result
24 that then needs to be verified through further
25 testing, is that accurate?

Page 56

1     A   Yes.
2     Q   And the ELISA testing you have been
3 mentioning to me is a screening test?
4     A   Yes.
5     Q   And the screening test or the ELISA test
6 does not tell you the quantity of the drug in the
7 sample, correct?
8     A   No, it does not.
9     Q   Okay.  Continue.
10     A   So to the left side of the slide under
11 screen test it is saying that if the screen came
12 back negative, then we don't have any further
13 testing to perform and then the report is issued.
14         And then eventually the samples are
15 put over into our freezer for the long term storage.
16     Q   Do you know how long you keep those?
17     A   We have been keeping them a year.
18     Q   Has that policy changed at all recently?
19     A   I don't believe so.
20     Q   Is there any particular type of case that
21 you might keep longer than one year?
22     A   There are cases where the pathologist can
23 request for the samples to be kept indefinitely.  So
24 we have those called permanent saves.
25         We may have been keeping the out of

Page 57

1 county cases longer than a year, but I do not
2 remember what that length of time was.
3     Q   Okay.  So then going back up, assuming
4 that the screening test came back positive instead
5 of negative.  After that, that's when you would run
6 of those confirming tests that you mentioned?
7     A   Yes.  And then once all the confirmation
8 testing is complete, then again the report would be
9 issued and then the specimens would be placed in the
10 storage.
11     Q   And the nature of the confirming test that
12 you run would depend on the screening result that
13 you received in the first step?
14     A   Yes.
15     Q   In your toxicology office, is it the same
16 individual who receives that paperwork and those
17 samples who then issues the report at the back end
18 of the process?
19     A   No.  The person who receives, you are
20 talking about when the sample comes into the
21 laboratory?
22     Q   Correct.
23     A   That is typically our laboratory assistant
24 who will receive all of those cases and put them
25 into our Pathway system.

15 (Pages 54 - 57)

Page 58

1    Typically the, um, chief toxicologist
2 who will be the one who generates the final report.
3    Q    Okay.  And then in between that process,
4 in between the point when the laboratory assistant
5 receives the sample and chief toxicologist issues
6 the report, who else handles the specimens in
7 between that time?
8    A    Any of the analysts.  We recently switched
9 how -- so used to be that everybody who was just
10 doing the same confirmation tests always.  That was
11 Dr. Wyman's idea that he found that people like to
12 get extremely proficient on certain assays and so
13 you were always doing that assay.  So we were not
14 rotating.
15    Now, we are trying to get it back to
16 how it was when Dr. Jenkins was there, which is
17 everybody rotates through the different assays that
18 way everybody is well rounded and knows how to
19 perform all the assays in the laboratory.
20    So anybody who is on that particular
21 assay that a positive is generated from the screen,
22 they will then perform testing on that sample.
23    Q    When did that policy of rotating again
24 through various type of cases, when was that change
25 made?

Page 59

1    A    Um, we had just, well, as of January 2nd,
2 we have started a new system that we are calling
3 benches, which is very similar to what Dr. Jenkins
4 did.
5    So the Forensic Scientist IIs and Is
6 are all on a bench, they're all assigned a bench,
7 which has specific testing that they are assigned to
8 do.  The idea is that every two months they will
9 rotate through the benches so that they can move
10 over to different assays.
11    The Forensic Scientist III, so
12 myself, Carrie and Szabolc, we are all assigned one
13 of the bigger assays in the laboratory and we
14 typically won't be rotating.  So I'm assigned the
15 opiate confirmation.  Carrie's assigned Fentanyl
16 confirmation and Szabolc is assigned benzo
17 confirmation, the benzodiazepine confirmation.
18    And we will be doing, the IIIs will
19 be doing a lot of the data review on all of those
20 different assays.  So that the Forensic Scientist
21 IIs and Is will not be doing much data review.
22    Prior to that, so, I don't know,
23 maybe sometime this summer.  Dr. Apollonio had set
24 up a system where he just had, um, each week of the
25 month certain assays had to be done and people were

Page 60

1 just signing up for them.
2    So there was no set schedule for
3 anything, you just signed up for whatever fit into
4 your week.
5    Q    When was Dr. Jenkins the chief
6 toxicologist you said?
7    A    Yes.
8    Q    When was he the chief toxicologist?
9    A    I don't know when she started, but when I
10 began in 2004, she was the chief toxicologist then
11 and she left in 2007.
12    Q    I apologize there, she?
13    MS. RANJAN:  Do you want to take a quick
14 break?
15    THE VIDEOGRAPHER:  Off the record 10:20.
16    (Recess)
17    THE VIDEOGRAPHER:  We're on the record
18 10:36.
19    Q    (Ms. Ranjan) Okay.  Miss Kaspar, going
20 back to the document we were looking at before we
21 took a break there.  If you do turn to the slide
22 labeled, The Approach To Forensic Drug Testing.  It
23 looks like this.
24    A    Okay.
25    Q    So this is describing the process that we

Page 61

1 discussed before, right, where there is first a
2 screening test that determines the presence of a
3 substance and then the confirmation test that
4 confirms the presence of that substance and
5 quantifies the substance; is that right?
6    A    Yes.
7    Q    And then turn to the next page.  So
8 screening test it says, screening test is an initial
9 test.  And that's because there is confirmation
10 that's needed afterwards, right?
11    A    Yes.
12    Q    What does it mean when it says no false
13 negatives?
14    A    I did not make this, so I'm not positive
15 what he means by no false negatives.  My best guess
16 would be that your screening test you want to have a
17 test that will result in the least amount of false
18 negatives that you can possibly have.
19    Q    It is fair to say that you do at times
20 have false negatives on screening tests; is that
21 right?
22    A    Yes.
23    Q    And in particular, for Fentanyl and some
24 of the Fentanyl analogues, there have been instances
25 where there have been false negatives in the past;

16 (Pages 58 - 61)

Page 62

1  is that right?
2      A   Yes.
3      Q   And for carfentanil the answer is the same
4  that there has been false negatives in the past?
5      A   Um, yes, carfentanil specifically. The
6  first question that you asked Fentanyl and Fentanyl
7  analogues?
8      Q   Yes.
9      A   Yeah, I was considering carfentanil a
10 Fentanyl analogue.
11     Q   Perfect. Thank you for that explanation.
12          I'm going to jump several slides.
13 There's one where there is some pictures of some
14 individuals doing some testing it looks like.  That
15 one right there.  Is that your laboratory at CCMEO?
16 When I say CCMEO, do you understand that I mean the
17 Cuyahoga County Medical Examiner's Office?
18     A   Um, so the right-hand upper picture appears
19 to be in our laboratory.  I do not know where that
20 left-hand lower picture is.
21     Q   Okay.  Are these the benches that you
22 described earlier?
23     A   Um, so the benches I was talking about are
24 more of a hypothetical bench, that's what we call a
25 grouping of tests.  But yes, he is specifically at a

Page 63

1  bench in the laboratory.
2      Q   Okay.  So bench is your word for
3  describing the set of tests that are done by a
4  particular person or group of people?
5      A   Yes.
6      Q   If you could flip two more slides that
7  describes the confirmation analysis.  That's the
8  second step in the testing procedure that we have
9  been discussing; is that right?
10     A   Yes.
11     Q   So that utilizes the second analytical
12 procedure with increased specificity, I will get it
13 out in a second, an increased sensitivity; is that
14 right?
15     A   Yes.
16     Q   And this slide says, no false positive
17 results.  Do you believe that to be true?
18     A   I mean that specific statement is most
19 likely not true.  I believe that he made that,
20 again, stating you want your confirmation analysis
21 to have as few false positives as you can.
22     Q   But there are instances where you might
23 get a false positive; is that right?
24     A   Um --
25          MR. GALLUCCI:  Object to form.

Page 64

1      A   I don't know of any in our laboratory, but
2  I am sure it could happen.
3      Q   (Ms. Ranjan) Okay.  The next slide says,
4  blood equals current, urine equals historical.
5          You told me earlier that you do run
6  testing on both blood and urine samples; is that
7  right?
8      A   Yes.
9      Q   And how is a determination made whether
10 blood or urine should be tested in any particular
11 case?
12     A   Um, well, in some cases, specifically the
13 police cases, we might only get a blood.  So then,
14 obviously, we are only performing a blood.
15          We have certain assays that go on
16 specific samples.  Um, so for instance, one of our
17 screening techniques is the urine base assay.  So
18 that's always performed on urine.  If we have a
19 urine on the case and if they ordered the
20 comprehensive testing, they will get a urine base.
21          Um --
22     Q   They, being the pathologist?
23     A   Yeah, whoever ordered the testing.
24     Q   Okay.  I think unless I specifically
25 mention otherwise, we were discussing the toxicology

Page 65

1  testing from here out.  Let's assume we are talking
2  about the medical examiner cases?
3      A   Okay.
4      Q   So in those instances it would be the
5  pathologist who is ordering that testing?
6      A   Yes.
7      Q   Okay.  Great.
8      A   Yes.  So like I was saying, based on what
9  they order, the testing goes on specific specimen
10 and it depends on what specimen we receive for that
11 case.
12          So the ELISA is only validated to run
13 on blood specimens or liver or vitreous, not on
14 urine.  So you would not put an ELISA on a urine.
15     Q   Do toxicologists collaborate with the
16 pathologist to determine which samples to test for
17 each case?
18     A   We will if there is extremely limited
19 sample volume.
20          Then sometimes we will discuss with
21 them what the plan is for the testing.  So the ELISA
22 screen only takes 50 microliters of blood, which is
23 an extremely small amount of blood.  We can get a
24 lot of presumptive information from a very small
25 amount of blood.

17 (Pages 62 - 65)

Page 66

1      So then we could go to them and tell
2  them the results from that ELISA and ask them to
3  prioritize what they would like us to prioritize for
4  the confirmations.
5      Q   Okay.  But in the general case it is the
6  pathologist who is determining which samples to draw
7  and which screening tests to run?
8      A   Yes.  They decide at autopsy what to draw,
9  but on most of the cases it is the same sample.  So
10  they must have protocol on what they are to draw up.
11     Q   Do you know if they have a protocol?
12     A   I do not know that.
13     Q   Okay.  Are you familiar with the concept
14  of redistribution?
15     A   Yes.
16     Q   In blood?
17     A   Yes.
18     Q   Can you explain for the benefit of the
19  jury what redistribution is?
20     A   Um, I am not the most familiar person with
21  it, so if you want very specific, then you would
22  want Dr. Apollonio.  Redistribution basically is
23  that when a person passes away, the drug specimens
24  can redistribute from the blood to other tissues of
25  the body.

Page 67

1      Q   And so sometimes it is important that you
2  draw samples from the correct area of the body in
3  order to get the best results; is that right?
4      A   Yes.
5      Q   Do you know what CCMEO does to insure that
6  they are test thing the best samples that they can
7  to address the issue of redistribution?
8      A   I do not know.  I think that would be
9  something in the pathology department that they have
10  some sort of maybe standard operating procedure on
11  how to collect the best samples.
12     Q   It would be best for us to talk to one of
13  the pathologists about that issue?
14     A   Yes.
15     Q   When you received, when the forensic
16  assistant receives the samples and then they're
17  passed along to the toxicologists in your
18  laboratory, assigned from you mentioned one form you
19  received with that, which I think was some sort of
20  an order form; is that right?
21     A   Yeah, it is our chain of custody and the
22  testing requests form.
23     Q   Okay.  And then that tells you which tests
24  to run on those samples; is that right?
25     A   Um, not specifically.  It just, they will

Page 68

1  select a general, either a basic toxicology or
2  comprehensive toxicology, and then the laboratory
3  assistant will add the specific tests that go along
4  with whatever was checked off on the back.
5      Q   Okay.  Do you receive any other
6  documentation along with the samples?
7      A   Not from autopsy.  But we have a program
8  calmed Vertiq.
9      Q   Is that V-E-R-T-I-Q?
10     A   Yes.  That is a software that every
11  department in the building utilizes.  And we will
12  use that because we can get the case history from
13  that.  So when the investigator goes on scene or
14  whatever information they gathered, that will go
15  into a location that we can see.  So it is not
16  something that you specifically are handed on each
17  case, but we have access to that on each case.
18     Q   Do you review the investigator's report
19  for every case that you run toxicology testing on?
20     A   Not every case.  I will review them when I
21  feel that I need to be able to make decisions about
22  further testing.
23     Q   When would that happen?
24     A   Um, when I am writing up a set of, let's
25  say specifically opiates, if I feel -- so if they

Page 69

1  give us a history that this person is a heroin user,
2  and, um, I find codeine and morphine only in my
3  femoral blood sample that, so seeing the codeine and
4  morphine would give me a hint that possibly this
5  person had been using heroin.  I would look at their
6  case history and I would see, okay, they are a known
7  heroin user.
8      And then at that point I would bump a
9  further specimen to test, typically the vitreous
10  humor.  So that I can attempt to detect the
11  6-acetylmorphine, which is the metabolite that
12  definitively states that heroin was used.
13     Q   So it is fair to say then that the scene
14  investigation provides critical context for
15  toxicology testing?
16     A   Yes.
17     Q   For example, the presence of drug
18  paraphernalia might tell you you need to run further
19  tests?
20     A   Yes.
21     Q   What you just described?
22     A   Yes.
23     Q   Is it also true that collecting illicit
24  substances from the death scene could inform your
25  toxicology analysis?

18 (Pages 66 - 69)

1    A   Yes.

2    Q   How so?

3    A   Um, so we have the drug chemistry

4  department in our building and, um, I don't know

5  what percentage of the time, but a decent percentage

6  of the time they will receive paraphernalia from the

7  scene of these deaths or actual drug from the scene

8  of the deaths.  And we use that to compare with what

9  we found.

10        If we see something on the drug

11  chemistry report that is something that we are not

12  able to detect in our laboratory and we feel that it

13  would be important, an important addition to help

14  with the cause of death, then that could be

15  something we might send out for, or it will, you

16  know, just act as a confirmation to the stuff that

17  we found also.  We say we found heroin, they found

18  heroin, so good, we are matching up.

19    Q   Is that a part of your standard operating

20  procedure for medical examiner cases?  Do you always

21  check whatever is found at the scene with drug

22  paraphernalia or drugs found at the scene?

23    A   Um, it is not part of the standard

24  operating procedure, but I would say typically the

25  analysts are looking at that and if not the

1  analysts, then the person reviewing the data.

2        They're not always loaded into our

3  Pathway, so they do have the ability to load the PDF

4  file or whatever drug chemistry finds.

5        Sometimes we have either beaten them

6  to it, so we have gotten our results before they

7  have, or there might just be a lag in them being

8  loaded.

9        If we were really concerned about it,

10  we could call them and see if they have results on

11  that case, but not all of our cases have drug

12  chemistry submissions.

13    Q   For the cases that do have drug chemistry

14  submissions, though, we would always find those

15  reports in Pathways?

16    A   I think eventually, yes, they will make

17  their way into Pathways.

18    Q   Okay.  So if I understood your testimony

19  earlier correctly, it sounds like you work mostly on

20  opioid cases now?

21    A   That was one of the assays that I was

22  doing.  Starting January 2nd, yes, that will

23  typically be the assay that I'm performing.

24    Q   And you have substantial experience in

25  running the open assays prior to, you know, that

1  change on January 2nd?

2    A   Yes.  Other than when I was on maternity

3  leave or pregnant with my two children, I have been

4  performing the opiate assay since 2010.

5    Q   So it is fair to say then that the

6  presence of drugs or drug paraphernalia at a death

7  scene can be, um, more important in some cases than

8  it is than others, right?

9        MR. GALLUCCI:  Objection to form,

10  foundation.

11    Q   (Ms. Ranjan) You described earlier that

12  you -- there's some cases where you look for that

13  drug paraphernalia at a scene, where you look for,

14  you know, the results of the drug testing, drug

15  chemistry that was found at a scene.  Where you

16  might specifically seek that out if the results are

17  in Pathways.  Can you describe that kind of a case

18  to me, what would be, what kind of case would, what

19  kind of case would you find yourself seeking out

20  that drug chemistry if it is not loaded in Pathways?

21    A   Um, I would say when we have very limited

22  sample.  We would want to see what they have

23  detected so that we can focus our testing so that we

24  can use our sample as best as we possibly can.

25    Q   Are there any other instances?

1    A   Um, no, I think that would mostly be when

2  we were doing that, I can't think of another

3  instance where I feel like I need to actually call

4  them and find out what it was.

5    Q   Okay.  And then on the other, just in the

6  general instance where you are not specifically

7  going and trying to seek out that information in

8  Pathways, you would just use it as sort of a

9  confirming check on the work you've done?

10    A   Yes.

11    Q   Aside from the presence of drug

12  paraphernalia or drugs at the scene of a death,

13  there is other information that is included in the

14  investigative report, right?

15    A   Yes.

16    Q   For instance, it would include interviews

17  with witnesses?

18    A   Yes.

19    Q   Or friends and family?

20    A   Yes.

21    Q   It is fair to say that those interviews

22  provide crucial details that assist in the death

23  investigation?

24    A   Yes.

25    Q   And that also assists you in the

19 (Pages 70 - 73)

1 toxicology that you are performing?

2    A    Yes.

3    Q    For instance, if a person has a history of

4 drug abuse, that might, that might inform what kind

5 of toxicology testing you do?

6    A    Um, not necessarily.  That would be more

7 the call of the pathologist and the chief

8 toxicologist at the end.  If we did not find

9 anything, then they may say, well, this person had a

10 history of drug abuse, we want further testing and

11 then we would figure out what further testing to

12 add.

13    Q    Who in the department conducts the death

14 scene investigations?

15    A    We have an entire department called

16 investigations.  I'm not sure how many of them there

17 are, there are quite a few.  They work in shifts.

18 They go to as many scenes as possible.

19    Q    They're all medical, legal, death

20 investigators?

21    A    Yes.

22    Q    Who runs that department?

23    A    His name is Joe Stopak.

24    Q    S-T-O-P-A-C, P-A-K?

25    A    I think it's S-T-O-P-A-K.

1    Q    How long has he been with CCMEO?

2    A    I do not know, but he has been there since

3 I started in 2004.

4    Q    How many investigators does the office

5 employ?

6    A    I do not know.  It is more than ten.

7    Q    Okay.  How routinely do you work with the

8 investigators?

9    A    Not frequently at all.

10    Q    How many times a year would you estimate

11 that you have a meeting or conversation with the

12 investigators?

13    A    Maybe once a year.

14    Q    Oh, wow, that infrequently.

15    A    Yeah.

16    Q    Otherwise you are just reviewing their

17 reports from their scene investigations?

18    A    Yes.

19    Q    Aside from your work duties, do you

20 interact with the investigators on a personal level?

21    A    No, I don't.

22    Q    Are they in the same building that you are

23 in?

24    A    They are.

25    Q    Do you have any opinions about whether the

1 investigators have the resources that they need to

2 do their jobs properly?

3    A    I have no idea.

4    Q    Have you ever had an instance where you

5 reviewed a death scene investigation report and it

6 seemed incomplete or inaccurate?

7    A    I'm sure that I have.  Um, I guess the

8 only example I can give is sometimes they will state

9 on there that they did not go to the scene due to

10 short staffing for that evening or day or whatever.

11    Q    Do you have any information about how

12 those cases are assigned?

13    A    I do not.

14    Q    When did that short staffing issue come to

15 your attention?

16    A    I have no idea.  Probably over the past

17 couple years, but I don't know an exact year.

18    Q    Generally speaking though, you would say

19 2016 forward?

20    A    Um, yeah, I really do not know.

21    Q    Can you remember an instance of that short

22 staffing coming up, short staffing for the

23 investigators coming up prior to 2016?

24    A    Um, no, but I also am not certain what

25 cases they were going to the scenes of back then

1 because that has changed over the years.  For

2 instance, when I first started, we had one

3 investigator and he pretty much only went to the

4 scene if it was a police involved death.

5         So over the years it has evolved

6 quite a bit and they go to a lot more scenes now

7 than they were previously.

8         So I don't know if that's why I

9 wasn't seeing it before because they maybe did not

10 need to go to these scenes prior, but I don't know

11 what year that started either that they started

12 going to all the overdose scenes and trying to go to

13 every scene is what I believe they try to do.

14    Q    So there was a change where at some point

15 in time they were not going to the scene of every

16 overdose death and then now they do go to the scene

17 of every dose death?

18    A    I believe they are trying to go to the

19 scene of all of the cases.

20    Q    Do you recall when that change occurred?

21    A    I don't.  I know when I came back from

22 Baltimore, that there was a larger investigation

23 department, but it was smaller then than it is now.

24 So between 2010 and now, they can continue to grow

25 and go to more scenes.

1   Q   Do you know why that change was made?

2   A   I don't.

3   Q   Okay.  So when the toxicologist is perform

4  toxicological testing, they have the order form or

5  chain of custody form and they have death scene

6  investigation available to them.  Is there anything

7  else that the toxicologists might be reviewing in

8  performing their toxicological testing?

9   A   No, I don't think so.

10   Q   Do you know if there is any kind of

11  standard operating procedure applicable to which

12  toxicological testing is order?

13   A   Do you mean for the pathologist?

14   Q   Yes.

15   A   I do not know that.

16   Q   Do you agree that the results of a

17  toxicology screening are dependent on the scope of

18  tests?  In other words, you won't find things that

19  you don't screen for, right?

20   A   Yes.

21   Q   When you received the chain of custody

22  form from the pathologist, does that form contain

23  preliminary determination as to the cause or manner

24  of death?

25   A   Sometimes it does.

1   Q   Are most overdose deaths identified as

2  suspicious overdose deaths on that form?

3   A   I would say most are.

4   Q   In other words, when I say suspicious

5  overdose, that's what I mean is, does that form

6  indicate that there is a suspicion that the case

7  might be an overdose death?

8   A   Yes, typically it will say that.

9   Q   Are those cases where the form indicates

10  that there is a suspicion of an overdose, are those

11  cases handled any differently than any other case?

12   A   They are.  Since we determine that

13  carfentanil was in our area.  So if it looks like an

14  illicit, so yeah, if it looks like there are

15  syringes or something that would indicate some sort

16  of IV drug abuse or drug packaging on scene, or the

17  person has a history of heroin abuse, those cases we

18  typically add the fentanyl confirmation to right off

19  the bat because we know that we will miss a

20  carfentanil through our screen.

21       Other than that, no, they're not

22  treated differently.

23   Q   Is there a separate screening for

24  carfentanil versus Fentanyl?

25   A   Um, there are ELISA kits made for

1  carfentanil, but we do not have that kit in our

2  laboratory, we don't run that test.

3       We also have another screening

4  procedure called an OMIT and that's performed on

5  urine.  And that Fentanyl kit for the OMIT is able

6  to pick up some carfentanil, but it would have to be

7  a certain concentration of carfentanil to be able to

8  see that.

9   Q   Do you typically send your suspected

10  carfentanil cases out to a different lab?

11   A   No, we do not.

12   Q   You run those in house?

13   A   Yes.

14   Q   When was the change made to routinely add

15  on the Fentanyl screening into suspected overdose

16  cases.  Was that completed in the 2014 time frame?

17   A   I was going to say maybe 2015.

18   Q   Okay.  Because that's when you started to

19  see a larger number of Fentanyl cases in Cuyahoga

20  County?

21   A   So neighboring counties, it was either

22  Summit or Stark had a bunch of overdoses in one

23  weekend and they rushed their testing to try to find

24  out what was going on and they came back with

25  carfentanil.  Right around that same time Franklin

1  County had seen some carfentanil cases.

2       So at that point, we um, we knew that

3  it was in the area and so then we started to add on

4  the confirmation.  We purchased carfentanil standard

5  and at that point we might have been sending out

6  because officially when carfentanil came about in

7  the area, we did not have a validated procedure for

8  it.

9       So we had, we put it into our

10  procedure so we could detect it, but we were not

11  able to report it from our laboratory.

12       And then after that we built a method

13  and validated a method that we were able to report

14  carfentanil from.

15   Q   How long did that take?

16   A   Um, there's been two different methods.

17  Probably between 2015 and the second one was

18  finished, I believe, in 2018.

19       The second one for the more recent

20  one, that did take approximately a year to get up

21  and going and fully validated.

22       The one prior to that, we already had

23  the existing Fentanyl procedure on our LC/MS

24  instrument.  So we just had to validate a couple

25  other analytes so that probably took a couple

21 (Pages 78 - 81)

Page 82

1 months, not a full year.
2    Q    So for some period between 2015 and 2018
3 you were sending out Fentanyl analogue cases or
4 suspected the Fentanyl analogue cases to an outside
5 laboratory?
6    A    Yes, definitely because in addition to
7 carfentanil, there were other Fentanyl analogues
8 that we could not report out of our lab.
9    Q    Were those all suspected Fentanyl analogue
10 cases you were sending or was it some subset?
11    A    Um, I'm not 100 percent certain because I
12 wasn't running the Fentanyl assay, but I know we
13 were for sure sending out for Fentanyl analogues.
14          There was carfentanil at one point we
15 were sending out for and then once we got that in
16 our assay, we didn't need to send out for that any
17 more.
18          Cyclopropylfentanyl, I believe was
19 one we were sending out for a while,
20 Methoxyacetylfentanyl.  So we had in our Fentanyl
21 assay the, we had those analytes in our standard.
22 So then when we would see a peak at that retention
23 time, we had a heads up that we possibly had one of
24 those cases and that's what would flag to send out
25 those cases.

Page 83

1          So every Fentanyl case did not get
2 sent out, but just ones that flagged that we needed
3 to send it out based on the testing we were
4 performing.
5    Q    Did you send those out to MMS?
6    A    Yes.
7    Q    Is there any other way in which a
8 suspected overdose cases are handled differently in
9 the toxicology department than what you have already
10 described to me?
11    A    Um, just again that those, we will, if
12 there's a lack of sample volume on them, we will
13 focus on prioritizing typically the Fentanyls are
14 the most important at this point.  So if there is
15 not a lot of sample volume, we are going to ruin the
16 Fentanyl confirmation.
17          And then the opiate confirmation and
18 then our chief toxicologist has a full lists how he
19 likes us to go about making that decision.
20          Other cases, um, we would end up
21 doing the same, but if they don't involve a Fentanyl
22 or an opiate, it makes the process a lot easier to
23 determine how to proceed with testing.
24    Q    Once you are done with your toxicology
25 testing, what type of paperwork do you fill out?

Page 84

1    A    So do you mean once all of the testing is
2 complete on the case?
3    Q    Yes.  So once you have done your testing,
4 you must be reporting your results to someone.  I'm
5 looking, I'm hoping to understand what that process
6 looks like.  What paperwork do you generate after
7 you complete the testing?
8    A    Okay.  So I will perform the test and I
9 will evaluate all the data and then it will be
10 checked by another analyst.  And what they're
11 checking is I have written up what I believe should
12 be reported on each case.
13    Q    I'm sorry to interrupt, but by what you
14 mean should be reported, what you mean is what the
15 toxicology report should include or how it should
16 read?
17    A    Yes, what should be included on the
18 toxicology report for that particular assay.
19    Q    Okay.
20    A    So I'm going to, um, either say that
21 nothing was detected or the case is going to be
22 positive and it was positive for this particular
23 analyte, or whatever particular analytes, and the
24 quantity of those analytes as long as I met all the
25 criteria to be able to report quantitively.  If I

Page 85

1 didn't, then I could say that that analyte is
2 present, but just not how much of it.
3          So that information will be on my,
4 they're called chromatograms, so that's the data
5 that I generate.  Reviewer will look at what I have
6 written and determine whether or not they agree.
7          Um, if they don't, then we, sometimes
8 it might just be a typo that I wrote the wrong
9 analyte and they said no, it is the other one.  If
10 there is a discussion that needs to be had, we will
11 discuss it together or we could ask the supervisor
12 or the chief toxicologist.
13          Then at that point, when the reviewer
14 gives the data back, I will enter those result that
15 I have written on each chromatogram into our
16 Pathways and that will close out the open pending,
17 let's say opiate assay in this instance.  So then
18 that will no longer show up on my work list that
19 that case needs to be run.
20          And then all of the other analysts
21 will do that with all the other testing that needs
22 to be completed and then when it is all completed,
23 it will show up on a particular list in Pathways
24 saying that there's no testing open on these cases.
25 And at that point the chief toxicologist will take

22 (Pages 82 - 85)

Page 86

1 the case and review all of the data that's in the
2 case file and then generate the final report.
3      Q    And the final toxicology report
4 essentially collates all the results of those assays
5 that the toxicologists are reporting, right?
6      A    Yes.
7      Q    Does it include any other information?
8      A    It includes demographic information, it
9 will include the decedent's name, it will include
10 who the pathologist was on the case.  I believe it
11 includes the dates that we received the body and the
12 date that the report was completed.
13          The back of the report will tell you
14 every drug that's in our scope of testing.  Um, if
15 it is from another county, that will be on the final
16 report in the public comment.  So there's a section
17 at the top that says comment.
18          Also if there's any miscellaneous
19 results or just explanations that need to be made,
20 the chief toxicologist will write them in that
21 comment on the report.
22      Q    What would an example of comments that are
23 necessary?
24      A    Um, for instance, if we have a severely
25 decomposed body and we performed testing on the

Page 87

1 liver, some of the assays may not be specifically
2 validated for a liver.  So then he would, the result
3 would go on the report as see comment.  He would
4 write a comment up there stating that these were
5 investigational findings only, or something to that
6 extent.
7          Also if we have an analyte that we
8 believe is probably present, but it doesn't meet our
9 standards of what it needs to meet to be able to be
10 reported, the result will go on see comment and he
11 will add a comment saying something along the lines
12 of, the hydrocodone in the femoral blood had a junk
13 peak that collated with it and was unable to be
14 reported.
15          Typically he will do that when you
16 have hydrocodone in another matrix and then he will
17 say see here.  There will be hydrocodone in the
18 urine.
19      Q    So it is essentially meant to explain any
20 limitations or unusual results that you see in the
21 toxicological testing?
22      A    Yes.
23      Q    Toxicologist do not determine cause or
24 manner of death, correct?
25      A    No, we do not.

Page 88

1      Q    Do the toxicology reports include testing
2 that was done, but came back negative?
3      A    Yes.
4      Q    Do the toxicology reports include where
5 the sample was drawn from that was testing?
6      A    Um, typically yes.  The way that we label
7 the specimen as they are entered into the computer
8 will frequently do that.
9          So a femoral blood will be
10 specifically called femoral blood as opposed to just
11 blood.  Typically the heart blood is what we call B1
12 and that will print-out on the report as heart
13 blood.
14          There are drop down options when you
15 have accession to change the location of where the
16 blood was drawn from.
17          If it is a hospital sample that we
18 have received, so something from admission at the
19 hospital, we note that at accessioning and that will
20 print out on the report as well as what color top
21 that was collected at the hospital.
22      Q    What do you mean by what color top?
23      A    They collect blood specimens into
24 different types of tubes and the tops indicate what
25 kind of preservative was present in that tube.  Some

Page 89

1 of them have preservatives, some of them don't.
2 Some of them will separate out the serum from the
3 blood.  And, obviously, the hospital is collecting
4 these for whatever tests they feel are necessary.
5 So we just get whatever they still have.
6      Q    Got it.  That's only for the hospital
7 cases?
8      A    Yes.  We also will specify whether or not
9 a vitreous draw was done during autopsy or if it was
10 a nonpost vitreous draw.
11      Q    Vitreous is eyeball fluid, correct?
12      A    Yes.  There's also a, well, Life Bank and
13 Pepper site, which will do organ donations.
14 Sometimes they will draw blood specimens for us.  So
15 we will make the distinction if they have done the
16 blood draw and the vitreous also.
17      Q    Okay.  So then once the toxicology report
18 is, I'm sorry, going back just a second.
19          In addition to where the sample was
20 drawn from, does the toxicology report also include
21 information on when the sample was drawn?
22      A    In accessioning, there is the date that
23 the samples were drawn.  I do not remember if that
24 shows up on the report or not.
25      Q    Does Pathways include the time when the

23 (Pages 86 - 89)

1  sample was drawn?

2     A   I believe just the date.

3     Q   Okay.  Is the time the sample was drawn

4  included in the records at the CCMEO anywhere?

5     A   I'm not sure.  On our chain of custody I

6  know we indicate when it is accessioned into the

7  computer.  That will be a date and time.  We also

8  put a date and time for when we actually received

9  the sample.  So there's a line that asks what time

10  did you receive the sample from the dumbwaiter and

11  the person who did it will initial and date and put

12  the time.

13          I don't believe that the pathologists

14  when they draw that they put a time on our chain of

15  custody.

16          So I don't if that's in their records

17  or not, but I don't believe we get that information.

18     Q   And that's not information that you

19  routinely review either?

20     A   No.

21     Q   It is not there?

22     A   Right.

23     Q   So then once the toxicology report is

24  generated, the pathologist uses that information as

25  one data point for determining cause and manner of

1  death, right?

2     A   Yes.

3     Q   But that's just one out of many data

4  points that the pathologist uses to make that

5  determination?

6     A   Yes.

7     Q   Are there any other data points that you

8  are aware of that the pathologist might rely on to

9  determine cause and manner of death?

10     A   Um, they rely on the autopsies that they

11  perform and any pathology related findings that they

12  may find during that autopsy.

13          They rely on the medical records of

14  the individuals.  They rely on the investigation

15  reports.  I would assume any police reports that

16  were generated.

17     Q   Do the files also include information that

18  is reported when the death is reported to the CCMEO

19  office, do you understand what I mean by that?

20     A   No.

21     Q   So are you familiar at all with how a case

22  is received by CCMEO?

23     A   Um, no, not really.

24     Q   Okay.  Do you know if the pathologist

25  reviews OAARS reports?

1     A   I do know if they review those.

2     Q   But ultimately determining the cause and

3  manner of death is up to pathologist and medical

4  examiner, right?

5     A   Yes.

6     Q   And that determination is based on the

7  totality of the circumstances of each case, not just

8  the toxicology report?

9     A   Yes.

10     Q   And that's because every case is different

11  than individual, right?

12     A   Yes.

13     Q   And in each case you have to examine the

14  totality of the circumstances and all of the facts

15  and information available in order to determine the

16  cause and manner of death, correct?

17     A   Yes.

18     Q   And it is not possible to determine the

19  cause and manner of death based solely on the result

20  of toxicology testing?

21     A   I don't, I don't, you know determine what

22  the cause and manner of death are.  I can't say that

23  for sure.  I don't know if they would determine that

24  based on just the toxicology report.

25     Q   Are you aware in your time at CCMEO of any

1  toxicologists ever certified the cause and manner of

2  death?

3     A   No, nobody has.

4     Q   Are you aware during your time at CCMEO

5  any toxicology report including cause and manner of

6  death?

7     A   No, our toxicology reports do not include

8  that.

9     Q   You have never signed a death certificate?

10     A   No.

11     Q   If you could go back to be Exhibit 2 that

12  we were just looking at.  We were on the slide that

13  says blood equals current and urine equals

14  historical.  I want to look at the next slight which

15  is labeled interpretation.

16     A   Okay.

17     Q   So this is similar to what we were just

18  discussing about how the toxicology report is

19  interpreted by the pathologist as one data point in

20  reaching a cause and manner of death?

21     A   Yes, and I believe also the chief

22  toxicologist would interpret the information we have

23  gathered also.

24     Q   So the chief toxicologist might look at

25  things like redistribution, for instance, we

1 discussed that earlier?

2    A   Uh-huh.

3    Q   And might note if any, if there are any

4 abnormalities or concerns about the result as a

5 result of redistribution and not the comment section

6 of the report?

7    A   I have not seen that in the comment

8 section. I think this would be more conversation

9 between the pathologist and the chief toxicologist.

10    Q   Are you a part of those conversations?

11    A   No.

12    Q   Do you know why tolerance might be an

13 issue that the chief toxicologist would consider in

14 interpreting results?

15    A   Yeah, tolerance, specifically with opioid

16 is very common. An individual over time as they've

17 continued to take an opioid will require more and

18 more of the opioid for it to give them the same

19 results.

20    Q   There's no postmortem test for tolerance,

21 is there?

22    A   No.

23    Q   And so in taking tolerance into

24 consideration, that would be based on the case

25 history?

1    A   Yes.

2    Q   And the investigation?

3    A   Yes.

4    Q   So tolerance might be one factor that the

5 chief toxicologist would consider in determining

6 whether or not the dose of opioids that an overdose

7 victim used was fatal?

8    A   Um, yes. But I feel like these are just

9 conversations if the pathologist is questioning it.

10 So that wouldn't show up on the report at all that

11 there was any inclination that this person may have

12 had a tolerance to something. The pathologist may

13 already know that and, you know, that will play into

14 whatever their determination is or if they are

15 unsure based on a value that we have on the report,

16 they would then call Dr. Apollonio and they could

17 discuss their determination with him and see what play, you

18 know, what part he thinks that may have played in

19 the death.

20    Q   So tolerance is one of those things, one

21 of those data points that we discussed earlier that

22 can, that necessitates, something beyond toxicology

23 review to reach a cause and manner of death, right?

24    A   Yes.

25    Q   It is something that can make a particular

1 case unique from another case even if the toxicology

2 results are the same?

3    A   Yes.

4    Q   And that's why you need a pathologist to

5 certify the cause and manner of death, right?

6    A   Yes.

7    Q   You have to take factors like tolerance

8 into consideration and not just the results of the

9 toxicology report?

10    A   Yes.

11    Q   What does steady state mean, do you know?

12 And for the record I'm referring to the slide

13 labeled interpretation on Exhibit 2?

14    A   Um, I am not super familiar with steady

15 state. So I feel like Dr. Apollonio would better be

16 able to explain that better.

17    Q   If you could turn to the next slide. This

18 slide is also labeled interpretation and this is

19 some of what we just discussed is similar

20 information. So it reads, you must consider all the

21 facts. You must consider all the facts surrounding

22 interpreting toxicology results, correct?

23    A   Yes.

24    Q   It says, involve the entire team in the

25 decision. Who would be the entire team?

1    A   I do not know who the entire team is.

2    Q   Next bullet reads, conclusions based

3 solely on blood analysis is uncertain and foolish.

4 Do you agree?

5    A   I, I feel, um, like the first bullet point

6 is much better in saying that you need to have all

7 of the information and that you wouldn't make a

8 conclusion based just on the blood analysis.

9    Q   You wouldn't make a conclusion based

10 solely on the toxicology report either, right?

11    A   No.

12    Q   Because in order to determine the cause

13 and manner of death, you have to consider all of the

14 facts?

15    A   Yes.

16    Q   The last bullet reads, the interpretation

17 of the results is the most difficult task of the

18 professional team.

19        Do you agree with that?

20    A   I do not know because I don't interpret

21 the results.

22    Q   Fair enough. Turn to the slide labeled

23 certainty versus uncertainty. It looks like there

24 are a couple of slides with that label. I'm looking

25 at the second one. The first bullet point reads

Page 98

1  forensic?
2      A  Okay.
3      Q  It says, reliable, sensitive and accurate
4  assays do not contribute to interpretation.
5          Do you agree with that?
6      A  Um --
7          MR. GALLUCCI:  Object to form and
8  foundation, go ahead.
9      A  I don't really understand what that's
10  saying.  I guess as I'm reading it, I don't agree
11  with that.  I feel like, um, if we have reliable
12  sensitive and accurate assays, then the results from
13  those would absolutely contribute to interpretation.
14      Q  (Ms. Ranjan) The third bullet reads,
15  reported postmortem reference ranges vary.
16          Do you understand what that means?
17      A  Um, I believe that he, he's referencing,
18  so there are, if you were to look up a particular
19  drug and you were trying to find what the lethal
20  range is or the therapeutic range.  That you are
21  getting that information from sources where it was
22  reported that, so for instance, if you found a
23  journal article about an overdose on a particular
24  analyte.  You are getting the results from that
25  particular case or whatever that study found.

Page 99

1          So the numbers for a lethal, a lethal
2  amount of drug in your system can vary widely
3  because, well, we are already talking about with
4  tolerance, but also, you know, the case that
5  somebody might have reported on could have been
6  someone who took a whole bottle of prescription
7  medication or another one could be reported on
8  someone who took two bottles of it and both of them
9  were lethal, but they're both wildly different
10  amounts of the drugs present.
11          Um, and then, yeah, I believe all the
12  ranges, because these are coming from human cases
13  and people can metabolize drugs differently.  There
14  are just a lot of factors that go into these actual
15  drug results.  So you will find ranges.
16      Q  It is similar to what we were discussing
17  earlier, right, the dose is lethal for one person,
18  might not be a dose that is lethal for another
19  person, right?
20      A  Yes, that's true.
21      Q  And that's reflected also in the last
22  bullet on the slide, which says death can occur if
23  you die even at low concentrations; is that right?
24      A  Yes.
25      Q  Are there particular set ranges that you

Page 100

1  use in the toxicology department for what might be
2  considered a lethal dose of a given substance?
3      A  I don't, that would be the chief
4  toxicologist.
5      Q  That would be a part of his process in
6  interpreting the result and generating the
7  toxicology report?
8      A  Yes.
9      Q  Do you ever have occasion to look at
10  reference ranges in connection with your job at
11  CCMEO?
12      A  Um, I have.  I was just reviewing an AMEIN
13  set that somebody else had generated the data for
14  and we have the option if the concentration comes
15  out in a result that's higher than our highest
16  calibrator.  We can, when it is appropriate, report
17  that as greater than whatever that amount is at the
18  highest calibrator, as opposed to running it at a
19  dilution to get the concentration within our working
20  range.
21          So I believe it was pseudoephedrine
22  that the analyst had written greater than a thousand
23  nanograms per mil.
24          So I looked up what the therapeutic
25  range was for pseudoephedrine and that was falling

Page 101

1  in that range.  So I allowed that in my review to
2  make it through greater than 1,000.  But
3  Dr. Apollonio, when he gets to the final report he
4  could say that he wants the actual concentration and
5  greater than a thousand is not acceptable to him,
6  and then we would repeat it at a dilution.
7      Q  I see.  So you might be referring to
8  reference ranges in terms of what's a therapeutic
9  range for a particular substance just to determine
10  if the results that you are reporting into the
11  Pathway system will be sufficient for the chief
12  toxicologist and the pathologist on a case?
13      A  Yes.
14      Q  Do you know if the CCMEO has any set
15  reference ranges that they use in the ordinary
16  course?
17      A  Um, I do not know that.  There's a number
18  of references to look at, but there's no standard
19  operating procedure that tells you specifically
20  which ones to look at.
21          And, again, Dr. Apollonio typically
22  is the one that would be looking at the ranges.
23      Q  Just to clarify, you know for sure that
24  there is no standard operating procedure on that
25  issue?

26 (Pages 98 - 101)

Page 102

1    A   I've never seen that.
2    Q   Okay.  Is that something that you think
3 you would be aware of if it existed?
4    A   Um --
5       MR. GALLUCCI:  Object to form.
6    A   Since I don't typically look at ranges, I
7 suppose that could exist and I just don't know that
8 it exist, but to my knowledge we don't have that in
9 an SOP.
10    Q   (Ms. Ranjan) On the occasions that you've
11 had where you wanted to look at a reference range
12 like we just discussed, where do you go to find that
13 information?
14    A   Um, the medical examiner's office out of
15 North Carolina, they put together a spreadsheet that
16 has a lot of drugs with their therapeutic ranges,
17 their toxic ranges and lethal ranges.  I have that
18 presented out and that's what I consulted when I was
19 looking at the pseudoephedrine.
20       We also have a reference book that we
21 will use.  The author is Basalt and that has a lot
22 of information on many, many, different drugs.
23    Q   Have you ever talked to the other forensic
24 scientists or the chief toxicologists about
25 reference ranges?

Page 103

1    A   I'm sure that I have.
2    Q   In your discussions with them, has anyone
3 said, well, why don't you just go check standard
4 operating procedure for that?
5    A   No, no one has ever said that.
6    Q   And those conversations, would others at
7 your office typically refer to the same sources that
8 you just cited?
9    A   Yes, they would.
10    Q   I think you can set that one aside, I'm
11 sorry.  Turn to the last page.  I just have to ask
12 you because I'm very curious.  I see polar bears in
13 a lot of presentations do you have any idea why?
14    A   I have no idea why.
15    Q   Somebody an Ohio Northern fan or
16 something?
17    A   I don't know.  I've never put a polar bear
18 in my presentation.
19    Q   I just wanted clarify one point from your
20 testimony earlier when I asked you about expert
21 testimony.  You talked about some testimony you had
22 given in connection with some CCMEO cases.
23    A   Uh-huh.
24    Q   I just wanted to clarify in those cases,
25 you served as a fact witness; is that correct?

Page 104

1    A   Yeah, I think I was a fact witness in
2 those.
3    Q   So you were there to testify about the
4 testing that you did through your toxicology lab,
5 correct?
6    A   Yes.
7    Q   You didn't issue any kind written of
8 report with toxicological opinions in it for that
9 case?
10    A   No, I did not.
11    Q   Have you ever been asked to serve as an
12 expert witness in a case?
13    A   No.
14    Q   Okay.  Have you ever been asked to prepare
15 an expert report for any legal case?
16    A   No.
17    Q   Do you receive performance reviews?
18    A   We have in the past.  I don't think the
19 past two years they have done them though.
20    Q   When was the last one you received?
21    A   I would guess 2016, 2015 or 2016.
22    Q   What are the criteria that were applied at
23 that time for your job performance?
24    A   I don't understand the question.
25    Q   When you are being evaluated back in 2016,

Page 105

1 do you understand the standards against which you
2 were being evaluated?
3    A   Um, we were shown the evaluations and at
4 the time I understood what they were showing me.
5    Q   Do you recall what was included in that
6 evaluation?
7    A   I don't remember the specifics.
8    Q   Have you ever received any negative
9 feedback from one of your supervisors?
10    A   Not to me, not that I know of.
11    Q   You have never been formally disciplined?
12    A   No.
13    Q   Do you have to do performance reviews for
14 anyone else in the office?
15    A   Me personally?
16    Q   Yes.
17    A   No, I don't.
18    Q   Have you ever had any concerns about the
19 competency of any of your colleagues?
20    A   No, I have not.
21    Q   We have talked about cause and manner of
22 death earlier.  So just to clarify for the record,
23 cause of death is the injury or disease that
24 resulted in the individual's death; is that right?
25    A   Yes.

27 (Pages 102 - 105)

Page 106

1  Q   And manner of death describes how the
2  cause of death occurred, right?
3  A   So, for instance, there is categories like
4  it could be accidental or a suicide, it is like a
5  more generally description of what happened.
6  Q   And that description describes what caused
7  the individual's death?
8  A   The manner, that describes the manner in
9  which the person died.
10  Q   There are five manners of death I think
11  you said, correct?
12  A   I'm not sure how many categories they use.
13  Q   But, um, they are set, there is a set
14  number of potential manners of death?
15  A   I believe that there is.
16  Q   One of them is accident?
17  A   Yes.
18  Q   And one of them is homicide?
19  A   Yes.
20  Q   And one of them is suicide?
21  A   Yes.
22  Q   An one of them is natural?
23  A   Yes.
24  Q   And undetermined is also a potential
25  manner of death?

Page 107

1  A   Yes.
2  Q   Are you aware of any others?
3  A   Um, I feel like I've seen things for house
4  fires, but I don't know what exact manner that was
5  or if they even consider that a manner, but um,
6  yeah, I don't know.  I thought there was more than
7  five, but maybe there's not.
8  Q   We talked about some specific policies or
9  procedures or standard operating procedures.  Are
10  there any others that you use in the normal
11  course of performing your job functions?
12  A   We have standard operating procedures for
13  all of the assays that we perform.
14       So there's three large books and
15  they're also located on the computer too.  So you
16  can read them and figure out how to perform all of
17  the assays we do, how you should report all of the
18  assays.  We also have standard operating procedures
19  forum accessioning and we have standard operating
20  procedures for quality assurance issues.
21  Q   How frequently do you find yourself
22  referring to those standard operating procedures?
23  A   I refer to them frequently.  Um, with the
24  opiate assay that I'm running, I don't typically
25  need to refer to that because I've been doing it for

Page 108

1  so long.  Although in the laboratory, we do have
2  what we call short notes, which um, is just pulling
3  the part of the SOP that tells you how to perform
4  the laboratory extraction.
5       So I do have that out in front of me
6  every time that I do the extraction.  But for other
7  assays if I'm reviewing them, I will pull up the SOP
8  just so that I'm aware of the level of detection for
9  certain analytes.  They all vary.  So every assay
10  you are looking at has different levels that you are
11  able to quantitate down to.  So I will look at those
12  to make sure I'm within the range that I need to be
13  for that assay.
14  Q   So you might find yourself referring to
15  the standard operating procedures for the assays on
16  a daily or weekly basis?
17  A   I would say daily basis.
18  Q   What about the one for accessioning, do
19  you refer to those?
20  A   I don't.
21  Q   Because you are not involved in that
22  process?
23  A   Yeah, I don't actually do accessioning.
24  If I do fill in and I needed information that
25  someone couldn't give me, then yes, I would go to

Page 109

1  the SOP, but I rarely have to fill in for
2  accessioning.
3  Q   What about a quality assurance standard
4  operating procedures, do you ever refer to those?
5  A   I don't.  I myself wouldn't go over and
6  pull the quality assurance SOP, but actually I think
7  we have two of them.  One for the laboratory and one
8  for the Cuyahoga County Regional Forensic Science
9  Laboratory as whole.  So one that is over all the
10  laboratories.  But if I had a quality assurance
11  issue, I would talk to our quality assurance officer
12  and he would probably reference those SOPs.
13  Q   Who is that?
14  A   That's Szabolc Sofalui.
15  Q   How frequently has that happened?
16  A   Um, I would say maybe on a monthly, maybe
17  once a month I will go to him and ask him, just
18  something about reporting and what he feels the best
19  way to proceed is.
20  Q   When is the last conversation of that
21  nature you remember having?
22  A   The last conversation I remember having
23  about quality assurance issues was when I was
24  reviewing the cannabinoid blood SOP because yearly
25  we have to review all of the SOPs to make sure that

28 (Pages 106 - 109)

1 they're correct and that is -- if we made changes,
2 that the changes have been reflected.
3        And there was a portion that had been
4 added that didn't make sense to me.  I wasn't sure
5 why it had been added.  It seemed repetitive with
6 what we already had in there.
7        So I asked him about that, if he had
8 added it.  He had not, but then we just discussed
9 that having that portion in there would be
10 problematic because the wording was a little bit
11 different between that added portion and what was
12 already currently in the SOP.
13        And it would have just caused
14 confusion to somebody running the assay on how to
15 determine if a result was acceptable or not.
16    Q   Have you ever had a conversation with him
17 relating to quality assurance issue related to
18 opioids in any way?
19    A   Um, I'm sure that I have.  I know, he has
20 reviewed an opiate set before and he has determined
21 that we either need to repeat the sample or run a
22 different matrix because he was unhappy with the
23 chromatographic quality, particularly analyte.  So
24 it has been more along those lines.  Like a specific
25 case he will see the chromatography and say okay, in

1 my opinion we need to reconfirm that somewhere else
2 or in that same matrix.
3    Q   Does he review every case?
4    A   No, he does not.
5    Q   How does he determine which cases to
6 review?
7    A   Um, in those particular instances he just
8 happen to be the reviewer that I handed that set of
9 data to.
10    Q   Do you remember which analyte it was in
11 that instance?
12    A   It has happened on a number of them.  I
13 know that he's, um, crossed out a codeine, and in
14 that instance he just did not feel it needed to be
15 reported.
16        It has happened with
17 6-acetylmorphine, we ran another matrix and, yeah,
18 it is not uncommon.  He just wants the absolute best
19 chromatography reported, as does everybody.  So if
20 anybody ever questions, chromatography will add
21 another matrix to run to confirm that that analyte
22 is there.
23    Q   Aside from the standard operating
24 procedures that apply to the opioid assays, are
25 there any other standard operating procedures that

1 apply to overdose drug deaths?
2    A   Not in toxicology.  I don't know if other
3 departments have SOPs.
4    Q   Does your lab ever serve as a reference
5 lab?  We talked about you sending out samples to
6 other reference labs.  Does CCMEO toxicology lab
7 ever serve as a reference lab for others?
8    A   I don't think we are considered a
9 reference lab, but as I did say before, there have
10 been occasions where another local county has sent
11 us a few specimen to see if we can find a particular
12 drug that they're interested in.
13    Q   In those instances, what was the
14 particular drug?
15    A   Um, I remember specifically carfentanil.
16 I don't know, there may have been other Fentanyl
17 analogues that they were interested in.
18    Q   When was that?
19    A   Um, I think maybe last year.  I don't
20 actually even know if we ended up accepting all of
21 them.  We may have turned them away.  I know that
22 there was a request and then I think there was talk
23 that this is going to be way too much work for us
24 because they were going to have a lot of cases.  So
25 I don't know if we did do the testing on any of

1 them, but I know that they had called us to see if
2 we would.
3    Q   Do you remember which county it was?
4    A   I do not.  It was either Stark or Summit,
5 I'm not sure which one.
6    Q   Do you agree that prescription opioids
7 should be available to residents of Cuyahoga County
8 who have a general medical need and have a
9 prescription from a license physician?
10        MR. GALLUCCI:  Object to form, foundation,
11 beyond the scope of the deposition.
12    A   Yes.
13    Q   (Ms. Ranjan) During your studies, or at
14 any other time in your career, have you ever had the
15 occasion to examine the abuse potential for opioids?
16 Strike that, let me rephrase that question.
17        Have you ever studied or become aware
18 of the potential for abuse to be addictive?
19    A   Yes, I'm aware of that.
20    Q   How did you become aware of that?
21    A   My mom told me that prior to ever working
22 in forensics.  I don't remember if we discussed it
23 at Ohio University.  I absolutely have heard it at
24 work, you know, workshops I've attended or
25 presentations that I've attended or just discussing

29 (Pages 110 - 113)

Page 114

1 with co-workers.
2    Q    Something that you were generally aware
3 of?
4    A    Yes.
5    Q    Throughout your career?
6    A    Yes.
7    Q    And during your time in college?
8    A    Yes.
9    Q    When did you first learn that Cuyahoga
10 County had a problem with opioids?
11    A    Um, I don't think that there's a specific
12 time that I learned that, um, once I came back from
13 Baltimore and I was running the opiate assay, I just
14 saw that specifically the heroin, the number of
15 cases involving heroin was increasing and each year
16 it kept increasing.
17    Q    In your toxicology report have you ever
18 made a determination that a decedent was addicted to
19 a substance?
20    A    No, our toxicology report wouldn't
21 indicate that.
22    Q    There's no postmortem test to determine
23 whether someone was addicted, is there?
24    A    No.
25    Q    Have you ever seen opioid addiction

Page 115

1 reported as the cause of death by a death
2 certificate issued by CCMEO?
3    A    No.
4    Q    Someone can overdose on opioid whether
5 they are addicted to it or not, correct?
6    A    Yes.
7    Q    Standard operating procedures that we
8 talked about earlier, have those changed over time
9 at all?
10    A    Yes, they have.
11    Q    How so?
12    A    Um, like I said, each year we review them
13 and, um, some procedures completely change. We add
14 additional calibrator levels for the instance of
15 Fentanyl, like I was saying. The most recent assay
16 that we run, we added a lot of Fentanyl analogue
17 analytes into the assay. So they could change like
18 that, that you have added analytes, but yes, they
19 change frequently.
20    Q    But the structure for your standard
21 operating procedures, has that changed over time?
22 In other words, you described three sort of sets of
23 standard operating procedures assays, quality
24 assurance and accessioning. Am I pronouncing that
25 term correctly by the way?

Page 116

1    A    Accessioning.
2    Q    Accessioning?
3    A    That's how I pronounce it.
4    Q    I don't know. So for those three sets of
5 standard operating procedures, has it all been the
6 case that those have been the set of operating
7 procedures?
8    A    Yes.
9    Q    Since you have been working at CCMEO?
10    A    Yes.
11    Q    It is the content of those standard
12 operating procedures has changed over time?
13    A    Yes.
14    Q    And specifically the content of the assay,
15 SOP, the one that has changed most frequently?
16    A    I believe the accessioning one has changed
17 also. Because I think in the accessioning one is
18 where they discussed how long we retain samples for.
19 And at some point, it might have been when Dr. Wyman
20 was here, I don't remember the timing, but we used
21 to keep the samples longer. So, yes, changes like
22 that would be reflected in the SOP.
23    Q    Do you get historical versions of the SOPs
24 somewhere?
25    A    Yes, we do.

Page 117

1        MS. RANJAN: Do you know if those have
2 been produced, counsel?
3        MR. GALLUCCI: I don't know that.
4        MS. RANJAN: Okay.
5            (Deposition Exhibit Number 3
6            marked for identification.)
7    Q    (Ms. Ranjan) I'm going to show you what's
8 been marked Exhibit 3 for the record. The first
9 page is an email from you to an email address E-X,
10 but the email is addressed to Dr. Gilson. So I'm
11 assuming the email was sent to Dr. Gilson?
12    A    Yes.
13    Q    The date September 27th, 2012. Subject is
14 heroin presentation?
15    A    Uh-huh.
16    Q    And the email reads, hi, Dr. Gilson, here
17 some background sites I came up for you. Hopefully
18 you will be able to use some of this. Let me know
19 if there is anything more you need me to do or help
20 with, Claire.
21        It appears you attached a
22 presentation or some slides that you prepared for
23 Dr. Gilson?
24    A    Uh-huh.
25    Q    I'm sorry, is that a yes?

30 (Pages 114 - 117)

Page 118

1    A    Sorry, yes.
2    Q    You have been doing a great job by the way
3  in terms of not talking over each other and
4  answering orally, great job.
5    A    Thank you.
6    Q    So these appear to be a set of slides that
7  relate to some background information on heroin; is
8  that right?
9    A    Yes.
10    Q    Do you recall why you prepared these
11  slides for Dr. Gilson?
12    A    He must have been giving a presentation
13  somewhere and asked me to put them together.  I do
14  not recall what he was giving presentation for.
15    Q    Okay.
16    A    Or who he was speaking to.
17    Q    So let's skip over the first few pages on
18  backgrounds.  I want to cover the slide that is
19  labeled heroin chemistry pharmacology?
20    A    Uh-huh.
21    Q    The last bullet point describes that
22  heroin has a half-life of only few minutes?
23    A    Yes.
24    Q    That's accurate?
25    A    Yes.

Page 119

1    Q    And then on the next page the first bullet
2  reads, heroin is a rapidly deacetylated; is that
3  correct?
4    A    Yeah, yes.
5    Q    Why don't you read it for us.  Can you
6  read the first three bullet points for us?
7    A    Okay.  Heroin is rapidly deacetylated in
8  the blood to 6-monoacetylmorphine.  And we call that
9  6-AM or 6-MAM, that's the abbreviation for that.
10  6-AM has a half-life of 36 minutes and four times
11  more potent than morphine.  6-AM is further
12  hydrolyzed to morphine, most likely in the liver.
13    Q    So this describes that some of the
14  challenges that you might have in identifying when
15  heroin is present in a sample; is that right?
16    A    Yes.
17    Q    If you turn, skip the next page on
18  pharmacology, we are going to go to the slide that
19  is CCMEO toxicology.  Can you read the second bullet
20  point for us?
21    A    Instead, codeine, morphine and 6-AM are
22  the analytes most commonly detected when testing
23  biological fluids obtained from a heroin user.
24    Q    And last slide?
25    A    6-AM is the conclusive evidence of heroin

Page 120

1  usage. It's not a metabolite of codeine or
2  morphine.
3    Q    So, in other words, when you are testing
4  samples in a suspected heroin overdose case, you
5  would be looking for these three substances in the
6  samples, correct, codeine, morphine and 6-AM?
7    A    Yes.
8    Q    And it is that 6-AM that tells you that it
9  was actually heroin and not codeine or morphine that
10  the person ingested?
11    A    Yes.
12    Q    Which sample are you testing for the 6-AM,
13  where is sample drawn from?
14    A    We will test the femoral blood or the
15  heart blood.  And have mixed results on whether or
16  not we will see the 6-acetylmorphine.  The urine and
17  vitreous humor are where we more likely are to find
18  the acetylmorphine.
19    Q    And the timing of that test is important,
20  right?
21    A    Yes.
22    Q    Because exactly what we read on one of the
23  previous slides that 6-AM has a very small
24  half-life?
25    A    Yes, has a very short half-life.

Page 121

1    Q    In other words, it would be metabolized by
2  the body fairly quickly?
3    A    Yes.
4    Q    So if you turn to the next slide.  I think
5  some of those limitations are discussed.  It says,
6  6-AM can be difficult to extract from postmortem
7  samples?
8    A    I'm sorry, where are you?
9    Q    I'm sorry, I'm on the one that says CCMEO
10  toxicology, under the legal limitations.
11    A    Okay.
12    Q    It says, 6-AM can be difficult to extract
13  from postmortem samples; is that right?
14    A    Yes.
15    Q    And the next bullet point says, hospital
16  treatment may allow for patient to metabolize all
17  the 6-AM to morphine prior to death?
18    A    Yes.
19    Q    Last bullet point says, inconsistent
20  rulings on cause of death, opiate versus heroin.
21        Can you explain what you mean by that
22  slide?
23    A    Back when I made this, if there wasn't
24  6-AM detected in the toxicology department, some of
25  the doctors were hesitant to rule the death a heroin

31 (Pages 118 - 121)

Page 122

1  overdose.  So they would say a more general opiate
2  overdose.
3        I believe that they have become more
4  consistent with how they rule amongst all of the
5  pathologists and I think based off of histories, and
6  the information that we give them from toxicology,
7  they will more frequently say heroin as opposed to
8  generic opiate term.
9     Q    So what you are describing is that the
10  pathologists now if you find 6-AM in the samples
11  will try to, will try to as a general matter label
12  those deaths a heroin overdose?
13     A   I think that, so back then if there was
14  6-AM, they would rule it heroin.  If there was not
15  6-AM, then they might just say opiate overdose.  And
16  I think now that they are more frequently saying
17  heroin based off of the extensive investigation
18  reports we get.
19        So if the person is a known heroin
20  user and the toxicology detects codeine and
21  morphine, they might be more like to rule that
22  heroin, as opposed to using a more vague term of
23  just opiate overdose.
24     Q    Got it.  In those instances where you
25  suspect that it was a heroin overdose and you find

Page 123

1  codeine and morphine in the blood, now the
2  pathologist will probably rule that a heroin death?
3     A   I believe so, that's what I've seen on the
4  reports.
5     Q    But in the past there were instances where
6  you found codeine and morphine in the blood and the
7  person was a known heroin user, but those were ruled
8  just general opiate deaths?
9     A   I don't know if they were known heroin
10  users because we didn't have extensive investigation
11  reports prior, you know, previously.
12     Q    Okay.
13     A   So, yeah, from my end, I don't know if
14  they were.
15     Q    So there were those suspected heroin
16  overdose deaths where you did not detect 6-AMs in
17  the samples and those were ruled opiate deaths?
18     A   Yes, I don't know.  I believe it was just
19  some of the pathologists were doing that, some might
20  have still called it a heroin overdose.
21     Q    And then in the last bullet point of the
22  slide it says, these limitations have caused the
23  actual numbers of heroin deaths in Cuyahoga County
24  to be under reported; is that right?
25     A   Yes.

Page 124

1        MS. RANJAN:  I think now would be a good
2  time to stop for lunch if that works for everyone.
3        THE VIDEOGRAPHER:  Off the record 12:04.
4        (Recess)
5        THE VIDEOGRAPHER:  We're on the record
6  12:48.
7     Q    (Ms. Ranjan) Miss Kaspar, we just took a
8  lunch break.  We are going to continue your
9  testimony.  Now you understand that you are still
10  under oath, right?
11     A   Yes.
12     Q    Um, this morning during your testimony you
13  talked about two different types of screening tests
14  that you use for opioid screening, I believe.  One
15  of them you called comprehensive, the other one you
16  called basic.
17        Do you recall that testimony?
18     A   Um, yes.  They're not screening
19  techniques, that's just what the pathologist can
20  choose from to order.
21     Q    I see.  So the pathologist can order
22  comprehensive screening or basic screening?
23     A   Yes, and then there's additional add ons
24  that they can add on to those too individually.
25     Q    Are those orders specific to overdose

Page 125

1  deaths or are those general categories that cover
2  other things as well?
3     A   Um, it is completely up to the
4  pathologist.  There is nothing dictates what has to
5  get a basic tox versus a comprehensive.
6     Q    I guess what I'm asking would be a
7  toxicologist order a comprehensive or basic
8  toxicology screening and say you mention fire cases
9  earlier, a fire case?
10     A   So the toxicologist don't order it, it is
11  the pathologist who orders the testing.
12     Q    I'm sorry, I misspoke, yes.  Would the
13  pathologist order a comprehensive or a basic
14  screening in a case other than an overdose case?
15     A   Yes, they may.
16     Q    What is included in the comprehensive
17  screening?
18     A   The comprehensive we will do a volatile
19  analysis, we will do the ELISA, we will do, um, a
20  basic screen.  So typically in the urine if we are
21  provided urine in that case, um, if we are not
22  provided urine, then the blood base will be
23  performed.
24        Um, a urine glucose keytone test will
25  be performed if we are provided with urine.  We also

32 (Pages 122 - 125)

1 add testing for acetaminophen and salicylate, but
2 those have been canceled off of cases unless it is
3 someone who is under 18, or if they have on their
4 medication list that something they're taking
5 contains one of those two drugs.
6      Um, so I said a volatile, a base, the
7 ELISA, and then the glucose keytone and, um, the
8 acetaminophen and salicylate. That's what we
9 included with the comprehensive.
10    Q    What does the volatile test screen for?
11    A    That is looking for volatile compounds.
12 So that typically would be ethanol, methanol,
13 acetone and isopropanol. As well as any type of
14 inhalant that somebody may have come in contact
15 with.
16    Q    What about ELISA screen, what does that
17 test?
18    A    ELISA is that 15 panel screen. Would you
19 like me to list all 15?
20    Q    Sure.
21    A    I will try to.
22    Q    It is not a memory test either. You can
23 just tell me. I assume, I think you said earlier on
24 the back of the toxicology reports there is a full
25 list of what is available?

1    A    Yes.
2    Q    Are the 15 substances listed there on the
3 back of that toxicology report?
4    A    They are, yes.
5    Q    We can refer back to that, but just
6 generally speaking tell me what the test looks for?
7    A    We are looking for illicit drugs, cocaine,
8 methamphetamine, amphetamine, marijuana, PCP, we
9 have plates for groups of drugs, so tricyclic
10 antidepressants. Opiates, Fentanyl, we have a plate
11 specific to Oxycodone and Oxymorphone. Um, we have
12 Zolpidem, Buprenorphine, Methadone. I think that's
13 covering most of that.
14    Q    Okay. Those would all be included if the
15 pathologist orders the comprehensive screening?
16    A    All the ELISA plates.
17    Q    All the ELISA plates would be included if
18 the pathologist orders comprehensive toxicology
19 testing?
20    A    Yes, if they order basic that also they
21 would get the ELISA screen.
22    Q    Okay. And then you have said the
23 comprehensive also includes a basic urine screen, is
24 that what you said? What was the third category
25 that you said was in the comprehensive?

1    A    So it will receive some sort of basic
2 testing and basic I'm referring to PH.
3    Q    Oh, acidic versus basic?
4    A    So if we have a urine, that's where we
5 would start. We add the base screen or the basic
6 screen on the urine. If we don't have a urine
7 provided to us for autopsy or from receiving, then
8 it will just get a blood base is what we call.
9    Q    What kind of substances are you looking
10 for there?
11    A    That is a full scan assay. So you're not
12 targeting anything. We can find a wide variety of
13 drugs and you don't have to know what you are
14 looking for and you get matches. So that you will
15 see peaks that correspond to drug analytes. So we
16 have built in library search matches. So if you
17 click on those peaks, it will give you a percentage
18 match to known drugs that are in the library.
19    Q    Okay. And the acetaminophen, I probably
20 horribly mispronounced, what was the acetaminophen
21 test?
22    A    The acetaminophen and salicylate test,
23 those are color tests.
24    Q    You said you only use those for minors now
25 or if there is a medication listed that indicates a

1 need to do so?
2    A    Yes.
3    Q    Why are you only running those on minors?
4    A    Just to cut down the amount of testing
5 that we were doing and we weren't getting a good
6 return for performing all of that testing. Mostly
7 they were coming back negative or the positives that
8 we generate, we don't have a confirmation for the
9 acetaminophen or the salicylate in-house. So we
10 have to send those out to get the quantitation on
11 them.
12      So only when they feel like that's
13 the actual cause of death would they, or
14 contributing to the cause of death would they have
15 us send that out. And I believe that there are, um,
16 things that they can see at autopsy that would lead
17 them to believe that acetaminophen, definitely
18 acetaminophen, I'm not sure about salicylate, that
19 they were involved frequently also on scene. There
20 may be an empty bottle and then that would indicate
21 we need to test for that further.
22      Um, with children I believe the
23 thought was let's be as comprehensive as we can with
24 them.
25    Q    So there's the volatile, the ELISA, the

33 (Pages 126 - 129)

Page 130

1 basic urine screen, the urine glucose, the
2 acetaminophen test and was there one other one?
3     A    Um, the a acetaminophen and the
4 salicylate.
5     Q    Okay.  And that's everything that is
6 included in the comprehensive screening?
7     A    Yes.
8     Q    And then you said that there was a period
9 of time where you were only using, you were only
10 screening for 13 substances with the ELISA and that
11 changed to 15.  What were the two substances that
12 were added?
13     A    We added Zolpidem and we added
14 Buprenorphine.
15     Q    When did that happen?
16     A    Maybe around 2015-ish I would say.
17     Q    During your time at CCMEO, has there been
18 any other change to the comprehensive screening,
19 what's included in the comprehensive screening?
20     A    Yes.  We used to include the acidic
21 neutral test also, but we felt that with our ELISA,
22 sorry, I forgot to mention these two.  There's a
23 plate for barbiturates and there's a plate for
24 carisoprodol, which are many of the, which would
25 encompass many of the analytes that we would see in

Page 131

1 our acidic neutral assay.
2     Q    Those are in ELISA screen?
3     A    They would be either on the barbiturate
4 plate or the carisoprodol plate.
5          So the acidity neutral test has
6 become an assay that the pathologist would have to
7 specifically order or if we see a person has a
8 history of seizures, we have been adding the acidic
9 neutral test.
10     Q    When did that change happen?
11     A    Maybe 2017.
12     Q    Any other changes that have been made to
13 the comprehensive screening test in your time at
14 CCMEO?
15     A    Not that I can remember.
16     Q    And then let's talk about the basic
17 screening test, what's included there?
18     A    Just the ELISA.
19     Q    Okay.  Other than the changes to the ELISA
20 over time that we have already discussed, have there
21 been any other changes to the basic screening test
22 in your time at CCMU?
23     A    No.
24     Q    Okay.  When we talked about the heroin
25 slides earlier, you mentioned, that was Exhibit 3,

Page 132

1 you mentioned that there was a standardization
2 effort that began among the pathologists when they
3 were ruling a suspected heroin overdose.
4          Do you recall that testimony?
5     A    Yes.
6     Q    Do you know when that change, or that
7 standardization effort occurred?
8     A    I do not know.
9     Q    Was it recent?
10     A    Um, I really don't know and I don't know
11 if anything, I guess that was just an assumption I
12 made because I have seen them ruling more
13 specifically over probably since 2015-ish.
14          So I don't know specifically that a
15 conversation was had, it just appears that there was
16 a conversation.
17     Q    I see.  You're not aware that they
18 actually had that conversation and made a decision
19 to change their policy?
20     A    No.
21     Q    Okay.  And so then I assume you are also
22 not aware of any documentation of any kind of policy
23 change in that regard?
24     A    No, I'm not.
25     Q    Is there a way for us to look back at the

Page 133

1 deaths, the overdose deaths that were ruled general
2 opiate overdose deaths that you had mentioned
3 earlier to determine whether heroin was, in fact,
4 the cause of death in those cases?
5     A    Can you rephrase that?
6     Q    Sure.  You testified about a number of
7 cases where they were suspected heroin overdose, but
8 6-AM was not able to be confirmed.  And I believe
9 your testimony was that some of those were ruled
10 opiate deaths, right?
11     A    Yes.
12     Q    And for those cases with the cause of
13 death on the death certificate say opiate overdose?
14     A    Um, I believe I have seen it specifically
15 say opiate overdose and it did not specify which
16 opiate.
17     Q    Do you know if there were also cases that
18 were ruled codeine overdose or morphine overdose
19 that were actually suspected heroin overdose?
20     A    There may have been.
21     Q    So is there a way for us to retroactively
22 go back and determine which ones were the suspected
23 heroin overdoses?
24     A    Our office does have a statistics program.
25 Not in toxicology and I've not used it, but we do

34 (Pages 130 - 133)

Page 134

1 have a woman who can run statistics and I believe
2 you could do a code word search for opiate to appear
3 in the cause of death.
4        So then you could probably find cases
5 that have the word opiate in the cause of death and
6 find cases like that.
7    Q   Or where they had codeine or morphine in
8 the cause of death?
9    A   Yes, right, you could search for any of
10 those terms and find what cases used those terms in
11 the cause of death.
12    Q   And then from there, if we wanted to
13 narrow that down to only list set of cases that were
14 suspected heroin overdoses, is there some way that
15 we can do that?
16    A   The toxicology reports would be helpful
17 with that.  There are codeine to morphine ratios
18 reported in journals that show what typically you
19 are going to see in a heroin overdose with a codeine
20 to morphine ratio just as a general.  I don't know
21 what the exact number or what the typical ratio is,
22 but you normally will see higher morphine level
23 compared to the codeine.
24        So you could look at the toxicology
25 report and if there's a large codeine that wouldn't

Page 135

1 be expected, just a large codeine on its own that's
2 not going to be expected to be heroin related.  Just
3 a large morphine on its own would not be expected to
4 be heroin related.  So you could rule some out like
5 that.
6    Q   Why is that?
7    A   Um --
8    Q   Why is it that just a large codeine or
9 large morphine on its own would not be suspected to
10 be heroin related?
11    A   So codeine is not a metabolite of heroin,
12 it just shows up as an impurity.  So if you have a
13 really large codeine, you would expect that there
14 would be a lot of heroin, which we don't look for
15 heroin, but you would expect then to see a large
16 morphine with it.  As well as probably 6-AM if it is
17 that large that you are seeing a large enough
18 codeine that the doctor felt like that caused the
19 death.
20    Q   Got it.
21    A   For the morphine, that would be the same.
22 Morphine is a metabolite of heroin, but if you have
23 such a large amount that they are going to say that
24 that was lethal, I would suspect I would see some
25 codeine and most likely some 6-acetylmorphine.

Page 136

1    Q   There's not a column in your Pathways
2 database that would allow us to filter, these were
3 all suspected heroin overdoses, right?
4    A   In Pathways, no.
5    Q   Or in any other databases?
6    A   Um, I don't know how their statistic
7 program works.  I know that they have done searches
8 on cause of death, that's why I know that they can
9 do that, but I'm not certain what other type of
10 searches they can do in it.
11    Q   Uh-huh.  In other words, in order to
12 determine from the cases, if we were to create the
13 list of cases you suggested, where we search on
14 cause of death is opiate or cause of death includes
15 the word codeine or morphine, if we were to have
16 that set.  In order to determine whether it was,
17 whether heroin was suspected in the overdose, we
18 would need to do an individual review of each case
19 file, is that what you are saying?
20    A   Yes.
21    Q   Okay.  I'd like to talk about some of your
22 time when you came back to CCMEO around 2010.
23 Around that time at CCMEO, there was a dramatic
24 increase in heroin related deaths, right?
25    A   That's when I started noticing that the

Page 137

1 heroin deaths were increasing.
2    Q   In fact in your words the increase in
3 heroin deaths started between 2006 and 2011 was
4 dramatic?
5    A   I felt that the increase from 2006 to 2011
6 was dramatic.
7    Q   It was alarming?
8    A   Yes.
9    Q   When you discovered that dramatic and
10 alarming increase in heroin deaths, did you do
11 anything about it?
12    A   Um, I talked to Eric Lavins and told him
13 that, what I was noticing.  And then we, um, ran the
14 statistical analysis in Pathways to search for
15 6-acetylmorphine to see how many cases we had put
16 that result for.  And that gave us an idea of how
17 many cases we had for, I don't know what year I had
18 told him about this.  And so then we did notice that
19 they had increased.
20    Q   Did you do anything else in responding to
21 this trend?
22    A   Um, I must have told Dr. Gilson about it.
23 And then an intern and I put together some data.  So
24 we ran that statistical analysis on all of those
25 years on 2006, 2007, 2008, 2009, 2010, and I guess

35 (Pages 134 - 137)

Page 138

1 2011.
2          And we just, we found the number of
3 cases that we had reported 6-acetylmorphine for all
4 of those different years and we ended up putting
5 together a poster presentation with that information
6 and also we gave a PowerPoint presentation to the,
7 it was chief of police meeting in our office.  And
8 then we also presented that information to OFTA, the
9 Ohio Forensic Toxicologist Association.
10         So I think that that PowerPoint for
11 the police chiefs and OFTA was the same information.
12 And then later on we made the poster presentation
13 using a lot of the same information.
14    Q   Do you know if the CCMEO office undertook
15 any efforts to inform the general public about this
16 trend?
17    A   Yeah, there were press releases frequently
18 about the increase in heroin.  Specifically, I
19 remember when we would have a lot of death cases
20 that appear to be overdoses based off of the scene
21 investigation.  Dr. Gilson would have us rush those
22 cases and do the ELISA and the confirmation so that
23 we could definitively say that they were overdoses
24 and release that information to the public.  Trying
25 to inform people that maybe there was a particularly

Page 139

1 batch of heroin out on the streets or something
2 along those lines.
3    Q   Did you ever participate in putting
4 together those press releases?
5    A   No, other than providing the data from our
6 analysis.
7    Q   Did you ever review them before they went
8 out?
9    A   No.
10    Q   Did you ever review them after they went
11 out?
12    A   I mean, I think I saw them maybe on the
13 news or something like that, but no one specifically
14 asked me to review them.
15         (Deposition Exhibit Number 4
16           marked for identification.)
17    Q   (Ms. Ranjan) Okay.  I just handed you
18 what's been marked as Exhibit 4.  The cover email is
19 an email from Thomas Gilson, the medical examiner,
20 to a Matt and Joe, who are not identified in this
21 document the way it was produced.  And the subject
22 is heroin presentation.  I will give you a moment to
23 review it, but in the body he references some
24 attached slides.
25         He says, I am attaching slides from a

Page 140

1    Q   talk on rising heroin overdose death, sorry, rising
2 heroin deaths in Cuyahoga County that a toxicology
3 staffer, Claire Naso and intern, Rindi Norris,
4 presented at the police chiefs meeting last week.  I
5 think it succinctly summarizes the public health
6 disaster this has become and the graphs are
7 especially brilliant.
8         Did I read that correctly?
9    A   Yes.
10    Q   Is this the attached presentation, is this
11 the presentation that you gave to the police chiefs
12 that you referred to earlier?
13    A   Yes.
14    Q   And do you agree with Dr. Gilson's
15 characterization that the incidents of heroin around
16 this time were a public health disaster?
17    MR. GALLUCCI:  Objection, beyond the
18 scope.
19    A   Um, I don't know what makes a public
20 health disaster, but they were certainly increasing
21 in number.
22    Q   (Ms. Ranjan) They were increasing enough
23 that you undertook to inform your supervisors about
24 your concerns, correct?
25    A   Yes.

Page 141

1    Q   And they were increasing enough that you
2 say Cuyahoga County issued press releases about it,
3 correct?
4    A   Sorry, say that again?
5    Q   The instances of heroin deaths were
6 increasing significantly enough that the CCMEO
7 released press releases about it, correct?
8    A   Yes.
9    Q   And if we could just take a look at first
10 of all the title page, Alarming Incidents of Heroin
11 Deaths in Cuyahoga County.  You are listed here,
12 along with Rindi Norris, who is the intern, right?
13    A   Yes.
14    Q   Turning the page background information.
15 The purpose of this slide, I assume, is to capture
16 some of what we discussed earlier about the
17 difficulty in sometimes identifying heroin in your
18 samples; is that correct?
19    A   Yes.
20    Q   Flipping the page to methods.  It says
21 data from 2006 to 2011 was analyzed using a
22 statistical package which is part of the tox lab's
23 Pathways program.  Does that describe the process
24 that you and the intern engaged in looking at the
25 statistics?

36 (Pages 138 - 141)

Page 142

1    A   Yes.
2    Q   It says, the search for 6-AM was performed
3 and any cases positive for 6-AM were pulled for this
4 study.
5          Is that accurate?
6    A   Yes.
7    Q   And the next bullet says, this data is
8 most likely underreporting the actual number of
9 heroin overdoses.
10         Is that accurate?
11   A   Oh, yes.
12   Q   And that's because as we discussed
13 earlier, sometimes that 6-AM will be difficult to
14 identify even when there is a heroin overdose,
15 correct?
16   A   Yes.
17   Q   The next bullet says, hospital stays,
18 opiate versus heroin related COD.
19         What did you mean by that, what was
20 that meant to portray?
21   A   So the hospital stays that will, if
22 somebody were to overdose, but they're transferred
23 to the hospital, they will continue to metabolize
24 the drug out of their system.  So we may or may not
25 receive hospital specimen from that decedent.  If

Page 143

1 all we have is postmortem blood and they were in the
2 hospital for two weeks due to a heroin overdose.  We
3 are not going to be able to find any of the drug
4 left in their system that had caused the incident.
5 So that is what the hospital stay means.
6    Q   And then what does the police report does
7 not equal COD mean?
8    A   I am not sure.  It looks like I'm
9 specifically where I say Independence 2011.  There
10 must have been a specific case out of Independence
11 that I was referencing.  I believe what I mean by
12 the police report does not equal cause of death.
13         The police report could say that this
14 person, you know, the people on scene said that that
15 person had just injected heroin, but it may turn out
16 that it is actually Fentanyl.  So you wouldn't just
17 take that police report and say, okay, this is a
18 heroin death because we would do our testing and
19 find out it is not, it is a Fentanyl overdose.
20   Q   Similarly the police might say something
21 was cocaine, for instance, turns out that it might
22 actually be heroin, right?
23   A   Yes.
24   Q   And turn to the next slide.  Heroin Deaths
25 in Medical Examiner Jurisdiction Cases.  So this is

Page 144

1 a presentation of the analysis that you and Rindi
2 the intern did to come up with the heroin overdose
3 numbers?
4    A   Yes.
5    Q   And at the bottom you indicate that
6 there's been 112 percent increase since 2006 in
7 heroin overdoses?
8    A   Yes.
9    Q   And that's based on in 2006 there were 52
10 heroin overdoses and 2012, I'm sorry, 2011 there
11 were 108?
12   A   Yes, but I believe I calculated that not
13 with the raw number and instead with the heroin
14 deaths per 100,000 because this number takes into
15 account the population in all of those years.
16   Q   That makes sense.
17         Turning to the city summary towards
18 the back.
19   A   Okay.
20   Q   I think this is sort of the concluding
21 slide in the deck.  It says heroin deaths have
22 dramatically increased in Cuyahoga County over the
23 past six years?
24   A   Uh-huh.
25   Q   Is that what you concluded?

Page 145

1    A   Yes.
2    Q   And in the City of Cleveland they've
3 increased by about 77 percent; is that right?
4    A   Yes.
5    Q   While in suburbs of Cuyahoga County they
6 increased about 176 percent?
7    A   Yes.
8    Q   Okay.  You can set that aside.
9          As a result of increasing heroin
10 deaths in Cuyahoga County, the CCMEO office decided
11 to form what they cause the Poison Death Review
12 Committee; is that right?
13   A   Yes.
14   Q   You were a member of the Poison Death
15 Review Committee?
16   A   I was.
17   Q   Committee was formed around 2012; is that
18 right?
19   A   I believe that the meetings were in 2013.
20 So it may have been formed in 2012.
21   Q   Did the Poison Death Review Committee ever
22 look at deaths other than heroin?
23   A   No, we were specifically looking at heroin
24 overdoses.
25   Q   How would you describe the goals of the

37 (Pages 142 - 145)

Page 146

1 Poison Death Review Committee?
2     A   Um, the goals were to get a group of
3 people from a bunch of different agencies in
4 Cuyahoga County who may all have interacted with
5 these decedents.  Obviously, prior to their
6 overdose.  Um, and gather information on points
7 where there may be intervention, or places where we
8 feel like maybe we could provide some education.
9         So it was identifying maybe groups of
10 people that would benefit from education on the
11 topic of addiction, specifically heroin addiction or
12 opioids with the medical examiner's office.  The
13 data that we were generating was from deaths that
14 were heroin related.
15         So, um, we would put together, there
16 was a whole questionnaire that Dr. Gilson would fill
17 out on each decedent that we discussed each month
18 and we had a lot of the information on their deaths,
19 for instance, from the investigation reports.  So we
20 could know if the person had been using drugs by
21 themselves or if there were other people present.
22         If they had been recently
23 incarcerated, if they had been in a county run
24 rehabilitation facility, if they had been involved
25 in the drug court program in Cuyahoga County.

Page 147

1         If the ADAMHS Board had any
2 interactions with this person, we looked at the
3 others reports to see if they had been prescribed
4 other controlled substances.  So we did a really
5 comprehensive review on all of the heroin deaths to
6 try to find intervention points.
7     Q   When you started you were looking at the
8 heroin deaths in 2012; is that correct?
9     A   I don't recall looking at the ones in
10 2012.  I'm pretty sure that in 2013, each month I
11 was given a list of the people who had died the
12 previous month and then we discussed them at the
13 meetings.
14         I think the 2012 stuff was all done
15 by Dr. Gilson, and maybe he had somebody helping
16 him.
17     Q   Okay.  So to summarize your answer to my
18 prior question about the goals, I believe you said
19 that the goals were to identify points of
20 intervention and points to provide education?
21     A   Yes.
22     Q   And it is fair to say one of the other
23 goals was to do just a comprehensive review of each
24 case.  What was the purpose, were there any other
25 purposes of that comprehensive review?

Page 148

1     A   I don't think so.  I think the purpose was
2 to see if we could help the community using our
3 information that we had on the decedent.
4     Q   But specifically you wanted to help the
5 community by identifying points for intervention and
6 points for providing education?
7     A   Yes.
8     Q   And do you recall what points for
9 intervention the committee was able to identify?
10     A   Um, so Dr. Gilson wrote up a letter and
11 inmates leaving the county jail were provided with
12 that letter, I think regardless of if they were
13 known to be addicts or not.  It was educating them
14 on tolerance and warning them of the dangers of
15 going back to using drugs after they've been
16 incarcerated so their tolerance would be down.
17         I'm not sure if those letters also
18 went out to people leaving the rehab facilities, I'm
19 not sure about that, but I know the jail for sure.
20         I know that they wanted to get
21 Naloxone into more people's hands and I believe that
22 also did occur.
23         Project DAWN originally was only
24 dispensing Naloxone to known addicts.  They would
25 have to come and sign up and they could get the

Page 149

1 Naloxone prescribed to themselves.  I believe it
2 expanded to family members could come to the free
3 clinic and they could get a Naloxone kit.
4         I think right now anybody in the
5 community can go to the free clinic and get a
6 Naloxone kit.  I also know that a lot more first
7 responders are carrying Naloxone kits.
8     Q   Okay.  So other than educating individuals
9 who are coming out of the county jails and maybe
10 individuals who are in rehab facilities with this
11 Dr. Gilson letter and then expanding Project DAWN to
12 put Naloxone in more hands, including in the hands
13 of emergency responders, were there any other points
14 of intervention that the committee identified?
15     A   I don't remember specifically.  I'm sure
16 Dr. Gilson would know all of the points that were
17 addressed.
18     Q   You participated in most of the meetings,
19 right?
20     A   Yes.
21     Q   And those are the two that you remember?
22     A   Yes.
23     Q   And what about points for providing
24 education.  What do you recall about what the
25 committee determined there?

38 (Pages 146 - 149)

1    A   Um, I think that that goes along with
2  those letters that went out to the people leaving
3  jail because of educating them on tolerance.
4         And I'm not positive, I've never sat
5  in on like final meetings of like what was going to
6  happen from the data that was collected.  I remember
7  talks about talking with the VA Hospital because it
8  had been identified that there were a number of
9  veterans that were, that appeared to be addicted and
10  had died of heroin overdoses.  So that might be a
11  point where they were going to give some education.
12    Q   So the committee identified these points
13  for intervention and points for education and then
14  at some point there was a final meeting to determine
15  which suggestions would actually be adopted, is that
16  what you were saying?
17    A   Yeah, or what to act on based on what was
18  determined from all of those meetings.
19    Q   And you weren't at that meeting?
20    A   I was not.
21    Q   But you were at the majority of the
22  meetings prior to that?
23    A   Yes.
24    Q   Do you recall any other points that were
25  identified for providing education other than VA

1  Hospitals?
2    A   No, I don't.
3         (Deposition Exhibit Number 5
4              marked for identification.)
5    Q   (Ms. Ranjan) I'm handing you what has
6  been marked as Exhibit 5.  This is an email from
7  Thomas Gilson to you and several other individuals
8  regarding the Poison Death Review Committee.
9         Based on my review I believe that
10  this is the first email, one of the first emails
11  that was sent out to the committee members sort of
12  kicking off the committee, is that a fair
13  characterization?  You can take your time to review
14  it if you need to.
15    A   Yes, I think that's a good description.
16    Q   If you look at the attachments, looks like
17  there's a case review form, it mentions several of
18  the points of information that you discussed in a
19  previous answer.  Things like previous medical
20  treatment, previous detoxification, rehabilitation,
21  previous arrest, previous law enforcement contact.
22  Is this the form that the committee used when they
23  were reviewing the cases?
24    A   So I believe that Dr. Gilson would sit
25  there with this form and fill it in as we discussed

1  the individual.
2    Q   So Dr. Gilson was the person who actually
3  filled out the form?
4    A   Yes.
5    Q   But this form reflects the type of
6  information that the committee was attempting to
7  collect on each case?
8    A   Yes.
9    Q   And then if you turn the page.  There is
10  what appears to be an agenda for the first meeting,
11  is that what this is?
12    A   Yes.
13    Q   As you said, the first meeting was in
14  February 2013?
15    A   Yes.
16    Q   And the members are listed here.  I would
17  just like to go through them briefly.
18         So obviously you and Dr. Gilson were
19  members, who is Erin Worrell?
20    A   She is an investigator in our office.
21    Q   Does she still work at your office?
22    A   She does.
23    Q   And who is Vince Caraffi?
24    A   He worked for the Cuyahoga Board of
25  Health. I don't know what position he held there.

1    Q   What about Kevin Sur?
2    A   I do not know Kevin Sur.
3    Q   You don't remember him?
4    A   No.
5    Q   Do you know what EMA is?
6    A   I don't.
7    Q   What about Chief Joe Zemek?
8    A   No, I don't remember him either.  It says
9  he's the fire chief of the City of Brooklyn.
10    Q   You don't remember him participating in
11  the meetings?
12    A   Um, no, I specifically don't remember him.
13  He may have been there, but I just don't remember
14  him.
15    Q   How about Rose Allen?
16    A   Yes, I remember her.
17    Q   She's with the Northern Ohio Academy
18  Pharmacy?
19    A   Yes.
20    Q   You remember Frank Bova?
21    A   I don't remember if he was ever at any of
22  these.
23    Q   What about Tim Ol --
24    A   Oleksiak.
25    Q   O-L-E-K-S-I-A-K.

39 (Pages 150 - 153)

Page 154

1     A    I don't know.  I think that at every
2  meeting there typically was a representative from
3  the sheriff's office, which is what the CCSO is.  I
4  don't know if it was this Tim person though, it
5  might have been different people.
6     Q    So different people who came each time to
7  represent the sheriff's office?
8     A    Yes.
9     Q    What about Danny Williams?
10    A    No, I don't remember him either.
11    Q    How about Christine Delos-Reyes?
12    A    Yes, I remember her.
13    Q    She's with the ADA and ADAMHS Board?
14    A    Yes, she was.  She is not with them any
15  longer.
16    Q    Do you stay in touch with her?
17    A    No, I don't.
18    Q    What about Jeff Capretto?
19    A    Yes, I remember Jeff.
20    Q    What organization is he from?
21    A    Um, I believe that he was a police
22  officer.  I don't know what city he was police
23  officer for.  It was one of the west side suburbs.
24  I guess maybe it was Bay Village, but I don't
25  remember that specifically.  And I think maybe he

Page 155

1  was on the task force or something.
2     Q    Do you remember which task force?
3     A    I don't.
4     Q    Did he participate extensively?
5     A    Yeah, he was there.
6     Q    How did about the Honorable C. Ellen
7  Connally?
8     A    No, I don't remember her ever being there.
9     Q    Vince Holland?
10    A    I remember Vince.
11    Q    Was he participating extensively?
12    A    He must have been there frequently if I
13  remember him.  Oh, wait, no, sorry I remember Vince
14  Caraffi, I do not know if I remember Vince Holland.
15    Q    How about Luis Vasquez?
16    A    No, off the top of my head I don't
17  remember who that is.
18    Q    Do you know what the office of reentry is?
19    A    I do not.
20    Q    How about the Honorable David T. Matia?
21    A    Yes, Judge Matia was there just about
22  every meeting.
23    Q    And he must have been participating as
24  well?
25    A    Yes.

Page 156

1     Q    He runs the drug court in Cuyahoga County?
2     A    He does, yeah.
3     Q    Do you recall anyone else participating
4  frequently in the Poison Death Review Committee
5  who's not listed here?
6     A    No.
7     Q    Do you recall anyone else participating at
8  all who's not listed here?
9     A    No, I don't think so.
10    Q    Okay.  Then on the next page, it looks
11  like when Dr. Gilson sent this email out, he
12  attached some statistics to the back and these
13  appear to be statistics on drug overdose deaths over
14  the years.
15         Do you see that?
16    A    I do.
17    Q    Is this information that you reviewed in
18  connection with your work on the Poison Death and
19  Review Committee?
20    A    Not specifically.  He sent this, so I most
21  likely saw this document, but this was not generated
22  through that Poison Death Review Committee.  These
23  are probably just statistics from the office in
24  general.
25    Q    You think they're from the CCMEO?

Page 157

1     A    Yes.
2     Q    Overdose death statistics?
3     A    Yes.
4     Q    And these reflect that trend that you
5  noted earlier in a dramatic rise in overdose deaths?
6     A    Yes, on this page you can see the numbers.
7  They have the raw numbers of cases, of heroin deaths
8  and they do increase.
9     Q    So, for instance, we will skip 2012 since
10  it looks like those figures were projected, but in
11  2011 it looks like the office had 296 drug overdose
12  deaths?
13    A    That's total, yes, that's all drugs.  So
14  that could have been prescription or illicit,
15  everything.
16    Q    And of those 296, it looks like 107 were
17  heroin related?
18    A    Yes.
19    Q    And 94 were cocaine related?
20    A    Yes.
21    Q    And 34 were Oxycodone related?
22    A    Yes.
23    Q    Do you know why Oxycodone specifically was
24  included on these charts?
25    A    Um, I mean I can't be certain, but I know

40 (Pages 154 - 157)

Page 158

1 that, um, people were concerned about prescription
2 opioids being a problem, a problem to the general
3 public.  So it may have been on there to show that
4 the numbers are much lower than the heroin.
5    Q    They're much lower than the cocaine also,
6 right?
7    A    Yes.
8    Q    You can set that one aside.
9        (Deposition Exhibit Number 6
10        marked for identification.)
11    Q    (Ms. Ranjan) I'm showing you what's been
12 marked as Exhibit 6 to your deposition.  This
13 appears to be meeting minutes from the
14 February 26th, 2013 meeting, is that accurate?
15    A    Yes.
16    Q    First of all, were meeting minutes
17 circulated after each of the meetings?
18    A    I believe that they were.  They were
19 maybe, I don't remember how they were circulated,
20 possibly the next meeting when we came in we might
21 have gotten the meeting minutes from the prior
22 meeting.
23    Q    Okay.  I'd like to look at the last
24 paragraph on the first page.  It says, interim
25 report of 2012 cases January through October it says

Page 159

1 see attached.
2    A    I'm sorry, where are you?
3    Q    I'm on the last paragraph of the first
4 page.
5    A    Okay.
6    Q    Do you have any idea where this
7 information came from, these statistics?
8    A    Okay.  What was the question?
9    Q    Where this information came from?
10    A    Um --
11    Q    Or who compiled it?
12    A    Who generated the information.  I do not
13 know who put together these statistics.
14    Q    Is this information that would have been
15 available in the medical examiner's office?
16    A    Um, to the general public you mean?
17    Q    Just in general.  For instance, looks like
18 there are some stats on Naloxone administration,
19 previous arrest and incarceration.  It appears to me
20 this data was compiled from a number of sources?
21    A    So what it looks like to me that they went
22 over the cases that had been ruled on for 2012 at
23 that point.  So that's why it is January through
24 October.  And so that's where that 132 comes from.
25 They must have come up with 132 cases, and I am

Page 160

1 going to make the assumption that they are talking
2 about heroin overdoses.  And somebody must have gone
3 through those 132 cases probably using something
4 similar to the checklist that we used at the Poison
5 Death Review Committee meetings and filled them out
6 for those 132 cases from 2012 and then generated
7 these statistics from that.
8    Q    Is this the kind of information that you
9 reviewed at the committee meetings?
10    A    Yes.
11    Q    So it looked like in 2012 there was
12 Naloxone being administered in 19 percent of the EMS
13 responses.
14        Do you recall discussing that?
15    A    I don't recall specifically discussing
16 that, but we did discuss that was one of the check
17 boxes on that list was about Naloxone being
18 administered.
19    Q    That was one of the recommendations coming
20 out of the committee was attempt to increase the
21 availability of Naloxone, right?
22    A    Yes.
23    Q    And paraphernalia was present in
24 53 percent of the cases.
25        Do you see that?

Page 161

1    A    Yes.
2    Q    Do you know if that information was based
3 on the medical examiner files?
4    A    I believe that it was based on the
5 investigation reports generated by our office.
6    Q    And then it looks like in the 2012 cases
7 that were examined, there was known previous illicit
8 drug use in 79 percent of the cases.
9        Do you see that?
10    A    Yes.
11    Q    You can set that one aside.
12        (Deposition Exhibit Number 7
13        marked for identification.)
14    Q    (Ms. Ranjan) Okay.  I'm handing you
15 what's been marked as Exhibit 7 and this appears to
16 be the meeting minutes from the June 25th meeting of
17 the Poison Death Review Committee.
18        Do you see that?
19    A    Yes.
20    Q    And you're listed, again, as present at
21 that meeting?
22    A    Yes.
23    Q    And at the bottom of the first page,
24 again, it looks like there's some statistics about
25 some of the 2012 cases.  And these appear to be

41 (Pages 158 - 161)

Page 162

1 OARRS statistics.
2          Do you see that?
3    A  I do.
4    Q   Were you involved in creating these other
5 statistics?
6    A   I may have been.  I do not remember.  I
7 specifically remember pulling the ones for 2013
8 because I would bring those with me to the meetings.
9 I cannot remember if I'm the one who generated the
10 reports for the 2012.
11   Q   Okay.  You received OARRS access
12 approximately one month prior to this; is that
13 right?
14   A   One month prior to the --
15   Q   June 25th meeting?
16   A   Oh.
17   Q   Or sometime let's say in early to mid 2013
18 you receive OARRS access?
19   A   I don't remember when I received OARRS.
20   Q   Okay.  At some point in time you requested
21 OARRS access?
22   A   Yes.
23   Q   What was your reason for the purpose of
24 requesting OARRS access?
25   A   Um, Dr. Gilson had asked me to be the

Page 163

1 person to review those OARRS reports and to request
2 them from the OARRS database.  So you would have to
3 request them and they would grant access and then I
4 would be able to view them.
5    Q   And he asked you to get OARRS access
6 specifically so that you could take a look at the
7 OARRS files for the heroin overdose cases that your
8 office was seeing?
9    A   Yes.
10   Q   And so do I understand you that you may
11 have pulled these 2012 stats, but you're not
12 positive?
13   A   I may have, but I don't remember.
14   Q   So it says that in the 2012 cases, 102 out
15 of 160 cases, I assume that's heroin overdose cases?
16   A   Yes.
17   Q   Had an OARRS file and it says 64 percent;
18 is that right?
19   A   Yes.
20   Q   So I'll admit terrible at math, you may
21 have to correct me here, but if I'm doing my math
22 correctly, I believe that means that 36 percent of
23 the heroin overdose cases from 2012 had no OARRS
24 files?
25   A   Yes.

Page 164

1    Q   And then of the 102, actually backing up
2 just a minute, that 64 percent, that's a figure that
3 I see in a lot of the articles and press releases,
4 data briefs, that type of information, medical
5 examiner office releases.  Do you know if this
6 64 percent figure comes from this data?
7    A   Um, yes, I would assume that's where the
8 information came from.
9    Q   Okay.  And same thing for the next one,
10 which is of the 102 cases that had an OARRS file,
11 75 percent had prescriptions for opiates.
12          Do you see that?
13   A   Yes.
14   Q   So, again, just trying to do the math
15 here, I believe that means that 26 percent of the
16 heroin overdose deaths had no prescription for
17 opiates in 2012?
18   A   26 percent of the people who had an OARRS
19 report on file, did not have an opiate on their
20 OARRS report.
21   Q   Got it.  Okay.  And, again, 74 percent
22 figure, if we see that in the press releases and
23 papers and that sort of thing in regards to 2012,
24 this is the data on which that number is based?
25   A   Yes.

Page 165

1    Q   So if there were 160 cases overall, and 75
2 had prescriptions for opiates, I've got a calculator
3 in front of me, I'm doing the math.  It looks like
4 that's just slightly lower than 50 percent.
5 46.875 percent is what I'm getting for individuals,
6 for the total number of overdose cases where there
7 was no prescription for opiates, is that accurate?
8    A   Um, it is not exactly accurate because,
9 um, the doctors and the pharmacists did not have to
10 generate an OARRS.  I don't know what they would
11 call it, but if they were prescribing someone an
12 opiate, they don't have to report that they are
13 prescribing it.
14          So this is from the doctors who
15 self-reported that they did prescribe people.  So
16 people may have had prescriptions for opioids, but
17 there just was not an OARRS report for that
18 individual.
19   Q   Do doctors make OARRS reports or do
20 pharmacists make OARRS reports?
21   A   From what I recall --
22   Q   Or both?
23   A   -- both were able to report into that
24 system.
25   Q   So what you are telling me is that in 2012

42 (Pages 162 - 165)

Page 166

1 it was not mandatory to make those reports?
2    A   No.
3    Q   So there may be instances where someone
4 had a prescription, but it is not reflected in these
5 statistics?
6    A   Yes.
7    Q   But based on the best information you had
8 in 2012, it looks like roughly in only about
9 50 percent of your overdose cases had a prescription
10 for opiates; is that accurate?
11    A   Yes, based on the information that we had
12 approximately that percentage, of known
13 prescriptions.
14    Q   Sorry, I didn't mean to interrupt you.
15 For 75 out of 160 are the actual numbers.  I will
16 represent to you that equates to about 46 percent.
17    A   Okay.  So 46 percent of the heroin
18 overdose case individuals from that year had known
19 prescriptions for opioids.
20    Q   That 160 figure, do you know if that's the
21 total number of overdose deaths?
22    A   That would be the total, um, heroin
23 overdose deaths.
24    Q   Okay.
25    A   Can I correct something I said before?

Page 167

1    Q   Sure.
2    A   You asked about people who were attending
3 the Poison Death Review Committee meetings and, um,
4 I didn't remember anybody else, but I keep seeing
5 the name Camille Herby.  I do remember her.  She was
6 a graduate student that was helping.  She actually,
7 I think, was the one taking the minutes for the
8 meeting.
9    Q   Great, thank you for clarifying that.
10    A   Yeah.
11    Q   If at any time you think of something else
12 that you need to clarify, that's fine, just let me
13 know.
14        Um, so when you were running the
15 OARRS information in connection with looking at
16 these overdose deaths, I take it that you were
17 checking to see if one, if there was an OARRS file
18 present, correct?
19    A   Yes.
20    Q   Two, what the prescription was that
21 generated the OARRS file; is that right?
22    A   Yes.
23    Q   Did you ever examine the timing of the
24 prescription at all versus the information that was
25 in the case history on file at CCMEO?

Page 168

1    A   Um, I recall that that might have come up
2 a couple times.  There might have been something in
3 the history about some sort of an injury and then it
4 might have said was in a car accident in September
5 and then we see that the OARRS report reflects that
6 there was prescription opioids let's say from
7 September.  So I do recall a couple times that being
8 mentioned.
9    Q   Did you ever do a complete survey of that
10 type of a timing kind of analysis in terms of the
11 timing of the prescription versus the person's case
12 history from CCMEO?
13    A   No, we did not.
14    Q   So, in other words, you don't know for the
15 people who had these OARRS files, whether they took
16 a prescription drug first or whether they abused
17 heroin first, correct?
18    A   Um, no, you can't tell that from the OARRS
19 report.
20    Q   And your data does not take that into
21 consideration either, does it?
22    A   Um, that was a question that was asked to
23 family members.  If they had abused prescription
24 drugs prior to heroin, so that was something that
25 was addressed with the family, which would have been

Page 169

1 documented on the checklist but not from the OARRS
2 report.
3    Q   So for the stats that are listed here, the
4 64 percent, for instance, that's just the number of
5 people who had an OARRS file, right?
6    A   Yes.
7    Q   It is not the number of people who had a
8 prescription and then took heroin, right?
9    A   No.
10    Q   So among that 64 percent, there could have
11 been someone who abused heroin and then maybe
12 engaged in doctor seeking behavior or doctor
13 shopping and eventually got a prescription drug as
14 well; is that right?
15        MR. GALLUCCI:  Objection to form.
16    A   Um, yes, there could be individuals like
17 that.
18    Q   (Ms. Ranjan) Among the 64 percent, there
19 could have been individuals who first used heroin
20 and then received a prescription drug; is that
21 right?
22        MR. GALLUCCI:  Objection to form.
23    A   Yes.
24    Q   (Ms. Ranjan) Do you know how many?
25    A   No, I do not know the number of people who

43 (Pages 166 - 169)

Page 170

1 used heroin prior to receiving any prescribed
2 opioid.
3     Q    Among the 75 that had prescriptions for
4 opiates, do you know which opiates were included in
5 that category?
6     A    Um, I know that hydrocodone and oxycodone,
7 morphine, codeine, if somebody would of had
8 oxymorphone, that would have been included.
9        I believe tramadol was also included.
10 If Fentanyl would have been prescribed, that would
11 have been included.
12        I'm thinking that methadone was
13 included.
14     Q    And methadone is oftentimes prescribed in
15 addiction treatment; is that correct?
16     A    Yes, it can be.
17     Q    And similarly these numbers would not
18 reflect someone who became addicted to an illicit
19 substance, say heroin, Fentanyl, whatever that is
20 and then received a prescription for methadone,
21 right?
22     A    Um, I'm not positive if methadone was
23 included with the other opioids, but if it was,
24 yeah, just by looking at the OARRS report, you would
25 not know what that methadone was prescribed for.

Page 171

1     Q    And you also wouldn't know how many of the
2 75 people who are listed here had the prescription
3 for methadone as a result of treatment for illicit
4 drug abuse; is that right?
5     MR. GALLUCCI:  Objection to form.
6     A    You wouldn't know that from looking at the
7 OARRS report.
8     Q    (Ms. Ranjan) And you don't know how many
9 of the five that are listed here fall into that
10 category?
11     A    No, I do not.
12     Q    One of the reasons why you were interested
13 in looking at the OARRS reports was to determine if
14 there were individuals included in the heroin
15 overdose figures who were engaged in doctor
16 shopping; is that right?
17     A    We did look for people who were doctor
18 shopping.
19     Q    You used a standard definition of doctor
20 shopping, the county's of doctor shopping; is that
21 right?
22     A    I received, I think Dr. Gilson must have
23 told me what to consider doctor shopping, yes.  So
24 there was a certain number of doctors that after a
25 person reached that amount we would say they are

Page 172

1 doctor shopping.
2     Q    Do you remember what that definition was?
3     A    I don't because I believe there was maybe
4 a length of time that was also part of that.  I
5 don't remember specifically what I was looking for.
6     Q    Did the committee ever discuss any
7 attempts to reach out to doctors to influence
8 prescribing habits?
9     A    Um, I know that Rose, Rose Allen, the
10 woman that was part of the pharmacy board, she would
11 talk about that frequently that they were not
12 prescribing the opioids correctly based off of what
13 she was seeing on these OARRS report.  I don't know
14 if anybody actually reached out to the doctors.
15 Yeah, I'm not sure what efforts were made to talk to
16 them about prescribing practices.
17     Q    When you did the effort to identify the
18 doctor shoppers, did you ever make any kind of
19 effort to identify doctors who appear be to be
20 prescribing in a way that didn't meet accepted
21 standards?
22     A    Um, I did not.  I don't know if anybody
23 took the information from those meetings and proceed
24 anything with them, I'm not sure.
25     Q    That's not something that you remember

Page 173

1 being discussed?
2     A    Um, no, I don't remember any specifics
3 about talking to doctors that we felt might have
4 been, that they were prescribing incorrectly.
5     Q    So, for instance, Rose Allen, when she
6 noted this issue about doctors not prescribing them
7 appropriately, do you know if anyone on the
8 committee ever made an effort to report those
9 doctors to any regulatory board?
10     A    I don't know.
11     Q    You can set that aside for now.  We may
12 come back to it later.
13     A    Okay.
14        (Deposition Exhibit Number 8
15        marked for identification.)
16     Q    (Ms. Ranjan) I'm handing you what's been
17 marked as Exhibit 8.
18     A    Thank you.
19     Q    This is a paper that was authored by you
20 and Dr. Gilson entitled the Cuyahoga County Heroin
21 Epidemic.
22        Do you see that?
23     A    Yes.
24     Q    This was published in 2014?
25     A    Um --

44 (Pages 170 - 173)

Page 174

1    Q    If you look over at the right side of the
2  page towards the bottom of that, sort of the
3  paragraph that's set off.  Looks like it indicates
4  the article was published in the Academy of Forensic
5  Pathology in 2014?
6    A    Yes.
7    Q    Does that seem consistent with your
8  memory?
9    A    Yes.
10   Q    Is this one of the articles that you
11  reviewed in preparation for your deposition today?
12   A    Yes, I read this article.
13   Q    Just looking at the first page, the
14  abstract says, why don't you actually read?
15   A    Cuyahoga County Ohio has recently seen a
16  dramatic rise in the number of deaths associated
17  with heroin, which are going to be related DAH.  DAH
18  rose from 40 in 2007 to 161 in 2012 with heroin now
19  identified in half of all overdose deaths.  One
20  third of DAH involve heroin along, the remainder in
21  combination with other drugs.
22       Over this period, opioid pain
23  reliever, OPR deaths, appear to have plateaued.
24  Along with this rise have been shifts in overdose
25  victim demographics.  These data most notable

Page 175

1  include a rise in the number of women from
2  15 percent to 24 percent.  Overdoses between the
3  ages 19 and 29, from 8 percent to 25 percent and
4  generally equal number of urban and suburban
5  fatalities.
6    Q    You can stop there, thanks.  This was the
7  paper that you authored after you did the
8  statistical analysis with Rindi, your intern?
9    A    No, this is Dr. Gilson's paper.  He was
10  the first author on this paper.  He generated this
11  paper from information gathered.  Well, it looks
12  like the cases that were reviewed from 2012 using
13  probably that same checklist that we used for the
14  Poison Review Committee.
15   Q    You signed onto the paper as a co-author?
16   A    Yes.
17   Q    So you reviewed it prior to its
18  publication?
19   A    Yes.
20   Q    If you could just turn to the second page,
21  please.
22       I'm going to read the paragraph under
23  results.  It states, heroin mortality rose
24  significantly from 2007, when there were 40 DAH, and
25  again, that's deaths attributable to heroin?

Page 176

1    A    Yes.
2    Q    To 2012, when there were 161.  Cocaine
3  mortality did not show a similar trend and the rise
4  in mortality associated with oxycodone, the most
5  common lethal OPR in our jurisdiction for the entire
6  study period, quantitively less, and it refers to
7  table one.
8       And then skipping the next sentence,
9  overall OPR mortality mirrored oxycodone.  So this
10  is presented as a proxy for OPR mortality trends
11  since these trends were largely driven by oxycodone.
12       Did I read that properly?
13   A    Yes.
14   Q    So in other words, you are presenting
15  oxycodone here as a comparison point because
16  oxycodone was the drug that you saw that was driving
17  the most deaths related to prescription opioid
18  drugs, right?
19   A    Yes.
20   Q    If you look at table one, it looks like in
21  the year 2012 there was 161 heroin deaths; is that
22  right?
23   A    Yes.
24   Q    108 cocaine death; is that right?
25   A    Yes.

Page 177

1    Q    And 32 oxycodone deaths?
2    A    Yes.
3    Q    And then turning the page.  It looks like
4  table four reflects some of those OARRS statistics
5  that either you or Dr. Gilson put together for the
6  Poison Death Review Committee; is that right?
7    A    These, I believe, are the OARRS reports,
8  yes, from 2012.  So this is not what we pulled for
9  the Poison Death Review Committee because those were
10  2013 cases.
11       But this is, but I believe they
12  looked at the 2012 cases and applied the same
13  checklist that we were using for the Poison Death
14  Review Committee in 2013.
15   Q    Okay.  And we just looked at some meeting
16  minutes that is reflected the 2012 statistics,
17  right?  That was Exhibit 8?
18   A    Yes.  Oh, Exhibit 7.  Is that the meeting
19  minutes --
20   Q    You are right, it is Exhibit 7, I
21  apologize.
22       I'm looking at the first paragraph
23  under discussion.  Are you with me there?
24   A    Yes.
25   Q    It says, ORP recently assumed a large role

45 (Pages 174 - 177)

Page 178

1  in mortality attributable to accidental overdose in
2  association with substance abuse.  Our results in
3  Cuyahoga County indicate that while OPR deaths have
4  reason in recent years, the most dramatic rise in
5  accidental drug deaths has been due to heroin.  As
6  DAH, and again, that's death attributable to heroin,
7  right?
8      A  Uh-huh.
9      Q  As DAH in Cuyahoga County have risen, our
10  data indicate that OPR deaths appear to have reached
11  a plateau.  This suggests that the addicted
12  population may be transitioning to heroin, possibly
13  for cost and/or availability reasons.
14          Little evidence has been published
15  documenting transitions from OPR to heroin, but
16  given the similar pharmacological effects of the
17  two, this shifting trend in mortality is disturbing
18  and requires further monitoring on a national level.
19          Did I read that correctly?
20      A  Yes.
21      Q  So is it true that at this time Cuyahoga
22  County the largest driver of overdose deaths was
23  heroin?
24      A  Yes.
25      Q  And in looking at the next paragraph it

Page 179

1  says, as noted above, there is a dearth of firm
2  evidence establishing the role of OPR as a gateway
3  to heroin.  Our prescription drug monitoring program
4  data clearly establish a link between OPR use and
5  DAH, but it is unclear whether this represents
6  evidence of a transition between OPR and heroin, or
7  simply reflects an addict population that uses these
8  substances interchangeably.
9          Did I read that correctly?
10      A  Yes.
11      Q  Was that your conclusion at the time that
12  you authored this article?
13      A  Yes.
14      Q  You agree that there's a dearth of firm
15  evidence establishing the role of OPR as a gateway
16  to heroin?
17      A  Um, based off of the OARRS reports, those
18  show that, um, that a majority of the people with
19  OARRS reports had prescription opioids on their
20  OARRS reports.
21      Q  Let me reask my question.  I'm not sure
22  that that answer was responsive to my question.
23      A  Okay.
24      Q  My question was that when you authored
25  this article, you believed it to be true that there

Page 180

1  was a dearth of firm evidence establishing the role
2  of OPR as a gateway to heroin; is that right?
3      A  Uh-huh, yes, I believe that there was
4  evidence stating that or showing that.
5          MR. GALLUCCI:  Let's clarify.  Do you
6  understand what dearth means?
7      A  I take that to mean a lot of evidence.
8          MR. GALLUCCI:  Yeah, I think that's the
9  problem here.
10          MS. RANJAN:  Okay.
11      Q  (Ms. Ranjan) Is it true at the time that
12  you authored this article in 2014, there was a lack
13  of evidence establishing the role of OPR as the
14  gateway to heroin?
15      A  Um, I did not know that.  I would have
16  thought that there was evidence showing that
17  prescribed opiates were a gateway to heroin.
18      Q  If I were to tell you that dearth means
19  the absence of evidence, would that surprise you
20  then that that's what this article says?
21      A  Yes.
22      Q  Um, okay.  You signed onto this article as
23  an author, right?
24      A  Yes.
25      Q  And you took care in understanding that

Page 181

1  the information that you were presenting was
2  accurate; is that right?
3      A  Yes, to the best of my ability I did that.
4      Q  Okay.  Did Dr. Gilson write the article?
5      A  Yes, he wrote the article.
6      Q  Okay.  Did you ever discuss it with him?
7      A  Um, I believe that he emailed it to
8  Camille and myself, and asked us to review it and we
9  did.  And I'm sure that we discussed it at some
10  point.  I don't remember any specific discussions
11  that we had on it.
12      Q  Okay.  So that when you said that your
13  expectation was that there would have been evidence
14  establishing the role of OPR as a gateway to heroin,
15  was that based on the OARRS reports that you looked
16  at?
17      A  Um, that was just based on information
18  that I must have heard in our toxicology laboratory.
19  I don't know if I heard a presentation where
20  something like that was said, but that was what I
21  felt was understood that people were using
22  prescription opioids and then turning to heroin.
23      Q  So it was just things that you heard other
24  people saying, that was the basis of your
25  conclusions?

46 (Pages 178 - 181)

Page 182

1     A   Yeah.
2     Q   Did you ever review any articles or papers
3  about that conclusion?
4     A   Um, I don't remember any specific
5  articles.
6     Q   Did you ever review the CCMU case files in
7  order to verify that conclusion?
8     A   Um, no, I don't know that reviewing those
9  CCMU files would have given me that information.
10    Q   Because the point of a death investigation
11 is not to collect the decedents entire history,
12 correct?  Is that why you are saying that?
13    A   Yeah, their entire history is not
14 collected.  I think we attempt to collect as much of
15 the history as we can, but it is not always
16 completely collected.
17    Q   Uh-huh.  But you wouldn't be able to draw
18 that conclusion from the CCMU files because they
19 don't collect each decedents entire medical each
20 history, right?
21    A   Right.
22    Q   And they don't collect each decedents
23 entire drug abuse history, right?
24    A   Right.
25    Q   If one exist at all, correct?

Page 183

1     A   Right.
2     Q   They wouldn't tell you when someone
3  started using the substance, for instance?
4     A   Some of them do.
5     Q   Uh-huh.
6     A   If the family has that information.
7     Q   Uh-huh.
8     A   Then you will see that in the
9  investigative report when they started using drugs.
10    Q   Uh-huh.  And that's based on a
11 conversation with family members?
12    A   Yes.
13    Q   Because there's no postmortem test for
14 that, right?
15    A   No.
16    Q   There's no postmortem test for addiction,
17 right?
18    A   No.
19    Q   Okay.  So other than just hearing
20 antenodal evidence from conversations around the
21 office, was there anything else that you did to
22 investigate this opinion that you had about opioids
23 leading to heroin use?
24        MR. GALLUCCI:  Object to form.
25    A   Um, anything else at work you mean?

Page 184

1     Q   (Ms. Ranjan) Anything else at all?
2     A   Um, I may have formed the opinion just
3  from personal experience.  I'm not sure.  I know
4  that my uncle who died of a heroin overdose in the
5  '90s, he had first been addicted to painkillers.  So
6  that may have been just a personal thing that I had
7  experienced, and maybe that's where that came from
8  in my mind, I'm not sure.
9     Q   Okay.  Are you at all involved in helping
10 to compile the annual reports that the CCMU
11 prepares?
12    A   No.
13        (Deposition Exhibit Number 9
14        marked for identification.)
15    Q   (Ms. Ranjan) I've just handed you what's
16 been marked as Exhibit 9.  This is an email dated
17 November 15th, 2013 from Eric Levins to Hugh
18 Shannon.  And if you look back at the prior thread
19 on the email, there is an email from you dated
20 November 15th, 2013.
21        Do you are see that?
22    A   Yes.
23    Q   In your email you say, back when I was
24 trying to do my heroin paper, you sent me this
25 cocaine data to show me to make a chart like that.

Page 185

1  I am pretty sure I remember you telling me that the
2  cocaine data came from Paula.
3        And then it looks Eric responds or
4  Eric forwards your email potentially on to Hugh
5  Shannon?
6     A   Okay.
7     Q   But there appears to be attached to this a
8  chart.  Is that the cocaine data that you were
9  referencing in your email?
10    A   Was this an attachment?
11    Q   It was.
12    A   Yes, that must be the data that I'm
13 referencing.
14    Q   Okay.  Who is Paula?
15    A   Paula Wallace is the woman who does
16 statistics in our office.
17    Q   Do you know why Paula may have been
18 looking into the instances of cocaine involved
19 overdose deaths?
20    A   I do not.
21    Q   Did you ever look at that yourself?
22    A   I used the cocaine data on some of my
23 presentations because I would make a chart showing
24 how the heroin was increasing, how the cocaine was
25 not increasing, but I don't know what the context of

47 (Pages 182 - 185)

Page 186

1 this email is.
2    Q   Okay.  If you look at the numbers on the
3 chart that's attached, it looks like they reflect
4 the number of cocaine poisonings per year.
5        Do you see that?
6    A   Yes.
7    Q   And what percentage of the number of total
8 overdose cases that number of cocaine poisoning
9 represents?
10    A   Yes.
11    Q   And it looks like in the most recent year
12 reported, which was 2011, there were 292 overdose
13 cases?
14    A   Uh-huh.
15    Q   And that was, 70 of those were cocaine
16 poisonings?
17    A   Yes.
18    Q   Which was approximately 27.97 percent of
19 the overall, of the overdose deaths?
20    A   Yes.
21    Q   Is it fair to say that cocaine is involved
22 in a substantial number of overdose deaths in
23 Cuyahoga County?
24    A   Yes.
25    Q   And has that continued to be the case

Page 187

1 since 2011?
2    A   Yes.
3    Q   In fact, the number of cocaine related
4 overdose deaths has increased in recent years,
5 right?
6    A   Cocaine has been involved in, yeah, I
7 believe it would be an increase in cases over the
8 past couple years.
9    Q   Specifically from 2016 forward there has
10 been a substantial increase in the number of cocaine
11 overdose deaths, correct?
12    A   I don't know what the actual numbers are,
13 but I do agree that there would be an increase.
14    Q   Okay.
15        MS. RANJAN:  Why don't we take a little
16 break so I can get the next set of exhibits ready to
17 go.
18        MR. GALLUCCI:  Sure.
19        THE VIDEOGRAPHER:  Off the record 2:17.
20            (Recess)
21        THE VIDEOGRAPHER:  On the record 2:46.
22            (Deposition Exhibit Number 10
23            marked for identification.)
24    Q   (Ms. Ranjan) Miss Kaspar, I have just
25 handed you what has been marked as Exhibit 10.  This

Page 188

1 appears to be an email from Rindi Rico to Thomas
2 Gilson, Hugh Shannon copying Carrie Mazzola and you.
3        Do you see that?
4    A   Yes.
5    Q   The date is April 5th, 2017 and subject
6 cases from ELISA.
7        Do you see that?
8    A   Yes.
9    Q   The only thing I wanted to ask you about
10 was the abbreviations that are being used in this
11 document.  It says IN equals 29.  Do you know what
12 IN is?
13    A   Yes, IN represents the IN cases.  So those
14 are in county, those are Cuyahoga County cases.
15 When we give our cases case numbers, um, they're
16 organized by what type of case they are.
17        So the Cuyahoga County cases receive
18 IN, plus the year, and then a numerical order of
19 when they come into the office.
20        The OU represents outside cases, so
21 cases from other counties and then PD would be
22 police cases.
23    Q   Okay, great.  Are there other
24 abbreviations that are used in these periodic emails
25 with ELISA reports that are not indicated here?

Page 189

1    A   I don't think you would typically see
2 other abbreviations.
3    Q   Okay.  I saw several emails like this one,
4 obviously, with different case numbers and different
5 figures?
6    A   Yes.
7    Q   It looks to me as if there may be a weekly
8 report that Rindi sends out; is that right?
9    A   Whoever is running the ELISA assay that
10 week sends out this information each week.
11    Q   Okay.  But someone sends out a weekly
12 email about the results of the ELISA screens?
13    A   Yeah, this is results from the ELISA,
14 specifically the opiate plate, the Fentanyl plate
15 and the cocaine plate.
16    Q   How do you know it is those three plates?
17    A   Um, you can see further down in the email
18 it says opiates, and then it says IN 678, 712, OU
19 98, so that's representing three different cases
20 that were positive for opiates in that run.
21    Q   Got it, okay.
22        Is there a reason why the opiates,
23 Fentanyls and cocaines were reported on, the results
24 from the ELISA screens were reported in a weekly
25 report like this?

Page 190

1    A   Yes.  Um, I believe that Hugh Shannon
2  requested this from us.  I believe he uses the
3  information to reach out to police departments.  If
4  there may be a lot of cases from a particular city,
5  this would also be used if they wanted to put out a
6  press release about the number of overdose cases
7  from a weekend or, you know, short time period,
8  something like that.
9    Q   Okay.  So it is meant for general
10 awareness amongst the office of sort of the trends
11 that you are seeing; is that right?
12   A   Um, I think it is used to give them a
13 heads up on what our preliminary findings are and
14 Hugh has list of cases that he already believes to
15 be overdose cases based off of investigation, or I
16 don't know exactly what information he's reviewing
17 to come up with that.
18         So then this would be a preliminary
19 report to him letting him know what we found in our
20 screen.
21   Q   Okay.  So Hugh would be the best person to
22 find out how he uses this information?
23   A   Yes.
24   Q   Do you use this information?
25   A   I use this information just to know how

Page 191

1  many cases are going to be added to my opiate
2  confirmation that week.
3    Q   Okay. Fair enough you can set that aside.
4         (Deposition Exhibit Number 11
5           marked for identification.)
6    Q   (Ms. Ranjan) I'm handing you what's been
7  marked as Exhibit 11.  This is an email from the
8  bottom thread from you.  It appears to be to, must
9  have been sent to Dr. Gilson because the greeting
10 line says hi, Dr. Gilson.
11        Do you see that?
12   A   Yes.
13   Q   And it is from May 29th, 2014 and it
14 reads, here is the database I have been keeping on
15 all are OARRS reports.  I have it filled in for all
16 of 2013.  You can look at each individual month, or
17 if you look at the last tab, it will be a summary of
18 each month for the whole year.
19        Do you see that?
20   A   Yes.
21   Q   I will represent to you that I printed the
22 attached spreadsheet from the final tab of your
23 document.
24   A   Okay.
25   Q   Does this document appear to be your

Page 192

1  recordkeeping of your look into the OARRS database
2  for 2013 that we discussed earlier?
3    A   It must be.
4    Q   Did you ever keep the information in any
5  format other than this?
6    A   Um --
7    Q   In other words, if someone asked you for,
8  you know, hey Claire, where is that.  Where is that
9  OARRS data you have been keeping for 2013, is this
10 what you would give them?
11   A   I -- I guess so.  I must have put this
12 together to summarize all the information from all
13 the months.
14   Q   Okay.  If you look at the first page of
15 the spreadsheet where it says drug classes.
16   A   Yes.
17   Q   And then underneath of that the first
18 category is opioids?
19   A   Yes.
20   Q   Do you know what is encompassed in that
21 category?
22   A   So it looks like further back, let's see
23 one, two, three, four pages in, I have opioid types.
24        So I am going to guess that those are
25 what fell under the opioid category of drug class.

Page 193

1    Q   Okay.  And if you look at the next page,
2  there is a column for methadone?
3    A   Yes.
4    Q   Does that refresh your recollection about
5  whether methadone was included in your opioid
6  figures?
7    A   Um, I can't tell.  Was that just an extra
8  column in the same opioid types or is that its own.
9  I can't tell by looking at this.  It may have been
10 under opioid types.  I'm guessing it was on its own.
11   Q   Are you sure of that or are you guessing?
12   A   Oh, no, I'm not certain of anything, but
13 it does appear maybe it was under opioids.  I'm
14 getting that because as I keep turning pages.  So
15 the next thing says multiple scripts opioids and it
16 looks like the next category starts benzo type and
17 the methadone does appear to be part of that
18 multiple script opioids.  So I would assume then
19 that methadone was part of the opioid drug class.
20   Q   Okay.  You can set that aside.  Did you do
21 a similar analysis for 2014?
22   A   No.
23   Q   Why not?
24   A   Um, Dr. Gilson decided that we had enough
25 data from 2013.  So we didn't do any more Poison

49 (Pages 190 - 193)

Page 194

1 Death Review Committee meetings.  I did not review
2 any orders of 2014.
3     Q    So the only year for which you did a
4 comprehensive review of the OARRS reports for
5 overdose deaths was 2013?
6     A    2013 for sure I did.  I may have been the
7 person who did 2012, but I do not remember.
8     Q    Okay.
9          (Deposition Exhibit Number 12
10          marked for identification.)
11    Q    (Ms. Ranjan) I'm handing you what has
12 been marked as Exhibit 12.  This is an email from
13 you to Hugh Shannon dated October 14th, 2015.  And
14 the subject line looks to be a case number; is that
15 right?
16    A    Yes.
17    Q    This is one of your in county cases based
18 on the IN indication?
19    A    Yes.
20    Q    Can you read the email for me?
21    A    Hi, Hugh, just thought you would be
22 interested in this case.  There is a huge amount of
23 oxymorphone in the femoral, and from the
24 investigation report it looks like the guy filled
25 multiple oxymorphone prescriptions all on the same

Page 195

1 day.  Seems like this was improper prescribing by
2 the doctor and also improper filling by the
3 pharmacist.  I never see anyone taking oxymorphone
4 anymore.  I guess I was thinking most doctors
5 weren't even prescribing it any more.
6     Q    Did Hugh ever respond to you?
7     A    I do not remember.
8     Q    Did you ever take any effort to report the
9 doctor who engaged in what you characterized as
10 improper prescribing?
11    A    No, I did not.
12    Q    Did you ever speak to the Ohio Medical
13 Board about him?
14    A    No, I did not.
15    Q    Did you ever take any effort to report the
16 pharmacist who engaged in what you describe as
17 improper filling?
18    A    I did not.
19    Q    Are you aware of Hugh or anyone else in
20 your office having done that?
21    A    I am not.
22    Q    And by done that, I'm sorry, I mean
23 reporting either the doctor or the pharmacist to one
24 of the state boards?
25    A    No, I do not know if anything went beyond

Page 196

1 this email.
2     Q    Okay.  You can set that aside.
3          During your time at CCMEO, are you
4 aware of any doctors or pharmacists ever being
5 reported to one of the state boards?
6     A    I never reported anyone.  Um, I do not
7 know if other people reported somebody.
8     Q    But that's not something that maybe
9 Dr. Gilson or Hugh Shannon ever discussed with you?
10    A    No, they didn't.
11         (Deposition Exhibit Number 13
12         marked for identification.)
13    Q    (Ms. Ranjan) I'm handing you what has
14 been marked as Exhibit 13.  This is an email thread
15 from 2014 that includes a number of people,
16 including Hugh Shannon, Dr. Gilson, you and Joe
17 Stopak; is that right?
18    A    Yes.
19    Q    Okay.  So let's walk through it.  If you
20 flip to the second page, looks like this is the
21 first at the bottom, that's the earliest email in
22 the chain?
23    A    Okay.
24    Q    And in it it looks like it is Hugh saying
25 to you, can we pull reports for any prescriptions we

Page 197

1 got at scene for those listed in attached Excel
2 under Dr. Shop worksheet.
3         Claire, do you have the OARRS
4 print-out reports for the 2013 cases or do you just
5 take notes from the system?
6         Did I read that correctly?
7     A    Um, yes, for the Claire part.  Let me read
8 that first part because I was trying to find out
9 where you were.
10    Q    Oh, sure, yeah.  Take your time and read
11 through the document.
12    A    Okay.  So I do not know what that first
13 sentence is referring to, but yes, then clearly
14 there is a question to me.
15    Q    Looks like Hugh Shannon is asking you for
16 the OARRS information for the 2013 cases.
17         Do you see that?
18    A    Yes.  It looks like he's asking me if I
19 have those reports printed or if I just take notes
20 when I'm in the system.
21    Q    Fair enough.  Okay.  If you go back to the
22 first page of the document, looks like you are
23 responding to him and you say, hi Hugh, I have the
24 printed OARRS reports for all the heroin tests we
25 have gone over in our meeting so far.  Let me know

50 (Pages 194 - 197)

Page 198

1 what, if anything, you need me to do with them.
2 Thanks Claire.
3        Did I read that accurately?
4    A   Yes.
5    Q   And then Hugh responds and says, we'll
6 wait for Dr. Gilson, right?
7    A   Yes.
8    Q   And then Dr. Gilson responds and says, I
9 don't think we can share them, at least based on my
10 recollection of discussions I had when we got our
11 OARRS access.  I am not sure how to proceed as I do
12 not feel we can file complaints on prescribers who
13 may be complying with the law, but still
14 contributing to doctor shopping.  There is no
15 requirement for checking OARRS simply because one is
16 prescribing an opiate/opioid.  It would be easier if
17 we could generate a list of heroin overdose victims
18 who meet the doctor shopping criteria and let the
19 investigators take it from there.  Would that be
20 sufficient for the OSMB?  Tom Gilson.
21        Did I did read that properly?
22    A   Yes.
23    Q   Looks like Hugh Shannon responds, it will
24 have to be, right?
25    A   Yes.

Page 199

1    Q   So it looks like from this email that you
2 were discussing whether or not you would report to
3 the state medical board the doctors who are
4 identified as being involved in doctor shopping
5 based on the 2013 OARRS data that you reviewed; is
6 that right?
7    A   Yes.
8    Q   And it looks like you were included that
9 you would not report those doctors to the state
10 medical board; is that right?
11    A   That is what Dr. Gilson said and then Hugh
12 agreed.
13    Q   Do you know if ultimately you ever did
14 decide to report those doctors to the state medical
15 board?
16    A   I do not know that.
17    Q   Do you know if the names of the overdose
18 victims who met the doctor shopping criteria were
19 ever shared with the OSMB?
20    A   I do not know that.
21    Q   Do you recall anything about this
22 situation other than just the email discussion
23 that's included in this exhibit?
24    A   No, I don't.
25    Q   You can set that aside.

Page 200

1        (Deposition Exhibit Number 14
2        marked for identification.)
3    Q   (Ms. Ranjan) Okay.  I'm showing you what
4 has been marked as Exhibit 14.  This is a
5 Preliminary Drug Deaths Report from the Cuyahoga
6 County Medical Examiner's Office dated 2017.
7        Do you see that?
8    A   Yes.
9    Q   And for the record, this is not a document
10 that I pulled from production, this is one from that
11 I pulled from the CCMU website.
12        I also want to know, there are a
13 number of pages towards the end that have black
14 boxes.  That's not information that we have
15 redacted, that is how the document appears on the
16 CCMU website just so it is clear.  At least that's
17 how it appeared when I printed this document.
18        I just wanted to discuss one slide in
19 this document which is three pages in.  It is
20 labeled Cuyahoga County Overdose Deaths 2016, sorry
21 2006 to 2017, most common drugs.
22        Do you see that page?  It is like
23 three pages in like this.  Right there.
24        Have you reviewed charts that have
25 looked like this in the past?

Page 201

1    A   Um, charts that I made to put on my
2 presentations I have.  Not the ones put out by our
3 office to go up on the website.
4    Q   In other words, you have seen charts from
5 the office that summarize overdose death information
6 before, but you've never reviewed this particular
7 document, which is some of the annual report type of
8 information that the CCMU publishes?
9    A   Correct.
10    Q   Okay.  So this chart appears to list the
11 most common drugs that are found overdose deaths in
12 Cuyahoga County; is that accurate?
13    A   Sorry, say that again?
14    Q   This chart appears to reflect the most
15 common drugs that are found in overdose deaths in
16 Cuyahoga County?
17    A   I believe so.
18    Q   For the period 2006 to 2017?
19    A   Yes.
20    Q   And if you look at the year 2015 on the
21 orange line there, which includes total dug overdose
22 deaths, it looks like there is a pretty dramatic
23 increase from 2015 from 2016.
24        Do you see that?
25    A   I do.

51 (Pages 198 - 201)

Page 202

1    Q   It goes from 370 overdose deaths to,
2  sorry, to 666?
3    A   Yes.
4    Q   Is that consistent with your experience
5  working at CCMEO?
6    A   Yes.
7    Q   You did see a very large increase in the
8  number of total of drug overdose deaths between 2015
9  and 2016?
10   A   Yes.
11   Q   If you look at the red line, it looks like
12  it is another line that appears to have a very large
13  spike around the 2015 to 2016 time frame.
14       Do you see that?
15   A   Yes.
16   Q   And that line represents Fentanyl
17  according to the chart?
18   A   Yes.
19   Q   Again, is that consistent with your person
20  in the toxicology lab that around the 2015 to 2016
21  time frame, you saw a dramatic spike in Fentanyl
22  deaths?
23   A   Yes.
24   Q   In fact, according to this chart it went
25  from 92 Fentanyl related overdose death to 399 in

Page 203

1  2016?
2    A   Yes.
3    Q   And then the next line that appears to be
4  sort of the highest on the graph here is the heroin
5  line, the blue line.
6        Do you see that one?
7    A   Yes.
8    Q   Again, I think that this appears to be
9  consistent with the information that you observed
10  around 2010 when you came to the office and started
11  to observe a rise in heroin related overdose deaths?
12   A   Yes.
13   Q   And it looks like at that time the heroin
14  related overdose deaths in 2011, for instance, were
15  107, right?
16   A   Yes.
17   Q   And in 2012 they increased to 161?
18   A   Yes.
19   Q   And then if we go up to again that 2015 to
20  2016 time frame, looks like they increase, again,
21  there's a pretty dramatic spike there.
22       Do you see that?
23   A   Yes.
24   Q   And they go from 2015, 184 heroin deaths
25  to 2016, 320.

Page 204

1        Do you see that?
2    A   Yes.
3    Q   And then moving down to the dark redline
4  there, all opioids not including Fentanyl.
5        Do you see that?
6    A   I do.
7    Q   And the reason why you wouldn't include
8  Fentanyl in the all opioids category here is because
9  the vast majority of the Fentanyl cases are illicit
10  Fentanyl, right?
11   A   That is true what you're saying, yes, the
12  vast majority are illicit Fentanyl.
13       I'm guessing that they, I'm guessing
14  that they split up all opioids, not including
15  Fentanyl so that they can highlight how many
16  specific Fentanyl cases and how many specific heroin
17  cases.
18       I don't know that that's the best way
19  to describe that line because it is not including
20  heroin either, which is also an opioid and I don't
21  know what opioids that's including.
22   Q   Okay, that's fair.
23       And then looking at the purple line
24  at the bottom.
25   A   Yes.

Page 205

1    Q   So the vast majority of the chart it looks
2  like it is at zero and then all of the sudden,
3  again, between 2015 and 2016, there's a dramatic
4  spike.
5        Do you see that?
6    A   Yes.
7    Q   And this purple line represents
8  carfentanil?
9    A   Yes.
10   Q   And from 2015 to 2016 it goes from zero
11  overdose deaths to 56 carfentanil deaths?
12   A   Yes.
13   Q   From 2016 to 2017 looks like there were,
14  jumped again from 56 carfentanil overdose deaths to
15  191 carfentanil overdose deaths?
16   A   Yes.
17   Q   So based on this chart, is it fair to say
18  the vast majority of the overdose deaths you have
19  been seeing in recent years have been attributable
20  to heroin, cocaine, carfentanil and Fentanyl?
21   A   Can you reask that question?
22   Q   Sure.  Um, we can broaden the question.
23  Based on your experience at CCMEO in recent years
24  say from 2015 going forward, the drugs that have
25  been primarily responsible for the vast majority of

52 (Pages 202 - 205)

Page 206

1 overdose deaths have been heroin, cocaine,
2 carfentanil and Fentanyl, is that accurate?
3    A    That is accurate.  I just want to point
4 out that a number of these cases have multiple of
5 those drugs involved.
6    Q    Uh-huh.
7    A    So when you are seeing these numbers, it
8 is not that 492 were only Fentanyl, you know what
9 I'm saying?  They can have all of those involved.
10    Q    I think I understand what you are saying.
11 So if we take 2016 as an example to illustrate what
12 you are saying, if we just added up, for instance,
13 the numbers of Fentanyl, heroin, cocaine, and
14 carfentanil, we would get a number that is much
15 higher thank 666 right?
16    A    Yes.
17    Q    There are only 666 overdose deaths in
18 2016, right?
19    A    Yes.
20    Q    So in reaching that 666 figure, there were
21 people who overdose on multiple substances, right?
22    A    Yes.
23    Q    Is that what you were trying to explain?
24    A    Multiple substances were included in the
25 cause of death for these cases.

Page 207

1    Q    Okay.
2    A    For a number of the cases.
3    Q    Okay.  I think I asked you this, but these
4 figures that are listed here on the chart are
5 consistent with your experience in your day-to-day
6 job; is that right?
7    A    Yeah, they seem consistent.
8    Q    Okay.  Is it true Fentanyl isn't always
9 easy to detect in your toxicology testing?
10    A    I do not think that is true.
11    Q    Okay.  I think we talked earlier that
12 there are times when, for instance, a screen test
13 might not pick up Fentanyl analogue because for
14 whatever reason; is that right?
15    A    Yes, specifically the carfentanil does not
16 get picked up from our ELISA screen.
17    Q    There were times, especially in recent
18 years, where the introduction of new Fentanyl
19 analogues also made it sometimes difficult to detect
20 what was causing overdose deaths; is that right?
21    A    I think with the screening that these
22 analogues sometimes gave us puzzling results
23 because, I think what you are referring to is we, if
24 the scene would look like there was an overdose and
25 we may get a negative for Fentanyl or opiates on the

Page 208

1 ELISA.  And in those instances we were wondering if
2 there was a Fentanyl analogue in the drug that may
3 have been on scene that did not react with our kit.
4        But we work with the company that
5 that provides our kits for ELISA and they test all
6 the new Fentanyl analogues that are out to see how
7 cross reactive it is with their plate.
8        And if we come across new Fentanyl
9 analogues in our area, we can ask them to test the
10 plates for that too.  So we will get updated cross
11 activity information on the Fentanyl analogues.  So
12 carfentanil has been the major issue with that.
13    Q    Okay.  So, in other words, in recent years
14 you've undertaken efforts to do additional
15 screenings or to work with your vendors to, let me
16 just start that one over.
17        So I think that what you are
18 describing is a process whereby in recent years you
19 have undertaken to do additional screenings and work
20 with your vendors to insure that your tests are
21 picking up all of the Fentanyl analogues; is that
22 right?
23    A    Yes.  I wouldn't necessarily say we have
24 done additional screenings, we have worked with them
25 to determine whether or not our screenings will pick

Page 209

1 up these Fentanyl analogues.  And then in the
2 instance of the carfentanil not reacting, we bump
3 that confirmation based off of the case history, the
4 Fentanyl confirmation where we will be able to
5 detect the carfentanil.
6    Q    Have the Fentanyl and Fentanyl analogue
7 cases that you have been seeing in the past few
8 years, have those required more time than the
9 average overdose case for the laboratory to process?
10    A    Um, now that we have an assay validated to
11 find a very large portion of those Fentanyl
12 analogues, it is not taking more time, but to get to
13 that point where we had the assay validated and to
14 determine what Fentanyl analogues we needed to be
15 adding into that assay, that took a long time.  That
16 was the procedure that I said took about a year to
17 develop, to get that up and running.
18    Q    Were you involved in that effort?
19    A    I helped with the validation.  So I ran
20 some of the validation runs.
21    Q    And I think we discussed earlier already,
22 but before you had your own assay up and running,
23 you were sending some of the Fentanyl analogue cases
24 out to a reference labs?
25    A    Yes.

53 (Pages 206 - 209)

Page 210

1  Q   Is there a fee to do that?
2  A   Yes.
3         (Deposition Exhibit Number 15
4         marked for identification.)
5  Q   (Ms. Ranjan) I'm handing you a document
6  that's been marked as Exhibit 15.
7         It is an email chain.  I want to
8  focus on the second from the top thread in the email
9  chain, the one that you wrote.
10  A   Okay.
11  Q   In that, let's see, first of all it is
12  from you to Thomas Gilson, Rindi Rico, Hugh Shannon,
13  Harold Schueler, Eric Lavins and Carrie Mazzola.
14        Do you see that?
15  A   Yes.
16  Q   It is dated July 3rd, 2014?
17  A   Yes.
18  Q   The subject is Fentanyl cases and you say,
19  hello all, just wanted to give you an update on IN
20  2014-01108.  Carrie and I ran, I think it is meant
21  to say Fentanyl, right?
22  A   Oh, yes.
23  Q   Carrie and I ran the Fentanyl and opiate
24  confirmations on that case today.  The Fentanyl
25  result will be report as neg, N-E-G.  I think that

Page 211

1  means negative; is that right?
2  A   Yes.
3  Q   There was a trace amount there, but lower
4  than what we can report.
5         Did I read that accurately?
6  A   Yes.
7  Q   And then the top thread in the chain,
8  Dr. Gilson forwards onto Hugh Shannon and says, what
9  this means is that we have heroin and likely a trace
10  of Fentanyl, but can't verify because I think he
11  meant to say it is below what we report.
12        Do you see that?
13  A   Yes.
14  Q   Can you explain to me what this is talking
15  about in terms of reportable levels of Fentanyl?
16  A   So when we run our validation studies, we
17  determine what level that we can, um, get down to
18  that we can see.
19        So we run a set of calibrators with
20  each run that we do.  Our office policy is to report
21  a concentration if it falls between our lowest
22  calibrator and our highest calibrator.
23        There is a number of other
24  requirements that must be met, but quantitation wise
25  you need them to fall between lowest and highest

Page 212

1  calibrator.
2         But during validation, we also
3  determine what we call an LOD, and that's the level
4  of detection.  So it is lower than what we can
5  quantitively report.  It is what we can see.  It is
6  the level that we are confident that we can see, but
7  not necessarily give an accurate quantitation for.
8         So what this is saying is that when
9  Carrie ran the Fentanyl confirmation, I would have
10  to see the data to be sure, but sounds like what I'm
11  describing is that there's a peak present at the
12  retention time of Fentanyl, but the quantitation
13  came out to lower than we are able to report as
14  positive.  So it will go out as a negative.
15  Q   So in this instance the toxicology report
16  would read negative for Fentanyl?
17  A   I believe the final report reads not
18  detected, but the result that we type into our
19  result fills in negative and on the final report it
20  says none detected.
21  Q   Okay.  Was that something that happened
22  with any amount of frequency in 2014?
23  A   Um, that happens with frequency now also.
24  It happens all the time every year.
25  Q   Specifically Fentanyl or other substances

Page 213

1  as well?
2  A   Other substances as well.
3  Q   Is it usually Fentanyl?
4  A   No, I wouldn't say that.  It happens
5  equally with all of the analogues that we are
6  looking for.
7  Q   Okay.
8         (Deposition Exhibit Number 16
9         marked for identification.)
10  Q   (Ms. Ranjan) I'm handing you what's been
11  marked as Exhibit 16.  This is an email from Eric
12  Lavins to you and others dated August 31st, 2016.
13        Do you see that.
14  A   Yes.
15  Q   And you don't need to read it out loud,
16  but I will just give you a chance to review the
17  contents of the email and then I want to ask you a
18  couple of questions about it.  To the extent that
19  you care, the particular I want to focus on is the
20  very first thread the top of the document?
21  A   Okay.  Let me read it and see if I can get
22  context without reading the whole thing.
23  Q   Yeah, absolutely, take your time.
24  A   Okay.  I think I understand what's going
25  on there.  If I need to go back further, I will let

Page 214

1 you know.
2    Q   Sure.  About midway down the page, Eric
3 references our CCMEO GC/MS Fentanyl and the analogue
4 screen currently looks for, and he list substances?
5    A   Yes.
6    Q   And two of those are acetyl-fentanyl and
7 carfentanil.  And it says, one of them says,
8 actually, they both say, qualitatively only recently
9 added.
10       Do you see that?
11    A   Yes.
12    Q   And then he goes on, we will also be
13 determining a detection limit for these new drugs
14 and optimize the instrument for increased
15 sensitivity.
16       Do you are see that?
17    A   Yes.
18    Q   And it says, to be added thanks to drug
19 chemistry.  Is drug chemistry a department within
20 the office?
21    A   Yes.
22    Q   So it sounds like they suggested adding
23 three more substances, is that how you interpret
24 this email?
25    A   I don't believe that -- well, they may

Page 215

1 have suggested that, but I was reading that as they
2 actually have those substances.  So we were going to
3 get those substances from them so that we could run
4 them in our assay and add them to our assay.
5    Q   Okay.  So does this reflect the process
6 that you were going through around this time frame
7 in 2016 of trying to insure that you were screening
8 for all the Fentanyl analogues?
9    A   Yes.
10    Q   And then closer towards the top of the
11 email.  I'm in the second paragraph.  It says, for a
12 three week period to gauge the incidence of
13 carfentanil and other Fentanyl analogues, those
14 additional cases will be run or Carrie's Fentanyl
15 GC/MS assay.
16       Do you see that?
17    A   Yes.
18    Q   Was this some sort of a trial period you
19 were using a new essay, is that what was going on
20 here?
21    A   No, this was her existing Fentanyl assay.
22 This is when it was on GC/MS before we moved it to
23 the LC/MS triple quad.
24       So what he is saying is that in the
25 previous sentence, he says any cases starting from

Page 216

1 August 22nd that are heroin, Fentanyl or appear to
2 be IV drug abuse related or having a 70 GC/MS are
3 headed to testing.
4       So that number 70 code is the code
5 that is added when we need to add Fentanyl
6 confirmation.  So that was saying for the next three
7 weeks, based off of case history, we are going to
8 add the Fentanyl confirmation to every case that
9 looks like it is IV drug abuse, regardless of what
10 the ELISA came back.  That's what that meant.
11    Q   Okay.  So starting on August 27th, 22nd,
12 if you had, let me start that question over.
13       Starting on August 22nd, 2016, if you
14 had a case that was, that appeared to be a heroin or
15 Fentanyl or IV drug abuse case, you were going to
16 add on an extra test to try to detect carfentanil
17 and Fentanyl analogues; is that right?
18    A   Yeah.  That was to see how frequently we
19 were seeing carfentanil with the next step and then
20 what he is saying that there are ELISA kits for
21 carfentanil.  So we were just trying to come up with
22 a game plan of, are we seeing this enough to have to
23 add on another ELISA screen.  So it was kind of an
24 email where he is trying to plan what to do next.
25    Q   Okay.  And this again is another

Page 217

1 improvement in your testing in order to try to
2 detect more Fentanyl analogues?
3    A   Yes.
4    Q   And did those efforts to improve your
5 testing to try to detect more Fentanyl analogues
6 continue to 2017 and 2018?
7    A   Definitely into 2017.  I'm not certain
8 about 2018.  2018 is when we started using the most
9 current Fentanyl assay that we run.
10       (Deposition Exhibit Number 17
11       marked for identification.)
12    Q   (Ms. Ranjan) I'm showing you what is
13 marked as Exhibit 17.
14       This is an email from Eric Lavins to
15 you and others dated January 26, 2018.  Subject line
16 reads forward, Randox.
17       Do you see that?
18    A   Yes.
19    Q   He says, hello, as everyone knows we have
20 limited ability to screen by ELISA in the blood for
21 many of the fentalogues, namely carfentanil.  Trying
22 to remedy that issue, Szab.
23    A   He abbreviated Szabolc's name.
24    Q   Okay.  And I spoke to Matt from Randox at
25 SOFT about the Randox ELISA kits for fentalogues in

55 (Pages 214 - 217)

Page 218

1 the blood.  I have not looked at the specs cross
2 reactivities yet, but this may help us screen for
3 the CF.
4        Does he mean carfentanil?
5    A    Yes.
6    Q    In blood specimens.  There are very
7 options for ELISA screening for many of these NPS
8 and fentalogue like drugs.  And then he goes on,
9 short of a TOF/HMRA.  What is TOF/HMRA?
10    A    That is a very expensive instrument.  Time
11 of flight is what TOF stands for and it is high mass
12 resolution analyzer.  He's saying short of having to
13 purchase one of those.
14    Q    Okay.  So there are very few options for
15 ELISA screen for many of these NPS fentalogue type
16 drugs short of a TOF or HMRA, or a brute force
17 approach and run every case for fentalogues on
18 LC-MS/MS, like we do with the number 32 bases.
19        Can you explain that portion of the
20 email?
21    A    Um, so he is saying that our ELISA does
22 not catch the carfentanil.
23        I don't believe there's other
24 Fentanyl analogues, there may be a couple, but for
25 the most part we catch the other Fentanyl analogs

Page 219

1 other than the carfentanil.  I'm not sure which of
2 the other drugs he's referring to.
3        So he's saying that we may not, well,
4 we are not catching certain ones by ELISA.  The
5 Randox kits are not the same company that we
6 purchase our current ELISA kits from, so to run one
7 of their kits we were going to have to do a
8 completely different ELISA run with different
9 outlets, which was going to add a lot of time
10 because the ELISA is run on every case that they
11 order toxicology testing on.
12        So we were going to have to do double
13 the allocating if we added on a plate from a
14 different company.
15        So he's saying here if we don't buy
16 that very expensive mass spec, then we might need to
17 run the opiate, I'm sorry, the Fentanyl assay.  And
18 when it moved on to the LC, that LC/MS is a LC
19 triple quad.  So it is a new instrument that we put
20 the Fentanyls on so we can detect very low amounts
21 of them.
22        So he's saying pretty much a 74,
23 which would be the test code for the Fentanyl
24 confirmation, would have to be added to all of these
25 cases similar to the 32, which is a blood base.

Page 220

1        So if they ordered a comprehensive
2 testing panel, he's saying that he felt we would
3 need to add the 74 on as just a standard you're
4 going to get that test if you order a comprehensive.
5    Q    And he's describing this as a brute force
6 approach.  I assume he means this would be time
7 consuming?
8    A    Yes, it would be very time consuming.
9    Q    And be expensive?
10    A    Yes.
11    Q    Is it fair to say that the office spends a
12 reasonable or significant amount of time in trying
13 to detect these Fentanyl analogues?
14    A    Yes, I would say that's reasonable.
15    Q    And, again, Fentanyl analogues are illicit
16 drugs, right?
17    A    Yes.  Well, not fully.  Carfentanil is not
18 necessarily illicit because it is used as an animal
19 tranquilizer, but for humans, yeah, you cannot be
20 prescribed that.
21    Q    Carfentanil has no approved use in humans?
22    A    Right.
23    Q    Do you have any idea about in terms of
24 hours, how much resources the office dedicated to
25 trying to insure that it was catching all of the

Page 221

1 Fentanyl analogues in carfentanil?
2    A    I do not know how many hours were spent
3 doing that.
4    Q    Do you have any kind of estimate?
5    A    No, I really don't.
6    Q    Would you characterize it as a significant
7 effort?
8    A    I would.
9        (Deposition Exhibit Number 18
10        marked for identification.)
11    Q    (Ms. Ranjan) Let me show you what's been
12 marked as Exhibit 18.  This appears to be a draft
13 because it looks like the hyperlinks are not
14 working, but to be honest, I'm not entirely positive
15 if that's just a result of the document collection
16 and production process.  So it is unclear to me if
17 whether this is in draft form or final form, but in
18 any event it is a paper that appears to be authored
19 by Dr. Gilson with the title Medical Examiner's Role
20 in Addressing the Opioid Crisis.
21        Have you ever seen this document?
22    A    I have not.
23    Q    If you could turn to, towards the back.
24 If you look at the bottom right-hand corner.  It is
25 page with the bates number ending in 001671016.

56 (Pages 218 - 221)

Page 222

1  I'm looking at section three current
2 and future challenges Fentanyl and Fentanyl
3 analogues?
4  A  Yes.
5  Q  I'm going to read a couple of these
6 paragraphs aloud and then we can fill it with some
7 questions.
8  It says, since its emergence in 2013
9 to 2014, Fentanyl has become the major driver of
10 drug abuse mortality in our jurisdiction and several
11 other locations in the country.
12  Would you agree with that statement?
13  A  Yes.
14  MR. GALLUCCI:  Objection, beyond the
15 scope.
16  Q  (Ms. Ranjan) Fentanyl is a synthetic, you
17 know going back just a moment.
18  Is that consistent, is that statement
19 consistent with your experience in your day-to-day
20 job as a toxicologist at CCMEO?  Perhaps what your
21 counsel is objecting to is the several other
22 locations around the country.  So let me just
23 shorten it.  Since its emergence in 2013 to 2014,
24 Fentanyl has become the major driver of drug abuse
25 mortality in our jurisdiction.

Page 223

1  Would you agree with that statement?
2  A  Yes.
3  Q  It continues, Fentanyl is a synthetic
4 opioid with a substantially higher potency than
5 morphine, heroin and OPRs.  And again, OPRs are
6 prescription opioids?
7  A  (Nods head.)
8  Q  I'm sorry, you nodded your head, but for
9 the record we need an oral answer.
10  A  Sorry, yes, I was agreeing that OPRs are
11 prescription opioids.
12  Q  It is a Schedule II drug used medically in
13 pain management and anesthesia.  In 2016
14 carfentanil, a potent animal sedative, and several
15 other chemically similar analogs of Fentanyl began
16 to appear in the illicit drug trade.  These drugs
17 presented and continue to present significant
18 challenges to the forensic community.
19  Because of their higher potency, the
20 analogues of Fentanyl are frequently present in low
21 concentration which have necessitated increasingly
22 more sensitive methods of analysis to detect them.
23 The instrumentation required for this testing is
24 expensive and may require dedicated personnel for
25 its operation and maintenance.  This places major

Page 224

1 burdens on laboratories, especially in the public
2 sector, to allocate adequate funding to keep up with
3 the evolving crisis.
4  It is also often the case that these
5 new drugs have not been previously encountered in
6 routine drug and toxicology analysis.
7  I will stop there.
8  Based on Dr. Gilson's description
9 here, do you think that this description is
10 consistent with your experience in the toxicology
11 lab at CCMEO?
12  A  Yes.
13  Q  Okay.  So it continues.  This presents
14 challenges both in testing, as well as in the
15 interpretation of the test results.  From a testing
16 standpoint, the identification of a new compound may
17 again require increasingly sophisticated
18 instrumentation, but in addition, there will be a
19 need for reference material to permit testing for
20 drug concentrations, et cetera.  Frequently these
21 standards are not readily available from the
22 commercial suppliers.
23  This was the case when carfentanil
24 first appeared in northeast Ohio and reference
25 samples had be to procured from local zoos, where it

Page 225

1 is employed for large animals sedation/control to at
2 least permit initial analysis.
3  From an interpretation standpoint,
4 the significance of these drugs may be difficult to
5 know as potency and human toxicity data may be
6 limited or nonexistent.  This may also have an
7 impact on the scheduling of these drugs.
8  Did I read that appropriately?
9  A  Yes.
10  Q  And, again, is this consistent with your
11 experience in the toxicology lab in CCMEO?
12  A  It is.
13  MR. GALLUCCI:  Objection to form.
14  MS. RANJAN:  Can we go off the record for
15 just a second?
16  THE VIDEOGRAPHER:  Off the record 3:42.
17  (Recess)
18  THE VIDEOGRAPHER:  On the record 3:59.
19  Q  (Ms. Ranjan) Miss Kaspar, before the
20 break we were talking about the challenges the
21 office was seeing in detecting Fentanyl analogues in
22 overdose cases.
23  Do you recall that?
24  A  Yes.
25  Q  I think we talked about a number of

57 (Pages 222 - 225)

Page 226

1  reasons why Fentanyl analogue overdose cases were
2  particularly challenging?
3      A    Yes.
4      Q    For instance, there were new analogues
5  that were appearing over time?
6      A    Yes.
7      Q    It was difficult to obtain reference
8  materials for some of no, those analogues?
9      A    Yes.
10     Q    The screen tests were more time consuming?
11     A    We were having to run a confirmation
12 essentially as a screen.  So I suppose, yes, you
13 could say that that would be more time consuming.
14     Q    And the process of reaching a good
15 screening mechanism was also more time consuming?
16     A    Yes.
17     Q    And that process, along with running the
18 confirmation test as a screening was also more
19 costly?
20     A    Sorry, say that again?
21     Q    The screening that you were doing for
22 Fentanyl analogues was not only just more time
23 consuming, it was also more costly?
24     A    Yes.
25     Q    And is that still the case?

Page 227

1      A    We have not seen much carfentanil in the
2  area lately.  So we're using our regular ELISA
3  Fentanyl kit.
4           But we are still running the Fentanyl
5  confirmation on all cases that have a history of IV
6  drug abuse.
7      Q    Did the office ever do any kind of
8  retrospective analysis of older cases to insure that
9  all of the Fentanyl analogues, the new ones that it
10 started seeing were detected in prior cases?
11     A    We did not do a retrospective analysis on
12 all the cases.  Um, there may have been particular
13 cases that were pulled.  I'm not sure, I did not
14 participate in that, but I know that all of the old
15 cases were not retrospectively analyzed for the new
16 Fentanyl procedure that we have.
17     Q    You say there may have been some cases
18 that were individually analyzed, is that something
19 you know of a particular instance where that
20 happened?
21     A    I do know of a police case that that
22 happened on, but yeah, I don't know how many cases
23 that occurred with.  And that was also, that case, I
24 believe, is a finished case.  It is more of just in
25 interest to us in the laboratory because we still

Page 228

1  have not been able to detect anything in the
2  person's urine and the officers were certain that
3  the person was on some sort of substance.
4           So I think when we were validating
5  this new procedure, you have to run cases.  We ran
6  that to see if we could find anything.  So I do know
7  that occurred on one police case that was a finished
8  case.  Our report had been long gone.  So, yeah, I
9  don't know if other cases, there may have been other
10 cases like that.
11     Q    You're just not sure one way or the other?
12     A    I'm not sure and I don't believe any cases
13 were reopened, it would have been just to see if
14 they had been there previously.
15     Q    Okay.  Your reopening of that other case,
16 was that at the requests of police?
17     A    We did not reopen it, it was just that we
18 still had the sample, so it was just run as part of
19 our validation when you run real cases.
20     Q    When did the office first start routinely
21 screening for carfentanil?
22     A    Um, I don't remember the date it was in.
23 I think it was in one of those emails that were in
24 one of the exhibits.  Do you want me to go back and
25 look?

Page 229

1      Q    Sure, if you think you might be able to
2  find it.  Looks like there's another one that you
3  just looked at.  I don't know if that's the right
4  one.
5      A    No.  Let me see this chart that they made
6  really quick.  In 2015 we reported no carfentanil
7  and then in 2016 we had 56 of them.
8           So it may have been around the time
9  of this email that Eric sent where he said that we
10 needed to start adding the Fentanyl confirmation to
11 all of those cases to see how many carfentanils were
12 there.
13     Q    Which exhibit is that?
14     A    That is Exhibit 16.
15     Q    What was the date of that email?
16     A    Um, August 31st of 2016.  So I would guess
17 that summer is when it became apparent to us that
18 carfentanil was in the area.
19     Q    Had you heard reports prior to that time
20 that surrounding counties had started seeing
21 carfentanil cases?
22     A    Immediately prior to when we start seeing
23 it in our area I saw reports about that.
24     Q    Do you recall the first time you ever
25 heard of that?

58 (Pages 226 - 229)

Page 230

1    A   I do not know the date.  And I had
2  mentioned it earlier, I don't remember which county
3  it was out of, it was either Stark or Summit, one of
4  those, were the first ones that I remember hearing
5  that they had a number of overdoses in one weekend
6  and then they had them analyzed somewhere.  I don't
7  know where, it came back as carfentanil.
8    Q   Was that a July 4th weekend by any chance?
9    A   That could be.  I'm not positive.
10    Q   Did you ever speak to the toxicologist in
11  that other county about the carfentanil that they
12  were seeing?
13    A   I did not.
14    Q   Do you know if anyone on your staff did?
15    A   I believer Eric did, Eric Levins.
16    Q   Okay.  Did he ever report back to you
17  about what he learned?
18    A   He probably did because we knew at that
19  point about the carfentanil.  I don't remember a
20  specific conversation though.
21    Q   Is that how you came to first learn of the
22  carfentanil becoming a problem in surrounding
23  counties?
24    A   Yes.
25    Q   Okay.  Going back for a moment to the

Page 231

1  Poison Death Review Committee.  Do you ever recall
2  discussing in the Poison Death Review Committee any
3  discussion about reaching out to drug manufacturers?
4    A   I don't remember that conversation.
5    Q   Do you recall any specific recommendations
6  that may have been related to drug manufacturers?
7    A   I do not.
8    Q   What about drug distributors, did you ever
9  discussion potentially reaching out to drug
10  distributors?
11    A   Who is a drug distributor?
12    Q   That's a good question.  If you don't
13  know, then that's fine.
14    A   Yeah, I don't know who -- what the
15  definition of a drug distributor would be.
16    Q   Okay.  Regardless of whether you know the
17  identity of drug distributors, do you recall anyone
18  in the committee ever discussing maybe reaching out
19  to drug distributors to open a conversation about
20  their concerns?
21    A   No.
22    Q   And same thing for drug manufacturers, you
23  don't recall anyone on the committee maybe
24  mentioning let's reach out to drug manufacturers to
25  talk to them about our concerns?

Page 232

1    A   No.
2    Q   Did anyone discuss reaching out to
3  pharmacies to talk to them about your concerns?
4    A   Possibly.
5    Q   Okay.
6    A   Possibly Rose Allen, the one who was on
7  the pharmacy board.
8    Q   Do you remember what her suggestion was?
9    A   I do not.
10    Q   Was that a topic that was discussed with
11  any frequency?
12    A   I don't remember.  No, I don't remember.
13    Q   It is not something that jumped out at
14  your memory of having attended the meetings?
15    A   No.
16    Q   Have you ever reviewed the complaint in
17  this matter?
18    A   Um, I may have.  I don't remember.
19    Q   Do you know what a legal complaint looks
20  like?
21    A   Not off the top of my head.
22    Q   Okay.  This document I think you probably
23  would have remember.  It is a few hundred pages
24  long?
25    A   Okay.

Page 233

1    Q   So it is pretty lengthy.
2    A   I may have received it, I definitely did
3  not read a 100 page long document.
4    Q   Okay.  Were you ever asked to participate
5  in putting together a complaint for this matter,
6  helping to draft one or contributing any information
7  for one?
8    A   No.
9    Q   Do you have an understanding of what the
10  allegations are in this case?
11    A   I do.
12    Q   Can you tell me what you understand about
13  the lawsuit?
14    A   Um, that our county has incurred a lot of
15  costs trying to combat this opioid crisis and
16  believes that the manufacturers and distributors
17  play a part in the problem that we're seeing in our
18  county.
19    Q   Is that the extent of your knowledge about
20  the lawsuit?
21    A   Yes.
22    Q   Do you know specifically who has been sued
23  as defendants in this case?
24    A   I did see a list, but I don't remember.  I
25  remember seeing pharmaceutical companies, that's all

59 (Pages 230 - 233)

Page 234

1  I remember about that.
2      Q   Do you have any opinions that any retail
3  pharmacy defendant in this case did anything wrong?
4      MR. GALLUCCI:  Objection, beyond the
5  scope.
6      A   I don't have any opinions on that.
7      Q   (Ms. Ranjan) Have you ever done any
8  analysis that would tie any individual's death back
9  to any actions of any particular defendant?
10     A   No, the work that we do would not indicate
11 where the drugs have come from.
12     Q   So you can't say, for instance, that any
13 particular overdose death was caused by a particular
14 defendant?
15     MR. GALLUCCI:  Objection, form.
16     A   Not from the testing that I do.
17     Q   (Ms. Ranjan) And you don't have any
18 opinion that any particular individuals death was
19 caused by any defendant based on the information
20 available to you as CCMEO either?
21     MR. GALLUCCI:  Objection.
22     MS. RANJAN:  Let me phrase that a little
23 differently.
24     Q   (Ms. Ranjan) Do you have an opinion that
25 any particular individual's death was caused by any

Page 235

1  defendant based on the information available to you
2  at CCMEO?
3      MR. GALLUCCI:  Objection.
4      A   Not solely caused by any of the
5  defendants.
6      Q   (Ms. Ranjan) And can you identify any
7  particular individual whose death you believe to
8  have been caused by one particular defendant or
9  group of defendants?
10     MR. GALLUCCI:  Objection, beyond the
11 scope.
12     A   No.
13     Q   (Ms. Ranjan) Let's talk about the files
14 that you have at CCMEO.  You have mentioned a couple
15 now of databases to me.  I think one was Vertiq and
16 one was Pathways.
17     A   Yes.
18     Q   Are there any other places where you keep
19 electronic files in your day-to-day work?
20     A   Other laboratory in the offices for sure
21 have other databases.  I know Justice Tracks is
22 used, beyond that I don't know what other databases
23 are being used.  Toxicology uses Pathways.  And the
24 building as a whole uses Vertiq, but other than
25 that, I'm not aware of other databases what other

Page 236

1  departments are using.
2      Q   Okay.  But just the toxicology lab, the
3  two that you would use would be Vertiq and Pathways?
4      A   Yes.
5      Q   And there was nothing else you would use
6  routinely?
7      A   No.
8      Q   And just generally speaking, can you
9  describe to me what is stored in Vertiq?  I think
10 you mentioned some investigative report, is there
11 anything else?
12     A   Yeah.  Um, I actually don't know the full
13 extent of what is stored in Vertiq because we only
14 have access to certain portions of it.
15     Q   Okay.  That's fair.  Can you just describe
16 to me what is available in the portion that you have
17 access to?
18     A   Yes.  So I am able to pull up a report
19 that shows me a summary of all the cases that came
20 in over a certain time period.  So I can just put in
21 whatever dates I would like to see and it will give
22 me summary of all of the cases that were received in
23 our office during that time.
24     On an individual case, I can get the
25 investigation report.  There is a lot of demographic

Page 237

1  information about the decedent where they live,
2  where they were found dead, what their occupation
3  was, there's a lot of demographic information.
4      There are portions of the database
5  that are filled in describing the progress of the
6  case.  When it was received, when the tox report was
7  received from start to finish.
8      There is a medication inventory on
9  there.  So if I wanted, if I wanted to look up a
10 specific case, I can type in that case and see if
11 there were any medications received with that case,
12 but we also have that information in our case files
13 for the decedent in toxicology.  So I wouldn't
14 really consult it that for that, but you could also
15 do a search for a particular type of drug and see
16 what decedents had that drug in their medication.
17     There's also a portion or a tab where
18 you can click and see what the final verdict on the
19 case was, so what the cause of death was.
20     And I think there's a spot on there
21 where people can write notes back and forth to each
22 other about what's gone on with the case and people
23 that they have discussed with case with.  But
24 toxicology normally does not use that, it seems to
25 be more investigators document what they have talked

60 (Pages 234 - 237)

Page 238

1 to police officers or family or something like that.
2        So, yeah, I think that's most of what
3 I can get.
4    Q    Okay.  Are the autopsy reports stored in
5 Vertiq?
6    A    They may be, I don't have access to that.
7 So not in my Vertiq.
8    Q    You can see the cause and manner and
9 determination?
10   A    Yes.
11   Q    Are the toxicology reports stored in
12 Vertiq?
13   A    No.
14   Q    Are those stores in Pathways?  No, you
15 told me it was just the information to generate the
16 report?
17   A    Yes.
18   Q    So once that final report is generated, is
19 it stored somewhere?
20   A    We have a paper copy of it in the case
21 file.  And I don't know what the official signed
22 copy that goes to the pathologist, I don't know
23 where it goes from there.  And then through
24 Pathways, if we needed to, we could regenerate that
25 report.

Page 239

1        Obviously, it wouldn't be the
2 official one because it wouldn't have a signature on
3 it, but you could regenerate the report through
4 Pathways.
5    Q    You mention a medication inventory that's
6 available in Vertiq.  I think you said there is also
7 a paper copy in your case file?
8    A    Yes.
9    Q    Is that based on the information that was
10 gathered by the investigator?
11   A    I believe that the investigator collects
12 the medications that are on scene and they come to
13 the office with the body and then they're
14 inventoried possibly by receiving, I'm not exactly
15 sure who is doing the inventory of the medications.
16   Q    Are you aware of any other way that a
17 medication makes it onto that medication inventory?
18   A    No.
19   Q    Do you run OARRS reports for overdose
20 cases?
21   A    No.
22   Q    Do you know if anyone in the office does?
23   A    I do not know that.
24   Q    So those are not something that being
25 available to you any in any of your systems?

Page 240

1    A    I don't know if it is available to me
2 because I did have the account at one point.  I
3 haven't tried since we haven't had that Point of
4 Death Review Committee.  So I do not know if I have
5 access still, I have not tried, and no one in
6 toxicology has an account.  At the time it was me
7 and Dr. Gilson.  I don't know if Hugh had access.
8 So people may be looking at them, but I have not.
9    Q    Okay.  Have we discussed everything then
10 that you can recall that you have access to in
11 Vertiq?
12   A    Yes.
13   Q    Let's talk about Pathways.  You said that
14 Pathways houses the results of all of the
15 toxicological testing?
16   A    Yes.
17   Q    What else is stored in Pathways, if
18 anything?
19   A    Well, you don't want to hear about police
20 cases, chain of custody for police cases in there.
21   Q    What are police cases?
22   A    DUID and the drug facilitated sexual
23 assault cases.  We'll have an attachment where we
24 scan in the chain of custody.  We do not do that for
25 the coroner or medical examiner's cases.

Page 241

1        So Pathways can do statistical
2 analysis.  So there is a module where we could
3 search for a certain type of drugs, so that's how
4 Rindi and I did that.  Incident of 6-AM poster.
5        It has nothing to do with the causes
6 of death, it is solely incidents.  So it will go
7 through the Pathways database and find incidents of
8 6-AM and whatever type of case we tell it to look
9 for.  So I can be specific and say, only look at IN
10 cases in 2017 and it will give me back the results
11 of how many, it will tell me what cases had
12 6-acetylmorphine in them and what the concentration
13 was.
14        It can also do statistics on our
15 performance as a laboratory.  It will generate
16 reports on our turnaround times, but yeah, that's
17 all that's in Pathways.
18   Q    Are Pathways and Vertiq, you said those
19 are the only two places that you have electronic
20 records?
21   A    Yeah.
22   Q    Outside of emails, obviously?
23   A    Yeah.
24   Q    Do you also have electronic records on
25 your own computer at the toxicology lab?

61 (Pages 238 - 241)

Page 242

1   A   Okay.  So maybe I wasn't understanding.
2  We do have drives where toxicology has folders.
3    Q   Uh-huh.
4    A   There is a W drive where everybody in
5  toxicology has access to the information that's in
6  the toxicology folder there.  Then the Y drive only
7  select people have access to and that's more of the
8  control documents that they just don't want anybody
9  to be able to change.
10        So those are sections in toxicology
11  that would be storing electronic data.
12    Q   What is stored in the W drive?
13    A   The W drive, I think originally when they
14  made the two drives, they were supposed to mirror
15  each other.  So there's a ton of information.  There
16  is records in there, just on, um, my gosh, like
17  everything that we have in the laboratory.
18        So you could go into records and you
19  could see past order forms that we have put in.  You
20  can see certificate of analysis.  Yeah, I don't
21  know.  That's where we used to store our continuing
22  education articles.  You would go in there to find
23  the article to read.
24        Um --
25    Q   Just basically a general catchall for the

Page 243

1  documents that you generate in the toxicology lab?
2    A   Yeah, that is what it is.
3    Q   So, for instance, you were working on a
4  presentation or something like that, you might store
5  it there?
6    A   Um, I would probably store that on my own
7  personal computer and then save it on a flash drive
8  that is my own personal flash drive.
9    Q   When you say personal computer, do you
10  mean a computer that's assigned to you at the
11  toxicology laboratory?
12    A   Yes, it's a county owned computer that is
13  at my desk.
14    Q   Okay.  Is there anywhere else at the
15  county where you have electronic records that you
16  personally use?
17    A   Um, on my desktop and I think that's
18  probably it then.
19    Q   Okay.  You talked about case files, are
20  those paper files that the office maintains?
21    A   Yes.  We have actual manila folders that
22  will have all of the data that was generated for
23  that case.
24    Q   Do you know how long those are retained?
25    A   I do not remember how long those are

Page 244

1  retained.
2    Q   And you told me that they include paper
3  copies of the final toxicology report and the
4  medication history.  Is there anything else that's
5  included in the case file?
6    A   Yes, all the data that was generated from
7  any assay that was performed for that particular
8  case will be in that folder.
9    Q   Anything else?
10    A   Um, sometimes there will be email
11  communications.  If, for instance, we find a drug
12  that we cannot confirm in-house, there may be an
13  email from Eric to the pathologist asking if they
14  want us to send it out for quantification and then
15  when they respond, that will all go in the folder.
16  That's not required, but you will see that
17  relatively frequently.  If we do send out to
18  reference labs, their report will also be in that
19  case file.
20    Q   These case files are specific to
21  toxicology?
22    A   Yes.
23    Q   So they would not include, for instance,
24  the autopsy reports?
25    A   No.

Page 245

1    Q   Those are stored somewhere else?
2    A   Yes.
3    Q   Do you know if your paper case files ever
4  make it into a larger master file for the case?
5    A   Do you mean actual data that we generate?
6    Q   No, I guess what I'm getting at, for
7  instance, say that I wanted to, you know, see all
8  the documents that the office has on a particular
9  case, would I need to go and get the pathologist's
10  case file and the toxicologist's case file and put
11  those two together in order to see everything or is
12  there some master case file that is housed somewhere
13  that has everything?
14    A   I believe they are actually scanning
15  everything.  So I don't know who it is that you
16  would actually have to contact to get that
17  information, but I believe once they scan
18  everything, you can get the final autopsy report and
19  toxicology report in one electronic file.
20    Q   Okay.  Are there any other paper files
21  that the toxicology laboratory maintains other
22  than the case files?
23    A   Um, we have files for proficiency tests.
24  So it is the same idea, it is just a different type
25  of case.  They're not real cases.  That's how we

62 (Pages 242 - 245)

Page 246

1 show our proficiency through the years to be able to
2 pass these proficiency tests.  So those are the only
3 paper files that we have.
4    Q    Do you have any kind of calibration
5 reports for the equipment that the lab uses?
6    A    We have maintenance logs that shows what
7 maintenance has been performed.  Some of the
8 instruments do generate reports that are like a
9 calibration report that show how the instrument is
10 performing.
11         So we do have those documents on the
12 GC/MS instruments.  Those are called auto tunes.
13         With each batch of testing that we
14 run, we generate calibration data and we have
15 requirements that those have to meet to report out.
16 That would be with each batch that we run.
17    Q    Okay.  Are those stored somewhere, or are
18 those maintenance and calibration reports?
19    A    The maintenance reports, yes, those are
20 all stored together and the calibration reports that
21 I'm speaking of are with the actual data.  So those
22 get stored in a particular case file and we know on
23 that set where that's going to be stored.
24    Q    Okay.  Are there any other electronic or
25 paper files that the toxicology lab maintains that

Page 247

1 we haven't discussed?
2    A    I don't think so.
3    Q    We already talked about the biological
4 samples that come through the lab.  You said those
5 are stored in freezer location by the people who did
6 the accessioning?
7    A    When we have a case that we're actively
8 working on, it is in a refrigerator.  And then when
9 the case is finished, then they're moved over to the
10 freezer for the more permanent storage.
11    Q    Okay.  You also handle DUI cases for the
12 police department?
13    A    Yes.
14    Q    Is it fair to say that alcohol is also a
15 substance that is abused in Cuyahoga County?
16    A    Um --
17        MR. GALLUCCI:  Objection to form.
18    A    Yeah, I don't know that I can say that it
19 is abused, but we do have a lot of cases positive
20 for ethanol.
21    Q    (Ms. Ranjan) In fact, ethanol is one of
22 the substances that you find most routinely in the
23 samples that you can analyze?
24    A    I would agree with that.  I don't know the
25 numbers though.  I would agree we see that very

Page 248

1 frequently.
2    Q    I believe you said that you don't have
3 responsibility for any of the budgetary decisions in
4 the office; is that right?
5    A    No, I do not.
6    Q    So you don't have any opinion as to, well,
7 let me just ask you.  Have the office undergone any
8 kind of changes as a result of opioid abuse in the
9 recent past?
10    A    Yes.
11    Q    Can you describe those for me?
12    A    Um, we have had to add personnel in a
13 number of departments.  I know toxicology we got
14 funding for an additional analyst, drug chemistry, I
15 believe we got funding for an additional analyst,
16 DNA has had to add on.  The investigation staff has
17 had to increase.  Also I believe the pathologist
18 have had to increase due to the number of cases that
19 we have in the office.
20         We've also, as you said before, we
21 had to purchase new instrumentation to be able to
22 detect the low levels of the Fentanyl analogues.  So
23 our laboratory has purchased 2 LC/MS triple quads,
24 which I don't know the exact cost of them, but
25 they're approximately $200,000 each.  And we've also

Page 249

1 purchased a LC or Bee trap, which is one of those
2 high mass resolution analyzers that had been
3 mentioned in an email that Eric had sent.
4         And the cost of that is approximately
5 500,000 for that instrument.
6    Q    Are the LC/MS triple quads used for any
7 purpose other than analyzing Fentanyl analogues?
8    A    One of them is.  We started out with, so
9 when we only had one of them, the Fentanyls were on
10 there with the cannabinoids, the AMIENs and that's
11 it.  And then we got that second triple quad and the
12 Fentanyl assay is alone on the one and now we do
13 cannabinoids, AMIENs and gabapentin on the original
14 one that we have.
15    Q    So in addition to opioids, the LC/MS
16 triple quads are also used for cannabinoids, AMIENs
17 and gabapentin?
18    A    Yes.
19    Q    And the opioids that are tested on the
20 LC/MS triple quads, those are used to test for both
21 illicit and prescription types of opioids?
22    A    Yeah, it is our Fentanyl and Fentanyl
23 analogue assay is what we are running there.  So,
24 yes, the Fentanyl is, I mean, it can be prescribed,
25 but the rest of them are Fentanyl analogues are in

63 (Pages 246 - 249)

Page 250

1  that.
2     Q   In terms of the opioids category, it is
3  just Fentanyl and Fentanyl analogues that are run on
4  that machine?
5     A   Yes.
6     Q   And that's the same for both of those LCMS
7  triple quads?
8     A   Yes.
9     Q   And then you also mentioned an LC or Bee
10  trap?
11    A   Yes.
12    Q   Is that used for any purpose other than
13  opioid detection?
14    A   We just got that instrument.  So we have
15  not started any testing on it yet.
16    Q   When did you buy the two, LC/MS triple
17  quads?
18    A   The first one I'm not sure.  I think we
19  got that in 2014.  The second one, I again do not
20  know the year.  If I could guess, I would say it was
21  around 2016, maybe 2017.
22    Q   So this is roughly around the time frame
23  that we are looking at on that chart earlier where
24  there was a significant bump in the number of
25  overdose deaths that you were seeing, right?

Page 251

1     A   Yes.
2     Q   That's when you made the decision to
3  purchase LC/MS triple quads?
4     A   I don't know when that decision was made,
5  but definitely the second one was purchased in that
6  time frame and the decision was to have been made to
7  purchase it in that time frame.
8     Q   Okay.  And then you also mentioned that
9  you hired an additional person in toxicology, what
10  is that person's name?
11    A   Um, hold on, let me think because we have
12  two new people.  I have to think of who.  Okay.  Her
13  name is Kim Yacco.
14    Q   What is her role?
15    A   I'm sorry, what is that?
16    Q   What is her role?
17    A   She is a Forensics Toxicologist I.
18    Q   When was she hired?
19    A   She was hired, I believe she started maybe
20  three months ago.
21    Q   Okay.  You said that you also hired an
22  additional analyst?
23    A   Yes.  So last, I think this past maybe
24  August she started.  And she was filling in a
25  position that a Former Forensic Scientist II had

Page 252

1  left.
2     Q   Okay.  So that wasn't a new role, it was
3  just filling in a role that someone else had left?
4     A   Okay.  Hold on, give me one second now.  I
5  need to think.
6         We got a new position and our former
7  analyst left.  One of our FS1s filled that FS2
8  position.  I think that Laura left, and then we
9  hired Christie, Christie is actually the new
10  position and then because Cassandra moved up from
11  FS1 to FS2, we her filled FS1 with Kim.
12         So, Christie, oh my gosh, I can't
13  think of her name, it will come to me, I can't think
14  of her last name.  Christie is the one who filled
15  the additional spot.
16    Q   That's okay, her first name is Christie
17  and it sounds like instead of two additional
18  positions, the office added one additional position?
19    A   One additional in toxicology, yes.
20    Q   You also mentioned that there was a DNA
21  analyst who was hired?
22    A   There was at least one.  I don't know how
23  many actually were hired over there.
24    Q   Is that a new position?
25    A   I believe they were new positions.

Page 253

1     Q   When I asked you the question about
2  changes in the office related to the opioid crisis,
3  you said that this DNA analyst was hired as a result
4  of that.  Can you explain that to me?
5     A   So our county is trying to prosecute the
6  dealers of these illicit drugs.  So whenever drug
7  chemistry gets a drugs submission into their
8  laboratory, it actually first goes to DNA and they
9  try to get touch DNA off of the packaging.
10    Q   Do you know when that additional DNA
11  analyst position was added?
12    A   I don't.
13    Q   Have there been any other changes in the
14  office that you would, that you would attribute to
15  the opioid crisis?
16    A   We had to get a mobile unit that's been
17  parked outside now.  I believe it is refrigerated so
18  that if we were to run out of space in our storage
19  that we currently have, they could overflow into the
20  mobile unit that's parked in the garage or like in
21  our receiving department.
22    Q   When did you get that mobile unit?
23    A   I don't know the date of that.
24    Q   Was it in the last year?
25    A   No, it was more than a year ago.

64 (Pages 250 - 253)

Page 254

1    Q    Approximately two years ago, three year
2  ago?
3    A    Two or three years ago is fair.
4    Q    Roughly around that same time frame we are
5  looking at around the chart around the 2015 time
6  frame when there was significant increase in the
7  overall overdose cases that you were seeing?
8    A    Yes.
9    Q    Is it fair to say that the bulk of the
10  changes in the office that responded to opioid
11  crisis have been in that same time frame, roughly
12  2015 going forward?
13    A    Yes.
14    Q    Anything else that you can think of that
15  changed in the office in order to respond to the
16  opioid crisis?
17    A    No, I don't think so.
18    I think I've covered almost everything.
19  We don't need to cover that since we talked about
20  what we just talked about.
21        (Deposition Exhibit Number 19
22        marked for identification.)
23    Q    (Ms. Ranjan) I'm going to show you a
24  document I have marked as Exhibit 19.
25        This is an email, looks like on the

Page 255

1  bottom thread it is from you to Hugh Shannon dated
2  September 27th, 2012.
3    A    Yes.
4    Q    Can you read it allowed for us?
5    A    You want me to read my portion of it?
6    Q    Yes, please.
7    A    I just read this article on Cleveland.com
8  last night.  See link below.  And it seems like the
9  authors info is incorrect.  She states that
10  prescription opiates are killing more people than
11  heroin and cocaine combined.  I was just wondering
12  if anyone had spoken to this woman and where she had
13  gotten her data from.  Seems like she stated pretty
14  much the opposite of what was just discussed in the
15  press conference.
16    Q    Do you recall seeing this article and
17  having that reaction?
18    A    I don't.
19    Q    Do you remember the press conference that
20  you are referencing there?
21    A    I do not.
22    Q    Given the time frame, 2012 time frame, do
23  you think that it is possible that that press
24  conference related to the increase instances of
25  heroin death in Cuyahoga County?

Page 256

1    A    I do.
2    Q    Does that refresh your recollection that
3  that was, in fact, the press conference?
4    A    I do not remember the particular press
5  conference, but I believe it would be about heroin
6  because we were not seeing Fentanyl at that point.
7    Q    Can you recall other instances where there
8  were public statements made that you believe to be
9  inaccurate about the rate of prescription opiate
10  dental in Cuyahoga County?
11    A    Not off the type of my head, no, I don't.
12    Q    You're just not sure one way or the other?
13    A    Um, I feel like I frequently see things in
14  the media that doesn't necessarily match with what
15  we're seeing in our laboratory, but I don't have any
16  any specification examples.
17        MS. RANJAN:  Let's go off the record.
18        THE VIDEOGRAPHER:  Off the record 4:41.
19            (Recess)
20        THE VIDEOGRAPHER:  On the record 4:51.
21    Q    (Ms. Ranjan) Miss Kaspar, I have just a
22  couple more questions for you.
23        Um, the LC/MS triple quad machines
24  that mentioned purchasing in the 2014, 2017 time
25  frame, one of the reasons why you purchased those

Page 257

1  was to test for Fentanyl analogues, right?
2    A    That's what we used the second one that we
3  purchased for so far exclusively.  So I would assume
4  that that's why that was purchased.
5    Q    Okay.  My question is just slightly
6  different though than the question I think you are
7  answering.  The reason why you needed the LC/MS
8  triple quad was to test for Fentanyl analogues,
9  right?
10    A    Um, are you asking because of the
11  concentration that we find them in the cases are so
12  low, is that what you are asking?
13    Q    What I'm asking you have been testing for
14  Fentanyl for years before that?
15    A    Yes.
16    Q    And your equipment had been adequate to
17  test for Fentanyl?
18    A    Yes.
19    Q    So it was the Fentanyl analogues that were
20  the change that necessitated purchasing the LC/MS
21  triple quad machines?
22    A    Yes.  The Fentanyl analogues are
23  frequently at lower concentrations, so we have to be
24  even more sensitive to detect them.
25        They also, um, many of them share the

65 (Pages 254 - 257)

1 same mass, so it is hard to differentiate them, but
2 with the LC-MS/MS, we are able to do that.
3    Q    Okay.  Has anyone asked you to collect
4 your documents in this case?  We talked a lot
5 earlier about a bunch of electronic documents that
6 the toxicology lab has a paper file the toxicology
7 lab has.  And I think you said you have some files
8 on your own computer at the lab and some files on a
9 share drop, electronic files on shared drive.  To
10 your knowledge have those files been collected for
11 this matter?
12    A    So I was asked to put on a flash drive any
13 of the files that I would have relating to any
14 presentation and publications that I made in regards
15 to opiates, so that is what I handed over.
16    Q    Okay.  And is that the extent of your
17 knowledge about what has been collected from the
18 toxicology office in connection with this lawsuit?
19    A    Um, I -- yeah, I have no idea what has
20 been collected.  That's all that I handed over.  You
21 guys obviously have a lot more than that.  I'm not
22 sure what has been collected.
23    Q    Okay.  Did anyone have any conversations
24 with you about collecting anything beyond what you
25 just described about you personally going out and

1 collecting any about what you just described?
2    A    No.
3    Q    And are you aware of anything else being
4 collected beyond what you just described?
5    A    No.
6       MS. RANJAN:  All right.  That's all I
7 have.  I think my co-counsel would like to ask you a
8 few questions as well.  Thank you for your time.
9       EXAMINATION
10 BY MS. O'GORMAN:
11    Q    Good afternoon.  I represent two of the
12 defendants in this lawsuit.  I just have a few
13 follow-up questions for you.  I apologize that I
14 will be jumping around a lot just things that we
15 covered that I wanted to ask you a little bit more
16 about.
17       You were asked about the allegations
18 in the complaint and you testified that you believe
19 the county has incurred costs because manufacturers
20 and drug distributors played a part in connection
21 with the opioid crisis.
22       Do you recall that testimony?
23    A    Yes.
24    Q    Who else played a part?
25    A    Um, I believe that the --

1       MR. GALLUCCI:  I'm going to state an
2 objection, beyond the scope.
3    A    Prescribing doctors, the pharmacists, the
4 individual themself.
5    Q    (Ms. O'Gorman) Are you aware of any way
6 to determine what part or what portion or percentage
7 each of these various players is responsible for?
8       MR. GALLUCCI:  Same objection.
9    A    I don't have that information.
10    Q    (Ms. O'Gorman) Do you know if anybody
11 does?
12    A    Um, anyone at my office?
13    Q    Just anyone that you are aware of?
14    A    Um, I'm -- I'm no, no one that I
15 personally am aware of.  Actually, there are people,
16 but I don't know of anyone.
17    Q    Are you aware of anybody in the toxicology
18 office at the Cuyahoga County Medical Examiner's
19 Office who has been terminated for cause?
20    A    No.
21    Q    Do you know somebody named Gadean Sirn,
22 S-I-R-N?
23    A    Yes.
24    Q    Is he still working at the Cuyahoga County
25 Medical Examiner's Office?

1    A    No, he is not.
2    Q    Do you know the circumstances under which
3 he left?
4    A    I do know that he was fired.  He was in
5 the drug chemistry department though.  I don't know
6 the exact circumstances of what happened.
7    Q    Do you know what kind of work he did in
8 the drug chemistry department?
9    A    I don't.
10    Q    And that's the department that would test
11 physical samples as opposed to biological samples?
12    A    Yes.  They receive actual drugs specimen
13 and have to test and determine what is present.
14    Q    Do you recall your testimony about access
15 to other's data for the purpose of your work on the
16 Poison Death Review Committee?
17    A    Yes.
18    Q    Do you know if anybody for the Cuyahoga
19 County Medical Examiner's Office has reviewed OARRS
20 data since 2013?
21    A    I don't know that.
22    Q    Do you still have the print-out of the
23 OARRS data that you referenced in the emails you
24 looked today?
25    A    I believe that I do.

Page 262

1    Q    And where do you have those?
2    A    Um, I'm assuming they're in my desk filing
3  cabinet drawer.
4    Q    Okay.  So if we asked your counsel to
5  provide those to us, would you be able to take them
6  out of your desk and produce them?
7    A    I believe that I would.
8    Q    What do the print-outs entail?
9    A    Um, I don't remember because I haven't
10  looked at them in a long time.  They -- I'm assuming
11  they have the person's name on them and then there
12  must have been a certain amount of time that we were
13  able to look back.  So we must have picked a time
14  frame to look back and then you would just see what
15  prescriptions were present on that person's OARRS
16  report.  I believe the prescribing doctor was on
17  there, I believe that there was a date that the
18  prescription, there was some date, I'm not sure when
19  the prescription was written or when it was filled.
20        And then I believe you could also see
21  what quantity of pills the prescription was for and
22  how it was supposed to be taken.  I believe all of
23  that was on there.
24    Q    So would you have a print-out for each of
25  the individual cases that you were reviewing?

Page 263

1    A    Yes.
2    Q    Did you obtain medical records for any of
3  those cases?
4    A    I did not.
5    Q    Do you know if anybody on the Poison Death
6  Review Committee did?
7    A    I don't know for sure.  Dr. Gilson may
8  have if someone did, it would have been him.
9    Q    Do you recall Exhibit 13 in which you
10  there was a question raised about whether a
11  complaint could be made to the Ohio Medical Board?
12    A    Um, yes, I recall this email.
13    Q    Were you ever contacted by a member of the
14  Ohio Medical Board for information about suspected
15  cases of doctor shopping?
16    A    I was not.
17    Q    If you recall looking at Exhibit 12, there
18  was an incident of suspected doctor shopping that
19  came to your attention.
20        Do you remember being asked about
21  that?
22    A    Yes.
23    Q    Do you recall any other instances of
24  suspected doctor shopping that came to your
25  attention at the time of the Cuyahoga County Medical

Page 264

1  Examiner's Office?
2    A    There was a case where I remember the
3  investigation, investigation report saying that the
4  person was suspected of doctor shopping.  So they
5  probably got that from the family.  I don't even
6  know, that may have been this case.  The way that I
7  stated this, I actually say the investigation report
8  is where I got that information from.
9        So they must have made a comment
10  about how many oxymorphone prescriptions, they must
11  have said something that made me think that because
12  we don't typically know how many people have
13  prescribed opioids to people based on the scene.
14    Q    You are not aware of anybody at the
15  Cuyahoga County Medical Examiner's Office reporting
16  any doctors who are suspected of inappropriate
17  prescribing, are you?
18    A    I don't know of anybody.
19    Q    As part of your work to accomplishments
20  and challenges session to decedent medical records?
21    A    Not that I know of.
22    Q    Does anybody in the office have access to
23  medical records?
24    A    I would believe that the pathologist would
25  have access to that.

Page 265

1    Q    You talked about a mobile unit that was
2  brought in in the event of overflow capacity was
3  needed.  Do you know whether that has ever been used
4  for that purpose?
5    A    I do not believe we have had to use that.
6    Q    You testified earlier that you're not a
7  medical doctor, correct?
8    A    Correct.
9    Q    Have you ever been participated in a call
10  by a drug manufacturers to a doctor's office so
11  where a drug representative would go in to speak to
12  the doctor.  Have you ever participated in any such
13  communication?
14    A    No.
15    Q    Have you ever seen promotional materials
16  for opioid medications?
17    A    I'm sure that I have.  I can't think of
18  any specific ones.
19    Q    Under what circumstances would you have
20  seen it?
21    A    Um, I would think I have seen one on TV,
22  but I can't think of any specific ones.
23    Q    Can you think of any specific drug that
24  these television ads might have related to?
25    A    No, I can't.

67 (Pages 262 - 265)

Page 266

1    Q   Do you have any knowledge in which
2  frequency doctors from Cuyahoga County have received
3  promotional visits by pharmaceutical companies?
4    A   No, I do not.
5    Q   Do you have any knowledge of specific
6  promotional campaign for opioid medications that you
7  consider to be false or misleading?
8    A   No, I do not.
9    Q   Do you have any knowledge of any specific
10  doctor who received false or misleading information
11  during promotional visits by a opioid manufacturer?
12    A   No, I do not.
13    Q   Do you have any knowledge regarding any
14  doctors reaction to promotional visit by an opioid
15  manufacturer?
16    A   No, I do not.
17    Q   And you can't identify any prescription
18  openings that were written for a patient because of
19  a promotion a pharmaceutical company?
20    A   No.
21    Q   Can you identify doctors who changed their
22  prescribing practices and prescribed opioid
23  medications because of a visit by a pharmaceutical
24  manufacturer to their office?
25    A   No.

Page 267

1    Q   Do you have any knowledge of how drugs are
2  regulated in this country?
3    A   No.
4    Q   Are you aware that the FDA approves
5  labeling for medications?
6    A   Yes.
7    Q   Are you aware that manufacturers of
8  medications are required to submit their labeling to
9  the FDA for approval?
10    A   Yes.
11    Q   Are you aware that manufacturers are also
12  required to submit promotional materials to the FDA?
13    A   No.
14    Q   Have you ever contacted any manufacturer
15  of opioid medication?
16    A   No.
17    Q   Have you ever looked at a website of any
18  opioid manufacturers?
19    A   Yes.
20    Q   When did you do that?
21    A   I know that I have looked at the website
22  for, I think when I was making one of my
23  presentations I was talking about the formulation
24  changes of Oxycontin and Opana, and I believe one of
25  my references was the maybe Endo website for the

Page 268

1  oxymorphone and the Opana.
2        They must have had some sort of press
3  statement about how they were changing the
4  formulation and when that was going to occur.
5    Q   And you went and visited the website to
6  look at that information or did you capture it and
7  lump it in your presentation?
8    A   Yes, I put that information in the
9  presentation.
10    Q   Do you know why you included that
11  information?
12    A   That was one of my hypothesis why people
13  may be starting to use heroin was that the
14  formulation change on those two prescription
15  medications made it more difficult for them to
16  abuse.
17    Q   How did you formulate that hypothesis?
18    A   That was just something that I came to on
19  my own.
20    Q   Did you speak with anybody at the medical
21  examiner's office about it?
22    A   Um, I'm assuming I did.  Probably Eric
23  Lavins, my supervisor and I believe Dr. Wyman was
24  the chief toxicologist at the time.  I would think
25  that I had conversations with them about that.

Page 269

1    Q   Do you recall what their response was?
2    A   No, I don't.
3    Q   Were you of the belief that the change in
4  formulation made these drugs more difficult to
5  abuse?
6        MR. GALLUCCI:  Objection, outside the
7  scope.
8    A   Um, I believe that it did make them more
9  difficult to abuse.
10    Q   (Ms. O'Gorman) Is there an IT person in
11  the Cuyahoga County Medical Examiner's Office?
12    A   Yes.
13    Q   Who is that?
14    A   Um, there are three of them.  Bill Lexy is
15  the one we deal with most frequently because
16  Pathways database is his.  He created it.
17        Um, Bhavna Patel.  That's
18  B-H-A-V-N-A, I believe is how she spells it.  And
19  Jody Schneider.
20    Q   So Pathway is a custom system for the
21  purpose the Cuyahoga County Medical Examiner's
22  Office?
23    A   It is.
24    Q   The other system is called Vertec?
25    A   Vertiq.

68 (Pages 266 - 269)

Page 270

1    Q    Is that a custom system as well?
2    A    I don't think so.
3    Q    Do the Vertiq and Pathfinder, Pathway
4  systems communicate with each other?
5    A    No.
6    Q    Is there any reason why the toxicologist
7  department doesn't use the Vertiq system?
8    A    I have no idea why we selected Pathways.
9  I don't even know if Vertiq has the capability to
10 have a module for toxicology.
11        MS. O'GORMAN:  I have nothing further,
12 thank you.
13            EXAMINATION
14 BY MR. EMCH:
15   Q    How you holding up?
16   A    I'm pretty tired.
17   Q    First question is, have you ever in your
18 professional career up to this date talked this much
19 in one day?
20   A    No.
21   Q    Okay.  I'll try to be pretty brief.  I
22 apologize in advance if there is anything that
23 sounds duplicative, I'm sorry about that.  Sometimes
24 we all get lost in all of the stuff that's going on.
25 So my memory is not the best in the world.

Page 271

1    A    Okay.
2    Q    So let me know if you think you have
3  already answered the question and I will probably
4  accede to that request and I will withdraw it, okay?
5    A    Okay.
6    Q    You read the complaint, I think, or you
7  looked at the complaint in this case?
8    A    I definitely looked at it.
9    Q    You read the name, the names of the
10 defendants?
11   A    I did.
12   Q    In the case?
13        MR. GALLUCCI:  I will state an objection.
14 I don't think that was the testimony.  There is a
15 distinction between the complaint and list of
16 defendants.
17   Q    (Mr. Emch) You have read or seen a list
18 of the defendants, the name of the defendants in the
19 case?
20   A    I have.
21   Q    I will just mention the ones that our drug
22 distributors, okay?
23   A    Okay.
24   Q    AmerisourceBergen Drug Corporation, you
25 ever hear of them?

Page 272

1    A    No.
2    Q    McKesson Corporation?
3    A    Maybe.  I don't know, we have gloves from
4  McKesson.  I don't know if that's the same company
5  or not.
6    Q    If you did hear of them, did you know of
7  them as a distributor?
8    A    No.
9    Q    And Cardinal Drug?
10   A    No.
11   Q    Endo?
12   A    No.
13   Q    Prescription Supply Incorporated?
14   A    No.
15   Q    HBC Service Company?
16   A    No.
17   Q    HD Smith?
18   A    No.
19   Q    So I take it correctly that you don't have
20 any personal or professional information or
21 complaint of any kind about any of those defendants
22 that I have just named for you or any suggestion
23 that any of them might have any responsibility with
24 respect to the so-called opioid epidemic?
25        MR. GALLUCCI:  Objection to form and

Page 273

1  foundation, outside the scope.
2    A    I don't understand what those companies
3  do, so I don't have an opinion right now on whether
4  or not they played a part in any of this.
5    Q    (Mr. Emch) Have you ever, to your
6  recollection, either heard a discussion in a meeting
7  or seen a report from any of the various agencies
8  around the state or any the county that have been
9  addressing this issue over the past many years or
10 been any conversations with Dr. Gilson or others in
11 connection with committees you may have served on or
12 anything else that suggested that any of these
13 distributor defendants had responsibility for the
14 opioid epidemic?
15   A    I do not know.
16   Q    Do you remember any?
17   A    Right now, I do not remember any.
18   Q    I will also skip around.
19   A    Okay.
20   Q    A little bit.  Your soiree into the world
21 of OARRS, was that at the request, I think, of
22 Dr. Gilson; is that right?
23   A    Yes.
24   Q    What hoops did you have to jump through in
25 order to get access to OARRS, do you understand my

69 (Pages 270 - 273)

Page 274

1 question? I'm using a technical term, what hoops
2 did you have to jump through?
3    A   Um, there were hoops, I don't remember all
4 of them. I know Dr. Gilson made an account, but I
5 believe that he was not able to request the reports
6 and then himself, give himself access.  So I needed
7 to have an account so I could be the person to
8 requests the reports and then I believe he would
9 give the okay that I could have those.
10    Q   Did you deal with people at the board of
11 pharmacy yourself in order to get access?
12    A   No.
13    Q   Did anyone place any limitations on you,
14 for example, did they say to you, make any limits on
15 whose records you could look up or anything?
16    A   Yes.  We were only allowed to look up the
17 cases that were involved with our Poison Death
18 Review Committee.  So we get a list each month of
19 the decedent from the prior month, or whatever the
20 time frame was, and those were the ones I was
21 allowed to look up.  I was not allowed to look up
22 other decedents or people in general.
23    Q   So those were all drug overdose or drug
24 poisoning death cases?
25    A   Yes.

Page 275

1    Q   All right.  And you were doing this, for
2 lack of better terminology retrospectively, right?
3 These cases were all autopsy and basically closed
4 cases.  And so you went back a year or so and picked
5 up and looked at each of those individual death
6 cases?
7    A   I don't believe that they were closed
8 cases.  There might have been more than a month lag,
9 but the way I'm remembering it is that we would
10 discuss the cases from the month prior.  So the
11 toxicology, or some of the toxicology would be
12 performed.  I don't believe all the toxicology was
13 necessarily finished on all of those cases and so
14 then the cases would not have been completed.
15    Q   So you did this over a long period of
16 time?
17    A   We did it over a period of one year.
18    Q   All right.  And I believe you testified, I
19 just want to confirm, do you have any knowledge as
20 to whether or not the forensic pathologist in your
21 office routinely accessed OARRS?
22    A   I do not know that.
23    Q   You testified, again, correct me if I've
24 got this wrong, but my understanding is you
25 testified about some additional staffing and some

Page 276

1 additional equipment?
2    A   Yes.
3    Q   That your office has gotten that you are
4 aware of.
5       I think I heard you say that those
6 additions occurred around the 2015 and forward time
7 frame; is that right?
8    A   Yes.
9    Q   And do you agree that all of those or do
10 you attributable those additions, the additional
11 staff, the additional equipment, et cetera, do you
12 attribute that to added caseload as far as drug
13 poisoning deaths are concerned?
14    A   I do.
15    Q   Do you agree that all of the added
16 caseload, the entire added caseload that we're
17 talking about that caused these increases are due to
18 heroin, cocaine, carfentanil and the Fentanyl
19 analogues that came into play in 2014 and 2015?
20    A   I can't say with certainty that all of
21 them are, but a majority of them, yes.
22    Q   Let's look, you will have to help me with
23 the number because I don't have the number on this
24 sheet.  Will you go back to that, to the page with
25 the most commonly found drugs?

Page 277

1    A   Exhibit 14.
2    Q   Exhibit 14.  And the most common drugs, do
3 you see that?
4    A   Yes.
5    Q   All right.  If you are go back to 2010,
6 you see the brown line that is all opioids, not
7 including Fentanyl?
8    A   Yes.
9    Q   You see that one?
10    A   Yeah.
11    Q   What's the high point, what's the most?
12    A   For 2010 you said or for all?
13    Q   I'm looking for the whole line.  What's
14 the highest number there, what year?
15    A   Oh, sorry, okay.  You are asking the
16 either highest line in the year 2010.
17    Q   It is 113, right?
18    A   I am not seeing where you are looking.  I
19 see 113 in 2011.
20    Q   Right, 2011.  That's the highest point for
21 all opioids?
22    A   Yes.
23    Q   You agree with me that every increase, I
24 mean, after 2011, the all opioid line is fewer than
25 113, isn't it?

70 (Pages 274 - 277)

Page 278

1    A    Yes.
2    Q    No caseload increase after 2011 attributed
3  to all opioids, except for Fentanyl --
4         MR. GALLUCCI:  All opioids, not including
5  Fentanyl confirmation.
6    Q    (Mr. Emch) Right.
7    A    Yes.
8    Q    And every number that indicates an
9  increase after 2011 is either heroin, cocaine,
10  carfentanil or again, Fentanyl showing up in 2014
11  and 2015 when the analogues came on the scene?
12    A    Yes.
13    Q    So, again, you agree with me that the
14  increases in the caseload and the need for the
15  additional staffing and equipment since 2011,
16  occurring in 2014 and 2015, is all because of
17  increased deaths due to heroin, cocaine,
18  carfentanil, Fentanyl analogues?
19         MR. GALLUCCI:  Objection to form,
20  foundation, misrepresents prior testimony.
21    A    Um, I agree that those all increased and
22  caused the increase in the cases that we've had in
23  our office.
24    Q    (Mr. Emch) I want to ask a few questions
25  about going back to, help me understand how, a

Page 279

1  little bit how your office works.  I'm not going to
2  spend seven hours on this, on a particular area.  So
3  let me start with, do you folks in the toxicology
4  department, do you have any direct involvement in
5  the determination of the cause of death?  By that I
6  mean, what actually goes into that space on the
7  death certificate?
8    A    Um, we do not.  We do not provide the
9  cause of death if that's what you are asking.
10    Q    Do you talk with the pathologist about
11  that, do you get with them at any point or do they
12  come to you and say, here is the toxicology report,
13  let's talk about what I should put in for the cause
14  of death.
15    A    The chief toxicologist does.
16    Q    That's part of my question.  You, as a Tox
17  III don't do that.  You submit your stuff to the
18  chief toxicologist and he or she does that?
19    A    Yes.
20    Q    Has that been the routine ever since you
21  came back in 2010?
22    A    Um, I would say the supervisor or the
23  chief toxicologist is the one that will speak with
24  the pathologist.  Except for when we did not have a
25  chief toxicologist.

Page 280

1    Q    Okay.  Now, if I understand the process
2  correctly, the forensic pathologist who is on a
3  particular case will fill out a little form that
4  comes to toxicology that says what he or she wants
5  done as far as the testing is concerned?
6    A    Yes.
7    Q    Is it a form?
8    A    It is a form.
9    Q    Is that form or does that form become a
10  part of the toxicology report?
11    A    That form will not show up as part of the
12  report other than we indicate on the report all of
13  the specimens that we received.  So that's the only
14  overlap between those two documents.
15    Q    So if we wanted to see for a particular
16  case what the pathologist involved actually
17  requested originally be done, we would have to see
18  the form?
19    A    Yes.
20    Q    I mean, we can't define that from looking
21  at the toxicology report; is that right?
22    A    No.
23    Q    Where does the form exist?
24    A    The form is placed into the folder, the
25  case file.  So an actual manila folder they are

Page 281

1  placed in.
2    Q    Is that something, if you know, that would
3  be considered a part of the autopsy report?
4    A    I do not believe that that is a part of
5  the autopsy report.
6    Q    Does it go into the Pathways computer, the
7  form or the program sorry?
8    A    For these cases it is scanned into there,
9  but for our, for our medical examiner cases, we have
10  not scanned those in yet.
11    Q    So, again, the place that we would need to
12  go if we wanted to see the form would be the paper
13  individual files?
14    A    Yes.
15    Q    Okay.  Now, we talked a lot about the
16  assays that are done.  If I understand just very
17  generally, correctly, you go in first to sort of get
18  a yes or no.  It is there or it is not.  And then
19  you go forward based upon the needs or desires of
20  the pathologist to be more specific and find out by
21  quantifying the individual drugs that are positive?
22    A    No, um, they request the testing up front
23  and we will run our screens and then based on what
24  the screens determine, we move forward with
25  confirmation testing based off of that.  The only

71 (Pages 278 - 281)

Page 282

1 time we really need to consult the pathologist would
2 be if we don't have sufficient sample to do all of
3 the testing that we need to for confirmations, then
4 we might ask them to prioritize what testing they
5 would like done.  Um, or if we detect in one of our
6 screens an analyte that we cannot quantitate
7 in-house, then we could discuss with them whether or
8 not that needs to be sent out for quantitation.
9     Q    So when the pathologist, for example, says
10 do the comprehensive screen?
11    A    Yes.
12    Q    All right.  Then you automatically know
13 you are going to do the comprehensive screen.  You
14 are going to check for whether it is there and you
15 are going to quantify it if it is there?
16    A    Yes.
17    Q    You will also quantify, look for and
18 quantify additional items that are on the
19 comprehensive test if the pathologist request it?
20    A    Yes.
21    Q    We talked, well, let me ask you this.  In
22 your experience with the medical examiner's office
23 in Cuyahoga County, would you agree with me that the
24 majority of the cases that you do toxicology reports
25 on, involve multiple drugs, rather than a single

Page 283

1 drug?
2     A    I do not know the statistics on that.
3     Q    How would you characterize the answer to
4 the question, how many or what percentage or what
5 proportions of what you see as far as you're aware
6 of as far as the toxicology testing and the results
7 of those tests involve multiple drugs?
8     A    I'm sorry, can you reask?
9     Q    How would you characterize, I ask the
10 question by saying majority.  Is it a lot, is it a
11 bunch, is it more now than before, how would you
12 characterize the number that involve multiple drugs?
13    A    Are you asking specifically about overdose
14 cases?
15    Q    Yes.
16    A    Um, yes, I would say there's a lot.  I
17 don't know the percentage so I don't know if it is
18 most of them or not.
19    Q    I want to go now to sort of the next
20 level.  We are talking about what you screen for and
21 what you are looking at, you get results back.  You
22 being the Toxicologist III who is doing the testing
23 for a particular case, okay?
24    A    Yes.
25    Q    So you get the results back and you have

Page 284

1 finished what you are doing and you have quantified
2 all of the drugs that you have found.  Is there a
3 hurdle that you have to jump over before you put
4 them in a report?  When you talked about a report,
5 you talked about, am I correct, the initial tox
6 report that you do that you give to the chief
7 toxicologist, is that a correct understanding of the
8 report?
9     A    When I talk about a report, I'm talking
10 about the actual final toxicology report which is
11 generated typically by the chief.  So that has all
12 of the results from all the testing that has been
13 completed.
14    Q    All right.  Let me break that a little bit
15 of what you just said if I understood.  So the
16 report, when you talked about it in your testimony
17 today, when you talk about our report or the report,
18 you mean the final toxicology report?
19    A    Yes.
20    Q    And I want to know, again, how that gets
21 developed.  You do the testing.  And is it just a
22 straight report from you, you test, you find the
23 drug, series of drugs, you quantify the drug as best
24 you can and you give all of that to the chief
25 toxicologist?

Page 285

1     A    So it is not just me.  I will perform
2 whatever assay I'm, that I might need to do on the
3 case, but everybody, depending on what the case is
4 positive for, there will be a number of different
5 analyst who all provide data from different assays
6 that they run.
7         So, for instance, if it was cocaine
8 and Fentanyl and opiates positive on ELISA, I would
9 run the opiate confirmation, Carrie would run the
10 Fentanyl confirmation and maybe Cassandra would run
11 the cocaine confirmation.
12        Then we would all individually
13 written up our data for those three specific assays
14 and they have been reviewed by someone else.  Then
15 we enter our result in the Pathways.  Once all of
16 the results for a case have been entered there is no
17 open testing, then the chief toxicologist can pull
18 that case to review and then generate the final
19 report.
20    MR. GALLUCCI:  Before we get to the next
21 question.  I'd like to object for the record for the
22 time.  We have seven hours at this point.
23    MR. EMCH:  I've never done that.
24    THE VIDEOGRAPHER:  Let's go off the
25 record.

72 (Pages 282 - 285)

Page 286

1       (Off the record.)
2       THE VIDEOGRAPHER:  On the record 5:32.
3    Q    (Mr. Emch) I don't mean this in a
4  pejorative way, from your standpoint as the Tox III,
5  you're the messenger and you do the screens and the
6  testing on the drugs that you find, and you quantify
7  them as best you can and pass that on, you don't
8  make any cuts?
9    A    Um, I don't understand what you are
10  talking about make any cuts, but yes, everything up
11  until that point I understood.  Yes, that is what
12  happens.
13    Q    What I mean by cuts, is again, if you
14  don't eliminate any drugs because their present only
15  in a therapeutic level or only at a low level, from
16  your perspective given your background and
17  knowledge, if they're present and you quantify them,
18  they go in what you give to the chief toxicologist?
19    A    Yes.  If they meet the requirements for me
20  to report, then that will go into Pathways and that
21  is what the chief toxicologist will get.
22    Q    What are the requirements from your
23  perspective then because I want to make this as
24  quick as I can.  I'm just trying to find out if you
25  eliminate anything that comes up in your testing, if

Page 287

1  you have ten drugs that you are looking for and you
2  find eight of them and you quantify all eight of
3  them, do all eight of them go to the chief
4  toxicologist.
5    A    So if I felt that they could be quantitive
6  then, yes, they would go to him.
7       We have a lot of criteria that need
8  to be met to be able to report out these analytes.
9  For instance, I was saying before we have a
10  calibration curve.  The concentration needs to fall
11  somewhere on that curve to be able to give a
12  quantitative value for that analyte.
13    Q    So that's, I'm sorry, that's a range,
14  right, that's lowest?
15    A    Yes.
16    Q    Okay.
17    A    It also needs to be above the level of
18  detection that we have established in our validation
19  procedures, and that is all in our standard
20  operating procedures.
21       So if the analyte meets all of our
22  chromatographic requirements, but it is at a
23  concentration less than our LOD, we cannot report
24  those.
25       In addition to the concentrations,

Page 288

1  there are chromatographic requirements.  So that
2  means the quality of the peak that we are looking
3  at.
4       So if it does not meet requirements
5  for that, then we won't report it.  But normally in
6  those instances I would run a different matrix to
7  try to get that analyte to be able to report it.
8       So if we feel that it is there and I
9  cannot report it due to some sort of chromatographic
10  interference, I will either repeat that sample or
11  run out another sample from that case to try to get
12  that analyte.
13    Q    All right.  But does any part of the
14  process that you go through involve a determination
15  by you that the particular substance that you found
16  and quantified was there in a sufficient level to
17  have caused death?
18    A    I'm sorry, can you ask the beginning part
19  of that question again?
20    Q    Do you make a determination before you
21  report it up that it is there in a sufficient
22  quantity to have caused death?
23    A    I may in my head make that determination,
24  but I don't speak to anyone about that.  So there
25  may be a level that I think is extremely high, but

Page 289

1  other than saying that to the chief or the
2  supervisor that, wow, look at this case, this is
3  really high.  No, I don't.  I don't make that
4  determination.
5    Q    And this is where I was more directed
6  towards the ones that would be low or lower than
7  rather than extremely high, which is what I meant by
8  cut.  You don't make a decision, well, this is not
9  high enough to actually cause a death, so I'm going
10  to take it off.  You don't do that?
11    A    No.
12    Q    Does the chief toxicologist do that?
13    A    He can take things off of the report, but
14  it would more typically have to do with the
15  chromatography.  So if he is not happy with how it
16  looks and he doesn't feel like we should put
17  ourselves out there and report that.
18    Q    Do you know, well, you had testified, as I
19  recall earlier, about a couple of references that
20  could be used to see what, what literature, what
21  indication folks were willing to give about levels
22  that were therapeutic, ranges were therapeutic and
23  ranges that were lethal.
24       Do you remember that?
25    A    Yes.

73 (Pages 286 - 289)

Page 290

1    Q    You mentioned a North Carolina thing?
2    A    Yes.
3    Q    Is there a name for that so we can find
4  it?
5    A    It is on their website.  I don't know what
6  the specific name is, but neutral test have a link
7  to a PDF file that they've created and I'm not sure
8  if they have on there where they got these ranges
9  from or not.
10    Q    Where is it, what's the website?
11    A    It is on the website for the medical
12  examiner's office for the State of North Carolina.
13    Q    All right, okay.  It is sort of a chart or
14  a spreadsheet of drugs?
15    A    Yeah.  If I recall you would click on the
16  toxicology link and it would be located on their
17  page.
18    Q    Did I hear you mention a second one, was
19  the Basalt?
20    A    Yes.
21    Q    Does your office rely upon Basalt?
22    A    Yes.
23    Q    The 11th Edition?
24    A    I don't know what edition we are on right
25  now.

Page 291

1    Q    All right.  Now, do you know what process
2  the chief toxicologist goes through, him or herself,
3  or in conjunction with the pathologist involved to
4  make a determination about what drugs that are on
5  the toxicologist report might be implicated in the
6  cause of death?
7    A    I do not know that.
8    Q    All right.  Do you know if, then I assume
9  you don't, but I will ask, do you know if a
10  determination is made by the chief toxicologist and
11  the pathologist that each drug that is listed as
12  cause of death alone was sufficient in quantity to
13  have caused the death by itself?
14    A    Can you reask that?
15    Q    Do you know whether or not the chief
16  toxicologist and the pathologist, either alone or in
17  consultation with each other, make a determination
18  with respect to each drug that is listed in the
19  cause of death, that that particular drug in its
20  quantity that was found alone without the others
21  could have caused the death?
22    A    I do not know if that's how they go
23  through the report.
24    Q    In getting the statistics that we talked
25  about, I usually see, usually see the phrase, these

Page 292

1  drugs are associated with or related to death.  If
2  you look at Exhibit 8.  Your little charts that are
3  Exhibit 8.  There are a couple of charts that occur.
4  They use associated with.
5    A    Yes, I see that.
6    Q    I mean, and I think you said that when
7  those stats are pulled, when those indications are
8  pulled that associate, you're going to come up with
9  a larger number than the total number of deaths for
10  that year because they are going to be counted
11  multiple times if multiple drugs were involved,
12  right?
13    A    Yes.
14    Q    You mentioned a personal experience that
15  has impacted your thoughts about opioid and opioid
16  overdose deaths, that being your uncle?
17    A    Yes.
18    Q    Do you have any other personal experiences
19  yourself related to prescription opioid medications
20  that influence your thoughts or feelings about that?
21    MR. GALLUCCI:  Objection, beyond the
22  scope.
23    A    I'm not sure that I understand the
24  question.
25    Q    (Mr. Emch) Have you ever been prescribed

Page 293

1  opioids yourself?
2    A    I have.
3    MR. GALLUCCI:  Objection.
4    Q    (Mr. Emch) Have you taken them?
5    MR. GALLUCCI:  Objection.
6    A    Yes.
7    Q    (Mr. Emch) Did you take them in
8  accordance with the instructions and the limitations
9  that were placed on you by your doctor?
10    MR. GALLUCCI:  Objection, have a
11  continuing objection on all questions related to her
12  own prescriptions.  Yes?
13    MR. EMCH:  I'm sorry?
14    MR. GALLUCCI:  Can we get a continuing
15  objection to your question.
16    MR. EMCH:  Yes, absolutely.
17    A    What was the last question?  If I used
18  them as they were prescribed?
19    Q    (Mr. Emch) Yes.
20    A    Yes.
21    Q    Do you have any friends or family members
22  or have you, yourself taken prescription opioids
23  over a long period of time because of chronic pain?
24    A    No.
25    Q    So you don't have anybody in your family

74 (Pages 290 - 293)

Page 294

1 or any close friends who have done that?

2     A   Um, I don't know if they have or not.

3     Q    All right.  Now, do you have any other

4 personal experience, other than your uncle, I guess

5 is the way I put it?

6     A    Um, we had a family friend who overdosed

7 on heroin and also my sister-in-law's ex-boyfriend

8 overdosed on heroin.  I think that's all of my

9 experiences with that.

10     Q    And do you know anything about the history

11 of those two?

12     A    Um, the family friend I don't know any of

13 the history.  Of my sister-in-law's ex-boyfriend, I

14 do know that he was abusing prescription painkillers

15 before he moved on to heroin.  That's all I know

16 though.  I don't know his prescribing history or

17 anything like that.

18     Q    How do you know that?

19     A    How do I know that he was using

20 prescription opioids.

21     Q    Uh-huh.

22     A    From my sister-in-law.

23     Q    I'm sorry?

24     A    From my sister-in-law.

25     Q    Did he abuse other drugs too?

Page 295

1     A   Um, I think so.

2     Q   Did he abuse alcohol?

3     A   I don't know.

4     Q   Marijuana?

5     A   I don't know.

6     Q   Cocaine?

7     A   I think that he had used cocaine.

8     Q   Okay.  So those three personal

9 experiences?

10     A   Yes.

11     MR. EMCH:  I think that's all I have.

12     MR. RICE:  No questions for me.

13     MR. GALLUCCI:  No questions here.

14     THE VIDEOGRAPHER:  Off the record at 5:44.

15     (End of video deposition.)

16

17

18

19

20

21

22

23

24

25

Page 296

1 State of Ohio

2         SS.

3 County of Cuyahoga

4     I, Randy R. Dunn, a Licensed Certified Court

5 Reporter by the Supreme Court in and for the State

6 of Missouri, duly commissioned, qualified and

7 authorized to administer oaths and to certify to

8 depositions, do hereby certify that pursuant to

9 Notice in the civil cause now pending and

10 undetermined in the Federal District Court, State of

11 Ohio, to be used in the trial of said cause in said

12 court, I was attended at the offices of Kelley &

13 Ferraro, 950 Main Street, in the City of Cleveland,

14 State of Missouri, by the aforesaid attorneys; on

15 the 15th day of January, 2019.

16     The said witness, being of sound mind and being

17 by me first carefully examined and duly cautioned

18 and sworn to testify the truth, the whole truth, and

19 nothing but the truth in the case aforesaid,

20 thereupon testified as is shown in the foregoing

21 transcript, said testimony being by me reported in

22 shorthand and caused to be transcribed into

23 typewriting, and that the foregoing page correctly

24 set forth the testimony of the aforementioned

25 witness, together with the questions propounded by

Page 297

1 counsel and remarks and objections of counsel

2 thereto, and is in all respects a full, true,

3 correct and complete transcript of the questions

4 propounded to and the answers given by said witness.

5     I further certify that I am not of counsel or

6 attorney for either of the parties to said suit, not

7 related to nor interested in any of the parties or

8 the

9

10

11

12    Randy R. Dunn RPR, CRR, CCR No. 193

13

14

15

16

17

18

19

20

21

22

23

24

25

75 (Pages 294 - 297)

Page 298

```
 1        Veritext Legal Solutions
            1100 Superior Ave
 2              Suite 1820
           Cleveland, Ohio 44114
 3          Phone: 216-523-1313
 4
   January 18, 2019
 5
   To: Anthony Gallucci, Esq.
 6
   Case Name: In Re: National Prescription Opiate Litigation
 7
   Veritext Reference Number: 3191878
 8
   Witness:  Claire Kaspar      Deposition Date:  1/15/2019
 9
10 Dear Sir/Madam:
11
   The deposition transcript taken in the above-referenced
12
   matter, with the reading and signing having not been
13
   expressly waived, has been completed and is available
14
   for review and signature.  Please call our office to
15
   make arrangements for a convenient location to
16
   accomplish this or if you prefer a certified transcript
17
   can be purchased.
18
19 If the errata is not returned within thirty days of your
20 receipt of this letter, the reading and signing will be
21 deemed waived.
22
23 Sincerely,
24 Production Department
25
      NO NOTARY REQUIRED IN CA
```

Page 299

```
 1       DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
 2
   ASSIGNMENT REFERENCE NO: 3191878
 3 CASE NAME: In Re: National Prescription Opiate Litigation
   DATE OF DEPOSITION: 1/15/2019
 4 WITNESS' NAME: Claire Kaspar
 5     In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6 my testimony or it has been read to me.
 7     I have made no changes to the testimony
   as transcribed by the court reporter.
 8
   _____
 9 Date          Claire Kaspar
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
   They have read the transcript;
13 They signed the foregoing Sworn
   Statement; and
14 Their execution of this Statement is of
   their free act and deed.
15
   I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
18     _____
   Notary Public
19
   _____
   Commission Expiration Date
20
21
22
23
24
25
```

Page 300

```
 1       DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
 2
   ASSIGNMENT REFERENCE NO: 3191878
 3 CASE NAME: In Re: National Prescription Opiate Litigation
   DATE OF DEPOSITION: 1/15/2019
 4 WITNESS' NAME: Claire Kaspar
 5     In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6 my testimony or it has been read to me.
 7     I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
 8 well as the reason(s) for the change(s).
 9     I request that these changes be entered
   as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____
   Date          Claire Kaspar
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   and acknowledge that:
16
17     They have read the transcript;
       They have listed all of their corrections
18     in the appended Errata Sheet;
       They signed the foregoing Sworn
19     Statement; and
       Their execution of this Statement is of
20     their free act and deed.
21 I have affixed my name and official seal
22 this _____ day of_____, 20____.
23 _____
   Notary Public
24
   _____
25 Commission Expiration Date
```

Page 301

```
 1     ERRATA SHEET
    VERITEXT LEGAL SOLUTIONS MIDWEST
 2      ASSIGNMENT NO: 1/15/2019
 3 PAGE/LINE(S) /       CHANGE      /REASON
 4 _____
 5 _____
 6 _____
 7 _____
 8 _____
 9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 Date          Claire Kaspar
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23 _____
   Notary Public
24
   _____
25 Commission Expiration Date
```

76 (Pages 298 - 301)

[& - 2016]                                                                    Page 1

| **&** |
| --- |
| **&**   1:21 2:5 3:18 |
| 45:12 296:12 |

| **0** |
| --- |
| **001671016**   221:25 |

| **1** |
| --- |

**1**   4:8 24:15,18
  27:19
**1,000**   101:2
**1/15/2019**   298:8
  299:3 300:3 301:2
**10**   4:20 187:22,25
**100**   82:11 233:3
**100,000**   144:14
**10036**   2:20
**102**   163:14 164:1
  164:10
**107**   157:16 203:15
**108**   144:11 176:24
**1095**   2:19
**10:20**   60:15
**10:36**   60:18
**11**   4:21 191:4,7
**1100**   3:12 298:1
**112**   144:6
**113**   277:17,19,25
**117**   4:10
**11th**   290:23
**12**   4:22 194:9,12
  263:17
**12:04**   124:3
**12:48**   124:6
**13**   4:23 25:8
  130:10 196:11,14
  263:9
**1300**   1:23
**132**   159:24,25
  160:3,6
**139**   4:11

**14**   4:24 200:1,4
  277:1,2
**14th**   43:13 194:13
**15**   1:19 5:2 25:8
  55:2,4 126:18,19
  127:2 130:11
  175:2 210:3,6
**151**   4:12
**158**   4:13
**15th**   6:3 184:17,20
  296:15
**16**   5:3 213:8,11
  229:14
**160**   163:15 165:1
  166:15,20
**1600**   3:5
**161**   4:15 174:18
  176:2,21 203:17
**16514**   297:11
**17**   1:3 5:4 217:10
  217:13
**173**   4:17
**176**   145:6
**18**   1:9 5:5 126:3
  221:9,12 298:4
**1820**   298:2
**184**   4:19 203:24
**187**   4:20
**19**   5:8 160:12
  175:3 254:21,24
**191**   4:21 205:15
**193**   297:12
**194**   4:22
**196**   4:23

| **2** |
| --- |

**2**   4:9 43:6,9 93:11
  96:13 248:23
**2,500**   48:15
**20**   299:16 300:22
  301:22

**200**   2:6 4:24
**200,000**   248:25
**20001**   3:20
**2003**   15:17
**2004**   16:3,25 17:1
  17:2,17 18:2
  60:10 75:3
**2005**   16:9,24
**2006**   9:23 47:19,23
  47:24 137:3,5,25
  141:21 144:6,9
  200:21 201:18
**2007**   17:17,20 18:2
  60:11 137:25
  174:18 175:24
**2008**   137:25
**2009**   137:25
**2010**   17:21,23
  18:25 19:10,16
  37:16,16 42:8
  43:13 72:4 77:24
  136:22 137:25
  203:10 277:5,12
  277:16 279:21
**2011**   9:23 19:14
  33:17 137:3,5
  138:1 141:21
  143:9 144:10
  157:11 186:12
  187:1 203:14
  277:19,20,24
  278:2,9,15
**2012**   117:13
  144:10 145:17,20
  147:8,10,14 157:9
  158:25 159:22
  160:6,11 161:6,25
  162:10 163:11,14
  163:23 164:17,23
  165:25 166:8
  174:18 175:12

**176**:2,21 177:8,12
  177:16 194:7
  203:17 255:2,22
**2013**   4:14,16
  145:19 147:10
  152:14 158:14
  162:7,17 177:10
  177:14 184:17,20
  191:16 192:2,9
  193:25 194:5,6
  197:4,16 199:5
  222:8,23 261:20
**2014**   10:24,25,25
  37:6 42:25 43:1
  80:16 173:24
  174:5 180:12
  191:13 193:21
  194:2 196:15
  210:16 212:22
  222:9,23 250:19
  256:24 276:19
  278:10,16
**2014-01108**
  210:20
**2015**   20:16 21:3
  22:8 31:20 33:19
  36:12 80:17 81:17
  82:2 104:21
  130:16 132:13
  194:13 201:20,23
  202:8,13,20
  203:19,24 205:3
  205:10,24 229:6
  254:5,12 276:6,19
  278:11,16
**2016**   31:20 33:14
  33:15,17,20 76:19
  76:23 104:21,21
  104:25 187:9
  200:20 201:23
  202:9,13,20 203:1

[2016 - 9:04]                                                                     Page 2

203:20,25 205:3
205:10,13 206:11
206:18 213:12
215:7 216:13
223:13 229:7,16
250:21
**2017**   36:19,24 37:3
131:11 188:5
200:6,21 201:18
205:13 217:6,7
241:10 250:21
256:24
**2018**   36:10,21,25
81:18 82:2 217:6
217:8,8,15
**2019**   1:19 6:3
296:15 298:4
**202**   3:21
**20525**   2:6
**210**   5:2
**212**   2:21
**213**   5:3
**216**   2:8 3:14
**216-523-1313**
298:3
**217**   5:4
**22,600**   48:3
**22,658**   47:21
**221**   5:5
**22nd**   216:1,11,13
**24**   4:8 175:2
**25**   175:3
**25301**   3:6
**254**   5:8
**259**   4:5
**25th**   161:16
162:15
**26**   164:15,18
217:15
**26th**   158:14

**27.97**   186:18
**270**   4:6
**27th**   117:13
216:11 255:2
**2804**   1:2,3
**29**   175:3 188:11
**292**   186:12
**296**   157:11,16
**29th**   191:13
**2:17**   187:19
**2:46**   187:21
**2nd**   59:1 71:22
72:1

**3**

**3**   4:10 117:5,8
131:25
**3,000**   48:2
**3,500**   48:2,3
**3,563**   47:20
**304**   3:7
**3191878**   298:7
299:2 300:2
**31st**   213:12 229:16
**32**   177:1 218:18
219:25
**320**   203:25
**325**   2:12
**34**   157:21
**340-1172**   3:7
**36**   119:10 163:22
**370**   202:1
**399**   202:25
**3:42**   225:16
**3:59**   225:18
**3rd**   210:16

**4**

**4**   4:11 139:15,18
**40**   174:18 175:24
**400**   48:18

**43**   4:9
**43215**   2:13
**44113**   1:25 3:13
**44114**   298:2
**44116**   2:7
**44141**   14:18
**45004**   1:9
**46**   166:16,17
**46.875**   165:5
**469-3939**   2:14
**492**   206:8
**4:41**   256:18
**4:51**   256:20
**4th**   230:8

**5**

**5**   4:12 151:3,6
**50**   65:22 165:4
166:9
**500**   3:5 48:16
**500,000**   249:5
**52**   144:9
**53**   160:24
**56**   205:11,14 229:7
**5:32**   286:2
**5:44**   295:14
**5th**   188:5

**6**

**6**   4:13 10:2 69:11
111:17 119:8,9,9
119:10,11,21,25
120:6,8,12,16,23
121:6,12,17,24
122:10,14,15
123:16 133:8
135:16,25 137:15
138:3 142:2,3,13
158:9,12 241:4,8
241:12
**600**   2:12

**601**   3:19
**614**   2:14
**64**   163:17 164:2,6
169:4,10,18
**666**   202:2 206:15
206:17,20
**678**   189:18
**696-3670**   3:14
**698-3500**   2:21

**7**

**7**   4:4,15 161:12,15
177:18,20
**70**   186:15 216:2,4
**702**   48:7
**712**   189:18
**712-7452**   2:8
**74**   164:21 219:22
220:3
**75**   164:11 165:1
166:15 170:3
171:2
**77**   145:3
**79**   161:8

**8**

**8**   4:17 173:14,17
175:3 177:17
292:2,3

**9**

**9**   4:19 184:13,16
**90s**   184:5
**92**   202:25
**94**   157:19
**942-6840**   3:21
**950**   1:23 3:12
296:13
**98**   189:19
**9817**   14:17
**9:04**   6:3

[a.l. - addition]                                                        Page 3

**a**

**a.l.**  3:3
**aaaron**  1:4
**abbreviated**
  217:23
**abbreviation**
  119:9
**abbreviations**
  188:10,24 189:2
**ability**  9:7 26:9
  39:4 71:3 181:3
  217:20
**able**  20:4 22:23
  27:9 35:15 36:7,8
  39:9 40:5 41:14
  46:6 51:18 68:21
  70:12 80:5,7
  81:11,13 84:25
  87:9 96:16 108:11
  117:18 133:8
  143:3 148:9 163:4
  165:23 182:17
  209:4 212:13
  228:1 229:1
  236:18 242:9
  246:1 248:21
  258:2 262:5,13
  274:5 287:8,11
  288:7
**abnormalities**
  94:4
**absence**  46:15
  47:3 180:19
**absolute**  111:18
**absolutely**  98:13
  113:23 213:23
  293:16
**abstract**  174:14
**abuse**  47:5 74:4,10
  79:16,17 113:15
  113:18 171:4

  178:2 182:23
  216:2,9,15 222:10
  222:24 227:6
  248:8 268:16
  269:5,9 294:25
  295:2
**abused**  168:16,23
  169:11 247:15,19
**abusing**  294:14
**academy**  153:17
  174:4
**accede**  271:4
**accept**  39:4
**acceptable**  101:5
  110:15
**accepted**  172:20
**accepting**  112:20
**access**  68:17
  162:11,18,21,24
  163:3,5 198:11
  236:14,17 238:6
  240:5,7,10 242:5,7
  261:14 264:22,25
  273:25 274:6,11
**accessed**  275:21
**accession**  50:22
  88:15
**accessioned**  90:6
**accessioning**  50:3
  50:5 51:5,7 88:19
  89:22 107:19
  108:18,23 109:2
  115:24 116:1,2,16
  116:17 247:6
**accident**  106:16
  168:4
**accidental**  44:10
  45:3 106:4 178:1
  178:5
**accomplish**  298:16

**accomplishments**
  264:19
**account**  144:15
  240:2,6 274:4,7
**accurate**  17:11
  51:10 55:25 98:3
  98:12 118:24
  142:5,10 158:14
  165:7,8 166:10
  181:2 201:12
  206:2,3 212:7
**accurately**  198:3
  211:5
**acetaminophen**
  35:1 126:1,8
  128:19,20,22
  129:9,17,18 130:2
  130:3
**acetone**  126:13
**acetyl**  214:6
**acetylmorphine**
  10:2 28:13,20
  69:11 111:17
  120:16,18 135:25
  137:15 138:3
  241:12
**acidic**  128:3
  130:20 131:1,8
**acidity**  131:5
**acknowledge**
  299:11 300:16
**act**  45:11 70:16
  150:17 299:14
  300:20
**actions**  234:9
**actively**  247:7
**activity**  208:11
**actual**  55:21 70:7
  99:14 101:4
  123:23 129:13
  142:8 166:15

  187:12 243:21
  245:5 246:21
  261:12 280:25
  284:10
**ada**  154:13
**adamhs**  147:1
  154:13
**add**  68:3 74:12
  79:18 80:14 81:3
  87:11 111:20
  115:13 124:23,24
  126:1 128:5 215:4
  216:5,8,16,23
  219:9 220:3
  248:12,16
**added**  25:9 51:4
  55:17 110:4,5,8,11
  115:16,18 130:12
  130:13,13 191:1
  206:12 214:9,18
  216:5 219:13,24
  252:18 253:11
  276:12,15,16
**addict**  179:7
**addicted**  114:18
  114:23 115:5
  150:9 170:18
  178:11 184:5
**addiction**  32:4,7
  32:19 114:25
  146:11,11 170:15
  183:16
**addictive**  113:18
**addicts**  148:13,24
**adding**  131:8
  209:15 214:22
  229:10
**addition**  70:13
  82:6 89:19 224:18
  249:15 287:25

**additional** 115:14
124:23 208:14,19
208:24 215:14
248:14,15 251:9
251:22 252:15,17
252:18,19 253:10
275:25 276:1,10
276:11 278:15
282:18
**additions** 25:2
276:6,10
**address** 14:16
67:7 117:9
**addressed** 117:10
149:17 168:25
**addressing** 5:6
221:20 273:9
**adequate** 224:2
257:16
**administer** 296:7
**administered**
160:12,18
**administration**
159:18
**administrative**
25:16 26:15,18,20
26:21 27:9,16
42:20
**admission** 88:18
**admit** 163:20
**adopted** 150:15
**ads** 265:24
**advance** 270:22
**advertising** 32:12
**affixed** 299:15
300:21
**aforementioned**
296:24
**aforesaid** 7:4
296:14,19

**afternoon** 259:11
**age** 7:2
**agencies** 146:3
273:7
**agenda** 152:10
**ages** 175:3
**ago** 251:20 253:25
254:1,2,3
**agree** 24:6 78:16
85:6 97:4,19 98:5
98:10 113:6
140:14 179:14
187:13 222:12
223:1 247:24,25
276:9,15 277:23
278:13,21 282:23
**agreed** 199:12
**agreeing** 223:10
**ahead** 98:8
**aide** 50:4
**al** 1:8,9 6:14
**alarming** 29:19
137:7,10 141:10
**alcohol** 15:22 16:4
247:14 295:2
**allegations** 233:10
259:17
**allen** 153:15 172:9
173:5 232:6
**allocate** 224:2
**allocating** 219:13
**allow** 121:16
136:2
**allowed** 101:1
255:4 274:16,21
274:21
**aloud** 222:6
**amanda** 18:10
**amein** 35:5 100:12
**ameins** 249:13,16

**americas** 2:19
**amerisourceberg...**
3:8 6:15 271:24
**amiens** 249:10
**amount** 36:10
61:17 65:23,25
99:2 100:17 129:4
135:23 171:25
194:22 211:3
212:22 220:12
262:12
**amounts** 99:10
219:20
**amphetamine**
127:8
**ams** 123:16
**analogs** 218:25
223:15
**analogue** 62:10
82:3,4,9 115:16
207:13 208:2
209:6,23 214:3
226:1 249:23
**analogues** 61:24
62:7 82:7,13
112:17 207:19,22
208:6,9,11,21
209:1,12,14 213:5
215:8,13 216:17
217:2,5 218:24
220:13,15 221:1
222:3 223:20
225:21 226:4,8,22
227:9 248:22
249:7,25 250:3
257:1,8,19,22
276:19 278:11,18
**analysis** 63:7,20
69:25 97:3,8
125:19 137:14,24
139:6 144:1

168:10 175:8
193:21 223:22
224:6 225:2 227:8
227:11 234:8
241:2 242:20
**analyst** 84:10
100:22 248:14,15
251:22 252:7,21
253:3,11 285:5
**analysts** 15:9 20:2
58:8 70:25 71:1
85:20
**analyte** 41:14
84:23 85:1,9 87:7
98:24 110:23
111:10,21 282:6
287:12,21 288:7
288:12
**analytes** 81:25
82:21 84:23,24
108:9 115:17,18
119:22 128:15
130:25 287:8
**analytical** 49:5
63:11
**analyze** 247:23
**analyzed** 141:21
227:15,18 230:6
**analyzer** 218:12
**analyzers** 249:2
**analyzing** 249:7
**anesthesia** 223:13
**animal** 220:18
223:14
**animals** 225:1
**annual** 29:23
40:11 184:10
201:7
**answer** 8:11 23:21
54:11 62:3 147:17
151:19 179:22

[answer - assistant]                                                    Page 5

223:9 283:3
answered   271:3
answering   118:4
   257:7
answers   8:5 297:4
antenodal   183:20
anthony   2:4 6:8
   12:11 298:5
anticipated   21:1
antidepressants
   41:21 127:10
anybody   20:3
   21:20 58:20
   111:20 149:4
   167:4 172:14,22
   242:8 260:10,17
   261:18 263:5
   264:14,18,22
   268:20 293:25
anymore   195:4
apollo   13:6
apolloino   35:19
apollonio   13:5,6,7
   36:17,20 54:22
   59:23 66:22 95:16
   96:15 101:3,21
apologize   60:12
   177:21 259:13
   270:22
apparent   229:17
appeal   21:4
appealed   21:2
   22:2
appear   118:6
   134:2 138:20
   156:13 161:25
   172:19 174:23
   178:10 191:25
   193:13,17 216:1
   223:16 299:11
   300:15

appearances   2:1
   3:1
appeared   3:17
   150:9 200:17
   216:14 224:24
appearing   226:5
appears   24:18
   28:4 43:10,15
   62:18 117:21
   132:15 152:10
   158:13 159:19
   161:15 185:7
   188:1 191:8
   200:15 201:10,14
   202:12 203:3,8
   221:12,18
appended   300:11
   300:18
applicable   78:11
applied   19:5
   104:22 177:12
apply   111:24
   112:1
appointed   17:11
approach   60:22
   218:17 220:6
appropriate
   100:16
appropriately
   173:7 225:8
approval   267:9
approved   23:19
   220:21
approves   267:4
approximate
   48:22
approximately
   18:2 33:12,17
   36:15,24 42:24
   48:2 81:20 162:12
   166:12 186:18

248:25 249:4
   254:1
april   36:9,12
   188:5
area   11:20 19:3
   67:2 79:13 81:3,7
   208:9 227:2
   229:18,23 279:2
arnold   3:18
arrangements
   298:15
arrest   45:16
   151:21 159:19
article   98:23 174:4
   174:12 179:12,25
   180:12,20,22
   181:4,5 242:23
   255:7,16
articles   32:15,17
   164:3 174:10
   182:2,5 242:22
ashtabula   39:19
aside   30:14 34:11
   39:14 73:11 75:19
   103:10 111:23
   145:8 158:8
   161:11 173:11
   191:3 193:20
   196:2 199:25
asked   62:6 103:20
   104:11,14 110:7
   118:13 139:14
   162:25 163:5
   167:2 168:22
   181:8 192:7 207:3
   233:4 253:1 258:3
   258:12 259:17
   262:4 263:20
asking   7:12 36:2
   125:6 197:15,18
   244:13 257:10,12

257:13 277:15
   279:9 283:13
asks   90:9
aspirin   10:3 28:13
   28:21
assault   15:4 38:15
   240:23
assay   20:4,5 22:24
   23:2,2,3,14,19,21
   23:23 24:1,5,9
   58:13,21 64:17
   71:23 72:4 82:12
   82:16,21 84:18
   85:17 107:24
   108:9,13 110:14
   114:13 115:15,17
   116:14 128:11
   131:1,6 189:9
   209:10,13,15,22
   215:4,4,15,21
   217:9 219:17
   244:7 249:12,23
   285:2
assays   16:21 22:16
   25:20 34:21,24
   41:11 58:12,17,19
   59:10,13,20,25
   64:15 71:21,25
   86:4 87:1 98:4,12
   107:13,17,18
   108:7,15 111:24
   115:23 281:16
   285:5,13
assigned   59:6,7,12
   59:14,15,16 67:18
   76:12 243:10
assignment   299:2
   300:2 301:2
assist   73:22
assistant   57:23
   58:4 67:16 68:3

**assists** 73:25
**associate** 292:8
**associated** 174:16
176:4 292:1,4
**association** 28:6
29:24 138:9 178:2
**assume** 9:1 65:1
91:15 126:23
132:21 141:15
163:15 164:7
193:18 220:6
257:3 291:8
**assumed** 177:25
**assuming** 40:9
51:21 57:3 117:11
262:2,10 268:22
**assumption**
132:11 160:1
**assurance** 23:17
107:20 109:3,6,10
109:11,23 110:17
115:24
**attached** 117:21
139:24 140:10
156:12 159:1
185:7 186:3
191:22 197:1
300:7
**attaching** 139:25
**attachment** 43:15
185:10 240:23
**attachments**
151:16
**attempt** 69:10
160:20 182:14
**attempting** 152:6
**attempts** 172:7
**attended** 113:24
113:25 232:14
296:12

**attending** 167:2
**attention** 76:15
263:19,25
**attorney** 297:6
**attorneys** 296:14
297:8
**attributable**
175:25 178:1,6
205:19 276:10
**attribute** 253:14
276:12
**attributed** 278:2
**august** 213:12
216:1,11,13
229:16 251:24
**author** 10:12
28:15,19 32:24,25
33:10 102:21
175:10,15 180:23
**authored** 173:19
175:7 179:12,24
180:12 221:18
**authorize** 300:11
**authorized** 296:7
**authors** 255:9
**auto** 246:12
**automatically**
282:12
**autopsies** 91:10
**autopsy** 50:6,8,11
51:11,14 52:13
66:8 68:7 89:9
91:12 128:7
129:16 238:4
244:24 245:18
275:3 281:3,5
**availability**
160:21 178:13
**available** 78:6
92:15 113:7
126:25 159:15

224:21 234:20
235:1 236:16
239:6,25 240:1
298:13
**ave** 298:1
**avenue** 1:23 2:19
3:12,19
**average** 209:9
**aware** 42:14 91:8
92:25 93:4 102:3
107:2 108:8
113:17,19,20
114:2 132:17,22
195:19 196:4
235:25 239:16
259:3 260:5,13,15
260:17 264:14
267:4,7,11 276:4
283:5
**awareness** 190:10

**b**

**b** 27:6,17,18
269:18
**b1** 88:11
**bachelor's** 15:15
**back** 11:19 17:6
17:21 18:5,11,24
19:2,4,6,7,8,9,15
19:18 20:6,22
33:3,16 42:7 52:3
52:20 56:12 57:3
57:4,17 58:15
60:20 68:4 76:25
77:21 80:24 85:14
86:13 88:2 89:18
93:11 104:25
114:12 121:23
122:13 126:24
127:3,5 129:7
132:25 133:22
136:22 144:18

148:15 156:12
173:12 184:18,23
192:22 197:21
213:25 216:10
221:23 222:17
228:24 230:7,16
230:25 234:8
237:21 241:10
262:13,14 275:4
276:24 277:5
278:25 279:21
283:21,25
**background** 15:14
16:22 44:1 117:17
118:7 141:14
286:16
**backgrounds**
118:18
**backing** 164:1
**balraj** 18:12
**baltimore** 17:19
77:22 114:13
**bank** 89:12
**barbiturate** 131:3
**barbiturates**
130:23
**barely** 30:10
**basalt** 102:21
290:19,21
**base** 41:23 42:1
64:17,20 125:22
126:6 128:5,8
219:25
**based** 21:14 41:7
54:5 55:15 65:8
83:3 92:6,19,24
94:24 95:15 97:2
97:8,9 122:5,17
138:20 144:9
150:17 151:9
161:2,4 164:24

**[based - bottom]**

166:7,11 172:12
179:17 181:15,17
183:10 190:15
194:17 198:9
199:5 205:17,23
209:3 216:7 224:8
234:19 235:1
239:9 264:13
281:19,23,25
**bases** 218:18
**basic** 54:4 68:1
124:16,22 125:5,7
125:13,20 127:20
127:23 128:1,2,3,5
130:1 131:16,21
**basically** 28:24
66:22 242:25
275:3
**basing** 48:24
52:17
**basis** 108:16,17
181:24
**bat** 79:19
**batch** 24:3 139:1
246:13,16
**bates** 221:25
**bay** 154:24
**bear** 103:17
**bears** 103:12
**beaten** 71:5
**becoming** 230:22
**bee** 249:1 250:9
**began** 16:2 36:20
37:5 60:10 132:2
223:15
**beginning** 288:18
**behalf** 6:8,10,12
6:14,17,20
**behavior** 169:12
**belief** 269:3

**believe** 10:25 12:5
19:18,25 20:20
21:8 25:3 27:12
34:8 35:10 36:18
38:12 40:2 43:25
49:7 56:19 63:17
63:19 77:13,18
81:18 82:18 84:11
86:10 87:8 90:2
90:13,17 93:21
98:17 99:11
100:21 106:15
116:16 122:3
123:3,18 124:14
129:15,17,22
133:8,14 134:1
143:11 144:12
145:19 147:18
148:21 149:1
151:9,24 154:21
158:18 161:4
163:22 164:15
170:9 172:3 177:7
177:11 180:3
181:7 187:7 190:1
190:2 201:17
212:17 214:25
218:23 227:24
228:12 235:7
239:11 245:14,17
248:2,15,17
251:19 252:25
253:17 256:5,8
259:18,25 261:25
262:7,16,17,20,22
264:24 265:5
267:24 268:23
269:8,18 274:5,8
275:7,12,18 281:4
**believed** 11:23
179:25

**believer** 230:15
**believes** 190:14
233:16
**bench** 59:6,6
62:24 63:1,2
**benches** 59:3,9
62:21,23
**benefit** 66:18
146:10
**benzo** 55:13,14
59:16 193:16
**benzodiazepine**
35:4 55:12 59:17
**best** 26:9 61:15
67:3,6,11,12 72:24
109:18 111:18
166:7 181:3
190:21 204:18
270:25 284:23
286:7
**better** 47:12 54:16
96:15,16 97:6
275:2
**beyond** 23:11
95:22 113:11
140:17 195:25
222:14 234:4
235:10,22 258:24
259:4 260:2
292:21
**bhavna** 269:17
**bigger** 59:13
**bill** 269:14
**biological** 15:1,6
50:11 119:23
247:3 261:11
**bit** 33:5 36:22 44:4
49:19 77:6 110:10
259:15 273:20
279:1 284:14

**black** 200:13
**blood** 28:18 29:6
35:4,6 40:24,25
41:23 51:15 64:4
64:6,10,13,14
65:13,22,23,25
66:16,24 69:3
87:12 88:9,10,11
88:11,13,16,23
89:3,14,16 93:13
97:3,8 109:24
119:8 120:14,15
123:1,6 125:22
128:8 143:1
217:20 218:1,6
219:25
**blue** 203:5
**blvd** 2:12
**board** 147:1
152:24 154:13
172:10 173:9
195:13 199:3,10
199:15 232:7
263:11,14 274:10
**boards** 195:24
196:5
**body** 51:10 66:25
67:2 86:11,25
121:2 139:23
239:13
**bones** 45:12
**book** 102:20
**books** 107:14
**boston** 29:8,13
**bottle** 99:6 129:20
**bottles** 99:8
**bottom** 144:5
161:23 174:2
191:8 196:21
204:24 221:24
255:1

**bova** 153:20
**boxes** 160:17
  200:14
**boyfriend** 294:7
  294:13
**brandy** 2:10 6:10
  7:10
**break** 8:8,10,12,17
  60:14,21 124:8
  187:16 225:20
  284:14
**brecksville** 14:18
**brief** 270:21
**briefly** 14:11
  34:19 44:8 152:17
**briefs** 164:4
**brilliant** 140:7
**bring** 162:8
**broaden** 205:22
**brooker** 27:16
**brooklyn** 153:9
**brought** 265:2
**brown** 277:6
**brute** 218:16
  220:5
**budget** 39:23
  40:12
**budgetary** 248:3
**building** 68:11
  70:4 75:22 235:24
**built** 81:12 128:16
**bulk** 46:25 254:9
**bullet** 46:12 47:2
  97:2,5,16,25 98:14
  99:22 118:21
  119:1,6,19 121:15
  121:19 123:21
  142:7,17
**bump** 69:8 209:2
  250:24

**bumped** 55:17
**bunch** 22:19 80:22
  146:3 258:5
  283:11
**buprenorphine**
  25:10 127:12
  130:14
**burdens** 224:1
**button** 45:20
**buy** 219:15 250:16

**c**

**c** 27:6,12,12,14,17
  74:24 155:6
**ca** 298:25
**cabinet** 262:3
**calculated** 144:12
**calculator** 165:2
**calibration** 246:4
  246:9,14,18,20
  287:10
**calibrator** 100:16
  100:18 115:14
  211:22,22 212:1
**calibrators** 23:5,7
  211:19
**call** 17:25 48:13
  49:9,10 50:3,12
  55:16 62:24 71:10
  73:3 74:7 88:11
  95:16 108:2 119:8
  128:8 165:11
  212:3 265:9
  298:14
**called** 18:4 44:6
  50:25 54:13 56:24
  74:15 80:4 85:4
  88:10 113:1
  123:20 124:15,16
  246:12 269:24
  272:24

**calling** 19:19 36:2
  59:2
**calmed** 68:8
**camille** 167:5
  181:8
**campaign** 266:6
**canceled** 126:2
**cannabinoid** 35:6
  109:24
**cannabinoids**
  249:10,13,16
**capability** 270:9
**capacity** 34:15
  265:2
**capretto** 154:18
**capture** 141:15
  268:6
**car** 168:4
**caraffi** 152:23
  155:14
**carbon** 46:17
**cardinal** 272:9
**care** 180:25
  213:19
**career** 16:24 17:13
  42:9 113:14 114:5
  270:18
**carefully** 296:17
**carfentanil** 39:7
  62:3,5,9 79:13,20
  79:24 80:1,6,7,10
  80:25 81:1,4,6,14
  82:7,14 112:15
  205:8,11,14,15,20
  206:2,14 207:15
  208:12 209:2,5
  214:7 215:13
  216:16,19,21
  217:21 218:4,22
  219:1 220:17,21
  221:1 223:14

  224:23 227:1
  228:21 229:6,18
  229:21 230:7,11
  230:19,22 276:18
  278:10,18
**carfentanils**
  229:11
**carisoprodol**
  130:24 131:4
**carolina** 102:15
  290:1,12
**carrie** 22:4 27:1
  33:11 59:12 188:2
  210:13,20,23
  212:9 285:9
**carrie's** 59:15
  215:14
**carrying** 149:7
**case** 1:3,9 7:4 24:7
  25:24,25 26:1,7,10
  34:7,9 35:23 36:6
  41:6,25 49:1,8,12
  49:20,21,24 50:9
  50:23,23 52:17,20
  53:6,10,10,11,12
  53:16 56:20 64:11
  64:19 65:11,17
  66:5 68:12,17,17
  68:19,20 69:6
  71:11 72:17,18,19
  79:6,11 83:1 84:2
  84:12,21 85:19
  86:1,2,10 91:21
  92:7,10,13 94:24
  96:1,1 98:25 99:4
  101:12 104:9,12
  104:15 110:25
  111:3 116:6 120:4
  125:9,14,14,21
  136:18 143:10
  147:24 151:17

152:7 166:18
167:25 168:11
182:6 186:25
188:15,16 189:4
194:14,22 209:3,9
210:24 216:7,8,14
216:15 218:17
219:10 224:4,23
226:25 227:21,23
227:24 228:7,8,15
233:10,23 234:3
236:24 237:6,10
237:10,11,12,19
237:22,23 238:20
239:7 241:8
243:19,23 244:5,8
244:19,20 245:3,4
245:9,10,10,12,22
245:25 246:22
247:7,9 258:4
264:2,6 271:7,12
271:19 280:3,16
280:25 283:23
285:3,3,16,18
288:11 289:2
296:19 298:6
299:3 300:3
**caseload** 276:12
276:16,16 278:2
278:14
**cases** 11:9,21 15:2
15:3,4,12 23:12,12
23:15 24:11 25:14
25:17 33:4,6,16
34:3,6,12 36:9,11
38:10,24 39:4,13
39:15 44:6,9,14,14
44:14,15,16,20
45:5 46:5 47:14
47:20 48:2,3,7,11
48:13,14,16,17

50:9,12,12,15
52:23 53:14 56:22
57:1,24 58:24
64:12,13 65:2
66:9 70:20 71:11
71:13,20 72:7,12
76:12,25 77:19
79:9,11,17 80:10
80:16,19 81:1
82:3,4,10,24,25
83:8,20 85:24
89:7 99:12 103:22
103:24 111:5
112:24 114:15
125:8 126:2 133:4
133:7,12,17 134:4
134:6,10,13
136:12,13 137:15
137:17 138:3,19
138:22 142:3
143:25 151:23
157:7 158:25
159:22,25 160:3,6
160:24 161:6,8,25
163:7,14,15,15,23
164:10 165:1,6
166:9 175:12
177:10,12 186:8
186:13 187:7
188:6,13,14,15,17
188:20,21,22
189:19 190:4,6,14
190:15 191:1
194:17 197:4,16
204:9,16,17 206:4
206:25 207:2
209:7,23 210:18
215:14,25 219:25
225:22 226:1
227:5,8,10,12,13
227:15,17,22

228:5,9,10,12,19
229:11,21 236:19
236:22 239:20
240:20,20,21,23
240:25 241:10,11
245:25 247:11,19
248:18 254:7
257:11 262:25
263:3,15 274:17
274:24 275:3,4,6,8
275:10,13,14
278:22 281:8,9
282:24 283:14
**cassandra** 27:14
252:10 285:10
**casual** 13:12
**catch** 218:22,25
**catchall** 242:25
**catching** 219:4
220:25
**categories** 106:3
106:12 125:1
**category** 127:24
170:5 171:10
192:18,21,25
193:16 204:8
250:2
**cause** 46:20 52:8
70:14 78:23 87:23
90:25 91:9 92:2
92:16,19,22 93:1,5
93:20 95:23 96:5
97:12 105:21,23
106:2 115:1
121:20 129:13,14
133:4,12 134:3,5,8
134:11 136:8,14
136:14 143:12
145:11 206:25
237:19 238:8
260:19 279:5,9,13

289:9 291:6,12,19
296:9,11
**caused** 54:17
106:6 110:13
123:22 135:18
143:4 234:13,19
234:25 235:4,8
276:17 278:22
288:17,22 291:13
291:21 296:22
**causes** 32:6 241:5
**causing** 207:20
**cautioned** 296:17
**ccmeo** 24:12 47:9
62:15,16 67:5
75:1 90:4 91:18
91:22 92:25 93:4
100:11 101:14
103:22 112:6
115:2 116:9
119:19 121:9
130:17 131:14
136:22,23 138:14
141:6 145:10
156:25 167:25
168:12 196:3
202:5 205:23
214:3 222:20
224:11 225:11
234:20 235:2,14
**ccmu** 131:22
182:6,9,18 184:10
200:11,16 201:8
**ccr** 297:12
**ccso** 154:3
**cdc** 33:22
**center** 2:6
**certain** 55:5 58:12
59:25 64:15 76:24
80:7 82:11 108:9
136:9 157:25

[certain - clarifying]                                                                      Page 10

171:24 193:12
217:7 219:4 228:2
236:14,20 241:3
262:12
**certainly** 140:20
**certainty** 97:23
276:20
**certificate** 16:12
93:9 115:2 133:13
242:20 279:7
300:11
**certificates** 16:10
**certification** 15:25
16:6,7,14 299:1
300:1
**certifications**
15:20,24
**certified** 15:21
93:1 296:4 298:16
**certify** 96:5 296:7
296:8 297:5
**cetera** 224:20
276:11
**cf** 218:3
**chain** 51:20,23,25
52:15,24 53:4,7,8
67:21 78:5,21
90:5,14 196:22
210:7,9 211:7
240:20,24
**challenges** 119:14
222:2 223:18
224:14 225:20
264:20
**challenging** 226:2
**chance** 24:22
213:16 230:8
**change** 42:13
58:24 72:1 77:14
77:20 78:1 80:14
88:15 115:13,17

115:19 130:18
131:10 132:6,19
132:23 242:9
257:20 268:14
269:3 300:8 301:3
**changed** 19:13
20:15 42:6 56:18
77:1 115:8,21
116:12,15,16
130:11 254:15
266:21
**changes** 110:1,2
116:21 131:12,19
131:21 248:8
253:2,13 254:10
267:24 299:7
300:7,9
**changing** 268:3
**characterization**
140:15 151:13
**characterize** 221:6
283:3,9,12
**characterized**
195:9
**charge** 37:17
39:25
**charleston** 3:6
**chart** 184:25
185:8,23 186:3
201:10,14 202:17
202:24 205:1,17
207:4 229:5
250:23 254:5
290:13
**charts** 157:24
200:24 201:1,4
292:2,3
**check** 24:6 26:11
26:16 42:20 51:20
52:1 70:21 73:9
103:3 160:16

282:14
**checked** 68:4
84:10
**checking** 84:11
167:17 198:15
**checklist** 52:21
160:4 169:1
175:13 177:13
**chemically** 223:15
**chemicals** 46:16
46:18
**chemist** 18:5,8
**chemistry** 15:15
70:3,11 71:4,12,13
72:15,20 118:19
214:19,19 248:14
253:7 261:5,8
**chief** 12:24 13:1,4
18:10 20:7,25
29:16 35:13,15
36:8,13,17,25 37:4
37:10,13 58:1,5
60:5,8,10 74:7
83:18 85:12,25
86:20 93:21,24
94:9,13 95:5
100:3 101:11
102:24 138:7
153:7,9 268:24
279:15,18,23,25
284:6,11,24
285:17 286:18,21
287:3 289:1,12
291:2,10,15
**chiefs** 29:22
138:11 140:4,11
**children** 72:3
129:22
**choose** 54:2
124:20

**christie** 252:9,9,12
252:14,16
**christine** 154:11
**chromatogram**
85:15
**chromatograms**
85:4
**chromatographic**
110:23 287:22
288:1,9
**chromatography**
110:25 111:19,20
289:15
**chronic** 293:23
**circulated** 158:17
158:19
**circumstance**
44:12
**circumstances**
92:7,14 261:2,6
265:19
**cited** 103:8
**cities** 38:14,18
**city** 29:10 144:17
145:2 153:9
154:22 190:4
296:13
**civil** 296:9 299:5
300:5
**claire** 1:17 7:1
117:20 140:3
192:8 197:3,7
198:2 298:8 299:4
299:9 300:4,13
301:20
**clarify** 8:21 36:23
101:23 103:19,24
105:22 167:12
180:5
**clarifying** 167:9

**class** 55:8 192:25
193:19
**classes** 192:15
**classification**
21:16
**clear** 42:22 54:11
200:16
**clearly** 179:4
197:13
**cleveland** 1:25
3:13 6:6 14:13
17:4,14,22 18:2,13
18:18,22,25 19:1,8
19:15 29:10 145:2
296:13 298:2
**cleveland.com**
255:7
**click** 128:17
237:18 290:15
**clinic** 149:3,5
**close** 85:16 294:1
**closed** 275:3,7
**closer** 215:10
**clyde** 27:14
**cocaine** 35:7 55:10
55:11 127:7
143:21 157:19
158:5 176:2,24
184:25 185:2,8,18
185:22,24 186:4,8
186:15,21 187:3,6
187:10 189:15
205:20 206:1,13
255:11 276:18
278:9,17 285:7,11
295:6,7
**cocaines** 189:23
**cod** 142:18 143:7
**code** 134:2 216:4,4
219:23

**codeine** 69:2,3
111:13 119:21
120:1,6,9 122:20
123:1,6 133:18
134:7,17,19,23,25
135:1,8,11,13,18
135:25 136:15
170:7
**collaborate** 65:15
**collated** 87:13
**collates** 86:4
**colleagues** 22:11
105:19
**collect** 67:11 88:23
152:7 182:11,14
182:19,22 258:3
**collected** 51:12
88:21 150:6
182:14,16 258:10
258:17,20,22
259:4
**collecting** 69:23
89:3 258:24 259:1
**collection** 221:15
**collects** 239:11
**college** 30:25
114:7
**color** 35:2 88:20
88:22 128:23
**columbus** 2:13
**column** 136:1
193:2,8
**combat** 233:15
**combination**
174:21
**combine** 10:3
**combined** 255:11
**come** 8:4 18:24
39:12 41:14 44:16
45:6 50:7,9,17
51:22 76:14

126:14 144:2
148:25 149:2
159:25 168:1
173:12 188:19
190:17 208:8
216:21 234:11
239:12 247:4
252:13 279:12
292:8
**comes** 15:8 49:8
49:12,24 57:20
100:14 159:24
164:6 280:4
286:25
**coming** 11:19 19:7
51:24 76:22,23
99:12 129:7 149:9
160:19
**comment** 86:16,17
86:21 87:3,4,10,11
94:5,7 264:9
**comments** 86:22
**commercial**
224:22
**commission**
299:19 300:25
301:25
**commissioned**
296:6
**committee** 21:8
145:12,15,17,21
146:1 148:9
149:14,25 150:12
151:8,11,12,22
152:6 156:4,19,22
160:5,9,20 161:17
167:3 172:6 173:8
175:14 177:6,9,14
194:1 231:1,2,18
231:23 240:4
261:16 263:6

274:18
**committees**
273:11
**common** 94:16
176:5 200:21
201:11,15 277:2
**commonly** 119:22
276:25
**communicate**
270:4
**communication**
265:13
**communications**
244:11
**community** 148:2
148:5 149:5
223:18
**commute** 14:12
**companies** 233:25
266:3 273:2
**company** 208:4
219:5,14 266:19
272:4,15
**compare** 70:8
**compared** 134:23
**comparison**
176:15
**competency** 23:12
23:15 105:19
**compile** 184:10
**compiled** 159:11
159:20
**complaint** 232:16
232:19 233:5
259:18 263:11
271:6,7,15 272:21
**complaints** 198:12
**complete** 25:21,23
33:20 52:13 57:8
84:2,7 168:9
297:3

[completed - copy]                                           Page 12

completed   25:15
26:3 80:16 85:22
85:22 86:12
275:14 284:13
298:13
completely   115:13
125:3 182:16
219:8
complying   198:13
compound   224:16
compounds
126:11
comprehensive
54:13 64:20 68:2
124:15,22 125:5,7
125:13,16,18
126:9 127:15,18
127:23,25 129:23
130:6,18,19
131:13 147:5,23
147:25 194:4
220:1,4 282:10,13
282:19
computer   50:22
50:25 53:6 88:7
90:7 107:15
241:25 243:7,9,10
243:12 258:8
281:6
concentration
11:14 28:17 29:5
80:7 100:14,19
101:4 211:21
223:21 241:12
257:11 287:10,23
concentrations
99:23 224:20
257:23 287:25
concept   66:13
concerned   71:9
158:1 276:13

280:5
concerns   94:4
105:18 140:24
231:20,25 232:3
concluded   144:25
concluding   144:20
conclusion   97:8,9
179:11 182:3,7,18
conclusions   97:2
181:25
conclusive   119:25
conducts   74:13
conference   255:15
255:19,24 256:3,5
confident   212:6
confirm   55:19,20
111:21 244:12
275:19
confirmation   35:3
35:5,5 53:21 54:6
57:7 58:10 59:15
59:16,17,17 61:3,9
63:7,20 70:16
79:18 81:4 83:16
83:17 129:8
138:22 191:2
209:3,4 212:9
216:6,8 219:24
226:11,18 227:5
229:10 278:5
281:25 285:9,10
285:11
confirmations
26:5 35:4,6,7
55:16 66:4 210:24
282:3
confirmed   133:8
confirming   57:6
57:11 73:9
confirms   61:4

confused   36:22
confusion   110:14
conjunction   291:3
connally   155:7
connection   34:3
100:10 103:22
156:18 167:15
258:18 259:20
273:11
consider   20:1,2
94:13 95:5 96:20
96:21 97:13 107:5
171:23 266:7
consideration
94:24 96:8 168:21
considered   11:15
100:2 112:8 281:3
considering   62:9
consistent   122:4
174:7 202:4,19
203:9 207:5,7
222:18,19 224:10
225:10
consult   237:14
282:1
consultation
291:17
consulted   102:18
consuming   220:7
220:8 226:10,13
226:15,23
contact   126:14
151:21 245:16
contacted   263:13
267:14
contain   78:22
contains   126:5
content   116:11,14
contents   28:21
213:17

context   69:14
185:25 213:22
continue   51:19
53:18 54:25 56:9
77:24 124:8
142:23 217:6
223:17
continued   3:1
94:17 186:25
continues   223:3
224:13
continuing   25:1
31:25 242:21
293:11,14
contribute   98:4,13
contributed   33:21
contributing
129:14 198:14
233:6
contributory
46:20
control   23:9 225:1
242:8
controlled   147:4
convenient   298:15
conversation
75:11 94:8 109:20
109:22 110:16
132:15,16,18
183:11 230:20
231:4,19
conversational
13:15
conversations
13:11 94:10 95:9
103:6 183:20
258:23 268:25
273:10
copies   244:3
copy   24:18 238:20
238:22 239:7

copying  188:2
corner  221:24
coroner  17:10
  18:12 47:20
  240:25
coroner's  16:3,24
  17:3,6,8,14,16,23
  18:1,14 19:11,16
  44:2 47:21
corporation  6:15
  271:24 272:2
correct  24:19 26:4
  34:22 35:13 38:4
  51:4 56:7 57:22
  67:2 87:24 89:11
  92:16 96:22
  103:25 104:5
  106:11 110:1
  115:5 119:3 120:6
  140:24 141:3,7,18
  142:15 147:8
  163:21 166:25
  167:18 168:17
  170:15 182:12,25
  187:11 201:9
  265:7,8 275:23
  284:5,7 297:3
corrections  300:17
correctly  23:7
  45:14 71:19
  115:25 140:8
  163:22 172:12
  178:19 179:9
  197:6 272:19
  280:2 281:17
  296:23
correspond
  128:15
cost  178:13 248:24
  249:4

costly  226:19,23
costs  233:15
  259:19
counsel  2:1 6:6
  7:18 117:2 222:21
  259:7 262:4 297:1
  297:1,5
counselor  31:2
counted  292:10
counties  38:24,25
  40:1 80:21 188:21
  229:20 230:23
country  222:11,22
  267:2
county  1:8 4:18
  6:9 10:16 14:22
  21:9 28:2 29:20
  29:22 37:23,25
  38:3,6,8,13,17,19
  38:20 39:6,16,18
  39:18,19,19,20
  40:8 44:2,14,19
  48:14,18 57:1
  62:17 80:20 81:1
  86:15 109:8
  112:10 113:3,7
  114:10 123:23
  140:2 141:2,11
  144:22 145:5,10
  146:4,23,25
  148:11 149:9
  156:1 173:20
  174:15 178:3,9,22
  186:23 188:14,14
  188:17 194:17
  200:6,20 201:12
  201:16 230:2,11
  233:14,18 243:12
  243:15 247:15
  253:5 255:25
  256:10 259:19

260:18,24 261:19
  263:25 264:15
  266:2 269:11,21
  273:8 282:23
  296:3 299:10
  300:15
county's  48:17
  171:20
couple  11:17,21
  76:17 81:24,25
  97:24 168:2,7
  187:8 213:18
  218:24 222:5
  235:14 256:22
  289:19 292:3
course  31:16,17
  101:16 107:11
court  6:21 7:21
  34:2 146:25 156:1
  296:4,5,10,12
  299:7
courts  34:10
cover  7:16 118:18
  125:1 139:18
  254:19
covered  7:18
  254:18 259:15
covering  127:13
cpdr  4:15
cpq  21:10
cpqs  20:18
create  136:12
created  33:15
  269:16 290:7
creating  162:4
criminals  45:16
crisis  5:7 221:20
  224:3 233:15
  253:2,15 254:11
  254:16 259:21

criteria  84:25
  104:22 198:18
  199:18 287:7
critical  69:14
cross  208:7,10
  218:1
crossed  111:13
crr  297:12
crucial  73:22
csi  45:12
curious  103:12
current  14:19
  17:22 64:4 93:13
  217:9 219:6 222:1
currently  17:5
  41:22 110:12
  214:4 253:19
curve  287:10,11
custody  51:20,23
  51:25 52:15,24
  53:5,7,8 67:21
  78:5,21 90:5,15
  240:20,24
custom  269:20
  270:1
cut  129:4 289:8
cuts  286:8,10,13
cuyahoga  1:8 4:17
  6:9 10:16 14:22
  28:2 29:20,22
  37:23,25 38:3,6,8
  38:13,17,18,19
  39:15 44:2,19
  48:14,18 62:17
  80:19 109:8 113:7
  114:9 123:23
  140:2 141:2,11
  144:22 145:5,10
  146:4,25 152:24
  156:1 173:20
  174:15 178:3,9,21

186:23 188:14,17
200:5,20 201:12
201:16 247:15
255:25 256:10
260:18,24 261:18
263:25 264:15
266:2 269:11,21
282:23 296:3
**cv** 4:8 24:19 30:6
31:22
**cyclopropylfent...**
82:18

**d**

**d** 2:17 27:13,14
**d.c.** 3:20 28:23
**dah** 174:17,17,20
175:24 178:6,9
179:5
**daily** 108:16,17
**dallas** 32:25
**dan** 1:4
**dangers** 148:14
**danny** 154:9
**dark** 204:3
**data** 15:7,9 20:1,5
20:7,8 21:20 24:3
25:25 28:9 33:20
59:19,21 71:1
84:9 85:4,14 86:1
90:25 91:3,7
93:19 95:21
100:13 111:9
137:23 139:5
141:21 142:7
146:13 150:6
159:20 164:4,6,24
168:20 174:25
178:10 179:4
184:25 185:2,8,12
185:22 192:9
193:25 199:5

212:10 225:5
242:11 243:22
244:6 245:5
246:14,21 255:13
261:15,20,23
285:5,13
**database** 136:2
163:2 191:14
192:1 237:4 241:7
269:16
**databases** 136:5
235:15,21,22,25
**date** 6:2 16:1
24:23,24 31:21
33:13 86:12 89:22
90:2,7,8,11 117:13
188:5 228:22
229:15 230:1
253:23 262:17,18
270:18 298:8
299:3,9,19 300:3
300:13,25 301:20
301:25
**dated** 43:13
184:16,19 194:13
200:6 210:16
213:12 217:15
255:1
**dates** 86:11 236:21
**david** 155:20
**dawn** 148:23
149:11
**day** 2:11 7:11
15:11 25:17 31:17
53:2 76:10 195:1
207:5,5 222:19,19
235:19,19 270:19
296:15 299:16
300:22 301:22
**days** 298:19

**deacetylated**
119:2,7
**dead** 237:2
**deal** 269:15
274:10
**dealers** 253:6
**deals** 36:4
**dear** 298:10
**dearth** 179:1,14
180:1,6,18
**death** 44:12,21,24
45:2,3 46:21 52:8
52:10 54:17 69:24
70:14 72:6 73:12
73:22 74:13,19
76:5 77:4,16,17
78:5,24 79:7
87:24 91:1,9,18
92:3,16,19,22 93:2
93:6,9,20 95:19,23
96:5 97:13 99:22
105:22,23,24
106:1,2,7,10,14,25
115:1,1 121:17,20
121:25 123:2
129:13,14 133:4
133:13,13 134:3,5
134:8,11 135:19
136:8,14,14
138:19 140:1
143:12,18 145:11
145:14,21 146:1
151:8 156:4,18,22
157:2 160:5
161:17 167:3
176:24 177:6,9,13
178:6 182:10
194:1 201:5
202:25 206:25
231:1,2 234:8,13
234:18,25 235:7

237:19 240:4
241:6 255:25
261:16 263:5
274:17,24 275:5
279:5,7,9,14
288:17,22 289:9
291:6,12,13,19,21
292:1
**deaths** 4:25 28:16
29:4,9,16,20 44:10
44:11,11,12,12
70:7,8 79:1,2
112:1 122:12
123:8,16,17,23
125:1 133:1,1,2,10
136:24 137:1,3,10
140:2 141:5,11
143:24 144:14,21
145:10,22 146:13
146:18 147:5,8
156:13 157:5,7,12
164:16 166:21,23
167:16 174:16,19
174:23 175:25
176:17,21 177:1
178:3,5,10,22
185:19 186:19,22
187:4,11 194:5
200:5,20 201:11
201:15,22 202:1,8
202:22 203:11,14
203:24 205:11,11
205:14,15,18
206:1,17 207:20
250:25 276:13
278:19,22 292:9,16
**debra** 2:17 6:12
**decedent** 46:6
114:18 142:25
146:17 148:3
237:1,13 264:20

[decedent - determines]

274:19
decedent's 86:9
decedents 146:5
182:11,19,22
237:16 274:22
december 15:17
43:13
decent 70:5
dechert 2:18
decide 18:13,24
50:10 66:8 199:14
decided 18:18
21:5 145:10
193:24
decision 21:4 22:2
53:24 83:19 96:25
132:18 251:2,4,6
289:8
decisions 68:21
248:3
deck 144:21
decomposed 46:6
86:25
decreased 36:10
dedicated 220:24
223:24
deed 299:14
300:20
deemed 298:21
defendant 234:3,9
234:14,19 235:1,8
defendants 2:22
6:13 233:23 235:5
235:9 259:12
271:10,16,18,18
272:21 273:13
define 280:20
definitely 82:6
129:17 217:7
233:2 251:5 271:8

definition 171:19
172:2 231:15
definitively 69:12
138:23
degree 15:15
delos 154:11
demographic 86:8
236:25 237:3
demographics
174:25
demonstrate 47:5
dental 256:10
department 15:23
17:20 25:22 35:16
38:11 44:3 50:14
51:4 67:9 68:11
70:4 74:13,15,22
77:23 83:9 100:1
121:24 214:19
247:12 253:21
261:5,8,10 270:7
279:4 298:24
departments
24:14 36:1 38:13
48:7 112:3 190:3
236:1 248:13
depend 57:12
dependent 78:17
depending 285:3
depends 65:10
deposes 7:5
deposition 1:15,21
4:8,9,10,11,12,13
4:15,17,19,20,21
4:22,23,24 5:2,3,4
5:5,8 6:1,5 7:14
8:7 9:16 12:2,8,21
13:9,20,22 14:1,5
14:6,9 24:15
27:24 43:6 113:11
117:5 139:15

151:3 158:9,12
161:12 173:14
174:11 184:13
187:22 191:4
194:9 196:11
200:1 210:3 213:8
217:10 221:9
254:21 295:15
298:8,11 299:1,3
300:1,3
depositions 296:8
describe 72:17
141:23 145:25
195:16 204:19
236:9,15 248:11
described 16:17
35:9 51:7 62:22
69:21 72:11 83:10
115:22 258:25
259:1,4
describes 63:7
106:1,6,8 118:21
119:13
describing 60:25
63:3 122:9 208:18
212:11 220:5
237:5
description 106:5
106:6 151:15
224:8,9
descriptions 21:15
desires 281:19
desk 243:13 262:2
262:6
desktop 243:17
details 40:11
73:22
detect 39:9 40:20
41:23 69:10 70:12
81:10 123:16
207:9,19 209:5

216:16 217:2,5
219:20 220:13
223:22 228:1
248:22 257:24
282:5
detected 54:24
72:23 84:21
119:22 121:24
212:18,20 227:10
detecting 225:21
detection 108:8
212:4 214:13
250:13 287:18
detects 122:20
determinant 46:20
determination
64:9 78:23 91:5
92:6 95:14 114:18
238:9 279:5
288:14,20,23
289:4 291:4,10,17
determine 11:22
20:19 21:14,16
41:3 53:21 54:15
54:23 55:21 65:16
79:12 83:23 85:6
87:23 91:9 92:15
92:18,21,23 97:12
101:9 110:15
111:5 114:22
133:3,22 136:12
136:16 150:14
171:13 208:25
209:14 211:17
212:3 260:6
261:13 281:24
determined 22:1
110:20 149:25
150:18
determines 46:15
47:3 54:12 61:2

**determining** 66:6
  90:25 92:2 95:5
  214:13
**detoxification**
  151:20
**develop** 209:17
**developed** 284:21
**development**
  15:11
**dictates** 125:4
**die** 99:23
**died** 106:9 147:11
  150:10 184:4
**differ** 33:21
**difference** 17:8
**differences** 36:3
**different** 18:5
  20:21 21:18 22:25
  45:11 55:4 58:17
  59:10,20 80:10
  81:16 88:24 92:10
  99:9 102:22
  108:10 110:11,22
  124:13 138:4
  146:3 154:5,6
  189:4,4,19 219:8,8
  219:14 245:24
  257:6 285:4,5
  288:6
**differentiate** 258:1
**differently** 79:11
  79:22 83:8 99:13
  234:23
**difficult** 97:17
  121:6,12 142:13
  207:19 225:4
  226:7 268:15
  269:4,9
**difficulty** 141:17
**dihydrocodeine**
  10:19 30:5

**dilution** 100:19
  101:6
**direct** 279:4
**directed** 289:5
**directly** 21:20
  35:12
**disagree** 24:6
**disaster** 140:6,16
  140:20
**disciplined** 105:11
**discovered** 137:9
**discuss** 12:20,23
  65:20 85:11 95:17
  160:16 172:6
  181:6 200:18
  232:2 275:10
  282:7
**discussed** 10:2
  11:7 32:22 61:1
  94:1 95:21 96:19
  102:12 110:8
  113:22 116:18
  121:5 131:20
  141:16 142:12
  146:17 147:12
  151:18,25 173:1
  181:9 192:2 196:9
  209:21 232:10
  237:23 240:9
  247:1 255:14
**discusses** 46:12
  47:20 48:1
**discussing** 30:7
  63:9 64:25 93:18
  99:16 113:25
  160:14,15 199:2
  231:2,18
**discussion** 85:10
  177:23 199:22
  231:3,9 273:6

**discussions** 103:2
  181:10 198:10
**disease** 105:23
**dispensing** 148:24
**distinction** 89:15
  271:15
**distributor** 231:11
  231:15 272:7
  273:13
**distributors** 231:8
  231:10,17,19
  233:16 259:20
  271:22
**district** 296:10
**disturbing** 178:17
**division** 49:9
**dna** 248:16 252:20
  253:3,8,9,10
**doctor** 30:20
  135:18 169:12,12
  171:15,17,19,20
  171:23 172:1,18
  195:2,9,23 198:14
  198:18 199:4,18
  262:16 263:15,18
  263:24 264:4
  265:7,12 266:10
  293:9
**doctor's** 265:10
**doctors** 25:22
  121:25 165:9,14
  165:19 171:24
  172:7,14,19 173:3
  173:6,9 195:4
  196:4 199:3,9,14
  260:3 264:16
  266:2,14,21
**document** 43:10
  60:20 139:21
  156:21 188:11
  191:23,25 197:11

197:22 200:9,15
  200:17,19 201:7
  210:5 213:20
  221:15,21 232:22
  233:3 237:25
  254:24
**documentation**
  68:6 132:22
**documented** 169:1
**documenting**
  178:15
**documents** 12:5
  242:8 243:1 245:8
  246:11 258:4,5
  280:14
**doing** 18:17 20:8
  21:18 25:13,16
  35:23 58:10,13
  59:18,19,21 62:14
  71:22 73:2 83:21
  107:25 118:2
  123:19 129:5
  163:21 165:3
  221:3 226:21
  239:15 275:1
  283:22 284:1
**donations** 89:13
**dose** 77:17 95:6
  99:17,18 100:2
**double** 26:15
  219:12
**doubt** 44:13
**dr** 10:12 13:1,5,25
  18:12 28:4 35:19
  36:16,17,18,20
  37:4,11,12 42:17
  54:22 58:11,16
  59:3,23 60:5
  66:22 95:16 96:15
  101:3,21 116:19
  117:10,11,16,23

118:11 137:22
138:21 140:14
146:16 147:15
148:10 149:11,16
151:24 152:2,18
156:11 162:25
171:22 173:20
175:9 177:5 181:4
191:9,10 193:24
196:9,16 197:2
198:6,8 199:11
211:8 221:19
224:8 240:7 263:7
268:23 273:10,22
274:4
**draft** 221:12,17
233:6
**dramatic** 136:23
137:4,6,9 157:5
174:16 178:4
201:22 202:21
203:21 205:3
**dramatically**
144:22
**draw** 50:11 51:15
66:6,8,10 67:2
89:9,10,14,16
90:14 182:17
**drawer** 262:3
**drawn** 88:5,16
89:20,21,23 90:1,3
120:13
**drive** 242:4,6,12
242:13 243:7,8
258:9,12
**driven** 176:11
**driver** 178:22
222:9,24
**drives** 242:2,14
**driving** 33:8
176:16

**drop** 50:16 88:14
258:9
**dropped** 52:25
53:1
**drug** 3:8 4:25 6:15
15:3,22 16:7 25:8
38:14 40:18 41:9
47:3,10,15 55:5,7
55:19 56:6 60:22
66:23 69:17 70:3
70:7,10,21 71:4,11
71:13 72:6,13,14
72:14,20 73:11
74:4,10 79:16,16
86:14 98:19 99:2
99:15 112:1,12,14
128:15 142:24
143:3 146:25
156:1,13 157:11
161:8 168:16
169:13,20 171:4
176:16 178:5
179:3 182:23
192:15,25 193:19
200:5 202:8 208:2
214:18,19 216:2,9
216:15 222:10,24
223:12,16 224:6
224:20 227:6
231:3,6,8,9,11,15
231:17,19,22,24
237:15,16 240:22
244:11 248:14
253:6 259:20
261:5,8 265:10,11
265:23 271:21,24
272:9 274:23,23
276:12 283:1
284:23,23 291:11
291:18,19

**drugs** 14:25 15:6
25:9 41:7 46:15
47:4 55:9 70:22
72:6 73:12 99:10
99:13 102:16,22
126:5 127:7,9
128:13,18 146:20
148:15 157:13
168:24 174:21
176:18 183:9
200:21 201:11,15
205:24 206:5
214:13 218:8,16
219:2 220:16
223:16 224:5
225:4,7 234:11
241:3 253:6,7
261:12 267:1
269:4 276:25
277:2 281:21
282:25 283:7,12
284:2,23 286:6,14
287:1 290:14
291:4 292:1,11
294:25
**due** 76:9 143:2
178:5 248:18
276:17 278:17
288:9
**dug** 201:21
**dui** 15:3 33:8 34:7
38:14 47:13
247:11
**duid** 33:6 240:22
**duis** 34:9
**duloxetine** 41:22
**duly** 7:2 296:6,17
**dumbwaiter** 50:7
90:10
**dunn** 296:4 297:12

**duplicative** 270:23
**duties** 14:24,25
35:21 42:19 75:19

**e**

**e** 3:5,10 27:14,17
27:18 68:9 117:9
153:25 210:25
**earlier** 34:19 35:9
37:16 53:15 62:22
64:5 71:19 72:11
94:1 95:21 99:17
103:20 105:22
115:8 125:9
126:23 131:25
133:3 140:12
141:16 142:13
157:5 192:2
207:11 209:12
230:2 250:23
258:5 265:6
289:19
**earliest** 196:21
**early** 42:9 162:17
**easier** 83:22
198:16
**east** 3:5
**easy** 43:3 207:9
**economist** 32:9
**edition** 290:23,24
**educating** 148:13
149:8 150:3
**education** 25:2
30:16,19 31:25
146:8,10 147:20
148:6 149:24
150:11,13,25
242:22
**educational** 15:14
16:22
**effects** 178:16

**effort** 132:2,7
172:17,19 173:8
195:8,15 209:18
221:7
**efforts** 138:15
172:15 208:14
217:4
**eight** 287:2,2,3
**either** 15:1 17:14
35:19 51:3,11
52:13 55:18 68:1
71:5 77:11 80:21
84:20 90:19 97:10
110:21 113:4
126:22 131:3
153:8 154:10
168:21 177:5
195:23 204:20
230:3 234:20
273:6 277:16
278:9 288:10
291:16 297:6
**elected** 17:10
**electronic** 235:19
241:19,24 242:11
243:15 245:19
246:24 258:5,9
**eliminate** 286:14
286:25
**elisa** 25:7 35:1
54:5 55:2,3 56:2,5
65:12,14,21 66:2
79:25 125:19
126:7,16,18
127:16,17,21
129:25 130:10,21
131:2,18,19
138:22 188:6,25
189:9,12,13,24
207:16 208:1,5
216:10,20,23

217:20,25 218:7
218:15,21 219:4,6
219:8,10 227:2
285:8
**elizabeth** 18:12
**ellen** 155:6
**ellis** 3:11 6:16
**else's** 19:23
**ema** 153:5
**email** 4:9,10,11,12
4:19,20,21,22,23
5:2,3,4,8 43:11
117:9,9,10,11,16
139:18,19 151:6
151:10 156:11
184:16,19,19,23
185:4,9 186:1
188:1 189:12,17
191:7 194:12,20
196:1,14,21 199:1
199:22 210:7,8
213:11,17 214:24
215:11 216:24
217:14 218:20
229:9,15 244:10
244:13 249:3
254:25 263:12
**emailed** 181:7
**emails** 151:10
188:24 189:3
228:23 241:22
261:23
**emch** 3:3 4:6 6:14
6:14 270:14
271:17 273:5
278:6,24 285:23
286:3 292:25
293:4,7,13,16,19
295:11
**emergence** 222:8
222:23

**emergency** 149:13
**employ** 75:5
**employed** 225:1
**empty** 129:20
**ems** 160:12
**encompass** 46:24
130:25
**encompassed**
192:20
**encountered** 224:5
**ended** 19:6 112:20
138:4
**endo** 3:22 6:20
267:25 272:11
**endurance** 8:9
**enforcement**
151:21
**engaged** 141:24
169:12 171:15
195:9,16
**entail** 40:23 262:8
**enter** 85:14 285:15
**entered** 88:7
285:16 300:9
**entire** 17:13 22:18
24:3 74:15 96:24
96:25 97:1 176:5
182:11,13,19,23
276:16 299:5
300:5
**entirely** 221:14
**entities** 38:22
**entitled** 46:9
173:20
**epidemic** 4:18
10:16 28:3 173:21
272:24 273:14
**epidemiology**
31:13
**equal** 143:7,12
175:4

**equally** 213:5
**equals** 64:4,4
93:13,13 188:11
**equates** 166:16
**equipment** 246:5
257:16 276:1,11
278:15
**eric** 13:7 18:11
26:22,23 35:10,14
35:18,19,22,22,25
43:11,22 54:22
137:12 184:17
185:3,4 210:13
213:11 214:2
217:14 229:9
230:15,15 244:13
249:3 268:22
**eric's** 35:20
**erin** 152:19
**errata** 298:19
300:7,10,18 301:1
**especially** 140:7
207:17 224:1
**esq** 298:5
**essay** 215:19
**essentially** 17:9
18:21 86:4 87:19
226:12
**establish** 179:4
**established** 287:18
**establishing** 179:2
179:15 180:1,13
181:14
**estimate** 75:10
221:4
**et** 1:8,9 224:20
276:11
**ethanol** 46:16
126:12 247:20,21
**evaluate** 84:9

evaluated 104:25
105:2
evaluates 46:19
evaluation 105:6
evaluations 105:3
evening 76:10
event 221:18
265:2
eventually 22:2
56:14 71:16
169:13
everybody 20:19
58:9,17,18 111:19
242:4 285:3
evidence 45:22
46:2 119:25
178:14 179:2,6,15
180:1,4,7,13,16,19
181:13 183:20
evolved 77:5
evolving 224:3
ex 294:7,13
exact 9:23 16:1
18:23 28:9 30:2,9
48:12 76:17 107:4
134:21 248:24
261:6
exactly 11:4 18:17
21:12 22:21
120:22 165:8
190:16 239:14
examination 4:3
7:7 52:16 259:9
270:13
examine 92:13
113:15 167:23
examined 161:7
296:17
examiner 13:2
15:2 17:10 49:21
51:25 53:11 65:2

70:20 92:4 139:19
143:25 161:3
164:5 281:9
examiner's 5:6
14:22 17:9,15,19
17:24 18:17 19:9
34:4 37:24 38:4
38:23,25 40:6
44:20 62:17
102:14 146:12
159:15 200:6
221:19 240:25
260:18,25 261:19
264:1,15 268:21
269:11,21 282:22
290:12
examiners 17:7
28:6
example 69:17
76:8 86:22 206:11
274:14 282:9
examples 41:18
256:16
excel 197:1
exclusively 257:3
executed 300:10
execution 299:14
300:19
exhibit 4:8,9,10,11
4:12,13,15,17,19
4:20,21,22,23,24
5:2,3,4,5,8 24:15
24:18 27:19 43:6
43:9 93:11 96:13
117:5,8 131:25
139:15,18 151:3,6
158:9,12 161:12
161:15 173:14,17
177:17,18,20
184:13,16 187:22
187:25 191:4,7

194:9,12 196:11
196:14 199:23
200:1,4 210:3,6
213:8,11 217:10
217:13 221:9,12
229:13,14 254:21
254:24 263:9,17
277:1,2 292:2,3
exhibits 4:7 5:1
187:16 228:24
exist 102:7,8
182:25 280:23
existed 102:3
existing 81:23
215:21
expanded 149:2
expanding 149:11
expect 135:13,15
expectation
181:13
expected 135:1,2,3
expensive 218:10
219:16 220:9
223:24
experience 29:11
30:17,19 71:24
184:3 202:4
205:23 207:5
222:19 224:10
225:11 282:22
292:14 294:4
experienced 184:7
experiences
292:18 294:9
295:9
expert 31:6,9 32:4
32:6 34:1 103:20
104:12,15
expertise 32:11,16
expiration 299:19
300:25 301:25

explain 11:8 22:17
37:22 49:25 66:18
87:19 96:16
121:21 206:23
211:14 218:19
253:4
explanation 29:4
62:11
explanations
10:21 30:8 86:19
expressly 298:13
extensive 122:17
123:10
extensively 155:4
155:11
extent 87:6 213:18
233:19 236:13
258:16
extra 193:7 216:16
extract 14:25 15:5
22:23 24:2 121:6
121:12
extracting 15:12
51:9
extraction 15:8
23:5,6 108:4,6
extractions 22:22
extremely 58:12
65:18,23 288:25
289:7
eyeball 89:11
eyes 51:18

**f**

f 27:6
facilitated 15:3
38:15 240:22
facilities 148:18
149:10
facility 146:24
fact 34:15 103:25
104:1 133:3 137:2

**[fact - final]** Page 20

187:3 202:24
247:21 256:3
**factor** 46:20 95:4
**factors** 96:7 99:14
**facts** 92:14 96:21
96:21 97:14
**fair** 61:19 69:13
72:5 73:21 97:22
147:22 151:12
186:21 191:3
197:21 204:22
205:17 220:11
236:15 247:14
254:3,9
**fairly** 121:2
**fall** 42:25 171:9
211:25 287:10
**falling** 100:25
**falls** 211:21
**false** 61:12,15,17
61:20,25 62:4
63:16,21,23 266:7
266:10
**familiar** 43:21
66:13,20 91:21
96:14
**family** 52:19 73:19
149:2 168:23,25
183:6,11 238:1
264:5 293:21,25
294:6,12
**fan** 103:15
**far** 16:18 197:25
257:3 276:12
280:5 283:5,6
**fatal** 95:7
**fatalities** 175:5
**fda** 267:4,9,12
**february** 4:14
36:21,25 152:14
158:14

**federal** 296:10
**fee** 210:1
**feedback** 105:9
**feel** 47:11 54:15,20
68:21,25 70:12
73:3 89:4 95:8
96:15 97:5 98:11
107:3 111:14
129:12 146:8
198:12 256:13
288:8 289:16
**feeling** 52:10
**feelings** 292:20
**feels** 41:15 109:18
**fell** 21:16 192:25
**felony** 34:7
**felt** 130:21 135:18
137:5 173:3
181:21 220:2
287:5
**femoral** 28:17
29:6 40:24 69:3
87:12 88:9,10
120:14 194:23
**fentalogue** 218:8
218:15
**fentalogues**
217:21,25 218:17
**fentanyl** 11:18,19
33:2,4,7,16 35:5
59:15 61:23,24
62:6,6,10 79:18,24
80:5,15,19 81:23
82:3,4,7,9,12,13
82:20 83:1,16,21
112:16 115:15,16
127:10 143:16,19
170:10,19 189:14
202:16,21,25
204:4,8,9,10,12,15
204:16 205:20

206:2,8,13 207:8
207:13,18,25
208:2,6,8,11,21
209:1,4,6,6,11,14
209:23 210:18,21
210:23,24 211:10
211:15 212:9,12
212:16,25 213:3
214:3,6 215:8,13
215:14,21 216:1,5
216:8,15,17 217:2
217:5,9 218:24,25
219:17,23 220:13
220:15 221:1
222:2,2,9,16,24
223:3,15,20
225:21 226:1,22
227:3,4,9,16
229:10 248:22
249:7,12,22,22,24
249:25 250:3,3
256:6 257:1,8,14
257:17,19,22
276:18 277:7
278:3,5,10,18
285:8,10
**fentanyls** 32:25
83:13 189:23
219:20 249:9
**ferraro** 1:21
296:13
**fewer** 277:24
**figure** 74:11
107:16 164:2,6,22
166:20 206:20
**figures** 47:23
48:22 157:10
171:15 189:5
193:6 207:4
**file** 25:24,25 71:4
86:2 136:19

163:17 164:10,19
167:17,21,25
169:5 198:12
238:21 239:7
244:5,19 245:4,10
245:10,12,19
246:22 258:6
280:25 290:7
**files** 91:17 161:3
163:7,24 168:15
182:6,9,18 235:13
235:19 237:12
243:19,20 244:20
245:3,20,22,23
246:3,25 258:7,8,9
258:10,13 281:13
**filing** 262:2
**filings** 14:8
**fill** 20:18 83:25
108:24 109:1
146:16 151:25
222:6 280:3
**filled** 21:23 152:3
160:5 191:15
194:24 237:5
252:7,11,14
262:19
**filling** 52:12 195:2
195:17 251:24
252:3
**fills** 212:19
**filter** 136:2
**final** 25:13,18,23
26:11,11,12 35:23
36:5 58:2 86:2,3
86:15 101:3 150:5
150:14 191:22
212:17,19 221:17
237:18 238:18
244:3 245:18
284:10,18 285:18

**find** 54:19 69:2
71:14 72:19 73:4
74:8 78:18 80:23
91:12 98:19 99:15
102:12 107:21
108:14 112:11
120:17 122:10,25
128:12 134:4,6,10
143:3,19 147:6
190:22 197:8
209:11 228:6
229:2 241:7
242:22 244:11
247:22 257:11
281:20 284:22
286:6,24 287:2
290:3
**findings** 87:5
91:11 190:13
**finds** 71:4
**fine** 8:8 30:10
167:12 231:13
**finish** 237:7
**finished** 19:7
81:18 227:24
228:7 247:9
275:13 284:1
**fire** 125:8,9 153:9
**fired** 261:4
**fires** 107:4
**firm** 7:11 179:1,14
180:1
**first** 7:2,20 16:10
17:25 18:1 27:13
28:15,18 32:23,25
33:10 34:7 43:10
43:20 46:12 49:20
50:1 57:13 61:1
62:6 77:2 97:5,25
114:9 117:8
118:17 119:1,6

141:9 149:6
151:10,10 152:10
152:13 158:16,24
159:3 161:23
168:16,17 169:19
174:13 175:10
177:22 184:5
192:14,17 196:21
197:8,12,22
210:11 213:20
224:24 228:20
229:24 230:4,21
250:18 252:16
253:8 270:17
281:17 296:17
**fit** 60:3
**fits** 47:12
**five** 33:4 106:10
107:7 171:9
**flag** 82:24
**flagged** 83:2
**flash** 243:7,8
258:12
**flight** 218:11
**flip** 24:21 46:8
63:6 196:20
**flipping** 141:20
**fluid** 89:11
**fluids** 46:19
119:23
**focus** 72:23 83:13
210:8 213:19
**folder** 242:6 244:8
244:15 280:24,25
**folders** 242:2
243:21
**folks** 279:3 289:21
**follow** 41:16
259:13
**following** 29:6

**follows** 7:6
**foolish** 97:3
**force** 155:1,2
218:16 220:5
**foregoing** 296:20
296:23 299:13
300:18
**forensic** 14:21,24
18:4,6,7 19:20
20:10,11,13,22,24
21:5 22:7 26:25
27:8,15 29:24
37:25 38:8 46:13
46:14 47:2,11,15
59:5,11,20 60:22
67:15 98:1 102:23
109:8 138:9 174:4
223:18 251:25
275:20 280:2
**forensics** 20:10
113:22 251:17
**forgot** 130:22
**form** 63:25 67:18
67:20,22 72:9
78:4,5,22,22 79:2
79:5,9 98:7 102:5
113:10 145:11
151:17,22,25
152:3,5 169:15,22
171:5 183:24
221:17,17 225:13
234:15 247:17
272:25 278:19
280:3,7,8,9,9,11
280:18,23,24
281:7,12
**formally** 105:11
**format** 192:5
**formation** 10:2
28:12,20

**formed** 145:17,20
184:2
**former** 251:25
252:6
**forms** 42:21
242:19
**formulate** 268:17
**formulation**
267:23 268:4,14
269:4
**forth** 237:21
296:24
**forum** 107:19
**forward** 76:19
187:9 205:24
217:16 254:12
276:6 281:19,24
**forwards** 185:4
211:8
**found** 11:15 18:16
26:8 41:8 42:1
58:11 70:9,17,17
70:17,21,22 72:15
98:22,25 123:6
138:2 190:19
201:11,15 237:2
276:25 284:2
288:15 291:20
**foundation** 72:10
98:8 113:10 273:1
278:20
**four** 119:10 177:4
192:23
**frame** 80:16
202:13,21 203:20
215:6 250:22
251:6,7 254:4,6,11
255:22,22 256:25
262:14 274:20
276:7

**frank** 153:20
**franklin** 80:25
**free** 149:2,5
　299:14 300:20
**freezer** 56:15
　247:5,10
**frequency** 212:22
　212:23 232:11
　266:2
**frequent** 39:20
**frequently** 40:17
　42:22 75:9 88:8
　107:21,23 109:15
　115:19 116:15
　122:7,16 129:19
　138:17 155:12
　156:4 172:11
　216:18 223:20
　224:20 244:17
　248:1 256:13
　257:23 269:15
**friend** 294:6,12
**friends** 73:19
　293:21 294:1
**front** 25:8 44:5
　108:5 165:3
　281:22
**fs1** 252:11,11
**fs1s** 252:7
**fs2** 252:7,11
**full** 23:14 82:1
　83:18 126:24
　128:11 236:12
　297:2
**fully** 9:4,8 81:21
　220:17
**function** 51:9
**functions** 107:11
**funded** 40:7
**funding** 224:2
　248:14,15

**funny** 43:2
**further** 23:4 46:8
　54:6,8,24 55:16,24
　56:12 68:22 69:9
　69:18 74:10,11
　119:11 129:21
　178:18 189:17
　192:22 213:25
　270:11 297:5
**future** 222:2

**g**

**g** 13:6 210:25
**gabapentin** 249:13
　249:17
**gadean** 260:21
**gallucci** 2:4 6:8,8
　12:11 27:3 63:25
　72:9 98:7 102:5
　113:10 117:3
　140:17 169:15,22
　171:5 180:5,8
　183:24 187:18
　222:14 225:13
　234:4,15,21 235:3
　235:10 247:17
　260:1,8 269:6
　271:13 272:25
　278:4,19 285:20
　292:21 293:3,5,10
　293:14 295:13
　298:5
**game** 216:22
**garage** 253:20
**gases** 46:18
**gastric** 28:14,21
**gateway** 179:2,15
　180:2,14,17
　181:14
**gather** 146:6
**gathered** 68:14
　93:23 175:11

239:10
**gauge** 215:12
**gc** 214:3 215:15,22
　216:2 246:12
**geauga** 39:18
**general** 31:24
　33:24 44:1,19
　45:5 66:5 68:1
　73:6 113:8 122:1
　122:11 123:8
　125:1 133:1
　134:20 138:15
　156:24 158:2
　159:16,17 190:9
　242:25 274:22
**generalists** 45:11
**generally** 11:6
　14:23 25:6 35:20
　44:15 46:24 49:25
　76:18 106:5 114:2
　127:6 175:4 236:8
　281:17
**generate** 26:10
　84:6 85:5 86:2
　129:8 165:10
　198:17 238:15
　241:15 243:1
　245:5 246:8,14
　285:18
**generated** 58:21
　90:24 91:16
　100:13 156:21
　159:12 160:6
　161:5 162:9
　167:21 175:10
　238:18 243:22
　244:6 284:11
**generates** 58:2
**generating** 100:6
　146:13

**generic** 122:8
**getting** 34:20
　98:21,24 129:5
　165:5 193:14
　245:6 291:24
**gilson** 10:12 13:1
　13:25 28:4 117:10
　117:11,16,23
　118:11 137:22
　138:21 139:19
　146:16 147:15
　148:10 149:11,16
　151:7,24 152:2,18
　156:11 162:25
　171:22 173:20
　177:5 181:4 188:2
　191:9,10 193:24
　196:9,16 198:6,8
　198:20 199:11
　210:12 211:8
　221:19 240:7
　263:7 273:10,22
　274:4
**gilson's** 140:14
　175:9 224:8
**gist** 9:24
**give** 14:15 41:18
　49:1 55:8 69:1,4
　76:8 94:18 108:25
　122:6 128:17
　139:22 150:11
　188:15 190:12
　192:10 210:19
　212:7 213:16
　236:21 241:10
　252:4 274:6,9
　284:6,24 286:18
　287:11 289:21
**given** 23:11 30:2
　34:11 50:23 100:2
　103:22 147:11

178:16 182:9
255:22 286:16
297:4
**gives** 15:23 22:22
85:14
**giving** 42:19
118:12,14
**gloves** 272:3
**glucose** 125:24
126:7 130:1
**go** 7:17 8:12 18:14
22:18 26:14 35:15
35:17,18 37:8
49:2 53:14 64:15
66:1 68:3,14
74:18 76:9 77:6
77:10,12,16,18,25
83:19 87:3,10
93:11 98:8 99:14
102:12 103:3
108:25 109:5,17
119:18 133:22
149:5 152:17
187:17 197:21
201:3 203:19,24
212:14 213:25
225:14 228:24
241:6 242:18,22
244:15 245:9
256:17 265:11
276:24 277:5
281:6,12,17,19
283:19 285:24
286:18,20 287:3,6
288:14 291:22
**goals** 145:25 146:2
147:18,19,23
**goes** 28:9 53:7
54:8 65:9 68:13
150:1 202:1
205:10 214:12

218:8 238:22,23
253:8 279:6 291:2
**going** 11:10 24:23
25:23 27:4 43:20
53:20 54:4 55:13
57:3 60:19 62:12
73:7 76:25 77:12
77:15 80:17,24
81:21 83:15 84:20
84:21 89:18
112:23,24 117:7
119:18 124:8
134:19 135:2,23
143:3 148:15
150:5,11 160:1
174:17 175:22
191:1 192:24
205:24 213:24
215:2,6,19 216:7
216:15 219:7,9,12
220:4 222:5,17
230:25 246:23
254:12,23 258:25
260:1 268:4
270:24 278:25
279:1 282:13,14
282:15 289:9
292:8,10
**good** 7:9 70:18
124:1 129:5
151:15 226:14
231:12 259:11
**gosh** 31:19 242:16
252:12
**gotten** 71:6 158:21
255:13 276:3
**graduate** 167:6
**graduated** 15:16
**grant** 163:3
**graph** 203:4

**graphs** 140:6
**great** 8:6 9:15
53:18 54:25 65:7
118:2,4 167:9
188:23
**greater** 100:17,22
101:2,5
**greeting** 191:9
**ground** 7:17
**group** 63:4 146:2
235:9
**grouping** 62:25
**groups** 127:9
146:9
**grow** 77:24
**guess** 42:5 48:18
61:15 76:7 98:10
104:21 125:6
132:11 137:25
154:24 192:11,24
195:4 229:16
245:6 250:20
294:4
**guessing** 16:10
33:15 193:10,11
204:13,13
**guy** 194:24
**guys** 21:1 258:21

**h**

**h** 2:10,12 269:18
**habits** 172:8
**hajian** 3:17 6:20
**half** 12:15 118:22
119:10 120:24,25
174:19
**hand** 50:17 62:18
62:20 221:24
**handed** 68:16
111:8 139:17
184:15 187:25
258:15,20

**handing** 24:17
43:8 151:5 161:14
173:16 191:6
194:11 196:13
210:5 213:10
**handle** 38:21 44:9
45:6 48:11 247:11
**handled** 79:11
83:8
**handles** 58:6
**hands** 148:21
149:12,12
**happen** 42:13 64:2
68:23 111:8
130:15 131:10
150:6
**happened** 20:16
46:1 106:5 109:15
111:12,16 212:21
227:20,22 261:6
**happens** 41:19
212:23,24 213:4
286:12
**happy** 289:15
**hard** 258:1
**harold** 210:13
**hbc** 272:15
**hd** 272:17
**head** 8:3 35:16
155:16 223:7,8
232:21 256:11
288:23
**headed** 216:3
**heads** 82:23
190:13
**health** 15:23 31:4
31:6 140:5,16,20
152:25
**hear** 240:19
271:25 272:6
290:18

**heard** 113:23
181:18,19,23
229:19,25 273:6
276:5
**hearing** 34:8
183:19 230:4
**heart** 88:11,12
120:15
**held** 1:21 152:25
**hello** 210:19
217:19
**help** 11:8 70:13
117:19 148:2,4
218:2 276:22
278:25
**helped** 28:4
209:19
**helpful** 134:16
**helping** 147:15
167:6 184:9 233:6
**henschel** 3:25
**herby** 167:5
**heroin** 4:18 9:22
10:15,16,21 11:10
11:15,20,24 12:4
28:2 29:9,19 30:8
69:1,5,7,12 70:17
70:18 79:17
114:14,15 117:14
118:7,19,22 119:2
119:7,15,23,25
120:4,9 121:20,25
122:7,12,14,17,19
122:22,25 123:2,7
123:9,15,20,23
131:24 132:3
133:3,7,19,23
134:14,19 135:2,4
135:10,11,14,15
135:22 136:3,17
136:24 137:1,3,10

138:18 139:1,22
140:1,2,15 141:5
141:10,17 142:9
142:14,18 143:2
143:15,18,22,24
144:2,7,10,13,21
145:9,22,23
146:11,14 147:5,8
150:10 157:7,17
158:4 160:2 163:7
163:15,23 164:16
166:17,22 168:17
168:24 169:8,11
169:19 170:1,19
171:14 173:20
174:17,18,20
175:23,25 176:21
178:5,6,12,15,23
179:3,6,16 180:2
180:14,17 181:14
181:22 183:23
184:4,24 185:24
197:24 198:17
203:4,11,13,24
204:16,20 205:20
206:1,13 211:9
216:1,14 223:5
255:11,25 256:5
268:13 276:18
278:9,17 294:7,8
294:15
**hesitant** 121:25
**hey** 192:8
**hi** 117:16 191:10
194:21 197:23
**hickey** 2:5
**high** 218:11 249:2
277:11 288:25
289:3,7,9
**higher** 100:15
134:22 206:15

223:4,19
**highest** 100:15,18
203:4 211:22,25
277:14,16,20
**highlight** 204:15
**hint** 69:4
**hired** 251:9,18,19
251:21 252:9,21
252:23 253:3
**historical** 64:4
93:14 116:23
**histories** 26:7,10
122:5
**history** 52:18
68:12 69:1,6 74:3
74:10 79:17 94:25
131:8 167:25
168:3,12 182:11
182:13,15,20,23
209:3 216:7 227:5
244:4 294:10,13
294:16
**hmra** 218:9,9,16
**hold** 15:19 251:11
252:4
**holding** 270:15
**holland** 155:9,14
**home** 19:2
**homicide** 44:10
106:18
**honest** 221:14
**honorable** 155:6
155:20
**hoops** 273:24
274:1,3
**hopefully** 7:17
117:17
**hoping** 84:5
**horribly** 128:20
**hospital** 88:17,19
88:21 89:3,6

121:15 142:17,21
142:23,25 143:2,5
150:7
**hospitals** 151:1
**hours** 12:15 50:16
50:18 220:24
221:2 279:2
285:22
**house** 41:13 80:12
107:3 129:9
244:12 282:7
**housed** 245:12
**houses** 240:14
**huge** 194:22
**hugh** 184:17 185:4
188:2 190:1,14,21
194:13,21 195:6
195:19 196:9,16
196:24 197:15,23
198:5,23 199:11
210:12 211:8
240:7 255:1
**huh** 13:24 94:2
103:23 117:15,24
118:20 136:11
144:24 178:8
180:3 182:17
183:5,7,10 186:14
206:6 242:3
294:21
**huhs** 8:3
**human** 46:18
47:11,13 99:12
225:5
**humans** 220:19,21
**humor** 51:18
69:10 120:17
**hundred** 232:23
**hurdle** 284:3
**husband** 18:15
19:2,6

hydrocodone
87:12,16,17 170:6
hydrolyzed
119:12
hyperlinks 221:13
hypothesis 268:12
268:17
hypothetical
62:24

**i**

ian 27:16
idea 31:24 39:25
40:3 42:11 48:10
52:6 54:16 58:11
59:8 76:3,16
103:13,14 137:16
159:6 220:23
245:24 258:19
270:8
identification
24:16 43:7 117:6
139:16 151:4
158:10 161:13
173:15 184:14
187:23 191:5
194:10 196:12
200:2 210:4 213:9
217:11 221:10
224:16 254:22
identified 79:1
139:20 149:14
150:8,12,25
174:19 199:4
identify 6:6 28:1
142:14 147:19
148:9 172:17,19
235:6 266:17,21
identifying 119:14
141:17 146:9
148:5

identity 231:17
ii 18:6 19:21 20:21
20:23,24 22:1
223:12 251:25
iii 14:21,24 18:6
19:21 20:12,13,21
21:5 22:3,8 26:25
42:16 59:11
279:17 283:22
286:4
iiis 21:1 59:18
iis 27:8 59:5,21
illicit 69:23 79:14
127:7 157:14
161:7 170:18
171:3 204:9,12
220:15,18 223:16
249:21 253:6
illustrate 206:11
immediately
229:22
impact 225:7
impacted 292:15
implicated 291:5
important 67:1
70:13,13 72:7
83:14 120:19
improper 195:1,2
195:10,17
improve 217:4
improvement
217:1
impurity 135:12
inaccurate 76:6
256:9
inappropriate
264:16
incarcerated
146:23 148:16
incarceration
159:19

incidence 29:19
215:12
incident 143:4
241:4 263:18
incidents 140:15
141:10 241:6,7
inclination 95:11
include 73:16
84:15 86:7,9,9
88:1,4 89:20,25
91:17 93:7 130:20
175:1 204:7 244:2
244:23
included 30:6
73:13 84:17 90:4
105:5 125:16
126:9 127:14,17
130:6,19 131:17
157:24 170:4,8,9
170:11,13,23
171:14 193:5
199:8,23 206:24
244:5 268:10
includes 86:8,11
127:23 136:14
196:15 201:21
including 93:5
149:12 196:16
204:4,14,19,21
277:7 278:4
inclusive 45:8
incomplete 76:6
inconsistent
121:19
incorporated
272:13 300:12
incorrect 255:9
incorrectly 173:4
increase 9:22
136:24 137:2,5,10
138:18 144:6

157:8 160:20
187:7,10,13
201:23 202:7
203:20 248:17,18
254:6 255:24
277:23 278:2,9,22
increased 63:12
63:13 137:19
144:22 145:3,6
187:4 203:17
214:14 278:17,21
increases 276:17
278:14
increasing 114:15
114:16 137:1
140:20,22 141:1,6
145:9 185:24,25
increasingly
223:21 224:17
incurred 233:14
259:19
indefinitely 56:23
independence
143:9,10
index 4:1
indicate 79:6,15
88:24 90:6 114:21
129:20 144:5
178:3,10 234:10
280:12
indicated 188:25
indicates 79:9
128:25 174:3
278:8
indication 194:18
289:21
indications 292:7
individual 21:24
38:14 50:23 57:16
92:11 94:16
136:18 152:1

165:18 191:16
235:7 236:24
260:4 262:25
275:5 281:13,21
**individual's**
105:24 106:7
234:8,25
**individually**
124:24 227:18
285:12
**individuals** 11:22
24:8 62:14 91:14
149:8,10 151:7
165:5 166:18
169:16,19 171:14
234:18
**influence** 33:8
172:7 292:20
**info** 255:9
**inform** 69:24 74:4
138:15,25 140:23
**information** 21:21
22:23 26:14 28:24
48:24 52:17,19,24
65:24 68:14 73:7
73:13 76:11 85:3
86:7,8 89:21
90:17,18,24 91:17
92:15 93:22 96:20
97:7 98:21 102:13
102:22 108:24
118:7 122:6 138:5
138:8,11,13,24
141:14 146:6,18
148:3 151:18
152:6 156:17
159:7,9,12,14
160:8 161:2 164:4
164:8 166:7,11
167:15,24 172:23
175:11 181:1,17

182:9 183:6
189:10 190:3,16
190:22,24,25
192:4,12 197:16
200:14 201:5,8
203:9 208:11
233:6 234:19
235:1 237:1,3,12
238:15 239:9
242:5,15 245:17
260:9 263:14
264:8 266:10
268:6,8,11 272:20
**infrequently**
75:14
**ingested** 120:10
**inhalant** 126:14
**initial** 55:23 61:8
90:11 225:2 284:5
**initially** 54:2
**injected** 11:23,23
143:15
**injury** 105:23
168:3
**inmates** 148:11
**instance** 11:13
40:6 41:20 44:23
45:25 55:2 64:16
73:3,6,16 74:3
76:4,21 77:2
85:17 86:24 93:25
98:22 106:3
111:11,14 115:14
143:21 146:19
157:9 159:17
169:4 173:5 183:3
203:14 206:12
207:12 209:2
212:15 226:4
227:19 234:12
243:3 244:11,23

245:7 285:7 287:9
**instances** 61:24
63:22 65:4 72:25
111:7 112:13
122:24 123:5
141:5 166:3
185:18 208:1
255:24 256:7
263:23 288:6
**instantaneous**
45:19
**instructions** 293:8
**instrument** 81:24
214:14 218:10
219:19 246:9
249:5 250:14
**instrumentation**
223:23 224:18
248:21
**instruments** 246:8
246:12
**insure** 67:5 208:20
215:7 220:25
227:8
**interact** 75:20
**interacted** 146:4
**interactions** 147:2
**interchangeably**
179:8
**interest** 227:25
**interested** 41:10
112:12,17 171:12
194:22 297:7
**interference**
288:10
**interim** 158:24
**intern** 137:23
140:3 141:12,24
144:2 175:8
**internal** 49:1
52:16

**interpret** 93:22
97:20 214:23
**interpretation**
93:15 96:13,18
97:16 98:4,13
224:15 225:3
**interpreted** 93:19
**interpreting** 94:14
96:22 100:6
**interrogatories**
7:6
**interrupt** 10:6
11:25 51:6 84:13
166:14
**intervention** 146:7
147:6,20 148:5,9
149:14 150:13
**interviews** 73:16
73:21
**intoxication** 29:6
**introduction**
207:18
**inventoried**
239:14
**inventory** 237:8
239:5,15,17
**investigate** 183:22
**investigation**
69:14 73:23 76:5
77:22 78:6 91:14
95:2 122:17
123:10 138:21
146:19 161:5
182:10 190:15
194:24 236:25
248:16 264:3,3,7
**investigational**
87:5
**investigations**
74:14,16 75:17

**investigative**
73:14 183:9
236:10
**investigator** 68:13
77:3 152:20
239:10,11
**investigator's**
68:18
**investigators**
74:20 75:4,8,12,20
76:1,23 198:19
237:25
**involve** 83:21
96:24 174:20
282:25 283:7,12
288:14
**involved** 24:8
34:17 49:20 77:4
108:21 129:19
146:24 162:4
184:9 185:18
186:21 187:6
199:4 206:5,9
209:18 274:17
280:16 291:3
292:11
**involvement** 279:4
**involving** 33:6
114:15
**ish** 130:16 132:13
**isopropanol**
126:13
**issue** 67:7,13
76:14 94:13
101:25 104:7
109:11 110:17
173:6 208:12
217:22 273:9
**issued** 56:13 57:9
115:2 141:2

**issues** 35:17,18
57:17 58:5 107:20
109:23
**items** 282:18
**iv** 79:16 216:2,9
216:15 227:5

**j**

**jackson** 3:4
**jail** 148:11,19
150:3
**jails** 149:9
**janssen** 3:15 6:17
**january** 1:19 6:3
59:1 71:22 72:1
158:25 159:23
217:15 296:15
298:4
**jeff** 154:18,19
**jenkins** 18:10
58:16 59:3 60:5
**job** 17:22 21:15
100:10 104:23
107:11 118:2,4
207:6 222:20
**jobs** 76:2
**jody** 269:19
**joe** 74:23 139:20
153:7 196:16
**john** 2:12 27:10
29:16
**johnson** 3:15,15
6:17,17
**jones** 2:11 7:11
**journal** 98:23
**journals** 134:18
**judge** 1:4 155:21
**july** 17:21,22
18:25 19:10,16
36:18,24 37:3
210:16 230:8

**jump** 62:12
273:24 274:2
284:3
**jumped** 205:14
232:13
**jumping** 259:14
**june** 4:15 161:16
162:15
**junk** 87:12
**jurisdiction** 45:1
143:25 176:5
222:10,25
**jurisdictions**
39:15 48:8
**jury** 66:19
**justice** 235:21
**justin** 3:10 6:16

**k**

**k** 27:12,17,18
74:24,25 153:25
153:25
**kaspar** 1:17 7:1,9
30:15 60:19 124:7
187:24 225:19
256:21 298:8
299:4,9 300:4,13
301:20
**keep** 42:18 56:16
56:21 116:21
167:4 192:4
193:14 224:2
235:18
**keeping** 56:17,25
191:14 192:9
**kelley** 1:21 296:12
**kelly** 3:4
**kept** 56:23 114:16
**kevin** 153:1,2
**keytone** 125:24
126:7

**kicking** 151:12
**kids** 43:2
**killing** 255:10
**kim** 251:13 252:11
**kind** 8:19 9:6
16:18 18:21 21:21
39:14 52:21 53:21
54:3 72:17,18,19
74:4 78:10 88:25
104:7 128:9
132:22 160:8
168:10 172:18
216:23 221:4
227:7 246:4 248:8
261:7 272:21
**kit** 80:1,5 149:3,6
208:3 227:3
**kits** 79:25 149:7
208:5 216:20
217:25 219:5,6,7
**knew** 81:2 230:18
**know** 8:16,22 13:7
13:9,12,14,15 22:2
24:13,22 27:3
29:25 30:12,24
31:20 32:24 34:14
37:7 40:8,10,18
41:5,10 42:9
48:12,19 55:14
56:16 59:22 60:9
62:19 64:1 66:11
66:12 67:5,8 70:4
70:16 71:25 72:14
75:2,6 76:17,20
77:8,10,21 78:1,10
78:15 79:19 82:12
90:6 91:24 92:1
92:21,23 94:12
95:13,13,18 96:11
97:1,20 99:4
101:14,17,23

**[know - learn]** Page 28

| | | | |
|---|---|---|---|
| 102:7 103:17 | 239:22,23 240:1,4 | **l.p.** 1:9 | **lag** 71:7 275:8 |
| 105:10 107:4,6 | 240:7 242:21 | **lab** 15:5 19:4 | **lake** 39:18 |
| 110:19 111:13 | 243:24 245:3,7,15 | 40:21 41:3,4,24 | **lapsed** 16:12 |
| 112:2,16,20,21,25 | 246:22 247:18,24 | 42:19 49:24 80:10 | **large** 107:14 |
| 113:1,24 116:4 | 248:13,24 250:20 | 82:8 104:4 112:4 | 134:25 135:1,3,8,9 |
| 117:1,3,18 123:9 | 251:4 252:22 | 112:5,6,7,9 202:20 | 135:13,15,17,17 |
| 123:11,13,18 | 253:10,23 260:10 | 224:11 225:11 | 135:23 177:25 |
| 128:13 132:6,8,10 | 260:16,21 261:2,4 | 236:2 241:25 | 202:7,12 209:11 |
| 132:10,14 133:17 | 261:5,7,18,21 | 243:1 246:5,25 | 225:1 |
| 134:20 136:6,7,8 | 263:5,7 264:6,12 | 247:4 258:6,7,8 | **largely** 176:11 |
| 137:17 138:14 | 264:18,21 265:3 | **lab's** 141:22 | **larger** 77:22 80:19 |
| 140:19 143:14 | 267:21 268:10 | **label** 88:6 97:24 | 245:4 292:9 |
| 146:20 148:19,20 | 270:9 271:2 272:3 | 122:11 | **largest** 178:22 |
| 149:6,16 152:25 | 272:4,6 273:15 | **labeled** 47:18 49:5 | **lately** 227:2 |
| 153:2,5 154:1,4,22 | 274:4 275:22 | 60:22 93:15 96:13 | **laura** 252:8 |
| 155:14,18 157:23 | 281:2 282:12 | 96:18 97:22 | **lavins** 13:8 18:11 |
| 157:25 159:13 | 283:2,17,17 | 118:19 200:20 | 26:23,24 35:10 |
| 161:2 164:5 | 284:20 289:18 | **labeling** 267:5,8 | 43:11 137:12 |
| 165:10 166:20 | 290:5,24 291:1,7,8 | **laboratories** | 210:13 213:12 |
| 167:13 168:14 | 291:9,15,22 294:2 | 109:10 224:1 | 217:14 268:23 |
| 169:24,25 170:4,6 | 294:10,12,14,15 | **laboratory** 16:5,8 | **law** 7:10 45:12 |
| 170:25 171:1,6,8 | 294:16,18,19 | 38:1,9 49:1,5,11 | 151:21 198:13 |
| 172:9,13,22 173:7 | 295:3,5 | 49:13,14 50:4,17 | 294:22,24 |
| 173:10 180:15 | **knowledge** 102:8 | 51:13,22 57:21,23 | **law's** 294:7,13 |
| 181:19 182:8 | 233:19 258:10,17 | 58:4,19 59:13 | **lawful** 7:2 |
| 184:3 185:17,25 | 266:1,5,9,13 267:1 | 62:15,19 63:1 | **lawsuit** 14:3 34:17 |
| 187:12 188:11 | 275:19 286:17 | 64:1 67:18 68:2 | 233:13,20 258:18 |
| 189:16 190:7,16 | **knowledgeable** | 70:12 80:2 81:11 | 259:12 |
| 190:19,25 192:8 | 40:13 | 82:5 108:1,4 | **lawyers** 36:1 |
| 192:20 195:25 | **known** 69:6 | 109:7,9 181:18 | **lc** 81:23 215:23 |
| 196:7 197:12,25 | 122:19 123:7,9 | 209:9 227:25 | 218:18 219:18,18 |
| 199:13,16,17,20 | 128:18 148:13,24 | 235:20 241:15 | 219:18 248:23 |
| 200:12 204:18,21 | 161:7 166:12,18 | 242:17 243:11 | 249:1,6,15,20 |
| 206:8 214:1 221:2 | **knows** 13:21 58:18 | 245:21 248:23 | 250:9,16 251:3 |
| 222:17 225:5 | 217:19 | 253:8 256:15 | 256:23 257:7,20 |
| 227:14,19,21,22 | **kucmanic** 27:10 | **labs** 40:16 42:6,10 | 258:2 |
| 228:6,9 229:3 | **kurt** 3:25 | 42:14 112:6 | **lcms** 250:6 |
| 230:1,7,14 231:13 | | 209:24 244:18 | **lead** 129:16 |
| 231:14,16 232:19 | **l** | **lack** 83:12 180:12 | **leading** 183:23 |
| 233:22 235:21,22 | **l** 13:6 22:6 27:6,6 | 275:2 | **learn** 16:21 114:9 |
| 236:12 238:21,22 | 27:14 153:25 | | 230:21 |

[learned - looked]

**learned** 114:12
  230:17
**leave** 18:13 72:3
**leaving** 148:11,18
  150:2
**lee** 3:5
**left** 36:18 37:7,8
  56:10 60:11 62:20
  143:4 252:1,3,7,8
  261:3
**legal** 14:8 74:19
  104:15 121:10
  232:19 298:1
  301:1
**length** 57:2 172:4
**lengthy** 233:1
**lethal** 29:6 98:19
  99:1,1,9,17,18
  100:2 102:17
  135:24 176:5
  289:23
**letter** 148:10,12
  149:11 298:20
**letters** 148:17
  150:2
**letting** 13:9,12
  190:19
**level** 75:20 108:8
  134:22 178:18
  211:17 212:3,6
  283:20 286:15,15
  287:17 288:16,25
**levels** 20:21
  108:10 115:14
  211:15 248:22
  289:21
**levins** 184:17
  230:15
**lexy** 269:14
**library** 128:16,18

**license** 113:9
**licensed** 296:4
**licenses** 15:19
**life** 43:4 89:12
  118:22 119:10
  120:24,25
**liked** 18:19
**likes** 83:19
**limit** 214:13
**limitations** 30:18
  87:20 121:5,10
  123:22 274:13
  293:8
**limited** 65:18
  72:21 217:20
  225:6
**limits** 274:14
**line** 37:20 52:9
  90:9 191:10
  194:14 201:21
  202:11,12,16
  203:3,5,5 204:19
  204:23 205:7
  217:15 277:6,13
  277:16,24 300:7
  301:3
**lines** 10:17 11:5
  87:11 110:24
  139:2
**lingering** 11:16
  12:4 28:16 29:4
  29:15
**link** 179:4 255:8
  290:6,16
**list** 27:21 85:18,23
  126:4,19,25
  134:13 136:13
  147:11 160:17
  190:14 198:17
  201:10 214:4
  233:24 271:15,17

274:18
**listed** 27:25 44:9
  45:7 127:2 128:25
  141:11 152:16
  156:5,8 161:20
  169:3 171:2,9
  197:1 207:4
  291:11,18 300:7
  300:17
**listing** 300:7
**lists** 83:18
**literature** 289:20
**litigation** 1:1 6:5
  298:6 299:3 300:3
**little** 33:5 36:22
  44:4 49:19 110:10
  178:14 187:15
  234:22 259:15
  273:20 279:1
  280:3 284:14
  292:2
**live** 14:12,17 237:1
**liver** 65:13 87:1,2
  119:12
**llp** 2:18
**load** 71:3
**loaded** 71:2,8
  72:20
**local** 34:9 112:10
  224:25
**located** 107:15
  290:16
**location** 68:15
  88:15 247:5
  298:15
**locations** 222:11
  222:22
**locked** 50:13,20
**lod** 212:3 287:23
**logged** 51:2

**logs** 53:6 246:6
**long** 12:14 21:13
  21:22 36:15 37:3
  56:15,16 75:1
  81:15 84:24 108:1
  116:18 209:15
  228:8 232:24
  233:3 243:24,25
  262:10 275:15
  293:23
**longer** 56:21 57:1
  85:18 116:21
  154:15
**look** 24:22 25:24
  26:7 31:21 39:7
  43:9,18,21 69:5
  72:12,13 85:5
  93:14,24 98:18
  100:9 101:18,20
  102:6,11 108:11
  132:25 134:24
  135:14 141:9
  145:22 151:16
  158:23 163:6
  171:17 174:1
  176:20 184:18
  185:21 186:2
  191:16,17 192:1
  192:14 193:1
  201:20 202:11
  207:24 221:24
  228:25 237:9
  241:8,9 262:13,14
  268:6 274:15,16
  274:21,21 276:22
  282:17 289:2
  292:2
**looked** 9:17 10:1,4
  11:9 12:5 33:16
  100:24 147:2
  160:11 177:12,15

[looked - matia]

181:15 200:25
218:1 229:3
261:24 262:10
267:17,21 271:7,8
275:5
**looking**   33:3 41:6
43:23 60:20 70:25
84:5 93:12 97:24
101:22 102:19
108:10 120:5
126:11 127:7
128:9,14 141:24
145:23 147:7,9
167:15 170:24
171:6,13 172:5
174:13 177:22
178:25 185:18
193:9 204:23
213:6 222:1 240:8
250:23 254:5
263:17 277:13,18
280:20 283:21
287:1 288:2
**looks**   48:11 60:23
62:14 79:13,14
84:6 97:23 127:6
143:8 151:16
156:10 157:10,11
157:16 159:17,21
161:6,24 165:3
166:8 174:3
175:11 176:20
177:3 185:3 186:3
186:11 189:7
192:22 193:16
194:14,24 196:20
196:24 197:15,18
197:22 198:23
199:1,8 201:22
202:11 203:13,20
205:1,13 214:4

216:9 221:13
229:2 232:19
254:25 289:16
**lorraine**   39:20
**lost**   270:24
**lot**   30:15 35:25
59:19 65:24 77:6
83:15,22 99:14
102:16,21 103:13
112:24 115:16
135:14 138:13,19
146:18 149:6
164:3 180:7 190:4
219:9 233:14
236:25 237:3
247:19 258:4,21
259:14 281:15
283:10,16 287:7
**loud**   213:15
**love**   19:1
**low**   11:14 99:23
219:20 223:20
248:22 257:12
286:15 289:6
**lower**   62:20 158:4
158:5 165:4 211:3
212:4,13 257:23
289:6
**lowest**   211:21,25
287:14
**luigiano**   13:5
**luis**   155:15
**lump**   268:7
**lunch**   124:2,8

**m**

**m**   22:6 27:12
**machine**   250:4
**machines**   256:23
257:21
**madam**   298:10

**mahoning**   39:19
**main**   1:23 3:12
36:3 296:13
**maintains**   243:20
245:21 246:25
**maintenance**
223:25 246:6,7,18
246:19
**major**   29:10
208:12 222:9,24
223:25
**majority**   150:21
179:18 204:9,12
205:1,18,25
276:21 282:24
283:10
**making**   21:7 83:19
267:22
**mam**   119:9
**management**
22:13 31:9 223:13
**mandatory**   166:1
**manila**   243:21
280:25
**manner**   46:21
52:10 78:23 87:24
90:25 91:9 92:3
92:16,19,22 93:1,5
93:20 95:23 96:5
97:13 105:21
106:1,8,8,25 107:4
107:5 238:8
**manners**   106:10
106:14
**manufacturer**
266:11,15,24
267:14
**manufacturers**
231:3,6,22,24
233:16 259:19
265:10 267:7,11

267:18
**marathon**   8:9
**marijuana**   127:8
295:4
**mark**   52:9
**marked**   24:16,18
43:7,9 117:6,8
139:16,18 151:4,6
158:10,12 161:13
161:15 173:15,17
184:14,16 187:23
187:25 191:5,7
194:10,12 196:12
196:14 200:2,4
210:4,6 213:9,11
217:11,13 221:10
221:12 254:22,24
**marker**   43:3
**marketing**   32:11
**mart**   2:15 6:11
7:11
**maryland**   17:18
18:14,15,20 37:14
**mass**   218:11
219:16 249:2
258:1
**massachusetts**
3:19
**master**   245:4,12
**match**   128:18
256:14
**matches**   128:14,16
**matching**   70:18
**material**   224:19
**materials**   226:8
265:15 267:12
**maternity**   72:2
**math**   163:20,21
164:14 165:3
**matia**   155:20,21

**matrix** 87:16 110:22 111:2,17 111:21 288:6

**matt** 139:20 217:24

**matter** 6:4 7:12 122:11 232:17 233:5 258:11 298:12

**mazzola** 22:4 27:1 33:11 188:2 210:13

**mcconnell** 2:12

**mcdermott** 2:5

**mckesson** 272:2,4

**md** 1:3

**mdl** 1:2

**mean** 9:12 22:20 31:21 43:23 49:22 61:12 62:16 63:18 78:13 79:5 84:1 84:14,14 88:22 91:19 96:11 121:21 139:12 142:19 143:7,11 157:25 159:16 166:14 180:7 183:25 195:22 218:4 243:10 245:5 249:24 277:24 279:6 280:20 284:18 286:3,13 292:6

**meaningful** 46:7

**means** 7:23 22:17 25:19 37:22 61:15 98:16 143:5 163:22 164:15 180:6,18 211:1,9 220:6 288:2

**meant** 49:7 87:19 142:20 190:9 210:20 211:11 216:10 289:7

**mechanism** 226:15

**media** 256:14

**medical** 5:5 13:2 14:22 15:2 17:7,9 17:10,14,18,24 18:17 19:9 28:6 30:20 34:4 37:24 38:4,23,25 40:6 42:3 44:19 49:21 51:24 52:18 53:11 62:17 65:2 70:20 74:19 91:13 92:3 102:14 113:8 139:19 143:25 146:12 151:19 159:15 161:3 164:4 182:19 195:12 199:3,10 199:14 200:6 221:19 240:25 260:18,25 261:19 263:2,11,14,25 264:15,20,23 265:7 268:20 269:11,21 281:9 282:22 290:11

**medically** 223:12

**medication** 9:6 99:7 126:4 128:25 237:8,16 239:5,17 239:17 244:4 267:15

**medications** 41:7 237:11 239:12,15 265:16 266:6,23 267:5,8 268:15

292:19

**medicine** 15:16

**meds** 42:1

**medulla** 28:17 29:5

**meet** 12:7,10,12 87:8,9 172:20 198:18 246:15 286:19 288:4

**meeting** 12:16 28:6 29:21,23 75:11 138:7 140:4 150:14,19 152:10 152:13 154:2 155:22 158:13,14 158:16,20,21,22 161:16,16,21 162:15 167:8 177:15,18 197:25 273:6

**meetings** 12:20 145:19 147:13 149:18 150:5,18 150:22 153:11 158:17 160:5,9 162:8 167:3 172:23 194:1 232:14

**meets** 287:21

**member** 51:14 145:14 263:13

**members** 149:2 151:11 152:16,19 168:23 183:11 293:21

**memo** 23:18

**memory** 126:22 174:8 232:14 270:25

**mental** 31:4

**mention** 64:25 125:8 130:22 239:5 271:21 290:18

**mentioned** 22:15 25:18 27:23 29:1 34:12 38:10 53:15 57:6 67:18 131:25 132:1 133:2 168:8 230:2 235:14 236:10 249:3 250:9 251:8 252:20 256:24 290:1 292:14

**mentioning** 56:3 231:24

**mentions** 151:17

**messenger** 286:5

**met** 7:9 84:24 199:18 211:24 287:8

**metabolite** 69:11 120:1 135:11,22

**metabolites** 46:16 47:4

**metabolize** 99:13 121:16 142:23

**metabolized** 121:1

**metals** 46:18

**methadone** 127:12 170:12,14,20,22 170:25 171:3 193:2,5,17,19

**methamphetamine** 127:8

**methanol** 126:12

**method** 15:10,11 81:12,13

**methods** 81:16 141:20 223:22

methoxyacetylfe... 82:20
metropolitan 29:10
microliters 65:22
mid 162:17
midway 214:2
midwest 29:10 301:1
mil 100:23
mind 45:6 184:8 296:16
minor 15:17
minored 30:24
minors 128:24 129:3
minute 164:2
minutes 4:13,16 118:22 119:10 158:13,16,21 161:16 167:7 177:16,19
mirror 242:14
mirrored 176:9
miscellaneous 86:18
misleading 266:7 266:10
mispronounced 128:20
misrepresents 278:20
missing 24:25 25:5 39:21
missouri 296:6,14
misspoke 125:12
mixed 120:15
mms 83:5
mobile 253:16,20 253:22 265:1

module 241:2 270:10
mom 113:21
moment 139:22 222:17 230:25
money 40:8,9
monitoring 178:18 179:3
monoacetylmor... 119:8
monoxide 46:17
month 59:25 109:17 146:17 147:10,12 162:12 162:14 191:16,18 274:18,19 275:8 275:10
monthly 109:16
months 16:5 59:8 82:1 192:13 251:20
morning 7:9 124:12
morphine 10:3 11:14 28:13,21 69:2,4 119:11,12 119:21 120:2,6,9 121:17 122:21 123:1,6 133:18 134:7,17,20,22 135:3,9,16,21,22 136:15 170:7 223:5
mortality 175:23 176:3,4,9,10 178:1 178:17 222:10,25
move 18:18 19:2 59:9 281:24
moved 17:17,21 19:6 215:22 219:18 247:9

252:10 294:15
moving 204:3
multiple 193:15 193:18 194:25 206:4,21,24 282:25 283:7,12 292:11,11
municipal 34:10
municipalities 38:16

**n**

n 13:6,7 27:12,13 210:25 260:22 269:18
n.w. 3:19
naloxone 148:21 148:24 149:1,3,6,7 149:12 159:18 160:12,17,21
name 7:10 13:5 22:4,5 27:2,13,16 28:9 74:23 86:9 167:5 217:23 251:10,13 252:13 252:14,16 262:11 271:9,18 290:3,6 298:6 299:3,4,15 300:3,4,21
named 35:10 260:21 272:22
names 199:17 271:9
nanograms 100:23
narrow 134:13
naso 140:3
national 1:1 6:4 28:5 42:3 178:18 298:6 299:3 300:3
natural 106:22
nature 8:22 34:6 37:22 44:21 57:11

109:21
necessarily 11:11 54:21 74:6 208:23 212:7 220:18 256:14 275:13
necessary 23:22 54:16 86:23 89:4
necessitated 223:21 257:20
necessitates 41:2 95:22
neda 3:17
need 8:8,16,20 22:23 25:4 27:10 45:23 46:3 50:10 53:22 68:21 69:18 73:3 76:1 77:10 82:16 86:19 96:4 97:6 107:25 108:12 110:21 111:1 113:8 117:19 129:1,21 136:18 151:14 167:12 198:1 211:25 213:15,25 216:5 219:16 220:3 223:9 224:19 245:9 252:5 254:19 278:14 281:11 282:1,3 285:2 287:7
needed 40:18 61:10 83:2 108:24 111:14 209:14 229:10 238:24 257:7 265:3 274:6
needs 54:20 55:24 85:10,19,21 87:9 281:19 282:8 287:10,17

neg  210:25
negative  56:12
  57:5 88:2 105:8
  129:7 207:25
  211:1 212:14,16
  212:19
negatives  55:4
  61:13,15,18,20,25
  62:4
neighboring  80:21
neutral  130:21
  131:1,5,9 290:6
never  30:25 31:2
  93:9 102:1 103:17
  105:11 150:4
  195:3 196:6 201:6
  285:23
new  2:20 59:2
  207:18 208:6,8
  214:13 215:19
  219:19 224:5,16
  226:4 227:9,15
  228:5 248:21
  251:12 252:2,6,9
  252:24,25
newest  31:21
news  139:13
night  255:8
nms  42:2
nodded  223:8
nods  8:3 223:7
nonexistent  225:6
nonpost  50:12
  52:14,20 89:10
nonposted  51:13
normal  107:10
normally  134:22
  237:24 288:5
norris  140:3
  141:12

north  102:15
  290:1,12
northeast  224:24
northern  37:8
  103:15 153:17
notable  174:25
notary  289:25
  299:10,18 300:15
  300:23 301:23
note  52:4 88:19
  94:3
noted  157:5 173:6
  179:1
notes  108:2 197:5
  197:19 237:21
notice  30:5 137:18
  296:9
noticing  136:25
  137:13
november  184:17
  184:20
nps  218:7,15
number  1:9 24:15
  25:1 43:6 49:1
  50:23,24 53:10
  55:9 80:19 101:17
  106:14 111:12
  114:14 117:5
  133:6 134:21
  138:2 139:15
  140:21 142:8
  144:13,14 150:8
  151:3 158:9
  159:20 161:12
  164:24 165:6
  166:21 169:4,7,25
  171:24 173:14
  174:16 175:1,4
  184:13 186:4,7,8
  186:22 187:3,10
  187:22 190:6

191:4 194:9,14
  196:11,15 200:1
  200:13 202:8
  206:4,14 207:2
  210:3 211:23
  213:8 216:4
  217:10 218:18
  221:9,25 225:25
  230:5 248:13,18
  250:24 254:21
  276:23,23 277:14
  278:8 283:12
  285:4 292:9,9
  298:7
numbers  48:12
  99:1 123:23 144:3
  157:6,7 158:4
  166:15 170:17
  186:2 187:12
  188:15 189:4
  206:7,13 247:25
  300:7
numerical  188:18
numerically  49:2
ny  2:20

**o**

o  13:6,7,7 22:6
  27:6,6,18,18 74:24
  74:25 153:25
o'gorman  2:17 4:5
  6:12,12 259:10
  260:5,10 269:10
  270:11
oaars  91:25
oarrs  162:1,11,18
  162:19,21,24
  163:1,2,5,7,17,23
  164:10,18,20
  165:10,17,19,20
  167:15,17,21
  168:5,15,18 169:1

169:5 170:24
  171:7,13 172:13
  177:4,7 179:17,19
  179:20 181:15
  191:15 192:1,9
  194:4 197:3,16,24
  198:11,15 199:5
  239:19 261:19,23
  262:15 273:21,25
  275:21
oath  9:10 124:10
oaths  296:7
object  63:25 98:7
  102:5 113:10
  183:24 285:21
objecting  222:21
objection  72:9
  140:17 169:15,22
  171:5 222:14
  225:13 234:4,15
  234:21 235:3,10
  247:17 260:2,8
  269:6 271:13
  272:25 278:19
  292:21 293:3,5,10
  293:11,15
objections  297:1
observe  203:11
observed  203:9
obtain  226:7 263:2
obtained  119:23
obviously  13:2
  64:14 89:3 146:5
  152:18 189:4
  239:1 241:22
  258:21
occasion  100:9
  113:15
occasionally  39:11
  39:17

**occasions** 102:10
112:10
**occupation** 14:20
237:2
**occupational**
44:11,24
**occur** 99:22
148:22 268:4
292:3
**occurred** 44:25
77:20 106:2 132:7
227:23 228:7
276:6
**occurring** 278:16
**october** 10:24
158:25 159:24
194:13
**office** 11:9 12:25
13:14 14:22 16:3
16:24 17:3,5,6,8,9
17:14,15,17,19,23
17:24 18:1,14,17
19:9,11,16 21:25
26:19 33:5 34:4
36:18,21 37:5,18
37:21,24 38:4,7,11
38:15,20,23 40:6,9
44:2,17,20 49:9
50:6,10,16 53:1,3
57:15 62:17 75:4
91:19 102:14
103:7 105:14
133:24 138:7,14
145:10 146:12
152:20,21 154:3,7
155:18 156:23
157:11 159:15
161:5 163:8 164:5
183:21 185:16
188:19 190:10
195:20 200:6

201:3,5 203:10
211:20 214:20
220:11,24 225:21
227:7 228:20
236:23 239:13,22
243:20 245:8
248:4,7,19 252:18
253:2,14 254:10
254:15 258:18
260:12,18,19,25
261:19 264:1,15
264:22 265:10
266:24 268:21
269:11,22 275:21
276:3 278:23
279:1 282:22
290:12,21 298:14
**office's** 39:1
**officer** 23:17
109:11 154:22,23
**officers** 50:15
228:2 238:1
**offices** 39:23
235:20 296:12
**official** 238:21
239:2 299:15
300:21
**officially** 81:6
**ofta** 29:23 138:8
138:11
**oftentimes** 170:14
**oh** 1:25 2:7,13
3:13 31:19 75:14
128:3 142:11
155:13 162:16
177:18 193:12
197:10 210:22
252:12 277:15
**ohio** 1:8 6:6 14:18
15:16,21,23 29:24
37:8 103:15

113:23 138:9
153:17 174:15
195:12 224:24
263:11,14 296:1
296:11 298:2
**okay** 7:16 8:13 9:2
10:10 11:2,25
13:16,23,25 16:23
19:15,22 20:9
21:10 23:10 24:25
25:7 28:2,11 29:3
30:4,15 31:23
33:21 35:9 38:21
39:14 40:15 42:5
42:13 43:17 46:8
46:11 47:18 48:1
48:6,21 49:4,12,18
50:2 51:16,19
53:18 54:25 55:1
56:9 57:3 58:3
60:19,24 62:21
63:2 64:3,24 65:3
65:7 66:5,13
67:23 68:5 69:6
71:18 73:5 75:7
78:3 80:18 84:8
84:19 89:17 90:3
91:24 93:16 98:2
102:2 104:14
110:25 117:4
118:15 119:7
121:11 123:12
127:14,22 128:19
130:5 131:19,24
132:21 136:21
139:17 143:17
144:19 145:8
147:17 149:8
156:10 158:23
159:5,8 161:14
162:11,20 164:9

164:21 166:17,24
173:13 177:15
179:23 180:10,22
181:4,6,12 183:19
184:9 185:6,14
186:2 187:14
188:23 189:3,11
189:21 190:9,21
191:3,24 192:14
193:1,20 194:8
196:2,19,23
197:12,21 200:3
201:10 204:22
207:1,3,8,11
208:13 210:10
212:21 213:7,21
213:24 215:5
216:11,25 217:24
218:14 224:13
228:15 230:16,25
231:16 232:5,22
232:25 233:4
236:2,15 238:4
240:9 242:1
243:14,19 245:20
246:17,24 247:11
251:8,12,21 252:2
252:4,16 257:5
258:3,16,23 262:4
270:21 271:1,4,5
271:22,23 273:19
274:9 277:15
280:1 281:15
283:23 287:16
290:13 295:8
**ol** 153:23
**old** 227:14
**older** 227:8
**oleksiak** 153:24
**omit** 80:4,5

**once** 19:6 25:20,22
43:2 50:21 57:7
75:13 82:15 83:24
84:1,3 89:17
90:23 109:17
114:12 238:18
245:17 285:15
**ones** 28:1 39:21
55:7 83:2 101:20
133:22 147:9
162:7 201:2 219:4
227:9 230:4
265:18,22 271:21
274:20 289:6
**online** 31:16
**ons** 124:23
**op** 1:9
**opana** 267:24
268:1
**open** 71:25 85:16
85:24 231:19
285:17
**opening** 18:16
19:4
**openings** 266:18
**operating** 22:21
67:10 70:19,24
78:11 101:19,24
103:4 107:9,12,18
107:19,22 108:15
109:4 111:23,25
115:7,21,23 116:5
116:6,12 287:20
**operation** 223:25
**opiate** 1:1 6:5
28:16 29:4,15
35:3 55:8,9,21
59:15 72:4 83:17
83:22 85:17
107:24 110:20
114:13 121:20

122:1,8,15,23
123:8,17 133:2,10
133:13,15,16
134:2,5 136:14
142:18 164:19
165:12 189:14
191:1 198:16
210:23 219:17
256:9 285:9 298:6
299:3 300:3
**opiates** 28:17 29:5
68:25 127:10
164:11,17 165:2,7
166:10 170:4,4
180:17 189:18,20
189:22 207:25
255:10 258:15
285:8
**opinion** 111:1
183:22 184:2
234:18,24 248:6
273:3
**opinions** 75:25
104:8 234:2,6
**opioid** 5:6 12:4
71:20 94:15,17,18
111:24 114:25
115:4 124:14
170:2 174:22
176:17 192:23,25
193:5,8,10,19
198:16 204:20
221:20 223:4
233:15 248:8
250:13 253:2,15
254:10,16 259:21
265:16 266:6,11
266:14,22 267:15
267:18 272:24
273:14 277:24
292:15,15,19

**opioids** 9:19 32:21
95:6 110:18 113:6
113:15 114:10
146:12 158:2
165:16 166:19
168:6 170:23
172:12 179:19
181:22 183:22
192:18 193:13,15
193:18 204:4,8,14
204:21 223:6,11
249:15,19,21
250:2 264:13
277:6,21 278:3,4
293:1,22 294:20
**opposed** 88:10
100:18 122:7,22
261:11
**opposite** 255:14
**opr** 174:23 176:5,9
176:10 178:3,10
178:15 179:2,4,6
179:15 180:2,13
181:14
**oprs** 223:5,5,10
**optimize** 214:14
**option** 54:3 100:14
**options** 88:14
218:7,14
**oral** 7:5 8:5 223:9
**orally** 118:4
**orange** 201:21
**order** 23:23 45:13
53:20 54:14 65:9
67:3,20 78:4,12
92:15 97:12
124:20,21 125:7
125:10,13 127:20
131:7 136:11,16
182:7 188:18
217:1 219:11

220:4 242:19
245:11 254:15
273:25 274:11
**ordered** 25:21
64:19,23 220:1
**ordering** 65:5
**orders** 124:25
125:11 127:15,18
194:2
**ordinary** 101:15
**organ** 89:13
**organization**
154:20
**organized** 188:16
**original** 54:21
249:13
**originally** 16:3
20:22 22:1 148:23
242:13 280:17
**orp** 177:25
**osmb** 198:20
199:19
**ou** 188:20 189:18
**outbreak** 29:9
**outlets** 219:9
**outs** 9:17 262:8
**outside** 38:16
39:15 48:17 82:4
188:20 241:22
253:17 269:6
273:1
**overall** 165:1
176:9 186:19
254:7
**overdose** 77:12,16
79:1,2,5,7,10
80:15 83:8 95:6
98:23 112:1 115:4
120:4 122:1,2,12
122:15,23,25
123:16,20 124:25

125:14 132:3
133:1,2,7,13,15,18
133:18,19 134:19
136:17 140:1
142:14,22 143:2
143:19 144:2
146:6 156:13
157:2,5,11 163:7
163:15,23 164:16
165:6 166:9,18,21
166:23 167:16
171:15 174:19,24
178:1,22 184:4
185:19 186:8,12
186:19,22 187:4
187:11 190:6,15
194:5 198:17
199:17 200:20
201:5,11,15,21
202:1,8,25 203:11
203:14 205:11,14
205:15,18 206:1
206:17,21 207:20
207:24 209:9
225:22 226:1
234:13 239:19
250:25 254:7
274:23 283:13
292:16
**overdosed** 294:6,8
**overdoses** 9:22
10:21,22 11:10,16
11:18 12:4,4 30:8
80:22 133:23
134:14 136:3
138:20,23 142:9
144:7,10 145:24
150:10 160:2
175:2 230:5
**overflow** 253:19
265:2

**overlap** 280:14
**owned** 243:12
**oxycodone** 127:11
157:21,23 170:6
176:4,9,11,15,16
177:1
**oxycontin** 267:24
**oxymorphone**
127:11 170:8
194:23,25 195:3
264:10 268:1

**p**

**p** 74:24,24,25
**package** 141:22
**packaging** 79:16
253:9
**page** 4:2 7:19 25:8
43:10 45:9 61:7
103:11 117:9
119:1,17 141:10
141:14,20 152:9
156:10 157:6
158:24 159:4
161:23 174:2,13
175:20 177:3
192:14 193:1
196:20 197:22
200:22 214:2
221:25 233:3
276:24 290:17
296:23 300:7
301:3
**pages** 27:20
118:17 192:23
193:14 200:13,19
200:23 232:23
**pain** 31:9,11 32:17
174:22 223:13
293:23
**painkillers** 184:5
294:14

**panel** 25:7,8 55:2
126:18 220:2
**paper** 10:7,7,9
28:25 33:10
173:19 175:7,9,10
175:11,15 184:24
221:18 238:20
239:7 243:20
244:2 245:3,20
246:3,25 258:6
281:12
**papers** 27:23
30:12 32:21
164:23 182:2
**paperwork** 57:16
83:25 84:6
**par** 3:22 6:20
**paragraph** 158:24
159:3 174:3
175:22 177:22
178:25 215:11
**paragraphs** 222:6
**paraphernalia**
69:18 70:6,22
72:6,13 73:12
160:23
**parked** 253:17,20
**part** 38:18 54:21
70:19,23 94:10
95:18 100:5 108:3
141:22 172:4,10
193:17,19 197:7,8
218:25 228:18
233:17 259:20,24
260:6 264:19
273:4 279:16
280:10,11 281:3,4
288:13,18 300:9
**participate** 139:3
155:4 227:14
233:4

**participated**
149:18 265:9,12
**participating**
153:10 155:11,23
156:3,7
**particular** 20:4
34:21 37:17 41:1
52:9 56:20 58:20
61:23 63:4 64:10
84:18,22,23 85:23
95:25 98:18,23,25
99:25 101:9 111:7
112:11,14 190:4
201:6 213:19
227:12,19 234:9
234:13,13,18,25
235:7,8 237:15
244:7 245:8
246:22 256:4
279:2 280:3,15
283:23 288:15
291:19
**particularly**
110:23 138:25
226:2
**parties** 297:6,7
**pass** 23:15 246:2
286:7
**passed** 16:15
67:17
**passes** 66:23
**patel** 269:17
**pathfinder** 270:3
**pathologist** 30:22
41:6,10,15 51:3,8
52:4 53:24 54:11
54:18,23 56:22
64:22 65:5,16
66:6 74:7 78:13
78:22 86:10 90:24
91:4,8,24 92:3

93:19 94:9 95:9
95:12 96:4 101:12
123:2 124:19,21
125:4,11,13
127:15,18 131:6
238:22 244:13
248:17 264:24
275:20 279:10,24
280:2,16 281:20
282:1,9,19 291:3
291:11,16
**pathologist's**
245:9
**pathologists** 36:1
67:13 90:13 122:5
122:10 123:19
132:2
**pathology** 51:9
67:9 91:11 174:5
**pathway** 53:6,14
57:25 71:3 101:11
269:20 270:3
**pathways** 51:1,2
71:15,17 72:17,20
73:8 85:16,23
89:25 136:1,4
137:14 141:23
235:16,23 236:3
238:14,24 239:4
240:13,14,17
241:1,7,17,18
269:16 270:8
281:6 285:15
286:20
**patient** 121:16
266:18
**paula** 185:2,14,15
185:17
**pcp** 55:6 127:8
**pd** 188:21

**pdf** 71:3 290:7
**pdrc** 4:13
**peak** 82:22 87:13
212:11 288:2
**peaks** 128:15,17
**pejorative** 286:4
**pending** 8:11
85:16 296:9
**pennsylvania** 42:4
**people** 58:11
59:25 63:4 99:13
138:25 143:14
146:3,10,21
147:11 148:18
150:2 154:5,6
158:1 164:18
165:15,16 167:2
168:15 169:5,7,25
171:2,17 179:18
181:21,24 196:7
196:15 206:21
237:21,22 240:8
242:7 247:5
251:12 255:10
260:15 264:12,13
268:12 274:10,22
**people's** 15:13
20:5 21:20 37:20
148:21
**pepper** 89:13
**percent** 82:11
144:6 145:3,6
160:12,24 161:8
163:17,22 164:2,6
164:11,15,18,21
165:4,5 166:9,16
166:17 169:4,10
169:18 175:2,2,3,3
186:18
**percentage** 21:18
70:5,5 128:17

166:12 186:7
260:6 283:4,17
**perfect** 62:11
**perform** 15:5,9,22
23:2,6 27:9 34:20
47:10,16 53:20
56:13 58:19,22
78:3 84:8 91:11
107:13,16 108:3
285:1
**performance**
47:11,13 104:17
104:23 105:13
241:15
**performed** 47:21
48:3,19 54:7
64:18 80:4 86:25
125:23,25 142:2
244:7 246:7
275:12
**performing** 45:11
64:14 71:23 72:4
74:1 78:8 83:4
107:11 129:6
246:10
**performs** 27:15
51:9
**period** 29:11
36:15 82:2 130:8
174:22 176:6
190:7 201:18
215:12,18 236:20
275:15,17 293:23
**periodic** 188:24
**permanent** 56:24
247:10
**permit** 224:19
225:2
**person** 29:17
40:13 57:19 63:4
66:20,23 69:1,5

71:1 74:3,9 79:17
90:11 95:11 99:17
99:19 106:9
120:10 122:19
123:7 131:7
143:14,15 146:20
147:2 152:2 154:4
163:1 171:25
190:21 194:7
202:19 228:3
251:9 264:4
269:10 274:7
**person's** 54:17
168:11 228:2
251:10 262:11,15
**personal** 34:14
75:20 184:3,6
243:7,8,9 272:20
292:14,18 294:4
295:8
**personally** 105:15
243:16 258:25
260:15 299:11
300:15
**personnel** 21:8
35:17 223:24
248:12
**perspective** 22:13
286:16,23
**ph** 128:2
**pharma** 1:9
**pharmaceutical**
233:25 266:3,19
266:23
**pharmaceuticals**
3:22,22
**pharmacies** 232:3
**pharmacist** 32:2
195:3,16,23
**pharmacists** 165:9
165:20 196:4

260:3
pharmacological
178:16
pharmacology
31:15,17 118:19
119:18
pharmacy 153:18
172:10 232:7
234:3 274:11
phone 3:17 12:18
298:3
phrase 234:22
291:25
physical 261:11
physician 113:9
pick 80:6 207:13
208:25
picked 207:16
262:13 275:4
picking 208:21
picture 62:18,20
pictures 62:13
pills 262:21
place 6:5 44:25
47:16 274:13
281:11
placed 57:9
280:24 281:1
293:9
places 39:5 146:7
223:25 235:18
241:19
plaintiff 2:3
plan 65:21 216:22
216:24
plate 55:6,8,10,12
55:20 127:10
130:23,23 131:4,4
189:14,14,15
208:7 219:13

plateau 178:11
plateaued 174:23
plates 55:4 127:9
127:16,17 189:16
208:10
platform 28:5
play 95:13,17
233:17 276:19
played 95:18
259:20,24 273:4
players 260:7
please 6:6,19,22
8:22 14:15 175:21
255:6 298:14
plus 24:3 188:18
point 16:9 17:24
19:12,20,21 20:9
33:20 39:5 44:3
46:12 47:2 51:5
52:11 58:4 69:8
77:14 81:2,5
82:14 83:14 85:13
85:25 90:25 93:19
97:5,25 103:19
116:19 118:21
119:20 121:15,19
123:21 150:11,14
159:23 162:20
176:15 181:10
182:10 206:3
209:13 230:19
240:2,3 256:6
277:11,20 279:11
285:22 286:11
points 91:4,7
95:21 119:6 146:6
147:6,19,20 148:5
148:6,8 149:13,16
149:23 150:12,13
150:24 151:18

poison 145:11,14
145:21 146:1
151:8 156:4,18,22
160:4 161:17
167:3 175:14
177:6,9,13 193:25
231:1,2 261:16
263:5 274:17
poisoning 186:8
274:24 276:13
poisonings 186:4
186:16
polar 103:12,17
police 15:2 25:22
29:22 36:1 38:1,7
38:10,11,12 44:13
48:7,16 50:15
51:4 52:23 53:12
64:13 77:4 91:15
138:7,11 140:4,11
143:6,12,13,17,20
154:21,22 188:22
190:3 227:21
228:7,16 238:1
240:19,20,21
247:12
policies 107:8
policy 31:7 56:18
58:23 132:19,22
211:20
polster 1:4
population 144:15
178:12 179:7
porter 3:18
portion 23:15
110:3,9,11 209:11
218:19 236:16
237:17 255:5
260:6
portions 236:14
237:4

portray 142:20
position 18:3,16
19:4,5,17 20:19
152:25 251:25
252:6,8,10,18,24
253:11
positions 252:18
252:25
positive 54:9 55:4
55:9,21 57:4
58:21 61:14 63:16
63:23 84:22,22
142:3 150:4
163:12 170:22
189:20 212:14
221:14 230:9
247:19 281:21
285:4,8
positives 63:21
129:7
possible 74:18
92:18 255:23
possibly 61:18
69:4 72:24 82:23
158:20 178:12
232:4,6 239:14
poster 9:21,24
10:1,18,20,25 11:2
11:6,8 28:22,23
29:7,12,15,17,18
30:6 32:24 33:2
138:5,12 241:4
postmortem 15:1
28:14 46:13,14
47:12 48:14 94:20
98:15 114:22
121:6,13 143:1
183:13,16
potency 223:4,19
225:5

**potent** 119:11
223:14
**potential** 106:14
106:24 113:15,18
**potentially** 185:4
231:9
**powerpoint** 28:7
29:20,25 30:1,2
43:16 138:6,10
**practiced** 30:25
**practices** 172:16
266:22
**prc** 21:9
**pre** 15:16
**prefer** 298:16
**pregnant** 42:18
72:3
**preliminary** 4:24
78:23 190:13,18
200:5
**preparation** 12:1
14:6,9 27:24
174:11
**prepare** 9:16 12:7
104:14
**prepared** 15:10
117:22 118:10
**prepares** 184:11
**prescribe** 165:15
**prescribed** 147:3
149:1 170:1,10,14
170:25 180:17
220:20 249:24
264:13 266:22
292:25 293:18
**prescribers**
198:12
**prescribing**
165:11,13 172:8
172:12,16,20
173:4,6 195:1,5,10

198:16 260:3
262:16 264:17
266:22 294:16
**prescription** 1:1
6:4 99:6 113:6,9
157:14 158:1
164:16 165:7
166:4,9 167:20,24
168:6,11,16,23
169:8,13,20
170:20 171:2
176:17 179:3,19
181:22 223:6,11
249:21 255:10
256:9 262:18,19
262:21 266:17
268:14 272:13
292:19 293:22
294:14,20 298:6
299:3 300:3
**prescriptions**
164:11 165:2,16
166:13,19 170:3
194:25 196:25
262:15 264:10
293:12
**presence** 46:15
47:4 55:19 61:2,4
69:17 72:6 73:11
**present** 12:16
55:22,22 85:2
87:8 88:25 99:10
119:15 146:21
160:23 161:20
167:18 212:11
223:17,20 261:13
262:15 286:14,17
**presentation** 10:1
10:14,18,20 28:5
28:22 29:7,12,21
43:16,19,22,25

46:9 103:18
117:14,22 118:12
118:14 138:5,6,12
139:22 140:10,11
144:1 181:19
243:4 258:14
268:7,9
**presentations** 9:18
27:21 33:1 103:13
113:25 185:23
201:2 267:23
**presented** 10:19
10:20,24 28:8,22
28:25 29:7,13,14
29:21 32:24 33:14
102:18 138:8
140:4 176:10
223:17
**presenting** 176:14
181:1
**presents** 224:13
**preservative** 88:25
**preservatives** 89:1
**press** 138:17 139:4
141:2,7 164:3,22
190:6 255:15,19
255:23 256:3,4
268:2
**presumptive** 55:3
55:20 65:24
**pretty** 18:7 20:7
45:8 77:3 147:10
185:1 201:22
203:21 219:22
233:1 255:13
270:16,21
**prevalence** 9:22
**prevent** 9:7
**previous** 120:23
147:12 151:19,19
151:20,21,21

159:19 161:7
215:25
**previously** 77:7
123:11 224:5
228:14
**primarily** 205:25
**print** 9:17 88:12
88:20 197:4
261:22 262:8,24
**printed** 191:21
197:19,24 200:17
**prior** 36:12,17
37:3,10 47:5
59:22 71:25 76:23
77:10 81:22
113:21 121:17
123:11 146:5
147:18 150:22
158:21 162:12,14
168:24 170:1
175:17 184:18
227:10 229:19,22
274:19 275:10
278:20
**prioritize** 66:3,3
282:4
**prioritizing** 83:13
**probably** 7:18
11:18 33:19 36:3
36:9,10 42:25
43:24 76:16 81:17
81:25 87:8 109:12
123:2 128:19
132:13 134:4
135:16 156:23
160:3 175:13
230:18 232:22
243:6,18 264:5
268:22 271:3
**probation** 44:14

**problem** 114:10
158:2,2 180:9
230:22 233:17
**problematic**
110:10
**procedure** 15:8
22:19,21 63:8,12
67:10 70:20,24
78:11 80:4 81:7
81:10,23 101:19
101:24 103:4
209:16 227:16
228:5 299:5 300:5
**procedures** 107:9
107:9,12,18,20,22
108:15 109:4
111:24,25 115:7
115:13,21,23
116:5,7,12 287:19
287:20
**proceed** 83:23
109:19 172:23
198:11
**process** 15:7 22:24
24:9 34:20 51:7
57:18 58:3 60:25
83:22 84:5 100:5
108:22 141:23
208:18 209:9
215:5 221:16
226:14,17 280:1
288:14 291:1
**procured** 224:25
**produce** 262:6
**produced** 117:2
139:21
**production** 200:10
221:16 298:24
**professional** 31:4
97:18 270:18
272:20

**proficiency** 44:15
245:23 246:1,2
**proficient** 58:12
**program** 31:25
68:7 133:24 136:7
141:23 146:25
179:3 281:7
**progress** 237:5
**project** 148:23
149:11
**projected** 157:10
**promotion** 20:17
266:19
**promotional**
265:15 266:3,6,11
266:14 267:12
**pronounce** 116:3
**pronouncing**
115:24
**properly** 46:22
47:6 76:2 176:12
198:21
**proportions** 283:5
**propounded** 7:6
296:25 297:4
**prosecute** 253:5
**protocol** 66:10,11
**provide** 23:18
45:19 73:22 146:8
147:20 262:5
279:8 285:5
**provided** 125:21
125:22,25 128:7
148:11
**provides** 40:8 44:1
69:14 208:5
**providing** 139:5
148:6 149:23
150:25
**proxy** 176:10

**pseudoephedrine**
100:21,25 102:19
**psychology** 15:18
30:24,25
**public** 31:6 86:16
138:15,24 140:5
140:16,19 158:3
159:16 224:1
256:8 299:10,18
300:15,23 301:23
**publication** 10:4
10:11,23 12:3
28:8,14,18 33:13
175:18
**publications** 9:18
25:3 27:21 33:1
258:14
**published** 32:15
32:21 173:24
174:4 178:14
**publishes** 201:8
**pull** 51:17 108:7
109:6 196:25
236:18 285:17
**pulled** 142:3
163:11 177:8
200:10,11 227:13
292:7,8
**pulling** 108:2
162:7
**purchase** 218:13
219:6 248:21
251:3,7
**purchased** 81:4
248:23 249:1
251:5 256:25
257:3,4 298:17
**purchasing** 256:24
257:20
**purdue** 1:8 2:22
6:13

**purple** 204:23
205:7
**purpose** 6:7 32:7
141:15 147:24
148:1 162:23
249:7 250:12
261:15 265:4
269:21
**purposes** 147:25
**pursuant** 296:8
**pursue** 54:24
**pursued** 54:20
**push** 45:20
**put** 20:19 25:25
29:18 50:19 56:15
57:24 65:14 81:9
90:8,11,14 102:15
103:17 118:13
137:15,23 146:15
149:12 159:13
177:5 190:5
192:11 201:1,2
219:19 236:20
242:19 245:10
258:12 268:8
279:13 284:3
289:16 294:5
**putting** 138:4
139:3 233:5
**puzzling** 30:8
207:22

**q**

**qa** 23:17
**qcs** 23:6,7,8
**quad** 215:23
219:19 249:11
256:23 257:8,21
**quads** 248:23
249:6,16,20 250:7
250:17 251:3

qualified 296:6
qualitatively
  40:20 214:8
quality 23:9,17
  107:20 109:3,6,10
  109:11,23 110:17
  110:23 115:23
  288:2
quantification
  244:14
quantified 284:1
  288:16
quantifies 61:5
quantify 282:15
  282:17,18 284:23
  286:6,17 287:2
quantifying
  281:21
quantitate 41:11
  41:24 108:11
  282:6
quantitation
  129:10 211:24
  212:7,12 282:8
quantitative
  287:12
quantitive 287:5
quantitively 84:25
  176:6 212:5
quantity 56:6
  84:24 262:21
  288:22 291:12,20
question 8:11,19
  8:23 23:21 24:23
  27:19 43:20 44:13
  62:6 104:24
  113:16 147:18
  159:8 168:22
  179:21,22,24
  197:14 205:21,22
  216:12 231:12

253:1 257:5,6
263:10 270:17
271:3 274:1
279:16 283:4,10
285:21 288:19
292:24 293:15,17
questioning 95:9
questionnaire
  21:13,22 146:16
questions 4:4,5,6
  7:12 9:1 21:19
  30:17 43:19
  111:20 213:18
  222:7 256:22
  259:8,13 278:24
  293:11 295:12,13
  296:25 297:3
quick 60:13 229:6
  286:24
quickly 121:2
quite 74:17 77:6
quiz 23:16
quote 22:16

## r

r 27:13,17,17,18
  27:18 68:9 260:22
  296:4 297:12
raised 263:10
ran 24:4 111:17
  137:13,24 209:19
  210:20,23 212:9
  228:5
randox 217:16,24
  217:25 219:5
randy 296:4
  297:12
range 98:20,20
  100:20,25 101:1,9
  102:11 108:12
  287:13

ranges 98:15
  99:12,15,25
  100:10 101:8,15
  101:22 102:6,16
  102:17,17,25
  289:22,23 290:8
ranjan 2:10 4:4
  6:10,10 7:8,10
  24:17 27:7 43:8
  60:13,19 64:3
  72:11 98:14
  102:10 113:13
  117:1,4,7 124:1,7
  139:17 140:22
  151:5 158:11
  161:14 169:18,24
  171:8 173:16
  180:10,11 184:1
  184:15 187:15,24
  191:6 194:11
  196:13 200:3
  210:5 213:10
  217:12 221:11
  222:16 225:14,19
  234:7,17,22,24
  235:6,13 247:21
  254:23 256:17,21
  259:6
rapidly 119:2,7
rarely 109:1
rate 256:9
ratio 134:20,21
ratios 134:17
raw 144:13 157:7
reach 95:23 172:7
  190:3 231:24
reached 171:25
  172:14 178:10
reaching 93:20
  206:20 226:14
  231:3,9,18 232:2

react 208:3
reacting 209:2
reaction 255:17
  266:14
reactive 208:7
reactivities 218:2
read 22:20 45:14
  46:13,22 47:6
  84:16 107:16
  119:5,6,19 120:22
  140:8 174:12,14
  175:22 176:12
  178:19 179:9
  194:20 197:6,7,10
  198:3,21 211:5
  212:16 213:15,21
  222:5 225:8 233:3
  242:23 255:4,5,7
  271:6,9,17 299:5,6
  299:12 300:5,6,17
readily 224:21
reading 48:5
  98:10 213:22
  215:1 298:12,20
reads 96:20 97:2
  97:16,25 98:14
  117:16 119:2
  191:14 212:17
  217:16
ready 187:16
real 228:19 245:25
realize 47:23
really 21:13 71:9
  76:20 91:23 98:9
  132:10 135:13
  147:4 221:5 229:6
  237:14 282:1
  289:3
reask 179:21
  205:21 283:8
  291:14

**reason** 8:17 9:3
  162:23 178:4
  189:22 204:7
  207:14 257:7
  270:6 300:8 301:3
**reasonable** 220:12
  220:14
**reasons** 171:12
  178:13 226:1
  256:25
**recall** 9:7 34:6
  77:20 105:5
  118:10,14 124:17
  132:4 147:9 148:8
  149:24 150:24
  156:3,7 160:14,15
  165:21 168:1,7
  199:21 225:23
  229:24 231:1,5,17
  231:23 240:10
  255:16 256:7
  259:22 261:14
  263:9,12,17,23
  269:1 289:19
  290:15
**receipt** 298:20
**receive** 15:25
  39:13,16 41:5
  50:13,19 51:1,22
  52:14 57:24 65:10
  68:5 70:6 90:10
  104:17 128:1
  142:25 162:18
  188:17 261:12
**received** 16:2,10
  48:6 49:19 50:2
  50:21 52:2,3,16,19
  57:13 67:15,19
  78:21 86:11 88:18
  90:8 91:22 104:20
  105:8 162:11,19

169:20 170:20
  171:22 233:2
  236:22 237:6,7,11
  266:2,10 280:13
**receives** 44:20
  53:10 57:16,19
  58:5 67:16
**receiving** 50:14,18
  51:14 128:7 170:1
  239:14 253:21
**recess** 60:16 124:4
  187:20 225:17
  256:19
**recognize** 48:21
**recollection** 193:4
  198:10 256:2
  273:6
**recommendations**
  160:19 231:5
**reconfirm** 111:1
**record** 6:3,7 7:10
  8:2,4,12 9:13
  14:12 60:15,17
  96:12 105:22
  117:8 124:3,5
  187:19,21 200:9
  223:9 225:14,16
  225:18 256:17,18
  256:20 285:21,25
  286:1,2 295:14
  300:9
**recordkeeping**
  192:1
**records** 52:18 90:4
  90:16 91:13
  241:20,24 242:16
  242:18 243:15
  263:2 264:20,23
  274:15
**red** 202:11

**redacted** 200:15
**redistribute** 66:24
**redistribution**
  66:14,19,22 67:7
  93:25 94:5
**redline** 204:3
**reentry** 155:18
**refer** 21:10 103:7
  107:23,25 108:19
  109:4 127:5
**reference** 40:15,21
  41:2,4 42:6,10,14
  98:15 100:10
  101:8,15 102:11
  102:20,25 109:12
  112:4,6,7,9 209:24
  224:19,24 226:7
  244:18 298:7
  299:2 300:2
**referenced** 261:23
  298:11 299:11
  300:15
**references** 101:18
  139:23 214:3
  267:25 289:19
**referencing** 98:17
  143:11 185:9,13
  255:20
**referred** 140:12
**referring** 96:12
  101:7 107:22
  108:14 128:2
  197:13 207:23
  219:2
**refers** 176:6
**reflect** 11:15 157:4
  170:18 186:3
  201:14 215:5
**reflected** 99:21
  110:2 116:22
  166:4 177:16

**reflects** 152:5
  168:5 177:4 179:7
**refresh** 193:4
  256:2
**refrigerated**
  253:17
**refrigerator** 50:13
  50:20 247:8
**regard** 132:23
**regarding** 151:8
  266:13
**regardless** 53:11
  53:15 148:12
  216:9 231:16
**regards** 9:19 38:1
  164:23 258:14
**regenerate** 238:24
  239:3
**regional** 37:21,25
  38:8 109:8
**regular** 227:2
**regulated** 267:2
**regulatory** 173:9
**rehab** 148:18
  149:10
**rehabilitation**
  146:24 151:20
**relate** 118:7
**related** 11:15 14:3
  29:9 91:11 110:17
  135:2,4,10 136:24
  142:18 146:14
  157:17,19,21
  174:17 176:17
  187:3 202:25
  203:11,14 216:2
  231:6 253:2
  255:24 265:24
  292:1,19 293:11
  297:7

relates  1:6
relating  110:17
   258:13
relative  29:5
relatively  244:17
release  138:24
   190:6
released  141:7
releases  138:17
   139:4 141:2,7
   164:3,5,22
reliable  98:3,11
reliever  174:23
rely  32:15 91:8,10
   91:13,14 290:21
remainder  174:20
remarks  297:1
remedy  217:22
remember  9:20,23
   11:4,6 16:1 21:12
   30:11 33:12,18
   43:23 48:25 49:3
   57:2 76:21 89:23
   105:7 109:21,22
   111:10 112:15
   113:3,22 116:20
   131:15 138:19
   149:15,21 150:6
   153:3,8,10,12,13
   153:16,20,21
   154:10,12,19,25
   155:2,8,10,13,13
   155:14,17 158:19
   162:6,7,9,19
   163:13 167:4,5
   172:2,5,25 173:2
   181:10 182:4
   185:1 194:7 195:7
   228:22 230:2,4,19
   231:4 232:8,12,12
   232:18,23 233:24

233:25 234:1
243:25 255:19
256:4 262:9
263:20 264:2
273:16,17 274:3
289:24
remembering
   275:9
remind  20:11
renew  16:11
reopen  228:17
reopened  228:13
reopening  228:15
repeat  101:6
   110:21 288:10
repetitive  110:5
rephrase  8:22,25
   113:16 133:5
reply  7:5
report  4:25 22:12
   22:22 24:7 25:24
   26:11,11,12,16,17
   35:12,14 41:15
   56:13 57:8,17
   58:2,6 68:18
   70:11 73:14 76:5
   81:11,13 82:8
   84:15,18,25 86:2,3
   86:12,13,16,21
   87:3 88:12,20
   89:17,20,24 90:23
   92:8,24 93:5,18
   94:6 95:10,15
   96:9 97:10 100:7
   100:16 101:3
   104:8,15 107:17
   114:17,20 127:3
   134:25 143:6,12
   143:13,17 158:25
   164:19,20 165:12
   165:17,23 168:5

168:19 169:2
170:24 171:7
172:13 173:8
183:9 189:8,25
190:19 194:24
195:8,15 199:2,9
199:14 200:5
201:7 210:25
211:4,11,20 212:5
212:13,15,17,19
228:8 230:16
236:10,18,25
237:6 238:16,18
238:25 239:3
244:3,18 245:18
245:19 246:9,15
262:16 264:3,7
273:7 279:12
280:10,12,12,21
281:3,5 284:4,4,6
284:8,9,10,16,17
284:17,18,22
285:19 286:20
287:8,23 288:5,7,9
288:21 289:13,17
291:5,23
reportable  211:15
reported  26:13
   84:12,14 87:10,14
   91:18,18 98:15,22
   99:5,7 111:15,19
   115:1 123:24
   134:18 138:3
   165:15 186:12
   189:23,24 196:5,6
   196:7 229:6
   296:21
reporter  6:22 7:21
   296:5 299:7
reporting  18:9
   19:23 22:11 84:4

86:5 101:10
109:18 195:23
264:15
reports  21:21
   25:14 33:22,24
   35:23 36:6 71:15
   75:17 88:1,4
   91:15,15,25 93:7
   122:18 123:4,11
   126:24 134:16
   146:19 147:3
   161:5 162:10
   163:1 165:19,20
   166:1 171:13
   177:7 179:17,19
   179:20 181:15
   184:10 188:25
   191:15 194:4
   196:25 197:4,19
   197:24 229:19,23
   238:4,11 239:19
   241:16 244:24
   246:5,8,18,19,20
   274:5,8 282:24
represent  7:11
   154:7 166:16
   191:21 259:11
representative
   154:2 265:11
representing
   189:19
represents  179:5
   186:9 188:13,20
   202:16 205:7
request  53:4 56:23
   112:22 163:1,3
   271:4 273:21
   274:5 281:22
   282:19 300:9,11
requested  51:3
   52:5 162:20 190:2

[requested - right]                                                      Page 44

280:17
requesting 162:24
requests 67:22
  228:16 274:8
require 94:17
  223:24 224:17
required 209:8
  223:23 244:16
  267:8,12 298:25
requirement 16:4
  198:15
requirements
  211:24 246:15
  286:19,22 287:22
  288:1,4
requires 178:18
residential 14:15
residents 113:7
resolution 218:12
  249:2
resources 76:1
  220:24
respect 272:24
  291:18
respects 297:2
respond 195:6
  244:15 254:15
responded 254:10
responders 149:7
  149:13
responding 137:20
  197:23
responds 185:3
  198:5,8,23
response 269:1
responses 8:6
  160:13
responsibility
  248:3 272:23
  273:13

responsible
  205:25 260:7
responsive 179:22
rest 249:25
result 46:3 54:5
  55:23 57:12 61:17
  85:14 87:2,10
  92:19 94:4,5
  100:6,15 110:15
  137:16 145:9
  171:3 210:25
  212:18,19 221:15
  248:8 253:3
  285:15
resulted 105:24
results 11:11 26:4
  36:2 45:19,23
  46:7 55:9,16
  63:17 66:2 67:3
  71:6,10 72:14,16
  78:16 84:4 86:4
  86:19 87:20 94:14
  94:19 96:2,8,22
  97:17,21 98:12,24
  99:15 101:10
  120:15 175:23
  178:2 189:12,13
  189:23 207:22
  224:15 240:14
  241:10 283:6,21
  283:25 284:12
  285:16
retail 234:2
retain 116:18
retained 243:24
  244:1
retention 82:22
  212:12
retroactively
  133:21

retrospective
  227:8,11
retrospectively
  227:15 275:2
return 129:6
returned 298:19
review 12:1 14:5,8
  15:9 20:4,8 21:8
  21:19 22:15 24:5
  25:13,17,18,24
  28:7,10,15,19,23
  29:18 33:3 59:19
  59:21 68:18,20
  86:1 90:19 92:1
  95:23 101:1
  109:25 111:3,6
  115:12 136:18
  139:7,10,14,23
  145:11,15,21
  146:1 147:5,23,25
  151:8,9,13,17
  156:4,19,22 160:5
  161:17 163:1
  167:3 175:14
  177:6,9,14 181:8
  182:2,6 194:1,1,4
  213:16 231:1,2
  240:4 261:16
  263:6 274:18
  285:18 298:14
  299:1 300:1
reviewed 10:11,18
  10:19 12:3 29:8
  30:1 76:5 110:20
  156:17 160:9
  174:11 175:12,17
  199:5 200:24
  201:6 232:16
  261:19 285:14
reviewer 26:14,15
  26:20 85:5,13

111:8
reviewers 26:18
reviewing 15:12
  20:1,6 22:10
  27:23 71:1 75:16
  78:7 100:12 108:7
  109:24 151:23
  182:8 190:16
  262:25
reviews 24:1 26:21
  27:9,16 91:25
  104:17 105:13
reyes 154:11
rice 3:10 6:16,16
  295:12
rico 27:12 188:1
  210:12
ridge 2:6
right 13:2 14:19
  25:18 36:13,14
  37:1 44:22 45:17
  45:18,20,23 48:4
  49:6 50:5 53:12
  61:1,5,10,21 62:1
  62:15,18 63:9,14
  63:23 64:7 67:3
  67:20,24 72:8
  73:14 78:19 79:18
  80:25 86:5 90:22
  91:1 92:4,11
  95:23 96:5 97:10
  99:17,19,23
  105:24 106:2
  118:8 119:15
  120:20 121:13
  123:24 124:10
  133:10 134:9
  136:3,24 141:12
  143:22 145:3,12
  145:18 149:4,19
  158:6 160:21

162:13 163:18
167:21 169:5,8,14
169:21 170:21
171:4,16,21 174:1
176:18,22,24
177:6,17,20 178:7
180:2,23 181:2
182:20,21,23,24
183:1,14,17 187:5
189:8 190:11
194:15 196:17
198:6,24 199:6,10
200:23 203:15
204:10 206:15,18
206:21 207:6,14
207:20 208:22
210:21 211:1
216:17 220:16,22
221:24 229:3
248:4 250:25
257:1,9 259:6
273:3,17,22 275:1
275:2,18 276:7
277:5,17,20 278:6
280:21 282:12
284:14 287:14
288:13 290:13,24
291:1,8 292:12
294:3
**rindi** 27:12 140:3
141:12 144:1
175:8 188:1 189:8
210:12 241:4
**rise** 157:5 174:16
174:24 175:1
176:3 178:4
203:11
**risen** 178:9
**rising** 140:1,1
**river** 2:7

**road** 2:6
**rocker** 2:7
**role** 5:6 46:19
177:25 179:2,15
180:1,13 181:14
221:19 251:14,16
252:2,3
**rose** 153:15 172:9
172:9 173:5
174:18 175:23
232:6
**rotate** 59:9
**rotates** 58:17
**rotating** 58:14,23
59:14
**roughly** 48:3,16
48:18 166:8
250:22 254:4,11
**rounded** 58:18
**routine** 224:6
279:20
**routinely** 75:7
80:14 90:19
228:20 236:6
247:22 275:21
**rpr** 297:12
**ruin** 83:15
**rule** 121:25 122:4
122:14,21 123:2
135:4
**ruled** 123:7,17
133:1,9,18 159:22
**rules** 7:17 299:5
300:5
**ruling** 132:3,12
**rulings** 121:20
**run** 22:22 23:13
23:14,19,23 53:25
54:12 57:5,12
64:5 65:12 66:7
67:24 68:19 69:18

80:2,12 85:19
110:21 111:21
115:16 134:1
146:23 189:20
211:16,19,20
215:3,14 217:9
218:17 219:6,8,10
219:17 226:11
228:5,18,19
239:19 246:14,16
250:3 253:18
281:23 285:6,9,9
285:10 288:6,11
**running** 71:25
82:12 100:18
107:24 110:14
114:13 129:3
167:14 189:9
209:17,22 226:17
227:4 249:23
**runs** 74:22 156:1
209:20
**rush** 138:21
**rushed** 80:23

**s**

**s** 27:6,6 74:24,25
153:25 260:22
300:8,8 301:3
**salicylate** 35:2
126:1,8 128:22
129:9,18 130:4
**sample** 41:17
52:25 56:7 57:20
58:5,22 65:19
66:9 69:3 72:22
72:24 83:12,15
88:5,17 89:19,21
90:1,3,9,10 110:21
119:15 120:12,13
228:18 282:2
288:10,11

**samples** 15:6 23:9
23:23 24:2,4
38:15 39:1,6,9,16
40:22 50:19,21
51:10,12,13,21
52:15 53:1,2
56:14,23 57:17
64:6,16 65:16
66:6 67:2,6,11,16
67:24 68:6 89:23
112:5 116:18,21
120:4,6 121:7,13
122:10 123:17
141:18 224:25
247:4,23 261:11
261:11
**sat** 150:4
**save** 243:7
**saves** 56:24
**saw** 19:3 114:14
139:12 156:21
176:16 189:3
202:21 229:23
**saying** 20:22 26:6
52:25 56:11 65:8
85:24 87:11 97:6
98:10 115:15
122:16 136:19
150:16 181:24
182:12 196:24
204:11 206:9,10
206:12 212:8
215:24 216:6,20
218:12,21 219:3
219:15,22 220:2
264:3 283:10
287:9 289:1
**says** 7:5 37:21
45:10,16 46:14
53:19 61:8,12
63:16 64:3 86:17

93:13 96:24 98:3
99:22 121:5,9,12
121:15,19 123:22
139:25 141:20
142:2,7,17 144:21
153:8 158:24,25
163:14,17 174:14
177:25 179:1
180:20 188:11
189:18,18 191:10
192:15 193:15
198:5,8 211:8
212:20 214:7,7,18
215:11,25 217:19
222:8 280:4 282:9
**scan** 128:11
240:24 245:17
**scanned** 281:8,10
**scanning** 245:14
**scene** 41:8 68:13
69:13,24 70:7,7,21
70:22 72:7,13,15
73:12 74:14 75:17
76:5,9 77:4,13,15
77:16,19 78:5
79:16 129:19
138:20 143:14
197:1 207:24
208:3 239:12
264:13 278:11
**scenes** 74:18 76:25
77:6,10,12,25
**schedule** 60:2
223:12
**scheduling** 13:10
225:7
**scheme** 49:5
**schneider** 269:19
**school** 18:15 19:7
**schueler** 36:16,18
37:4,11 42:17

210:13
**science** 37:25 38:8
45:12 109:8
**sciences** 42:3
**scientist** 18:6
19:20 20:10,13,23
20:24 21:5 26:25
27:8,15 59:5,11,20
251:25
**scientists** 102:24
**scope** 47:9 78:17
86:14 113:11
140:18 222:15
234:5 235:11
260:2 269:7 273:1
292:22
**screen** 35:1 41:24
42:2 54:5,6,9
56:11,11 58:21
65:22 78:19 79:20
125:20 126:10,16
126:18 127:21,23
128:5,6 130:1
131:2 190:20
207:12,16 214:4
216:23 217:20
218:2,15 226:10
226:12 282:10,13
283:20
**screening** 53:19
53:20,25 54:12
55:1,15,23 56:3,5
57:4,12 61:2,8,8
61:16,20 64:17
66:7 78:17 79:23
80:3,15 124:13,14
124:18,22,22
125:8,14,17
127:15 130:6,10
130:18,19 131:13
131:17,21 207:21

215:7 218:7
226:15,18,21
228:21
**screenings** 208:15
208:19,24,25
**screens** 26:5
189:12,24 281:23
281:24 282:6
286:5
**script** 193:18
**scripts** 193:15
**seal** 299:15 300:21
**search** 128:16
134:2,9 136:13
137:14 142:2
237:15 241:3
**searches** 136:7,10
**second** 29:23 51:6
63:8,11,13 81:17
81:19 89:18 97:25
119:19 175:20
196:20 210:8
215:11 225:15
249:11 250:19
251:5 252:4 257:2
290:18
**section** 86:16 94:5
94:8 222:1
**sections** 242:10
**sector** 224:2
**sedation** 225:1
**sedative** 223:14
**see** 7:20 11:19
18:19 23:6 27:25
41:11,21 45:12
68:15 69:6 70:10
71:10 72:22 80:8
80:19 82:22 87:3
87:10,17,20 95:17
101:7 103:12
110:25 112:11

113:1 120:16
124:21 128:15
129:16 130:25
131:7 132:17
134:19,22 135:15
135:24 137:15
147:3 148:2
156:15 157:6
159:1 160:25
161:9,18 162:2
164:3,12,22
167:17 168:5
173:22 183:8
184:21 186:5
188:3,7 189:1,17
191:11,19 192:22
195:3 197:17
200:7,22 201:24
202:7,14 203:6,22
204:1,5 205:5
208:6 210:11,14
211:12,18 212:5,6
212:10 213:13,21
214:10,16 215:16
216:18 217:17
228:6,13 229:5,11
233:24 236:21
237:10,15,18
238:8 242:19,20
244:16 245:7,11
247:25 255:8
256:13 262:14,20
277:3,6,9,19
280:15,17 281:12
283:5 289:20
291:25,25 292:5
**seeing** 69:3 77:9
135:17 163:8
167:4 172:13
190:11 205:19
206:7 209:7

216:19,22 225:21
227:10 229:20,22
230:12 233:17,25
250:25 254:7
255:16 256:6,15
277:18
**seek** 72:16 73:7
**seeking** 72:19
169:12
**seen** 33:5 37:20
39:19 41:23 81:1
94:7 102:1 107:3
114:25 123:3
132:12 133:14
174:15 201:4
221:21 227:1
265:15,20,21
271:17 273:7
**segments** 37:18
**seizures** 131:8
**select** 68:1 242:7
**selected** 270:8
**self** 165:15
**send** 38:14,17
40:20,25 41:4,12
41:16 42:2,20
70:15 80:9 82:16
82:24 83:3,5
129:10,15 244:14
244:17
**sending** 42:10,21
81:5 82:3,10,13,15
82:19 112:5
209:23
**sends** 189:8,10,11
**sense** 7:25 8:14,20
8:23 26:8,10
110:4 144:16
**sensitive** 98:3,12
223:22 257:24

**sensitivity** 63:13
214:15
**sent** 39:9 43:24
51:12 52:1 83:2
112:10 117:11
151:11 156:11,20
184:24 191:9
229:9 249:3 282:8
**sentence** 176:8
197:13 215:25
**separate** 50:24
52:23 79:23 89:2
**september** 17:17
17:20 117:13
168:4,7 255:2
**series** 30:17
284:23
**serum** 89:2
**serve** 104:11 112:4
112:7
**served** 34:1
103:25 273:11
**service** 272:15
**serving** 38:11
**session** 264:20
**set** 21:15 23:14
30:14 59:23 60:2
63:3 68:24 99:25
100:13 101:14
103:10 106:13,13
110:20 111:8
116:6 118:6
134:13 136:16
145:8 158:8
161:11 173:11
174:3 187:16
191:3 193:20
196:2 199:25
211:19 246:23
296:24

**sets** 115:22 116:4
**seven** 279:2
285:22
**severely** 86:24
**sexual** 15:3 38:15
240:22
**shannon** 184:18
185:5 188:2 190:1
194:13 196:9,16
197:15 198:23
210:12 211:8
255:1
**share** 198:9
257:25 258:9
**shared** 199:19
258:9
**sheet** 52:3 276:24
300:7,10,18 301:1
**sheriff's** 38:20
154:3,7
**shifting** 178:17
**shifts** 74:17
174:24
**shop** 197:2
**shoppers** 172:18
**shopping** 169:13
171:16,18,20,20
171:23 172:1
198:14,18 199:4
199:18 263:15,18
263:24 264:4
**short** 76:10,14,21
76:22 108:2
120:25 190:7
218:9,12,16
**shorten** 222:23
**shorthand** 296:22
**show** 26:17 85:18
85:23 95:10 117:7
134:18 158:3
176:3 179:18

184:25 221:11
246:1,9 254:23
280:11
**showing** 51:25
105:4 158:11
180:4,16 185:23
200:3 217:12
278:10
**shown** 105:3
296:20
**shows** 26:17 89:24
135:12 236:19
246:6
**side** 51:25 52:3
56:10 154:23
174:1
**sign** 25:23 36:9,11
148:25
**signature** 37:20
239:2 297:11
298:14
**signed** 20:3 22:16
23:1,13,16,21,23
23:25 24:5,9
34:20,22,24,25
35:1 60:3 93:9
175:15 180:22
238:21 299:13
300:18
**significance** 225:4
**significant** 13:17
220:12 221:6
223:17 250:24
254:6
**significantly** 36:10
141:6 175:24
**signing** 25:13,14
35:22 36:5 60:1
298:12,20
**similar** 21:25 59:3
93:17 96:19 99:16

160:4 176:3
178:16 193:21
219:25 223:15
**similarly** 8:2
143:20 170:17
**simply** 179:7
198:15
**sincerely** 298:23
**single** 282:25
**sir** 298:10
**sirn** 260:21
**sister** 294:7,13,22
294:24
**sit** 151:24
**site** 89:13
**sites** 117:17
**situation** 21:25
199:22
**six** 16:5 29:11
144:23
**skip** 118:17
119:17 157:9
273:18
**skipping** 176:8
**slide** 43:20 44:6
46:9 47:18,19
49:4,7,16 56:10
60:21 63:16 64:3
93:12 96:12,17,18
97:22 99:22
118:18 119:18,24
121:4,22 123:22
141:15 143:24
144:21 200:18
**slides** 28:7 62:12
63:6 97:24 117:22
118:6,11 120:23
131:25 139:24,25
**slight** 93:14
**slightly** 165:4
257:5

**small** 65:23,24
120:23
**smaller** 77:23
**smith** 272:17
**smoothly** 7:18
**sofalui** 109:14
**sofalvi** 27:1,6
**soft** 217:25
**software** 68:10
**soiree** 273:20
**solely** 92:19 97:3
97:10 235:4 241:6
**solutions** 298:1
301:1
**somebody** 23:1,13
99:5 100:13
103:15 110:14
126:14 142:22
147:15 160:2
170:7 196:7
260:21
**sop** 22:20 102:9
108:3,7 109:1,6,24
110:12 116:15,22
**sophisticated**
224:17
**sops** 109:12,25
112:3 116:23
**sorry** 10:6 11:25
52:14 53:9 54:10
84:13 89:18
103:11 117:25
118:1 121:8,9
125:12 130:22
140:1 141:4
144:10 155:13
159:2 166:14
195:22 200:20
201:13 202:2
219:17 223:8,10
226:20 251:15

270:23 277:15
281:7 283:8
287:13 288:18
293:13 294:23
**sort** 31:24 40:25
48:8 49:13 67:10
67:19 73:8 79:15
115:22 128:1
144:20 151:11
164:23 168:3
174:2 190:10
203:4 215:18
228:3 268:2
281:17 283:19
288:9 290:13
**sound** 296:16
**sounds** 14:12
71:19 212:10
214:22 252:17
270:23
**sources** 98:21
103:7 159:20
**space** 253:18
279:6
**speak** 7:24,25
13:16,19 54:22
195:12 230:10
265:11 268:20
279:23 288:24
**speaking** 7:23
14:23 35:20 46:24
51:21 76:18
118:16 127:6
236:8 246:21
**spec** 219:16
**special** 44:11
**specialized** 16:18
**specific** 41:7,9
55:5,6,7,11,19
59:7 63:18 64:16
65:9 66:21 68:3

107:8 110:24
114:11 124:25
127:11 143:10
181:10 182:4
204:16,16 230:20
231:5 237:10
241:9 244:20
265:18,22,23
266:5,9 281:20
285:13 290:6
**specifically** 9:20
43:23 49:22 62:5
62:25 64:12,24
67:25 68:16,25
72:16 73:6 87:1
88:10 94:15
101:19 112:15
114:14 116:14
131:7 132:13,14
133:14 138:18
139:13 143:9
145:23 146:11
148:4 149:15
153:12 154:25
156:20 157:23
160:15 162:7
163:6 172:5 187:9
189:14 207:15
212:25 233:22
283:13
**specification**
256:16
**specificity** 63:12
**specifics** 25:5
105:7 173:2
**specify** 54:7 89:8
133:15
**specimen** 40:25
49:18 50:2 51:1
65:9,10 69:9 88:7
112:11 142:25

[specimen - submitted]

261:12
specimens  15:1
  47:22 50:6,7,12,17
  51:5 57:9 58:6
  65:13 66:23 88:23
  89:14 218:6
  280:13
specs  218:1
spell  22:5 27:2
spelling  27:4,10
spells  269:18
spend  279:2
spends  220:11
spent  21:18 40:12
  221:2
spike  202:13,21
  203:21 205:4
split  204:14
spoke  217:24
spoken  255:12
spot  237:20
  252:15
spouse  13:17
spreadsheet
  102:15 191:22
  192:15 290:14
ss  296:2
staff  50:19 51:14
  230:14 248:16
  276:11
staffer  140:3
staffing  76:10,14
  76:22,22 275:25
  278:15
standard  22:20
  67:10 70:19,23
  78:11 81:4 82:21
  101:18,24 103:3
  107:9,12,18,19,22
  108:15 109:3
  111:23,25 115:7

115:20,23 116:5
116:11 171:19
220:3 287:19
standardization
  132:1,7
standards  87:9
  105:1 172:21
  224:21
standpoint  224:16
  225:3 286:4
stands  21:12
  218:11
stark  39:6 80:22
  113:4 230:3
start  7:13 53:9
  128:5 208:16
  216:12 228:20
  229:10,22 237:7
  279:3
started  11:19
  16:23 17:22 37:15
  59:2 60:9 75:3
  77:2,11,11 80:18
  81:3 136:25 137:3
  147:7 183:3,9
  203:10 217:8
  227:10 229:20
  249:8 250:15
  251:19,24
starting  71:22
  215:25 216:11,13
  268:13
starts  49:18
  193:16
state  15:21 17:18
  52:21 76:8 96:11
  96:15 195:24
  196:5 199:3,9,14
  260:1 271:13
  273:8 290:12
  296:1,5,10,14

299:10 300:15
stated  255:13
  264:7
statement  21:6
  63:18 222:12,18
  223:1 268:3
  299:13,14 300:19
  300:19
statements  256:8
states  69:12
  175:23 255:9
stating  23:18
  52:15 63:20 87:4
  180:4
statistic  136:6
statistical  137:14
  137:24 141:22
  175:8 241:1
statistics  47:19
  133:24 134:1
  141:25 156:12,13
  156:23 157:2
  159:7,13 160:7
  161:24 162:1,5
  166:5 177:4,16
  185:16 241:14
  283:2 291:24
stats  159:18
  163:11 169:3
  292:7
stay  143:5 154:16
stays  142:17,21
steady  96:11,14
step  57:13 63:8
  216:19
steps  18:6 19:19
  22:19,25 23:4
  49:23
stint  18:1
stood  29:14,17

stop  36:5 124:2
  175:6 224:7
stopak  74:23
  196:17
storage  56:15
  57:10 247:10
  253:18
store  242:21 243:4
  243:6
stored  236:9,13
  238:4,11,19
  240:17 242:12
  245:1 246:17,20
  246:22,23 247:5
stores  238:14
storing  242:11
straight  284:22
street  3:5 296:13
streets  139:1
strike  53:9 113:16
structure  115:20
student  167:6
studied  113:17
studies  113:13
  211:16
study  98:25 142:4
  176:6
stuff  38:19 70:16
  147:14 270:24
  279:17
subject  117:13
  139:21 188:5
  194:14 210:18
  217:15
submission  253:7
submissions  71:12
  71:14
submit  267:8,12
  279:17
submitted  39:6

**subscribed** 299:10
300:14 301:21
**subset** 82:10
**substance** 41:1
61:3,4,5 100:2
101:9 114:19
170:19 178:2
183:3 228:3
247:15 288:15
**substances** 46:17
69:24 120:5 127:2
128:9 130:10,11
147:4 179:8
206:21,24 212:25
213:2 214:4,23
215:2,3 247:22
**substantial** 71:24
186:22 187:10
**substantially**
223:4
**suburban** 175:4
**suburbs** 145:5
154:23
**succinctly** 140:5
**sudden** 44:11
205:2
**sued** 233:22
**sufficient** 101:11
198:20 282:2
288:16,21 291:12
**suggested** 136:13
214:22 215:1
273:12
**suggestion** 232:8
272:22
**suggestions**
150:15
**suggests** 178:11
**suicide** 44:10
106:4,20

**suit** 297:6
**suite** 1:23 2:6,12
3:5,12 50:8 298:2
**summarize** 44:15
147:17 192:12
201:5
**summarizes** 140:5
**summary** 144:17
191:17 236:19,22
**summer** 31:19
37:6 59:23 229:17
**summit** 80:22
113:4 230:3
**super** 96:14
**superior** 298:1
**supervising** 19:23
20:2
**supervisor** 13:8
18:11 20:8 26:21
35:10,14 85:11
268:23 279:22
289:2
**supervisors** 105:9
140:23
**suppliers** 224:22
**supply** 272:13
**suppose** 102:7
226:12
**supposed** 242:14
262:22
**suppression** 34:8
**supreme** 296:5
**sur** 153:1,2
**sure** 18:7 20:7
26:2,4,5,8,12,16
27:11 37:14 39:20
49:25 54:10 64:2
74:16 76:7 82:13
90:5 92:23 101:23
103:1 106:12
108:12 109:25

110:4,19 113:5
126:20 129:18
133:6 143:8
147:10 148:17,19
148:19 149:15
167:1 172:15,24
179:21 181:9
184:3,8 185:1
187:18 193:11
194:6 197:10
198:11 205:22
212:10 214:2
219:1 227:13
228:11,12 229:1
235:20 239:15
250:18 256:12
258:22 262:18
263:7 265:17
290:7 292:23
**surgeon** 33:24
**surprise** 180:19
**surrounding**
96:21 229:20
230:22
**survey** 168:9
**suspect** 122:25
135:24
**suspected** 40:18
80:9,15 82:4,9
83:8 120:4 123:15
132:3 133:7,19,22
134:14 135:9
136:3,17 263:14
263:18,24 264:4
264:16
**suspecting** 52:7
**suspicion** 44:13,21
44:24 79:6,10
**suspicious** 45:2
79:2,4

**swear** 6:22
**switched** 58:8
**sworn** 7:2 296:18
299:10,13 300:14
300:18 301:21
**synthetic** 222:16
223:3
**syringes** 79:15
**system** 50:25 53:7
53:15 57:25 59:2
59:24 99:2 101:11
142:24 143:4
165:24 197:5,20
269:20,24 270:1,7
**systems** 239:25
270:4
**szab** 217:22
**szabolc** 27:1 59:12
59:16 109:14
**szabolc's** 217:23

**t**

**t** 68:9 74:24,25
155:20
**tab** 191:17,22
237:17
**table** 176:7,20
177:4
**take** 8:8,10,12,16
23:16 24:22 43:9
43:18 60:13 81:15
81:20 85:25 94:17
96:7 141:9 143:17
151:13 163:6
167:16 168:20
180:7 187:15
195:8,15 197:5,10
197:19 198:19
206:11 213:23
262:5 272:19
289:10,13 293:7

taken 7:14 16:14 262:22 293:4,22 298:11
takes 65:22 144:14
talk 13:25 35:25 67:12 109:11 112:22 131:16 136:21 140:1 172:11,15 231:25 232:3 235:13 240:13 279:10,13 284:9,17
talked 9:21 13:8 14:11 30:15 32:14 34:19 44:8 102:23 103:21 105:21 107:8 112:5 115:8 124:13 131:24 137:12 207:11 225:25 237:25 243:19 247:3 254:19,20 258:4 265:1 270:18 281:15 282:21 284:4,5,16 291:24
talking 30:7 57:20 62:23 65:1 99:3 118:3 150:7 160:1 173:3 211:14 225:20 267:23 276:17 283:20 284:9 286:10
talks 150:7
tamarack 14:17
targeting 128:12
task 97:17 155:1,2
tasks 21:18
taxpayers 40:9
teach 23:2 37:8
team 96:24,25 97:1,18

technical 274:1
techniques 64:17 124:19
telephone 6:18
television 265:24
tell 25:19 27:5 34:21 40:5 49:19 55:13 56:6 66:1 69:18 86:13 126:23 127:6 168:18 180:18 183:2 193:7,9 233:12 241:8,11
telling 55:3 165:25 185:1
tells 22:21 67:23 101:19 108:3 120:8
ten 75:6 287:1
term 56:15 115:25 122:8,22 274:1
terminated 260:19
terminology 275:2
terms 101:8 118:3 134:10,10 168:10 211:15 220:23 250:2
terrible 163:20
test 8:9 16:14 27:4 35:2 40:19 53:19 53:20,25 54:12 55:1,23 56:3,5,5 56:11 57:4,11 61:2,3,8,8,9,16,17 65:16 67:6 69:9 80:2 84:8 94:20 114:22 120:14,19 125:24 126:10,17 126:22 127:6 128:21,22 129:21 130:2,21 131:5,9

131:13,17,21 183:13,16 207:12 208:5,9 216:16 219:23 220:4 224:15 226:18 249:20 257:1,8,17 261:10,13 282:19 284:22 290:6
tested 47:21 64:10 249:19
testified 34:2,8 133:6 259:18 265:6 275:18,23 275:25 289:18 296:20
testify 7:3 9:3,8 104:3 296:18
testimony 14:5 34:11 71:18 103:20,21,21 124:9,12,17 132:4 133:9 259:22 261:14 271:14 278:20 284:16 296:21,24 299:6,7 300:6,9,12
testing 15:22 16:4 25:22 26:2 34:20 40:1 41:14 47:3 47:10,14,15,16 51:2 52:4,21 53:5 53:21 54:3,6,14,15 54:21 55:17,25 56:2,13 57:8 58:22 59:7 60:22 62:14 63:8 64:6 64:20,23 65:1,5,9 65:21 67:22 68:19 68:22 69:15 72:14 72:23 74:5,10,11 78:4,8,12 80:23

83:3,23,25 84:1,3 84:7 85:21,24 86:14,25 87:21 88:1,5 92:20 104:4 112:25 119:22 120:3,12 125:11 126:1 127:19 128:2 129:4,6 143:18 207:9 216:3 217:1 217:5 219:11 220:2 223:23 224:14,15,19 234:16 240:15 246:13 250:15 257:13 280:5 281:22,25 282:3,4 283:6,22 284:12 284:21 285:17 286:6,25
tests 47:21 48:4,19 57:6 58:10 61:20 62:25 63:3 66:7 67:23 68:3 69:19 78:18 89:4 124:13 128:23 197:24 208:20 226:10 245:23 246:2 283:7
thank 23:22 27:7 62:11 118:5 167:9 173:18 206:15 259:8 270:12
thanks 53:18 175:6 198:2 214:18
themself 260:4
therapeutic 44:12 98:20 100:24 101:8 102:16 286:15 289:22,22

[thereto - tolerance]

**thereto** 297:2

**thing** 48:8 67:6
164:9,23 184:6
188:9 193:15
213:22 231:22
290:1

**things** 8:2 78:18
93:25 95:20 107:3
125:2 129:16
151:19 181:23
256:13 259:14
289:13

**think** 15:22 18:4
19:14,19 20:6
31:19 32:23 33:3
35:7 36:16 37:6
37:15,16 39:5
45:8,25 64:24
67:8,19 71:16
73:1,2 74:25 78:9
94:8 102:2 103:10
104:1,18 106:10
109:6 112:8,19,22
114:11 116:17
121:4 122:5,13,16
124:1 126:23
127:12 138:10
139:12 140:5
144:20 147:14
148:1,1,12 149:4
150:1 151:15
154:1,25 156:9,25
167:7,11 171:22
180:8 182:14
189:1 190:12
198:9 203:8
206:10 207:3,10
207:11,21,23
208:17 209:21
210:20,25 211:10
213:24 224:9

225:25 228:4,23
229:1 232:22
235:15 236:9
237:20 238:2
239:6 242:13
243:17 247:2
250:18 251:11,12
251:23 252:5,8,13
252:13 254:14,17
254:18 255:23
257:6 258:7 259:7
264:11 265:17,21
265:22,23 267:22
268:24 270:2
271:2,6,14 273:21
276:5 288:25
292:6 294:8 295:1
295:7,11

**thinking** 170:12
195:4

**thinks** 95:18

**third** 47:2 98:14
127:24 174:20

**thirty** 298:19

**thomas** 139:19
151:7 188:1
210:12

**thought** 107:6
129:23 180:16
194:21

**thoughts** 292:15
292:20

**thousand** 100:22
101:5

**thread** 184:18
191:8 196:14
210:8 211:7
213:20 255:1

**three** 27:8 31:17
34:2,12 107:14
115:22 116:4

119:6 120:5
189:16,19 192:23
200:19,23 214:23
215:12 216:6
222:1 251:20
254:1,3 269:14
285:13 295:8

**tie** 234:8

**tim** 153:23 154:4

**time** 8:7,10 18:9
19:17,22 21:18
22:8 36:12 42:7
42:15 44:3 53:1
57:2 58:7 70:5,6
77:15 80:16,25
82:23 89:25 90:3
90:7,8,9,12,14
92:25 93:4 94:16
104:23 105:4
108:6 113:14
114:7,12 115:8,21
116:12 124:2
130:9,17 131:13
131:20,22 136:22
136:23 140:16
151:13 154:6
162:20 167:11
172:4 178:21
179:11 180:11
190:7 196:3
197:10 202:13,21
203:13,20 209:8
209:12,15 212:12
212:24 213:23
215:6 218:10
219:9 220:6,8,12
226:5,10,13,15,22
229:8,19,24
236:20,23 240:6
250:22 251:6,7
254:4,5,11 255:22

255:22 256:24
259:8 262:10,12
262:13 263:25
268:24 274:20
275:16 276:6
282:1 285:22
293:23

**times** 34:2 43:3
61:19 75:10
119:10 168:2,7
207:12,17 241:16
292:11

**timing** 36:23
116:20 120:19
167:23 168:10,11

**tired** 270:16

**tissues** 46:19
66:24

**title** 9:23 11:2
20:11 30:12
141:10 221:19

**titled** 45:10

**titles** 11:4 30:9

**today** 7:12,17,21
9:4,16 12:8,21
13:20 14:6,9
27:24 48:10
174:11 210:24
261:24 284:17

**today's** 6:2

**tof** 218:9,9,11,16

**told** 22:10 64:5
113:21 137:12,18
137:22 171:23
238:15 244:2

**tolerance** 94:12,15
94:20,23 95:4,12
95:17,20 96:7
99:4 148:14,16
150:3

tom   198:20
ton   242:15
top   28:3 86:17
  88:20,22 155:16
  210:8 211:7
  213:20 215:10
  232:21
topic   10:5,14 33:2
  146:11 232:10
tops   88:24
total   157:13 165:6
  166:21,22 186:7
  201:21 202:8
  292:9
totality   92:7,14
totally   8:8
touch   154:16
  253:9
tox   125:5 141:22
  237:6 279:16
  284:5 286:4
toxic   46:18 102:17
toxicity   225:5
toxicological   78:4
  78:8,12 87:21
  104:8 240:15
toxicologist   12:24
  13:1,4 14:21,24
  18:10 20:7,11,25
  22:1,3,8 29:16,24
  32:16 35:13,16
  36:8,13,17 37:1,4
  37:10,13 42:15
  54:1 58:1,5 60:6,8
  60:10 74:8 78:3
  83:18 85:12,25
  86:20 87:23 93:22
  93:24 94:9,13
  95:5 100:4 101:12
  125:7,10 138:9
  222:20 230:10

251:17 268:24
270:6 279:15,18
279:23,25 283:22
284:7,25 285:17
286:18,21 287:4
289:12 291:2,5,10
291:16
toxicologist's
  245:10
toxicologists   65:15
  67:17 78:7 86:5
  93:1 102:24
toxicology   11:11
  17:19 19:4 20:14
  24:13 25:14 35:18
  36:2 37:18,21
  44:3,16 46:7,9,13
  46:14 47:11,17,19
  47:20 49:5,9,13,14
  54:4 57:15 64:25
  68:1,2,19 69:15,25
  74:1,5 78:17 83:9
  83:24 84:15,18
  86:3 88:1,4 89:17
  89:20 90:23 92:8
  92:20,24 93:5,7,18
  95:22 96:1,9,22
  97:10 100:1,7
  104:4 112:2,6
  114:17,20 119:19
  121:10,24 122:6
  122:20 125:8
  126:24 127:3,18
  133:25 134:16,24
  140:2 181:18
  202:20 207:9
  212:15 219:11
  224:6,10 225:11
  235:23 236:2
  237:13,24 238:11
  240:6 241:25

242:2,5,6,10 243:1
243:11 244:3,21
245:19,21 246:25
248:13 251:9
252:19 258:6,6,18
260:17 270:10
275:11,11,12
279:3,12 280:4,10
280:21 282:24
283:6 284:10,18
290:16
trace   211:3,9
tracks   235:21
trade   223:16
trail   14:17
training   16:19,20
  22:18 30:16 31:13
  31:15
tramadol   170:9
tranquilizer
  220:19
transcribed
  296:22 299:7
transcript   296:21
  297:3 298:11,16
  299:5,12 300:5,11
  300:17
transferred
  142:22
transition   179:6
transitioning
  178:12
transitions   178:15
trap   249:1 250:10
treated   79:22
treatment   31:11
  32:17 121:16
  151:20 170:15
  171:3
treatments   32:7

trend   137:21
  138:16 157:4
  176:3 178:17
trends   176:10,11
  190:10
trial   215:18
  296:11
tricyclic   127:9
tried   21:15 240:3
  240:5
triple   215:23
  219:19 248:23
  249:6,11,16,20
  250:7,16 251:3
  256:23 257:8,21
true   9:14 24:11
  63:17,19 69:23
  99:20 178:21
  179:25 180:11
  204:11 207:8,10
  297:2
truth   7:3,3,4
  296:18,18,19
truthfully   9:4
try   7:24 8:5 18:19
  21:14 77:13 80:23
  122:11,11 126:21
  147:6 216:16
  217:1,5 253:9
  270:21 288:7,11
trying   31:23 42:18
  48:25 49:2 58:15
  73:7 77:12,18
  98:19 138:24
  164:14 184:24
  197:8 206:23
  215:7 216:21,24
  217:21 220:12,25
  233:15 253:5
  286:24

tube  88:25
tubes  88:24
tucker  3:11 6:16
tunes  246:12
turn  27:20 44:5
45:9 49:4 60:21
61:7 96:17 97:22
103:11 119:17
121:4 143:15,24
152:9 175:20
221:23
turnaround
241:16
turned  11:17
112:21
turning  141:14
144:17 177:3
181:22 193:14
turns  143:21
tv  265:21
two  11:13 12:15
25:9 26:25 34:9
59:8 63:6 72:3
81:16 99:8 104:19
109:7 124:13
126:5 130:11,22
143:2 149:21
167:20 178:17
192:23 214:6
236:3 241:19
242:14 245:11
250:16 251:12
252:17 254:1,3
259:11 268:14
280:14 294:11
type  8:6 13:10
31:25 41:1 44:9
44:16 51:9 53:16
56:20 58:24 83:25
126:13 136:9
152:5 164:4

168:10 188:16
193:16 201:7
212:18 218:15
237:10,15 241:3,8
245:24 256:11
types  40:22 44:6
45:5,11 88:24
124:13 192:23
193:8,10 249:21
typewriting
296:23
typical  14:25
15:11 134:21
typically  35:23
39:12,16 40:22,24
42:2 44:23 48:15
53:19 54:22 57:23
58:1 59:14 69:9
70:24 71:23 79:8
79:18 80:9 83:13
87:15 88:6,11
101:21 102:6
103:7 107:24
125:20 126:12
134:18 154:2
189:1 264:12
284:11 289:14
typo  85:8

## u

u  13:6 27:12,17
uh  8:3 13:24 94:2
103:23 117:15,24
118:20 136:11
144:24 178:8
180:3 182:17
183:5,7,10 186:14
206:6 242:3
294:21
ultimately  92:2
199:13

um  9:13,21 11:21
12:3 13:21 16:20
18:4 19:1,18,19,25
23:20 25:1 26:20
26:25 28:12,16
29:19 30:7,8 33:4
33:14 34:2,7
35:25 36:7,16,20
37:5,15 38:12,23
39:17,19 40:17,24
41:20 42:21,25
46:5 48:12 49:22
50:15 51:17 52:9
52:13,20 53:4,5,23
55:18,18 58:1
59:1,24 62:5,23
63:24 64:12,16,21
66:20 67:25 68:24
69:2 70:3,4,23
72:7,21 73:1 74:6
76:7,20,24 79:25
81:2,16 82:11
83:11,20 84:20
85:7 86:14,24
88:6 91:10,23
95:8 96:14 97:5
98:6,11,17 99:11
100:12 101:17
102:4,14 105:3
106:13 107:3,5,23
108:2 109:16
110:19 111:7,13
112:15,19 114:11
114:12 115:12,13
124:12,18 125:3
125:19,21,24
126:6,7 127:11
129:15,22 130:3
132:10 133:14
135:7 136:6
137:12,13,22

140:19 146:2,6,15
148:10 150:1
153:12 154:21
157:25 158:1
159:10,16 162:25
164:7 165:8,9
166:22 167:3,14
168:1,18,22
169:16 170:6,22
172:9,22 173:2,25
179:17,18 180:15
180:22 181:7,17
182:4,8 183:25
184:2 188:15
189:17 190:1,12
192:6 193:7,24
196:6 197:7 201:1
205:22 209:10
211:17 212:23
218:21 227:12
228:22 229:16
232:18 233:14
236:12 242:16,24
243:6,17 244:10
245:23 247:16
248:12 251:11
256:13,23 257:10
257:25 258:19
259:25 260:12,14
262:2,9 263:12
265:21 268:22
269:8,14,17 274:3
278:21 279:8,22
281:22 282:5
283:16 286:9
294:2,6,12 295:1
unable  11:22
87:13
uncertain  97:3
uncertainty  97:23

**[uncle - vs]**

uncle 184:4
292:16 294:4
unclear 179:5
221:16
uncommon 111:18
undergone 248:7
underneath
192:17
underreporting
142:8
understand 8:21
9:10 30:18 47:22
62:16 84:5 91:19
98:9,16 104:24
105:1 124:9
163:10 180:6
206:10 213:24
233:12 273:2,25
278:25 280:1
281:16 286:9
292:23
understanding
49:15 180:25
233:9 242:1
275:24 284:7
understood 9:1
71:18 105:4
181:21 284:15
286:11
undertaken
208:14,19
undertook 138:14
140:23
undetermined
106:24 296:10
unhappy 110:22
unique 96:1
unit 38:11 253:16
253:20,22 265:1
units 37:17

university 15:16
37:9 113:23
unquote 22:16
unsure 95:15
unusual 10:20,21
11:3 87:20
update 210:19
updated 208:10
upfront 54:15
upper 62:18
urban 175:4
urine 35:4,7 47:3
47:4,10,15,17 64:4
64:6,10,17,18,19
64:20 65:14,14
80:5 87:18 93:13
120:16 125:20,21
125:22,24,25
127:23 128:4,6,6
130:1,1 228:2
usage 120:1
use 40:15,17 41:2
42:6,14 47:5
68:12 70:8 72:24
73:8 100:1 101:15
102:21 106:12
107:10 117:18
124:14 128:24
161:8 179:4
183:23 190:24,25
220:21 236:3,5
237:24 243:16
265:5 268:13
270:7 292:4
user 69:1,7 119:23
122:20 123:7
users 123:10
uses 90:24 91:4
179:7 190:2,22
235:23,24 246:5

usually 41:2 213:3
291:25,25
utilizes 63:11
68:11

**v**

v 27:6 68:9 269:18
va 150:7,25
vague 122:22
validate 81:24
validated 65:12
81:7,13,21 87:2
209:10,13
validating 228:4
validation 209:19
209:20 211:16
212:2 228:19
287:18
validations 15:10
value 95:15
287:12
variety 128:12
various 58:24
260:7 273:7
vary 98:15 99:2
108:9
vasquez 155:15
vast 204:9,12
205:1,18,25
vendors 208:15,20
verdict 237:18
verified 55:24
verify 182:7
211:10
veritext 298:1,7
301:1
versa 7:24
versions 116:23
versus 79:24 97:23
121:20 125:5
128:3 142:18
167:24 168:11

vertec 269:24
vertiq 68:8 235:15
235:24 236:3,9,13
238:5,7,12 239:6
240:11 241:18
269:25 270:3,7,9
veterans 150:9
vice 7:24
victim 95:7 174:25
victims 198:17
199:18
video 1:15 6:1
295:15
videographer 3:24
6:2,18,21 60:15,17
124:3,5 187:19,21
225:16,18 256:18
256:20 285:24
286:2 295:14
view 163:4
village 154:24
vince 152:23 155:9
155:10,13,14
visibility 39:22
visit 266:14,23
visited 268:5
visits 266:3,11
vitreous 51:17
65:13 69:9 89:9
89:10,11,16
120:17
vitro 28:12,20
volatile 46:17
125:18 126:6,10
126:11 129:25
volatiles 34:25
volume 48:11
65:19 83:12,15
volumes 52:2
vs 1:8

[w - x]                                                                                        Page 56

**w**

**w**  242:4,12,13
**wait**  155:13 198:6
**waived**  298:13,21
**wal**  2:15 6:11 7:11
**walk**  44:4 49:8,23
  196:19
**wallace**  185:15
**want**  7:16 21:3
  26:13,17 30:17
  36:23 41:3,16
  44:4 48:12,14
  49:23 53:5 54:3
  54:23 60:13 61:16
  63:20 66:21,22
  72:22 74:10 93:14
  118:18 200:12
  206:3 210:7
  213:17,19 228:24
  240:19 242:8
  244:14 255:5
  275:19 278:24
  283:19 284:20
  286:23
**wanted**  19:2 21:1
  39:7 40:11 47:22
  102:11 103:19,24
  134:12 148:4,20
  188:9 190:5
  200:18 210:19
  237:9,9 245:7
  259:15 280:15
  281:12
**wants**  101:4
  111:18 280:4
**warning**  148:14
**washington**  3:20
  28:23
**watch**  23:1
**water**  28:21

**way**  49:14 54:19
  58:18 71:17 83:7
  88:6 109:19
  110:18 112:23
  115:25 118:2
  132:25 133:21
  134:14 139:21
  172:20 204:18
  228:11 239:16
  256:12 260:5
  264:6 275:9 286:4
  294:5
**we've**  248:20,25
  278:22
**website**  200:11,16
  201:3 267:17,21
  267:25 268:5
  290:5,10,11
**week**  59:24 60:4
  140:4 189:10,10
  191:2 215:12
**weekend**  80:23
  190:7 230:5,8
**weekly**  108:16
  189:7,11,24
**weeks**  143:2 216:7
**went**  14:11 77:3
  139:7,10 148:18
  150:2 159:21
  195:25 202:24
  268:5 275:4
**west**  154:23
**wide**  128:12
**widely**  99:2
**wildly**  99:9
**williams**  154:9
**willing**  289:21
**wise**  26:2 211:24
**wit**  7:6
**withdraw**  271:4

**witness**  6:22 34:1
  34:15 103:25
  104:1,12 296:16
  296:25 297:4
  298:8 299:1,4,11
  300:1,4,15
**witnesses**  73:17
**woman**  134:1
  172:10 185:15
  255:12
**women**  175:1
**wonder**  27:24
**wondering**  208:1
  255:11
**word**  63:2 134:2,5
  136:15
**wording**  110:10
**words**  78:18 79:4
  115:22 120:3
  121:1 136:11
  137:2 168:14
  176:14 192:7
  201:4 208:13
**work**  14:21 15:2,5
  15:13 17:5 18:21
  18:23 19:24 22:11
  22:15 24:1 38:2,3
  38:6,21 44:25
  46:25 47:9,16
  71:19 73:9 74:17
  75:7,19 85:18
  112:23 113:24
  152:21 156:18
  183:25 208:4,15
  208:19 234:10
  235:19 261:7,15
  264:19
**worked**  16:5,7
  17:13,16,18,20
  152:24 208:24

**workers**  20:23
  114:1
**working**  16:2
  36:21 37:5 100:19
  113:21 116:9
  202:5 221:14
  243:3 247:8
  260:24
**workload**  47:19
**workplace**  16:21
**works**  124:2 136:7
  279:1
**worksheet**  197:2
**workshops**  113:24
**world**  270:25
  273:20
**worrell**  152:19
**wow**  75:14 289:2
**write**  15:7,7 21:17
  23:3,7 24:3 27:5
  30:12 52:8 86:20
  87:4 181:4 237:21
**writing**  68:24
**written**  84:11 85:6
  85:15 100:22
  104:7 262:19
  266:18 285:13
**wrong**  85:8 234:3
  275:24
**wrote**  10:7,8,9,12
  33:5 85:8 148:10
  181:5 210:9
**wv**  3:6
**wyman**  29:16
  37:12 116:19
  268:23
**wyman's**  58:11

**x**

**x**  117:9

**[y - zoos]** Page 57

| y |
|---|
| **y**  27:14 242:6 |
| **yacco**   251:13 |
| **yeah**   13:12,13 |
| 24:6 25:20 33:14 |
| 37:23 42:17,21 |
| 43:5 46:4 48:23 |
| 49:6 62:9 64:23 |
| 67:21 75:15 76:20 |
| 79:14 94:15 99:11 |
| 104:1 107:6 |
| 108:23 111:17 |
| 119:4 123:13 |
| 138:17 150:17 |
| 155:5 156:2 |
| 167:10 170:24 |
| 172:15 180:8 |
| 182:1,13 187:6 |
| 189:13 197:10 |
| 207:7 213:23 |
| 216:18 220:19 |
| 227:22 228:8 |
| 231:14 236:12 |
| 238:2 241:16,21 |
| 241:23 242:20 |
| 243:2 247:18 |
| 249:22 258:19 |
| 277:10 290:15 |
| **year**   10:23 16:8,11 |
| 29:11 33:12 48:6 |
| 48:15,16 49:3 |
| 56:17,21 57:1 |
| 75:10,13 76:17 |
| 77:11 81:20 82:1 |
| 112:19 114:15 |
| 115:12 137:17 |
| 166:18 176:21 |
| 186:4,11 188:18 |
| 191:18 194:3 |
| 201:20 209:16 |
| 212:24 250:20 |

253:24,25 254:1
275:4,17 277:14
277:16 292:10
**yearly**  109:24
**years**   33:4,18
76:17 77:1,5
104:19 137:25
138:4 144:15,23
156:14 178:4
187:4,8 205:19,23
207:18 208:13,18
209:8 246:1 254:1
254:3 257:14
273:9
**yesterday**   12:13
14:1 30:11
**york**   2:20

| z |
|---|
| **z**   22:6,6 27:6 |
| **zemek**   153:7 |
| **zero**   205:2,10 |
| **zolpidem**   25:10 |
| 127:12 130:13 |
| **zoos**   224:25 |

Veritext Legal Solutions

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.