Page 1

1                UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF OHIO
3                     EASTERN DIVISION
4              ~~~~~~~~~~~~~~~~~~~~~
5   IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
    OPIATE LITIGATION
6                               Case No.
                                17-md-2804
7
                                Judge Dan Aaron
8                               Polster
9
    This document relates to:
10
11  The County of Summit, Ohio, et al. v. Purdue
    Pharma L.P., et al., Case No. 18-OP-45090
12
    The County of Cuyahoga v. Purdue Pharma
13  L.P., et al., Case No. 18-OP-45090
14  City of Cleveland, Ohio v. Purdue Pharma
    L.P., et al., Case No. 18-OP-45132
15
                 ~~~~~~~~~~~~~~~~~~~~~
16
17            Videotaped Deposition of
18             CHRISTOPHER M. KIPPES
19
                  January 18, 2019
20                    1:06 p.m.
21
                    Taken at:
22
                Napoli Shkolnik PLLC
23          55 Public Square, Suite 2100
               Cleveland, Ohio 44113
24
25            Stephen J. DeBacco, RPR

Page 2

1  APPEARANCES:
2
    On behalf of the Plaintiffs:
3
       Kelley & Ferraro, by
4      MATT McMONAGLE, ESQ.
       MARTY MASON, ESQ.
5      950 Main Avenue, Suite 1300
       Cleveland, Ohio
6      (216) 367-1979
       mmcmonagle@kelley-ferraro.com
7      (216) 298-6962
       mmason@kelley-ferraro.com
8
9  On behalf of Cardinal Health:
10     Williams & Connolly LLP, by
       MONIKA ISIA JASIEWICZ, ESQ.
11     725 12th Street Northwest
       Washington, D.C. 20005
12     (202) 434-5139
       ijasiewicz@wc.com
13
14  On behalf of Cephalon, Inc.; Teva
    Pharmaceuticals USA, Inc.; Actavis, LLC;
15  Actavis Pharma, Inc. f/k/a Watson Pharma,
    Inc.; and Watson Laboratories, Inc.:
16
       Morgan, Lewis & Bockius LLP, by
17     WENDY WEST FEINSTEIN, ESQ.
       One Oxford Centre, 32nd Floor
18     Pittsburgh, Pennsylvania 15219-6401
       (412) 560-7455
19     wendy.feinstein@morganlewis.com
20       ~ ~ ~ ~ ~
21
22
23
24
25

Page 3

1  APPEARANCES, Continued:
2
    On behalf of Walmart, Inc.:
3
       Jones Day, by
4      BRANDY H. RANJAN, ESQ.
       325 John H. McConnell Boulevard
5      Suite 600
       Columbus, Ohio 43216-5017
6      (614) 469-3939
       branjan@jonesday.com
7
8  On behalf of Johnson & Johnson and
    Janssen Pharmaceuticals, Inc.:
9
       Tucker Ellis, LLP, by
10     ERICA M. JAMES, ESQ.
       950 North Main Avenue, Suite 1100
11     Cleveland, Ohio 44113
       (216) 696-4661
12     erica.james@tuckerellis.com
13
14  On behalf of Cephalon, Inc.; Teva
    Pharmaceuticals USA, Inc.; Actavis, LLC;
    Actavis Pharma, Inc. f/k/a Watson Pharma,
15  Inc.; and Watson Laboratories, Inc., via
    teleconference:
16
       Morgan, Lewis & Bockius LLP, by
17     PAMELA HOLLY, ESQ.
       101 Park Avenue
18     New York, New York 10178-0060
       (212) 309-6864
19     pamela.holly@morganlewis.com
20       ~ ~ ~ ~ ~
21
22
23
24
25

Page 4

1  APPEARANCES, Continued:
2
    On behalf of McKesson Corporation, via
3  teleconference:
4      Covington & Burling LLP, by
       MICHAEL J. LANOSA, ESQ.
5      1999 Avenue of the Stars
       Los Angeles, California 90067-4643
6      (424) 332-4780
       mlanosa@cov.com
7
8  On behalf of AmerisourceBergen Drug
    Corporation, via teleconference:
9
       Reed Smith, LLP, by
10     MICHAEL J. SALIMBENE, ESQ.
       Three Logan Square
11     1717 Arch Street, Suite 3100
       Philadelphia, Pennsylvania 19103
12     (215) 241-7910
       msalimbene@reedsmith.com
13
14  On behalf Endo Health Solutions, Inc.,
    and Endo Pharmaceuticals, Inc., and Par
15  Pharmaceuticals, via teleconference:
16     Arnold & Porter, by
       KAREN RIGBERG, ESQ.
17     44th Floor
       777 South Figueroa Street
18     Los Angeles, California 90017-5844
       (213) 243-4006
19     karen.rigberg@arnoldporter.com
20       ~ ~ ~ ~ ~
21
    ALSO PRESENT:
22
       Peter Graves, Legal Videographer
23
         ~ ~ ~ ~ ~
24
25

Page 5

1              TRANSCRIPT INDEX
2
3  APPEARANCES.............................   2
4
5  INDEX OF EXHIBITS .......................   6
6
7  EXAMINATION OF CHRISTOPHER M. KIPPES
8  By Ms. Jasiewicz.........................   12
9  By Ms. Feinstein.........................  189
10  By Ms. Ranjan............................  205
11
12  REPORTER'S CERTIFICATE...................  221
13
14  EXHIBIT CUSTODY
15  EXHIBITS RETAINED BY THE COURT REPORTER
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 - 5)

Page 6

```
 1          INDEX OF EXHIBITS
 2  NUMBER    DESCRIPTION        MARKED
 3  Exhibit 1  Christopher Kippes ........... 26
            Curriculum Vitae Revised
 4          July 2018, CUYAH_013506425
            to 013506429
 5
    Exhibit 2  Christopher Kippes ........... 27
 6          Curriculum Vitae Revised
            July 2014, CUYAH_013506325
 7          to 013506337
 8  Exhibit 3  Cuyahoga County Board of ..... 86
            Health 2010 Annual Report
 9
    Exhibit 4  3/21/2012 E-Mail Chain Re: ... 91
10          2011 Preliminary Statistical
            Report - Medical
11          Examiner-Ruled Heroin
            Related Deaths, with
12          Attachment, CUYAH_014335592
            to 014335599
13
    Exhibit 5  4/18/2014 E-Mail Chain Re: ... 96
14          2012 Drug Overdose Data,
            with Attachment,
15          CUYAH_014178254 to 014178261
16  Exhibit 6  7/31/2013 E-Mail from Vince .. 100
            Caraffi Re: Emailing: Heroin
17          and Prescription
            Medications, with
18          Attachment, CUYAH_014369573
            to 014369574
19
    Exhibit 7  Cuyahoga County Opiate Task .. 105
20          Force Report 2016,
            CUYAH_014194735 to 014194747
21
    Exhibit 8  3/22/2016 E-Mail Chain Re: ... 112
22          CDC EpiAid Report News
            Release, with Attachment,
23          CUYAH_014194961 to 014194965
24  Exhibit 9  Cuyahoga County Opiate Task .. 114
            Force Report 2016,
25          CLEVE_001483681 to 001483704
```

Page 7

```
 1  Exhibit 10  10/13/2017 E-Mail Chain ...... 131
            Between Terry Allan and
 2          Chris Kippes Re: Any Trend
            Data on Opiate Prescriptions
 3          Volume in the County?,
            CUYAH_0014273960
 4
    Exhibit 11  3/3/2016 E-Mail Chain Re: .... 133
 5          Drug Anomaly in Cuyahoga
            County, Ohio on March 2nd
 6          and 3rd, 2016,
            CUYAH_014238912 to
 7          0014238914
 8  Exhibit 12  8/4/2016 E-Mail Chain Re: .... 142
            EpiCenter Alerts and
 9          Heroin/Opioid Deaths, with
            Attachment, CUYAH_001703792
10          to 001703798
11  Exhibit 13  August/September 2016 E-Mail . 149
            Chain Re: Summary of Today's
12          EpiCenter Meeting and Next
            Steps, CUYAH_014198111 to
13          014198155
14  Exhibit 14  November 2016 E-Mail Chain ... 151
            Re: Maps for Report:
15          Thoughts?, with Attachment,
            CUYAH_014195066 to 014195078
16
    Exhibit 15  Document Titled .............. 152
17          "Drug-Related Emergency Room
            Visits, January 1-September
18          30, 2016," SUMMIT_000874244
            to 000874248
19
    Exhibit 16  November 2017 E-Mail Chain ... 157
20          Re: Recent Drugs Related
            EpiCenter Alert for Cuyahoga
21          County, CUYAH_002133216 to
            002133218
22
    Exhibit 17  November 2017 E-Mail Chain ... 162
23          Re: Recent Drugs Related
            EpiCenter Alert for Cuyahoga
24          County, CUYAH_002133113 to
            002133117
25
```

Page 8

```
 1  Exhibit 18  2/26/2018 E-Mail from Chris .. 166
            Kippes Re: Opiate Data
 2          Request for Next Countywide
            Community Health Assessment,
 3          with Attachment,
            CUYAH_001631892 to 001631896
 4
    Exhibit 19  2018 Cuyahoga County ......... 169
 5          Community Health Assessment
 6  Exhibit 20  Document Titled .............. 176
            "Drug-Related Emergency Room
 7          Visits, January 1-December
            31, 2017," CUYAH_000018578
 8          to 000018582
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 9

```
 1          INDEX OF VIDEO OBJECTION
 2  OBJECT                        PAGE
 3  objection.................     47
    objection.................     67
 4  object....................     68
    object....................     70
 5  object....................     70
    objection.................     89
 6  objection.................     89
    Objection.................     89
 7  objection.................     90
    objection.................     98
 8  objection.................    102
    objection.................    112
 9  objection.................    179
    objection.................    184
10  objection.................    187
    objection.................    187
11  objection.................    188
    objection.................    188
12  objection.................    195
    objection.................    198
13  objection.................    199
    objection.................    200
14  objection.................    200
    objection.................    201
15  objection.................    206
    objection.................    216
16  objection.................    216
17
18
19
20
21
22
23
24
25
```

3 (Pages 6 - 9)

Page 10

1       THE VIDEOGRAPHER:  We're going on
2  the record at 1:06 p.m.  Today is January 18,
3  2019.
4       Please note that the microphones
5  are sensitive and may pick up whispering,
6  private conversations, and cellular
7  interference.  Please turn off all cell phones
8  or place them away from the microphones as they
9  can interfere with the deposition audio.
10      Audio and video recording will
11  continue to take place unless all parties agree
12  to go off the record.
13      This is Media Unit 1 of the
14  video-recorded deposition of Christopher Kippes
15  In Re:  National Prescription Opiate
16  Litigation, filed in the United States District
17  Court, Northern District of Ohio, Eastern
18  Division, Case Number MDL No. 2804, Case Number
19  17-md-2804.
20      This deposition is being held at
21  Napoli Shkolnik.  The address is 55 Public
22  Square, Suite 2100, Cleveland, Ohio.
23      My name is Peter Graves from the
24  firm Veritext Legal Solutions.  I am the
25  videographer.  The court reporter today is

Page 11

1  Stephen DeBacco.
2       I am not related to any party of
3  this action, nor am I financially interested in
4  the outcome.
5       Counsel and all present in the room
6  and everyone attending remotely will now state
7  their appearances and affiliations for the
8  record.
9       If there are any objections to
10 proceeding, please state them at the time of
11 your appearance, beginning with the noticing
12 attorney.
13      MS. JASIEWICZ:  Isia Jasiewicz of
14 Williams & Connolly on behalf of Cardinal
15 Health.
16      MS. FEINSTEIN:  Wendy West
17 Feinstein with Morgan Lewis on behalf of the
18 Teva Defendants.
19      MS. RANJAN:  Brandy Ranjan from
20 Jones Day on behalf of Walmart.
21      MS. JAMES:  Erica James, Tucker
22 Ellis, on behalf of Janssen Pharmaceuticals and
23 Johnson & Johnson.
24      MR. McMONAGLE:  Matt McMonagle for
25 the Plaintiff, and for Napoli Shkolnik.

Page 12

1       MR. MASON:  Marty Mason on behalf
2  of the Plaintiff, also on behalf of Napoli
3  Shkolnik.
4       THE WITNESS:  Chris Kippes with the
5  Cuyahoga County Board of Health.
6       MS. JASIEWICZ:  And who do we have
7  on the phone?
8       MS. HOLLY:  Pam Holly, Morgan
9  Lewis, on behalf of the Teva Defendants.
10      MR. LANOSA:  This is Michael Lanosa
11 from Covington & Burling on behalf of McKesson.
12      MR. SALIMBENE:  Hey, Mike
13 Salimbene -- Michael Salimbene on behalf of
14 AmerisourceBergen, and I am with Reed Smith.
15      MS. RIGBERG:  Hi.  Karen Rigberg
16 with Arnold & Porter on behalf of the Endo and
17 Par Defendants.
18      THE VIDEOGRAPHER:  Would the court
19 reporter please swear in the witness.
20      CHRISTOPHER M. KIPPES, of lawful
21 age, called for examination as provided by the
22 Federal Rules of Civil Procedure, being by me
23 first duly sworn, as hereinafter certified,
24 deposed and said as follows:
25      EXAMINATION OF CHRISTOPHER M. KIPPES

Page 13

1  BY MS. JASIEWICZ:
2      Q.   Good afternoon, Mr. Kippes.
3           Would you please state your name
4  for the record?
5      A.   Sure.  Christopher M. Kippes.
6      Q.   And how is your last name spelled?
7      A.   K-i-p-p-e-s.
8      Q.   Where do you live?
9      A.   I live at 9548 Taberna Lane in
10 Olmsted Township, Ohio.
11     Q.   And how long have you lived there?
12     A.   I have lived there 14 1/2 years.
13     Q.   Have you ever been deposed before?
14     A.   No.  This is my first time.
15     Q.   So we'll go over a couple of ground
16 rules for deposition just so that you're aware.
17          So the first is to please make sure
18 that you respond audibly so that the court
19 reporter, who's taking everything down, gets
20 everything that you say.
21          So in particular, if I ask you a
22 yes-or-no question, please respond "yes" or
23 "no" rather than just nodding or shaking your
24 head, or even saying "uh-huh."
25          Is that okay?

4 (Pages 10 - 13)

Page 14

1    A.   Yes, it is.

2    Q.   Do you understand that you are
3 under oath?

4    A.   Yes, I do.

5    Q.   You understand that means you
6 should tell the truth, the whole truth, nothing
7 but the truth?

8    A.   Yes, I do.

9    Q.   One other thing on responding, the
10 tone might get conversational as we go on. We
11 just need to be careful not to talk over each
12 other, since the court reporter is taking down
13 everything we say. So I'll do my best not to
14 talk over you if you do your best not to talk
15 over me, and just wait until my question is
16 over before you answer.

17        Is that okay?

18   A.   Yes, it is.

19   Q.   Thanks.

20        I understand that you are the
21 director of epidemiology, surveillance, and
22 informatics at the Cuyahoga County Board of
23 Health; did I get that right?

24   A.   Yes, you did.

25   Q.   And is it okay if I abbreviate

Page 15

1 epidemiology, surveillance, and informatics as
2 ESI?

3    A.   That is fine.

4    Q.   How long have you been the director
5 of ESI at the Cuyahoga County Board of Health?

6    A.   Since approximately 2004.

7    Q.   And what position did you
8 previously hold?

9    A.   I previously held the position of
10 what -- our position structure at that time was
11 called researcher II/program manager, and that
12 was -- I joined the health department in April,
13 2000.

14   Q.   And when you were a researcher, was
15 that also in the ESI division?

16   A.   At that time, the structure was
17 different from what it is right now. I worked
18 inside of what we called the community health
19 department.

20   Q.   Aside from your work at the
21 Cuyahoga County Board of Health, do you
22 currently have any other employment?

23   A.   Yes, I do.

24   Q.   What is that employment?

25   A.   I am a part-time instructor. I am

Page 16

1 a part-time instructor for Baldwin-Wallace
2 University.

3        (Telephonic interruption.)

4        MS. JASIEWICZ: I'm sorry. Could
5 whoever's on the phone please mute your lines.
6 We're getting some background noise.

7        Thank you.

8    Q.   Please continue.

9    A.   I'm a part-time instructor for Case
10 Western Reserve University, and I recently
11 stopped being a part-time instructor for
12 Youngstown State University.

13   Q.   So in your capacity as a part-time
14 instructor at Case Western Reserve University,
15 are you an employee of Case Western Reserve?

16   A.   Yes. It -- all three of those
17 part-time employment opportunities are
18 individual contracts with me, as opposed
19 through the Cuyahoga County Board of Health.

20   Q.   Okay. So you're an independent
21 contractor; is that right?

22   A.   That is correct.

23   Q.   And what do you teach as a
24 part-time instructor?

25   A.   An introductory epidemiology

Page 17

1 course.

2    Q.   And again, just focusing on Case
3 Western Reserve, whom do you teach?

4    A.   At Case Western I teach for the
5 graduate program, the master's of public health
6 program. So they are a wide range of students
7 with different backgrounds, because the program
8 offers dual-degree programming. And so I have
9 a wide range of different types of students,
10 and then undergraduates can petition to sit in
11 on the course at times as well.

12   Q.   Okay. So your course is part of
13 the MPH program, but there might be some
14 undergraduates in the course as well; is that
15 right?

16   A.   That is correct.

17   Q.   And then remind me what the other
18 two institutions that you mentioned were.

19   A.   So Baldwin-Wallace University, and
20 I teach an intro epi course there, and that is
21 part of their undergraduate public health
22 program.

23   Q.   Okay. And then I think the last
24 you mentioned, you said you recently stopped
25 working as a part-time instructor at

Page 18

1  Youngstown?
2      A.   That's correct.
3      Q.   And what did you teach there?
4      A.   I taught an introductory
5  epidemiology course for their Allied Health
6  program.
7      Q.   Is that a graduate-level program or
8  an undergraduate-level program?
9      A.   Most of the students were
10  undergraduates.  There were an occasional
11  graduate student, or a handful of them, who
12  were able to take the course for graduate
13  credit, but I had to give them additional work
14  to allow them to qualify for that graduate
15  credit.
16      Q.   Could you please tell me briefly
17  about your educational background?
18      A.   Sure.  I graduated from Maple
19  Heights High School, did my undergraduate work
20  at Bowling Green State University, and did my
21  graduate work at Case Western Reserve
22  University.
23      Q.   What was your undergraduate degree
24  in?
25      A.   My major was biology, with minors

Page 19

1  in chemistry and math.
2      Q.   And what about your graduate
3  degree?
4      A.   My graduate degree was a master's
5  of science in epidemiology.
6      Q.   And focusing on your role as
7  director of ESI at Cuyahoga County Board of
8  Health, I'd like to ask some questions just
9  about the Board of Health itself.
10          What is the Cuyahoga County Board
11  of Health?
12      A.   The Cuyahoga County Board of Health
13  is the local district health department for
14  the -- the county.  So the general health
15  district is who all of the communities would
16  have as their health department if the
17  individual cities didn't have their own health
18  department.
19      Q.   So let me make sure that I'm
20  understanding that.  The Cuyahoga County Board
21  of Health is the health department for
22  communities within Cuyahoga County, right?  And
23  then cities within Cuyahoga County might have
24  their own public health departments; is that
25  right?

Page 20

1      A.   That is correct.  Accor- --
2  according to Ohio law, individual cities can
3  have their own health departments.  The
4  villages and the townships are required to have
5  the district -- general health district, which
6  is us, but then, you know, munici- --
7  municipalities can choose to have their own
8  health departments.
9          So currently in Cuyahoga County
10  there are two health departments.  The City of
11  Cleveland has their own health department, and
12  then we are the health department for the
13  remaining communities in Cuyahoga County.
14      Q.   And does the Cuyahoga County Board
15  of Health interact with the Cleveland Health
16  Department?
17      A.   Yes, we do.
18      Q.   How does it interact with the
19  Cleveland Health Department?
20      A.   There are several ways in which our
21  health department interacts with Cleveland.
22  One of those ways is through emergency
23  preparedness activities.  We do that with
24  Cleveland, as well as surrounding counties.
25          We interact with them on joint

Page 21

1  outbreak investigations.
2          We interact with Cleveland because
3  our agency serves as central reporting for many
4  of the communicable diseases.
5          We interact with our Cleveland
6  partners on other programmatic areas, and --
7  and the list is fairly long.  We do a lot of
8  support and programming for each other.
9  Examples of that would be, like, childhood lead
10  poisoning, just as an example.
11      Q.   So setting aside the Cleveland
12  Board of Health, does Cuyahoga County have any
13  other health department aside from the Cuyahoga
14  County Board of Health?
15      A.   Currently?
16      Q.   Right.
17      A.   No.
18      Q.   Are there any other government
19  agencies in Cuyahoga County that deal with
20  public health issues?
21      A.   Yes.
22      Q.   What are those agencies?
23      A.   There are -- there are several.  So
24  if I'm understanding your question correctly,
25  what -- what we refer to as the public health

6 (Pages 18 - 21)

Page 22

1  system includes a lot of agencies, from your
2  agencies that deal with mental health, to law
3  enforcement, to hospital, to local public
4  health such as ours, to the business community,
5  to the religious community.
6        Really, it -- there's a lot of
7  people that are involved in public health that
8  maybe people don't even appreciate or make that
9  connection.
10    Q.    Does the Board of Health interact
11  on a daily basis with any other government
12  agencies?
13    A.    Yes.
14    Q.    What are some of those agencies?
15    A.    The main county government.  That's
16  on a daily basis.
17    Q.    Anything else?
18    A.    There are certain programs that
19  interact with other county agencies more so
20  than others.  I'm not directly involved in a
21  lot of those day-to-day interactions.
22    Q.    Does the Board of Health answer to
23  any other government agency?
24    A.    Within Cuyahoga County or as
25  broader?  Can you clarify that for me?

Page 23

1    Q.    Yeah.  Let's start within Cuyahoga
2  County.
3    A.    So our agency is its own political
4  subdivision by Ohio law, but, yet, we're
5  required to have the county government as our
6  fiscal agent.  So by that very structure, we
7  have to interact with the -- the county
8  government.
9        And then we provide programming as
10  well.  Just for an example of that, we have a
11  newborn home visiting program, and so we
12  receive funding from the bigger county
13  government through -- to be able to conduct
14  home visits to mothers at risk who recently
15  were discharged from the hospital so we can
16  check to see how baby and mom are doing shortly
17  after discharge.  So that's another example of
18  how our agency interacts with other
19  governmental entities within the county.
20    Q.    Okay.  So the Board of Health is
21  its own political subdivision, but it has
22  interactions that are necessary with the county
23  government and with other agencies.  Is that
24  fair to say?
25    A.    That is correct.

Page 24

1    Q.    Does the Board of Health answer to
2  any particular government agency at the state
3  level?
4    A.    Yes, we do.
5    Q.    What is that agency?
6    A.    So the Ohio Department of Health is
7  one of such agencies that we would interact
8  with.
9    Q.    And just to clarify, the Cuyahoga
10  County Board of Health is not a division of the
11  Ohio Department of Health; it's its own agency,
12  but it might interact with the Ohio Department
13  of Health.
14    A.    The best way that I think I could
15  describe it is we get our authority delegated
16  to us from the Ohio Department of Health, so if
17  we didn't exist, they would have to take care
18  of our community residents.
19    Q.    How many employees does the Board
20  of Health have, approximately?
21    A.    Approximately 150.
22    Q.    Does the Board of Health have a
23  health commissioner?
24    A.    Yes, we do.
25    Q.    Who is that?

Page 25

1    A.    That's Terry Allan.
2    Q.    And what does Terry Allan do as the
3  health commissioner?
4    A.    Well, he is the head of our agency.
5  He is my direct supervisor.  And he oversees
6  all of our agency programming as health
7  commissioner.
8    Q.    So Terry Allan is your direct
9  supervisor.  Do you have employees below you
10  who report to you?
11    A.    Yes, I do.
12    Q.    How many employees report to you?
13    A.    I believe there are eight, but we
14  recently added a supervisor in my department,
15  and so the supervisor now took away some of my
16  direct reports.
17    Q.    Does the supervisor report to you?
18    A.    Yes.
19    Q.    And all those employees who report
20  directly or indirectly to you, are they all
21  part of the ESI division?
22    A.    Yes.
23    Q.    Am I using that word, "division,"
24  correctly, or would you use a different word?
25    A.    We are trying to continue to use

7 (Pages 22 - 25)

Page 26

1 the word "service area" and avoid the word
2 "division" because of its opportunity to create
3 silos, if you will, and we're kind of trying to
4 show we're more connected and not independent
5 entities. So our word that we like to use is
6 "service area."
7         - - - - -
8         (Thereupon, Deposition Exhibit 1,
9         Christopher Kippes Curriculum Vitae
10        Revised July 2018, CUYAH_013506425
11        to 013506429, was marked for
12        purposes of identification.)
13        - - - - -
14    Q.  I'm showing you what's been marked
15 as Exhibit 1 to your deposition. This is a
16 document bearing the Bates stamp CUYAH_013506425
17 through 429.
18    Mr. Kippes, do you recognize this
19 document?
20    A.  Yes, I do.
21    Q.  What is this?
22    A.  This is my CV/resume.
23    Q.  And if you look at the upper
24 right-hand corner, it says this was revised in
25 July 2018; is that right?

Page 27

1    A.  That is correct.
2    Q.  Since July of 2018, has anything
3 changed about the information contained in this
4 resume?
5    A.  Yes.
6    Q.  What has changed?
7    A.  This document represents what I
8 would call like a shorter version of my overall
9 CV, and so if I was asked to provide a guest
10 lecture or work done, a report, it may not be
11 updated on this document.
12    Q.  So this document might not include
13 things like guest lectures or reports, but in
14 terms of the information that's contained here,
15 is this information all up to date?
16    A.  Yes.
17    Q.  Thank you.
18        - - - - -
19        (Thereupon, Deposition Exhibit 2,
20        Christopher Kippes Curriculum Vitae
21        Revised July 2014, CUYAH_013506325
22        to 013506337, was marked for
23        purposes of identification.)
24        - - - - -
25    Q.  I am handing you what's been marked

Page 28

1 as Exhibit 2 to your deposition. This is a
2 document bearing the Bates stamp CUYAH_013506325
3 through 337.
4        Mr. Kippes, you mentioned that
5 Exhibit 1 was a short version -- a shorter
6 version of an overall CV. Is it fair to say
7 that this is an example of a more detailed
8 version?
9    A.  That's correct.
10    Q.  And if you look at the upper
11 right-hand corner of this document, it says
12 revised July 2014.
13    A.  Correct.
14    Q.  Was this information contained on
15 here complete and accurate as of July 2014?
16    A.  To the best of my recall right now.
17    Q.  And have you -- since July 2014,
18 have you updated this longer version of your
19 CV?
20    A.  I don't know.
21    Q.  So is it fair to say that there
22 might be things like guest lectures and
23 continuing educations that have occurred since
24 July 2014 that aren't reflected on either one
25 of these CVs, by which I mean Exhibits 1 and 2?

Page 29

1    A.  I think it is definitely possible
2 that these two documents don't represent every
3 single thing that I'm involved in, because that
4 becomes a bit oner- -- onerous and time
5 intensive to maintain.
6    Q.  Sure. But all the key information
7 is there, right?
8    A.  I would say that the key
9 information is there, to the best of my
10 assessment at this point in time.
11    Q.  Mr. Kippes, do you have any medical
12 training?
13    A.  Can you define what you mean by
14 "medical training"?
15    Q.  You've never been to medical
16 school; is that right?
17    A.  I have never been to medical
18 school.
19    Q.  You don't have a degree in nursing;
20 is that right?
21    A.  I do not have a degree in nursing.
22    Q.  You're not a pharmacist?
23    A.  I'm not a pharmacist.
24    Q.  Do you have any other training that
25 you would consider to be medical training?

8 (Pages 26 - 29)

1    A.    Yes.
2    Q.    And what training do you have in
3 that category?
4    A.    When I went through basic training,
5 was in the Army, they -- they taught you, you
6 know, how to put on tourniquets and more
7 survival-based training that I would label as
8 more medical in nature.
9    Q.    You're not licensed to prescribe
10 medications, are you?
11    A.    No.
12    Q.    You're not a lawyer?
13    A.    I am not a lawyer.
14    Q.    You are not an accountant?
15    A.    I'm not an accountant.
16    Q.    Now, you are an epidemiologist.
17 Would you consider yourself a statistician?
18    A.    That's difficult for me to answer.
19    Q.    Why is that difficult for you to
20 answer?
21    A.    Because the discipline of
22 epidemiology draws from biostatistics, and so
23 biostatistics is definitely foundational to the
24 discipline of epidemiology.  So depending on
25 how you would want to define and categorize a

1 biostatistician, it would be the only way I
2 could really answer that question.
3    Q.    Okay.  So you have some statistical
4 knowledge because you're an epidemiologist;
5 that's fair to say, right?
6    A.    Yes.
7    Q.    Do you have any training or
8 expertise in pharmacology?
9    A.    No.
10    Q.    Do you have any training or
11 expertise in behavioral health?
12    A.    No.
13    Q.    Do you have any training or
14 expertise in mental health?
15    A.    No.
16    Q.    Do you have any training or
17 expertise in psychology?
18    A.    Just maybe a core psychology course
19 in my undergraduate work.
20    Q.    Do you have any training or
21 expertise in toxicology?
22    A.    No.
23    Q.    Do you have any training or
24 expertise in addiction medicine?
25    A.    No.

1    Q.    When did you first learn that you
2 were going to be deposed in this matter?
3    A.    At some point last year.
4    Q.    Last year, you mean 2018?
5    A.    Correct.
6    Q.    Can you give a ballpark of how many
7 months ago?
8    A.    I'd say a ballpark would maybe be
9 between the second and third quarter of 2018.
10    Q.    How did you learn that you were
11 going to be deposed in this matter?
12    A.    How I was going to be deposed?  I
13 was sitting in a meeting, and someone called in
14 to that meeting or came to the door and said,
15 "You have something you need to sign for at the
16 front desk."
17        So I went to the front desk, and
18 there was a subpoena with my name on it, and so
19 I knew something was up at that point.
20    Q.    So you received a subpoena, yes?
21    A.    Yes.
22    Q.    Did you do anything to prepare for
23 today's deposition?
24    A.    Yes.
25    Q.    What did you do to prepare for

1 today's deposition?
2    A.    I had a meeting.
3    Q.    Who did you meet with?
4    A.    I met with Marty and Matt and a
5 couple others.
6    Q.    Who were the couple others?
7    A.    Let's see.  Shayna?  I met with
8 Sal.  And briefly spoke with Frank.
9    Q.    Okay.  You mentioned somebody named
10 Shayna.  Do you know what -- if she's a lawyer
11 associated with a firm?  Is she associated with
12 Napoli Shkolnik?
13    A.    Yeah.  It was via conference call,
14 so it was difficult for me to --
15    Q.    Okay.
16    A.    -- truly kind of understand.
17    Q.    But to your understanding, Shayna,
18 Sal, and Frank were all, like Marty and Matt,
19 lawyers acting on behalf of Cuyahoga County in
20 this litigation?
21    A.    Yes.
22    Q.    And you said that you had that
23 meeting via conference call?
24    A.    One of the participants was
25 participating via conference call.

9 (Pages 30 - 33)

Page 34

1 Q. Okay. So you had an in-person
2 meeting, and then I think you said Shayna was
3 the one who was participating by conference
4 call in that in-person meeting?
5 A. Correct.
6 Q. When did that meeting take place?
7 A. Yesterday.
8 Q. And how long were you in that
9 meeting for?
10 A. I'd say it was three hours.
11 Q. Aside from your meeting yesterday,
12 did you meet with anybody else to prepare for
13 this deposition?
14 A. Yes.
15 Q. Who did you meet with?
16 A. Our general counsel at the Cuyahoga
17 County Board of Health.
18 Q. What is his name?
19 A. His name is Tom O'Donnell.
20 Can you define what you mean by
21 "prepare"? What -- that would help me
22 understand the --
23 Q. So what I'm interested in is just
24 finding out who you spoke with in advance of
25 today's deposition, about the deposition. Does

Page 35

1 that help clarify --
2 A. Yes.
3 Q. -- your understanding?
4 So you mentioned you met with
5 Mr. O'Donnell. When did you meet with
6 Mr. O'Donnell?
7 A. Since it started happening, he
8 would just advise us on -- my -- my date kept
9 on getting moved, and so he was our internal
10 person that would keep us up to date.
11 Q. Okay. So you may have spoken to
12 Mr. O'Donnell on multiple occasions about the
13 scheduling and logistics of your deposition?
14 A. That is correct.
15 Q. Aside from the lawyers that you met
16 with yesterday and Mr. O'Donnell, did you
17 discuss your deposition in advance of today
18 with anyone?
19 A. Yes.
20 Q. And who did you discuss it with?
21 A. Can you give me your definition of
22 "discuss"?
23 Q. Really any conversations that you
24 had. I mean, if you had a conversation that
25 was just, you know, telling somebody, "I have

Page 36

1 to sit for a deposition," you can say that.
2 But I'm -- I'm interested in any communications
3 that you had with people in advance of the
4 deposition about the deposition.
5 A. Okay. Because I've had a handful
6 of discussions like you just described about
7 telling people that I needed to do this.
8 Q. Okay. What about more substantive
9 discussions about the content of the
10 deposition?
11 A. Not about the content. Terry told
12 me kind of the -- to give me a better
13 understanding of the logistics, but not about
14 the content itself.
15 I have never been deposed before,
16 and so I was really anxious and trying to
17 understand what was going to be expected of me
18 and how today would go. And so that's the type
19 of conversation. But nothing specific to any
20 content.
21 Q. Okay. And when you say "Terry,"
22 that's Terry Allan?
23 A. Terry Allan.
24 Q. Did you review any documents as
25 part of your preparation for today's

Page 37

1 deposition?
2 A. Yes.
3 Q. Did you review those documents in
4 conjunction with the lawyers?
5 A. Yes.
6 Q. Were you ever asked to preserve and
7 not throw away or delete documents that could
8 be related to this litigation?
9 A. Yes.
10 Q. When were you asked to preserve
11 documents?
12 A. I cannot give you the exact date
13 and time. I want to say it was sometime in the
14 late summer or fall when we received
15 notification through Tom O'Donnell, who, again,
16 is our administrative counsel, indicating that
17 we received some type of legal order -- I'm not
18 a lawyer, so I'm sorry --
19 Q. That's all right.
20 A. -- that I don't have the correct
21 terms -- but basically indicated that, "You're
22 not to delete anything." And so that was the
23 start of that process.
24 Q. Did you comply with that?
25 A. Yes, I did.

Page 38

1    Q.    In preparation for your deposition
2 today, did you review the complaint in this
3 lawsuit?
4    A.    No.
5    Q.    Have you ever seen the complaint in
6 this lawsuit?
7    A.    No.
8    Q.    Did you review any pleadings filed
9 by the lawyers in this lawsuit?
10    A.    No.
11    Q.    Did you review any deposition
12 testimony from this lawsuit?
13    A.    No.
14    Q.    When did you first hear about this
15 lawsuit?
16    A.    I don't know the exact time frame.
17 I just remember Terry telling our management
18 team that there was something going on from a
19 legal standpoint.  We had no idea at that time
20 how/if our agency was going to be involved in
21 any way, but that's -- to my recollection right
22 now, that's when I first heard about things.
23    Q.    Okay.  So you think you first heard
24 about the lawsuit from Terry Allan; you are not
25 sure exactly when?

Page 39

1    A.    That is correct.
2    Q.    Was it before you received the
3 subpoena?
4    A.    I'm not certain about that timing.
5    Q.    Do you know what this lawsuit is
6 about?
7    A.    I know general information about
8 the lawsuit.
9    Q.    What is this lawsuit about, to the
10 best of your understanding?
11    A.    To the best of my understanding,
12 it's a lawsuit involving the pharmaceutical
13 industry, and specifically associated with
14 opioids, and the role of the pharmaceutical
15 industry and the current opioid epidemic that
16 we're experiencing as a community.
17    Q.    Do you know who the Plaintiff in
18 this lawsuit is?
19    A.    I don't know if I know all of the
20 Plaintiffs.  I remember there being discussion
21 that there could be more than one area or
22 community getting involved, but I don't have
23 the details on that.
24    Q.    Do you know who the Defendants in
25 this lawsuit are?

Page 40

1    A.    Just hearing your introductions
2 today has given me a better idea, but prior to
3 that time, I just knew it was, quote, the
4 pharmaceutical industry.
5    Q.    Okay.  Do you know what categories
6 the Defendants fall into within the umbrella
7 that you're calling "the pharmaceutical
8 industry"?
9    A.    I don't even know what that would
10 mean.  You'd have to clarify for me what a
11 category is.
12    Q.    Okay.  So when you say
13 "pharmaceutical industry," what kind of
14 companies or entities do you consider to be
15 part of the pharmaceutical industry?
16    A.    Individuals who make
17 pharmaceuticals?  Well, when I heard the name
18 Cardinal, I thought Cardinal is also involved
19 in, like, the supply chain process, from my
20 preparedness-related...
21    Q.    Are you familiar with any specific
22 allegations against Defendants in this lawsuit?
23    A.    I'm not sure I understand the --
24 the question.
25    Q.    Do you know of any specific

Page 41

1 wrongdoing that Defendants in this litigation
2 are being accused of?
3    A.    The limited knowledge I do have
4 about this is that there is kind of a focus in
5 on the addictive nature of the opioid and just
6 how addictive it is, and that's -- that's
7 really the extent of -- of my knowledge.
8    Q.    Have you read anything in the press
9 about this litigation?
10    A.    No.
11    Q.    Have you seen anything on
12 television about this litigation?
13    A.    I don't know.
14    Q.    Turning back to your work at the
15 Cuyahoga County Board of Health, what sort of
16 public health issues does the Cuyahoga County
17 Board of Health work on?
18    A.    Wow.  We work on so many different
19 things that most people don't even have an
20 appreciation for.  We -- we actually work on --
21 we probably have 30 to 40 different programs
22 across all of our service areas.
23       Do you -- do you want me to start
24 giving you examples of those?
25    Q.    Sure.  Just give me the top

11 (Pages 38 - 41)

Page 42

1  examples that come to mind for you.
2      A.    Sure.  So food safety, vaccination
3  programming, healthy homes programming, home
4  visiting, as I've described earlier, reportable
5  disease, emergency preparedness, breast and
6  cervical cancer screening.  We work with the
7  watershed protection, so monitoring the health
8  of streams and waterways.
9          Is that -- is that a sufficient
10 list of examples?
11     Q.    Sure.  So you said it was about 30
12 to 40 programs total; is that right?
13     A.    About that, yes.
14     Q.    How many of those 30 to 40 programs
15 relate to substance abuse issues?
16     A.    That's a little bit more difficult
17 question for me to answer.  We -- we have one
18 specific program that we label as our Ohio
19 Department of Health, or ODH, injury prevention
20 program.  That's -- that's really the program
21 that is most directly related to substance
22 abuse.
23          If you're also defining things that
24 some of our nurses in our home visiting program
25 would get into as they serve clients, then that

Page 43

1  would be more like an indirect involvement in
2  substance abuse programming.
3      Q.    And what is the injury prevention
4  program?
5      A.    My definition of the injury
6  prevention program is the -- the program that
7  our agency receives grant funding for, where
8  we -- as part of the scope of that work, we
9  coordinate the Opiate Task Force for Cuyahoga
10 County.
11          We also do some capacity building
12 and technical assistance with other counties
13 who are looking to get more involved in that
14 type of programming.
15          That's the main focus of -- of the
16 injury prevention program.
17     Q.    You said that that program receives
18 grant funding.  What is the source of that
19 grant funding?
20     A.    We get that grant from the Ohio
21 Department of Health.
22     Q.    Does the Cuyahoga County Board of
23 Health currently receive grant funding from the
24 Ohio Department of Health for the injury
25 prevention program?

Page 44

1      A.    It's not my program, but I believe
2  it does.
3      Q.    When you say, "It's not my
4  program," whose program is it?
5      A.    That -- that program is run,
6  administratively, out of our environmental
7  public health service area.  And so Vince
8  Caraffi is the supervisor of that program, and
9  April Vince is the program manager of that
10 program.
11     Q.    How long has that program been
12 going on?
13     A.    I don't know the exact dates.
14     Q.    Can you give me a ballpark number
15 of years?
16     A.    I can't really give you a ball- --
17 ballpark.
18     Q.    Aside from the injury prevention
19 program, I think you said that there might be
20 other programs that touch on substance abuse
21 issues, but are there any other programs that
22 are specific to substance abuse issues?
23     A.    Not that I'm recalling at this
24 time.
25     Q.    Are there any other programs that

Page 45

1  are specific to issues involving opiate use?
2      A.    Not that I'm recalling at this
3  time.
4      Q.    You mentioned these 30 to 40
5  programs that the Board of Health runs.  Are
6  there any programs that you are particularly
7  interested or involved in?
8      A.    Yes.
9      Q.    What are those programs?
10     A.    So I oversee our emergency
11 preparedness program.
12          I oversee our communicable disease
13 program.  And that is tucked with the animal
14 bites, rabies.  That's kind of a shared
15 coordination with colleagues in environmental
16 public health.
17          And those are our two programs.  We
18 also are a support function for our agencies.
19 My department service area is also a support
20 function.  So we have kind of an infrastructure
21 side to our service area and then a programming
22 side to our service area.
23          I also have staff inside of my
24 service area that supports work for the other
25 service areas, so even though my service area

12 (Pages 42 - 45)

Page 46

1 isn't the lead, we have data analysts, for
2 example, that would provide data support for
3 some of the other programs that are coordinated
4 out of other service areas at the health
5 department.
6     Q.   In your view, is it important for
7 the Cuyahoga County Board of Health to address
8 a broad range of issues?
9     A.   Yes.
10     Q.   Why is that important?
11     A.   Because a broad range of issues
12 impact the health and well-being of the
13 community, and we're here to help promote and
14 protect the health and well-being of the
15 community.
16     Q.   In your view, what are the most
17 important public health issues affecting the
18 community currently?
19     A.   I think that's really difficult to
20 answer because there are so many, and I think
21 it's difficult to potentially unfair to try to
22 rank them in that manner.
23     Q.   Are there any issues that you
24 personally believe are particularly important
25 for the Board of Health to address?

Page 47

1     A.   Can you help me -- can you frame
2 that question a little bit better for me to be
3 able to understand?
4     Q.   Sure.  So I'm just trying to
5 understand if there are any particular issues
6 that you see as especially important or
7 pressing.
8          So you said that it would be
9 difficult or unfair to rank the public health
10 issues in terms of importance, which I
11 understand.  I'm just trying to get a sense of
12 if there are any particular issues that stand
13 out to you as particularly important for the
14 Board of Health to be working on currently.
15          MR. McMONAGLE:  Objection.
16     A.   Again, I -- I can give you
17 examples, but to sit there and try to rank
18 them, or --
19     Q.   Sure.
20     A.   -- or to say that, again, you know,
21 one is more important than the other, because
22 we do a lot of programming that's important
23 that make up the overall health and well-being
24 of the community.
25          I can just give you an example of

Page 48

1 programming that's really important.  We have a
2 really bad problem with infant mortality in our
3 community, especially the disparity of black to
4 white infant deaths.  It's a terrible
5 disparity.  So that's just an example of an
6 important issue that our community is facing.
7     Q.   Are there any other examples that
8 stick out to you?
9     A.   My -- my view is there are several
10 that are -- are really important.  So, you
11 know, is the quality of our water important to
12 us?  Yes.  Is the quality of our environment
13 important to us?  Yes.  Is it important for our
14 communities to be prepared for emergency
15 preparedness, both naturally and man made?
16 Yes.  Responding to current epidemics, such as
17 the opioid crisis?  Yeah.
18          There -- there -- there are a lot
19 of important issues that local public health
20 need -- need to be involved in.
21     Q.   You touched on this a little when
22 you talked about particular programs that the
23 ESI service area touches on, but just kind of
24 taking a step back, what is the area of
25 responsibility for the ESI service area, as you

Page 49

1 would describe it?
2     A.   So as I was -- describe it?  So we
3 are responsible for providing the IT support
4 for the agency.  That's where the informatics
5 comes in on the ESI aspect of it.
6          We are involved in providing the --
7 the data and analytic capacity for many of the
8 programs, and that includes, you know, creating
9 reports, monitoring data.  That's kind of where
10 that "S" or "surveillance" comes in.
11          The epidemiology portion of it
12 speaks to our communicable disease programming.
13 What gets a little lost in the title is some of
14 our emergency preparedness work, which has a
15 relationship to epidemiology, but perhaps we
16 got -- you know, we kept adding names to the --
17 to the service area, and maybe we just stopped
18 because it was getting too long.
19     Q.   You mentioned that the "S," the
20 "surveillance" component of the service area,
21 involves tracking data; is that right?
22     A.   Correct.
23     Q.   And I realize this might be hard
24 for you to answer because the answer might be a
25 lot of different categories, but what

13 (Pages 46 - 49)

Page 50

1 categories of data does ESI track, to give some
2 examples?
3     A.    To give you some examples, so we
4 track cancer, both in terms of cancer deaths
5 and new cases of -- of cancer.  We track
6 communicable disease.  We track the flu.  We
7 track childhood lead poisoning.  We provide
8 data support around the opioid crisis.
9          Those are just some examples that
10 come to the top of my head.
11     Q.    You mentioned that you provide data
12 support around the opioid crisis.
13     A.    Yes.
14     Q.    What kind of data support does the
15 ESI service area provide around the opioid
16 crisis?
17     A.    We have access to a surveillance
18 system that's called EpiCenter.  EpiCenter is a
19 web-based system that gets chief complaint
20 information from the local hospitals.  And what
21 happens is day-to-day thresholds, or what you
22 would expect to see based on the chief
23 complaints, and they're categorized into
24 different categories, are plotted against more
25 real-time information.  And then, when it

Page 51

1 exceeds that threshold, the system sends an
2 e-mail to us where we can try to look into the
3 information to see if we can identify something
4 that maybe needs a closer look.  So that's an
5 example of that type of support.
6          We -- we have staff who are
7 providing data support for that ODH injury
8 prevention program.  I had an analyst kind of
9 map out the naloxone distribution sites in the
10 county to -- to help people know where they can
11 go to get those kits.
12          And then a staff member helps
13 compile that information from that EpiCenter to
14 put together reports.
15     Q.    Okay.  So you mentioned several
16 different things there.  So breaking them down,
17 the ESI service area tracks some data from
18 EpiCenter, right?
19     A.    Correct.
20     Q.    You also have staff providing data
21 support for naloxone distribution locations, in
22 terms of mapping them; is that right?
23     A.    Correct.
24     Q.    Aside from EpiCenter data and
25 naloxone distribution locations, are there any

Page 52

1 categories of data related to the opioid crisis
2 that ESI tracks?
3     A.    Yes.  So we're involved in helping
4 with our community assessments, so every so
5 many years we have to conduct what they call a
6 community health status assessment, community
7 health assessments, and because of our analytic
8 role, we're involved in helping compile that
9 data.
10          And so most recently in our 2018
11 community health report, the steering committee
12 that's involved in compiling that report added
13 opioid-related deaths to the emerging health
14 concerns in our 2018 report.  That was a new
15 category for us, because our last assessment,
16 which was in 2013, didn't even have that
17 category in it.
18     Q.    Okay.  And we'll go back and
19 discuss each of these categories in more
20 detail, but at the moment I'm just trying to
21 get a list of types of data support that ESI
22 provides around the opioid crisis.
23          So we have EpiCenter data, naloxone
24 distribution maps, the community health status
25 assessment involves some opioid-related data,

Page 53

1 right?
2     A.    Yes.
3     Q.    Is there anything else?
4     A.    Not that I can recall at this time.
5     Q.    Does the ESI service area itself
6 generate any data regarding opioid use?
7     A.    Can you help me understand what you
8 mean by generating?
9     Q.    Sure.  So you mentioned tracking
10 data from sources like EpiCenter.  Does ESI --
11 the ESI service area also create data or --
12     A.    That's tough to answer, because we
13 create those reports, right?  And so if you
14 consider the report data, then I would answer
15 yes to that question, if that's how you defined
16 it.
17     Q.    So you create reports from other
18 systems of data.  But -- let me ask this.
19          Is ESI -- does ESI do any field
20 work to gather data related to the opioid
21 crisis?
22     A.    Collect field data to help
23 support -- I do not believe -- I'm not
24 recalling that we would do that at this time.
25     Q.    Are you familiar with the OARRS

14 (Pages 50 - 53)

Page 54

1 database, O-A-R-R-S?
2     A.   I have an awareness of it,
3 depending on how you would define "familiar."
4 I need to know more about that to -- to help
5 answer your question better.
6     Q.   Okay.  What is the OARRS database,
7 to your understanding?
8     A.   It's a web-based system that allows
9 for the physicians to be able to understand how
10 often patients are prescribed medications and
11 how -- how often physicians are prescribing
12 them.  I've never seen what it looks like, have
13 never been inside of there.  I don't have
14 credentialing for it.  That's kind of the
15 extent of what I know about the system.
16     Q.   Does the Cuyahoga County Board of
17 Health have access to the OARRS database?
18     A.   There may be people who are from
19 the injury prevention program that have access,
20 but I cannot say with certainty.  I do not know
21 who in our department is authorized and
22 credentialed to be in the system or not.
23     Q.   Now, you mentioned EpiCenter.  And
24 that's also a database.  Is that a fair word to
25 use?

Page 55

1     A.   It's a web-based application, is
2 probably the best way to describe that.
3     Q.   Who maintains EpiCenter?
4     A.   So, it's administered by the state
5 health department, the Ohio Department of
6 Health.  They work with the vendor.
7     Q.   Does the Cuyahoga County Board of
8 Health have access to EpiCenter?
9     A.   Yes.
10     Q.   Do you have access to EpiCenter?
11     A.   Yes.
12     Q.   Do you know when the EpiCenter
13 application was first formed?
14     A.   No.
15     Q.   How long has the Cuyahoga County
16 Board of Health had access to EpiCenter data?
17     A.   Shortly after its inception.  I'd
18 just like to give you context.  Initially
19 EpiCenter was developed to help us with
20 response to emergency preparedness-related
21 issues.  So the idea was that if we can try to
22 identify people becoming ill before they're
23 formally diagnosed, that would get us a jump
24 start on being able to set up a response,
25 primarily out of bioterrorism-related issues.

Page 56

1 That's -- that was the -- the orig- -- the
2 genesis of -- of EpiCenter.
3     Q.   Do you recall approximately when
4 that was?
5     A.   I don't.  I'm going to say between
6 2000-2005 is the original, only because of the
7 whole -- yeah.  I mean, there's 9/11.  There --
8 there were several different --
9          I'm going to say no, I -- I don't
10 know the -- the exact origin of when it was
11 first available to us.
12     Q.   Okay.  That's okay.
13          And I believe you said earlier that
14 EpiCenter -- the EpiCenter application gets
15 chief complaint information from local
16 hospitals; is that right?
17     A.   Yes.  That is the -- the design of
18 EpiCenter, is -- is that it's fed information
19 from the local hospitals, chief complaint.
20 It's some urgent care.
21          You'd have to check with the state
22 health department to see if private providers
23 are feeding it as well.  Because I don't
24 directly administer the system, I'm not the
25 best person to be able to answer those types of

Page 57

1 details.
2     Q.   Okay.  When you say "chief
3 complaint information," what do you mean by
4 that?
5     A.   What I mean by chief complaint is
6 it's information that people provide when they
7 show up to the ER.  So if they say, "I have a
8 sore throat," that's the chief complaint.  It's
9 basically that initial set of information that
10 is your primary reason for why you're showing
11 up to the ER in advance of any further
12 diagnostics to give more specificity on why
13 you're not feeling well.
14     Q.   So local hospitals and health care
15 providers provide information into the
16 EpiCenter system about chief complaints that
17 patients are showing up with; is that right?
18     A.   And then they're grouped.
19     Q.   Okay.  How are they grouped?
20     A.   Into different categories that they
21 call syndromes.  So there is respiratory,
22 neurological, constitutional.  There's a whole
23 set of categories that are created to try to
24 group and aggregate that information.
25     Q.   Approximately how many categories

15 (Pages 54 - 57)

Page 58

1  are there?
2      A.   I wouldn't want to venture a guess.
3  I don't -- I don't know the -- the number.
4      Q.   Is it more or less than five?
5      A.   More than five.
6      Q.   How about 10?  More or less than
7  10?
8      A.   It's difficult to answer.
9      Q.   And then I think you mentioned that
10  the EpiCenter system sends an e-mail,
11  sometimes, with information; is that right?
12      A.   Correct.  So the way the system is
13  set up is that baseline thresholds are
14  established for each day of the year, for each
15  category, for each of those syndromes or
16  categories.  And then when that threshold is
17  exceeded, it sends an e-mail saying that the
18  threshold was -- has been exceeded.
19      Q.   Okay.  So if I were to try to
20  explain this to, you know, my mom, who doesn't
21  know anything about this, I would say that the
22  system has a certain number, threshold, that
23  it assigns to a particular category of the
24  number of complaints that you would expect in
25  that category; is that fair to say?

Page 59

1      A.   Correct.
2      Q.   And then if there are -- if there's
3  an unusually high number of complaints in that
4  particular category on that particular day, the
5  system sends out an e-mail notifying you of
6  that?
7      A.   Correct.
8      Q.   Aside from sending e-mails when
9  thresholds are crossed, does EpiCenter generate
10  any kind of regular reports?
11      A.   Depends on how you would define
12  "report."  So the system continues to mature
13  through time.  And so if -- if your version of
14  a report is a nicely bound or a nice read that
15  has paragraphs and things of that nature,
16  really isn't designed to do that.
17          But if you're going to define
18  "report" as some information that looks more
19  like an Excel spreadsheet, something of that
20  nature, then that's the type of reporting that
21  it's starting to be able to -- to spit out.
22      Q.   Okay.  Let me ask a slightly
23  different question.
24          Aside from e-mail alerts when a
25  threshold is crossed, do you get any kind of

Page 60

1  regular e-mails from EpiCenter, like, on a
2  weekly basis, monthly basis, anything like that
3  with summaries of data?
4      A.   Thank goodness, no.
5      Q.   Can you query the EpiCenter system
6  to search for data?
7      A.   Yes.
8      Q.   So you mentioned that there are
9  different categories, called syndromes, that
10  complaints are grouped into in EpiCenter.  Is
11  there a particular category that relates to
12  overdoses?
13      A.   Yes.  And the -- the terminology
14  that -- in EpiCenter they call them
15  classifiers, so -- so classifiers are
16  continuing to get developed.  They're trying --
17  the state health department is trying to
18  continue to find different ways to utilize this
19  system.  One such way was the development of a
20  classifier called "drugs."
21      Q.   And what kind of complaints are
22  captured in the "drug" classifier category?
23      A.   It varies widely.  So it could
24  include chief complaints where "overdose" is
25  typed in.  It could be "too much Tylenol."  It

Page 61

1  could be "too much aspirin."  It could be the
2  word "heroin."
3          There -- there is a lot of
4  different key phrases or words that the techy
5  folks who helped build out that classifier used
6  to develop that portion.  And that's a -- a
7  newer feature of EpiCenter.
8          Again, EpiCenter initially focused
9  in on things that were more tied to syndromes
10  that could be a result of intentional attack on
11  our health from a bioterrorism standpoint, but
12  it's -- it's evolved to try to deal with this
13  opioid crisis.
14      Q.   Okay.  So now that I have a better
15  understanding of what EpiCenter is and how it
16  works, you mentioned that the ESI service area
17  has access to EpiCenter and tracks some data
18  related to the opioid crisis; is that right?
19      A.   Yes.
20      Q.   For how long has the ESI service
21  area been doing that?
22      A.   I can't recall.
23      Q.   Has it been a couple of years?
24      A.   I would feel confident saying a
25  couple years.

16 (Pages 58 - 61)

Page 62

1    Q.    And how often does ESI gather or
2  track data from EpiCenter related to the opioid
3  crisis?
4    A.    It depends on the following:  So if
5  there is an alert, right -- so that's more of
6  an ad hoc occurrence -- we go in and research
7  to look into it.  And then we were trying to
8  understand the data needs of the Opiate Task
9  Force; initially, we were taking a look at data
10  monthly, and we moved to quarterly, and then
11  more annually looking at it now, compiling a
12  report.
13    Q.    So, currently, how often does the
14  ESI service area compile reports of EpiCenter
15  data related to the opioid crisis?
16    A.    Because I do not directly do that
17  anymore, I'm going to answer I don't know.
18    Q.    Okay.  Who does directly do that?
19    A.    A member of my staff is working
20  with a data analyst.  Do you -- do you need to
21  know her name?
22    Q.    Sure.
23    A.    Her name is Becky Karns.
24    Q.    And you said that you no longer are
25  tracking the EpiCenter data yourself.  Does

Page 63

1  that mean that at some point in time you did do
2  that yourself?
3    A.    Yeah.  I still am heavily involved
4  in responding to any alerts that would come
5  out.  But just in terms of, like, regularly
6  assembling data from EpiCenter, I -- I don't do
7  that any longer.  But initially, yes, it was --
8  it was me who provided that data support.
9    Q.    And in what time period did you
10  provide that data support?  Ballpark.
11    A.    It's not too long ago.  I only say
12  that because it was -- it was at a time where
13  Allison Leppla was working in the injury
14  prevention program, but I can't give you the
15  exact -- the exact dates.
16    MS. JASIEWICZ:  Okay.  We've been
17  going about an hour and a half.  Would you like
18  to take a short break?
19    THE WITNESS:  Sure.  I can't even
20  believe it's been that long.
21    MS. JASIEWICZ:  Time flies when
22  you're having fun, right?
23    THE VIDEOGRAPHER:  We're going off
24  the record.  The time is 2:24.
25    (A recess was taken.)

Page 64

1    THE VIDEOGRAPHER:  We're now back
2  on the record.  The time is 2:47 p.m.
3  BY MS. JASIEWICZ:
4    Q.    Welcome back, Mr. Kippes.
5    I have just a couple of quick
6  questions to clarify some things that you said
7  earlier this afternoon, just to make sure that
8  I understood you correctly.
9    So I asked you about the number of
10  employees that report to you, and you said you
11  think it's around eight; is that right?
12    A.    Correct.
13    Q.    Is that the total number of
14  employees working in the ESI service area?
15    A.    No, that is not.
16    Q.    How many employees work in the ESI
17  service area?
18    A.    We've had recent staffing changes,
19  so if you want me to quickly do a --
20    Q.    Sure.
21    A.    I believe it's 12.
22    Q.    So of those 12 employees,
23  approximately 8 is the number that reports
24  directly to you --
25    A.    Correct.

Page 65

1    Q.    -- is that right?
2    And then the others might report
3  indirectly to you through the supervisor that
4  you mentioned earlier?
5    A.    Correct.
6    Q.    I also asked you some questions
7  earlier about you receiving a notice to
8  preserve documents related to this case, and
9  you said that you received that kind of notice
10  at some point in the summer, around the summer,
11  and I just wanted to clarify of what year.
12    A.    I believe it was 2018, this past
13  year.
14    Q.    We've been talking some today about
15  opioids and opiates.  So I just want to spend a
16  moment getting our terminology straight so that
17  we're using the same words.
18    So are you familiar with the terms
19  "opioid" and "opiate"?
20    A.    I've heard those terms.
21    Q.    Is there a difference, in your mind
22  between those two terms?
23    A.    Yes.
24    Q.    What is that difference?
25    A.    The difference is that the "opioid"

17 (Pages 62 - 65)

Page 66

1  is the -- the more general term.  That seems to
2  be inclusive and used more so now than the
3  opi- --
4      "Opiate" is more of the substance
5  that includes the opium.  So the naturally
6  occurring --
7      Q.   Okay.
8      A.   -- as opposed to synthetics and
9  things of -- of that nature, which tends to be
10 the more global opioid.
11     Q.   Okay.
12     A.   From my -- that's how I --
13     Q.   Sure.  And that's exactly what I
14 want to understand, is just to -- so that I
15 make sure that I know, when you're using
16 those -- these terms, how you're defining them.
17        So you said that "opioid," in your
18 mind, is a more general term.  So what are some
19 examples of opioids, in your mind?
20     A.   Well, so that would include heroin,
21 OxyContin.  So those are like, you know, an
22 example of illicit, and then, you know,
23 prescribed, just as two examples and different.
24     Q.   So you gave heroin as an example of
25 an illicit opioid, right?

Page 67

1      A.   Correct.
2      Q.   And then OxyContin is an example of
3  a prescription opioid; is that right?
4      A.   Correct.
5      Q.   So based on that distinction that
6  you are drawing, you understand that some
7  opioids can be prescribed as medically
8  necessary treatment for pain?
9        MR. MASON:  Objection.
10     A.   Yes, it is my understanding that
11 some opioids can be prescribed to treat medical
12 conditions.
13     Q.   And you understand that some other
14 opioids are illegal, yes?
15     A.   Yes.
16     Q.   And you gave heroin as an example
17 of an illegal opioid?
18     A.   Yes.
19     Q.   Can you think of other examples of
20 illegal opioids?
21     A.   Well, I mean, you have the
22 manufacturing of fentanyl, carfentanil, things
23 of that nature that are making it into the
24 community.
25     Q.   You mentioned fentanyl.  As you

Page 68

1  understand that term, what is fentanyl?
2      A.   I just really understand it more as
3  an opioid.  I -- I don't feel comfortable
4  getting into the chemical composition.  That's
5  just not my lane.
6      Q.   Sure.  Let me ask this.  Is -- when
7  you use the term "fentanyl," are you thinking
8  of a prescription opioid or an illicit opioid?
9      A.   Well, I know the -- it's my
10 understanding that they can be used in both
11 settings:  both for medical treatment, but also
12 for illicit purposes.
13     Q.   So you understand that there are
14 some forms of fentanyl that are available as
15 prescriptions for medical treatment, and there
16 might be other forms of fentanyl that are
17 illegal?
18        MR. MASON:  Object to form.
19        Go ahead.  You can answer.
20     A.   That's how I, in my mind, kind of
21 would classify that.
22     Q.   You also mentioned carfentanil.
23 What is "carfentanil," as far as you understand
24 that term?
25     A.   I just said it to be another

Page 69

1  derivative that is involved in the -- the
2  crisis that we're dealing with.
3      Q.   And is carfentanil an illicit
4  opioid or a prescription opioid?
5      A.   I don't know.
6      Q.   You don't know.
7        In what you have observed in your
8  work at the Cuyahoga County Board of Health, is
9  there a problem with opioid use in Cuyahoga
10 County?
11     A.   Yes.
12     Q.   Is there a problem with opioid
13 overdoses in Cuyahoga County?
14     A.   Yes.
15     Q.   When did you first become aware of
16 the problem with opioid use in Cuyahoga County?
17     A.   I don't know.  I can't pinpoint an
18 exact date or time.
19     Q.   Can you give me a ballpark number
20 of years?
21     A.   No.
22     Q.   Would you say there is an opioid
23 epidemic in Cuyahoga County?
24     A.   Opioid epidemic in Cuyahoga County?
25 Yes.

18 (Pages 66 - 69)

Page 70

1   Q.   What is an "epidemic," as you are
2 using that term?
3   A.   As I use the term "epidemic," it is
4 used to categorize a situation where you have
5 more than what you would expect to see in a
6 community.
7   Q.   So if there's an opioid epidemic,
8 that means that there is more opioid use than
9 you would expect to see in Cuyahoga County?
10       MR. MASON:  Object to form.
11   A.   When -- when we're talking about
12 the opioid epidemic, we're talking about -- in
13 my mind what we're talking about is this
14 increase in deaths and usage of opioids in our
15 population that is different now than it was
16 before.
17   Q.   When you say "it is different now
18 than it was before," can you give a time frame
19 of what is "now" and what is "before"?
20   A.   I cannot.
21   Q.   We also talked some earlier this
22 afternoon about the Cuyahoga County Opiate Task
23 Force; is that right?
24   A.   Yes.
25   Q.   What is the Cuyahoga County Opiate

Page 71

1 Task Force?
2   A.   So I am not a member of it.  I
3 don't participate in it.  What I do is support,
4 to provide data support to it.
5       To me it is a multidisciplinary
6 group of people, stakeholders, that are coming
7 together to try to help address an issue
8 associated with opioids in our community.
9   Q.   Is the Cuyahoga County Opiate Task
10 Force a part of the Cuyahoga County Board of
11 Health?
12   A.   We coordinate it.
13   Q.   So when you say the Board of Health
14 coordinates the task force, you mean there is a
15 number of entities or individuals that are
16 involved in the task force, and the Board of
17 Health coordinates amongst those; is that
18 right?
19   A.   Yes.
20   Q.   And you said that you are not a
21 member of the task force; is that right?
22   A.   Correct.
23   Q.   Have you ever attended any meetings
24 of the task force?
25   A.   No.

Page 72

1   Q.   Have you ever been asked to come to
2 a meeting of the task force?
3   A.   No.
4   Q.   Do you know if the task force has a
5 LISTSERV?
6   A.   I don't know.
7   Q.   So I take it you don't receive any
8 e-mails from a task force LISTSERV?
9   A.   I'm not recalling any at this time.
10   Q.   And I think you mentioned earlier
11 that Vince Caraffi was a leader of the task
12 force; is that right?
13   A.   Well, he's the supervisor of the
14 ODH injury prevention program.
15   Q.   Okay.
16   A.   Whether he's the leader of the task
17 force or not, I don't know.
18   Q.   Okay.  And I think you may have
19 touched on this briefly earlier, but how is the
20 task force related to the injury prevention
21 program?
22   A.   The injury prevention program is
23 what we call our group of people that work on
24 this issue.  The task force is related to it
25 because it's one of the main functions of the

Page 73

1 injury prevention program.
2   Q.   Okay.  So the injury prevention
3 program is a part -- it's a program within the
4 Board of Health, and one of its main functions
5 is to coordinate the task force, which includes
6 various community members.
7   A.   Yes.
8   Q.   And I think you also mentioned
9 earlier today April Vince as someone who works
10 on the injury prevention program; is that
11 right?
12   A.   Yes.
13   Q.   So is she also involved with the
14 task force?
15   A.   I believe so.
16   Q.   And you also mentioned someone
17 named Allison Leppla; is that right?
18   A.   Yes.
19   Q.   And is she also part of the injury
20 prevention program?
21   A.   When she was employed at the
22 Cuyahoga County Board of Health, yes.
23   Q.   So she's no longer there, but she
24 was part of that program?
25   A.   Yes.

19 (Pages 70 - 73)

Page 74

1    Q.    And was she also part of the task
2  force?
3    A.    Yes.
4    Q.    Does the Cuyahoga County Board of
5  Health provide funding to the Cuyahoga County
6  Opiate Task Force?
7    A.    I don't know the details of that.
8    Q.    Okay.  Does the Cuyahoga County
9  Opiate Task Force issue reports?
10   A.    Yes.
11   Q.    Does it issue annual reports?
12   A.    I don't know the frequency in which
13  they issue their reports.
14   Q.    Have you ever read a report issued
15  by the task force?
16   A.    I don't know.
17   Q.    Have you ever contributed to a
18  report issued by the task force?
19   A.    Yes.
20   Q.    What report have you contributed
21  to?
22   A.    I remember providing information
23  from EpiCenter for one of the annual reports.
24   Q.    So you mentioned providing
25  information from EpiCenter from -- for one of

Page 75

1  the annual reports.  On how many occasions did
2  you provide information or input to task force
3  reports?
4    A.    I don't remember the -- the number
5  of times.
6    Q.    And was your contribution limited
7  to providing EpiCenter data?
8    A.    Yes.
9         (Telephonic interruption.)
10        MS. JASIEWICZ:  I'm sorry.  To
11  those on the phone, just a reminder to please
12  mute your line.  We can hear some typing.
13   Q.    Have you met with any members of
14  the task force about the work of the task
15  force?
16   A.    Just in-house individuals, so just
17  our CCBH staff.
18   Q.    Okay.  So that would be Vince
19  Caraffi, April Vince, Allison Leppla?
20   A.    Correct.
21   Q.    Anyone else?
22   A.    No one comes to mind at this point.
23   Q.    So you mentioned that the ESI
24  service area provides data support to the task
25  force.

Page 76

1    A.    Yes.
2    Q.    I want to understand a little bit
3  better what you mean by that.
4         Is there any type of data that the
5  ESI service area provides on a regular basis to
6  the task force?
7    A.    It depends on how you would define
8  "regular" and what you mean by that.
9    Q.    Okay.  Let me put it this way.
10  Does the task force specifically request
11  certain types of data from the ESI service
12  area?
13   A.    Yes.
14   Q.    And what type of data does the task
15  force request?
16   A.    Data that they would use for the
17  report so that -- that goes back to the
18  EpiCenter.  Really keep talking about the same
19  thing, about that EpiCenter data that we
20  provide that they use for...
21   Q.    Okay.  And when you say that you
22  provide data from EpiCenter, do you provide
23  that data sort of on an as-requested basis or
24  on a regular, like, weekly, monthly, quarterly
25  basis?

Page 77

1    A.    I think we talked about this
2  earlier.  It has to do with whether or not
3  there's an alert that --
4    Q.    Uh-huh.
5    A.    -- occurs out of EpiCenter, and so
6  then I work with that data and provide that
7  information.
8         And then if they're working on a
9  publication, in the past it was myself, and now
10  I have staff within our service area that would
11  provide information.
12   Q.    Okay.  So it sounds like one of the
13  sort of routine sources of data would be
14  associated with EpiCenter alerts; is that
15  right?
16   A.    Out of my shop, yes.
17   Q.    Yeah, okay.  And then you might
18  also provide other data as requested by the
19  task force for task force publications or
20  reports; is that fair to say?
21   A.    I'm having trouble identifying
22  "other data."
23   Q.    Okay.
24   A.    When you -- when you use that term,
25  it's not resonating with me.

20 (Pages 74 - 77)

Page 78

1     Q.    Well, to give an example, have you
2 ever -- has the ESI service area ever provided
3 or tracked data from the medical examiner to
4 support the efforts of the task force?
5     A.    I'm not sure if we worked with the
6 ME, medical examiner's data for task force
7 purposes.  I remember doing it for the
8 community health status assessment.  And so I
9 think we talked a little bit about that earlier
10 as well, where I said in the 2018 assessment we
11 actually had information on opioid-related
12 deaths.  I received that information from the
13 medical examiner's office.
14    Q.    Okay.  So let me just break this
15 down again to make sure that I'm understanding.
16          So the ESI service area provides
17 data support for two projects that touch on
18 opioid-related issues:  the task force on one
19 hand, and then the community health assessment
20 on the other hand; is that right?
21    A.    Yes.  To my recollection, yes.
22    Q.    Are there any other projects for
23 which the ESI service area provides data
24 support specifically related to opioids?
25    A.    What I described earlier to you

Page 79

1 about the one staff member providing the
2 distribution of the naloxone.
3     Q.    Okay.  And was that a project
4 separate from the task force?
5     A.    For me it's difficult to
6 distinguish between data support activities
7 that are, quote, for the task force versus the
8 injury prevention program, which is inclusive
9 of the task force.
10    Q.    Okay.
11    A.    I don't have that level of detail
12 to be able to tease apart those things.
13    Q.    Okay.  So the ESI service area
14 provides data support for the community health
15 status assessment.  That's not related to the
16 injury prevention program; is that right?
17    A.    Correct.
18    Q.    And then it also provided some data
19 support for the injury prevention program,
20 including the task force?
21    A.    Correct.
22    Q.    And that includes EpiCenter data
23 and the data that you were mentioning about
24 distribution of naloxone?
25    A.    Yes.

Page 80

1     Q.    Okay.  And then the community
2 health status assessment data, that includes
3 data from the medical examiner; is that right?
4     A.    Yes.
5     Q.    What is the source of the data
6 about distribution of naloxone for that project
7 that you mentioned?
8     A.    I don't know the source of the data
9 because I didn't do that project.  I didn't
10 create those maps.  That was a staff member of
11 mine that did that, so I don't know what that
12 data source is.
13    Q.    Okay.  And then in the community
14 health status assessment, you mentioned the
15 medical examiner data.  Are there other sources
16 of data that you consulted for the community
17 health status assessment?
18    A.    Several data sources.  There's a
19 whole technical appendix on the report.  To
20 give it a read, it's over 300 pages.  You enjoy
21 yourself.
22    Q.    We might see it later today.
23          What are some of those data
24 sources?
25    A.    So vital statistics records is a

Page 81

1 common data source in a community health status
2 assessment report.  Birth records, death
3 records, just some examples.
4     Q.    I asked you some questions earlier
5 today about the OARRS database.  And you said
6 that you don't have access to the OARRS
7 database; is that right?
8     A.    No.
9     Q.    Aside from EpiCenter, what other
10 databases do you have access to that include
11 data relevant to the opioid-use issue?
12    A.    Again, the vital statistics
13 records, so birth -- birth records and death
14 records.
15    Q.    And to track data related to the
16 opioid issue in Cuyahoga County, are there any
17 other sources of data that you would like to
18 have access to?
19    A.    I don't know.
20    Q.    You mentioned earlier the
21 distribution of naloxone.  What is naloxone?
22    A.    It is something that can be
23 administered to an individual who overdosed to
24 help reverse the effects of the overdose and
25 kind of awaken them, bring them -- bring them

21 (Pages 78 - 81)

Page 82

1  back, so to speak.  So that is a summary of
2  what that is.
3      Q.    Is the Cuyahoga County Board of
4  Health involved with the distribution of
5  naloxone?
6      A.    Yes.
7      Q.    How is it involved with the
8  distribution of naloxone?
9      A.    There are days of the week and
10  times people can come in and -- and pick up
11  kits.  And then we also help link stakeholders
12  to get kits.  So it's -- again, it's part of
13  our injury prevention program.  I -- I don't
14  have a lot of details.  That's my limited
15  knowledge of it with respect to naloxone.
16      Q.    Do you know where the Cuyahoga
17  County Board of Health gets the naloxone kits
18  it distributes?
19      A.    I know one source is the -- the
20  state health department.
21      Q.    Do you know if there are any other
22  sources?
23      A.    I don't know.
24      Q.    Aside from the data support that
25  we've been talking about that the ESI service

Page 83

1  area provides to programs that touch on
2  opioid-use issues, have you done any
3  professional work related to opioids?
4      A.    No.
5      Q.    Do you teach any coursework related
6  to substance abuse?
7      A.    No.
8      Q.    Do you teach any coursework related
9  to opioids specifically?
10      A.    No.
11      Q.    Have you done any professional
12  writing about substance abuse issues?
13      A.    Not that I recall.
14      Q.    Have you done any professional
15  writing about opioids?
16      A.    Other than these data support, and
17  I these data briefs, if you're talking about
18  professional, you mean like a peer-reviewed
19  journal, if that's your definition, then, no.
20      Q.    Other than -- other than work done
21  in your capacity as the head of ESI at the
22  Cuyahoga County Board of Health, have you done
23  any writing at all about opioids?
24      A.    Just these data briefs and the
25  support, the -- in terms of -- of writing.

Page 84

1      Q.    So the data briefs and the support
2  you mentioned, that's all work that you do in
3  your capacity as an employee of the Board of
4  Health, right?
5      A.    Correct.
6      Q.    So when we were looking at your
7  resume earlier, you have a list of publications
8  and coursework and guest lectures.  Is any of
9  that work related to opioids in any way?
10      A.    The -- the only thing that would be
11  indirectly related is when I teach my
12  introductory epidemiology classes, when we talk
13  about relevant or current public health issues,
14  I could bring examples into the classroom.  So
15  that would -- that would be the only tie to
16  that question.
17      Q.    Okay.  So you might mention the
18  opioid problem as an example of a public health
19  issue in your introductory epidemiology
20  courses, but other than that, you don't do any
21  specific work related to opioids?
22      A.    Correct.
23      Q.    Does the Cuyahoga County Board of
24  Health -- so not the task force, but the Board
25  of Health overall -- issue annual reports?

Page 85

1      A.    Yes.
2      Q.    Are you familiar with those
3  reports?
4      A.    Yes.
5      Q.    Do you play any role in putting
6  those reports together?
7      A.    A supportive role.
8      Q.    What role do you play in putting
9  together Cuyahoga County Board of Health annual
10  reports?
11      A.    It depends on the theme and focus
12  of our annual report.  So we try to vary them
13  year to year, and so once there is a decision
14  on what the topics are going to be.  If there
15  is a topic that is supported by my service
16  area, I would either help write that up or ask
17  a staff member to do some analysis or some
18  write-up of that to support that content.
19      Q.    What are examples of topics that
20  you have provided input, either writing or
21  research support, for the Board of Health
22  annual reports?
23      A.    So it would be information on our
24  communicable disease program, our emergency
25  preparedness program, if we were highlighting

22 (Pages 82 - 85)

Page 86

1 infant mortality.  So the different analysts
2 provide topical support for our different
3 programs, so it's hard to say in any given
4 year, but those are just some examples that
5 come to mind.
6         - - - - -
7         (Thereupon, Deposition Exhibit 3,
8         Cuyahoga County Board of Health 2010
9         Annual Report, was marked for
10        purposes of identification.)
11        - - - - -
12    Q.   Showing you what's been marked as
13 Exhibit 3 to your deposition.  This is a
14 document titled "Cuyahoga County Board of
15 Health 2010 Annual Report."  This is taken from
16 the Cuyahoga County Board of Health website, so
17 it is publicly available and not Bates-stamped.
18        Have you seen this document before?
19    A.   Yes.  It's been a while.
20    Q.   What is this document?
21    A.   This is our 2010 Cuyahoga County
22 Board of Health Annual Report.
23    Q.   And have you read this document
24 before?
25    A.   Cover to cover, I cannot recall at

Page 87

1 this time.
2    Q.   I understand.  It was a long time
3 ago.
4        If you could please turn to page 9
5 of this document.  There's a heading here that
6 says, "Unintentional Prescription Drug
7 Poisonings and Unused Medication."  And it
8 says -- if you look at that top paragraph, it
9 says, "According to the Ohio Department of
10 Health, recent statistics show an alarming
11 trend in Ohio in increase in prescription drug
12 abuse and overdose.  A new education and
13 awareness campaign was recently launched by ODH
14 to stop this trend."  And then it says that
15 campaign is called "Prescription for
16 Prevention:  Stop the Epidemic."
17        Do you see that?
18    A.   I do.
19    Q.   Were you aware, in 2010, of the
20 "Prescription for Prevention:  Stop the
21 Epidemic" program?
22    A.   I'd have to look into more on what
23 that specific program does.  The -- the only
24 thing that I recall from this time frame is
25 more on the -- towards the end of that page

Page 88

1 where it talks about Operation Medicine
2 Cabinet, where that was an effort where we
3 helped to try to safely recall unused
4 medications from the community.  And so that --
5 that's really my recollection of -- of the
6 information from that time period.
7    Q.   Okay.  So you say the "Operation:
8 Medicine Cabinet" was a program through which
9 the Cuyahoga County Board of Health helped to
10 dispose of unused medications; is that right?
11    A.   I don't know if it was our specific
12 program.  I was not, again, directly involved
13 in -- in this area.  I just know that our
14 community -- I mean, our agency helped with
15 this effort.  There were free-standing areas
16 throughout the community where people could
17 come and bring that, and then they would make
18 arrangements to have it safely disposed of.
19    Q.   And was Operation Medicine Cabinet,
20 did it gather unused opioids?
21    A.   I don't know what type of
22 medication was being brought to them.
23    Q.   Turning back to that top paragraph
24 that I was asking you about, when it references
25 an increase in prescription drug abuse and

Page 89

1 overdose, do you understand that to be
2 referencing the opioid epidemic?
3        MR. McMONAGLE:  Objection.
4    A.   I don't know if it was specifically
5 referencing the opioid epidemic.
6    Q.   Do you recall, sitting here today,
7 whether you were aware, in 2010, that there was
8 a problem in Cuyahoga County related to opioid
9 use?
10        MR. MASON:  Objection.
11    A.   That was so long ago; I don't know.
12    Q.   If you look at the first bullet
13 point under this list of bullet points under
14 the top paragraph, it says, "In 2007,
15 unintentional drug poisoning became the leading
16 cause of injury/death in Ohio, surpassing motor
17 vehicle crashes and suicides for the first time
18 on record."
19        Do you see that?
20    A.   I do.
21    Q.   Were you aware of that in 2010?
22        MR. McMONAGLE:  Objection.
23    A.   I don't know.
24    Q.   If you look right under this list
25 of bullet points, it says, "Cuyahoga County is

23 (Pages 86 - 89)

Page 90

1 one of the top five counties in Ohio for
2 reported prescription drug overdoses.  In order
3 to increase efforts to combat this growing
4 public health program, the Cuyahoga County
5 Prescription for Prevention coalition was
6 formed in June 2010, with a goal of decreasing
7 the number of deaths due to misuse of
8 prescription medications and increasing
9 awareness among those at highest risk."
10        Do you recall being aware, in 2010,
11 that Cuyahoga County was one of the top five
12 counties in Ohio for reported prescription drug
13 overdoses?
14        MR. McMONAGLE:  Objection.
15     A.  I don't know.
16     Q.  And I believe I asked you some
17 questions earlier about when the Cuyahoga
18 County Opiate Task Force was formed.
19        Do you recall anything about the
20 task force or predecessors in the 2010 time
21 frame?
22     A.  I don't know.
23        MS. JASIEWICZ:  I understand that
24 the videographer needs to change the tape, so
25 we'll take a short break to do that.

Page 91

1        THE VIDEOGRAPHER:  We're going off
2 the record.  End of Tape No. 1.  The time is
3 3:25.
4        (Off the record.)
5         - - - - -
6        (Thereupon, Deposition Exhibit 4,
7        3/21/2012 E-Mail Chain Re: 2011
8        Preliminary Statistical Report -
9        Medical Examiner-Ruled Heroin
10       Related Deaths, with Attachment,
11       CUYAH_014335592 to 014335599, was
12       marked for purposes of
13       identification.)
14        - - - - -
15        THE VIDEOGRAPHER:  We're back on
16 the record.  This is the beginning of Media
17 No. 2.  The time is 3:27.
18     Q.  I'm showing you what's been marked
19 as Exhibit 4 to your deposition.  This is a
20 document bearing the Bates stamp CUYAH_014335592
21 through 599.
22        This is -- this document is an
23 e-mail chain followed by an attachment to an
24 e-mail.  And you see at the top that the bottom
25 e-mail here was forwarded to you and others by

Page 92

1 Terry Allan on March 12th -- 21st, 2012.
2        Do you see that?
3     A.  Yes.
4     Q.  Do you recall receiving this e-mail
5 in 2012?
6     A.  No.
7     Q.  If you look at the body of the
8 e-mail here, it's an e-mail from Hugh Shannon
9 to someone named Nicole Dailey Jones.
10       Who is Hugh Shannon?
11     A.  Hugh Shannon, I don't know what he
12 was doing at that time frame, but he works in
13 the administrative portion at the medical
14 examiner's office.  I don't know exact -- his
15 exact title.  Oh, administrator.  There you go.
16 It's on the bottom.
17     Q.  So here, this is an e-mail from
18 Hugh Shannon in the medical examiner's office
19 and it's being forwarded to you; is that right?
20     A.  It's being forwarded to our entire
21 management team.
22     Q.  Okay.  When you say "our entire
23 management team," that's the entire management
24 team of the Cuyahoga County Board of Health; is
25 that right?

Page 93

1     A.  Yes.
2     Q.  And as the director of the ESI
3 service area, you are a member of the
4 management team of the Board of Health?
5     A.  Yes.
6     Q.  If you look at the body of this
7 e-mail, if you look at the bottom two
8 paragraphs, Hugh Shannon references talking
9 points about drug overdose deaths, 2010 data,
10 which he says he is attaching to the e-mail.
11       And then he says, "The big story is
12 large increase in heroin-related deaths, big
13 increases in use by women.  Incidents in
14 suburban communities is up 167 percent over the
15 past five years."
16       Do you see that?
17     A.  Yes.
18     Q.  Are you familiar with the increase
19 in heroin-related deaths that Mr. Shannon is
20 referring to here?
21     A.  I don't recall.
22     Q.  Has there been an increase in
23 heroin-related deaths in Cuyahoga County since,
24 let's just say, 2010?
25     A.  Yes.

24 (Pages 90 - 93)

Page 94

1    Q.   Has that increase continued up
2  until the present?
3    A.   I don't know.
4    Q.   If you look at this attachment to
5  this e-mail, this is a report called "2010 Ohio
6  Drug Overdose Data General Findings."  And if
7  you look at the second page of this report, on
8  the Bates-stamp page ending 594, do you see
9  Figure 2, "Proportion of Drug Overdoses Among
10  Ohio Residents Involving Selected Drugs"?
11    A.   Yes.
12    Q.   And this provides a breakdown of --
13  by percentage, of drug overdoses among Ohio
14  residents, what percentage of those overdoses
15  involved particular drugs; do you see that?
16    A.   Yes.
17    Q.   And it says 45 percent involved
18  prescription opioids.  It also says 22 percent
19  involved heroin.  Do you see that?
20    A.   Yes.
21    Q.   So in 2010 there's a higher
22  proportion of drug overdoses in Ohio involving
23  prescription opioids than heroin; is that
24  right?
25    A.   Yes.

Page 95

1    Q.   Is that still the case today?
2    A.   I don't know.
3    Q.   In your role providing data support
4  for the task force, do you recall seeing any
5  data about the relative proportions of drug
6  overdoses for prescription opioids versus
7  heroin?
8    A.   In the EpiCenter data, we try to
9  categorize amongst a handful of categories.
10  What those categories are, I cannot recall at
11  this time.
12    Q.   Okay.  We'll look at some of those
13  a little later on.  Spoiler alert.
14        Do you have a general sense,
15  sitting here today, of whether the problem with
16  opioid abuse in Cuyahoga County has gotten
17  better or worse since 2010?
18    A.   Can you say that one more time for
19  me?
20    Q.   Sure.  Do you have a general sense,
21  sitting here today, of whether the problem with
22  opioid abuse in Cuyahoga County has gotten
23  better or worse since 2010?
24    A.   Worse.
25    Q.   Do you have a sense of whether the

Page 96

1  problem with heroin, in particular, in Cuyahoga
2  County has gotten better or worse since 2010?
3    A.   I don't know.
4    Q.   Do you have a sense of whether the
5  problem with prescription opioids in Cuyahoga
6  County has gotten better or worse since 2010?
7    A.   I don't know.
8        - - - - -
9        (Thereupon, Deposition Exhibit 5,
10        4/18/2014 E-Mail Chain Re: 2012 Drug
11        Overdose Data, with Attachment,
12        CUYAH_014178254 to 014178261, was
13        marked for purposes of
14        identification.)
15        - - - - -
16    Q.   I'm showing you what's been marked
17  as Exhibit 5 to your deposition.  This is a
18  document bearing the Bates stamp CUYAH_014178254
19  through 261.
20        So this is another e-mail chain
21  that has a document attached to it, although
22  the document that is attached to it is also
23  copied in the e-mail chain.
24        So the -- bottom e-mail in the
25  chain here is from Melanie Amato at the Ohio

Page 97

1  Department of Health, and it's to you dated
2  April 18, 2014.
3        Do you see that?
4    A.   Yes.
5    Q.   And this is a news release from the
6  Ohio Department of Health with the title
7  "Prescription Painkiller Deaths Drop for First
8  Time in Decade.  Increase in Deaths from Heroin
9  Reinforce Need for Ongoing Efforts."
10        Do you see that?
11    A.   Yes, I do.
12    Q.   And you received this news release
13  from the Ohio Department of Health, and you
14  forwarded it along to Vince Caraffi and Allison
15  Leppla; is that right?
16    A.   Yes.
17    Q.   Why were you forwarding them this
18  news release?
19    A.   So Melanie Amato is part of the
20  public information staff at the Ohio Department
21  of Health, and because I also play a role in
22  that for our agency, I am on some -- I was on a
23  distribution, so I'm not the only one who
24  received this from Melanie.  She sent it out
25  statewide.  And because I didn't know if

25 (Pages 94 - 97)

Page 98

1 Allison or Vince received it through their
2 communication chains through their work in the
3 injury prevention program, I felt it was
4 important that I forward that along to them.
5     Q.    And if you look at the text of the
6 news release, the first paragraph says, "Ohio's
7 efforts to combat the abuse of prescription
8 painkillers are paying off.  New data released
9 today by the Ohio Department of Health show
10 that the number of deaths from unintended
11 overdoses, prescription opiates, declined in
12 2012 for the first time since 2003.  At the
13 same time, however, information also shows an
14 alarming increase in the number of deaths from
15 overdoses of illegal opiates such as heroin."
16     So this news release is identifying
17 a trend where prescription painkiller deaths
18 are down, but overdoses from illegal opiates
19 are up; is that right?
20     A.    Yes.
21     Q.    And based on the data that you have
22 tracked in your role as director of the ESI
23 service area, is your impression that that
24 trend has continued?
25     MR. McMONAGLE:  Objection.

Page 99

1     A.    I would have to look at the more
2 current data to be able to answer that
3 question.
4     Q.    So you just don't have a --
5     A.    I don't -- I don't --
6     Q.    -- sense, sitting here today, of
7 how the trend has gone at an overall level as
8 opposed to looking at specific data sets?
9     A.    I would just feel I'd be able to
10 answer the question better if I had the data.
11     Q.    Okay.  Has the Cuyahoga County
12 Board of Health ever done any research into the
13 causes of the opioid problem in Cuyahoga
14 County?
15     A.    I don't know.
16     Q.    Have you personally ever done any
17 research into the causes of the opioid problem
18 in Cuyahoga County?
19     A.    I don't recall.
20     Q.    Do you know who at the Board of
21 Health would be knowledgeable about any
22 research the board has or has not done about
23 the causes of the opioid problem in Cuyahoga
24 County?
25     A.    I mean, I would think people

Page 100

1 involved in our injury prevention program.  I
2 mean, as a part of my role, I'm consultant --
3 I'm consulted about research thoughts that our
4 staff have, but I'm not recalling any specific
5 to this.
6     - - - - -
7     (Thereupon, Deposition Exhibit 6,
8     7/31/2013 E-Mail from Vince Caraffi
9     Re: Emailing: Heroin and
10     Prescription Medications, with
11     Attachment, CUYAH_014369573 to
12     014369574, was marked for purposes
13     of identification.)
14     - - - - -
15     Q.   I'm showing you what's been marked
16 as Exhibit 6 to your deposition.  This is
17 document bearing the Bates stamp CUYAH_014369573
18 through 577.
19     So this is another e-mail that has
20 attachments to it.  And I believe that there
21 are two attachments.  One of them there's a
22 slip sheet saying it was produced natively, and
23 so that attachment does not have page numbers
24 on it.
25     If you look at the front page of

Page 101

1 the e-mail, this is an e-mail from Vince
2 Caraffi to you, Terry Allan, and two others at
3 the Cuyahoga County Board of Health.
4     Do you see that?
5     A.    Yes.
6     Q.    And this e-mail is dated July 31,
7 2013; is that right?
8     A.    Yes.
9     Q.    So Vince Caraffi is talking here
10 about a September meeting, if you look at the
11 second paragraph here.  It says, "The September
12 meeting is going to be focused on planning for
13 our 2014 goals/objectives."
14     Do you know what meeting he is
15 talking about there?
16     A.    No.
17     Q.    He goes on to say, "A consistent
18 theme among local coalition members and across
19 the state is focusing our energy on changing
20 prescribing practices and identifying resources
21 for treatment."
22     He says, "Current prescribing
23 practices continue to be one of the main
24 contributing factors to the problem, and the
25 tools created to help OARRS prescribing

26 (Pages 98 - 101)

Page 102

1 guidelines, screening tools, physicians, are
2 not being used.  Press Ganey scores, customer
3 satisfaction surveys, direct-to-consumer
4 marketing, and a pill-for-everything culture
5 continues to be the driving force behind this
6 epidemic."
7       So Vince Caraffi here is
8 identifying some driving forces behind the
9 opioid epidemic; is that right?
10       MR. McMONAGLE:  Objection.
11    A.   I don't know what the intent is
12 with Vince's communication.  It would be best
13 to -- to ask him.
14    Q.   Do you agree with Vince Caraffi
15 that these factors that he identifies here are
16 driving factors behind the opioid epidemic?
17    A.   I don't know.
18    Q.   Would you defer to Vince Caraffi on
19 that?
20    A.   Yes, I would.
21       (Telephonic interruption.)
22       MS. FEINSTEIN:  Folks on the phone,
23 can you please make sure that you're on mute?
24 Thank you.
25    Q.   If you could turn to the first

Page 103

1 attachment here, right after the slip sheet
2 that says, "This document produced natively."
3       This attachment is a PowerPoint
4 presentation titled "Heroin and Prescription
5 Medications," by Thomas Gilson, M.D., Medical
6 Examiner.
7       Do you see that?
8    A.   Yes, I do.
9    Q.   Is Thomas Gilson the medical
10 examiner for Cuyahoga County?
11    A.   Yes, he is.
12    Q.   If you look at the first page of
13 this PowerPoint presentation, there's a heading
14 that says "Heroin Epidemic."  And the third
15 bullet point here says, "Anecdotal reporting of
16 prescription narcotic addicts transitioning to
17 heroin."
18       Do you see that?
19    A.   Yes.
20    Q.   And you are trained as an
21 epidemiologist, right?
22    A.   Yes.
23    Q.   In your field is anecdotal
24 reporting sufficient to establish a cause of an
25 epidemic?

Page 104

1    A.   It is one of the weakest sources of
2 information in trying to establish causality.
3    Q.   Looking at the next page of this
4 PowerPoint, the heading is still "Heroin
5 Epidemic," and there's a bullet point here
6 related to the Ohio Automated Prescription
7 Reporting System, or OARRS.
8       Is that the database that we were
9 talking about earlier today, the OARRS
10 database?
11    A.   I didn't know what OARRS stood for
12 spelled out, so if this is what it is, then
13 yes.
14    Q.   Yes.
15    A.   If it's something different, then
16 no.
17    Q.   Okay.  And you mentioned before
18 that you don't have access to OARRS?
19    A.   No.
20    Q.   Are you aware of whether the OARRS
21 database includes patients'  complete medical
22 histories?
23    A.   I don't -- I don't know.  I know
24 very little about what the content of what's
25 inside of OARRS.  I thought I had indicated

Page 105

1 that earlier.
2    Q.   Do you know whether the OARRS
3 database includes information about patients'
4 substance abuse histories?
5    A.   I don't know.
6    Q.   Okay.  You can set that document
7 aside.
8       - - - - -
9       (Thereupon, Deposition Exhibit 7,
10       Cuyahoga County Opiate Task Force
11       Report 2016, CUYAH_014194735 to
12       014194747, was marked for purposes
13       of identification.)
14       - - - - -
15    Q.   I'm showing you what's been marked
16 as Exhibit 7 to your deposition.  This is a
17 document Bates-stamped CUYAH_014194735 through
18 747.
19       Have you seen this document before?
20    A.   Yes.
21    Q.   What is this document?
22    A.   This is a report from the Opiate
23 Task Force.
24    Q.   And it's dated 2016; is that right?
25    A.   Correct.

27 (Pages 102 - 105)

1    Q.    I believe you mentioned earlier
2 that you have sometimes provided information
3 for Opiate Task Force reports?
4    A.    Correct.
5    Q.    Did you provide information for
6 this particular report?
7    A.    Yes.
8    Q.    And what information did you
9 provide for this report?
10    A.    In this report there's a section on
11 EpiCenter.
12    Q.    So that is on the page ending 743;
13 is that right?
14    A.    Correct.
15    Q.    And the section that you're
16 referring to has the heading "EpiCenter Data
17 Briefs"; is that right?
18    A.    Correct.
19    Q.    And what information did you
20 provide here?
21    A.    I can't really read the -- the
22 graph.
23    Q.    Yeah, it's very tiny.  I apologize
24 for that.  It says "Cuyahoga County
25 Heroin-Related Overdose Deaths 2007 to 2016."

1 And then under that it says, "Projected deaths
2 with DAWN saves and fentanyl as overdose
3 deaths."
4    A.    Yeah.  So my only involvement in
5 this particular piece would be that task force
6 was trying to describe the type of work that we
7 were doing with the EpiCenter data, because
8 this -- this doesn't even look like data that
9 is coming from EpiCenter.
10        Like, I do not recall this
11 particular graph, although it's really hard
12 to -- to read.
13        But I worked with, you'll see
14 there, Dr. Erica Stovsky from -- from Case
15 Western.  She was a preventative medicine
16 resident, and she was helping us put together
17 reports and working with the EpiCenter data.
18    Q.    Okay.  So you don't remember this
19 particular graph, and you're not sure what the
20 source of data in it is.
21        And I'll confess it's also too
22 small for me to read.
23    A.    I can't read it.
24    Q.    But setting aside that tiny, tiny
25 graph, there's a description here of work

1 related to EpiCenter data briefs, and it
2 mentions you working in conjunction with
3 Dr. Erica Stovsky; is that right?  And you said
4 that Dr. Stovsky is a preventative medicine
5 resident at Case Western Reserve; is that
6 right?
7    A.    Yeah, she's graduated from the
8 program, but, yes.
9    Q.    Okay.  So at the time that you were
10 doing this EpiCenter work with her, she was a
11 resident; is that right?
12    A.    Yes.  Sorry.
13    Q.    You've been doing a great job.
14        Do you recall for how long you were
15 working with Dr. Stovsky on these EpiCenter
16 data briefs?
17    A.    No.
18    Q.    This is the 2016 report, so is it
19 fair to say it was in the 2016 time frame?
20    A.    '16 or '17, because there's
21 sometimes a lag.
22    Q.    Sure.
23    A.    When we label a report, one year
24 is, like, is that the year it was put out, or
25 is that the year that represents some data in

1 it?  That's -- that's hard to distinguish --
2    Q.    Okay.
3    A.    -- sometimes.
4    Q.    So in the 2016-'17 time frame --
5    A.    Correct.
6    Q.    -- you were involved with
7 Dr. Stovsky in putting together EpiCenter data
8 briefs related to the opioid crisis; is that
9 right?
10    A.    Correct.
11    Q.    And if you look at the paragraph
12 just above the one that mentions Dr. Stovsky,
13 so the second paragraph here, it says, "With
14 guidance from the ODH, CCBH adopted a plan that
15 will allow for epidemiologic investigation to
16 confirm increases in drug overdose ER visits
17 and ultimately mobilize key community partners
18 and resources to mitigate the circumstances and
19 prevent additional fatalities."
20    A.    Correct.
21    Q.    So the plan being referenced there,
22 that plan involved looking at EpiCenter data,
23 right?
24    A.    It -- that's part of the community
25 action plan.

28 (Pages 106 - 109)

1    Q.    Okay.  What is the community action
2  plan?
3    A.    It's a document that the injury
4  prevention program uses.  I don't know the
5  totality of that plan.  I just know the -- this
6  little paragraph that you just asked me ties to
7  parts of that plan.
8    Q.    Okay.  So the community action
9  plan -- that's the plan that's being referred
10  to here -- that will allow for epidemiologic
11  investigation to confirm increases in drug
12  overdose ER visits?
13    A.    The investigation portion is just a
14  small part of the plan, and what that's
15  referencing is the use of the EpiCenter data.
16    Q.    Okay.  So the community action plan
17  includes, among other things, this plan to
18  track EpiCenter data; is that right?
19    A.    To -- to use it.  So this -- this
20  particular reference is more so what I'm just
21  describing to you before about looking at
22  alerts out of EpiCenter, that's really more
23  what this is referencing.  Not that regular
24  routine publication of the information, but
25  that ad hoc, when the system alerts, that's the

1  type of investigations that's being referenced
2  in this paragraph.
3    Q.    Got it.
4          If you could turn back in this
5  document to the first page of the document
6  after the cover.  So it's the page ending in
7  736.  And on the right-hand side of the page,
8  it says, "Overview of local drug-related
9  deaths," and there's a section at the bottom
10  that says, "How did this happen?"
11          Do you see that?
12    A.    Yes.
13    Q.    That section says, "There are
14  several contributing factors that led to this
15  epidemic."  And it references changes made to
16  clinic pain management guidelines during the
17  late 1990s:  Marketing medications directly to
18  the consumer, overprescribing of high potency
19  pain medication, HCAHPS Press Ganey scores,
20  abuse-deterrent formulations of medications
21  that may have inadvertently shifted abuse
22  toward heroin, mass incarceration for
23  non-violent drug-related crimes, lack of
24  treatment availability, and stigma.
25          Do you agree that those are

1  contributing factors to the opioid epidemic?
2    A.    Yes.
3    Q.    Are you aware of any other
4  contributing factors to the opioid epidemic?
5          MR. McMONAGLE:  Objection.
6    A.    I don't know.
7          - - - - -
8          (Thereupon, Deposition Exhibit 8,
9          3/22/2016 E-Mail Chain Re: CDC
10          EpiAid Report News Release, with
11          Attachment, CUYAH_014194961 to
12          014194965, was marked for purposes
13          of identification.)
14          - - - - -
15    Q.    Showing you what's been marked as
16  Exhibit 8 to your deposition.  This is a
17  document bearing the Bates stamp CUYAH_014194961
18  through 965.
19          This is similar to one of the
20  documents we looked at before because it's an
21  e-mail from Melanie Amato at the Ohio
22  Department of Health, including a news release,
23  and then you forward that news release on to
24  Vince Caraffi and Allison Leppla.
25          Do you see that?

1    A.    Yes.
2    Q.    This is a news release from March
3  22, 2016, and the title is, "CDC Issues Report
4  on Ohio Visit Examining Increase in
5  Fentanyl-Related Drug Overdose Deaths."
6          Is that right?
7    A.    Yes.
8    Q.    Are you familiar with the increase
9  in fentanyl-related drug overdose deaths that's
10  being referenced here?
11    A.    A general awareness of it.
12    Q.    And are you aware of whether this
13  trend of an increase in fentanyl-related drug
14  overdose deaths has continued since 2016?
15    A.    Again, I would have to look at the
16  data.
17          MS. JASIEWICZ:  Can we take a
18  five-minute break?
19          MR. MASON:  Yeah.
20          THE VIDEOGRAPHER:  We're going off
21  the record.  The time is 3:58 p.m.
22          (A recess was taken.)
23          THE VIDEOGRAPHER:  We're now back
24  on the record.  The time is 4:22 p.m.
25          - - - - -

29 (Pages 110 - 113)

1    (Thereupon, Deposition Exhibit 9,
2    Cuyahoga County Opiate Task Force
3    Report 2016, CLEVE_001483681 to
4    001483704, was marked for purposes
5    of identification.)
6    - - - - -
7 BY MS. JASIEWICZ:
8    Q.    Mr. Kippes, do you still have
9 Exhibit 7 in front of you?
10    A.    Yes.
11    Q.    And that's the document that we
12 were looking at before with the Bates stamp
13 CUYAH_014194735 on the first page.  That was
14 the 2016 Cuyahoga County Opiate Task Force
15 report; is that right?
16    A.    Yes.
17    Q.    I'm now showing you what's been
18 marked as Exhibit 9 to your deposition.  This
19 is a document bearing the Bates stamp
20 CLEVE_001483681 through 704.
21    And do you see that this is a
22 different version of the same 2016 Cuyahoga
23 County Opiate Task Force report?
24    A.    It looks like the layout is
25 different.

1    Q.    Yeah.  So if you can turn in
2 Exhibit 7 to the page ending 743.  That's the
3 page we were looking at before with the
4 teeny-tiny graph.  And in Exhibit 9, if you can
5 turn to the page ending 699.
6    So both of these pages on Exhibit 7
7 and Exhibit 9 have a heading that says
8 "EpiCenter Data Briefs."  But the graph next to
9 that EpiCenter Data Briefs write-up is
10 different in the version on Exhibit 9.
11    Do you see that?
12    A.    Yes.
13    Q.    Do you happen to know, looking at
14 these two documents today, if one of these
15 versions was the final version of the task
16 force report?
17    A.    I do not know.
18    Q.    Okay.  You mentioned that the graph
19 that we had looked at in Exhibit 7 that said,
20 "Cuyahoga County heroin-related overdose deaths
21 2007 to 2016," you didn't think that that was
22 based on EpiCenter data; is that right?
23    A.    Correct.
24    Q.    The graph on Exhibit 9 has the
25 title "Number of Drug-Related ER Visits by

1 Month and Select Prescription and Illicit
2 Drugs."
3    Do you see that?
4    A.    Yes.
5    Q.    Is this graph based on EpiCenter
6 data?
7    A.    Yes.
8    Q.    And this references "select
9 prescription and illicit drugs."  Do you know
10 what that term is referencing here?
11    A.    Yes.
12    Q.    What is it referencing?
13    A.    So when we started working with the
14 EpiCenter data, we had to try to find a way to
15 call out the free text from the system to begin
16 to categorize it into groups that were
17 applicable to the injury prevention work.
18    And so what -- what that is
19 referencing is that I had worked with
20 Dr. Stovsky on some of that coding, and so what
21 you see there is the results of that -- that
22 coding process to try to create those
23 categories.
24    Q.    Okay.  So to make sure that I'm
25 understanding this correctly, you said that you

1 had to code based on free text in the system,
2 the EpiCenter system, to be able to categorize
3 drug-related events; is that right?
4    A.    Yes.  It's basically -- you may
5 recall earlier I described to you that
6 EpiCenter created that classifier called
7 "drugs."  Well, we had to drill down another
8 layer to work with that information.  That
9 drilling down is what I described just a second
10 ago about working with that free text to create
11 additional categories, because the "drugs"
12 classifier was capturing too much information
13 that was maybe not as applicable to the -- injury
14 injury prevention work.
15    Q.    When you say "free text," what do
16 you mean by that?
17    A.    What that is, is when I describe to
18 you about EpiCenter and how it works off of
19 chief complaints, it's literally what the
20 registrar in the ERs is typing out the person
21 is saying they're there for.
22    Q.    So a person shows up at the ER and
23 says -- or somebody brings their friend to the
24 ER and says, "My friend took too much
25 heroin" --

30 (Pages 114 - 117)

Page 118

1    A.   Correct.
2    Q.   -- and they're overdosing, and then
3  that gets recorded -- "my friend took too much
4  heroin" gets recorded in the EpiCenter system;
5  is that right?
6    A.   That is correct.
7    Q.   So what you and Dr. Stovsky did was
8  go through the reports in the classifier called
9  "drugs" in EpiCenter and read those free-text
10  descriptions of what people were there for and
11  categorize them further into different drugs;
12  is that right?
13    A.   It's not exactly.
14    Q.   Okay.
15    A.   The -- the distinction is that we
16  didn't read every single line in all of the
17  records.  What Dr. Stovsky and I did is she
18  helped me identify keywords or phrases that
19  would be associated with the issue and would be
20  ones that the code would search, then, all
21  those free texts to try to identify and label
22  the records into the categories of interest.
23    Q.   What were some of those keywords or
24  phrases?
25    A.   Heroin, opioid, benzo, cocaine.

Page 119

1  There are others, but I don't recall them at
2  this time.
3    Q.   You referenced "benzo."  What is
4  that referring to?
5    A.   Benzodiazepine.
6    Q.   And what are benzodiazepines?
7    A.   I don't know specifically what they
8  are.  I just know that it was an important term
9  that was assoc- -- associated with the opioid
10  work.
11    Q.   Are benzodiazepines opioids?
12    A.   I don't know.
13    Q.   You also referenced cocaine.  Is
14  cocaine an opioid?
15    A.   I'm not recalling what
16  classification.
17    Q.   So turning back to this graph here,
18  where it says, "Select Prescription and Illicit
19  Drugs," what drugs are in the category "Select
20  Prescription and Illicit Drugs" here?
21    A.   So I thought we just answered this,
22  so I will try again.
23       There are specific groups that the
24  injury prevention folks, Dr. Stovsky, said to
25  me they were interested in knowing about, so

Page 120

1  then I worked with Dr. Stovsky to create those
2  categories.
3       Those categories that they were
4  interested in make up the select prescription,
5  meaning the non-illicit ones that we were
6  searching for, because there was Dilaudid and
7  some of these other ones that I recall
8  Dr. Stovsky saying were part of -- of the
9  general opioid group.  And so that's why we
10  have it labeled as "Select Prescription and
11  Illicit."
12    Q.   Okay.  So that "select prescription
13  and illicit drugs" is the list of drugs that
14  the injury prevention folks said that they were
15  particularly interested in?
16    A.   Correct.
17    Q.   And those included heroin, opioid,
18  benzodiazepines, and cocaine; is that right?
19    A.   Correct.
20    Q.   So looking back at this graph here
21  on the page ending 699, this graph is a stacked
22  bar graph with red and blue, and on the
23  left-hand axis, it says, "Number of
24  Drug-Related ER Visits," and then it's broken
25  down by month, and those months are broken

Page 121

1  into, "Due to Select Prescription and Illicit
2  Drugs," and, "Not Due to Select Prescription
3  and Illicit Drug-Related Visits."
4       So the red are events involving the
5  drugs that the injury prevention folks said
6  they were particularly interested in; is that
7  right?
8    A.   Yes.
9    Q.   And then the blue are events that
10  come under the classifier "drugs" in EpiCenter
11  that do not involve heroin, opioids,
12  benzodiazepines, cocaine, or any of the other
13  drugs that were on the list of drugs that the
14  injury prevention folks were particularly
15  interested in?
16    A.   Correct.
17    Q.   And the red portion here is
18  consistently much smaller than the blue
19  portion; is that right?
20    A.   Correct.
21    Q.   So that means that there were more
22  drug-related events in EpiCenter having to do
23  with other drugs, or not having to do with
24  these particular drugs, that the injury
25  prevention folks said they wanted to track?

31 (Pages 118 - 121)

1    A.    Correct.
2    Q.    Do you have a document that
3 includes the list of keywords suggested by
4 Dr. Stovsky for this project?
5    A.    The -- with me?  Or --
6    Q.    Do you --
7    A.    That could be interesting.
8    Q.    Do you have access to a document
9 that includes that list?
10    A.    Yes.
11    Q.    And where would that document be?
12 Would it be in your e-mail?  In your computer
13 files?
14    A.    No.  It's -- it would be in the
15 code.  So I wrote the code in a statistical
16 software called SPSS.  There is something
17 called a syntax file where the computer code
18 is, and so it would be in my syntax file that I
19 used to run the data through.
20    Q.    Okay.  So you have a program in
21 SPSS for running this data, and the syntax file
22 of that program would include the list of
23 keywords that you're searching for; is that
24 right?
25    A.    It's words and chunks of words, so

1 it's --
2    Q.    Okay.
3    A.    -- fragmented words, not just the
4 whole word, because we tried to capture
5 misspellings and things of that nature.
6    Q.    And so that list of words and
7 chunks of words would be located in the SPSS
8 software, in a portion of that software --
9    A.    Correct.
10    Q.    -- is that right?  Okay.
11        Now, this relates to what we were
12 just talking about, so bear with me a moment as
13 I try to understand what exactly EpiCenter can
14 and can't tell you.  Okay?
15        So you said that in EpiCenter,
16 there are classifiers for different types of
17 chief complaints; is that right?
18    A.    Yes.
19    Q.    And one of those classifiers is
20 called "drugs."  That's right?
21    A.    Correct.
22    Q.    Is there any subclassifier
23 underneath the "drugs" classifier in the
24 EpiCenter system?
25    A.    Now?  Yes.  Back then, no.

1    Q.    Okay.  When you say "back then,"
2 what time period are you referring to?
3    A.    I don't know -- well, definitely
4 when I created this particular report --
5    Q.    Okay.
6    A.    -- that we're looking at in this
7 graph.
8    Q.    And this was in the 2016 to 2017
9 time frame; is that right?
10    A.    Yes.
11    Q.    You say that now there are
12 subclassifiers under the "drugs" classifier; is
13 that right?
14    A.    I don't know if it is directly
15 under the "drugs" classifier or there are
16 separate ones.  The State has been working on
17 refining the system.  As I mentioned to you
18 previously, the system has evolved over time.
19 This is an example of that, where they have
20 created these subclassifiers, as you just
21 described, to help get a little bit more
22 specificity on using the EpiCenter information.
23    Q.    What are the subclassifiers related
24 to the "drugs" classifier?
25    A.    I don't recall them.  They're --

1 they're -- they're -- they're so new, and I
2 don't recall at this point in time.
3    Q.    When you say "so new," when did
4 these subclassifiers first become available?
5    A.    They started piloting them this --
6 2018.  So they're -- started developing those
7 in 2018.
8    Q.    Can you recall approximately when
9 in 2018?
10    A.    Maybe late spring into the summer.
11        The state health department would
12 be the best source of that information.
13 Because, remember, they're the ones that
14 administer the system.
15    Q.    So prior to the piloted
16 subclassifiers in 2018, would data received
17 from EpiCenter tell you whether any given
18 overdose ER visit was opioid-related or not?
19    A.    Just with that free text.  It's the
20 whole reason why we had to develop that code to
21 work with the free text to try to tease that
22 out.
23    Q.    Based on the free text, could you
24 tell in every instance whether any given
25 overdose was opioid related or not?

32 (Pages 122 - 125)

1    A.    It only could distinguish that
2 based on what the registrar recorded in those
3 free-text fields.
4    Q.    So were there instances where the
5 registrar would, for instance, record that
6 there's an overdose, but not specify the drug
7 involved?
8    A.    That is correct.
9    Q.    Based on your review of the data,
10 would that happen frequently, that the free
11 text would not specify the particular drug
12 involved?
13    A.    I can't recall.  I'd have to look
14 at the data to be able to answer that question.
15    Q.    You also described the way the
16 free-text system works, so it's whatever the
17 patient or the person bringing in the patient
18 describes as the problem.
19       If somebody were to say -- show up
20 in the ER and say, "I took benzodiazepines and
21 I fell down the stairs," would that hit on the
22 term "benzodiazepines" as a benzodiazepine-
23 related drug overdose in your analysis?
24    A.    Yes.
25    Q.    So in that instance, even if the

1 patient is not specifying that they overdosed
2 on benzodiazepines, but that they had an injury
3 stemming from their use of benzodiazepines,
4 that would still be classified in your data as
5 an overdose related to benzodiazepines?
6    A.    I think we should clarify.  When
7 you say "overdose," remember that this data
8 we're talking about with respect to these
9 classifications and -- and groups doesn't
10 necessarily mean overdose.  It's the ER visit
11 itself.
12       So I want to make sure I'm really
13 clear on that, that sometimes it's marked as
14 overdose; sometimes it isn't.  But we're
15 talking about the ER visit itself.
16    Q.    Okay.  So the ER visit itself, the
17 chief complaint is somehow classified as
18 "drugs."  That doesn't necessarily mean that
19 there's an overdose; is that right?
20    A.    That is correct.
21    Q.    Does the Cuyahoga County Board of
22 Health receive any funding to track drug event
23 data through EpiCenter?
24    A.    That's a difficult question for me
25 to answer the way that you posed the question.

1    Q.    And why is that difficult?
2    A.    Because there's -- there's two
3 reasons.  One is that we receive a grant from
4 the Ohio Department of Health.  That's what the
5 CDC calls the cooperative agreement.  And as
6 part of that we have to use EpiCenter.  So it's
7 not necessarily specific to this use of
8 EpiCenter, if that makes sense.
9    Q.    It does make sense.
10    A.    But we -- the State started to ask
11 the locals to start using EpiCenter to help as
12 another data source to get on top of this
13 problem, which led to us starting to do the
14 work with the EpiCenter data for this
15 particular issue.
16    Q.    So the Ohio Department of Health
17 injury prevention grant includes a requirement
18 to track EpiCenter data?
19    A.    They -- they suggested that the
20 injury prevention folks work with the -- the
21 epis in the use of EpiCenter.
22    Q.    So the epis, you're referring to
23 epidemiologists?
24    A.    Yes, I'm sorry.  That's a slang
25 term that we use as part of the -- that

1 cooperative agreement grant.  The -- the epi
2 position, we refer to as the epis.  They're
3 mostly the -- the people that do the followup
4 on reportable diseases and -- and things of --
5 of that nature and also work with data.
6    Q.    Okay.
7    A.    Can I add one more thing that I
8 didn't finish completing my answer on?  And
9 that is, you asked about money we received.
10    Q.    Yes.
11    A.    We, this year, received additional
12 funding to work with some of those pilot
13 classifiers.
14    Q.    And where does that additional
15 funding to work with the pilot classifiers come
16 from?
17    A.    It came from the state health
18 department as well.
19    Q.    And was that also part of the
20 injury prevention grant, or is it separate?
21    A.    I'd have to answer both to that.
22 It was a separate project, but it came through
23 the injury prevention grant.
24    Q.    Okay.  Are you familiar with
25 MetroHealth?

33 (Pages 126 - 129)

Page 130

1     A.    Yes.
2     Q.    Does the Cuyahoga County Board of
3  Health partner with MetroHealth to review
4  EpiCenter data?
5     A.    To review EpiCenter -- well, Metro
6  is one of the contributors to the EpiCenter
7  system.  So remember I had indicated to you
8  that the EpiCenter gets chief complaint data
9  from the local ERs?
10     Q.    Uh-huh.
11     A.    So Metro is one of those facilities
12  that feed into EpiCenter.
13     Q.    Are you aware of any partnerships
14  between the Cuyahoga County Board of Health and
15  MetroHealth related to opioid use issues?
16     A.    Yes.  I believe that Dr. Papp at
17  Metro works with the task force and our injury
18  prevention staff.
19     Q.    Do you know what Dr. Papp works on
20  with the task force?
21     A.    I don't.
22     Q.    Are you familiar with anyone else
23  from MetroHealth who partners with the task
24  force or with the Board of Health on
25  opioid-related issues?

Page 131

1     A.    That's -- I don't know.
2          - - - - -
3     (Thereupon, Deposition Exhibit 10,
4          10/13/2017 E-Mail Chain Between
5          Terry Allan and Chris Kippes Re: Any
6          Trend Data on Opiate Prescriptions
7          Volume in the County?,
8          CUYAH_0014273960, was marked for
9          purposes of identification.)
10          - - - - -
11     Q.    I'm showing you what I've marked as
12  Exhibit 10 to your deposition.  This is a
13  document bearing the Bates stamp CUYAH_014273960.
14          This is an e-mail exchange between
15  you and Terry Allan, and the subject line is
16  "Any trend data on opiate prescriptions volume
17  in the county?"
18          Do you see that?
19     A.    Yes.
20     Q.    And this is an e-mail exchange from
21  October 2017; is that right?
22     A.    Yes.
23     Q.    And you see that Terry Allan asks
24  you, "Does EpiCenter provide access to this
25  data?"

Page 132

1          Do you understand him to be
2  referring to data on opiate prescriptions
3  volume in the county?
4     A.    Yes.
5     Q.    You respond, "No, EpiCenter would
6  not be the source for this question.  Perhaps
7  the state pharmacy board, where they likely are
8  required to keep track of these types of
9  prescriptions would be the better place."
10          Did I read that correctly?
11     A.    Yes.
12     Q.    Am I understanding you correctly
13  that EpiCenter does not include data on opiate
14  prescriptions in terms of volume?
15     A.    Yes.
16     Q.    And you suggest that the state
17  pharmacy board would be a better source for
18  that type of data than EpiCenter?
19     A.    Yes.
20     Q.    Are you aware of any particular
21  database or repository associated with the
22  state pharmacy board that would include that
23  kind of data?
24     A.    I don't know if -- the OARRS is the
25  only thing that may be able to answer that

Page 133

1  question, but I don't know for certain because,
2  again, I've never been inside of OARRS.  I
3  don't know all the data elements that are
4  collected.
5     Q.    Okay.  So you think OARRS might
6  have data on opiate prescription volumes, but
7  you're not exactly sure?
8     A.    I do not know.
9     Q.    Do you know of any other specific
10  sources where you could find data on opiate
11  prescription volume?
12     A.    I don't know any.
13     Q.    Okay.
14          - - - - -
15     (Thereupon, Deposition Exhibit 11,
16          3/3/2016 E-Mail Chain Re: Drug
17          Anomaly in Cuyahoga County, Ohio on
18          March 2nd and 3rd, 2016,
19          CUYAH_014238912 to 0014238914, was
20          marked for purposes of
21          identification.)
22          - - - - -
23     Q.    I'm showing you what's been marked
24  as Exhibit 11 to your deposition.  This is a
25  document bearing the Bates stamp CUYAH_014238912

34 (Pages 130 - 133)

Page 134

1  through 914.
2         And if you could turn to the second
3  page here.  So this is an e-mail chain, and the
4  oldest e-mail is at the bottom.
5         So the oldest e-mail here is from
6  somebody named Brian Fowler.  It's about a drug
7  anomaly in Cuyahoga County, Ohio.  It
8  references an EpiCenter anomaly for
9  drug-related emergency department visits
10  yesterday evening and into today for Cuyahoga
11  County.
12         Is this the kind of alert you were
13  talking about earlier today from EpiCenter?
14     A.   This is exactly the kind of alert
15  that I was referencing earlier.
16     Q.   So if you continue on with this
17  e-mail chain, this alert of an EpiCenter
18  anomaly gets forwarded to -- by someone named
19  Jolene Defiore-Hyrmer to Thomas Gilson, and
20  that's the medical examiner for Cuyahoga
21  County; is that right?
22     A.   Yes.
23     Q.   And I'll just call her Jolene
24  because it's easier than her last name.  And as
25  somebody with an impossible last name, I

Page 135

1  sympathize to that.
2         She says, "I wanted to provide you
3  with information that was detected by the ODH
4  EpiCenter system."  She describes that the
5  system is part of ODH's syndromic surveillance,
6  so it collects de-identified chief complaint
7  data from participating hospitals in real time.
8         And then she says, "Recently, a
9  classifier to help identify drug overdoses was
10  implemented.  Below is a recent anomaly that
11  was detected in Cuyahoga County.  This
12  information was provided to the local health
13  department."  And this e-mail is dated March 3,
14  2016.
15         Does this refresh your recollection
16  as to when the "drugs" classifier was
17  implemented in the EpiCenter system?
18     A.   Only from the standpoint that I
19  would have to go with what Jolene indicates.
20  It still doesn't help me with my recall of when
21  it was established, but based on what she's
22  saying in here, it appears that it was early on
23  in 2016, based on what she is saying.
24     Q.   Okay.  And then you continue
25  following this e-mail thread, so that e-mail

Page 136

1  gets forwarded to Terry Allan, then Terry Allan
2  forwards it to you and others, and then you
3  respond in the top e-mail to Terry, and you
4  say, "We receive the alerts directly"; is that
5  right?
6     A.   Correct.
7     Q.   So do you recall for how long the
8  Cuyahoga County Board of Health had been
9  receiving these kind of EpiCenter alerts when
10  you sent this e-mail?
11     A.   No.
12     Q.   In the second paragraph here --
13  actually, before I get to the second paragraph,
14  the second sentence here, you say, "I will need
15  to check with Amy Anter and Jackie, as they are
16  the ones who looked into the EpiCenter
17  abnormalities."
18         Who are Amy Anter and Jackie?
19     A.   Those two would be the epis I
20  referenced earlier.
21     Q.   So these are two individuals that
22  work in the ESI service area --
23     A.   Correct.
24     Q.   -- at the Board of Health?
25     A.   Yes.  I supervise Amy and Jackie.

Page 137

1  And as part of their responsibilities, they
2  were the ones who would be the first line of
3  looking into abnormalities before the drug
4  classifiers category was created.
5         Then, when the category got
6  created, I told them, "Hey, this is new.  I'll
7  look into those.  You keep looking into the
8  ones that you've been historically looking
9  into."
10     Q.   So what are the categories of
11  abnormalities that Amy and Jackie historically
12  were looking into?
13     A.   You may recall when we were talking
14  about EpiCenter earlier and I talked about
15  respiratory, constitutional, those -- those are
16  the group -- the traditional groupings.
17     Q.   Do Amy and Jackie still track that
18  EpiCenter data?
19     A.   Yes, that part.  I -- I still
20  continue to look into the "drugs" ones, and
21  they continue to look into the other ones.
22     Q.   When you say that you look into the
23  "drugs" ones, that means that you receive an
24  e-mail alert from the EpiCenter system, and
25  then what do you do with it when you get one of

35 (Pages 134 - 137)

Page 138

1 those alerts?
2    A.   Sure.  So -- so we all receive the
3 alerts together, so it's not like the system
4 knows to send --
5    Q.   Sure.
6    A.   -- Chris certain ones and Amy and
7 Jackie certain ones.
8        What I do is I go into the system,
9 and I'm trying to look for clusters.
10 Geographic clusters.  So what I do is to go
11 through and try to see if, first of all,
12 they're cases of interest specific to the
13 opioid issue.  Then, if they are, I try to look
14 at how many cases of interest are coming from
15 each of the different ZIP codes.
16        And -- and then when I get that
17 information, I try to pass it along to the
18 injury prevention folks so that way they can be
19 aware of it to see if it would be helpful for
20 them and their purposes.
21        I think it's important to
22 understand part of this use of this information
23 also had to do with allowing communities to be
24 aware of the activity and to see if they needed
25 resources of Narcan to be able to take care of

Page 139

1 people.  We've been very fortunate in the
2 county to have higher quantities of it compared
3 to other parts of Ohio.
4    Q.   Okay.  So you say that you take a
5 look at the alerts; you see if these involve
6 cases of interest related to the opioid
7 problem.
8        Are you defining cases of interest
9 based on the categories that we were talking
10 about earlier --
11    A.   Yes.  And that --
12    Q.   -- that Dr. Stovsky put together?
13    A.   -- other report, the select
14 prescription and illicit drug, yes.
15    Q.   Got it.
16        And then you divide up the cases of
17 interest based on the ZIP code and say that
18 you're looking for geographic clusters.  What
19 do you mean by "cluster"?
20    A.   So we're -- what I'm looking at
21 there is, okay, is it one particular ZIP code
22 where all the cases are coming from, or are
23 they spread out in multiple ZIP codes within
24 the county?
25    Q.   And what is the purpose of

Page 140

1 determining whether it's clustered on a
2 particular ZIP code or spread out?
3    A.   Because perhaps the people that
4 look into issues that go along with opioid use,
5 whether you're in the hospital, law
6 enforcement, wherever -- because remember we
7 talked about that being a multisector issue --
8 the individuals that maybe have other
9 information or work in those areas can have
10 more awareness that the activity may be higher
11 there.
12    Q.   And then you mentioned that that
13 might also inform where resources of Narcan
14 should be available.  Is Narcan the same thing
15 as naloxone?
16    A.   Yes.
17    Q.   That's what we were talking about
18 before.
19    A.   Sorry.
20    Q.   And so another purpose of breaking
21 these up by ZIP code is to determine where
22 naloxone should be distributed; is that right?
23    A.   Not -- it could.  Basically, the
24 State wants to make sure that the locals have
25 the adequate supply.  And so when we get these

Page 141

1 types of alerts, it's part of the State's
2 protocol to contact the locals to say, "Hey, do
3 you have enough of a supply on hand?"
4    Q.   Okay.  Turning back to this
5 document, looking at the second paragraph here,
6 you say, "Vince, this is exactly what I've been
7 referencing as the topic for when we schedule
8 some time together.  Now that a formal
9 classifier has been created in the system, it
10 will be easier to identify potential events
11 that are drug related."
12        So you're telling Vince Caraffi
13 that you've talked about how you might want to
14 identify drug-related events; is that right?
15    A.   Correct.
16    Q.   And you tell him it will be easier
17 now that there's a formal classifier.
18        Do you recall the meeting that
19 you're referencing here when you say a "topic
20 for when we schedule some time together"?
21    A.   I do not recall that meeting.
22    Q.   Had this been a topic of ongoing
23 discussion between you and Vince Caraffi, how
24 to use the EpiCenter data?
25    A.   Yes, that's correct.

36 (Pages 138 - 141)

Page 142

1              - - - - -
2          (Thereupon, Deposition Exhibit 12,
3          8/4/2016 E-Mail Chain Re: EpiCenter
4          Alerts and Heroin/Opioid Deaths,
5          with Attachment, CUYAH_001703792 to
6          001703798, was marked for purposes
7          of identification.)
8              - - - - -
9      Q.    So I've just handed you what's been
10 marked as Exhibit 12 to your deposition.  This
11 is a document bearing the Bates stamp
12 CUYAH_001703792 through 798.
13        So this is an e-mail exchange that
14 has an attachment behind it.
15        If you look to the second page
16 here, the bottom e-mail in the chain, this is
17 an e-mail from you to Hugh Shannon and Thomas
18 Gilson.  And they're both in the medical
19 examiner's office; is that right?
20     A.    Yes.
21     Q.    This e-mail is dated August 4,
22 2016.
23        And you say, "Terry mentioned that
24 you recently reached out to see if we have any
25 EpiCenter alerts for heroin/opioid-related ER

Page 143

1 visits, given that you have recently seen an
2 increase in deaths due to this cause.
3 EpiCenter has not sent out any alerts for this
4 recently," and then you identify a few
5 different reasons for that.
6          So am I understanding correctly
7 that the medical examiner's office asked the
8 Board of Health whether there was EpiCenter --
9 whether there had been EpiCenter alerts for
10 heroin- and opioid-related events because they
11 had seen an increase in deaths in the medical
12 examiner's office?
13     A.    Yes.
14     Q.    You say that, "A few different
15 reasons why EpiCenter wouldn't send out an
16 alert when there are deaths occurring are that
17 the number of ER visits for this cause did not
18 exceed the system alert threshold, the deaths
19 that you are seeing did not come through the
20 ER, or the ER visits are not recording a chief
21 complaint that would allow it to get grouped
22 into the 'drugs' classifier."
23        Based on this e-mail from you to
24 Hugh Shannon and Thomas Gilson, is it fair to
25 say that EpiCenter data related to drugs events

Page 144

1 might not always match medical examiner data
2 related to drug overdose deaths?
3     A.    That is correct.
4     Q.    And one of the reasons for that is
5 that the EpiCenter -- the way that the
6 EpiCenter divides up events into classifiers,
7 you might not necessarily see the chief
8 complaint getting grouped into the "drugs"
9 classifier, even if the individual is
10 overdosing?
11     A.    Are you specifically trying to get
12 at the last bullet?
13     Q.    Yeah.  So I was trying to -- I'm
14 trying to understand what you mean by the last
15 bullet there.
16     A.    Yeah.  So recall that the way
17 EpiCenter works is that there are keywords,
18 chunks of words or phrases, similar to how I
19 developed that syntax for the select
20 prescription drugs.  EpiCenter works the same
21 way, and so if it's not getting recorded in the
22 system using that information that defines the
23 "drugs" classifier, it would not fall into that
24 group.
25     Q.    Okay.  So there might be an

Page 145

1 individual who comes into the ER, they're
2 suffering of an overdose, but based on the
3 terminology that gets inputted into the
4 EpiCenter system, that might not necessarily
5 get classified under the "drugs" classifier?
6     A.    Correct.
7     Q.    Now, in response to this e-mail
8 from you, Hugh Shannon mentions a meeting at
9 which DEA had stats from Summit County showing
10 they had tracked 200-plus ODs in ERs in their
11 area last month.  And then he asks, "I'm
12 wondering if EpiCenter is not catching them.
13 How do we develop a system that can?"
14        Do you see that?
15     A.    Yes.
16     Q.    And then you respond, and you say,
17 "There is a difference between having ODs in
18 the ER versus the system alerting due to a
19 threshold being exceeded for this reason."
20        Can you explain what you mean by
21 that?
22     A.    Yes.  What I was trying to indicate
23 there is that there can be, and there is,
24 overdoses that are being recorded in the
25 system.  But until they hit a threshold to go

37 (Pages 142 - 145)

Page 146

1 beyond what you would typically see based on
2 the historical values for any given day, we
3 wouldn't necessarily get that alert until that
4 threshold is tripped.
5    Q.   Is the threshold fixed, or does it
6 change over time?
7    A.   It is my understanding that it uses
8 historical data and plots it out.  So some
9 diseases have seasonal patterns and whatnot, so
10 the threshold takes a look at that particular
11 date of the year from a historical time period
12 and then establishes this threshold.
13       And again, you want to talk to Ohio
14 Department of Health for -- for more
15 specificity behind the methodology behind the
16 establishment of the thresholds.
17    Q.   You go on to say that while you've
18 not seen Summit's data, you say, "I'm guessing
19 that they are mining EpiCenter for visits that
20 are not associated with alerts."  You say that
21 you believe that Vince and Allison hope to do
22 something of a similar manner, but you're not
23 sure about the timeline for the implementation.
24 And then you also mention inquiring about
25 assistance from the Case prevention medicine

Page 147

1 residency program.
2       So is that the project that you
3 were talking about in connection with the 2016
4 report that we talked about earlier with you
5 and Dr. Stovsky going through and coding
6 events?
7    A.   That is correct.
8    Q.   So that project is based on
9 EpiCenter data, not necessarily associated with
10 alerts based on a tripped threshold; is that
11 right?
12    A.   Yes.  And that's what we talked
13 about, and when we first started this
14 deposition, where I said there's two types of
15 uses of the EpiCenter data:  the responding to
16 the thresholds, and then others.  So this is --
17 you're seeing and identifying the e-mails that
18 were kind of the early origins and the thought
19 process on how we can use that data.
20    Q.   Got it.
21       If you take a look at the
22 attachment to this e-mail, so this attachment
23 gets sent by Hugh Shannon in response.  He
24 says, "I'm sending you the report the DEA
25 cited."  That was the report that he described

Page 148

1 that included more EpiCenter data.
2       And do you recognize this as that
3 report --
4    A.   Yes.
5    Q.   -- from Summit County?
6       And if you look at the first page
7 of this report, so the page ending on 795, if
8 you look at the very bottom right-hand corner,
9 there's a paragraph there that says, "It is
10 important to note that case notes available
11 through EpiCenter rarely identifies the
12 specific drug or drugs involved in an overdose.
13 Therefore the figures here can be associated
14 with any drug, not just heroin and/or
15 fentanyl."
16       Is that right?
17    A.   Yes.
18    Q.   And based on your experience, is it
19 true that EpiCenter data rarely identifies the
20 specific drug or drugs involved in an overdose?
21    A.   It depends on how you would define
22 "rarely."
23    Q.   But fair to say that you can't
24 always tell what the drugs involved are?
25    A.   Correct.

Page 149

1    Q.   And is it also fair to say that the
2 Summit County report did not divide up drug
3 events based on categories of drugs involved?
4    A.   Correct.
5       - - - - -
6       (Thereupon, Deposition Exhibit 13,
7       August/September 2016 E-Mail Chain
8       Re: Summary of Today's EpiCenter
9       Meeting and Next Steps,
10       CUYAH_014198111 to 014198155, was
11       marked for purposes of
12       identification.)
13       - - - - -
14    Q.   I'm showing you what's been marked
15 as Exhibit 13 to your deposition.  This is a
16 document bearing the Bates stamp
17 CUYAH_014198111 through 115.
18       And this is an e-mail exchange all
19 related to an EpiCenter meeting.  There's a
20 number of e-mails here.  The one that I'm
21 interested in is at the bottom half of the
22 first page.  It's an e-mail from you to
23 "group."  You say to the group, "I wanted to
24 summarize some things, especially for folks who
25 had to leave the call early."

38 (Pages 146 - 149)

Page 150

1        So you're describing here a call, a
2  meeting, related to the EpiCenter project, and
3  you say in the first bullet point here, "We
4  agreed to develop a report for Cuyahoga County
5  that is similar to the Summit County report.
6  Attempts will be made to refine the approach by
7  using an algorithm to exclude overdose visits
8  that are not the target species; i.e., we will
9  attempt to only include visits that are heroin,
10  opioid, benzo, and fentanyl related."
11        The algorithm being referenced
12  here, is that the code that you were describing
13  earlier that you and Dr. Stovsky developed to
14  search for particular phrases in EpiCenter?
15      A.   Yes.  That's -- that's the SPSS
16  syntax that I was referring to.
17      Q.   And then looking at the last bullet
18  point on this page, you say, "A series of
19  weekly meetings have been established between
20  Erica and Chris."
21        Erica there, that refers to
22  Dr. Stovsky; is that right?
23      A.   Yes.
24      Q.   Now, you say here that, "This
25  report will be completed by the end of

Page 151

1  September."
2        Do you recall if this report was,
3  in fact, completed by the end of September?
4      A.   I don't recall the exact date that
5  the report was completed.
6        - - - - -
7        (Thereupon, Deposition Exhibit 14,
8        November 2016 E-Mail Chain Re: Maps
9        for Report: Thoughts?, with
10        Attachment, CUYAH_014195066 to
11        014195078, was marked for purposes
12        of identification.)
13        - - - - -
14      Q.   I'm showing you what's been marked
15  as Exhibit 14 to your deposition.  This is a
16  document bearing the Bates stamp CUYAH_014195066
17  through 078, and this is an e-mail exchange
18  with an attachment.
19        And you say, in the top e-mail on
20  the first page, so the latest e-mail in the
21  chain, the subject line is, "October report
22  closer to final version."  And you attach this
23  PDF version of a report on drug-related
24  emergency room visits from January 1st to
25  October 31st of 2016.

Page 152

1        Is this the same report that was
2  referenced in Exhibit 13 as the report that you
3  intended to complete by the end of September?
4      A.   I don't know.
5      Q.   Do you recognize this report as the
6  report that was generated from the project
7  being described in Exhibit 13, where you and
8  Dr. Stovsky were going to develop an algorithm
9  to go through and break down drug-related
10  emergency room visits, similar to the Summit
11  County report, but in more detail?
12      A.   It's an example of the report.  I
13  don't know if it's the exact report because it
14  says Volume 2.
15      Q.   Okay.
16      A.   So that's why I can't say -- that's
17  why I'm saying I don't know.
18      Q.   Okay.  But this report is related
19  to that same project.
20      A.   Yes.
21      Q.   That's fair to say?  Okay.
22        - - - - -
23        (Thereupon, Deposition Exhibit 15,
24        Document Titled "Drug-Related
25        Emergency Room Visits, January

Page 153

1        1-September 30, 2016,"
2        SUMMIT_000874244 to 000874248, was
3        marked for purposes of
4        identification.)
5        - - - - -
6      Q.   I'm now showing you what's been
7  marked as Exhibit 15 to your deposition.  This
8  is a document bearing the Bates stamp
9  SUMMIT_000874244 to 248.
10        And you see that this one is called
11  "Drug-Related Emergency Room Visits January 1st
12  to September 30th, 2016."  It says, "Data
13  Brief, Volume 1, 2016."
14      A.   Yes.
15      Q.   So this is the Volume 1 preceding
16  the Volume 2 that we were looking at?
17      A.   Yes.
18      Q.   And the Volume 2 that we were
19  looking at, that was a draft that you were
20  circulating around.
21        This Volume 1, do you recognize
22  this as the final version of one of these data
23  briefs?
24      A.   I do not know if it's the "final"
25  final version, but if it's not, it's really

39 (Pages 150 - 153)

Page 154

1 close.
2     Q.    And if you could please turn to
3 page 4, so the page ending 247 in Bates stamps.
4 There's a heading here for "Drug Category."
5 And it says, "Where possible, attempts were
6 made to quantify the number of visits
7 associated with opioids, select prescription
8 drugs, and select illicit drug use available in
9 1,441 of the 5,453 records."
10       Based on this description here, am
11 I understanding correctly that it was only
12 possible to divide emergency room visits into
13 categories based on the type of drug involved
14 in 1,441 of the records that you reviewed?
15     A.    Can you say that one more time?
16     Q.    Am I understanding correctly that
17 it was only possible to divide emergency room
18 visits into categories based on the type of
19 drug involved in 1,441 of the records that you
20 reviewed?
21     A.    I wouldn't say it like that.
22     Q.    Okay.  How would you say it?
23     A.    That amongst the 5,453 records, we
24 were able to successfully code 1,441 records
25 into these drug categories of interest.

Page 155

1     Q.    Okay.  So that means that the 1,441
2 number is just drug categories of interest as
3 they're listed here?
4     A.    Yes.
5     Q.    And if you look at this chart here,
6 it says "Drug Category," and then it says "N"
7 and percentage, what is the "N" referring to
8 there?
9     A.    That represents the number of ER
10 visits where we were able to group into the
11 categories listed here.
12     Q.    And that number is over the time
13 period from January 1st to September 30th,
14 2016?
15     A.    Correct.
16     Q.    You see it says heroin only is the
17 top drug category, and that number there is
18 895.  And then the percentage associated with
19 that is 62.1.
20       So am I understanding correctly
21 that of the 1,441 records associated with these
22 drug categories, 62.1 percent of those involved
23 heroin only?
24     A.    Yes.
25     Q.    The next category listed here is

Page 156

1 "opioid, general.  My question is, what does
2 "opioid, general" mean?
3     A.    What that meant was that the free
4 text that we described earlier only had the
5 word "opioid" listed, and so we really couldn't
6 categorize it any further.
7     Q.    So that "opioid, general" category,
8 if I'm understanding correctly, could include
9 both prescription opioids and illicit opioids;
10 is that right?
11     A.    Yes.  It's however the registrar
12 would have categorized --
13     Q.    Okay.  You just don't --
14     A.    -- put that in there.
15     Q.    You don't know what --
16     A.    Just -- I don't know.
17     Q.    -- specific opioids are involved?
18     A.    That's correct.
19     Q.    And then the next category is
20 cocaine.  Below that is polysubstance.
21       Am I correct that polysubstance
22 means that there are multiple drugs involved?
23     A.    Yes.
24     Q.    Then prescription opioids is the
25 next category.  The number there is 42, and the

Page 157

1 percentage is 2.9.
2       So am I right that only 2.9 percent
3 of the ER visits that you were able to code
4 specified that prescription opioids were
5 involved?
6     A.    Yes.
7     Q.    Now, the drug categories of
8 interest listed here, there are other various
9 classes of drugs that are not included here,
10 such as methamphetamines; is that right?
11     A.    Yes.
12     Q.    Do you have an understanding of why
13 methamphetamines, for instance, were not
14 included in the drug categories evaluated here?
15     A.    No.
16     Q.    So we've seen a Volume 1 and a
17 Volume 2 data brief.  How many volumes are you
18 up to of data briefs?
19     A.    I don't know.
20     Q.    Do you know when the most recent
21 data brief was issued?
22     A.    I do not.
23         - - - - -
24       (Thereupon, Deposition Exhibit 16,
25       November 2017 E-Mail Chain Re:

40 (Pages 154 - 157)

Page 158

1      Recent Drugs Related EpiCenter Alert

2      for Cuyahoga County, CUYAH_002133216

3      to 002133218, was marked for

4      purposes of identification.)

5      - - - - -

6   Q.  I'm showing you what's been marked

7 as Exhibit 16 to your deposition.  This is a

8 document bearing the Bates stamp CUYAH_002133216

9 through 218.

10     This is an e-mail exchange between

11 you and Hugh Shannon and others, but it starts

12 on the page ending 217 with you saying, "You

13 may be aware that we recently had an EpiCenter

14 alert related to the 'drugs' classifier on

15 November 3, 2017."

16     So this is you reporting on one of

17 those alerts that you were describing earlier

18 from EpiCenter?

19   A.  Yes.

20   Q.  And then Hugh Shannon asks you some

21 questions about that alert, and he says at the

22 bottom of his e-mail -- so this is toward the

23 top of the page ending 217, he says, "I'm also

24 curious as to how the threshold is set and

25 whether alerts are being sent to various

Page 159

1 entities who are involved in the opioid crisis

2 response.  Further study of data comparing ER

3 visits and fatalities over a long period may

4 result in better predictive models that would

5 provide some type of early detection system."

6     Am I understanding correctly that

7 Hugh Shannon in the medical examiner's office

8 was suggesting that it would be useful to

9 compare the ER visit data in EpiCenter with the

10 fatality data that the medical examiner keeps

11 track of?

12   A.  Yes.

13   Q.  And then if you look at your

14 response on the first page -- and this is still

15 November of 2017 -- you tell Hugh Shannon, "We

16 are hoping to conduct a project that evaluates

17 specificity of our approach working with

18 EpiCenter data.  Primary focus is to understand

19 how it relates to final ER/hospital diagnosis.

20 Proposal is currently under IRB review."

21     What does "IRB review" refer to

22 there?

23   A.  Institutional Review Board.

24   Q.  And you're describing a proposal

25 under the IRB review related to EpiCenter data

Page 160

1 versus final diagnoses in the hospital?

2   A.  Yes.

3   Q.  Can you explain what you mean by

4 that?

5   A.  Yes, I can.  We are -- have been

6 involved in a project with Metro to look at

7 electronic health record data as a way to kind

8 of address some surveillance information gaps

9 that we have.  And so when this started to

10 emerge and it was time to review our IRB

11 application for that project, we thought that

12 it might be a way for us to do this validation

13 that we were speaking about.

14     Because remember when we were

15 talking about EpiCenter data in the very

16 beginning, I said it's based on chief complaint

17 information, prior to any formal determination,

18 right?  And so if we could somehow leverage the

19 information in EpiCenter and in the Metro

20 electronic health record, we would then be able

21 to get a better feel for how well we are

22 classifying things just based on EpiCenter

23 alone.  So that's what this e-mail is in

24 reference to.

25   Q.  And did you ultimately undertake a

Page 161

1 project like that with MetroHealth?

2   A.  With Metro?  That is a difficult

3 question to answer the way you posed it, and

4 I'm going to tell you why.  Because this

5 particular e-mail in this reference to the IRB,

6 we never could do that.  We -- we didn't get --

7 it just didn't get any legs.  We weren't -- we

8 weren't able to do it.

9     You recall earlier I mentioned to

10 you that we received some funding from ODH to

11 do the validate -- try to do work on the new

12 subclassifiers under "drugs"?

13   Q.  Uh-huh.

14   A.  Because MetroHealth has a large

15 portion of the cases, we worked with them on

16 this pilot project for that.

17   Q.  Okay.  Has the Board of Health

18 undertaken any project to compare EpiCenter

19 data to final ER/hospital diagnoses of the sort

20 that you describe here?

21   A.  Only in through that ODH project

22 that we -- that I just referenced.

23   Q.  Okay.  So that ODH project working

24 on the new subclassifiers under "drugs," that

25 project involves comparing EpiCenter data to

41 (Pages 158 - 161)

Page 162

1 final diagnoses from hospitals?
2    A.  Yes.
3    Q.  Looking back at this e-mail, you go
4 on and you say, "I would love the opportunity
5 to take a similar look at ME data to further
6 evaluate how well or not the EpiCenter serves
7 as a predictive indicator."
8        Is "ME data" referring to medical
9 examiner data?
10    A.  Yes.
11    Q.  And has the Board of Health
12 undertaken a project to compare EpiCenter data
13 with medical examiner data?
14    A.  No.
15    Q.  So that idea that you describe here
16 just never went anywhere?
17    A.  Correct.
18        - - - - -
19        (Thereupon, Deposition Exhibit 17,
20        November 2017 E-Mail Chain Re:
21        Recent Drugs Related EpiCenter Alert
22        for Cuyahoga County, CUYAH_002133113
23        to 002133117, was marked for
24        purposes of identification.)
25        - - - - -

Page 163

1    Q.  Showing you what's been marked as
2 Exhibit 17 to your deposition.  This is a
3 document bearing the Bates stamp CUYAH_OO2133113.
4        This is an e-mail exchange
5 between -- so this is another e-mail exchange
6 that starts with you notifying people of an
7 EpiCenter alert related to the "drugs"
8 classifier.
9    A.  Yes.
10    Q.  And then this includes the e-mail
11 that we were just looking at where you describe
12 the proposal to compare EpiCenter data with
13 final ER hospital diagnoses and also ME data.
14    A.  Yes.
15    Q.  Yes?
16        And then, in response to your
17 e-mail, Jolene, of the difficult last name from
18 earlier, responds and says, "Thank you for
19 sending this.  It is interesting.  At the state
20 level, we have seen similar patterns in
21 relation to the increase in ED visits, deaths,
22 and seizure data.  I also wanted to let you
23 know that as part of the PDO grant, we did
24 provide an opportunity for funding $10,000 to
25 validate the new classifications for EpiCenter

Page 164

1 that we have been working with CDC to develop."
2        Is that the project that you just
3 described having to do with the
4 subclassifications --
5    A.  Yes.
6    Q.  -- in EpiCenter?
7        So am I right that the Cuyahoga
8 County Board of Health received that $10,000 in
9 funding to undertake that project?
10    A.  I don't know if we've technically
11 received it.  I don't handle the exchange of
12 the money portion of it.  But I can tell you
13 that we participated and fulfilled our role in
14 that project.
15    Q.  Okay.  And then looking at the top
16 e-mail here, you say, "Jolene, this is great
17 news to hear and thanks for sharing the info.
18 As an FYI, we are exploring a validation
19 project of our own coding, so it will be great
20 to have these three new classifiers to include
21 in our project."
22        What is the validation project that
23 you're referring to there?
24    A.  That refers to the project that
25 didn't go anywhere on the IRB Exhibit 16 that

Page 165

1 we were talking about earlier.
2    Q.  Got it.
3        So this project, the validation
4 project you referred to here, that never went
5 anywhere?
6    A.  No.
7    Q.  Mr. Kippes, are you familiar with
8 the HIP-Cuyahoga project?
9    A.  Yes.
10    Q.  What is the HIP-Cuyahoga project?
11    A.  HIP-Cuyahoga is Health Improvement
12 Partnership-Cuyahoga.  It is a -- it's more
13 than a project.  It's an initiative coalition.
14 It's a group of people who are coming together
15 to try to make Cuyahoga County a better place
16 to live, work, and play, allowing individuals
17 to achieve their most optimal level of health
18 that they can.
19    Q.  What is your role with respect to
20 HIP-Cuyahoga?
21    A.  I have a couple roles in
22 HIP-Cuyahoga.  I am on the steering committee.
23 I chair the shared measurement and evaluation
24 work group.  I also play a lead role in
25 coordinating the health assessments that get

42 (Pages 162 - 165)

1 done through HIP-Cuyahoga.
2    Q.   And the health assessments, that's
3 the health assessments that you were referring
4 to earlier today, that health assessment is
5 associated with HIP-Cuyahoga?
6    A.   That's correct.
7    Q.   As part of the HIP-Cuyahoga
8 project, has the Board of Health examined any
9 data related to substance abuse?
10    A.   We looked at the opioid-related
11 deaths that are in the 2018 health assessment
12 report.
13        - - - - -
14    (Thereupon, Deposition Exhibit 18,
15    2/26/2018 E-Mail from Chris Kippes
16    Re: Opiate Data Request for Next
17    Countywide Community Health
18    Assessment, with Attachment,
19    CUYAH_001631892 to 001631896, was
20    marked for purposes of
21    identification.)
22        - - - - -
23    Q.   Now showing you what's been marked
24 as Exhibit 18 to your deposition.  This is a
25 document bearing the Bates stamp CUYAH_001631892

1 through 896.
2        This is an e-mail with an
3 attachment.  The e-mail is from you to Hugh
4 Shannon and Thomas Gilson, the medical
5 examiner.  This is dated February 26, 2018.
6        You say, "We are in the middle of
7 identifying data sources and conducting our
8 next county-level community health assessment.
9 We have a steering committee for the
10 assessment, and there was a request to include
11 information regarding the opiate epidemic."
12        Who made that request to the
13 steering committee?
14    A.   The request to the steering
15 committee to look at opioid-related deaths?
16    Q.   Yes.
17    A.   That is a request that came from
18 the steering committee members themselves.  I
19 don't remember which particular steering
20 committee member asked for that indicator to be
21 in there.
22    Q.   How many members of the steering
23 committee are there?
24    A.   Let's say 10 to 15.  I don't know
25 the exact number.  And we're talking about the

1 assessment steering committee.  I just want to
2 make certain that's what we're talking about.
3    Q.   Sure.
4    A.   Which is different from the
5 HIP-Cuyahoga --
6    Q.   Okay.
7    A.   -- steering committee.
8    Q.   So HIP-Cuyahoga, which is a project
9 that includes the community health assessment,
10 has its own steering committee, but then the
11 steering -- the community health assessment
12 also has its own steering committee.
13    A.   And we -- we go back and forth
14 between calling it a work group, steering
15 committee, subcommittee.  We use those terms
16 interchangeably.
17    Q.   And the 10 to 15 people on the
18 steering committee for the assessment, first of
19 all, are you one of those people?
20    A.   Yes.
21    Q.   How many of those people are Board
22 of Health employees?
23    A.   Terry, Martha Halko, Nichell Shaw,
24 myself.  I believe it is just the four of us.
25    Q.   And then the remaining members of

1 the committee are participants from various
2 groups within the community?
3    A.   That's correct.
4    Q.   And then, in this e-mail you --
5 related to that request made by the steering
6 committee, you ask for data from the medical
7 examiner with more specific data than what you
8 could find on their website; is that right?
9    A.   Correct.
10    Q.   And then that data formed part of
11 the basis for the community health
12 assessment --
13    A.   Yes.
14    Q.   -- is that right?  Okay.
15        - - - - -
16    (Thereupon, Deposition Exhibit 19,
17    2018 Cuyahoga County Community
18    Health Assessment, was marked for
19    purposes of identification.)
20        - - - - -
21    Q.   I'm showing you what's been marked
22 as Exhibit 19 to your deposition, and this is a
23 document taken from the HIP-Cuyahoga website,
24 so it is publicly available and not
25 Bates-stamped.

1      What is this document?

2      A.   This is the 2018 Cuyahoga County

3 community assessment.

4      Q.   This is the 300-page document that

5 you were referring to earlier?

6      A.   This is the one.

7      Q.   Okay.  So I apologize that this is

8 a little unwieldy because it is so large, so I

9 just ask that as we look through it, you know,

10 keep the pages in order so that then the court

11 reporter can take them in order.

12      I'm going to refer you to the very

13 first page of this assessment, and there's a

14 list of key authors/contributors, and your name

15 appears there about two-thirds of the way down.

16      Do you see that?

17      A.   Yes.

18      Q.   And as a key author/contributor to

19 the community health assessment, what was your

20 role in putting this together?

21      A.   I had a handful of different roles.

22 I served as someone who did the analyses for

23 some of the indicators.

24      I served as an individual who

25 soliciting feedback and input of different

1 drafts as it was getting developed, and kind of

2 consolidated that information to pass it along

3 to the person who was putting it all together.

4      I served as someone who wrote up

5 certain sections for the indicators.

6 Data-gatherer.  Yeah, so.

7      Q.   So fair to say you took an active

8 role?

9      A.   Yes, that is fair to say.

10      Q.   And if you could turn to page 3 of

11 the report.  This is a table of contents.  And

12 as you'll see, the table of contents itself is

13 three pages long.

14      A.   Yes.

15      Q.   So this community health assessment

16 covers a really broad range of topics; is that

17 fair to say?

18      A.   Yes.

19      Q.   Would you call this a comprehensive

20 community health assessment?

21      A.   It depends on how you would define

22 "comprehensive."

23      Q.   Well, how would you define

24 "comprehensive"?

25      A.   Well, for starters, I'm having

1 trouble answering the question the way you

2 first phrased it because we know that there's

3 more than just three pages of table of

4 contents, things that impact people's health.

5 So if you're going to compare it to all things

6 that impact people's health, it wouldn't be

7 considered comprehensive from that perspective.

8      Q.   Okay.

9      A.   So that's why I'm having trouble

10 answering it the way that you posed it to me.

11      Q.   Okay.  But it's fair to say that

12 there are many, many different topics that are

13 covered in here?

14      A.   Correct.

15      Q.   And if you could please turn to

16 page 187.  There is a heading here that says,

17 "Emerging health concerns, opioid abuse."

18      If you look at the second paragraph

19 there -- so the -- the first paragraph here is

20 describing the problem associated with

21 unintentional drug overdoses as one of the

22 leading causes of injury-related death in the

23 U.S.  That paragraph refers to prescription

24 drugs and heroin, but also a recent increase in

25 the use of stronger synthetic opioids, such as

1 fentanyl and carfentanil.

2      So you see, based on that, that

3 there has been an increase currently in deaths

4 associated with synthetic opioids that include

5 fentanyl and carfentanil?

6      A.   Yes.

7      Q.   The second paragraph here describes

8 some policies and efforts that have been

9 undertaken to reduce the number of opioid

10 deaths in Ohio.  And the second sentence here

11 says, "In Cuyahoga County, the Opiate Task

12 Force, CCOTF, was formed in 2010 to raise

13 public awareness, promote community action, and

14 provide education related to the dangers and

15 devastating effects of drug abuse."

16      And I believe you testified earlier

17 today that you couldn't remember or you weren't

18 sure when the Cuyahoga County Opiate Task Force

19 began?

20      A.   Yes.

21      Q.   Based on this document, it appears

22 that it began in 2010; is that right?

23      A.   Based on this document, yes.

24      Q.   And I should ask, this section on

25 "Emerging health concerns, opioid abuse," what

44 (Pages 170 - 173)

Page 174

1  was your role in putting together this
2  particular section of the community health
3  assessment?
4      A.   I was the primary author for
5  this -- this one.
6      Q.   Okay.  So you wrote these two
7  paragraphs here?
8      A.   Yes.  I don't -- well, let me --
9  let me go back.  I can't say with 100 percent
10  certainty that I wrote them, because as part of
11  the editing process, again, there -- we --
12  there were so many hands involved in this.
13          Did I write a draft for this
14  section, the first draft for this section?
15  Yes.  I can't say with 100 percent certainty
16  right now that the final one that we're looking
17  at is exactly like my first draft, because we
18  had a lot of editors and people involved in
19  putting the final product together.
20      Q.   Sure.  If you then look at the next
21  sentence after the one that we just read, it
22  says, "This indicator measures the number of
23  unintentional overdose deaths due to opioids,
24  including synthetic opioids."
25          Am I understanding correctly that

Page 175

1  the data included in this section of the
2  community health assessment includes both
3  prescription and illicit opioids, such as
4  synthetic opioids?
5      A.   I would have to go back and look at
6  that, because this is the data that we got from
7  the ME's office, so I would have to go back and
8  look at that data specifically again.  I can't
9  say with certainty right now.
10      Q.   Does the data in these tables in
11  this -- these couple of pages of the community
12  health assessment include a breakdown of data
13  based on the type of opioid involved?
14      A.   No, not in -- not in this.
15      Q.   Then if you could turn to page 273,
16  under "Emerging Health Concerns."  In this
17  appendix, there is the indicator, "rate of
18  unintentional overdose deaths due to opioids,
19  including synthetic opioids."
20          Do you see that?
21      A.   Yes.
22      Q.   Is that referring to the same data
23  that we were just looking at --
24      A.   Yes.
25      Q.   -- on page 187?

Page 176

1          And then, under "Source of
2  indicator" definition, you indicate that that
3  is data obtained from the Cuyahoga County
4  medical examiner's office, and then there are
5  some specific sources listed here.
6      A.   Yes.
7      Q.   So is this the appendix with data
8  sources that you were referring to earlier
9  today?
10      A.   It is.
11          MS. JASIEWICZ:  Okay.  Let's take a
12  quick five-minute break.
13          THE VIDEOGRAPHER:  We're going off
14  the record.  This is the end of Media No. 2.
15  The time is 5:47.
16          (A recess was taken.)
17          THE VIDEOGRAPHER:  We're back on
18  the record.  This is the beginning of Media
19  No. 3.  The time is 5:56 p.m.
20          - - - - -
21          (Thereupon, Deposition Exhibit 20,
22          Document Titled "Drug-Related
23          Emergency Room Visits, January
24          1-December 31, 2017,"
25          CUYAH_000018578 to 000018582, was

Page 177

1          marked for purposes of
2          identification.)
3          - - - - -
4          THE WITNESS:  Thank you.
5  BY MS. JASIEWICZ:
6      Q.   All right, Mr. Kippes.  I'm showing
7  you what's been marked as Exhibit 20 to your
8  deposition.  This is a document bearing the
9  Bates stamp CUYAH_000018578 through 582.
10          This is another data brief similar
11  to the ones that we were looking at before; is
12  that right?
13      A.   Yes.
14      Q.   And this is the annual report for
15  2017.  And I believe you testified earlier that
16  you weren't sure when the most recent report
17  was.
18      A.   Yes.
19      Q.   Do you know if this is the most
20  recent?
21      A.   I don't.
22      Q.   And these data briefs with data
23  related to the drug-related emergency room
24  visits, are these briefs that you would share
25  with community partners -- or that the task

45 (Pages 174 - 177)

Page 178

1 force would share with community partners in
2 the task force, or are these internal to the
3 Board of Health?
4     A.    The data briefs were provided to
5 the injury prevention staff, and they're the
6 ones that disseminated it to the audiences that
7 they felt was the best target for the
8 information.
9     Q.    Do you know who those audiences
10 were?
11    A.    No.
12    Q.    How about the alerts that we were
13 talking about earlier that you'd get from
14 EpiCenter by e-mail?  You said that you would
15 monitor those alerts, keep track of them, and
16 send around information about those alerts.
17 Who would you send those alerts to?
18    A.    Those alerts would go to the -- the
19 injury prevention staff.  They would go to ODH
20 so they knew that we were following up on the
21 alert.  And then Beth Gatlin, the Center For
22 Health Affairs -- she's a liaison to the local
23 hospitals, so I'd make her aware of it as well
24 so that way she could distribute it amongst the
25 appropriate networks that she has.

Page 179

1     Q.    And just a couple additional
2 clarifying questions about EpiCenter data,
3 which I know that we've talked about a lot
4 today.
5     A.    We sure have, haven't we?
6     Q.    But just to make sure I understand.
7 You can't actually tell, based on EpiCenter
8 alone, whether a particular event under the
9 "drugs" classifier was an overdose?
10        MR. MASON:  Objection.
11        Go ahead.  You can answer.
12    A.    I don't think I would say it like
13 that.  Sometimes -- again, it's all based on
14 prior to actual confirmatory diagnosis.  You
15 need to keep that in mind.
16    Q.    Okay.
17    A.    Sometimes the free text has the
18 word "overdose," "OD," sometimes it does not.
19 So that's why when -- earlier, when we were
20 talking about things, at one point I heard you
21 start saying overdose, overdose, overdose, and
22 I said, no, these are ER visits.
23    Q.    Got it.  So let's break down what
24 it would take to actually determine what is an
25 overdose.

Page 180

1        So somebody shows up at the ER and
2 their initial complaint in their ER visit, that
3 is what shows up in EpiCenter?
4     A.    Yes.
5     Q.    You would have to -- in order to
6 confirm whether that person was, in fact,
7 suffering an overdose, whether they described
8 it as an overdose or not, you would have to
9 then look at the final diagnosis from the
10 hospital and validate it against that; is that
11 right?
12    A.    Correct.
13    Q.    And then to be able to verify
14 whether that overdose resulted in an overdose
15 death, meaning death as a result of the
16 overdose, you would have to look to the medical
17 examiner for that conclusion; is that right?
18    A.    It depends on what's indicated in
19 the hospital discharge summary.  So it -- that
20 is -- that varies.
21    Q.    Okay.  So a hospital discharge
22 summary might indicate that it was an overdose
23 death, but it might not.  You might need to
24 look at the medical examiner data --
25    A.    Correct.

Page 181

1     Q.    -- to be able to determine that?
2     A.    Correct.
3     Q.    And the first step of validation,
4 so comparing what is in the ER visit initial
5 complaint with the hospital diagnosis, that's
6 something that you wanted to verify, but you
7 said it never got past the review board; is
8 that right?
9     A.    Correct.
10    Q.    Why was that project not pursued
11 any further?
12    A.    Well, part of it, you see, we kind
13 of -- we're almost given a gift in the form of
14 the ODH project.  So as we were trying to
15 pursue our validation, all of a sudden CDC
16 wanted to do the validation project.  They were
17 allowing us to participate in it.  So we didn't
18 want to create double work, in essence, because
19 if the CDC and the new classifiers did a great
20 job, we wouldn't have to use our own; we could
21 just use the new ones.
22    Q.    So that validation project from the
23 ODH grant, is that project still ongoing?
24    A.    Yes, it's still ongoing.  We -- we
25 passed along our portion of that project to the

46 (Pages 178 - 181)

Page 182

1 State, and I'm just awaiting to hear what's
2 next.
3     Q.    Okay.  What was your portion of the
4 project?  Did that involve comparing the ER
5 complaints with the final diagnoses?
6     A.    Not exactly as stated.  What my
7 role in that project was, was to take a record
8 that was reported out of EpiCenter, go into the
9 hospital electronic record, and fill out a
10 specific form that the Ohio Department of
11 Health developed that asked a series of
12 questions that would help lead to the
13 validation of these new classifiers that
14 they're working on.
15     Q.    And the Ohio Department of Health
16 is now working on that validation; is that
17 right?
18     A.    You would have to ask them.  I sure
19 hope so.
20     Q.    But that's your understanding of
21 where that project is in the process?
22     A.    Yes.
23     Q.    And then, so that project involves
24 validation of ER complaints against hospital
25 diagnoses.  Then the next step would be to

Page 183

1 compare hospital data with medical examiner
2 data.
3         That's another thing -- so, sorry.
4 When I say "next step," I don't mean that
5 that's part of the project that you've just
6 described, but that's another level of
7 verification that one could undertake to
8 determine if a particular ER visit resulted in
9 an overdose death; is that right?
10     A.    Yes.
11     Q.    And that level of verification,
12 based on the e-mails that we looked at before,
13 you had indicated that that was something that
14 you were interested in undertaking, but you
15 never, in fact, did undertake that; is that
16 right?
17     A.    Correct.  I have done no further
18 work on that.
19     Q.    Why not?
20     A.    Because the epi validation project
21 was underway.  I can only do so much with my --
22 this is only, like, a small portion of my job,
23 and so I can only do a certain level of
24 projects in my role.
25     Q.    Sure.  When you say this is a small

Page 184

1 portion of your job, about what percentage of
2 your time would you say that you spend on
3 tracking EpiCenter data related to opioid
4 issues?
5     A.    It's only a small percentage,
6 because of the alerts.  My role right now is
7 only related to responding to alerts.  So if we
8 don't have a lot of alerts, then I don't have
9 to spend my time doing that.
10     Q.    And based on those alerts and the
11 full data that you have access to in EpiCenter,
12 you can't say that any particular event was
13 actually a drug overdose?
14         MR. MASON:  Objection.
15     A.    I mean, I thought we kind of
16 covered this.
17     Q.    I realize that we talked about it.
18     A.    I feel like we're getting a little
19 circular.
20         MR. MASON:  It's getting very
21 circular.
22         THE WITNESS:  We're getting
23 circular.
24         MS. JASIEWICZ:  I just want to make
25 sure that I understand.

Page 185

1     A.    I would have -- you should refer to
2 my previous answers, because I feel like we've
3 kind of covered the distinction between
4 overdose, ER visit, and everything in between
5 those two statements.
6     Q.    And based on EpiCenter alerts and
7 EpiCenter data, can you tell which
8 drug-associated events that involve
9 prescription opioids involve opioids obtained
10 through a legitimate prescription as opposed to
11 diversion?
12     A.    I'm not sure it has that level of
13 detail.
14     Q.    If you wanted to find that out,
15 what source of data would you look to --
16 toward?
17     A.    So what is your -- what is your
18 test question that you want to assess?
19     Q.    Whether drug-classified emergency
20 room visits associated with prescription
21 opioids involve opioids obtained through a
22 legitimate prescription as opposed to
23 diversion.
24     A.    So you would need access to
25 electronic health record data.  You just -- you

47 (Pages 182 - 185)

Page 186

1 kind of just have to approach the -- the issue
2 of, okay, what do you want to know?  What are
3 the potential data sources involved, right?
4        So at some level you would need to
5 interview the person, and then -- if you're
6 able, and then, you know, you have to --
7 because it's self-report data.
8        There's a lot of hoops and
9 methods and approaches to try to answer that
10 question.  I'm -- I'm just trying -- I mean,
11 you're presenting this to me right now at
12 the --
13    Q.   Sorry.  I understand.
14    A.   -- end of how many hours of -- and
15 this would take much more thought to provide a
16 better answer for you.  That's just kind of off
17 the top of my head.
18    Q.   So there's not just one easy access
19 data center, like a database, where you could
20 find that out?
21    A.   To my knowledge, I'm not aware of
22 one.
23    Q.   I think you mentioned earlier today
24 that you have heard of Cardinal Health; is that
25 right?

Page 187

1    A.   Yes.
2    Q.   Do you know how Cardinal Health and
3 its activities do or do not relate to the
4 allegations made in this lawsuit?
5        MR. MASON:  Objection.
6    A.   I have no clue.
7    Q.   Have you had any dealings with
8 Cardinal Health?
9    A.   Not directly.
10    Q.   When you say "not directly," what
11 do you mean?
12    A.   It goes back to what I had
13 indicated earlier about how I heard of Cardinal
14 Health associated with providing resources to
15 the hospitals for emergency
16 preparedness-related matters.
17    Q.   Have you spoken or communicated
18 with anyone at Cardinal Health?
19        MR. MASON:  Objection.
20    A.   No.
21    Q.   Are you familiar with McKesson
22 Corporation?
23    A.   No.
24    Q.   Do you know how McKesson
25 Corporation and its activities do or do not

Page 188

1 relate to the allegations made in this lawsuit?
2        MR. MASON:  Objection.
3    A.   No.
4    Q.   Have you had any dealings with
5 McKesson Corporation?
6    A.   No.
7    Q.   Have you spoken or communicated
8 with anyone at McKesson Corporation?
9    A.   No.
10    Q.   Are you familiar with
11 AmerisourceBergen Corporation?
12    A.   No.
13    Q.   Do you know how AmerisourceBergen
14 Corporation and its activities do or do not
15 relate to the allegations made in this lawsuit?
16        MR. MASON:  Objection.
17    A.   No.
18    Q.   Have you had any dealings with
19 AmerisourceBergen Corporation?
20    A.   No.
21    Q.   Have you spoken or communicated
22 with anyone at AmerisourceBergen Corporation?
23    A.   No.
24        MS. JASIEWICZ:  I have no further
25 questions.  Thank you so much for your time and

Page 189

1 hard work today.
2        THE WITNESS:  Thank you.
3        MS. JASIEWICZ:  I will pass the
4 mic.
5        MS. FEINSTEIN:  Just kind of
6 quickly reorganize here.
7        EXAMINATION OF CHRISTOPHER M. KIPPES
8 BY MS. FEINSTEIN:
9    Q.   Good evening, Mr. Kippes.
10        I'll reintroduce myself.  I am
11 Wendy West Feinstein.  I'm with a law firm
12 called Morgan Lewis, and I represent the Teva
13 and Cephalon Defendants in this litigation.
14        I'll do my best to quickly get
15 though my exam, because I know it's getting
16 late in the day.  But I apologize in advance:
17 I might skip around a little bit just because
18 I'm going to follow up on some topics that were
19 touched on earlier, and I'll do my best not to
20 repeat too much.  Okay?
21        A few moments ago as you were talking
22 about validation of -- of various data in the
23 EpiCenter database.
24        Have you utilized or evaluated any
25 data from the Ohio Substance Abuse Monitoring

48 (Pages 186 - 189)

Page 190

1 Network?
2    A.   I've never heard of that.
3    Q.   Have you ever heard of OSAM?
4    A.   No.
5    Q.   So you've never seen any reports
6 from OSAM?
7    A.   Not that I'm recalling.
8    Q.   And don't recall receiving any
9 Osam- -- Osamograms with that information?
10   A.   No.
11   Q.   What other data sources have you
12 evaluated on behalf of the Cuyahoga County
13 Board of Health, other than EpiCenter -- other
14 than the EpiCenter data, with respect to the
15 opioid issue?
16   A.   The ME data we talked about
17 earlier.
18   Q.   Anything else besides EpiCenter and
19 ME data?
20   A.   Not that I recall.
21   Q.   And you mentioned, I think -- and I
22 don't mean to misstate your earlier testimony,
23 so please correct me if -- if I misunderstood,
24 but it's my understanding that you have not
25 done any data gathering yourself to conduct an

Page 191

1 analysis related to opioid issues; is that
2 right?
3    A.   Other than the validation project
4 we finished talking about that is related to
5 EpiCenter and the newly developed classifiers.
6    Q.   Right.  Other than that, you
7 haven't gathered any data to evaluate the
8 opioid issue; is that right?
9    A.   No, not to my knowledge, that I
10 recall.
11   Q.   Do you know whether anyone in
12 Cuyahoga County has engaged in any sort of
13 epidemiological assessment of the
14 opioid-related issues in Cuyahoga County?
15   A.   I don't know.
16   Q.   Do you know whether there are other
17 service centers, such as the ESI group at CCBH,
18 who have epidemiologists on staff who could
19 perform such a -- such an analysis?
20   A.   I would have to know more of what
21 it involved, because I'm the most
22 senior-trained epidemiologist at our health
23 department.
24   Q.   Do you know whether anyone on
25 behalf of CCBH has conducted any studies to

Page 192

1 evaluate the impact of pharmaceutical marketing
2 on physician prescribing practices?
3    A.   I don't know.
4    Q.   Do you know whether anyone in -- in
5 Cuyahoga County or on Cuyahoga County's behalf
6 has performed a study to evaluate the impact of
7 pharmaceutical promotion on physician
8 prescribing practices?
9    A.   I don't know.
10   Q.   The same question related to
11 pharmaceutical-sponsored educational programs
12 and their impact on physician prescribing
13 practices.  Are you aware of any such study in
14 Cuyahoga County?
15   A.   Related to opioids?
16   Q.   Yes.
17   A.   No, I'm -- I don't know.
18   Q.   And how about generally?  Do you
19 have any understanding of any such study being
20 performed in Cuyahoga County of the impact of
21 pharmaceutical-sponsored educational programs
22 on physician prescribing practices?
23   A.   The only thing that I can recall is
24 the CDC initiative for prescribing practices,
25 making sure that you don't over prescribe

Page 193

1 antibiotics to -- to work on the antibiotic
2 resistance issues.  That's the only thing that
3 comes to mind.
4    Q.   Are you aware of any studies in
5 Cuyahoga County to evaluate prescribing
6 guidelines and recommendations in prescribing
7 guidelines and their impact on physician
8 prescribing practices of opioids?
9    A.   I don't know.
10   Q.   Are you aware of any research that
11 has evaluated the impact of pain management
12 guidelines on physician prescribing practices?
13   A.   I don't know.
14   Q.   Are you aware of any studies in
15 Cuyahoga County to evaluate the impact of
16 medical insurance on physician prescribing
17 practices of opioids?
18   A.   I don't know.
19   Q.   Are you aware of any research in
20 Cuyahoga County that evaluated whether illicit
21 opioid users initiate their opioid use with
22 prescription opioids?
23   A.   I don't know.
24   Q.   Are you aware of any studies in
25 Cuyahoga County to evaluate how many people who

49 (Pages 190 - 193)

Page 194

1 use a prescription opioid as directed develop
2 an addiction to opioids?
3     A.   I don't know.
4     Q.   Are you aware that prescription
5 opioids are approved by the FDA?
6     A.   Yes.
7     Q.   Have you ever seen an FDA-approved
8 package insert that accompanies a prescription
9 opioid?
10     A.   Yes.
11     Q.   Are you aware that the package
12 insert that accompanies a prescription opioid
13 includes a warning about addiction?  Have you
14 ever seen that?
15     A.   I'm not recalling at this time.
16     Q.   You're familiar with package
17 inserts that come with pharmaceutical products?
18     A.   Yes.
19     Q.   And -- but you just don't know
20 whether the package insert for a prescription
21 opioid includes a warning of addiction?
22     A.   Correct.
23     Q.   Are you aware that prescription
24 opioids have a risk of addiction associated
25 with them?

Page 195

1     A.   Yes.
2     Q.   When did you first become aware
3 that prescription opioids have a risk of
4 addiction?
5     A.   I have no idea.
6     Q.   Did you -- were you aware of it
7 before you became aware of an increase in
8 opioid-related issues in Cuyahoga County?
9     A.   I don't know.
10     Q.   And I believe my colleague asked
11 you earlier -- and forgive me if I'm
12 repeating -- but when did you first become
13 aware of an increase in opioid-related
14 overdoses in Cuyahoga County?
15     A.   I think it was asked earlier, but I
16 didn't -- I can't remember.  I don't think I
17 had a -- a response for that question.
18     Q.   Based on -- based on your work in
19 putting together the -- the HIP report, did any
20 of that sort of at least give you a sense of
21 when you became aware of that issue in Cuyahoga
22 County?
23         MR. MASON:  Objection.
24     A.   Other than what I read today about
25 the -- some of the references dating back to

Page 196

1 the work around -- taking the community pickup
2 sites.
3     Q.   Did that refresh your recollection
4 at all of when -- when you first became aware?
5     A.   It did -- it did not help.
6     Q.   Before I introduced myself as
7 counsel for Teva, had you ever heard of Teva
8 before?
9     A.   No, I have not.
10     Q.   Before I introduced myself as
11 counsel for Cephalon, had you heard of Cephalon
12 before?
13     A.   No, I have not.
14     Q.   My colleague asked you earlier
15 today if -- if you were familiar with the
16 allegations in the complaint in the lawsuit
17 that we're here for today.
18         Are you familiar with any of the
19 allegations?
20     A.   Just in that general sense that I
21 described earlier.
22     Q.   Do you have any sense of the
23 identity of any of the Manufacturing Defendants
24 who are named in the -- in the lawsuit?
25     A.   I mean, I can only guess based on

Page 197

1 how you guys introduced yourself.
2     Q.   I'll -- I'm going to go through a
3 list and see -- and ask you whether you've
4 heard of any of these companies before.
5         Have you heard of Allergan before?
6     A.   No.
7     Q.   And I just asked you about
8 Cephalon.
9         Have you heard of Endo?
10     A.   No.
11     Q.   Endo Pharmaceuticals?
12     A.   No.
13     Q.   No?
14         How about Insys?
15     A.   No.
16     Q.   Have you heard of Janssen or
17 Johnson & Johnson?
18     A.   Yes.
19     Q.   Are you aware that Janssen or
20 Johnson & Johnson are manufacturers of
21 prescription opioids?
22     A.   No.
23     Q.   Have you heard of Mallinckrodt?
24     A.   No.
25     Q.   Have you ever heard of Purdue?

50 (Pages 194 - 197)

Page 198

```
 1     A.    The chicken people.
 2     Q.    Okay.  Not in the opioid
 3 manufacturing context?
 4     A.    No.
 5     Q.    All right.  So you've never --
 6 you've never heard of any of those companies
 7 before, so I take it you're not familiar with
 8 any -- you don't know which prescription
 9 opioids, if any, any of those companies
10 manufacture?
11     A.    No idea.
12     Q.    You personally do not have any
13 information about anything that any of those
14 entities did wrong in Cuyahoga County; is that
15 right?
16         MR. MASON:  Objection.
17     A.    I'm having trouble with that
18 question.  Can you give me that one again?
19     Q.    Sure, sure.  So you're not familiar
20 with any of these companies, right?
21     A.    Correct.
22     Q.    Am I correct, then, in
23 understanding that you personally don't have
24 any knowledge of anything that any of those
25 companies did wrong in Cuyahoga County?
```

Page 199

```
 1         MR. MASON:  Objection.
 2     A.    Yeah.  I guess the part, the "did
 3 wrong" part, I'm struggling with.  Like,
 4 what's -- what am I --
 5     Q.    You don't know --
 6     A.    What's the right -- what's the
 7 wrong part?  It's just a confusing question for
 8 me.
 9     Q.    Sure.  So you don't know what those
10 companies do, right?  You don't know what
11 products they make?
12     A.    No.
13     Q.    And because you don't have personal
14 knowledge of what products they make, is it
15 fair for me to assume, then, that I'm not going
16 to see you at trial testifying about something
17 you think one of them did wrong; is that right?
18     A.    It would be a bit odd for me to be
19 there, in my opinion, but I don't know how this
20 process works.
21     Q.    But -- and that's -- and that's why
22 I'm asking today, because it's my opportunity
23 to ask you some questions.
24         Is -- do you have, personally, any
25 information, as you sit here today, about
```

Page 200

```
 1 anything that any one of those companies did
 2 wrong in Cuyahoga County?
 3         MR. MASON:  Objection.
 4     A.    Yeah.  I guess the -- I'm just --
 5 the "did wrong" part, I just -- I don't
 6 understand -- I don't know how to respond to
 7 that part of it.  It doesn't make --
 8     Q.    Okay.
 9     A.    It doesn't make sense to me.  I'm
10 sorry.
11     Q.    No, no.  Don't apologize.  Let me
12 try it this way.
13         You personally don't have any
14 information about anything that any of those
15 companies specifically did in Cuyahoga County;
16 is that right?
17         MR. MASON:  Objection.
18     Q.    And I'm talking about your personal
19 knowledge, so either you do or you don't.
20     A.    But when you say "did," like,
21 you're here.  You're here for a reason.  So --
22 and I just got that knowledge today when you
23 all introduced yourselves --
24     Q.    Right.
25     A.    -- so that's why it's a very
```

Page 201

```
 1 confusing question for me to answer.
 2     Q.    Well, I don't mean to confuse you,
 3 but I do want to confirm that you don't have
 4 any information -- before you knew any of our
 5 names or any of our clients' names, before we
 6 introduced ourselves as representing these
 7 entities, did you personally have any
 8 information about anything that you think any
 9 of these entities did wrong in Cuyahoga County?
10     A.    I really have no opinion on -- on
11 that question.
12     Q.    And you don't hold any facts that
13 would support a claim that one of these
14 companies did something wrong, because you
15 don't know those companies, right?
16         MR. MASON:  Objection.
17     A.    I do not know those -- those
18 companies.
19     Q.    Have you seen any direct-to-consumer
20 marketing for prescription opioids?
21     A.    I don't know.
22     Q.    Not that you can --
23     A.    Pharmaceutical companies flood the
24 TV with commercials, and tons of different
25 commercials.  I can't tell whether or not --
```

51 (Pages 198 - 201)

Page 202

1 what company goes to -- to what and...
2     Q.   Do you know whether any of the
3 products that you've seen direct-to-consumer
4 marketing for relate to opioid products?
5     A.   I don't know.
6     Q.   Are you aware of any misstatements
7 or omissions made by any manufacturer of a
8 prescription opioid?
9     A.   I wouldn't have knowledge of that
10 information.  I don't know.
11     Q.   Are you aware of any physician in
12 Cuyahoga County who was misled by the
13 manufacturers, distributors, or retailers of
14 opioids?
15     A.   I don't know.
16     Q.   And you've not done any academic
17 research on opioids in any context; is that
18 right?
19     A.   No.
20     Q.   Bear with me for a second.  I'm
21 just going to flip through.
22         Are you aware that it is -- strike
23 that.
24         It -- it is lawful for doctors in
25 Ohio to prescribe opioids; is that right?

Page 203

1     A.   Yes.
2     Q.   Do you know whether a
3 pharmaceutical manufacturer can legally provide
4 opioids directly to a patient?
5     A.   I don't know.
6     Q.   Do you know whether a patient can
7 legally obtain a prescription opioid without a
8 valid prescription?
9     A.   I don't know.
10     Q.   Do you know whether pharmaceutical
11 distributors can legally provide opioids
12 directly to patients?
13     A.   I don't know.
14     Q.   Do you know whether pharmacies can
15 legally provide opioids directly to patients
16 without a valid prescription?
17     A.   I don't know.
18     Q.   Have you ever conducted any
19 research regarding substance use disorders?
20     A.   I don't think so.
21     Q.   Have you ever conducted any
22 research regarding opioid use disorder?
23     A.   Not aware of any.
24     Q.   Do you know what portion of opioid
25 users in Cuyahoga County have never had a -- a

Page 204

1 legitimate or valid prescription for
2 prescription opioids?
3     A.   I don't know.
4     Q.   Have you ever been asked to study
5 that for CCBH or any other entities?
6     A.   No, not to my knowledge.
7     Q.   Has Cuyahoga County, as far as in
8 the time that you've worked with CCBH or any
9 other time that you know of, experienced
10 epidemics related to any other substances
11 besides opioids?
12     A.   I can't recall at the moment.
13     Q.   Have there been other epi- -- other
14 events that have been characterized as
15 epidemics that -- that you can recall?  That --
16 regardless of whether they're related to a
17 substance.
18     A.   Yes.
19     Q.   What other epidemics in Cuyahoga
20 County can you think of?
21     A.   Well, when we had the novel strain
22 of influ- -- of influenza 2009-2010.
23     Q.   Was that something that you did
24 analysis of as a part of your work at CCBH?
25     A.   Oh, I was heavily involved in that

Page 205

1 response, yes.
2     Q.   Anything else that you can think
3 of?  Any other epidemics that come to mind
4 right now?
5     A.   Looked at some data associated with
6 like childhood obesity.  That's all I can
7 recall right now.
8         MS. FEINSTEIN:  Thank you, sir.  I
9 have nothing further for you.
10         THE WITNESS:  Thank you.
11         MS. FEINSTEIN:  We're going to
12 change another shift.
13         EXAMINATION OF CHRISTOPHER M. KIPPES
14 BY MS. RANJAN:
15     Q.   Good evening, Mr. Kippes.  I
16 introduced myself off-record, but I know you've
17 met a lot of people so I'll just introduce
18 myself again.  My name is Brandy Ranjan.  I
19 represent Walmart in this matter.
20         I have just a few questions for
21 you.  Hopefully we won't have you here too-too
22 much longer.
23     A.   Thank you.
24     Q.   I know it's been a long day.
25         First off, are you aware that the

52 (Pages 202 - 205)

Page 206

1 County has sued several retail pharmacy chains
2 in this lawsuit?
3    A.   No.
4    Q.   So then I take it that you don't
5 have any information about why the retail
6 pharmacy chains were sued?
7    A.   No.
8    Q.   You haven't formed any opinions
9 about anything that any retail pharmacy chain
10 has done wrong?
11    A.   This --
12       MR. MASON:  Objection.
13    A.   This is the first I'm hearing about
14 it, so I don't know.  I can't form an opinion.
15 I haven't -- it's the first I'm hearing about
16 it.
17    Q.   Let me try asking the question this
18 way.  Do you have any personal knowledge of
19 anything that Walmart has done that you believe
20 has contributed to the opioid crisis in
21 Cuyahoga County?
22    A.   No.
23    Q.   And would the answer be the same
24 for all the other retail pharmacy chains?  In
25 other words, you don't have any personal

Page 207

1 knowledge of anything any retail pharmacy chain
2 has done that you believe has contributed to
3 the opioid crisis in Cuyahoga County?
4    A.   No.
5    Q.   In your work at the Board of
6 Health, have you ever relied on any public
7 statements that Walmart has made about opioids?
8    A.   I'm -- I'm not aware of statements
9 they've made.
10    Q.   So the answer to my question would
11 be no?
12    A.   Could you repeat your question for
13 me?  Sorry.  It's getting late.
14    Q.   Sure.
15    A.   I'm -- I'm trying to stay with us
16 here.
17    Q.   Yeah.  That's okay.  Fine.  It's
18 absolutely.  If -- if there's anything at all
19 that you need me to rephrase or that you don't
20 understand, I appreciate you telling me.  I'm
21 trying -- you know, trying to be as fair and
22 straightforward as I can, so I want you to tell
23 me that.
24       What I was asking was, in your work
25 at the Board of Health, have you ever relied on

Page 208

1 any public statement that Walmart has made
2 about opioids?
3    A.   No.
4    Q.   Have you ever relied on any public
5 statements from any other retail pharmacy
6 chain?
7    A.   Related to the opioid?
8    Q.   Uh-huh.
9    A.   No.
10    Q.   Have you ever done any business on
11 behalf of the County with Walmart?
12    A.   Yes.
13    Q.   Can you tell me about that?
14    A.   Sure.  It's emergency
15 preparedness-related, so now and again Walmart
16 would do emergency preparedness days, and they
17 asked us to show up and kind of stay at a table
18 and answer any questions on personal
19 preparedness.  That's my recollection of any
20 involvement in -- in Walmart.
21    Q.   Is that sort of like disaster
22 planning?
23    A.   Yeah, the disaster planning.
24    Q.   And so Walmart was helping the
25 County with disaster planning?

Page 209

1    A.   I don't know if it was, like, your
2 initiative or the County's initiative.  I just
3 remember Walmart being involved.  It kind of,
4 like, create a home preparedness kit for
5 disaster preparedness-related matters.
6    Q.   Okay.  And so regardless of whose
7 initiative it was, the County and Walmart were
8 working together on that emergency preparedness
9 initiative?
10    A.   Yes.
11    Q.   Is that the extent of the business
12 you've -- you've done with Walmart on behalf of
13 the County?
14    A.   Yes.
15    Q.   You can't recall anything else?
16    A.   I cannot recall anything else at
17 this time.
18    Q.   What about any of the other retail
19 pharmacy chains?  Like CVS, Rite Aid,
20 Walgreens.
21    A.   Again, it would be emergency
22 preparedness-related.  When we were
23 exploring if we were dealt with a situation
24 where we had to provide a lot of mass
25 prophylaxis in response to an anthrax attack,

Page 210

1  could we consider the -- the retail pharmacy
2  chains as a way to get pills in people in a
3  quick amount of time.
4      Q.   Okay.  And -- but that's all you
5  recall?
6      A.   Yes.
7      Q.   Okay.  Have you ever done any
8  analysis of the costs that either you or the
9  County would attribute to the opioid crisis?
10     A.   No.
11     Q.   Could you take a look at the
12  community health assessment?  I believe it was
13  Exhibit --
14         MR. MASON:  19.
15         MS. RANJAN:  19?  Thank you.
16     Q.   Do you still have that in front of
17  you?
18     A.   Yes, I do.
19     Q.   Could you flip to page 18?  There's
20  a heading labeled -- labeled "Overview of
21  Community Stakeholder Input."
22         Do you know if you had a role in
23  drafting or reviewing this section of the
24  report?
25     A.   No, I did not.

Page 211

1      Q.   If you could look towards the
2  middle of the page, there's a paragraph that
3  begins "From the perspective."
4      A.   Yep.  I'm reading it.
5      Q.   Okay.  I'm just going to read it
6  aloud.  "From the perspective of substance
7  abuse and mental health, while the opioid
8  crisis is acute, it is among several
9  interrelated problems that the community faces.
10  Suicide risk, violence prevention, and
11  increased emphasis on trauma-informed care are
12  also areas of need in this realm."
13         Did I read that correctly?
14     A.   Yes.
15     Q.   Is that a statement that you would
16  agree with?
17     A.   Yes.
18     Q.   Okay.  I'm going to read from the
19  next paragraph now.  "There's a growing
20  realization that social determinants of health,
21  such as access to quality education,
22  transportation, and jobs, play a large role in
23  impacting the health, and the importance of
24  addressing a broad set of needs if the
25  community is to move the needle on health

Page 212

1  status."
2         Did I read that correctly?
3      A.   Yes.
4      Q.   Would you agree with that statement
5  as well?
6      A.   Yes.
7      Q.   And then continuing, "In fact,
8  these issues often present as barriers to
9  accessing health services for many.  Regarding
10  mental health and substance abuse, stigma
11  associated with these disorders often is a
12  barrier for effective care."
13         Would you also agree with that?
14     A.   Yes.
15     Q.   Okay.  If you could turn to page
16  42.  It looks to me like this section of the
17  report deals with mental and behavioral
18  disorders.
19         Do you see that?
20     A.   Yes.
21     Q.   Did you have any role in pulling
22  together the statistics in this chart?
23     A.   No.
24     Q.   So you couldn't tell me, then, for
25  instance, under "opioid dependence" and "opioid

Page 213

1  abuse" what is included in those categories?
2      A.   I could not.
3      Q.   Do you see, above that, "alcohol
4  abuse, uncomplicated," and "alcohol
5  dependence"?
6      A.   Yes.
7      Q.   Do you agree that alcohol is also a
8  substance that is routinely abused in Cuyahoga
9  County?
10     A.   I would need to understand your
11  definition of "routine."
12     Q.   Okay.  Sure.  According to this
13  chart, hospitalizations due to alcohol abuse
14  are one of the higher figures that's on the
15  chart; is that right?
16         Maybe I can rephrase my question.
17         Let's -- let's try it this way.  Do
18  you agree that alcohol abuse is a significant
19  public health problem in Cuyahoga County?
20     A.   Again, it would come down to what
21  you mean by "significant."
22     Q.   Do you consider it a significant
23  public health problem in Cuyahoga County?
24     A.   It's difficult for me to answer
25  that with- -- without context.  I think I need

54 (Pages 210 - 213)

1 a -- you know, are you comparing it to other
2 things?  It's diff- -- it's just difficult for
3 me to understand, as currently stated.
4     Q.    So you don't have one -- an opinion
5 one way or another?
6     A.    At this time.
7     Q.    Going back to -- you can set that
8 aside.  I think I'm done with it.  Thank you.
9         Going back to the -- the EpiCenter
10 data -- and I'm just going to hit this really
11 quickly, because I think we've pretty much
12 exhausted it.
13     A.    Thank you.
14     Q.    So hopefully these will all be
15 fairly non-controversial, but I think you told
16 us a number of times now that the EpiCenter
17 data is based on self-reported information,
18 correct?
19     A.    Sometimes it's -- I didn't say it
20 quite like that, because sometimes the people
21 who are coming for treatment can't report it
22 themselves, so there may be others that are
23 reporting it to that registrar.
24     Q.    Sure.  Okay.  It's based on
25 information that either the individual patient

1 or someone else provides at the time the
2 patient presents at the ER, right?
3     A.    Correct.
4     Q.    So to -- to put a finer point on
5 it, the data is not based on any testing,
6 correct?
7     A.    When you mean "testing," do you
8 mean, like, laboratory tests and -- and things
9 of that nature?
10     Q.    Exactly.
11     A.    Yeah.  I described earlier it's pre
12 that.  So the data is before that happens.
13     Q.    Right.  So the answer to my
14 question, then, would be yes, right?  The
15 EpiCenter data is not based on any testing?
16     A.    Testing as you define it.  That's
17 why -- you know, testing could mean many
18 things.  If you're talking about biological
19 confirmatory testing, then the answer to your
20 question, I believe, is yes.
21     Q.    That the -- that the EpiCenter data
22 is not based on any biological laboratory
23 testing, correct?
24     A.    Yes.
25     Q.    Yes, it's not based on it.

1     A.    Correct, it's not based on it.
2     Q.    Okay.  Thanks.
3     A.    Sorry.  It's getting late.
4     Q.    I just want to make sure it's clear
5 for the record.
6         And EpiCenter data is also not
7 based on any kind of a doctor's diagnosis,
8 right?
9     A.    It's pre that.  That's correct.
10 It's not based on any doctor's diagnosis.
11     Q.    Is it true that there may be
12 instances where a patient misrepresents what
13 caused his or her injury?
14         MR. MASON:  Objection.
15     A.    Yeah, that's really difficult for
16 me to answer.  I can't speak on behalf of what
17 a patient thinks or represents.
18     Q.    But in terms of your analysis of
19 the EpiCenter data, you have no way of knowing
20 whether that's the case, correct?
21     A.    Correct.
22     Q.    And the EpiCenter data also does
23 not always identify the source of a particular
24 drug, right?
25         MR. MASON:  Objection.  Asked and

1 answered.  We've gone over this.
2     A.    What do you mean by "source"?  This
3 is getting confusing for me.
4     Q.    Well, you testified earlier that
5 there are some instances where the EpiCenter
6 data identifies a particular drug, correct?
7     A.    Sometimes it does.
8     Q.    And sometimes it doesn't, right?
9     A.    Correct.
10     Q.    But in the instances where it does
11 identify a drug, it does not always identify
12 the source of the drug, right?
13     A.    Like where they got it from?  Who
14 prescribed it to them?  That's what I'm trying
15 to understand when you say "source."  That's
16 what's confusing me and not allowing me to
17 answer your question.
18     Q.    Okay.  Well, let's try it this way.
19 How about when the EpiCenter data does list a
20 prescription medication, is it fair to say that
21 that doesn't necessarily mean that the
22 medication was prescribed to the person who
23 took it?
24     A.    There's no way to tell that.
25     Q.    And even if it was prescribed to

55 (Pages 214 - 217)

Page 218

1 the person who took it, the EpiCenter data does
2 not indicate whether the patient took the
3 medication as prescribed, right?
4     A.    The -- this question is becoming
5 more and more confusing because it depends on
6 what is indicated in that free text.  So if the
7 patient says, "I took too many pills that my
8 doctor gave me," that indicates a source.
9         If the patient states, "I took 12
10 pills when I should have been taking one" -- it
11 depends on what the free text is.  So that's
12 why it's difficult for me to answer this
13 question the way that you're asking it.
14     Q.    Uh-huh.  In other words, the
15 EpiCenter data may or may not indicate whether
16 a person took a medication as prescribed?
17     A.    Correct.
18     Q.    We just don't know which -- which
19 ones would have that and which ones wouldn't?
20     A.    Correct.
21         MS. RANJAN:  Okay.  I think that's
22 all I have.
23         We can go off the record.
24         THE VIDEOGRAPHER:  Going off the
25 record.  The time is 6:43.

Page 219

1     (Off-the-record discussion.)
2         THE VIDEOGRAPHER:  We're back on
3 the record.  The time is 6:43.
4         MS. RANJAN:  That's all the
5 questions I have.  I believe that's all the
6 questions that the Defendants have.
7         MR. MASON:  I have no questions.
8         THE VIDEOGRAPHER:  We're going off
9 the record.  The time is 6:44.
10         This concludes today's testimony
11 given by Christopher Kippes.  The total number
12 of media units used was three, and will be
13 retained by Veritext Legal Solutions.
14     (Deposition concluded at 6:44 p.m.)
15         ~ ~ ~ ~ ~
16
17
18
19
20
21
22
23
24
25

Page 220

1 Whereupon, counsel was requested to give
2 instructions regarding the witness's review of
3 the transcript pursuant to the Civil Rules.
4
5         SIGNATURE:
6 Transcript review was requested pursuant to the
7 applicable Rules of Civil Procedure.
8
9         TRANSCRIPT DELIVERY:
10 Counsel was requested to give instructions
11 regarding delivery date of transcript.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 221

1     REPORTER'S CERTIFICATE
2 The State of Ohio,   )
3             SS:
4 County of Cuyahoga.  )
5
6     I, Stephen J. DeBacco, a Notary
7 Public within and for the State of Ohio, duly
8 commissioned and qualified, do hereby certify
9 that the within named witness, CHRISTOPHER M.
10 KIPPES, was by me first duly sworn to testify
11 the truth, the whole truth and nothing but the
12 truth in the cause aforesaid; that the
13 testimony then given by the above-referenced
14 witness was by me reduced to stenotypy in the
15 presence of said witness; afterwards
16 transcribed, and that the foregoing is a true
17 and correct transcription of the testimony so
18 given by the above-referenced witness.
19         I do further certify that this
20 deposition was taken at the time and place in
21 the foregoing caption specified and was
22 completed without adjournment.
23
24
25

56 (Pages 218 - 221)

**Page 222**

1    I do further certify that I am not
2  a relative, counsel or attorney for either
3  party, or otherwise interested in the event of
4  this action.
5    IN WITNESS WHEREOF, I have hereunto
6  set my hand and affixed my seal of office at
7  Cleveland, Ohio, on this 23rd day of
8  January, 2019.
9
10
11
12
13
14  Stephen J. DeBacco, Notary Public
15    within and for the State of Ohio
16
17  My commission expires September 30, 2022.
18
19
20
21
22
23
24
25

**Page 224**

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

2

ASSIGNMENT REFERENCE NO: 3191896
3  CASE NAME: In Re: National Prescription Opiate Litigation v.
DATE OF DEPOSITION: 1/18/2019
4  WITNESS' NAME: Christopher M. Kippes
5    In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7    I have made no changes to the testimony
as transcribed by the court reporter.
8

9  Date          Christopher M. Kippes
10    Sworn to and subscribed before me, a
Notary Public in and for the State and County,
11  the referenced witness did personally appear
and acknowledge that:
12
They have read the transcript;
13    They signed the foregoing Sworn
Statement; and
14    Their execution of this Statement is of
their free act and deed.
15
I have affixed my name and official seal
16
this _____ day of_____, 20____.
17
18    _____
Notary Public
19    _____
Commission Expiration Date
20
21
22
23
24
25

**Page 223**

1    Veritext Legal Solutions
1100 Superior Ave
2    Suite 1820
Cleveland, Ohio 44114
3    Phone: 216-523-1313
4
January 23, 2019
5
To: Matt McMonagle
6
Case Name: In Re: National Prescription Opiate Litigation v.
7
Veritext Reference Number: 3191896
8
Witness: Christopher M. Kippes    Deposition Date: 1/18/2019
9
10  Dear Sir/Madam:
11
Enclosed please find a deposition transcript. Please have the witness
12
review the transcript and note any changes or corrections on the
13
included errata sheet, indicating the page, line number, change, and
14
the reason for the change. Have the witness' signature notarized and
15
forward the completed page(s) back to us at the Production address
16  shown
17  above, or email to production-midwest@veritext.com.
18
If the errata is not returned within thirty days of your receipt of
19
this letter, the reading and signing will be deemed waived.
20
21  Sincerely,
22  Production Department
23
24
25  NO NOTARY REQUIRED IN CA

**Page 225**

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

2

ASSIGNMENT REFERENCE NO: 3191896
3  CASE NAME: In Re: National Prescription Opiate Litigation v.
DATE OF DEPOSITION: 1/18/2019
4  WITNESS' NAME: Christopher M. Kippes
5    In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7    I have listed my changes on the attached
Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9    I request that these changes be entered
as part of the record of my testimony.
10
I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
that both be appended to the transcript of my
12  testimony and be incorporated therein.
13    _____
Date          Christopher M. Kippes
14
Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
the referenced witness did personally appear
16  and acknowledge that:
17    They have read the transcript;
They have listed all of their corrections
18    in the appended Errata Sheet;
They signed the foregoing Sworn
19    Statement; and
Their execution of this Statement is of
20    their free act and deed.
21    I have affixed my name and official seal
22  this _____ day of_____, 20____.
23    _____
Notary Public
24
_____
25    Commission Expiration Date

Page 226

```
1        ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS MIDWEST
2          ASSIGNMENT NO: 1/18/2019
3  PAGE/LINE(S) /       CHANGE      /REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
    _____      _____
20 Date            Christopher M. Kippes
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23     _____
       Notary Public
24
       _____
25     Commission Expiration Date
```

Veritext Legal Solutions
www.veritext.com                                                                888-391-3376

**[& - 1999]**

| & | | |
|---|---|---|
| **&** 2:3,10,16 3:8,16 4:4,16 11:14,23 12:11,16 197:17 197:20 | | |

**0**

**000018578** 8:7 176:25 177:9
**000018582** 8:8 176:25
**000874244** 7:18 153:2,9
**000874248** 7:18 153:2
**0014238914** 7:7 133:19
**0014273960** 7:3 131:8
**001483681** 6:25 114:3,20
**001483704** 6:25 114:4
**001631892** 8:3 166:19,25
**001631896** 8:3 166:19
**001703792** 7:9 142:5,12
**001703798** 7:10 142:6
**002133113** 7:24 162:22
**002133117** 7:24 162:23
**002133216** 7:21 158:2,8
**002133218** 7:21 158:3
**013506325** 6:6 27:21 28:2

**013506337** 6:7 27:22
**013506425** 6:4 26:10,16
**013506429** 6:4 26:11
**014178254** 6:15 96:12,18
**014178261** 6:15 96:12
**014194735** 6:20 105:11,17 114:13
**014194747** 6:20 105:12
**014194961** 6:23 112:11,17
**014194965** 6:23 112:12
**014195066** 7:15 151:10,16
**014195078** 7:15 151:11
**014198111** 7:12 149:10,17
**014198155** 7:13 149:10
**014238912** 7:6 133:19,25
**014273960** 131:13
**014335592** 6:12 91:11,20
**014335599** 6:12 91:11
**014369573** 6:18 100:11,17
**014369574** 6:18 100:12
**078** 151:17

**1**

**1** 6:3 7:17 8:7 10:13 26:8,15 28:5,25 91:2 153:1,13,15,21 157:16 176:24
**1,441** 154:9,14,19 154:24 155:1,21
**1/18/2019** 223:8 224:3 225:3 226:2
**1/2** 13:12
**10** 7:1 58:6,7 131:3,12 167:24 168:17
**10,000** 163:24 164:8
**10/13/2017** 7:1 131:4
**100** 6:16 174:9,15
**101** 3:17
**10178-0060** 3:18
**102** 9:8
**105** 6:19
**11** 7:4 133:15,24
**1100** 3:10 223:1
**112** 6:21 9:8
**114** 6:24
**11472** 222:13
**115** 149:17
**12** 5:8 7:8 64:21 64:22 142:2,10 218:9
**12th** 2:11 92:1
**13** 7:11 149:6,15 152:2,7
**1300** 2:5
**131** 7:1
**133** 7:4
**14** 7:14 13:12 151:7,15

**142** 7:8
**149** 7:11
**15** 7:16 152:23 153:7 167:24 168:17
**150** 24:21
**151** 7:14
**152** 7:16
**15219-6401** 2:18
**157** 7:19
**16** 7:19 108:20 157:24 158:7 164:25
**162** 7:22
**166** 8:1
**167** 93:14
**169** 8:4
**17** 1:6 7:22 10:19 108:20 109:4 162:19 163:2
**1717** 4:11
**176** 8:6
**179** 9:9
**18** 1:11,13,14,19 8:1 10:2 97:2 166:14,24 210:19
**1820** 223:2
**184** 9:9
**187** 9:10,10 172:16 175:25
**188** 9:11,11
**189** 5:9
**19** 8:4 169:16,22 210:14,15
**19103** 4:11
**195** 9:12
**198** 9:12
**199** 9:13
**1990s** 111:17
**1999** 4:5

**1:06**  1:20 10:2
**1st**  151:24 153:11
  155:13

**2**

**2**  5:3 6:5 27:19
  28:1,25 91:17
  94:9 152:14
  153:16,18 157:17
  176:14
**2.9**  157:2
**2.9.**  157:1
**2/26/2018**  8:1
  166:15
**20**  8:6 176:21
  177:7 224:16
  225:22 226:22
**200**  9:13,14 145:10
**2000**  15:13
**2000-2005**  56:6
**20005**  2:11
**2003**  98:12
**2004**  15:6
**2007**  89:14 106:25
  115:21
**2009-2010**  204:22
**201**  9:14
**2010**  6:8 86:8,15
  86:21 87:19 89:7
  89:21 90:6,10,20
  93:9,24 94:5,21
  95:17,23 96:2,6
  173:12,22
**2011**  6:10 91:7
**2012**  6:14 92:1,5
  96:10 98:12
**2013**  52:16 101:7
**2014**  6:6 27:21
  28:12,15,17,24
  97:2 101:13
**2016**  6:20,24 7:6
  7:11,14,18 105:11

105:24 106:25
108:18,19 109:4
113:3,14 114:3,14
114:22 115:21
124:8 133:18
135:14,23 142:22
147:3 149:7 151:8
151:25 153:1,12
153:13 155:14
**2017**  7:19,22 8:7
  124:8 131:21
  157:25 158:15
  159:15 162:20
  176:24 177:15
**2018**  6:4 8:4 26:10
  26:25 27:2 32:4,9
  52:10,14 65:12
  78:10 125:6,7,9,16
  166:11 167:5
  169:17 170:2
**2019**  1:19 10:3
  222:8 223:4
**202**  2:12
**2022**  222:17
**205**  5:10
**206**  9:15
**2100**  1:23 10:22
**212**  3:18
**213**  4:18
**215**  4:12
**216**  2:6,7 3:11
  9:15,16
**216-523-1313**
  223:3
**217**  158:12,23
**218**  158:9
**21st**  92:1
**22**  94:18 113:3
**221**  5:12
**23**  223:4

**23rd**  222:7
**241-7910**  4:12
**243-4006**  4:18
**247**  154:3
**248**  153:9
**26**  6:3 167:5
**261**  96:19
**27**  6:5
**273**  175:15
**2804**  1:5,6 10:18
  10:19
**298-6962**  2:7
**2:24**  63:24
**2:47**  64:2
**2nd**  7:5 133:18

**3**

**3**  6:8 86:7,13
  135:13 158:15
  171:10 176:19
**3/21/2012**  6:9 91:7
**3/22/2016**  6:21
  112:9
**3/3/2016**  7:4
  133:16
**30**  7:18 41:21
  42:11,14 45:4
  153:1 222:17
**300**  80:20 170:4
**309-6864**  3:18
**30th**  153:12
  155:13
**31**  8:7 101:6
  176:24
**3100**  4:11
**3191896**  223:7
  224:2 225:2
**31st**  151:25
**325**  3:4
**32nd**  2:17
**332-4780**  4:6

**337**  28:3
**367-1979**  2:6
**3:25**  91:3
**3:27**  91:17
**3:58**  113:21
**3rd**  7:6 133:18

**4**

**4**  6:9 91:6,19
  142:21 154:3
**4/18/2014**  6:13
  96:10
**40**  41:21 42:12,14
  45:4
**412**  2:18
**42**  156:25 212:16
**424**  4:6
**429**  26:17
**43216-5017**  3:5
**434-5139**  2:12
**44113**  1:23 3:11
**44114**  223:2
**44th**  4:17
**45**  94:17
**45090**  1:11,13
**45132**  1:14
**469-3939**  3:6
**47**  9:3
**4:22**  113:24

**5**

**5**  6:13 96:9,17
**5,453**  154:9,23
**55**  1:23 10:21
**560-7455**  2:18
**577**  100:18
**582**  177:9
**594**  94:8
**599**  91:21
**5:47**  176:15
**5:56**  176:19

**6**

**6** 5:5 6:16 100:7
  100:16
**600** 3:5
**614** 3:6
**62.1** 155:22
**62.1.** 155:19
**67** 9:3
**68** 9:4
**696-4661** 3:11
**699** 115:5 120:21
**6:43** 218:25 219:3
**6:44** 219:9,14

**7**

**7** 6:19 105:9,16
  114:9 115:2,6,19
**7/31/2013** 6:16
  100:8
**70** 9:4,5
**704** 114:20
**725** 2:11
**736** 111:7
**743** 106:12 115:2
**747** 105:18
**777** 4:17
**795** 148:7
**798** 142:12

**8**

**8** 6:21 64:23 112:8
  112:16
**8/4/2016** 7:8 142:3
**86** 6:8
**89** 9:5,6,6
**895** 155:18
**896** 167:1

**9**

**9** 6:24 87:4 114:1
  114:18 115:4,7,10
  115:24

**9/11** 56:7
**90** 9:7
**90017-5844** 4:18
**90067-4643** 4:5
**91** 6:9
**914** 134:1
**950** 2:5 3:10
**9548** 13:9
**96** 6:13
**965** 112:18
**98** 9:7

**a**

**aaron** 1:7
**abbreviate** 14:25
**able** 18:12 23:13
  47:3 54:9 55:24
  56:25 59:21 79:12
  99:2,9 117:2
  126:14 132:25
  138:25 154:24
  155:10 157:3
  160:20 161:8
  180:13 181:1
  186:6
**abnormalities**
  136:17 137:3,11
**absolutely** 207:18
**abuse** 42:15,22
  43:2 44:20,22
  83:6,12 87:12
  88:25 95:16,22
  98:7 105:4 111:20
  111:21 166:9
  172:17 173:15,25
  189:25 211:7
  212:10 213:1,4,13
  213:18
**abused** 213:8
**academic** 202:16
**access** 50:17 54:17
  54:19 55:8,10,16

**accessing** 212:9
**accompanies**
  194:8,12
**accor** 20:1
**accountant** 30:14
  30:15
**accurate** 28:15
**accused** 41:2
**achieve** 165:17
**acknowledge**
  224:11 225:16
**act** 224:14 225:20
**actavis** 2:14,15
  3:14,14
**acting** 33:19
**action** 11:3 109:25
  110:1,8,16 173:13
  222:4
**active** 171:7
**activities** 20:23
  79:6 187:3,25
  188:14
**activity** 138:24
  140:10
**actual** 179:14
**acute** 211:8
**ad** 62:6 110:25
**add** 129:7
**added** 25:14 52:12
**addiction** 31:24
  194:2,13,21,24
  195:4
**addictive** 41:5,6
**addicts** 103:16
**adding** 49:16

**additional** 18:13
  109:19 117:11
  129:11,14 179:1
**address** 10:21
  46:7,25 71:7
  160:8 223:15
**addressing** 211:24
**adequate** 140:25
**adjournment**
  221:22
**administer** 56:24
  125:14
**administered** 55:4
  81:23
**administrative**
  37:16 92:13
**administratively**
  44:6
**administrator**
  92:15
**adopted** 109:14
**advance** 34:24
  35:17 36:3 57:11
  189:16
**advise** 35:8
**affairs** 178:22
**affiliations** 11:7
**affixed** 222:6
  224:15 225:21
**aforesaid** 221:12
**afternoon** 13:2
  64:7 70:22
**age** 12:21
**agencies** 21:19,22
  22:1,2,12,14,19
  23:23 24:7 45:18
**agency** 21:3 22:23
  23:3,18 24:2,5,11
  25:4,6 38:20 43:7
  49:4 88:14 97:22

**agent** 23:6
**aggregate** 57:24
**ago** 32:7 63:11
  87:3 89:11 117:10
  189:21
**agree** 10:11
  102:14 111:25
  211:16 212:4,13
  213:7,18
**agreed** 150:4
**agreement** 128:5
  129:1
**ahead** 68:19
  179:11
**aid** 209:19
**al** 1:11,11,13,14
**alarming** 87:10
  98:14
**alcohol** 213:3,4,7
  213:13,18
**alert** 7:20,23 62:5
  77:3 95:13 134:12
  134:14,17 137:24
  143:16,18 146:3
  158:1,14,21
  162:21 163:7
  178:21
**alerting** 145:18
**alerts** 7:8 59:24
  63:4 77:14 110:22
  110:25 136:4,9
  138:1,3 139:5
  141:1 142:4,25
  143:3,9 146:20
  147:10 158:17,25
  178:12,15,16,17
  178:18 184:6,7,8
  184:10 185:6
**algorithm** 150:7
  150:11 152:8

**allan** 7:1 25:1,2,8
  36:22,23 38:24
  92:1 101:2 131:5
  131:15,23 136:1,1
**allegations** 40:22
  187:4 188:1,15
  196:16,19
**allergan** 197:5
**allied** 18:5
**allison** 63:13
  73:17 75:19 97:14
  98:1 112:24
  146:21
**allow** 18:14
  109:15 110:10
  143:21
**allowing** 138:23
  165:16 181:17
  217:16
**allows** 54:8
**aloud** 211:6
**amato** 96:25 97:19
  112:21
**amerisourceberg...**
  4:8 12:14 188:11
  188:13,19,22
**amount** 210:3
**amy** 136:15,18,25
  137:11,17 138:6
**analyses** 170:22
**analysis** 85:17
  126:23 191:1,19
  204:24 210:8
  216:18
**analyst** 51:8 62:20
**analysts** 46:1 86:1
**analytic** 49:7 52:7
**anecdotal** 103:15
  103:23
**angeles** 4:5,18

**animal** 45:13
**annual** 6:8 74:11
  74:23 75:1 84:25
  85:9,12,22 86:9,15
  86:22 177:14
**annually** 62:11
**anomaly** 7:5
  133:17 134:7,8,18
  135:10
**answer** 14:16
  22:22 24:1 30:18
  30:20 31:2 42:17
  46:20 49:24,24
  53:12,14 54:5
  56:25 58:8 62:17
  68:19 99:2,10
  126:14 127:25
  129:8,21 132:25
  161:3 179:11
  186:9,16 201:1
  206:23 207:10
  208:18 213:24
  215:13,19 216:16
  217:17 218:12
**answered** 119:21
  217:1
**answering** 172:1
  172:10
**answers** 185:2
**anter** 136:15,18
**anthrax** 209:25
**antibiotic** 193:1
**antibiotics** 193:1
**anxious** 36:16
**anybody** 34:12
**anymore** 62:17
**apart** 79:12
**apologize** 106:23
  170:7 189:16
  200:11

**appear** 224:11
  225:15
**appearance** 11:11
**appearances** 2:1
  3:1 4:1 5:3 11:7
**appears** 135:22
  170:15 173:21
**appended** 225:11
  225:18
**appendix** 80:19
  175:17 176:7
**applicable** 116:17
  117:13 220:7
**application** 55:1
  55:13 56:14
  160:11
**appreciate** 22:8
  207:20
**appreciation**
  41:20
**approach** 150:6
  159:17 186:1
**approaches** 186:9
**appropriate**
  178:25
**approved** 194:5,7
**approximately**
  15:6 24:20,21
  56:3 57:25 64:23
  125:8
**april** 15:12 44:9
  73:9 75:19 97:2
**arch** 4:11
**area** 26:1,6 39:21
  44:7 45:19,21,22
  45:24,25 48:23,24
  48:25 49:17,20
  50:15 51:17 53:5
  53:11 61:16,21
  62:14 64:14,17
  75:24 76:5,12

77:10 78:2,16,23
79:13 83:1 85:16
88:13 93:3 98:23
136:22 145:11
**areas** 21:6 41:22
45:25 46:4 88:15
140:9 211:12
**army** 30:5
**arnold** 4:16 12:16
**arnoldporter.com**
4:19
**arrangements**
88:18
**aside** 15:20 21:11
21:13 34:11 35:15
44:18 51:24 59:8
59:24 81:9 82:24
105:7 107:24
214:8
**asked** 27:9 37:6,10
64:9 65:6 72:1
81:4 90:16 110:6
129:9 143:7
167:20 182:11
195:10,15 196:14
197:7 204:4
208:17 216:25
**asking** 88:24
199:22 206:17
207:24 218:13
**asks** 131:23
145:11 158:20
**aspect** 49:5
**aspirin** 61:1
**assembling** 63:6
**assess** 185:18
**assessment** 8:2,5
29:10 52:6,15,25
78:8,10,19 79:15
80:2,14,17 81:2
166:4,11,18 167:8

167:10 168:1,9,11
168:18 169:12,18
170:3,13,19
171:15,20 174:3
175:2,12 191:13
210:12
**assessments** 52:4
52:7 165:25 166:2
166:3
**assignment** 224:2
225:2 226:2
**assigns** 58:23
**assistance** 43:12
146:25
**assoc** 119:9
**associated** 33:11
33:11 39:13 71:8
77:14 118:19
119:9 132:21
146:20 147:9
148:13 154:7
155:18,21 166:5
172:20 173:4
185:8,20 187:14
194:24 205:5
212:11
**assume** 199:15
**attach** 151:22
**attached** 96:21,22
225:7
**attaching** 93:10
**attachment** 6:12
6:14,18,22 7:9,15
8:3 91:10,23 94:4
96:11 100:11,23
103:1,3 112:11
142:5,14 147:22
147:22 151:10,18
166:18 167:3
**attachments**
100:20,21

**attack** 61:10
209:25
**attempt** 150:9
**attempts** 150:6
154:5
**attended** 71:23
**attending** 11:6
**attorney** 11:12
222:2
**attribute** 210:9
**audibly** 13:18
**audiences** 178:6,9
**audio** 10:9,10
**august** 7:11
142:21 149:7
**author** 170:18
174:4
**authority** 24:15
**authorize** 225:11
**authorized** 54:21
**authors** 170:14
**automated** 104:6
**availability**
111:24
**available** 56:11
68:14 86:17 125:4
140:14 148:10
154:8 169:24
**ave** 223:1
**avenue** 2:5 3:10,17
4:5
**avoid** 26:1
**awaiting** 182:1
**awaken** 81:25
**aware** 13:16 69:15
87:19 89:7,21
90:10 104:20
112:3 113:12
130:13 132:20
138:19,24 158:13
178:23 186:21

192:13 193:4,10
193:14,19,24
194:4,11,23 195:2
195:6,7,13,21
196:4 197:19
202:6,11,22
203:23 205:25
207:8
**awareness** 54:2
87:13 90:9 113:11
140:10 173:13
**axis** 120:23

**b**

**baby** 23:16
**back** 41:14 48:24
52:18 64:1,4
76:17 82:1 88:23
91:15 111:4
113:23 119:17
120:20 123:25
124:1 141:4 162:3
168:13 174:9
175:5,7 176:17
187:12 195:25
214:7,9 219:2
223:15
**background** 16:6
18:17
**backgrounds** 17:7
**bad** 48:2
**baldwin** 16:1
17:19
**ball** 44:16
**ballpark** 32:6,8
44:14,17 63:10
69:19
**bar** 120:22
**barrier** 212:12
**barriers** 212:8
**based** 30:7 50:19
50:22 54:8 55:1

67:5 98:21 115:22
116:5 117:1
125:23 126:2,9
135:21,23 139:9
139:17 143:23
145:2 146:1 147:8
147:10 148:18
149:3 154:10,13
154:18 160:16,22
173:2,21,23
175:13 179:7,13
183:12 184:10
185:6 195:18,18
196:25 214:17,24
215:5,15,22,25
216:1,7,10
**baseline** 58:13
**basic** 30:4
**basically** 37:21
57:9 117:4 140:23
**basis** 22:11,16
60:2,2 76:5,23,25
169:11
**bates** 26:16 28:2
86:17 91:20 94:8
96:18 100:17
105:17 112:17
114:12,19 131:13
133:25 142:11
149:16 151:16
153:8 154:3 158:8
163:3 166:25
169:25 177:9
**bear** 123:12
202:20
**bearing** 26:16
28:2 91:20 96:18
100:17 112:17
114:19 131:13
133:25 142:11
149:16 151:16

153:8 158:8 163:3
166:25 177:8
**becky** 62:23
**becoming** 55:22
218:4
**began** 173:19,22
**beginning** 11:11
91:16 160:16
176:18
**begins** 211:3
**behalf** 2:2,9,14 3:2
3:8,13 4:2,8,14
11:14,17,20,22
12:1,2,9,11,13,16
33:19 190:12
191:25 192:5
208:11 209:12
216:16
**behavioral** 31:11
212:17
**believe** 25:13 44:1
46:24 53:23 56:13
63:20 64:21 65:12
73:15 90:16
100:20 106:1
130:16 146:21
168:24 173:16
177:15 195:10
206:19 207:2
210:12 215:20
219:5
**benzo** 118:25
119:3 150:10
**benzodiazepine**
119:5 126:22
**benzodiazepines**
119:6,11 120:18
121:12 126:20,22
127:2,3,5
**best** 14:13,14
24:14 28:16 29:9

39:10,11 55:2
56:25 102:12
125:12 178:7
189:14,19
**beth** 178:21
**better** 36:12 40:2
47:2 54:5 61:14
76:3 95:17,23
96:2,6 99:10
132:9,17 159:4
160:21 165:15
186:16
**beyond** 146:1
**big** 93:11,12
**bigger** 23:12
**biological** 215:18
215:22
**biology** 18:25
**biostatistician**
31:1
**biostatistics** 30:22
30:23
**bioterrorism**
55:25 61:11
**birth** 81:2,13,13
**bit** 29:4 42:16 47:2
76:2 78:9 124:21
189:17 199:18
**bites** 45:14
**black** 48:3
**blue** 120:22 121:9
121:18
**board** 6:8 12:5
14:22 15:5,21
16:19 19:7,9,10,12
19:20 20:14 21:12
21:14 22:10,22
23:20 24:1,10,19
24:22 34:17 41:15
41:17 43:22 45:5
46:7,25 47:14

54:16 55:7,16
69:8 71:10,13,16
73:4,22 74:4 82:3
82:17 83:22 84:3
84:23,24 85:9,21
86:8,14,16,22 88:9
92:24 93:4 99:12
99:20,22 101:3
127:21 130:2,14
130:24 132:7,17
132:22 136:8,24
143:8 159:23
161:17 162:11
164:8 166:8
168:21 178:3
181:7 190:13
207:5,25
**bockius** 2:16 3:16
**body** 92:7 93:6
**bottom** 91:24
92:16 93:7 96:24
111:9 134:4
142:16 148:8
149:21 158:22
**boulevard** 3:4
**bound** 59:14
**bowling** 18:20
**brandy** 3:4 11:19
205:18
**branjan** 3:6
**break** 63:18 78:14
90:25 113:18
152:9 176:12
179:23
**breakdown** 94:12
175:12
**breaking** 51:16
140:20
**breast** 42:5
**brian** 134:6

**brief** 153:13
157:17,21 177:10
**briefly** 18:16 33:8
72:19
**briefs** 83:17,24
84:1 106:17 108:1
108:16 109:8
115:8,9 153:23
157:18 177:22,24
178:4
**bring** 81:25,25
84:14 88:17
**bringing** 126:17
**brings** 117:23
**broad** 46:8,11
171:16 211:24
**broader** 22:25
**broken** 120:24,25
**brought** 88:22
**build** 61:5
**building** 43:11
**bullet** 89:12,13,25
103:15 104:5
144:12,15 150:3
150:17
**burling** 4:4 12:11
**business** 22:4
208:10 209:11

**c**

**ca** 223:25
**cabinet** 88:2,8,19
**california** 4:5,18
**call** 27:8 33:13,23
33:25 34:4 52:5
57:21 60:14 72:23
116:15 134:23
149:25 150:1
171:19
**called** 12:21 15:11
15:18 32:13 50:18
60:9,20 87:15

94:5 117:6 118:8
122:16,17 123:20
153:10 189:12
**calling** 40:7
168:14
**calls** 128:5
**campaign** 87:13
87:15
**cancer** 42:6 50:4,4
50:5
**capacity** 16:13
43:11 49:7 83:21
84:3
**caption** 221:21
**capture** 123:4
**captured** 60:22
**capturing** 117:12
**caraffi** 6:16 44:8
72:11 75:19 97:14
100:8 101:2,9
102:7,14,18
112:24 141:12,23
**cardinal** 2:9 11:14
40:18,18 186:24
187:2,8,13,18
**care** 24:17 56:20
57:14 138:25
211:11 212:12
**careful** 14:11
**carfentanil** 67:22
68:22,23 69:3
173:1,5
**case** 1:6,11,13,14
10:18,18 16:9,14
16:15 17:2,4
18:21 65:8 95:1
107:14 108:5
146:25 148:10
216:20 223:6
224:3 225:3

**cases** 50:5 138:12
138:14 139:6,8,16
139:22 161:15
**catching** 145:12
**categories** 40:5
49:25 50:1,24
52:1,19 57:20,23
57:25 58:16 60:9
95:9,10 116:23
117:11 118:22
120:2,3 137:10
139:9 149:3
154:13,18,25
155:2,11,22 157:7
157:14 213:1
**categorize** 30:25
70:4 95:9 116:16
117:2 118:11
156:6
**categorized** 50:23
156:12
**category** 30:3
40:11 52:15,17
58:15,23,25 59:4
60:11,22 119:19
137:4,5 154:4
155:6,17,25 156:7
156:19,25
**causality** 104:2
**cause** 89:16
103:24 143:2,17
221:12
**caused** 216:13
**causes** 99:13,17,23
172:22
**ccbh** 75:17 109:14
191:17,25 204:5,8
204:24
**ccotf** 173:12
**cdc** 6:22 112:9
113:3 128:5 164:1

181:15,19 192:24
**cell** 10:7
**cellular** 10:6
**center** 178:21
186:19
**centers** 191:17
**central** 21:3
**centre** 2:17
**cephalon** 2:14
3:13 189:13
196:11,11 197:8
**certain** 22:18 39:4
58:22 76:11 133:1
138:6,7 168:2
171:5 183:23
**certainty** 54:20
174:10,15 175:9
**certificate** 5:12
221:1 225:11
**certification** 224:1
225:1
**certified** 12:23
**certify** 221:8,19
222:1
**cervical** 42:6
**chain** 6:9,13,21
7:1,4,8,11,14,19
7:22 40:19 91:7
91:23 96:10,20,23
96:25 112:9 131:4
133:16 134:3,17
142:3,16 149:7
151:8,21 157:25
162:20 206:9
207:1 208:6
**chains** 98:2 206:1
206:6,24 209:19
210:2
**chair** 165:23
**change** 90:24
146:6 205:12

223:13,14 225:8
226:3
**changed** 27:3,6
**changes** 64:18
111:15 223:12
224:7 225:7,9
**changing** 101:19
**characterized**
204:14
**chart** 155:5
212:22 213:13,15
**check** 23:16 56:21
136:15
**chemical** 68:4
**chemistry** 19:1
**chicken** 198:1
**chief** 50:19,22
56:15,19 57:2,5,8
57:16 60:24
117:19 123:17
127:17 130:8
135:6 143:20
144:7 160:16
**childhood** 21:9
50:7 205:6
**choose** 20:7
**chris** 7:2 8:1 12:4
131:5 138:6
150:20 166:15
**christopher** 1:18
5:7 6:3,5 10:14
12:20,25 13:5
26:9 27:20 189:7
205:13 219:11
221:9 223:8 224:4
224:9 225:4,13
226:20
**chunks** 122:25
123:7 144:18
**circular** 184:19,21
184:23

**circulating** 153:20
**circumstances**
109:18
**cited** 147:25
**cities** 19:17,23
20:2
**city** 1:14 20:10
**civil** 12:22 220:3,7
224:5 225:5
**claim** 201:13
**clarify** 22:25 24:9
35:1 40:10 64:6
65:11 127:6
**clarifying** 179:2
**classes** 84:12
157:9
**classification**
119:16
**classifications**
127:9 163:25
**classified** 127:4,17
145:5 185:19
**classifier** 60:20,22
61:5 117:6,12
118:8 121:10
123:23 124:12,15
124:24 135:9,16
141:9,17 143:22
144:9,23 145:5
158:14 163:8
179:9
**classifiers** 60:15
60:15 123:16,19
129:13,15 137:4
144:6 164:20
181:19 182:13
191:5
**classify** 68:21
**classifying** 160:22
**classroom** 84:14

**clear** 127:13 216:4
**cleve** 6:25 114:3
114:20
**cleveland** 1:14,23
2:5 3:11 10:22
20:11,15,19,21,24
21:2,5,11 222:7
223:2
**clients** 42:25 201:5
**clinic** 111:16
**close** 154:1
**closer** 51:4 151:22
**clue** 187:6
**cluster** 139:19
**clustered** 140:1
**clusters** 138:9,10
139:18
**coalition** 90:5
101:18 165:13
**cocaine** 118:25
119:13,14 120:18
121:12 156:20
**code** 117:1 118:20
122:15,15,17
125:20 139:17,21
140:2,21 150:12
154:24 157:3
**codes** 138:15
139:23
**coding** 116:20,22
147:5 164:19
**colleague** 195:10
196:14
**colleagues** 45:15
**collect** 53:22
**collected** 133:4
**collects** 135:6
**columbus** 3:5
**combat** 90:3 98:7
**come** 42:1 50:10
63:4 72:1 82:10

86:5 88:17 121:10
129:15 143:19
194:17 205:3
213:20
**comes** 49:5,10
75:22 145:1 193:3
**comfortable** 68:3
**coming** 71:6 107:9
138:14 139:22
165:14 214:21
**commercials**
201:24,25
**commission**
222:17 224:19
225:25 226:25
**commissioned**
221:8
**commissioner**
24:23 25:3,7
**committee** 52:11
165:22 167:9,13
167:15,18,20,23
168:1,7,10,12,15
168:18 169:1,6
**common** 81:1
**communicable**
21:4 45:12 49:12
50:6 85:24
**communicated**
187:17 188:7,21
**communication**
98:2 102:12
**communications**
36:2
**communities**
19:15,22 20:13
48:14 93:14
138:23
**community** 8:2,5
15:18 22:4,5
24:18 39:16,22

46:13,15,18 47:24
48:3,6 52:4,6,6,11
52:24 67:24 70:6
71:8 73:6 78:8,19
79:14 80:1,13,16
81:1 88:4,14,16
109:17,24 110:1,8
110:16 166:17
167:8 168:9,11
169:2,11,17 170:3
170:19 171:15,20
173:13 174:2
175:2,11 177:25
178:1 196:1
210:12,21 211:9
211:25
**companies**  40:14
197:4 198:6,9,20
198:25 199:10
200:1,15 201:14
201:15,18,23
**company**  202:1
**compare**  159:9
161:18 162:12
163:12 172:5
183:1
**compared**  139:2
**comparing**  159:2
161:25 181:4
182:4 214:1
**compile**  51:13
52:8 62:14
**compiling**  52:12
62:11
**complaint**  38:2,5
50:19 56:15,19
57:3,5,8 127:17
130:8 135:6
143:21 144:8
160:16 180:2
181:5 196:16

**complaints**  50:23
57:16 58:24 59:3
60:10,21,24
117:19 123:17
182:5,24
**complete**  28:15
104:21 152:3
**completed**  150:25
151:3,5 221:22
223:15
**completing**  129:8
**comply**  37:24
**component**  49:20
**composition**  68:4
**comprehensive**
171:19,22,24
172:7
**computer**  122:12
122:17
**concerns**  52:14
172:17 173:25
175:16
**concluded**  219:14
**concludes**  219:10
**conclusion**  180:17
**conditions**  67:12
**conduct**  23:13
52:5 159:16
190:25
**conducted**  191:25
203:18,21
**conducting**  167:7
**conference**  33:13
33:23,25 34:3
**confess**  107:21
**confident**  61:24
**confirm**  109:16
110:11 180:6
201:3
**confirmatory**
179:14 215:19

**confuse**  201:2
**confusing**  199:7
201:1 217:3,16
218:5
**conjunction**  37:4
108:2
**connected**  26:4
**connection**  22:9
147:3
**connolly**  2:10
11:14
**consider**  29:25
30:17 40:14 53:14
210:1 213:22
**considered**  172:7
**consistent**  101:17
**consistently**
121:18
**consolidated**
171:2
**constitutional**
57:22 137:15
**consultant**  100:2
**consulted**  80:16
100:3
**consumer**  102:3
111:18 201:19
202:3
**contact**  141:2
**contained**  27:3,14
28:14
**content**  36:9,11,14
36:20 85:18
104:24
**contents**  171:11
171:12 172:4
**context**  55:18
198:3 202:17
213:25
**continue**  10:11
16:8 25:25 60:18

101:23 134:16
135:24 137:20,21
**continued**  3:1 4:1
94:1 98:24 113:14
**continues**  59:12
102:5
**continuing**  28:23
60:16 212:7
**contractor**  16:21
**contracts**  16:18
**contributed**  74:17
74:20 206:20
207:2
**contributing**
101:24 111:14
112:1,4
**contribution**  75:6
**contributor**
170:18
**contributors**
130:6 170:14
**controversial**
214:15
**conversation**
35:24 36:19
**conversational**
14:10
**conversations**
10:6 35:23
**cooperative**  128:5
129:1
**coordinate**  43:9
71:12 73:5
**coordinated**  46:3
**coordinates**  71:14
71:17
**coordinating**
165:25
**coordination**
45:15

copied 96:23
core 31:18
corner 26:24
28:11 148:8
corporation 4:2,8
187:22,25 188:5,8
188:11,14,19,22
correct 16:22
17:16 18:2 20:1
23:25 27:1 28:9
28:13 32:5 34:5
35:14 37:20 39:1
49:22 51:19,23
58:12 59:1,7
64:12,25 65:5
67:1,4 71:22
75:20 79:17,21
84:5,22 105:25
106:4,14,18 109:5
109:10,20 115:23
118:1,6 120:16,19
121:16,20 122:1
123:9,21 126:8
127:20 136:6,23
141:15,25 144:3
145:6 147:7
148:25 149:4
155:15 156:18,21
162:17 166:6
169:3,9 172:14
180:12,25 181:2,9
183:17 190:23
194:22 198:21,22
214:18 215:3,6,23
216:1,9,20,21
217:6,9 218:17,20
221:17
corrections 223:12
225:17
correctly 21:24
25:24 64:8 116:25

132:10,12 143:6
154:11,16 155:20
156:8 159:6
174:25 211:13
212:2
costs 210:8
counsel 11:5 34:16
37:16 196:7,11
220:1,10 222:2
counties 20:24
43:12 90:1,12
county 1:11,12 6:8
6:19,24 7:3,5,21
7:24 8:4 12:5
14:22 15:5,21
16:19 19:7,10,12
19:14,20,22,23
20:9,13,14 21:12
21:14,19 22:15,19
22:24 23:2,5,7,12
23:19,22 24:10
33:19 34:17 41:15
41:16 43:10,22
46:7 51:10 54:16
55:7,15 69:8,10,13
69:16,23,24 70:9
70:22,25 71:9,10
73:22 74:4,5,8
81:16 82:3,17
83:22 84:23 85:9
86:8,14,16,21 88:9
89:8,25 90:4,11,18
92:24 93:23 95:16
95:22 96:2,6
99:11,14,18,24
101:3 103:10
105:10 106:24
114:2,14,23
115:20 127:21
130:2,14 131:7,17
132:3 133:17

134:7,11,21
135:11 136:8
139:2,24 145:9
148:5 149:2 150:4
150:5 152:11
158:2 162:22
164:8 165:15
167:8 169:17
170:2 173:11,18
176:3 190:12
191:12,14 192:5
192:14,20 193:5
193:15,20,25
195:8,14,22
198:14,25 200:2
200:15 201:9
202:12 203:25
204:7,20 206:1,21
207:3 208:11,25
209:7,13 210:9
213:9,19,23 221:4
224:10 225:15
county's 192:5
209:2
countywide 8:2
166:17
couple 13:15 33:5
33:6 61:23,25
64:5 165:21
175:11 179:1
course 17:1,11,12
17:14,20 18:5,12
31:18
courses 84:20
coursework 83:5,8
84:8
court 1:1 5:15
10:17,25 12:18
13:18 14:12
170:10 224:7

cov.com 4:6
cover 86:25,25
111:6
covered 172:13
184:16 185:3
covers 171:16
covington 4:4
12:11
crashes 89:17
create 26:2 53:11
53:13,17 80:10
116:22 117:10
120:1 181:18
209:4
created 57:23
101:25 117:6
124:4,20 137:4,6
141:9
creating 49:8
credentialed 54:22
credentialing
54:14
credit 18:13,15
crimes 111:23
crisis 48:17 50:8
50:12,16 52:1,22
53:21 61:13,18
62:3,15 69:2
109:8 159:1
206:20 207:3
210:9 211:8
crossed 59:9,25
culture 102:4
curious 158:24
current 39:15
48:16 84:13 99:2
101:22
currently 15:22
20:9 21:15 43:23
46:18 47:14 62:13
159:20 173:3

214:3

**curriculum**  6:3,6
26:9 27:20

**custody**  5:14

**customer**  102:2

**cuyah**  6:4,6,12,15
6:18,20,23 7:3,6,9
7:12,15,21,24 8:3
8:7 26:10,16
27:21 28:2 91:11
91:20 96:12,18
100:11,17 105:11
105:17 112:11,17
114:13 131:8,13
133:19,25 142:5
142:12 149:10,17
151:10,16 158:2,8
162:22 163:3
166:19,25 176:25
177:9

**cuyahoga**  1:12 6:8
6:19,24 7:5,20,23
8:4 12:5 14:22
15:5,21 16:19
19:7,10,12,20,22
19:23 20:9,13,14
21:12,13,19 22:24
23:1 24:9 33:19
34:16 41:15,16
43:9,22 46:7
54:16 55:7,15
69:8,9,13,16,23,24
70:9,22,25 71:9,10
73:22 74:4,5,8
81:16 82:3,16
83:22 84:23 85:9
86:8,14,16,21 88:9
89:8,25 90:4,11,17
92:24 93:23 95:16
95:22 96:1,5
99:11,13,18,23

101:3 103:10
105:10 106:24
114:2,14,22
115:20 127:21
130:2,14 133:17
134:7,10,20
135:11 136:8
150:4 158:2
162:22 164:7
165:8,10,11,12,15
165:20,22 166:1,5
166:7 168:5,8
169:17,23 170:2
173:11,18 176:3
190:12 191:12,14
192:5,5,14,20
193:5,15,20,25
195:8,14,21
198:14,25 200:2
200:15 201:9
202:12 203:25
204:7,19 206:21
207:3 213:8,19,23
221:4

**cv**  26:22 27:9 28:6
28:19

**cvs**  28:25 209:19

## d

**d.c.**  2:11

**dailey**  92:9

**daily**  22:11,16

**dan**  1:7

**dangers**  173:14

**data**  6:14 7:2 8:1
46:1,2 49:7,9,21
50:1,8,11,14 51:7
51:17,20,24 52:1,9
52:21,23,25 53:6
53:10,11,14,18,20
53:22 55:16 60:3
60:6 61:17 62:2,8

62:9,15,20,25 63:6
63:8,10 71:4 75:7
75:24 76:4,11,14
76:16,19,22,23
77:6,13,18,22 78:3
78:6,17,23 79:6,14
79:18,22,23 80:2,3
80:5,8,12,15,16,18
80:23 81:1,11,15
81:17 82:24 83:16
83:17,24 84:1
93:9 94:6 95:3,5,8
96:11 98:8,21
99:2,8,10 106:16
107:7,8,17,20
108:1,16,25 109:7
109:22 110:15,18
113:16 115:8,9,22
116:6,14 122:19
122:21 125:16
126:9,14 127:4,7
127:23 128:12,14
128:18 129:5
130:4,8 131:6,16
131:25 132:2,13
132:18,23 133:3,6
133:10 135:7
137:18 141:24
143:25 144:1
146:8,18 147:9,15
147:19 148:1,19
153:12,22 157:17
157:18,21 159:2,9
159:10,18,25
160:7,15 161:19
161:25 162:5,8,9
162:12,13 163:12
163:13,22 166:9
166:16 167:7
169:6,7,10 171:6
175:1,6,8,10,12,22

176:3,7 177:10,22
177:22 178:4
179:2 180:24
183:1,2 184:3,11
185:7,15,25 186:3
186:7,19 189:22
189:25 190:11,14
190:16,19,25
191:7 205:5
214:10,17 215:5
215:12,15,21
216:6,19,22 217:6
217:19 218:1,15

**database**  54:1,6,17
54:24 81:5,7
104:8,10,21 105:3
132:21 186:19
189:23

**databases**  81:10

**date**  27:15 35:8,10
37:12 69:18
146:11 151:4
220:11 223:8
224:3,9,19 225:3
225:13,25 226:20
226:25

**dated**  97:1 101:6
105:24 135:13
142:21 167:5

**dates**  44:13 63:15

**dating**  195:25

**dawn**  107:2

**day**  3:3 11:20
22:21,21 50:21,21
58:14 59:4 146:2
189:16 205:24
222:7 224:16
225:22 226:22

**days**  82:9 208:16
223:18

de   135:6
dea   145:9 147:24
deal   21:19 22:2
  61:12
dealing   69:2
dealings   187:7
  188:4,18
deals   212:17
dealt   209:23
dear   223:10
death   81:2,13
  89:16 172:22
  180:15,15,23
  183:9
deaths   6:11 7:9
  48:4 50:4 52:13
  70:14 78:12 90:7
  91:10 93:9,12,19
  93:23 97:7,8
  98:10,14,17
  106:25 107:1,3
  111:9 113:5,9,14
  115:20 142:4
  143:2,11,16,18
  144:2 163:21
  166:11 167:15
  173:3,10 174:23
  175:18
debacco   1:25 11:1
  221:6 222:14
decade   97:8
december   8:7
  176:24
decision   85:13
declined   98:11
decreasing   90:6
deed   224:14
  225:20
deemed   223:19
defendants   11:18
  12:9,17 39:24

40:6,22 41:1
  189:13 196:23
  219:6
defer   102:18
define   29:13 30:25
  34:20 54:3 59:11
  59:17 76:7 148:21
  171:21,23 215:16
defined   53:15
defines   144:22
defining   42:23
  66:16 139:8
definitely   29:1
  30:23 124:3
definition   35:21
  43:5 83:19 176:2
  213:11
defiore   134:19
degree   17:8 18:23
  19:3,4 29:19,21
delegated   24:15
delete   37:7,22
delivery   220:9,11
department   15:12
  15:19 19:13,16,18
  19:21 20:11,12,16
  20:19,21 21:13
  24:6,11,12,16
  25:14 42:19 43:21
  43:24 45:19 46:5
  54:21 55:5,5
  56:22 60:17 82:20
  87:9 97:1,6,13,20
  98:9 112:22
  125:11 128:4,16
  129:18 134:9
  135:13 146:14
  182:10,15 191:23
  223:22
departments
  19:24 20:3,8,10

dependence
  212:25 213:5
depending   30:24
  54:3
depends   59:11
  62:4 76:7 85:11
  148:21 171:21
  180:18 218:5,11
deposed   12:24
  13:13 32:2,11,12
  36:15
deposition   1:17
  10:9,14,20 13:16
  26:8,15 27:19
  28:1 32:23 33:1
  34:13,25,25 35:13
  35:17 36:1,4,4,10
  37:1 38:1,11 86:7
  86:13 91:6,19
  96:9,17 100:7,16
  105:9,16 112:8,16
  114:1,18 131:3,12
  133:15,24 142:2
  142:10 147:14
  149:6,15 151:7,15
  152:23 153:7
  157:24 158:7
  162:19 163:2
  166:14,24 169:16
  169:22 176:21
  177:8 219:14
  221:20 223:8,11
  224:1,3 225:1,3
derivative   69:1
describe   24:15
  49:1,2 55:2 107:6
  117:17 161:20
  162:15 163:11
described   36:6
  42:4 78:25 117:5
  117:9 124:21

126:15 147:25
  152:7 156:4 164:3
  180:7 183:6
  196:21 215:11
describes   126:18
  135:4 173:7
describing   110:21
  150:1,12 158:17
  159:24 172:20
description   6:2
  107:25 154:10
descriptions
  118:10
design   56:17
designed   59:16
desk   32:16,17
detail   52:20 79:11
  152:11 185:13
detailed   28:7
details   39:23 57:1
  74:7 82:14
detected   135:3,11
detection   159:5
determinants
  211:20
determination
  160:17
determine   140:21
  179:24 181:1
  183:8
determining   140:1
deterrent   111:20
devastating
  173:15
develop   61:6
  125:20 145:13
  150:4 152:8 164:1
  194:1
developed   55:19
  60:16 144:19
  150:13 171:1

182:11 191:5
**developing** 125:6
**development**
  60:19
**diagnosed** 55:23
**diagnoses** 160:1
  161:19 162:1
  163:13 182:5,25
**diagnosis** 159:19
  179:14 180:9
  181:5 216:7,10
**diagnostics** 57:12
**diff** 214:2
**difference** 65:21
  65:24,25 145:17
**different** 15:17
  17:7,9 25:24
  41:18,21 49:25
  50:24 51:16 56:8
  57:20 59:23 60:9
  60:18 61:4 66:23
  70:15,17 86:1,2
  104:15 114:22,25
  115:10 118:11
  123:16 138:15
  143:5,14 168:4
  170:21,25 172:12
  201:24
**difficult** 30:18,19
  33:14 42:16 46:19
  46:21 47:9 58:8
  79:5 127:24 128:1
  161:2 163:17
  213:24 214:2
  216:15 218:12
**dilaudid** 120:6
**direct** 25:5,8,16
  102:3 201:19
  202:3
**directed** 194:1

**directly** 22:20
  25:20 42:21 56:24
  62:16,18 64:24
  88:12 111:17
  124:14 136:4
  187:9,10 203:4,12
  203:15
**director** 14:21
  15:4 19:7 93:2
  98:22
**disaster** 208:21,23
  208:25 209:5
**discharge** 23:17
  180:19,21
**discharged** 23:15
**discipline** 30:21
  30:24
**discuss** 35:17,20
  35:22 52:19
**discussion** 39:20
  141:23 219:1
**discussions** 36:6,9
**disease** 42:5 45:12
  49:12 50:6 85:24
**diseases** 21:4
  129:4 146:9
**disorder** 203:22
**disorders** 203:19
  212:11,18
**disparity** 48:3,5
**dispose** 88:10
**disposed** 88:18
**disseminated**
  178:6
**distinction** 67:5
  118:15 185:3
**distinguish** 79:6
  109:1 126:1
**distribute** 178:24
**distributed** 140:22

**distributes** 82:18
**distribution** 51:9
  51:21,25 52:24
  79:2,24 80:6
  81:21 82:4,8
  97:23
**distributors**
  202:13 203:11
**district** 1:1,2
  10:16,17 19:13,15
  20:5,5
**diversion** 185:11
  185:23
**divide** 139:16
  149:2 154:12,17
**divides** 144:6
**division** 1:3 10:18
  15:15 24:10 25:21
  25:23 26:2
**doctor** 218:8
**doctor's** 216:7,10
**doctors** 202:24
**document** 1:9 7:16
  8:6 26:16,19 27:7
  27:11,12 28:2,11
  86:14,18,20,23
  87:5 91:20,22
  96:18,21,22
  100:17 103:2
  105:6,17,19,21
  110:3 111:5,5
  112:17 114:11,19
  122:2,8,11 131:13
  133:25 141:5
  142:11 149:16
  151:16 152:24
  153:8 158:8 163:3
  166:25 169:23
  170:1,4 173:21,23
  176:22 177:8

**documents** 29:2
  36:24 37:3,7,11
  65:8 112:20
  115:14
**doing** 23:16 61:21
  78:7 92:12 107:7
  108:10,13 184:9
**door** 32:14
**double** 181:18
**dr** 107:14 108:3,4
  108:15 109:7,12
  116:20 118:7,17
  119:24 120:1,8
  122:4 130:16,19
  139:12 147:5
  150:13,22 152:8
**draft** 153:19
  174:13,14,17
**drafting** 210:23
**drafts** 171:1
**drawing** 67:6
**draws** 30:22
**drill** 117:7
**drilling** 117:9
**driving** 102:5,8,16
**drop** 97:7
**drug** 4:8 6:14 7:5
  7:17 8:6 60:22
  87:6,11 88:25
  89:15 90:2,12
  93:9 94:6,9,13,22
  95:5 96:10 109:16
  110:11 111:8,23
  113:5,9,13 115:25
  117:3 120:24
  121:3,22 126:6,11
  126:23 127:22
  133:16 134:6,9
  135:9 137:3
  139:14 141:11,14
  144:2 148:12,14

148:20 149:2
151:23 152:9,24
153:11 154:4,8,13
154:19,25 155:2,6
155:17,22 157:7
157:14 172:21
173:15 176:22
177:23 184:13
185:8,19 216:24
217:6,11,12
**drugs** 7:20,23
60:20 94:10,15
116:2,9 117:7,11
118:9,11 119:19
119:19,20 120:13
120:13 121:2,5,10
121:13,13,23,24
123:20,23 124:12
124:15,24 127:18
135:16 137:20,23
143:22,25 144:8
144:20,23 145:5
148:12,20,24
149:3 154:8
156:22 157:9
158:1,14 161:12
161:24 162:21
163:7 172:24
179:9
**dual** 17:8
**due** 90:7 121:1,2
143:2 145:18
174:23 175:18
213:13
**duly** 12:23 221:7
221:10

**e**

**e** 6:9,13,16,21 7:1
7:4,8,11,14,19,22
8:1 13:7 51:2
58:10,17 59:5,8,24

60:1 72:8 91:7,23
91:24,25 92:4,8,8
92:17 93:7,10
94:5 96:10,20,23
96:24 100:8,19
101:1,1,6 112:9,21
122:12 131:4,14
131:20 133:16
134:3,4,5,17
135:13,25,25
136:3,10 137:24
142:3,13,16,17,21
143:23 145:7
147:17,22 149:7
149:18,20,22
151:8,17,19,20
157:25 158:10,22
160:23 161:5
162:3,20 163:4,5
163:10,17 164:16
166:15 167:2,3
169:4 178:14
183:12
**earlier** 42:4 56:13
64:7 65:4,7 70:21
72:10,19 73:9
77:2 78:9,25 81:4
81:20 84:7 90:17
104:9 105:1 106:1
117:5 134:13,15
136:20 137:14
139:10 147:4
150:13 156:4
158:17 161:9
163:18 165:1
166:4 170:5
173:16 176:8
177:15 178:13
179:19 186:23
187:13 189:19
190:17,22 195:11

195:15 196:14,21
215:11 217:4
**early** 135:22
147:18 149:25
159:5
**easier** 134:24
141:10,16
**eastern** 1:3 10:17
**easy** 186:18
**ed** 163:21
**editing** 174:11
**editors** 174:18
**education** 87:12
173:14 211:21
**educational** 18:17
192:11,21
**educations** 28:23
**effective** 212:12
**effects** 81:24
173:15
**effort** 88:2,15
**efforts** 78:4 90:3
97:9 98:7 173:8
**eight** 25:13 64:11
**either** 28:24 85:16
85:20 200:19
210:8 214:25
222:2
**electronic** 160:7
160:20 182:9
185:25
**elements** 133:3
**ellis** 3:9 11:22
**email** 223:17
**emailing** 6:16
100:9
**emerge** 160:10
**emergency** 7:17
8:6 20:22 42:5
45:10 48:14 49:14
55:20 85:24 134:9

151:24 152:10,25
153:11 154:12,17
176:23 177:23
185:19 187:15
208:14,16 209:8
209:21
**emerging** 52:13
172:17 173:25
175:16
**emphasis** 211:11
**employed** 73:21
**employee** 16:15
84:3
**employees** 24:19
25:9,12,19 64:10
64:14,16,22
168:22
**employment** 15:22
15:24 16:17
**enclosed** 223:11
**endo** 4:14,14
12:16 197:9,11
**energy** 101:19
**enforcement** 22:3
140:6
**engaged** 191:12
**enjoy** 80:20
**entered** 225:9
**entire** 92:20,22,23
224:5 225:5
**entities** 23:19 26:5
40:14 71:15 159:1
198:14 201:7,9
204:5
**environment**
48:12
**environmental**
44:6 45:15
**epi** 17:20 129:1
183:20 204:13

**epiaid** 6:22 112:10
**epicenter** 7:8,12
  7:20,23 50:18,18
  51:13,18,24 52:23
  53:10 54:23 55:3
  55:8,10,12,16,19
  56:2,14,14,18
  57:16 58:10 59:9
  60:1,5,10,14 61:7
  61:8,15,17 62:2,14
  62:25 63:6 74:23
  74:25 75:7 76:18
  76:19,22 77:5,14
  79:22 81:9 95:8
  106:11,16 107:7,9
  107:17 108:1,10
  108:15 109:7,22
  110:15,18,22
  115:8,9,22 116:5
  116:14 117:2,6,18
  118:4,9 121:10,22
  123:13,15,24
  124:22 125:17
  127:23 128:6,8,11
  128:14,18,21
  130:4,5,6,8,12
  131:24 132:5,13
  132:18 134:8,13
  134:17 135:4,17
  136:9,16 137:14
  137:18,24 141:24
  142:3,25 143:3,8,9
  143:15,25 144:5,6
  144:17,20 145:4
  145:12 146:19
  147:9,15 148:1,11
  148:19 149:8,19
  150:2,14 158:1,13
  158:18 159:9,18
  159:25 160:15,19
  160:22 161:18,25

  162:6,12,21 163:7
  163:12,25 164:6
  178:14 179:2,7
  180:3 182:8 184:3
  184:11 185:6,7
  189:23 190:13,14
  190:18 191:5
  214:9,16 215:15
  215:21 216:6,19
  216:22 217:5,19
  218:1,15
**epidemic** 39:15
  69:23,24 70:1,3,7
  70:12 87:16,21
  89:2,5 102:6,9,16
  103:14,25 104:5
  111:15 112:1,4
  167:11
**epidemics** 48:16
  204:10,15,19
  205:3
**epidemiologic**
  109:15 110:10
**epidemiological**
  191:13
**epidemiologist**
  30:16 31:4 103:21
  191:22
**epidemiologists**
  128:23 191:18
**epidemiology**
  14:21 15:1 16:25
  18:5 19:5 30:22
  30:24 49:11,15
  84:12,19
**epis** 128:21,22
  129:2 136:19
**er** 57:7,11 109:16
  110:12 115:25
  117:22,24 120:24
  125:18 126:20

  127:10,15,16
  142:25 143:17,20
  143:20 145:1,18
  155:9 157:3 159:2
  159:9,19 161:19
  163:13 179:22
  180:1,2 181:4
  182:4,24 183:8
  185:4 215:2
**erica** 3:10 11:21
  107:14 108:3
  150:20,21
**erica.james** 3:12
**errata** 223:13,18
  225:7,10,18 226:1
**ers** 117:20 130:9
  145:10
**esi** 15:2,5,15 19:7
  25:21 48:23,25
  49:5 50:1,15
  51:17 52:2,21
  53:5,10,11,19,19
  61:16,20 62:1,14
  64:14,16 75:23
  76:5,11 78:2,16,23
  79:13 82:25 83:21
  93:2 98:22 136:22
  191:17
**especially** 47:6
  48:3 149:24
**esq** 2:4,4,10,17 3:4
  3:10,17 4:4,10,16
**essence** 181:18
**establish** 103:24
  104:2
**established** 58:14
  135:21 150:19
**establishes** 146:12
**establishment**
  146:16

  127:10,15,16
**et** 1:11,11,13,14
**evaluate** 162:6
  191:7 192:1,6
  193:5,15,25
**evaluated** 157:14
  189:24 190:12
  193:11,20
**evaluates** 159:16
**evaluation** 165:23
**evening** 134:10
  189:9 205:15
**event** 127:22
  179:8 184:12
  222:3
**events** 117:3 121:4
  121:9,22 141:10
  141:14 143:10,25
  144:6 147:6 149:3
  185:8 204:14
**evolved** 61:12
  124:18
**exact** 37:12 38:16
  44:13 56:10 63:15
  63:15 69:18 92:14
  92:15 151:4
  152:13 167:25
**exactly** 38:25
  66:13 118:13
  123:13 133:7
  134:14 141:6
  174:17 182:6
  215:10
**exam** 189:15
**examination** 5:7
  12:21,25 189:7
  205:13
**examined** 166:8
**examiner** 6:11
  78:3 80:3,15 91:9
  103:6,10 134:20
  144:1 159:10

162:9,13 167:5
169:7 180:17,24
183:1
**examiner's** 78:6
78:13 92:14,18
142:19 143:7,12
159:7 176:4
**examining** 113:4
**example** 21:10
23:10,17 28:7
46:2 47:25 48:5
51:5 66:22,24
67:2,16 78:1
84:18 124:19
152:12
**examples** 21:9
41:24 42:1,10
47:17 48:7 50:2,3
50:9 66:19,23
67:19 81:3 84:14
85:19 86:4
**exceed** 143:18
**exceeded** 58:17,18
145:19
**exceeds** 51:1
**excel** 59:19
**exchange** 131:14
131:20 142:13
149:18 151:17
158:10 163:4,5
164:11
**exclude** 150:7
**executed** 225:10
**execution** 224:14
225:19
**exhausted** 214:12
**exhibit** 5:14 6:3,5
6:8,9,13,16,19,21
6:24 7:1,4,8,11,14
7:16,19,22 8:1,4,6
26:8,15 27:19

28:1,5 86:7,13
91:6,19 96:9,17
100:7,16 105:9,16
112:8,16 114:1,9
114:18 115:2,4,6,7
115:10,19,24
131:3,12 133:15
133:24 142:2,10
149:6,15 151:7,15
152:2,7,23 153:7
157:24 158:7
162:19 163:2
164:25 166:14,24
169:16,22 176:21
177:7 210:13
**exhibits** 5:5,15 6:1
28:25
**exist** 24:17
**expect** 50:22 58:24
70:5,9
**expected** 36:17
**experience** 148:18
**experienced** 204:9
**experiencing**
39:16
**expertise** 31:8,11
31:14,17,21,24
**expiration** 224:19
225:25 226:25
**expires** 222:17
**explain** 58:20
145:20 160:3
**exploring** 164:18
209:23
**extent** 41:7 54:15
209:11

**f**

**f** 2:15 3:14
**faces** 211:9
**facilities** 130:11

**facing** 48:6
**fact** 151:3 180:6
183:15 212:7
**factors** 101:24
102:15,16 111:14
112:1,4
**facts** 201:12
**fair** 23:24 28:6,21
31:5 54:24 58:25
77:20 108:19
143:24 148:23
149:1 152:21
171:7,9,17 172:11
199:15 207:21
217:20
**fairly** 21:7 214:15
**fall** 37:14 40:6
144:23
**familiar** 40:21
53:25 54:3 65:18
85:2 93:18 113:8
129:24 130:22
165:7 187:21
188:10 194:16
196:15,18 198:7
198:19
**far** 68:23 204:7
**fatalities** 109:19
159:3
**fatality** 159:10
**fda** 194:5,7
**feature** 61:7
**february** 167:5
**fed** 56:18
**federal** 12:22
**feed** 130:12
**feedback** 170:25
**feeding** 56:23
**feel** 61:24 68:3
99:9 160:21
184:18 185:2

**feeling** 57:13
**feinstein** 2:17 5:9
11:16,17 102:22
189:5,8,11 205:8
205:11
**fell** 126:21
**felt** 98:3 178:7
**fentanyl** 67:22,25
68:1,7,14,16 107:2
113:5,9,13 148:15
150:10 173:1,5
**ferraro** 2:3
**ferraro.com** 2:6,7
**field** 53:19,22
103:23
**fields** 126:3
**figueroa** 4:17
**figure** 94:9
**figures** 148:13
213:14
**file** 122:17,18,21
**filed** 10:16 38:8
**files** 122:13
**fill** 182:9
**final** 115:15
151:22 153:22,24
153:25 159:19
160:1 161:19
162:1 163:13
174:16,19 180:9
182:5
**financially** 11:3
**find** 60:18 116:14
133:10 169:8
185:14 186:20
223:11
**finding** 34:24
**findings** 94:6
**fine** 15:3 207:17
**finer** 215:4

finish   129:8
finished   191:4
firm   10:24 33:11
  189:11
first   12:23 13:14
  13:17 32:1 38:14
  38:22,23 55:13
  56:11 69:15 89:12
  89:17 97:7 98:6
  98:12 102:25
  103:12 111:5
  114:13 125:4
  137:2 138:11
  147:13 148:6
  149:22 150:3
  151:20 159:14
  168:18 170:13
  172:2,19 174:14
  174:17 181:3
  195:2,12 196:4
  205:25 206:13,15
  221:10
fiscal   23:6
five   58:4,5 90:1,11
  93:15 113:18
  176:12
fixed   146:5
flies   63:21
flip   202:21 210:19
flood   201:23
floor   2:17 4:17
flu   50:6
focus   41:4 43:15
  85:11 159:18
focused   61:8
  101:12
focusing   17:2 19:6
  101:19
folks   61:5 102:22
  119:24 120:14
  121:5,14,25

128:20 138:18
  149:24
follow   189:18
followed   91:23
following   62:4
  135:25 178:20
follows   12:24
followup   129:3
food   42:2
force   6:20,24 43:9
  62:9 70:23 71:1
  71:10,14,16,21,24
  72:2,4,8,12,17,20
  72:24 73:5,14
  74:2,6,9,15,18
  75:2,14,15,25 76:6
  76:10,15 77:19,19
  78:4,6,18 79:4,7,9
  79:20 84:24 90:18
  90:20 95:4 102:5
  105:10,23 106:3
  107:5 114:2,14,23
  115:16 130:17,20
  130:24 173:12,18
  178:1,2
forces   102:8
foregoing   221:16
  221:21 224:13
  225:18
forgive   195:11
form   68:18 70:10
  181:13 182:10
  206:14
formal   141:8,17
  160:17
formally   55:23
formed   55:13 90:6
  90:18 169:10
  173:12 206:8
forms   68:14,16

formulations
  111:20
forth   168:13
fortunate   139:1
forward   98:4
  112:23 223:15
forwarded   91:25
  92:19,20 97:14
  134:18 136:1
forwarding   97:17
forwards   136:2
foundational
  30:23
four   168:24
fowler   134:6
fragmented   123:3
frame   38:16 47:1
  70:18 87:24 90:21
  92:12 108:19
  109:4 124:9
frank   33:8,18
free   88:15 116:15
  117:1,10,15 118:9
  118:21 125:19,21
  125:23 126:3,10
  126:16 156:3
  179:17 218:6,11
  224:14 225:20
frequency   74:12
frequently   126:10
friend   117:23,24
  118:3
front   32:16,17
  100:25 114:9
  210:16
fulfilled   164:13
full   184:11
fun   63:22
function   45:18,20
functions   72:25
  73:4

funding   23:12
  43:7,18,19,23 74:5
  127:22 129:12,15
  161:10 163:24
  164:9
further   57:11
  118:11 156:6
  159:2 162:5
  181:11 183:17
  188:24 205:9
  221:19 222:1
fyi   164:18

**g**

ganey   102:2
  111:19
gaps   160:8
gather   53:20 62:1
  88:20
gathered   191:7
gatherer   171:6
gathering   190:25
gatlin   178:21
general   19:14 20:5
  34:16 39:7 66:1
  66:18 94:6 95:14
  95:20 113:11
  120:9 156:1,2,7
  196:20
generally   192:18
generate   53:6 59:9
generated   152:6
generating   53:8
genesis   56:2
geographic   138:10
  139:18
getting   16:6 35:9
  39:22 49:18 65:16
  68:4 144:8,21
  171:1 184:18,20
  184:22 189:15
  207:13 216:3

217:3
**gift** 181:13
**gilson** 103:5,9
134:19 142:18
143:24 167:4
**give** 18:13 32:6
35:21 36:12 37:12
41:25 44:14,16
47:16,25 50:1,3
55:18 57:12 63:14
69:19 70:18 78:1
80:20 195:20
198:18 220:1,10
**given** 40:2 86:3
125:17,24 143:1
146:2 181:13
219:11 221:13,18
**giving** 41:24
**global** 66:10
**go** 10:12 13:15
14:10 36:18 51:11
52:18 62:6 68:19
92:15 118:8
135:19 138:8,10
140:4 145:25
146:17 152:9
162:3 164:25
168:13 174:9
175:5,7 178:18,19
179:11 182:8
197:2 218:23
**goal** 90:6
**goals** 101:13
**goes** 76:17 101:17
187:12 202:1
**going** 10:1 32:2,11
32:12 36:17 38:18
38:20 44:12 56:5
56:9 59:17 62:17
63:17,23 85:14
91:1 101:12

113:20 147:5
152:8 161:4
170:12 172:5
176:13 189:18
197:2 199:15
202:21 205:11
211:5,18 214:7,9
214:10 218:24
219:8
**good** 13:2 189:9
205:15
**goodness** 60:4
**gotten** 95:16,22
96:2,6
**government** 21:18
22:11,15,23 23:5,8
23:13,23 24:2
**governmental**
23:19
**graduate** 17:5
18:7,11,12,14,21
19:2,4
**graduated** 18:18
108:7
**grant** 43:7,18,19
43:20,23 128:3,17
129:1,20,23
163:23 181:23
**graph** 106:22
107:11,19,25
115:4,8,18,24
116:5 119:17
120:20,21,22
124:7
**graves** 4:22 10:23
**great** 108:13
164:16,19 181:19
**green** 18:20
**ground** 13:15
**group** 57:24 71:6
72:23 120:9

137:16 144:24
149:23,23 155:10
165:14,24 168:14
191:17
**grouped** 57:18,19
60:10 143:21
144:8
**groupings** 137:16
**groups** 116:16
119:23 127:9
169:2
**growing** 90:3
211:19
**guess** 58:2 196:25
199:2 200:4
**guessing** 146:18
**guest** 27:9,13
28:22 84:8
**guidance** 109:14
**guidelines** 102:1
111:16 193:6,7,12
**guys** 197:1

**h**

**h** 3:4,4
**half** 63:17 149:21
**halko** 168:23
**hand** 26:24 28:11
78:19,20 111:7
120:23 141:3
148:8 222:6
**handed** 142:9
**handful** 18:11
36:5 95:9 170:21
**handing** 27:25
**handle** 164:11
**hands** 174:12
**happen** 111:10
115:13 126:10
**happening** 35:7
**happens** 50:21
215:12

**hard** 49:23 86:3
107:11 109:1
189:1
**hcahps** 111:19
**head** 13:24 25:4
50:10 83:21
186:17
**heading** 87:5
103:13 104:4
106:16 115:7
154:4 172:16
210:20
**health** 2:9 4:14 6:8
8:2,5 11:15 12:5
14:23 15:5,12,18
15:21 16:19 17:5
17:21 18:5 19:8,9
19:11,12,13,14,16
19:17,21,21,24
20:3,5,8,10,11,12
20:15,15,19,21
21:12,13,14,20,25
22:2,4,7,10,22
23:20 24:1,6,10,11
24:13,16,20,22,23
25:3,6 31:11,14
34:17 41:15,16,17
42:7,19 43:21,23
43:24 44:7 45:5
45:16 46:4,7,12,14
46:17,25 47:9,14
47:23 48:19 52:6
52:7,11,13,24
54:17 55:5,6,8,16
56:22 57:14 60:17
61:11 69:8 71:11
71:13,17 73:4,22
74:5 78:8,19
79:14 80:2,14,17
81:1 82:4,17,20
83:22 84:4,13,18

84:24,25 85:9,21
86:8,15,16,22
87:10 88:9 90:4
92:24 93:4 97:1,6
97:13,21 98:9
99:12,21 101:3
112:22 125:11
127:22 128:4,16
129:17 130:3,14
130:24 135:12
136:8,24 143:8
146:14 160:7,20
161:17 162:11
164:8 165:11,17
165:25 166:2,3,4,8
166:11,17 167:8
168:9,11,22
169:11,18 170:19
171:15,20 172:4,6
172:17 173:25
174:2 175:2,12,16
178:3,22 182:11
182:15 185:25
186:24 187:2,8,14
187:18 190:13
191:22 207:6,25
210:12 211:7,20
211:23,25 212:9
212:10 213:19,23
**healthy**  42:3
**hear**  38:14 75:12
164:17 182:1
**heard**  38:22,23
40:17 65:20
179:20 186:24
187:13 190:2,3
196:7,11 197:4,5,9
197:16,23,25
198:6
**hearing**  40:1
206:13,15

**heavily**  63:3
204:25
**heights**  18:19
**held**  10:20 15:9
**help**  34:21 35:1
46:13 47:1 51:10
53:7,22 54:4
55:19 71:7 81:24
82:11 85:16
101:25 124:21
128:11 135:9,20
182:12 196:5
**helped**  61:5 88:3,9
88:14 118:18
**helpful**  138:19
**helping**  52:3,8
107:16 208:24
**helps**  51:12
**hereinafter**  12:23
**hereunto**  222:5
**heroin**  6:11,16 7:9
61:2 66:20,24
67:16 91:9 93:12
93:19,23 94:19,23
95:7 96:1 97:8
98:15 100:9 103:4
103:14,17 104:4
106:25 111:22
115:20 117:25
118:4,25 120:17
121:11 142:4,25
143:10 148:14
150:9 155:16,23
172:24
**hey**  12:12 137:6
141:2
**hi**  12:15
**high**  18:19 59:3
111:18
**higher**  94:21
139:2 140:10

213:14
**highest**  90:9
**highlighting**  85:25
**hip**  165:8,10,11,20
165:22 166:1,5,7
168:5,8 169:23
195:19
**historical**  146:2,8
146:11
**historically**  137:8
137:11
**histories**  104:22
105:4
**hit**  126:21 145:25
214:10
**hoc**  62:6 110:25
**hold**  15:8 201:12
**holly**  3:17 12:8,8
**home**  23:11,14
42:3,24 209:4
**homes**  42:3
**hoops**  186:8
**hope**  146:21
182:19
**hopefully**  205:21
214:14
**hoping**  159:16
**hospital**  22:3
23:15 140:5
159:19 160:1
161:19 163:13
180:10,19,21
181:5 182:9,24
183:1
**hospitalizations**
213:13
**hospitals**  50:20
56:16,19 57:14
135:7 162:1
178:23 187:15

**hour**  63:17
**hours**  34:10
186:14
**house**  75:16
**hugh**  92:8,10,11
92:18 93:8 142:17
143:24 145:8
147:23 158:11,20
159:7,15 167:3
**huh**  13:24 77:4
130:10 161:13
208:8 218:14
**hyrmer**  134:19

**i**

**i.e.**  150:8
**idea**  38:19 40:2
55:21 162:15
195:5 198:11
**identification**
26:12 27:23 86:10
91:13 96:14
100:13 105:13
112:13 114:5
131:9 133:21
142:7 149:12
151:12 153:4
158:4 162:24
166:21 169:19
177:2
**identified**  135:6
**identifies**  102:15
148:11,19 217:6
**identify**  51:3
55:22 118:18,21
135:9 141:10,14
143:4 216:23
217:11,11
**identifying**  77:21
98:16 101:20
102:8 147:17
167:7

identity 196:23
ii 15:11
ijasiewicz 2:12
illegal 67:14,17,20
 68:17 98:15,18
illicit 66:22,25
 68:8,12 69:3
 116:1,9 119:18,20
 120:5,11,13 121:1
 121:3 139:14
 154:8 156:9 175:3
 193:20
impact 46:12
 172:4,6 192:1,6,12
 192:20 193:7,11
 193:15
impacting 211:23
implementation
 146:23
implemented
 135:10,17
importance 47:10
 211:23
important 46:6,10
 46:17,24 47:6,13
 47:21,22 48:1,6,10
 48:11,13,13,19
 98:4 119:8 138:21
 148:10
impossible 134:25
impression 98:23
improvement
 165:11
inadvertently
 111:21
incarceration
 111:22
inception 55:17
incidents 93:13
include 27:12
 60:24 66:20 81:10

122:22 132:13,22
 150:9 156:8
 164:20 167:10
 173:4 175:12
included 120:17
 148:1 157:9,14
 175:1 213:1
 223:13
includes 22:1 49:8
 66:5 73:5 79:22
 80:2 104:21 105:3
 110:17 122:3,9
 128:17 163:10
 168:9 175:2
 194:13,21
including 79:20
 112:22 174:24
 175:19
inclusive 66:2 79:8
incorporated
 225:12
increase 70:14
 87:11 88:25 90:3
 93:12,18,22 94:1
 97:8 98:14 113:4
 113:8,13 143:2,11
 163:21 172:24
 173:3 195:7,13
increased 211:11
increases 93:13
 109:16 110:11
increasing 90:8
independent 16:20
 26:4
index 5:1,5 6:1 9:1
indicate 145:22
 176:2 180:22
 218:2,15
indicated 37:21
 104:25 130:7
 180:18 183:13

187:13 218:6
indicates 135:19
 218:8
indicating 37:16
 223:13
indicator 162:7
 167:20 174:22
 175:17 176:2
indicators 170:23
 171:5
indirect 43:1
indirectly 25:20
 65:3 84:11
individual 16:18
 19:17 20:2 81:23
 144:9 145:1
 170:24 214:25
individuals 40:16
 71:15 75:16
 136:21 140:8
 165:16
industry 39:13,15
 40:4,8,13,15
infant 48:2,4 86:1
influ 204:22
influenza 204:22
info 164:17
inform 140:13
informatics 14:22
 15:1 49:4
information 27:3
 27:14,15 28:14
 29:6,9 39:7 50:20
 50:25 51:3,13
 56:15,18 57:3,6,9
 57:15,24 58:11
 59:18 74:22,25
 75:2 77:7,11
 78:11,12 85:23
 88:6 97:20 98:13
 104:2 105:3 106:2

106:5,8,19 110:24
 117:8,12 124:22
 125:12 135:3,12
 138:17,22 140:9
 144:22 160:8,17
 160:19 167:11
 171:2 178:8,16
 190:9 198:13
 199:25 200:14
 201:4,8 202:10
 206:5 214:17,25
informed 211:11
infrastructure
 45:20
initial 57:9 180:2
 181:4
initially 55:18
 61:8 62:9 63:7
initiate 193:21
initiative 165:13
 192:24 209:2,2,7,9
injury 42:19 43:3
 43:5,16,24 44:18
 51:7 54:19 63:13
 72:14,20,22 73:1,2
 73:10,19 79:8,16
 79:19 82:13 89:16
 98:3 100:1 110:3
 116:17 117:14
 119:24 120:14
 121:5,14,24 127:2
 128:17,20 129:20
 129:23 130:17
 138:18 172:22
 178:5,19 216:13
input 75:2 85:20
 170:25 210:21
inputted 145:3
inquiring 146:24
insert 194:8,12,20

**inserts** 194:17
**inside** 15:18 45:23
   54:13 104:25
   133:2
**instance** 125:24
   126:5,25 157:13
   212:25
**instances** 126:4
   216:12 217:5,10
**institutional**
   159:23
**institutions** 17:18
**instructions** 220:2
   220:10
**instructor** 15:25
   16:1,9,11,14,24
   17:25
**insurance** 193:16
**insys** 197:14
**intended** 152:3
**intensive** 29:5
**intent** 102:11
**intentional** 61:10
**interact** 20:15,18
   20:25 21:2,5
   22:10,19 23:7
   24:7,12
**interactions** 22:21
   23:22
**interacts** 20:21
   23:18
**interchangeably**
   168:16
**interest** 118:22
   138:12,14 139:6,8
   139:17 154:25
   155:2 157:8
**interested** 11:3
   34:23 36:2 45:7
   119:25 120:4,15
   121:6,15 149:21

183:14 222:3
**interesting** 122:7
   163:19
**interfere** 10:9
**interference** 10:7
**internal** 35:9
   178:2
**interrelated** 211:9
**interruption** 16:3
   75:9 102:21
**interview** 186:5
**intro** 17:20
**introduce** 205:17
**introduced** 196:6
   196:10 197:1
   200:23 201:6
   205:16
**introductions** 40:1
**introductory**
   16:25 18:4 84:12
   84:19
**investigation**
   109:15 110:11,13
**investigations**
   21:1 111:1
**involve** 121:11
   139:5 182:4 185:8
   185:9,21
**involved** 22:7,20
   29:3 38:20 39:22
   40:18 43:13 45:7
   48:20 49:6 52:3,8
   52:12 63:3 69:1
   71:16 73:13 82:4
   82:7 88:12 94:15
   94:17,19 100:1
   109:6,22 126:7,12
   148:12,20,24
   149:3 154:13,19
   155:22 156:17,22
   157:5 159:1 160:6

174:12,18 175:13
   186:3 191:21
   204:25 209:3
**involvement** 43:1
   107:4 208:20
**involves** 49:21
   52:25 161:25
   182:23
**involving** 39:12
   45:1 94:10,22
   121:4
**irb** 159:20,21,25
   160:10 161:5
   164:25
**isia** 2:10 11:13
**issue** 48:6 71:7
   72:24 74:9,11,13
   81:11,16 84:19,25
   118:19 128:15
   138:13 140:7
   186:1 190:15
   191:8 195:21
**issued** 74:14,18
   157:21
**issues** 21:20 41:16
   42:15 44:21,22
   45:1 46:8,11,17,23
   47:5,10,12 48:19
   55:21,25 78:18
   83:2,12 84:13
   113:3 130:15,25
   140:4 184:4 191:1
   191:14 193:2
   195:8 212:8

| j |
|---|

**j** 1:25 4:4,10 221:6
   222:14
**jackie** 136:15,18
   136:25 137:11,17
   138:7

**james** 3:10 11:21
   11:21
**janssen** 3:8 11:22
   197:16,19
**january** 1:19 7:17
   8:7 10:2 151:24
   152:25 153:11
   155:13 176:23
   222:8 223:4
**jasiewicz** 2:10 5:8
   11:13,13 12:6
   13:1 16:4 63:16
   63:21 64:3 75:10
   90:23 113:17
   114:7 176:11
   177:5 184:24
   188:24 189:3
**job** 108:13 181:20
   183:22 184:1
**jobs** 211:22
**john** 3:4
**johnson** 3:8,8
   11:23,23 197:17
   197:17,20,20
**joined** 15:12
**joint** 20:25
**jolene** 134:19,23
   135:19 163:17
   164:16
**jones** 3:3 11:20
   92:9
**jonesday.com** 3:6
**journal** 83:19
**judge** 1:7
**july** 6:4,6 26:10,25
   27:2,21 28:12,15
   28:17,24 101:6
**jump** 55:23
**june** 90:6

| k | | | |
|---|---|---|---|
| **k** 2:15 3:14 13:7 | 221:10 223:8 | 179:3 186:2,6 | **lack** 111:23 |

**k** 2:15 3:14 13:7
**karen** 4:16 12:15
**karen.rigberg**
  4:19
**karns** 62:23
**keep** 35:10 76:18
  132:8 137:7
  170:10 178:15
  179:15
**keeps** 159:10
**kelley** 2:3,6,7
**kept** 35:8 49:16
**key** 29:6,8 61:4
  109:17 170:14,18
**keywords** 118:18
  118:23 122:3,23
  144:17
**kind** 26:3 33:16
  36:12 40:13 41:4
  45:14,20 48:23
  49:9 50:14 51:8
  54:14 59:10,25
  60:21 65:9 68:20
  81:25 132:23
  134:12,14 136:9
  147:18 160:7
  171:1 181:12
  184:15 185:3
  186:1,16 189:5
  208:17 209:3
  216:7
**kippes** 1:18 5:7
  6:3,5 7:2 8:1
  10:14 12:4,20,25
  13:2,5 26:9,18
  27:20 28:4 29:11
  64:4 114:8 131:5
  165:7 166:15
  177:6 189:7,9
  205:13,15 219:11

221:10 223:8
224:4,9 225:4,13
226:20
**kit** 209:4
**kits** 51:11 82:11
  82:12,17
**knew** 32:19 40:3
  178:20 201:4
**know** 20:6 28:20
  30:6 33:10 35:25
  38:16 39:5,7,17,19
  39:19,24 40:5,9,25
  41:13 44:13 47:20
  48:11 49:8,16
  51:10 54:4,15,20
  55:12 56:10 58:3
  58:20,21 62:17,21
  66:15,21,22 68:9
  69:5,6,17 72:4,6
  72:17 74:7,12,16
  80:8,11 81:19
  82:16,19,21,23
  88:11,13,21 89:4
  89:11,23 90:15,22
  92:11,14 94:3
  95:2 96:3,7 97:25
  99:15,20 101:14
  102:11,17 104:11
  104:23,23 105:2,5
  110:4,5 112:6
  115:13,17 116:9
  119:7,8,12 124:3
  124:14 130:19
  131:1 132:24
  133:1,3,8,9,12
  152:4,13,17
  153:24 156:15,16
  157:19,20 163:23
  164:10 167:24
  170:9 172:2
  177:19 178:9

179:3 186:2,6
187:2,24 188:13
189:15 191:11,15
191:16,20,24
192:3,4,9,17 193:9
193:13,18,23
194:3,19 195:9
198:8 199:5,9,10
199:19 200:6
201:15,17,21
202:2,5,10,15
203:2,5,6,9,10,13
203:14,17,24
204:3,9 205:16,24
206:14 207:21
209:1 210:22
214:1 215:17
218:18
**knowing** 119:25
  216:19
**knowledge** 31:4
  41:3,7 82:15
  186:21 191:9
  198:24 199:14
  200:19,22 202:9
  204:6 206:18
  207:1
**knowledgeable**
  99:21
**knows** 138:4

| l | | | |

**l.p.** 1:11,13,14
**label** 30:7 42:18
  108:23 118:21
**labeled** 120:10
  210:20,20
**laboratories** 2:15
  3:15
**laboratory** 215:8
  215:22

**lack** 111:23
**lag** 108:21
**lane** 13:9 68:5
**lanosa** 4:4 12:10
  12:10
**large** 93:12 161:14
  170:8 211:22
**late** 37:14 111:17
  125:10 189:16
  207:13 216:3
**latest** 151:20
**launched** 87:13
**law** 20:2 22:2 23:4
  140:5 189:11
**lawful** 12:20
  202:24
**lawsuit** 38:3,6,9
  38:12,15,24 39:5,8
  39:9,12,18,25
  40:22 187:4 188:1
  188:15 196:16,24
  206:2
**lawyer** 30:12,13
  33:10 37:18
**lawyers** 33:19
  35:15 37:4 38:9
**layer** 117:8
**layout** 114:24
**lead** 21:9 46:1
  50:7 165:24
  182:12
**leader** 72:11,16
**leading** 89:15
  172:22
**learn** 32:1,10
**leave** 149:25
**lecture** 27:10
**lectures** 27:13
  28:22 84:8
**led** 111:14 128:13

| | | | |
|---|---|---|---|
| **left** 120:23 | **listing** 225:7 | **look** 26:23 28:10 | **lot** 21:7 22:1,6,21 |
| **legal** 4:22 10:24 | **listserv** 72:5,8 | 51:2,4 62:7,9 87:8 | 47:22 48:18 49:25 |
| 37:17 38:19 | **literally** 117:19 | 87:22 89:12,24 | 61:3 82:14 174:18 |
| 219:13 223:1 | **litigation** 1:5 | 92:7 93:6,7 94:4,7 | 179:3 184:8 186:8 |
| 226:1 | 10:16 33:20 37:8 | 95:12 98:5 99:1 | 205:17 209:24 |
| **legally** 203:3,7,11 | 41:1,9,12 189:13 | 100:25 101:10 | **love** 162:4 |
| 203:15 | 223:6 224:3 225:3 | 103:12 107:8 | |
| **legitimate** 185:10 | **little** 42:16 47:2 | 109:11 113:15 | **m** |
| 185:22 204:1 | 48:21 49:13 76:2 | 126:13 137:7,20 | **m** 1:18 3:10 5:7 |
| **legs** 161:7 | 78:9 95:13 104:24 | 137:21,22 138:9 | 12:20,25 13:5 |
| **leppla** 63:13 73:17 | 110:6 124:21 | 138:13 139:5 | 189:7 205:13 |
| 75:19 97:15 | 170:8 184:18 | 140:4 142:15 | 221:9 223:8 224:4 |
| 112:24 | 189:17 | 146:10 147:21 | 224:9 225:4,13 |
| **letter** 223:19 | **live** 13:8,9 165:16 | 148:6,8 155:5 | 226:20 |
| **level** 18:7,8 24:3 | **lived** 13:11,12 | 159:13 160:6 | **m.d.** 103:5 |
| 79:11 99:7 163:20 | **llc** 2:14 3:14 | 162:5 167:15 | **madam** 223:10 |
| 165:17 167:8 | **llp** 2:10,16 3:9,16 | 170:9 172:18 | **mail** 6:9,13,16,21 |
| 183:6,11,23 | 4:4,9 | 174:20 175:5,8 | 7:1,4,8,11,14,19 |
| 185:12 186:4 | **local** 19:13 22:3 | 180:9,16,24 | 7:22 8:1 51:2 |
| **leverage** 160:18 | 48:19 50:20 56:15 | 185:15 210:11 | 58:10,17 59:5,24 |
| **lewis** 2:16 3:16 | 56:19 57:14 | 211:1 | 91:7,23,24,25 92:4 |
| 11:17 12:9 189:12 | 101:18 111:8 | **looked** 112:20 | 92:8,8,17 93:7,10 |
| **liaison** 178:22 | 130:9 135:12 | 115:19 136:16 | 94:5 96:10,20,23 |
| **licensed** 30:9 | 178:22 | 166:10 183:12 | 96:24 100:8,19 |
| **limited** 41:3 75:6 | **locals** 128:11 | 205:5 | 101:1,1,6 112:9,21 |
| 82:14 | 140:24 141:2 | **looking** 43:13 | 122:12 131:4,14 |
| **line** 75:12 118:16 | **located** 123:7 | 62:11 84:6 99:8 | 131:20 133:16 |
| 131:15 137:2 | **locations** 51:21,25 | 104:3 109:22 | 134:3,4,5,17 |
| 151:21 223:13 | **logan** 4:10 | 110:21 114:12 | 135:13,25,25 |
| 225:7 226:3 | **logistics** 35:13 | 115:3,13 120:20 | 136:3,10 137:24 |
| **lines** 16:5 | 36:13 | 124:6 137:3,7,8,12 | 142:3,13,16,17,21 |
| **link** 82:11 | **long** 13:11 15:4 | 139:18,20 141:5 | 143:23 145:7 |
| **list** 21:7 42:10 | 21:7 34:8 44:11 | 150:17 153:16,19 | 147:22 149:7,18 |
| 52:21 84:7 89:13 | 49:18 55:15 61:20 | 162:3 163:11 | 149:22 151:8,17 |
| 89:24 120:13 | 63:11,20 87:2 | 164:15 174:16 | 151:19,20 157:25 |
| 121:13 122:3,9,22 | 89:11 108:14 | 175:23 177:11 | 158:10,22 160:23 |
| 123:6 170:14 | 136:7 159:3 | **looks** 54:12 59:18 | 161:5 162:3,20 |
| 197:3 217:19 | 171:13 205:24 | 114:24 212:16 | 163:4,5,10,17 |
| **listed** 155:3,11,25 | **longer** 28:18 62:24 | **los** 4:5,18 | 164:16 166:15 |
| 156:5 157:8 176:5 | 63:7 73:23 205:22 | **lost** 49:13 | 167:2,3 169:4 |
| 225:7,17 | | | 178:14 |

**mails** 59:8 60:1
72:8 147:17
149:20 183:12
**main** 2:5 3:10
22:15 43:15 72:25
73:4 101:23
**maintain** 29:5
**maintains** 55:3
**major** 18:25
**making** 67:23
192:25
**mallinckrodt**
197:23
**man** 48:15
**management**
38:17 92:21,23,23
93:4 111:16
193:11
**manager** 15:11
44:9
**manner** 46:22
146:22
**manufacture**
198:10
**manufacturer**
202:7 203:3
**manufacturers**
197:20 202:13
**manufacturing**
67:22 196:23
198:3
**map** 51:9
**maple** 18:18
**mapping** 51:22
**maps** 7:14 52:24
80:10 151:8
**march** 7:5 92:1
113:2 133:18
135:13
**marked** 6:2 26:11
26:14 27:22,25

86:9,12 91:12,18
96:13,16 100:12
100:15 105:12,15
112:12,15 114:4
114:18 127:13
131:8,11 133:20
133:23 142:6,10
149:11,14 151:11
151:14 153:3,7
158:3,6 162:23
163:1 166:20,23
169:18,21 177:1,7
**marketing** 102:4
111:17 192:1
201:20 202:4
**martha** 168:23
**marty** 2:4 12:1
33:4,18
**mason** 2:4 12:1,1
67:9 68:18 70:10
89:10 113:19
179:10 184:14,20
187:5,19 188:2,16
195:23 198:16
199:1 200:3,17
201:16 206:12
210:14 216:14,25
219:7
**mass** 111:22
209:24
**master's** 17:5 19:4
**match** 144:1
**math** 19:1
**matt** 2:4 11:24
33:4,18 223:5
**matter** 32:2,11
205:19
**matters** 187:16
209:5
**mature** 59:12

**mcconnell** 3:4
**mckesson** 4:2
12:11 187:21,24
188:5,8
**mcmonagle** 2:4
11:24,24 47:15
89:3,22 90:14
98:25 102:10
112:5 223:5
**md** 1:6 10:19
**mdl** 1:5 10:18
**me's** 175:7
**mean** 28:25 29:13
32:4 34:20 35:24
40:10 53:8 56:7
57:3,5 63:1 67:21
71:14 76:3,8
83:18 88:14 99:25
100:2 117:16
127:10,18 139:19
144:14 145:20
156:2 160:3 183:4
184:15 186:10
187:11 190:22
196:25 201:2
213:21 215:7,8,17
217:2,21
**meaning** 120:5
180:15
**means** 14:5 70:8
121:21 137:23
155:1 156:22
**meant** 156:3
**measurement**
165:23
**measures** 174:22
**media** 10:13 91:16
176:14,18 219:12
**medical** 6:10
29:11,14,15,17,25
30:8 67:11 68:11

68:15 78:3,6,13
80:3,15 91:9
92:13,18 103:5,9
104:21 134:20
142:18 143:7,11
144:1 159:7,10
162:8,13 167:4
169:6 176:4
180:16,24 183:1
193:16
**medically** 67:7
**medication** 87:7
88:22 111:19
217:20,22 218:3
218:16
**medications** 6:17
30:10 54:10 88:4
88:10 90:8 100:10
103:5 111:17,20
**medicine** 31:24
88:1,8,19 107:15
108:4 146:25
**meet** 33:3 34:12
34:15 35:5
**meeting** 7:12
32:13,14 33:2,23
34:2,4,6,9,11 72:2
101:10,12,14
141:18,21 145:8
149:9,19 150:2
**meetings** 71:23
150:19
**melanie** 96:25
97:19,24 112:21
**member** 51:12
62:19 71:2,21
79:1 80:10 85:17
93:3 167:20
**members** 73:6
75:13 101:18
167:18,22 168:25

**mental** 22:2 31:14 211:7 212:10,17
**mention** 84:17 146:24
**mentioned** 17:18 17:24 28:4 33:9 35:4 45:4 49:19 50:11 51:15 53:9 54:23 58:9 60:8 61:16 65:4 67:25 68:22 72:10 73:8 73:16 74:24 75:23 80:7,14 81:20 84:2 104:17 106:1 115:18 124:17 140:12 142:23 161:9 186:23 190:21
**mentioning** 79:23
**mentions** 108:2 109:12 145:8
**met** 33:4,7 35:4,15 75:13 205:17
**methamphetami...** 157:10,13
**methodology** 146:15
**methods** 186:9
**metro** 130:5,11,17 160:6,19 161:2
**metrohealth** 129:25 130:3,15 130:23 161:1,14
**mic** 189:4
**michael** 4:4,10 12:10,13
**microphones** 10:4 10:8
**middle** 167:6 211:2

**midwest** 223:17 226:1
**mike** 12:12
**mind** 42:1 65:21 66:18,19 68:20 70:13 75:22 86:5 179:15 193:3 205:3
**mine** 80:11
**mining** 146:19
**minors** 18:25
**minute** 113:18 176:12
**misled** 202:12
**misrepresents** 216:12
**misspellings** 123:5
**misstate** 190:22
**misstatements** 202:6
**misunderstood** 190:23
**misuse** 90:7
**mitigate** 109:18
**mlanosa** 4:6
**mmason** 2:7
**mmcmonagle** 2:6
**mobilize** 109:17
**models** 159:4
**mom** 23:16 58:20
**moment** 52:20 65:16 123:12 204:12
**moments** 189:21
**money** 129:9 164:12
**monika** 2:10
**monitor** 178:15
**monitoring** 42:7 49:9 189:25

**month** 116:1 120:25 145:11
**monthly** 60:2 62:10 76:24
**months** 32:7 120:25
**morgan** 2:16 3:16 11:17 12:8 189:12
**morganlewis.com** 2:19 3:19
**mortality** 48:2 86:1
**mothers** 23:14
**motor** 89:16
**move** 211:25
**moved** 35:9 62:10
**mph** 17:13
**msalimbene** 4:12
**multidisciplinary** 71:5
**multiple** 35:12 139:23 156:22
**multisector** 140:7
**munici** 20:6
**municipalities** 20:7
**mute** 16:5 75:12 102:23

**n**

**n** 155:6,7
**naloxone** 51:9,21 51:25 52:23 79:2 79:24 80:6 81:21 81:21 82:5,8,15,17 140:15,22
**name** 10:23 13:3,6 32:18 34:18,19 40:17 62:21,23 134:24,25 163:17 170:14 205:18 223:6 224:3,4,15

225:3,4,21
**named** 33:9 73:17 92:9 134:6,18 196:24 221:9
**names** 49:16 201:5 201:5
**napoli** 1:22 10:21 11:25 12:2 33:12
**narcan** 138:25 140:13,14
**narcotic** 103:16
**national** 1:5 10:15 223:6 224:3 225:3
**natively** 100:22 103:2
**naturally** 48:15 66:5
**nature** 30:8 41:5 59:15,20 66:9 67:23 123:5 129:5 215:9
**necessarily** 127:10 127:18 128:7 144:7 145:4 146:3 147:9 217:21
**necessary** 23:22 67:8
**need** 14:11 32:15 48:20,20 54:4 62:20 97:9 136:14 179:15 180:23 185:24 186:4 207:19 211:12 213:10,25
**needed** 36:7 138:24
**needle** 211:25
**needs** 51:4 62:8 90:24 211:24
**network** 190:1

**[networks - okay]**

**networks** 178:25
**neurological** 57:22
**never** 29:15,17
  36:15 54:12,13
  133:2 161:6
  162:16 165:4
  181:7 183:15
  190:2,5 198:5,6
  203:25
**new** 3:18,18 50:5
  52:14 87:12 98:8
  125:1,3 137:6
  161:11,24 163:25
  164:20 181:19,21
  182:13
**newborn** 23:11
**newer** 61:7
**newly** 191:5
**news** 6:22 97:5,12
  97:18 98:6,16
  112:10,22,23
  113:2 164:17
**nice** 59:14
**nicely** 59:14
**nichell** 168:23
**nicole** 92:9
**nodding** 13:23
**noise** 16:6
**non** 111:23 120:5
  214:15
**north** 3:10
**northern** 1:2
  10:17
**northwest** 2:11
**notarized** 223:14
**notary** 221:6
  222:14 223:25
  224:10,18 225:15
  225:23 226:23
**note** 10:4 148:10
  223:12

**notes** 148:10
**notice** 65:7,9
**noticing** 11:11
**notification** 37:15
**notifying** 59:5
  163:6
**novel** 204:21
**november** 7:14,19
  7:22 151:8 157:25
  158:15 159:15
  162:20
**number** 6:2 10:18
  10:18 44:14 58:3
  58:22,24 59:3
  64:9,13,23 69:19
  71:15 75:4 90:7
  98:10,14 115:25
  120:23 143:17
  149:20 154:6
  155:2,9,12,17
  156:25 167:25
  173:9 174:22
  214:16 219:11
  223:7,13
**numbers** 100:23
  225:7
**nurses** 42:24
**nursing** 29:19,21

**o**

**o** 54:1
**o'donnell** 34:19
  35:5,6,12,16 37:15
**oarrs** 53:25 54:6
  54:17 81:5,6
  101:25 104:7,9,11
  104:18,20,25
  105:2 132:24
  133:2,5
**oath** 14:3
**obesity** 205:6

**object** 9:2,4,4,5
  68:18 70:10
**objection** 9:1,3,3,5
  9:6,6,7,7,8,8,9,9
  9:10,10,11,11,12
  9:12,13,13,14,14
  9:15,15,16 47:15
  67:9 89:3,10,22
  90:14 98:25
  102:10 112:5
  179:10 184:14
  187:5,19 188:2,16
  195:23 198:16
  199:1 200:3,17
  201:16 206:12
  216:14,25
**objections** 11:9
**objectives** 101:13
**observed** 69:7
**obtain** 203:7
**obtained** 176:3
  185:9,21
**occasional** 18:10
**occasions** 35:12
  75:1
**occurred** 28:23
**occurrence** 62:6
**occurring** 66:6
  143:16
**occurs** 77:5
**october** 131:21
  151:21,25
**od** 179:18
**odd** 199:18
**odh** 42:19 51:7
  72:14 87:13
  109:14 135:3
  161:10,21,23
  178:19 181:14,23
**odh's** 135:5

**ods** 145:10,17
**offers** 17:8
**office** 78:13 92:14
  92:18 142:19
  143:7,12 159:7
  175:7 176:4 222:6
**official** 224:15
  225:21
**oh** 92:15 204:25
**ohio** 1:2,11,14,23
  2:5 3:5,11 7:5
  10:17,22 13:10
  20:2 23:4 24:6,11
  24:12,16 42:18
  43:20,24 55:5
  87:9,11 89:16
  90:1,12 94:5,10,13
  94:22 96:25 97:6
  97:13,20 98:9
  104:6 112:21
  113:4 128:4,16
  133:17 134:7
  139:3 146:13
  173:10 182:10,15
  189:25 202:25
  221:2,7 222:7,15
  223:2
**ohio's** 98:6
**okay** 13:25 14:17
  14:25 16:20 17:12
  17:23 23:20 31:3
  33:9,15 34:1
  35:11 36:5,8,21
  38:23 40:5,12
  51:15 52:18 54:6
  56:12,12 57:2,19
  58:19 59:22 61:14
  62:18 63:16 66:7
  66:11 72:15,18
  73:2 74:8 75:18
  76:9,21 77:12,17

77:23 78:14 79:3
79:10,13 80:1,13
84:17 88:7 92:22
95:12 99:11
104:17 105:6
107:18 108:9
109:2 110:1,8,16
115:18 116:24
118:14 120:12
122:20 123:2,10
123:14 124:1,5
127:16 129:6,24
133:5,13 135:24
139:4,21 141:4
144:25 152:15,18
152:21 154:22
155:1 156:13
161:17,23 164:15
168:6 169:14
170:7 172:8,11
174:6 176:11
179:16 180:21
182:3 186:2
189:20 198:2
200:8 207:17
209:6 210:4,7
211:5,18 212:15
213:12 214:24
216:2 217:18
218:21
oldest 134:4,5
olmsted 13:10
omissions 202:7
once 85:13
oner 29:4
onerous 29:4
ones 118:20 120:5
120:7 124:16
125:13 136:16
137:2,8,20,21,23
138:6,7 177:11

178:6 181:21
218:19,19
ongoing 97:9
141:22 181:23,24
oo2133113 163:3
op 1:11,13,14
operation 88:1,7
88:19
opi 66:3
opiate 1:5 6:19,24
7:2 8:1 10:15 43:9
45:1 62:8 65:19
66:4 70:22,25
71:9 74:6,9 90:18
105:10,22 106:3
114:2,14,23 131:6
131:16 132:2,13
133:6,10 166:16
167:11 173:11,18
223:6 224:3 225:3
opiates 65:15
98:11,15,18
opinion 199:19
201:10 206:14
214:4
opinions 206:8
opioid 7:9 39:15
41:5 48:17 50:8
50:12,15 52:1,13
52:22,25 53:6,20
61:13,18 62:2,15
65:19,25 66:10,17
66:25 67:3,17
68:3,8,8 69:4,4,9
69:12,16,22,24
70:7,8,12 78:11,18
81:11,16 83:2
84:18 89:2,5,8
95:16,22 99:13,17
99:23 102:9,16
109:8 112:1,4

118:25 119:9,14
120:9,17 125:18
125:25 130:15,25
138:13 139:6
140:4 142:4,25
143:10 150:10
156:1,2,5,7 159:1
166:10 167:15
172:17 173:9,25
175:13 184:3
190:15 191:1,8,14
193:21,21 194:1,9
194:12,21 195:8
195:13 198:2
202:4,8 203:7,22
203:24 206:20
207:3 208:7 210:9
211:7 212:25,25
opioids 39:14
65:15 66:19 67:7
67:11,14,20 70:14
71:8 78:24 83:3,9
83:15,23 84:9,21
88:20 94:18,23
95:6 96:5 119:11
121:11 154:7
156:9,9,17,24
157:4 172:25
173:4 174:23,24
175:3,4,18,19
185:9,9,21,21
192:15 193:8,17
193:22 194:2,5,24
195:3 197:21
198:9 201:20
202:14,17,25
203:4,11,15 204:2
204:11 207:7
208:2
opium 66:5

opportunities
16:17
opportunity 26:2
162:4 163:24
199:22
opposed 16:18
66:8 99:8 185:10
185:22
optimal 165:17
order 37:17 90:2
170:10,11 180:5
orig 56:1
origin 56:10
original 56:6
origins 147:18
osam 190:3,6,9
osamograms
190:9
outbreak 21:1
outcome 11:4
overall 27:8 28:6
47:23 84:25 99:7
overdose 6:14
60:24 81:24 87:12
89:1 93:9 94:6
96:11 106:25
107:2 109:16
110:12 113:5,9,14
115:20 125:18,25
126:6,23 127:5,7
127:10,14,19
144:2 145:2
148:12,20 150:7
174:23 175:18
179:9,18,21,21,21
179:25 180:7,8,14
180:14,16,22
183:9 184:13
185:4
overdosed 81:23
127:1

**overdoses** 60:12
  69:13 90:2,13
  94:9,13,14,22 95:6
  98:11,15,18 135:9
  145:24 172:21
  195:14
**overdosing** 118:2
  144:10
**overprescribing**
  111:18
**oversee** 45:10,12
**oversees** 25:5
**overview** 111:8
  210:20
**oxford** 2:17
**oxycontin** 66:21
  67:2

**p**

**p** 13:7,7
**p.m.** 1:20 10:2
  64:2 113:21,24
  176:19 219:14
**package** 194:8,11
  194:16,20
**page** 9:2 87:4,25
  94:7,8 100:23,25
  103:12 104:3
  106:12 111:5,6,7
  114:13 115:2,3,5
  120:21 134:3
  142:15 148:6,7
  149:22 150:18
  151:20 154:3,3
  158:12,23 159:14
  170:4,13 171:10
  172:16 175:15,25
  210:19 211:2
  212:15 223:13,15
  225:7 226:3
**pages** 80:20 115:6
  170:10 171:13

172:3 175:11
**pain** 67:8 111:16
  111:19 193:11
**painkiller** 97:7
  98:17
**painkillers** 98:8
**pam** 12:8
**pamela** 3:17
**pamela.holly** 3:19
**papp** 130:16,19
**par** 4:14 12:17
**paragraph** 87:8
  88:23 89:14 98:6
  101:11 109:11,13
  110:6 111:2
  136:12,13 141:5
  148:9 172:18,19
  172:23 173:7
  211:2,19
**paragraphs** 59:15
  93:8 174:7
**park** 3:17
**part** 15:25 16:1,9
  16:11,13,17,24
  17:12,21,25 25:21
  36:25 40:15 43:8
  71:10 73:3,19,24
  74:1 82:12 97:19
  100:2 109:24
  110:14 120:8
  128:6,25 129:19
  135:5 137:1,19
  138:22 141:1
  163:23 166:7
  169:10 174:10
  181:12 183:5
  199:2,3,7 200:5,7
  204:24 225:9
**participants** 33:24
  169:1

**participate** 71:3
  181:17
**participated**
  164:13
**participating**
  33:25 34:3 135:7
**particular** 13:21
  24:2 47:5,12
  48:22 58:23 59:4
  59:4 60:11 94:15
  96:1 106:6 107:5
  107:11,19 110:20
  121:24 124:4
  126:11 128:15
  132:20 139:21
  140:2 146:10
  150:14 161:5
  167:19 174:2
  179:8 183:8
  184:12 216:23
  217:6
**particularly** 45:6
  46:24 47:13
  120:15 121:6,14
**parties** 10:11
**partner** 130:3
**partners** 21:6
  109:17 130:23
  177:25 178:1
**partnership**
  165:12
**partnerships**
  130:13
**parts** 110:7 139:3
**party** 11:2 222:3
**pass** 138:17 171:2
  189:3
**passed** 181:25
**patient** 126:17,17
  127:1 203:4,6
  214:25 215:2

216:12,17 218:2,7
  218:9
**patients** 54:10
  57:17 104:21
  105:3 203:12,15
**patterns** 146:9
  163:20
**paying** 98:8
**pdf** 151:23
**pdo** 163:23
**peer** 83:18
**pennsylvania** 2:18
  4:11
**people** 22:7,8 36:3
  36:7 41:19 51:10
  54:18 55:22 57:6
  71:6 72:23 82:10
  88:16 99:25
  118:10 129:3
  139:1 140:3 163:6
  165:14 168:17,19
  168:21 174:18
  193:25 198:1
  205:17 210:2
  214:20
**people's** 172:4,6
**percent** 93:14
  94:17,18 155:22
  157:2 174:9,15
**percentage** 94:13
  94:14 155:7,18
  157:1 184:1,5
**perform** 191:19
**performed** 192:6
  192:20
**period** 63:9 88:6
  124:2 146:11
  155:13 159:3
**person** 34:1,4
  35:10 56:25
  117:20,22 126:17

[person - prescription]

171:3 180:6 186:5
217:22 218:1,16
**personal** 199:13
200:18 206:18,25
208:18
**personally** 46:24
99:16 198:12,23
199:24 200:13
201:7 224:11
225:15
**perspective** 172:7
211:3,6
**peter** 4:22 10:23
**petition** 17:10
**pharma** 1:11,12
1:14 2:15,15 3:14
3:14
**pharmaceutical**
39:12,14 40:4,7,13
40:15 192:1,7,11
192:21 194:17
201:23 203:3,10
**pharmaceuticals**
2:14 3:8,14 4:14
4:15 11:22 40:17
197:11
**pharmacies**
203:14
**pharmacist** 29:22
29:23
**pharmacology**
31:8
**pharmacy** 132:7
132:17,22 206:1,6
206:9,24 207:1
208:5 209:19
210:1
**philadelphia** 4:11
**phone** 12:7 16:5
75:11 102:22
223:3

**phones** 10:7
**phrased** 172:2
**phrases** 61:4
118:18,24 144:18
150:14
**physician** 192:2,7
192:12,22 193:7
193:12,16 202:11
**physicians** 54:9,11
102:1
**pick** 10:5 82:10
**pickup** 196:1
**piece** 107:5
**pill** 102:4
**pills** 210:2 218:7
218:10
**pilot** 129:12,15
161:16
**piloted** 125:15
**piloting** 125:5
**pinpoint** 69:17
**pittsburgh** 2:18
**place** 10:8,11 34:6
132:9 165:15
221:20
**plaintiff** 11:25
12:2 39:17
**plaintiffs** 2:2
39:20
**plan** 109:14,21,22
109:25 110:2,5,7,9
110:9,14,16,17
**planning** 101:12
208:22,23,25
**play** 85:5,8 97:21
165:16,24 211:22
**pleadings** 38:8
**please** 10:4,7
11:10 12:19 13:3
13:17,22 16:5,8
18:16 75:11 87:4

102:23 154:2
172:15 190:23
223:11,11
**pllc** 1:22
**plots** 146:8
**plotted** 50:24
**plus** 145:10
**point** 29:10 32:3
32:19 63:1 65:10
75:22 89:13
103:15 104:5
125:2 150:3,18
179:20 215:4
**points** 89:13,25
93:9
**poisoning** 21:10
50:7 89:15
**poisonings** 87:7
**policies** 173:8
**political** 23:3,21
**polster** 1:8
**polysubstance**
156:20,21
**population** 70:15
**porter** 4:16 12:16
**portion** 49:11 61:6
92:13 110:13
121:17,19 123:8
161:15 164:12
181:25 182:3
183:22 184:1
203:24
**posed** 127:25
161:3 172:10
**position** 15:7,9,10
129:2
**possible** 29:1
154:5,12,17
**potency** 111:18
**potential** 141:10
186:3

**potentially** 46:21
**powerpoint** 103:3
103:13 104:4
**practices** 101:20
101:23 192:2,8,13
192:22,24 193:8
193:12,17
**pre** 215:11 216:9
**preceding** 153:15
**predecessors**
90:20
**predictive** 159:4
162:7
**preliminary** 6:10
91:8
**preparation** 36:25
38:1
**prepare** 32:22,25
34:12,21
**prepared** 48:14
**preparedness**
20:23 40:20 42:5
45:11 48:15 49:14
55:20 85:25
187:16 208:15,16
208:19 209:4,5,8
209:22
**prescribe** 30:9
192:25 202:25
**prescribed** 54:10
66:23 67:7,11
217:14,22,25
218:3,16
**prescribing** 54:11
101:20,22,25
192:2,8,12,22,24
193:5,6,8,12,16
**prescription** 1:5
6:17 10:15 67:3
68:8 69:4 87:6,11
87:15,20 88:25

90:2,5,8,12 94:18
94:23 95:6 96:5
97:7 98:7,11,17
100:10 103:4,16
104:6 116:1,9
119:18,20 120:4
120:10,12 121:1,2
133:6,11 139:14
144:20 154:7
156:9,24 157:4
172:23 175:3
185:9,10,20,22
193:22 194:1,4,8
194:12,20,23
195:3 197:21
198:8 201:20
202:8 203:7,8,16
204:1,2 217:20
223:6 224:3 225:3
**prescriptions** 7:2
68:15 131:6,16
132:2,9,14
**presence** 221:15
**present** 4:21 11:5
94:2 212:8
**presentation**
103:4,13
**presenting** 186:11
**presents** 215:2
**preserve** 37:6,10
65:8
**press** 41:8 102:2
111:19
**pressing** 47:7
**pretty** 214:11
**prevent** 109:19
**preventative**
107:15 108:4
**prevention** 42:19
43:3,6,16,25 44:18
51:8 54:19 63:14

72:14,20,22 73:1,2
73:10,20 79:8,16
79:19 82:13 87:16
87:20 90:5 98:3
100:1 110:4
116:17 117:14
119:24 120:14
121:5,14,25
128:17,20 129:20
129:23 130:18
138:18 146:25
178:5,19 211:10
**previous** 185:2
**previously** 15:8,9
124:18
**primarily** 55:25
**primary** 57:10
159:18 174:4
**prior** 40:2 125:15
160:17 179:14
**private** 10:6 56:22
**probably** 41:21
55:2
**problem** 48:2 69:9
69:12,16 84:18
89:8 95:15,21
96:1,5 99:13,17,23
101:24 126:18
128:13 139:7
172:20 213:19,23
**problems** 211:9
**procedure** 12:22
220:7 224:5 225:5
**proceeding** 11:10
**process** 37:23
40:19 116:22
147:19 174:11
182:21 199:20
**produced** 100:22
103:2

**product** 174:19
**production** 223:15
223:17,22
**products** 194:17
199:11,14 202:3,4
**professional** 83:3
83:11,14,18
**program** 15:11
17:5,6,7,13,22
18:6,7,8 23:11
42:18,20,20,24
43:4,6,6,16,17,25
44:1,4,4,5,8,9,10
44:11,19 45:11,13
51:8 54:19 63:14
72:14,21,22 73:1,3
73:3,10,20,24 79:8
79:16,19 82:13
85:24,25 87:21,23
88:8,12 90:4 98:3
100:1 108:8 110:4
122:20,22 147:1
**programmatic**
21:6
**programming**
17:8 21:8 23:9
25:6 42:3,3 43:2
43:14 45:21 47:22
48:1 49:12
**programs** 22:18
41:21 42:12,14
44:20,21,25 45:5,6
45:9,17 46:3
48:22 49:8 83:1
86:3 192:11,21
**project** 79:3 80:6
80:9 122:4 129:22
147:2,8 150:2
152:6,19 159:16
160:6,11 161:1,16
161:18,21,23,25

162:12 164:2,9,14
164:19,21,22,24
165:3,4,8,10,13
166:8 168:8
181:10,14,16,22
181:23,25 182:4,7
182:21,23 183:5
183:20 191:3
**projected** 107:1
**projects** 78:17,22
183:24
**promote** 46:13
173:13
**promotion** 192:7
**prophylaxis**
209:25
**proportion** 94:9
94:22
**proportions** 95:5
**proposal** 159:20
159:24 163:12
**protect** 46:14
**protection** 42:7
**protocol** 141:2
**provide** 23:9 27:9
46:2 50:7,11,15
57:6,15 63:10
71:4 74:5 75:2
76:20,22,22 77:6
77:11,18 86:2
106:5,9,20 131:24
135:2 159:5
163:24 173:14
186:15 203:3,11
203:15 209:24
**provided** 12:21
63:8 78:2 79:18
85:20 106:2
135:12 178:4
**providers** 56:22
57:15

**provides**  52:22
  75:24 76:5 78:16
  78:23 79:14 83:1
  94:12 215:1
**providing**  49:3,6
  51:7,20 74:22,24
  75:7 79:1 95:3
  187:14
**psychology**  31:17
  31:18
**public**  1:23 10:21
  17:5,21 19:24
  21:20,25 22:3,7
  41:16 44:7 45:16
  46:17 47:9 48:19
  84:13,18 90:4
  97:20 173:13
  207:6 208:1,4
  213:19,23 221:7
  222:14 224:10,18
  225:15,23 226:23
**publication**  77:9
  110:24
**publications**  77:19
  84:7
**publicly**  86:17
  169:24
**pulling**  212:21
**purdue**  1:11,12,14
  197:25
**purpose**  139:25
  140:20
**purposes**  26:12
  27:23 68:12 78:7
  86:10 91:12 96:13
  100:12 105:12
  112:12 114:4
  131:9 133:20
  138:20 142:6
  149:11 151:11
  153:3 158:4

  162:24 166:20
  169:19 177:1
**pursuant**  220:3,6
**pursue**  181:15
**pursued**  181:10
**put**  30:6 51:14
  76:9 107:16
  108:24 139:12
  156:14 215:4
**putting**  85:5,8
  109:7 170:20
  171:3 174:1,19
  195:19

**q**

**qualified**  221:8
**qualify**  18:14
**quality**  48:11,12
  211:21
**quantify**  154:6
**quantities**  139:2
**quarter**  32:9
**quarterly**  62:10
  76:24
**query**  60:5
**question**  13:22
  14:15 21:24 31:2
  40:24 42:17 47:2
  53:15 54:5 59:23
  84:16 99:3,10
  126:14 127:24,25
  132:6 133:1 156:1
  161:3 172:1
  185:18 186:10
  192:10 195:17
  198:18 199:7
  201:1,11 206:17
  207:10,12 213:16
  215:14,20 217:17
  218:4,13
**questions**  19:8
  64:6 65:6 81:4

  90:17 158:21
  179:2 182:12
  188:25 199:23
  205:20 208:18
  219:5,6,7
**quick**  64:5 176:12
  210:3
**quickly**  64:19
  189:6,14 214:11
**quite**  214:20
**quote**  40:3 79:7

**r**

**r**  54:1,1
**rabies**  45:14
**raise**  173:12
**range**  17:6,9 46:8
  46:11 171:16
**ranjan**  3:4 5:10
  11:19,19 205:14
  205:18 210:15
  218:21 219:4
**rank**  46:22 47:9
  47:17
**rarely**  148:11,19
  148:22
**rate**  175:17
**reached**  142:24
**read**  41:8 59:14
  74:14 80:20 86:23
  106:21 107:12,22
  107:23 118:9,16
  132:10 174:21
  195:24 211:5,13
  211:18 212:2
  224:5,6,12 225:5,6
  225:17
**reading**  211:4
  223:19
**real**  50:25 135:7
**realization**  211:20

**realize**  49:23
  184:17
**really**  22:6 31:2
  35:23 36:16 41:7
  42:20 44:16 46:19
  48:1,2,10 59:16
  68:2 76:18 88:5
  106:21 107:11
  110:22 127:12
  153:25 156:5
  171:16 201:10
  214:10 216:15
**realm**  211:12
**reason**  57:10
  125:20 145:19
  200:21 223:14
  225:8 226:3
**reasons**  128:3
  143:5,15 144:4
**recall**  28:16 53:4
  56:3 61:22 83:13
  86:25 87:24 88:3
  89:6 90:10,19
  92:4 93:21 95:4
  95:10 99:19
  107:10 108:14
  117:5 119:1 120:7
  124:25 125:2,8
  126:13 135:20
  136:7 137:13
  141:18,21 144:16
  151:2,4 161:9
  190:8,20 191:10
  192:23 204:12,15
  205:7 209:15,16
  210:5
**recalling**  44:23
  45:2 53:24 72:9
  100:4 119:15
  190:7 194:15

**receipt** 223:18
**receive** 23:12
  43:23 72:7 127:22
  128:3 136:4
  137:23 138:2
**received** 32:20
  37:14,17 39:12
  65:9 78:12 97:12
  97:24 98:1 125:16
  129:9,11 161:10
  164:8,11
**receives** 43:7,17
**receiving** 65:7
  92:4 136:9 190:8
**recess** 63:25
  113:22 176:16
**recognize** 26:18
  148:2 152:5
  153:21
**recollection** 38:21
  78:21 88:5 135:15
  196:3 208:19
**recommendations**
  193:6
**record** 10:2,12
  11:8 13:4 63:24
  64:2 89:18 91:2,4
  91:16 113:21,24
  126:5 160:7,20
  176:14,18 182:7,9
  185:25 205:16
  216:5 218:23,25
  219:1,3,9 225:9
**recorded** 10:14
  118:3,4 126:2
  144:21 145:24
**recording** 10:10
  143:20
**records** 80:25 81:2
  81:3,13,13,14
  118:17,22 154:9

154:14,19,23,24
  155:21
**red** 120:22 121:4
  121:17
**reduce** 173:9
**reduced** 221:14
**reed** 4:9 12:14
**reedsmith.com**
  4:12
**refer** 21:25 129:2
  159:21 170:12
  185:1
**reference** 110:20
  160:24 161:5
  223:7 224:2 225:2
**referenced** 109:21
  111:1 113:10
  119:3,13 136:20
  150:11 152:2
  161:22 221:13,18
  224:11 225:15
**references** 88:24
  93:8 111:15 116:8
  134:8 195:25
**referencing** 89:2,5
  110:15,23 116:10
  116:12,19 134:15
  141:7,19
**referred** 110:9
  165:4
**referring** 93:20
  106:16 119:4
  124:2 128:22
  132:2 150:16
  155:7 162:8
  164:23 166:3
  170:5 175:22
  176:8
**refers** 150:21
  164:24 172:23

**refine** 150:6
**refining** 124:17
**reflected** 28:24
**refresh** 135:15
  196:3
**regarding** 53:6
  167:11 203:19,22
  212:9 220:2,11
**regardless** 204:16
  209:6
**registrar** 117:20
  126:2,5 156:11
  214:23
**regular** 59:10 60:1
  76:5,8,24 110:23
**regularly** 63:5
**reinforce** 97:9
**reintroduce**
  189:10
**relate** 42:15 187:3
  188:1,15 202:4
**related** 6:11 7:17
  7:20,23 8:6 11:2
  37:8 40:20 42:21
  52:1,13,25 53:20
  55:20,25 61:18
  62:2,15 65:8
  72:20,24 78:11,18
  78:24 79:15 81:15
  83:3,5,8 84:9,11
  84:21 89:8 91:10
  93:12,19,23 104:6
  106:25 108:1
  109:8 111:8,23
  113:5,9,13 115:20
  115:25 117:3
  120:24 121:3,22
  124:23 125:18,25
  126:23 127:5
  130:15,25 134:9
  139:6 141:11,14

142:25 143:10,25
  144:2 149:19
  150:2,10 151:23
  152:9,18,24
  153:11 158:1,14
  159:25 162:21
  163:7 166:9,10
  167:15 169:5
  172:22 173:14
  176:22 177:23,23
  184:3,7 187:16
  191:1,4,14 192:10
  192:15 195:8,13
  204:10,16 208:7
  208:15 209:5,22
**relates** 1:9 60:11
  123:11 159:19
**relation** 163:21
**relationship** 49:15
**relative** 95:5 222:2
**release** 6:22 97:5
  97:12,18 98:6,16
  112:10,22,23
  113:2
**released** 98:8
**relevant** 81:11
  84:13
**relied** 207:6,25
  208:4
**religious** 22:5
**remaining** 20:13
  168:25
**remember** 38:17
  39:20 74:22 75:4
  78:7 107:18
  125:13 127:7
  130:7 140:6
  160:14 167:19
  173:17 195:16
  209:3

**remind**  17:17
**reminder**  75:11
**remotely**  11:6
**reorganize**  189:6
**repeat**  189:20
  207:12
**repeating**  195:12
**rephrase**  207:19
  213:16
**report**  6:8,10,20
  6:22,24 7:14
  25:10,12,17,19
  27:10 52:11,12,14
  53:14 59:12,14,18
  62:12 64:10 65:2
  74:14,18,20 76:17
  80:19 81:2 85:12
  86:9,15,22 91:8
  94:5,7 105:11,22
  106:6,9,10 108:18
  108:23 112:10
  113:3 114:3,15,23
  115:16 124:4
  139:13 147:4,24
  147:25 148:3,7
  149:2 150:4,5,25
  151:2,5,9,21,23
  152:1,2,5,6,11,12
  152:13,18 166:12
  171:11 177:14,16
  186:7 195:19
  210:24 212:17
  214:21
**reportable**  42:4
  129:4
**reported**  90:2,12
  182:8 214:17
**reporter**  5:15
  10:25 12:19 13:19
  14:12 170:11
  224:7

**reporter's**  5:12
  221:1
**reporting**  21:3
  59:20 103:15,24
  104:7 158:16
  214:23
**reports**  25:16
  27:13 49:9 51:14
  53:13,17 59:10
  62:14 64:23 74:9
  74:11,13,23 75:1,3
  77:20 84:25 85:3
  85:6,10,22 106:3
  107:17 118:8
  190:5
**repository**  132:21
**represent**  29:2
  189:12 205:19
**representing**
  201:6
**represents**  27:7
  108:25 155:9
  216:17
**request**  8:2 76:10
  76:15 166:16
  167:10,12,14,17
  169:5 225:9,11
**requested**  76:23
  77:18 220:1,6,10
**required**  20:4 23:5
  132:8 223:25
**requirement**
  128:17
**research**  62:6
  85:21 99:12,17,22
  100:3 193:10,19
  202:17 203:19,22
**researcher**  15:11
  15:14
**reserve**  16:10,14
  16:15 17:3 18:21

108:5
**residency**  147:1
**resident**  107:16
  108:5,11
**residents**  24:18
  94:10,14
**resistance**  193:2
**resonating**  77:25
**resources**  101:20
  109:18 138:25
  140:13 187:14
**respect**  82:15
  127:8 165:19
  190:14
**respiratory**  57:21
  137:15
**respond**  13:18,22
  132:5 136:3
  145:16 200:6
**responding**  14:9
  48:16 63:4 147:15
  184:7
**responds**  163:18
**response**  55:20,24
  145:7 147:23
  159:2,14 163:16
  195:17 205:1
  209:25
**responsibilities**
  137:1
**responsibility**
  48:25
**responsible**  49:3
**result**  61:10 159:4
  180:15
**resulted**  180:14
  183:8
**results**  116:21
**resume**  26:22 27:4
  84:7

**retail**  206:1,5,9,24
  207:1 208:5
  209:18 210:1
**retailers**  202:13
**retained**  5:15
  219:13
**returned**  223:18
**reverse**  81:24
**review**  36:24 37:3
  38:2,8,11 126:9
  130:3,5 159:20,21
  159:23,25 160:10
  181:7 220:2,6
  223:12 224:1
  225:1
**reviewed**  83:18
  154:14,20
**reviewing**  210:23
**revised**  6:3,6
  26:10,24 27:21
  28:12
**rigberg**  4:16 12:15
  12:15
**right**  14:23 15:17
  16:21 17:15 19:22
  19:25 21:16 26:24
  26:25 28:11,16
  29:7,16,20 31:5
  37:19 38:21 42:12
  49:21 51:18,22
  53:1,13 56:16
  57:17 58:11 61:18
  62:5 63:22 64:11
  65:1 66:25 67:3
  70:23 71:18,21
  72:12 73:11,17
  77:15 78:20 79:16
  80:3 81:7 84:4
  88:10 89:24 92:19
  92:25 94:24 97:15
  98:19 101:7 102:9

103:1,21 105:24
106:13,17 108:3,6
108:11 109:9,23
110:18 111:7
113:6 114:15
115:22 117:3
118:5,12 120:18
121:7,19 122:24
123:10,17,20
124:9,13 127:19
131:21 134:21
136:5 140:22
141:14 142:19
147:11 148:8,16
150:22 156:10
157:2,10 160:18
164:7 169:8,14
173:22 174:16
175:9 177:6,12
180:11,17 181:8
182:17 183:9,16
184:6 186:3,11,25
191:2,6,8 198:5,15
198:20 199:6,10
199:17 200:16,24
201:15 202:18,25
205:4,7 213:15
215:2,13,14 216:8
216:24 217:8,12
218:3
**risk** 23:14 90:9
194:24 195:3
211:10
**rite** 209:19
**role** 19:6 39:14
52:8 85:5,7,8 95:3
97:21 98:22 100:2
164:13 165:19,24
170:20 171:8
174:1 182:7
183:24 184:6

210:22 211:22
212:21
**roles** 165:21
170:21
**room** 7:17 8:6
11:5 151:24
152:10,25 153:11
154:12,17 176:23
177:23 185:20
**routine** 77:13
110:24 213:11
**routinely** 213:8
**rpr** 1:25
**ruled** 6:11 91:9
**rules** 12:22 13:16
220:3,7 224:5
225:5
**run** 44:5 122:19
**running** 122:21
**runs** 45:5

**s**

**s** 13:7 49:10,19
54:1 223:15 225:8
225:8 226:3
**safely** 88:3,18
**safety** 42:2
**sal** 33:8,18
**salimbene** 4:10
12:12,13,13
**satisfaction** 102:3
**saves** 107:2
**saying** 13:24 58:17
61:24 100:22
117:21 120:8
135:22,23 152:17
158:12 179:21
**says** 26:24 28:11
87:6,8,9,14 89:14
89:25 93:10,11
94:17,18 98:6
101:11,22 103:2

103:14,15 106:24
107:1 109:13
111:8,10,13 115:7
117:23,24 119:18
120:23 135:2,8
147:24 148:9
152:14 153:12
154:5 155:6,6,16
158:21,23 163:18
172:16 173:11
174:22 218:7
**schedule** 141:7,20
**scheduling** 35:13
**school** 18:19 29:16
29:18
**science** 19:5
**scope** 43:8
**scores** 102:2
111:19
**screening** 42:6
102:1
**seal** 222:6 224:15
225:21
**search** 60:6
118:20 150:14
**searching** 120:6
122:23
**seasonal** 146:9
**second** 32:9 94:7
101:11 109:13
117:9 134:2
136:12,13,14
141:5 142:15
172:18 173:7,10
202:20
**section** 106:10,15
111:9,13 173:24
174:2,14,14 175:1
210:23 212:16
**sections** 171:5

**see** 23:16 33:7
47:6 50:22 51:3
56:22 70:5,9
80:22 87:17 89:19
91:24 92:2 93:16
94:8,15,19 97:3,10
101:4 103:7,18
107:13 111:11
112:25 114:21
115:11 116:3,21
131:18,23 138:11
138:19,24 139:5
142:24 144:7
145:14 146:1
153:10 155:16
170:16 171:12
173:2 175:20
181:12 197:3
199:16 212:19
213:3
**seeing** 95:4 143:19
147:17
**seen** 38:5 41:11
54:12 86:18
105:19 143:1,11
146:18 157:16
163:20 190:5
194:7,14 201:19
202:3
**seizure** 163:22
**select** 116:1,8
119:18,19 120:4
120:10,12 121:1,2
139:13 144:19
154:7,8
**selected** 94:10
**self** 186:7 214:17
**send** 138:4 143:15
178:16,17
**sending** 59:8
147:24 163:19

sends 51:1 58:10
58:17 59:5
senior 191:22
sense 47:11 95:14
95:20,25 96:4
99:6 128:8,9
195:20 196:20,22
200:9
sensitive 10:5
sent 97:24 136:10
143:3 147:23
158:25
sentence 136:14
173:10 174:21
separate 79:4
124:16 129:20,22
september 7:11,17
101:10,11 149:7
151:1,3 152:3
153:1,12 155:13
222:17
series 150:18
182:11
serve 42:25
served 170:22,24
171:4
serves 21:3 162:6
service 26:1,6
41:21 44:7 45:19
45:21,22,24,25,25
46:4 48:23,25
49:17,20 50:15
51:17 53:5,11
61:16,20 62:14
64:14,17 75:24
76:5,11 77:10
78:2,16,23 79:13
82:25 85:15 93:3
98:23 136:22
191:17

services 212:9
set 55:24 57:9,23
58:13 105:6
158:24 211:24
214:7 222:6
sets 99:8
setting 21:11
107:24
settings 68:11
shaking 13:23
shannon 92:8,10
92:11,18 93:8,19
142:17 143:24
145:8 147:23
158:11,20 159:7
159:15 167:4
share 177:24
178:1
shared 45:14
165:23
sharing 164:17
shaw 168:23
shayna 33:7,10,17
34:2
sheet 100:22 103:1
223:13 225:7,10
225:18 226:1
shift 205:12
shifted 111:21
shkolnik 1:22
10:21 11:25 12:3
33:12
shop 77:16
short 28:5 63:18
90:25
shorter 27:8 28:5
shortly 23:16
55:17
show 26:4 57:7
87:10 98:9 126:19
208:17

showing 26:14
57:10,17 86:12
91:18 96:16
100:15 105:15
112:15 114:17
131:11 133:23
145:9 149:14
151:14 153:6
158:6 163:1
166:23 169:21
177:6
shown 223:16
shows 98:13
117:22 180:1,3
side 45:21,22
111:7
sign 32:15
signature 220:5
222:13 223:14
signed 224:13
225:18
significant 213:18
213:21,22
signing 223:19
silos 26:3
similar 112:19
144:18 146:22
150:5 152:10
162:5 163:20
177:10
sincerely 223:21
single 29:3 118:16
sir 205:8 223:10
sit 17:10 36:1
47:17 199:25
sites 51:9 196:2
sitting 32:13 89:6
95:15,21 99:6
situation 70:4
209:23

skip 189:17
slang 128:24
slightly 59:22
slip 100:22 103:1
small 107:22
110:14 183:22,25
184:5
smaller 121:18
smith 4:9 12:14
social 211:20
software 122:16
123:8,8
solicited 170:25
solutions 4:14
10:24 219:13
223:1 226:1
somebody 33:9
35:25 117:23
126:19 134:6,25
180:1
sore 57:8
sorry 16:4 37:18
75:10 108:12
128:24 140:19
183:3 186:13
200:10 207:13
216:3
sort 41:15 76:23
77:13 161:19
191:12 195:20
208:21
sounds 77:12
source 43:18 80:5
80:8,12 81:1
82:19 107:20
125:12 128:12
132:6,17 176:1
185:15 216:23
217:2,12,15 218:8
sources 53:10
77:13 80:15,18,24

[sources - student]                                                                    Page 36

81:17 82:22 104:1
133:10 167:7
176:5,8 186:3
190:11
**south** 4:17
**speak** 82:1 216:16
**speaking** 160:13
**speaks** 49:12
**species** 150:8
**specific** 36:19
40:21,25 42:18
44:22 45:1 84:21
87:23 88:11 99:8
100:4 119:23
128:7 133:9
138:12 148:12,20
156:17 169:7
176:5 182:10
**specifically** 39:13
76:10 78:24 83:9
89:4 119:7 144:11
175:8 200:15
**specificity** 57:12
124:22 146:15
159:17
**specified** 157:4
221:21
**specify** 126:6,11
**specifying** 127:1
**spelled** 13:6
104:12
**spend** 65:15 184:2
184:9
**spit** 59:21
**spoiler** 95:13
**spoke** 33:8 34:24
**spoken** 35:11
187:17 188:7,21
**sponsored** 192:11
192:21

**spread** 139:23
140:2
**spreadsheet** 59:19
**spring** 125:10
**spss** 122:16,21
123:7 150:15
**square** 1:23 4:10
10:22
**ss** 221:3
**stacked** 120:21
**staff** 45:23 51:6,12
51:20 62:19 75:17
77:10 79:1 80:10
85:17 97:20 100:4
130:18 178:5,19
191:18
**staffing** 64:18
**stairs** 126:21
**stakeholder**
210:21
**stakeholders** 71:6
82:11
**stamp** 26:16 28:2
91:20 94:8 96:18
100:17 112:17
114:12,19 131:13
133:25 142:11
149:16 151:16
153:8 158:8 163:3
166:25 177:9
**stamped** 86:17
105:17 169:25
**stamps** 154:3
**stand** 47:12
**standing** 88:15
**standpoint** 38:19
61:11 135:18
**stars** 4:5
**start** 23:1 37:23
41:23 55:24
128:11 179:21

**started** 35:7
116:13 125:5,6
128:10 147:13
160:9
**starters** 171:25
**starting** 59:21
128:13
**starts** 158:11
163:6
**state** 11:6,10 13:3
16:12 18:20 24:2
55:4 56:21 60:17
82:20 101:19
124:16 125:11
128:10 129:17
132:7,16,22
140:24 163:19
182:1 221:2,7
222:15 224:10
225:15
**state's** 141:1
**stated** 182:6 214:3
**statement** 208:1
211:15 212:4
224:13,14 225:19
225:19
**statements** 185:5
207:7,8 208:5
**states** 1:1 10:16
218:9
**statewide** 97:25
**statistical** 6:10
31:3 91:8 122:15
**statistician** 30:17
**statistics** 80:25
81:12 87:10
212:22
**stats** 145:9
**status** 52:6,24 78:8
79:15 80:2,14,17
81:1 212:1

**stay** 207:15 208:17
**steering** 52:11
165:22 167:9,13
167:14,18,19,22
168:1,7,10,11,12
168:14,18 169:5
**stemming** 127:3
**stenotypy** 221:14
**step** 48:24 181:3
182:25 183:4
**stephen** 1:25 11:1
221:6 222:14
**steps** 7:12 149:9
**stick** 48:8
**stigma** 111:24
212:10
**stood** 104:11
**stop** 87:14,16,20
**stopped** 16:11
17:24 49:17
**story** 93:11
**stovsky** 107:14
108:3,4,15 109:7
109:12 116:20
118:7,17 119:24
120:1,8 122:4
139:12 147:5
150:13,22 152:8
**straight** 65:16
**straightforward**
207:22
**strain** 204:21
**streams** 42:8
**street** 2:11 4:11,17
**strike** 202:22
**stronger** 172:25
**structure** 15:10,16
23:6
**struggling** 199:3
**student** 18:11

**students** 17:6,9
18:9
**studies** 191:25
193:4,14,24
**study** 159:2 192:6
192:13,19 204:4
**subclassifications**
164:4
**subclassifier**
123:22
**subclassifiers**
124:12,20,23
125:4,16 161:12
161:24
**subcommittee**
168:15
**subdivision** 23:4
23:21
**subject** 131:15
151:21
**subpoena** 32:18
32:20 39:3
**subscribed** 224:10
225:14 226:21
**substance** 42:15
42:21 43:2 44:20
44:22 66:4 83:6
83:12 105:4 166:9
189:25 203:19
204:17 211:6
212:10 213:8
**substances** 204:10
**substantive** 36:8
**suburban** 93:14
**successfully**
154:24
**sudden** 181:15
**sued** 206:1,6
**suffering** 145:2
180:7

**sufficient** 42:9
103:24
**suggest** 132:16
**suggested** 122:3
128:19
**suggesting** 159:8
**suicide** 211:10
**suicides** 89:17
**suite** 1:23 2:5 3:5
3:10 4:11 10:22
223:2
**summaries** 60:3
**summarize** 149:24
**summary** 7:11
82:1 149:8 180:19
180:22
**summer** 37:14
65:10,10 125:10
**summit** 1:11 7:18
145:9 148:5 149:2
150:5 152:10
153:2,9
**summit's** 146:18
**superior** 223:1
**supervise** 136:25
**supervisor** 25:5,9
25:14,15,17 44:8
65:3 72:13
**supply** 40:19
140:25 141:3
**support** 21:8
45:18,19 46:2
49:3 50:8,12,14
51:5,7,21 52:21
53:23 63:8,10
71:3,4 75:24 78:4
78:17,24 79:6,14
79:19 82:24 83:16
83:25 84:1 85:18
85:21 86:2 95:3
201:13

**supported** 85:15
**supportive** 85:7
**supports** 45:24
**sure** 13:5,17 18:18
19:19 29:6 38:25
40:23 41:25 42:2
42:11 47:4,19
53:9 62:22 63:19
64:7,20 66:13,15
68:6 78:5,15
95:20 102:23
107:19 108:22
116:24 127:12
133:7 138:2,5
140:24 146:23
168:3 173:18
174:20 177:16
179:5,6 182:18
183:25 184:25
185:12 192:25
198:19,19 199:9
207:14 208:14
213:12 214:24
216:4
**surpassing** 89:16
**surrounding**
20:24
**surveillance** 14:21
15:1 49:10,20
50:17 135:5 160:8
**surveys** 102:3
**survival** 30:7
**swear** 12:19
**sworn** 12:23
221:10 224:10,13
225:14,18 226:21
**sympathize** 135:1
**syndromes** 57:21
58:15 60:9 61:9
**syndromic** 135:5

**syntax** 122:17,18
122:21 144:19
150:16
**synthetic** 172:25
173:4 174:24
175:4,19
**synthetics** 66:8
**system** 22:1 50:18
50:19 51:1 54:8
54:15,22 56:24
57:16 58:10,12,22
59:5,12 60:5,19
104:7 110:25
116:15 117:1,2
118:4 123:24
124:17,18 125:14
126:16 130:7
135:4,5,17 137:24
138:3,8 141:9
143:18 144:22
145:4,13,18,25
159:5
**systems** 53:18

**t**

**taberna** 13:9
**table** 171:11,12
172:3 208:17
**tables** 175:10
**take** 10:11 18:12
24:17 34:6 63:18
72:7 90:25 113:17
138:25 139:4
147:21 162:5
170:11 176:11
179:24 182:7
186:15 198:7
206:4 210:11
**taken** 1:21 63:25
86:15 113:22
169:23 176:16
221:20

[takes - thoughts]

takes 146:10
talk 14:11,14,14
  84:12 146:13
talked 48:22 70:21
  77:1 78:9 137:14
  140:7 141:13
  147:4,12 179:3
  184:17 190:16
talking 65:14
  70:11,12,13 76:18
  82:25 83:17 93:8
  101:9,15 104:9
  123:12 127:8,15
  134:13 137:13
  139:9 140:17
  147:3 160:15
  165:1 167:25
  168:2 178:13
  179:20 189:21
  191:4 200:18
  215:18
talks 88:1
tape 90:24 91:2
target 150:8 178:7
task 6:19,24 43:9
  62:8 70:22 71:1,9
  71:14,16,21,24
  72:2,4,8,11,16,20
  72:24 73:5,14
  74:1,6,9,15,18
  75:2,14,14,24 76:6
  76:10,14 77:19,19
  78:4,6,18 79:4,7,9
  79:20 84:24 90:18
  90:20 95:4 105:10
  105:23 106:3
  107:5 114:2,14,23
  115:15 130:17,20
  130:23 173:11,18
  177:25 178:2

taught 18:4 30:5
teach 16:23 17:3,4
  17:20 18:3 83:5,8
  84:11
team 38:18 92:21
  92:23,24 93:4
tease 79:12 125:21
technical 43:12
  80:19
technically 164:10
techy 61:4
teeny 115:4
teleconference
  3:15 4:3,8,15
telephonic 16:3
  75:9 102:21
television 41:12
tell 14:6 18:16
  123:14 125:17,24
  141:16 148:24
  159:15 161:4
  164:12 179:7
  185:7 201:25
  207:22 208:13
  212:24 217:24
telling 35:25 36:7
  38:17 141:12
  207:20
tends 66:9
term 66:1,18 68:1
  68:7,24 70:2,3
  77:24 116:10
  119:8 126:22
  128:25
terminology 60:13
  65:16 145:3
terms 27:14 37:21
  47:10 50:4 51:22
  63:5 65:18,20,22
  66:16 83:25
  132:14 168:15

216:18
terrible 48:4
terry 7:1 25:1,2,8
  36:11,21,22,23
  38:17,24 92:1
  101:2 131:5,15,23
  136:1,1,3 142:23
  168:23
test 185:18
testified 173:16
  177:15 217:4
testify 221:10
testifying 199:16
testimony 38:12
  190:22 219:10
  221:13,17 224:6,7
  225:6,9,12
testing 215:5,7,15
  215:16,17,19,23
tests 215:8
teva 2:14 3:13
  11:18 12:9 189:12
  196:7,7
text 98:5 116:15
  117:1,10,15 118:9
  125:19,21,23
  126:3,11,16 156:4
  179:17 218:6,11
texts 118:21
thank 16:7 27:17
  60:4 102:24
  163:18 177:4
  188:25 189:2
  205:8,10,23
  210:15 214:8,13
thanks 14:19
  164:17 216:2
theme 85:11
  101:18
thing 14:9 29:3
  76:19 84:10 87:24

129:7 132:25
  140:14 183:3
  192:23 193:2
things 27:13 28:22
  38:22 41:19 42:23
  51:16 59:15 61:9
  64:6 66:9 67:22
  79:12 110:17
  123:5 129:4
  149:24 160:22
  172:4,5 179:20
  214:2 215:8,18
think 17:23 24:14
  29:1 34:2 38:23
  44:19 46:19,20
  58:9 64:11 67:19
  72:10,18 73:8
  77:1 78:9 99:25
  115:21 127:6
  133:5 138:21
  179:12 186:23
  190:21 195:15,16
  199:17 201:8
  203:20 204:20
  205:2 213:25
  214:8,11,15
  218:21
thinking 68:7
thinks 216:17
third 32:9 103:14
thirds 170:15
thirty 223:18
thomas 103:5,9
  134:19 142:17
  143:24 167:4
thought 40:18
  104:25 119:21
  147:18 160:11
  184:15 186:15
thoughts 7:15
  100:3 151:9

thread  135:25
three  4:10 16:16
  34:10 164:20
  171:13 172:3
  219:12
threshold  51:1
  58:16,18,22 59:25
  143:18 145:19,25
  146:4,5,10,12
  147:10 158:24
thresholds  50:21
  58:13 59:9 146:16
  147:16
throat  57:8
throw  37:7
tie  84:15
tied  61:9
ties  110:6
time  11:10 13:14
  15:10,16,25 16:1,9
  16:11,13,17,24
  17:25 29:4,10
  37:13 38:16,19
  40:3 44:24 45:3
  50:25 53:4,24
  59:13 63:1,9,12,21
  63:24 64:2 69:18
  70:18 72:9 87:1,2
  87:24 88:6 89:17
  90:20 91:2,17
  92:12 95:11,18
  97:8 98:12,13
  108:9,19 109:4
  113:21,24 119:2
  124:2,9,18 125:2
  135:7 141:8,20
  146:6,11 154:15
  155:12 160:10
  176:15,19 184:2,9
  188:25 194:15
  204:8,9 209:17

210:3 214:6 215:1
  218:25 219:3,9
  221:20
timeline  146:23
times  17:11 75:5
  82:10 214:16
timing  39:4
tiny  106:23 107:24
  107:24 115:4
title  49:13 92:15
  97:6 113:3 115:25
titled  7:16 8:6
  86:14 103:4
  152:24 176:22
today  10:2,25
  35:17 36:18 38:2
  40:2 65:14 73:9
  80:22 81:5 89:6
  95:1,15,21 98:9
  99:6 104:9 115:14
  134:10,13 166:4
  173:17 176:9
  179:4 186:23
  189:1 195:24
  196:15,17 199:22
  199:25 200:22
today's  7:11 32:23
  33:1 34:25 36:25
  149:8 219:10
told  36:11 137:6
  214:15
tom  34:19 37:15
tone  14:10
tons  201:24
tools  101:25 102:1
top  41:25 50:10
  87:8 88:23 89:14
  90:1,11 91:24
  128:12 136:3
  151:19 155:17
  158:23 164:15

186:17
topic  85:15 141:7
  141:19,22
topical  86:2
topics  85:14,19
  171:16 172:12
  189:18
total  42:12 64:13
  219:11
totality  110:5
touch  44:20 78:17
  83:1
touched  48:21
  72:19 189:19
touches  48:23
tough  53:12
tourniquets  30:6
township  13:10
townships  20:4
toxicology  31:21
track  50:1,4,5,6,7
  62:2 81:15 110:18
  121:25 127:22
  128:18 132:8
  137:17 159:11
  178:15
tracked  78:3
  98:22 145:10
tracking  49:21
  53:9 62:25 184:3
tracks  51:17 52:2
  61:17
traditional  137:16
trained  103:20
  191:22
training  29:12,14
  29:24,25 30:2,4,7
  31:7,10,13,16,20
  31:23
transcribed
  221:16 224:7

transcript  5:1
  220:3,6,9,11
  223:11,12 224:5
  224:12 225:5,11
  225:17
transcription
  221:17
transitioning
  103:16
transportation
  211:22
trauma  211:11
treat  67:11
treatment  67:8
  68:11,15 101:21
  111:24 214:21
trend  7:2 87:11,14
  98:17,24 99:7
  113:13 131:6,16
trial  199:16
tried  123:4
tripped  146:4
  147:10
trouble  77:21
  172:1,9 198:17
true  148:19
  216:11 221:16
truly  33:16
truth  14:6,6,7
  221:11,11,12
try  46:21 47:17
  51:2 55:21 57:23
  58:19 61:12 71:7
  85:12 88:3 95:8
  116:14,22 118:21
  119:22 123:13
  125:21 138:11,13
  138:17 161:11
  165:15 186:9
  200:12 206:17
  213:17 217:18

trying   25:25 26:3
  36:16 47:4,11
  52:20 60:16,17
  62:7 104:2 107:6
  138:9 144:11,13
  144:14 145:22
  181:14 186:10
  207:15,21,21
  217:14
tucked   45:13
tucker   3:9 11:21
tuckerellis.com
  3:12
turn   10:7 87:4
  102:25 111:4
  115:1,5 134:2
  154:2 171:10
  172:15 175:15
  212:15
turning   41:14
  88:23 119:17
  141:4
tv   201:24
two   17:18 20:10
  29:2 45:17 65:22
  66:23 78:17 93:7
  100:21 101:2
  115:14 128:2
  136:19,21 147:14
  170:15 174:6
  185:5
tylenol   60:25
type   36:18 37:17
  43:14 51:5 59:20
  76:4,14 88:21
  107:6 111:1
  132:18 154:13,18
  159:5 175:13
typed   60:25
types   17:9 52:21
  56:25 76:11

123:16 132:8
  141:1 147:14
typically   146:1
typing   75:12
  117:20

**u**

u.s.   172:23
uh   13:24 77:4
  130:10 161:13
  208:8 218:14
ultimately   109:17
  160:25
umbrella   40:6
uncomplicated
  213:4
undergraduate
  17:21 18:8,19,23
  31:19
undergraduates
  17:10,14 18:10
underneath
  123:23
understand   14:2,5
  14:20 33:16 34:22
  36:17 40:23 47:3
  47:5,11 53:7 54:9
  62:8 66:14 67:6
  67:13 68:1,2,13,23
  76:2 87:2 89:1
  90:23 123:13
  132:1 138:22
  144:14 159:18
  179:6 184:25
  186:13 200:6
  207:20 213:10
  214:3 217:15
understanding
  19:20 21:24 33:17
  35:3 36:13 39:10
  39:11 54:7 61:15
  67:10 68:10 78:15

116:25 132:12
  143:6 146:7
  154:11,16 155:20
  156:8 157:12
  159:6 174:25
  182:20 190:24
  192:19 198:23
understood   64:8
undertake   160:25
  164:9 183:7,15
undertaken
  161:18 162:12
  173:9
undertaking
  183:14
underway   183:21
unfair   46:21 47:9
unintended   98:10
unintentional   87:6
  89:15 172:21
  174:23 175:18
unit   10:13
united   1:1 10:16
units   219:12
university   16:2,10
  16:12,14 17:19
  18:20,22
unused   87:7 88:3
  88:10,20
unusually   59:3
unwieldy   170:8
updated   27:11
  28:18
upper   26:23 28:10
urgent   56:20
usa   2:14 3:14
usage   70:14
use   25:24,25 26:5
  45:1 53:6 54:25
  68:7 69:9,16 70:3
  70:8 76:16,20

77:24 81:11 83:2
  89:9 93:13 110:15
  110:19 127:3
  128:6,7,21,25
  130:15 138:22
  140:4 141:24
  147:19 154:8
  168:15 172:25
  181:20,21 193:21
  194:1 203:19,22
useful   159:8
users   193:21
  203:25
uses   110:4 146:7
  147:15
utilize   60:18
utilized   189:24

**v**

v   1:11,12,14 223:6
  224:3 225:3
vaccination   42:2
valid   203:8,16
  204:1
validate   161:11
  163:25 180:10
validation   160:12
  164:18,22 165:3
  181:3,15,16,22
  182:13,16,24
  183:20 189:22
  191:3
values   146:2
varies   60:23
  180:20
various   73:6 157:8
  158:25 169:1
  189:22
vary   85:12
vehicle   89:17
vendor   55:6

**venture** 58:2
**verification** 183:7
  183:11
**verify** 180:13
  181:6
**veritext** 10:24
  219:13 223:1,7
  226:1
**veritext.com.**
  223:17
**version** 27:8 28:5
  28:6,8,18 59:13
  114:22 115:10,15
  151:22,23 153:22
  153:25
**versions** 115:15
**versus** 79:7 95:6
  145:18 160:1
**video** 9:1 10:10,14
**videographer** 4:22
  10:1,25 12:18
  63:23 64:1 90:24
  91:1,15 113:20,23
  176:13,17 218:24
  219:2,8
**videotaped** 1:17
**view** 46:6,16 48:9
**villages** 20:4
**vince** 6:16 44:7,9
  72:11 73:9 75:18
  75:19 97:14 98:1
  100:8 101:1,9
  102:7,14,18
  112:24 141:6,12
  141:23 146:21
**vince's** 102:12
**violence** 211:10
**violent** 111:23
**visit** 113:4 125:18
  127:10,15,16
  159:9 180:2 181:4

183:8 185:4
**visiting** 23:11 42:4
  42:24
**visits** 7:17 8:7
  23:14 109:16
  110:12 115:25
  120:24 121:3
  134:9 143:1,17,20
  146:19 150:7,9
  151:24 152:10,25
  153:11 154:6,12
  154:18 155:10
  157:3 159:3
  163:21 176:23
  177:24 179:22
  185:20
**vitae** 6:3,6 26:9
  27:20
**vital** 80:25 81:12
**volume** 7:3 131:7
  131:16 132:3,14
  133:11 152:14
  153:13,15,16,18
  153:21 157:16,17
**volumes** 133:6
  157:17

---

### w

**wait** 14:15
**waived** 223:19
**walgreens** 209:20
**wallace** 16:1 17:19
**walmart** 3:2 11:20
  205:19 206:19
  207:7 208:1,11,15
  208:20,24 209:3,7
  209:12
**want** 30:25 37:13
  41:23 58:2 64:19
  65:15 66:14 76:2
  127:12 141:13
  146:13 168:1

181:18 184:24
  185:18 186:2
  201:3 207:22
  216:4
**wanted** 65:11
  121:25 135:2
  149:23 163:22
  181:6,16 185:14
**wants** 140:24
**warning** 194:13
  194:21
**washington** 2:11
**water** 48:11
**watershed** 42:7
**waterways** 42:8
**watson** 2:15,15
  3:14,15
**way** 24:14 31:1
  38:21 55:2 58:12
  60:19 76:9 84:9
  116:14 126:15
  127:25 138:18
  144:5,16,21 160:7
  160:12 161:3
  170:15 172:1,10
  178:24 200:12
  206:18 210:2
  213:17 214:5
  216:19 217:18,24
  218:13
**ways** 20:20,22
  60:18
**wc.com** 2:12
**we've** 63:16 64:18
  65:14 82:25 139:1
  157:16 164:10
  179:3 185:2
  214:11 217:1
**weakest** 104:1
**web** 50:19 54:8
  55:1

**website** 86:16
  169:8,23
**week** 82:9
**weekly** 60:2 76:24
  150:19
**welcome** 64:4
**wendy** 2:17 11:16
  189:11
**wendy.feinstein**
  2:19
**went** 30:4 32:17
  162:16 165:4
**west** 2:17 11:16
  189:11
**western** 16:10,14
  16:15 17:3,4
  18:21 107:15
  108:5
**whatnot** 146:9
**whereof** 222:5
**whispering** 10:5
**white** 48:4
**whoever's** 16:5
**wide** 17:6,9
**widely** 60:23
**williams** 2:10
  11:14
**witness** 12:4,19
  63:19 177:4
  184:22 189:2
  205:10 221:9,14
  221:15,18 222:5
  223:8,11 224:1,4
  224:11 225:1,4,15
**witness's** 220:2
**witness'** 223:14
**women** 93:13
**wondering** 145:12
**word** 25:23,24
  26:1,1,5 54:24
  61:2 123:4 156:5

179:18
**words** 61:4 65:17
122:25,25 123:3,6
123:7 144:18
206:25 218:14
**work** 15:20 18:13
18:19,21 27:10
31:19 41:14,17,18
41:20 42:6 43:8
45:24 49:14 53:20
55:6 64:16 69:8
72:23 75:14 77:6
83:3,20 84:2,9,21
98:2 107:6,25
108:10 116:17
117:8,14 119:10
125:21 128:14,20
129:5,12,15
136:22 140:9
161:11 165:16,24
168:14 181:18
183:18 189:1
193:1 195:18
196:1 204:24
207:5,24
**worked** 15:17 78:5
107:13 116:19
120:1 161:15
204:8
**working** 17:25
47:14 62:19 63:13
64:14 77:8 107:17
108:2,15 116:13
117:10 124:16
159:17 161:23
164:1 182:14,16
209:8
**works** 61:16 73:9
92:12 117:18
126:16 130:17,19
144:17,20 199:20

**worse** 95:17,23,24
96:2,6
**wow** 41:18
**write** 85:16,18
115:9 174:13
**writing** 83:12,15
83:23,25 85:20
**wrong** 198:14,25
199:3,7,17 200:2,5
201:9,14 206:10
**wrongdoing** 41:1
**wrote** 122:15
171:4 174:6,10

**y**

**yeah** 23:1 33:13
48:17 56:7 63:3
77:17 106:23
107:4 108:7
113:19 115:1
144:13,16 171:6
199:2 200:4
207:17 208:23
215:11 216:15
**year** 32:3,4 58:14
65:11,13 85:13,13
86:4 108:23,24,25
129:11 146:11
**years** 13:12 44:15
52:5 61:23,25
69:20 93:15
**yep** 211:4
**yesterday** 34:7,11
35:16 134:10
**york** 3:18,18
**youngstown** 16:12
18:1

**z**

**zip** 138:15 139:17
139:21,23 140:2
140:21

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.