# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) <br> ) MDL No. 2804 <br> ) <br> ) Case No. 17-md-2804 <br> ) |
| This document relates to: | ) Hon. Dan Aaron Polster <br> ) |
| *Bon Secours Health System, Inc., et al. v. Actavia Pharma, Inc. f/k/a Watson Pharma, Inc., et al.,* **Case No. 1:18-OP-45820-DAP** | ) **NOTICE OF APPEARANCE** <br> ) |

Please take notice that Richard B. Holbrook is admitted or otherwise authorized to practice in this Court and will appear in this case as counsel for Defendant, **Patient First Corporation**, in the above captioned matter.

Date: July 24, 2019

Respectfully submitted,

**PATIENT FIRST CORPORATION**

*/s/* _____
R. Bryan Holbrook (OH Bar No. 0090925)
Alan D. Albert (VSB No. 25142)
Charles M. Sims (VSB No. 35845)
O'HAGAN MEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
T: (804) 403-7111
F: (804) 403-7110
aalbert@ohaganmeyer.com
csims@ohaganmeyer.com
bholbrook@ohaganmeyer.com

*Counsel for Defendant Patient First Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

                                                  */s/*  
                                                  Alan D. Albert (VSB No. 25142)  
                                                  Charles M. Sims (VSB No. 35845)  
                                                  R. Bryan Holbrook (VSB No. 86817)  
                                                  O'HAGAN MEYER, PLLC  
                                                  411 East Franklin Street, Suite 500  
                                                  Richmond, Virginia 23219  
                                                  T:  (804) 403-7111  
                                                  F:  (804) 403-7110  
                                                  aalbert@ohaganmeyer.com  
                                                  csims@ohaganmeyer.com  
                                                  bholbrook@ohaganmeyer.com