Page 1

1            UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF OHIO
3                EASTERN DIVISION
4            ~~~~~~~~~~~~~~~~~~~~~
5  IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804
   OPIATE LITIGATION
6                              Case No.
                               17-md-2804
7

                               Judge Dan Aaron
8                              Polster
9  This document relates to:
10 The County of Cuyahoga v. Purdue Pharma, et
   al., Case No. 17-OP-45004
11
   City of Cleveland, Ohio v. Purdue Pharma L.P.,
12 et al., Case No. 18-OP-45132
13 The County of Summit, Ohio, et al. v. Purdue
   Pharma L.P., et al., Case No. 18-OP-45090
14
              ~~~~~~~~~~~~~~~~~~~~~
15
16
              Videotaped Deposition of
17               MATTHEW PAOLINO
18             December 5, 2018
                  9:02 a.m.
19
20                 Taken at:
21           Akron Bar Association
             57 South Broadway Street
22                Akron, Ohio
23
24
             Stephen J. DeBacco, RPR

Page 2

1 APPEARANCES:
2
3   On behalf of the City of Akron and Summit
    County:
4     Motley Rice LLC, by
      JAMES W. LEDLIE, ESQ.
5     CAROLINE RION, ESQ.
      JODI WESTBROOK FLOWERS, ESQ.
6     28 Bridgeside Boulevard
      Mt. Pleasant, South Carolina 29464
7     (843) 216-9252
      jledlie@motleyrice.com
8     (843) 216-9168
      crion@motleyrice.com
9     (843) 216-9163
      jflowers@motleyrice.com
10
11 On behalf of McKesson Corporation:
12    Covington & Burling LLP, by
      BENJAMIN C. BLOCK, ESQ.
13    One CityCenter
      850 Tenth Street Northwest
14    Washington, D.C. 20001-4956
      (202) 662-5205
15    bblock@cov.com
16    -and-
17    Covington & Burling LLP, by
      BRYANT E. PULSIPHER, ESQ.
18    One Front Street
      San Francisco, California 94111-5356
19    (415) 591-7055
      bpulsipher@cov.com
20
21 On behalf of Walgreens:
22    Bartlit Beck LLP, by
      MATTHEW BREWER, ESQ.
23    54 West Hubbard Street
      Chicago, Illinois 60654
24    (312) 494-4432
      batthew.brewer@bartlitbeck.com
25    ~ ~ ~ ~ ~

Page 3

1 APPEARANCES, Continued:
2
3   On behalf of Mallinckrodt LLC and Spec
    Gx LLC:
4     Ropes & Gray LLP, by
      WILLIAM DAVISON, ESQ.
5     Prudential Tower
      800 Boylston Street
6     Boston, Massachusetts 02199-3600
      (617) 951-7000
7     william.davison@ropesgray.com
8     -and-
9     Ropes & Gray LLP, by
      HAYDEN MILLER, ESQ.
10    1211 Avenue of the Americas
      New York, New York 10036-8704
11    (212) 596-9451
      hayden.miller@ropesgray.com
12
13  On behalf of Cardinal Health:
14    Porter Wright Morris & Arthur, LLP,
      by
15    SARA C. SCHIAVONE, ESQ.
      41 South High Street
16    Suite 2800-3200
      Columbus, Ohio 43215-6194
17    (614) 227-1994
      sschiavone@porterwright.com
18
19  On behalf of Walmart:
20    Jones Day, by
      RICHARD M. BRODSKY, ESQ.
21    150 West Jefferson, Suite 2100
      Detroit, Michigan 48226-4438
22    (313) 230-7966
      rbrodsky@jonesday.com
23
      ~ ~ ~ ~ ~
24
25

Page 4

1 APPEARANCES, Continued:
2
3   On behalf Endo Health Solutions, Inc.,
    and Endo Pharmaceuticals, Inc., and Par
    Pharmaceuticals, via teleconference:
4
5     Arnold & Porter Kaye Scholer LLP, by
      HEATHER A. HOSMER, ESQ.
6     601 Massachusetts Avenue Northwest
      Washington, D.C. 20001-3743
7     (202) 942-6208
      heather.hosmer@arnoldporter.com
8
9   On behalf of Cephalon, Inc.; Teva
    Pharmaceuticals USA, Inc.; Actavis, LLC;
10  Actavis Pharma, Inc. f/k/a Watson Pharma,
    Inc.; and Watson Laboratories, Inc., via
    teleconference:
11
12    Morgan, Lewis & Bockius LLP, by
      ZACHARY R. LAZAR, ESQ.
13    77 West Wacker Drive
      Chicago, Illinois 60601-5094
14    (312) 324-1492
      zachary.lazar@morganlewis.com
15
16  On behalf of AmerisourceBergen Drug
    Corporation:
17    Reed Smith LLP, by
      CHRISTIAN W. SAUCEDO, ESQ.
18    Three Logan Square
      1717 Arch Street, Suite 3100
19    Philadelphia, Pennsylvania 19103
      (215) 241-5492
20    csaucedo@reedsmith.com
21    ~ ~ ~ ~ ~
22 ALSO PRESENT:
23    Shaun Crum, Legal Videographer
24    ~ ~ ~ ~ ~
25

Page 5

1       TRANSCRIPT INDEX
2
3   APPEARANCES..............................   2
4
5   INDEX OF EXHIBITS ......................   6
6
7   EXAMINATION OF MATTHEW PAOLINO
8   By Mr. Block...........................   12
9   By Mr. Pulsipher.......................   204
10  By Mr. Davison.........................   255
11  By Mr. Brewer..........................   261
12  By Mr. Ledlie..........................   278
13  By Mr. Brewer..........................   279
14
15  REPORTER'S CERTIFICATE...................   284
16
17  EXHIBIT CUSTODY
18  EXHIBITS RETAINED BY THE COURT REPORTER
19
20
21
22
23
24
25

2 (Pages 2 - 5)

Page 6

1        INDEX OF EXHIBITS
2 NUMBER        DESCRIPTION        MARKED
3 Exhibit 1  Summit County Sheriff's ...... 129
          Office 2017 Annual Report,
4         SUMMIT_000830451 to
          000830510
5
   Exhibit 2  Document Titled "Ohio Office . 152
6         of Criminal Justice Services
          2012 Semi-Annual Performance
7         Report, Summit_000108472 to
          000108480
8
   Exhibit 3  Document Titled "Quarterly ... 238
9         Subgrant Report 2014,"
          SUMMIT_001007576 to
10        001007579
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1 object.......................... 183
   object.......................... 184
2 object.......................... 184
   object.......................... 185
3 object.......................... 186
   object.......................... 186
4 object.......................... 186
   object.......................... 186
5 object.......................... 187
   object.......................... 187
6 object.......................... 187
   object.......................... 188
7 object.......................... 188
   object.......................... 188
8 object.......................... 188
   object.......................... 188
9 object.......................... 189
   objection....................... 189
10 object......................... 189
   object.......................... 189
11 object......................... 189
   object.......................... 190
12 object......................... 190
   object.......................... 190
13 object......................... 190
   object.......................... 191
14 objection...................... 191
   object.......................... 191
15 object......................... 192
   object.......................... 192
16 objection...................... 192
   object.......................... 193
17 object......................... 196
   object.......................... 197
18 object......................... 202
   object.......................... 203
19 object......................... 209
   object.......................... 210
20 object......................... 211
   objection....................... 211
21 object......................... 213
   object.......................... 215
22 object......................... 216
   object.......................... 219
23 object......................... 220
   object.......................... 221
24 object......................... 222
   object.......................... 225
25 object......................... 226

Page 7

1 INDEX OF VIDEO OBJECTION
2 OBJECT                PAGE
3 object.......................... 30
   object.......................... 36
4 object.......................... 44
   object.......................... 47
5 object.......................... 52
   object.......................... 53
6 object.......................... 53
   object.......................... 58
7 object.......................... 58
   object.......................... 58
8 object.......................... 62
   object.......................... 68
9 object.......................... 71
   object.......................... 78
10 object......................... 81
   object.......................... 82
11 object......................... 87
   object.......................... 96
12 object......................... 96
   object.......................... 101
13 object......................... 106
   object.......................... 107
14 object......................... 108
   object.......................... 112
15 object......................... 113
   object.......................... 115
16 object......................... 116
   object.......................... 117
17 object......................... 122
   object.......................... 126
18 object......................... 139
   object.......................... 152
19 object......................... 155
   object.......................... 161
20 object......................... 163
   object.......................... 169
21 object......................... 179
   object.......................... 181
22 objection...................... 181
   object.......................... 182
23 object......................... 182
   object.......................... 182
24 object......................... 183
   object.......................... 183
25 object......................... 183

Page 9

1 object.......................... 227
   objection....................... 227
2 object.......................... 230
   object.......................... 236
3 object.......................... 237
   object.......................... 242
4 object.......................... 245
   object.......................... 249
5 object.......................... 251
   object.......................... 251
6 object.......................... 257
   object.......................... 258
7 object.......................... 258
   objection....................... 260
8 object.......................... 263
   object.......................... 265
9 object.......................... 266
   object.......................... 266
10 object......................... 267
   object.......................... 268
11 object......................... 271
   object.......................... 273
12 object......................... 273
   object.......................... 274
13 object......................... 275
   object.......................... 276
14 objection...................... 277
   objection....................... 277
15 object......................... 279
   object.......................... 279
16 object......................... 281
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
www.veritext.com                                888-391-3376

1        THE VIDEOGRAPHER:  The date is
2  December 5, 2018.  We're on the record at
3  a.m.
4        This is the deposition of Matt
5  Paolino in the matter of In Re: National
6  Prescription Opiate Litigation in the United
7  States District Court, Northern District of
8  Ohio, Eastern Division.
9        Will counsel please state
10  appearances for the record.
11        MR. LEDLIE:  This is James Ledlie
12  from the Motley Rice Law Firm on behalf of the
13  City of Akron and Summit County.
14        MS. RION:  Caroline Rion on behalf
15  of City of Akron and Summit County.
16        MR. BLOCK:  Good morning.  Benjamin
17  Block and Bryant Pulsipher of Covington &
18  Burling, LLP, on behalf of McKesson.
19        MR. DAVIS:  William Davison of
20  Ropes & Gray for Mallinckrodt, LLC, and SpecGx,
21  LLC.
22        MR. MILLER:  Hayden Miller of Ropes
23  & Gray on behalf of Mallinckrodt, LLC, and
24  SpecGx, LLC.
25        MR. BREWER:  Matt Brewer from

1  Bartlit Beck on behalf of Walgreens.
2        MS. SCHIAVONE:  Sara Schiavone,
3  Porter Wright, on behalf of Cardinal Health.
4        MR. BRODSKY:  Richard Brodsky from
5  Jones Day on behalf of Walmart.
6        THE VIDEOGRAPHER:  Will -- will
7  counsel on the phone please state appearances
8  for the record.
9        MS. HOSMER:  This is Heather Hosmer
10  appearing on behalf of Endo and Par
11  Pharmaceutical Defendants.
12        MR. LAZAR:  Zachary Lazar of Morgan
13  Lewis & Bockius on behalf of the Teva
14  Defendants.
15        MR. BLOCK:  Anybody else?  Okay.
16        THE VIDEOGRAPHER:  There's one
17  other --
18        MR. LEDLIE:  Is there anyone else
19  on the line?
20        THE VIDEOGRAPHER:  Okay.  Sorry
21  about that.
22        Will the court reporter please
23  swear in the witness.
24        MATTHEW PAOLINO, of lawful age, called
25  for examination as provided by the Federal

1  Rules of Civil Procedure, being by me first
2  duly sworn, as hereinafter certified, deposed
3  and said as follows:
4        EXAMINATION OF MATTHEW PAOLINO
5  BY MR. BLOCK:
6     Q.   Good morning.
7     A.   Good morning.
8     Q.   Let's start with, could you please
9  state your full name for the record?
10     A.   My name is Matthew Paolino.
11     Q.   All right.  And, Mr. Paolino, where
12  do you live?
13     A.   I'm moving this week.  I live --
14     Q.   Oh.
15     A.   -- in the City of Akron, but I'm
16  moving to Green on Friday.
17     Q.   To Greens?
18     A.   Green.  City --
19     Q.   What --
20     A.   -- of Green.
21     Q.   Okay.  How long have you lived in
22  Akron?
23     A.   Since 2005, so.
24     Q.   Where are you from originally?
25     A.   New Franklin, Ohio.

1     Q.   And I guess before I get going any
2  further, I should make sure you understand
3  you're testifying here under oath just as if
4  you were testifying in a court of law?
5     A.   Sure.  Yeah.
6     Q.   All right.  Any reason you can't
7  give full and truthful testimony today?
8     A.   No.
9     Q.   Terrific.
10        Have you -- have you done this
11  before, testified by deposition?
12     A.   I've had one deposition.
13     Q.   Okay.  When was that?
14     A.   Oh, it was probably somewhere
15  around '08.
16     Q.   Okay.  What was that about?
17     A.   Inmate death.
18     Q.   Were you a fact witness or an
19  expert witness in that case?
20     A.   Just a fact witness.
21     Q.   All right.  Have you ever testified
22  at a trial?
23     A.   Yeah.  Small trials.
24     Q.   How many?
25     A.   Traffic.  It was for traffic

4 (Pages 10 - 13)

Page 14

1 tickets.
2    Q.   Do you know how many times?
3    A.   Well, I take -- there's been a few
4 times.  There was a -- a felony OVI, a couple
5 traffic tickets.  Just a few times that I can
6 recall.
7    Q.   When was the most recent?
8    A.   That had to be six or seven years
9 ago.
10    Q.   Okay.  Did you do anything to
11 prepare for your testimony today in this -- in
12 this matter?
13    A.   Yeah.
14    Q.   What -- what did you do?
15    A.   I reviewed some of the paperwork
16 I've produced over the years.
17    Q.   Anything else?
18    A.   I spoke with James on probably
19 three occasions.
20    Q.   Okay.  When was the most recent?
21    A.   A couple weeks ago.  I think that's
22 about right.
23    Q.   Okay.  And you -- how many
24 different times did you speak with Mr. Ledlie?
25    A.   Three.

Page 15

1    Q.   Did you meet in person or just
2 on -- talk --
3    A.   In person.
4    Q.   Three -- three times in person?
5    A.   Yeah.
6    Q.   All right.  And how long -- how
7 long were those meetings?
8    A.   They were probably a couple hours.
9    Q.   Anybody else present?
10    A.   Caroline.
11    Q.   Okay.  Anybody else?
12    A.   Testing my memory here.  There
13 was -- I -- I don't believe so.
14    Q.   Have you spoken with anybody else
15 about your deposition?
16    A.   No.
17    Q.   Have you spoken with anybody about
18 the -- this lawsuit?
19    A.   When you say have I spoke with
20 anybody else about the deposition, do you just
21 mean a casual conversation or --
22    Q.   Sure.  We could --
23    A.   Sure.  Yeah, I have.  Yeah.
24    Q.   Who?  To who?
25    A.   Oh, my sister.  I've talked to my

Page 16

1 sister about it.
2    Q.   Okay.  What did you tell your
3 sister?
4    A.   That I had to come do this.
5    Q.   Okay.  Where does she -- she --
6 where does she live?
7    A.   She lives in New Franklin.
8    Q.   Okay.  What did she say when you
9 told her you had to come to the depo?
10    A.   She was happy.
11    Q.   Why?
12    A.   She felt that it was important.
13    Q.   Did she say why?
14    A.   Yeah, she did.
15    Q.   Why?
16    A.   One of our family members started
17 on prescription drugs and transitioned into
18 heroin.
19    Q.   Into?
20    A.   Heroin.
21    Q.   And who was that?
22    A.   My niece.
23    Q.   Where does -- what's your niece's
24 name?
25    A.   Nicole.

Page 17

1    Q.   Where does she live?
2    A.   She's dead.
3    Q.   Oh.  Where did she live?
4    A.   Canal Fulton.
5    Q.   Canal --
6    A.   Canal Fulton, Ohio.
7    Q.   When did she -- when did she die?
8    A.   Sorry.  This is a tough subject for
9 me.  August.
10    Q.   This -- this past Aug- --
11        MR. LEDLIE:  Do we need -- do we
12 need to take a break?
13        THE WITNESS:  Are we going to keep
14 going with this, or can you move on?  Just --
15 and come back to it.  Just give me a minute.
16    Q.   Sure.  Happy to do that.
17    A.   How about we do that?
18    Q.   Okay.  And I'm sorry for your loss.
19        Did you go to -- where -- where did
20 you go to high school?
21    A.   Manchester High School.
22    Q.   Where -- where is that?
23    A.   It's in New Franklin.
24    Q.   New Franklin, okay.
25        And did you go to college?

5 (Pages 14 - 17)

Page 18

1    A.    I did not.
2    Q.    All right.  Do you have -- so do
3 you have a -- did you graduate high school?
4    A.    Of course, yes.
5    Q.    Okay.  Do you have any -- have you
6 taken any college classes?
7    A.    No.  My wife has taken enough for
8 the both of us.
9    Q.    What does she do?
10    A.    She has her master's.  She has her
11 MBA.  She works for Westfield Insurance.
12    Q.    Okay.  When did you -- where was
13 your first job out of high school?
14    A.    Had my first job in high school.  I
15 worked as a laborer for a mason- -- a mason.
16    Q.    When did you graduate high school?
17    A.    1987.
18    Q.    All right.  And so you work- -- you
19 worked for a masoner in high school, and then
20 after high school as well?
21    A.    Yeah, for a little time.  And then
22 I went to a place called Prime Metals in
23 Aurora, and I was a -- I ran machinery.
24    Q.    Okay.  How long were you at Prime
25 Metals?

Page 19

1    A.    Probably from '88 till '93.
2    Q.    Okay.  And what happened in '93?
3 Where did you go?
4    A.    I went to the police academy.
5    Q.    Why did you decide to go to the --
6    A.    I got --
7    Q.    -- police academy?
8    A.    It was a lot of physical labor that
9 I -- I didn't feel like doing anymore, and I
10 wanted to pursue a career in law enforcement.
11    Q.    Did you know anyone else that had
12 done that?
13    A.    I did.
14    Q.    Who -- who was that?
15    A.    I did.  A friend of mine.  He had
16 went to -- he had went to a private academy,
17 and I just happened to stop by his house one
18 day and he -- he started showing me the ORC
19 and -- and talked to me about the police
20 academy, and -- and it sparked my interest.
21    Q.    ORC.  I'm sorry.
22    A.    Ohio Revised Code book.
23    Q.    Got you.  Thank you.
24    A.    Sure.
25    Q.    Who was that friend?

Page 20

1    A.    His name's Don Smith.
2    Q.    Is he -- is he a police officer?
3    A.    No.  He -- he's a -- does
4 insurance, as well, in Las Vegas.
5    Q.    Okay.  So you went to the academy
6 in 1993?
7    A.    Yeah.  I graduated in '93.
8    Q.    Where was that?
9    A.    It was on Tallmadge Avenue.  It was
10 a private academy called SACS.
11    Q.    S-A -- how do you spell it?
12    A.    C-S.
13    Q.    S-A-C-S?
14    A.    Yeah.
15    Q.    Okay.  And how long was that
16 training?
17    A.    Back then I -- the training was
18 about 480 hours, I believe.  And then once you
19 graduated that and start working for the
20 sheriff's office, you had to go to a jail
21 school, which was a couple weeks long.
22    Q.    When did you start at the -- well,
23 did you go right from SACS to the sheriff's
24 office?
25    A.    There was about an eight-month --

Page 21

1 eight-month delay from graduating to getting
2 hired.  But I did get a -- they give you what's
3 called a specials commission, where you can --
4 you have all the authority of a law enforcement
5 officer, but you're not working.  It just keeps
6 your commission active.
7    Q.    When did you start full-time -- did
8 you at some point start full-time with the --
9    A.    Yeah.
10    Q.    -- sheriff's office?
11    A.    March of 1994.
12    Q.    Okay.  And have you been employed
13 by the sheriff's office from March of 1994
14 through today?
15    A.    Yes.  I had a break in service,
16 probably in 1999, 2000.
17    Q.    What was -- why was that?
18    A.    I -- I quit.
19    Q.    Why?
20    A.    That -- that administration -- I've
21 worked for four sheriffs.  That administration
22 and I didn't see eye to eye on a few things.
23    Q.    Can you -- what things?
24    A.    I was working patrol -- do you want
25 the whole story?

6 (Pages 18 - 21)

Page 22

1    Q.   Please.
2    A.   Yeah.  Okay.
3         I was working -- I -- I -- was a
4  deputy working patrol, and there was a -- one
5  of our responsibilities was the airport, if
6  you're assigned to the airport.  They have
7  regular people assigned to work the airport.
8         I noticed the guy was -- who had
9  worked the airport for years was going on
10  vacation, and they scheduled me down there.  I
11  spoke to my supervisor and -- and said, "Hey,
12  I've never worked at the airport.  Can you send
13  me down for some training?"
14         Because I know you have to drive on
15  the runways.  I don't know if you've ever been
16  on a runway, you know, but on a runway at
17  night, the lights mean different things.
18  They're, you know, different directions.  This
19  could be Hotel 19 this way, but Echo 21 this
20  way.  So I didn't understand how that worked.
21         And I never got an opportunity to
22  go down.  I was just placed down there.  And so
23  I fumbled my way through a runway check one
24  night, and I came back, and the tower called me
25  and said, "Hey, you took too long.  There's

Page 23

1  planes coming in.  You've got to get off the
2  runway."  I said, "Well, I'm not quite sure
3  where I'm going."
4         So one of the following nights, I
5  pulled out to get on the runway, and, you know,
6  you had a radio.  You could call the tower.
7  And my car number I think at the time was 568.
8  And they said, "568, clear to proceed, hold
9  short at Hotel 19 Echo."
10         I just said, "Disregard.  Disregard
11  runway check."  I turned around and I left.
12         So I -- I was suspended for that
13  for 30 days.
14    Q.   And that led you to --
15    A.   That angered me.
16    Q.   Okay.
17    A.   It may not have been the best
18  response, but it angered me, so I left.
19    Q.   And what did you do for that
20  period?
21    A.   I moved to North Carolina with my
22  wife.
23    Q.   And what did you do in North
24  Carolina?
25    A.   I started a small business of video

Page 24

1  editing.
2    Q.   Editing what?
3    A.   Video.
4    Q.   Oh, like home movies?
5    A.   No.  I -- no.  Like, I worked for
6  Verizon doing little promotional videos.
7    Q.   Okay.
8    A.   I really enjoyed doing that kind of
9  thing.
10    Q.   Okay.  And I guess you came back?
11    A.   I did.
12    Q.   What brought you back?
13    A.   My wife got homesick, and we came
14  back.
15    Q.   And when did you return to Ak- --
16  to Akron?
17    A.   Yeah.  I started back in September,
18  at the sheriff's office, of 2001.
19    Q.   Was there a -- was there a new
20  sheriff?
21    A.   Yes.  And when I was in North
22  Carolina, I called him and he said, "Yeah, I
23  saw that.  That was really messed up."  And he
24  sent me a check for my missed time.  Just about
25  90 percent of it.

Page 25

1    Q.   Who was the -- who was the new
2  sheriff?
3    A.   The new sheriff was Drew Alexander.
4    Q.   And who was the sheriff that you
5  had disagreements with?
6    A.   Dick Warren.
7    Q.   Okay.  Let's talk a little bit more
8  about your time at the sheriff's office.
9         When you started in 1994, what
10  group, unit were you in?
11    A.   Everyone starts at the jail.
12    Q.   Okay.
13    A.   The sheriff's main responsibilities
14  are the jail and the courthouse, so everyone
15  starts there.
16         The sheriff's office is contracted
17  through different townships and cities to
18  patrol and provide detective bureau services
19  and things like that.
20    Q.   So what did you do at the jail?
21    A.   Watch prisoners.  Guard the
22  inmates.  You know, fed them, assisted with
23  medication pass, their com- -- commissary.
24  Just basic duties.
25    Q.   How long were you assigned to the

7 (Pages 22 - 25)

Page 26

1 jail?
2     A.   I think I left the jail -- from
3 March of 1994 until I went to patrol in, I
4 think, '99.
5     Q.   And what does it mean to be -- when
6 you said you went to patrol, what did -- what
7 do -- what do you do when you're in patrol?
8     A.   Low-post positions, different
9 positions open in the -- in the sheriff's
10 office.  And depending on seniority, you put in
11 for them.  You bid on them.  And if you have
12 the seniority and -- and the, you know,
13 qualifications, they'll reassign you to work
14 patrol, where you answer calls for service.
15 You know, crashes, accidents.  You know, calls
16 for service.
17     Q.   Okay.  What -- what did you --
18 what -- what was your assignment when you
19 started in patrol?  Did you have a particular
20 location, route?
21     A.   They -- they moved you around a
22 lot.
23     Q.   Okay.
24     A.   I was assigned, when I first went
25 out, the city of Green.

Page 27

1     Q.   Okay.  That's where you're moving
2 to now?
3     A.   Yeah.
4     Q.   All right.  And what -- what were
5 you -- what were you supposed to do in the city
6 of Green?  What were you looking for?
7     A.   I mean, we spent a lot of time -- I
8 worked the midnight shift, so we spent a lot of
9 time on neighborhood patrols:  checking
10 businesses, answering a lot of accidents, a lot
11 of calls for service for accidents, things of
12 that nature.
13     Q.   All right.  And how long were you
14 in the patrol unit?  That was until --
15     A.   Yeah.
16     Q.   How long were you in the patrol
17 before you did your -- had your break in
18 service, if you remember?
19     A.   I think it was two years.
20     Q.   Okay.  And during that first
21 installment with the patrol unit, did you have
22 any involvement with anything involving
23 narcotics?
24     A.   Yeah.
25     Q.   How so?

Page 28

1     A.   I -- it was the '90s.  You know, we
2 would -- on traffic stops, sometimes you would
3 get crack cocaine or -- or something like that.
4 You know, I just -- one just jumps out in my
5 mind was a guy had a substantial amount of
6 crack cocaine hidden in the -- in his vehicle.
7 But it was...
8     Q.   Was your involvement with narcotics
9 incidental to responding to other scenes, or
10 did you have any assignments --
11     A.   Yeah.  It was -- it was more
12 incidental.
13     Q.   Okay.  Great.
14         And I'll do my best to spit out a
15 coherent question.  I may not always succeed.
16 But please let me -- for our court reporter,
17 let me try to finish my question before --
18     A.   Oh, I'm sorry.
19     Q.   -- before your answer.
20     A.   I'm sorry.
21     Q.   You're doing great.  You're doing
22 great.
23         Any -- do you recall anything
24 involving prescription medications when you --
25 during this stint on patrol?

Page 29

1     A.   Specifically?  I don't recall.
2     Q.   When you returned to the -- do I
3 say the sheriff's department?  The sheriff's
4 office?
5     A.   It's a sheriff's office, because
6 the -- it's called the sheriff's office because
7 he's an elected official.
8     Q.   When you returned -- thank you.
9 When you returned to the sheriff's office in
10 2001, what -- where were you assigned?
11     A.   Jail.  Summit County Jail.
12     Q.   How long were you at the jail?
13     A.   I came back -- I was probably back
14 another four or five years.
15     Q.   The -- you mentioned earlier you
16 testified in an inmate death case.  Do you
17 remember what -- was that related to one of
18 these periods of time when you were assigned to
19 the jail?
20     A.   It was the second time.
21     Q.   Okay.
22     A.   Yes.
23     Q.   All right.  Have you ever -- have
24 you personally ever been sued?
25     A.   Yeah.

8 (Pages 26 - 29)

Page 30

1    Q.    How -- how many times?
2    A.    I'm being sued right now.
3    Q.    For what?
4    A.    I had a very low-speed bump into
5  somebody on Route 8.  They went to a
6  chiropractor 30, 40 times.  So suing the
7  County.
8    Q.    Okay.  Any -- any other times?
9    A.    No.
10   Q.    So when -- after the four or five
11  years in the jail -- well, let me ask you this.
12  During your time in the -- do I say the jail
13  unit?  Is that --
14   A.    Jail.
15   Q.    Okay.
16   A.    Summit County Jail.
17   Q.    During your time at the jail, did
18  you have any involvement with any issues
19  related to narcotics?
20      MR. LEDLIE:  Object to the form of
21  the question.
22      You can answer if you understand.
23   A.    Can you explain what you're asking
24  me?  I -- I'm not sure.
25   Q.    Any of your job duties or anything

Page 31

1  that you did on the job at the jail relate at
2  all to narcotics?  Did you, I don't know,
3  investigate for narcotics or --
4    A.    There would be times that people
5  would come in with narcotics on their person.
6  You know, that -- back then, they would have to
7  be -- the narcotics would have to be returned
8  to the transporting officer, and they would
9  have to fill out the report and charges,
10  because they didn't want to accept them into
11  the jail.
12   Q.    Any- -- anything else?  Any other
13  involvement with narcotics-related issues when
14  you were at the jail?
15   A.    The inmates.  I mean, the people
16  coming in, many of them were -- had issues with
17  drugs and alcohol and...
18   Q.    Do you -- do -- I think you said
19  that part of your -- sometimes you would go
20  with an inmate when they were getting medicine
21  or medical issues?
22   A.    Several jobs in the jail, you -- if
23  an inmate was sick, you would take them down to
24  the dispensary.  And then every morn- -- or
25  three times a day I think it was back then, a

Page 32

1  nurse would come around with her medical cart
2  and pass out the medications to the inmates.
3    Q.    Do you know whether prescription
4  opioid medication was available to the inmates?
5    A.    I -- I'm not -- I'm not 100 percent
6  sure.  I know they got methadone and things
7  like that, but I don't know if they passed out
8  hydrocodone or oxycodone or anything like that.
9  I wasn't --
10   Q.    What -- oh, I'm sorry.  Go ahead.
11   A.    I wasn't privy to their medical
12  records.
13   Q.    Okay.  When -- what was your next
14  duty assignment after the jail unit?
15   A.    I went back to patrol.
16   Q.    When was that?
17   A.    It must have been -- it must have
18  been around '05.
19   Q.    And how long were you in the patrol
20  unit?
21   A.    Probably another year.
22   Q.    And what came next?
23   A.    I was promoted to sergeant.
24   Q.    And when you got promoted, what --
25  what was your assignment?

Page 33

1    A.    Back to the jail.
2    Q.    Did you like working at the jail?
3    A.    It wasn't bad.
4    Q.    How long were you at the jail as a
5  sergeant?
6    A.    I'm trying to remember.  I went
7  back to the jail in -- I got promoted in '06.
8  I stayed out for a while, went back to the
9  jail.  I went to civil division probably in
10  2010.
11   Q.    What's the civil division?
12   A.    It's the division of the
13  courthouse.  Deputies would -- one of my jobs
14  was to serve paperwork.
15   Q.    Like warrants and things?  Or --
16   A.    Yeah, an occasional warrant.  It
17  would be more -- more or less home
18  foreclosures, papers like that.  Civil
19  paperwork.
20   Q.    And how long were you in the civil
21  division?
22   A.    I was promoted to lieutenant in
23  '11, 2011, so I was there maybe another year
24  and a half.  Maybe a year and a half.  A year,
25  a year and a half.

9 (Pages 30 - 33)

Page 34

1    Q.    You were in the civil division
2  until you were promoted to lieutenant?
3    A.    Yeah.
4    Q.    Okay.
5    A.    And I stayed a very short time,
6  until they figured out where they were moving
7  people.
8    Q.    And where did -- where did they
9  move you to?
10    A.    I bet you can guess.  The jail.
11    Q.    Oh, okay.  I should have.  All
12  right.
13         And what -- and when you're a
14  lieutenant at the jail, what are you -- what
15  are you doing that's different from when you're
16  a sergeant or -- what was your rank before --
17  did you have a rank before sergeant?  What did
18  they --
19    A.    You're just a deputy.
20    Q.    Deputy, okay.
21    A.    In the jail is more -- when -- as
22  you progress through the ranks, it's more --
23  becomes more administrative:  scheduling, jail
24  counts.  You want to make sure you have
25  everybody that's supposed to be there.  It's

Page 35

1  just administrative duties.
2    Q.    What was your next assignment after
3  the -- after the jail as a lieutenant?
4    A.    From the jail, I went to the Summit
5  County Drug Unit.
6    Q.    When -- when was that?
7    A.    That was late 2012.  It's October
8  2012.
9    Q.    And how did -- what was the reason
10  you went to the Summit County Drug Unit?
11    A.    The prior commander was retiring.
12  I think he retired.  And the position became
13  available, and I -- it interested me, the job.
14    Q.    Who was the prior commander?
15    A.    Hylton Baker.
16    Q.    And you said he retired?
17    A.    Uh-huh.
18    Q.    He?  Hylton, yeah.
19    A.    Yeah, Hylton's a man.
20    Q.    Okay.  Is he -- does he still live
21  in the area; do you know?
22    A.    Yes.  I don't know exactly where he
23  lives, but he's still in the area.
24    Q.    All right.  What about the job
25  interested you?

Page 36

1    A.    Just trying something new, learning
2  a new part of the sheriff's office.
3    Q.    Prior to late 2012, had you had --
4  what involvement, if any, had -- had you
5  personally had with narcotics, narcotics-related
6  activity?
7         MR. LEDLIE:  Object to the form of
8  the question.
9         You can answer.
10         THE WITNESS:  Okay.
11    A.    You know, you're really not exposed
12  to that area working -- you're not exposed to
13  the -- the in-depth investigations, the
14  narcotics investigations.  It's a very -- it's
15  a -- the office is housed off site.  It's kind
16  of -- it's in a -- supposed to be a secret
17  location.  You know, it's not --
18    Q.    What's the address?  No, I'm
19  kidding.
20    A.    It's not talked about very much, so
21  it was intriguing, you know.
22    Q.    And did you have to apply --
23    A.    I did.
24    Q.    -- for the position?
25         Do you know if others applied for

Page 37

1  the position?
2    A.    They did.
3    Q.    Did you have to interview with
4  anyone?
5    A.    No.  I -- I talked to the sheriff
6  on the phone.  I called him.
7    Q.    Who was the sheriff at the time?
8    A.    It was Drew Alexander.  The one
9  that hired me back.
10    Q.    And do you know who else applied?
11    A.    I believe -- I believe maybe one or
12  two other guys.  I know one for sure.
13    Q.    Who was that?
14    A.    His name is Scott Cottle.
15    Q.    What's --
16    A.    Scott Cottle, C-o-t-t-l-e.
17    Q.    Okay.  And what -- when you were
18  assigned to the Summit County Drug Unit, what
19  was your -- did your position have a -- what
20  was the title of your position?
21    A.    Task force commander.
22    Q.    Task force commander.
23         To whom did you report at that
24  time?
25    A.    At that time it was Inspector Bill

Page 38

1 Holland.
2    Q.   What was -- and what was your rank
3 at the time you became the --
4    A.   Lieutenant.
5    Q.   Okay.  And so you reported to
6 Inspector Holland.  Who was reporting to you?
7    A.   There was probably -- you know,
8 it's any given day, there could be 24 to 26
9 guys that report to me from different police
10 agencies in Summit County.
11    Q.   All right.  Let's -- let's learn a
12 little bit more about the Summit --
13    A.   Okay.
14    Q.   -- County Drug Unit.
15       I guess first question is what --
16 what's the -- what's the mission of that unit?
17    A.   The mission of Summit County Drug
18 Unit is disrupt and dismantle major drug
19 trafficking organizations.  And it's trying to
20 stem the flow of illicit narcotics into the
21 county.
22    Q.   And was that the mission when you
23 joined that unit in 2012?
24    A.   Yeah.
25    Q.   And is that still the mission

Page 39

1 today?
2    A.   I believe so, yeah.
3    Q.   All right.  And what -- who
4 works -- describe for me the personnel involved
5 with the Summit County Drug Unit.
6       Let- -- and we can start -- let's
7 start when you -- when you joined in 2012, and
8 then we can talk about whether it's --
9    A.   Okay.
10    Q.   -- any different today.
11    A.   You know, staff has changed over
12 the years.
13    Q.   Sure.  Let's -- first, just, like,
14 types of positions, and then --
15    A.   Okay.
16    Q.   -- we can go into --
17    A.   Sure.
18    Q.   -- individual people.
19    A.   In our office building, it's --
20 it's co-located with Akron narcotics.  So
21 basically -- just so you have an understanding,
22 half the side is the Summit County Drug Unit,
23 of a bullpen.  The other half is Akron
24 narcotics.  And there's federal special agents
25 intermingled in there, in the mix, okay?  It's

Page 40

1 for information sharing.
2       The local agencies will supply a
3 detective, like, in support of the mission
4 statement.  So there are 14 agencies and 20- --
5 the -- the staffing changes day to day.
6 It's who -- it's some DEA guys, Drug
7 Enforcement Administration guys, will -- they
8 don't spend 40 hours there.  They may work in
9 Medina and come over to the drug unit a few
10 days a week, so it's not a set number, you
11 know.
12       So what else do you want to know?
13 Where are we at with this?  What's the --
14    Q.   Trying to figure out who -- who
15 works there.
16    A.   Okay.  So we have -- I can try and
17 list them off here.  We have New Franklin PD,
18 Barberton Police.
19    Q.   And when you say -- so just so I'm
20 clear, when you say you have New Franklin PD,
21 that means that police department --
22    A.   They have assigned a detective to
23 the unit.  Sorry.
24    Q.   Okay.
25    A.   Copley Police has assigned a

Page 41

1 detective.  Springfield Police Department
2 assigned a detective.  Akron Police has
3 assigned a detective.  Reminderville Police
4 Department has a detective assigned.  Silver
5 Lake Police Department has a detective
6 assigned.  The DEA has assigned -- Drug
7 Enforcement Administration has assigned four
8 agents.  In 2012 the FBI had a special agent
9 attached to the unit.  So it's -- I don't think
10 I missed anybody.  Stow Police has a detective
11 assigned to the unit.
12       So it's all a collaborative effort.
13 If there's a complaint in Stow -- you know, my
14 selling point to get agencies to join was if
15 there's a drug complaint in Stow and you don't
16 have the manpower, you can take all of us.  You
17 know, we'll all go to your area and assist with
18 a complaint.  So you're getting kind of a whole
19 task force for the price of one guy.
20    Q.   And when you say "the price of one
21 guy," does that mean that the New Franklin
22 Police Department was paying the salary of --
23    A.   Yeah.
24    Q.   -- the --
25    A.   Yes.  New --

11 (Pages 38 - 41)

Page 42

1    Q.   -- New Franklin -- let me spit --
2  spit the question out, sorry, just for the
3  record.
4         So the New Franklin Police
5  Department was paying the salary of the New
6  Franklin Police Department detective who was
7  assigned to the drug unit?
8    A.   Yeah.  They pay their salary and
9  benefits.
10   Q.   What -- your salary and benefits as
11 the -- commander of the drug unit; is that
12 right?
13   A.   Uh-huh.  Yeah.
14   Q.   Is that the right title?
15   A.   Sure.
16   Q.   Okay.  Who -- who paid your salary
17 and benefits?
18   A.   My salary comes from the grant.
19 Two grants.
20   Q.   Grant from who or from what?
21   A.   One is a federal grant.  One is a
22 state grant.
23   Q.   Okay.  And has that always been the
24 case?
25   A.   Yeah.  I'm pretty sure it's been

Page 43

1  that way the entire time.
2    Q.   All right.  What is -- you --
3  you -- you reported to Inspector Holland at the
4  time?  What --
5    A.   At the time, yeah.
6    Q.   Who was Inspector Holland?  Who did
7  he work for?
8    A.   Well, he would have reported to a
9  major, and a major would have reported to the
10 sheriff.
11   Q.   Okay.  So Inspector Holland's
12 someone in -- in the Summit County Sheriff's
13 office?
14   A.   He is.
15   Q.   All right.  Is he still there?
16   A.   He is.
17   Q.   What's he do now?
18   A.   Currently he's in charge of the
19 Summit County Jail.  He's also our public
20 information officer.
21   Q.   Okay.  When did he -- so who do you
22 report to today?
23   A.   Who does -- who do I report to?
24   Q.   Yes.
25   A.   Inspector Chris Rhoades.

Page 44

1    Q.   Okay.  When did that change?  Was
2  there anybody between Holland and Rhoades that
3  you reported to?
4    A.   No.
5    Q.   Okay.  So when did that change from
6  Holland --
7    A.   It was -- it was Bill -- Inspector
8  Bill Holland until Sheriff Steve Barry became
9  sheriff, and that was in, I think, '13.
10   Q.   2013?
11   A.   I think it was '13.
12   Q.   Uh-huh.  Okay.
13   A.   And then he assigned Inspector
14 Chris Rhoades to oversee the drug unit.
15   Q.   Okay.  And when you say "to oversee
16 the drug unit," what does that mean?
17   A.   It means I report to him.  You
18 know, you have to answer to somebody.  I -- I
19 answer to Chris Rhoades.
20   Q.   Okay.  Well, what -- what do you
21 have to answer to him about?  What are you
22 reporting to him?
23       MR. LEDLIE:  Object to the form of
24 the question.
25       You can answer.

Page 45

1        THE WITNESS:  Okay.
2    A.   He just wants updates on our
3  investigations, drug seizures.  The -- the
4  sheriff's office has staff meetings twice a
5  week, and he likes to be able to report to the
6  sheriff that we're actually working and what
7  we're doing.
8    Q.   Do you go to those staff meetings?
9    A.   No.
10   Q.   How do you -- how do you report to
11 Inspector -- and is what you report to
12 Inspector Rhoades the same kind of stuff you
13 were reporting to Inspector Holland?
14   A.   Yeah, Bill was a little different.
15   Q.   How so?
16   A.   His feelings were, "Call me if it's
17 going to be in the newspaper."  He just said
18 just -- you know, he said, "Just get your work
19 done."
20   Q.   He --
21   A.   "Do your job."
22   Q.   If I'm discerning that correctly,
23 he -- he needed fewer updates than does --
24   A.   Yeah.
25   Q.   -- Inspector Rhoades?

12 (Pages 42 - 45)

Page 46

1    A.    That's a good way to put it.
2    Q.    Okay.
3    A.    Needed fewer updates.
4    Q.    How -- what kind of things would
5  you call Inspector Holland about that met the
6  "in the newspaper" criteria?
7    A.    Well, if -- if we were doing a --
8  if we did a SWAT entry or something like that,
9  neighbors would start calling and then it would
10  end up in the newspaper somehow or another, and
11  he would like to give the sheriff a heads-up if
12  something like that was coming.
13    Q.    What's the -- what's the
14  geographical scope?  I -- I feel like this
15  should be obvious, but I'm not positive.
16    A.    Okay.
17    Q.    What's the geographical scope of
18  each Summit County Drug Unit's operations?
19    A.    Summit County.
20    Q.    All right.  Are there any -- does
21  the drug unit do anything outside of Summit
22  County?
23    A.    Sure.  Yeah, on occasion.
24    Q.    How -- describe that, how that
25  happens.

Page 47

1    A.    We have federal agents on the task
2  force, and there have been times where we've
3  went out of town following somebody and ended
4  up in Columbus or something like that.
5    Q.    Is it only the federal agents that
6  are authorized to do that within the task
7  force?
8    A.    We can follow a felony, but -- so,
9  no.  The answer to that question is no, but.
10    Q.    But as a general matter, if it --
11    A.    Yeah.
12    Q.    -- if it's outside the -- the
13  county, it's going to be --
14    A.    Yeah.  They're --
15    Q.    -- one of the -- let me just finish
16  the question.
17    A.    Sorry.
18    Q.    -- it's going to be one of the
19  federal people assigned to the task force
20  that's going to have the lead in following up?
21    A.    Yes.
22    MR. LEDLIE:  Object to the form of
23  the question.
24    You can answer.
25    Q.    Is that right?

Page 48

1    A.    Yeah.  That's fair.
2    Q.    Okay.  What -- the detectives that
3  are assigned to the task force, can you
4  describe for us, please, what -- what do they
5  do all day?  What -- what are -- what are they
6  working on?
7    A.    Drug complaints.  You know, it --
8  we get drug complaints from the Internet, from
9  Facebook, phone-in complaints, and those are
10  handed out, passed out by jurisdiction.  If we
11  get a complaint in New Franklin, it will go to
12  a the New Franklin officer, would take the
13  lead.  If we get a complaint in Copley, it will
14  go to the Copley officer to take the lead.
15  This -- they -- they work on drug complaints
16  daily.
17    Q.    And how does a detective work on a
18  drug complaint?  What does that entail?
19    A.    They sign -- we have a source of
20  information.  You sign that source of
21  information up as a confidential informant.
22  They interview him.  They interview the
23  individual, complete a confidential informant
24  package, write up a report of investigation,
25  and it goes to the sergeant for approval, and

Page 49

1  then it comes to me for final approval.
2    Q.    Approval of what?
3    A.    That he's suitable to use as a
4  confidential informant.
5    Q.    Okay.  Who's the sergeant?
6    A.    It's Jer- -- Jerry Angerstein.
7    Q.    How long has Sergeant Angerstein --
8  is there only one sergeant --
9    A.    Yes.
10    Q.    -- in the drug unit?
11    A.    Yes.
12    Q.    Okay.  How long has -- I'm sorry.
13    A.    Yes.  One that carries a
14  supervisory role.
15    Q.    Okay.  How long has Sergeant
16  Angerstein had the supervisory role?
17    A.    Let's see.  This is December.  He's
18  been there a very short time.  The last
19  sergeant, Sergeant Pat Hunt, retired in August,
20  end of August, and Jerry replaced him, so he's
21  been there a very short time.
22    Q.    Where was he before that?
23    A.    Jerry was the supervisor on patrol.
24  One of them.
25    Q.    Is he a Summit County Sheriff's

13 (Pages 46 - 49)

Page 50

1 Office --
2     A.   Yes, he is.
3     Q.   -- sergeant?  Okay.
4          And you said that before that it
5 was Sergeant Pat Hunt?
6     A.   Uh-huh.
7     Q.   How long was Sergeant Hunt the
8 supervisory sergeant at the drug unit?
9     A.   I think a little over five years.
10 He came in -- I came in at the end of '12.  He
11 came in the summer of '13.
12    Q.   Who was the supervisory sergeant
13 when you started with the drug unit?
14    A.   There was a -- it was Don Joseph,
15 Donald Joseph.
16    Q.   And where is Sergeant Joseph today?
17    A.   He's now a lieutenant.
18    Q.   Where is Lieutenant Joseph today?
19    A.   He's at the jail.
20    Q.   Okay.  And were there any other
21 supervisory sergeants between Joseph and Hunt?
22    A.   No.
23    Q.   And what are the responsibilities
24 of the supervisory sergeant?
25    A.   The supervisory sergeant is in

Page 51

1 charge of operations in the field.
2     Q.   What's that mean?
3     A.   When -- when they go out to make
4 drug buys, he's the supervisor in charge.
5 If -- he makes decisions like when to call off
6 something if it becomes dangerous, he feels
7 it's dangerous, or when something he doesn't
8 like or -- he can call off the entire
9 operation.
10         And he's responsible for other
11 little things like if -- if a door is broken,
12 you know, from a SWAT entry or something like
13 that, he calls the board-up company --
14    Q.   Calls the what?  Sorry.
15    A.   Like -- like a board-up company --
16    Q.   Oh, okay.
17    A.   -- to, you know, repair the
18 house --
19    Q.   Yeah.
20    A.   -- cover a window.  You know, he --
21 he has a lot of duties like that.
22    Q.   Okay.  Have those duties and
23 responsibilities changed over time?  Over your
24 time involved?  Your time of involvement with
25 the Summit County Drug Unit?

Page 52

1     A.   For the sergeant?
2     Q.   Yes.
3     A.   Our duties have changed, yeah.
4     Q.   How so?
5     A.   Well, I mean, the types of
6 incidents that we responded to have changed, so
7 the duties have changed.
8     Q.   How -- how have things changed?
9          MR. LEDLIE:  Object to the form.
10 Vague.
11    Q.   In your last answer, you said, "The
12 types of incidents that we have responded to
13 have changed."  What did you mean by that?
14    A.   When I first started in the drug
15 unit, the -- we were probably responding to --
16 I don't remember the exact number, but it was
17 over a hundred one-pot meth labs, so the
18 responsibility at that time was meth lab
19 cleanup.
20         So that's how they've changed.  You
21 know, that -- you know, you could see that
22 trend dying and other trends beginning to take
23 off.
24    Q.   Does that mean that meth was the
25 focus of the drug unit's activities in 2012?

Page 53

1 I'm not sure I understand.
2          MR. LEDLIE:  Object to the form.
3     A.   It was one of them.
4     Q.   Okay.  If the meth trend was dying,
5 what other trend -- what trends were beginning
6 to take off?
7          MR. LEDLIE:  Object to the form of
8 the question.
9          THE WITNESS:  Can I answer that?
10         MR. LEDLIE:  Yeah.
11         THE WITNESS:  Yeah.
12         MR. LEDLIE:  If you understand it.
13         THE WITNESS:  I think so.
14    A.   Well, the -- the production of meth
15 had changed from the home cook to now we
16 started to see an influx of crystallized meth.
17 So it -- it became cheaper, more readily
18 available.  So that's one of the trends we
19 noticed.
20    Q.   Any other trends that you've
21 noticed?
22    A.   Heroin began to pick up, become
23 more popular, become -- I believe we had
24 more -- more deaths right around that time.
25 Heroin had started to increase, the heroin.  We

14 (Pages 50 - 53)

Page 54

1 started seeing more heroin.
2    Q.    When you said "right around that
3 time," what time do you mean?
4    A.    Probably around '13 or '14. When
5 I -- and I can expand on that just a little
6 bit.
7    Q.    Please.
8    A.    When I talked to my boss, who used
9 to be a sergeant in the drug unit, they
10 never -- they didn't see a lot of heroin, so it
11 was a big deal if they saw even a little bit of
12 heroin. So we started seiz- -- seizing large
13 amounts, large quantities, of heroin around
14 that time.
15    Q.    Which boss were you referring to?
16    A.    I'm sorry. Chris Rhoades.
17    Q.    Okay.
18    A.    He's been around -- he's probably
19 been in the sheriff's office close to 40 years.
20    Q.    And he was in the drug unit at some
21 point before he was --
22    A.    He was, yeah.
23    Q.    Do you know what his -- what --
24 what was his job immediately before becoming
25 the inspector to whom you report?

Page 55

1    A.    Immediately before?
2    Q.    Yeah.
3    A.    Chris Rhoades was -- he was the
4 person in charge of extra details for --
5 remember I told you about special deputies.
6 They're given a commission by the sheriff.
7 They can -- one of the things they can do to
8 make money is do a traffic detail or -- or
9 direct traffic or work at a school or something
10 like that. This is full-time guys, too. His
11 job was scheduling those types of things.
12    Q.    Let's go back a little bit --
13    A.    Okay.
14    Q.    Oh, I'm sorry.
15    A.    No, go ahead.
16    Q.    Oh. When you -- when you became
17 the commander of the drug unit, did you get any
18 training from anyone as part of assuming that
19 new responsibility?
20    A.    Hylton Baker, he was there maybe a
21 couple months. I got to meet with him a few
22 times.
23        I did go to the DEA basic narcotic
24 investigator course. There was some training
25 in there on the supervisory role of a task

Page 56

1 force commander.
2        I've taken some online courses
3 through Bureau of Justice Assistance, task
4 force commander courses.
5    Q.    Anything else?
6    A.    No. Not that I can think of off
7 the top of my head.
8    Q.    The -- the DEA basic narcotic
9 investigator course --
10    A.    Uh-huh.
11    Q.    -- where was that?
12    A.    That was held at Ohio HIDTA
13 building in Cleveland.
14    Q.    How long was that course?
15    A.    Two weeks.
16    Q.    When did you attend that course?
17    A.    I don't remember exactly. I don't
18 remember exactly. Sorry.
19    Q.    Was there anything in that course
20 about prescription opioid medication?
21    A.    There was a doctor that gave a
22 course. I -- I believe he was a pharmacist. I
23 don't remember his name. I wish I did. He was
24 a great -- great instructor. He taught us
25 about prescriptions, the DEA numbers, how to

Page 57

1 tell if they're real on a prescription pad.
2 Yeah, there was -- so, yes, there was.
3    Q.    Remember how long that part of the
4 training was?
5    A.    Exactly? No, I don't remember how
6 long it was.
7    Q.    Do you remember what department,
8 agency, or where that person was from?
9    A.    No.
10    Q.    Do you have any advanced medical
11 training?
12    A.    No.
13    Q.    Any advanced training in
14 pharmacology?
15    A.    No.
16    Q.    Any training in the mechanisms of
17 action of prescription medications?
18    A.    Mechanism of action?
19    Q.    How they work.
20    A.    I mean, I've -- I've been to
21 conferences around the state, and I -- not
22 official training, but they're trainings that
23 you don't get certificates for. They've
24 explained how the opioids bind to neuron
25 receptors in the brain. So basic

15 (Pages 54 - 57)

Page 58

1 understanding, sure.
2    Q.   Do you have any advanced training
3 in the causes of addiction?
4        MR. LEDLIE: Object to the form of
5 the question.
6    A.   When you say "advanced training,"
7 can you clarify? I mean, I've been to a lot
8 of --
9    Q.   Have you -- have you -- let's start
10 with this. Have you taken any -- any course
11 for credit that specifically --
12   A.   Okay. No.
13   Q.   -- relates to --
14   A.   Then the answer is no.
15   Q.   -- causes of addiction?
16        Okay. Same question about
17 treatment of addiction.
18   A.   Then the answer would be no.
19   Q.   So to the extent you've learned
20 anything about the causes of addiction or
21 treatment of addiction, it's just stuff your
22 heard at general conferences --
23        MR. LEDLIE: Object to the form.
24   Q.   -- that you were attending?
25        MR. LEDLIE: Sorry. Object to the

Page 59

1 form of the question. Misstates testimony.
2    A.   Correct.
3    Q.   I'm sorry?
4    A.   Correct.
5    Q.   Okay. Do the -- how many
6 detectives from the Summit County Sheriff's --
7 are there any detectives from the Summit County
8 Sheriff's Office who are assigned to the drug
9 unit?
10   A.   Yes.
11   Q.   How many?
12   A.   We have Carmen Ingram. She is a
13 property officer. She handles all of our
14 pieces of property, evidence.
15   Q.   Okay.
16   A.   Okay. She tags all the evidence.
17        She also assists with stack
18 keeping. She's -- she's wonderful. She
19 produces the -- puts together the drug
20 awareness training videos for DARE, Drug Abuse
21 Resistance Education.
22        We have two deputies, Bob
23 Scalise -- Robert Scalise and Jimmy Fields,
24 that are assigned to the unit, and they are
25 task force officers attached to the DEA. So

Page 60

1 what that means is -- do you know what that
2 means?
3    Q.   No. I need you to please explain.
4    A.   Okay. What that means is they
5 have -- they've had their backgrounds completed
6 by the federal government, and they have the
7 authority -- the same authority as a DEA agent
8 to -- for federal investigations.
9        We have a general assignment
10 detective, Ryan Knight, who's assigned to the
11 unit, attached to the unit. And we have
12 Lori -- sorry. That would be five. We have
13 Lori Baker-Stella, who's assigned to the Drug
14 Enforcement Administration under TDS squad,
15 Tactical Diversion Squad, for pill diversion.
16   Q.   Okay. Do -- you described
17 Ms. Ingram's specific responsibilities related
18 to the evidence. Do any of the other folks
19 that you just listed have specific
20 responsibilities within the drug unit? Sort of
21 distinct responsibilities?
22        Let me -- let me try that ques- --
23 let me try a --
24   A.   Yeah.
25   Q.   -- better question. We'll just

Page 61

1 take them one by one.
2        So Lori Baker-Stella, when you say
3 she's assigned to the DEA TDS squad, Tactical
4 Diversion Squad, what does that mean and what
5 does she -- what does that mean?
6    A.   There's a -- the Tactical Diversion
7 Squad with the DEA just handles doctor
8 complaints, pharmacy complaints, prescribing
9 complaints, pill -- just pill diversion. And
10 so she's assigned to that unit, and they're in
11 Cleveland.
12   Q.   Okay.
13   A.   So does that -- do you understand?
14   Q.   Does she -- is she part of the
15 Summit County Drug Unit?
16   A.   She's assigned to the DEA through
17 us. I guess if we didn't exist, she wouldn't
18 be there, I guess is the best way to put that.
19   Q.   Okay. Do you know what she's doing
20 on a daily basis? Does she report to you --
21   A.   No.
22   Q.   -- either directly or indirectly?
23   A.   Not daily, no.
24   Q.   Okay.
25   A.   She'll report to the sergeant.

16 (Pages 58 - 61)

Page 62

1 Most things -- most people report directly to
2 the sergeant before me.
3     Q.   How long has Ms. Baker-Stella --
4 Det-- I'm sorry -- Detec- -- Deputy
5 Baker-Stella?
6     A.   Yeah, she's a deputy.
7     Q.   All right.  How long has Deputy
8 Baker-Stella been assigned to that Tactical
9 Diversion Squad?
10     A.   I believe she started in February
11 of '13.
12     Q.   And was there someone from the
13 sheriff's -- sorry -- from the Summit County
14 Sheriff's Office assigned to that squad before
15 Deputy Baker-Stella?
16     A.   I'm trying to remember if someone
17 had left.  I don't remember.
18     Q.   Okay.  Can you give some examples
19 of the types of investigations that Deputy
20 Baker-Stella has been involved in?
21         MR. LEDLIE:  Object to the form.
22 Asked and answered.
23     A.   I mean, you would have to get any
24 details from Lori Baker-Stella.  She -- she had
25 reported -- I think it's in my stats -- like

Page 63

1 three doctors -- doctor investigations and --
2 and a pharmacy investigation that she had been
3 working on.
4     Q.   Okay.  Now, she's in Cleveland?
5     A.   Uh-huh.
6     Q.   Is her -- the scope of where she's
7 investigating, is it limited to Summit County,
8 or is it broader?
9     A.   No.  No, it's broader.  I don't
10 know exactly their territories, but it's
11 broader than Summit County.
12     Q.   All right.  Going back to the
13 other --
14     A.   Okay.
15     Q.   -- folks, but I've lost their
16 names.
17         MR. LEDLIE:  We've been going about
18 50 minutes, so whenever we're at a good
19 breaking point, that would be great.
20         MR. BLOCK:  Yeah.  You want to take
21 a break?
22         MR. LEDLIE:  Sure.
23         MR. BLOCK:  Fine.  We'll -- we'll
24 take a break now.
25         THE WITNESS:  Okay.

Page 64

1         THE VIDEOGRAPHER:  Off the record
2 at 9:52 a.m.
3          (A recess was taken.)
4         THE VIDEOGRAPHER:  Back on the
5 record at 10:07 a.m.
6 BY MR. BLOCK:
7     Q.   Is there an organizational chart
8 for the Summit County Drug Unit?  You know,
9 like a piece of paper that --
10     A.   Like a flowchart?
11     Q.   Yeah.
12     A.   I don't know if we have a
13 flowchart.
14     Q.   Okay.  What -- you mentioned there
15 were two Summit County Sheriff's Office
16 deputies.  I think it was Ms. -- Deputy Scalise
17 and Deputy Fields?
18     A.   Correct.
19     Q.   And they are also trained by
20 the DEA?  Sorry.  What -- what's their DEA
21 affiliation?
22     A.   They're task force officers.
23 They're -- they're attached to the DEA, so they
24 have Drug Enforcement Administration
25 credentials.

Page 65

1     Q.   Okay.
2     A.   They can -- they can conduct
3 federal investigations.
4     Q.   Do they -- are they located at the
5 same building where you work or somewhere --
6     A.   Yes.
7     Q.   Okay.  And do they have -- given
8 that they are DEA-credentialed, does that -- do
9 they work on different types of projects than
10 the other deputies assigned to the drug unit?
11     A.   They -- they share common drug
12 investigations, so I guess the answer would be
13 no.
14     Q.   Is there a particular focus for
15 either of those deputies in terms of their --
16 their work?
17         And by "focus" I -- I mean that in
18 the broadest sense possible, whether that's a
19 particular geographical area within the county
20 or a particular type of drug or type of
21 transaction.
22     A.   Well, I mean, our -- our main area
23 of responsibility, obviously, is Summit County.
24     Q.   Right.
25     A.   So geographically it would be

17 (Pages 62 - 65)

Page 66

1 Summit County.
2    Q.  Okay.
3    A.  Sometimes investigations lead out
4 of the county.  Sometimes we get other task
5 forces involved in other states.
6    Q.  Are there any deputy -- any
7 detectives -- do you call them detectives in
8 the drug unit?
9    A.  Yeah.
10    Q.  The people in the field are the
11 detectives; is that right?
12    A.  Yeah.
13    Q.  So are there any detectives who are
14 supposed to prioritize on particular types of
15 drugs?
16    A.  I -- I mean, we handle all the drug
17 complaints.  They're all priority.
18    Q.  Okay.  What I was trying to get at
19 is if you get a complaint about cocaine use
20 somewhere, is there a particular deputy who
21 generally gets sent to investigate the cocaine
22 complaints as opposed to the meth complaints
23 or --
24    A.  No, but there are detectives that
25 are -- like, you brought up cocaine.  Like --

Page 67

1 like methamphetamine, there are detectives that
2 just really enjoy methamphetamine
3 investigations, and they're very good at it.
4 Or -- or, you know, making a meth lab safe and
5 neutralizing it, and some guys really enjoy
6 that, so they would be called upon for that and
7 giving presentations, things like that.
8    Q.  Is there anybody within the Summit
9 County Drug Unit who's got a particular
10 affinity or interest in prescription medication
11 investigations?
12    A.  Well, Lori Baker-Stella is assigned
13 to that unit.  They're all -- you know, she's
14 assigned to the pill diversion unit.
15    Q.  If -- if the Summit -- if you get a
16 report in to your unit that somebody is
17 complaining about pill diversion, does that --
18 who -- who within the unit deals with that?
19    A.  Those complaints are generally
20 forwarded to Lori Baker-Stella's unit, or
21 there's a guy from Akron police named Pat
22 Leonard.  They'll be given to him.
23    Q.  And did -- I believe you told me --
24 told us that the Summit County Drug Unit is
25 co-located with the -- something from Akron.

Page 68

1 What --
2    A.  Akron Narcotics Unit.
3    Q.  Akron Narcotics Unit.  And what
4 is -- what does the Akron Narcotics Unit
5 consist of?
6       MR. LEDLIE:  Object to the form.
7       You can answer.
8    A.  It's basically the same as us, but
9 just city.  They have city jurisdiction.
10 They're -- they have a -- they call it a --
11 their K9's out of that office.  Their street
12 narcotics, uniformed patrolmen are out of that
13 office, so.
14    Q.  Who commands that unit?
15    A.  That is Captain Mike Shearer.
16    Q.  How -- how long has he been in
17 charge of that unit?
18    A.  I -- I really don't know.
19    Q.  Was he there when you started?
20    A.  Yes.  Quite a while.
21    Q.  When you started in 2012, were you
22 co-located with the Akron Narcotics Unit?
23    A.  Yes.  In a different location.
24    Q.  And do you have any -- you
25 personally have any involvement with Captain

Page 69

1 Shearer or anyone else in the Akron Narcotics
2 Unit in terms of coordinating activities?
3    A.  Yeah.  Yes.
4    Q.  Okay.  Describe for -- how do you
5 coordinate with the Akron Narcotics Unit?
6    A.  Well, I mean, we speak daily.  His
7 office is right next to mine.  So I guess I
8 don't understand what you mean by how do we
9 coordinate.  We're all in the same room
10 together, and we can freely talk among each
11 other, so.
12    Q.  Does he -- for example, does he
13 share with you what the detectives in the Akron
14 Narcotics Unit are working on?
15    A.  On occasion.  We try to.  Probably,
16 you know, we -- we try to share information as
17 much as we can so we don't both end up
18 investigating the same people and -- and
19 organizations.
20    Q.  Is there a supervisory -- does he
21 have a supervisory sergeant or equivalent for
22 the Akron Narcotics Unit?
23    A.  He has a lieutenant, David Garro,
24 G-a-r-r-o, who -- he's -- he hasn't been there
25 very long.  A couple years, maybe.

18 (Pages 66 - 69)

Page 70

1    Q.   I forget if you told me this.  When
2  you started in 2012, was Captain Shearer the
3  one in charge of the Akron Narcotics Unit?
4    A.   He was.  He had a different
5  lieutenant.
6    Q.   Do you remember who that was?
7    A.   It was Chip Westfall.
8    Q.   Do you know how many detectives are
9  in the Akron Narcotics Unit?
10    A.   Specifically, no, I -- I don't.
11    Q.   Okay.  And is the -- is the
12  geographical focus of the Akron Narcotics Unit
13  activities within the city limits of Akron?
14    A.   Yes.
15    Q.   Okay.  Is -- the city of Akron is
16  within Summit County?
17    A.   It is.
18    Q.   All right.  Does the Summit County
19  Sheriff's Office have any -- have jurisdiction
20  over things that take place within the city
21  limits of Akron?
22    A.   It's an interesting question.
23  Summit County Sheriff's Office has jurisdiction
24  in Summit County, and Akron is in Summit
25  County.  But as far as -- we wouldn't take over

Page 71

1  their investigations or things like that.
2    Q.   Are there any other parts of Summit
3  County, other than the city of Akron, where the
4  Summit County Drug Unit sort of defers to
5  another agency to do narcotics investigations?
6        MR. LEDLIE:  Object to the form of
7  the question.
8    A.   If I understand the question --
9  maybe I don't understand what you're asking.
10    Q.   I might have gotten it wrong, but I
11  understood your testimony if -- if there's
12  narcotics activity within the city limits of
13  Akron, ordinarily, in the first instance, the
14  Akron Narcotics Unit would deal with that?
15    A.   It depends.
16    Q.   If I rephrase the question to say
17  normally the Akron Narcotics Unit would take
18  the lead on that; is that correct?
19    A.   Not all the time.
20    Q.   Okay.  How do you decide?
21    A.   Well, there is no hard and fast
22  rule on -- you know, on who takes the lead.
23  But if they -- how do I explain this?  If they
24  have an active complaint they're working on,
25  they take the lead on that case.  If we have

Page 72

1  one we're working on, we'll take the lead on
2  the case.
3    Q.   Are there any other -- are there
4  any other parts of Summit County, other than
5  the city of Akron, where there's something like
6  the Akron Narcotics Unit that might be taking
7  the lead on the case?
8    A.   No, not that I'm aware of.
9    Q.   Okay.  You're the commander of the
10  Summit County Drug Unit.
11    A.   Yes.
12    Q.   All right.  What are your
13  responsibilities as the commander?
14        (Telephonic interruption.)
15        MR. BLOCK:  Bless you.
16        THE WITNESS:  I forgot there was
17  people on that phone.
18        MR LEDLIE:  There's just a couple.
19    A.   It's administrative duties.  Don't
20  mistake my role for --
21        (Telephonic interruption.)
22        MR. BLOCK:  Bless you again.
23        THE WITNESS:  Bless you.  Bless
24  you.
25        MR. BLOCK:  Maybe you might want to

Page 73

1  mute.
2    A.   Don't misunderstand my role.  I'm
3  not an investigator.  I'm an administrator.
4  I -- I collect stats.  I make sure they have
5  all the equipment they need to do their job.  I
6  try and secure funding through grants, pay the
7  bills.  It's administrative duties.
8    Q.   If someone on the task force gets
9  in trouble for something they did on the job,
10  are you the person who would ultimately decide
11  whether to refer them for discipline?  Is
12  that --
13    A.   It would be -- if it was a Summit
14  County deputy sheriff, yes.  If it's an outside
15  agency, we could have them removed, but their
16  home agency would handle their discipline.
17    Q.   Who -- if your role is
18  administrative, who -- who is responsible for
19  setting the investigation -- for running the
20  investigations and overseeing the
21  investigations that the unit is handling?
22    A.   Well, like, the big investigations,
23  the major drug trafficking organizations, the
24  DEA takes the lead on those.  They have the --
25  the resources and -- and the ability to, you

19 (Pages 70 - 73)

Page 74

1 know, go wherever we need to and reach out to
2 other task forces.
3      But I guess ultimately I could shut
4 down an investigation if I wasn't happy with it
5 or didn't like the way it was going or
6 something like that.
7    Q.   Who -- so you have veto authority,
8 I guess.
9    A.   Well, I -- I -- yeah, I have veto
10 authority, but I have a -- I guess I'm not
11 sure.  Not sure what you're asking for.
12   Q.   Do -- do you have any
13 involvement -- do you have any role in
14 directing anyone within the drug unit on
15 what -- what they're investigating?
16   A.   I guess, you know, if I get a
17 complaint, sure, I'll assign people the
18 complaint or give it to the sergeant to assign
19 the complaint.
20   Q.   What kind of complaints come to you
21 directly?
22   A.   Directly -- none come to me
23 directly.  They'll get forwarded to me from
24 either -- like, we spoke about Carmen Ingran --
25 Ingram.  She manages, like, the Facebook

Page 75

1 account.  And if someone submits a complaint
2 through Facebook, she'll bring it to me, and
3 I'll give it to the sergeant and he'll assign
4 it.  We get complaints through Crime Stoppers
5 and things like that.
6    Q.   Is there, like, a hotline that
7 people can call?
8    A.   Well, our phone number.
9    Q.   Okay.
10   A.   You know, our general number.
11   Q.   Who mans the phone?
12   A.   We have a secretary.
13   Q.   Are there any other -- any other
14 members of the drug unit who aren't detectives?
15 So that -- by that I was try- -- intending to
16 pick up the secretary.  I don't know --
17   A.   Oh, sure.  Yeah.
18   Q.   -- if there are others.
19   A.   She's -- we have a secretary and
20 a -- an analyst provided to us by the Ohio
21 National Guard.
22   Q.   Who is the analyst?
23   A.   Her name is Courtney Campbell.
24   Q.   What does -- do you know what her
25 rank is in the Guard?

Page 76

1    A.   She's a sergeant.
2    Q.   Okay.  Different kind of
3 sergeant --
4    A.   Yeah.
5    Q.   -- but -- do you ever -- you didn't
6 serve in the --
7    A.   I did not.
8    Q.   -- armed forces?  Okay.
9      What is -- what is Courtney
10 Campbell's role?  What does she do as an
11 analyst?
12   A.   She researches -- like, she's real
13 good at pulling information from, like, places
14 like Facebook, and she gathers data and tries
15 to put together usable information for
16 detectives working the cases.  Like associates
17 and --
18   Q.   And she's assigned to the task --
19 the drug unit through her National Guard
20 status?
21   A.   Yeah.
22   Q.   How long has she been with the
23 unit?
24   A.   Courtney's been there -- she
25 replaced -- she replaced a girl a few years

Page 77

1 ago.  She's probably been there three years, if
2 I had to guess.
3    Q.   The person she -- do you remember
4 the name of the person she replaced?
5    A.   I don't.
6    Q.   Was that person also affiliated
7 with the National Guard?
8    A.   They were.
9    Q.   Was there -- has there been a
10 National Guard-affiliated analyst in the drug
11 unit since you've been involved with the drug
12 unit?
13   A.   I don't remember when the first one
14 started.  No, we didn't have one initially.  It
15 might have been a year or two after I took
16 over.
17   Q.   And does that mean that her -- that
18 the salary and benefits of the guard analysts
19 have been borne by the National Guard?
20   A.   Correct.
21   Q.   And you mentioned that if it's a
22 major drug trafficking organization, the DEA
23 will take the lead on it.  What did you mean by
24 "a major drug trafficking" organization?
25   A.   Well, the major organizations, we

20 (Pages 74 - 77)

Page 78

1 use investigative techniques that the DEA has
2 the equipment in our office to -- to
3 investigate these complaints. We -- we use
4 phone -- we listen to phone calls.
5     Q.   Uh-huh.
6     A.   Okay. And they -- their equipment
7 is in our office. They write the -- the
8 affidavit. And it would be an organization
9 with five or more people and have ties -- it
10 would be a major -- major supply of drugs
11 coming into the county. It -- it -- you know.
12    Q.   What kinds of drugs are we talking
13 about?
14         MR. LEDLIE:  Object to the form of
15 the question.
16    A.   We've investigated cocaine drug
17 trafficking organizations, heroin, crystal
18 methamphetamine investigations. Large
19 quantities.
20    Q.   To your -- from your memory, have
21 you ever investigated a drug trafficking
22 organization that was focused on prescription
23 medications?
24    A.   No. No.
25    Q.   Is there a particular person or

Page 79

1 persons at the DEA who -- you said the DEA
2 would take the lead. Who -- who were you
3 referring to at the DEA?
4     A.   Well, one of the special agents in
5 the office.
6     Q.   And is there a DEA supervisor that
7 they report to?
8     A.   Yeah.
9     Q.   Who is that?
10    A.   They report to Eric Kochanowski.
11    Q.   With a K?  With a C?
12    A.   With a -- with a K, but please
13 don't ask me to spell it.
14    Q.   Okay.
15    A.   And then there's also Keith Martin,
16 I believe, is Eric's boss.
17    Q.   Okay. And who is Mr. Kochanowski?
18 Do you know what this title?
19    A.   I believe they call him a RAC.
20    Q.   A what?
21    A.   RAC, resident agent in charge.
22    Q.   Okay.
23    A.   The guys that work in our office
24 that are special agents.
25    Q.   Is he -- does Mr. Kochanowski, does

Page 80

1 he work out of the same building?
2     A.   No.
3     Q.   Okay.
4     A.   He comes in a couple days a week.
5     Q.   Have you ever spoken with him?
6     A.   Oh, yeah.
7     Q.   All right. Do you -- do you have
8 any -- does he ever give you updates on what
9 DEA is working on related to narcotics
10 investigations?
11    A.   I -- I wouldn't really need updates
12 from him. We would give him updates.
13    Q.   Okay. Well, does he have other
14 people reporting to him other than the -- well,
15 how many DEA agents are --
16    A.   Well, it varies. Like I said --
17    Q.   Okay.
18    A.   -- it varies from day to day. Just
19 four to six.
20    Q.   Okay. And I guess my question was
21 going to be, do you know whether there are
22 other DEA agents, other than the four to six in
23 the Summit County Drug Unit, who are working on
24 narcotics investigations in the -- in this
25 region?

Page 81

1     A.   In Summit County?
2     Q.   Sure.
3     A.   Do I know of other DEA agents?
4     Q.   Yes.
5     A.   No, I -- I don't believe so.
6     Q.   Okay. Are there any -- does the
7 drug unit have any -- do you have staff
8 meetings?
9     A.   We do.
10    Q.   Is there a regularly scheduled
11 staff meeting?
12    A.   The -- with the detectives?
13    Q.   Sure. I want to talk about all
14 kinds of meetings, so.
15    A.   Oh, okay. Okay. So --
16         MR. LEDLIE:  Object to the form of
17 the question.
18    A.   Okay.
19    Q.   Let's start with the detectives.
20 Are there --
21    A.   I mean, we meet daily, because
22 we're all in the same room. The guys all have
23 lunch together. They discuss cases daily. So
24 if that's what you're asking.
25    Q.   Well, is -- and is there any -- is

21 (Pages 78 - 81)

Page 82

1 there a set time where you're -- where you get
2 briefed, either by the detectives or the
3 sergeant or somebody else, on what's going on?
4        Or is it just if you happen --
5 yeah, I'll end my question there.
6        Let me read it back.  Sorry.
7        Is there any -- a set time where
8 you get briefed, either by the detectives or
9 the sergeant or somebody else, on what they're
10 working on?
11     A.  If you're asking --
12        MR. LEDLIE:  Object to the form of
13 the question.
14        You can answer.
15        THE WITNESS:  Sorry.
16     A.  If you're asking if it's Tuesdays
17 at 10:00, then, no.  It's -- it's daily, I
18 guess, would be the best way to answer that.
19     Q.  Is there a -- you know, I've seen
20 on the TV shows everybody gets in the room in
21 the morning and they get their assignments and
22 then off they go.  Is it like that?
23     A.  No.
24     Q.  Okay.  How -- describe it for me.
25     A.  Well, the sergeants -- it's Mike

Page 83

1 Shearer's office, my office, and then my
2 sergeant's office.  We just -- we meet and
3 talk.
4     Q.  Okay.
5     A.  And he tells me what they've been
6 doing, what they have planned, what's going on
7 at night.  He gives me the updates and...
8     Q.  What if you're not in the office
9 and someone needs to get ahold of you and give
10 you an update; how do they do that?
11     A.  Call me.  Call me.
12     Q.  Do you have a -- do you have a
13 county --
14     A.  I do.
15     Q.  -- a county-issued cell phone?
16     A.  Well, it's actually issued through
17 HIDTA.
18     Q.  Okay.
19     A.  So it's a federal --
20     Q.  I'll come back to HIDTA.
21     A.  Okay.
22     Q.  But you have a cell phone.
23        Do you get -- do you ever get text
24 messages related to the drug unit on your -- on
25 that phone?

Page 84

1     A.  Yeah.
2     Q.  How long have you had that phone?
3     A.  This particular phone?
4     Q.  Sure.
5     A.  Maybe a year and a half.
6     Q.  What is HIDTA you mentioned?
7     A.  High Intensity Drug Trafficking
8 Area.
9     Q.  What does that mean?
10     A.  Summit County was designated a high
11 intensity drug trafficking area.  And -- and I
12 don't know what year that -- this came about by
13 congress in the '80s.  So to be a designated
14 HIDTA area, you have to designate resources to
15 investigate drug complaints.
16        We're -- our highway system, we're
17 geographically located within -- with our state
18 routes between source cities of supply, so it's
19 in the federal -- the president's budget.  He
20 allocated money for HIDTAs, HIDTA areas in the
21 United States.  So HIDTA provides us some
22 funding annually for our investigations.
23     Q.  And when you say "provides us with
24 funding," do you mean "us" is the Summit County
25 Drug Unit?  Who's "us"?

Page 85

1     A.  The Summit County Drug Unit, Akron
2 Narcotics Unit are given an annual budget, and
3 we split it down the middle.
4     Q.  You're given an annual budget from
5 HIDTA?
6     A.  Correct.
7     Q.  All right.  Do you know
8 approximately how much that is?
9     A.  I can give you a close estimate --
10     Q.  Great.
11     A.  -- of, like, in the $160,000 range
12 that we split.
13     Q.  80/80?  Or --
14     A.  80/80?  Oh, yeah, yeah, yeah.
15     Q.  Okay.  Is there any -- do you have
16 any reporting obligations to HIDTA?
17     A.  Yes.
18     Q.  To whom do you report?
19     A.  Quarterly we report our stats to
20 Peg Leighter from HIDTA, and she ultimately
21 reports to a man named Derek Siegle.
22     Q.  Peg Leighter?
23     A.  Uh-huh.
24     Q.  What's her job?
25     A.  I don't know exactly her duties,

22 (Pages 82 - 85)

1 but I believe she's an assistant --
2 administrative assistant to the director of
3 HIDTA.
4     Q.   And is Mr. Siegle the director?
5     A.   I believe he's considered the
6 director of HIDTA.
7     Q.   Where are they -- do you know where
8 their offices are located?
9     A.   In Cleveland.
10     Q.   I'm sorry?
11     A.   Cleveland.
12     Q.   Okay.  I was asking you about
13 meetings.  You've described --
14     A.   Okay.
15     Q.   -- how you meet or talk with the
16 detectives.
17         How about, are there more formal --
18     A.   Yes.
19     Q.   -- staff meetings or -- are there
20 more formal meetings at the drug unit?
21     A.   Yes.
22     Q.   What kinds?
23     A.   We have board meetings.  When an
24 agency assigns a detective, their chief sits on
25 the board of directors for the drug unit.  So

1 quarterly -- and the sheriff is the chairman of
2 the board.  So we meet quarterly.
3     Q.   Where do you meet?
4     A.   At the drug unit.
5     Q.   I'm not supposed to ask you where
6 that is.  Can I ask what -- the location is
7 supposed to be confidential; is that right?
8     A.   Yeah.
9     Q.   Is it, in reality?
10         MR. LEDLIE:  Object to the form of
11 the question.
12     A.   I hope.
13     Q.   You meet quarterly.  So that's --
14 how many people are on the board?
15     A.   There's approximately 15 or 16.
16     Q.   Are agendas prepared for the board
17 meeting?
18     A.   Yes.
19     Q.   Who prepares those?
20     A.   I do.
21     Q.   How do you determine what to put on
22 the agenda?
23     A.   I've kind of made a boilerplate
24 agenda that just covers staff, the fleet, grant
25 funding, and investigations.

1     Q.   What do you mean by "the fleet"?
2     A.   You know, cars.  We have 30 or so
3 vehicles that, you know, on occasion will be
4 crashed or we'll need to purchase a new car or
5 something like that.
6     Q.   Do you transmit the agenda to the
7 members of the board in advance of the meeting?
8     A.   I don't.  My secretary does.
9     Q.   Okay.  Is that the same secretary
10 as the secretary for the drug unit, or do you
11 have an individual secretary?
12     A.   No.  That's the secretary for the
13 drug unit.
14     Q.   What's his or her name?
15     A.   Her name is Stacey Milkey.
16     Q.   And how long has she been the
17 secretary?
18     A.   She was there before me.  I don't
19 know exactly how long she's been there.
20     Q.   And does she send them out by
21 e-mail?
22     A.   She does.
23     Q.   All right.  Are -- are the meetings
24 transcribed or recorded?
25     A.   Not transcribed like this, but

1 they'll -- the highlights are -- Carmen Ingram
2 and Stacey will prepare, like, the minutes, and
3 they'll hit the important -- the things we vote
4 on and things like that.
5     Q.   And have there been regular --
6 regular quarterly meetings of the board of
7 directors since you've been the commander of
8 the drug unit?
9     A.   I would say so.  We may have missed
10 one.  Like I'm missing this one today.  You
11 know, I have to resche-- there was one
12 scheduled for today I had to change, so I don't
13 have a date yet.
14     Q.   Okay.  What other -- are there any
15 other formal meetings that the drug unit has?
16     A.   I don't believe so.
17     Q.   How about in your -- in your role
18 as the commander of the drug unit, are there
19 any meetings that you go to on a --
20     A.   Yes.
21     Q.   -- regular basis?
22     A.   Yes.
23     Q.   What?  Describe those, please.
24     A.   So the commanders are all in an
25 organization called OTFCA, it's Ohio Task Force

Page 90

1 Commanders Association, and we meet quarterly.
2 Try to meet quarterly.
3    Q.   Where?
4    A.   It's in various places throughout
5 the state. They try and move it around so it's
6 convenient for everyone.
7    Q.   I'm sorry. I'll come back to -- I
8 want to come --
9    A.   Okay.
10    Q.   -- back to OTFCA.
11    A.   Sure.
12    Q.   I didn't ask enough questions about
13 the --
14    A.   Okay.
15    Q.   -- drug unit board meeting.
16        Are there any federal -- anybody
17 affiliated with the federal government who's on
18 the board of the Summit County Drug Unit?
19    A.   Yes.
20    Q.   Who?
21    A.   Eric Kochanowski.
22    Q.   Okay.
23    A.   And sometimes Keith Martin will
24 come. Charlie Johnston from the FBI will
25 attend. I believe that's it, federal.

Page 91

1    Q.   Is there an FBI agent assigned to
2 the drug unit?
3    A.   Not any longer.
4    Q.   Has there been in the past?
5    A.   Yeah.
6    Q.   When did that -- was there one --
7 was there an FBI agent when you started in
8 2012?
9    A.   There was.
10    Q.   When did -- when -- when did that
11 person -- why -- sorry. I'll get it out.
12    A.   Okay. Take your time.
13    Q.   When -- do you recall when it was
14 that there was no longer an FBI person assigned
15 to the task force?
16    A.   Yes. When we moved locations. It
17 must have been around '14 or '15. I'm sorry.
18 I don't remember exactly when we moved. But we
19 moved locations, they had trouble -- they --
20 they couldn't get their -- their clearance is
21 top secret, FBI. They couldn't get their lines
22 ran into to the new building for their computer
23 system, so they just work out of their Akron
24 office.
25    Q.   Work out of the Akron office?

Page 92

1    A.   Yeah. They have an office in
2 Akron.
3    Q.   Okay. Are they -- is there someone
4 who's, like, an FBI agent who's affiliated with
5 but not directly assigned to the --
6        MR. LEDLIE:  Counsel, I received a
7 call this week from Department of Justice that
8 had some real concerns about questions
9 involving federal officers and their
10 identities, and so I'm going to request on the
11 record and note for you that I've gotten that
12 call. They're supposed to be reaching out to
13 defense liaison to talk about these issues.
14        But I just want to make clear that
15 by allowing this testimony, I'm in no way
16 representing the United States government,
17 their interest, their ability to seek
18 redactions or shut down this process in any
19 way.
20        And because they've contacted me
21 and alerted me to the problem, I wanted to
22 alert you that they've reached out to me. I
23 understand they're working with defendants, as
24 well.
25        But I'm not going to instruct him

Page 93

1 not to answer, but I do want to note for the
2 record that that conversation has taken place.
3    Q.   All right. Do you remember my
4 question?
5    A.   No. Sorry.
6    Q.   Is there somebody with the FBI
7 who's, like, on -- affiliated with or someone
8 that the -- the drug unit calls today if they
9 have an issue where they think they need the
10 FBI's help?
11        Let me -- let me -- let me take
12 that question back.
13        When there was an FBI person --
14    A.   Yeah.
15    Q.   -- assigned to the unit, what did
16 that person do?
17    A.   Same drug investigations.
18    Q.   Okay.
19    A.   They virtually do the same thing
20 that the DEA does when they were attached to
21 us.
22    Q.   Okay. Is there somebody now that
23 if you needed FBI assistance, that the drug
24 unit would call?
25    A.   I could call, yes, of course.

24 (Pages 90 - 93)

Page 94

1    Q.    Okay.  Who would you --
2    A.    I'd call Charlie Johnston.
3    Q.    Okay.  Anybody from the State of
4 Ohio on the board of directors of the drug
5 unit?
6    A.    We have a -- we have an Ohio State
7 highway patrolman.  I guess technically his
8 boss is the State of Ohio, so, yes.
9    Q.    Is there someone from the Ohio
10 State Highway Patrol who's assigned to the drug
11 unit?
12    A.    Yes.
13    Q.    There's a detective or --
14    A.    Yes.
15    Q.    Okay.  What's that person's name?
16    A.    Nick Goodnite.
17    Q.    Does Detective Goodnite have any
18 area of focus that's different from the other
19 detectives?
20    A.    No.
21    Q.    How long has there been someone
22 from the Ohio State Highway Patrol assigned to
23 the drug unit?
24    A.    Probably three years.
25    Q.    How did -- why did that start, if

Page 95

1 you know?
2    A.    They're one of the agencies I try
3 to recruit into the drug unit.
4    Q.    Who did you talk to to make that
5 happen?
6    A.    I believe at the time it was a guy
7 named Dick Meadows.
8    Q.    What was his job?
9    A.    He was a -- I don't know what rank
10 he carried in the Ohio State Highway Patrol.
11 He's no longer there.  He works for Department
12 of Public Safety now.  But I don't remember his
13 rank.  Probably a lieutenant or captain or
14 something like that.
15    Q.    And what was the pitch to
16 Mr. Meadows about why the Ohio State Highway
17 Patrol should join the task force -- join the
18 drug unit?  Excuse me.
19    A.    I mean --
20    Q.    Is it both a drug unit and a task
21 force?
22    A.    Yeah.  It's a drug task force.
23    Q.    Okay.
24    A.    I'd -- I'd say we kind of pitched
25 each other.  You know, I don't remember the

Page 96

1 first guy I talked to, but then I talked to
2 Dick Meadows, and we were just bouncing ideas
3 back and forth.  And it's just good to have
4 them on the unit.  They're really good at
5 traffic stuff, traffic investigations.  And --
6 and if we need cars stopped or if they have --
7 they bring a lot of support to the unit.  I
8 mean, they have helicopters and airplanes and
9 manpower.
10    Q.    So you think it's improved the
11 effectiveness of the unit having someone from
12 the highway patrol assigned to the unit?
13    A.    It's helped, sure.
14    Q.    Do you know why they hadn't done
15 that before?  Why --
16        MR. LEDLIE:  Object to the form.
17 Speculation.
18    A.    Okay.  I would be giving you an
19 opinion.
20    Q.    We'll take it, please.
21        MR. LEDLIE:  Object to the form.
22 He's here as a fact witness, not as an expert
23 or opinion testimony.
24        THE WITNESS:  Does that mean I
25 answer it?

Page 97

1    Q.    No, you can answer.  Yeah.
2        MR. LEDLIE:  If you -- if you can
3 answer the question without guessing or
4 speculating, go ahead.
5    A.    No.  It would be speculation.  It
6 would be speculation.  I'm sorry.
7    Q.    The OTCFA -- OTFCA?
8    A.    Uh-huh.
9    Q.    Which way is it?
10    A.    It's OTFCA.
11    Q.    OTFCA.
12    A.    Ohio Task Force Commanders
13 Association.
14    Q.    Who -- what task force are we
15 talking about that are members of OTFCA?  I
16 assume one is the Summit County Drug Unit?
17    A.    Yeah.
18    Q.    All right.
19    A.    If you're going to ask me to name
20 them all in the state, I can't.
21    Q.    No.  Just, can you describe them --
22    A.    Sure.
23    Q.    Are there any task force other than
24 drug- or narcotics-related task force that are
25 part of --

Page 98

1    A.   No.  Not that I'm aware of.
2    Q.   Okay.  And you try to meet
3 quarterly?
4    A.   Yes.
5    Q.   All right.  Who is the -- is there
6 a head of -- who -- who runs that?
7    A.   Yeah, there is.  It was a guy by
8 the name of Jeff Orr from Trumbull County, but
9 he was replaced recently.  And I -- the name
10 eludes me now, the guy that took his place.
11    Q.   Or where he's from?
12    A.   I think it's Jeff Solic.  I'm not
13 exactly sure which task force he's from.
14    Q.   What is the -- what does OTFCA do?
15    A.   We just, quarterly, get together,
16 exchange information.  And it's a -- it's just
17 a collaboration-type event.
18    Q.   Are there agendas prepared in
19 advance?
20    A.   There are.
21    Q.   Who prepares those?
22    A.   It was Jeff Orr, but now I believe
23 it's a guy named Solic.
24    Q.   Have you ever -- are there -- are
25 the officers or leaders of OTFCA people who are

Page 99

1 also task force commanders?
2    A.   Yes.
3    Q.   All right.  And are the -- how are
4 they -- are they elected or nominated, or how
5 do they get chosen?
6    A.   You know, they're elected.  I don't
7 know if I've participated in an election, but I
8 believe they're elected.
9    Q.   Have you ever held any --
10    A.   No.
11    Q.   -- position within OTFCA of any
12 sort?
13    A.   No.
14    Q.   Other than being a member.
15    A.   No.  Hylton Baker was a -- I
16 believe he ran it prior to Jeff Orr.
17    Q.   And so I think you've answered my
18 next question.  Was -- was OTFCA in place when
19 you became the drug unit --
20    A.   Yeah.
21    Q.   -- commander in 2012?
22        All right.  And does anybody from
23 the drug unit, other than you, go to those
24 meetings?
25    A.   Yeah.  Yes.

Page 100

1    Q.   Who?
2    A.   I took -- I try to make the --
3 advise the sergeant to go, the field
4 investigator -- or the field supervisor to go.
5 And I don't know if I've ever taken anyone else
6 with me.  I don't think so.
7    Q.   Anybody from the federal government
8 at these meetings?
9    A.   No.  They're not a part of OTFCA.
10    Q.   Back to the drug unit board of
11 directors.  Is there anybody from the City of
12 Akron on that board?
13    A.   Yes.
14    Q.   Who?
15    A.   The chief.  The chief of Akron.
16    Q.   Okay.  So is there an Akron police
17 detective assigned to the Summit County Drug
18 Unit?
19    A.   Yes.
20    Q.   What's that person's name?
21    A.   Bryan Callahan.
22    Q.   And that's distinct from the Akron
23 Police Department detectives who are assigned
24 to the Akron Narcotics Unit?
25    A.   Are you asking me in a chain of

Page 101

1 command?  Yeah, I guess I'm not sure what
2 you're asking.
3    Q.   You're co-located with the Akron
4 Narcotics Unit.
5    A.   Yeah.
6    Q.   Some of the people in the building
7 don't have any affiliation -- official
8 affiliation with the Summit County Drug Unit;
9 is that right?
10        MR. LEDLIE:  Object to the form.
11    Q.   They're only -- maybe I'm
12 misunderstanding, but I -- I thought, like,
13 half the building was working for the Akron
14 Narcotics Unit.
15    A.   Yeah.
16    Q.   Is that right?
17    A.   Yeah.
18    Q.   And the other half is working for
19 the Summit County Drug Unit?
20    A.   Correct.
21    Q.   And Deputy Callahan, which side of
22 the line?  Who does he work for?
23    A.   Well, he's assigned to the Summit
24 County Drug Unit through Akron --
25    Q.   Okay.

26 (Pages 98 - 101)

Page 102

1    A.   -- Police Department, but he has to
2  follow two chains of command, I -- I guess is
3  what I'm saying.
4    Q.   And anybody who's on -- assigned to
5  the task force, basically, is going to have two
6  chains of command.
7    A.   Correct.
8    Q.   They have the drug unit chain of
9  command and they have the chain of command from
10  their originating organization?
11    A.   Yes.
12    Q.   All right.  But I'm just trying to
13  figure out, Detective Callahan is the only
14  one -- the only Akron Police Department
15  detective who has a dual reporting; is that
16  right?
17    A.   Yeah.  He's actually -- he's a DEA
18  task force officer, as well.
19    Q.   Oh.  Just must spend all day
20  reporting to people.
21    A.   He does.  He's pretty busy.
22    Q.   Is there anyone from the Summit
23  County Sheriff's Office who is assigned to the
24  Akron Narcotics Unit?
25    A.   No.

Page 103

1    Q.   All right.  I still think it was a
2  valid question, though.
3        All right.  Are there any other
4  organizations where -- that you go to meetings
5  in your role as the head of the Summit County
6  Drug Unit?
7    A.   I'm trying to remember here.  I
8  don't know of any official organizations that
9  I'm involved with.
10    Q.   Okay.  Is there something called
11  the Summit County Opiate Task Force?
12    A.   Yes.
13    Q.   What's that?
14    A.   It's a -- it's a collaboration of
15  judges, mental health workers, probation
16  officers, law enforcement that meet quarterly.
17    Q.   Are you at all involved with that?
18    A.   I send someone to that.
19    Q.   I'm sorry?
20    A.   I -- I assign someone to attend
21  that.
22    Q.   Who?
23    A.   Lori Stella-Baker -- Lori
24  Baker-Stella.
25    Q.   Okay.  How long has she been

Page 104

1  assigned to attend those meetings?
2    A.   She's probably been going since --
3  probably since 2013, I imagine.
4    Q.   Was there anybody assigned to --
5  was -- did that task force exist before 2013?
6    A.   I believe it was started by another
7  organization.  I couldn't tell you exactly.  I
8  don't know.
9    Q.   When you started with the drug unit
10  in 2012, was there anyone affiliated with the
11  drug unit who had any role with the Summit
12  County Opiate Task Force?
13    A.   I don't know.
14    Q.   Why did you assign Deputy
15  Stella-Baker to that task force -- or to go to
16  those meetings?
17    A.   She -- they -- they discussed -- I
18  believe it was the things they discussed,
19  opioids and -- I don't remember exactly why I
20  picked her.
21    Q.   Does she have any responsibility to
22  keep you informed of what they're talking about
23  at that task -- task force?
24    A.   Yeah.  You know, in those meetings,
25  the sheriff attends them, and my boss will

Page 105

1  attend them, too, so.
2    Q.   Your boss is Inspector Rhoades?
3    A.   Inspector Rhoades, yeah.
4    Q.   Okay.
5    A.   So I've been to a couple, but not
6  every time.
7    Q.   What do -- what do you understand
8  the mission of the Summit County Opiate Task
9  Force to be?
10    A.   Treatment.  I believe they focus in
11  on treatment, and they -- my -- my main -- I
12  believe it's treatment is the main focus of
13  their organization.  Recovery.
14    Q.   Treatment and recovery from what?
15    A.   Opioids, alcohol.
16    Q.   Opioids --
17    A.   I believe alcohol, drug addiction,
18  and --
19    Q.   Okay.  I'm sorry.  I'm going --
20    A.   No.  That's okay.  I'm not real
21  familiar with that organization.
22    Q.   All right.  Any other -- are there
23  any other organizations with which the Summit
24  County Drug Unit has -- has involvement in
25  terms of, you know, sending someone to regular

27 (Pages 102 - 105)

Page 106

1  meetings?
2      A.   I don't believe so.
3      Q.   You testified earlier about the
4  drug unit's mission.  With -- is there a
5  particular priority for the drug unit today,
6  within that mission?
7          MR. LEDLIE:  Object to the form of
8  the question.
9      A.   When you're asking priority, are
10  you asking drugs in particular?
11      Q.   Sure.  If -- sure.
12      A.   I guess I don't know what you're
13  asking.
14      Q.   Let's take it -- is there a
15  particular drug or type of drugs that the unit
16  is focused on today?
17      A.   No.
18      Q.   Is the -- and the mission is to --
19  to dismantle -- identify and dismantle illegal
20  drug activity; is that right?
21      A.   Drug trafficking organizations,
22  yes.
23      Q.   Drug trafficking organizations.
24  Okay.
25          So whether it's a marijuana or- --

Page 107

1  trafficking organization or a fentanyl
2  trafficking organization, sort of equal
3  priority?
4      A.   Sure.  They're all equal, equally
5  important.
6      Q.   Okay.  Has that always been the
7  case?
8          MR. LEDLIE:  Object to the form.
9      A.   Has -- has what always been the
10  case?
11      Q.   Has it always been the case that
12  all -- whatever -- all types of illegal drugs
13  are of equal priority for the unit?
14      A.   I'd say that's a fair statement.
15      Q.   Okay.  And is there a particular
16  drug or type of drugs that you're see- -- that
17  today you're seeing increased activity or more
18  activity as compared to other drugs?
19      A.   Yeah.
20      Q.   And what are the -- what drug or
21  drugs?
22      A.   We're seeing larger and larger
23  quantities of crystal methamphetamine and
24  fentanyl, and cocaine has always been very
25  popular in Summit County.

Page 108

1      Q.   When you started in 2012, what were
2  the -- was it different in terms of the most
3  popular or the most activity in terms of types
4  of drugs?
5      A.   It was the -- cocaine has always
6  been popular.  It was the one-pot meth labs,
7  the home methamphetamine cooks.
8      Q.   So less now of the one-pot labs --
9  and forgive me if you told us this earlier --
10  and more of crystal meth?
11      A.   That's correct.
12      Q.   All right.  And more fentanyl now
13  than there used to be.
14      A.   That's correct.
15      Q.   What is fentanyl?
16      A.   Synthetic opioid.
17      Q.   Where does it come from?
18          MR. LEDLIE:  Object to the form.
19          You can answer.
20      A.   I know where some comes from.
21      Q.   What -- where?
22      A.   I know they manufacture it in labs
23  in China, illicit labs in Mexico.  I don't know
24  where it all comes from.  I wish I did.
25      Q.   And the crystal meth, where is --

Page 109

1  do you have a sense of where that's coming
2  from?
3      A.   Yeah.  I believe it's coming from
4  Mexico.
5      Q.   And how is it getting -- the
6  fentanyl, how is the fentanyl getting to Summit
7  County?
8      A.   It comes in the county in many
9  ways.  By carrier -- you know, postal carriers.
10  Comes by -- through the southern border.  Comes
11  in any way you can imagine.
12      Q.   How about for the crystal meth?
13      A.   That's the same way.  The same
14  modes of transportation.
15      Q.   How does -- if the -- how does the
16  drug unit go about trying to identify and stop
17  fentanyl-related activity?
18      A.   We -- we build a case against the
19  distributors by, you know, obtaining a source
20  of information or a confidential informant, and
21  we build our case from there.  It might turn
22  into a -- a phone -- a wiretap case or
23  something like that.  We do surveillance.  We
24  do all kinds of things.
25      Q.   And when you said "the

28 (Pages 106 - 109)

1 distributors," who do you -- who are you
2 referring to?
3    A.   The cartels in Mexico, I believe,
4 are big distributors of -- of crystal
5 methamphetamine.
6    Q.   Okay.  And we -- how about for -- I
7 was asking about fentanyl, although is it the
8 same --
9    A.   Oh, I'm sorry.
10    Q.   -- is it any different for crystal
11 meth as it is for fentanyl, in terms of how
12 they try to go about identifying it and
13 stopping it?
14    A.   I don't believe so.  It's all the
15 same.
16    Q.   Okay.  So you get a -- try to get a
17 confidential informant who will tell you this
18 is -- this is who's selling it, for
19 example, or this is where that person is
20 getting it from, is the kind of information
21 you're trying to get from the informant?
22    A.   Yeah.  I mean, how much -- how deep
23 into, like, our modes and tactics do we have to
24 go.  I mean --
25    Q.   Just trying to get a general sense.

1    A.   Okay.  Okay.
2    Q.   Can you -- can you describe it
3 generally --
4    A.   Yeah.  That's -- that's --
5    Q.   -- beyond just "we investigate"?
6    A.   Yeah.  Sure.  That's about right.
7 We -- we get a -- an informant that, you know,
8 can make -- can purchase a larger quantity of
9 methamphetamine or -- or fentanyl, and it
10 starts there, and it moves to the next person
11 in the organization and to the next, and we try
12 to ultimately get to the top of the
13 organization.
14    Q.   Has the -- has the drug unit had
15 any success in interdicting fentanyl-related
16 activity?
17    A.   I believe so.
18    Q.   Can you describe some of that?
19    A.   I don't have my stats here with me,
20 but we've seized, I think, some decent
21 quantities of fentanyl.
22    Q.   And that's in the context of making
23 an arrest; is that right?  Or --
24    A.   Yeah, or it comes from -- at the
25 end of the investigation when they're indicted,

1 people are indicted.
2    Q.   So fent-- fentanyl -- we can
3 agree fentanyl is an illegal narcotic?
4        MR. LEDLIE:  Object to the form.
5    A.   Well, I believe there are legal --
6 it can be prescribed.
7    Q.   Okay.
8    A.   If -- if that's what you're asking.
9    Q.   Let me try to rephrase the
10 question.  The type of fentanyl activity that
11 you're trying to identify and stop in Summit
12 County, that's --
13    A.   Illicit?
14    Q.   -- illegal, non-prescription
15 fentanyl; is that right?
16    A.   Sure.
17    Q.   Okay.  And -- and crystal meth is
18 not a prescription medication?
19    A.   No.
20    Q.   All right.  Would you agree that
21 heroin represents the greatest drug threat
22 today to Summit County?
23    A.   Heroin?
24    Q.   Yes.
25    A.   I think it's one of them.

1    Q.   What else would you include in
2 that?
3    A.   I would include fentanyl and
4 cocaine and crystal methamphetamine.
5    Q.   Okay.  And is it -- is it the
6 case -- I think I read somewhere that it's the
7 case that sometimes the heroin is laced with
8 the fentanyl?
9    A.   That's correct.
10    Q.   All right.  How about the greatest
11 threats for -- drug threats related to violent
12 crime in Summit County?  What are -- what would
13 those be?  The same ones?
14    A.   Yes.  You could throw marijuana in
15 there, too.
16    Q.   Okay.  And how about the greatest
17 risk for property crimes?  The same ones?
18        MR. LEDLIE:  Object to the form.
19    A.   I really don't know.  I mean, I
20 would say there's violence in -- and theft
21 in -- related to all these drugs.
22    Q.   Has -- does the drug unit have a --
23 drug unit have any -- do you have a K9 unit?
24    A.   We do.
25    Q.   Is that part of the Summit County

Page 114

1 Drug Unit or --
2     A.   It's the University of Akron
3 officer that's assigned to the unit.  The
4 sheriff's office purchased the -- the K9 and
5 paid for the training.
6     Q.   And what is the -- what does the K9
7 person do?  Where are they focused, if
8 anywhere?
9     A.   He goes to FedEx, focus in on
10 packages.  And we use him on traffic stops and
11 things like that.
12     Q.   How long has there been a K9
13 assigned -- a K9 part of the drug unit?
14     A.   There was a K9 before I got there.
15 Keith Gowens he -- he had a K9.  He retired.
16 And there might have been a very small gap,
17 maybe a year, and then we got Nick -- Nick Gray
18 assigned to K9 after Keith Gowens' retirement.
19     Q.   What's the name of the K9?
20     A.   Hoppa.
21     Q.   Hoppa?  Okay.
22          Do you have an understanding of
23 whether fentanyl is more or less potent than
24 heroin, for example?
25     A.   I've read that it's more potent.

Page 115

1     Q.   Okay.  Do you -- do you have a view
2 as to which is more dangerous between heroin
3 and fentanyl?
4          MR. LEDLIE:  Object to the form.
5     A.   I guess I think they're both
6 dangerous.  I don't -- really wouldn't know how
7 to differentiate between them.
8     Q.   Okay.  In terms of the types of
9 investigations that the drug unit is, let's
10 say, handling now, do you have a sense as to
11 how many -- a rough sense of how many different
12 investigations your drug unit is handling
13 currently?
14     A.   You mean open cases?
15     Q.   Sure.
16     A.   I would have to refer to my stats.
17     Q.   When you say "your stats," what do
18 you mean?
19     A.   You know, we -- for HIDTA --
20     Q.   Yes.
21     A.   -- we talked about earlier,
22 quarterly stats, we list on there number of new
23 cases opened.  It would be purely a guess if I
24 tried to tell you how many number of cases are
25 open.

Page 116

1     Q.   Okay.
2     A.   It's a lot.
3     Q.   All right.  And do you have a
4 sense, within that number, what tranches -- you
5 know, the case about -- cocaine cases versus
6 heroin versus marijuana cases, how those rank?
7          MR. LEDLIE:  Object to the form of
8 the question.
9     A.   How they rank?
10     Q.   In terms of number, magnitude.
11 Number of them.
12     A.   No.  I'd be speculating.
13     Q.   All right.  Would -- do the stats
14 show that?
15     A.   I don't think their -- it's broke
16 down as -- by number of cases for cocaine,
17 fentanyl and -- I think it's just number of
18 open cases.
19     Q.   Okay.  Do you keep track of
20 closed -- when you close a case, do you keep --
21 do you keep a running list of what kind of case
22 it was?  So, for example, you know that you
23 closed 10 cocaine-related cases and 8
24 heroin-related cases, or is it --
25     A.   We don't -- I don't think I -- I

Page 117

1 don't do that.
2     Q.   Okay.
3     A.   Yeah.
4     Q.   Just a drug case --
5     A.   Yeah.
6     Q.   -- open, drug case closed?
7     A.   Because a lot of them stay open for
8 a -- quite a while.
9     Q.   Bear with me one second.
10          Are there any other -- other than
11 the folks who are part of the Summit County
12 Drug Unit, are there any Summit County
13 Sheriff's Office personnel who have a focus on
14 narcotics-related activity?
15          MR. LEDLIE:  Object to the form.
16     A.   I mean, I think everybody has to
17 have it in their mind.  I don't know if -- are
18 you asking specifically if that's their job
19 duties?
20     Q.   Right, right.  Or where it's a --
21 and whether it -- not -- perhaps not their
22 exclusive job --
23     A.   That's what I'm --
24     Q.   -- duty, but a significant portion
25 of what they do.

30 (Pages 114 - 117)

Page 118

1     A.   I -- I imagine the patrolmen run
2 into narcotics quite frequently.
3     Q.   Okay.
4     A.   But exclusively, no, that's not
5 their -- their job duties.
6     Q.   Okay.
7          MR. BLOCK:  How are we doing on...
8          MR. LEDLIE:  If we're around a
9 breaking point --
10         MR. BLOCK:  Yeah, why don't we.  I
11 think we're at a logical --
12         MR. LEDLIE:  Yeah.
13         MR. BLOCK:  -- break point.  Good.
14         MR. LEDLIE:  Okay.
15         THE VIDEOGRAPHER:  Off the record
16 at 11:02 a.m.
17          (A recess was taken.)
18         THE VIDEOGRAPHER:  Back on the
19 record at 11:17 a.m.
20 BY MR. BLOCK:
21    Q.   The DEA, I think you said RAC,
22 regional -- resident agent --
23    A.   In charge.
24    Q.   -- in charge, is that Mr. Kokinski?
25    A.   Kochanowski.

Page 119

1     Q.   Kochanowski.
2     A.   See, you know, don't --
3     Q.   Yeah.  That --
4     A.   -- let me confuse their titles
5 there.  I -- I know I have special agents and
6 they have RACs.  Whether it's him or Keith, I
7 think Eric reports to Keith Martin.
8     Q.   Okay.  Do either Eric or Keith have
9 any input into what investigations the drug
10 unit works on?
11    A.   Its direction?  You're saying in
12 direction --
13    Q.   Sure.
14    A.   -- or input in cases in general?
15 If it's a -- a federal case, sure, they'd have
16 in- -- input.
17    Q.   Okay.  How about in terms of
18 direction?  Do they get to at least offer their
19 opinion?  Like, here -- here's --
20    A.   Oh, sure.
21    Q.   How do they do that?  To whom do
22 they --
23    A.   He would talk to a special agent if
24 he wanted to give him direction on a case or --
25    Q.   And there are four of those special

Page 120

1 agents, or anywhere from four to six?
2     A.   Yeah.
3     Q.   All right.  Is that right?
4     A.   Yeah.
5     Q.   Okay.
6     A.   That's pretty -- pretty close.
7     Q.   And has that been the case sort of
8 the -- has that been the size of the DEA --
9     A.   No.  They've -- they've added a few
10 over the years.
11    Q.   Okay.  So there were -- do you
12 remember how many there were in 2012?
13    A.   We had two.  Two, and they've since
14 added four.
15    Q.   The -- the HIDTA funding that you
16 get --
17    A.   Uh-huh.  Yeah.
18    Q.   -- do you have to -- you have to
19 submit any reports or anything to HIDTA to
20 show -- to apply for funding for the -- for
21 the -- you know, the next year and the year
22 after that?
23    A.   Like a proposal?
24    Q.   Sure.
25    A.   No.

Page 121

1     Q.   Does HIDTA have any input into what
2 the funds are used on -- for?
3     A.   I know some things they prefer the
4 funds be used for.
5     Q.   What are those things?
6     A.   They're not -- they expressed to me
7 one time that they would like more money to go
8 towards overtime and not spend it on cars,
9 like, as an example.
10    Q.   How about in terms of types of drug
11 activity, that -- any -- have they ever
12 expressed to you to focus more on X type of
13 drug and less on Y?
14    A.   I don't know if they're that
15 intimately familiar with our -- our -- our
16 areas to be able to direct us like that.
17    Q.   Who -- and when you said they
18 expressed to you, who were you referring to?
19    A.   There's actually a HIDTA board at
20 HIDTA, so we had to go to budget review
21 meetings.  I've been to maybe two of them.
22    Q.   Where were those meetings?
23    A.   They're at HIDTA, in Cleveland.
24    Q.   Okay.  When was the most recent one
25 of those meetings?

31 (Pages 118 - 121)

Page 122

1     A.    That's -- it's been a few years.
2  Now they -- they come and do an audit at the
3  office.  Derek Siegel will come down to the
4  office and do an audit.
5     Q.    And when you say "does an audit,"
6  what does that entail?
7     A.    If they have a piece of equipment
8  at the office, they want to make sure it's
9  still there.  They give you a kind of a -- like
10  a report card on your stats.  They kind of
11  break them down by task force throughout the
12  HIDTA regions.
13     Q.    What stats are you referring to?
14        MR. LEDLIE:  Object to the form of
15  the question.
16     A.    Our quarterly stats we submit to
17  HIDTA.
18     Q.    Okay.  When you say you get a
19  report card, I mean, like, you get a letter
20  grade?
21     A.    No.
22     Q.    Okay.  What -- what did you mean?
23     A.    They -- they just give you, like,
24  a -- they're not trying to get task forces to
25  compete, but they just show you where you fall

Page 123

1  in seizures, like drug seizures and -- and
2  things like that.
3     Q.    Okay.  Is that a written document?
4     A.    That is.
5     Q.    Okay.  And is that sent to you?
6     A.    Yes.
7     Q.    Okay.  To your --
8     A.    E-mail.
9     Q.    To e-mail?  All right.
10        Does the -- does the drug unit --
11  we talked about the investigations that the
12  drug unit handles.  Does the -- the drug unit
13  have any involvement in responding to --
14  responding to overdoses?
15     A.    The drug unit?  No.
16     Q.    Okay.  Has the drug unit ever had
17  any responsibility related to overdoses?
18     A.    To clarify that, there are guys,
19  detectives assigned to the unit that their home
20  agencies will have them respond to overdoses in
21  their home districts, not affiliated with the
22  drug unit.  Do you understand what I'm saying?
23     Q.    Could you give an example?
24     A.    Sure.  Like, say, Cuyahoga Falls
25  has a drug overdose.  They may call upon their

Page 124

1  detective to run that investigation and then
2  call upon the drug unit for -- to follow up on
3  that, maybe with the -- with the drug dealer,
4  an investigation.
5     Q.    When you say "call upon their
6  detective," they may call the Cuyahoga Police
7  Department detective who's assigned to the drug
8  unit and say, "You need to go to the scene" --
9     A.    Sure.
10     Q.    -- "and see what happened"?
11     A.    Yeah.
12     Q.    Okay.  And that's -- do you have --
13  as the drug unit commander, do you have any
14  issues with that?
15     A.    No.  They're -- they're still
16  paying his salary and he still works for them.
17     Q.    How about is there anyone within
18  the Summit County Sheriff's Office that has any
19  responsibilities in terms of responding to
20  overdoses?
21     A.    Yes.
22     Q.    Who is that?
23     A.    Well, it's -- it starts with a
24  patrolman.  They -- they'd probably be the
25  first responder to an -- to an overdose.  Then

Page 125

1  the squad, the fire department.  There's two
2  detectives in the sheriff's office detective
3  bureau that will respond to overdoses.  And
4  then, at one point, we had two patrolmen go
5  with these two detectives, to overdoses.
6     Q.    Okay.  Any- -- anybody else?
7     A.    No, that I can think of.
8     Q.    Can we -- let's unpack that just a
9  little bit.
10     A.    Yeah, sure.
11     Q.    First of all, do you know when that
12  started, having detectives respond to overdose
13  scenes?  Is that the right way to say it?
14     A.    Yeah, I -- you know, if there's a
15  death involved, they've always responded to
16  any -- any manner of death.
17     Q.    Right.
18     A.    So I -- I can't, you know, break
19  that down for you.  But probably in the last --
20  probably in the last few years, they started
21  responding to overdoses that -- those that the
22  people lived.
23     Q.    Okay.  Who are the two detectives?
24     A.    Larry Brown and Jason Kline.
25     Q.    Have those -- have those always

Page 126

1 been the -- have there been other detectives
2 who were the overdose response people before
3 Detectives Brown and Klein?
4        MR. LEDLIE:  Object to the form.
5        A.   I don't know.  I mean, if -- before
6 my time, if you're asking these questions, I
7 don't know.  I don't know.  The detective
8 bureau is ran by Scott Cottle.  He decides who
9 goes out on what cases.  I --
10       Q.   And do -- is there any coordination
11 between either those two detectives or
12 Lieutenant Cottle -- any coordination between
13 what those detectives are doing and what the
14 drug unit is doing?
15       A.   Sometimes.
16       Q.   Okay.  In what circumstances?
17       A.   If they go out on an overdose and
18 there's enough evidence to potentially pursue
19 the person that sold them the drugs, we'll
20 assist with that, because we're better at drug
21 deals than those guys.
22       Q.   How -- do you know -- have a sense
23 for how often that occurs?
24       A.   I can only think of a couple
25 occasions that -- those are really hard

Page 127

1 investigations.
2        Q.   Hard investigations?
3        A.   Yeah, to pursue.
4        Q.   In what sense?
5        A.   I mean, the person's dead or -- you
6 know, if the person is dead, then, you know,
7 you would have to try and gather the evidence
8 on scene and --
9        Q.   I see.
10       A.   -- go backwards.
11       Q.   The instances that you can think
12 of, can you remember what type of drug was
13 involved?
14       A.   I don't remember if it was heroin
15 or fentanyl.
16       Q.   It was one or the other?
17       A.   Yes.
18       Q.   Okay.  And -- and did it result in
19 a -- a successful investigation, I guess I
20 should say?
21       A.   Yes.
22       Q.   And -- and how so?
23       A.   I believe -- we don't follow
24 through with the investigation once the
25 detec- -- once we assist the detective bureau.

Page 128

1 Jason Kline would be a better person to ans- --
2 to answer these questions.  But I believe he
3 successfully prosecuted maybe four to six
4 people in the -- in the deaths of others
5 relating to heroin and fentanyl.
6        Q.   The people that he prosecuted would
7 have been the people who sold the heroin or
8 fentanyl to the people that died?
9        A.   Yes.
10       Q.   Okay.  Have you ever been able to
11 go from there and make an arrest, you know, one
12 level up, to the distributor or the supplier of
13 the fentanyl to the person who sold it?
14       A.   You would have to ask him those --
15 those questions.
16       Q.   Okay.
17       A.   Do you know what I'm saying?  I'm
18 trying to answer your question.  I just --
19       Q.   Yeah.  You can only do the best you
20 can.
21       A.   Yeah, I'm trying, you know.
22       Q.   All right.
23            Do you know, for an -- for an
24 overdose response where the person has -- has
25 lived, so then there might be, you know,

Page 129

1 someone you can interview to find out --
2        A.   Yeah.
3        Q.   -- more details, does the -- is
4 there a set -- is there a checklist or anything
5 in terms of the types of questions that
6 detectives are supposed to ask that person
7 related to where they got the drugs from?
8        A.   I -- I don't know what their --
9        Q.   Okay.
10       A.   -- Cottle's -- Lieutenant Cottle
11 instructs them to ask, but they're pretty
12 seasoned detectives, and I think they would
13 know what to ask.
14       Q.   Okay.
15       A.   But whether there's a formal
16 checklist, I -- I don't know.
17       Q.   All right.  Let's -- let's look
18 at -- I'm sorry.  Let's do this this way.
19            MR. BLOCK:  I'm going to hand you
20 what's been marked as Paolino Exhibit 1.
21            - - - - -
22            (Thereupon, Deposition Exhibit 1,
23            Summit County Sheriff's Office 2017
24            Annual Report, SUMMIT_000830451 to
25            000830510, was marked for purposes

33 (Pages 126 - 129)

1      of identification.)

2      - - - - -

3      MR. BLOCK: And while you're -- I'm

4 going to describe for the record while you're

5 taking a look at this, but Paolino Exhibit 1 is

6 a document entitled "Summit County Sheriff's

7 Office 2017 Annual Report," bears the Bates

8 label SUMMIT 830451 through 830510.

9      And by "Bates label," I'm referring

10 to the little numbers printed --

11      THE WITNESS: Okay.

12      MR. BLOCK: -- stamped at the

13 bottom of the page.

14      THE WITNESS: Okay. Sure.

15    Q.  Are -- are you familiar with the

16 sheriff- -- Summit County Sheriff's Office

17 annual reports?

18    A.  I'm familiar with it.

19    Q.  Do you have any involvement in the

20 submission of any of the content for this

21 report?

22    A.  Yeah. Yes.

23    Q.  Which -- which part or parts?

24    A.  By looking at the table of

25 contents, I imagine it would be page 34 to 36.

1    Q.  34 to 36 for the drug unit?

2    A.  Yeah.

3    Q.  Okay.

4    A.  I'll have to look at those to --

5    Q.  Yeah, let's --

6    A.  Uh-huh.

7    Q.  Is that -- do you recognize the --

8    A.  Yes.

9    Q.  -- content of pages 34 to 36?

10    A.  Uh-huh.

11    Q.  You do?

12    A.  Yes.

13    Q.  I'm sorry. I need a yes or no.

14    A.  I'm sorry. Yes, yes.

15    Q.  Okay. And does this -- did this

16 come from you?

17    A.  This came from -- we would have --

18 I would have had Carmen compile our statistics,

19 put them in a reasonable format someone could

20 understand, and send them to -- I believe the

21 guy's name is Paul Matulavich that compiles

22 this entire booklet.

23    Q.  Matulavich?

24    A.  Yes.

25    Q.  Okay. All right. And when you say

1 "compile the statistics," what source or

2 sources are the statistics being compiled from?

3    A.  She would use our quarterly HIDTA

4 stats, and she could also use our EPIC stats.

5    Q.  What is EP- --

6    A.  El Paso Intelligence Center. We --

7 we submit daily drug seizures, search warrants

8 in a way to track our activities. So she could

9 pull that information from that website to

10 compile these.

11    Q.  El Paso, is that El Paso, Texas?

12    A.  Uh-huh.

13    Q.  Okay. Is that a --

14    A.  That's a DEA --

15    Q.  Got you.

16    So when you were referring to

17 the -- the stats that are depicted here in the

18 annual report on pages 34 to 36, is that the --

19 basically the tables with the numbers? For

20 example, the -- on page 34, there's a table for

21 "K9 Drug Interdiction Removals in 2017." Do

22 you see that?

23    A.  I do.

24    Q.  All right. Is that -- is that some

25 of the stats that you're referring to?

1    A.  Yes. These would be K9 stats.

2    Q.  Okay. And then on page 35, in the

3 upper right-hand corner, there is a table of

4 "Deaths Per Year," and then it lists "Due To

5 Heroin and Fentanyl." Do you see that?

6    A.  I see the deaths per -- I do, yes.

7    Q.  Okay. Do you know what the source

8 of that is?

9    A.  That would come from the medical

10 examiner's office.

11    Q.  Okay. And how -- how, if at all,

12 does the drug unit interact with the medical

13 examiner's office?

14    A.  How often?

15    Q.  How, if at all? How do you --

16    A.  I think it was in 2015 when the

17 Office of Criminal Justice Services, the place

18 that's like the clearinghouse for our grants,

19 requested death stats -- death stats. And I --

20 that's -- and we would call the medical

21 examiner's office and ask for our stats, so

22 that -- that's our interaction with them.

23    Q.  Now, this report only lists heroin

24 and fentanyl deaths. Why is that?

25    A.  That's a better question for a

Page 134

1 medical examiner, but I can answer it the best
2 I can.
3    Q.   Please.
4    A.   If this person had heroin and, say,
5 alcohol in their system, or heroin and any
6 other drug, Xanax or anything like that, they
7 couldn't list it as a heroin death. So it
8 would have to be just fentanyl or heroin to be
9 listed in these numbers.
10       If they can't determine the -- if
11 there's multiple drugs, they can't, obviously,
12 say that it was a fentanyl death.
13    Q.   And related question, do you know
14 why were you putting, in the annual report for
15 the sheriff's office, why were you highlighting
16 the heroin and fentanyl deaths as opposed to
17 other drug-related deaths?
18    A.   Why were we putting in heroin and
19 fentanyl? Because that was the -- a main focus
20 in the county at that time is people were dying
21 from heroin and fentanyl increasing -- in
22 increasing numbers. In '16, it was a -- it
23 took a big spike. Deaths spiked in '16, so it
24 got the attention of everyone in the state, I
25 believe.

Page 135

1    Q.   The -- do you know when does the --
2 do you know when the report comes out, this
3 annual report?
4    A.   I just got an e-mail on that.
5 Generally, I think, February, March.
6    Q.   You go on a calendar year?
7    A.   Yeah.
8    Q.   Call right. Okay. So I take it,
9 then, there hasn't been a 2018 annual report
10 yet?
11    A.   No, no. That's coming.
12    Q.   Do you know whether the heroin and
13 fentanyl death number is up or down for 2018
14 from where it was in 2017?
15    A.   Compared to this, no. No. I don't
16 know if it's up or down from 145, exactly.
17    Q.   Okay. All right. You also --
18 there's a paragraph -- several paragraphs on
19 page 35 related to methamphetamine.
20    A.   Uh-huh.
21    Q.   Just why -- why did you have a
22 separate section on methamphetamines?
23    A.   Well, I think -- let me -- let me
24 look at this real quick.
25    Q.   Please.

Page 136

1    A.   I believe I listed methamphetamine
2 annually because it's been, in one way or
3 another, a focus of our investigations.
4       This year, I'm seeing that -- this
5 year we seized 100 pounds of crystal meth, so
6 it seemed pretty important to put in there.
7    Q.   And when you said "this year,"
8 you're referring, in your answer, to the 2017
9 report, just for clarity?
10    A.   I'm sorry, yes, 2017.
11    Q.   No, you're fine. You're fine. I'm
12 just clarifying for the record.
13       Okay. And then, if we go to page
14 36, which has some other statistics. First, on
15 the upper left corner, there's a table entitled
16 "Pharmaceuticals Destroyed Via D.U.M.P."
17    A.   Yes.
18    Q.   What is -- what is D.U.M.P.?
19    A.   D.U.M.P. is Dispose of Unused
20 Medications Program. It's where -- do you want
21 me to go in detail?
22    Q.   Please, if you could describe it.
23    A.   It's where people in the community
24 can come to the local police department and get
25 rid of their old used or unwanted medications.

Page 137

1       DEA sponsors a couple days a year,
2 and we've done our own drug collection days a
3 few times, a couple times a year. We've done
4 one just recently, and we'll do another one in
5 spring.
6    Q.   Is that something that the sher- --
7 the Summit County Drug Unit runs, that program?
8    A.   Oh, the -- the big one, the DEA
9 runs it. Like, the -- they pay for the boxes
10 and pay for the disposal. But we do drug
11 collection every day, basically. But we have
12 certain days that we'll actually stop in, set
13 up a little booth, and -- and take the drugs
14 that people drop off.
15    Q.   And when you say "we," who -- who
16 do you mean?
17    A.   I'm sorry. The sheriff's office.
18    Q.   And is it someone in the drug unit
19 or someone --
20    A.   Yeah.
21    Q.   Who?
22    A.   Last time it was Sergeant
23 Angerstein and Bob Scalise.
24    Q.   Do you know the -- the pounds, the
25 numbers here, is that referring to medications

35 (Pages 134 - 137)

1 that were collected by DEA?
2     A.    This is medications that were
3 collected by the Summit County Drug Unit.
4     Q.    Okay.  And then there would be more
5 that were --
6     A.    Sure.
7     Q.    -- collected by DEA?
8     A.    Yeah.
9     Q.    Okay.  The stuff that the Summit
10 County Drug Unit collects, where does it go?
11     A.    This would be -- let me clarify.
12     Q.    Okay.  Please.
13     A.    This would be -- these pounds would
14 probably be -- if we had a DEA collection day
15 and we had our own collection day, this would
16 be a combination of those --
17     Q.    Okay.
18     A.    -- weights, just so we're clear.
19     Q.    Okay.  Who -- who -- if I may, who
20 tracks this?  Who counts it, or who weighs it,
21 who keeps track?
22     A.    These -- the -- Pat Leonard from
23 the Akron Police Department, assigned to TDS,
24 he weighed these boxes and takes a tally on the
25 boxes.

1     Q.    And then where -- what do they do
2 with this stuff?
3     A.    They take them to an in- -- a
4 furnace, and they burn them.
5     Q.    Okay.  And the costs associated
6 with that are covered basically by DEA; is that
7 right?
8          MR. LEDLIE:  Object to the form of
9 the question.
10          You can answer it.
11     A.    I believe so.  I believe --
12     Q.    Okay.
13     A.    -- DEA covers that.  And then the
14 collection boxes around the -- the county, the
15 Addiction -- the ADM Board pays for that.
16     Q.    And those -- that board or those
17 boxes will get turned over to the -- to
18 Detective Leonard to be added to the mix to get
19 weighed and burned?
20     A.    You know, it depends what time of
21 year it is.
22     Q.    Okay.
23     A.    If there's not a collection with
24 the DEA coming up, Carmen Ingram --
25     Q.    Yes.

1     A.    -- and Stacey Milkey will load them
2 in a van and drive them to -- I think they go
3 to Ross County, have them burned.
4     Q.    Then under -- underneath
5 "Pharmaceuticals Destroyed via D.U.M.P.,"
6 there's "Drug Unit Operational Highlights," and
7 it -- the first sentence says, "During 2017 the
8 Summit County Drug Unit made 114 arrests of
9 persons for drug-related offenses and executed
10 154 searches."
11          Do you see that?
12     A.    I do.
13     Q.    Where do those statistics come
14 from?
15     A.    They would have come from either --
16 she would have collected them from the
17 quarterly HIDTA stats or the EPIC website.
18     Q.    Okay.
19     A.    The stats should correlate --
20     Q.    Sure.
21     A.    -- with what's in EPIC and what's
22 in HIDTA.
23     Q.    Okay.  Then in terms of the -- the
24 criminal assets seized, I'm -- I'm now in the
25 upper right-hand column on page 36.

1     A.    Okay.
2     Q.    What is the -- what is covered
3 under "Criminal Assets Seized"?
4     A.    Are you asking me to read the
5 categories here?
6     Q.    I was hoping you could
7 just describe more generally what that means.
8 I see that -- that, for example, it says,
9 "Vehicles, $157,000."  What does that
10 represent?
11     A.    That would represent a value of the
12 total number of vehicles seized.
13     Q.    Okay.  What's the difference
14 between a criminal asset seized and a criminal
15 forfeiture, which is the next -- or the table
16 right underneath it?
17     A.    See how there's a 157,761 value
18 vehicle seized?
19     Q.    Yes.
20     A.    The forfeiture may be a vehicle
21 could have been given back, or they could have
22 brought less money at an auction, or this is
23 and estimate, and this is actual --
24     Q.    Okay.
25     A.    -- would be the best way to

Page 142

1 describe it.
2     Q.  Okay.  And when it say- -- for the
3 actual, for the -- the forfeitures is the
4 actual?
5     A.  Yeah.
6     Q.  Does that money come back to the
7 drug unit?
8     A.  It all depends what -- what kind of
9 case it was.
10     Q.  Okay.
11     A.  It all depends if -- how many
12 agencies were involved.
13     Q.  All right.
14     A.  We don't keep all the money, if
15 that's what you're asking.
16     Q.  But you keep at least some of the
17 money?
18     A.  Oh, sure.  Yeah.
19     Q.  Then there's the -- the table below
20 that says, "Drug" -- "2017 Drug Removal from
21 Streets," and it has both an amount and a
22 street value.  Where does that information come
23 from?
24     A.  It would come, again, from our --
25 our stats, annual stats collected.

Page 143

1     Q.  Okay.  How do you -- how is street
2 value determined?
3     A.  We -- like what we pay for -- we'll
4 either get the numbers from what we're paying
5 for a gram of cocaine or -- or fentanyl.  We
6 pull them off --
7     Q.  When you say you're paying for it,
8 like in a --
9     A.  In a controlled -- controlled buy.
10     Q.  Yes.  I understand.
11     A.  A controlled buy.  So -- so that's
12 clear.
13     Q.  Okay.  Probably good to make that
14 clear.
15     A.  Yeah, yeah, let's make that clear.
16     Q.  All right.  And so to the best of
17 your knowledge, these are acc- -- these
18 statistics are accurate?
19     A.  I mean, to the best of my
20 knowledge.
21     Q.  All right.  They were certainly --
22 you intended for them to be accurate --
23     A.  Of course.
24     Q.  -- in this report.
25     A.  Yes, we intend for them to be

Page 144

1 accurate.
2     Q.  All right.  Can I ask you if --
3 sorry.
4         On -- back on page 34, under the
5 "High Intensity Drug Trafficking Areas," it
6 talks a little bit about HIDTA, and the last
7 sentence says, "HIDTA supplies the Summit
8 Drug" -- "Summit County Drug Unit with one
9 full-time analyst."
10     A.  Yeah.
11     Q.  Who is that?
12     A.  That is -- that's another one of
13 those National Guard through HIDTA to us.  It's
14 Courtney Campbell.
15     Q.  Okay.  Got it.  Thank you.
16         And I just -- stepping back, two
17 other things I wanted to cover in --
18         MR. BLOCK:  Whoops.  Sorry.  You
19 all right?
20     Q.  -- on this annual report.  If you
21 look at page -- the Bates number is 830457.  So
22 it's going closer to the front.
23     A.  Closer to the front?
24     Q.  Yeah.  Sorry.  I don't see a
25 page -- a normal page number, but the little

Page 145

1 tiny print on the bottom right is 830457.  It's
2 an org chart.
3         MR. LEDLIE:  I think it's even --
4 it's, like, very near the front now.
5         THE WITNESS:  Oh, very near.
6         MR. LEDLIE:  There you go.
7         THE WITNESS:  Oh, look at that.
8         MR. BLOCK:  Okay.
9         THE WITNESS:  You found a
10 flowchart.
11         MR. BLOCK:  I -- well, I found one.
12     Q.  Have you seen this before?
13     A.  I may have.
14     Q.  Okay.
15     A.  I may not have paid much attention
16 to it.
17     Q.  All right.  Well, let's look at
18 least under -- at the portion of it under
19 "Investigations."  Do you see there's -- breaks
20 down to drug unit and detective bureau?
21     A.  Yeah.
22     Q.  All right.  And under "Drug Unit,"
23 it says "Supervisor, Captain Matt Paolino."
24 That's you; is that right?
25     A.  I am.

37 (Pages 142 - 145)

1    Q.    Okay.  And is that accurate that
2 you're the supervisor of the drug unit?
3    A.    Yes.
4    Q.    All right.  And then it says
5 "Secretary (1)."  Who would that be?
6    A.    That's Stacey Milkey.
7    Q.    Okay.  "Drug" -- and then
8 underneath it says "Drug Unit Sergeant (1)."
9 Who is that?
10    A.    Jerome Angerstein.  Jerry
11 Angerstein.
12    Q.    Okay.  And then "Detectives (4)"?
13    A.    Yes.
14    Q.    Who would those be again?  Just...
15    A.    Carmen Ingram, Bob Scalise, Ryan
16 Knight, Jimmy Fields.
17    Q.    Okay.  And so Ms. Baker- --
18    A.    Lori Baker-Stella?
19    Q.    -- Baker-Stella, do you know
20 where --
21    A.    I -- I didn't make the flowchart.
22 You're asking why it's not a five right there?
23    Q.    No.  I -- I don't know.  Would she
24 fall under anybody else's -- do you know
25 whether she would go under any of the other

1 boxes on this thing?
2    A.    I guess she should be -- that
3 should be a five, because she's technically
4 assigned through us.
5    Q.    Okay.
6    A.    But I -- I don't know.
7    Q.    Okay.
8    A.    I don't really see anything.
9    Q.    All right.  Do you know who creates
10 this flowchart?
11    A.    It was probably Paul -- Paul
12 Matulavich.
13    Q.    Okay.  Is his name on here?
14        MR. LEDLIE:  I think it's on the
15 top.
16    Q.    Is it -- top right --
17        MR. BLOCK:  Thank you.
18    Q.    -- director of public relations?
19        MR. BLOCK:  Thank you very much,
20 Counsel.
21    Q.    Okay.  And then one other thing I
22 wanted to ask you about.  Just the very -- not
23 the very first page.  The page that says
24 830454 --
25    A.    Okay.

1    Q.    -- signed by Sheriff Barry.  I
2 wanted to direct your attention to the -- one,
3 two, three -- the fourth paragraph.
4    A.    Okay.
5    Q.    Can --
6    A.    Sure.
7    Q.    -- you read that quickly and let me
8 know when you're done.
9    A.    Okay.
10    Q.    There's a reference, in the second
11 sentence to commending the patrol and detective
12 bureaus, along with the drug unit, for their
13 proactive approaches in dealing with these
14 illicit activities, as well as their
15 investigative skills.
16        Do -- do you -- do you know what --
17 maybe you've covered this already, but in terms
18 of the patrol unit -- patrol bureau, I guess,
19 combatting the opioid crisis and dealing with
20 illicit activities, would that be in connection
21 with just walking the beat and observing
22 activity that ends up -- illegal activity that
23 ends up being related to narcotics?
24    A.    I guess that could be.  I mean, I
25 don't -- if you're asking me what was in his

1 head when he wrote this, I have no idea.  I...
2    Q.    I -- let me -- let me try to
3 rephrase the question.
4    A.    Okay.
5    Q.    I'm asking you, based on your
6 knowledge -- your personal knowledge of the
7 Summit County Sheriff's Office, what -- what
8 does the patrol bureau do related to the opioid
9 crisis?
10    A.    I would say that he's -- I don't
11 want to say what he's thinking, but --
12    Q.    We can -- we can skip --
13    A.    Okay.  They're --
14    Q.    You can put this aside.
15    A.    They're proactive in -- in, you
16 know, traffic stops and -- and house checks
17 and -- and checking neighborhoods and
18 suspicious people.  They're -- they're
19 proactive in those approaches.
20    Q.    Okay.  But in terms of what Sheriff
21 Barry was thinking when he wrote this, we'd
22 need to ask Sheriff Barry?
23    A.    You'd have to ask Sheriff Barry.
24    Q.    Okay.
25    A.    I really don't know.  I'm hoping he

38 (Pages 146 - 149)

Page 150

1  was thinking they were proactive in their
2  approach.
3      Q.   And in -- from your knowledge, in
4  terms of the detective bureau, what does --
5  what does the detective bureau do in terms of
6  trying to be proactive in dealing with the
7  illicit activities associated with the opioid
8  crisis?
9      A.   That's another department that's
10 completely housed off site.  They do the same
11 things with -- they aggressively try to
12 investigate the heroin overdoses and drug --
13 drug crimes.
14     Q.   In terms of what Sheriff Barry had
15 in mind, we'd need to ask him?
16     A.   Please.
17     Q.   And -- okay.  Is there a -- is
18 there someone -- is there a detective in the
19 drug unit who works with the State of Ohio
20 pharmaceutical board?
21     A.   Besides Lori Baker-Stella?
22 Assigned through us?  I don't know anybody that
23 works directly with the State Board of
24 Pharmacy.
25     Q.   Does Detective Baker-Stella work

Page 151

1  directly with the State Board of Pharmacy?
2      A.   I don't -- I don't know.  When
3  you're saying directly --
4      Q.   Okay.
5      A.   I'm sorry.
6      Q.   Well, does -- does --
7      A.   I'm trying to follow you here.
8      Q.   No, no.  I'm -- I'm -- you're
9  helping me.  I appreciate it.
10     A.   Okay.  Okay.
11     Q.   Does -- does Detective Baker-Stella
12 have any involvement with the Ohio
13 pharmaceutical board, to your knowledge?
14     A.   You'd have to ask her.  I'm sure
15 she does, but you'd have to ask her.
16     Q.   Okay.  Does -- does the drug unit
17 have acc-- -- have you heard of a -- the OARRS
18 database?
19     A.   I have.
20     Q.   Okay.  Does the drug unit have
21 access to that?
22     A.   We do.
23     Q.   How long has that been the case?
24     A.   I -- I believe since I've been
25 there we've had access to it.

Page 152

1      Q.   How, if at all, does the drug unit
2  use that database?
3      A.   If there's -- there has to be an
4  active pill case for them to get information
5  about someone's prescriptions.  So there has to
6  be a case number, an active investigation for
7  them to get access to that kind of information.
8      Q.   And then what -- what information
9  is in that database that can be helpful in such
10 an investigation?
11     A.   If -- if the subject of the
12 investigation has a prescription for
13 medications.
14     Q.   Anything else?
15         MR. LEDLIE:  Object to the form.
16     A.   They could potentially -- I -- I
17 don't know what you're asking.
18     Q.   Are -- are there any active pill
19 cases now that the drug unit is working on?
20     A.   Not that I'm aware of.
21         MR. BLOCK:  Make this No. 2,
22 please.
23         - - - - -
24         (Thereupon, Deposition Exhibit 2,
25         Document Titled "Ohio Office of

Page 153

1         Criminal Justice Services 2012
2         Semi-Annual Performance Report,
3         Summit_000108472 to 000108480, was
4         marked for purposes of
5         identification.)
6         - - - - -
7      Q.   Captain Paolino, the court reporter
8  has marked, as Paolino Exhibit 2 a document
9  entitled "Ohio Office of Criminal Justice
10 Services 2012 Semiannual Performance Report."
11 It bears the Bates number -- it looks like --
12 well, and it bears the Bates number SUMMIT
13 108472 through 108480.
14         Take -- if you'd need time to look
15 this over, my first question is going to be, do
16 you recognize this?
17     A.   I can answer that one.  Yes.
18     Q.   Okay.  And that will lead to my
19 next question.  What -- what is this document?
20     A.   This was the way that stats were
21 collected prior to EPIC.  We no longer do this
22 report.  This was just a -- for the JAG grant.
23     Q.   What do you mean?  What's the JAG
24 grant?
25     A.   It's the federal grant, Edward

Page 154

1 Byrne Justice Assistance Grant. This is the --
2 where the federal monies come from.
3     Q.   What's the -- how much is that
4 grant for; do you know?
5     A.   I think this year it was -- it's
6 dropped considerably. At this time, it may
7 have been $150,000, but I think it's down to in
8 the 50-, $60,000 range.
9     Q.   What is that grant to be used for?
10    A.   At the time this covered salary.
11    Q.   Salary of?
12    A.   Hylton Baker. Then it switched to
13 mine.
14    Q.   Okay.
15    A.   But now it doesn't cover the entire
16 salary anymore. It's dropped so low.
17    Q.   Okay. But you -- there were -- you
18 described earlier there was another source of
19 funding for your salary?
20    A.   Yeah. The state grant, Drug Law
21 Enforcement Fund, DLEF. That's a state-funded
22 grant.
23    Q.   All right. Is -- does this
24 document, Exhibit 2, the -- is this the -- you
25 had -- you had referred earlier to the stats

Page 155

1 that you kept. Is this a -- is this reflecting
2 those stats?
3         MR. LEDLIE: Object to the form.
4     A.   I mean, it was a semiannual report.
5 It means we did it twice a year.
6     Q.   Okay.
7     A.   I guess if that's what you're
8 asking. These are statistics, yes.
9     Q.   Well, you -- you referred to
10 your -- I think you referred to earlier as the
11 HIDTA stats that you -- that's how you keep
12 track of what the -- or that's where the unit
13 keeps track of its activities. Did I get that
14 right?
15    A.   It's one of -- it's one of the
16 mechanisms for tracking stats.
17    Q.   Okay.
18    A.   See, HIDTA gives us money, so they
19 want statistics.
20    Q.   Yes.
21    A.   The federal government gives you
22 money, so they want statistics.
23    Q.   Yes.
24    A.   The state gives you money, so they
25 want statistics.

Page 156

1         Do you understand? So it's --
2 it's, like, collected in different -- they
3 collect it in different manners.
4     Q.   Well, I -- fair enough. And what a
5 pain in the butt, but there have to -- there --
6 I'm just trying to get at the underlying --
7 there has to be underlying data from which you
8 can go and fill out the various reports in
9 whatever format the requester wants.
10        Where is that -- where is that
11 stored or who -- who keeps that at the drug
12 unit?
13    A.   Are -- are you asking how we arrive
14 at these numbers?
15    Q.   Sure. That's a better question.
16    A.   Okay. They have -- in that EPIC
17 database --
18    Q.   Yes.
19    A.   -- they can submit the weight of
20 the drugs they seized or purchased, who was
21 arrested, the degree of felony. They can
22 submit all that data, and then it can be pulled
23 out and put into an answer -- to answer these
24 questions. And Carmen is really good at
25 pulling that information out.

Page 157

1     Q.   When did the -- when did you
2 start -- when did the drug unit start using the
3 EPIC database?
4     A.   That's been fairly new. Probably a
5 few years. A couple years, few years.
6     Q.   What were you using before?
7     A.   We used -- well, they used to
8 have -- used to write it on paper. And then we
9 started doing an action report, we call them.
10 We type them in the computer and submit into a
11 little database.
12    Q.   Who's "they"?
13    A.   I'm sorry. The detectives will
14 fill out an action re- -- the -- an action
15 report, and they can submit it to the database.
16    Q.   Okay. What was the -- did that
17 database have a name?
18    A.   It was -- we called them action
19 reports.
20    Q.   Okay. Do they still do action
21 reports today?
22    A.   Yes. I mean, with EPIC being --
23 capturing all the data, if they have trouble,
24 for some reason, getting their data entered in
25 EPIC, like if their drug doesn't exist in the

40 (Pages 154 - 157)

1 form, they'll still have to do an action
2 report.
3     Q.   Did each detective -- the
4 detectives can enter their information directly
5 into EPIC?
6     A.   Yes.
7     Q.   Has that been the case ever since
8 you've had -- been using the EPIC system?
9     A.   I hope.
10     Q.   Okay.  All right.  And are you
11 still reporting -- you still have HIDTA
12 reporting obligations?
13     A.   Yes.
14     Q.   Okay.  And do you use the EPIC
15 database for that or something different?
16     A.   No.  They send a -- like, an Excel
17 spreadsheet that you fill out, send it back to
18 Peg Leighter.
19     Q.   Okay.  And who -- who within the
20 drug unit is responsible?  Like, actually fills
21 that out?
22     A.   Oh, Carmen does that.
23     Q.   Okay.  Bear with me for a moment.
24       Are you familiar with something
25 called carfentanil?

1     A.   Yes.
2     Q.   What -- what is that?
3     A.   I believe it's just a stronger form
4 of fentanyl.  Some type of analogue, maybe.
5     Q.   Has there -- have there been -- has
6 there been carfentanil-related activity in
7 Summit County?
8     A.   There has.
9     Q.   When -- when did that start?
10     A.   I think it was, like, August of
11 2016 there was -- there was a spike in death --
12 unintentional drug overdoses.
13     Q.   Did you have -- do you have an
14 understanding of where the carfentanil was
15 coming from?
16     A.   No.
17     Q.   Are there active carfentanil
18 investigations today?
19     A.   I imagine.
20     Q.   And do you have -- strike that.
21 Okay.
22       Have there been issues in Summit
23 County with counterfeit prescription pills?
24     A.   I can't think of a case in
25 particular, but we had a case of someone with a

1 pill press.
2     Q.   Okay.  What do you mean by that?
3     A.   Someone purchased a pill press.
4     Q.   Okay.
5     A.   One of our guys found out about it,
6 and he fled -- the suspect fled the country.
7 So I don't know -- kind of didn't go anywhere.
8     Q.   Got it.  This was someone suspected
9 of drug activity --
10     A.   Yeah.
11     Q.   -- who knew had purchased a
12 pill press?
13     A.   Yeah.
14     Q.   So the concern was that he -- that
15 person could be trying to make counterfeit --
16     A.   Sure.
17     Q.   -- pills?  Okay.
18       Have you heard the term "blue
19 highway"?
20     A.   I don't think I have.
21     Q.   Okay.
22     A.   Are you going to tell me what it is
23 or just leave me hanging?
24     Q.   I think you've answered my
25 question.

1       How about have you -- have you
2 heard the -- of pill mills?
3     A.   Sure.
4     Q.   What do you --
5     A.   I've heard that term.
6     Q.   What do you understand that term to
7 mean?
8     A.   Just an office that will just crank
9 out prescriptions to whoever comes in.
10     Q.   Are you aware of any pill mills
11 that have operated in Summit County?
12     A.   I'm not.
13     Q.   How about in -- any pill mills
14 operating near Summit County?
15     A.   I don't know the specifics of it.
16 I did hear of one in Southern Ohio, I believe,
17 but I don't know details.  Lori would be better
18 to ask those questions.
19     Q.   And that -- my next question was do
20 you know whether -- does the drug unit do any
21 investigation into potential pill mills?
22       MR. LEDLIE:  Object to the form of
23 the question.  Asked and answered.
24     A.   We would.  But chances are we would
25 give that complaint to a unit better equipped

41 (Pages 158 - 161)

Page 162

1 to handle those types of investigations.
2    Q.   And would that be the unit that
3 Ms. Baker -- Deputy Baker-Stella works with?
4    A.   Yeah.
5    Q.   Okay.  Why -- you say "better
6 equipped."  Why -- why or how so?
7    A.   My understanding is these are
8 really long, drawn-out investigations, and --
9 and they're -- they have the training for them.
10 I think they would be better equipped to handle
11 a doctor or pill mill or something like that.
12    Q.   Okay.  We talked about the
13 personnel assigned to the drug unit, talked
14 about the -- without revealing its location,
15 the building where the drug unit is housed.
16 You mentioned the fleet.  There -- did you say
17 there are about 30 cars?  Are they --
18    A.   I mean --
19    Q.   Is it all cars or --
20    A.   I mean, we have some different
21 types of vehicles.
22    Q.   Okay.  Are some of those used for
23 undercover work?
24    A.   They all are.
25    Q.   Okay.  Got it.  They're all for

Page 163

1 undercover work.
2    A.   Yes.
3    Q.   All right.  Oh, the drug unit, is
4 it -- is the drug unit staffed 24 hours a day?
5    A.   No.
6    Q.   What are the --
7       MR. LEDLIE:  Object to the form of
8 the question.
9    Q.   What are the operational hours that
10 folks are working at the drug unit?
11       MR. LEDLIE:  I'm going to instruct
12 him not to answer because that could endanger
13 the safety of the officers.  I'm going to --
14 I'm going to instruct him not to answer on
15 that.
16       MR. BLOCK:  I don't -- I'm
17 certainly not trying to endanger anybody's
18 safety, but that's not a valid basis to
19 instruct a witness not to answer.
20       MR. LEDLIE:  We can go talk to the
21 judge if you want to get into when he has
22 officers capable of responding to drug issues.
23 That is not really a part of this litigation.
24 So if you want -- if you want to take this up,
25 let's -- let's take it up.

Page 164

1       MR. BLOCK:  All right.  Well, we
2 can do that at the -- at a convenient break.
3       Let's keep going, although I lost
4 my train of thought with the next question.
5       THE WITNESS:  I might be able to
6 answer and please both of you.
7       MR. LEDLIE:  Okay.  Go ahead if you
8 can.
9    A.   I mean, we're available to respond
10 24 hours a day.  I mean, that's the best way to
11 say.  We're all on call.  We all know that we
12 all could be called out at any time.  We're
13 available all day, all night.
14    Q.   Do the -- is there, like, a duty --
15 someone's, like the duty officer if there's an
16 after-hours call?
17    A.   No, it's not like that.
18    Q.   Okay.  When you took over -- when
19 you became the commander of the drug unit, and
20 you said there was some overlap with -- was it
21 Captain Baker?
22    A.   Yes.
23    Q.   All right -- did he -- was there
24 a -- was there a briefing book, any sort of
25 written material that he gave you in terms of

Page 165

1 understanding what the drug unit did and how it
2 operated?
3    A.   I think the only written material I
4 had was maybe a policy and procedure book.
5       You know, he assisted with grant
6 the first year because I had no idea how to
7 fill that out.  It probably was this one you're
8 showing me here, the stats from that.
9    Q.   Okay.  The policy and procedure
10 book, is there a policy and procedure book for
11 the drug unit today?
12    A.   There is, but it's -- it's specific
13 sheriff's policies, like pursuit, and, like, a
14 guy is not allowed to pursue somebody in an
15 unmarked car.  It's just basic policies like
16 that.
17    Q.   Okay.  Is there any portion of the
18 policy and procedure book that's specific to
19 how to do narcotics investigations?
20    A.   There's a section on confidential
21 informants.
22    Q.   In terms of rules for how to --
23    A.   Yeah.
24    Q.   -- get one and get it approved,
25 et cetera?  Okay.  Anything else?

42 (Pages 162 - 165)

Page 166

1    A.    I can't think of, off the top of my
2 head.
3    Q.    All right.  Does the -- does the --
4 Summit County's geographical location -- I
5 think I saw a reference to it in the annual
6 report -- does that contribute at all to the
7 drug-related activity that --
8    A.    I believe that's why -- partly why
9 it was designated a high drug trafficking --
10 high intensity drug trafficking area, is
11 it's the 7- -- 71, Interstate 71 and 77, 80,
12 and the location to source cities and how close
13 in proximity all the source cities are to
14 Summit County, and accessibility through our
15 roadways.  So I believe that is in effect.
16    Q.    Who -- which would be the source
17 cities that you're referring to?
18    A.    Detroit, Chicago, New York.
19    Q.    And source cities for what --
20    A.    Drugs.
21    Q.    -- types of drugs?  Any types of
22 drugs?
23    A.    I believe that, yes.
24    Q.    Okay.
25         MR. BLOCK:  Probably a good

Page 167

1 breaking spot for lunch if it's here.  Right?
2 Are we --
3         MR. LEDLIE:  Yeah.  It's 12:05.
4         THE WITNESS:  I could use some
5 water.
6         MR. BLOCK:  Yeah.  Okay.  Let's --
7 let's take a break, see if lunch is here.  If
8 it's not, we can go back for another 30 minutes
9 and then break.
10         THE VIDEOGRAPHER:  Off the record
11 at 12:08 p.m.
12          (Luncheon recess.)
13         THE VIDEOGRAPHER:  Back on the
14 record at 1:03 p.m.
15         MR. BLOCK:  A little roadmap for
16 you and your counsel where I think we're going.
17    Now I've got some random things
18 I've got to go back and -- and fill in, and
19 then I think I've -- famous last words, but got
20 an hour or so questions that I want to ask, and
21 then when -- roughly at our next break, I'm
22 going to pass the microphone to Mr. Pulsipher,
23 who's got probably one or two modules to cover,
24 and then I think some of the counsel for the --
25         MR. LEDLIE:  Manufacturers.

Page 168

1         MR. BLOCK:  -- manufacturers and
2 the pharmacies will have some questions for
3 you, too, but of likely much shorter duration
4 since I -- we -- we drew the laboring oar on
5 this one.  So that's kind of where we're --
6 where we're headed.
7         MR. LEDLIE:  Okay.  Appreciate
8 that.
9 BY MR. BLOCK:
10    Q.    Okay.  I had intended to ask you,
11 and then I lost my train of thought, about
12 equipment that the drug unit has, other than
13 the cars in the fleet.  What -- what equipment
14 is there?
15    A.    We have covert audio and video
16 devices, equipment to monitor phone calls, GPS
17 tracking units, cameras, things like that.
18    Q.    Any other major types of equipment?
19    A.    The -- the major equipment is
20 the -- the phone monitoring equipment.  The
21 other stuff isn't --
22    Q.    Who -- who is that provided by?
23    A.    Originally, it was purchased on a
24 grant before my time, like 2010.  And then the
25 system became outdated.  So the DEA provides

Page 169

1 the equipment now, which saves a big expense
2 for the drug unit.
3    Q.    Can you tell me if this -- the
4 following statement is correct or incorrect?
5    A.    Okay.
6    Q.    In 2016, the drug unit created an
7 Opiate Task Force to handle overdose
8 investigations?
9         MR. LEDLIE:  Object to the form.
10    A.    There were a couple guys assigned,
11 if that's what you're asking, to respond to
12 overdose deaths.  I don't know if you could
13 call it a task force, but --
14    Q.    Okay.  Who -- who from the drug
15 unit was assigned?
16    A.    Oh, I -- I'm sorry.  It was the
17 detective bureau.
18    Q.    That we talked about earlier?
19    A.    Yeah.  I'm sorry.
20    Q.    No, no.  That's fine.  I forgot the
21 names, but the --
22    A.    Jason Kline and Larry Brown.
23    Q.    Okay.  And that started around
24 2016?
25    A.    I think so.

43 (Pages 166 - 169)

Page 170

1    Q.   All right.  Can you think of a --
2  would you agree that -- that in any -- for
3  example, from 2017, would you agree that the
4  majority of seizures of drugs in connection
5  with arrests were of illicit drugs as opposed
6  to prescription medications?
7      A.   Statistically, I would say we
8  probably seized more crystal methamphetamine
9  and fentanyl and heroin than any other drug.
10     Q.   Has there ever been a year that you
11  can think of when you've been involved with the
12  drug unit where more prescription medication
13  was seized than non-prescription medication?
14     A.   I'm thinking back.  We had a
15  really -- we had a large seizure, and I don't
16  remember what year -- you probably have it --
17  from a search warrant we did.  The gentleman
18  had quite a few prescription pills.  I don't
19  know if that outweighed the heroin or cocaine
20  seized that year, but I can't think of the
21  year.
22     Q.   What -- do you remember the
23  guy's -- person's name?
24     A.   I don't remember the subject's
25  name, no.

Page 171

1    Q.   Or where he lived?
2      A.   It was Akron.
3      Q.   Okay.
4      A.   The city of Akron.
5      Q.   Seized from his house?
6      A.   Yes.
7      Q.   And do you remember what kind of
8  prescription medication he had?
9      A.   I remember -- I remember some
10  opioids, and I remember Xanax.  That's about
11  the best of my recollection.
12     Q.   And did that -- had that indi- --
13  had that -- sorry.
14         Were those medications, had they
15  been prescribed to that individual directly, or
16  he'd obtained them from other sources?  Are you
17  following what I'm saying?
18     A.   Yeah, I know what you're saying.  I
19  don't recall what -- I -- I don't know if they
20  -- I know the detective that handled that case.
21  I'm not sure if he ran an OARRS report.  It was
22  a substantial amount, so I -- I...
23     Q.   Who was -- which detective?
24     A.   It was Detective Ryan Knight.
25     Q.   Is he still with the --

Page 172

1      A.   He is.
2      Q.   -- department?
3      A.   He is.
4      Q.   Okay.  On Exhibit 2, which you
5  have -- oh, good, you still have it in front of
6  you.  It is -- this was a questionnaire you --
7  to the Ohio Office of Criminal Justice
8  Services.  And do you see that it's broken down
9  into -- the first part is "Non-Pharmaceutical
10  Drug Questions."  So that starts at page 1- --
11  108473.  And then starting on page 108475 there
12  are questions entitled "Pharmaceutical
13  Diversion Questions."
14     A.   Yes.
15     Q.   Do you see that?  Okay.
16         And on "Pharmaceutical Diversion
17  Questions," so page 108475, the first question
18  is, "Does your task force have a devoted
19  diversion unit or diversion officers?"
20         Do you see that?
21     A.   Uh-huh.
22     Q.   I'm sorry.  I just need a yes or
23  a --
24     A.   Oh, I'm sorry.  Yes.
25     Q.   Okay.  And this -- this, from 2012,

Page 173

1  was checked "No"; is that correct?
2      A.   That is checked "No."
3      Q.   Is that -- and would -- that was
4  accurate in 2012?
5      A.   This is a 2011 grant number, so I'm
6  trying to determine -- okay.  I'm trying to
7  determine if this was prior to Lori
8  Baker-Stella --
9      Q.   Okay.
10     A.   -- or if I was thinking that she
11  was assigned through us, so I didn't put "yes"
12  on there.
13     Q.   I -- if -- I'm not trying to trick
14  you.  I'm just trying to get clarity.  I will
15  tell you, like, I can -- I can get it out, but,
16  like, one from 2016 still says "no" on that
17  question.
18     A.   Oh, okay.  Okay.  Then I must have
19  interpreted this as -- as someone on the drug
20  unit is not dedicated to diversion.
21     Q.   Okay.
22     A.   And there was a time the stats
23  were -- we were allowed to claim Lori
24  Baker-Stella's stats in some instances, and
25  some not.  Like, I don't remember if it was

44 (Pages 170 - 173)

Page 174

1 HIDTA that didn't allow us to claim them,
2 but -- or maybe it was OCJS didn't allow us to
3 claim them but HIDTA did.  It's one or the
4 other.
5     Q.   So it sounds like Lori Baker-Stella
6 is sort of quasi in the drug unit and --
7     A.   Yeah.  The best way to describe
8 that is, for the drug unit she wouldn't be
9 there.  Do you know what I'm saying?  If the
10 drug unit didn't exist, she probably wouldn't
11 have that -- she wouldn't be in that position,
12 and the sheriff pays her salary.  Do you
13 understand what I'm saying?
14     Q.   No, but --
15     A.   Okay.
16     Q.   -- that's my fault, not yours.
17 So --
18     A.   Okay.
19     Q.   -- okay.  I probably do if I think
20 about it hard enough, but I'm --
21     A.   Okay.
22     Q.   -- having trouble at the moment.
23         We talked a little bit about the --
24 the K9 --
25     A.   Yes.

Page 175

1     Q.   -- associated with the drug unit.
2 Does that K9 unit ever work at the post office?
3     A.   Very rarely.
4     Q.   Why is that?
5     A.   The post office is a difficult
6 place to -- to the postal inspector has to
7 be at the office when you're there, and he's
8 and you have to have a federal warrant to open
9 the packages.  And the K9 officer doesn't have
10 federal credentials, and I don't know if that
11 would even matter at the post office.  So he's
12 based out of Cleveland, the postal inspector.
13 So it's when he's available.  It's on his
14 schedule.
15     Q.   If -- if you had your way, would
16 you prefer that the K9 unit be able to go to
17 the post office more frequently than it does?
18     A.   Sure.  Yes, I would like that.
19     Q.   How about UPS?  Does the K9 unit
20 ever --
21     A.   On occasion.
22     Q.   -- work at a UPS facility?
23         You mentioned that FedEx -- that
24 FedEx is another one.
25     A.   Uh-huh, yes.

Page 176

1     Q.   Has FedEx been cooperative in
2 terms --
3     A.   Yes.
4     Q.   Yes?
5     A.   Yes.
6     Q.   How about UPS?
7     A.   Not -- not as cooperative as FedEx.
8     Q.   Has that been the case throughout
9 your time on the drug unit?
10     A.   Yes.
11     Q.   On Exhibit 2, we were just looking
12 at pharmaceutical diversion questions.  And
13 Question 2 on this report asks for a total
14 number of pharmaceutical cases initiated during
15 the reporting period, and it says that there
16 was one -- is it 20- -- I guess this would be
17 from 2011?  Is that what --
18     A.   That's -- that's what I'm thinking.
19 This is a 2011 grant number.  I'm -- well,
20 project start date.  No, this would be 2012.
21     Q.   2012, Okay.  And it says one
22 pharmaceutical case initiated during the
23 reporting period, and it looks like, from the
24 answer to the next question, that a nurse was
25 the target of the investigation.

Page 177

1         Do you see that?
2     A.   Yes.
3     Q.   Do you have any rec- --
4 recollection what that was about?
5     A.   No.  I'm remembering a couple cases
6 with a nurse, but I don't -- I'm not sure if
7 it's this case.
8     Q.   Okay.  It goes -- and Question
9 No. 5, it says that there was one person
10 indicted for a Felony IV.
11     A.   Okay.
12     Q.   Do you see that?
13     A.   I do see that.
14     Q.   Would -- would that mean that the
15 nurse who was the target of the investigation
16 was indicted?
17     A.   That's what that would indicate.
18     Q.   Okay.  What -- I understand you
19 don't know for sure which is which, but what
20 cases do you remember involving -- you said you
21 remember a couple cases with a nurse.  What do
22 you -- what do you remember?
23     A.   I remember one case in particular,
24 the subject of the investigation was dealing
25 steroids, and then the search warrant, at his

45 (Pages 174 - 177)

Page 178

1  house they discovered she was bringing home
2  medications that belonged to other people.
3  They were labeled in other people's names.
4  That may be the one I'm thinking of.
5         The other one I'm remembering is an
6  undercover purchase, from a nurse, of
7  medication.
8     Q.   Do you remember what kind of
9  medication?
10    A.   I don't.
11    Q.   Okay.  And this -- the nurse -- the
12  person who was in the steroid investigation
13  that the search warrant revealed other
14  medications at the house, were those steroids,
15  or what was at the house?
16    A.   That -- that were in her po- -- she
17  was a nurse, and she -- it wasn't steroids.
18    Q.   Okay.  Do you remember what it was?
19    A.   I don't.
20    Q.   Okay.  Can you think of any
21  other -- remember any other cases involving
22  nurses?
23    A.   I can't recall any.
24    Q.   Any cases involving doctors?
25    A.   No.

Page 179

1     Q.   Any cases involving pharmacies?
2     A.   That the Summit County Drug Unit
3  initiated?
4     Q.   Sure.
5     A.   No.
6     Q.   Any cases involving manufacturers?
7     A.   No.
8     Q.   Any cases involving distributors?
9         MR. LEDLIE:  Object to form.
10    Q.   And by "distributors" I mean
11  licensed distributors --
12    A.   Licensed distributors --
13    Q.   -- to distribute prescription
14  medications.
15    A.   No, we haven't.
16    Q.   Have you -- have you seen the
17  complaint in this lawsuit?
18    A.   I did.
19    Q.   Did you read it?
20    A.   I did not.
21    Q.   I don't blame you.
22    A.   I -- I did look at a few pages of
23  it in the Ohio section, but I didn't have time
24  to --
25    Q.   Do you have an understanding of

Page 180

1  what this lawsuit is about?
2     A.   I believe I do.
3     Q.   What is your understanding?
4     A.   That the manufacturers and
5  distributors -- distributors used deceptive
6  tactics and passed the drugs off as safe with a
7  very low addiction rate, and provided more
8  pills to a community than they had residents,
9  is basically my understanding of it.
10    Q.   I'm going to ask you -- I'm going
11  to go through some of the parties that are
12  named as Defendants in --
13    A.   Okay.
14    Q.   -- this suit and ask if you're
15  familiar with them.
16         In no particular order, McKesson?
17  Are you familiar with McKesson?
18    A.   Are you asking, like, if I've heard
19  of them or we've investigated them?
20    Q.   I'll start with have you heard of
21  McKesson.
22    A.   I have not heard of McKesson.
23    Q.   All right.  And has the drug unit
24  ever investigated McKesson?
25    A.   No.

Page 181

1         MR. LEDLIE:  Object to the form.
2     Q.   Do you know whether the sheriff's
3  office has ever investigated McKesson?
4     A.   I do not know.
5     Q.   All right.  And are you aware of
6  any facts regarding anything that McKesson did
7  or didn't do that relate to this lawsuit?
8     A.   I'm not.
9     Q.   Next, Cardinal Health.  Are you
10  familiar with Cardinal Health?
11    A.   I've never heard of Cardinal
12  Health.
13    Q.   All right.  I have to go through
14  these questions --
15    A.   Okay.
16    Q.   -- so we may get into a routine
17  here.
18         But have you -- are you aware of
19  whether the drug unit has ever investigated
20  Cardinal Health?
21         MR. LEDLIE:  Objection.  Calls for
22  speculation.
23    A.   In my time, no.
24    Q.   All right.  How about the sheriff's
25  office?

46 (Pages 178 - 181)

1    A.   Not that I'm aware of.
2    Q.   And are you aware of any facts
3 regarding anything Cardinal Health did or
4 didn't do that relate to this lawsuit?
5        MR. LEDLIE:  Object to the form of
6 the question.
7    A.   Not in my time.
8    Q.   AmerisourceBergen.  Have you heard
9 of AmerisourceBergen?
10   A.   I have not heard of
11 AmerisourceBergen.
12   Q.   Okay.  Has the drug unit ever
13 investigated AmerisourceBergen?
14       MR. LEDLIE:  Object to the form.
15 Calls for speculation.
16   A.   Not that I'm aware of during my
17 tenure.
18   Q.   Okay.  How about the sheriff's
19 office?
20       MR. LEDLIE:  Object to the form.
21 Calls for speculation.
22   A.   Not that I'm aware of.
23   Q.   All right.  And are you aware of
24 any -- do you know of any facts regarding what
25 AmerisourceBergen did or didn't do that relate

1    A.   I've never heard of ANDA.
2    Q.   All right.  Do you know whether the
3 sheriff's -- excuse me -- the drug unit has
4 ever investigated ANDA?
5        MR. LEDLIE:  Object to the form of
6 the question.  He doesn't know who ANDA is.
7    A.   Not that I'm aware of.
8    Q.   Or the sheriff's office?
9    A.   Not that I'm aware of.
10       MR. LEDLIE:  Object to the form of
11 the question.  Calls for speculation.
12       MR. BLOCK:  I'd be happy to give
13 you a standing objection if you'd like, or you
14 can -- whichever is --
15       MR. LEDLIE:  No.  I'll -- I'll make
16 the objections --
17       MR BLOCK:  Okay.
18       MR. LEDLIE:  -- if you're going to
19 ask him about companies he said he's not --
20 he's never heard of.
21       MR. BLOCK:  Yeah.  I'm just going
22 to go down my list.
23       MR. LEDLIE:  Okay.  No problem.
24       MR. BLOCK:  Okay.
25 BY MR. BLOCK:

1 to this lawsuit?
2        MR. LEDLIE:  Object to the form.
3 Calls for speculation.
4    A.   I do not.
5    Q.   H.D. Smith?
6    A.   I've never heard of H.D. Smith.
7    Q.   All right.  Has the drug unit ever
8 investigated H.D. Smith?
9        MR. LEDLIE:  Object to the form.
10 Calls for speculation.
11   A.   Not that I'm aware of during my
12 tenure.
13   Q.   All right.  And how about the
14 sheriff's office?
15       MR. LEDLIE:  Object to the form.
16 Calls for speculation.
17   A.   Not that I'm aware of.
18   Q.   All right.  And are you -- are you
19 aware of any facts regarding what H.D. Smith
20 did or did not do related to this lawsuit?
21       MR. LEDLIE:  Object to the form.
22 Calls for speculation.
23   A.   I don't know.
24   Q.   ANDA, A-N-D-A, are you familiar
25 with that company?

1    Q.   I'm sorry.  So did we get your
2 answer?  "Not that I'm aware of."
3        All right.  And are you aware of
4 any facts regarding what ANDA did or did not do
5 that relate to the lawsuit?
6        MR. LEDLIE:  Object to the form of
7 the question.  Calls for speculation.
8    A.   No, I do not know.
9    Q.   All right.  Purdue Pharma, are you
10 familiar with Purdue Pharma?
11   A.   I've heard of Purdue Pharma.
12   Q.   Okay.  Do -- has the sheriff's --
13 I'm sorry.  Has the drug unit ever investigated
14 Purdue Pharma?
15   A.   Not that I'm aware of.
16   Q.   All right.  How about the sheriff's
17 office?
18   A.   Not that I'm aware of.
19   Q.   All right.  Are you aware of any
20 facts regarding what Purdue Pharma did or did
21 not do that relate to the lawsuit?
22   A.   I do not know.
23   Q.   A company called Actavis?
24   A.   I've never heard of Actavis.
25   Q.   All right.  Has the sheriff -- has

47 (Pages 182 - 185)

1 the drug unit ever investigated Actavis?
2 MR. LEDLIE: Object to the form of
3 the question. Calls for speculation. Asked
4 and answered.
5 A. Not that I'm aware of.
6 Q. All right. Or the sheriff's
7 office? I'm sorry, as to the sheriff's office.
8 The drug unit?
9 MR. LEDLIE: Object to the form of
10 the question. Calls for speculation.
11 A. Not that I'm aware of.
12 Q. All right. And are you aware of
13 any facts regarding what Actavis did or did not
14 do that's related to this lawsuit?
15 MR. LEDLIE: Object to the form of
16 the question. Asked and answered.
17 A. I do not know.
18 Q. Company called Cephalon,
19 C-e-p-h-a-l-o-n?
20 A. I -- I may have heard. I don't
21 think so. I don't think I know who they are.
22 Q. Has the drug unit ever investigated
23 Cephalon?
24 MR. LEDLIE: Object to the form of
25 the question.

1 A. Not that I know of.
2 Q. The sheriff's office?
3 A. Not that I know of.
4 MR. LEDLIE: Object to the form of
5 the question.
6 Q. And are you aware of any facts
7 regarding what Cephalon did or did not do
8 that's related to the lawsuit?
9 MR. LEDLIE: Object to the form of
10 the question. Compound.
11 A. I do not know.
12 Q. Janssen? Ever heard of Janssen?
13 A. No, I don't know who Janssen is.
14 Q. Has the drug unit ever investigated
15 Janssen?
16 MR. LEDLIE: Object to the form of
17 the question. Asked and answered.
18 A. Not that I'm aware of.
19 Q. All right. Or the sheriff's
20 office?
21 MR. LEDLIE: Object to the form of
22 the question.
23 A. Not that I'm aware of.
24 Q. All right. And are you aware of
25 any facts regarding what Janssen did or did not

1 do as it relates to this lawsuit?
2 MR. LEDLIE: Object to the form of
3 the question.
4 A. I do not know.
5 Q. Endo?
6 I've got nine more of these, just
7 so you know.
8 Endo. Have you ever heard of Endo
9 Pharmaceuticals?
10 A. No.
11 Q. All right. Has the drug unit ever
12 investigated Endo?
13 MR. LEDLIE: Object to the form of
14 the question. Calls for speculation.
15 A. Not that I'm aware of.
16 Q. Or the sheriff's office?
17 MR. LEDLIE: The same objection.
18 A. Not that I'm aware of.
19 Q. All right. And are you aware of
20 any facts regarding what Endo did or did not do
21 as it pertains to this lawsuit?
22 A. No.
23 MR. LEDLIE: Object to the form of
24 the question.
25 Q. Insys Therapeutics?

1 A. No, I've never heard of them.
2 Q. All right. And has the drug unit
3 ever investigated Insys?
4 MR. LEDLIE: Object to the form of
5 the question.
6 A. Not that I'm aware of.
7 Q. Okay. Or the sheriff's office?
8 MR. LEDLIE: The same objection.
9 A. Not that I'm aware of.
10 Q. And are you aware of any facts
11 regarding what Insys did or did not do as it
12 pertains to this lawsuit?
13 MR. LEDLIE: Object to the form of
14 the question.
15 A. I do not know.
16 Q. Mallinckrodt?
17 A. I've never heard of Mallinckrodt.
18 Q. So has the drug unit ever
19 investigated Mallinckrodt?
20 MR. LEDLIE: Object to the form of
21 the question.
22 A. Not that I'm aware of.
23 Q. Or the sheriff's office?
24 MR. LEDLIE: Object to the form of
25 the question.

48 (Pages 186 - 189)

Page 190

1     A.   Not that I'm aware of.
2     Q.   And are you aware of any facts
3 regarding what Mallinckrodt did or did not do
4 as it pertains to this -- this lawsuit?
5          MR. LEDLIE:  Object to the form of
6 the question.
7     A.   I do not know.
8     Q.   Discount Drug Mart?
9          MR. LEDLIE:  Object to the form --
10 actually, no objection.
11    Q.   Have you heard of Discount Drug
12 Mart?
13    A.   I have heard of Discount Drug Mart.
14    Q.   Okay.  Has the sher- -- has the
15 drug unit ever investigated Discount Drug Mart?
16         MR. LEDLIE:  Object to the form of
17 the question.
18    A.   Not that I'm aware of.
19    Q.   All right.  Or the sheriff's
20 office?
21    A.   Not that I'm aware of.
22    Q.   Are you aware of any facts
23 regarding what Discount Drug Market [sic] did
24 or did not do as it pertains to this lawsuit?
25         MR. LEDLIE:  Object to the form of

Page 191

1 the question.
2     A.   I do not.
3     Q.   Prescription Supply, have you heard
4 of that company?
5     A.   No.
6     Q.   All right.  And has the drug unit
7 ever investigated Prescription Supply?
8          MR. LEDLIE:  Object to the form of
9 the question.
10    A.   Not that I'm aware of.
11    Q.   Or the sheriff's office?
12         MR. LEDLIE:  Same objection.
13    A.   Not that I'm aware of.
14    Q.   And are you aware of --
15         THE REPORTER:  Did -- I didn't get
16 an answer.  I'm sorry.
17         THE WITNESS:  Not that I'm aware
18 of.
19         THE REPORTER:  Thank you.
20    Q.   And are you aware of any facts
21 regarding what Prescription Supply did or did
22 not do as it relates to this lawsuit?
23         MR. LEDLIE:  Object to the form of
24 the question.
25    A.   I do not know.

Page 192

1     Q.   CVS, have you heard of CVS?
2     A.   I have heard of CVS.
3     Q.   All right.  Has the drug unit ever
4 investigated CVS?
5     A.   Not that I know of.
6     Q.   All right.  Or the sheriff's
7 department?
8          MR. LEDLIE:  Object to the form of
9 the question.
10    A.   Not that I know of.
11    Q.   And are you aware of any facts
12 regarding what CVS did or did not do as it
13 relates to this lawsuit?
14    A.   No.
15    Q.   HBC Service Company, have you ever
16 heard of that?
17    A.   I've never heard of HBC Service
18 Company.
19    Q.   Okay.  Has the drug unit ever
20 investigated HBC Service Company?
21         MR. LEDLIE:  Object to the form of
22 the question.  Calls for speculation.
23    A.   Not that I'm aware of.
24    Q.   The sheriff's office?
25         MR. LEDLIE:  The same objection.

Page 193

1     A.   Not that I'm aware of.
2     Q.   All right.  And are you aware of
3 any facts regarding what HBC Service Company
4 did or did not do as it relates to this
5 litigation?
6          MR. LEDLIE:  Object to the form of
7 the question.
8     A.   No.
9     Q.   Three more.  Rite Aid?
10    A.   I've heard of Rite Aid.
11    Q.   All right.  Has the drug unit ever
12 investigated Rite Aid?
13    A.   Not that I'm aware of.
14    Q.   All right.  The sheriff's office?
15    A.   Not that I'm aware of.
16    Q.   And are you aware of any facts
17 regarding what Rite Aid did or did not do as it
18 relates to this litigation?
19    A.   No.
20    Q.   Walgreens.  Have you heard of
21 Walgreens?
22    A.   I have heard of Walgreens.
23    Q.   Okay.  Has the drug unit ever
24 investigated Walgreens?
25    A.   Not that I'm aware of.

49 (Pages 190 - 193)

Page 194

1    Q.   The sheriff's office?
2    A.   I don't know.
3    Q.   And are you aware of any facts
4  regarding what Walgreens did or did not do as
5  it relates to this litigation?
6    A.   No.
7    Q.   And Walmart, have you heard of
8  Walmart?
9    A.   Yes.
10   Q.   All right.  And has the drug unit
11  ever investigated Walmart?
12   A.   Not that I'm aware of.
13   Q.   Has the sheriff's office?
14   A.   I do not know.
15   Q.   And are you aware of any facts
16  regarding what Walmart did or did not do as it
17  relates to this litigation?
18   A.   No.
19   Q.   We looked at -- earlier, in
20  Exhibit 1, which was the annual report from the
21  sheriff's office, there was the paragraph at
22  the beginning from the -- I just -- just for
23  reference to a phrase, but I don't necessarily
24  mean -- there was a reference in Chief Barry --
25  sorry, Sheriff Barry's remarks to combatting

Page 195

1  the opioid crisis.  And I say that only to
2  frame the -- the concept of the -- of an opioid
3  crisis.
4    A.   Okay.
5    Q.   Do -- first of all, do you -- are
6  you of the view that there's an opioid crisis
7  in Summit County?
8    A.   I believe that.
9    Q.   What -- what does that entail?
10  What do you mean?  What's your understanding of
11  the opioid crisis in Summit County?
12   A.   I think it -- when a drug
13  disproportionately affects the community, it
14  becomes a crisis or an epidemic, and I think
15  that's what we're going through right now.
16   Q.   What drug?  What -- what is the
17  drug or drugs that you're referring to?
18   A.   The fentanyl and heroins.
19   Q.   And would you agree that the people
20  selling the heroin and the fentanyl bear at
21  least some responsibility for that crisis?
22   A.   Sure.  Yes.
23   Q.   And can we call those the drug
24  dealers, I guess?
25   A.   Okay.

Page 196

1    MR. LEDLIE:  Object to the form.
2    Q.   Would -- is that a fair way to
3  describe them?
4    A.   Yes.
5    Q.   And, then, would you agree that
6  the -- whoever's supplying the -- the drug
7  dealers, wherever they're getting those -- that
8  heroin and fentanyl from, those people
9  responsible for that also bear a responsibility
10  for the opioid crisis in Summit County?
11   A.   I could agree with that.
12   Q.   All right.  How about the people
13  that are buying or using the heroin or the
14  fentanyl?  Do they bear some of the
15  responsibility?
16   A.   I believe they do.
17   Q.   Who -- and who else?  Who, if
18  anyone else, would be responsible for this
19  opioid crisis?
20   A.   Just from personal experience with
21  people I know, and -- and I believe it didn't
22  start with heroin and fentanyl.
23   Q.   When you say "it didn't start" --
24  I'm sorry -- what do you mean?
25   A.   The -- the epidemic and all the

Page 197

1  death and -- and destruction.  Many of the
2  people I've spoke to, it did actually start
3  with prescription medication, and when they
4  couldn't afford it, they switched to a cheaper
5  version.
6    Q.   And how many -- how many people
7  have you spoken to on this topic?
8    A.   Over the years, I -- I don't know
9  how many.  I mean, just in my inner circle of
10  family and friends, maybe 10, but through my
11  work, I'm sure there's been many more.
12   Q.   When is the first conversation you
13  remember having with anyone where a connection
14  or potential connection between prescription
15  medication and heroin or fentanyl use was
16  mentioned?
17   MR. LEDLIE:  Object to the form.
18   You can answer.
19   A.   I don't recall my first
20  conversation.  I -- I -- I would have a real
21  hard time pinning that down, to be completely
22  honest, when I --
23   Q.   Do you know whether it was before
24  or after you became commander of the drug unit?
25   A.   It was definitely after.

50 (Pages 194 - 197)

Page 198

1    Q.   And could you -- can you describe
2  for me -- can you -- can you describe any
3  conversation with any person with specificity
4  on this topic?
5    A.   Probably.
6    Q.   Okay.  I -- I need to ask you to do
7  that, please.
8    A.   Okay.
9    Q.   So we can start -- if you've got a
10  conversation in mind -- tell me when you've got
11  a specific conversation in mind, and then I'll
12  try to explore it.
13    A.   Well, obviously, the one that
14  sticks out most in my mind we started to talk
15  about was my sister.
16    Q.   Okay.
17    A.   That's the one most recently sticks
18  in my mind.
19    Q.   Okay.  So let's cover that.
20    A.   Okay.
21    Q.   And this was regarding your niece?
22    A.   Correct.
23    Q.   That's your sister's daughter?
24    A.   It's my brother's daughter.
25    Q.   Your brother's daughter, okay.

Page 199

1  What -- tell me about the conversation with
2  your sister.
3    A.   Well, I think I was originally
4  scheduled for this deposition at the end of
5  August; is -- is that right?
6    Q.   I don't know.
7    A.   Oh, you don't know?
8    Q.   But I -- I -- probably.
9    A.   I -- I think it was.
10    Q.   I believe you.  I believe you.
11  Yeah.
12    A.   And I saw my sister at the
13  beginning of August, and I told her I had to
14  come to this dep- -- deposition, and she said,
15  "Good.  I'm glad somebody is doing it."
16       And I said, "Why?  Like, I'm
17  not" -- "really not looking forward to it."
18       And she said, "Well, that's how
19  your niece started."
20       She started on Percocets her and
21  her husband got from the doctor, and then when
22  they cut them off, they switched to heroin.
23       So my niece had -- had a child with
24  her first husband.  The child was taken away.
25  The husband got treatment, got clean, and

Page 200

1  successfully raised a daughter.  She's 16 or 17
2  now.
3       She -- my niece went to rehab, met
4  another drug user in rehab, and they had twin
5  girls together.  She used heroin the first four
6  months of her pregnancy, ended up going to
7  rehab, and had the babies while she was at a
8  rehab facility.  She got out, and August 15th
9  she died.  She had a heroin overdose.  And now
10  my wife and I have custody of two twin baby
11  girls.
12       So that's the most recent
13  conversation I can remember.
14    Q.   How old are the girls?
15    A.   Two.
16    Q.   Where did -- where did your niece
17  live?
18    A.   She lived in Canal Fulton area.
19    Q.   I'm sorry --
20    A.   She -- she -- she didn't have very
21  stable residences, I guess is the best way to
22  put that.
23    Q.   But here -- here in Ohio?
24    A.   Yeah, in Ohio.  Stark County.
25    Q.   Okay.  And how -- how did your

Page 201

1  sister -- how do you know whether the issue
2  started with the prescription medication?
3  What's the basis for that?
4    A.   My niece confided in my sister.  I
5  don't have the -- she didn't talk to me about
6  it.  She confided in my sister.
7    Q.   I see.  All right.
8       Are there any other conversations
9  where this -- this topic -- and by "this topic"
10  I mean the association or potential association
11  with prescription medication use to --
12       Actually, before that, may I just
13  ask you, do you know what the doctor had
14  prescribed the medication for?
15    A.   She -- my sister told me it was
16  Percocet.
17    Q.   But -- but why?
18    A.   A dentist gave them to one of them.
19  Gave them to either the husband, and he shared
20  them with her, or gave them to her.  I don't
21  know the exact details.
22    Q.   Do you know whether anyone was
23  prosecuted in connection with the death of your
24  niece?
25    A.   So far, no.

51 (Pages 198 - 201)

1    Q.   Do you know whether there's an
2  investigation?
3    A.   I don't know if Canal Fulton is
4  conducting an investigation or not.
5    Q.   Any other specific conversations
6  that you can think of regarding the connection
7  or perceived connection between use of
8  prescription medication and then heroin or
9  fentanyl use?
10      MR. LEDLIE:  Object to the form of
11  the question.
12      You can answer.
13    A.   I -- there are other people I know
14  that have transitioned, but I -- there's
15  sources that we've signed up that state they
16  started on prescription medications.  I -- I
17  think it's a pretty common narrative in the
18  community.
19    Q.   When you say sources that you
20  signed up, you're talking about confidential
21  informants?
22    A.   Yes, yes.
23    Q.   Is that something that -- is that
24  part of the interview process of a confidential
25  informant?

1    A.   No.
2    Q.   It's just something they mentioned?
3    A.   It's something that comes up in
4  conversation.  You kind of get to know them.
5  I -- not me personally, but the -- the
6  detectives get to know the guys a little
7  better.  Get to know them.  They tell them
8  stories.
9    Q.   If that -- if that fact is
10  mentioned by a confidential informant, is that
11  documented somewhere in connection with the
12  case file?
13    A.   I doubt a casual conversation would
14  be documented.
15    Q.   Okay.  Are you aware of any -- has
16  the sheriff county drug unit done any --
17  anything that resembles a -- resembles in any
18  way a scientific study regarding whether
19  there's a connection between use of
20  prescription medication and then use of heroin
21  or fentanyl?
22      MR. LEDLIE:  Object to the form of
23  the question.
24    A.   No.  There -- there may be better
25  people to ask that question.

1      The substance and abuse monitoring
2  network, they actually interview users.  My
3  point of contact is a guy named Joe Cummings.
4  They would probably be better served to answer
5  that question.
6      MR. BLOCK:  All right.  A little
7  early, but let's take a break.  I may be ready
8  to pass the baton.
9      THE WITNESS:  Okay.  Thank you.
10      THE VIDEOGRAPHER:  Off the record
11  at 1:35 p.m.
12       (A recess was taken.)
13      THE VIDEOGRAPHER:  Back on the
14  record at 1:49 p.m.
15      EXAMINATION OF MATTHEW PAOLINO
16  BY MR. PULSIPHER:
17    Q.   Commander Paolino, I am Bryant
18  Pulsipher.  I work with Ben representing one of
19  the Defendants in the case.
20      I have questions about the drug
21  unit's budget --
22    A.   Okay.
23    Q.   -- some of the data that the drug
24  unit uses, databases, and that sort of thing.
25      So the drug unit does have a

1  budget, correct?
2    A.   We do.
3    Q.   Do you have responsibilities
4  related to the budget?
5    A.   I do.
6    Q.   What responsibilities do you have?
7    A.   The budget is -- it's pretty much
8  set.  There are certain items that are --
9  they're going to be there every year.  Like, we
10  know how much our lease is.  We know how much
11  the phones cost.  So my responsibility is to do
12  line items for those pieces of our budget that
13  we need segregated out.
14      Do you understand what I'm saying?
15    Q.   Yes.
16    A.   Like, I know how much our rent is.
17    Q.   So you mentioned the lease, phones.
18    A.   Yeah.
19    Q.   Any other line items that are part
20  of the drug -- drug unit's regular budget?
21    A.   Lease, phones, the alarm.  Trying
22  to run through here.  If --
23    Q.   For example, salaries?
24    A.   Salary is in the Drug Law
25  Enforcement Fund Grant.  That pays for the

1 secretary, Stacey Milkey; the property officer,
2 Carmen; and a portion of my salary.
3     Q.   How is the budget created?
4     A.   The state or the federal government
5 decides how much money we get.  I mean, I --
6     Q.   So speaking instead of about the
7 grants but about all of the drug unit's
8 expenditures, is there a process that you go
9 through to decide what monies will -- money
10 will be spent and on what?
11     A.   Just by the needs of the unit.  If
12 we have a vehicle that needs replaced.
13     Q.   Does anyone have to sign off on the
14 budget?
15     A.   The sheriff.  He's the subgrantee,
16 and I'm the project director listed on the
17 grants.
18         Can I add one more thing to that?
19     Q.   Yes.
20     A.   The board of directors has to
21 approve purchases as well.
22     Q.   The board of directors of the drug
23 unit?
24     A.   Yes.  Just want to make sure I get
25 all that out.

1     Q.   Who's primarily responsible for
2 managing expenditures against the money you
3 receive, whether it's from the county, the
4 state, or federal grants?
5     A.   Can you ask me that one more time?
6 I'm sorry.
7     Q.   Who's responsible for managing the
8 expenditures against the money the drug unit
9 receives, no matter the source?
10     A.   If I'm understanding the question,
11 we have financial fiscal officers downtown at
12 53 University Avenue.  They pay a majority of
13 the bills.  If I'm getting at what you're
14 asking.
15     Q.   For example, does anyone keep track
16 of how much money is left to spend for that
17 year --
18     A.   Oh, yes.
19     Q.   -- on a particular expense?
20     A.   Yes.
21     Q.   And who is that?
22     A.   Pam Murray or Jennifer Kline.
23 They -- I don't see the checking account ledger
24 until quarterly when the board meets.  Do -- I
25 ask for the financial reports, so I know what's

1 in there, what I can tell the board is left
2 and -- and ask them for things to purchase or
3 cars to replace.
4     Q.   You mentioned a checking account?
5     A.   Yes.
6     Q.   Is that a specific account for the
7 drug unit?
8     A.   Yes.  There's two.
9     Q.   Two.  Do they have different
10 purposes?
11     A.   They're both for the -- they're
12 both for the drug unit.  The difference is
13 one's a federal account and one's a state
14 account.  So we can't put federal money in a
15 state account or state money in a federal
16 account.
17     Q.   Have expenses for a particular line
18 item ever outstripped the amount of money that
19 was allocated for that line item?
20     A.   No.  Generally, we have a pretty
21 good idea of how much something is going to
22 cost.  Very rarely do the -- do they end up
23 costing more, if I'm understanding your
24 question.
25     Q.   Can you think of any particular

1 time?
2     A.   When something --
3     Q.   When something has cost more than
4 you had expected or budgeted for?
5     A.   I'm trying to come up with -- with
6 an example for you.  I -- I can't come up with
7 one off the top of my head.  I'm sorry.
8     Q.   How would you handle that situation
9 if it arose?
10     A.   I would ask the board for more
11 money, or if it was a small amount of money, I
12 would probably just tell her to pay it.
13     Q.   Would you have to reduce the amount
14 of money you spent on some other line item, for
15 example?
16         MR. LEDLIE:  Object to the form of
17 the question.
18         You can answer.
19     A.   Yeah.  I mean, if you're talking
20 about the grant, there's only a set amount of
21 money, so I would have to take it from
22 somewhere else.
23     Q.   Do you believe that the drug unit
24 has the resources it needs to fulfill its
25 mission?

53 (Pages 206 - 209)

1        MR. LEDLIE:  Object to the form of
2   the question.
3        A.   If what you're saying, is there
4   room for improvement, I would say there's
5   always room for improvement.
6        Q.   Is there room for improvement in
7   terms of a larger budget?
8        A.   I think manpower is always an
9   issue, so that would entail a budget, so I
10  guess my answer would be yes.
11       Q.   Are there other specific areas you
12  think could be increased or expanded?
13       A.   I mean, you're asking a question --
14  I'd like to expand them all.  I mean, I would
15  love to have more people and -- so I don't know
16  how to answer that.
17       Q.   So --
18       A.   I -- I'm sorry.  I just think
19  there's room -- there's always room for more
20  staff on a drug unit.  And they're -- staff is
21  expensive.  It's an expensive part of the --
22       Q.   So staff is the first thing that
23  comes to mind?
24       A.   It's probably the first thing that
25  comes to my mind.

1        Q.   And that's probably where you would
2   spend money -- additional money if you received
3   it?
4        MR. LEDLIE:  Object to the form.
5        You can answer.
6        A.   Maybe.
7        Q.   During the time that you've had
8   responsibility connected to the budget for the
9   drug unit, has the budget ever increased or
10  decreased, or has it stayed the same?
11       A.   The Justice -- Edward Byrne Justice
12  Assistance Grant has decreased by, I believe,
13  almost half.  So it used to be around $150,000,
14  and now it's probably 58.
15       Q.   Do you have any knowledge of the
16  size of that grant for the drug unit before you
17  joined in 2012?
18       MS. RION:  Objection.
19       A.   I do not.  Sorry.
20       Q.   You do not have knowledge?
21       A.   I -- I don't know how much the
22  prior commander was given, no.  I don't know.
23       Q.   You mentioned there are two grants.
24  One's the federal grant we just spoke about.
25       A.   Yes.

1        Q.   What's the other?
2        A.   A state grant.
3        Q.   Does that have a particular name?
4        A.   Drug Law Enforcement Fund.  DLEF is
5   what we call it.
6        Q.   How does that compare in size to
7   the federal grant?
8        A.   It's much larger.
9        Q.   How much larger?
10       A.   You know, these grants have a cash
11  match, so the state grant will be $250,000, and
12  you have to cash match 25 percent.
13       Q.   When you say "you," what do you
14  mean?
15       A.   I'm sorry.  The sheriff's office.
16  The drug unit.
17       Q.   So if I understand you correctly, a
18  portion of the grant is paid from a federal or
19  a state source and a portion is paid from the
20  sheriff's office?
21       A.   Well, if I can clarify that.  The
22  sheriff's office uses the money in either the
23  federal forfeiture account or the state project
24  income account to cash match the grants.
25       Do you understand what I mean?

1        Q.   What -- can you define, please, the
2   two accounts you just mentioned?  The first is
3   the project in- -- project income?
4        A.   Project income.  Yes.
5        Q.   What's that?
6        A.   Project income's the state -- like,
7   if you would seize cash from a -- a drug dealer
8   and it was a state-run case, or you would seize
9   a vehicle and they'd sell it, the proceeds of
10  that would go into that account.
11       If a federal case, if you have a
12  seizure from that, it would go into the federal
13  account -- federal forfeiture account.
14       Q.   Is that the only difference between
15  the two accounts?
16       MR. LEDLIE:  Object to the form of
17  the question.
18       Q.   Is the source of the funds that go
19  into the accounts the only difference between
20  the two accounts?
21       A.   As far as I know.
22       Q.   What's the total amount of money
23  that the county has spent on the drug unit
24  since you took over?  Don't include grant funds
25  received from state and federal sources and

Page 214

1 don't include forfeiture proceeds.
2     A.   I would need some time to come up
3 with that number.  I -- I can tell you staff
4 members -- just one staff member per year is
5 probably, with benefits, around $90,000, so I
6 couldn't begin to do that on the short.  You
7 know what I'm saying?
8     Q.   Can you tell me, then, instead, the
9 categories of expenses that the county pays?
10     A.   The county -- the county's main
11 expenditure is staff.  The county does not pay
12 for the lease, the phones, or any of that other
13 things -- any of the other stuff.
14     Q.   So the county pays for the salary
15 of the drug unit staff to the extent those
16 salaries are not covered by the grants and
17 forfeitures, or the entities, the home
18 entities, for the detectives or police officers
19 assigned to the drug unit.
20     A.   Yes.
21     Q.   So aside from salaries and
22 benefits, are you aware of any other categories
23 of expenditures that the county pays in
24 connection with the drug unit?
25     A.   Not that I'm aware of.

Page 215

1     Q.   So it's fair to say, then, that all
2 of the expenditures, aside from salaries and
3 benefits, are paid from other sources.
4         MR. LEDLIE:  Object to the form of
5 the question.
6     A.   The only other thing I can think of
7 is -- I don't even know how they pay it, but
8 the vehicle insurance, I know that's paid for
9 by the county.  But, no, I -- I don't know.
10     Q.   Can you tell me which people in the
11 drug unit are not covered by grants or
12 forfeitures?
13     A.   Lori Baker-Stella, Robert Scalise,
14 Ryan Knight, Jimmy Fields.
15     Q.   What type of additional manpower
16 would you want if you could receive it?
17     A.   When you say "what type," are you
18 asking me number of bodies, or are you asking
19 me job function?  I don't know what you're
20 asking.
21     Q.   Yeah.  Start with job function.  Is
22 there a particular job function you'd like to
23 add?
24     A.   I would like more detectives.
25     Q.   Would those detectives focus on any

Page 216

1 particular investigations?
2     A.   They would focus on all drug
3 investigations.
4     Q.   You would not staff them onto any
5 particular drug investigations or geographical
6 areas, for example?
7     A.   Well, they would be in Summit
8 County.
9     Q.   Of course.
10     A.   They better be in Summit County.
11     Q.   Has there ever been a time when the
12 drug unit's budget was particularly tight?
13         MR. LEDLIE:  Object to the form of
14 the question.
15     A.   I'm remembering a time when there
16 was very little money in one of the accounts.
17 It was when I first started.  I remember there
18 was talk about there's no money in the account.
19         But other than that, I don't really
20 recall.
21     Q.   Do you recall the reason the
22 account had little money in it?
23     A.   It was expenses.  It was matching
24 grants and just expenses.  They really didn't
25 go into detail.

Page 217

1     Q.   You don't recall any particular
2 expenses?
3     A.   No.  It was when I first started.
4 Sergeant Don Joseph, I remember he was
5 complaining that there was a small amount of
6 money in that account.
7     Q.   Do you expect that your predecessor
8 would know more about that time?
9     A.   I would hope so.
10     Q.   Is there a time when the drug
11 unit's budget was particularly good or when you
12 had more money than you expected?
13     A.   Since there's been -- in the task
14 force agreement, if the account exceeds a
15 dollar figure, the board will decide if they
16 want to disburse any money.  There's only been
17 one time since I've been there that they've
18 taken any money for their home agencies.  So --
19     Q.   When was that?
20     A.   I don't remember.  It was -- it --
21 it would have had to have been a few years ago
22 because I don't recall it happening in the last
23 couple years, and it's only happened once.
24     Q.   Was it during -- I'll start over.
25         Did the board make that decision in

55 (Pages 214 - 217)

Page 218

1 a meeting where you were in attendance?
2     A.   Yes.  I can't make that decision.
3     Q.   How does the board make that
4 decision?
5     A.   There's guidelines that they all
6 agree to in the memorandum of understanding.
7 Then if an account exceeds a dollar figure,
8 they can decide if they want to make any
9 disbursement.
10     Q.   How are the funds allocated from
11 one agency to the next?
12     A.   How are they paid?
13     Q.   Correct.
14     A.   I'd have to ask Pam Murray, but I
15 believe she disbursed checks.
16     Q.   I think my question was different.
17     A.   Okay.
18     Q.   I apologize.
19          I meant to ask, how is it decided,
20 for example, that the University of Akron
21 Police Department receives a certain amount as
22 compared to the Reminderville Police
23 Department?
24     A.   Well, only full-time agencies that
25 have someone on full-time are eligible for a

Page 219

1 disbursement, per the rules.  And full-time is
2 considered over 32 hours a week.
3          And I think they looked at -- and
4 by the way, the sheriff didn't take a
5 disbursement that year.  I don't think he has
6 taken any disbursement since I've been there.
7          I think they looked at the total
8 excess they had -- whether it's from a large
9 seizure, I don't remember -- and they decided
10 how much they were willing to take out of the
11 account and spend.
12     Q.   Does the drug unit have any budget
13 items that relate exclusively to opioids?
14     A.   The budget can't be broke down like
15 that.  I don't -- no, no.
16     Q.   Is it possible to break the budget
17 down to see how much of a particular line item
18 is attributable to a drug investigation?  A
19 particular drug investigation, I mean?
20          MR. LEDLIE:  Object to the form of
21 the question.
22          You can answer.
23     A.   Is it possible to calculate, you
24 know, man hours spent on a certain
25 investigation?  Sure.  Calculate the overtime

Page 220

1 and the confidential buy money.  Yes, it's
2 possible.
3     Q.   So those are the two sources you'd
4 look to:  the amount of overtime, buy money.
5 Anything else?
6     A.   Yeah.  If we had to use -- if you
7 really wanted a real number, if we had to use a
8 SWAT team or if we had to involve other
9 agencies, I would look at all that.
10     Q.   Are there budget line items that
11 relate to both non-opioid investigations and
12 opioid-related investigations?
13     A.   If I understand the question, no.
14 I mean, one of the line items is vehicles, and
15 we need cars to conduct investigations, so I
16 really can't break it down like that.
17     Q.   So is it fair to say, then, that
18 there are no particular pieces of equipment or
19 staff members who are assigned exclusively to
20 opioid investigations?
21          MR. LEDLIE:  Object to the form of
22 the question.
23     A.   All the staff investigate opioids,
24 so I'm confused by your question.  I'm sorry.
25     Q.   So all of the staff and all of the

Page 221

1 equipment have, at one time or another, been
2 used to investigate opioids?
3     A.   I would say that's pretty fair.
4     Q.   But it's not true that all of the
5 staff and all of the equipment are used
6 exclusively for opioids.  In other words, there
7 are many other types of drugs investigated and
8 seized, et cetera.
9     A.   Yes.
10     Q.   Have you or anyone else in the drug
11 unit ever attempted to figure out how much of
12 the drug unit's overtime expenses were
13 attributable specifically to prescription
14 opioids?
15     A.   No.
16     Q.   Is that possible to do?
17          MR. LEDLIE:  Object to the form of
18 the question.
19     A.   I would say it's possible.
20     Q.   How would you do it?
21     A.   We don't -- the problem is we spend
22 most of our time on the heroin and fentanyl,
23 and we have people assigned to just handle
24 opioid, the prescription medication
25 investigations.

56 (Pages 218 - 221)

1    Q.   Have you ever done that particular
2 exercise for any other drug or budget category?
3 For example, methamphetamine investigations?
4    A.   Have I calculated the -- the annual
5 cost?  No.
6    Q.   Has the drug unit ever incurred any
7 personnel-related costs for opioids, such as
8 medical insurance reimbursements or lost
9 productivity for employees who had been
10 prescribed opioids?
11    A.   Not that I'm aware of.
12    Q.   If you were to attempt to determine
13 what percent of the drug unit's expenditures
14 were attributable to investigations targeting
15 prescription opioid trafficking, how would you
16 do it?
17        MR. LEDLIE:  Object to the form of
18 the question.
19        If you can answer that without
20 guessing or speculating, go ahead.
21    A.   I wouldn't know how.  These are
22 tough questions.  I don't know.
23    Q.   Would you consult a particular
24 database to find whether a particular expense
25 was attributable to a prescription opioid

1 investigation?
2    A.   I guess we could look at case
3 files.
4    Q.   Where are the case files kept?
5    A.   On the drug unit computers.
6    Q.   It's probably a good transition
7 to --
8    A.   Okay.
9    Q.   -- the document questions.
10    A.   Good.
11    Q.   So does the drug unit have any
12 physical case files, any paper files?
13    A.   We do.
14    Q.   Where are those kept?
15    A.   In the office, in the filing
16 cabinets.
17    Q.   How many?
18    A.   Oh, my gosh.  I know that attorneys
19 collected everything, so they could probably
20 answer that one.  Boxes and boxes.
21    Q.   Do those --
22    A.   I --
23    Q.   Go ahead.
24    A.   I think it was over a thousand case
25 files, if I remember correctly.

1    Q.   Are they restricted to a particular
2 time period?  For example, before the drug unit
3 switched to computer files?
4    A.   Well, I think you're
5 misunderstanding.  There was a hard file and
6 the electronic file.  We didn't -- didn't get
7 rid of paper files to switch to a computer
8 file.  Do you know what I'm saying?
9    Q.   So the paper files and the
10 electronic files both covered the same time
11 period, potentially?
12    A.   Well, there was a time, before me,
13 like, I think they went all the way back to the
14 '90s, I don't know what the heck they did.  I
15 think they were all paper, but I'm not sure.
16    Q.   Is there any difference in the
17 subject matter reported in the paper files
18 versus the electronic files?
19    A.   I don't believe so.  There may be
20 photos in the electronic files that may or may
21 not have been printed out for a paper file.
22 Not 100 percent sure.  The idea was to save
23 some paper, so I don't -- I don't know.
24    Q.   So you mentioned computers.  Do
25 members of the drug unit have computers?

1    A.   They -- they all have desktop
2 computers, yes.
3    Q.   Does the drug unit keep a network
4 drive?
5    A.   So you're getting into stuff that
6 I'm not sure about.
7        Now, I don't know if the physical
8 hard drives, it's linked to a network that goes
9 downtown or if it's -- I'm not sure.  It's kind
10 of voodoo to me.
11    Q.   Is there a drive or a -- a location
12 you're aware of where electronic files are
13 kept?
14        MR. LEDLIE:  Object to the form of
15 the question.
16    A.   I know each computer has a hard
17 drive, but there's a master file is -- there's
18 a master drive, and I don't know exactly where
19 that drive is at, physically located.
20    Q.   Can all members of the drug unit
21 access those files on the master drive?
22    A.   Yes, yes.
23    Q.   All the paper files are in the drug
24 unit's offices?
25    A.   I believe so, yeah.

57 (Pages 222 - 225)

Page 226

1    Q.    Do members of the drug units have
2 phones?
3    A.    They do.
4    Q.    Smart phones?
5    A.    Desk phones and smart phones, yes.
6    Q.    Do members of the drug unit use
7 their phones for investigation purposes?
8    A.    Yes.
9          MR. LEDLIE:  Object to the form of
10 the question.
11         THE WITNESS:  I'm sorry.
12         MR. LEDLIE:  It's okay.
13    A.    Yes.
14    Q.    Do you know how they use their
15 phones for investigations?
16    A.    They make phone calls.  They
17 access -- I know some of them access databases
18 like LexisNexis.
19    Q.    Using their phones?
20    A.    Yeah.
21    Q.    Do members of the drug unit send
22 text messages about investigations?
23    A.    I'm sure they do.
24    Q.    Any other electronic devices,
25 tablets, that sort of thing?

Page 227

1    A.    There are a couple laptops that are
2 used for monitoring covert equipment.
3 They're -- they're not really used for, like,
4 communicating back and forth.  But there are
5 laptops there.
6    Q.    Did you send information from all
7 these sources to the county's attorneys in this
8 case?
9    A.    I guess I'm not understanding.  I'm
10 sorry.
11    Q.    For example, drug unit members'
12 phones?
13    A.    Yeah.
14    Q.    Did the county's attorneys look
15 through the phones to determine if any relevant
16 material should be disclosed in this case?
17         MR. LEDLIE:  Object --
18         MS. RION:  Objection.
19         MR. LEDLIE:  -- to the form of the
20 question.  It calls for speculation.
21    A.    Yeah, I don't know.  Sorry.
22    Q.    Do you know whether any members of
23 the drug unit gave their phones to the county's
24 attorneys to inspect?
25         MS. RION:  Objection.  Calls for

Page 228

1 speculation.
2    A.    I don't know.
3    Q.    How old are the drug unit's oldest
4 files?
5    A.    I would be guessing.
6    Q.    Older than the year 2000?
7    A.    I -- I kind of remember Carmen
8 saying they went back to 1999, but I'm not 100
9 percent.  I don't know.  It was way -- many
10 years before my time.
11    Q.    Does the drug unit have a policy
12 about when it deletes or destroys information?
13    A.    They do, but I -- I don't think
14 they get rid of anything over there.  I've
15 never called for anything to be destroyed.
16    Q.    Is the policy written?
17    A.    A lot -- yeah, a lot of -- yes.  A
18 lot of cases stay open for many years.
19    Q.    So as far as you know, no files
20 have ever been destroyed or deleted?
21    A.    That I know of, sure.
22    Q.    You mentioned the EPIC, El Paso
23 Information Center, database before?
24    A.    Yeah.
25    Q.    Can you please describe how members

Page 229

1 of the drug unit use that database?
2    A.    Sure.  They -- for us, they log on
3 like you would any other website.  They log on,
4 and -- and they fill out a -- it's kind of like
5 a stat sheet, but it's a -- they fill out the
6 drugs they seized, the number of people
7 arrested, any other seizures or -- or money
8 seized.  They just fill out basic case
9 information on there, generic case information,
10 for tallying the stats at the end of the
11 quarter.
12    Q.    And for how long have members of
13 the drug unit used that system?
14    A.    That's only been a few years, that
15 I can remember.
16    Q.    Do you know how members of the drug
17 unit kept track of that sort of information
18 before they used the EPIC system?
19    A.    We have electronic forms called
20 action response on the computer, action
21 response forms.  They filled them out that way.
22         And before me, I'd be speculating,
23 but I did hear they used to do it on paper.
24    Q.    The action -- sorry, action
25 response forms?

1    A.   Yeah.

2    Q.   Is that a Word document or
3 something else?

4    A.   It's an Excel -- Excel format.

5    Q.   Is it one spreadsheet for each
6 member of the drug unit, or how are the
7 spreadsheets divided?

8    A.   Is it one spreadsheet?  They all
9 have access to this -- to a spreadsheet to
10 input their data.  And I -- so I guess I'm
11 unsure of the question.

12        They -- they don't each have
13 individual access, like this is your logon,
14 this is your logon.  They all can just access
15 the database and input their data, and it saves
16 it.

17    Q.   So there's one spreadsheet for
18 everyone?

19    A.   Okay.  Yes.

20    Q.   Are there any other databases the
21 drug unit uses?

22        MR. LEDLIE:  Object to the form of
23 the question.

24    A.   When you say "databases," are you
25 talking about for stat collection or -- or

1 for -- I guess it's so broad, I just can't
2 narrow down what you're asking me.  I'm sorry.

3    Q.   Where does the drug unit record
4 information about its activities?

5    A.   They use the case files, the
6 electronic case files on the narcotics drive.
7 They have access to a program called Case
8 Explorer.  And that's really -- that's through
9 HIDTA.

10        And that's a de-confliction.  We
11 use that as a de-confliction tool.  Like, if
12 you're looking at this guy on this date and
13 this time and so am I, it will tell you -- it
14 will alert you, "Hey, Matt's looking at this
15 guy, too," so you don't end up in a dangerous
16 situation with a bunch of undercover guys with
17 guns.

18    Q.   So is that shared with multiple
19 task forces?

20    A.   Yes.

21    Q.   Who maintains that database?

22    A.   HIDTA.

23    Q.   That's the same thing as the Case
24 Explorer database?

25    A.   Yeah, yeah.

1    Q.   Is it an Internet database?

2    A.   It is.

3    Q.   So you log on with credentials and
4 record information?

5    A.   Yes.

6    Q.   Any other places the drug unit
7 records information about its investigations?

8    A.   I can't think of any.

9    Q.   Do you keep records of training?

10    A.   We do.

11    Q.   Where?

12    A.   In the offices, there's a file
13 cabinet with the detectives' names on it.  Kept
14 in there.

15    Q.   Are there forms kept in those
16 files?

17    A.   Forms?

18    Q.   Is there a particular type of form
19 where a training is recorded?

20    A.   No.

21    Q.   What kind of paperwork is stored in
22 that file, then?

23    A.   Like a certificate.

24    Q.   I see.

25    A.   Or travel forms or something like

1 that.  Keep it all in there.

2    Q.   Anything to show how much money was
3 reimbursed, if any, for training?

4    A.   I mean, you could check the
5 financial records to see, like, the checking
6 account.  Because that's something -- that's
7 something that the drug unit pays for.

8    Q.   How is the Ohio HIDTA financed?

9    A.   I believe congress enacted an act
10 in the '80s, and the president writes it in
11 his -- in the budget.

12    Q.   So as far as you know, no local
13 money is spent on that?

14    A.   I -- I don't know how the -- other
15 than federal money, I don't know.

16    Q.   So we've spoken about the Byrne or
17 JAG grant?

18    A.   Yeah.

19    Q.   Is that the federal grant?

20    A.   It is.

21    Q.   And the DLEF grant?

22    A.   Yes.

23    Q.   That's the state grant?

24    A.   Yeah.  That's the Drug Law
25 Enforcement Fund.

Page 234

1    Q.    And in recent years you said the
2  federal grant has been smaller?
3    A.    It has.
4    Q.    Has the DLEF grant ever changed its
5  size?
6    A.    No, but they did put out an e-mail
7  that it's going to be reduced.
8    Q.    Who's "they"?
9    A.    Department of Public Safety.
10   Q.    The State of Ohio?
11   A.    Yeah.  They --
12   Q.    When?
13   A.    This was real recent.  This was in
14 the last few days.
15   Q.    Do you know when it would be
16 reduced?
17   A.    They said this upcoming year.  The
18 grant is -- the DLEF grant is written in
19 December, like right now.  And they said be
20 prepared because it's going to be reduced.
21   Q.    What's the approximate size of the
22 annual amount of that grant?
23   A.    For everyone?
24   Q.    For the drug unit.
25   A.    Just what we get?

Page 235

1    Q.    Right.
2    A.    250,000, and then $83,333.33 cash
3  match.
4    Q.    From local sources?
5    A.    From the drug unit checking
6  account.
7    Q.    Are there any other grants the drug
8  unit has received?
9    A.    JAG grant.  I can't think of one.
10   Q.    Anything related to the National
11 Heroin Initiative?
12   A.    The -- is that -- are you talking
13 about OCDETF money?
14   Q.    For example, yes.
15   A.    Yes, they did get some OCDETF
16 money.
17   Q.    Do you know how much?
18   A.    No, I -- I don't remember.  The
19 last -- there was two applications, and the
20 last application, it all went to the City of
21 Akron.  We didn't get any.  Prior to that I'm
22 not sure.  That was written by the DEA.
23   Q.    Are any of the grants we've
24 discussed restricted to specific uses?
25   A.    Yes.  They all are.

Page 236

1    Q.    So let's start with the federal
2  grant.  What restrictions apply to that grant?
3    A.    You know, the -- the guidelines
4  are -- are about the size of a phone book, so
5  you just have to know you can't spend it on
6  luxury items, on food.  You know, it has to be
7  used for drug investigations.
8    Q.    What are the largest uses of the
9  federal grant money?
10   A.    In our grant?
11   Q.    Correct.
12   A.    It's -- pays part of my salary.
13   Q.    Anything else?
14   A.    I think it took all that.
15   Q.    And the state grant, are there
16 restrictions on how that money is used?
17   A.    Yeah.  Oh, yeah.  Yeah.
18   Q.    What restrictions?
19   A.    The same thing.  You can't buy
20 luxury items or buy food, beverages.  It just
21 has to be used for drug investigations.
22   Q.    Are either of these grants or any
23 grants related expressly to opioids?
24         MR. LEDLIE:  Object to the form of
25 the question.

Page 237

1    A.    I guess I don't understand that.
2    Q.    What's your annual salary?
3    A.    My base salary is 9- -- like, 98.
4    Q.    Has it changed over time?
5    A.    Well, yeah.  Every year we get a
6  little bit of a raise.
7    Q.    Has there been a large increase at
8  any time since you've joined the drug unit, or
9  decrease?
10   A.    It's increased.
11   Q.    Have you considered applying, but
12 did not apply, for any grants?
13         MR. LEDLIE:  Object to the form.
14         That's okay.  You can answer.
15   A.    I probably at some point considered
16 applying for a grant.
17   Q.    Can you recall any specific grants?
18   A.    No.
19   Q.    Any you applied for but didn't
20 receive?
21   A.    I don't know if it's considered a
22 grant, but there was some supplemental funding
23 years ago.  I applied for -- for new phone
24 monitoring equipment through HIDTA, and it was
25 declined.

60 (Pages 234 - 237)

Page 238

1    Q.   Do you know why?
2    A.   No.  They didn't give me a response
3 why they didn't.
4    Q.   Do you know the amount that the
5 grant would have been or that you asked for?
6    A.   It's probably -- I know the
7 equipment was about $130,000.
8         - - - - -
9         (Thereupon, Deposition Exhibit 3,
10        Document Titled "Quarterly Subgrant
11        Report 2014," SUMMIT_001007576 to
12        001007579, was marked for purposes
13        of identification.)
14        - - - - -
15   Q.   The court reporter has just handed
16 you what's marked as Exhibit 3.  Do you
17 recognize this document?
18   A.   I recognize it.  I don't complete
19 this document, though.
20   Q.   Who completes it?
21   A.   Pam Murray.  She handles all the
22 financial -- quarterly financial reports for
23 the grants.
24   Q.   Do you the know purpose of this
25 form?

Page 239

1    A.   It looks like an expenditure sheet.
2    Q.   You don't know anything more about
3 why this form is prepared?
4    A.   I imagine they'd like to know where
5 the money is going.
6    Q.   What is your role in preparing
7 these reports, if any?
8    A.   I don't prepare this report.
9    Q.   And that's Pam Murray who prepares
10 it?
11   A.   Pam Murray, yeah.
12   Q.   Okay.  So you mentioned forfeiture
13 proceeds before?
14   A.   I did.
15   Q.   How is it decided which
16 contributing agencies receive how much of a
17 particular forfeiture proceed?
18        Is that the process we discussed
19 before?
20   A.   What -- are you talking about for
21 disbursements?
22   Q.   Yes.
23   A.   Well, the -- you know, the rules
24 just changed this year, so I don't know how
25 it's going to work.

Page 240

1    Q.   How has it worked in the past?
2    A.   In the past they would -- there was
3 a -- if the account reached a certain amount of
4 money, the board would decide if they were
5 going to disburse proceeds.
6    Q.   And there was one instance we
7 discussed before where that occurred?
8    A.   That I can remember.
9    Q.   You can't remember any others?
10   A.   I know they get money for --
11 they've been written money for overtime
12 expenses, but that's -- you know, that was a --
13 it wasn't a disbursement, I wouldn't call it.
14   Q.   If money is not normally disbursed,
15 what is it used for?
16   A.   Pays the bills.
17   Q.   What kind of bills?
18   A.   Matching grants, vehicle repairs,
19 upgrading surveillance equipment.
20   Q.   Is there any use you cannot -- I'll
21 start over.
22        Are there any restrictions on the
23 way you're -- you use forfeiture proceeds?
24   A.   Well, sure.
25   Q.   What kind of restrictions?

Page 241

1    A.   The same thing.  You can't -- it
2 has to be used for drug investigations.
3    Q.   Do you know the total value of
4 forfeited assets received by the drug unit
5 since you started?
6    A.   Since I started?  You mean cash
7 received?
8    Q.   Forfeited funds.
9    A.   No.  We could probably find that
10 out, though.
11   Q.   Do you know how much it was for
12 this last year?
13   A.   No.
14   Q.   If you could look back to
15 Exhibit 1, the sheriff's annual report.
16   A.   Sure.
17   Q.   And look at page 36.  There's a
18 table on the right-hand side, "2017 Criminal
19 Forfeitures"; do you see that?
20   A.   Uh-huh.
21   Q.   And then values next to the
22 categories Vehicles, Currency, Electronics, and
23 Other?
24   A.   Yes.
25   Q.   Those are the amounts forfeited in

1 2017?

2    A.   I believe.

3    Q.   Do you know whether the amounts in
4 other years were different from those amounts?
5 Significantly different?

6        MR. LEDLIE:  Object to the form of
7 the question.

8    A.   I would have to look back through
9 prior years to be able to give an honest
10 answer.

11    Q.   So the -- the dollar amounts in the
12 right-hand column under "Total Value," how much
13 of those amounts was paid into those two
14 accounts we discussed:  the forfeiture account
15 and the income -- project income accounts?

16    A.   I wouldn't know, without looking at
17 the financial report, looking at the checking
18 account ledger.  But the drug unit may not have
19 received this total sum if other agencies were
20 involved.  Do you understand?

21    Q.   So do you mean that this is the
22 amount forfeited but not necessarily the amount
23 paid into the two accounts?

24    A.   That's correct.

25    Q.   Other agencies might have received

1 some of those proceeds?

2    A.   Yeah, other agencies not even
3 related to the drug unit.

4    Q.   Can you give some examples of what
5 you mean?

6    A.   Sure.  Getting into DEA.
7      We did a -- an investigation with a
8 Raleigh task force --

9    Q.   Sorry.  Raleigh?

10    A.   Raleigh.

11    Q.   Raleigh, North Carolina?

12    A.   Yeah.  And they -- they would get a
13 portion of the seizure, as well.  It would be
14 counted in our statistics.

15    Q.   Do you recall what kind of
16 investigation that was?

17    A.   Yes.

18    Q.   What kind?

19    A.   It was -- it was money to --
20 brought up to pay for drugs.

21      This is a DEA case, so I'm
22 really -- I'm getting kind of uncomfortable
23 talking about it.

24    Q.   Why is that?

25    A.   Well, I don't think they would like

1 their cases to be public record.

2    Q.   So this case is --

3    A.   It could be pending.

4    Q.   It could be pending, this --

5    A.   Yeah.

6    Q.   -- case you're remembering in
7 Raleigh, North Carolina?

8    A.   Yeah.  But I'm just trying to give
9 you an example of why another --

10    Q.   Understood.

11    A.   -- HIDTA would get money.

12    Q.   So we discussed this before, but
13 the drug unit is multi-jurisdictional, correct?

14    A.   Uh-huh.

15    Q.   That means that officers in the
16 drug unit come from several agencies?

17    A.   That's correct.

18    Q.   And Summit County does not pay the
19 salaries or benefits for the officers from
20 other agencies?

21    A.   That's correct.

22    Q.   And whatever -- do those agencies
23 bring equipment or resources to the drug unit?

24    A.   Not really.

25    Q.   Not really.  Are there exceptions?

1    A.   I'm just trying to think of
2 something.  If, like, maybe someone came with a
3 cell phone one time, but -- where we didn't
4 have to pay for that, but noth- -- nothing
5 major that --

6    Q.   No vehicles?

7    A.   I think we supply vehicles to
8 everybody.

9    Q.   Any surveillance equipment?

10    A.   Not that I'm remembering.

11    Q.   Weapons?

12    A.   Well, they all bring their own
13 weapon.

14    Q.   Ammunition?

15    A.   No.  We pay for that.

16    Q.   The drug unit pays for the
17 ammunition?

18    A.   Yes.  Well, we may not pay for the
19 ammunition that's in their gun, but we train
20 monthly and pay for that ammunition.

21    Q.   Understood.

22      Has the drug unit made any
23 purchases that relate specifically to
24 investigations of opioid trafficking?

25        MR. LEDLIE:  Object to the form of

Page 246

1 the question.
2     A.   I don't know specifically how to
3 answer this question.  All the equipment is
4 used for all the investigations.
5     Q.   There's no laboratory equipment,
6 for example, that is used only to test opioids?
7     A.   That we have?
8     Q.   Correct.
9     A.   I mean, there's presumptive test
10 kits.
11     Q.   What's that?
12     A.   You know, they're called NIK kits.
13 You put a sample of a drug in it, break the
14 little vials, and --
15     Q.   And that works for only a
16 particular type of drug?
17     A.   Well, there's one for every --
18 there's one for cocaine, MDMA, fentanyl,
19 heroin.
20     Q.   How has the staffing in the drug
21 unit changed over the years, if at all?
22     A.   It's -- it's grown.
23     Q.   So when you started, what was the
24 approximate size of the drug unit?
25     A.   I mean, we probably have -- I guess

Page 247

1 we probably have maybe four more guys than we
2 did, maybe five.
3     Q.   It hasn't decreased; only
4 increased?
5     A.   I'd say it's increased, sure.  It
6 has -- I mean, there's agencies have come and
7 they've gone and new ones have joined, so --
8     Q.   Understood.
9          Has the drug unit purchased or
10 spent any money on Narcan or naloxone doses?
11     A.   We carry it.  It was given to us by
12 Summit County Public Health.
13     Q.   Have you spent any money training
14 about how to use those doses?
15     A.   We sent Sergeant Hunt and now Jerry
16 Angerstein to Summit County Public Health to
17 get certified to train the officers on Narcan.
18 So other than their daily wages, no.
19     Q.   And how long have officers in the
20 drug unit received training on Narcan?
21     A.   It's been a little over two years
22 now.
23     Q.   So it started in 2016?
24     A.   Right around there.  And I only
25 know that because the Narcan was expiring, and

Page 248

1 we had to get more.  It had a two-year shelf
2 life.
3     Q.   Do deputies or officers prepare
4 reports for when they use Narcan, naloxone?
5     A.   Yes.  There is a use sheet.
6     Q.   Sorry?
7     A.   There is a use sheet.
8     Q.   Use sheet?
9     A.   Yeah, they're supposed to fill out.
10     Q.   Is it a digital file or a paper
11 file?
12     A.   It's a paper file.
13     Q.   Do you know how many times officers
14 in the drug unit used Narcan this last year?
15     A.   In the past year?  I think Sergeant
16 Hunt was the only one that's had to use it, and
17 I think he used it one time.
18     Q.   Do you recall, going back further
19 than a year, how many officers have used
20 Narcan?
21     A.   I don't know if any of them had to
22 use it.
23     Q.   Just Pat Hunt?
24     A.   Yeah.
25     Q.   Does the drug unit conduct any

Page 249

1 training related to opioids?
2          MR. LEDLIE:  Object to the form of
3 the question.
4     A.   I mean, every day we're meeting,
5 talking about opioids.  I think I --
6     Q.   Any formal training?
7     A.   They have been to -- annually, they
8 go to NARCO, Ohio NARCO.  It's a nonprofit
9 organization for collaboration of law
10 enforcement around the state, and there's
11 training.
12     Q.   Every year?
13     A.   Every year.
14     Q.   And all the drug unit members go to
15 that training?
16     A.   No.  Not -- not all of them.
17     Q.   How many?
18     A.   But a majority of them.
19     Q.   A majority?
20     A.   Yeah.  There's a few that don't
21 like to go because it's...
22     Q.   Does the drug unit have any
23 involvement in corrections?
24     A.   Not really.
25     Q.   Do you ever investigate narcotics

63 (Pages 246 - 249)

Page 250

1 events in the jail, for example?
2     A.    The jail, it would depend.  The
3 sheriff generally would send a detective from
4 the detective bureau.
5     Q.    Does the drug unit have any
6 connection to dispatch services performed by
7 the sheriff's office, if any?
8     A.    What do you mean?
9     Q.    Does the sheriff's office maintain
10 a dispatch service?
11    A.    Oh, yeah.  Yes.
12    Q.    Does the drug unit have any
13 connection to that dispatch service?
14    A.    I guess I don't understand.  When
15 you say "connection" --
16    Q.    Do any members of the drug unit
17 administer the dispatch service?
18    A.    Oh, no.  No.
19    Q.    Do you respond to calls for
20 service?
21    A.    No.
22    Q.    Have you heard of a QRT or Quick
23 Response Team?
24    A.    Yes.
25    Q.    Are any members of the drug unit

Page 251

1 part of the QRT?
2     A.    No.
3     Q.    Are any members of the sheriff's
4 office part of the QRT?
5     A.    Yes.
6     Q.    Which ones?
7     A.    Sergeant Mike Walsh.  He's in
8 charge of DARE.  He's a member of the QRT team.
9     Q.    Just -- just Sergeant Walsh?
10    A.    That I know of from the sheriff's
11 office, yeah.  I'm not a part of that.
12    Q.    Are drug unit members part of any
13 task forces --
14        MR. LEDLIE:  Object to the form.
15    Q.    -- related to opioids?
16        MR. LEDLIE:  Object to the form of
17 the question.
18    A.    Again, that's so broad.  We have
19 Lori Baker-Stella attached to TDS squad.
20    Q.    Right.
21    A.    And I -- I don't know what you're
22 looking for.  I don't know what you're trying
23 to ask.  I'm sorry.
24    Q.    So, for example, the Summit County
25 Opiate Task Force, you mentioned you've been to

Page 252

1 a few meetings?
2     A.    I've been to a couple, yeah.
3     Q.    And that Lori Baker-Stella went --
4     A.    Yeah.
5     Q.    -- to a few meetings?  Any --
6     A.    The sheriff.
7     Q.    And the sheriff.
8     A.    Yeah.  And Inspector Chris Rhoades.
9     Q.    Anyone else in the drug unit?
10    A.    I believe I made Pat Hunt go a few
11 times.
12    Q.    Have you ever heard of a database
13 called ARCOS?
14    A.    The first time I heard about it was
15 when I was flipping through the complaint, so
16 no.  Before the -- I looked at the complaint,
17 no.
18    Q.    Has the drug unit ever referred to
19 ARCOS?
20    A.    Not that I'm aware of.
21    Q.    Has the drug unit ever referred to
22 OARRS?
23    A.    Yes.
24    Q.    And that's in investigation of
25 prescription drug trafficking?

Page 253

1     A.    Potentially.
2     Q.    Does the drug unit ever use the
3 Ohio Law Enforcement Gateway?
4     A.    Yes.
5     Q.    How?
6     A.    Their desktop computers.  They log
7 on.  It's an Internet-based website.
8     Q.    What do you use that for?
9     A.    They use it for trying to establish
10 someone's identity.
11    Q.    Do you submit reports -- is it --
12 is it referred to as OHLEG?
13    A.    OHLEG, yeah.
14    Q.    Does it -- do members of the drug
15 unit submit reports to OHLEG?
16    A.    Not really.
17    Q.    Not really?  Are there some
18 exceptions?
19    A.    Yeah.  I mean, if there's -- if a
20 child is taken from a home or something like
21 that, you have to physically complete a paper
22 form.  It's called a Rule 6 in Ohio.
23    Q.    Any reports related to narcotics?
24    A.    Generally, no.
25    Q.    Are there exceptions if "generally,

64 (Pages 250 - 253)

Page 254

1 no"?
2     A.   I can't think of any.
3     Q.   Do the members of the drug unit use
4 the Ohio Incident-Based Reporting System?
5     A.   OIBRS?  No.  No.
6     Q.   They don't submit reports to OIBRS?
7     A.   Oh, I'm sorry.  I was getting a
8 little confused, all these acronyms.
9          The NIBRS reports are when you have
10 a Rule -- Rule 6 a child.
11          OHLEG, I don't know of any reports
12 they would submit to them.
13    Q.   So your previous answer about that
14 report and the child --
15    A.   Would be for NIBRS.
16    Q.   Understood.
17         Is there a difference between the
18 Ohio Incident-Based Reporting System and the
19 National Incident-Based Reporting System?
20    A.   I don't know.
21         MR. PULSIPHER:  Take a break.
22         THE VIDEOGRAPHER:  Off the record
23 at 2:42 p.m.
24         (A recess was taken.)
25         THE VIDEOGRAPHER:  Back on the

Page 255

1 record at 2:56 p.m.
2         EXAMINATION OF MATTHEW PAOLINO
3 BY MR. DAVISON:
4     Q.   Good afternoon.  My name is William
5 Davison, and I represent another Defendant in
6 this matter.  So I appreciate your patience
7 and --
8     A.   No problem.
9     Q.   -- being with us.  I just have a
10 few questions --
11    A.   Okay.
12    Q.   -- that -- that I'd like to ask
13 you.
14         So my first question is, are you
15 familiar with the EPIC database?
16    A.   Yes.
17    Q.   And what is the EPIC database?
18    A.   It's where we -- El Paso
19 Intelligence Center, that's where the
20 detectives submit their daily stats to.
21    Q.   And are you aware of whether that
22 information in the database was ever provided
23 to your counsel for review and production in
24 this litigation?
25    A.   I don't know.

Page 256

1     Q.   Did anyone ask you to provide any
2 information from that database for review and
3 production in this litigation?
4     A.   Not that I'm aware of.
5     Q.   Okay.
6     A.   I think the DEA maintain that site.
7 You'd probably have to get permission from the
8 DEA to get into that.  I'm not 100 percent sure
9 on that.
10    Q.   Okay.  Thank you.
11         I'd like to turn you attention back
12 to Exhibit 2.  If I can ask you to turn to
13 the -- the page that has the Bates number
14 ending in 8475 at the bottom of it.
15         So that's titled "Pharmaceutical
16 Diversion Questions," correct?
17    A.   Yes.
18    Q.   And this is information that the
19 task force would have provided in response to
20 certain grants; is that accurate?
21    A.   Yes.
22    Q.   Okay.  And if you turn two pages
23 forward to Bates -- page Bates-numbered 8477.
24    A.   Okay.
25    Q.   Do you see where it says "Type of

Page 257

1 drug (brand name)," in parentheses, and the --
2 the chart beneath it?
3     A.   I do.
4     Q.   And to the right of that, it says
5 "Dosage Unit Seized"; is that accurate?
6     A.   Yes.
7     Q.   In the chart?
8         When -- when preparing this chart,
9 you provide information based on the type of
10 drug; is that correct?
11    A.   Yes.
12    Q.   Does the task force keep track of
13 the manufacturer of any particular drug that is
14 seized?
15    A.   Not that I'm aware of.
16    Q.   Would the task force keep track of
17 the manufacturer of any dosage units diverted?
18    A.   Not that I'm aware of.
19    Q.   And is that because it's not
20 relevant to your attempts to prosecute people
21 who divert prescription medication?
22         MR. LEDLIE:  Object to the form of
23 the question.
24         You can answer.
25    A.   I don't know how it would be

65 (Pages 254 - 257)

Page 258

1 helpful, I guess is my answer.
2    Q.   Is that because in your
3 investigation, you're focusing on the
4 individual who may be diverting the product?
5         MR. LEDLIE:  Object to form.
6    A.   Yes.  We're focusing on the -- the
7 drug dealer, if that's your question.
8    Q.   Okay.  So the drug dealer rather
9 than the manufacturer of the product, correct?
10    A.   Yes.
11    Q.   So if someone were to ask the drug
12 unit to tell how many pills from a particular
13 manufacturer had been diverted in the county,
14 that would not be possible for the drug unit to
15 tell them, correct?
16    A.   I don't think I'd have any idea.
17    Q.   Okay.  And that's because you don't
18 keep track of that information, correct?
19    A.   Correct.
20         MR. LEDLIE:  Object to the form of
21 the question.
22    Q.   Are you familiar with what a
23 litigation hold is?
24    A.   Is that the document -- request to
25 hold documents?

Page 259

1    Q.   Yes.  Something that tells you to
2 hold on to documents, rather than --
3    A.   Sure.
4    Q.   -- destroying anything.
5         And did you see one related to this
6 litigation?
7    A.   Yes.
8    Q.   And when did you receive that?
9    A.   Gosh, I don't remember exactly when
10 it was, but.
11    Q.   Do you remember, was it this year?
12    A.   It -- it was this year.
13    Q.   Okay.  Was it in the -- the spring
14 of this year, the summer of this year, the fall
15 of this year?
16    A.   I just don't remember.  It --
17    Q.   Okay.
18    A.   It was a -- I believe an e-mail.
19    Q.   Okay.  So you believe you received
20 an e-mail litigation to hold sometime this
21 year, correct?
22    A.   Yeah.
23    Q.   Okay.  And did you follow the
24 instructions on that e-mail?
25    A.   Yeah.

Page 260

1    Q.   Okay.  Sir, have you ever used a
2 prescription opioid?
3    A.   I have.
4         MR. LEDLIE:  I'm going to instruct
5 the witness not to answer as to any of his
6 personal use.  It's a privacy issue.
7         MR. DAVISON:  And -- and what's the
8 basis for that?
9         MR. LEDLIE:  HIPAA.
10         MR. DAVISON:  Sorry.  Just to make
11 sure I understand the basis.
12         MR. LEDLIE:  Health information
13 protection.  His personal medical usage is not
14 relevant and has been the same objection that's
15 come up.  I understand it hasn't been an issue,
16 but.
17         MR. DAVISON:  Okay.  I just wanted
18 to make sure that the objection was -- was
19 clear on the record, that you're saying it's
20 a -- it's a HIPAA issue for his personal,
21 whether or not he has used an opioid; not any
22 question about the actual prescription, the
23 reason, or anything like that.  But the mere
24 question of yes or no you say is protected by
25 HIPAA?

Page 261

1         MR. LEDLIE:  His personal use of an
2 opioid, I believe, whether he used or did not
3 use an opioid, is protected by HIPAA, yes.
4         MR. DAVISON:  Okay.  Just wanted to
5 make sure the record was clear.
6         MR. LEDLIE:  Sure.
7         MR. DAVISON:  Thank you.
8         MR. LEDLIE:  No problem.
9         MR. DAVISON:  I have nothing
10 further at this time.  I do believe that one of
11 my other cocounsel has a question.
12         MR. LEDLIE:  Sure.
13         MR. DAVISON:  Can we go off the
14 record?
15         THE VIDEOGRAPHER:  Off the record
16 at 3:02 p.m.
17         (Off the record.)
18         THE VIDEOGRAPHER:  Back on the
19 record at 3:03 p.m.
20         EXAMINATION OF MATTHEW PAOLINO
21 BY MR. BREWER:
22    Q.   Good afternoon.
23    A.   Good morning -- afternoon.
24    Q.   My name is Matt Brewer.  I
25 represent Walgreens, and I'll ask a few more

66 (Pages 258 - 261)

Page 262

1 follow-up questions.
2     A.    Okay.
3     Q.    The same rules apply.
4     A.    Okay.
5     Q.    I first want to draw your attention
6 to Exhibit 2 --
7     A.    Okay.
8     Q.    -- which I believe you have in
9 front of you, at the page ending in 8475.  And
10 the title of that page reads "Pharmaceutical
11 Diversion Questions."
12         Do you see that?
13     A.    I do.
14     Q.    Pharmaceutical diversion, does that
15 relate to diversion of prescription drugs?
16     A.    As I understand it, yes.
17     Q.    And there's that first question
18 that I believe you -- you all reviewed earlier
19 today that talks about the total number of
20 pharmaceutical cases initiated during the
21 reporting period, and there's the number "1"
22 there.  And you see that and you recall
23 testifying about that?
24     A.    I do.
25     Q.    Are you aware of any other

Page 263

1 pharmaceutical cases initiated relating to
2 pharmaceutical diversion?
3         MR. LEDLIE:  Object to the form of
4 the question.
5     A.    Again, that's really broad.  Are
6 you saying within the Summit County Drug Unit
7 or anyone attached to the unit?
8     Q.    I'm asking if you're aware of any
9 pharmaceutical diversion cases initiated in the
10 Summit County Drug Unit, other than the one
11 that's listed here.
12     A.    No.
13     Q.    And has the Summit County Sheriff's
14 Office initiated any pharmaceutical diversion
15 cases other than the one listed here?
16     A.    The sheriff's office or the drug
17 unit?
18     Q.    The sheriff's office.
19     A.    Not that I'm aware of.  I don't
20 know.
21     Q.    Has the -- well, let me take a step
22 back.
23     A.    Okay.
24     Q.    Your office -- actually, you can go
25 to this org chart.  I'm going now to Exhibit 1.

Page 264

1 The same org chart that we looked at before on
2 the page ending in 0457.
3     A.    Are we pulling up the flowchart?
4 Is that what you said?
5     Q.    Yeah, the flowchart.
6     A.    Okay.
7     Q.    Okay.  And your office of the drug
8 unit is housed under the broader investigations
9 unit; is that correct?
10     A.    That's correct.
11     Q.    And that investigations unit is
12 housed under -- reports -- does that report
13 directly to the sheriff's office?
14     A.    I can explain this.
15     Q.    Yeah, please.
16     A.    I may not be understanding.
17         I report to Inspector Rhoades.
18 He's in charge of the investigative division.
19 Like, he oversees the detective bureau and the
20 drug unit.  And then he reports to -- at the
21 time this was Major Whitfield, who would report
22 to the sheriff.
23         You see how it goes up?
24     Q.    Yes.
25     A.    Now this Major Whitfield is now a

Page 265

1 chief, so the inspector reports to the chief,
2 who reports to the sheriff.
3     Q.    Understood.
4     A.    That's -- that's the flow of it.
5     Q.    That's helpful.  Thank you.
6     A.    Okay.
7     Q.    Has the Summit County Drug Unit
8 ever investigated any doctors for prescribing
9 opioids in a way that contributed to the
10 opioids crisis?
11         MR. LEDLIE:  Object to the form of
12 the question.
13         You can answer.
14     A.    Not that I'm aware of.  In my
15 tenure, we have not investigated a doctor.
16     Q.    And has the Summit County Drug Unit
17 ever investigated any manufacturer for
18 manufacturing or marketing opioids in a way
19 that contributed to the opioids crisis?
20     A.    Not that I'm aware of.
21     Q.    Has the Summit County Drug Unit
22 ever investigated any distributor for
23 distributing opioids in a way that contributed
24 to the opioids crisis?
25     A.    Not that I'm aware of.

67 (Pages 262 - 265)

Page 266

1    Q.   Has the sheriff's -- excuse me.
2 Has the drug unit ever investigated any
3 pharmacy for dispensing opioids in a way that
4 contributed to the opioids crisis?
5         MR. LEDLIE:  Object to the form of
6 the question.
7    A.   Not that I'm aware of.
8    Q.   Is it fair, then, to say that the
9 drug unit hasn't incurred any costs for
10 investigating doctors, manufacturers,
11 distributors, or pharmacies for any conduct
12 contributing to the opioids crisis?
13        MR. LEDLIE:  Object to the form of
14 the question.
15   A.   Have we incurred any costs relating
16 to doctors -- please say it one more time.  I'm
17 sorry.
18   Q.   I'm asking is it fair to say that
19 the drug unit has not incurred any costs for
20 investigating doctors, manufacturers,
21 distributors, or pharmacies, for any conduct
22 contributing to the opioids crisis?
23   A.   Well, that's a tough one, because I
24 think in the big picture, we have, like, the
25 trickle-down effect from prescribing practices

Page 267

1 in the state of Ohio, and now we deal with a
2 heroin and fentanyl crisis that I would say
3 we've incurred expenses.
4    Q.   But you just testified that the
5 drug unit hasn't investigated any of these
6 categories that I just described, and if that's
7 true, then how could the drug unit incur any
8 costs for investigating them if they haven't
9 investigated them?
10        MR. LEDLIE:  Object to the form.
11 Asked and answered.
12   A.   I think I understand where
13 you're -- you're -- the basis of your question,
14 and I don't think you understand my answer.
15   Q.   Help me.  Explain.
16   A.   Well, we may not have incurred
17 costs relating to investigating a doctor, but
18 we're incurring the costs from the aftermath,
19 is the best way I could describe it.
20   Q.   Can you help me understand what you
21 mean by "the aftermath"?
22   A.   The -- I believe the people that
23 have transitioned from prescription pills when
24 they couldn't afford them to buy cheap,
25 inexpensive fentanyl and heroin.

Page 268

1    Q.   And that's imposed costs on the
2 drug unit?
3    A.   I would say we have costs related
4 to heroin investigations and fentanyl
5 investigations.  But specifically for doctors,
6 if that's what you're asking me, no.
7    Q.   I'm asking you specifically for
8 prescription opioids.
9         MR. LEDLIE:  Object to the form.
10 Asked and answered.
11   Q.   That's fine.  I'll move on.
12   A.   Okay.  Okay.
13   Q.   When did you first recognize that
14 there was -- we've referred throughout this
15 deposition to an opioid crisis.  When did you
16 first become aware that there was an opioid
17 crisis in -- in Summit County?
18   A.   I don't know the exact year, but
19 when I started in late 2013, prescribing
20 practices had started to change.  As the
21 prescriptions became harder to get, the
22 fentanyl became more prev- -- prevalent in our
23 community, prevalent.
24   Q.   What's your basis for saying that
25 in late 2013 prescribing practices started to

Page 269

1 change?
2    A.   I read a report.  I think it was
3 put out by the State Board of Pharmacy, and
4 they collected some OARRS data, and it had a
5 graph of prescription units dispensed in Summit
6 County or state of Ohio.
7    Q.   And when you say they "started to
8 change," how did they -- based on this report
9 that you recall reading, how did prescribing
10 practices start to change?
11   A.   Well, there were less
12 prescriptions -- less dosage units apparently
13 written because there was less pills being
14 distributed.  When I say distributed, by the
15 doctors.
16   Q.   So I'm going to try to paraphrase,
17 and tell me if I'm wrong.
18   A.   Okay.
19   Q.   I think what I understand you to be
20 saying is that, like, doctors were
21 prescribing -- prescribing less prescription
22 opioids starting in late 2013?  Is that what
23 you read?
24   A.   Possibly late '12, late '13, but,
25 yes.

68 (Pages 266 - 269)

Page 270

1    Q.    And so my original question was
2  when did you first become aware that there was
3  an opioid crisis in Summit County, and I don't
4  think you fully finished that answer.
5    A.    Well, it may have been later than
6  that.  It -- you know, it may have been -- I --
7  you know, narrow me down on a year here.
8          I think we really realized the
9  problem in 2016 when we fully understood when
10  people were -- that August of '16 when they
11  were dying at a very large amount.
12    Q.    Well, help me understand.  You just
13  said two diff-- -- two very different things.
14  First mentioned late 2012, and now we're in
15  August 2016.  So I'm trying to understand.
16    A.    Okay.
17    Q.    Obviously, you read this report in
18  late 2012 about the number of -- the number of
19  prescription opioids going down.
20    A.    Wait.  Let me stop you there.  I
21  didn't read the report in late 2012.  This was
22  a report, I don't think it was generated until
23  2016.
24    Q.    Okay.  Let's -- let's start over.
25    A.    Okay.

Page 271

1    Q.    Because I think we're -- we're
2  saying -- I think I understand what you're
3  saying, but I want to make sure the record is
4  clear.
5    A.    Okay.
6    Q.    When did you first become aware
7  that there was an opioid crisis in Summit
8  County?
9    A.    And I'm going to have to answer
10  that with I'm not exactly sure, to -- to end
11  this right here, because I'm not exactly sure.
12  But I know that when the prescriptions went
13  down, the illicit drugs went up.
14    Q.    And are you attributing the
15  increase in -- or part of the opioid crisis to
16  the decrease in prescription opioids written?
17    A.    I believe that was a factor.
18    Q.    Can you explain?
19    A.    Well, yeah.  Just the -- through
20  the people I've spoke to and I know personally
21  that have been affected by it.
22    Q.    Do you have any other basis than
23  your own personal experience?
24          MR. LEDLIE:  Object to the form.
25  Asked and answered.

Page 272

1          You can answer.
2    A.    Okay.  Just various reports I've
3  read.  It's -- it's pretty -- to me, it looks
4  very obvious to see when -- when you see
5  prescriptions going down and fentanyl going up
6  and deaths spiking, that -- it just felt
7  obvious.
8    Q.    Is drug diversion a problem in
9  Summit County?
10    A.    You're getting into, like, the DEA
11  lane.  I imagine.  There's whole units
12  dedicated to drug diversion, so I'm going to
13  say yes.
14    Q.    As your counsel has advised, I
15  don't want you to speculate either.
16    A.    Okay.  I'm sorry.
17    Q.    So when you say "I imagine" --
18    A.    I'm sorry.
19    Q.    Okay.  I just want to make sure we
20  have a --
21    A.    Yeah.
22    Q.    -- clear record.
23          So you sitting here as -- as a
24  commander -- captain and commander of the drug
25  unit --

Page 273

1    A.    Yes.
2    Q.    -- from your perspective, is drug
3  diversion a problem in Summit County?
4          MR. LEDLIE:  Object to the form.
5  Asked and answered.
6          You can answer.
7    A.    I believe it still is.  I'm sorry.
8  I said "believe" again, right?
9          Yes.  How's that?
10    Q.    And then if that's the case, how do
11  you define "diversion"?
12    A.    Drugs that go outside the normal
13  chains of prescribing.  Drugs diverted from
14  legitimate prescriptions or --
15    Q.    Have you, through the drug unit,
16  developed effective controls against diversion?
17    A.    Developed effective controls?
18  Other than assigning people to those units, no.
19    Q.    Have you tried to develop effective
20  controls against diversion?
21          MR. LEDLIE:  Object to the form of
22  the question.
23    A.    I guess I'm not understanding the
24  question, but I'm going to say we've done --
25  when we came across these drugs on the street,

69 (Pages 270 - 273)

Page 274

1 we took them.  We assigned somebody to a
2 Tactical Diversion Squad.  Other than that, I'm
3 not sure how to answer you.
4      Q.   I'll -- I'll ask it a little bit
5 differently.  Have you done --
6      A.   Okay.
7      Q.   Have you undertaken any efforts to
8 control diversion of prescription opioids?
9           MR. LEDLIE:  Object to the form of
10 the question.
11      A.   To control -- to control the what?
12 I'm sorry.  Say it one more time.
13      Q.   Have you undertaken any efforts to
14 control diversion of prescription opioids?
15           MR. LEDLIE:  Asked and answered.
16           You can answer.
17      A.   When you're saying control the
18 diversion, I guess I'm not understanding what
19 you're asking me.
20      Q.   Before I was asking about effective
21 controls against diversion, and so I'm using
22 the word "control" in that context.  To
23 address, to reduce, to eliminate.
24      A.   Oh, okay.  Okay.  Thank you.
25      Q.   Yeah.  So let me ask the question

Page 275

1 again just so it's clear.
2      A.   Okay.
3      Q.   Have you undertaken any efforts to
4 reduce or eliminate diversion of prescription
5 opioids?
6           MS. RION:  Objection.  Asked and
7 answered.
8      A.   And I'm not sure if I'm answering
9 this right, but my -- Carmen Ingram, my -- one
10 of my detectives, prepares presentations.
11 That's one way of maybe controlling, is
12 education.  Prepares a -- presentations for the
13 DARE -- for Sergeant Mike Walsh to teach in
14 DARE.
15           So I'm not sure.  When you say
16 control, maybe with an educational.
17      Q.   And what's the content of these
18 presentations?
19      A.   I haven't looked at it.  I haven't
20 looked at it.  She's working on it right now.
21 But in the past she's done them, and she turns
22 them over to DARE, so I haven't reviewed them.
23      Q.   Do the presentations specifically
24 address opioids?
25      A.   I -- you'd have to ask her.  I --

Page 276

1 I'm not really sure.  It's a drug education,
2 drug awareness presentation.  I -- I would
3 hope.
4      Q.   Is there anything else that -- any
5 other efforts you've undertaken to reduce
6 diversion of prescription opioids?
7           MR. LEDLIE:  Object to the form.
8 Asked and answered.
9      A.   Yeah.  I'm not sure.
10      Q.   That's everything?
11      A.   Yeah, I guess.
12      Q.   Have you attempted to determine how
13 much of the opioid use in Summit County is
14 illegal opioid use?
15      A.   No.
16      Q.   Have -- I guess one other question
17 is, you walked through a numb- -- you walked
18 through some numbers and talked about the
19 different equipment and staff that you use and
20 that you budget for.
21      A.   Yes.
22      Q.   Do you recall that line of --
23      A.   I do.
24      Q.   Is it fair to say that if you were
25 not investigating opioids, you'd still need the

Page 277

1 same staff and the same equipment that you
2 currently have?
3           MS. RION:  Objection.  Calls for
4 speculation.
5           MR. BREWER:  You don't need to
6 coach.  You can just make a form objection.
7           MR. LEDLIE:  Counselor, that is
8 identifying the basis for the form.  If you
9 don't want that, then we will not provide that.
10 But it's perfectly acceptable under the rules
11 to let you know why that question is
12 objectionable, and that's what we were
13 attempting to do, but.
14           THE WITNESS:  Okay.  Ask it again.
15           MR. BREWER:  Scroll back up.
16      Q.   Is it fair to say that if you were
17 not investigating opioids, you'd still need the
18 same staff and the same equipment that you
19 currently have?
20           MS. RION:  The same objection.
21           MR. LEDLIE:  Object to the form of
22 the question.
23      A.   I don't know.
24           MR. BREWER:  I have no further
25 questions.

70 (Pages 274 - 277)

Page 278

1     MR. BLOCK: Are you all through?
2     MR. LEDLIE: I've got, literally,
3 like, a small amount of questions.
4     Are you -- you got more before?
5 You can go first.
6     MR. BLOCK: No. I'm just coming
7 back up here to --
8     MR. LEDLIE: Okay. It's actually
9 going to be -- you might want to stay put.
10 It's just about the questions you asked about
11 this, but --
12     MR. BREWER: Okay.
13     EXAMINATION OF MATTHEW PAOLINO
14 BY MR. LEDLIE:
15   Q.   Exhibit 2, you were asked some
16 questions about the pharmaceutical diversion
17 investigation in Exhibit 2.
18   A.   Yes.
19   Q.   And I just want to make sure that I
20 understand.
21     This is titled "Ohio Office of
22 Criminal Justice Services Semiannual
23 Performance Report 2012," correct?
24   A.   Yes.
25   Q.   And so when you're identifying that

Page 279

1 this is the one that you're familiar with from
2 this time period, is your answer limited to
3 this particular time period, or are you saying
4 that that's the only diversion investigation
5 that's ever happened within the Summit County
6 Drug Unit or its affiliated offices?
7     MR. BLOCK: Objection to form.
8   A.   I'm not saying this is the only
9 case of diversion, if that's what you're asking
10 me.
11   Q.   That's what I was asking.
12   A.   Okay.
13   Q.   And -- and your answers were --
14 were limited to the time period covered in this
15 report; is that correct?
16     MR. BLOCK: Object to the form.
17     MR. LEDLIE: I understand.
18   A.   Yes.
19     MR. BREWER: I do want to come back
20 for a second.
21     THE WITNESS: Okay. Come on back.
22     EXAMINATION OF MATTHEW PAOLINO
23 BY MR. BREWER:
24   Q.   This is Matt Brewer again. Hi.
25   A.   Hi, Matt.

Page 280

1   Q.   Sitting here today, can you recall
2 any other instances of investigation of a
3 pharmaceutical diversion case, other than the
4 one that's mentioned -- that we discussed in
5 Exhibit 2?
6   A.   When you say "pharmaceutical
7 diversion," are you just meaning pills that
8 were diverted from the normal chain, or are you
9 talking about a pharmacy? Just break it down
10 for me.
11   Q.   Sure. Let's do both.
12   A.   Okay.
13   Q.   Sitting here today, can you recall
14 any instance of pills being diverted from the
15 normal chain?
16   A.   We have purchased -- made
17 purchases, controlled purchases, of pills, yes.
18   Q.   Sitting here today, can you recall
19 any instance of prescription drugs being
20 diverted and -- and having cases initiated?
21   A.   It's the same question, I -- I feel
22 like. We have made undercover purchases of
23 pills.
24   Q.   From pharmacies?
25   A.   Oh, not from pharmacies. No. I'm

Page 281

1 sorry. I misunderstood.
2   Q.   So let me -- I'll -- I'll ask it
3 again.
4     Earlier we talked about, in
5 Exhibit 2, this one instance of a
6 pharmaceutical case initiated. Do you recall
7 that?
8   A.   Yeah.
9   Q.   And are you aware of any other
10 pharmaceutical cases initiated, other than the
11 one listed here?
12     MR. LEDLIE: Object to the form of
13 the question.
14   A.   And I'm sorry. I'm going to have
15 to ask you to clarify again. Are you talking
16 about a pharmacy or just the pharmaceuticals,
17 the -- the -- the pills?
18   Q.   I'm referring to any pharmaceutical
19 cases initiated involving pharmacies.
20   A.   No.
21   Q.   Ever?
22   A.   With the Summ- -- in my tenure with
23 the Summit County Drug Unit, no.
24     MR. BREWER: Okay. Thank you.
25     THE WITNESS: Okay.

71 (Pages 278 - 281)

Page 282

1      MR. BLOCK:  We're -- we're good,
2  right?
3      So I was just going to say thank
4  you, Mr. Paolino, for your time.  This is all
5  the questions we have.
6      THE WITNESS:  Okay.
7      MR. BLOCK:  Now, so done, with the
8  caveat that if there are additional documents
9  produced after this deposition that would be
10  relevant to questioning for Captain Paolino, we
11  reserve the right to come back and ask
12  questions about those.
13      MR. LEDLIE:  Understood.  And
14  subject to the Court's ruling on any such
15  request, we would oppose it, but we'll see.
16      But thank you, everyone, for today.
17      MR. BLOCK:  Thank you very much.
18      THE WITNESS:  Thank you.
19      THE VIDEOGRAPHER:  Off the record
20  at 3:25 p.m.
21      Deposition concluded at 3:25 p.m.)
22      ~ ~ ~ ~ ~
23
24
25

Page 283

1  Whereupon, counsel was requested to give
2  instructions regarding the witness's review of
3  the transcript pursuant to the Civil Rules.
4
5      SIGNATURE:
6  Transcript review was requested pursuant to the
7  applicable Rules of Civil Procedure.
8
9      TRANSCRIPT DELIVERY:
10  Counsel was requested to give instructions
11  regarding delivery date of transcript.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 284

1      REPORTER'S CERTIFICATE
2  The State of Ohio,   )
3          SS:
4  County of Cuyahoga.  )
5
6      I, Stephen J. DeBacco, a Notary
7  Public within and for the State of Ohio, duly
8  commissioned and qualified, do hereby certify
9  that the within named witness, MATTHEW PAOLINO,
10  was by me first duly sworn to testify the
11  truth, the whole truth and nothing but the
12  truth in the cause aforesaid; that the
13  testimony then given by the above-referenced
14  witness was by me reduced to stenotypy in the
15  presence of said witness; afterwards
16  transcribed, and that the foregoing is a true
17  and correct transcription of the testimony so
18  given by the above-referenced witness.
19      I do further certify that this
20  deposition was taken at the time and place in
21  the foregoing caption specified and was
22  completed without adjournment.
23
24
25

Page 285

1      I do further certify that I am not
2  a relative, counsel or attorney for either
3  party, or otherwise interested in the event of
4  this action.
5      IN WITNESS WHEREOF, I have hereunto
6  set my hand and affixed my seal of office at
7  Cleveland, Ohio, on this 10th day of
8  December, 2018.
9
10
11
12
13
14    Stephen J. DeBacco, Notary Public
15      within and for the State of Ohio
16
17  My commission expires September 30, 2022.
18
19
20
21
22
23
24
25

72 (Pages 282 - 285)

Page 286

1     Veritext Legal Solutions
        1100 Superior Ave
2          Suite 1820
        Cleveland, Ohio 44114
3        Phone: 216-523-1313
4
    December 10, 2018
5
    To: James W. Ledlie
6
    Case Name: In Re: National Prescription Opiate Litigation v.
7
    Veritext Reference Number: 3128034
8
    Witness:  Matthew Paolino      Deposition Date:  12/5/2018
9
10  Dear Sir/Madam:
11
    Enclosed please find a deposition transcript.  Please have the witness
12
    review the transcript and note any changes or corrections on the
13
    included errata sheet, indicating the page, line number, change, and
14
    the reason for the change.  Have the witness' signature notarized and
15
    forward the completed page(s) back to us at the Production address
16  shown
17  above, or email to production-midwest@veritext.com.
18
    If the errata is not returned within thirty days of your receipt of
19
    this letter, the reading and signing will be deemed waived.
20
21  Sincerely,
22  Production Department
23
24
25  NO NOTARY REQUIRED IN CA

---

Page 287

1       DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
    ASSIGNMENT REFERENCE NO: 3128034
3   CASE NAME: In Re: National Prescription Opiate Litigation v.
    DATE OF DEPOSITION: 12/5/2018
4   WITNESS' NAME: Matthew Paolino
5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7       I have made no changes to the testimony
    as transcribed by the court reporter.
8
    _____
9   Date              Matthew Paolino
10      Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
    They have read the transcript;
13  They signed the foregoing Sworn
    Statement; and
14  Their execution of this Statement is of
    their free act and deed.
15
    I have affixed my name and official seal
16
    this _____ day of_____, 20____.
17
18  _____
    Notary Public
19
    _____
    Commission Expiration Date
20
21
22
23
24
25

---

Page 288

1       DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
    ASSIGNMENT REFERENCE NO: 3128034
3   CASE NAME: In Re: National Prescription Opiate Litigation v.
    DATE OF DEPOSITION: 12/5/2018
4   WITNESS' NAME: Matthew Paolino
5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7       I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
8   well as the reason(s) for the change(s).
9       I request that these changes be entered
    as part of the record of my testimony.
10
    I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____
    Date              Matthew Paolino
14
    Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17      They have read the transcript;
        They have listed all of their corrections
18      in the appended Errata Sheet;
        They signed the foregoing Sworn
19      Statement; and
        Their execution of this Statement is of
20      their free act and deed.
21  I have affixed my name and official seal
22  this _____ day of_____, 20____.
23
    _____
    Notary Public
24
    _____
25  Commission Expiration Date

---

Page 289

1       ERRATA SHEET
          VERITEXT LEGAL SOLUTIONS MIDWEST
2          ASSIGNMENT NO: 12/5/2018
3   PAGE/LINE(S) /      CHANGE      /REASON
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
    _____    _____
20  Date              Matthew Paolino
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23  _____
    Notary Public
24
    _____
25  Commission Expiration Date

73 (Pages 286 - 289)

| & | | |
|---|---|---|
| **&**  2:12,17 3:4,9,14 | **108473**  172:11 | **157,000**  141:9 |
| 4:4,11 10:17,20,23 | **108475**  172:11,17 | **157,761**  141:17 |
| 11:13 | **108480**  153:13 | **15th**  200:8 |

| 0 | |
|---|---|
| **000108472**  6:7 | **10:00**  82:17 |
| 153:3 | **10:07**  64:5 |

**& (column 1)**

**&**  2:12,17 3:4,9,14
4:4,11 10:17,20,23
11:13

**0**

**000108472**  6:7
153:3
**000108480**  6:7
153:3
**000830451**  6:4
129:24
**000830510**  6:4
129:25
**001007576**  6:9
238:11
**001007579**  6:10
238:12
**02199-3600**  3:6
**0457**  264:2
**05**  32:18
**06**  33:7
**08**  13:15

**1**

**1**  6:3 129:20,22
130:5 146:5,8
172:10 194:20
241:15 262:21
263:25
**10**  116:23 197:10
286:4
**100**  32:5 136:5
224:22 228:8
256:8
**10036-8704**  3:10
**101**  7:12
**106**  7:13
**107**  7:13
**108**  7:14
**108472**  153:13

**108473**  172:11
**108475**  172:11,17
**108480**  153:13
**10:00**  82:17
**10:07**  64:5
**10th**  285:7
**11**  33:23
**1100**  286:1
**112**  7:14
**113**  7:15
**114**  140:8
**11472**  285:13
**115**  7:15
**116**  7:16
**117**  7:16
**11:02**  118:16
**11:17**  118:19
**12**  5:8 50:10
269:24
**12/5/2018**  286:8
287:3 288:3 289:2
**1211**  3:10
**122**  7:17
**126**  7:17
**129**  6:3
**12:05**  167:3
**12:08**  167:11
**13**  44:9,11 50:11
54:4 62:11 269:24
**130,000**  238:7
**139**  7:18
**14**  40:4 54:4 91:17
**145**  135:16
**15**  87:15 91:17
**150**  3:21
**150,000**  154:7
211:13
**152**  6:5 7:18
**154**  140:10
**155**  7:19

**157,000**  141:9
**157,761**  141:17
**15th**  200:8
**16**  87:15 134:22,23
200:1 270:10
**160,000**  85:11
**161**  7:19
**163**  7:20
**169**  7:20
**17**  1:6,10 200:1
**1717**  4:18
**179**  7:21
**18**  1:12,13
**181**  7:21,22
**182**  7:22,23,23
**1820**  286:2
**183**  7:24,24,25 8:1
**184**  8:1,2
**185**  8:2
**186**  8:3,3,4,4
**187**  8:5,5,6,6
**188**  8:7,7,8,8
**189**  8:9,9,10,10,11
**19**  22:19 23:9
**190**  8:11,12,12,13
**191**  8:13,14,14
**19103**  4:19
**192**  8:15,15,16
**193**  8:16
**196**  8:17
**197**  8:17
**1987**  18:17
**1993**  20:6
**1994**  21:11,13 25:9
26:3
**1999**  21:16 228:8
**1:03**  167:14
**1:35**  204:11
**1:49**  204:14

**2 (column 4)**

**2**  5:3 6:5 152:21
152:24 153:8
154:24 172:4
176:11,13 256:12
262:6 278:15,17
280:5 281:5
**20**  40:4 176:16
287:16 288:22
289:22
**2000**  21:16 228:6
**20001-3743**  4:6
**20001-4956**  2:14
**2001**  24:18 29:10
**2005**  12:23
**2010**  33:10 168:24
**2011**  33:23 173:5
176:17,19
**2012**  6:6 35:7,8
36:3 38:23 39:7
41:8 52:25 68:21
70:2 91:8 99:21
104:10 108:1
120:12 153:1,10
172:25 173:4
176:20,21 211:17
270:14,18,21
278:23
**2013**  44:10 104:3,5
268:19,25 269:22
**2014**  6:9 238:11
**2015**  133:16
**2016**  159:11 169:6
169:24 173:16
247:23 270:9,15
270:23
**2017**  6:3 129:23
130:7 132:21
135:14 136:8,10
140:7 142:20
170:3 241:18

[2017 - 88]                                                                                          Page 2

242:1

**2018** 1:18 10:2
135:9,13 285:8
286:4

**202** 2:14 4:6 8:18

**2022** 285:17

**203** 8:18

**204** 5:9

**209** 8:19

**21** 22:19

**210** 8:19

**2100** 3:21

**211** 8:20,20

**212** 3:11

**213** 8:21

**215** 4:19 8:21

**216** 8:22

**216-523-1313**
286:3

**216-9163** 2:9

**216-9168** 2:8

**216-9252** 2:7

**219** 8:22

**220** 8:23

**221** 8:23

**222** 8:24

**225** 8:24

**226** 8:25

**227** 9:1,1

**227-1994** 3:17

**230** 9:2

**230-7966** 3:22

**236** 9:2

**237** 9:3

**238** 6:8

**24** 38:8 163:4
164:10

**241-5492** 4:19

**242** 9:3

**245** 9:4

**249** 9:4

**25** 212:12

**250,000** 212:11
235:2

**251** 9:5,5

**255** 5:10

**257** 9:6

**258** 9:6,7

**26** 38:8

**260** 9:7

**261** 5:11

**263** 9:8

**265** 9:8

**266** 9:9,9

**267** 9:10

**268** 9:10

**271** 9:11

**273** 9:11,12

**274** 9:12

**275** 9:13

**276** 9:13

**277** 9:14,14

**278** 5:12

**279** 5:13 9:15,15

**28** 2:6

**2800-3200** 3:16

**2804** 1:5,6

**281** 9:16

**284** 5:15

**29464** 2:6

**2:42** 254:23

**2:56** 255:1

**3**

**3** 6:8 238:9,16

**30** 7:3 23:13 30:6
88:2 162:17 167:8
285:17

**3100** 4:18

**312** 2:24 4:13

**3128034** 286:7
287:2 288:2

**313** 3:22

**32** 219:2

**324-1492** 4:13

**34** 130:25 131:1,9
132:18,20 144:4

**35** 133:2 135:19

**36** 7:3 130:25
131:1,9 132:18
136:14 140:25
241:17

**3:02** 261:16

**3:03** 261:19

**3:25** 282:20,21

**4**

**4** 146:12

**40** 30:6 40:8 54:19

**41** 3:15

**415** 2:19

**43215-6194** 3:16

**44** 7:4

**44114** 286:2

**45004** 1:10

**45090** 1:13

**45132** 1:12

**47** 7:4

**480** 20:18

**48226-4438** 3:21

**494-4432** 2:24

**5**

**5** 1:18 10:2 177:9

**50** 63:18 154:8

**52** 7:5

**53** 7:5,6 207:12

**54** 2:23

**568** 23:7,8

**57** 1:21

**58** 7:6,7,7 211:14

**591-7055** 2:19

**596-9451** 3:11

**6**

**6** 5:5 253:22
254:10

**60,000** 154:8

**601** 4:5

**60601-5094** 4:13

**60654** 2:23

**614** 3:17

**617** 3:6

**62** 7:8

**662-5205** 2:14

**68** 7:8

**7**

**7** 166:11

**71** 7:9 166:11,11

**77** 4:12 166:11

**78** 7:9

**8**

**8** 30:5 116:23

**80** 166:11

**80/80** 85:13,14

**800** 3:5

**80s** 84:13 233:10

**81** 7:10

**82** 7:10

**83,333.33** 235:2

**830451** 130:8

**830454** 147:24

**830457** 144:21
145:1

**830510** 130:8

**843** 2:7,8,9

**8475** 256:14 262:9

**8477** 256:23

**850** 2:13

**87** 7:11

**88** 19:1

**9**

**9**  237:3
**90**  24:25
**90,000**  214:5
**90s**  28:1 224:14
**93**  19:1,2 20:7
**94111-5356**  2:18
**942-6208**  4:6
**951-7000**  3:6
**96**  7:11,12
**98**  237:3
**99**  26:4
**9:02**  1:18
**9:52**  64:2

**a**

**a.m.**  1:18 10:3
   64:2,5 118:16,19
**aaron**  1:7
**ability**  73:25 92:17
**able**  45:5 121:16
   128:10 164:5
   175:16 242:9
**abuse**  59:20 204:1
**academy**  19:4,7,16
   19:20 20:5,10
**acc**  143:17 151:17
**accept**  31:10
**acceptable**  277:10
**access**  151:21,25
   152:7 225:21
   226:17,17 230:9
   230:13,14 231:7
**accessibility**
   166:14
**accidents**  26:15
   27:10,11
**account**  75:1
   207:23 208:4,6,13
   208:14,15,16
   212:23,24 213:10

213:13,13 216:18
   216:22 217:6,14
   218:7 219:11
   233:6 235:6 240:3
   242:14,18
**accounts**  213:2,15
   213:19,20 216:16
   242:14,15,23
**accurate**  143:18
   143:22 144:1
   146:1 173:4
   256:20 257:5
**acknowledge**
   287:11 288:16
**acronyms**  254:8
**act**  233:9 287:14
   288:20
**actavis**  4:9,9
   185:23,24 186:1
   186:13
**action**  57:17,18
   157:9,14,14,18,20
   158:1 229:20,20
   229:24,24 285:4
**active**  21:6 71:24
   152:4,6,18 159:17
**activities**  52:25
   69:2 70:13 132:8
   148:14,20 150:7
   155:13 231:4
**activity**  36:6 71:12
   106:20 107:17,18
   108:3 109:17
   111:16 112:10
   117:14 121:11
   148:22,22 159:6
   160:9 166:7
**actual**  141:23
   142:3,4 260:22
**add**  206:18 215:23

**added**  120:9,14
   139:18
**addiction**  58:3,15
   58:17,20,21
   105:17 139:15
   180:7
**additional**  211:2
   215:15 282:8
**address**  36:18
   274:23 275:24
   286:15
**adjournment**
   284:22
**adm**  139:15
**administer**  250:17
**administration**
   21:20,21 40:7
   41:7 60:14 64:24
**administrative**
   34:23 35:1 72:19
   73:7,18 86:2
**administrator**
   73:3
**advance**  88:7
   98:19
**advanced**  57:10
   57:13 58:2,6
**advise**  100:3
**advised**  272:14
**affidavit**  78:8
**affiliated**  77:6,10
   90:17 92:4 93:7
   104:10 123:21
   279:6
**affiliation**  64:21
   101:7,8
**affinity**  67:10
**affixed**  285:6
   287:15 288:21
**afford**  197:4
   267:24

**aforesaid**  284:12
**aftermath**  267:18
   267:21
**afternoon**  255:4
   261:22,23
**age**  11:24
**agencies**  38:10
   40:2,4 41:14 95:2
   123:20 142:12
   217:18 218:24
   220:9 239:16
   242:19,25 243:2
   244:16,20,22
   247:6
**agency**  57:8 71:5
   73:15,16 86:24
   218:11
**agenda**  87:22,24
   88:6
**agendas**  87:16
   98:18
**agent**  41:8 60:7
   79:21 91:1,7 92:4
   118:22 119:23
**agents**  39:24 41:8
   47:1,5 79:4,24
   80:15,22 81:3
   119:5 120:1
**aggressively**
   150:11
**ago**  14:9,21 77:1
   217:21 237:23
**agree**  112:3,20
   170:2,3 195:19
   196:5,11 218:6
**agreement**  217:14
**ahead**  32:10 55:15
   97:4 164:7 222:20
   223:23
**ahold**  83:9

**aid** 193:9,10,12,17
**airplanes** 96:8
**airport** 22:5,6,7,9
  22:12
**ak** 24:15
**akron** 1:21,22 2:2
  10:13,15 12:15,22
  24:16 39:20,23
  41:2 67:21,25
  68:2,3,4,22 69:1,5
  69:13,22 70:3,9,12
  70:13,15,21,24
  71:3,13,14,17 72:5
  72:6 85:1 91:23
  91:25 92:2 100:12
  100:15,16,22,24
  101:3,13,24
  102:14,24 114:2
  138:23 171:2,4
  218:20 235:21
**al** 1:10,12,13,13
**alarm** 205:21
**alcohol** 31:17
  105:15,17 134:5
**alert** 92:22 231:14
**alerted** 92:21
**alexander** 25:3
  37:8
**allocated** 84:20
  208:19 218:10
**allow** 174:1,2
**allowed** 165:14
  173:23
**allowing** 92:15
**americas** 3:10
**amerisourceberg...**
  4:15 182:8,9,11,13
  182:25
**ammunition**
  245:14,17,19,20

**amount** 28:5
  142:21 171:22
  208:18 209:11,13
  209:20 213:22
  217:5 218:21
  220:4 234:22
  238:4 240:3
  242:22,22 270:11
  278:3
**amounts** 54:13
  241:25 242:3,4,11
  242:13
**analogue** 159:4
**analyst** 75:20,22
  76:11 77:10 144:9
**analysts** 77:18
**anda** 183:24 184:1
  184:4,6 185:4
**angered** 23:15,18
**angerstein** 49:6,7
  49:16 137:23
  146:10,11 247:16
**annual** 6:3,6 85:2
  85:4 129:24 130:7
  130:17 132:18
  134:14 135:3,9
  142:25 144:20
  153:2 166:5
  194:20 222:4
  234:22 237:2
  241:15
**annually** 84:22
  136:2 249:7
**ans** 128:1
**answer** 26:14
  28:19 30:22 36:9
  44:18,19,21,25
  47:9,24 52:11
  53:9 58:14,18
  65:12 68:7 82:14
  82:18 93:1 96:25

**97**:1,3 108:19
  128:2,18 134:1
  136:8 139:10
  153:17 156:23,23
  163:12,14,19
  164:6 176:24
  185:2 191:16
  197:18 202:12
  204:4 209:18
  210:10,16 211:5
  219:22 222:19
  223:20 237:14
  242:10 246:3
  254:13 257:24
  258:1 260:5
  265:13 267:14
  270:4 271:9 272:1
  273:6 274:3,16
  279:2
**answered** 62:22
  99:17 160:24
  161:23 186:4,16
  187:17 267:11
  268:10 271:25
  273:5 274:15
  275:7 276:8
**answering** 27:10
  275:8
**answers** 279:13
**anybody** 11:15
  15:9,11,14,17,20
  41:10 44:2 67:8
  90:16 94:3 99:22
  100:7,11 102:4
  104:4 125:6
  146:24 150:22
**anybody's** 163:17
**anymore** 19:9
  154:16
**apologize** 218:18

**apparently** 269:12
**appear** 287:11
  288:15
**appearances** 2:1
  3:1 4:1 5:3 10:10
  11:7
**appearing** 11:10
**appended** 288:11
  288:18
**applicable** 283:7
**application** 235:20
**applications**
  235:19
**applied** 36:25
  37:10 237:19,23
**apply** 36:22
  120:20 236:2
  237:12 262:3
**applying** 237:11
  237:16
**appreciate** 151:9
  168:7 255:6
**approach** 150:2
**approaches**
  148:13 149:19
**approval** 48:25
  49:1,2
**approve** 206:21
**approved** 165:24
**approximate**
  234:21 246:24
**approximately**
  85:8 87:15
**arch** 4:18
**arcos** 252:13,19
**area** 35:21,23
  36:12 41:17 65:19
  65:22 84:8,11,14
  94:18 166:10
  200:18

**areas**  84:20
  121:16 144:5
  210:11 216:6
**armed**  76:8
**arnold**  4:4
**arnoldporter.com**
  4:7
**arose**  209:9
**arrest**  111:23
  128:11
**arrested**  156:21
  229:7
**arrests**  140:8
  170:5
**arrive**  156:13
**arthur**  3:14
**aside**  149:14
  214:21 215:2
**asked**  62:22
  161:23 186:3,16
  187:17 238:5
  267:11 268:10
  271:25 273:5
  274:15 275:6
  276:8 278:10,15
**asking**  30:23 71:9
  74:11 81:24 82:11
  82:16 86:12
  100:25 101:2
  106:9,10,13 110:7
  112:8 117:18
  126:6 141:4
  142:15 146:22
  148:25 149:5
  152:17 155:8
  156:13 169:11
  180:18 207:14
  210:13 215:18,18
  215:20 231:2
  263:8 266:18
  268:6,7 274:19,20

  279:9,11
**asks**  176:13
**asset**  141:14
**assets**  140:24
  141:3 241:4
**assign**  74:17,18
  75:3 103:20
  104:14
**assigned**  22:6,7
  25:25 26:24 29:10
  29:18 37:18 40:22
  40:25 41:2,3,4,6,6
  41:7,11 42:7
  44:13 47:19 48:3
  59:8,24 60:10,13
  61:3,10,16 62:8,14
  65:10 67:12,14
  76:18 91:1,14
  92:5 93:15 94:10
  94:22 96:12
  100:17,23 101:23
  102:4,23 104:1,4
  114:3,13,18
  123:19 124:7
  138:23 147:4
  150:22 162:13
  169:10,15 173:11
  214:19 220:19
  221:23 274:1
**assigning**  273:18
**assignment**  26:18
  32:14,25 35:2
  60:9 287:2 288:2
  289:2
**assignments**  28:10
  82:21
**assigns**  86:24
**assist**  41:17
  126:20 127:25
**assistance**  56:3
  93:23 154:1

  211:12
**assistant**  86:1,2
**assisted**  25:22
  165:5
**assists**  59:17
**associated**  139:5
  150:7 175:1
**associates**  76:16
**association**  1:21
  90:1 97:13 201:10
  201:10
**assume**  97:16
**assuming**  55:18
**attached**  41:9
  59:25 60:11 64:23
  93:20 251:19
  263:7 288:7
**attempt**  222:12
**attempted**  221:11
  276:12
**attempting**  277:13
**attempts**  257:20
**attend**  56:16 90:25
  103:20 104:1
  105:1
**attendance**  218:1
**attending**  58:24
**attends**  104:25
**attention**  134:24
  145:15 148:2
  256:11 262:5
**attorney**  285:2
**attorneys**  223:18
  227:7,14,24
**attributable**
  219:18 221:13
  222:14,25
**attributing**  271:14
**auction**  141:22
**audio**  168:15

**audit**  122:2,4,5
**aug**  17:10
**august**  17:9 49:19
  49:20 159:10
  199:5,13 200:8
  270:10,15
**aurora**  18:23
**authority**  21:4
  60:7,7 74:7,10
**authorize**  288:11
**authorized**  47:6
**available**  32:4
  35:13 53:18 164:9
  164:13 175:13
**ave**  286:1
**avenue**  3:10 4:5
  20:9 207:12
**aware**  72:8 98:1
  152:20 161:10
  181:5,18 182:1,2
  182:16,22,23
  183:11,17,19
  184:7,9 185:2,3,15
  185:18,19 186:5
  186:11,12 187:6
  187:18,23,24
  188:15,18,19
  189:6,9,10,22
  190:1,2,18,21,22
  191:10,13,14,17
  191:20 192:11,23
  193:1,2,13,15,16
  193:25 194:3,12
  194:15 203:15
  214:22,25 222:11
  225:12 252:20
  255:21 256:4
  257:15,18 262:25
  263:8,19 265:14
  265:20,25 266:7
  268:16 270:2

[aware - block]

271:6 281:9
**awareness** 59:20
276:2

**b**

**babies** 200:7
**baby** 200:10
**back** 17:15 20:17
22:24 24:10,12,14
24:17 29:13,13
31:6,25 32:15
33:1,7,8 37:9
55:12 63:12 64:4
82:6 83:20 90:7
90:10 93:12 96:3
100:10 118:18
141:21 142:6
144:4,16 158:17
167:8,13,18
170:14 204:13
224:13 227:4
228:8 241:14
242:8 248:18
254:25 256:11
261:18 263:22
277:15 278:7
279:19,21 282:11
286:15
**backgrounds** 60:5
**backwards** 127:10
**bad** 33:3
**baker** 35:15 55:20
60:13 61:2 62:3,5
62:8,15,20,24
67:12,20 99:15
103:23,24 104:15
146:17,18,19
150:21,25 151:11
154:12 162:3,3
164:21 173:8,24
174:5 215:13
251:19 252:3

**bar** 1:21
**barberton** 40:18
**barry** 44:8 148:1
149:21,22,23
150:14 194:24
**barry's** 194:25
**bartlit** 2:22 11:1
**bartlitbeck.com**
2:24
**base** 237:3
**based** 149:5
175:12 253:7
254:4,18,19 257:9
269:8
**basic** 25:24 55:23
56:8 57:25 165:15
229:8
**basically** 39:21
68:8 102:5 132:19
137:11 139:6
180:9
**basis** 61:20 89:21
163:18 201:3
260:8,11 267:13
268:24 271:22
277:8
**bates** 130:7,9
144:21 153:11,12
256:13,23,23
**baton** 204:8
**batthew.brewer**
2:24
**bblock** 2:15
**bear** 117:9 158:23
195:20 196:9,14
**bears** 130:7
153:11,12
**beat** 148:21
**beck** 2:22 11:1
**becoming** 54:24

**began** 53:22
**beginning** 52:22
53:5 194:22
199:13
**behalf** 2:2,11,21
3:2,13,19 4:2,8,15
10:12,14,18,23
11:1,3,5,10,13
**believe** 15:13
20:18 37:11,11
39:2 53:23 56:22
62:10 67:23 79:16
79:19 81:5 86:1,5
89:16 90:25 95:6
98:22 99:8,16
104:6,18 105:10
105:12,17 106:2
109:3 110:3,14
111:17 112:5
127:23 128:2
131:20 134:25
136:1 139:11,11
151:24 159:3
161:16 166:8,15
166:23 180:2
195:8 196:16,21
199:10,10 209:23
211:12 218:15
224:19 225:25
233:9 242:2
252:10 259:18,19
261:2,10 262:8,18
267:22 271:17
273:7,8
**belonged** 178:2
**ben** 204:18
**beneath** 257:2
**benefits** 42:9,10
42:17 77:18 214:5
214:22 215:3
244:19

**benjamin** 2:12
10:16
**best** 23:17 28:14
61:18 82:18
128:19 134:1
141:25 143:16,19
164:10 171:11
174:7 200:21
267:19
**bet** 34:10
**better** 60:25
126:20 128:1
133:25 156:15
161:17,25 162:5
162:10 203:7,24
204:4 216:10
**beverages** 236:20
**beyond** 111:5
**bid** 26:11
**big** 54:11 73:22
110:4 134:23
137:8 169:1
266:24
**bill** 37:25 44:7,8
45:14
**bills** 73:7 207:13
240:16,17
**bind** 57:24
**bit** 25:7 38:12 54:6
54:11 55:12 125:9
144:6 174:23
237:6 274:4
**blame** 179:21
**bless** 72:15,22,23
72:23
**block** 2:12 5:8
10:16,17 11:15
12:5 63:20,23
64:6 72:15,22,25
118:7,10,13,20
129:19 130:3,12

144:18 145:8,11
147:17,19 152:21
163:16 164:1
166:25 167:6,15
168:1,9 184:12,17
184:21,24,25
204:6 278:1,6
279:7,16 282:1,7
282:17
**blue** 160:18
**board** 51:13,15
86:23,25 87:2,14
87:16 88:7 89:6
90:15,18 94:4
100:10,12 121:19
139:15,16 150:20
150:23 151:1,13
206:20,22 207:24
208:1 209:10
217:15,25 218:3
240:4 269:3
**bob** 59:22 137:23
146:15
**bockius** 4:11
11:13
**bodies** 215:18
**boilerplate** 87:23
**book** 19:22 164:24
165:4,10,10,18
236:4
**booklet** 131:22
**booth** 137:13
**border** 109:10
**borne** 77:19
**boss** 54:8,15 79:16
94:8 104:25 105:2
**boston** 3:6
**bottom** 130:13
145:1 256:14
**boulevard** 2:6

**bouncing** 96:2
**boxes** 137:9
138:24,25 139:14
139:17 147:1
223:20,20
**boylston** 3:5
**bpulsipher** 2:19
**brain** 57:25
**brand** 257:1
**break** 17:12 21:15
27:17 63:21,24
118:13 122:11
125:18 164:2
167:7,9,21 204:7
219:16 220:16
246:13 254:21
280:9
**breaking** 63:19
118:9 167:1
**breaks** 145:19
**brewer** 2:22 5:11
5:13 10:25,25
261:21,24 277:5
277:15,24 278:12
279:19,23,24
281:24
**bridgeside** 2:6
**briefed** 82:2,8
**briefing** 164:24
**bring** 75:2 96:7
244:23 245:12
**bringing** 178:1
**broad** 231:1
251:18 263:5
**broader** 63:8,9,11
264:8
**broadest** 65:18
**broadway** 1:21
**brodsky** 3:20 11:4
11:4

**broke** 116:15
219:14
**broken** 51:11
172:8
**brother's** 198:24
198:25
**brought** 24:12
66:25 141:22
243:20
**brown** 125:24
126:3 169:22
**bryan** 100:21
**bryant** 2:17 10:17
204:17
**budget** 84:19 85:2
85:4 121:20
204:21 205:1,4,7
205:12,20 206:3
206:14 210:7,9
211:8,9 216:12
217:11 219:12,14
219:16 220:10
222:2 233:11
276:20
**budgeted** 209:4
**build** 109:18,21
**building** 39:19
56:13 65:5 80:1
91:22 101:6,13
162:15
**bullpen** 39:23
**bump** 30:4
**bunch** 231:16
**bureau** 25:18 56:3
125:3 126:8
127:25 145:20
148:18 149:8
150:4,5 169:17
250:4 264:19
**bureaus** 148:12

**burling** 2:12,17
10:18
**burn** 139:4
**burned** 139:19
140:3
**business** 23:25
**businesses** 27:10
**busy** 102:21
**butt** 156:5
**buy** 143:9,11
220:1,4 236:19,20
267:24
**buying** 196:13
**buys** 51:4
**byrne** 154:1
211:11 233:16

**c**

**c** 2:12 3:15 20:12
20:13 37:16 79:11
186:19
**ca** 286:25
**cabinet** 232:13
**cabinets** 223:16
**calculate** 219:23
219:25
**calculated** 222:4
**calendar** 135:6
**california** 2:18
**call** 23:6 45:16
46:5 51:5,8 66:7
68:10 75:7 79:19
83:11,11 92:7,12
93:24,25 94:2
123:25 124:2,5,6
133:20 135:8
157:9 164:11,16
169:13 195:23
212:5 240:13
**callahan** 100:21
101:21 102:13

**called** 11:24 18:22 20:10 21:3 22:24 24:22 29:6 37:6 67:6 89:25 103:10 157:18 158:25 164:12 185:23 186:18 228:15 229:19 231:7 246:12 252:13 253:22

**calling** 46:9

**calls** 26:14,15 27:11 51:13,14 78:4 93:8 168:16 181:21 182:15,21 183:3,10,16,22 184:11 185:7 186:3,10 188:14 192:22 226:16 227:20,25 250:19 277:3

**cameras** 168:17

**campbell** 75:23 144:14

**campbell's** 76:10

**canal** 17:4,5,6 200:18 202:3

**capable** 163:22

**captain** 68:15,25 70:2 95:13 145:23 153:7 164:21 272:24 282:10

**caption** 284:21

**capturing** 157:23

**car** 23:7 88:4 165:15

**card** 122:10,19

**cardinal** 3:13 11:3 181:9,10,11,20 182:3

**career** 19:10

**carfentanil** 158:25 159:6,14,17

**carmen** 59:12 74:24 89:1 131:18 139:24 146:15 156:24 158:22 206:2 228:7 275:9

**carolina** 2:6 23:21 23:24 24:22 243:11 244:7

**caroline** 2:5 10:14 15:10

**carried** 95:10

**carrier** 109:9

**carriers** 109:9

**carries** 49:13

**carry** 247:11

**cars** 88:2 96:6 121:8 162:17,19 168:13 208:3 220:15

**cart** 32:1

**cartels** 110:3

**case** 1:6,10,12,13 13:19 29:16 42:24 71:25 72:2,7 107:7,10,11 109:18,21,22 113:6,7 116:5,20 116:21 117:4,6 119:15,24 120:7 142:9 151:23 152:4,6 158:7 159:24,25 171:20 176:8,22 177:7,23 203:12 204:19 213:8,11 223:2,4 223:12,24 227:8 227:16 229:8,9 231:5,6,7,23

243:21 244:2,6 273:10 279:9 280:3 281:6 286:6 287:3 288:3

**cases** 76:16 81:23 115:14,23,24 116:5,6,16,18,23 116:24 119:14 126:9 152:19 176:14 177:5,20 177:21 178:21,24 179:1,6,8 228:18 244:1 262:20 263:1,9,15 280:20 281:10,19

**cash** 212:10,12,24 213:7 235:2 241:6

**casual** 15:21 203:13

**categories** 141:5 214:9,22 241:22 267:6

**category** 222:2

**cause** 284:12

**causes** 58:3,15,20

**caveat** 282:8

**cell** 83:15,22 245:3

**center** 132:6 228:23 255:19

**cephalon** 4:8 186:18,23 187:7

**certain** 137:12 205:8 218:21 219:24 240:3 256:20

**certainly** 143:21 163:17

**certificate** 5:15 232:23 284:1 288:11

**certificates** 57:23

**certification** 287:1 288:1

**certified** 12:2 247:17

**certify** 284:8,19 285:1

**cetera** 165:25 221:8

**chain** 100:25 102:8,9 280:8,15

**chains** 102:2,6 273:13

**chairman** 87:1

**chances** 161:24

**change** 44:1,5 89:12 268:20 269:1,8,10 286:13 286:14 288:8 289:3

**changed** 39:11 51:23 52:3,6,7,8 52:13,20 53:15 234:4 237:4 239:24 246:21

**changes** 40:5 286:12 287:7 288:7,9

**charge** 43:18 51:1 51:4 55:4 68:17 70:3 79:21 118:23 118:24 251:8 264:18

**charges** 31:9

**charlie** 90:24 94:2

**chart** 64:7 145:2 257:2,7,8 263:25 264:1

**cheap** 267:24

**cheaper** 53:17 197:4

**check** 22:23 23:11
24:24 233:4
**checked** 173:1,2
**checking** 27:9
149:17 207:23
208:4 233:5 235:5
242:17
**checklist** 129:4,16
**checks** 149:16
218:15
**chicago** 2:23 4:13
166:18
**chief** 86:24 100:15
100:15 194:24
265:1,1
**child** 199:23,24
253:20 254:10,14
**china** 108:23
**chip** 70:7
**chiropractor** 30:6
**chosen** 99:5
**chris** 43:25 44:14
44:19 54:16 55:3
252:8
**christian** 4:17
**circle** 197:9
**circumstances**
126:16
**cities** 25:17 84:18
166:12,13,17,19
**city** 1:11 2:2 10:13
10:15 12:15,18
26:25 27:5 68:9,9
70:13,15,20 71:3
71:12 72:5 100:11
171:4 235:20
**citycenter** 2:13
**civil** 12:1 33:9,11
33:18,20 34:1
283:3,7 287:5
288:5

**claim** 173:23
174:1,3
**clarify** 58:7
123:18 138:11
212:21 281:15
**clarifying** 136:12
**clarity** 136:9
173:14
**classes** 18:6
**clean** 199:25
**cleanup** 52:19
**clear** 23:8 40:20
92:14 138:18
143:12,14,15
260:19 261:5
271:4 272:22
275:1
**clearance** 91:20
**clearinghouse**
133:18
**cleveland** 1:11
56:13 61:11 63:4
86:9,11 121:23
175:12 285:7
286:2
**close** 54:19 85:9
116:20 120:6
166:12
**closed** 116:20,23
117:6
**closer** 144:22,23
**coach** 277:6
**cocaine** 28:3,6
66:19,21,25 78:16
107:24 108:5
113:4 116:5,16,23
143:5 170:19
246:18
**cocounsel** 261:11
**code** 19:22

**coherent** 28:15
**collaboration**
98:17 103:14
249:9
**collaborative**
41:12
**collect** 73:4 156:3
**collected** 138:1,3,7
140:16 142:25
153:21 156:2
223:19 269:4
**collection** 137:2
137:11 138:14,15
139:14,23 230:25
**collects** 138:10
**college** 17:25 18:6
**columbus** 3:16
47:4
**column** 140:25
242:12
**com** 25:23
**combatting**
148:19 194:25
**combination**
138:16
**come** 16:4,9 17:15
31:5 32:1 40:9
74:20,22 83:20
90:7,8,24 108:17
122:2,3 131:16
133:9 136:24
140:13,15 142:6
142:22,24 154:2
199:14 209:5,6
214:2 244:16
247:6 260:15
279:19,21 282:11
**comes** 42:18 49:1
80:4 108:20,24
109:8,10,10
111:24 135:2

161:9 203:3
210:23,25
**coming** 23:1 31:16
46:12 78:11 109:1
109:3 135:11
139:24 159:15
278:6
**command** 101:1
102:2,6,9,9
**commander** 35:11
35:14 37:21,22
42:11 55:17 56:1
56:4 72:9,13 89:7
89:18 99:21
124:13 164:21
197:24 204:17
211:22 272:24,24
**commanders**
89:24 90:1 97:12
99:1
**commands** 68:14
**commending**
148:11
**commissary** 25:23
**commission** 21:3,6
55:6 285:17
287:19 288:25
289:25
**commissioned**
284:8
**common** 65:11
202:17
**communicating**
227:4
**community**
136:23 180:8
195:13 202:18
268:23
**companies** 184:19
**company** 51:13,15
183:25 185:23

186:18 191:4
192:15,18,20
193:3
**compare** 212:6
**compared** 107:18
135:15 218:22
**compete** 122:25
**compile** 131:18
132:1,10
**compiled** 132:2
**compiles** 131:21
**complaining** 67:17
217:5
**complaint** 41:13
41:15,18 48:11,13
48:18 66:19 71:24
74:17,18,19 75:1
161:25 179:17
252:15,16
**complaints** 48:7,8
48:9,15 61:8,8,9
66:17,22,22 67:19
74:20 75:4 78:3
84:15
**complete** 48:23
238:18 253:21
**completed** 60:5
284:22 286:15
**completely** 150:10
197:21
**completes** 238:20
**compound** 187:10
**computer** 91:22
157:10 224:3,7
225:16 229:20
**computers** 223:5
224:24,25 225:2
253:6
**concept** 195:2
**concern** 160:14

**concerns** 92:8
**concluded** 282:21
**conduct** 65:2
220:15 248:25
266:11,21
**conducting** 202:4
**conferences** 57:21
58:22
**confided** 201:4,6
**confidential** 48:21
48:23 49:4 87:7
109:20 110:17
165:20 202:20,24
203:10 220:1
**confliction** 231:10
231:11
**confuse** 119:4
**confused** 220:24
254:8
**congress** 84:13
233:9
**connected** 211:8
**connection** 148:20
170:4 197:13,14
201:23 202:6,7
203:11,19 214:24
250:6,13,15
**considerably**
154:6
**considered** 86:5
219:2 237:11,15
237:21
**consist** 68:5
**consult** 222:23
**contact** 204:3
**contacted** 92:20
**content** 130:20
131:9 275:17
**contents** 130:25
**context** 111:22
274:22

**continued** 3:1 4:1
**contracted** 25:16
**contribute** 166:6
**contributed** 265:9
265:19,23 266:4
**contributing**
239:16 266:12,22
**control** 274:8,11
274:11,14,17,22
275:16
**controlled** 143:9,9
143:11 280:17
**controlling** 275:11
**controls** 273:16,17
273:20 274:21
**convenient** 90:6
164:2
**conversation**
15:21 93:2 197:12
197:20 198:3,10
198:11 199:1
200:13 203:4,13
**conversations**
201:8 202:5
**cook** 53:15
**cooks** 108:7
**cooperative** 176:1
176:7
**coordinate** 69:5,9
**coordinating** 69:2
**coordination**
126:10,12
**copley** 40:25 48:13
48:14
**corner** 133:3
136:15
**corporation** 2:11
4:16
**correct** 59:2,4
64:18 71:18 77:20
85:6 101:20 102:7

108:11,14 113:9
169:4 173:1
198:22 205:1
218:13 236:11
242:24 244:13,17
244:21 246:8
256:16 257:10
258:9,15,18,19
259:21 264:9,10
278:23 279:15
284:17
**corrections** 249:23
286:12 288:17
**correctly** 45:22
212:17 223:25
**correlate** 140:19
**cost** 205:11 208:22
209:3 222:5
**costing** 208:23
**costs** 139:5 222:7
266:9,15,19 267:8
267:17,18 268:1,3
**cottle** 37:14,16
126:8,12 129:10
**cottle's** 129:10
**counsel** 10:9 11:7
92:6 147:20
167:16,24 255:23
272:14 283:1,10
285:2
**counselor** 277:7
**counted** 243:14
**counterfeit** 159:23
160:15
**country** 160:6
**counts** 34:24
138:20
**county** 1:10,13 2:3
6:3 10:13,15
29:11 30:7,16
35:5,10 37:18

38:10,14,17,21
39:5,22 43:12,19
46:18,19,22 47:13
49:25 51:25 59:6
59:7 61:15 62:13
63:7,11 64:8,15
65:19,23 66:1,4
67:9,24 70:16,18
70:23,24,25 71:3,4
72:4,10 73:14
78:11 80:23 81:1
83:13,15 84:10,24
85:1 90:18 97:16
98:8 100:17 101:8
101:19,24 102:23
103:5,11 104:12
105:8,24 107:25
109:7,8 112:12,22
113:12,25 117:11
117:12 124:18
129:23 130:6,16
134:20 137:7
138:3,10 139:14
140:3,8 144:8
149:7 159:7,23
161:11,14 166:14
179:2 195:7,11
196:10 200:24
203:16 207:3
213:23 214:9,10
214:11,14,23
215:9 216:8,10
244:18 247:12,16
251:24 258:13
263:6,10,13 265:7
265:16,21 268:17
269:6 270:3 271:8
272:9 273:3
276:13 279:5
281:23 284:4
287:10 288:15

county's  166:4
214:10 227:7,14
227:23
couple  14:4,21
15:8 20:21 55:21
69:25 72:18 80:4
105:5 126:24
137:1,3 157:5
169:10 177:5,21
217:23 227:1
252:2
course  18:4 55:24
56:9,14,16,19,22
58:10 93:25
143:23 216:9
courses  56:2,4
court  1:1 5:18
10:7 11:22 13:4
28:16 153:7
238:15 287:7
court's  282:14
courthouse  25:14
33:13
courtney  75:23
76:9 144:14
courtney's  76:24
cov.com  2:15,19
cover  51:20
144:17 154:15
167:23 198:19
covered  139:6
141:2 148:17
154:10 214:16
215:11 224:10
279:14
covers  87:24
139:13
covert  168:15
227:2
covington  2:12,17
10:17

crack  28:3,6
crank  161:8
crashed  88:4
crashes  26:15
created  169:6
206:3
creates  147:9
credentialed  65:8
credentials  64:25
175:10 232:3
credit  58:11
crime  75:4 113:12
crimes  113:17
150:13
criminal  6:6
133:17 140:24
141:3,14,14 153:1
153:9 172:7
241:18 278:22
crion  2:8
crisis  148:19 149:9
150:8 195:1,3,6,11
195:14,21 196:10
196:19 265:10,19
265:24 266:4,12
266:22 267:2
268:15,17 270:3
271:7,15
criteria  46:6
crum  4:23
crystal  78:17
107:23 108:10,25
109:12 110:4,10
112:17 113:4
136:5 170:8
crystallized  53:16
csaucedo  4:20
cummings  204:3
currency  241:22
currently  43:18
115:13 277:2,19

custody  5:17
200:10
cut  199:22
cuyahoga  1:10
123:24 124:6
284:4
cvs  192:1,1,2,4,12

**d**

d  183:24
d.c.  2:14 4:6
d.u.m.p.  136:16,18
136:19 140:5
daily  48:16 61:20
61:23 69:6 81:21
81:23 82:17 132:7
247:18 255:20
dan  1:7
dangerous  51:6,7
115:2,6 231:15
dare  59:20 251:8
275:13,14,22
data  76:14 156:7
156:22 157:23,24
204:23 230:10,15
269:4
database  151:18
152:2,9 156:17
157:3,11,15,17
158:15 222:24
228:23 229:1
230:15 231:21,24
232:1 252:12
255:15,17,22
256:2
databases  204:24
226:17 230:20,24
date  10:1 89:13
176:20 231:12
283:11 286:8
287:3,9,19 288:3
288:13,25 289:20

289:25
daughter 198:23
  198:24,25 200:1
david 69:23
davis 10:19
davison 3:4 5:10
  10:19 255:3,5
  260:7,10,17 261:4
  261:7,9,13
day 3:20 11:5
  19:18 31:25 38:8
  40:5,5 48:5 80:18
  80:18 102:19
  137:11 138:14,15
  163:4 164:10,13
  249:4 285:7
  287:16 288:22
  289:22
days 23:13 40:10
  80:4 137:1,2,12
  234:14 286:18
de 231:10,11
dea 40:6 41:6
  55:23 56:8,25
  59:25 60:7 61:3,7
  61:16 64:20,20,23
  65:8 73:24 77:22
  78:1 79:1,1,3,6
  80:9,15,22 81:3
  93:20 102:17
  118:21 120:8
  132:14 137:1,8
  138:1,7,14 139:6
  139:13,24 168:25
  235:22 243:6,21
  256:6,8 272:10
dead 17:2 127:5,6
deal 54:11 71:14
  267:1
dealer 124:3 213:7
  258:7,8

dealers 195:24
  196:7
dealing 148:13,19
  150:6 177:24
deals 67:18 126:21
dear 286:10
death 13:17 29:16
  125:15,16 133:19
  133:19 134:7,12
  135:13 159:11
  197:1 201:23
deaths 53:24
  128:4 133:4,6,24
  134:16,17,23
  169:12 272:6
debacco 1:25
  284:6 285:14
december 1:18
  10:2 49:17 234:19
  285:8 286:4
decent 111:20
deceptive 180:5
decide 19:5 71:20
  73:10 206:9
  217:15 218:8
  240:4
decided 218:19
  219:9 239:15
decides 126:8
  206:5
decision 217:25
  218:2,4
decisions 51:5
declined 237:25
decrease 237:9
  271:16
decreased 211:10
  211:12 247:3
dedicated 173:20
  272:12

deed 287:14
  288:20
deemed 286:19
deep 110:22
defendant 255:5
defendants 11:11
  11:14 92:23
  180:12 204:19
defense 92:13
defers 71:4
define 213:1
  273:11
definitely 197:25
degree 156:21
delay 21:1
deleted 228:20
deletes 228:12
delivery 283:9,11
dentist 201:18
dep 199:14
department 29:3
  40:21 41:1,4,5,22
  42:5,6 57:7 92:7
  95:11 100:23
  102:1,14 124:7
  125:1 136:24
  138:23 150:9
  172:2 192:7
  218:21,23 234:9
  286:22
depend 250:2
depending 26:10
depends 71:15
  139:20 142:8,11
depicted 132:17
depo 16:9
deposed 12:2
deposition 1:16
  10:4 13:11,12
  15:15,20 129:22
  152:24 199:4,14

238:9 268:15
  282:9,21 284:20
  286:8,11 287:1,3
  288:1,3
depth 36:13
deputies 33:13
  55:5 59:22 64:16
  65:10,15 248:3
deputy 22:4 34:19
  34:20 62:4,6,7,15
  62:19 64:16,17
  66:6,20 73:14
  101:21 104:14
  162:3
derek 85:21 122:3
describe 39:4
  46:24 48:4 69:4
  82:24 89:23 97:21
  111:2,18 130:4
  136:22 141:7
  142:1 174:7 196:3
  198:1,2 228:25
  267:19
described 60:16
  86:13 154:18
  267:6
description 6:2
designate 84:14
designated 84:10
  84:13 166:9
desk 226:5
desktop 225:1
  253:6
destroyed 136:16
  140:5 228:15,20
destroying 259:4
destroys 228:12
destruction 197:1
det 62:4
detail 55:8 136:21
  216:25

**details** 55:4 62:24
129:3 161:17
201:21
**detec** 62:4 127:25
**detective** 25:18
40:3,22 41:1,2,3,4
41:5,10 42:6
48:17 60:10 86:24
94:13,17 100:17
102:13,15 124:1,6
124:7 125:2 126:7
127:25 139:18
145:20 148:11
150:4,5,18,25
151:11 158:3
169:17 171:20,23
171:24 250:3,4
264:19
**detectives** 48:2
59:6,7 66:7,7,11
66:13,24 67:1
69:13 70:8 75:14
76:16 81:12,19
82:2,8 86:16
94:19 100:23
123:19 125:2,5,12
125:23 126:1,3,11
126:13 129:6,12
146:12 157:13
158:4 203:6
214:18 215:24,25
232:13 255:20
275:10
**determine** 87:21
134:10 173:6,7
222:12 227:15
276:12
**determined** 143:2
**detroit** 3:21
166:18

**develop** 273:19
**developed** 273:16
273:17
**devices** 168:16
226:24
**devoted** 172:18
**dick** 25:6 95:7
96:2
**die** 17:7
**died** 128:8 200:9
**diff** 270:13
**difference** 141:13
208:12 213:14,19
224:16 254:17
**different** 14:24
22:17,18 25:17
26:8 34:15 38:9
39:10 45:14 65:9
68:23 70:4 76:2
94:18 108:2
110:10 115:11
156:2,3 158:15
162:20 208:9
218:16 242:4,5
270:13 276:19
**differentiate** 115:7
**differently** 274:5
**difficult** 175:5
**digital** 248:10
**direct** 55:9 121:16
148:2
**directing** 74:14
**direction** 119:11
119:12,18,24
**directions** 22:18
**directly** 61:22
62:1 74:21,22,23
92:5 150:23 151:1
151:3 158:4
171:15 264:13

**director** 86:2,4,6
147:18 206:16
**directors** 86:25
89:7 94:4 100:11
206:20,22
**disagreements**
25:5
**disburse** 217:16
240:5
**disbursed** 218:15
240:14
**disbursement**
218:9 219:1,5,6
240:13
**disbursements**
239:21
**discerning** 45:22
**discipline** 73:11
73:16
**disclosed** 227:16
**discount** 190:8,11
190:13,15,23
**discovered** 178:1
**discuss** 81:23
**discussed** 104:17
104:18 235:24
239:18 240:7
242:14 244:12
280:4
**dismantle** 38:18
106:19,19
**dispatch** 250:6,10
250:13,17
**dispensary** 31:24
**dispensed** 269:5
**dispensing** 266:3
**disposal** 137:10
**dispose** 136:19
**disproportionately**
195:13

**disregard** 23:10
23:10
**disrupt** 38:18
**distinct** 60:21
100:22
**distribute** 179:13
**distributed** 269:14
269:14
**distributing**
265:23
**distributor** 128:12
265:22
**distributors**
109:19 110:1,4
179:8,10,11,12
180:5,5 266:11,21
**district** 1:1,2 10:7
10:7
**districts** 123:21
**diversion** 60:15,15
61:4,6,9 62:9
67:14,17 172:13
172:16,19,19
173:20 176:12
256:16 262:11,14
262:15 263:2,9,14
272:8,12 273:3,11
273:16,20 274:2,8
274:14,18,21
275:4 276:6
278:16 279:4,9
280:3,7
**divert** 257:21
**diverted** 257:17
258:13 273:13
280:8,14,20
**diverting** 258:4
**divided** 230:7
**division** 1:3 10:8
33:9,11,12,21 34:1
264:18

| | | | |
|---|---|---|---|
| **dlef** 154:21 212:4 | **drew** 25:3 37:8 | 107:16,20 109:16 | 196:6 197:24 |
| 233:21 234:4,18 | 168:4 | 111:14 112:21 | 200:4 203:16 |
| **doctor** 56:21 61:7 | **drive** 4:12 22:14 | 113:11,22,23 | 204:20,23,25 |
| 63:1 162:11 | 140:2 225:4,11,17 | 114:1,13 115:9,12 | 205:20,20,24 |
| 199:21 201:13 | 225:18,19,21 | 117:4,6,12 119:9 | 206:7,22 207:8 |
| 265:15 267:17 | 231:6 | 121:10,13 123:1 | 208:7,12 209:23 |
| **doctors** 63:1 | **drives** 225:8 | 123:10,12,12,15 | 210:20 211:9,16 |
| 178:24 265:8 | **drop** 137:14 | 123:16,22,25 | 212:4,16 213:7,23 |
| 266:10,16,20 | **dropped** 154:6,16 | 124:2,3,7,13 | 214:15,19,24 |
| 268:5 269:15,20 | **drug** 4:15 35:5,10 | 126:14,20 127:12 | 215:11 216:2,5,12 |
| **document** 1:9 6:5 | 37:18 38:14,17,18 | 131:1 132:7,21 | 217:10 219:12,18 |
| 6:8 123:3 130:6 | 39:5,22 40:6,9 | 133:12 134:6,17 | 219:19 221:10,12 |
| 152:25 153:8,19 | 41:6,15 42:7,11 | 137:2,7,10,18 | 222:2,6,13 223:5 |
| 154:24 223:9 | 44:14,16 45:3 | 138:3,10 140:6,8,9 | 223:11 224:2,25 |
| 230:2 238:10,17 | 46:18,21 48:7,8,15 | 142:7,20,20 144:5 | 225:3,20,23 226:1 |
| 238:19 258:24 | 48:18 49:10 50:8 | 144:8,8 145:20,22 | 226:6,21 227:11 |
| **documented** | 50:13 51:4,25 | 146:2,7,8 148:12 | 227:23 228:3,11 |
| 203:11,14 | 52:14,25 54:9,20 | 150:12,13,19 | 229:1,13,16 230:6 |
| **documents** 258:25 | 55:17 59:8,19,20 | 151:16,20 152:1 | 230:21 231:3 |
| 259:2 282:8 | 60:13,20 61:15 | 152:19 154:20 | 232:6 233:7,24 |
| **doing** 19:9 24:6,8 | 64:8,24 65:10,11 | 156:11 157:2,25 | 234:24 235:5,7 |
| 28:21,21 34:15 | 65:20 66:8,16 | 158:20 159:12 | 236:7,21 237:8 |
| 45:7 46:7 61:19 | 67:9,24 71:4 | 160:9 161:20 | 241:2,4 242:18 |
| 83:6 118:7 126:13 | 72:10 73:23 74:14 | 162:13,15 163:3,4 | 243:3 244:13,16 |
| 126:14 157:9 | 75:14 76:19 77:10 | 163:10,22 164:19 | 244:23 245:16,22 |
| 199:15 | 77:11,22,24 78:16 | 165:1,11 166:7,9 | 246:13,16,20,24 |
| **dollar** 217:15 | 78:21 80:23 81:7 | 166:10 168:12 | 247:9,20 248:14 |
| 218:7 242:11 | 83:24 84:7,11,15 | 169:2,6,14 170:9 | 248:25 249:14,22 |
| **don** 20:1 50:14 | 84:25 85:1 86:20 | 170:12 172:10 | 250:5,12,16,25 |
| 217:4 | 86:25 87:4 88:10 | 173:19 174:6,8,10 | 251:12 252:9,18 |
| **donald** 50:15 | 88:13 89:8,15,18 | 175:1 176:9 179:2 | 252:21,25 253:2 |
| **door** 51:11 | 90:15,18 91:2 | 180:23 181:19 | 253:14 254:3 |
| **dosage** 257:5,17 | 93:8,17,23 94:4,10 | 182:12 183:7 | 257:1,10,13 258:7 |
| 269:12 | 94:23 95:3,18,20 | 184:3 185:13 | 258:8,11,14 263:6 |
| **doses** 247:10,14 | 95:22 97:16,24 | 186:1,8,22 187:14 | 263:10,16 264:7 |
| **doubt** 203:13 | 99:19,23 100:10 | 188:11 189:2,18 | 264:20 265:7,16 |
| **downtown** 207:11 | 100:17 101:8,19 | 190:8,11,13,15,15 | 265:21 266:2,9,19 |
| 225:9 | 101:24 102:8 | 190:23 191:6 | 267:5,7 268:2 |
| **draw** 262:5 | 103:6 104:9,11 | 192:3,19 193:11 | 272:8,12,24 273:2 |
| **drawn** 162:8 | 105:17,24 106:4,5 | 193:23 194:10 | 273:15 276:1,2 |
| | 106:15,20,21,23 | 195:12,16,17,23 | 279:6 281:23 |

[drugs - exact]                                                                    Page 15

**drugs** 16:17 31:17
66:15 78:10,12
106:10,15 107:12
107:16,18,21
108:4 113:21
126:19 129:7
134:11 137:13
156:20 166:20,21
166:22 170:4,5
180:6 195:17
221:7 229:6
243:20 262:15
271:13 273:12,13
273:25 280:19
**dual** 102:15
**due** 133:4
**duly** 12:2 284:7,10
**duration** 168:3
**duties** 25:24 30:25
35:1 51:21,22
52:3,7 72:19 73:7
85:25 117:19
118:5
**duty** 32:14 117:24
164:14,15
**dying** 52:22 53:4
134:20 270:11

**e**

**e** 2:17 37:16 88:21
123:8,9 135:4
186:19 234:6
259:18,20,24
**earlier** 29:15
106:3 108:9
115:21 154:18,25
155:10 169:18
194:19 262:18
281:4
**early** 204:7
**eastern** 1:3 10:8

**echo** 22:19 23:9
**editing** 24:1,2
**education** 59:21
275:12 276:1
**educational**
275:16
**edward** 153:25
211:11
**effect** 166:15
266:25
**effective** 273:16
273:17,19 274:20
**effectiveness**
96:11
**effort** 41:12
**efforts** 274:7,13
275:3 276:5
**eight** 20:25 21:1
**either** 61:22 65:15
74:24 82:2,8
119:8 126:11
140:15 143:4
201:19 212:22
236:22 272:15
285:2
**el** 132:6,11,11
228:22 255:18
**elected** 29:7 99:4,6
99:8
**election** 99:7
**electronic** 224:6
224:10,18,20
225:12 226:24
229:19 231:6
**electronics** 241:22
**eligible** 218:25
**eliminate** 274:23
275:4
**else's** 146:24
**eludes** 98:10

**email** 286:17
**employed** 21:12
**employees** 222:9
**enacted** 233:9
**enclosed** 286:11
**endanger** 163:12
163:17
**ended** 47:3 200:6
**endo** 4:2,3 11:10
188:5,8,8,12,20
**ends** 148:22,23
**enforcement**
19:10 21:4 40:7
41:7 60:14 64:24
103:16 154:21
205:25 212:4
233:25 249:10
253:3
**enjoy** 67:2,5
**enjoyed** 24:8
**entail** 48:18 122:6
195:9 210:9
**enter** 158:4
**entered** 157:24
288:9
**entire** 43:1 51:8
131:22 154:15
287:5 288:5
**entities** 214:17,18
**entitled** 130:6
136:15 153:9
172:12
**entry** 46:8 51:12
**ep** 132:5
**epic** 132:4 140:17
140:21 153:21
156:16 157:3,22
157:25 158:5,8,14
228:22 229:18
255:15,17

**epidemic** 195:14
196:25
**equal** 107:2,4,13
**equally** 107:4
**equipment** 73:5
78:2,6 122:7
168:12,13,16,18
168:19,20 169:1
220:18 221:1,5
227:2 237:24
238:7 240:19
244:23 245:9
246:3,5 276:19
277:1,18
**equipped** 161:25
162:6,10
**equivalent** 69:21
**eric** 79:10 90:21
119:7,8
**eric's** 79:16
**errata** 286:13,18
288:7,10,18 289:1
**esq** 2:4,5,5,12,17
2:22 3:4,9,15,20
4:5,12,17
**establish** 253:9
**estimate** 85:9
141:23
**et** 1:10,12,13,13
165:25 221:8
**event** 98:17 285:3
**events** 250:1
**everybody** 34:25
82:20 117:16
245:8
**evidence** 59:14,16
60:18 126:18
127:7
**exact** 52:16 201:21
268:18

exactly 35:22
56:17,18 57:5
63:10 85:25 88:19
91:18 98:13 104:7
104:19 135:16
225:18 259:9
271:10,11
examination 5:7
11:25 12:4 204:15
255:2 261:20
278:13 279:22
examiner 134:1
examiner's 133:10
133:13,21
example 69:12
110:19 114:24
116:22 121:9
123:23 132:20
141:8 170:3
205:23 207:15
209:6,15 216:6
218:20 222:3
224:2 227:11
235:14 244:9
246:6 250:1
251:24
examples 62:18
243:4
exceeds 217:14
218:7
excel 158:16 230:4
230:4
exceptions 244:25
253:18,25
excess 219:8
exchange 98:16
exclusive 117:22
exclusively 118:4
219:13 220:19
221:6

excuse 95:18
184:3 266:1
executed 140:9
288:10
execution 287:14
288:19
exercise 222:2
exhibit 5:17 6:3,5
6:8 129:20,22
130:5 152:24
153:8 154:24
172:4 176:11
194:20 238:9,16
241:15 256:12
262:6 263:25
278:15,17 280:5
281:5
exhibits 5:5,18 6:1
exist 61:17 104:5
157:25 174:10
expand 54:5
210:14
expanded 210:12
expect 217:7
expected 209:4
217:12
expenditure
214:11 239:1
expenditures
206:8 207:2,8
214:23 215:2
222:13
expense 169:1
207:19 222:24
expenses 208:17
214:9 216:23,24
217:2 221:12
240:12 267:3
expensive 210:21
210:21

experience 196:20
271:23
expert 13:19 96:22
expiration 287:19
288:25 289:25
expires 285:17
expiring 247:25
explain 30:23 60:3
71:23 264:14
267:15 271:18
explained 57:24
explore 198:12
explorer 231:8,24
exposed 36:11,12
expressed 121:6
121:12,18
expressly 236:23
extent 58:19
214:15
extra 55:4
eye 21:22,22

**f**

f 4:9
facebook 48:9
74:25 75:2 76:14
facility 175:22
200:8
fact 13:18,20
96:22 203:9
factor 271:17
facts 181:6 182:2
182:24 183:19
185:4,20 186:13
187:6,25 188:20
189:10 190:2,22
191:20 192:11
193:3,16 194:3,15
fair 48:1 107:14
156:4 196:2 215:1
220:17 221:3
266:8,18 276:24

277:16
fairly 157:4
fall 122:25 146:24
259:14
falls 123:24
familiar 105:21
121:15 130:15,18
158:24 180:15,17
181:10 183:24
185:10 255:15
258:22 279:1
family 16:16
197:10
famous 167:19
far 70:25 201:25
213:21 228:19
233:12
fast 71:21
fault 174:16
fbi 41:8 90:24 91:1
91:7,14,21 92:4
93:6,13,23
fbi's 93:10
february 62:10
135:5
fed 25:22
federal 11:25
39:24 42:21 47:1
47:5,19 60:6,8
65:3 83:19 84:19
90:16,17,25 92:9
100:7 119:15
153:25 154:2
155:21 175:8,10
206:4 207:4
208:13,14,15
211:24 212:7,18
212:23 213:11,12
213:13,25 233:15
233:19 234:2
236:1,9

**[fedex - form]**

**fedex** 114:9
175:23,24 176:1,7
**feel** 19:9 46:14
280:21
**feelings** 45:16
**feels** 51:6
**felony** 14:4 47:8
156:21 177:10
**felt** 16:12 272:6
**fent** 112:2
**fentanyl** 107:1,24
108:12,15 109:6,6
109:17 110:7,11
111:9,15,21 112:2
112:3,10,15 113:3
113:8 114:23
115:3 116:17
127:15 128:5,8,13
133:5,24 134:8,12
134:16,19,21
135:13 143:5
159:4 170:9
195:18,20 196:8
196:14,22 197:15
202:9 203:21
221:22 246:18
267:2,25 268:4,22
272:5
**fewer** 45:23 46:3
**field** 51:1 66:10
100:3,4
**fields** 59:23 64:17
146:16 215:14
**figure** 40:14
102:13 217:15
218:7 221:11
**figured** 34:6
**file** 203:12 224:5,6
224:8,21 225:17
232:12,22 248:10
248:11,12

**files** 223:3,4,12,12
223:25 224:3,7,9
224:10,17,18,20
225:12,21,23
228:4,19 231:5,6
232:16
**filing** 223:15
**fill** 31:9 156:8
157:14 158:17
165:7 167:18
229:4,5,8 248:9
**filled** 229:21
**fills** 158:20
**final** 49:1
**financed** 233:8
**financial** 207:11
207:25 233:5
238:22,22 242:17
**find** 129:1 222:24
241:9 286:11
**fine** 63:23 136:11
136:11 169:20
268:11
**finish** 28:17 47:15
**finished** 270:4
**fire** 125:1
**firm** 10:12
**first** 12:1 18:13,14
26:24 27:20 38:15
39:13 52:14 71:13
77:13 96:1 124:25
125:11 136:14
140:7 147:23
153:15 165:6
172:9,17 195:5
197:12,19 199:24
200:5 210:22,24
213:2 216:17
217:3 252:14
255:14 262:5,17
268:13,16 270:2

270:14 271:6
278:5 284:10
**fiscal** 207:11
**five** 29:14 30:10
50:9 60:12 78:9
146:22 147:3
247:2
**fled** 160:6,6
**fleet** 87:24 88:1
162:16 168:13
**flipping** 252:15
**flow** 38:20 265:4
**flowchart** 64:10
64:13 145:10
146:21 147:10
264:3,5
**flowers** 2:5
**focus** 52:25 65:14
65:17 70:12 94:18
105:10,12 114:9
117:13 121:12
134:19 136:3
215:25 216:2
**focused** 78:22
106:16 114:7
**focusing** 258:3,6
**folks** 60:18 63:15
117:11 163:10
**follow** 47:8 102:2
124:2 127:23
151:7 259:23
262:1
**following** 23:4
47:3,20 169:4
171:17
**follows** 12:3
**food** 236:6,20
**force** 37:21,22
41:19 47:2,7,19
48:3 56:1,4 59:25
64:22 73:8 89:25

91:15 95:17,21,22
97:12,14,23,24
98:13 99:1 102:5
102:18 103:11
104:5,12,15,23
105:9 122:11
169:7,13 172:18
217:14 243:8
251:25 256:19
257:12,16
**forces** 66:5 74:2
76:8 122:24
231:19 251:13
**foreclosures** 33:18
**foregoing** 284:16
284:21 287:13
288:18
**forfeited** 241:4,8
241:25 242:22
**forfeiture** 141:15
141:20 212:23
213:13 214:1
239:12,17 240:23
242:14
**forfeitures** 142:3
214:17 215:12
241:19
**forget** 70:1
**forgive** 108:9
**forgot** 72:16
169:20
**form** 30:20 36:7
44:23 47:22 52:9
53:2,7 58:4,23
59:1 62:21 68:6
71:6 78:14 81:16
82:12 87:10 96:16
96:21 101:10
106:7 107:8
108:18 112:4
113:18 115:4

116:7 117:15
122:14 126:4
139:8 152:15
155:3 158:1 159:3
161:22 163:7
169:9 179:9 181:1
182:5,14,20 183:2
183:9,15,21 184:5
184:10 185:6
186:2,9,15,24
187:4,9,16,21
188:2,13,23 189:4
189:13,20,24
190:5,9,16,25
191:8,23 192:8,21
193:6 196:1
197:17 202:10
203:22 209:16
210:1 211:4
213:16 215:4
216:13 219:20
220:21 221:17
222:17 225:14
226:9 227:19
230:22 232:18
236:24 237:13
238:25 239:3
242:6 245:25
249:2 251:14,16
253:22 257:22
258:5,20 263:3
265:11 266:5,13
267:10 268:9
271:24 273:4,21
274:9 276:7 277:6
277:8,21 279:7,16
281:12
**formal** 86:17,20
89:15 129:15
249:6

**format** 131:19
156:9 230:4
**forms** 229:19,21
229:25 232:15,17
232:25
**forth** 96:3 227:4
**forward** 199:17
256:23 286:15
**forwarded** 67:20
74:23
**found** 145:9,11
160:5
**four** 21:21 29:14
30:10 41:7 80:19
80:22 119:25
120:1,14 128:3
200:5 247:1
**fourth** 148:3
**frame** 195:2
**francisco** 2:18
**franklin** 12:25
16:7 17:23,24
40:17,20 41:21
42:1,4,6 48:11,12
**free** 287:14 288:20
**freely** 69:10
**frequently** 118:2
175:17
**friday** 12:16
**friend** 19:15,25
**friends** 197:10
**front** 2:18 144:22
144:23 145:4
172:5 262:9
**fulfill** 209:24
**full** 12:9 13:7 21:7
21:8 55:10 144:9
218:24,25 219:1
**fully** 270:4,9
**fulton** 17:4,6
200:18 202:3

**fumbled** 22:23
**function** 215:19
215:21,22
**fund** 154:21
205:25 212:4
233:25
**funded** 154:21
**funding** 73:6
84:22,24 87:25
120:15,20 154:19
237:22
**funds** 121:2,4
213:18,24 218:10
241:8
**furnace** 139:4
**further** 13:2
248:18 261:10
277:24 284:19
285:1

**g**

**g** 69:24
**gap** 114:16
**garro** 69:23
**gateway** 253:3
**gather** 127:7
**gathers** 76:14
**general** 47:10
58:22 60:9 75:10
110:25 119:14
**generally** 66:21
67:19 111:3 135:5
141:7 208:20
250:3 253:24,25
**generated** 270:22
**generic** 229:9
**gentleman** 170:17
**geographical**
46:14,17 65:19
70:12 166:4 216:5
**geographically**
65:25 84:17

**getting** 21:1 31:20
41:18 109:5,6
110:20 157:24
196:7 207:13
225:5 243:6,22
254:7 272:10
**girl** 76:25
**girls** 200:5,11,14
**give** 13:7 17:15
21:2 46:11 62:18
74:18 75:3 80:8
80:12 83:9 85:9
119:24 122:9,23
123:23 161:25
184:12 238:2
242:9 243:4 244:8
283:1,10
**given** 38:8 55:6
65:7 67:22 85:2,4
141:21 211:22
247:11 284:13,18
**gives** 83:7 155:18
155:21,24
**giving** 67:7 96:18
**glad** 199:15
**go** 17:19,20,25
19:3,5 20:20,23
22:22 31:19 32:10
39:16 41:17 45:8
48:11,14 51:3
55:12,15,23 74:1
82:22 89:19 97:4
99:23 100:3,4
103:4 104:15
109:16 110:12,24
121:7,20 124:8
125:4 126:17
127:10 128:11
135:6 136:13,21
138:10 140:2
145:6 146:25

156:8 160:7
163:20 164:7
167:8,18 175:16
180:11 181:13
184:22 206:8
213:10,12,18
216:25 222:20
223:23 249:8,14
249:21 252:10
261:13 263:24
273:12 278:5
**goes** 48:25 114:9
126:9 177:8 225:8
264:23
**going** 13:1 17:13
17:14 22:9 23:3
45:17 47:13,18,20
63:12,17 74:5
80:21 82:3 83:6
92:10,25 97:19
102:5 104:2
105:19 129:19
130:4 144:22
153:15 160:22
163:11,13,14
164:3 167:16,22
180:10,10 184:18
184:21 195:15
200:6 205:9
208:21 234:7,20
239:5,25 240:5
248:18 260:4
263:25 269:16
270:19 271:9
272:5,5,12 273:24
278:9 281:14
282:3
**good** 10:16 12:6,7
46:1 63:18 67:3
76:13 96:3,4
118:13 143:13

156:24 166:25
172:5 199:15
208:21 217:11
223:6,10 255:4
261:22,23 282:1
**goodnite** 94:16,17
**gosh** 223:18 259:9
**gotten** 71:10 92:11
**government** 60:6
90:17 92:16 100:7
155:21 206:4
**gowens** 114:15,18
**gps** 168:16
**grade** 122:20
**graduate** 18:3,16
**graduated** 20:7,19
**graduating** 21:1
**gram** 143:5
**grant** 42:18,20,21
42:22 87:24
153:22,24,25
154:1,4,9,20,22
165:5 168:24
173:5 176:19
205:25 209:20
211:12,16,24
212:2,7,11,18
213:24 233:17,19
233:21,23 234:2,4
234:18,18,22
235:9 236:2,2,9,10
236:15 237:16,22
238:5
**grants** 42:19 73:6
133:18 206:7,17
207:4 211:23
212:10,24 214:16
215:11 216:24
235:7,23 236:22
236:23 237:12,17
238:23 240:18

256:20
**graph** 269:5
**gray** 3:4,9 10:20
10:23 114:17
**great** 28:13,21,22
56:24,24 63:19
85:10
**greatest** 112:21
113:10,16
**green** 12:16,18,20
26:25 27:6
**greens** 12:17
**group** 25:10
**grown** 246:22
**guard** 25:21 75:21
75:25 76:19 77:7
77:10,18,19
144:13
**guess** 13:1 24:10
34:10 38:15 61:17
61:18 65:12 69:7
74:3,8,10,16 77:2
80:20 82:18 94:7
101:1 102:2
106:12 115:5,23
127:19 147:2
148:18,24 155:7
176:16 195:24
200:21 210:10
223:2 227:9
230:10 231:1
237:1 246:25
250:14 258:1
273:23 274:18
276:11,16
**guessing** 97:3
222:20 228:5
**guidelines** 218:5
236:3
**gun** 245:19

**guns** 231:17
**guy** 22:8 28:5
41:19,21 67:21
95:6 96:1 98:7,10
98:23 165:14
204:3 231:12,15
**guy's** 131:21
170:23
**guys** 37:12 38:9
40:6,7 55:10 67:5
79:23 81:22
123:18 126:21
160:5 169:10
203:6 231:16
247:1
**gx** 3:3

**h**

**h** 186:19
**h.d.** 183:5,6,8,19
**half** 33:24,24,25
39:22,23 84:5
101:13,18 211:13
**hand** 129:19 133:3
140:25 241:18
242:12 285:6
**handed** 48:10
238:15
**handle** 66:16
73:16 162:1,10
169:7 209:8
221:23
**handled** 171:20
**handles** 59:13
61:7 123:12
238:21
**handling** 73:21
115:10,12
**hanging** 160:23
**happen** 82:4 95:5
**happened** 19:2,17
124:10 217:23

279:5
**happening** 217:22
**happens** 46:25
**happy** 16:10 17:16
74:4 184:12
**hard** 71:21 126:25
127:2 174:20
197:21 224:5
225:8,16
**harder** 268:21
**hayden** 3:9 10:22
**hayden.miller**
3:11
**hbc** 192:15,17,20
193:3
**he'll** 75:3
**head** 56:7 98:6
103:5 149:1 166:2
209:7
**headed** 168:6
**heads** 46:11
**health** 3:13 4:2
11:3 103:15 181:9
181:10,12,20
182:3 247:12,16
260:12
**hear** 161:16
229:23
**heard** 58:22
151:17 160:18
161:2,5 180:18,20
180:22 181:11
182:8,10 183:6
184:1,20 185:11
185:24 186:20
187:12 188:8
189:1,17 190:11
190:13 191:3
192:1,2,16,17
193:10,20,22
194:7 250:22

252:12,14
**heather** 4:5 11:9
**heather.hosmer**
4:7
**heck** 224:14
**held** 56:12 99:9
**helicopters** 96:8
**help** 93:10 267:15
267:20 270:12
**helped** 96:13
**helpful** 152:9
258:1 265:5
**helping** 151:9
**hereinafter** 12:2
**hereunto** 285:5
**heroin** 16:18,20
53:22,25,25 54:1
54:10,12,13 78:17
112:21,23 113:7
114:24 115:2
116:6,24 127:14
128:5,7 133:5,23
134:4,5,7,8,16,18
134:21 135:12
150:12 170:9,19
195:20 196:8,13
196:22 197:15
199:22 200:5,9
202:8 203:20
221:22 235:11
246:19 267:2,25
268:4
**heroins** 195:18
**hey** 22:11,25
231:14
**hi** 279:24,25
**hidden** 28:6
**hidta** 56:12 83:17
83:20 84:6,14,20
84:21 85:5,16,20
86:3,6 115:19

120:15,19 121:1
121:19,20,23
122:12,17 132:3
140:17,22 144:6,7
144:13 155:11,18
158:11 174:1,3
231:9,22 233:8
237:24 244:11
**hidtas** 84:20
**high** 3:15 17:20,21
18:3,13,14,16,19
18:20 84:7,10
144:5 166:9,10
**highlighting**
134:15
**highlights** 89:1
140:6
**highway** 84:16
94:7,10,22 95:10
95:16 96:12
160:19
**hipaa** 260:9,20,25
261:3
**hired** 21:2 37:9
**hit** 89:3
**hold** 23:8 258:23
258:25 259:2,20
**holland** 38:1,6
43:3,6 44:2,6,8
45:13 46:5
**holland's** 43:11
**home** 24:4 33:17
53:15 73:16 108:7
123:19,21 178:1
214:17 217:18
253:20
**homesick** 24:13
**honest** 197:22
242:9
**hope** 87:12 158:9
217:9 276:3

**hoping** 141:6
149:25
**hoppa** 114:20,21
**hosmer** 4:5 11:9,9
**hotel** 22:19 23:9
**hotline** 75:6
**hour** 167:20
**hours** 15:8 20:18
40:8 163:4,9
164:10,16 219:2
219:24
**house** 19:17 51:18
149:16 171:5
178:1,14,15
**housed** 36:15
150:10 162:15
264:8,12
**how's** 273:9
**hubbard** 2:23
**huh** 35:17 42:13
44:12 50:6 56:10
63:5 78:5 85:23
97:8 120:17 131:6
131:10 132:12
135:20 172:21
175:25 241:20
244:14
**hundred** 52:17
**hunt** 49:19 50:5,7
50:21 247:15
248:16,23 252:10
**husband** 199:21
199:24,25 201:19
**hydrocodone** 32:8
**hylton** 35:15,18
55:20 99:15
154:12
**hylton's** 35:19

| **i** |
|---|

**idea** 149:1 165:6
  208:21 224:22
  258:16
**ideas** 96:2
**identification**
  130:1 153:5
  238:13
**identify** 106:19
  109:16 112:11
**identifying** 110:12
  277:8 278:25
**identities** 92:10
**identity** 253:10
**illegal** 106:19
  107:12 112:3,14
  148:22 276:14
**illicit** 38:20 108:23
  112:13 148:14,20
  150:7 170:5
  271:13
**illinois** 2:23 4:13
**imagine** 104:3
  109:11 118:1
  130:25 159:19
  239:4 272:11,17
**immediately** 54:24
  55:1
**important** 16:12
  89:3 107:5 136:6
**imposed** 268:1
**improved** 96:10
**improvement**
  210:4,5,6
**incident** 254:4,18
  254:19
**incidental** 28:9,12
**incidents** 52:6,12
**include** 113:1,3
  213:24 214:1

**included** 286:13
**income** 212:24
  213:3,4 242:15,15
**income's** 213:6
**incorporated**
  288:12
**incorrect** 169:4
**increase** 53:25
  237:7 271:15
**increased** 107:17
  210:12 211:9
  237:10 247:4,5
**increasing** 134:21
  134:22
**incur** 267:7
**incurred** 222:6
  266:9,15,19 267:3
  267:16
**incurring** 267:18
**index** 5:1,5 6:1 7:1
**indi** 171:12
**indicate** 177:17
**indicating** 286:13
**indicted** 111:25
  112:1 177:10,16
**indirectly** 61:22
**individual** 39:18
  48:23 88:11
  171:15 230:13
  258:4
**inexpensive**
  267:25
**influx** 53:16
**informant** 48:21
  48:23 49:4 109:20
  110:17,21 111:7
  202:25 203:10
**informants** 165:21
  202:21
**information** 40:1
  43:20 48:20,21

69:16 76:13,15
  98:16 109:20
  110:20 132:9
  142:22 152:4,7,8
  156:25 158:4
  227:6 228:12,23
  229:9,9,17 231:4
  232:4,7 255:22
  256:2,18 257:9
  258:18 260:12
**informed** 104:22
**ingram** 59:12
  74:25 89:1 139:24
  146:15 275:9
**ingram's** 60:17
**ingran** 74:24
**initially** 77:14
**initiated** 176:14
  176:22 179:3
  262:20 263:1,9,14
  280:20 281:6,10
  281:19
**initiative** 235:11
**inmate** 13:17
  29:16 31:20,23
**inmates** 25:22
  31:15 32:2,4
**inner** 197:9
**input** 119:9,14,16
  121:1 230:10,15
**inspect** 227:24
**inspector** 37:25
  38:6 43:3,6,11,25
  44:7,13 45:11,12
  45:13,25 46:5
  54:25 105:2,3
  175:6,12 252:8
  264:17 265:1
**installment** 27:21
**instance** 71:13
  240:6 280:14,19

281:5
**instances** 127:11
  173:24 280:2
**instruct** 92:25
  163:11,14,19
  260:4
**instructions**
  259:24 283:2,10
**instructor** 56:24
**instructs** 129:11
**insurance** 18:11
  20:4 215:8 222:8
**insys** 188:25 189:3
  189:11
**intelligence** 132:6
  255:19
**intend** 143:25
**intended** 143:22
  168:10
**intending** 75:15
**intensity** 84:7,11
  144:5 166:10
**interact** 133:12
**interaction** 133:22
**interdicting**
  111:15
**interdiction**
  132:21
**interest** 19:20
  67:10 92:17
**interested** 35:13
  35:25 285:3
**interesting** 70:22
**intermingled**
  39:25
**internet** 48:8
  232:1 253:7
**interpreted**
  173:19
**interruption** 72:14
  72:21

**interstate** 166:11
**interview** 37:3
48:22,22 129:1
202:24 204:2
**intimately** 121:15
**intriguing** 36:21
**investigate** 31:3
66:21 78:3 84:15
111:5 150:12
220:23 221:2
249:25
**investigated** 78:16
78:21 180:19,24
181:3,19 182:13
183:8 184:4
185:13 186:1,22
187:14 188:12
189:3,19 190:15
191:7 192:4,20
193:12,24 194:11
221:7 265:8,15,17
265:22 266:2
267:5,9
**investigating** 63:7
69:18 74:15
266:10,20 267:8
267:17 276:25
277:17
**investigation**
48:24 63:2 73:19
74:4 111:25 124:1
124:4 127:19,24
152:6,10,12
161:21 176:25
177:15,24 178:12
202:2,4 219:18,19
219:25 223:1
226:7 243:7,16
252:24 258:3
278:17 279:4
280:2

**investigations**
36:13,14 45:3
60:8 62:19 63:1
65:3,12 66:3 67:3
67:11 71:1,5
73:20,21,22 78:18
80:10,24 84:22
87:25 93:17 96:5
115:9,12 119:9
123:11 127:1,2
136:3 145:19
159:18 162:1,8
165:19 168:8
216:1,3,5 220:11
220:12,15,20
221:25 222:3,14
226:15,22 232:7
236:7,21 241:2
245:24 246:4
264:8,11 268:4,5
**investigative** 78:1
148:15 264:18
**investigator** 55:24
56:9 73:3 100:4
**involve** 220:8
**involved** 39:4
51:24 62:20 66:5
77:11 103:9,17
125:15 127:13
142:12 170:11
242:20
**involvement** 27:22
28:8 30:18 31:13
36:4 51:24 68:25
74:13 105:24
123:13 130:19
151:12 249:23
**involving** 27:22
28:24 92:9 177:20
178:21,24 179:1,6
179:8 281:19

**issue** 93:9 201:1
210:9 260:6,15,20
**issued** 83:15,16
**issues** 30:18 31:13
31:16,21 92:13
124:14 159:22
163:22
**item** 208:18,19
209:14 219:17
**items** 205:8,12,19
219:13 220:10,14
236:6,20
**iv** 177:10

## j

**j** 1:25 284:6
285:14
**jag** 153:22,23
233:17 235:9
**jail** 20:20 25:11,14
25:20 26:1,2
29:11,11,12,19
30:11,12,14,16,17
31:1,11,14,22
32:14 33:1,2,4,7,9
34:10,14,21,23
35:3,4 43:19
50:19 250:1,2
**james** 2:4 10:11
14:18 286:5
**janssen** 187:12,12
187:13,15,25
**jason** 125:24
128:1 169:22
**jeff** 98:8,12,22
99:16
**jefferson** 3:21
**jennifer** 207:22
**jer** 49:6
**jerome** 146:10
**jerry** 49:6,20,23
146:10 247:15

**jflowers** 2:9
**jimmy** 59:23
146:16 215:14
**jledlie** 2:7
**job** 18:13,14 30:25
31:1 35:13,24
45:21 54:24 55:11
73:5,9 85:24 95:8
117:18,22 118:5
215:19,21,22
**jobs** 31:22 33:13
**jodi** 2:5
**joe** 204:3
**johnston** 90:24
94:2
**join** 41:14 95:17
95:17
**joined** 38:23 39:7
211:17 237:8
247:7
**jones** 3:20 11:5
**jonesday.com**
3:22
**joseph** 50:14,15,16
50:18,21 217:4
**judge** 1:7 163:21
**judges** 103:15
**jumps** 28:4
**jurisdiction** 48:10
68:9 70:19,23
**jurisdictional**
244:13
**justice** 6:6 56:3
92:7 133:17 153:1
153:9 154:1 172:7
211:11,11 278:22

## k

**k** 4:9 79:11,12
**k9** 113:23 114:4,6
114:12,13,14,15
114:18,19 132:21

133:1 174:24
175:2,9,16,19
**k9's** 68:11
**kaye** 4:4
**keep** 17:13 104:22
116:19,20,21
142:14,16 155:11
164:3 207:15
225:3 232:9 233:1
257:12,16 258:18
**keeping** 59:18
**keeps** 21:5 138:21
155:13 156:11
**keith** 79:15 90:23
114:15,18 119:6,7
119:8
**kept** 155:1 223:4
223:14 225:13
229:17 232:13,15
**kidding** 36:19
**kind** 24:8 36:15
41:18 45:12 46:4
74:20 76:2 87:23
95:24 110:20
116:21 122:9,10
142:8 152:7 160:7
168:5 171:7 178:8
203:4 225:9 228:7
229:4 232:21
240:17,25 243:15
243:18,22
**kinds** 78:12 81:14
86:22 109:24
**kits** 246:10,12
**klein** 126:3
**kline** 125:24 128:1
169:22 207:22
**knew** 160:11
**knight** 60:10
146:16 171:24
215:14

**know** 14:2 19:11
22:14,15,16,18
23:5 25:22 26:12
26:15,15 28:1,4
31:2,6 32:3,6,7
35:21,22 36:11,17
36:21,25 37:10,12
38:7 39:11 40:11
40:12 41:13,17
44:18 45:18 48:7
51:12,17,20 52:21
52:21 54:23 60:1
61:19 63:10 64:8
64:12 67:4,13
68:18 69:16 70:8
71:22 74:1,16
75:10,16,24 78:11
79:18 80:21 81:3
82:19 84:12 85:7
85:25 86:7 88:2,3
88:19 89:11 95:1
95:9,25 96:14
99:6,7 100:5
103:8 104:8,13,24
105:25 106:12
108:20,22,23
109:9,19 111:7
113:19 115:6,19
116:5,22 117:17
119:2,5 120:21
121:3,14 125:11
125:14,18 126:5,7
126:7,22 127:6,6
128:11,17,21,23
128:25 129:8,13
129:16 133:7
134:13 135:1,2,12
135:16 137:24
139:20 146:19,23
146:24 147:6,9
148:8,16 149:16

149:25 150:22
151:2 152:17
154:4 160:7
161:15,17,20
164:11 165:5
169:12 170:19
171:18,19,20
174:9 175:10
177:19 181:2,4
182:24 183:23
184:2,6 185:8,22
186:17,21 187:1,3
187:11,13 188:4,7
189:15 190:7
191:25 192:5,10
194:2,14 196:21
197:8,23 199:6,7
201:1,13,21,22
202:1,3,13 203:4,6
203:7 205:10,10
205:16 207:25
210:15 211:21,22
212:10 213:21
214:7 215:7,8,9,19
217:8 219:24
222:21,22 223:18
224:8,14,23 225:7
225:16,18 226:14
226:17 227:21,22
228:2,9,19,21
229:16 233:12,14
233:15 234:15
235:17 236:3,5,6
237:21 238:1,4,6
238:24 239:2,4,23
239:24 240:10,12
241:3,11 242:3,16
246:2,12 247:25
248:13,21 251:10
251:21,22 254:11
254:20 255:25

257:25 263:20
268:18 270:6,7
271:12,20 277:11
277:23
**knowledge** 143:17
143:20 149:6,6
150:3 151:13
211:15,20
**kochanowski**
79:10,17,25 90:21
118:25 119:1
**kokinski** 118:24

**l**

**l** 37:16 186:19
**l.p.** 1:11,13
**lab** 52:18 67:4
**label** 130:8,9
**labeled** 178:3
**labor** 19:8
**laboratories** 4:10
**laboratory** 246:5
**laborer** 18:15
**laboring** 168:4
**labs** 52:17 108:6,8
108:22,23
**laced** 113:7
**lake** 41:5
**lane** 272:11
**laptops** 227:1,5
**large** 54:12,13
78:18 170:15
219:8 237:7
270:11
**larger** 107:22,22
111:8 210:7 212:8
212:9
**largest** 236:8
**larry** 125:24
169:22
**las** 20:4

**late** 35:7 36:3
268:19,25 269:22
269:24,24 270:14
270:18,21
**law** 10:12 13:4
19:10 21:4 103:16
154:20 205:24
212:4 233:24
249:9 253:3
**lawful** 11:24
**lawsuit** 15:18
179:17 180:1
181:7 182:4 183:1
183:20 185:5,21
186:14 187:8
188:1,21 189:12
190:4,24 191:22
192:13
**lazar** 4:12 11:12
11:12
**lead** 47:20 48:13
48:14 66:3 71:18
71:22,25 72:1,7
73:24 77:23 79:2
153:18
**leaders** 98:25
**learn** 38:11
**learned** 58:19
**learning** 36:1
**lease** 205:10,17,21
214:12
**leave** 160:23
**led** 23:14
**ledger** 207:23
242:18
**ledlie** 2:4 5:12
10:11,11 11:18
14:24 17:11 30:20
36:7 44:23 47:22
52:9 53:2,7,10,12
58:4,23,25 62:21

63:17,22 68:6
71:6 72:18 78:14
81:16 82:12 87:10
92:6 96:16,21
97:2 101:10 106:7
107:8 108:18
112:4 113:18
115:4 116:7
117:15 118:8,12
118:14 122:14
126:4 139:8 145:3
145:6 147:14
152:15 155:3
161:22 163:7,11
163:20 164:7
167:3,25 168:7
169:9 179:9 181:1
181:21 182:5,14
182:20 183:2,9,15
183:21 184:5,10
184:15,18,23
185:6 186:2,9,15
186:24 187:4,9,16
187:21 188:2,13
188:17,23 189:4,8
189:13,20,24
190:5,9,16,25
191:8,12,23 192:8
192:21,25 193:6
196:1 197:17
202:10 203:22
209:16 210:1
211:4 213:16
215:4 216:13
219:20 220:21
221:17 222:17
225:14 226:9,12
227:17,19 230:22
236:24 237:13
242:6 245:25
249:2 251:14,16

257:22 258:5,20
260:4,9,12 261:1,6
261:8,12 263:3
265:11 266:5,13
267:10 268:9
271:24 273:4,21
274:9,15 276:7
277:7,21 278:2,8
278:14 279:17
281:12 282:13
286:5
**left** 23:11,18 26:2
62:17 136:15
207:16 208:1
**legal** 4:23 112:5
286:1 289:1
**legitimate** 273:14
**leighter** 85:20,22
158:18
**leonard** 67:22
138:22 139:18
**letter** 122:19
286:19
**level** 128:12
**lewis** 4:11 11:13
**lexisnexis** 226:18
**liaison** 92:13
**licensed** 179:11,12
**lieutenant** 33:22
34:2,14 35:3 38:4
50:17,18 69:23
70:5 95:13 126:12
129:10
**life** 248:2
**lights** 22:17
**likes** 45:5
**limited** 63:7 279:2
279:14
**limits** 70:13,21
71:12

**line** 11:19 101:22
205:12,19 208:17
208:19 209:14
219:17 220:10,14
276:22 286:13
288:7 289:3
**lines** 91:21
**linked** 225:8
**list** 40:17 115:22
116:21 134:7
184:22
**listed** 60:19 134:9
136:1 206:16
263:11,15 281:11
288:7,17
**listen** 78:4
**listing** 288:7
**lists** 133:4,23
**literally** 278:2
**litigation** 1:5 10:6
163:23 193:5,18
194:5,17 255:24
256:3 258:23
259:6,20 286:6
287:3 288:3
**little** 18:21 24:6
25:7 38:12 45:14
50:9 51:11 54:5
54:11 55:12 125:9
130:10 137:13
144:6,25 157:11
167:15 174:23
203:6 204:6
216:16,22 237:6
246:14 247:21
254:8 274:4
**live** 12:12,13 16:6
17:1,3 35:20
200:17
**lived** 12:21 125:22
128:25 171:1

200:18

**lives** 16:7 35:23

**llc** 2:4 3:2,3 4:9 10:20,21,23,24

**llp** 2:12,17,22 3:4 3:9,14 4:4,11,17 10:18

**load** 140:1

**local** 40:2 136:24 233:12 235:4

**located** 39:20 65:4 67:25 68:22 84:17 86:8 101:3 225:19

**location** 26:20 36:17 68:23 87:6 162:14 166:4,12 225:11

**locations** 91:16,19

**log** 229:2,3 232:3 253:6

**logan** 4:18

**logical** 118:11

**logon** 230:13,14

**long** 12:21 15:6,7 18:24 20:15,21 22:25 25:25 27:13 27:16 29:12 32:19 33:4,20 49:7,12,15 50:7 56:14 57:3,6 62:3,7 68:16 69:25 76:22 84:2 88:16,19 94:21 103:25 114:12 151:23 162:8 229:12 247:19

**longer** 91:3,14 95:11 153:21

**look** 129:17 130:5 131:4 135:24 144:21 145:7,17 153:14 179:22

220:4,9 223:2 227:14 241:14,17 242:8

**looked** 194:19 219:3,7 252:16 264:1 275:19,20

**looking** 27:6 130:24 176:11 199:17 231:12,14 242:16,17 251:22

**looks** 153:11 176:23 239:1 272:3

**lori** 60:12,13 61:2 62:24 67:12,20 103:23,23 146:18 150:21 161:17 173:7,23 174:5 215:13 251:19 252:3

**loss** 17:18

**lost** 63:15 164:3 168:11 222:8

**lot** 19:8 26:22 27:7 27:8,10,10 51:21 54:10 58:7 96:7 116:2 117:7 228:17,17,18

**love** 210:15

**low** 26:8 30:4 154:16 180:7

**lunch** 81:23 167:1 167:7

**luncheon** 167:12

**luxury** 236:6,20

**m**

**m** 3:20

**machinery** 18:23

**madam** 286:10

**magnitude** 116:10

**mail** 88:21 123:8,9 135:4 234:6 259:18,20,24

**main** 25:13 65:22 105:11,12 134:19 214:10

**maintain** 250:9 256:6

**maintains** 231:21

**major** 38:18 43:9 43:9 73:23 77:22 77:24,25 78:10,10 168:18,19 245:5 264:21,25

**majority** 170:4 207:12 249:18,19

**making** 67:4 111:22

**mallinckrodt** 3:2 10:20,23 189:16 189:17,19 190:3

**man** 35:19 85:21 219:24

**manages** 74:25

**managing** 207:2,7

**manchester** 17:21

**manner** 125:16

**manners** 156:3

**manpower** 41:16 96:9 210:8 215:15

**mans** 75:11

**manufacture** 108:22

**manufacturer** 257:13,17 258:9 258:13 265:17

**manufacturers** 167:25 168:1 179:6 180:4 266:10,20

**manufacturing** 265:18

**march** 21:11,13 26:3 135:5

**marijuana** 106:25 113:14 116:6

**marked** 6:2 129:20,25 153:4,8 238:12,16

**market** 190:23

**marketing** 265:18

**mart** 190:8,12,13 190:15

**martin** 79:15 90:23 119:7

**mason** 18:15,15

**masoner** 18:19

**massachusetts** 3:6 4:5

**master** 225:17,18 225:21

**master's** 18:10

**match** 212:11,12 212:24 235:3

**matching** 216:23 240:18

**material** 164:25 165:3 227:16

**matt** 10:4,25 145:23 261:24 279:24,25

**matt's** 231:14

**matter** 10:5 14:12 47:10 175:11 207:9 224:17 255:6

**matthew** 1:17 2:22 5:7 11:24 12:4,10 204:15 255:2 261:20 278:13 279:22 284:9

286:8 287:4,9
288:4,13 289:20
**matulavich** 131:21
  131:23 147:12
**mba** 18:11
**mckesson** 2:11
  10:18 180:16,17
  180:21,22,24
  181:3,6
**md** 1:6
**mdl** 1:5
**mdma** 246:18
**meadows** 95:7,16
  96:2
**mean** 15:21 22:17
  26:5 27:7 31:15
  41:21 44:16 51:2
  52:5,13,24 54:3
  57:20 58:7 61:4,5
  62:23 65:17,22
  66:16 69:6,8
  77:17,23 81:21
  84:9,24 88:1
  95:19 96:8,24
  110:22,24 113:19
  115:14,18 117:16
  122:19,22 126:5
  127:5 137:16
  143:19 148:24
  153:23 155:4
  157:22 160:2
  161:7 162:18,20
  164:9,10 177:14
  179:10 194:24
  195:10 196:24
  197:9 201:10
  206:5 209:19
  210:13,14 212:14
  212:25 219:19
  220:14 233:4
  241:6 242:21

243:5 246:9,25
  247:6 249:4 250:8
  253:19 267:21
**meaning** 280:7
**means** 40:21 44:17
  60:1,2,4 141:7
  155:5 244:15
**meant** 218:19
**mechanism** 57:18
**mechanisms** 57:16
  155:16
**medical** 31:21
  32:1,11 57:10
  133:9,12,20 134:1
  222:8 260:13
**medication** 25:23
  32:4 56:20 67:10
  112:18 170:12,13
  171:8 178:7,9
  197:3,15 201:2,11
  201:14 202:8
  203:20 221:24
  257:21
**medications** 28:24
  32:2 57:17 78:23
  136:20,25 137:25
  138:2 152:13
  170:6 171:14
  178:2,14 179:14
  202:16
**medicine** 31:20
**medina** 40:9
**meet** 15:1 55:21
  81:21 83:2 86:15
  87:2,3,13 90:1,2
  98:2 103:16
**meeting** 81:11
  87:17 88:7 90:15
  218:1 249:4
**meetings** 15:7
  45:4,8 81:8,14

86:13,19,20,23
  88:23 89:6,15,19
  99:24 100:8 103:4
  104:1,16,24 106:1
  121:21,22,25
  252:1,5
**meets** 207:24
**member** 99:14
  214:4 230:6 251:8
**members** 16:16
  75:14 88:7 97:15
  214:4 220:19
  224:25 225:20
  226:1,6,21 227:11
  227:22 228:25
  229:12,16 249:14
  250:16,25 251:3
  251:12 253:14
  254:3
**memorandum**
  218:6
**memory** 15:12
  78:20
**mental** 103:15
**mentioned** 29:15
  64:14 77:21 84:6
  162:16 175:23
  197:16 203:2,10
  205:17 208:4
  211:23 213:2
  224:24 228:22
  239:12 251:25
  270:14 280:4
**mere** 260:23
**messages** 83:24
  226:22
**messed** 24:23
**met** 46:5 200:3
**metals** 18:22,25
**meth** 52:17,18,24
  53:4,14,16 66:22

67:4 108:6,10,25
  109:12 110:11
  112:17 136:5
**methadone** 32:6
**methamphetamine**
  67:1,2 78:18
  107:23 108:7
  110:5 111:9 113:4
  135:19 136:1
  170:8 222:3
**methamphetami...**
  135:22
**mexico** 108:23
  109:4 110:3
**michigan** 3:21
**microphone**
  167:22
**middle** 85:3
**midnight** 27:8
**midwest** 286:17
  289:1
**mike** 68:15 82:25
  251:7 275:13
**milkey** 88:15
  140:1 146:6 206:1
**mill** 162:11
**miller** 3:9 10:22
  10:22
**mills** 161:2,10,13
  161:21
**mind** 28:5 117:17
  150:15 198:10,11
  198:14,18 210:23
  210:25
**mine** 19:15 69:7
  154:13
**minute** 17:15
**minutes** 63:18
  89:2 167:8
**missed** 24:24
  41:10 89:9

missing 89:10
mission 38:16,17
38:22,25 40:3
105:8 106:4,6,18
209:25
misstates 59:1
mistake 72:20
misunderstand
73:2
misunderstanding
101:12 224:5
misunderstood
281:1
mix 39:25 139:18
modes 109:14
110:23
modules 167:23
moment 158:23
174:22
money 55:8 84:20
121:7 141:22
142:6,14,17
155:18,22,24
206:5,9 207:2,8,16
208:14,15,18
209:11,11,14,21
211:2,2 212:22
213:22 216:16,18
216:22 217:6,12
217:16,18 220:1,4
229:7 233:2,13,15
235:13,16 236:9
236:16 239:5
240:4,10,11,14
243:19 244:11
247:10,13
monies 154:2
206:9
monitor 168:16
monitoring 168:20
204:1 227:2

237:24
month 20:25 21:1
monthly 245:20
months 55:21
200:6
morgan 4:11
11:12
morganlewis.com
4:14
morn 31:24
morning 10:16
12:6,7 82:21
261:23
morris 3:14
motley 2:4 10:12
motleyrice.com
2:7,8,9
move 17:14 34:9
90:5 268:11
moved 23:21
26:21 91:16,18,19
moves 111:10
movies 24:4
moving 12:13,16
27:1 34:6
mt 2:6
multi 244:13
multiple 134:11
231:18
murray 207:22
218:14 238:21
239:9,11
mute 73:1

**n**

n 183:24 186:19
naloxone 247:10
248:4
name 12:9,10
16:24 37:14 56:23
75:23 77:4 88:14
88:15 94:15 97:19

98:8,9 100:20
114:19 131:21
147:13 157:17
170:23,25 212:3
255:4 257:1
261:24 286:6
287:3,4,15 288:3,4
288:21
name's 20:1
named 67:21
85:21 95:7 98:23
180:12 204:3
284:9
names 63:16
169:21 178:3
232:13
narcan 247:10,17
247:20,25 248:4
248:14,20
narco 249:8,8
narcotic 55:23
56:8 112:3
narcotics 27:23
28:8 30:19 31:2,3
31:5,7,13 36:5,5
36:14 38:20 39:20
39:24 68:2,3,4,12
68:22 69:1,5,14,22
70:3,9,12 71:5,12
71:14,17 72:6
80:9,24 85:2
97:24 100:24
101:4,14 102:24
117:14 118:2
148:23 165:19
231:6 249:25
253:23
narrative 202:17
narrow 231:2
270:7

national 1:5 10:5
75:21 76:19 77:7
77:10,19 144:13
235:10 254:19
286:6 287:3 288:3
nature 27:12
near 145:4,5
161:14
necessarily 194:23
242:22
need 17:11,12 60:3
73:5 74:1 80:11
88:4 93:9 96:6
124:8 131:13
149:22 150:15
153:14 172:22
198:6 205:13
214:2 220:15
276:25 277:5,17
needed 45:23 46:3
93:23
needs 83:9 206:11
206:12 209:24
neighborhood
27:9
neighborhoods
149:17
neighbors 46:9
network 204:2
225:3,8
neuron 57:24
neutralizing 67:5
never 22:12,21
54:10 181:11
183:6 184:1,20
185:24 189:1,17
192:17 228:15
new 3:10,10 12:25
16:7 17:23,24
24:19 25:1,3 36:1
36:2 40:17,20

41:21,25 42:1,4,5
48:11,12 55:19
88:4 91:22 115:22
157:4 166:18
237:23 247:7
**newspaper** 45:17
46:6,10
**nibrs** 254:9,15
**nick** 94:16 114:17
114:17
**nicole** 16:25
**niece** 16:22 198:21
199:19,23 200:3
200:16 201:4,24
**niece's** 16:23
**night** 22:17,24
83:7 164:13
**nights** 23:4
**nik** 246:12
**nine** 188:6
**nominated** 99:4
**non** 112:14 170:13
172:9 220:11
**nonprofit** 249:8
**normal** 144:25
273:12 280:8,15
**normally** 71:17
240:14
**north** 23:21,23
24:21 243:11
244:7
**northern** 1:2 10:7
**northwest** 2:13
4:5
**notarized** 286:14
**notary** 284:6
285:14 286:25
287:10,18 288:15
288:23 289:23
**note** 92:11 93:1
286:12

**noth** 245:4
**noticed** 22:8 53:19
53:21
**numb** 276:17
**number** 6:2 23:7
40:10 52:16 75:8
75:10 115:22,24
116:4,10,11,16,17
135:13 141:12
144:21,25 152:6
153:11,12 173:5
176:14,19 214:3
215:18 220:7
229:6 256:13
262:19,21 270:18
270:18 286:7,13
**numbered** 256:23
**numbers** 56:25
130:10 132:19
134:9,22 137:25
143:4 156:14
276:18 288:7
**nurse** 32:1 176:24
177:6,15,21 178:6
178:11,17
**nurses** 178:22

**o**

**o** 37:16 69:24
186:19
**oar** 168:4
**oarrs** 151:17
171:21 252:22
269:4
**oath** 13:3
**object** 7:2,3,3,4,4
7:5,5,6,6,7,7,8,8,9
7:9,10,10,11,11,12
7:12,13,13,14,14
7:15,15,16,16,17
7:17,18,18,19,19
7:20,20,21,21,22

7:23,23,24,24,25
8:1,1,2,2,3,3,4,4,5
8:5,6,6,7,7,8,9,10
8:10,11,11,12,12
8:13,13,14,15,15
8:16,17,17,18,18
8:19,19,20,21,21
8:22,22,23,23,24
8:24,25 9:1,2,2,3,3
9:4,4,5,5,6,6,7,8,8
9:9,9,10,10,11,11
9:12,12,13,15,16
30:20 36:7 44:23
47:22 52:9 53:2,7
58:4,23,25 62:21
68:6 71:6 78:14
81:16 82:12 87:10
96:16,21 101:10
106:7 107:8
108:18 112:4
113:18 115:4
116:7 117:15
122:14 126:4
139:8 152:15
155:3 161:22
163:7 169:9 179:9
181:1 182:5,14,20
183:2,9,15,21
184:5,10 185:6
186:2,9,15,24
187:4,9,16,21
188:2,13,23 189:4
189:13,20,24
190:5,9,16,25
191:8,23 192:8,21
193:6 196:1
197:17 202:10
203:22 209:16
210:1 211:4
213:16 215:4
216:13 219:20

220:21 221:17
222:17 225:14
226:9 227:17
230:22 236:24
237:13 242:6
245:25 249:2
251:14,16 257:22
258:5,20 263:3
265:11 266:5,13
267:10 268:9
271:24 273:4,21
274:9 276:7
277:21 279:16
281:12
**objection** 7:1,22
8:8,9,14,16,20 9:1
9:7,13,14,14,15
181:21 184:13
188:17 189:8
190:10 191:12
192:25 211:18
227:18,25 260:14
260:18 275:6
277:3,6,20 279:7
**objectionable**
277:12
**objections** 184:16
**obligations** 85:16
158:12
**observing** 148:21
**obtained** 171:16
**obtaining** 109:19
**obvious** 46:15
272:4,7
**obviously** 65:23
134:11 198:13
270:17
**occasion** 46:23
69:15 88:3 175:21
**occasional** 33:16

occasions   14:19
  126:25
occurred   240:7
occurs   126:23
ocdetf   235:13,15
ocjs   174:2
october   35:7
offenses   140:9
offer   119:18
office   6:3,5 20:20
  20:24 21:10,13
  24:18 25:8,16
  26:10 29:4,5,6,9
  36:2,15 39:19
  43:13 45:4 50:1
  54:19 59:8 62:14
  64:15 68:11,13
  69:7 70:19,23
  78:2,7 79:5,23
  83:1,1,2,8 91:24
  91:25 92:1 102:23
  114:4 117:13
  122:3,4,8 124:18
  125:2 129:23
  130:7,16 133:10
  133:13,17,21
  134:15 137:17
  149:7 152:25
  153:9 161:8 172:7
  175:2,5,7,11,17
  181:3,25 182:19
  183:14 184:8
  185:17 186:7,7
  187:2,20 188:16
  189:7,23 190:20
  191:11 192:24
  193:14 194:1,13
  194:21 212:15,20
  212:22 223:15
  250:7,9 251:4,11
  263:14,16,18,24

264:7,13 278:21
  285:6
officer   20:2 21:5
  31:8 43:20 48:12
  48:14 59:13
  102:18 114:3
  164:15 175:9
  206:1
officers   59:25
  64:22 92:9 98:25
  103:16 163:13,22
  172:19 207:11
  214:18 244:15,19
  247:17,19 248:3
  248:13,19
offices   86:8 225:24
  232:12 279:6
official   29:7 57:22
  101:7 103:8
  287:15 288:21
oh   12:14 13:14
  15:25 17:3 24:4
  28:18 32:10 34:11
  51:16 55:14,16
  75:17 80:6 81:15
  85:14 102:19
  110:9 119:20
  137:8 142:18
  145:5,7 158:22
  163:3 169:16
  172:5,24 173:18
  199:7 207:18
  223:18 236:17
  250:11,18 254:7
  274:24 280:25
ohio   1:2,11,13,22
  3:16 6:5 10:8
  12:25 17:6 19:22
  56:12 75:20 89:25
  94:4,6,8,9,22
  95:10,16 97:12

150:19 151:12
  152:25 153:9
  161:16 172:7
  179:23 200:23,24
  233:8 234:10
  249:8 253:3,22
  254:4,18 267:1
  269:6 278:21
  284:2,7 285:7,15
  286:2
ohleg   253:12,13,15
  254:11
oibrs   254:5,6
okay   11:15,20
  12:21 13:13,16
  14:10,20,23 15:11
  16:2,5,8 17:18,24
  18:5,12,24 19:2
  20:5,15 21:12
  22:2 23:16 24:7
  24:10 25:7,12
  26:17,23 27:1,20
  28:13 29:21 30:8
  30:15 32:13 34:4
  34:11,20 35:20
  36:10 37:17 38:5
  38:13 39:9,15,25
  40:16,24 42:16,23
  43:11,21 44:1,5,12
  44:15,20 45:1
  46:2,16 48:2 49:5
  49:12,15 50:3,20
  51:16,22 53:4
  54:17 55:13 58:12
  58:16 59:5,15,16
  60:4,16 61:12,19
  61:24 62:18 63:4
  63:14,25 64:14
  65:1,7 66:2,18
  69:4 70:11,15
  71:20 72:9 75:9

76:2,8 78:6 79:14
  79:17,22 80:3,13
  80:17,20 81:6,15
  81:15,18 82:24
  83:4,18,21 85:15
  86:12,14 88:9
  89:14 90:9,14,22
  91:12 92:3 93:18
  93:22 94:1,3,15
  95:23 96:18 98:2
  100:16 101:25
  103:10,25 105:4
  105:19,20 106:24
  107:6,15 110:6,16
  111:1,1 112:7,17
  113:5,16 114:21
  115:1,8 116:1,19
  117:2 118:3,6,14
  119:8,17 120:5,11
  121:24 122:18,22
  123:3,5,7,16
  124:12 125:6,23
  126:16 127:18
  128:10,16 129:9
  129:14 130:11,14
  131:3,15,25
  132:13 133:2,7,11
  135:8,17 136:13
  138:4,9,12,17,19
  139:5,12,22
  140:18,23 141:1
  141:13,24 142:2
  142:10 143:1,13
  144:15 145:8,14
  146:1,7,12,17
  147:5,7,13,21,25
  148:4,9 149:4,13
  149:20,24 150:17
  151:4,10,10,16,20
  153:18 154:14,17
  155:6,17 156:16

157:16,20 158:10
158:14,19,23
159:21 160:2,4,17
160:21 162:5,12
162:22,25 164:7
164:18 165:9,17
165:25 166:24
167:6 168:7,10
169:5,14,23 171:3
172:4,15,25 173:6
173:9,18,18,21
174:15,18,19,21
176:21 177:8,11
177:18 178:11,18
178:20 180:13
181:15 182:12,18
184:17,23,24
185:12 189:7
190:14 192:19
193:23 195:4,25
198:6,8,16,19,20
198:25 200:25
203:15 204:9,22
218:17 223:8
226:12 230:19
237:14 239:12
255:11 256:5,10
256:22,24 258:8
258:17 259:13,17
259:19,23 260:1
260:17 261:4
262:2,4,7 263:23
264:6,7 265:6
268:12,12 269:18
270:16,24,25
271:5 272:2,16,19
274:6,24,24 275:2
277:14 278:8,12
279:12,21 280:12
281:24,25 282:6

old   136:25 200:14
228:3
older   228:6
oldest   228:3
once   20:18 127:24
127:25 217:23
one's   208:13,13
211:24
ones   113:13,17
247:7 251:6
online   56:2
op   1:10,12,13
open   26:9 115:14
115:25 116:18
117:6,7 175:8
228:18
opened   115:23
operated   161:11
165:2
operating   161:14
operation   51:9
operational   140:6
163:9
operations   46:18
51:1
opiate   1:5 10:6
103:11 104:12
105:8 169:7
251:25 286:6
287:3 288:3
opinion   96:19,23
119:19
opioid   32:4 56:20
108:16 148:19
149:8 150:7 195:1
195:2,6,11 196:10
196:19 220:11,12
220:20 221:24
222:15,25 245:24
260:2,21 261:2,3
268:15,16 270:3

271:7,15 276:13
276:14
opioids   57:24
104:19 105:15,16
171:10 219:13
220:23 221:2,6,14
222:7,10 236:23
246:6 249:1,5
251:15 265:9,10
265:18,19,23,24
266:3,4,12,22
268:8 269:22
270:19 271:16
274:8,14 275:5,24
276:6,25 277:17
opportunity   22:21
oppose   282:15
opposed   66:22
134:16 170:5
orc   19:18,21
order   180:16
ordinarily   71:13
org   145:2 263:25
264:1
organization
77:22,24 78:8,22
89:25 102:10
104:7 105:13,21
107:1,2 111:11,13
249:9
organizational
64:7
organizations
38:19 69:19 73:23
77:25 78:17 103:4
103:8 105:23
106:21,23
original   270:1
originally   12:24
168:23 199:3

originating   102:10
orr   98:8,22 99:16
otcfa   97:7
otfca   89:25 90:10
97:7,10,11,15
98:14,25 99:11,18
100:9
outdated   168:25
outside   46:21
47:12 73:14
273:12
outstripped
208:18
outweighed
170:19
overdose   123:25
124:25 125:12
126:2,17 128:24
169:7,12 200:9
overdoses   123:14
123:17,20 124:20
125:3,5,21 150:12
159:12
overlap   164:20
oversee   44:14,15
overseeing   73:20
oversees   264:19
overtime   121:8
219:25 220:4
221:12 240:11
ovi   14:4
oxycodone   32:8

p

p   186:19
p.m.   167:11,14
204:11,14 254:23
255:1 261:16,19
282:20,21
package   48:24
packages   114:10
175:9

**pad** 57:1
**page** 7:2 130:13,25
    132:20 133:2
    135:19 136:13
    140:25 144:4,21
    144:25,25 147:23
    147:23 172:10,11
    172:17 241:17
    256:13,23 262:9
    262:10 264:2
    286:13,15 288:7
    289:3
**pages** 131:9
    132:18 179:22
    256:22
**paid** 42:16 114:5
    145:15 212:18,19
    215:3,8 218:12
    242:13,23
**pain** 156:5
**pam** 207:22
    218:14 238:21
    239:9,11
**paolino** 1:17 5:7
    10:5 11:24 12:4
    12:10,11 129:20
    130:5 145:23
    153:7,8 204:15,17
    255:2 261:20
    278:13 279:22
    282:4,10 284:9
    286:8 287:4,9
    288:4,13 289:20
**paper** 64:9 157:8
    223:12 224:7,9,15
    224:17,21,23
    225:23 229:23
    248:10,12 253:21
**papers** 33:18
**paperwork** 14:15
    33:14,19 232:21

**par** 4:3 11:10
**paragraph** 135:18
    148:3 194:21
**paragraphs**
    135:18
**paraphrase**
    269:16
**parentheses** 257:1
**part** 31:19 36:2
    55:18 57:3 61:14
    97:25 100:9
    113:25 114:13
    117:11 130:23
    163:23 172:9
    202:24 205:19
    210:21 236:12
    251:1,4,11,12
    271:15 288:9
**participated** 99:7
**particular** 26:19
    65:14,19,20 66:14
    66:20 67:9 78:25
    84:3 106:5,10,15
    107:15 159:25
    177:23 180:16
    207:19 208:17,25
    212:3 215:22
    216:1,5 217:1
    219:17,19 220:18
    222:1,23,24 224:1
    232:18 239:17
    246:16 257:13
    258:12 279:3
**particularly**
    216:12 217:11
**parties** 180:11
**partly** 166:8
**parts** 71:2 72:4
    130:23
**party** 285:3

**paso** 132:6,11,11
    228:22 255:18
**pass** 25:23 32:2
    167:22 204:8
**passed** 32:7 48:10
    180:6
**pat** 49:19 50:5
    67:21 138:22
    248:23 252:10
**patience** 255:6
**patrol** 21:24 22:4
    25:18 26:3,6,7,14
    26:19 27:14,16,21
    28:25 32:15,19
    49:23 94:10,22
    95:10,17 96:12
    148:11,18,18
    149:8
**patrolman** 94:7
    124:24
**patrolmen** 68:12
    118:1 125:4
**patrols** 27:9
**paul** 131:21
    147:11,11
**pay** 42:8 73:6
    137:9,10 143:3
    207:12 209:12
    214:11 215:7
    243:20 244:18
    245:4,15,18,20
**paying** 41:22 42:5
    124:16 143:4,7
**pays** 139:15
    174:12 205:25
    214:9,14,23 233:7
    236:12 240:16
    245:16
**pd** 40:17,20
**peg** 85:20,22
    158:18

**pending** 244:3,4
**pennsylvania** 4:19
**people** 22:7 31:4
    31:15 34:7 39:18
    47:19 62:1 66:10
    69:18 72:17 74:17
    75:7 78:9 80:14
    87:14 98:25 101:6
    102:20 112:1
    125:22 126:2
    128:4,6,7,8 134:20
    136:23 137:14
    149:18 178:2
    195:19 196:8,12
    196:21 197:2,6
    202:13 203:25
    210:15 215:10
    221:23 229:6
    257:20 267:22
    270:10 271:20
    273:18
**people's** 178:3
**perceived** 202:7
**percent** 24:25 32:5
    212:12 222:13
    224:22 228:9
    256:8
**percocet** 201:16
**percocets** 199:20
**perfectly** 277:10
**performance** 6:6
    153:2,10 278:23
**performed** 250:6
**period** 23:20
    176:15,23 224:2
    224:11 262:21
    279:2,3,14
**periods** 29:18
**permission** 256:7
**person** 15:1,3,4
    31:5 55:4 57:8

73:10 77:3,4,6
78:25 91:11,14
93:13,16 110:19
111:10 114:7
126:19 127:6
128:1,13,24 129:6
134:4 160:15
177:9 178:12
198:3
**person's** 94:15
100:20 127:5
170:23
**personal** 149:6
196:20 260:6,13
260:20 261:1
271:23
**personally** 29:24
36:5 68:25 203:5
271:20 287:11
288:15
**personnel** 39:4
117:13 162:13
222:7
**persons** 79:1
140:9
**perspective** 273:2
**pertains** 188:21
189:12 190:4,24
**pharma** 1:10,11
1:13 4:9,9 185:9
185:10,11,14,20
**pharmaceutical**
11:11 150:20
151:13 172:9,12
172:16 176:12,14
176:22 256:15
262:10,14,20
263:1,2,9,14
278:16 280:3,6
281:6,10,18

**pharmaceuticals**
4:3,3,9 136:16
140:5 188:9
281:16
**pharmacies** 168:2
179:1 266:11,21
280:24,25 281:19
**pharmacist** 56:22
**pharmacology**
57:14
**pharmacy** 61:8
63:2 150:24 151:1
266:3 269:3 280:9
281:16
**philadelphia** 4:19
**phone** 11:7 37:6
48:9 72:17 75:8
75:11 78:4,4
83:15,22,25 84:2,3
109:22 168:16,20
226:16 236:4
237:23 245:3
286:3
**phones** 205:11,17
205:21 214:12
226:2,4,5,5,7,15
226:19 227:12,15
227:23
**photos** 224:20
**phrase** 194:23
**physical** 19:8
223:12 225:7
**physically** 225:19
253:21
**pick** 53:22 75:16
**picked** 104:20
**picture** 266:24
**piece** 64:9 122:7
**pieces** 59:14
205:12 220:18

**pill** 60:15 61:9,9
67:14,17 152:4,18
160:1,3,12 161:2
161:10,13,21
162:11
**pills** 159:23
160:17 170:18
180:8 258:12
267:23 269:13
280:7,14,17,23
281:17
**pinning** 197:21
**pitch** 95:15
**pitched** 95:24
**place** 18:22 70:20
93:2 98:10 99:18
133:17 175:6
284:20
**placed** 22:22
**places** 76:13 90:4
232:6
**planes** 23:1
**planned** 83:6
**pleasant** 2:6
**please** 10:9 11:7
11:22 12:8 22:1
28:16 48:4 54:7
60:3 79:12 89:23
96:20 134:3
135:25 136:22
138:12 150:16
152:22 164:6
198:7 213:1
228:25 264:15
266:16 286:11,11
**po** 178:16
**point** 21:8 41:14
54:21 63:19 118:9
118:13 125:4
204:3 237:15

**police** 19:4,7,19
20:2 38:9 40:18
40:21,25 41:1,2,3
41:5,10,22 42:4,6
67:21 100:16,23
102:1,14 124:6
136:24 138:23
214:18 218:21,22
**policies** 165:13,15
**policy** 165:4,9,10
165:18 228:11,16
**polster** 1:8
**popular** 53:23
107:25 108:3,6
**porter** 3:14 4:4
11:3
**porterwright.com**
3:17
**portion** 117:24
145:18 165:17
206:2 212:18,19
243:13
**position** 35:12
36:24 37:1,19,20
99:11 174:11
**positions** 26:8,9
39:14
**positive** 46:15
**possible** 65:18
219:16,23 220:2
221:16,19 258:14
**possibly** 269:24
**post** 26:8 175:2,5
175:11,17
**postal** 109:9 175:6
175:12
**pot** 52:17 108:6,8
**potent** 114:23,25
**potential** 161:21
197:14 201:10

**potentially** 126:18
152:16 224:11
253:1
**pounds** 136:5
137:24 138:13
**practices** 266:25
268:20,25 269:10
**predecessor** 217:7
**prefer** 121:3
175:16
**pregnancy** 200:6
**prepare** 14:11
89:2 239:8 248:3
**prepared** 87:16
98:18 234:20
239:3
**prepares** 87:19
98:21 239:9
275:10,12
**preparing** 239:6
257:8
**prescribed** 112:6
171:15 201:14
222:10
**prescribing** 61:8
265:8 266:25
268:19,25 269:9
269:21,21 273:13
**prescription** 1:5
10:6 16:17 28:24
32:3 56:20 57:1
57:17 67:10 78:22
112:14,18 152:12
159:23 170:6,12
170:13,18 171:8
179:13 191:3,7,21
197:3,14 201:2,11
202:8,16 203:20
221:13,24 222:15
222:25 252:25
257:21 260:2,22

262:15 267:23
268:8 269:5,21
270:19 271:16
274:8,14 275:4
276:6 280:19
286:6 287:3 288:3
**prescriptions**
56:25 152:5 161:9
268:21 269:12
271:12 272:5
273:14
**presence** 284:15
**present** 4:22 15:9
**presentation**
276:2
**presentations** 67:7
275:10,12,18,23
**president** 233:10
**president's** 84:19
**press** 160:1,3,12
**presumptive**
246:9
**pretty** 42:25
102:21 120:6,6
129:11 136:6
202:17 205:7
208:20 221:3
272:3
**prev** 268:22
**prevalent** 268:22
268:23
**previous** 254:13
**price** 41:19,20
**primarily** 207:1
**prime** 18:22,24
**print** 145:1
**printed** 130:10
224:21
**prior** 35:11,14
36:3 99:16 153:21
173:7 211:22

235:21 242:9
**prioritize** 66:14
**priority** 66:17
106:5,9 107:3,13
**prisoners** 25:21
**privacy** 260:6
**private** 19:16
20:10
**privy** 32:11
**proactive** 148:13
149:15,19 150:1,6
**probably** 13:14
14:18 15:8 19:1
21:16 29:13 32:21
33:9 38:7 52:15
54:4,18 69:15
77:1 94:24 95:13
104:2,3 124:24
125:19,20 138:14
143:13 147:11
157:4 165:7
166:25 167:23
170:8,16 174:10
174:19 198:5
199:8 204:4
209:12 210:24
211:1,14 214:5
223:6,19 237:15
238:6 241:9
246:25 247:1
256:7
**probation** 103:15
**problem** 92:21
184:23 221:21
255:8 261:8 270:9
272:8 273:3
**procedure** 12:1
165:4,9,10,18
283:7 287:5 288:5
**proceed** 23:8
239:17

**proceeds** 213:9
214:1 239:13
240:5,23 243:1
**process** 92:18
202:24 206:8
239:18
**produced** 14:16
282:9
**produces** 59:19
**product** 258:4,9
**production** 53:14
255:23 256:3
286:15,17,22
**productivity**
222:9
**program** 136:20
137:7 231:7
**progress** 34:22
**project** 176:20
206:16 212:23
213:3,3,4,6 242:15
**projects** 65:9
**promoted** 32:23
32:24 33:7,22
34:2
**promotional** 24:6
**property** 59:13,14
113:17 206:1
**proposal** 120:23
**prosecute** 257:20
**prosecuted** 128:3
128:6 201:23
**protected** 260:24
261:3
**protection** 260:13
**provide** 25:18
256:1 257:9 277:9
**provided** 11:25
75:20 168:22
180:7 255:22
256:19

**provides** 84:21,23
168:25
**proximity** 166:13
**prudential** 3:5
**public** 43:19 95:12
147:18 234:9
244:1 247:12,16
284:7 285:14
287:10,18 288:15
288:23 289:23
**pull** 132:9 143:6
**pulled** 23:5 156:22
**pulling** 76:13
156:25 264:3
**pulsipher** 2:17 5:9
10:17 167:22
204:16,18 254:21
**purchase** 88:4
111:8 178:6 208:2
**purchased** 114:4
156:20 160:3,11
168:23 247:9
280:16
**purchases** 206:21
245:23 280:17,17
280:22
**purdue** 1:10,11,13
185:9,10,11,14,20
**purely** 115:23
**purpose** 238:24
**purposes** 129:25
153:4 208:10
226:7 238:12
**pursuant** 283:3,6
**pursue** 19:10
126:18 127:3
165:14
**pursuit** 165:13
**put** 26:10 46:1
61:18 76:15 87:21
131:19 136:6

149:14 156:23
173:11 200:22
208:14 234:6
246:13 269:3
278:9
**puts** 59:19
**putting** 134:14,18

**q**

**qrt** 250:22 251:1,4
251:8
**qualifications**
26:13
**qualified** 284:8
**quantities** 54:13
78:19 107:23
111:21
**quantity** 111:8
**quarter** 229:11
**quarterly** 6:8
85:19 87:1,2,13
89:6 90:1,2 98:3
98:15 103:16
115:22 122:16
132:3 140:17
207:24 238:10,22
**quasi** 174:6
**ques** 60:22
**question** 28:15,17
30:21 36:8 38:15
42:2 44:24 47:9
47:16,23 53:8
58:5,16 59:1
60:25 70:22 71:7
71:8,16 78:15
80:20 81:17 82:5
82:13 87:11 93:4
93:12 97:3 99:18
103:2 106:8
112:10 116:8
122:15 128:18
133:25 134:13

139:9 149:3
153:15,19 156:15
160:25 161:19,23
163:8 164:4
172:17 173:17
176:13,24 177:8
182:6 184:6,11
185:7 186:3,10,16
186:25 187:5,10
187:17,22 188:3
188:14,24 189:5
189:14,21,25
190:6,17 191:1,9
191:24 192:9,22
193:7 202:11
203:23,25 204:5
207:10 208:24
209:17 210:2,13
213:17 215:5
216:14 218:16
219:21 220:13,22
220:24 221:18
222:18 225:15
226:10 227:20
230:11,23 236:25
242:7 246:1,3
249:3 251:17
255:14 257:23
258:7,21 260:22
260:24 261:11
262:17 263:4
265:12 266:6,14
267:13 270:1
273:22,24 274:10
274:25 276:16
277:11,22 280:21
281:13
**questioning**
282:10
**questionnaire**
172:6

**questions** 90:12
92:8 126:6 128:2
128:15 129:5
156:24 161:18
167:20 168:2
172:10,12,13,17
176:12 181:14
204:20 222:22
223:9 255:10
256:16 262:1,11
277:25 278:3,10
278:16 282:5,12
**quick** 135:24
250:22
**quickly** 148:7
**quit** 21:18
**quite** 23:2 68:20
117:8 118:2
170:18

**r**

**r** 4:12 69:24,24
**rac** 79:19,21
118:21
**racs** 119:6
**radio** 23:6
**raise** 237:6
**raised** 200:1
**raleigh** 243:8,9,10
243:11 244:7
**ran** 18:23 91:22
99:16 126:8
171:21
**random** 167:17
**range** 85:11 154:8
**rank** 34:16,17
38:2 75:25 95:9
95:13 116:6,9
**ranks** 34:22
**rarely** 175:3
208:22

[rate - relates]                                                    Page 35

rate  180:7
rbrodsky  3:22
reach  74:1
reached  92:22
  240:3
reaching  92:12
read  82:6 113:6
  114:25 141:4
  148:7 179:19
  269:2,23 270:17
  270:21 272:3
  287:5,6,12 288:5,6
  288:17
readily  53:17
reading  269:9
  286:19
reads  262:10
ready  204:7
real  57:1 76:12
  92:8 105:20
  135:24 197:20
  220:7 234:13
reality  87:9
realized  270:8
really  24:8,23
  36:11 67:2,5
  68:18 80:11 96:4
  113:19 115:6
  126:25 147:8
  149:25 156:24
  162:8 163:23
  170:15 199:17
  216:19,24 220:7
  220:16 227:3
  231:8 243:22
  244:24,25 249:24
  253:16,17 263:5
  270:8 276:1
reason  13:6 35:9
  157:24 216:21
  260:23 286:14

288:8 289:3
reasonable  131:19
reassign  26:13
rec  177:3
recall  14:6 28:23
  29:1 91:13 171:19
  178:23 197:19
  216:20,21 217:1
  217:22 237:17
  243:15 248:18
  262:22 269:9
  276:22 280:1,13
  280:18 281:6
receipt  286:18
receive  207:3
  215:16 237:20
  239:16 259:8
received  92:6
  211:2 213:25
  235:8 241:4,7
  242:19,25 247:20
  259:19
receives  207:9
  218:21
receptors  57:25
recess  64:3 118:17
  167:12 204:12
  254:24
recognize  131:7
  153:16 238:17,18
  268:13
recollection
  171:11 177:4
record  10:2,10
  11:8 12:9 42:3
  64:1,5 92:11 93:2
  118:15,19 130:4
  136:12 167:10,14
  204:10,14 231:3
  232:4 244:1
  254:22 255:1

260:19 261:5,14
  261:15,17,19
  271:3 272:22
  282:19 288:9
recorded  88:24
  232:19
records  32:12
  232:7,9 233:5
recovery  105:13
  105:14
recruit  95:3
redactions  92:18
reduce  209:13
  274:23 275:4
  276:5
reduced  234:7,16
  234:20 284:14
reed  4:17
reedsmith.com
  4:20
refer  73:11 115:16
reference  148:10
  166:5 194:23,24
  286:7 287:2 288:2
referenced  284:13
  284:18 287:11
  288:15
referred  154:25
  155:9,10 252:18
  252:21 253:12
  268:14
referring  54:15
  79:3 110:2 121:18
  122:13 130:9
  132:16,25 136:8
  137:25 166:17
  195:17 281:18
reflecting  155:1
regarding  181:6
  182:3,24 183:19
  185:4,20 186:13

187:7,25 188:20
  189:11 190:3,23
  191:21 192:12
  193:3,17 194:4,16
  198:21 202:6
  203:18 283:2,11
region  80:25
regional  118:22
regions  122:12
regular  22:7 89:5
  89:6,21 105:25
  205:20
regularly  81:10
rehab  200:3,4,7,8
reimbursed  233:3
reimbursements
  222:8
relate  31:1 181:7
  182:4,25 185:5,21
  219:13 220:11
  245:23 262:15
related  29:17
  30:19 31:13 36:5
  60:17 80:9 83:24
  97:24 109:17
  111:15 113:11,21
  116:23,24 117:14
  123:17 129:7
  134:13,17 135:19
  140:9 148:23
  149:8 159:6 166:7
  183:20 186:14
  187:8 205:4
  220:12 222:7
  235:10 236:23
  243:3 249:1
  251:15 253:23
  259:5 268:3
relates  1:9 58:13
  188:1 191:22
  192:13 193:4,18

194:5,17
**relating**  128:5
263:1 266:15
267:17
**relations**  147:18
**relative**  285:2
**relevant**  227:15
257:20 260:14
282:10
**remarks**  194:25
**remember**  27:18
29:17 33:6 52:16
55:5 56:17,18,23
57:3,5,7 62:16,17
70:6 77:3,13
91:18 93:3 95:12
95:25 103:7
104:19 120:12
127:12,14 170:16
170:22,24 171:7,9
171:9,10 173:25
177:20,21,22,23
178:8,18,21
197:13 200:13
216:17 217:4,20
219:9 223:25
228:7 229:15
235:18 240:8,9
259:9,11,16
**remembering**
177:5 178:5
216:15 244:6
245:10
**reminderville**  41:3
218:22
**removal**  142:20
**removals**  132:21
**removed**  73:15
**rent**  205:16
**repair**  51:17

**repairs**  240:18
**rephrase**  71:16
112:9 149:3
**replace**  208:3
**replaced**  49:20
76:25,25 77:4
98:9 206:12
**report**  6:3,7,9 31:9
37:23 38:9 43:22
43:23 44:17 45:5
45:10,11 48:24
54:25 61:20,25
62:1 67:16 79:7
79:10 85:18,19
122:10,19 129:24
130:7,21 132:18
133:23 134:14
135:2,3,9 136:9
143:24 144:20
153:2,10,22 155:4
157:9,15 158:2
166:6 171:21
176:13 194:20
238:11 239:8
241:15 242:17
254:14 264:12,17
264:21 269:2,8
270:17,21,22
278:23 279:15
**reported**  38:5 43:3
43:8,9 44:3 62:25
224:17
**reporter**  5:18
11:22 28:16 153:7
191:15,19 238:15
287:7
**reporter's**  5:15
284:1
**reporting**  38:6
44:22 45:13 80:14
85:16 102:15,20

158:11,12 176:15
176:23 254:4,18
254:19 262:21
**reports**  85:21
119:7 120:19
130:17 156:8
157:19,21 207:25
238:22 239:7
248:4 253:11,15
253:23 254:6,9,11
264:12,20 265:1,2
272:2
**represent**  141:10
141:11 255:5
261:25
**representing**
92:16 204:18
**represents**  112:21
**request**  92:10
258:24 282:15
288:9,11
**requested**  133:19
283:1,6,10
**requester**  156:9
**required**  286:25
**resche**  89:11
**researches**  76:12
**resembles**  203:17
203:17
**reserve**  282:11
**residences**  200:21
**resident**  79:21
118:22
**residents**  180:8
**resistance**  59:21
**resources**  73:25
84:14 209:24
244:23
**respond**  123:20
125:3,12 164:9
169:11 250:19

**responded**  52:6,12
125:15
**responder**  124:25
**responding**  28:9
52:15 123:13,14
124:19 125:21
163:22
**response**  23:18
126:2 128:24
229:20,21,25
238:2 250:23
256:19
**responsibilities**
22:5 25:13 50:23
51:23 60:17,20,21
72:13 124:19
205:3,6
**responsibility**
52:18 55:19 65:23
104:21 123:17
195:21 196:9,15
205:11 211:8
**responsible**  51:10
73:18 158:20
196:9,18 207:1,7
**restricted**  224:1
235:24
**restrictions**  236:2
236:16,18 240:22
240:25
**result**  127:18
**retained**  5:18
**retired**  35:12,16
49:19 114:15
**retirement**  114:18
**retiring**  35:11
**return**  24:15
**returned**  29:2,8,9
31:7 286:18
**revealed**  178:13

**revealing**  162:14
**review**  121:20
  255:23 256:2
  283:2,6 286:12
  287:1 288:1
**reviewed**  14:15
  262:18 275:22
**revised**  19:22
**rhoades**  43:25
  44:2,14,19 45:12
  45:25 54:16 55:3
  105:2,3 252:8
  264:17
**rice**  2:4 10:12
**richard**  3:20 11:4
**rid**  136:25 224:7
  228:14
**right**  12:11 13:6
  13:21 14:22 15:6
  18:2,18 20:23
  27:4,13 29:23
  30:2 34:12 35:24
  38:11 39:3 42:12
  42:14 43:2,15
  46:20 47:25 53:24
  54:2 62:7 63:12
  65:24 66:11 69:7
  70:18 72:12 80:7
  85:7 87:7 88:23
  93:3 97:18 98:5
  99:3,22 101:9,16
  102:12,16 103:1,3
  105:22 106:20
  108:12 111:6,23
  112:15,20 113:10
  116:3,13 117:20
  117:20 120:3,3
  123:9 125:13,17
  128:22 129:17
  131:25 132:24
  133:3 135:8,17

139:7 140:25
141:16 142:13
143:16,21 144:2
144:19 145:1,17
145:22,24 146:4
146:22 147:9,16
154:23 155:14
158:10 163:3
164:1,23 166:3
167:1 170:1
180:23 181:5,13
181:24 182:23
183:7,13,18 184:2
185:3,9,16,19,25
186:6,12 187:19
187:24 188:11,19
189:2 190:19
191:6 192:3,6
193:2,11,14
194:10 195:15
196:12 199:5
201:7 204:6
234:19 235:1
241:18 242:12
247:24 251:20
257:4 271:11
273:8 275:9,20
282:2,11
**rion**  2:5 10:14,14
  211:18 227:18,25
  275:6 277:3,20
**risk**  113:17
**rite**  193:9,10,12,17
**roadmap**  167:15
**roadways**  166:15
**robert**  59:23
  215:13
**role**  49:14,16
  55:25 72:20 73:2
  73:17 74:13 76:10
  89:17 103:5

104:11 239:6
**room**  69:9 81:22
  82:20 210:4,5,6,19
  210:19
**ropes**  3:4,9 10:20
  10:22
**ropesgray.com**
  3:7,11
**ross**  140:3
**rough**  115:11
**roughly**  167:21
**route**  26:20 30:5
**routes**  84:18
**routine**  181:16
**rpr**  1:25
**rule**  71:22 253:22
  254:10,10
**rules**  12:1 165:22
  219:1 239:23
  262:3 277:10
  283:3,7 287:5
  288:5
**ruling**  282:14
**run**  118:1 124:1
  205:22 213:8
**running**  73:19
  116:21
**runs**  98:6 137:7,9
**runway**  22:16,16
  22:23 23:2,5,11
**runways**  22:15
**ryan**  60:10 146:15
  171:24 215:14

**s**

**s**  20:11,12,13,13
  286:15 288:8,8
  289:3
**sacs**  20:10,23
**safe**  67:4 180:6
**safety**  95:12
  163:13,18 234:9

**salaries**  205:23
  214:16,21 215:2
  244:19
**salary**  41:22 42:5
  42:8,10,16,18
  77:18 124:16
  154:10,11,16,19
  174:12 205:24
  206:2 214:14
  236:12 237:2,3
**sample**  246:13
**san**  2:18
**sara**  3:15 11:2
**saucedo**  4:17
**save**  224:22
**saves**  169:1 230:15
**saw**  24:23 54:11
  166:5 199:12
**saying**  102:3
  119:11 123:22
  128:17 151:3
  171:17,18 174:9
  174:13 205:14
  210:3 214:7 224:8
  228:8 260:19
  263:6 268:24
  269:20 271:2,3
  274:17 279:3,8
**says**  140:7 141:8
  142:20 144:7
  145:23 146:4,8
  147:23 173:16
  176:15,21 177:9
  256:25 257:4
**scalise**  59:23,23
  64:16 137:23
  146:15 215:13
**scene**  124:8 127:8
**scenes**  28:9 125:13
**schedule**  175:14

scheduled 22:10
81:10 89:12 199:4
scheduling 34:23
55:11
schiavone 3:15
11:2,2
scholer 4:4
school 17:20,21
18:3,13,14,16,19
18:20 20:21 55:9
scientific 203:18
scope 46:14,17
63:6
scott 37:14,16
126:8
scroll 277:15
seal 285:6 287:15
288:21
search 132:7
170:17 177:25
178:13
searches 140:10
seasoned 129:12
second 29:20
117:9 148:10
279:20
secret 36:16 91:21
secretary 75:12,16
75:19 88:8,9,10,11
88:12,17 146:5
206:1
section 135:22
165:20 179:23
secure 73:6
see 21:22 49:17
52:21 53:16 54:10
107:16 119:2
124:10 127:9
132:22 133:5,6
140:11 141:8,17
144:24 145:19

147:8 155:18
167:7 172:8,15,20
177:1,12,13 201:7
207:23 219:17
232:24 233:5
241:19 256:25
259:5 262:12,22
264:23 272:4,4
282:15
seeing 54:1 107:17
107:22 136:4
seek 92:17
seen 82:19 145:12
179:16
segregated 205:13
seiz 54:12
seize 213:7,8
seized 111:20
136:5 140:24
141:3,12,14,18
156:20 170:8,13
170:20 171:5
221:8 229:6,8
257:5,14
seizing 54:12
seizure 170:15
213:12 219:9
243:13
seizures 45:3
123:1,1 132:7
170:4 229:7
sell 213:9
selling 41:14
110:18 195:20
semi 6:6 153:2
semiannual
153:10 155:4
278:22
send 22:12 88:20
103:18 131:20
158:16,17 226:21

227:6 250:3
sending 105:25
seniority 26:10,12
sense 65:18 109:1
110:25 115:10,11
116:4 126:22
127:4
sent 24:24 66:21
123:5 247:15
sentence 140:7
144:7 148:11
separate 135:22
september 24:17
285:17
sergeant 32:23
33:5 34:16,17
48:25 49:5,7,8,15
49:19,19 50:3,5,7
50:8,12,16,24,25
52:1 54:9 61:25
62:2 69:21 74:18
75:3 76:1,3 82:3,9
100:3 137:22
146:8 217:4
247:15 248:15
251:7,9 275:13
sergeant's 83:2
sergeants 50:21
82:25
serve 33:14 76:6
served 204:4
service 21:15
26:14,16 27:11,18
192:15,17,20
193:3 250:10,13
250:17,20
services 6:6 25:18
133:17 153:1,10
172:8 250:6
278:22

set 40:10 82:1,7
129:4 137:12
205:8 209:20
285:6
setting 73:19
seven 14:8
share 65:11 69:13
69:16
shared 201:19
231:18
sharing 40:1
shaun 4:23
she'll 61:25 75:2
shearer 68:15 69:1
70:2
shearer's 83:1
sheet 229:5 239:1
248:5,7,8 286:13
288:7,10,18 289:1
shelf 248:1
sher 137:6 190:14
sheriff 24:20 25:2
25:3,4 37:5,7
43:10 44:8,9 45:6
46:11 55:6 73:14
87:1 104:25
130:16 148:1
149:20,22,23
150:14 174:12
185:25 194:25
203:16 206:15
219:4 250:3 252:6
252:7 264:22
265:2
sheriff's 6:3 20:20
20:23 21:10,13
24:18 25:8,13,16
26:9 29:3,3,5,6,9
36:2 43:12 45:4
49:25 54:19 59:6
59:8 62:13,14

**[sheriff's - speculating]**                                                                   Page 39

64:15 70:19,23
102:23 114:4
117:13 124:18
125:2 129:23
130:6,16 134:15
137:17 149:7
165:13 181:2,24
182:18 183:14
184:3,8 185:12,16
186:6,7 187:2,19
188:16 189:7,23
190:19 191:11
192:6,24 193:14
194:1,13,21
212:15,20,22
241:15 250:7,9
251:3,10 263:13
263:16,18 264:13
266:1
**sheriffs**  21:21
**shift**  27:8
**short**  23:9 34:5
49:18,21 214:6
**shorter**  168:3
**show**  116:14
120:20 122:25
233:2
**showing**  19:18
165:8
**shown**  286:16
**shows**  82:20
**shut**  74:3 92:18
**sic**  190:23
**sick**  31:23
**side**  39:22 101:21
241:18
**siegel**  122:3
**siegle**  85:21 86:4
**sign**  48:19,20
206:13

**signature**  283:5
285:13 286:14
**signed**  148:1
202:15,20 287:13
288:18
**significant**  117:24
**significantly**  242:5
**signing**  286:19
**silver**  41:4
**sincerely**  286:21
**sir**  260:1 286:10
**sister**  15:25 16:1,3
198:15 199:2,12
201:1,4,6,15
**sister's**  198:23
**site**  36:15 150:10
256:6
**sits**  86:24
**sitting**  272:23
280:1,13,18
**situation**  209:8
231:16
**six**  14:8 80:19,22
120:1 128:3
**size**  120:8 211:16
212:6 234:5,21
236:4 246:24
**skills**  148:15
**skip**  149:12
**small**  13:23 23:25
114:16 209:11
217:5 278:3
**smaller**  234:2
**smart**  226:4,5
**smith**  4:17 20:1
183:5,6,8,19
**sold**  126:19 128:7
128:13
**solic**  98:12,23
**solutions**  4:2
286:1 289:1

**somebody**  30:5
44:18 47:3 67:16
82:3,9 93:6,22
165:14 199:15
274:1
**someone's**  152:5
164:15 253:10
**sorry**  11:20 17:8
17:18 19:21 28:18
28:20 32:10 40:23
42:2 47:17 49:12
51:14 54:16 55:14
56:18 58:25 59:3
60:12 62:4,13
64:20 82:6,15
86:10 90:7 91:11
91:17 93:5 97:6
103:19 105:19
110:9 129:18
131:13,14 136:10
137:17 144:3,18
144:24 151:5
157:13 169:16,19
171:13 172:22,24
185:1,13 186:7
191:16 194:25
196:24 200:19
207:6 209:7
210:18 211:19
212:15 220:24
226:11 227:10,21
229:24 231:2
243:9 248:6
251:23 254:7
260:10 266:17
272:16,18 273:7
274:12 281:1,14
**sort**  60:20 71:4
99:12 107:2 120:7
164:24 174:6
204:24 226:25

229:17
**sounds**  174:5
**source**  48:19,20
84:18 109:19
132:1 133:7
154:18 166:12,13
166:16,19 207:9
212:19 213:18
**sources**  132:2
171:16 202:15,19
213:25 215:3
220:3 227:7 235:4
**south**  1:21 2:6
3:15
**southern**  109:10
161:16
**sparked**  19:20
**speak**  14:24 69:6
**speaking**  206:6
**spec**  3:2
**specgx**  10:20,24
**special**  39:24 41:8
55:5 79:4,24
119:5,23,25
**specials**  21:3
**specific**  60:17,19
165:12,18 198:11
202:5 208:6
210:11 235:24
237:17
**specifically**  29:1
58:11 70:10
117:18 221:13
245:23 246:2
268:5,7 275:23
**specificity**  198:3
**specifics**  161:15
**specified**  284:21
**speculate**  272:15
**speculating**  97:4
116:12 222:20

229:22
**speculation** 96:17
97:5,6 181:22
182:15,21 183:3
183:10,16,22
184:11 185:7
186:3,10 188:14
192:22 227:20
228:1 277:4
**speed** 30:4
**spell** 20:11 79:13
**spend** 40:8 102:19
121:8 207:16
211:2 219:11
221:21 236:5
**spent** 27:7,8
206:10 209:14
213:23 219:24
233:13 247:10,13
**spike** 134:23
159:11
**spiked** 134:23
**spiking** 272:6
**spit** 28:14 42:1,2
**split** 85:3,12
**spoke** 14:18 15:19
22:11 74:24 197:2
211:24 271:20
**spoken** 15:14,17
80:5 197:7 233:16
**sponsors** 137:1
**spot** 167:1
**spreadsheet**
158:17 230:5,8,9
230:17
**spreadsheets**
230:7
**spring** 137:5
259:13
**springfield** 41:1

**squad** 60:14,15
61:3,4,7 62:9,14
125:1 251:19
274:2
**square** 4:18
**ss** 284:3
**sschiavone** 3:17
**stable** 200:21
**stacey** 88:15 89:2
140:1 146:6 206:1
**stack** 59:17
**staff** 39:11 45:4,8
81:7,11 86:19
87:24 210:20,20
210:22 214:3,4,11
214:15 216:4
220:19,23,25
221:5 276:19
277:1,18
**staffed** 163:4
**staffing** 40:5
246:20
**stamped** 130:12
**standing** 184:13
**stark** 200:24
**start** 12:8 20:19,22
21:7,8 39:6,7 46:9
58:9 81:19 94:25
157:2,2 159:9
176:20 180:20
196:22,23 197:2
198:9 215:21
217:24 236:1
240:21 269:10
270:24
**started** 16:16
19:18 23:25 24:17
25:9 26:19 50:13
52:14 53:16,25
54:1,12 62:10
68:19,21 70:2

77:14 91:7 104:6
104:9 108:1
125:12,20 157:9
169:23 198:14
199:19,20 201:2
202:16 216:17
217:3 241:5,6
246:23 247:23
268:19,20,25
269:7
**starting** 172:11
269:22
**starts** 25:11,15
111:10 124:23
172:10
**stat** 229:5 230:25
**state** 10:9 11:7
12:9 42:22 57:21
84:17 90:5 94:3,6
94:8,10,22 95:10
95:16 97:20
134:24 150:19,23
151:1 154:20,21
155:24 202:15
206:4 207:4
208:13,15,15
212:2,11,19,23
213:6,8,25 233:23
234:10 236:15
249:10 267:1
269:3,6 284:2,7
285:15 287:10
288:15
**statement** 40:4
107:14 169:4
287:13,14 288:19
288:19
**states** 1:1 10:7
66:5 84:21 92:16
**statistically** 170:7

**statistics** 131:18
132:1,2 136:14
140:13 143:18
155:8,19,22,25
243:14
**stats** 62:25 73:4
85:19 111:19
115:16,17,22
116:13 122:10,13
122:16 132:4,4,17
132:25 133:1,19
133:19,21 140:17
140:19 142:25,25
153:20 154:25
155:2,11,16 165:8
173:22,24 229:10
255:20
**status** 76:20
**stay** 117:7 228:18
278:9
**stayed** 33:8 34:5
211:10
**stella** 60:13 61:2
62:3,5,8,15,20,24
67:12 103:23,24
104:15 146:18,19
150:21,25 151:11
162:3 173:8 174:5
215:13 251:19
252:3
**stella's** 67:20
173:24
**stem** 38:20
**stenotypy** 284:14
**step** 263:21
**stephen** 1:25
284:6 285:14
**stepping** 144:16
**steroid** 178:12
**steroids** 177:25
178:14,17

steve 44:8
sticks 198:14,17
stint 28:25
stop 19:17 109:16
  112:11 137:12
  270:20
stopped 96:6
stoppers 75:4
stopping 110:13
stops 28:2 114:10
  149:16
stored 156:11
  232:21
stories 203:8
story 21:25
stow 41:10,13,15
street 1:21 2:13,18
  2:23 3:5,15 4:18
  68:11 142:22
  143:1 273:25
streets 142:21
strike 159:20
stronger 159:3
study 203:18
stuff 45:12 58:21
  96:5 138:9 139:2
  168:21 214:13
  225:5
subgrant 6:9
  238:10
subgrantee 206:15
subject 17:8
  152:11 177:24
  224:17 282:14
subject's 170:24
submission 130:20
submit 120:19
  122:16 132:7
  156:19,22 157:10
  157:15 253:11,15
  254:6,12 255:20

submits 75:1
subscribed 287:10
  288:14 289:21
substance 204:1
substantial 28:5
  171:22
succeed 28:15
success 111:15
successful 127:19
successfully 128:3
  200:1
sued 29:24 30:2
suing 30:6
suit 180:14
suitable 49:3
suite 3:16,21 4:18
  286:2
sum 242:19
summ 281:22
summer 50:11
  259:14
summit 1:13 2:2
  6:3,4,7,9 10:13,15
  29:11 30:16 35:4
  35:10 37:18 38:10
  38:12,17 39:5,22
  43:12,19 46:18,19
  46:21 49:25 51:25
  59:6,7 61:15
  62:13 63:7,11
  64:8,15 65:23
  66:1 67:8,15,24
  70:16,18,23,24,24
  71:2,4 72:4,10
  73:13 80:23 81:1
  84:10,24 85:1
  90:18 97:16
  100:17 101:8,19
  101:23 102:22
  103:5,11 104:11
  105:8,23 107:25

109:6 112:11,22
113:12,25 117:11
117:12 124:18
129:23,24 130:6,8
130:16 137:7
138:3,9 140:8
144:7,8 149:7
153:3,12 159:7,22
161:11,14 166:4
166:14 179:2
195:7,11 196:10
216:7,10 238:11
244:18 247:12,16
251:24 263:6,10
263:13 265:7,16
265:21 268:17
269:5 270:3 271:7
272:9 273:3
276:13 279:5
281:23
superior 286:1
supervisor 22:11
  49:23 51:4 79:6
  100:4 145:23
  146:2
supervisory 49:14
  49:16 50:8,12,21
  50:24,25 55:25
  69:20,21
supplemental
  237:22
supplier 128:12
supplies 144:7
supply 40:2 78:10
  84:18 191:3,7,21
  245:7
supplying 196:6
support 40:3 96:7
supposed 27:5
  34:25 36:16 66:14
  87:5,7 92:12

129:6 248:9
sure 13:2,5 15:22
  15:23 17:16 19:24
  23:2 30:24 32:6
  34:24 37:12 39:13
  39:17 42:15,25
  46:23 53:1 58:1
  63:22 73:4 74:11
  74:11,17 75:17
  81:2,13 84:4
  90:11 96:13 97:22
  98:13 101:1
  106:11,11 107:4
  111:6 112:16
  115:15 119:13,15
  119:20 120:24
  122:8 123:24
  124:9 125:10
  130:14 138:6
  140:20 142:18
  148:6 151:14
  156:15 160:16
  161:3 171:21
  175:18 177:6,19
  179:4 195:22
  197:11 206:24
  219:25 224:15,22
  225:6,9 226:23
  228:21 229:2
  235:22 240:24
  241:16 243:6
  247:5 256:8 259:3
  260:11,18 261:5,6
  261:12 271:3,10
  271:11 272:19
  274:3 275:8,15
  276:1,9 278:19
  280:11
surveillance
  109:23 240:19
  245:9

**suspect** 160:6
**suspected** 160:8
**suspended** 23:12
**suspicious** 149:18
**swat** 46:8 51:12
  220:8
**swear** 11:23
**switch** 224:7
**switched** 154:12
  197:4 199:22
  224:3
**sworn** 12:2 284:10
  287:10,13 288:14
  288:18 289:21
**synthetic** 108:16
**system** 84:16
  91:23 134:5 158:8
  168:25 229:13,18
  254:4,18,19

**t**

**t** 37:16,16
**table** 130:24
  132:20 133:3
  136:15 141:15
  142:19 241:18
**tables** 132:19
**tablets** 226:25
**tactical** 60:15 61:3
  61:6 62:8 274:2
**tactics** 110:23
  180:6
**tags** 59:16
**take** 14:3 17:12
  31:23 41:16 48:12
  48:14 52:22 53:6
  61:1 63:20,24
  70:20,25 71:17,25
  72:1 77:23 79:2
  91:12 93:11 96:20
  106:14 135:8
  137:13 139:3

153:14 163:24,25
167:7 204:7
209:21 219:4,10
254:21 263:21
**taken** 1:20 18:6,7
  56:2 58:10 64:3
  93:2 100:5 118:17
  199:24 204:12
  217:18 219:6
  253:20 254:24
  284:20
**takes** 71:22 73:24
  138:24
**talk** 15:2 25:7 39:8
  69:10 81:13 83:3
  86:15 92:13 95:4
  119:23 163:20
  198:14 201:5
  216:18
**talked** 15:25 19:19
  36:20 37:5 54:8
  96:1,1 115:21
  123:11 162:12,13
  169:18 174:23
  276:18 281:4
**talking** 78:12
  97:15 104:22
  202:20 209:19
  230:25 235:12
  239:20 243:23
  249:5 280:9
  281:15
**talks** 144:6 262:19
**tallmadge** 20:9
**tally** 138:24
**tallying** 229:10
**target** 176:25
  177:15
**targeting** 222:14
**task** 37:21,22
  41:19 47:1,6,19

48:3 55:25 56:3
59:25 64:22 66:4
73:8 74:2 76:18
89:25 91:15 95:17
95:20,22 97:12,14
97:23,24 98:13
99:1 102:5,18
103:11 104:5,12
104:15,23,23
105:8 122:11,24
169:7,13 172:18
217:13 231:19
243:8 251:13,25
256:19 257:12,16
**taught** 56:24
**tds** 60:14 61:3
  138:23 251:19
**teach** 275:13
**team** 220:8 250:23
  251:8
**technically** 94:7
  147:3
**techniques** 78:1
**teleconference** 4:3
  4:10
**telephonic** 72:14
  72:21
**tell** 16:2 57:1
  104:7 110:17
  115:24 160:22
  169:3 173:15
  198:10 199:1
  203:7 208:1
  209:12 214:3,8
  215:10 231:13
  258:12,15 269:17
**tells** 83:5 259:1
**tenth** 2:13
**tenure** 182:17
  183:12 265:15
  281:22

**term** 160:18 161:5
  161:6
**terms** 65:15 69:2
  105:25 108:2,3
  110:11 115:8
  116:10 119:17
  121:10 124:19
  129:5 140:23
  148:17 149:20
  150:4,5,14 164:25
  165:22 176:2
  210:7
**terrific** 13:9
**territories** 63:10
**test** 246:6,9
**testified** 13:11,21
  29:16 106:3 267:4
**testify** 284:10
**testifying** 13:3,4
  262:23
**testimony** 13:7
  14:11 59:1 71:11
  92:15 96:23
  284:13,17 287:6,7
  288:6,9,12
**testing** 15:12
**teva** 4:8 11:13
**texas** 132:11
**text** 83:23 226:22
**thank** 19:23 29:8
  144:15 147:17,19
  191:19 204:9
  256:10 261:7
  265:5 274:24
  281:24 282:3,16
  282:17,18
**theft** 113:20
**therapeutics**
  188:25
**thing** 24:9 93:19
  147:1,21 204:24

206:18 210:22,24
215:6 226:25
231:23 236:19
241:1
**things** 21:22,23
22:17 25:19 27:11
32:6 33:15 46:4
51:11 52:8 55:7
55:11 62:1 67:7
70:20 71:1 75:5
89:3,4 104:18
109:24 114:11
121:3,5 123:2
144:17 150:11
167:17 168:17
208:2 214:13
270:13
**think** 14:21 23:7
26:2,4 27:19
31:18,25 35:12
41:9 44:9,11 50:9
53:13 56:6 62:25
64:16 93:9 96:10
98:12 99:17 100:6
103:1 111:20
112:25 113:6
115:5 116:15,17
116:25 117:16
118:11,21 119:7
125:7 126:24
127:11 129:12
133:16 135:5,23
140:2 145:3
147:14 154:5,7
155:10 159:10,24
160:20,24 162:10
165:3 166:1,5
167:16,19,24
169:25 170:1,11
170:20 174:19
178:20 186:21,21

195:12,14 199:3,9
202:6,17 208:25
210:8,12,18 215:6
218:16 219:3,5,7
223:24 224:4,13
224:15 228:13
232:8 235:9
236:14 243:25
245:1,7 248:15,17
249:5 254:2 256:6
258:16 266:24
267:12,14 269:2
269:19 270:4,8,22
271:1,2
**thinking** 149:11
149:21 150:1
170:14 173:10
176:18 178:4
**thirty** 286:18
**thought** 101:12
164:4 168:11
**thousand** 223:24
**threat** 112:21
**threats** 113:11,11
**three** 4:18 14:19
14:25 15:4,4
31:25 63:1 77:1
94:24 148:3 193:9
**throw** 113:14
**tickets** 14:1,5
**ties** 78:9
**tight** 216:12
**till** 19:1
**time** 18:21 21:7,8
23:7 24:24 25:8
27:7,9 29:18,20
30:12,17 34:5
37:7,24,25 38:3
43:1,4,5 49:18,21
51:23,24,24 52:18
53:24 54:3,3,14

55:10 71:19 82:1
82:7 91:12 95:6
105:6 121:7 126:6
134:20 137:22
139:20 144:9
153:14 154:6,10
164:12 168:24
173:22 176:9
179:23 181:23
182:7 197:21
207:5 209:1 211:7
214:2 216:11,15
217:8,10,17
218:24,25 219:1
221:1,22 224:2,10
224:12 228:10
231:13 237:4,8
245:3 248:17
252:14 261:10
264:21 266:16
274:12 279:2,3,14
282:4 284:20
**times** 14:2,4,5,24
15:4 30:1,6,8 31:4
31:25 47:2 55:22
137:3,3 248:13
252:11
**tiny** 145:1
**title** 37:20 42:14
79:18 262:10
**titled** 6:5,8 152:25
238:10 256:15
278:21
**titles** 119:4
**today** 13:7 14:11
21:14 39:1,10
43:22 50:16,18
89:10,12 93:8
106:5,16 107:17
112:22 157:21
159:18 165:11

262:19 280:1,13
280:18 282:16
**told** 16:9 55:5
67:23,24 70:1
108:9 199:13
201:15
**tool** 231:11
**top** 56:7 91:21
111:12 147:15,16
166:1 209:7
**topic** 197:7 198:4
201:9,9
**total** 141:12
176:13 213:22
219:7 241:3
242:12,19 262:19
**tough** 17:8 222:22
266:23
**tower** 3:5 22:24
23:6
**town** 47:3
**townships** 25:17
**track** 116:19
132:8 138:21
155:12,13 207:15
229:17 257:12,16
258:18
**tracking** 155:16
168:17
**tracks** 138:20
**traffic** 13:25,25
14:5 28:2 55:8,9
96:5,5 114:10
149:16
**trafficking** 38:19
73:23 77:22,24
78:17,21 84:7,11
106:21,23 107:1,2
144:5 166:9,10
222:15 245:24
252:25

**train** 164:4 168:11 245:19 247:17

**trained** 64:19

**training** 20:16,17 22:13 55:18,24 57:4,11,13,16,22 58:2,6 59:20 114:5 162:9 232:9 232:19 233:3 247:13,20 249:1,6 249:11,15

**trainings** 57:22

**tranches** 116:4

**transaction** 65:21

**transcribed** 88:24 88:25 284:16 287:7

**transcript** 5:1 283:3,6,9,11 286:11,12 287:5 287:12 288:5,11 288:17

**transcription** 284:17

**transition** 223:6

**transitioned** 16:17 202:14 267:23

**transmit** 88:6

**transportation** 109:14

**transporting** 31:8

**travel** 232:25

**treatment** 58:17 58:21 105:10,11 105:12,14 199:25

**trend** 52:22 53:4,5

**trends** 52:22 53:5 53:18,20

**trial** 13:22

**trials** 13:23

**trick** 173:13

**trickle** 266:25

**tried** 115:24 273:19

**tries** 76:14

**trouble** 73:9 91:19 157:23 174:22

**true** 221:4 267:7 284:16

**trumbull** 98:8

**truth** 284:11,11,12

**truthful** 13:7

**try** 28:17 40:16 60:22,23 69:15,16 73:6 75:15 90:2,5 95:2 98:2 100:2 110:12,16 111:11 112:9 127:7 149:2 150:11 198:12 269:16

**trying** 33:6 36:1 38:19 40:14 62:16 66:18 102:12 103:7 109:16 110:21,25 112:11 122:24 128:18,21 150:6 151:7 156:6 160:15 163:17 173:6,6,13,14 205:21 209:5 244:8 245:1 251:22 253:9 270:15

**tuesdays** 82:16

**turn** 109:21 256:11,12,22

**turned** 23:11 139:17

**turns** 275:21

**tv** 82:20

**twice** 45:4 155:5

**twin** 200:4,10

**two** 27:19 37:12 42:19 56:15 59:22 64:15 77:15 102:2 102:5 120:13,13 121:21 125:1,4,5 125:23 126:11 144:16 148:3 167:23 200:10,15 208:8,9 211:23 213:2,15,20 220:3 235:19 242:13,23 247:21 248:1 256:22 270:13,13

**type** 65:20,20 98:17 106:15 107:16 112:10 121:12 127:12 157:10 159:4 215:15,17 232:18 246:16 256:25 257:9

**types** 39:14 52:5 52:12 55:11 62:19 65:9 66:14 107:12 108:3 115:8 121:10 129:5 162:1,21 166:21 166:21 168:18 221:7

**u**

**uh** 35:17 42:13 44:12 50:6 56:10 63:5 78:5 85:23 97:8 120:17 131:6 131:10 132:12 135:20 172:21 175:25 241:20 244:14

**ultimately** 73:10 74:3 85:20 111:12

**uncomfortable** 243:22

**undercover** 162:23 163:1 178:6 231:16 280:22

**underlying** 156:6 156:7

**underneath** 140:4 141:16 146:8

**understand** 13:2 22:20 30:22 53:1 53:12 61:13 69:8 71:8,9 92:23 105:7 123:22 131:20 143:10 156:1 161:6 174:13 177:18 205:14 212:17,25 220:13 237:1 242:20 250:14 260:11,15 262:16 267:12,14,20 269:19 270:12,15 271:2 278:20 279:17

**understanding** 39:21 58:1 114:22 159:14 162:7 165:1 179:25 180:3,9 195:10 207:10 208:23 218:6 227:9 264:16 273:23 274:18

**understood** 71:11 244:10 245:21 247:8 254:16 265:3 270:9

[understood - valid]                                                    Page 45

282:13
**undertaken** 274:7
  274:13 275:3
  276:5
**uniformed** 68:12
**unintentional**
  159:12
**unit** 25:10 27:14
  27:21 30:13 32:14
  32:20 35:5,10
  37:18 38:14,16,18
  38:23 39:5,22
  40:9,23 41:9,11
  42:7,11 44:14,16
  46:21 49:10 50:8
  50:13 51:25 52:15
  54:9,20 55:17
  59:9,24 60:11,11
  60:20 61:10,15
  64:8 65:10 66:8
  67:9,13,14,16,18
  67:20,24 68:2,3,4
  68:14,17,22 69:2,5
  69:14,22 70:3,9,12
  71:4,14,17 72:6,10
  73:21 74:14 75:14
  76:19,23 77:11,12
  80:23 81:7 83:24
  84:25 85:1,2
  86:20,25 87:4
  88:10,13 89:8,15
  89:18 90:15,18
  91:2 93:8,15,24
  94:5,11,23 95:3,18
  95:20 96:4,7,11,12
  97:16 99:19,23
  100:10,18,24
  101:4,8,14,19,24
  102:8,24 103:6
  104:9,11 105:24
  106:5,15 107:13

109:16 111:14
113:22,23,23
114:1,3,13 115:9
115:12 117:12
119:10 123:10,12
123:12,15,16,19
123:22 124:2,8,13
126:14 131:1
133:12 137:7,18
138:3,10 140:6,8
142:7 144:8
145:20,22 146:2,8
148:12,18 150:19
151:16,20 152:1
152:19 155:12
156:12 157:2
158:20 161:20,25
162:2,13,15 163:3
163:4,10 164:19
165:1,11 168:12
169:2,6,15 170:12
172:19 173:20
174:6,8,10 175:1,2
175:16,19 176:9
179:2 180:23
181:19 182:12
183:7 184:3
185:13 186:1,8,22
187:14 188:11
189:2,18 190:15
191:6 192:3,19
193:11,23 194:10
197:24 203:16
204:24,25 206:11
206:23 207:8
208:7,12 209:23
210:20 211:9,16
212:16 213:23
214:15,19,24
215:11 219:12
221:11 222:6

223:5,11 224:2,25
225:3,20 226:6,21
227:11,23 228:11
229:1,13,17 230:6
230:21 231:3
232:6 233:7
234:24 235:5,8
237:8 241:4
242:18 243:3
244:13,16,23
245:16,22 246:21
246:24 247:9,20
248:14,25 249:14
249:22 250:5,12
250:16,25 251:12
252:9,18,21 253:2
253:15 254:3
257:5 258:12,14
263:6,7,10,17
264:8,9,11,20
265:7,16,21 266:2
266:9,19 267:5,7
268:2 272:25
273:15 279:6
281:23
**unit's** 46:18 52:25
  106:4 204:21
  205:20 206:7
  216:12 217:11
  221:12 222:13
  225:24 228:3
**united** 1:1 10:6
  84:21 92:16
**units** 168:17 226:1
  257:17 269:5,12
  272:11 273:18
**university** 114:2
  207:12 218:20
**unmarked** 165:15
**unpack** 125:8

**unsure** 230:11
**unused** 136:19
**unwanted** 136:25
**upcoming** 234:17
**update** 83:10
**updates** 45:2,23
  46:3 80:8,11,12
  83:7
**upgrading** 240:19
**upper** 133:3
  136:15 140:25
**ups** 175:19,22
  176:6
**usa** 4:9
**usable** 76:15
**usage** 260:13
**use** 49:3 66:19
  78:1,3 114:10
  132:3,4 152:2
  158:14 167:4
  197:15 201:11
  202:7,9 203:19,20
  220:6,7 226:6,14
  229:1 231:5,11
  240:20,23 247:14
  248:4,5,7,8,16,22
  253:2,8,9 254:3
  260:6 261:1,3
  276:13,14,19
**user** 200:4
**users** 204:2
**uses** 204:24
  212:22 230:21
  235:24 236:8

**v**

**v** 1:10,11,13 286:6
  287:3 288:3
**vacation** 22:10
**vague** 52:10
**valid** 103:2 163:18

**[value - witness]**

**value**  141:11,17
142:22 143:2
241:3 242:12
**values**  241:21
**van**  140:2
**varies**  80:16,18
**various**  90:4 156:8
272:2
**vegas**  20:4
**vehicle**  28:6
141:18,20 206:12
213:9 215:8
240:18
**vehicles**  88:3
141:9,12 162:21
220:14 241:22
245:6,7
**veritext**  286:1,7
289:1
**veritext.com.**
286:17
**verizon**  24:6
**version**  197:5
**versus**  116:5,6
224:18
**veto**  74:7,9
**vials**  246:14
**video**  7:1 23:25
24:3 168:15
**videographer**  4:23
10:1 11:6,16,20
64:1,4 118:15,18
167:10,13 204:10
204:13 254:22,25
261:15,18 282:19
**videos**  24:6 59:20
**videotaped**  1:16
**view**  115:1 195:6
**violence**  113:20
**violent**  113:11

**virtually**  93:19
**voodoo**  225:10
**vote**  89:3

**w**

**w**  2:4 4:17 286:5
**wacker**  4:12
**wages**  247:18
**wait**  270:20
**waived**  286:19
**walgreens**  2:21
11:1 193:20,21,22
193:24 194:4
261:25
**walked**  276:17,17
**walking**  148:21
**walmart**  3:19 11:5
194:7,8,11,16
**walsh**  251:7,9
275:13
**want**  21:24 31:10
34:24 40:12 63:20
72:25 81:13 90:8
92:14 93:1 122:8
136:20 149:11
155:19,22,25
163:21,24,24
167:20 206:24
215:16 217:16
218:8 262:5 271:3
272:15,19 277:9
278:9,19 279:19
**wanted**  19:10
92:21 119:24
144:17 147:22
148:2 220:7
260:17 261:4
**wants**  45:2 156:9
**warrant**  33:16
170:17 175:8
177:25 178:13

**warrants**  33:15
132:7
**warren**  25:6
**washington**  2:14
4:6
**watch**  25:21
**water**  167:5
**watson**  4:9,10
**way**  22:19,20,23
43:1 46:1 61:18
74:5 82:18 92:15
92:19 97:9 109:11
109:13 125:13
129:18 132:8
136:2 141:25
153:20 164:10
174:7 175:15
196:2 200:21
203:18 219:4
224:13 228:9
229:21 240:23
265:9,18,23 266:3
267:19 275:11
**ways**  109:9
**we've**  47:2 63:17
78:16 111:20
137:2,3 151:25
180:19 202:15
233:16 235:23
267:3 268:14
273:24
**weapon**  245:13
**weapons**  245:11
**website**  132:9
140:17 229:3
253:7
**week**  12:13 40:10
45:5 80:4 92:7
219:2
**weeks**  14:21 20:21
56:15

**weighed**  138:24
139:19
**weighs**  138:20
**weight**  156:19
**weights**  138:18
**went**  18:22 19:4
19:16,16 20:5
26:3,6,24 30:5
32:15 33:6,8,9
35:4,10 47:3
200:3 224:13
228:8 235:20
252:3 271:12,13
**west**  2:23 3:21
4:12
**westbrook**  2:5
**westfall**  70:7
**westfield**  18:11
**whereof**  285:5
**whichever**  184:14
**whitfield**  264:21
264:25
**whoever's**  196:6
**whoops**  144:18
**wife**  18:7 23:22
24:13 200:10
**william**  3:4 10:19
255:4
**william.davison**
3:7
**willing**  219:10
**window**  51:20
**wiretap**  109:22
**wish**  56:23 108:24
**witness**  11:23
13:18,19,20 17:13
36:10 45:1 53:9
53:11,13 63:25
72:16,23 82:15
96:22,24 130:11
130:14 145:5,7,9

**[witness - zachary.lazar]**

163:19 164:5
167:4 191:17
204:9 226:11
260:5 277:14
279:21 281:25
282:6,18 284:9,14
284:15,18 285:5
286:8,11 287:1,4
287:11 288:1,4,15
**witness's** 283:2
**witness'** 286:14
**wonderful** 59:18
**word** 230:2 274:22
**words** 167:19
221:6
**work** 18:18 22:7
26:13 40:8 43:7
45:18 48:15,17
55:9 57:19 65:5,9
65:16 79:23 80:1
91:23,25 101:22
150:25 162:23
163:1 175:2,22
197:11 204:18
239:25
**worked** 18:15,19
21:21 22:9,12,20
24:5 27:8 240:1
**workers** 103:15
**working** 20:19
21:5,24 22:3,4
33:2 36:12 45:6
48:6 63:3 69:14
71:24 72:1 76:16
80:9,23 82:10
92:23 101:13,18
152:19 163:10
275:20
**works** 18:11 39:4
40:15 95:11
119:10 124:16

150:19,23 162:3
246:15
**wright** 3:14 11:3
**write** 48:24 78:7
157:8
**writes** 233:10
**written** 123:3
164:25 165:3
228:16 234:18
235:22 240:11
269:13 271:16
**wrong** 71:10
269:17
**wrote** 149:1,21

**x**

**x** 121:12
**xanax** 134:6
171:10

**y**

**y** 121:13
**yeah** 13:5,23
14:13 15:5,23,23
16:14 18:21 20:7
20:14 21:9 22:2
24:17,22 27:3,15
27:24 28:11 29:25
33:16 34:3 35:18
35:19 38:24 39:2
41:23 42:8,13,25
43:5 45:14,24
46:23 47:11,14
48:1 51:19 52:3
53:10,11 54:22
55:2 57:2 60:24
62:6 63:20 64:11
66:9,12 69:3 74:9
75:17 76:4,21
79:8 80:6 82:5
84:1 85:14,14,14
87:8 91:5 92:1

93:14 95:22 97:1
97:17 98:7 99:20
99:25 101:1,5,15
101:17 102:17
104:24 105:3
107:19 109:3
110:22 111:4,6,24
117:3,5 118:10,12
119:3 120:2,4,17
124:11 125:10,14
127:3 128:19,21
129:2 130:22
131:2,5 135:7
137:20 138:8
142:5,18 143:15
143:15 144:10,24
145:21 154:20
160:10,13 162:4
165:23 167:3,6
169:19 171:18
174:7 184:21
199:11 200:24
205:18 209:19
215:21 220:6
225:25 226:20
227:13,21 228:17
228:24 230:1
231:25,25 233:18
233:24 234:11
236:17,17,17
237:5 239:11
243:2,12 244:5,8
248:9,24 249:20
250:11 251:11
252:2,4,8 253:13
253:19 259:22,25
264:5,15 271:19
272:21 274:25
276:9,11 281:8
**year** 32:21 33:23
33:24,24,25 77:15

84:5,12 114:17
120:21,21 133:4
135:6 136:4,5,7
137:1,3 139:21
154:5 155:5 165:6
170:10,16,20,21
205:9 207:17
214:4 219:5 228:6
234:17 237:5
239:24 241:12
248:1,14,15,19
249:12,13 259:11
259:12,14,14,15
259:21 268:18
270:7
**years** 14:8,16 22:9
27:19 29:14 30:11
39:12 50:9 54:19
69:25 76:25 77:1
94:24 120:10
122:1 125:20
157:5,5,5 197:8
217:21,23 228:10
228:18 229:14
234:1 237:23
242:4,9 246:21
247:21
**york** 3:10,10
166:18

**z**

**zachary** 4:12
11:12
**zachary.lazar**
4:14

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.