Page 1

1            UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF OHIO
3                 EASTERN DIVISION
4
5            ~~~~~~~~~~~~~~~~~~~~
6
7  IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
   OPIATE LITIGATION
8                                 Case No.
                                  17-md-2804
9
                                  Judge Dan Aaron
10                                Polster
11  This document relates to:
12  The County of Summit, Ohio, et al. v. Purdue
    Pharma L.P., et al.
13
    Case No. 18-OP-45090 (N.D. Ohio)
14
15
            ~~~~~~~~~~~~~~~~~~~~
16
            Videotaped Deposition of
17                 STEVE PERCH
18             October 18, 2018
                  9:00 a.m.
19
20
                 Taken at:
21
            Brennan Manna & Diamond
22           75 East Market Street
                 Akron, Ohio
23
24
            Stephen J. DeBacco, RPR

Page 2

1 APPEARANCES:
2
3    On behalf of the City of Akron, Summit
     County, and the Witness:
4
     Motley Rice LLC, by
5    ANNE MCGINNESS KEARSE, ESQ.
     KRISTEN M. HERMIZ, ESQ.
6    28 Bridgeside Boulevard
     Mt. Pleasant, South Carolina 29464
7    (843) 216-9140
     akearse@motleyrice.com
8    (843) 216-9390
     khermiz@motleyrice.com
9
10   On behalf of McKesson Corporation, via
     teleconference:
11
     Covington & Burling LLP, by
12   PATRICK R. CAREY, ESQ.
     One Front Street
13   San Francisco, California 94111-5356
     (415) 591-7093
14   pcarey@cov.com
15
     On behalf of Walmart, Inc.:
16
     Jones Day, by
17   EDWARD M. CARTER, ESQ.
     BRANDY H. RANJAN, ESQ.
18   325 John H. McConnell Boulevard
     Suite 600
19   Columbus, Ohio 43216-5017
     (614) 281-3906
20   emcarter@jonesday.com
     (614) 469-3939
21   branjan@jonesday.com
22          ~ ~ ~ ~ ~
23
24
25

Page 3

1 APPEARANCES, Continued:
2
     On behalf of Cardinal Health, Inc.:
3
     Williams & Connolly LLP, by
4    MIRANDA PETERSEN, ESQ.
     725 12th Street Northwest
5    Washington, D.C. 20005
     (202) 434-5686
6    mpetersen@wc.com
7
     On behalf of Prescription Supply, Inc.:
8
     Pelini, Campbell & Williams, by
9    GIANNA M. CALZOLA-HELMICK, ESQ.
     Bretton Commons, Suite 400
10   8040 Cleveland Avenue Northwest
     North Canton, Ohio 44720
11   (330) 305-6400
     giannac@pelini-law.com
12
13   On behalf of Endo Pharmaceuticals, Inc.,
     Endo Health Solutions, Inc., Par
14   Pharmaceuticals, Inc. and Par
     Pharmaceutical Companies, Inc.:
15
     Arnold & Porter Kaye Scholer LLP, by
16   ANGEL TANG NAKAMURA, ESQ.
     777 South Figueroa Street
17   44th Floor
     Los Angeles, California 90017-5844
18   (213) 243-4094
     angel.nakamura@arnoldporter.com
19
            ~ ~ ~ ~ ~
20
21
22
23
24
25

Page 4

1 APPEARANCES, Continued:
2
     On behalf of Johnson & Johnson and
3    Janssen Pharmaceuticals, Inc.:
4    Tucker Ellis LLP, by
     JUSTIN E. RICE, ESQ.
5    950 Main Avenue North, Suite 1100
     Cleveland, Ohio 44113
6    (216) 696-3670
     justin.rice@tuckerellis.com
7
8    On behalf of AmerisourceBergen:
9    Jackson Kelly PLLC, by
     A.L. EMCH, ESQ.
10   1600 Laidley Tower
     P.O. Box 553
11   Charleston, West Virginia 25332
     (304) 340-1172
12   aemch@jacksonkelly.com
13   -and-
14   Jackson Kelly PLLC, by
     SANDRA K. ZERRUSEN, ESQ.
15   50 South Main Street, Suite 201
     Akron, Ohio 44308
16   (330) 252-9060
     skzerrusen@jacksonkelly.com
17
18   On behalf of Cephalon, Inc.; Teva
     Pharmaceuticals USA, Inc.; Actavis, LLC;
19   Actavis Pharma, Inc. F/k/a Watson Pharma,
     Inc.; and Watson Laboratories, Inc., via
20   teleconference:
21   Morgan, Lewis & Bockius LLP, by
     PAMELA HOLLY, ESQ.
22   101 Park Avenue
     New York, New York 10178-0060
23   (212) 309-6864
     pamela.holly@morganlewis.com
24
            ~ ~ ~ ~ ~
25

Page 5

1 APPEARANCES, Continued:
2    On behalf of Purdue Pharma L.P., Purdue
     Pharma, Inc., and The Purdue Frederick
3    Company:
4    Dechert LLP, by
     MARK S. CHEFFO, ESQ.
5    3 Bryant Park
     1095 Avenue of the Americas
6    New York, New York 10036-6797
     (212) 698-3814
7    markcheffo@dechert.com
8    -and-
9    Dechert LLP
     SARA B. ROITMAN, ESQ.
10   35 West Wacker Drive, Suite 3400
     Chicago, Illinois 60601-1634
11   (312) 646-5800
     sara.roitman@dechert.com
12
13   On behalf of Allergan Finance, LLC, via
     Teleconference:
14
     Kirkland & Ellis LLP, by
15   PAUL J. WEEKS, ESQ.
     655 Fifteenth Street, Northwest
16   Washington, D.C. 20005-5793
     (202) 879-5148
17   paul.weeks@kirkland.com
18
     On behalf of HBC Service Company, Inc.,
19   via teleconference:
20   Marcus & Shapira LLP, by
     JAMES F. ROSENBERG, ESQ.
21   One Oxford Centre, 35th Floor
     Pittsburgh, Pennsylvania 15219
22   (412) 338-4683
     rosenberg@marcus-shapira.com
23
     ALSO PRESENT:
24
     Nick Cummings, Motley Rice
25   Jim Torok, Legal Videographer

2 (Pages 2 - 5)

Page 6

1          TRANSCRIPT INDEX

2

3   APPEARANCES.............................   2

4

5   INDEX OF EXHIBITS .......................   7

6

7   EXAMINATION OF STEVE PERCH

8   By Mr. Cheffo............................   12

9   By Mr. Emch..............................   192

10  By Mr. Carter............................   218

11  By Ms. Kearse............................   228

12  By Mr. Carter............................   230

13

14  REPORTER'S CERTIFICATE...................   232

15

16  EXHIBIT CUSTODY

17  EXHIBITS RETAINED BY THE COURT REPORTER

18

19

20

21

22

23

24

25

Page 8

1          INDEX OF VIDEO OBJECTION
2   OBJECT                          PAGE
3   object.................   27
    object.................   48
4   object.................   65
    object.................   66
5   object.................   67
    object.................   67
6   object.................   69
    object.................   85
7   object.................   86
    object.................   87
8   object.................   88
    object.................   89
9   object.................   91
    object.................   93
10  object.................   95
    object.................   96
11  object.................   101
    object.................   104
12  object.................   107
    object.................   112
13  object.................   120
    object.................   121
14  object.................   122
    object.................   127
15  object.................   127
    object.................   130
16  object.................   141
    object.................   144
17  object.................   144
    object.................   144
18  object.................   147
    object.................   148
19  object.................   152
    object.................   153
20  object.................   157
    object.................   164
21  object.................   184
    object.................   184
22  object.................   189
    object.................   189
23  object.................   191
    object.................   205
24  object.................   215
    object.................   217
25  object.................   219

Page 7

1          INDEX OF EXHIBITS
2   NUMBER       DESCRIPTION       MARKED
3   Exhibit 1  Document Titled "Drug .......   49
            Overdose Deaths, 01/01/2016
4           to 12/31/2016," SUMMIT_68523
            to 000068568
5
       Exhibit 2  Article Titled "Carfentanil ..   97
6           and Current Opioid Trends in
            Summit County, Ohio")
7
       Exhibit 3  Document Titled "Annual ......   108
8           Report, With Five Year
            Statistical Trend, 2016,"
9           SUMMIT_000022367 to
            000022438
10
       Exhibit 4  Document Titled "Annual ......   137
11          Report, With Five Year
            Statistical Trend, 2015,"
12          SUMMIT_000022730 to
            000022802
13
       Exhibit 5  9/10/2007 Letter from James ..   139
14          Orr to Summit County Medical
            Examiner, With Attachment,
15          SUMMIT_000042195 to
            000042198
16
       Exhibit 6  Document Titled, "Summit .....   171
17          County Medical Examiner
            Toxicology Policies and
18          Procedures Manual,
            SUMMIT_000048059 to
19          000048170
20  Exhibit 7  Document Titled, .............   181
            "Carfentanil and Current
21          Opioid Trends in Summit
            County, Ohio,"
22          SUMMIT_000093982
23  Exhibit 8  Screen Results for Case ......   192
            #49990, SUMMIT_000042349
24
25

Page 9

1   object.................   227
    form....................   228
2   form....................   229
    object.................   230
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions

www.veritext.com                                             888-391-3376

Page 10

1          THE VIDEOGRAPHER:  We're on the
2 record.
3          Today's date is October 18, 2018.
4 The time is 9:00 a.m.  We're here to take the
5 videotaped deposition of Steve Perch in the
6 case of National Prescription Opiate
7 Litigation, MDL No. 2804, Case No. 17-md-2804,
8 to be heard in the United States District
9 Court, Northern District of Ohio, Eastern
10 Division.
11          Will counsel please state your name
12 for the record.
13          MS. KEARSE:  Anne Kearse, County of
14 Summit and City of Akron.
15          MS. HERMIZ:  Kristen Hermiz with
16 Motley Rice on behalf of the County of Summit
17 and the City of Akron.
18          MS. TANG:  Angel Tang of Arnold &
19 Porter on behalf of Defendants Endo and Par
20 Pharmaceuticals.
21          MS. RANJAN:  Brandy Ranjan from
22 Jones Day on behalf of Walmart.
23          MS. CALZOLA:  Gianna Calzola from
24 Pelini Campbell & Williams on behalf of
25 Prescription Supply, Inc.

Page 11

1          MR. RICE:  Justin Rice from Tucker
2 Ellis on behalf of Johnson & Johnson and
3 Janssen.
4          MS. PETERSON:  Miranda Peterson
5 with Williams & Connolly on behalf of Cardinal
6 Health, Inc.
7          MR. CARTER:  Ed Carter for Walmart.
8          MS. ZERRUSEN:  Sandy Zerrusen from
9 Jackson Kelly for AmerisourceBergen Drug
10 Corporation.
11          MR. EMCH:  Al Emch, Jackson Kelly,
12 AmerisourceBergen Drug Corporation.
13          MS. ROITMAN:  Sara Roitman for
14 Purdue.
15          MR. CHEFFO:  And Mark Cheffo for
16 Purdue.
17          Nick Cummings in my office is here,
18 so he'll make an appearance as Motley Rice.
19          THE VIDEOGRAPHER:  People on the
20 phone?
21          MR. CHEFFO:  Can the folks on the
22 phone please do it one more time for us?
23          MR. ROSENBERG:  James Rosenberg,
24 Marcus & Shapira, for HBC.
25          MR. WEEKS:  And Paul Weeks with

Page 12

1 Kirkland & Ellis on behalf of Allergan Finance.
2          MS. HOLLY:  Pam Holly, Morgan
3 Lewis, on behalf of Teva Pharmaceuticals.
4          MR. CHEFFO:  Okay, sounds --
5          THE VIDEOGRAPHER:  Please swear in
6 the witness.
7          STEVE PERCH, of lawful age, called for
8 examination as provided by the Ohio Rules of
9 Civil Procedure, being by me first duly sworn,
10 as hereinafter certified, deposed and said as
11 follows:
12          EXAMINATION OF STEVE PERCH
13 BY MR. CHEFFO:
14      Q.   Good morning, Mr. Perch.  As you
15 heard -- it's Mr. Perch; is that -- did I say
16 that right?
17      A.   Correct.
18      Q.   Thank you.  My name is Mark Cheffo,
19 and I'll be asking you some questions this
20 morning.  Probably after me, some of my
21 colleagues may have some questions, but we'll
22 see how much we can cover this morning.
23          You understand that you're under
24 oath today?
25      A.   I -- I do.

Page 13

1      Q.   And have you been deposed before?
2      A.   I have.
3      Q.   So you generally know the rules,
4 and you have very good lawyers, but just a few
5 kind of housekeeping ground rules.
6          If there's anything that I ask
7 you -- that I'm sure will happen from time to
8 time -- that you don't understand or it's not
9 clear, will you just let me know and I'll happy
10 to rephrase it?
11      A.   Okay.
12      Q.   And similarly, if you need a break
13 at any time, for any reason, just, you know,
14 answer the pending question and then just let
15 us know and we'll take a break.
16      A.   Okay.
17      Q.   Would you be good enough to tell us
18 what you did to prepare for today's deposition?
19      A.   Went to Florida.  Just got back.
20 Nothing.
21      Q.   Did you look at any documents?
22      A.   I take that back.  I did meet with
23 the attorneys this morning for about 15, 20
24 minutes and a previous time for a couple hours.
25      Q.   Okay.  And I don't want you to tell

4 (Pages 10 - 13)

Page 14

1 me anything that you talked to them about, but
2 was it these two attorneys here?
3     A.   This morning it was.  And I think
4 before, I think they were both present as well.
5     Q.   Okay.  Were there any other
6 non-attorneys there?
7     A.   I don't think so.
8     Q.   And did you look at any documents
9 at all in connection with this to either
10 refresh your recollection or just orient
11 yourself?
12     A.   They showed me a couple documents.
13 One was a letter about not destroying any
14 evidence.  I'm assuming from you guys.
15     Q.   Had you seen that before?
16     A.   Yeah.  I got an e-mail on it.
17     Q.   Okay.
18     A.   And a couple of the articles that
19 were published with my name on it.
20     Q.   Okay.  Anything else?
21     A.   Not that I can recall.
22     Q.   All right.  Would you -- could you
23 give us an overview of your educational
24 background?
25     A.   My undergrad degree was a BS in

Page 15

1 biology from the University of Akron.
2         My toxicology training was through
3 a special program by -- set up by Akron City
4 Hospital with the Medical College of Ohio,
5 Dr. Forney Jr.
6         I've taken quite a few postgraduate
7 classes.  A year of pharmacology at Northeast
8 Ohio College of Medicine, a variety of
9 additional classes, seminars, et cetera.
10     Q.   And the toxicology training before
11 the postgraduate, was -- did that -- did you
12 wind up with a master's or a Ph.D., or was it a
13 certification?
14     A.   No.  It was a -- it was a
15 non-degree program back in the early '80s, I'm
16 guessing.  Like '81 maybe.  This was a long
17 time ago.  I don't know how many toxicology
18 programs there were, if any, in Ohio at that
19 time.
20     Q.   And in the context that you've
21 testified before in depositions -- well, let me
22 ask you this.  Have you also testified at
23 trials?
24     A.   I have.
25     Q.   And your providing testimony, is

Page 16

1 that typically in connection with your
2 professional work?
3     A.   Typically, yes.
4     Q.   So you're called upon -- we'll talk
5 about it, but I think you actually serve kind
6 of a toxicology function for a number of
7 different entities; is that right?
8     A.   I do.
9     Q.   And from time to time, those
10 various entities, I take it, call upon you or
11 ask you to assist them or provide testimony on
12 their behalf?
13     A.   Yes.
14     Q.   Would you tell us what you -- I
15 mean, currently, who -- who is it that you --
16 you currently work for?
17     A.   I currently work -- my primary job
18 is with the medical examiner's office in Summit
19 County.
20     Q.   Okay.  And I see from your CV you
21 also do some work with the police, the Akron
22 Police Department?
23     A.   Correct.  Four kids, four college
24 educations, need more than one job.
25         I work with the Akron Police

Page 17

1 Department.  I set up their forensic lab over
2 20 years ago, and I still currently perform --
3 it's a contract employee, so I do some work
4 there.
5         I also am contracted with Oriana
6 House as their lab director.
7     Q.   So is your employment, I take it,
8 with the Summit County medical examiner, is
9 that a full-time position?
10     A.   That's a full-time position.
11     Q.   And then to the extent that you
12 work with Oriana or the Akron Police
13 Department, that's kind of above and beyond on
14 your own time?
15     A.   Correct.
16     Q.   In a typical week or month, or
17 whatever it's easiest for you to differentiate,
18 how much time do you think you'd spend at the
19 police department or the police lab or Oriana?
20     A.   With the police department, I
21 typically bill them on the average of about 120
22 hours a year.
23         Typically on weekends with the
24 Oriana House, not much time at all.  Maybe a
25 couple hours a week at most.

5 (Pages 14 - 17)

Page 18

1    The main reason they hired me is
2  they wanted to become certified by CLIA,
3  Clinical Lab Improvement Act, and they needed a
4  certain individual that had the requirements to
5  be their lab director.
6    Initially, it was quite a bit of
7  work to install all the requirements of CLIA.
8  Over the years, basically, it's just a kind of
9  overseeing role.
10    Q.   And are they certified now?
11    A.   They are.
12    Q.   Is the lab at the police department
13  CLIA certified?
14    A.   No.  CLIA -- they don't need to be
15  CLIA certified.  They don't bill Medicare, any
16  of the government functions.
17    Q.   I see.  Is the same true for the
18  Summit County?  They don't -- they're not, and
19  they don't need to be?
20    A.   No, they don't need to be either.
21    Q.   And just as a general matter, is --
22  what's the general nature -- in other words,
23  what -- if the Summit County medical
24  department, medical examiner's office, wanted
25  to be CLIA certified, do they have the

Page 19

1  qualifications to meet those -- those tests?
2    A.   They do, but I don't think CLIA
3  would certify them.  Again, CLIA certification
4  is primarily if you're going to bill for
5  government services, for clinical services.
6    Q.   I see.  Are there other
7  certifications that labs aspire to, can get,
8  are typical?
9    A.   Yeah.  We are certified by Ohio
10  Department of Health, drug and alcohol testing
11  division, for forensic testing.
12    I have a director's permit for both
13  the Akron Police Department as well as Summit
14  County medical examiner's office.
15    I also have a couple of different
16  certifications for myself.  One is in
17  toxicology, through the National Registry in
18  Clinical Chemistry, and one is in chemistry,
19  through the American Society of Clinical
20  Pathology.
21    Q.   And I appreciate you've -- you've
22  just done it, which is very helpful to, I
23  think, us all, is most of my questions are
24  obviously going to be talking about things in
25  your work in connection with the Summit County

Page 20

1  medical department, but to the extent that, you
2  know, you're talking about the police
3  department or some other organization, it would
4  be great if you could try to differentiate.
5    A.   Sure.
6    Q.   I'll try and ask you if it's not
7  clear, but just so that we're all on the same
8  page, that would be helpful.
9    And when did you first start --
10  well, it looks like here you first started
11  working at the Summit County medical examiner
12  in May 2001 and you worked to the present.
13  Does that sound right?
14    A.   Correct.
15    Q.   And you also worked -- started
16  working at Oriana in around 2000 to the
17  present?
18    A.   Correct.
19    Q.   And then the Akron Police
20  Department was 1995 to the present?
21    A.   Correct.
22    Q.   Is that right?
23    So is it fair to say that -- I
24  don't know if you had a chance to look at this
25  recently.  You think that this -- this CV is

Page 21

1  accurate?
2    A.   Yes.
3    Q.   Okay.  What -- what is your -- how
4  would you describe your role with the Summit
5  County medical examiner's office?
6    A.   My role is as an analyst,
7  primarily.  I actually do the physical testing
8  of all the samples.
9    Q.   Do you have an assistant?
10    A.   I do not.  Not a permanent
11  assistant.  Initially, I would do summer
12  internships for doctoral candidates.  I've had
13  a few from Marshall University, West Virginia
14  University, Ohio Northern.  They would -- I
15  would give them a project during the summer.
16  They would write a paper on it, try to get it
17  published, that kind of stuff.
18    Then I got pretty busy, so lately
19  I've had some summer help.  Again, typically a
20  college student.  And we actually pay them now.
21    Q.   And is there another person who
22  either performs the same function as you or
23  reports to you?
24    A.   No.
25    Q.   So you're the only toxicologist?

6 (Pages 18 - 21)

Page 22

1      A.   I'm it.
2      Q.   If you are out of the office or on
3  vacation, is there someone that covers for you?
4      A.   No.
5      Q.   And we can break it down, but
6  you've been doing this for a long time, so it
7  might be easier if I just ask you kind of an
8  open-ended question, which is, you know, maybe
9  you could take us through the process of how it
10  typically works with a case.
11          So in other words, you know, where
12  there's a decedent that presumably comes to the
13  Medical Examiner's office, and to the extent
14  that there's a decision point about whether tox
15  screening should be done or shouldn't be done,
16  how that -- how that works.
17      A.   The decision on should they order a
18  tox or not is up to the pathologist.
19          Let me back up one step.  I do
20  work -- quite a bit of work for our county,
21  obviously, but I do a lot of external clients
22  that we bill.  Probably about equal amount of
23  cases.
24          Talking about our clients in Summit
25  County -- clients' cases, the pathologist will

Page 23

1  make a decision on whether to order tox, and my
2  guess is probably 90 percent of the cases will
3  get tox, if not more.
4          I get an order that they leave in
5  my door.  I retrieve the specimens.  The
6  specimens are drawn and stored in a
7  refrigerator within the autopsy room, and I
8  start to do the analysis on them.
9          When I'm -- when I'm finished with
10  my analysis, I write up a final report and
11  submit it to our secretary, who enters it into
12  the computer system.
13      Q.   Okay.  Thank you for that.
14          And is it the pathologists who
15  actually take the samples initially from the
16  decedent?
17      A.   I don't think so.  Typically it's
18  one of the assistants, the labora- -- the
19  autopsy assistants.  We have three of them.
20  And they assist the pathologist in performing
21  the autopsy.  They'll do a lot of the cutting,
22  and I'm pretty sure they do most of, if not
23  all, of the blood and urine draws and tissues,
24  et cetera.
25      Q.   And when you receive that specimen,

Page 24

1  other than a request for it, do you receive any
2  other information?  In other words, is there a
3  format that says, you know, gunshot wound, drug
4  overdose, suspected homicide?
5      A.   Yes.  I get a copy of the
6  investigator's report that details what the
7  investigator observed at the scene, if they
8  found any illicit drugs or prescription drugs
9  or what have you.  They typically will list all
10  that.  So I automatically get a copy of the
11  investigator's report.
12          And I also get a -- on my -- on the
13  request from the pathologist, they typically
14  will state a one-line summation of "gunshot
15  wound."  And they will also circle what kind of
16  samples that they've drawn:  blood, urine,
17  central blood, femoral blood, that kind of
18  stuff.
19      Q.   Okay.  And -- and does that
20  information that you receive, does that inform
21  your decision-making as to the type of
22  screening you'll do, or is it kind of a one
23  size fits all?
24          Do you understand my question?
25      A.   Both.  It's a one size fits all.

Page 25

1  I'll still do the routine analysis regardless,
2  but, obviously, if they find heroin at the
3  scene, I'm going to remember that.  And so my
4  analysis should sort of fit the picture that I
5  see at the scene.
6      Q.   So let's talk about illicit drugs
7  for a minute.  So let's assume, you know, it's
8  a -- I'm just picking an 85-year-old man,
9  suspected foul play in a nursing home.
10  Would -- would you run a full drug screen on
11  that person just the same as you would a
12  gunshot or a suspected drug abuse?
13      A.   Yes.
14      Q.   So that's something standard?
15      A.   Pretty much.
16      Q.   Okay.  And are there -- and I
17  probably should have asked this earlier.  I
18  apologize.  But just let me digress for a
19  minute.
20          Do you understand why you're here
21  today?
22      A.   Vaguely, yeah.
23      Q.   What's your understanding?
24      A.   My understanding is the state
25  and/or several states are suing the

7 (Pages 22 - 25)

Page 26

1 pharmaceutical industry for dumping potent,
2 addictive drugs.
3     Q.    And do you have any view as -- at
4 all as to whether any of the Defendants in this
5 case did anything wrong or omitted anything?
6 Is that something that's within your personal
7 knowledge?
8     A.    You know, I don't really -- not
9 really. Do -- do I suspect? What I look at is
10 time frames that I see during my work. I see a
11 variety of different drugs and different eras.
12 You know, in the '60s and '70s, we were all
13 doing LSD and pot. You know, then, a variety
14 of prescription meds.
15        And again, I base this strictly on
16 what I'm seeing while I do the analysis. You
17 know, a rise and fall of certain drugs, and,
18 you know, the rise and fall of carfentanil and
19 Fentanyl analogues, the rise and fall of coke
20 and meth and all these things. So, yeah, I
21 have a general idea of what kind of drugs I'm
22 seeing in different periods of time.
23     Q.    Sure. And we'll -- we'll talk
24 about that. You've actually written a paper
25 about some of that, right? At least in the

Page 27

1 last number of years.
2     A.    I -- I was involved in writing the
3 most recent paper dealing with carfentanil, if
4 that's what you're referring to.
5     Q.    It is.
6     A.    Yeah.
7     Q.    But just to make sure, my -- my
8 question is a little more specific. As to any
9 of this -- I mean, first of all, do you -- do
10 you even know who any of the Defendants are in
11 this case?
12     A.    Not really, no.
13     Q.    Have you read the complaint?
14     A.    Not really.
15     Q.    I mean, do you have a view or
16 information as to whether any of the Defendants
17 breached a duty, did something wrong, have any
18 responsibility in this litigation?
19        MS. KEARSE: Object to form.
20     A.    No.
21     Q.    The -- let's get back now to
22 your -- your kind of -- your work.
23        With respect to the -- what do you
24 call it, like a standard tox panel? Is that
25 how we can refer to it?

Page 28

1     A.    Sure.
2     Q.    Okay. With respect to that
3 standard tox panel, are there certain
4 parameters that you use in order to perform the
5 test?
6        In other words, if it's, let's say,
7 cocaine, is the test basically, if it's at a
8 detect level, you report it, as opposed to if
9 it's some other thing like alcohol, like you
10 may basically not report unless it's above a
11 certain level?
12        Do you understand my question?
13     A.    Yeah. Can I give you a quick
14 synopsis?
15     Q.    Absolutely.
16     A.    A standard tox panel -- and
17 remember, each case is unique in that if I get
18 a blood and urine and tissue, whole different
19 game than if I just get a blood sample.
20     Q.    Can we stop there?
21     A.    Sure.
22     Q.    And tell me why.
23     A.    Because drugs are eliminated by the
24 body in different ways. Every drug is
25 different. Every drug is unique. Some of my

Page 29

1 assays are unique.
2        Ideally, it's nice to get a urine
3 and a blood, ideally. Obviously, drugs are
4 eliminated out of the blood rapidly, and
5 they'll hang around in the urine much, much
6 longer. They're much, much concentrated. So
7 urine is an ideal sample type for screening
8 purposes.
9        So with that said, I will start
10 with an immunoassay screen that's fairly
11 comprehensive. It's geared on urine. It's run
12 on urine. I -- I do run it on blood as well,
13 but the levels are set rather high. Again,
14 geared toward urine.
15        These are the same immunoassay that
16 everybody uses. There's a lot of history to
17 this, and I don't want to go into the
18 explanation why it's like that, but basically
19 because the federal government set these
20 limits. They're the biggest purchaser of these
21 kits, so every manufacturer is going to go with
22 the federal guidelines in terms of the
23 thresholds and the detection levels on these --
24 on these drugs. So we also do. The Department
25 of Transportation of Ohio does. All the other

8 (Pages 26 - 29)

Page 30

1 entities will go with what the federal
2 government standards are.
3        So I purchase the kit through
4 various manufacturers.  I happen to use
5 Siemens.  It used to be known as EMIT.  I still
6 call it EMIT.  But, again, it's an immunoassay,
7 and it screens for cocaine, methadone, opiates,
8 amphetamines, which is pretty much
9 methamphetamine and amphetamine, barbiturates,
10 benzodiazepines, alcohol, a variety of drugs.
11 And there's more.  So that's the initial
12 screen.
13        The next phase, of course, is --
14 well, for me, is alcohol.  I will do an alcohol
15 by gas chromatography on blood if it's
16 available.
17        The next phase is if there's any
18 positives from that screen.  You mentioned
19 cocaine.  My next step would be, since I got a
20 positive screen for cocaine, I will do a
21 quantitative level on the blood to see how much
22 cocaine.  And typically it's going to be
23 benzoylecgonine, the primary metabolite of
24 cocaine, is in the blood.  And I will do that
25 by GC-MS.

Page 31

1    Q.   Can I just stop you for a second?
2    A.   Sure.
3    Q.   With respect -- and that's really
4 helpful.  Thank you for that.
5        With respect to the urine analysis,
6 you used the word "screen" a few times.  Is it
7 really just that?
8        So in other words --
9    A.   Positive/negative.
10    Q.   So -- oh, so you can't -- that
11 doesn't really tell you very much about --
12 other than it's there above a certain
13 threshold.
14        But if you want to -- sometimes in
15 the reports we've seen, we've seen .639
16 nanograms per, you know, some other
17 differentiating.  That level of certainty or
18 precision comes from a blood analysis?
19    A.   For our cases it's blood.  Will I
20 quantitate urine on our cases?  No.  But I do
21 quantitate urine for law enforcement, because
22 law enforcement, the state has per se levels,
23 for example, cocaine.
24        So, yes, I will quantitate a
25 cocaine level in urine for the -- for a

Page 32

1 forensic analysis on a law enforcement agen- --
2 for a law enforcement agency, because, again,
3 they have per se levels on certain drugs in
4 urine.
5    Q.   So it is -- it is possible.  It's
6 just not the protocol and the procedure in
7 urine to quantitate it for specific illicit
8 drugs; is that right?
9    A.   Correct.  And in reality the urine
10 level is pretty much worthless.  I'm not sure
11 why the state came up with per se levels on
12 these things, but I didn't make those rulings.
13        Again, the problem with the
14 urine -- and marijuana is a perfect example --
15 you can get a urine positive for weeks and
16 there's probably -- could have been nothing in
17 the blood.  So if -- you know, if the guy
18 smoked some pot two weeks ago and he's still
19 positive in the urine, according to the state,
20 if it's over 15 nanograms of delta-9-carboxy-THC,
21 he's impaired, where in reality he probably has
22 nothing in his blood and he hasn't smoked in
23 over a week.  So, you know --
24    Q.   Uh-huh.
25    A.   But again, the state levels are the

Page 33

1 state levels.  That's their problem.
2    Q.   Okay.  And before we get to the
3 blood confirmatory, how -- I take it, like with
4 most things in science and medicine and
5 technology, there is a chance of, you know,
6 false positives and false negatives.
7    A.   There is.
8    Q.   Is the same true for a urine assay?
9    A.   Absolutely.
10    Q.   Is -- is that something that is
11 different for a particular substance?  So, in
12 other words, I -- well, strike that.
13        I take it that they probably
14 publish, like, what their rate is.
15    A.   Yeah, they do.
16    Q.   All right.  So is it, you know, a
17 percentage overall, do you know, or is it
18 something that's different by -- by kind of
19 substance?
20    A.   The reliability of these assays is
21 fairly high.  Certainly over 90 percent.  I
22 think most of them are going to say 95 percent
23 or higher.  With -- there are a few exceptions.
24        For example -- now they've come up
25 with better assays.  At one time the

9 (Pages 30 - 33)

Page 34

1  amphetamines, for example, cross-react with
2  ephedrine and pseudoephedrine, so you'll get a
3  positive.  But you're really not sure if, is it
4  amphetamine, methamphetamine, MDMA, ephedrine?
5  So, again, it's important to confirm and
6  identify what's causing a positive.
7        Opiates, same thing.  Just because
8  you've got a positive opiate, that's great for
9  the emergency room doctor because he's going to
10  treat an opiate overdose the same way.  For our
11  intents and purposes, I have to identify what
12  it is and how much is in the blood.
13     Q.   And is -- are there certain illicit
14  substances that you can detect in one but not
15  the other with -- you know, with a level -- a
16  level of accuracy?  In other words, is there
17  something XYZ chemical that there's really
18  not --
19        Well, let -- let me just ask you a
20  better question.  Take carfentanil, for
21  example.
22     A.   Okay.
23     Q.   Is carfentanil something that is
24  equally detectable to, you know, a reasonable
25  degree of certainty in both urine and blood?

Page 35

1     A.   That's not -- there's no easy
2  answer to that.
3     Q.   Okay.
4     A.   You start with the screen.  The
5  screen is close to 100 percent cross-reactive
6  between carfentanil and Fentanyl.  So pretty
7  much the same amount of carfentanil will give
8  you a positive as regular Fentanyl, so you get
9  a positive screen for Fentanyl.
10        Now, that's with my assay.  There's
11  different assays out there.  I'm familiar with
12  my assay made by a company out of California
13  called Immunalysis.  That's what I use for
14  Fentanyl.  There's several other companies that
15  manufacture it.
16        And it's an antibody-antigen
17  competitive binding technique, so it's -- a lot
18  of it is based on the antibody that that
19  particular manufacturer has, how specific is
20  it, how good is it, what their detection level
21  is.  And they do, in theory, cross-reactivity
22  studies for all the Fentanyl and Fentanyl
23  analogues as well.
24        Carfentanil is unique in that -- as
25  well as the analogues, is that they were never

Page 36

1  around except for the last couple years.  And
2  all of the sudden we got inundated with a
3  variety of not just carfentanil, but a -- it
4  seemed like every month a new Fentanyl analogue
5  was popping up.
6        So the screen was -- was tough
7  because we really didn't know what percent
8  cross-reactivity there was with all of the
9  Fentanyl analogues.  So you get a positive
10  screen.
11        I guess I'm hoping to answer your
12  answer -- or your question.
13     Q.   No, you're answering it.  You are.
14     A.   Then you need to confirm it.
15        By the way, I do not turn out
16  screen answers.  The screening is strictly
17  internal.  I don't turn out any answer without
18  a confirmation.
19        The screening is for my purposes.
20  It tells me what I can suspect is on board.  If
21  I get a Fentanyl or a carfentanil or any other
22  positive by the screen, that's strictly for my
23  use.
24     Q.   Is that only true for Fentanyl or
25  carfentanil, or is that just generally --

Page 37

1     A.   That's true for every drug I do.
2     Q.   So if it's -- so is -- does that --
3  even being broader, a screen would be any urine
4  testing is just a screen tool?
5     A.   Just a screen.
6     Q.   And when you say you don't turn it
7  out, you don't think it has a level of
8  reliability such that it should be public; it's
9  just -- it's a tool that you use to help inform
10  further analysis?
11     A.   It's a tool I use -- it's not that,
12  a matter of reliability.  It's a matter of
13  having an alternate method.  It's a good
14  laboratory practice.  You have to confirm a
15  positive by an alternate method to ensure that
16  there's no false negative, false positive.
17     Q.   And that's -- that's the way it
18  works in every single case?
19     A.   That's the way it should work in
20  any forensic lab.
21     Q.   Okay.
22     A.   That's the way it works in my lab.
23     Q.   So it would -- it would not be your
24  practice to release a urine screen, a positive,
25  as kind of a reliable decision -- reliable

10 (Pages 34 - 37)

Page 38

1 factor in making decision points until you had
2 some other confirmatory testing, like blood
3 or -- or other tissue --
4     A.   Correct.
5     Q.   -- specimens; is that right?
6     A.   Correct.
7     Q.   Is -- is the way you've just
8 described this process, is that the same way
9 it's used for law enforcement?  When you work
10 for the Akron PD?
11     A.   Yes.
12     Q.   The same assays, things like that?
13     A.   At the Akron PD, when I first set
14 up the lab, they wanted me to do full tox for
15 them.  They only do a couple dozen drug screens
16 a year, but they'll do dozens and dozens of
17 alcohols, and they were willing to buy me
18 whatever I needed.
19         And I basically told them that it
20 was -- it would cost them $1,000 per tox screen
21 when they're only doing a couple dozen a year.
22 So my suggestion was let me just do the
23 alcohols there at the police department and the
24 pure drug contraband.
25         And the toxicology we'll send to

Page 39

1 the medical examiner's office like all the
2 other law enforcement agencies do, where I'm
3 prepared, and it's much more cost effective,
4 rather than doing one sample, you know, every
5 couple weeks for full tox, I'll throw it in my
6 batch at the medical examiner's office, and it
7 brings the cost down substantially.
8     Q.   It's more --
9     A.   So that's what we're doing.
10     Q.   -- more efficient to pool those
11 resources?
12     A.   Much more efficient, yes.
13     Q.   And is this -- is it -- am I
14 correct that the same methodology and same
15 standards that you apply in doing the testing
16 for the ME's office is the same that you do for
17 the police departments?
18     A.   Correct.
19     Q.   In other words, you don't -- you
20 don't look at them differently.  Basically,
21 you're somewhat blind to, you know, the way
22 you're approaching this.  Is that -- is that
23 fair?
24     A.   It's the same approach.  The only
25 difference is, as I said, with some of the

Page 40

1 forensic cases, I only have a urine sample, and
2 I will give them a quantitative answer if it's
3 a per se drug.
4     Q.   And with respect to the urine
5 screen, what are the next steps -- and let's --
6 let's talk about, you know, some of the -- the
7 illicit drugs like, you know, carfentanil,
8 Fentanyl -- well, let me take a step back.
9         You appreciate, I'm sure, that
10 there are certain drugs or certain substances,
11 like cocaine and heroin and probably
12 carfentanil, that don't have a legitimate
13 medical use, right?
14     A.   Well, cocaine does.  They used
15 to -- when they did nose surgery, they used to
16 pack your nose with cocaine.  I don't know if
17 they still do or not, but --
18     Q.   Well, let's assume that they don't
19 for -- for just argument's sake, or else maybe
20 people may be getting nose jobs.
21         But with respect to something like
22 Fentanyl --
23     A.   Right.
24     Q.   -- right, you know that it's a --
25 it's a legitimate --

Page 41

1     A.   Absolutely, sure.
2     Q.   So it can either be powdered
3 illicit Fentanyl, right, or it could be
4 Fentanyl that's used in a -- in a medicine,
5 right, that's -- that's actually legitimate?
6     A.   Correct.
7     Q.   Okay.  So just Fentanyl, as an
8 example, where just finding a Fentanyl kind of
9 positive doesn't necessarily tell you anything
10 about whether it's lawful or illegal; is that
11 right?
12     A.   Not just from the analysis, no.
13     Q.   Right.  I mean, in anything, can --
14 that you do in terms of from a tox perspective,
15 can you ever determine whether it comes from a
16 particular brand or a particular manufacturer?
17     A.   Strictly from the analysis, no.
18     Q.   And in terms of Fentanyl, can you
19 make a determination as to whether it's from a
20 prescription -- a Fentanyl prescription or
21 whether it's from illicit?
22     A.   No.
23     Q.   And we had a -- chance to speak
24 to -- to Dr. Kohler, and I had a few questions,
25 and she actually said that you would be the

11 (Pages 38 - 41)

Page 42

1 person to talk to.
2        Maybe you could help us understand
3 how heroin sometimes shows up in the blood, I
4 think it was as morphine, when it breaks down?
5 Am I getting that right?
6        A.    Yes.
7        Q.    Could you explain that a little bit
8 for us?
9        A.    Heroin is actually
10 diacetylmorphine, and it lasts as that -- as
11 the parent compound, diacetylmorphine, as --
12 which is the parent compound, for about 10
13 minutes, generally.
14        I'll give you a range since people
15 are writing down the 10 minutes.  It's 5 to 15
16 minutes.  But generally it routes -- let's just
17 say, 10 minutes.  Then the body breaks it down
18 into 6-acetylmorphine or 6-monoacetylmorphine,
19 the primary metabolite of heroin.  Again, for
20 another 15 to 30 minutes.  This is blood, now,
21 I'm talking about.  And after that, it's all
22 broken down into morphine.
23        So you've got a narrow window to
24 detect heroin in a form that I could say it's
25 heroin, in the blood.  Again, 20 to 40 minutes.

Page 43

1        Q.    And can I ask, does that -- does
2 that process continue -- in other words, is
3 that time frame post-death?  So --
4        A.    No.  This is -- when you're living
5 and the body's working on those drugs, the
6 liver, the kidneys, et cetera, they're breaking
7 all these drugs down to get rid of them.
8        Now, during that half hour to 45
9 minutes that you're doing the heroin, mind you,
10 it's also dumping it all into your urine
11 because it's -- it's eliminating it all.
12        So in the blood, after 45
13 minutes -- and this is a general time frame --
14 after that initial 45 minutes, all you're going
15 to see is morphine because all the rest of the
16 stuff has been broken down and/or eliminated.
17        So when I say morphine in the
18 blood, in most postmortem cases we -- we
19 haven't drawn that sample while the guy was
20 alive, obviously, so we're going to see -- I'm
21 not going to ever -- or rarely ever am I going
22 to see the diacetylmorphine or the
23 6-monoacetylmorphine in the blood.
24        Q.    Let me just ask you, if in an
25 unusual situation someone took heroin, died

Page 44

1 within 15 minutes of it, would that essentially
2 stop, kind of time-out the process, and then if
3 you took a blood sample, you'd likely be able
4 to see that?
5        A.    Possibly I may be.  And I've tried
6 to see it.  Again, there's a lot of other
7 issues involved.
8        Q.    Right.
9        A.    I'm just kind of gen- -- give you,
10 in a general idea.
11        Q.    I understand.
12        A.    There's a lot of other issues.
13        Q.    No, I understand.
14        A.    Postmortem redistribution, the
15 decomposition, et cetera.
16        But anyway, generally, I rarely am
17 going to see heroin as heroin itself or as a
18 primary metabolite.  I'm only going to see
19 morphine in the blood.
20        Now, in the urine I will detect all
21 the -- I certainly will detect the primary
22 metabolite, the 6-monoacetylmorphine, in the
23 urine, as well as morphine.  So I will detect
24 it in the urine probably a good 24 hours.
25        And a lot of our death cases, they

Page 45

1 linger.  They don't -- you know, unless we find
2 a syringe in his vein and the guy's dead at the
3 scene with a syringe sticking in his vein,
4 typically that's not how most -- most of these
5 ODs die.  They'll linger for a while, and
6 linger and linger, and then an hour later
7 they're dead because their organs start
8 shutting down.  And that's typically how an
9 overdose death works.
10        Q.    So -- so when you see the morphine
11 in the blood, the way that you would have a
12 better ability to determine whether it was
13 heroin was by looking at the urine --
14        A.    Correct.
15        Q.    -- to the extent that you could do
16 it.
17        A.    Or vitreous.
18        Q.    What's that?
19        A.    Eyeball fluid.
20        Q.    Okay.  And there was some reference
21 to free-morphine.  Is that a -- what does that
22 mean?
23        A.    Morphine is highly protein-bound.
24 It's bound to a glucuronide.  The bound
25 portion -- and I'm guessing.  I don't have the

12 (Pages 42 - 45)

Page 46

1 literature in front of me, the reference book.
2 It's probably 85 percent bound.  It's bound to
3 protein.
4        The bound portion is not the active
5 portion of the drug.  It's the free portion
6 that goes to the binding sites within the
7 brain, and that's where the -- where the action
8 takes place, the effect of the drug.
9        So the free portion is what we
10 monitor, because that's the deciding factor.
11 Most of the reference ranges in literature are
12 referring to free portion of drug.
13    Q.    Okay.  Do -- do you make any --
14 well, strike that.
15        I take it the final determination
16 as to cause of death is a medical doctor or a
17 pathologist who makes that determination; is
18 that right?
19    A.    Correct.
20    Q.    That's not something you do?
21    A.    No.
22    Q.    Your information and work is -- is
23 used to assist him or her, but -- but that's
24 their responsibility; is that right?
25    A.    Absolutely.

Page 47

1    Q.    Do you ever consult and have
2 discussions about cases from time to time?
3    A.    Yes.
4    Q.    Is that with some fre- -- that
5 wouldn't be unusual to do that?
6    A.    It wouldn't be unusual.
7    Q.    And are there certain times --
8 let's talk suicide, for -- for example, right?
9 There are -- you know, I've been looking
10 through some of the materials -- I'll show
11 you in a minute to see if they refresh your
12 recollection -- but -- but there's some even
13 lawful, very legitimate things,
14 benzodiazepines, maybe even some SSRIs, right,
15 that people take, you know, regularly, but at
16 very high doses can be fatal.  Is that -- is
17 that fair?
18    A.    Yes, yes.
19    Q.    And often when you see, right, a
20 kind of a cocktail of these otherwise
21 legitimate medicines in a -- in a very -- kind
22 of all at the same time in a decedent, it
23 raises at least a question of whether it was a
24 suicide; isn't that right?
25    A.    I would --

Page 48

1        MS. KEARSE:  Object to the form.
2 Just the form, excuse me.
3    A.    I would think.  Again, I don't make
4 those decisions.  That's up to the pathologist.
5    Q.    So do -- do you ever communicate
6 that type of information?
7    A.    They have all the information.  My
8 primary goal is to do the analysis and give
9 them a number, a level of whatever drug I find.
10 Whether it's suicide or whether it's mixed drug
11 toxicity or whether it's, you know, a heroin
12 overdose, that's their call.
13    Q.    And have you seen the actual
14 autopsy -- autopsy reports?
15    A.    I don't know if I have.
16    Q.    Let me -- let me just show you
17 this, what we're going to mark here as -- as
18 Exhibit 1.
19        MR. CHEFFO:  Just for everyone's --
20 this is for the lawyers, Mr. Perch.  But just
21 for everyone's edification, this is going to be
22 what we marked yesterday as Exhibit 2.  It's
23 the same document.
24        He's going to put a sticky on it
25 for you.

Page 49

1        - - - - -
2        (Thereupon, Deposition Exhibit 1,
3        Document Titled "Drug Overdose
4        Deaths, 01/01/2016 to 12/31/2016,"
5        SUMMIT_68523 to 000068568, was
6        marked for purposes of
7        identification.)
8        - - - - -
9    Q.    Mr. Perch, I'm not going to ask you
10 excruciating details about any of these, but
11 I'm just going to ask some general questions.
12        Have you seen a document like this?
13    A.    This looks like something that Pat
14 would have pulled up.  I -- I've actually asked
15 him to pull up various things from the computer
16 system for me, and it looks very similar.
17    Q.    Pat is who?
18    A.    Pat was our IT guy.
19    Q.    He's retired now?
20    A.    He is.
21    Q.    Does he still work on a consulting
22 basis?
23    A.    He did for a little while, because
24 the computer system we used, I think, was his
25 design, so we're in the process of switching

13 (Pages 46 - 49)

Page 50

1 over.
2     Q.    Is there someone who fills Pat's
3 role?
4     A.    Well, our county computer services
5 is -- has taken over.
6     Q.    And on what -- what -- on what
7 occasion would you ask -- what was his last
8 name?  I'm sorry.
9     A.    Gillespie.
10     Q.    Mr. Gillespie.  Has -- have you --
11 what occasions would you have asked
12 Mr. Gillespie to run reports like this for?
13     A.    A lot of times I ask him to pull up
14 the homicides so I can get rid of samples.
15 Homicides I keep for five years.  The rest of
16 the samples, I was just overwhelmed with
17 samples, and I don't have the space to store
18 them, so I'll have him pull up a list of all
19 the homicides.  And when I have the guys get
20 rid of my samples from a previous year, I give
21 them a copy of that list and say, "Save these."
22 Things like that.
23     Q.    Okay.  Yeah, and what is the --
24 what is the policy for samples and things?  Is
25 it one year, typically, other than homicides?

Page 51

1     A.    The homicides are five years.
2 Undetermined deaths are five years.  The rest
3 of them pretty much one year.
4     Q.    And that's still in place?
5     A.    As far as I know.
6     Q.    Now, if you just take a look at
7 this document, you'll see there's a number of
8 entries, right, and it tells you where the
9 specimen came from.  It says "blood" on the
10 right.  I'm in the "Toxicology Results"
11 section.
12     A.    Oh, yes.
13     Q.    Do you see that?
14     A.    Uh-huh.
15     Q.    And I'm trying to find -- most of
16 these are blood, but let me -- okay.
17         So just take a look, if you would,
18 please, at page 22.  It's on the bottom
19 right-hand corner.  There's little numbers
20 there.  And look at 55688.  Do you see that?
21     A.    Correct.
22     Q.    So that is a urine sample, right?
23     A.    Yes.
24     Q.    And it says "None detected."  Do
25 you see that?  Right above it.

Page 52

1     A.    I do.
2     Q.    So if -- if nothing was detected,
3 would you essentially, you know, pass go?
4 Would you go further and do a blood test, or is
5 there other results that we would look for,
6 for -- in this case, you can see the cause of
7 death is listed as carfentanil.
8     A.    Well, it wouldn't be a carfentanil
9 toxicity if there wasn't carfentanil in it.
10 Keep in mind, carfentanil is unique in that my
11 equipment is gas chromatography-mass
12 spectrometry.  The detection level is probably
13 about 1 nanogram per ml.
14         In the majority of the cases, I can
15 detect carfentanil in the urine, because, as I
16 mentioned before, urine -- drugs are
17 concentrated quite a bit in urine, sometimes
18 100-fold.  So I can detect carfentanil in the
19 urine in most cases.
20         I can't in blood, just because
21 it -- you're talking levels down in the
22 picogram range now.  You know, the levels
23 versus Fentanyl are 100 times lower in most
24 cases just because of the potency of
25 carfentanil.  And I don't have the equipment

Page 53

1 necessary to go below 1 nanogram per ml.
2         So I don't even -- I initially
3 tried to set up an assay, but I just could not
4 get below 1 nanogram per ml.  It's the limit of
5 the equipment I have.
6         What you need is something known as
7 LC-MS-MS.  And I tried to buy one, and it was
8 about $300,000, and the county wouldn't let me
9 have one.  It was really more cost effective
10 for me to send out the samples to reference
11 labs.
12         And that's probably what I did in
13 this case.  I don't know what this summary
14 report is, but I can tell you right now, my --
15 my guess is, in this particular case, I didn't
16 detect it.  If this is my report, I probably --
17 I found no carfentanil in the urine, and I
18 probably sent it out to a reference lab -- and
19 I always send out the blood -- and they
20 probably -- I'm guessing, since I don't have
21 the actual report --
22     Q.    Understood.  Understood.
23     A.    -- that they probably found
24 carfentanil in the blood.
25     Q.    I see.  And I -- what you're saying

14 (Pages 50 - 53)

Page 54

1 is fair.  I know you don't make the cause of
2 death.  I'm really not asking you detailed
3 questions.  I just picked that one as an
4 example.  You'd have to look at the file,
5 right?
6       A.     I would have to look at the file.
7       Q.     Right.
8       A.     Yes.
9       Q.     So we're talking in generalities.
10      A.     Yeah.
11      Q.     So as a general matter, if -- if
12 there was, let's say, you know, an
13 investigator's report that found someone who
14 was deceased, right, and they wrote that there
15 was drug paraphernalia around, you would run
16 your tox screen, and the fact that it was not
17 found -- carfentanil was not in the urine, you
18 would then make a decision to send it on to --
19 for a blood testing?
20      A.     Correct.  And in some instan- --
21 some instances, even if I detected it, I would
22 send it out.
23             I'll give you an example.  Three
24 young ladies, 20-year-olds, all found dead.  I
25 did the analysis, and again I found ecstasy or

Page 55

1 MDMA and carfentanil in all three in their
2 urines.
3             Since this was going to be a
4 high-profile case and probably a court case,
5 Dr. Sterbenz asked if I could get levels on the
6 blood, which I did.  I sent it out to a
7 reference lab, and sure enough, I did -- they
8 identified the same thing I did, that I found
9 in the urine, but they found -- obviously, I
10 sent out the blood, and they gave me levels for
11 the MDMA and the carfentanil in the blood.
12      Q.     And -- and you -- in your work both
13 with the ME and in the police department, you
14 know, this cross kind of referencing, are there
15 situations where the -- like the one you just
16 described, that it could be at least a
17 suspected homicide?
18             So in other words, you know, we've
19 all read stories, right, in the popular press,
20 a young person typically, right, goes and they
21 buy what they think is, you know, marijuana or
22 something else, or even maybe Fentanyl, and
23 it's laced with carfentanil, right?  And then
24 they -- they don't mean to overdose.  They
25 don't know what they're getting.  Is that -- is

Page 56

1 that -- does that come into your analysis?
2      A.     I don't know if it comes into my
3 analysis, but I -- you know, that's in the
4 paper, in the newspapers.  I read it a lot.
5 When the police department confiscates a bindle
6 or a baggie of powder, everything is heroin.
7 They always say, you know, "We suspect some
8 sort of heroin."  Even the users, I was told by
9 some of the narcotics detectives, that they
10 were asking for the, quote, "zoo heroin,"
11 meaning the carfentanil.
12             So, I mean, you know, I -- I take
13 it all with a grain of salt.  I wait for the
14 mass spec to see actually what it is.
15      Q.     Now, just somewhat by accident, I
16 guess, but it's easy for us.  Look at the, if
17 you would, on this, the one I just asked you to
18 look at, the urine.  So that was 55688.  Just
19 take a look, if you would, at the one right
20 above it and the one right below it, right?
21 Because in the carfentanil, it does actually
22 have a blood testing, so I'm going to ask you
23 just about that.  And then the one below it, it
24 actually looks like there was a positive urine
25 test for carfentanil.

Page 57

1             So I guess my question is --
2 Mr. Perch, is, would it be your belief that if
3 it says blood carfentanil present, that that
4 would have been something you sent out to a lab
5 because you didn't have the ability to make
6 that determination?
7      A.     Correct.
8      Q.     And would it also be your -- your
9 belief that the urine sample that showed
10 positive carfentanil amongst these other drugs
11 would have been something that was done
12 in-house?
13      A.     Probably, but it took me a while to
14 set up a method to test for carfentanil.
15 Initially, when -- when we first started
16 seeing -- and I distinctly remember the day
17 that we saw carfentanil in Summit County.  It
18 was the 4th of July weekend.
19      Q.     Right.  And this is just -- so to
20 orient you, this is just a few weeks later?
21      A.     It's a few weeks later.  So at that
22 time, I was scrambling.  Nobody had ever heard
23 of carfentanil.  I called every refer- --
24 National Medical Services.  I don't know if
25 you're familiar with NMS.

15 (Pages 54 - 57)

Page 58

1    Q.   I've heard of it.
2    A.   It's a huge reference lab that
3  pretty much the whole country goes to.  Axis
4  out at Indianapolis, AIT.  I called around, and
5  nobody had even heard of it, let alone test for
6  it.
7    Q.   And how did you do -- so was it
8  showing up as, like, a positive Fentanyl?  How
9  did you even know that there was such a thing
10  that was being ingested called carfentanil?
11    A.   We received a ton of paraphernalia
12  from the narcotics officers on that weekend.
13  And they told us basically they just -- there
14  was, like, 25 overdoses, all admitted to the --
15  on that day, admitted to various emergency
16  rooms throughout the city.  And they had all
17  the contraband:  spoons, straws, baggies,
18  bindles, all kinds of stuff.  So we tested
19  that, and it came up with a hit for
20  carfentanil.
21    Initially, I -- my partner and I
22  looked at each other, and -- I never heard of
23  carfentanil, and neither did he.  So we looked
24  it up, and sure enough, it's some sort of an
25  animal tranquilizer.

Page 59

1    We called the Akron Zoo, talked to
2  the vet.  He told us they didn't have any
3  animals large enough to warrant them keeping
4  carfentanil on hand, and recommended the
5  Cleveland Zoo.  So that's where we first --
6    We actually contacted -- contacted
7  the Cleveland Zoo and sent an officer, along
8  with a copy of our DEA license, Ohio Board of
9  Pharmacy license, before they'd give us some of
10  that carfentanil.
11    Q.   I see.  And -- well, thank you for
12  that.  That's --
13    So this -- this may have been a
14  time before you had -- you know, you were able
15  to kind of get your arms around it.  But at --
16  but at some point, if we were to look a year or
17  two later, now you actually have the ability to
18  do a urine test.
19    A.   I do.  And probably a couple months
20  after that, I had the ability.  Initially, the
21  only lab I could do, that would do carfentanils
22  for me, was in Columbus.  The coroner's office
23  in Columbus, Dan Baker, is a friend of mine.
24  He runs -- he's their toxicologist, and I was
25  telling him what we were seeing.

Page 60

1    I actually sent him a sample of my
2  carfentanil standard that we got from the zoo,
3  and he set up an assay for us.  He has two of
4  the LC-MS-MS systems down there.
5    Q.   Are you -- in 2018, are you, in the
6  labs, continuing to see deaths related to
7  carfentanil?
8    A.   No.
9    Q.   It's pretty much done?
10    A.   Pretty much done.
11    Q.   Has another Fentanyl analogue taken
12  its place?
13    A.   Fentanyl.  Fentanyl has roared
14  back, regular Fentanyl.  Probably illicit
15  Fentanyl, I'm suspecting, but...
16    Q.   I mean, Dr. Kohler believed that
17  most of it was illicit Fentanyl.  Would that be
18  your understanding?
19    A.   That's my guess.
20    Q.   Uh-huh.
21    A.   And it's an educated guess based on
22  a lot of times at the scene -- and the scene is
23  very important -- they will find paper, a
24  bindle, powder, a straw, a spoon, a syringe,
25  and I will typically test those as well,

Page 61

1  because it's a -- it's important to know what's
2  at the scene.  Obviously, if I find a syringe
3  sitting next to the body and it's got Fentanyl
4  in it, I highly suspect that there would be
5  Fentanyl in the system.
6    Q.   Do you know what OARRS is?  Have
7  you heard of it?
8    A.   OARRS?
9    Q.   Yes, sir.
10    A.   Yes.
11    Q.   It's a -- it's a system that
12  enables professionals, doctors, right, to look
13  and see if someone is prescribed a controlled
14  substance?
15    A.   Yes.
16    Q.   Do you make use of OARRS?
17    A.   Occasionally.
18    Q.   Would a -- would a circumstance
19  like this, like Fentanyl, is that something you
20  would look for?
21    A.   No.  I look at OARRS when I have
22  nothing.  When I find nothing and they suspect
23  some sort of an overdose.
24    Most laboratories have a limited
25  amount of drugs that we can test for.  Am I

16 (Pages 58 - 61)

Page 62

1  going to test for every drug out there?
2  Absolutely not.  I test for the majority of
3  drugs that are going to be lethal and toxic.
4  So not all prescription drugs.
5       So typically when I look at OARRS
6  is I've done everything I can, and now I'm
7  starting to research the case because the docs
8  tell me that they highly suspect something that
9  they overdosed on and I'm not finding anything.
10 So I will look at OARRS to see if there's any
11 prescriptions that are unique to that
12 individual that I don't test for.
13     Q.   And let me just ask you maybe for a
14 different purpose, and it sounds like you
15 don't -- you don't need to do this, but let's
16 assume it's a Fentanyl, right?  You're certain
17 you don't need confirmation that it's Fentanyl,
18 but a question might be for someone else, it
19 sounds like, is this from a prescription or is
20 this from street drug?  One way of perhaps
21 answering that question would be to look at the
22 OARRS database, right?
23     A.   Correct.  Yeah.
24     Q.   To find out if they're actually --
25 Dr. Smith --

Page 63

1      A.   Of course, again, that's -- you
2  make that assumption.  Just because a person
3  has a Fentanyl prescription doesn't necessarily
4  mean that's what I found, you know.  They could
5  have also gotten illicit Fentanyl.
6        So, I mean, you know, there's a lot
7  of ways to look at that.  But do I look at
8  that?  No.  That's not my role.  I -- unless
9  I'm specifically asked by the pathologist,
10 which I can't remember ever them actually ever
11 asking if it was a prescription or illicit.
12 Fentanyl is Fentanyl.
13     Q.   All right.  In your experience,
14 even people who have prescriptions can
15 otherwise abuse medicines and go outside the
16 system?
17     A.   It's possible, sure.
18     Q.   I asked you about carfentanil, and
19 I think you told us you hadn't seen or don't
20 recall seeing a case this year.
21     A.   No, no, no.  I didn't say I haven't
22 seen a case this year.
23     Q.   I'm sorry.
24     A.   There's been a tremendous drop-off.
25     Q.   Okay.  Sorry.  I didn't mean to --

Page 64

1  if I -- I'm not trying to mischaracterize it,
2  so if I get it wrong, please do exactly what
3  you did and tell me.
4        So -- so there's been a drop-off.
5  Hasn't disappeared completely?
6      A.   At the beginning of the year, there
7  was a few cases.  I can't recall seeing
8  anything in the last few months.  It's -- it's
9  pretty much all Fentanyl.  If I get a positive
10 Fentanyl screen, it's kind of back to when --
11 prior to the carfentanil epidemic, that I call
12 an epidemic.  Now I can pretty much -- 100
13 percent of the time I'm going to just find
14 Fentanyl.
15     Q.   What about oxycodone?  Do you -- do
16 you recall this year finding any, many deaths
17 that were attributable to oxycodone?
18     A.   I found oxycodone.  Again, it's not
19 very common this year, but I do see oxycodone.
20 If -- if I attributed it -- excuse me -- I --
21 I -- I don't know how how -- if any of them
22 were involved as far as a lethal nature or not.
23     Q.   What about hydrocodone?
24     A.   Again, occasionally.  I don't see
25 hydrocodone -- hydrocodone, oxycodone,

Page 65

1  oxymorphone, hydromorphone, a lot of those
2  prescription meds have really dropped off.
3  Really dropped off the last couple years.
4      Q.   And we talked about carfentanil.
5  But is a driver of the overdose deaths
6  attributable to illicit drugs, is it
7  methamphetamine these days and illicit
8  Fentanyl?
9        MS. KEARSE:  Object.
10     A.   I'm seeing an uptick this year in
11 meth.  A big uptick.  Methamphetamine, cocaine,
12 and Fentanyl.  Those are the big three right
13 now.
14     Q.   And -- and methamphetamine and
15 cocaine are not opioids or opioid derivatives,
16 right?
17     A.   They are not.
18     Q.   Fentanyl is?
19     A.   Fentanyl is an opioid.
20        MR. CHEFFO:  Okay.  We've been
21 going about an hour.  Do you want to take a
22 five-minute break?  Is that all right?
23        THE WITNESS:  Your call.
24        MR. CHEFFO:  It's actually more for
25 me than for you.

17 (Pages 62 - 65)

Page 66

1          THE WITNESS:  That's fine.
2          THE VIDEOGRAPHER:  Off the record,
3  10:02.
4          (A recess was taken.)
5          THE VIDEOGRAPHER:  We're back on
6  the record, 10:12.
7          MR. CHEFFO:  All right.  We're back
8  on, Mr. Perch.
9  BY MR. CHEFFO:
10    Q.   Just a quick few followups on some
11  of the things we were talking about earlier.
12          You mentioned what I understood to
13  be kind of a reference to trends in certain --
14  I think you used the word "epidemics" or, you
15  know, "drug crisis," right?  There's -- in the
16  '60s or '70s, there was LSD.
17          MS. KEARSE:  Object to form.  I
18  think you mischaracterized part of that.
19          MR. CHEFFO:  Did I mischaracterize
20  that?
21          MS. KEARSE:  Yeah.  I think you
22  used the word "epidemic."
23    A.    Trends.  The only time I think I
24  used "epidemic" was for the carfentanil.
25    Q.   Okay.  So there were -- trends in

Page 67

1  what, were you referring to?
2    A.    Trends in types of drugs that I
3  would see.  Just like I mentioned, this -- this
4  year I'm seeing coke -- cocaine,
5  methamphetamine, and Fentanyl.
6    Q.   And over -- if we were to go back
7  the last 10, 20, 30 years, would it be fair to
8  say there would be different trends?  Like, so
9  for example, in the '60s and '70s, it might
10  have been LSD.  In the '80s and '90s, it might
11  have been cocaine and crack cocaine.  Then
12  there was -- are those the type of trends
13  you're talking about?
14          MS. KEARSE:  Object to form.
15    A.   Yes.  Sort of.
16    Q.   And that's just there's different,
17  kind of, drugs of choice that seem to occur
18  generationally; is that fair?
19          MS. KEARSE:  Object to form.
20    A.   In the '60s and '70s, yes, because
21  there was a -- I felt that there was a
22  subculture of drug abuse in the '60s and '70s.
23  I grew up in the '60s and '70s.  The Vietnam
24  war and all those things were factored into
25  that time.

Page 68

1    Q.   I'm sorry.  Can I just say
2  something?  You know, I remember reading
3  articles about Vietnam soldiers coming home --
4    A.   My friends.
5    Q.   -- with heroin addictions, right?
6    A.   Heroin, LSD, a lot of
7  hallucinogenics.  I think that era was big into
8  hallucinogens:  peyote, LSD, you know,
9  mescaline.  That kind of ended, and I don't
10  know the exact years or dates.
11          As I said, we had the draft back
12  then, and, you know, I was looking for that
13  number when they pulled my birthday.  We didn't
14  want to go to Vietnam.  I had a lot of friends
15  that did.
16          But when that era ended, you know,
17  it was a different time.  Now, back then, when
18  I first -- my first job was City Hospital in
19  Akron.  It was a clinical setting.  We started
20  forensics after I -- I set up toxicology.
21          So I could look at -- it was a
22  different setting because, again, a lot of our
23  work was geared toward clinical work.
24  Therapeutic drug monitoring was big, you know.
25  You prescribe a drug, they want to make -- and

Page 69

1  they would follow the cases and make sure the
2  person was compliant, the patient was
3  compliant, or -- and they weren't abusing the
4  drug, that kind of stuff.  That was one aspect
5  of it.
6          And, of course, the other aspect
7  was for the emergency room monitoring
8  overdoses.  So that was -- I was at City
9  Hospital for 25 years and I've been with the
10  medical examiner's about 17 and a half.  Over
11  that period of time, yes, I saw various trends.
12    Q.   Would -- would some of those be,
13  you know, crack cocaine?
14    A.    Crack cocaine has been around quite
15  a bit, yes.
16    Q.   And throughout that whole time,
17  heroin has always been kind of a subtext?  I
18  mean, it's never disappeared, has it?
19          MS. KEARSE:  Object to form.
20    A.   Heroin was rare, at least in Summit
21  County.  In my opinion, I really don't think we
22  saw much heroin until probably the last three,
23  four years, maybe, when -- when -- probably the
24  last two years was the biggest -- the most
25  heroin I've seen in the 18 years that I've been

18 (Pages 66 - 69)

Page 70

1  with the ME's office.
2      Q.   What about methamphetamine?
3      A.   Methamphetamine, again, wasn't very
4  popular for a while, until -- and I'm
5  guessing -- four or five years ago.  It --
6  it -- it really hit our area hot and heavy back
7  then.  Then it kind of died out, and now it's
8  back again.
9      Q.   And what about cocaine?
10     A.   Cocaine has always been around.  I
11  don't know if it's -- and again, I don't know
12  if it's the crack form or the powder form.
13  That's why I just say it's cocaine.  But it's
14  always been around, and it ebbs and flows.
15  Right now, we're -- we're at a peak of the
16  hill, so to speak.  We're -- we're seeing --
17  I'm seeing a lot more than I normally see.
18         But, you know, in a month from now,
19  it may die down a little bit, but it's always
20  been around.
21     Q.   In -- let me ask you just a few
22  questions, since I have, you know, your
23  expertise here, about the levels.  Right?
24         So I know you -- you -- you
25  testified earlier a little bit about how the

Page 71

1  assay levels, at least as I understood your
2  testimony, were set essentially by a government
3  standard, and then these companies that make
4  these assays essentially create their products
5  to meet the government standards.
6      A.   With the immunoassay screenings,
7  yes.
8      Q.   And let me ask you just a
9  different -- well, strike that.
10         That's for detection levels, right?
11     A.   Correct.
12     Q.   Is there any rule of thumb or more
13  than that, you know, scientific literature or
14  standards, that would set toxic levels for --
15  you know, for substances?
16         Like we've probably all heard, you
17  know, being non-toxicologists, the dose makes
18  the poison, right?  I think we've all heard if
19  you drink enough water, it could be toxic.
20         With that kind analogy, in other
21  words, is there a certain kind of standard that
22  says, you know, if you have one certain unit of
23  cocaine, it's in your blood, you may have this
24  illegally, but it's -- it's very unlikely to
25  have been a cause of death or an overdose?

Page 72

1         Do you understand my question, sir?
2      A.   Yeah.  Therapeutic versus toxic
3  versus lethal.
4      Q.   Yes, sir.
5      A.   What level?  Where does that level
6  fall?
7      Q.   Yes, sir.
8      A.   Is there one standard?  No.
9  There's multiple standards.  It's really whose
10  reference are you looking at.  There's a --
11  there's a number of references that are highly
12  reputable.  One is the -- the book I always
13  refer to is authored by Randall C. Baselt, and
14  I think it's called "Toxic Drugs and Chemicals
15  in Man."  It's kind of my, quote, "Bible."
16     Q.   Uh-huh.
17     A.   It's got references for just about
18  all the drugs that -- I think the current
19  issue is the 8th or 9th Edition.  It's a
20  wonderful book.
21         But there's others.  The Allegheny
22  County has come out with a little chart of,
23  again, therapeutic/toxic/lethal levels.
24         There's North Car- -- Chapel Hill,
25  is that North Carolina?

Page 73

1      Q.   Uh-huh.
2      A.   Their medical examiner has, again,
3  a thing of -- like this with all the drugs and
4  the various ranges of levels.  And if you --
5  and multiple others.  And if you look at all
6  these, they sort of overlap each other, and
7  they're all a little different.
8      Q.   And do they do what you suggested;
9  they'll basically tell you kind of a range of
10  what would be a toxic level versus what might
11  be therapeutic versus --
12     A.   Correct, they do.  And they also --
13  also warn you that you have to look at
14  tolerance, route of ingestion, femoral or
15  central blood.  There's a lot of other things
16  you need to look at, not just the number.
17     Q.   Right.  Am I correct that it could
18  even impact the individual, right?  So in other
19  words, a person who's a 350-pound male, 6 foot
20  9, might have a different tolerance level than
21  a male who's 5 foot, 120 pounds?  Does that
22  have an impact?
23     A.   It will have an impact on the
24  amount of drug they need to take to get to that
25  level.  So a 300-pound individual will need a

19 (Pages 70 - 73)

Page 74

1 lot more of the drug to get to 100 nanograms
2 per ml in his blood versus a 100-pound per --
3 individual.  But once they get to that level,
4 it's still the same level in that individual's
5 blood.  It's 100 nanograms per ml.
6        As I said, one person may have to
7 take 1,000 milligrams, versus the other one may
8 only take 100 milligrams, but that level is
9 what you're looking at, the blood level.  And
10 that level is pretty much consistent in terms
11 of toxicity, regardless of the weight.
12        More important is the tolerance,
13 route of ingestion.  You know, did he snort it?
14 Did he inject it?  Did he eat it?  Those things
15 are much more relevant because that tells you
16 if the individual -- if the level was a big
17 bolus, a huge influx of drug, rather than a
18 slow time-release type of mechanism.
19    Q.    I see.  And so just by looking at a
20 blood level, it really doesn't tell us -- or we
21 can't really know how much that person
22 ingested; is that fair?
23    A.    In my opinion, it's very difficult
24 to tell.
25    Q.    And -- and you're happy to -- I'm

Page 75

1 happy to have you look at this if it would
2 help.  I was just trying to find an example.
3        But there are some times where
4 there's a number of -- there's a number of --
5 there's a number of drugs listed, and the cause
6 of death doesn't include all of them.
7        So, yeah, actually the very first
8 one on the very first page, sir.  You see all
9 the tox results there?
10    A.    I do.
11    Q.    And again, with the understanding
12 that I know you didn't make the call as to
13 cause of death and you probably don't know a
14 lot about this specific case without looking at
15 it, my question is more general, right, which
16 is you see that -- for example, look at
17 oxycodone, right?  It's listed.
18    A.    You know, you'd have to ask the
19 doc.  Typically what they would rule on
20 something like that is acute mixed-drug
21 toxicity.  Why he singled out meth and
22 Fentanyl, you'd have to ask them.
23    Q.    Fair.  But is there a -- from a
24 toxicological perspective, is there any
25 reference, including the ones that you've just

Page 76

1 referenced, that would tell us that these
2 levels were such that they were in a toxic
3 level and perhaps some of the others weren't?
4    A.    Every one of those is in a toxic,
5 potentially lethal level.
6        MS. KEARSE:  For the record, are
7 you talking about 55236?
8        MR. CHEFFO:  I am.  I am.  Yes,
9 thank you.
10    Q.    Okay.  And then, while you have
11 that in front of you, sir, would you be good
12 enough to look at page 7 of 46?
13    A.    I'm sorry.  Page 7?
14    Q.    Yes, sir.  I'm going to direct your
15 attention to the top of the page, which is
16 55356.
17    A.    Okay.
18    Q.    Now, in this case, there's a tox
19 result, "Methamphetamine present."  Do you see
20 that?
21    A.    I do.
22    Q.    And that presumably would have been
23 something that would have been done in your
24 lab, right?  You could have done it at that
25 time?

Page 77

1    A.    If I had a urine sample, that's
2 certainly one of the drugs I do.
3    Q.    And then the cause of death is
4 non-traumatic intercerebral hemorrhage, a
5 stroke.  Do you see that?
6    A.    I do.
7    Q.    It doesn't reference anything about
8 drug abuse or any- -- or anything about
9 metham- -- methamphetamine?
10    A.    You know, I'm not exactly sure
11 where they put that.  That may be under a
12 "Comment" field.  We may not -- you know,
13 without seeing the entire autopsy report, it's
14 hard to say what he would have referenced.
15    Q.    And I guess the question -- and if
16 you know.  This may be outside your area.  But
17 it's labeled here as an accidental drug
18 overdose, right?  I'm looking at the last --
19 the first two columns.  It says -- do you see
20 that "Manner" and then "Type"?
21    A.    Yeah.
22    Q.    Do you know whether -- whether
23 there's a policy or procedure that even if
24 somebody has something like a stroke and they
25 have a positive methamphetamine, like in this

Page 78

1 case, tox screening, that it's labeled as a
2 drug overdose?
3     A.   I have no idea.
4     Q.   That's not something that you deal
5 with?
6     A.   No.
7     Q.   Do you conduct any type of queries
8 of a database yourself, or do you ask other
9 folks to do that for you if you need it?
10     A.   I ask other folks.
11     Q.   Do you --
12     A.   I don't do it.
13     Q.   Do you have access to a database or
14 a computer that has this information if you
15 wanted it?
16     A.   I -- I do.  I've never went in
17 there.  I have my own databases that I use.
18     Q.   Are you aware of any databases that
19 have -- or any formats that have more
20 information?  Like, so in other words, if I
21 wanted to find out blood and urine for
22 everyone, could I query the database to do
23 that?
24     A.   You know, I'm not sure.
25     Q.   Okay.

Page 79

1     A.   I would assume you should be able
2 to.
3     Q.   Do you know --
4         MS. KEARSE:  And I'm just going
5 to -- he's not going to guess.
6         But if you know.
7     Q.   Are the -- are you aware of whether
8 medical records and tox information, or can --
9 all information about a case is linked in some
10 way?
11     A.   I have no idea.
12     Q.   That would be something for the IT
13 folks?
14     A.   I would imagine.
15     Q.   Okay.  You testified earlier,
16 Mr. Perch, that some -- it sounded like some
17 relatively significant portion of the work, at
18 least the tox work that's done by you on behalf
19 of the county, is also -- is done on behalf
20 or -- or essentially contracted by other
21 entities, like police departments?
22     A.   I do work for other entities, and I
23 bill them for it, yes.
24     Q.   And again, to the extent you're the
25 right person -- let me know if you're not, then

Page 80

1 you'll tell me that, as you have in the past
2 today.  But in terms of setting the prices and
3 the billing -- like, in other words, are you
4 the person who determines, you know, if, for
5 example, XYZ PD department wants a tox screen,
6 it should be $50, $1,000?  How does that work?
7     A.   We set up pricing initially when we
8 first offered our services to outside clients.
9 And the county charter prevents us from making
10 money on our services, so it's more of a
11 professional courtesy, since there's really no
12 other toxicology services locally.
13         So we set the prices, I thought,
14 based -- we did a cost analysis and came up
15 with what was a fair and reasonable price.
16 It's a lot less than any reference lab charges.
17 And I forget exactly what was involved in
18 setting them up.
19         But then they have to be approved
20 by the Summit County council, and then they're
21 codified into the -- whatever government
22 program it is.  And once you set them, it's
23 hard to change, so we pretty much stay with it.
24 And I just remember setting them up initially
25 when we -- years ago, and that's pretty much

Page 81

1 where we've been.
2     Q.   And did you do that yourself, or
3 was that with someone like Dr. Kohler?
4     A.   With Bob, who was our administrator
5 at the time, but he -- the reality of it is I'm
6 probably the one that decided on them, just
7 because I'm so familiar with what other
8 reference labs charge.
9     Q.   Right.  And you also had a good
10 sense of what the assays cost, how much time --
11     A.   Absolutely, I did.
12     Q.   -- it took, so it made sense for
13 you to basically say here would be a fair
14 pass-through price; is that fair?
15     A.   That's fair.
16     Q.   So I take it the goal is -- is
17 neither to lose money nor make a profit; is
18 that generally what -- what you try to do?
19     A.   Yeah.  We try to make it
20 reasonable.  Again, we're providing a service.
21 And I don't bill them for testimony, you know,
22 testifying in court.  I don't bill them
23 additional fees.
24         Again, we're a county agency.
25 These are local law enforcement and government

21 (Pages 78 - 81)

Page 82

1  agencies, so, you know, nobody has a lot of
2  money, and we try to be reasonable.
3        Initially, the prices that we
4  charged went to what we call a lab fund, and my
5  goal at that time was to buy one of the
6  $300,000 instruments with that money.
7        Then when the economy soured a few
8  years back, what, seven, eight years ago, the
9  lab fund became part of the general fund.  So I
10  gave up on that idea.  But --
11     Q.   There went the machine.
12     A.   Yeah.
13     Q.   In terms of the last number of
14  years, and let's talk specifically about maybe
15  the carfentanil and the extra external testing,
16  has that been a driver of increased costs to
17  the tests?
18     A.   Oh, absolutely.
19     Q.   Significant?
20     A.   I think it's significant.
21     Q.   And is that -- is it fair to say
22  that --
23        Well, let me ask you this.  Is
24  carfentanil the main or only substance that you
25  feel the need to send out to a lab, or are

Page 83

1  there others?
2     A.   Oh, there's others.  Carfentanil
3  was the most significant in the last couple
4  years.  But I get -- for example, I've had a
5  number of diphenhydramine overdoses.
6     Q.   And what is that?
7     A.   Benadryl.  As I mentioned, you can
8  overdose on anything.  When I first started
9  this work, I would say there was no way
10  anybody's going to die from abusing Benadryl.
11  I put my foot in my mouth being I'll never say
12  that again.  Because we've had a number of
13  cases where -- you know, if you take enough of
14  any drug, you're going to -- it's potentially
15  lethal.  And people want to kill themselves
16  with Benadryl, they'll drink -- they'll take
17  200 tablets, and they will die.
18        So do I set up a quantitative assay
19  for Benadryl or for diphenhydramine?  No, I
20  don't, because, again, it's fairly rare.  It's
21  much more cost effective to send out the rare
22  overdoses that I see to a reference lab, pay my
23  150 bucks.  It's very time consuming and labor
24  intensive for me to set up an assay, so it's a
25  lot cheaper just to send it out.

Page 84

1     Q.   So other than the -- and thank you
2  for that.
3        Other than the one-offs, like, you
4  know -- I'll say Benadryl since I can't
5  pronounce the chemical name -- is the -- is the
6  main substance that you've been sending out in
7  the last number of years, is it carfentanil?
8     A.   Carfentanil was the biggie.
9     Q.   Is there anything else that's kind
10  of in that range?
11     A.   Not that I -- I can think of.
12     Q.   So --
13     A.   That's way above and beyond
14  anything I've ever had to deal with.
15     Q.   Is it fair to say that with respect
16  to heroin, you can do that all internally?
17     A.   You've got to remember, I set up
18  assays based on the need to do them in-house
19  and cost savings and labor involved.  So if I
20  have enough of a particular drug, I will set it
21  up in- -- in-house.
22     Q.   Uh-huh.
23     A.   Obviously, I do morphine and
24  heroin, Fentanyl, coke, all the normal stuff
25  that I typically -- oxycodone, hydrocodone,

Page 85

1  oxymorphone.  Not only do I set them up
2  in-house, I also perform -- those are drugs
3  involved in national proficiency surveys that I
4  have to perform well on.  So, yeah, those --
5  those assays I set up in-house.
6        So the esoteric drugs that I get
7  are the ones I typically send out.
8     Q.   You mentioned $150.  Is that -- is
9  that what a carfentanil test typically costs?
10     A.   That's my price.  That's a
11  discounted price, yes.
12     Q.   And I -- I take it this year, as
13  we've talked about, as the incidents of
14  carfentanil has gone down, the cost to the
15  medical examiner for external -- external
16  testing has also gone down.
17        MS. KEARSE:  Object to form.
18     A.   It has.  It has for reference labs.
19  Now, they did buy me a new mass spec, which was
20  a $100,000 piece of instrument -- piece of
21  equipment.  And again, the reason being over
22  the last two or three years, my equipment was
23  non-stop in use.  I mean, there were times when
24  I would -- I had -- I had three mass specs.
25  One was actually way too old, I rarely used.

22 (Pages 82 - 85)

Page 86

1 But basically two functioning mass specs.
2        And at times in the evening before
3 I went home from work, I would set up the auto
4 samplers and they would run overnight.  I was
5 getting quite a few as- -- you know, our
6 volume, not just for carfentanil, but just the
7 whole caseload, the problem is when you triple
8 the amount of deaths and your caseload goes up,
9 it's not just the carfentanil assay goes up.
10 It's all the aspects of doing that standard
11 drug screen that go up with it.
12        So I've got three times as many
13 immunoassay runs, alcohols, the whole gamut of
14 stuff.
15     Q.   Is it your experience that when you
16 find overdoses, that as a general matter people
17 also are abusing alcohol?  When you find drug
18 overdoses.
19        MS. KEARSE:  Object to form.
20     A.   I didn't see any special trend
21 related to alcohol and drugs.  Alcohol is
22 alcohol.  Everybody is abusing alcohol whether
23 you do drugs or not.
24     Q.   And from your perspective, is it --
25 is it -- well, let me just ask you this.  When

Page 87

1 you are doing your tox study based on kind of
2 your visibility into a limited amount of this
3 person's existence, you can't really determine
4 whether they're an abuser or whether it was a
5 one-time event; is that right?
6        MS. KEARSE:  Object to form.
7     A.   Not by itself.  Not just by the
8 analysis.  As I said, I do look at the
9 investigator's report.  They interview family
10 members, neighbors.  There's a lot of
11 information on that report.
12     Q.   Sure.  And that's -- that's a fair
13 point.  But -- and let's talk about that.
14        So just looking at bare toxicology
15 records, you couldn't determine whether someone
16 was an abuser or what brand of drug they took,
17 if it was prescription or things like that,
18 right?
19     A.   Not -- in most cases, no.
20     Q.   But to the extent that you wanted
21 to find out some more information, that's why
22 people like the investigators go out, that's
23 why they talk to family members, that's why
24 they look at medical records, right?  That's
25 why they may interview employers, things like

Page 88

1 that?
2     A.   Correct.
3     Q.   And that -- that's important.  If
4 you want to understand the full story, you have
5 to put all those pieces together.
6     A.   In my --
7        MS. KEARSE:  Object to form.
8     A.   In my opinion, yeah.  Those are
9 important pieces of the puzzle, yes.
10     Q.   And there's probably others,
11 depending on the facts of the case.
12     A.   There's -- obviously, the autopsy
13 is an important facet of that.
14     Q.   How much communication, to the
15 extent you know, is there between let's take
16 the Summit County Police Department or other
17 law enforcement in Summit County and the ME?
18 And I'm maybe going to ask you to focus on the
19 fact, right, there was this two- or three-week
20 period or weekend, it sounds like maybe, where
21 the Fentanyl problem, serious problem, started
22 in, it sounds like, 4th of July 2016, you know,
23 continued for some period of time, but then it
24 trailed off.
25        I mean, is that because of a

Page 89

1 communication between the ME's office testing
2 and some kind of interaction, in your view,
3 with the police department?
4        MS. KEARSE:  I'll object to the
5 form.
6        But go ahead.  Go ahead.
7     Q.   Do you understand my question, sir?
8     A.   Yeah, I do.  Remember, I'm the
9 police department too.
10     Q.   Right.
11     A.   So I was -- I was in a unique
12 situation that Cleveland, Columbus, Cincinnati,
13 they weren't.  They weren't in that unique
14 situation.
15        It's a lot easier to test
16 contraband.  It's very easy to test contra- --
17 contraband, meaning the powders and the
18 residue.  It's so concentrated.  And mass specs
19 are very, very sensitive.  As I mentioned, one
20 nanogram per ml is such a -- such a low level.
21        Residue that you don't even see on
22 a spoon, you just take a little bit of methanol
23 to just -- to brush the spoon and inject that
24 on the mass spec, it will blow your instrument
25 away there's so much there.

23 (Pages 86 - 89)

Page 90

1      So the point being, I'm at Akron
2  Police Department.  I see what we're seeing
3  there on a weekly basis.  My partner, his name
4  is Mike.  So I don't know if that's relevant.  But
5  anyway, him and I communicate well.  Again, we
6  both work together there.  Now, granted, I may
7  not go in there for a couple weekends, but
8  initially we were getting swamped over there.
9      So, yes, I was seeing all kinds of
10  paraphernalia, and the bulk of it was
11  carfentanil.  So I go back to my lab at the
12  ME's office, obviously I'm -- I -- I would
13  coordinate the cases of -- of the contraband
14  with the ME's office, and numerous times the
15  dead person was -- was the paraphernalia they
16  had at the Akron Police Department.
17      So right off the bat, I -- you
18  know, carfentanil, carfentanil.  I can
19  correlate that, the paraphernalia with my case.
20  So that was a big plus.
21      The people in Cuyahoga County and
22  Franklin and Hamilton, they didn't have
23  that opportunity.  They -- they were
24  independent laboratories, and much bigger
25  laboratories.

Page 91

1      Even Cleveland, they didn't have
2  that opportunity.  As a matter of fact, I would
3  call Cleveland -- I knew everybody up there --
4  and talk to their tox department and say, "Are
5  you guys seeing any carfentanil?  How about in
6  the drug lab?"  You know.
7      He says "Oh, they're way behind.
8  They're a month behind.  They haven't even
9  analyzed any of that stuff yet."
10      So there was a tremendous time gap
11  between some of the bigger laboratories of what
12  they were seeing in their drug lab versus what
13  they were seeing in a tox.  And again, that's
14  one of the reasons, I think, that we were the
15  first to see the carfentanil issues.
16      Q.   Is that -- in your professional
17  kind of view, is that an area of just from a
18  public health/public service perspective, there
19  could be areas of provement -- improvement of
20  having better communication between the
21  different municipalities and the labs?
22      MS. KEARSE:  Object to form.
23      A.   You know, I don't know if it's just
24  a matter of communication.  I think it's a
25  matter of personnel and money and all the other

Page 92

1  aspects of it.  You know, the reason they're
2  behind, at least if you ask them, in one area,
3  is because they don't have enough equipment,
4  they don't have enough people, they don't
5  have whatever.  And it's a much bigger
6  municipality.  You know, Columbus and Cleveland
7  are a lot bigger than Akron.
8      A lot of the law depart- -- a lot
9  of the -- there's a state crime lab known as
10  BCI.  There's three laboratories throughout
11  Ohio.  And probably -- I don't know what
12  percentage of law enforcement, but the bulk of
13  the law enforcement sends their stuff to the
14  BCI labs, their paraphernalia.  The contraband
15  found at a scene or the arrest made and the
16  powder that they find on the individual, all
17  that stuff goes to BCI.
18      And BCI is -- was -- at least for a
19  long period of time, they were months behind.
20  On testing stuff that came in today, they might
21  not get to it for a couple months.  So there's
22  that lag.  And -- and I -- and I think the
23  reason they were giving is just because the
24  volume was so -- so high, they just couldn't
25  keep up.

Page 93

1      Q.   And -- and to the extent, again,
2  that you've seen it through kind of your dual
3  experience, both with the Summit County medical
4  examiner and with the police department, do --
5  do you have a view or do you believe that some
6  of the drop-off this year that you've seen in,
7  let's say, carfentanil, for example, has been
8  because, you know, with the knowledge from the
9  medical examiner's office, the knowledge of the
10  police department, law enforcement has kind of
11  targeted or made efforts to eradicate some of
12  the -- the activity with respect to
13  carfentanil?
14      MS. KEARSE:  Object to form.
15      A.   Oh, I think that's a big factor.
16  The other factor is probably more of a
17  political nature.  I think it's all coming from
18  China, and it's just -- and whatever happened,
19  the Chinese cracked down on it.
20      Part of my role at the police
21  department is I would see these packages that
22  were shipped overseas, FedEx, U.S. mail, with
23  all kinds of Chinese caricatures.  I'm assuming
24  they were Chinese.  They could be any
25  oriental -- you know, the little alphabet.

24 (Pages 90 - 93)

Page 94

1 I'm not a Chinese ex- --
2     Q.   I understand.
3     A.   But, you know, so my impression is
4 this stuff is all being shipped from overseas.
5     Q.   So that was -- that was the type of
6 thing you were testing, right, because that was
7 the --
8     A.   Correct.
9     Q.   -- contraband.
10    A.   Yes.
11    Q.   And it was -- it looked to you like
12 it was coming in from overseas?
13    A.   Overseas.  Some of it had --
14 actually, a lot of it was from -- with British
15 postmarks.  I don't know if the -- I don't know
16 why.
17        But it was all -- bulk of it was
18 overseas.  And we would test it, again, for
19 sentencing purposes and whatever.  It was all
20 carfentanil.  It was a humongous amount of
21 carfentanil.
22    Q.   And -- and is that -- is -- did,
23 you know, is that your conclusion that a lot of
24 the street drugs are coming in from Mexico and
25 England and -- and China or Asia?

Page 95

1        MS. KEARSE:  Object to form.
2     A.   At that time.  At that time, yes.
3 Now I have no idea.
4        Again, I don't -- since -- things
5 are changed this year in terms of what I'm
6 seeing.  So now, since I'm seeing meth and coke
7 and regular Fentanyl and what I read in the
8 paper about what kind of -- I think possibly
9 the Fentanyl is probably coming in from Mexico,
10 and this is strictly guesswork.
11       MS. KEARSE:  And I'm just going to
12 say, we just -- I want to -- we're not going to
13 guess today, so I think --
14       THE WITNESS:  Yeah.
15       MS. KEARSE:  -- that Counsel will
16 appreciate that as well.  We -- this is for
17 what you know as a fact witness.
18    Q.   You have an educated view.  This is
19 what you do every day of your life, right?  I
20 mean, it's not really guessing.
21    A.   It is guessing.
22    Q.   Okay.
23    A.   I have no idea -- where it's
24 actually coming from.  It could be down the
25 street from us.  But, again, I suspect that the

Page 96

1 meth and the coke is probably much more -- are
2 probably more local, at least the meth.  But I
3 don't know exactly where it's coming from, no.
4     Q.   Is there a -- again, in kind of
5 your dual role, to the extent that you know, to
6 the extent that there -- let me -- let me
7 strike that.
8        Let's take meth increase currently,
9 you know, that you've seen.  Is that something
10 that in some way, either formally or
11 informally, gets filtered to the police
12 department?
13       In other words, "Hey, you know, I'm
14 seeing a lot of folks in the ME's department
15 that are now overdosing on meth.  Is it
16 something about this meth?  Is it more
17 prevalent?"  Is that something that you or
18 someone else would tell the police department
19 so that they could determine if it's something
20 that they want to try to address?
21       MS. KEARSE:  Object to form.
22    Q.   Do you understand my question?
23    A.   Yeah.
24       Not really.  I think they know as
25 much as we do what's around.  I mean, they

Page 97

1 confiscate the stuff, and we just -- I don't --
2 I don't even bother looking at the APD stuff
3 anymore because it's all basic stuff again.
4 You know, Fentanyl.
5        The reason I was more in tune
6 during the carfentanil issue is because of my
7 limits in -- in technology, my technological
8 limits in testing for it.
9     Q.   I see, okay.  Let me show you --
10 this is the article I think I mentioned earlier
11 that you at least were one of the folks who
12 worked on it.
13       MR. CHEFFO:  I'm sorry.  We need to
14 mark it.  My apologies.
15       - - - - -
16       (Thereupon, Deposition Exhibit 2,
17       Article Titled "Carfentanil and
18       Current Opioid Trends in Summit
19       County, Ohio" was marked for
20       purposes of identification.)
21       - - - - -
22    Q.   I don't think I'm going to test
23 your memory on super-specific details about
24 this, Mr. Perch, but you could look at it if
25 you like.  And, obviously, if there's anything

25 (Pages 94 - 97)

Page 98

1 that I do ask that you don't remember and you
2 need to look at it, I'm certainly not going to
3 stop you. In fact, I'd encourage you. But
4 maybe we can just start general, and if you
5 need to look at it in more specifics, you will.
6        Can you just tell us, just
7 generally, kind of what the purpose of this was
8 and why it came to be and what your role was?
9     A.   My role was very minimal. Kristy
10 was one of our pathology -- or one of our
11 residents from City Hospital. They do a
12 rotation through our facility. I think it's a
13 six-week rotation.
14        And I think she was -- she was
15 interested in being a -- I think she was in
16 pathology. And I don't -- you know, she
17 approached me. She wanted to do some data
18 research. And my role was I allowed her access
19 to all my files. That was my role.
20        She wanted to go back and look at
21 all the cases and wanted to know how -- what
22 the easiest way was, and basically I said, you
23 know, the easiest way is to actually look
24 through each individual file, log down what you
25 see. You know, if you're interested in how

Page 99

1 many this, how many that, start writing them
2 down.
3        And she did that for weeks, would
4 go in -- all my files are stored in boxes with
5 the dates and case numbers, range on there. So
6 she -- and most of my results are on the -- and
7 it's in a manila folder, and I write the stuff
8 out. On the cover of that manila folder is all
9 my data. Again, that's strictly for me.
10     Q.   And can I just stop you for a
11 minute? Thank you for that.
12        Was she focused, to your knowledge,
13 only on data that related to overdose deaths,
14 or, in this case, carfentanil deaths?
15     A.   I --
16     Q.   Do you know?
17     A.   I really don't know.
18     Q.   Okay. And when you say all of
19 your -- your data is organized -- well, let
20 me -- let me strike that.
21        Is all of the work that the ME's
22 department does, is it only related to deaths?
23 Like, in other words, would you -- would you do
24 a tox screen for a police department in the
25 ME's office that was just in connection with an

Page 100

1 arrest to find out if -- if some paraphernalia
2 or some --
3     A.   Yeah.
4     Q.   -- somebody was positive?
5     A.   I do quite a bit of that. As I
6 mentioned, I do a lot of contract work for law
7 enforcement agencies.
8     Q.   And that's not just in connection
9 with looking at the decedent; that could be for
10 other testing; is that right?
11     A.   DUIs, whatever.
12     Q.   Okay. So was she focused only on
13 deaths; do you know?
14     A.   You know, I'm not sure.
15     Q.   Okay. But whatever she was
16 focused, you -- you have materials in a way
17 that she was able to essentially roll up her
18 sleeves --
19     A.   Yeah.
20     Q.   -- and go look at it, right?
21     A.   I told her, you know, I -- the best
22 I can do is allow you access to my information.
23 I can't help you, because I'm -- I'm a one-man
24 show and I have tons of work to do.
25     Q.   And she was able to go through

Page 101

1 and -- did she do this by herself; do you know?
2     A.   I'm not even -- I'm not sure. She
3 may have had one of the students help her.
4 They have a variety of students that come
5 through there.
6     Q.   Okay. I mean, she didn't bring an
7 army of people in, right?
8     A.   No.
9     Q.   And so it was either her and maybe
10 one other person or maybe even two -- two
11 helpers?
12        MS. KEARSE:  Object to form.
13     A.   Again, I don't know.
14     Q.   Okay. And she went through the
15 materials in a way that you had previously
16 organized, right?
17     A.   I'm assuming. I know she went
18 through my boxes. You know, that was her --
19 she wants to write an article, more power to
20 her. I really didn't care about -- too much
21 about it. I'm surprised she even put my name
22 on it.
23     Q.   And I -- and I -- like I said, I'm
24 not going to -- as I think you'll find, I'm not
25 going to ask you specific questions about

26 (Pages 98 - 101)

Page 102

1 this --
2    A.   No, please.
3    Q.   -- because I think you've told me
4 that this is not your area of expertise.
5    A.   This is -- no.  You know, I proofed
6 it to make sure it sounded reasonable.  And I'm
7 not sure how -- I remember proofing it.  I made
8 some corrections that were technical
9 corrections, and I didn't really pay much
10 attention to the data.  I really didn't.
11   Q.   Okay.  I mean, look, it's fair to
12 say if you saw something that was glaringly
13 wrong, you would have pointed it out, right?
14   A.   I hope.
15   Q.   Right.  But you didn't look at this
16 as -- the sum and substance of this as
17 something that was your job to kind of edit or
18 correct, right?
19   A.   I -- I helped to the best of my
20 ability.
21   Q.   Okay.  And I'm going to ask you
22 just some -- just a few process questions.
23 Not -- just about how kind of what this -- this
24 woman, Ms. Kristy Waite, was -- was -- had
25 access to.

Page 103

1       So there were files that were kind
2 of under your control that she was able to look
3 at and mine for whatever information she
4 thought was appropriate; is that right?
5    A.   Sounds about right.
6    Q.   And do you know how long she took?
7 Was it a few weeks?
8    A.   Quite a while, it seemed like.
9 Certainly weeks and weeks.  Possibly --
10 probably more like months.
11   Q.   And she -- she took data and
12 information or whatever she thought she needed
13 to prepare this -- this paper, right?
14   A.   I'm assuming.
15   Q.   And --
16       MS. KEARSE:  Again, I'm just going
17 to say, you know, the guessing.  Just what you
18 know.
19       MR. CHEFFO:  Okay.
20   Q.   Look at page, if you would -- I
21 think it's the fourth page, Mr. Perch.  It says
22 here page 636 on it.  It's got these bar
23 charts.  Do you see this one?
24   A.   Yeah.  Oh, yeah.
25   Q.   So, I mean, this data is -- you

Page 104

1 know, is relatively specific, would you agree?
2    A.   It's specific for the drugs that
3 she's interested in, yes.
4    Q.   Right.  And -- and I take it that
5 you can't independently verify whether these
6 are correct or not, right?
7    A.   Well, she probably took them --
8 well, I'm assuming she -- I cannot.
9    Q.   Okay.  But -- but at least in
10 looking at this chart, there's a -- there's a
11 fair level of specificity from 2009 to 2016
12 that talks about the number of cases where
13 illicit drugs were involved in a death.
14       MS. KEARSE:  Object to form.
15   Q.   Isn't that what this chart
16 essentially does?
17   A.   Overdose cases per year by drug,
18 yes.
19   Q.   And in looking at this, are these
20 trends or numbers, are they consistent with
21 your recollection?
22   A.   I'm going to say yes.  Pretty
23 close.
24   Q.   All right.  For example, look at
25 2015, right?  There's -- you don't even have

Page 105

1 anything for carfentanil, right?
2    A.   Yes.
3    Q.   And then it's the last one on the
4 right.  There's two red, so it's a little
5 confusing.  But you see all the way over on the
6 right?
7    A.   Right.
8    Q.   Right.  Then 2016 you see
9 carfentanil is almost twice everything else.
10   A.   Correct.
11   Q.   Right?  And then you see heroin
12 is -- there's a -- kind of a jump from 2009 to
13 '10, and then '10 to '12 with a dip in '11.
14 But it's -- it's relatively consistent that
15 there are heroin deaths from 2009 to 2016,
16 right?
17   A.   Well, I -- I would have to say that
18 it doubled from 2009 to 2016.
19   Q.   Okay.  And it -- and it dropped in
20 2011, and -- but it -- okay.  And, fair.  And
21 so it doubled.
22       There's -- and methamphetamines,
23 how would you characterize that?
24   A.   Big increase in 2016.
25   Q.   And that's consistent with your

Page 106

1 recollection, right?
2     A.    Yes.
3     Q.    And cocaine?
4     A.    2016 was a big year, wasn't it?
5     Q.    It was.  But prior to that, there
6 was a -- is it fair to say relatively
7 consistent with some ups and downs?
8     A.    Right.
9     Q.    Doesn't include hydrocodone or
10 oxycodone on this; is that right?
11     A.    I don't see it, no.
12     Q.    And then if you look at 638, which
13 is another -- this is a pie chart.
14         My understanding of this -- and you
15 tell me if it's -- if you could either tell me
16 I'm right or wrong or I need to look at it --
17 is that Figure 3 shows the percentage of cases
18 where it's carfentanil only, and then the
19 breakdown of other drugs or substances that
20 were found in addition to carfentanil?
21     A.    That would be my understanding as
22 well.
23     Q.    So if we were going to report out
24 the Summit County deaths --
25         Do you know if the data on -- I'm

Page 107

1 going to ask you to turn back to Figure 1.  Is
2 that data only for Summit County?
3     A.    I don't know.
4     Q.    Okay.
5     A.    I would imagine it says somewhere
6 in this report.
7     Q.    I think -- and I'm -- it's not a
8 trick question.  I was looking as well,
9 Mr. Perch.  I think right above that, it
10 says -- I'm in this -- right over here, sir.
11 From July 2016 through --
12     A.    Oh, in Summit County.  I see it.
13     Q.    Right.  Right.  It talks about --
14 and then it says 140 carfentanil-related
15 deaths, and that's consistent with the chart,
16 right?
17     A.    Yes.
18     Q.    So if we wanted to kind of
19 accurately portray the most prevalent deaths
20 from drugs in Summit County, we would include
21 heroin, methamphetamine, cocaine, carfentanil,
22 and Fentanyl?
23         MS. KEARSE:  Object to form.
24     A.    Based on this article, yes.
25     Q.    And do -- do you have any reason to

Page 108

1 believe that this is inaccurate?
2     A.    No, but it's not all-inclusive
3 either.  Again, she took five drugs, and why
4 those five drugs -- I'm assuming because,
5 again, I really don't know why she picked those
6 five drugs, but they're -- as you mentioned,
7 there's some other drugs that she omitted, and
8 I'd be curious to see what those levels were.
9     Q.    Do you know if any other drugs
10 would be higher than methamphetamines?
11     A.    I wouldn't know.
12     Q.    Okay.  Let's come back to that in a
13 minute.  But let me show you another document.
14         THE VIDEOGRAPHER:  Can I change the
15 tape before we continue on?
16         MR. CHEFFO:  Sure.
17         THE VIDEOGRAPHER:  Thank you.
18         MR. CHEFFO:  He's going to change
19 the tape.
20         THE VIDEOGRAPHER:  We're off the
21 record.
22         (A recess was taken.)
23         - - - - -
24         (Thereupon, Deposition Exhibit 3,
25         Document Titled "Annual Report, With

Page 109

1         Five Year Statistical Trend, 2016,"
2         SUMMIT_000022367 to 000022438, was
3         marked for purposes of
4         identification.)
5         - - - - -
6         THE VIDEOGRAPHER:  We're back on
7 the record, 11:05.
8 BY MR. CHEFFO:
9     Q.    So I'm going to ask you a question
10 or two, maybe more than two, about the annual
11 report.  But before we leave the paper, let me
12 just ask you a few questions, and as you have,
13 you'll tell me if you remember, if it's in your
14 area of expertise, or if you don't.  And I
15 agree, we don't want you to guess, okay?
16         So let's just look at the
17 "Conclusion," which is on the last page.  I'm
18 going to read it.  Tell me if this is
19 generally -- if you agree with this.  It says,
20 "Multiple state and countywide initiatives have
21 been implemented to combat this dangerous
22 epidemic.  The need for up-to-date and highly
23 sensitive testing is crucial for the direct
24 detection of drugs, which are lethal at low
25 concentrations, such as carfentanil and other

28 (Pages 106 - 109)

1 Fentanyl analogues.  States without centralized
2 medical examiner systems are less likely to be
3 able to identify the specific drug involved in
4 an overdose than states with a centralized
5 system.
6           "Synthetic illicit opioids produced
7 in chemistry laboratories have become a
8 recurrent aspect of the heroin supply.  They
9 are easy to produce and cheap for users to
10 obtain, but have created an urgent need for
11 updated sensitive technology methods for
12 treatment centers, criminal justice labs, and
13 especially medical examiner's offices."
14           Do you agree with that?
15     A.   For the most part, yes.
16     Q.   Anything you take issue with?
17     A.   The -- and I'm a proponent of
18 centralized medical examiner's systems.  I'm
19 not exactly sure how -- other than the -- the
20 communication issues, that they'd be less
21 likely to be able to identify the specific -- I
22 guess I do agree with that.
23     Q.   Does -- is Summit County's system,
24 medical examiner's office, would that be
25 considered a centralized medical examiner

1 system?
2     A.   I got the impression that she was
3 talking about the state level.
4     Q.   Do you know if Ohio has it at the
5 state level?
6     A.   No, they do not.
7     Q.   And the last thing I think I want
8 to ask you, if you would be good enough to turn
9 to 634.  It's -- I'm going to read it again so
10 you don't have to.  It's the second paragraph
11 in the "Methods" section.  Tell me if I read
12 this correctly.
13           It says, "The SCMEO utilizes two
14 urine-based immunoassays for routine screening
15 tests, one for drugs of abuse and the other for
16 Fentanyl and its analogues.  A Fentanyl screen
17 was not part of routine testing prior to June
18 2014, when the nation was experiencing an
19 opioid epidemic, mostly due to heroin and
20 illicit Fentanyl.  Quantification and
21 confirmation of all positive drug screens are
22 performed by GC/MS."
23           Do you see that?
24     A.   I do.
25     Q.   Did I read it correctly, and do you

1 agree with it?
2           MS. KEARSE:  Object to form.
3     Q.   Well, let me ask you since, there
4 was an objection.  I have to ask you, now, two
5 questions.
6           Did I read it correctly?
7     A.   You did.
8     Q.   Do you agree with it?
9     A.   I'm not exactly sure where she got
10 the 2014 date.  I was screening Fentanyl quite
11 a bit sooner than that, prior to that.
12     Q.   Okay.  So other than that -- we'll
13 talk about that in a little bit, but anything
14 else in that paragraph that you would modify?
15     A.   You know, she's making conclusions,
16 so I'm assuming -- I'm going to have to assume
17 that her conclusions are correct.  But, yeah, I
18 generally agree with that.
19     Q.   And she does say -- and I don't
20 know if this changes your -- your testimony or
21 not, but it says "a Fentanyl screen was not
22 part of routine testing."
23           Were you doing routine testing
24 prior to June 2014 for Fentanyl?
25     A.   Oh, the "routine" does make a

1 difference.  I -- I was probably screening for
2 Fentanyl in tox cases that I deemed necessary
3 to screen.  In other words, a 93-year-old, I
4 doubt if I'm going to screen them for Fentanyl.
5 It was a much more expensive assay, and it was
6 on my second wheel of reagents, so I would
7 actually literally have to switch the
8 instrument over.  So that makes sense.
9     Q.   And now it's --
10     A.   Now it's a part of the routine
11 screening.
12     Q.   It would probably be harder to not
13 do it than it would be to do it, right?
14     A.   Exactly.
15     Q.   And then -- so I'm now going to
16 direct your attention to this annual report.
17 It's the big document, 2016.
18           Have you -- are you generally
19 familiar -- again, I'm not going to ask you any
20 detailed questions about this because I -- my
21 guess is you're going to tell me you don't
22 prepare this report; is that right?
23     A.   I do not.
24     Q.   Okay.  But you're generally
25 familiar that the medical examiners --

Page 114

1    MR. CHEFFO:  I gave them one
2 already.
3    Q.   -- does produce an annual report?
4    A.   I am familiar that they do, yes.
5    Q.   So do you flip through or kind of
6 review, in some fashion, the annual report when
7 it comes out or when it goes around?
8    A.   Maybe the very first time.  I don't
9 think I've looked at one of these in years.
10    Q.   Okay.  As to this 2016 one, did you
11 look at it with any purpose of editing or
12 providing comments?
13    A.   What I typically do is I give them
14 my numbers.  He asked me for my total drug
15 screens for the year from in-house cases and
16 outside agencies, meaning forensic cases, and I
17 give him those numbers, and that's pretty much
18 the extent of my input into this.
19    Q.   So -- and when you say "those
20 numbers," there's probably, you know, several
21 data points, right?  In other words, how many
22 you've done --
23    A.   Correct.
24    Q.   -- right?  What -- what drugs
25 you've found, right, with some prevalence?

Page 115

1    A.   Right, yes.
2    Q.   What drugs you've found in tox
3 screenings, which ones are most likely related
4 to cause of death?
5    A.   No, no.  I -- he pulls all that up.
6 I'm not sure how he pulls all that up, but he
7 does a query on -- on -- on the computer.  He
8 pulls all that -- that kind of data up.  I just
9 give him total numbers.
10    Q.   And I'm sorry.  Total numbers of --
11 of what?
12    A.   Cases.
13    Q.   Cases.
14    A.   Summit County cases.  Let's say
15 600.  I write a report for each case, whether
16 it's Summit County or outside clients.  All
17 those are on my database, the actual cases.  So
18 I just go in my computer on my database where I
19 write the reports and tell them how many
20 reports I wrote for Summit County.  So if I
21 write 600 reports, I did 600 cases.
22    Q.   Okay.
23    A.   Then I also go to my second
24 database, which is outside clients, the
25 forensic cases that we call police departments,

Page 116

1 other coroners' offices that we bill for, and I
2 do the same thing.  I just see how many reports
3 I wrote.
4    Q.   And if -- if someone wanted to find
5 out -- and let's talk about the -- whatever
6 number of cases it was just for Summit County,
7 after you've identified those specific cases, 1
8 through 600, 200, whatever the number is, if I
9 wanted to know how many of those cases involved
10 methamphetamine, for example, would I be able
11 to do that through some type of search?
12    A.   Yes.
13    Q.   It's not paper, right?  It's on a
14 computer system?
15    A.   It's on -- after I generate a
16 hard-copy report, I give my reports to the
17 secretary, who notarizes that report and also
18 enters all that data into the medical
19 examiner's computer system, which Pat has.  Pat
20 Gillespie has had the control over that, so he
21 would be the individual that would pull up the
22 specific search request.
23    Q.   Okay.  And that's -- that's
24 helpful.  So let -- let me just take even a
25 step back in some of the documents.

Page 117

1    So is your report, is it basically
2 just the numeric findings or -- or lack of
3 findings, or do you actually have any narrative
4 discussion?
5    A.   My -- my report is strictly a Word
6 document.  Drug screen, you've got a copy of
7 it.  I just tell you what I found.
8    Q.   And then, is that information then
9 reentered into the system or --
10    A.   Yes, into the main system.  My --
11 my data and my report is originally in my
12 database on an individual computer in my lab,
13 because I'm not interfaced with the rest of the
14 office.
15    Q.   Who else has access to that?  Just
16 you?
17    A.   Just me.
18    Q.   And were you asked by the lawyers
19 to collect any of that information?  Do you
20 know?
21    A.   No.
22    Q.   And if they asked you, you could
23 have made it available?
24    A.   It's the same information that's on
25 the medical examiner's system.

30 (Pages 114 - 117)

Page 118

1    Q.   I thought -- I thought it got --
2  some portion of it got input into the --
3    A.   All of it gets input into the ME's
4  office system.
5    Q.   It has to be manually re-input?
6    A.   Yes.  That's why we're getting a
7  new system.
8    Q.   And how do you do quality control?
9    A.   Quality control in terms of what
10  goes into the -- from one system into the
11  other?
12    Q.   Yeah.  I mean, some of these are --
13  you know, right, it's, you know, amphetamine,
14  125mg/ng ml, so someone has to take that entire
15  tox screen that you do and then re-input the
16  same information into another system?
17    A.   Correct.
18    Q.   Do you know if someone does a
19  quality control to make sure --
20    A.   How do you know there's not a typo,
21  that kind of stuff?
22    Q.   Yes, sir.
23    A.   Well, in theory, the -- we have the
24  hard copy.  That's my copy.  And when
25  Dr. Kohler or Dr. Sterbenz signs this stuff

Page 119

1  out, they look -- they're on the computer, and
2  they're comparing my copy with the actual copy
3  that's notarized with the -- the information in
4  the computer system.
5    Q.   I see.  So when they actually do
6  their work, they have a copy --
7    A.   They have a -- they have the entire
8  file, yes, including -- you know, that's why it
9  takes so long to sign out an autopsy -- one of
10  the reasons it takes so long is they review all
11  their files, all their -- the posts.  They have
12  all their notes, they have my copy of the tox.
13  They have a lot of information there.
14    Q.   Is there anything in your system
15  that's not given in to the tox -- I'm sorry --
16  in to the folks who are doing the autopsies?
17    A.   Not in the sys- -- not in the
18  computer.  All I have in my computer is just a
19  report.  It's a Word document.  There's a lot
20  of information in my file, in the manila
21  folder, that does not go anywhere.
22    Q.   And no one's collected that?
23    A.   There's thousands and thousands of
24  cases for multiple years.  No, it's all
25  sitting --

Page 120

1    Q.   Right, right.
2    A.   -- in various storage facilities.
3    Q.   If someone said, "Mr. Perch, we'd
4  like it," you'd say, "Have at it," right?
5    A.   I get requests all the time from
6  attorneys.
7    Q.   From -- from outside attorneys,
8  right?
9    A.   From outside attorneys that want to
10  see everything I've done on a particular case
11  that they're going after.  And I make copies of
12  everything and --
13    Q.   And you send it out?
14    A.   I send it out.
15    Q.   And that hasn't been done in this
16  case, to your knowledge?
17        MS. KEARSE:  Object to form.
18    A.   As far as I know, no.  But you have
19  to be very specific on a particular case,
20  obviously.
21    Q.   Understood.  And so if you would be
22  good enough to turn back to that annual report,
23  and I'm going to ask you to look at page 18.
24  It may help you to actually look at the two
25  pages before that just so you kind of orient

Page 121

1  yourself as to what section I'm talking about.
2    A.   Okay.
3    Q.   Am I correct that -- that this is
4  a -- an annual report that's done by the
5  medical examiner's office and it's posted on
6  the website, and it's an outward-facing report
7  for people in the community and others to rely
8  on?
9        MS. KEARSE:  Object to form.
10        And, Counsel, just for the record,
11  it's not on the website.  Just --
12        MR. CHEFFO:  None of these are
13  posted on the website?
14        MS. KEARSE:  This?  No.
15        MR. CHEFFO:  This 2015?
16        MS. KEARSE:  Yes.
17        MR. CHEFFO:  Okay.  So --
18    A.   That, I don't -- I don't even know.
19    Q.   Okay.
20    A.   I don't look at our website.
21    Q.   I'll stand corrected.
22        It's -- are these annual reports,
23  in your experience, are they something that
24  is -- are typically made available to the
25  public?

31 (Pages 118 - 121)

Page 122

1    A.    As far as I know.
2    Q.    Do you have any reason why the 2016
3  report would not be available to citizens?
4    A.    I have no idea.
5    Q.    And --
6        MS. KEARSE:  Object to form.
7    Q.    -- do you have any --
8        MR. CHEFFO:  Okay.  So are they
9  available to citizens or not?
10       MS. KEARSE:  No, and I'm just
11  saying that you made a statement it was on the
12  website.  I -- we looked at the website.  I did
13  not see it on the website.
14       MR. CHEFFO:  Yeah.  And I corrected
15  it, and I asked him --
16       MS. KEARSE:  I'm not saying it's
17  not available to citizens, but -- so that just
18  did not -- so --
19    Q.    Do you know if this was available
20  to citizens or not?
21    A.    Put it this way.  We have a huge
22  box full of these things.  Whenever I have a
23  tour or a student come in that's a -- you know,
24  that -- you know, I do mentorships, all kinds
25  of stuff.  I always give them a nice copy of

Page 123

1  this because it's impressive for their little
2  thing to go back to school with.
3    Q.    Right.
4    A.    You know, so there's no
5  restrictions on me handing them out.
6    Q.    There's no -- there's nothing
7  super-confidential about this, right?
8    A.    Not that I'm aware of.
9    Q.    So in this -- and again, right,
10  we're talking about 2016, just to orient you.
11  And in the "Toxicology" section.  Then I'm
12  going to just ask you, if you would, to look at
13  page 18.
14    A.    Okay.
15    Q.    I think, from what you've told me,
16  is that you don't personally categorize or
17  quantify any of the data in Charts 20 and 21;
18  is that right?
19    A.    Do I make these charts up?
20    Q.    Yes, sir.  Better question.
21    A.    I do not.
22    Q.    Thank you.  Is it something that
23  you -- you're asked to participant in, other
24  than what you explained to me earlier, which is
25  that you just send a list of your cases?

Page 124

1    A.    No.
2    Q.    And you remember we talked about,
3  in connection with your paper, that there were
4  some other drugs that were commonly found that
5  weren't listed amongst the five, right?
6    A.    Right.
7    Q.    And those would include citalopram.
8  And I'm looking at 20.
9    A.    Yes.
10    Q.    And that's -- is that typically
11  used in connection with suicides?
12    A.    No.
13    Q.    Okay.  But it's -- it's common --
14  and this is -- 20 is commonly found drugs that
15  were not necessarily the cause of death but
16  were found in a routine drug screen.
17    A.    You know, again, Pat did these.
18  He -- I take that back.  I would -- I would --
19  got involved occasionally when he would ask me
20  a question.  And usually this -- it was the
21  same question every year.  It was the
22  heroin/morphine question.  How do you know it's
23  heroin?  And I would tell him you have to look
24  both at the blood and the urine and to -- to
25  connect the two to see if it's from heroin.

Page 125

1        It was always a matter of a
2  technical nature in terms of how do I know how
3  many heroin deaths?  Or why he put citalopram,
4  it's a very common if not the most common
5  antidepressant out there, so I routinely see
6  it.  And it's -- and if these are deaths, it
7  doesn't surprise me that it's part of the
8  profile of the -- of the individuals.  Another
9  one that's very common is alprazolam, Xanax.
10  I'm surprised that's not in there.
11    Q.    But -- but, you know, hydrocodone
12  is, right?
13    A.    Correct.
14    Q.    Methadone is?
15    A.    Correct.
16    Q.    Oxycodone is?
17    A.    (Witness nodding head.)
18    Q.    But are you surprised that
19  methamphetamines are not in here?
20    A.    Yes.
21    Q.    And particularly, right, when we
22  look at the chart and the work that your
23  coauthor did -- if I can find it -- right, when
24  we have, for the last number of years,
25  including 2016, it looks like, according to

32 (Pages 122 - 125)

1 this, that there was about 60 deaths related to
2 methamphetamines.
3     A.   I don't know how he pulls up this
4 data. I really don't. And I rarely pay -- you
5 know, I don't pay attention to that stuff.
6     Q.   Okay. And 21 talks about -- it
7 reflects the number of most commonly found
8 drugs that were determined to be the cause of
9 death.
10    A.   21?
11    Q.   I'm sorry, sir. Figure 21, but on
12 the same page.
13    A.   Oh. What was your question again?
14    Q.   Absolutely. 21, and I just read
15 what it says here. It reflects the number of
16 most commonly found drugs that were determined
17 to be the cause of death, right?
18    A.   That's what it says.
19    Q.   And at least if we were to compare
20 the data in the article that you were a
21 coauthor -- and I think you have in front of
22 you, but I'm doing some -- kind of a --
23    A.   Yes, I see they have
24 methamphetamine in there.
25    Q.   And it has about 60?

1     A.   Correct.
2     Q.   And yet someone decided that they
3 were going put 5 for citalopram, right?
4         MS. KEARSE: Object to form.
5     A.   I have no idea why methamphetamine
6 is not there.
7     Q.   Two for hydrocodone, right? All
8 right. And then eight for methadone.
9         So methamphetamine actually should
10 be right next to or very close to morphine,
11 right? In terms of if you were going to put a
12 bar for methamphetamine and have 60, it would
13 be pretty close to the morphine bar, right?
14        MS. KEARSE: Object to form.
15        If you know.
16    A.   Well, at the very least, the
17 methamphetamine should have been on the top
18 graph. You know, it should have been there
19 somewhere.
20    Q.   Are you aware, either formally or
21 informally, whether something like that
22 wouldn't be put in because somebody was
23 concerned about a stigma that some people might
24 think that there was meth use in --
25    A.   No.

1     Q.   -- the county?
2     A.   Somebody screwed up.
3     Q.   That's one explan- -- explanation
4 too.
5         Would you expect to have seen it in
6 prior years if, in fact, it was at the levels?
7     A.   Here's the problem with some of
8 these searches. At least I'm prone to do this.
9 I create a search year one. If I screwed that
10 original search up, that template, chances are
11 year two I pull up the same template, the same
12 search and I just put in the new time frame.
13 So whatever the mistake was made initially is
14 going to be made the second time around and the
15 third time around.
16        And that's, again, I'm sorry, but
17 I'm guessing, because I haven't seen the 15 or
18 the 14 or any other of the other ones.
19        MS. KEARSE: And I was going to
20 say, again, we're not guessing.
21        THE WITNESS: Right.
22    A.   So again, I am guessing, because it
23 should be there. I would think that it should
24 be there, obviously, based on -- so somebody's
25 data is wrong.

1     Q.   I mean, just based on your just
2 general -- and obviously I'm not asking you to
3 remember the number of cases -- but in 2016,
4 it's consistent with your recollection that it
5 was something --
6     A.   It should be there.
7     Q.   -- close to the 60, right?
8     A.   At the very least in the top graph,
9 drugs most commonly found that were not
10 necessarily the cause of death, but certainly
11 should be there.
12        Now, as far as the actual cause of
13 death, I'd have to look into each individual
14 case.
15    Q.   Right. And again, I'm not going to
16 take up a lot of your time with this,
17 Mr. Perch, but we -- this is -- this is
18 actually the 2016 data, that -- that chart that
19 you have in front of you.
20    A.   Okay.
21    Q.   Right? And we could look at the
22 cause of death.
23    A.   Okay.
24    Q.   And I'll just -- I mean, like the
25 first one, right, says "Combined

Page 130

1 methamphetamine." You know, 1 -- 1/5/2006
2 says, "Combined Fentanyl/methamphetamine
3 toxicity."
4     A.   I agreed with you.  It should be
5 there.
6     Q.   Yeah.  Yeah, I mean, my -- in my
7 recollection is that there was dozens, if not
8 more, that were classified.
9     A.   Again, I don't know how he pulls
10 these searches up.  Does he have to put each
11 individual drug in there and did he just not
12 put in methamphetamine for whatever reason?  I
13 don't -- I really don't know.
14     Q.   I take it you would agree with me
15 that to the extent that it was an inadvertent
16 error, that, you know, particularly when you're
17 working with important information and data
18 like this, it should be corrected if it was a
19 mistake?
20     A.   Well --
21         MS. KEARSE:  Object to form.
22     A.   -- I -- I would think so, but, you
23 know, that's not my area.
24     Q.   Let me ask you just generally -- I
25 know this is not your specific, but, you know,

Page 131

1 you have been there a long time -- in terms of
2 how data is kind of stored and managed, you
3 know, for the -- and I'm talking about the ME's
4 office.  So you've told us a little bit about
5 you have a system that has kind of Word
6 versions, right, of tox reports, right?
7     A.   Correct.
8     Q.   And then you also have some paper
9 files, I take it, that are either intended to
10 do that or maybe were historic files?
11     A.   If you're talking about my manila
12 folders --
13     Q.   Yes, sir.
14     A.   -- that's where I store all the
15 hard copy of all my analysis.  And this is what
16 the attorneys want.  They want to review how I
17 did the analysis, the screening, the GC-MS, the
18 alcohol levels, the quality control that I run
19 with each assay.  So, yes, that's important
20 data.
21     Q.   Okay.  And then there's a
22 centralized computer system or database, I
23 guess, that Mr. Gillespie developed?
24     A.   Correct.
25     Q.   And generally, what -- kind of what

Page 132

1 was the function of that?  What does it do?
2         You know, to -- I know you're not a
3 computer expert, but what do you -- what do you
4 generally think that was for?
5     A.   The investigators put in the
6 investigation report in there.  They actually
7 typed -- they have their own template that they
8 type in all the investigative information.  The
9 doctors put in their autopsy information in
10 there.
11         And obviously the toxicologist does
12 not put in his information directly, but one of
13 the secretaries does.  And the reason -- there
14 are several reasons for that.  Number one, I --
15 I have to put in that data in a formal report
16 that I have to generate a hard copy.  And the
17 format that Gillespie's computer system uses
18 does not generate the report I need.
19         So I generate a hard cop- -- that's
20 the official document, the official tox report.
21 When somebody requests an official tox report,
22 it's my report that I generate on a Word file.
23 That also goes into the autopsy file.
24         What's in the computer is basically
25 the same data.  It's just a different format.

Page 133

1 So if you ever want to look up how much
2 oxycodone John Smith had, you put in the case
3 number and you pull it up on the computer and
4 that's all you see.  But it's kind of an
5 incomplete picture, so to speak, as we -- as we
6 went through this.
7     Q.   How -- how would you -- if you
8 were -- you talked about, from time to time you
9 testify.
10     A.   I do.
11     Q.   And I take it before you testify in
12 a -- in a case, you want to prepare yourself
13 for that testimony?
14     A.   Well, yeah.  I pull up the case and
15 review all the data, yes.
16     Q.   All right.  So when you say you
17 pull up the case and review all the data,
18 what's available to you in terms of the data
19 when you're preparing to testify in connection
20 with what's in the computer system?
21     A.   I'm not sure what's in the computer
22 system.  I don't look at it.
23     Q.   Okay.
24     A.   What's available to me is a copy of
25 my report that I generated, all the hard-copy

34 (Pages 130 - 133)

Page 134

1 data from all the instrumentation that I use:
2 The immunoassay screen results, the GC-MS
3 results, the alcohol results, all that
4 documentation.
5     Q.    Okay.  Do you -- and that's what
6 you review because that's in your area of
7 expertise, right?
8     A.    That is my area, yes.
9     Q.    To the extent that there is other
10 information or testimony that's required about
11 a cause of death, that would typically be the
12 ME who would testify?
13     A.    Yes.
14     Q.    And this, to you, probably seems
15 like an extremely basic question, but I'm just
16 trying to understand how the process works a
17 little bit.
18         When you actually do a testing,
19 whether it's a -- gas spectrometer, is that
20 what it's called?
21     A.    GC.
22     Q.    -- GC or some of the other kind of
23 assays, does it kind of spit out, like, a
24 printout of those numbers, or is it on, like, a
25 digital screen and then you have to write it?

Page 135

1     A.    Yes to all of the above.
2     Q.    Depends on the test or instrument?
3     A.    Depends on the test.  For example,
4 a GC-MS quantitative run, you get a digital --
5 you get a bunch of digital data.  But remember,
6 I have a program in the computer where I've
7 generated a standard curve of known
8 concentrations based on a response factor.  So
9 when I run my samples, it calculates the
10 unknown or the sample based on that standard
11 curve.
12         And, yes, it will print out a very
13 nice report that I've set up to a specific way.
14 So it generate- --- so it will tell you an
15 actual concentration, and in units that we're
16 comfortable with; for example, nanograms per
17 ml.  It will give you the response factors.  So
18 if a toxicologist wants to review my actual
19 data, he's going to want the response factors.
20 It will -- it will spit out a chromatogram, the
21 actual chromatography.  So it will give you a
22 lot of information on those -- on those
23 reports.
24     Q.    And how would you come to a
25 conclusion that someone, let's say, overdosed

Page 136

1 on a particular, let's say, over-the-counter
2 product if it's not on your -- your basic drug
3 screen?
4         And this may be on it, so I'll give
5 you an example.  Like aspirin, right?  You may
6 tell me that's part of your screening, so we'll
7 pick another example, but let's assume it
8 wasn't.
9     A.    Okay.
10     Q.    Right?  And, you know, you run the
11 screen, person doesn't have a gunshot wound,
12 right, they're a younger person, and --
13     A.    So at that point, it's
14 undetermined.
15     Q.    It's undetermined?
16     A.    And I've already run the --
17     Q.    You don't see Fentanyl.  You don't
18 see carfentanil.
19     A.    No.
20     Q.    You don't see cocaine.  You know,
21 no gunshot wound.  I suppose, right, in this
22 example, if they do an autopsy and they look at
23 the stomach, they might find, you know, a
24 bottle of pills.
25         But is there some way that you

Page 137

1 would be looking for those types of common
2 non- -- typically non-toxic drugs or substances
3 that actually can have a high toxicity?
4     A.    Yes.  I have a lot of extra,
5 non-standard procedures that I can use.  So
6 once I've run the gamut of all my standard
7 protocols, then I let it sit there for a week
8 and let me -- while I've got other cases to
9 work on, and I go back to it, and I may do an
10 OARRS report.  I may look -- ask the
11 investigator to give me medical records and
12 look through medical records.  There's a lot of
13 extra stuff I will have to do for those cases.
14 And they may take a lot more time.
15         But I do have -- you know, do I
16 want to look for heavy metals?  Carbon
17 monoxide?  Ethylene glycol?  Those are
18 non-standard things that I will do.
19         Do I want to do them?  No.  But
20 again, you have -- every once in a while you
21 come up with a case that's -- that requires a
22 lot of extra work.
23     Q.    Okay.  And just to...
24         - - - - -
25         (Thereupon, Deposition Exhibit 4,

35 (Pages 134 - 137)

Page 138

1    Document Titled "Annual Report, With
2    Five Year Statistical Trend, 2015,"
3    SUMMIT_000022730 to 000022802, was
4    marked for purposes of
5    identification.)
6        - - - - -
7    Q.   I think this is on the website,
8  though your good lawyers will correct me if I'm
9  wrong about this.
10       MS. KEARSE:  I did see this one on
11  there.
12       MR. CHEFFO:  Okay.  There you go.
13  I'll -- lesson learned.
14   Q.   You know where I'm going to ask you
15  to look.
16   A.   That's where I'm going.  Page 18.
17   Q.   You're good getting there.  I don't
18  even have -- you're doing my work for me here,
19  Mr. Perch.
20   A.   See?
21       MS. KEARSE:  Is this Exhibit 4?
22       MR. CHEFFO:  Yeah.  Four, yeah.
23   Q.   So basically my question is, you
24  know, just to show you that it's in 2015.  And
25  I guess one explanation may be that, like you

Page 139

1  said earlier, there was just some kind of
2  search that was done that was carried over?
3    A.   That would be my guess.
4    Q.   But either way, it's not accurate,
5  right?
6    A.   I highly doubt if it's accurate.
7  If you're missing a drug that should be there,
8  I -- you know, the data that's there for the
9  drugs that are there are probably accurate,
10  but, obviously, you can't be missing
11  methamphetamine.
12   Q.   Right.
13   A.   And, again, I think that's probably
14  what happened.
15       - - - - -
16       (Thereupon, Deposition Exhibit 5,
17       9/10/2007 Letter from James Orr to
18       Summit County Medical Examiner, With
19       Attachment, SUMMIT_000042195 to
20       000042198, was marked for purposes
21       of identification.)
22       - - - - -
23   Q.   Tell me when you've had a chance to
24  look at this.
25   A.   Okay.

Page 140

1    Q.   Again, my guess is you're not going
2  to certainly remember a document off the top of
3  you head from 2007.
4    A.   Not at all.
5    Q.   And I don't see your name on it, so
6  it's not clear that you ever would have gotten
7  something like this, right?
8    A.   I don't remember this at all.
9    Q.   Okay.  And I -- I really just want
10  to use it more illustratively to just ask some
11  general questions to orient you.
12       But you mentioned that from time to
13  time there are requests from lawyers, typically
14  plaintiffs' lawyers, right, seeking to bring
15  lawsuits against people for information, right?
16   A.   Correct.
17   Q.   And have you seen those letters?
18  Are they filtered down to you from time to
19  time?
20   A.   They usually are addressed right to
21  me specifically requesting toxicology.  And
22  sometimes there's 20 different points that they
23  want to address.  The information on this or
24  that, you know, all that stuff.  Maintenance
25  records, procedure manuals, et cetera, et

Page 141

1  cetera.
2    Q.   Do you kind of physically respond?
3  You collect that information yourself, or do
4  you have a person who helps you with that?
5    A.   I'm it.
6    Q.   You also do that?  And do you keep
7  a copy of those responses?
8    A.   I make a copy that I sent -- one
9  copy I send to them.  The other copy, I stick
10  it in my file.
11   Q.   That's in your files today?
12   A.   That's in my manila folder files.
13   Q.   And those -- those weren't
14  collected, as far as you know?
15       MS. KEARSE:  Object to form.
16   A.   Collected how?
17   Q.   Where the lawyer- -- do you know if
18  any of the lawyers in this case asked you for
19  access to those?
20   A.   I don't think anybody asked me for
21  access to any -- access to any of my files?
22   Q.   The manila files that you're
23  talking about.
24       THE WITNESS:  Oh.  Did you guys ask
25  me for any?

36 (Pages 138 - 141)

Page 142

1     A.   I don't -- I don't recall.
2   Nobody -- put it this way.  I did not share any
3   of the files with anybody that I can recall.
4     Q.   And you would have if you were
5   asked, right?
6     A.   Yeah.
7     Q.   And this person -- this goes back
8   to 2007, this letter.  Do you see that?
9     A.   I do.
10     Q.   And it's from a Dallas law firm.
11   Are you familiar with them?
12     A.   No.
13     Q.   And they -- they want the autopsy
14   report and all toxicology reports.  Do you see
15   that?
16     A.   All toxicology reports and -- yes.
17     Q.   And they are sending, right -- they
18   attached information that was provided to them
19   before that from the ME's office?
20          MS. KEARSE:  Counsel, I think --
21   you stated you were going to use this for a
22   different purpose.  He's testified he's never
23   seen this document.
24          MR. CHEFFO:  Okay.  I note your
25   objection.  Thanks.

Page 143

1     A.   Yeah.
2     Q.   Right?
3          MS. KEARSE:  And now you're asking
4   him specifically about the document.  It was
5   kind of the -- what -- how you represented to
6   the --
7          MR. CHEFFO:  That's fine.
8          MS. KEARSE:  -- witness how you're
9   going to use it.
10     Q.   Well, I'm going to ask you some
11   general questions.
12          This -- this looks like information
13   that is the type of information that's
14   maintained by the ME's office, right?
15     A.   Yes.
16     Q.   And it looks to me, and tell me if
17   this is consistent, that somebody from the ME's
18   office sent them a printout of people's names,
19   date of death, results, and cause of death, and
20   they basically took that and basically went
21   through it and said, "These are the specific
22   cases that I'd like more information about"?
23     A.   That's what it appears to be, yes.
24     Q.   And it also appears, right, that
25   they have the -- the actual names of these

Page 144

1   people as long as -- as well as the results of
2   their -- their tox study and the cause of
3   death, right?
4          MS. KEARSE:  Object to form.
5     A.   Yes.
6     Q.   Do you -- did you know -- strike
7   that.
8          Are you aware of whether there is a
9   policy or was a policy to disclose names of
10   decedents and this type of information to the
11   public?
12          MS. KEARSE:  Object to form.
13     A.   I don't know.
14     Q.   But we know at least in this case,
15   right, that a law firm in Texas has all this
16   information, right?
17          MS. KEARSE:  Object to form.
18     A.   A law firm requested all this
19   information from Texas.
20     Q.   And --
21     A.   Whether they have it or not, I
22   don't know.
23     Q.   All right.
24          Do you know or do you have a
25   practice one way or the other, Mr. Perch, when

Page 145

1   you respond to these inquiries from lawyers, do
2   you redact or cross out any information, or do
3   you just send them this type of information?
4     A.   Again, they're asking me on a
5   specific case, so obviously I need the name.
6   No, I don't redact anything.
7     Q.   And is this the type of information
8   that you would provide?
9     A.   No.
10     Q.   What would you provide?
11     A.   The actual data that I used to
12   get -- well, as I said, typically the attorneys
13   that request information from me want the
14   technical data.
15     Q.   I see.
16     A.   Obviously, a report -- a tox report
17   is just one sheet.  Any -- you know, Pat would
18   do this.  He would give them the autopsy
19   report, and the tox report is part of that
20   autopsy report.
21          When they request information from
22   me, they want a lot more.  Typically they're
23   claiming -- again, the State of Ohio has very
24   specific standards, and they're going to claim
25   that I don't follow the standards.  I don't

37 (Pages 142 - 145)

Page 146

1 have a director's permit, for example. I don't
2 have a procedure manual. So they're going to
3 list all these points. They want to see all my
4 documentation to confirm all these different
5 areas that they're contesting.
6     Q.   I see. And in this particular
7 case, at least, you know, 10 years ago, this
8 person, James Orr, looked like they were asking
9 for, quote "autopsy reports and tox reports,"
10 right?
11     A.   Correct.
12     Q.   So if you were to receive something
13 like that, is it fair to say that you would
14 respond to the extent that it was toxicology
15 report-related, and then you'd pass it along or
16 somebody else?
17     A.   I'd pass it right along off the
18 bat. I wouldn't mess with this. This would go
19 to Pat.
20     Q.   This one is from 2007, Mr. Perch.
21 Do you remember if you had received these prior
22 to that? In other words, from the time that
23 you've been at the ME's office, as far back as
24 that, could you remember receiving, kind of,
25 requests like this? Lawyers' requests for

Page 147

1 information about cases?
2         MS. KEARSE:  Object to form.
3     A.   Do I remember? No. I'm assuming I
4 probably got requests.
5     Q.   Okay. Is there a -- do you know if
6 there's a place where records go when
7 they're -- they're no longer needed for
8 immediate use, in terms of, like, you know, a
9 storage facility or something like that?
10     A.   Yes, there is.
11     Q.   Where is that?
12     A.   No idea.
13     Q.   Outside your area.
14         What -- is one of the
15 administrative folks, they make that decision?
16     A.   Yes. Denise, our administrator.
17     Q.   Now, with the -- those manila
18 files, I think you told us -- and correct me if
19 I'm getting this wrong -- that for homicides or
20 undetermined, there's a five-year statutory
21 requirement.
22     A.   That's the actual samples.
23     Q.   Okay.
24     A.   The manila -- I have the manila
25 files for at least 10 years.

Page 148

1     Q.   Do you know about -- anything about
2 the practices of the other -- like the other
3 MEs, or the MEs?
4     A.   I know the laboratory practices,
5 yes.
6     Q.   And the document retention? I
7 mean, do they keep paper?
8     A.   A lot of them don't. They'll keep
9 paper on the current cases, but a lot of it
10 is -- is digital now.
11     Q.   And do you know if anyone other
12 than people who work in the ME's office review
13 or make decisions as to what information should
14 be responded to?
15         So, for example, to your knowledge,
16 does anyone call up the county legal
17 department, or are these handled typically --
18 these requests for information, are they
19 typically handled internally by the department?
20         MS. KEARSE:  Object to form.
21     A.   I know that I run -- I get
22 subpoenaed constantly. Typically I will run --
23 if it's not a local muni case, I'll run it
24 through our legal department, or certainly to
25 make them aware that I've got a subpoena for

Page 149

1 federal court in Cleveland, da-ta-da-ta-da.
2     Q.   And who is the -- what office? Is
3 it a --
4     A.   Legal services.
5     Q.   For Summit County?
6     A.   Summit County.
7     Q.   And is there a particular person
8 that supports that department?
9     A.   Bob -- Bob something.
10     Q.   Bob. Bob in legal services.
11     A.   Bob.
12     Q.   He's probably on your -- your cell
13 phone or something or other.
14     A.   He's an attorney. Bob Hi- -- it
15 begins with an H. I can't remember his last
16 name.
17     Q.   Okay.
18     A.   We typically deal with e-mails, to
19 be honest with you.
20     Q.   And do you -- do you know if -- if
21 people went through or did any searches on your
22 e-mails?
23     A.   I think they did.
24     Q.   And how do you know that?
25         And again, I don't want you telling

38 (Pages 146 - 149)

Page 150

1 me anything that you talked to about your
2 lawyers, but --
3     A.   Yeah.  You know, how do I know
4 that?  I sat with one of them.
5         MS. KEARSE:  And again, for
6 conversations with anyone from my office or
7 that they --
8         THE WITNESS:  Yeah.
9         MS. KEARSE -- you can't talk about
10 that.
11     A.    And -- but I don't remember how --
12 you know, I wasn't paying much attention.
13 You've got to remember, I'm a one-man
14 operation, and I'm just irritated because I'm
15 busy and all my work sits.
16     Q.   Has there been -- have either you
17 suggested or others that someone should be
18 hired to supplement your work or help you?
19     A.   Oh, absolutely.  They -- we applied
20 for a grant to get me an assistant through
21 the Coverdell, but they denied us because they
22 said I didn't have a staff so they couldn't
23 give me an additional staff.  It makes a lot of
24 sense, right?
25     Q.   What about -- what about the

Page 151

1 county?
2     A.    The county actually has an open
3 position, and they want me to give them a --
4 about a year's notice before I retire so that
5 they can hire somebody for me to train.
6     Q.   What about --
7     A.    But not as far as in the -- you
8 know, they don't want to hire an additional --
9 you know, the county was hit hard with the
10 financial meltdown.  If it wasn't for that
11 issue -- and it's taken us, what, eight years
12 to recover, and we're still not back to where
13 we were.  You know, the real estate, it -- the
14 tax base just dropped out.  And we're still
15 trying to recover.  So it's tough to get
16 bodies.
17         We lost a number of bodies.  I
18 mean, during that era, we actually took
19 non-paid days off.  We had a choice of taking
20 non-paid days off or laying somebody off, so...
21         MR. CHEFFO:  All right.  Why don't
22 we take a few -- yeah, so let's go off the
23 record for a minute.
24         THE VIDEOGRAPHER:  Off the record,
25 11:51.

Page 152

1         (Luncheon recess.)
2         THE VIDEOGRAPHER:  We're back on
3 the record, 12:43.
4         MR. CHEFFO:  We're back on the
5 record.  Hopefully you had a chance to grab
6 some lunch.  I think we're going to try and
7 move this as quickly as we can, Mr. Perch, and
8 I'll try to be respectful of your time.
9 BY MR. CHEFFO:
10     Q.   Just want to ask a few questions on
11 a few different topics based on some, you know,
12 catch-up that I've done this morning.
13         But would you agree with me that
14 it's likely that heroin deaths, overdose
15 deaths, are underreported because of the
16 problems that you talked to us about earlier
17 about kind of differentiating between heroin
18 and morphine?
19         MS. KEARSE:  Object to form.
20     Q.   Do you understand my question?
21     A.   Yeah.  I -- not in Summit County.
22 Heroin deaths or overdoses?
23     Q.   Well, let's talk with -- with
24 deaths.  I mean -- and maybe we can just look
25 at this annual report for a minute, page 18,

Page 153

1 just to guide us for a minute.
2     A.   2016?
3     Q.   Yeah.  So maybe "underreported" is
4 kind of not the right word to use, or maybe
5 it's under-classified.  It's because, in other
6 words, if you look at 20 and 21, the charts on
7 Table 18, to the extent that they are -- the
8 drug is identified as a cause of death, it is
9 reported, but do you see that morphine is 65?
10     A.   Correct.
11     Q.   Right, and you see that heroin is
12 actually only 53?
13     A.   Correct.
14     Q.   And doesn't that strike you as not
15 correct?  That it's more likely that heroin --
16 people are overdosing on heroin use, not
17 morphine use; however, the way it's captured in
18 the tox reports, you're only able to determine
19 morphine?
20         MS. KEARSE:  Object to form.
21     A.   Well, that's one possibility.
22 Another possibility is the additional 12 deaths
23 was due to morphine sulphate.
24     Q.   Okay.  And like I say, I don't
25 have --

39 (Pages 150 - 153)

Page 154

1    A.    Prescription morphine.
2    Q.    Okay.  And I don't have any
3  visibility, right?  So this is in your -- your
4  kind of world.
5    A.    Yeah.
6    Q.    I'm just -- you know, from what you
7  do -- and this is just last year or a year or
8  so ago --
9    A.    Right.
10    Q.    -- you know, and again, you can't
11  remember every single case, but do you remember
12  believing that more people were actually -- the
13  cause of their death was prescription morphine
14  that they either got --
15    A.    No, no, no.  The way I'm seeing
16  this is 53 cases had heroin.
17    Q.    Yes, sir.
18    A.    65 cases had morphine.  53 of those
19  morphine cases are probably heroin.
20    Q.    I see.  So this may be
21  double-counting?
22    A.    You know, I -- statistics are
23  funny.  Me, in order to make a logical decision
24  on what the cause of death is, I have to really
25  look at the whole case, not a bar chart.

Page 155

1    Q.    Okay.
2    A.    You know, as bad as it sounds, but
3  this is probably the more accurate.  This
4  first --
5    Q.    Right.  Exhibit 1.
6    A.    Exhibit 1 is probably a more
7  accurate way of doing it because it tells you
8  everything that was found there in both blood
9  and urine, if there's both samples there.
10    Q.    I see.
11    A.    Again, bar charts are great to get
12  a general feel of things, but once you try to
13  start dissecting them individually, that's very
14  difficult.  There's multiple ways to interpret
15  that.
16    Q.    Is it fair to say that you believe,
17  and we could look at Exhibit 1, that many of
18  the people who were overdosing and dying in
19  2016 in Summit County are from heroin as
20  opposed to initially ingesting morphine?
21    A.    I'd have to look at each case and
22  actually do my own statistics.  Looking at the
23  first page, I don't see any heroin or morphine
24  in there.
25    Q.    All right.  Well, let's -- let's

Page 156

1  use one as an example.  I don't think I'm going
2  to ask you to go through every one.  Let's --
3  let me see if I can find one.
4    A.    Yeah.  On the third page, there's a
5  morphine.  Acute mixed heroin is the cause of
6  death.  Alprazolam and oxycodone toxicity.
7    Q.    Right.  Like, and that's my
8  question, really, is let's look at the last
9  two, 55281 --
10    A.    Uh-huh.
11    Q.    -- and then 55286.  Do you see
12  those?
13    A.    I see them.
14    Q.    So if we look at the tox results,
15  it says "morphine (free)," in parentheses, on
16  both of those.
17    A.    Right.
18    Q.    Right?  So the tox results show
19  morphine, but based on the analysis of the
20  blood and the urine, you're able to determine
21  it's actually heroin?
22    A.    Well, true, but I don't see the
23  urine results here, so this is -- this report
24  is incomplete, in my estimation.
25    Q.    Okay.  And just for assumption or

Page 157

1  argument's sake let's assume we had the urine,
2  what would -- what would it need to show you in
3  order for you to make a determination it was
4  actually heroin as opposed to morphine?
5    A.    I'd have to see a heroin metabolite
6  in the urine.
7    Q.    Okay.  And --
8    A.    Now, that doesn't necessarily mean
9  that there wasn't a combined heroin and
10  morphine sulfate ingestion, but it sure does
11  narrow it down quite a bit.
12    Q.    Right.  And at least in those two
13  cases, right, the medical examiner who signed
14  off said that these were acute mixed heroin,
15  right, and the next one says mixed heroin and
16  Fentanyl.  So it was either, presumably,
17  Dr. Kohler or Dr. Sterbenz had --
18    A.    And they're looking for the same
19  thing I'm looking for.
20    Q.    Right.  So they were able to make a
21  determination of heroin because presumably the
22  urine analysis showed some type of metabolite
23  that led them to believe it was heroin?
24        MS. KEARSE:  Object to form.
25    A.    That -- correct.

40 (Pages 154 - 157)

Page 158

1    Q.   So I guess for purposes of really
2  what I was just trying to ask you is that just
3  based on your general kind of recall and
4  experience, it would seem odd to you, right,
5  that more people actually died of morphine just
6  as kind of a stand-alone morphine than actually
7  heroin, based on the data and things we've just
8  looked at?
9    A.   Well, again, it's difficult to
10  interpret bar graphs just based on what I'm
11  seeing here.
12    Q.   Okay.  Are there -- are there some
13  cases based on just the -- the limitations of
14  the testing instruments and time where you're
15  not able to make a determination that the
16  morphine is actually heroin?
17    A.   Yeah.  If I've only got blood and
18  no other -- and if the patient is badly
19  decomposed sometimes I only have tissue, I find
20  morphine.  How do you determine that morphine's
21  from heroin or from morphine sulfate?  Well,
22  again, you have to look at the bigger picture.
23  If they find a syringe with heroin in it next
24  to the body, that would certainly indicate that
25  it's from heroin.

Page 159

1         Whether it's 100 percent accurate,
2  I don't know.  That's up -- again, that's up to
3  the pathologist to determine that.  But they do
4  have additional information.
5    Q.   I see.  And morphine -- I'm
6  sorry -- heroin and morphine is one example
7  where in order to get a full and complete
8  picture you need both blood and urine.  Is that
9  also true for carfentanil?
10    A.   With my limitations, I'm limited to
11  only being able to test carfentanil in the
12  urine, so it's kind of the opposite.  I'm not
13  able to test the blood at all over a -- under 1
14  nanogram, and you're never going to see --
15  well, I shouldn't say never, but rarely are you
16  ever going to see over 1 nanogram of
17  carfentanil in the blood.  Typically you're
18  going to see 60 -- 50, 60, 70 picograms.  So
19  it's just way too low for me to test the blood
20  for carfentanil.
21         So especially early on, when nobody
22  tested carfentanil at all, we were -- and the
23  first lab I had to test for it was in Columbus,
24  and they were only giving us positive and
25  negatives.  They weren't even giving us

Page 160

1  numbers.
2    Q.   But -- and fair point, and I
3  probably asked you, about you.  But with
4  carfentanil, for example, it's -- you can do
5  the urine, and that gives you kind of a detect,
6  but you will then send it out for a
7  confirmatory blood test?
8    A.   If I deem it necessary to get a --
9  not a confirmatory.  Quantitative.
10    Q.   Quantitative.
11    A.   If we feel that we need a number
12  and -- to show that it's in the blood, yes.
13    Q.   Is -- are there situations where
14  you get a positive urine screen for
15  carfentanil, send it out for the blood, and it
16  comes back negative?
17    A.   Have I ever got one like that?  I
18  can't recall, but, I mean, it's possible to
19  happen, sure.  But it's -- I haven't recalled
20  ever getting anything like that.
21    Q.   Have you ever been asked to
22  quantify any costs or additional expenses that
23  might be incurred as a result of opioid-related
24  issues?
25    A.   I think we had to justi- -- we had

Page 161

1  applied for a Coverdell grant, which is a
2  federal government grant for law enforcement.
3  That's my understanding.  And one of the
4  reas- -- one of the ways I tried to justify it
5  was the workload increase from illicit drugs
6  and various drug overdoses in the last few
7  years.  The cost of materials and supplies
8  increased.  The cost of reference work
9  increased.  The cost of -- the cost of my
10  equipment being constantly used and gases
11  involved, all that stuff, sure.
12    Q.   And that -- that's different than
13  the other grant you told us about, the justice
14  grant that was declined.
15    A.   That was a Coverdell grant.
16    Q.   Oh, it's the same -- same grant?
17    A.   For the -- for the -- trying to get
18  an extra employee?
19    Q.   Yes, sir.
20    A.   The same grant.
21    Q.   The same grant.
22    A.   It was a $250,000 grant.
23    Q.   I see.  And that was the one that
24  was denied, but you were asking both for
25  additional person --

41 (Pages 158 - 161)

Page 162

1    A.    Personnel and equipment, yes.
2    Q.    -- and equipment, okay.
3        Other than that, is there any other
4  time that you've -- you've been asked to assign
5  any kind of economic value or dollar figures to
6  any extra work or expenses that you might have
7  incurred?
8    A.    I probably did a similar thing for
9  the county when I tried to get them to buy me
10  equipment.  You know, you have to justify --
11    Q.    Sure.
12    A.    -- them to -- the expenditures of
13  the county to purchase equipment, et cetera.
14  So I'm sure I probably wrote up a
15  justification, and part of it was the increased
16  workload, wear and tear on the instrumentation,
17  et cetera.
18    Q.    In connection with your work for
19  the police department, which I know is more
20  limited than your full-time job, you told us
21  that you're seeing kind of this year, I think
22  you told us, cocaine, methamphetamine, and
23  Fentanyl, right, in what you're seeing in the
24  ME's office.  Is that consistent with what
25  you're seeing in connection with your work for

Page 163

1  the police department?
2    A.    Yeah, yeah.  Yes, it is.  Again,
3  there we had so many more samples.  As far as
4  the hard drugs or the potentially lethal drugs,
5  yes.  We also get a ton of synthetic marijuana
6  and all the synthetics, things that typically
7  aren't lethal but are highly abused.
8    Q.    So, yeah, let's just talk about
9  that for a minute.  The drugs that are -- that
10  are highly abused but not lethal, what would
11  those include, in your view?
12    A.    The synthetics.  Synthetic pot.
13  You know, there's dozens of different forms of
14  the synthetic marijuana.  Then there's the
15  bath -- quote, "the bath salts."  There's a
16  huge variety of those.
17        There's always something new coming
18  around.  Kratom is a weed -- some kind of weed
19  that people are drying and smoking now.  I
20  guess South America -- it came from South
21  America, or at least the concept of using it,
22  and that's becoming big.
23        And I had a case where
24  jimsonweed -- are you familiar with jimsonweed?
25    Q.    No.

Page 164

1    A.    Locoweed.  It's a plant that grows
2  wild in all of Ohio, and it's a hallucinogen.
3  We call it the poor man's LSD.  So, I mean,
4  there's always something.
5        But again, at the ME's office it's
6  a little different.  I have to focus on things
7  that are potentially lethal, so my scope is a
8  lot narrower.
9    Q.    Right, right.  So those -- those
10  are -- it seems like there's kind of, with some
11  frequency, new drugs or substance of abuse that
12  are always entered into society.  Some of them,
13  like carfentanil, become particularly lethal;
14  others may have a societal impact, but they
15  don't often lead to death.  Is that fair?
16    A.    Yeah.
17        MS. KEARSE:  Object to form.
18    A.    They rarely lead to death.  They're
19  really just a recreational use, similar to pot,
20  in my opinion.  You know, that's -- drugs of
21  abuse have been around forever.  You know, pot
22  is number one still, so -- marijuana, cannabis,
23  whatever you want to call it.
24    Q.    Uh-huh, uh-huh.  And we haven't
25  talked much about your work at the Oriana

Page 165

1  House, other than I think, you know, you told
2  us that you initially set up the lab in order
3  to get some type of certification, which you
4  were successful at getting.
5        But can you just give us a little
6  more insight as to your -- your general
7  function and role there, what you do with them?
8    A.    I set up their quality control
9  program.  You know, this was a lab that does a
10  lot of urine screens.  Hundreds a day.  It's an
11  alternative-sentencing facility, so a lot of it
12  is court-mandated.  People that go in
13  there that are drug abusers, traffic offenders
14  or minor -- I should say minor offenders of the
15  law, what have you, and they're court-mandated
16  drug screening.  So they do hundreds of samples
17  a day.  They have a huge analyzer.  And all
18  they do is strictly urine screens,
19  positive/negative.
20        Typically, they go in, they do a
21  baseline on these clients or patients, and
22  they're going to be positive because that's why
23  they're in there.  So they repeatedly test them
24  every day or two until they go negative.  Kind
25  of reverse of what we do.  So they start out

42 (Pages 162 - 165)

1 positive and they're -- they're supposed to
2 clean themselves up.  And once they go
3 negative, then they're monitored again for a
4 period of time to ensure that they don't go
5 positive again or fall off the wagon.  So
6 that's -- that's what they do typically at
7 Oriana House.
8         My role is to --
9     Q.    Is this -- is it inpatient or an
10 in- -- kind of live-in halfway house, or is
11 it --
12     A.    They do.  They have all kinds.
13 They have some that are -- that go to work on a
14 work release program, some that get weekend
15 passes.  But they do have in-house facilities.
16 They have a -- actually a jail that's staffed
17 by the sheriff's department.  I'm not sure how
18 all that functions.
19         But my role is very limited.  I
20 strictly deal with the laboratory to ensure
21 that they have reliable results and they're
22 done appropriately, documentation is kept up,
23 and all the standards are met for the CLIA
24 certification, meaning performance appraisals,
25 all kinds of stuff like that.

1     Q.    Is the -- is the urine screening
2 that they do the same that you do as kind of
3 your routine, or is it -- is it more kind of
4 focused on drugs of abuse?
5     A.    It's very similar.  Basically it's
6 a different analyzer, but it's the same juice,
7 so to speak, or the same reagent, the same
8 company, the same manufacturer.  Siemens is
9 probably the number-one-used assay in the
10 United States, certainly.
11     Q.    In both, I guess, for you and your
12 work at Summit County and -- and Oriana House,
13 what happens with something that's, you know,
14 more challenging to detect and monitor for,
15 like carfentanil, for example?
16         Now, I take the point that it's a
17 very dangerous drug, right, so many people who
18 abuse it could ultimately expire.  But to the
19 extent that someone was abusing it in, let's
20 say, Oriana House, would that get captured?
21     A.    No.  Unless they have -- now, they
22 do have the flexi- -- they pretty much order
23 standard panels.  They only test for five or
24 six drugs, and they're the typical drugs of
25 abuse, including alcohol.

1         Now, if they suspect carfentanil or
2 Fentanyl, they can send it out.  They use a
3 reference lab known as Redwood out on the West
4 Coast, somewhere in California.  Redwood
5 Toxicology.  And they can specifically order a
6 carfentanil or Fentanyl panel, Fentanyl
7 analogue panel.  They -- they order -- and they
8 routinely order other drugs that aren't part of
9 their regular panel.
10        I want to say there was one that
11 they suspected that patients were abusing.  It
12 was a laxative.  I don't know why.  But they
13 sent out quite a few of these samples to be
14 tested for laxatives.  I forget the -- the
15 brand.  So, yeah, they do have flexibility, but
16 they typically send it out.
17    Q.    And so -- but the panel, again, if
18 you know or recall, but it would be alcohol,
19 you mentioned.  I take it marijuana?
20    A.    Alcohol, opiates, oxycodone.
21    Q.    Would Fentanyl be on it?
22    A.    It used to be.  It was very
23 expensive.  They weren't getting too many, so
24 they dropped that, and it's a referral now.
25 They send it out if they need it.  And

1 amphetamines.  THC is their biggie.  And coke.
2    Q.    Okay.  And in your -- switching
3 back to Summit County for a minute in the
4 medical examiner's, I saw some reference to the
5 fact that, you know, these -- these kind of
6 Fentanyl analogues keep changing, carfentanil.
7        Do you -- does your initial screen,
8 to the extent that there was a new analogue
9 that came out, you know, kind of yesterday,
10 would -- would it capture it onto the Fentanyl
11 screen, or do you have to keep, like, updating
12 your --
13    A.    No.
14    Q.    -- and chasing these -- these
15 drugs?
16    A.    I couldn't.  So what I ended up
17 doing was I would screen for carfentanil and
18 Fentanyl.  And if I didn't confirm either of
19 those two, I'd send it out to a lab called
20 American Institute of Toxicology.  And they had
21 a panel that probably had over a dozen
22 different analogs.  And part of their role for
23 charging me 200 bucks was they were supposed to
24 maintain and be on top of what was out there.
25        Now, I had, again, a heads-up

43 (Pages 166 - 169)

Page 170

1 working at APD.  We knew what was out on the
2 street before the reference labs did.  So I had
3 a good rapport with the toxicologist, and I
4 would tell him, I said, "Hey, we're seeing
5 4-methylfentanyl.  Is that part of your panel?"
6        He goes, "Well, we're working on
7 it."
8        And I said, "Well, this sample I'm
9 sending you," you know, and I would write down
10 on the requisition, "I suspect 4-methylfentanyl,"
11 so I want to make sure that they test for it.
12 And the reason I knew that is, again, the
13 paraphernalia and the residue and all that
14 stuff was so much easier to test for it.
15    Q.   Uh-huh.  Got it.
16        So -- so really, you know, some of
17 the -- I guess it's a good news/bad news story
18 in some regards.  The bad news is it's
19 expensive, as these kind of analogues keep
20 getting created, that you have to use outside
21 labs because it's difficult, right?
22    A.   Absolutely.
23    Q.   The good news, I suppose, is at
24 least in the last year you've seen a
25 precipitous drop --

Page 171

1    A.   I have.
2    Q.   -- of these new analogues?
3    A.   I have.
4    Q.   I think you mentioned -- did you --
5 did you say -- like, amphetamines, is
6 methamphetamine part of that --
7    A.   Yeah.
8    Q.   -- Oriana?  That's -- that's would
9 be included, right?
10        I think I just have a few more
11 questions, which will probably be the best news
12 you've heard all day.
13        So -- oh, actually, I have to
14 follow directions, too, so I'll have to just --
15 we're going to spend, like, a minute on this
16 document.
17        - - - - -
18        (Thereupon, Deposition Exhibit 6,
19        Document Titled, "Summit County
20        Medical Examiner Toxicology Policies
21        and Procedures Manual,
22        SUMMIT_000048059 to 000048170, was
23        marked for purposes of
24        identification.)
25        - - - - -

Page 172

1    Q.   Mr. Perch, what I want you to do,
2 if you would, is just take a look at it.  And I
3 kind of -- I really just want you to
4 authenticate that and take a look at it and let
5 us know if that is, in fact, looks like a true
6 and correct copy of the Summit County Medical
7 Examiner Toxicology Policies and Procedure
8 Manual.
9        MS. KEARSE:  This is six?
10        MR. CHEFFO:  Six, yes.
11    A.   It does.  It does.
12    Q.   And this one doesn't have page
13 numbers.  Do you see that on the bottom?  Do
14 you think there's a final version that actually
15 has pages?
16    A.   I doubt it.  You know what?
17 Actually -- well, maybe it does.  I don't know.
18 When was this copied?
19    Q.   You know, I -- this was produced to
20 us in the litigation.
21    A.   Oh.
22    Q.   You see those little numbers on the
23 bottom.  So I believe that this came out of the
24 files of Summit County medical examiner, but I
25 don't have any more information than that.

Page 173

1    A.   You know, it's -- I'm wondering if
2 this is off of my template or something, off of
3 my -- I'm not sure.  I'm surprised I don't have
4 my signature on some of these methods as well,
5 or the revised dates, et cetera.  So this may
6 have been just out of, you know, the basic file
7 where I keep all the procedures.
8    Q.   So you think that there might be a
9 more formal version of this document?
10    A.   Well, it would be the same version.
11 You know, the main reason I keep this manual --
12 I'm the only one there, I wrote it, I certainly
13 know the procedures -- is because I'm required
14 to by the state.
15    Q.   But let me ask you this way, right.
16 If you had to produce it for a court hearing
17 that you were going to, right, you would
18 bring it -- would you bring this version, or
19 would you get something that --
20    A.   Well, I would -- I have an actual
21 manual that -- this isn't signed, and I'm sure
22 I have my signatures on it, so -- and chances
23 are it's identical to this, with the exception
24 of that, you know, my signatures are on -- are
25 not on here.

44 (Pages 170 - 173)

Page 174

1      Q.    If you need to lay your hands on
2  the more formal signed version, you could do
3  that, right?
4      A.    Oh, yeah.  It's sitting on my
5  counter.
6      Q.    With respect to things like, you
7  know, calibrations and maybe test samples and
8  standard operating procedures that, you know,
9  you often see in a lab, is there a place that
10 you have those?  Like, you know, here's my
11 routine of what I do in terms of testing this
12 machine or calibrating that one.  Do you know
13 what I'm talking about?
14     A.    Well, it's in the -- it's in --
15     Q.    It's in there?
16     A.    Yes and no.  Gas -- GC-MS, mass
17 spectometry, there is a procedure here on how
18 to tune and run a mass spec.  Now, you have to
19 remember, each batch of samples I run -- let's
20 say I run a batch of morphines.  I have to run
21 three levels of controls:  a negative, a low
22 positive, and a high positive.  Then I run it
23 on my patients.  So all that data and reports
24 are in each file.  If I have six patients, I
25 make six copies of that whole run and put them

Page 175

1  in each patient's file.  Because, again,
2  somebody is going to ask me for all that
3  information.
4          So that the calibration that you
5  talk of is really not a calibration.  It's not
6  like a typical chemistry analyzer where you
7  calibrate with this and that.  Mass spectometry
8  is a little different.  You calibrate what's
9  called a tune, and I do have all the tune
10 files.  I've tune the instrument.  Then I
11 validate the accuracy of the analyzer by
12 running quality control materials.
13     Q.    Got it.  That makes sense to me.
14 Thank you.
15     A.    As well as I run national
16 proficiencies on a quarterly basis.  That also
17 shows my reliability and accuracy of my
18 testing.
19          I get 10 samples that I subscribe.
20 It costs me about 2- -- 2-  to $3,000 a year
21 through the College of American Pathology, and
22 they send me 10 samples on a quarterly basis.
23 They're unknowns.  I treat them as sample
24 patients -- patient samples.  I analyze them.
25 I tell them what I find and how much I find.  I

Page 176

1  submit my results.  I have a time frame I have
2  to submit it within, like 14 or 20 days or
3  whatever it is, and then they grade me.
4          And there's hundreds of labs that
5  perform the same survey, and they submit their
6  reports.  And then I get a big, thick report
7  that shows how I did in relationship to
8  everybody else, if it was acceptable, if it
9  wasn't, how many standard deviations from the
10 mean was I, was I running low or high on that
11 particular analyte, did I miss something, did I
12 totally screw up and miss an analyte.  So I get
13 graded in all kinds of categories.
14          And I have to pass all those
15 categories, and I have to send a copy of that
16 to the state, and that's how they renew my
17 license every year.
18     Q.    I see.  And if there's an area that
19 you missed or something, do you do it again?
20     A.    If there's an analyte that I
21 missed, for example, if I screwed up on
22 morphine, I can't test for it until the next
23 two quarters.  First of all, I have to write a
24 report on why I missed it, what kind of
25 corrective action did I take.  And I can't test

Page 177

1  for that analyte until that I pass the next
2  survey, as well as writing up my --
3      Q.    Right.
4      A.    -- documentation of what I did,
5  et cetera.
6      Q.    Thank you.  And I take it all of
7  those -- that back and forth, reports and
8  things, that's somewhere maintained in your
9  file?
10     A.    Oh, yeah.  I got every one of them.
11 As well as the state.  The state has them all,
12 or should.
13     Q.    And do you know if -- I mean, have
14 you, for the last 10 years, generally been in
15 compliance?
16     A.    Yeah.  I'm running every analyte.
17 The same thing for alcohols.  I have to do the
18 exact same thing.  That's a whole different
19 survey.
20     Q.    The -- just one more kind of
21 housekeeping question.  This is -- some of this
22 or much of this is probably very sophisticated
23 machinery.  Is there -- is there kind of a
24 maintenance person or company or kind of
25 contract that you have that fixes things to the

45 (Pages 174 - 177)

Page 178

1 extent that they need to be fixed?
2    A.   Yes.  My screening analyzer is
3 under -- it's -- I do a reagent rental on some
4 of this equipment.
5        THE REPORTER:  It's called a what?
6    A.   It's called reagent rental.  They
7 provide me the instrument.  They provide a
8 service contract that includes a PM, and I just
9 buy the reagent.  Of course, they quadruple the
10 cost of the reagent because they're going to
11 recoup the cost of the analyzer over time.  And
12 we all know that up front.
13        That's how hospitals do everything.
14 They don't -- nobody buys equipment anymore for
15 the typical analyzers.  They -- they buy
16 this -- the juice that the instruments need to
17 run.  And it's a lot more pricier, but on the
18 other hand, technology moves so fast now, you
19 pay $100,000 for a piece of equipment, and it's
20 outdated next year.  So, when -- you know,
21 when you -- versus you basically lease the
22 equipment.  They upgrade it every time there's
23 a new revision.  You've got their service
24 people that charge 300 bucks an hour to come in
25 normally, and -- you know, so it's all part of

Page 179

1 the -- the pricing mechanism.  That's the most
2 cost-effective way to do things.
3    Q.   Is there a company that you know a
4 name that -- the name of a company?
5    A.   Yeah.  Siemens is my --
6    Q.   Oh, Siemens is the company?
7    A.   -- is my company that -- for the
8 immunoassay analyzer.  I have it all through
9 them.
10        Agilent is the mass spec people.  I
11 have a service contract -- well, right now it's
12 still under warranty on the new mass spec.
13 That includes a PM.
14    Q.   I'm sorry.  What's a PM?
15    A.   Preventative maintenance call.
16    Q.   Oh.  Thank you.
17    A.   They come in and do all of the --
18    Q.   Sure.
19    A.   -- preventative maintenance call.
20 And they give you records that they did all
21 the -- all that.  Which is Agilent.  They used
22 to be Hewlett-Packard.  They spun it off.
23    Q.   Okay.  Two more areas for you, then
24 I -- then my colleagues may or may not have a
25 question.  But just want to ask you a little

Page 180

1 bit about the differences in strength of some
2 of these medicines or drugs.
3        I've seen references that Fentanyl
4 is 40 to 50 times, if not more, more powerful
5 than heroin.  Is that kind of in your range
6 of -- does that sound about right?
7    A.   That's -- yeah.
8    Q.   And then --
9    A.   It depends on how much they've cut
10 it.  You can cut it and make it any
11 concentration you want.  Typically it's much
12 more potent, yes.  40 to 50 times sounds good.
13    Q.   And -- and this sounds like a big
14 number, but carfentanil is 10,000 times more
15 potent than morphine?
16    A.   No.
17    Q.   Is it 1,000 times more?
18    A.   Here's an example.  Yeah, it could
19 be 1,000 times more.
20    Q.   I may have just written that
21 down -- wrote it down, right.  Now that I said
22 it, I think -- I -- at least what I wrote was
23 1,000.
24    A.   A lethal -- let's take a 100
25 nanogram -- we're talking about the levels in

Page 181

1 blood, lethal levels.  Let's say 100 nanograms
2 per ml of morphine is potentially lethal in the
3 blood.  Fentanyl, 5 nanograms is potentially
4 lethal in the blood.  Carfentanil, .05
5 nanograms is potentially lethal.  So here a
6 factor of 100, 10 -- about 1,000.
7    Q.   It's good to have friends,
8 Mr. Perch, because my friend sitting next to me
9 just handed me this document I should have
10 showed you before, because I think this will
11 confirm it.
12        MR. CHEFFO:  But let's just mark
13 this, because I think this confirms what you
14 just said.
15        - - - - -
16        (Thereupon, Deposition Exhibit 7,
17        Document Titled, "Carfentanil and
18        Current Opioid Trends in Summit
19        County, Ohio," SUMMIT_000093982, was
20        marked for purposes of
21        identification.)
22        - - - - -
23    Q.   So this, I think, is a presentation
24 that was done kind of after your paper.  Have
25 you ever seen this document?

46 (Pages 178 - 181)

Page 182

1    A.    No.
2    Q.    Okay.  Well, again, as with that,
3 I'm not going to ask you --
4    A.    Oh, it's Kristy Waite again, huh.
5    Q.    Yeah.
6        MS. ROITMAN:  I have a Bates number
7 for you.  We'll put it on the record after.
8        MS. KEARSE:  Okay.  And he just
9 said he's never seen it before, so I just want
10 to...
11    A.    At least I -- I don't recall.  I
12 may -- I may even have it.
13    Q.    Right.
14    A.    Kristy was pretty good about
15 sending me all this stuff.  I just never really
16 paid much attention.
17    Q.    You know, your name is on the front
18 page, right?  So --
19    A.    Right, it is.  So I should be
20 familiar with it.
21    Q.    If you look at -- unfortunately,
22 these don't seem to have page numbers.  But I
23 would look at one, two -- if you flip three
24 pages.  It says, "This is how we met the drug
25 known as."

Page 183

1    A.    "Materials and methods"?
2    Q.    I'm above that.
3    A.    Oh, above that.  Okay.
4    Q.    So carfentanil is 100 times the
5 strength of Fentanyl.  This says 10,000,
6 actually, times morphine.  Is that possible or
7 do you think more like --
8    A.    Let me calculate that here.  Hang
9 on a second.  100 times the strength of
10 Fentanyl, which is true.  And Fentanyl -- and
11 100 times 100 is 10,000.  Yeah.
12    Q.    And then --
13    A.    But that's in the pure form.
14    Q.    Understood.  And it could be cut,
15 right?
16    A.    Absolutely.
17    Q.    In different -- different ways.
18        If you look at the "Results"
19 section, which is, like, two more pages.  This
20 says from 2009 to 2016, the number of total
21 drug overdose deaths was 1,065.  Do you see
22 that?
23    A.    I do.
24    Q.    Now, when we talk about total drug
25 overdose deaths, that would include things like

Page 184

1 suicide.  It could include things like
2 accidental, malpractice-type claims, right?
3        MS. KEARSE:  Object to form.
4    A.    What was that again?
5    Q.    Sure.  When we -- when we talk
6 about -- when this talks about the number, 2009
7 to 2016, the total drug overdose death cases
8 was 1,065 --
9    A.    Okay.
10    Q.    -- drug overdose deaths, that would
11 include things like suicides, right?
12    A.    Yeah.
13        MS. KEARSE:  Object to form.
14    A.    Any -- any form of overdose, I'm
15 assuming.
16        MS. KEARSE:  Again, I'm going to
17 direct the witness not to guess.
18        MR. CHEFFO:  I don't think he's
19 guessing, but...
20    Q.    And it also --
21    A.    And again, I didn't write this.
22    Q.    No, I understand.  I understand.
23        And I'm just going to -- in the
24 middle there it says the caseload rose from 70
25 in 2009 to 264 in 2016, right?  I think if you

Page 185

1 flip to the next page, she's referring to that
2 bar chart that we talked about a little bit
3 earlier?
4    A.    Correct.
5    Q.    And again, I'm not going to ask
6 lots of specific questions, but would you agree
7 with me that the carfentanil deaths were
8 largely in one time -- kind of point in time in
9 2016 where you saw very significant deaths
10 associated to carfentanil?
11    A.    No.
12    Q.    What -- did it occur after 2016?
13    A.    I will agree with you that it
14 started in the 4th of July weekend of 2016 and
15 just ballooned for the rest of 2016.  It didn't
16 get any better.  It got worse.  And then 2017
17 was just as bad.
18    Q.    Okay.
19    A.    So that year and a half was
20 carfentanil.  It was, you know, basically the
21 carfentanil epidemic.
22        Now, prior to that, when I first
23 started the coroner's office, as I mentioned
24 before, I would see trends.  You know,
25 initially in the early 2000s, hydrocodone,

47 (Pages 182 - 185)

Page 186

1 oxycodone, and that lasted for years.  I mean,
2 you see peaks and valleys and spikes.
3          But typically what all I saw the
4 first 10 years at the coroner's office were
5 prescription meds.  Very low levels of illicit
6 drugs in terms of lethal nature.  Most of our
7 deaths -- and I don't have the statistics.
8 This is just the perception I had.
9      Q.    Uh-huh.
10      A.    The first 10 years I'm there.
11          Then, the last 10 years, I saw some
12 fluctuations.  You know, the prescription -- as
13 I mentioned, we had pain management centers
14 back then, quite a few of them.  As a matter of
15 fact, my last few years at City Hospital I
16 created a special drug test aimed at pain
17 management centers where I incorporated the
18 things that they wanted to see, which is the
19 opiates:  oxycodone, hydrocodone, Fentanyl,
20 methadone, et cetera.  And we called it the
21 pain management panel.
22          We originally created it for
23 St. Thomas Hospital.  And after several weeks,
24 we were getting calls from Cleveland Clinic,
25 Aultman Hospital.  Cleveland Clinic would have

Page 187

1 a courier courier samples down to us twice a
2 day.  So we were doing quite a bit of these
3 things, obviously because pain management was a
4 big deal back then.  That was the first five,
5 ten years that that's what we were seeing.
6          The last ten years the prescription
7 meds started fading out and more of the illicit
8 drugs came into being.  And I don't have the
9 exact time frame.  That's why I'm giving you a
10 nice range.
11      Q.    Uh-huh.
12      A.    Again, we started seeing more
13 heroin, more Fentanyl, then a lot more
14 Fentanyl, and more methamphetamine.  Coke was
15 always there.  You know, small deviations,
16 always there.  But the big increases that I
17 noticed in the last five years again was the
18 Fentanyl and the heroin, and all of a sudden
19 the carfentanil hit, and that just obliterated
20 everything.
21      Q.    Uh-huh.
22      A.    So that's the general time frame
23 that I saw.
24      Q.    Okay.  And let me just ask you,
25 then, because we'll come back to that.  But I

Page 188

1 want to ask you about -- I don't have 2017, so
2 thanks for that.  You know, I didn't know what
3 the numbers would look like, but --
4      A.    Oh, they were -- they were bad.
5      Q.    -- your -- your kind of rough
6 estimate would be that we would see a very
7 significant carfentanil --
8      A.    Correct.
9      Q.    -- bar in 2017 if we had that data,
10 right?
11      A.    Yes.
12      Q.    Okay.  But if we -- if we looked
13 basically from, you know, 2014, '15, '16, if we
14 were to take away carfentanil from 2016, it
15 would look not exact, but there would be -- in
16 terms of from these charts, the number of cases
17 would look similar, right?  The driver of the
18 spike is, looking at this, is carfentanil?
19      A.    Well, you got to remember, you got
20 to fill it with something.  You got how many --
21 you got 140 carfentanil addicts.  They're going
22 to take something.  So if carfentanil is not
23 available, something else will -- will be, so
24 to speak.  So I'm not sure what it would look
25 like, but if -- you know, speaking exactly, if

Page 189

1 you just take away the one bar, yes.
2      Q.    So your view is addicts are going
3 to abuse virtually --
4      A.    They're going to find something,
5 you know.
6      Q.    -- whatever is available.
7      A.    Carfentanil disappeared, what did
8 we get a spike in?  Fentanyl.
9      Q.    Right.  Or it could be this
10 weed that you talked about or some other new --
11      MS. KEARSE:  Object to form.
12      A.    You know what?  That's a party
13 drug.  You know, partiers will smoke that.
14 Addicts, they're not into that stuff.
15      Q.    Let me ask you about -- just
16 because you mentioned a little bit about the
17 prescription drugs.
18          There are many of these, actually,
19 other than Fentanyl, right, which can be a
20 prescription.  But I think as we've talked
21 about, you know, the view, right, of Dr. Kohler
22 and you is that in at least the last, you know,
23 eight, ten years, that's not prescription
24 Fentanyl; that's illicit Fentanyl, right?
25      MS. KEARSE:  Object to form.

48 (Pages 186 - 189)

Page 190

1    A.    The last how many years?
2    Q.    Eight to ten years.
3    A.    I would certainly say the last
4 three or four.  Prior to that, actually, you
5 know, we saw quite a bit of prescription
6 Fentanyl in terms of the patches.
7    Q.    Okay.
8    A.    I don't know how many times we
9 saw -- and Dr. Sterbenz would be the best, or
10 Dr. Kohler, but numerous times -- and they
11 would give me a heads-up -- we saw several
12 patches on this guy or they'd find it in their
13 gut.  You know, people were licking it or
14 eating it, so we would find the actual
15 Duragesic patch in their gut.  So I saw quite a
16 few of those.
17    Q.    And a question about that is, is
18 it's obviously easy if you have something like
19 heroin or cocaine -- other than if it's still
20 used for some kind of nasal surgery, but
21 assuming it's not -- or carfentanil, there's
22 no -- there's no differentiation; they're not
23 at all used for human purposes, right?
24    A.    Can I differentiate from
25 pharmaceutical versus illicit?  Are you -- was

Page 191

1 that what your question was?
2    Q.    Yeah, I'm basically just saying
3 that they're -- just because something is a
4 prescription drug, right, it still can be --
5    A.    It's still the same drug.
6    Q.    -- abused also.
7    A.    Sure.
8        MS. KEARSE:  Object to form.
9    Q.    Right?  It doesn't mean that the
10 person -- like I said, if you found a Fentanyl
11 patch in somebody's -- three or four of them or
12 in their stomach or some other, that doesn't
13 mean that they were prescribed and using it as
14 directed, right?
15    A.    I would -- I would highly doubt
16 that anybody is going to prescribe four patches
17 at the same time.  No, I'm sure it was being
18 abused, sure.
19    Q.    All right.  And there's really no
20 way, from a toxicological perspective, to
21 determine whether someone was prescribed -- so
22 if you find oxycodone, for example, right,
23 without more investigation, you can't just look
24 at the tox studies and say this was a lawful
25 oxycodone prescription for that person or they

Page 192

1 took it out of somebody's medicine cabinet or
2 they bought it on the street, right?
3    A.    No.  I have no way of knowing any
4 of that.
5        MR. CHEFFO:  I'm asking if anybody
6 has anything before I do pass.
7        MS. KEARSE:  Why don't we take a
8 break.
9        MR. CHEFFO:  Sure.
10        THE VIDEOGRAPHER:  Off the record,
11 1:29.
12        (A recess was taken.)
13        - - - - -
14    (Thereupon, Deposition Exhibit 8,
15    Screen Results for Case #49990,
16    SUMMIT_000042349, was marked for
17    purposes of identification.)
18        - - - - -
19        THE VIDEOGRAPHER:  We're back on
20 the record, 1:47.
21    EXAMINATION OF STEVE PERCH
22 BY MR. EMCH:
23    Q.    Mr. Perch, a few questions for you,
24 and I don't think we're going to take you into
25 the length of the day here today.

Page 193

1        If you go back to Exhibit 1, and
2 also you've got -- you don't need to look at
3 it, but you've got your toxicology manual there
4 in front of you.
5        Let me ask you first about the
6 toxicology manual.  Are there any other
7 reference sources that -- and maybe you don't
8 even need to look at the manual very often
9 because you wrote it.  But are there reference
10 sources that you keep that are internal
11 sources, like the toxicology manual, that you
12 use routinely?
13    A.    Randall C. Baselt.
14    Q.    All right.  And that's an outside
15 reference, right?
16    A.    It's an outside book, yes.
17    Q.    So if I say the toxicology manual
18 and Baselt, would those be the two things that
19 you might look at most often?
20    A.    Yes.  I rarely look at the
21 toxicology manual.  Baselt I look at all the
22 time, as well as some of the other reference
23 ranges I mentioned, Allegheny County coroner's
24 office, as well as Chapel Hill coroner's
25 office.

Page 194

1    Q.   But if we wanted to pull up one
2   that was as close to being, you know, the
3   standard thing or the -- the Blue Book, from
4   your perspective, that would be Baselt?
5    A.   Yes.
6    Q.   And the latest edition, you try to
7   keep the latest edition?
8    A.   I do.
9    Q.   And that's the one that's got
10  reference levels and things like that in it?
11   A.   Correct.
12   Q.   Now, you made some -- you made some
13  comments pretty quickly off the top of your
14  head.  I mean, you have a lot of those -- those
15  numbers kind of top of the mind, anyway,
16  yourself?
17   A.   Some drugs that I see constantly,
18  you remember.  Drugs I don't see very often,
19  I'll have to pull up a reference.
20   Q.   Okay.  Now, back to Exhibit 1.  The
21  first -- the top, first one, 55236 on
22  Exhibit 1, you talked about a little bit in
23  your testimony.  And we talked about the fact
24  that the two were pulled out, methamphetamine
25  and Fentanyl, for the cause of death.

Page 195

1    A.   Correct.
2    Q.   Because it got four listed over
3   there on the right.  And I -- I think you
4   mentioned that each of those four levels that
5   are in the tox results on that "Toxicology
6   Results" column were levels that could be
7   fatal.
8    A.   Well, I meant three.  The
9   amphetamine is actually a metabolite of
10  methamphetamine.
11   Q.   Okay.
12   A.   So I consider that together.
13   Q.   All right.
14   A.   And the oxycodone, of course, is
15  separate, and so is the Fentanyl.
16   Q.   Now, methamphetamine and Fentanyl
17  that were pulled -- pulled out by the
18  pathologist and identified as the cause of
19  death in this particular instance -- and I
20  believe your testimony was if we want to try to
21  figure out how they came to that conclusion,
22  we'd need to go back and look at the full
23  autopsy record for that individual, right?
24   A.   Well, I think I said you need to
25  ask the pathologist, assuming that the record

Page 196

1   is what's listed here.
2    Q.   Is there -- from a toxicology
3   standpoint, is there some kind of a
4   cross-reaction that exists between
5   methamphetamine and Fentanyl that you're aware
6   of that might cause them to interact in a way
7   that would bring about a death that's different
8   from other combinations of drugs?  Do you know
9   what I'm asking?
10   A.   Not that I'm aware of.
11   Q.   Okay.  And again, if we go to the
12  whole report and/or talk to the pathologist
13  about it, they would be able to explain why
14  they pulled those two out?
15   A.   I would think so.
16   Q.   Okay.  The -- let's drop down to
17  the 5 -- 3 -- 55238.  Do you see that one?
18   A.   I do.
19   Q.   Acute mixed-drug toxicity?
20   A.   Correct.
21   Q.   And just a little bit ago in
22  response to a question about -- I don't
23  remember what the question was about, but you
24  were -- you rattled off some levels that could
25  be lethal for some substances.  I wrote down

Page 197

1   that you wrote Fentanyl, 5 nanograms per
2   milliliter?
3    A.   Correct, yes.
4    Q.   And --
5    A.   I do remember that.
6    Q.   And carfentanil .05 nanograms?
7    A.   Okay.
8    Q.   And this is just information.
9    A.   Right, right.  15 -- 50 picograms
10  of carfentanil, or .05 nanograms, yeah.
11   Q.   So the list that's on this 55238 --
12   A.   Correct.
13   Q.   -- acute mix-drug toxicity,
14  Fentanyl, 3.9, so, I mean, that would not hop
15  out at you as being an independently fatal
16  dose?
17   A.   You have to look at the whole
18  picture.
19   Q.   I'm with you.
20   A.   By -- a number by itself, most
21  references are going to say Fentanyl
22  therapeutic is 1 to 3.  That's therapeutic if
23  you're using a patch.
24       Now, the difference between using a
25  patch and an illicit drug is a patch is

Page 198

1  designed so that it slowly infuses the drug
2  over a long period of time so you don't get
3  that bolus of drug into your system.
4        Now, the 3.9 by itself doesn't
5  look -- doesn't look that substantial.  But we
6  don't know the route of ingestion.  If he
7  injected it and then he -- and he lingers for
8  45 minutes and then he dies and we're getting a
9  sample after, a postmortem sample -- there's a
10  lot of other information, is my point, you need
11  to look at.  Not just the number by itself.
12  But the number by -- the number by itself is
13  not that significant.
14      Q.   Okay.  The same kind of question on
15  methadone at 90 nanograms per milliliter.
16      A.   The same answer.
17      Q.   Okay.  And for the other two as
18  well?
19      A.   Correct.
20      Q.   All right.  So back again, we -- we
21  would need to look at the full record and/or
22  consult with the pathologist or see the report
23  in order to have an understanding or fuller
24  understanding of --
25      A.   In this particular case, yeah.  On

Page 199

1  the case number one, where you got 14 nanograms
2  of Fentanyl, I don't have to look at anything
3  else.
4      Q.   Right.  That's far enough up in the
5  range that you know that --
6      A.   Yes.
7      Q.   -- that's definitely fatal, okay.
8        On the 90 nanograms per milliliter
9  of methadone, am I correct that methadone is --
10  that's a drug that is commonly utilized to
11  treat opioid addiction?  Do I have that right
12  or --
13      A.   It is.
14      Q.   And maybe you can't answer these
15  questions.  I know it's pretty technical.
16        But if an individual were being
17  treated for opioid addiction and was taking
18  methadone at, say, a level of 15 to 20
19  milligrams per day, would that or could that
20  produce a 90 nanogram per milliliter level in
21  blood?
22      A.   You have to remember there's a lot
23  more to it than just taking 15 to 20 milligrams
24  per day.  I couldn't answer that in the context
25  that you asked.

Page 200

1      Q.   All right.  The last one, which I
2  still can't pronounce.  I've been trying to
3  practice on it, but I still can't get it.  What
4  is it?  Benzo --
5      A.   Benzoylecgonine.
6      Q.   And that is an indicator of --
7      A.   Cocaine.
8      Q.   -- cocaine.  It's a metabolite of
9  cocaine?
10      A.   Correct.
11      Q.   When one is looking at a level, in
12  Baselt for example, that he would write or she
13  would write is a range -- within a range for
14  being a fatal level, are metabolites treated
15  differently?
16        I mean, is it literally the same
17  kind of analysis in the sense that the
18  metabolite will show up in a certain range, and
19  if it's in that range, then you can say it
20  could suggest that it's fatal or therapeutic or
21  something else?
22      A.   Depends --
23      Q.   Okay.
24      A.   -- on the drug.  Methamphetamine
25  and amphetamine, you're going to typically see

Page 201

1  a ratio -- this kind of ratio that you see up
2  on top.  The parent compound -- again, the
3  levels tell you a lot more to the story.  If
4  you're seeing a parent compound, the
5  methamphetamine, 10 times higher than the
6  metabolite, it's a fairly recent use,
7  et cetera, et cetera.
8        If you're seeing benzoylecgonine at
9  less than 100 nanograms and no mention of
10  cocaine, the parent compound, it probably
11  wasn't a recent use.
12        And every drug is unique.  Cocaine
13  is a bad example because cocaine undergoes
14  in vivo and in vitro degradation.  Sitting on
15  the table in a tube of blood outside of the
16  body, it's going to degrade into
17  benzoylecgonine.  Most drugs don't.  Most
18  drugs, the body -- you have to be alive to
19  break it down into its primary metabolite.
20  Cocaine you don't.  It's sitting in the
21  refrigerator, it's going to break down.
22        You're not going to find too much
23  of the parent compound in a sample of blood
24  after a period of time.  The bulk of it is
25  going to be broken down into benzoylecgonine.

51 (Pages 198 - 201)

Page 202

1 Again, it undergoes in vivo and in vitro
2 degradation.
3        Every drug is unique.  You've got
4 to sort of look at each drug independently.
5     Q.   Is heroin -- you gave a good
6 description of heroin and how -- how much time
7 it takes for that to break down.  Does it break
8 down more, also, after --
9     A.   No.
10    Q.   -- it's been taken?
11    A.   No.
12    Q.   That snapshot is going to be --
13    A.   That snapshot is pretty accurate at
14 the last -- right before the time of death.
15    Q.   And what -- what is the lapse of
16 time that would be necessary for you not to be
17 able to find any more of the metabolite but
18 only be -- be finding morphine?  Do you
19 understand my question?
20    A.   Yeah.  But remember, once a person
21 dies, the drugs that are in the urine are
22 there.  They're not going anywhere.
23    Q.   I understand.
24    A.   So if he survives for, let's say,
25 two days, then he -- the cause of death wasn't

Page 203

1 the heroin.
2     Q.   Right.  It would show up still --
3 would it show after -- after two days, if
4 that's when you got the sample, would it show
5 up as morphine?
6     A.   You're going to see everything
7 within that first 24-hour period.  You're going
8 to see the metabolite and the morphine.  The
9 body starts dumping this stuff right away and
10 it starts breaking it down right away.
11        My point being is if -- if the guy
12 survives for two days, and then I find heroin
13 and he dies two days later, it's highly
14 unlikely that the cause of death is going to be
15 the heroin.  It doesn't take you two days to
16 die from a heroin overdose, is my point.
17    Q.   I understand that.  I'm just asking
18 if -- if a -- if a person were -- were using
19 heroin as well as other substances that they
20 were abusing.  And let's say I took heroin two
21 days ago, a good bit of heroin.
22    A.   Uh-huh.
23    Q.   And then two days later I take a
24 bunch of other stuff and I die.  Would you or
25 could you find morphine --

Page 204

1     A.   I will in the urine.
2     Q.   In the urine.
3     A.   Not in the blood.
4     Q.   Not in the blood, okay.  All right.
5 I think I understand, as an English --
6     A.   Unless there was a huge amount.
7 There's always exceptions.  So -- but
8 typically, no, I shouldn't find morphine in the
9 blood.  It's eliminated much more rapidly.
10    Q.   Okay.  When you were -- when you
11 talked about or rattled off a few of those
12 "this would be lethal" or "could be lethal" for
13 particular drugs, what's the number that you
14 would use for oxycodone?
15    A.   You know, I don't use numbers.
16 That's for the reference manuals to use
17 numbers.  Anything could be -- I mentioned this
18 numerous times.  Any amount of drug could be
19 potentially lethal.  You know, you got to look
20 at the individual.  Is it a person --
21 especially with tolerance.  Especially with the
22 opioids.  How tolerant is that individual?  If
23 he's been a -- if he's been using oxycodone for
24 the last two, three years, a lethal level on me
25 is a normal level on him.

Page 205

1     Q.   Right.
2     A.   You just can't use that single
3 number.
4     Q.   And I do understand that, and I'm
5 not quarreling with it.  I'm just saying, do
6 you have one in your mind that --
7        MS. KEARSE:  Object to form.
8     A.   Do I have a number in my mind?  Not
9 really.  I mean, if it's under 100, I tend to
10 look at it as -- I tend to look at it as a
11 normal use kind of thing, but not -- you know,
12 again, I'm just answering you just for the sake
13 of answering you.
14    Q.   You cannot --
15    A.   I don't do that.
16    Q.   -- without a good picture of all of
17 the information, you're not going to be able to
18 make that kind of judgment.
19    A.   That's right.
20    Q.   And you can't make that kind of
21 judgment based just on this -- at least not
22 unless you've got something like Fentanyl at
23 14 --
24    A.   Right.  Some you can, some you
25 can't.  If the level is obviously toxic and

52 (Pages 202 - 205)

Page 206

1 lethal, it is what it is.
2         On the borderline cases, now you
3 start really having to look at the additional
4 data, especially the tolerance, history of use,
5 that kind of information.
6     Q.  If you go to page 3 of Exhibit 1
7 and go down to 55281.  One up from the bottom.
8     A.  Uh-huh.
9     Q.  And this is, you know, why I was
10 looking for that kind of number.  It says acute
11 mixed heroin, alprazolam, and oxycodone
12 toxicity.  And it's got a morphine level and
13 oxycodone at 54 nanograms per milliliter,
14 which, again, is an instance where -- at least,
15 am I correct -- and you looking simply at this
16 spreadsheet and at that number -- would call
17 some question about whether oxycodone was at a
18 level that could be lethal in that individual?
19     A.  Well, let me ask you that -- to
20 rephrase that in a different way.  Let's take
21 away the morphine.
22     Q.  Uh-huh.
23     A.  And now all I have is oxycodone,
24 now, alprazolam.  Could that be lethal?  It
25 could.  Again, if that's all the information I

Page 207

1 had, I'd have to look at the history.  I'd have
2 to look at a lot more information.  Just
3 because I have 305 nanograms of free morphine,
4 obviously that's a high level and it's
5 potentially lethal, but that doesn't make the
6 same -- that doesn't mean to say that the rest
7 of the drugs are not involved.
8         Again, I don't make those calls.
9     Q.  Right.
10     A.  I just do the analysis.
11     Q.  But if -- if this one -- if that
12 particular entry, the cause of death entry, had
13 said, for example, acute morphine toxicity as
14 the cause of death, would you have any basis,
15 looking at those other two numbers, to disagree
16 with that?
17     A.  Again, I -- I don't have the
18 information that the pathologist has.
19 Typically there's a reason why they do that.  I
20 just don't have that information.
21         All I do is do the analysis and
22 write down the numb- -- the numbers.  It's up
23 to them to interpret it.  Because they have the
24 history.  They have the medical records.  They
25 have all the information necessary to make that

Page 208

1 call.  I don't have it.  And that's not my
2 role.
3     Q.  And I'm -- I'm really not
4 quarreling with that, but the morphine (free)
5 at 305 nanograms per milliliter, do you have a
6 high level of confidence that that could be a
7 lethal dose?
8     A.  It could be.
9     Q.  Not the same level of confidence
10 for oxycodone at 54?
11     A.  With oxycodone and alprazolam, I
12 probably have to look at a lot more information
13 if I -- if all I had was the free morphine at
14 305, I'd -- I'd certainly have a higher level
15 of confidence as that being the cause of death.
16     Q.  Okay.
17     A.  On the other hand, the one right
18 below that, you got acute mixed heroin and
19 Fentanyl toxicity.  They're both sky high.  You
20 could have died from either one of those.
21     Q.  And "sky high" is probably the
22 right terminology.
23     A.  They're both lethal, yes.
24         MR. EMCH:  Okay.  Hand the witness
25 what we have marked -- I think this has been

Page 209

1 marked Exhibit 8; is that right?
2         MS. KEARSE:  Yeah, I think it's
3 off.  The realtime went off.
4         (Off-the-record discussion.)
5         THE VIDEOGRAPHER:  We're off the
6 record, 2:06.
7         (Off-the-record discussion.)
8         THE VIDEOGRAPHER:  We're back on
9 the record, 2:06.
10     Q.  I was curious about something else,
11 and again, you may not be able to answer this
12 at all.  But do you have any idea of what kind
13 of blood level of, let's say, morphine one
14 might expect to find in an autopsy of, let's
15 say, an end-of-life cancer patient who's been
16 given very substantial doses of morphine during
17 the past -- the last two weeks of their life,
18 for example?
19     A.  Well, obviously I'd expect a fairly
20 high level.  What kind of level, I really don't
21 know.  We typically don't do a whole lot of tox
22 on those kind of patients.
23     Q.  Okay.  Back to Exhibit 8.  Can you
24 identify Exhibit 8?
25     A.  It looks like one of my reports.

53 (Pages 206 - 209)

Page 210

1  Q.  Now, just a few questions about it.
2  This is one of your reports.
3  A.  Yes.
4  Q.  And you've talked about your
5  reports a good bit in your testimony, starting
6  with you get a request from the pathologist to
7  do a screen or a toxicology report.
8  A.  Correct.
9  Q.  Is -- does this reflect that?  Is
10  this the form, if you will, that you get?
11  I see at the top it's got "Specimen
12  Type" and some information up here with X's --
13  A.  No, this is -- this is the final
14  report that I generate when I'm done with
15  everything.
16  Q.  All right.  Does that top part
17  request -- does that show what was requested by
18  the pathologist up there to be done?
19  A.  No.
20  Q.  Okay.
21  A.  It shows what kind of samples I
22  have to work with.  And to tell -- well, I take
23  that back.  Well, the "Testing Requested," they
24  typically just write "Tox."  This is a default.
25  I automatically do ethanol and a drug screen.

Page 211

1  Q.  Okay.  Is this the Word document
2  that you referred to?
3  A.  It is.
4  Q.  So this form exists in your
5  computer and --
6  A.  It does.
7  Q.  Okay.  Do you -- and you may not be
8  able to give it any detail here, but is this
9  form in use now, number one?  This version of
10  it that you're looking at?
11  A.  It is.
12  Q.  How long has that been --
13  A.  Forever.
14  Q.  Really?
15  A.  Since I started, I pretty much
16  haven't changed it.
17  Q.  What about the -- the -- at the
18  bottom where it says "Tested For"?  That's a
19  description of the screening that you've talked
20  about?
21  A.  Yes and no.  I use the same form
22  for police departments.  And on -- on them, a
23  lot of times they'll just order an alcohol.  So
24  up on the top where the "Testing Requested," I
25  just order ethanol.  This way I only charge

Page 212

1  them for an alcohol.  Sometimes they'll order
2  just a drug screen or both.  So that's --
3  Again, this is a multiuse form.
4  And if they only order an ethanol, obviously I
5  don't include the drug screen blood and urine.
6  I could delete all that.  The bottom statement
7  is strictly a default that's on every report.
8  It's not complete.  I do a lot more testing
9  than this, so I try to be fairly general.
10  Q.  Okay.  So the screening could --
11  probably has changed, gotten different over the
12  years?
13  A.  The actual screen is much more
14  comprehensive.  I would need another whole
15  sheet of paper just to list everything I screen
16  for and test for, et cetera.  This is basically
17  just a default.
18  If you notice, blood and urine,
19  positive, confirmed, identified, quantitated.
20  Rather than listing everything, I just say what
21  was screened positive, will be -- will be
22  confirmed, and quantitative.
23  Q.  And in the "Tested For" -- and this
24  is, again, a curiosity question -- the
25  volatiles that are listed, ethanol, methanol,

Page 213

1  isopropanol, are those -- which one is alcohol,
2  or are they --
3  A.  Ethanol is alcohol.
4  Q.  Ethanol is always alcohol.
5  I've noted on some autopsy -- on
6  some of the computer runs that we've been
7  looking at in the cause of death, sometimes
8  they'll say alcohol, sometimes they'll say
9  ethanol.  Technically, is it ethanol or --
10  A.  It should say ethanol.
11  Q.  It should say ethanol every time?
12  But that would mean what we would all commonly
13  refer to as alcohol?
14  A.  Yeah.  What you would commonly
15  refer to as alcohol is a general term.  Ethanol
16  is the appropriate term.  Obviously methanol is
17  also an alcohol, but it's certainly much more
18  lethal and dangerous, and it also -- or
19  acetone -- again, the positive -- a positive
20  methanol or isopropyl alcohol mean different
21  things, as well as acetone.
22  You know, a diabetic, if I see
23  acetone, I -- the reason I test for these is
24  because, again, depending on what I find, I see
25  different -- different causes.  A positive

Page 214

1 acetone indicates a person that's diabetic. I
2 may pursue a glucose level on a diabetic. You
3 know, if I see acetone, he's throwing ketone
4 bodies in his urine, I'm going to think that
5 this guy has got a blood glucose of over 1,000.
6 Very high. That could be a cause of death.
7       So there's a reason for testing all
8 those different volatiles. But ethanol is the
9 one that I typically see.
10    Q.   Okay. And I'll ask what I would
11 categorize as a stupid question, which is a
12 specialty for me.
13       Have you always tested for
14 methamphetamine?
15    A.   Yes. Amphetamines is an -- is an
16 easy way of calling the entire group. It
17 should technically be called the
18 phenethylamines. The company calls
19 it amphetamines to encompass methamphetamine
20 and amphetamine and actually Phentermine. And
21 at one time it used to cross-react with a
22 couple of other things. But the newer
23 versions, within the last dozen or half a dozen
24 years or so, are very specific to
25 methamphetamine, amphetamine, and to some

Page 215

1 degree, ecstasy, or MDMA and MDA.
2    Q.   Okay. When -- you discussed a lot
3 the big increase or the return of meth, I think
4 you --
5    A.   Uh-huh.
6    Q.   -- or that it came back. I think
7 you may have referred to it that way.
8    A.   I did something to that extent,
9 yeah.
10    Q.   Was -- was that return of
11 methamphetamine as a driver or one of the
12 drivers of deaths by overdose in Summit County,
13 is that something that was known in the medical
14 examiner's office? By that I mean, was it
15 talked about? Was it an event, if you will,
16 that was --
17       MS. KEARSE:  Object to form.
18    Q.   -- that was discussed?
19    A.   Not that -- it wasn't that
20 significant. You know, you read the
21 newspapers, and Summit County had quite a few
22 meth labs, so to speak. And for a while there
23 I would read, oh, they busted another meth lab,
24 and then, you know, the police departments and
25 law enforcement would take a lot of credit for

Page 216

1 eradicating the methamphetamine labs. And
2 then, you know, they're -- all of a sudden
3 they're --
4       Who knows. The truth of it is I
5 see peaks and valleys of various drugs, and
6 when I talk about the return of meth -- I've
7 just seen another peak of methamphetamine
8 recently, meaning within the last four or five
9 months, maybe a little longer. Whether it was
10 known -- you know, I certainly talked about it.
11       I tell everybody, you know, and --
12 and, you know, the toxicology in Ohio is -- and
13 pretty much everywhere, it's a small group of
14 people, so we chitchat all the time. I talk to
15 all my cohorts, whether it's in Columbus or
16 Cincinnati or Cleveland, and we have various
17 little meetings, and there's one coming up, and
18 typically, I will go to all these and we share
19 a lot of information. "What are you guys
20 seeing?" You know, "This is what we're seeing
21 down in Akron," et cetera, so. And currently
22 everybody in the state is kind of seeing very
23 similar things.
24    Q.   Well, back to the annual reports
25 that you talked about that don't list

Page 217

1 methamphetamine. And I'm not suggesting that
2 this is necessarily the case at all, but we had
3 a little bit of testimony about this.
4       If there was a -- an actual
5 decision made to leave methamphetamine off of
6 the annual report with knowledge that, you
7 know, this is something that's happening here
8 and it's obviously important, if an actual
9 decision was made to leave it off with
10 knowledge that it was important, would Patrick
11 have made that decision himself, or is there
12 somebody else who would?
13       MS. KEARSE:  Object to form.
14    A.   I don't know. You know, for me,
15 this annual report is a waste of time. That's
16 the way I look at it. I hate -- I'm brutally
17 honest.
18       To Pat, it was his baby. You know,
19 he's a computer guy. And he would spend a lot
20 of time on doing this, and I'm thinking, "How
21 do you justify screwing around all that time
22 for doing that report that nobody looks at," to
23 be brutally honest.
24       So I don't -- I don't think there
25 was any intentional anything. He's not a tox

55 (Pages 214 - 217)

Page 218

1 person. Me, I would instantly notice that.
2 I'm a tox person. Pat's a computer guy. The
3 data is only as good as the data you retrieve.
4        And I'm sure part -- the problem
5 was that he just fig- -- you know, I don't know
6 how he does his searches. I'm sure you have to
7 tell it what to look for. So if you don't tell
8 it to look for meth, you're not going to see
9 it.
10        And why he didn't, it could have
11 been partly my fault. I don't know. He asked
12 me a lot of stuff, and I tell him what to look
13 for. Maybe I completely forgot. If it was my
14 fault, I just don't know.
15        MR. EMCH: Okay. I'll pass.
16        EXAMINATION OF STEVE PERCH
17 BY MR. CARTER:
18    Q.   Good afternoon.
19    A.   Hi.
20    Q.   We have not met. My name is Ed
21 Carter. Got a couple questions for you.
22 Because we've been going for a little bit. I'm
23 going to jump around.
24    A.   Okay.
25    Q.   Try to be as quick as possible. If

Page 219

1 in jumping around, you lose track of where I am
2 or have a question about what I'm asking for,
3 will you let me know?
4    A.   Sure.
5    Q.   Okay. You discussed a moment ago
6 the importance of tolerance, in addition to the
7 potency of a drug generally, the tolerance is
8 something you look at.
9        Do you agree that tolerance is a
10 key variable in trying to assess the lethality
11 of a drug dose?
12        MS. KEARSE: Object to form.
13    A.   Depending on the concentration,
14 yes.
15    Q.   And is it -- is it true that
16 there's no postmortem toxicology test you can
17 run to establish tolerance of a deceased
18 individual?
19    A.   To establish tolerance? No.
20    Q.   So is there a postmortem tox test
21 for tolerance?
22    A.   Not that I'm aware of.
23    Q.   Okay. Is there a postmortem tox
24 test for withdrawal?
25    A.   Not that I'm aware of.

Page 220

1    Q.   Switching topics.
2        In terms of the information that's
3 in your tox report, there was an example marked
4 as Exhibit 8. You also talked earlier about
5 the manila folders and the hard raw data file
6 that you have?
7    A.   Correct.
8    Q.   If we wanted to see the various
9 things that you screened for, kind of the work
10 behind the final report, the only place we
11 could get that is the manila folder, right?
12    A.   Correct.
13    Q.   Okay. You mentioned how you set
14 up -- you were asked some questions about kind
15 of how the machines technically -- you know,
16 what they print out and what you're actually
17 looking at in terms of the raw data. You
18 described setting up a standard curve of known
19 concentrations based on response factor. Do
20 you recall that?
21    A.   Yes.
22    Q.   And then you said you combined that
23 with your gas chromatography-mass spectrometry
24 machine, and that's gives you the printout,
25 right?

Page 221

1    A.   I run it. I run known
2 concentration standards on the GC-MS. The data
3 that that generates from my runs on that
4 instrument is stored in the computer. I tell
5 the computer run number one was -- and I'm
6 making these levels up -- 10 nanograms per ml
7 of morphine. Run No. 2 was 50. Run No. 3 was
8 100. Run No. 4 was whatever. And it will
9 generate a standard curve of response factors
10 for those five runs against the concentrations.
11        Then when I run my unknowns, it
12 takes my -- the response factor of my unknown
13 and goes, like a standard curve, goes along
14 until that response factor is calculated from
15 that standard curve, and it gives me a
16 concentration.
17    Q.   Would those -- those run -- runs,
18 the data that comes from them, those standard
19 curves, would those all be included in the raw
20 data in your --
21    A.   Correct.
22    Q.   -- manila folder file?
23    A.   Correct.
24    Q.   Are the runs that you put in, do
25 they vary from case to case, or do you have

56 (Pages 218 - 221)

Page 222

1 kind of a standard set of parameters that you
2 typically use?
3      A.   Rephrase that.
4      Q.   Sure.  If we compared five
5 different manila folders where you were
6 testing -- when you -- where you were running
7 the same panels, would the parameters that you
8 set up for each run, are those standard to you?
9 Are they things that you tweak over time?
10      A.   Oh, I tweaked them over time.  But
11 put it this way.  I try to batch things as much
12 as possible.  If you look at this case, I have
13 two different quantitative runs.  Now,
14 obviously for qualitative, there is no standard
15 curve.  But for quantitative, I'm going to have
16 a standard curve for benzoylecgonine and a
17 standard curve for oxycodone.
18           Now, I get a lot of cokes, so I
19 may -- in a week I may have six or seven
20 positive cocaines.  I'll batch all those
21 patients together in one run.  And by "one run"
22 I mean I'll run my three quality control
23 materials and the additional six patients, so I
24 have nine samples all together.  I don't rerun
25 the standard curve every time, no.  I use the

Page 223

1 same standard curve, and I use my quality
2 control material to validate that standard
3 curve, unless I change something drastically,
4 like an internal standard or a column or do
5 something to the instrument that's going to
6 negate, you know, my standard curve.  My
7 standard curve I verify by running controls.
8           And my controls are assayed
9 material that have an acceptable level that
10 they have to fall within.  So as long as that's
11 met, that's how I validate the rest of the
12 samples.
13      Q.   In terms of the standard curves,
14 when you have a batch, let's say there's five
15 in the batch, if we go to those five manila
16 folders, will it have not only the results for
17 each of those runs, but something that shows
18 what that standard control, what the validation
19 results were for that?
20      A.   Yeah.  It will have -- it's in the
21 exact run.  I actually photocopy everything,
22 the entire file, and stick it in each folder.
23      Q.   And when you --
24      A.   So they'll be identical.
25      Q.   Okay.  When you set up those

Page 224

1 control runs, do you use one of those reference
2 sources that you set?  You know, that you
3 talked about?  What -- what causes you --
4      A.   I purchase -- I purchase my quality
5 control from a variety of sources.  The
6 conventional drugs I purchase from a company
7 that's a worldwide company known as Bio-Rad.
8 Bio-Rad is the leader in quality control
9 material; typically for, certainly, all the
10 hospitals, but they do make a lot of forensic
11 controls.  So for the routine stuff, the
12 morphine, they actually make a free morphine
13 control.  Cocaine, the cokes, the
14 methamphetamines, et cetera, I purchase it from
15 Bio-Rad.
16           The Fentanyls and some of the more
17 esoteric drugs are pretty much small, niched
18 kind of markets.  I have to make -- I have to
19 get them custom made.  They're very expensive.
20 So I get them custom made typically from a
21 company known as UTAC or Quality Assurance
22 Services.  And again, I tell them what
23 concentration I want it in and what kind of
24 analytes I want in it, and it's basically a
25 freeze-dried material that you reconstitute,

Page 225

1 and you get it, and it's made to the
2 specifications I give them.
3      Q.   And so if I wanted to figure out
4 the data to kind of fully replicate what your
5 work process was, once again, that would all be
6 in the manila folder?
7      A.   It's all in the manila folder.
8      Q.   Okay.  Then I will -- I will
9 short-circuit that series and just deal with
10 the manila folder on that.
11      A.   Okay.
12      Q.   Switching topics.
13           When you -- when you come across
14 contraband, is the practice to identify
15 visually and say, "Oh, you know, this looks
16 like everything else.  We know what this is,"
17 or do you still always test it to verify that
18 the substance is what it appears to be?
19      A.   You know, do I test the contraband?
20 Is that what your question is?
21      Q.   Yeah, like when you're working with
22 the PD.
23      A.   When I'm working with the PD,
24 that's a whole different ball game.  That's all
25 they do, so obviously you have to test all that

57 (Pages 222 - 225)

Page 226

1 contraband.  You have to test it.  You have to
2 weigh it.  And if there's six packets of the
3 same pill -- let's say there's 20 blister
4 packs, and each one has 20 pills in it, you
5 have to test one pill out of each blister pack.
6 So it's very monotonous, but it's very legal
7 and forensic kind of stuff.
8      Q.    And in your experience, have you
9 seen instances where synthetic drugs are
10 manufactured to mimic other substances?
11      A.    Yes.
12      Q.    Have you seen U-47700?
13      A.    Yes.
14      Q.    And does that mimic oxycodone?
15      A.    The actual visual pill?
16      Q.    Yes.
17      A.    I -- I haven't seen that.  I've
18 seen U-477 in the -- 47770 in the analysis.
19 I've analyzed a couple of different samples
20 with U-47.  I have not seen the actual
21 contraband.  I mean, I guess it could.  It can
22 mimic pretty much anything.
23      Q.    Okay.  Have you come across Xanax
24 laced with Fentanyl?
25      A.    I've run across alprazolam and

Page 227

1 Fentanyl in patients.  I don't know if it's
2 because it was laced with Fentanyl or if they
3 came from two different sources.  Again, that's
4 all the contraband stuff.  I don't do a whole
5 lot of that.  Most -- the bulk of my work is
6 the biological specimens.
7      Q.    Okay.  All right.  When --
8 switching gears again.
9          When did you first understand that
10 prescription opioids could be abused and cause
11 death?
12          MS. KEARSE:  Object to form.
13      A.    When did I first learn of that?
14      Q.    Yes.
15      A.    When I was 20 years old.
16          MR. CARTER:  Okay.  All right.  No
17 further questions.  Thank you.
18          MS. KEARSE:  Why don't we take a
19 break?
20          THE VIDEOGRAPHER:  We're off the
21 record, 2:27.
22          (A recess was taken.)
23          THE VIDEOGRAPHER:  We're back on
24 the record.  The time is 2:40.
25          EXAMINATION OF STEVE PERCH

Page 228

1 BY MS. KEARSE:
2      Q.    Okay, Mr. Perch.  I just have a
3 couple of follow-up questions, and we've been
4 here for a good number of hours with that.
5          But just at the end of your
6 testimony, the court reporter finished and we
7 were done with your testimony, you turned to
8 counsel and you said you were just being
9 facetious about knowing that opioids had been
10 abused since you were 20 years old.
11          Do you recall that?
12          MR. CARTER:  Form.
13      A.    I do.
14      Q.    Okay.  And that was kind of an
15 off-the-cuff remark?
16      A.    Yeah, yes.
17      Q.    And did you -- did you learn about
18 the opioids and study opioids in toxicology
19 while you were studying in school?
20      A.    Well, again --
21      Q.    For toxicologists?
22      A.    -- it's my field.  My field
23 requires me to, obviously, understand addiction
24 and tolerance and all those issues.
25          The point I was trying to make,

Page 229

1 it's been a while.  I've been in this field for
2 40 years, and obviously I know about that stuff
3 because that's my area of expertise.
4      Q.    And -- appreciate that.  Mr. Perch,
5 the -- Mr. Carter asked you some questions
6 about setting known concentration levels on
7 your immunoassays.  Do you remember that --
8 that question?  Just the last line of
9 questioning?
10      A.    The known --
11      Q.    Concentrations on your --
12      A.    -- on my immunoassay?
13      Q.    Yes.
14      A.    Yeah.
15      Q.    I just want to be clear, that those
16 levels are to detect for the presence of a
17 chemical compound, correct?
18      A.    Those are detection levels of how
19 much drug would turn up positive versus
20 negative; at what level it turns to positive
21 versus negative.
22      Q.    It's not to detect any minimum
23 level related to the lethal dose of a drug,
24 correct?
25          MR. CARTER:  Form.

58 (Pages 226 - 229)

Page 230

1    A.   No, it has nothing to do with
2 lethal levels.
3        MS. KEARSE:  No further questions.
4        MR. CARTER:  Just one followup.
5        EXAMINATION OF STEVE PERCH
6 BY MR. CARTER:
7    Q.   Facetious or not, bottom line is
8 you've understood as long as you've been in
9 your field that prescription opioids could be
10 abused and cause death, fair?
11       MS. KEARSE:  Object to form.
12   A.   Fair.
13       MR. CARTER:  No further questions.
14       THE VIDEOGRAPHER:  Anything else?
15       We're off the record at 2:41.
16 (Deposition concluded at 2:41 p.m.)
17       ~ ~ ~ ~ ~
18
19
20
21
22
23
24
25

Page 231

1 Whereupon, counsel was requested to give
2 instructions regarding the witness's review of
3 the transcript pursuant to the Civil Rules.
4
5        SIGNATURE:
6 Transcript review was requested pursuant to the
7 applicable Rules of Civil Procedure.
8
9        TRANSCRIPT DELIVERY:
10 Counsel was requested to give instructions
11 regarding delivery date of transcript.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 232

1        REPORTER'S CERTIFICATE
2 The State of Ohio,   )
3             SS:
4 County of Cuyahoga.  )
5
6        I, Stephen J. DeBacco, a Notary
7 Public within and for the State of Ohio, duly
8 commissioned and qualified, do hereby certify
9 that the within named witness, STEVE PERCH, was
10 by me first duly sworn to testify the truth,
11 the whole truth and nothing but the truth in
12 the cause aforesaid; that the testimony then
13 given by the above-referenced witness was by me
14 reduced to stenotypy in the presence of said
15 witness; afterwards transcribed, and that the
16 foregoing is a true and correct transcription
17 of the testimony so given by the
18 above-referenced witness.
19       I do further certify that this
20 deposition was taken at the time and place in
21 the foregoing caption specified and was
22 completed without adjournment.
23
24
25

Page 233

1        I do further certify that I am not
2 a relative, counsel or attorney for either
3 party, or otherwise interested in the event of
4 this action.
5        IN WITNESS WHEREOF, I have hereunto
6 set my hand and affixed my seal of office at
7 Cleveland, Ohio, on this 23rd day of
8 October, 2018.
9
10
11
12
13
14    Stephen J. DeBacco, Notary Public
15    within and for the State of Ohio
16
17 My commission expires September 30, 2022.
18
19
20
21
22
23
24
25

Page 234

```
1        Veritext Legal Solutions
              1100 Superior Ave
2                  Suite 1820
             Cleveland, Ohio 44114
3             Phone: 216-523-1313
4
    October 23, 2018
5
    To: Motley Rice LLC
6
    Case Name: In Re: National Prescription Opiate Litigation v.
7
    Veritext Reference Number: 3058687
8
    Witness: Steve Perch      Deposition Date:  10/18/2018
9
10  Dear Sir/Madam:
11
        Enclosed please find a deposition transcript.  Please have the witness
12
    review the transcript and note any changes or corrections on the
13
    included errata sheet, indicating the page, line number, change, and
14
    the reason for the change.  Have the witness' signature notarized and
15
    forward the completed page(s) back to us at the Production address
16  shown
17  above, or email to production-midwest@veritext.com.
18
    If the errata is not returned within thirty days of your receipt of
19
    this letter, the reading and signing will be deemed waived.
20
21  Sincerely,
22  Production Department
23
24
25  NO NOTARY REQUIRED IN CA
```

Page 235

```
1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
    ASSIGNMENT REFERENCE NO: 3058687
3   CASE NAME: In Re: National Prescription Opiate Litigation v.
    DATE OF DEPOSITION: 10/18/2018
4   WITNESS' NAME: Steve Perch
5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7       I have made no changes to the testimony
    as transcribed by the court reporter.
8
    _____
9   Date                   Steve Perch
10      Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
    They have read the transcript;
13  They signed the foregoing Sworn
    Statement; and
14  Their execution of this Statement is of
    their free act and deed.
15
    I have affixed my name and official seal
16
    this _____ day of_____, 20____.
17
18      _____
    Notary Public
19
    _____
    Commission Expiration Date
20
21
22
23
24
25
```

Page 236

```
1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
    ASSIGNMENT REFERENCE NO: 3058687
3   CASE NAME: In Re: National Prescription Opiate Litigation v.
    DATE OF DEPOSITION: 10/18/2018
4   WITNESS' NAME: Steve Perch
5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7       I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
8   well as the reason(s) for the change(s).
9       I request that these changes be entered
    as part of the record of my testimony.
10
    I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____
    Date                   Steve Perch
14
    Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17  They have read the transcript;
    They have listed all of their corrections
18  in the appended Errata Sheet;
    They signed the foregoing Sworn
19  Statement; and
    Their execution of this Statement is of
20  their free act and deed.
21  I have affixed my name and official seal
22  this _____ day of_____, 20____.
23  _____
    Notary Public
24
    _____
25  Commission Expiration Date
```

Page 237

```
1       ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS MIDWEST
2          ASSIGNMENT NO: 10/18/2018
3   PAGE/LINE(S) /     CHANGE     /REASON
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  Date              Steve Perch
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23  _____
    Notary Public
24
    _____
25  Commission Expiration Date
```

60 (Pages 234 - 237)

**[& - 2016]**                                                                 Page 1

| & |
| --- |
| **&**   1:21 2:11 3:3,8 |
| 3:15 4:2,21 5:14 |
| 5:20 10:18,24 |
| 11:2,5,24 12:1 |

| 0 |
| --- |
| **000022367**   7:9 |
| 109:2 |
| **000022438**   7:9 |
| 109:2 |
| **000022730**   7:12 |
| 138:3 |
| **000022802**   7:12 |
| 138:3 |
| **000042195**   7:15 |
| 139:19 |
| **000042198**   7:15 |
| 139:20 |
| **000042349**   7:23 |
| 192:16 |
| **000048059**   7:18 |
| 171:22 |
| **000048170**   7:19 |
| 171:22 |
| **000068568**   7:4 |
| 49:5 |
| **000093982**   7:22 |
| 181:19 |
| **01/01/2016**   7:3 |
| 49:4 |
| **05**   181:4 197:6,10 |

| 1 |
| --- |
| **1**   7:3 48:18 49:2 |
| 52:13 53:1,4 |
| 107:1 116:7 130:1 |
| 155:5,6,17 159:13 |
| 159:16 193:1 |
| 194:20,22 197:22 |
| 206:6 |

**1,000**   38:20 74:7
80:6 180:17,19,23
181:6 214:5
**1,065**   183:21 184:8
**1/5/2006**   130:1
**10**   42:12,15,17
67:7 105:13,13
146:7 147:25
175:19,22 177:14
181:6 186:4,10,11
201:5 221:6
**10,000**   180:14
183:5,11
**10/18/2018**   234:8
235:3 236:3 237:2
**100**   35:5 52:18,23
64:12 74:1,2,5,8
159:1 180:24
181:1,6 183:4,9,11
183:11 201:9
205:9 221:8
**100,000**   85:20
178:19
**10036-6797**   5:6
**101**   4:22 8:11
**10178-0060**   4:22
**104**   8:11
**107**   8:12
**108**   7:7
**1095**   5:5
**10:02**   66:3
**10:12**   66:6
**11**   105:13
**1100**   4:5 234:1
**112**   8:12
**11472**   233:13
**11:05**   109:7
**11:51**   151:25
**12**   6:8 105:13
153:22

**12/31/2016**   7:4
49:4
**120**   8:13 17:21
73:21
**121**   8:13
**122**   8:14
**125mg**   118:14
**127**   8:14,15
**12:43**   152:3
**12th**   3:4
**130**   8:15
**137**   7:10
**139**   7:13
**14**   128:18 176:2
199:1 205:23
**140**   107:14 188:21
**141**   8:16
**144**   8:16,17,17
**147**   8:18
**148**   8:18
**15**   13:23 32:20
42:15,20 44:1
128:17 188:13
197:9 199:18,23
**150**   83:23 85:8
**152**   8:19
**153**   8:19
**157**   8:20
**16**   188:13
**1600**   4:10
**164**   8:20
**17**   1:8 10:7 69:10
**171**   7:16
**18**   1:13,18 10:3
69:25 120:23
123:13 138:16
152:25 153:7
**181**   7:20
**1820**   234:2

**184**   8:21,21
**189**   8:22,22
**191**   8:23
**192**   6:9 7:23
**1995**   20:20
**1:29**   192:11
**1:47**   192:20

| 2 |
| --- |
| **2**   6:3 7:5 48:22 |
| 97:16 175:20,20 |
| 221:7 |
| **20**   13:23 17:2 |
| 42:25 54:24 67:7 |
| 123:17 124:8,14 |
| 140:22 153:6 |
| 176:2 199:18,23 |
| 226:3,4 227:15 |
| 228:10 235:16 |
| 236:22 237:22 |
| **200**   83:17 116:8 |
| 169:23 |
| **2000**   20:16 |
| **20005**   3:5 |
| **20005-5793**   5:16 |
| **2000s**   185:25 |
| **2001**   20:12 |
| **2007**   140:3 142:8 |
| 146:20 |
| **2009**   104:11 |
| 105:12,15,18 |
| 183:20 184:6,25 |
| **201**   4:15 |
| **2011**   105:20 |
| **2014**   111:18 |
| 112:10,24 188:13 |
| **2015**   7:11 104:25 |
| 121:15 138:2,24 |
| **2016**   7:8 88:22 |
| 104:11 105:8,15 |
| 105:18,24 106:4 |
| 107:11 109:1 |

[2016 - 725]

113:17 114:10
122:2 123:10
125:25 129:3,18
153:2 155:19
183:20 184:7,25
185:9,12,14,15
188:14
**2017** 185:16 188:1
188:9
**2018** 1:18 10:3
60:5 233:8 234:4
**202** 3:5 5:16
**2022** 233:17
**205** 8:23
**21** 123:17 126:6,10
126:11,14 153:6
**212** 4:23 5:6
**213** 3:18
**215** 8:24
**216** 4:6
**216-523-1313**
234:3
**216-9140** 2:7
**216-9390** 2:8
**217** 8:24
**218** 6:10
**219** 8:25
**22** 51:18
**227** 9:1
**228** 6:11 9:1
**229** 9:2
**23** 234:4
**230** 6:12 9:2
**232** 6:14
**23rd** 233:7
**24** 44:24 203:7
**243-4094** 3:18
**25** 58:14 69:9
**250,000** 161:22
**252-9060** 4:16

**25332** 4:11
**264** 184:25
**27** 8:3
**28** 2:6
**2804** 1:7,8 10:7,7
**281-3906** 2:19
**29464** 2:6
**2:06** 209:6,9
**2:27** 227:21
**2:40** 227:24
**2:41** 230:15,16

**3**

**3** 5:5 7:7 106:17
108:24 196:17
197:22 206:6
221:7
**3,000** 175:20
**3.9** 197:14 198:4
**30** 42:20 67:7
233:17
**300** 73:25 178:24
**300,000** 53:8 82:6
**304** 4:11
**305** 207:3 208:5,14
**305-6400** 3:11
**3058687** 234:7
235:2 236:2
**309-6864** 4:23
**312** 5:11
**325** 2:18
**330** 3:11 4:16
**338-4683** 5:22
**340-1172** 4:11
**3400** 5:10
**35** 5:10
**350** 73:19
**35th** 5:21

**4**

**4** 7:10 137:25
138:21 170:5,10

221:8
**40** 42:25 180:4,12
229:2
**400** 3:9
**412** 5:22
**415** 2:13
**43216-5017** 2:19
**434-5686** 3:5
**44113** 4:5
**44114** 234:2
**44308** 4:15
**44720** 3:10
**44th** 3:17
**45** 43:8,12,14
198:8
**45090** 1:13
**46** 76:12
**469-3939** 2:20
**47** 226:20
**477** 226:18
**47700** 226:12
**47770** 226:18
**48** 8:3
**49** 7:3
**49990** 7:23 192:15
**4th** 57:18 88:22
185:14

**5**

**5** 7:13 42:15 73:21
127:3 139:16
181:3 196:17
197:1
**50** 4:15 80:6
159:18 180:4,12
197:9 221:7
**53** 153:12 154:16
154:18
**54** 206:13 208:10
**55236** 76:7 194:21
**55238** 196:17
197:11

**55281** 156:9 206:7
**55286** 156:11
**553** 4:10
**55356** 76:16
**55688** 51:20 56:18
**591-7093** 2:13

**6**

**6** 7:16 42:18,18
43:23 44:22 73:19
171:18
**60** 126:1,25 127:12
129:7 159:18,18
**600** 2:18 115:15,21
115:21 116:8
**60601-1634** 5:10
**60s** 26:12 66:16
67:9,20,22,23
**614** 2:19,20
**634** 111:9
**636** 103:22
**638** 106:12
**639** 31:15
**646-5800** 5:11
**65** 8:4 153:9
154:18
**655** 5:15
**66** 8:4
**67** 8:5,5
**68523** 7:4 49:5
**69** 8:6
**696-3670** 4:6
**698-3814** 5:6

**7**

**7** 6:5 7:20 76:12
76:13 181:16
**70** 159:18 184:24
**70s** 26:12 66:16
67:9,20,22,23
**725** 3:4

**[75 - akron]**

**75** 1:22
**777** 3:16

**8**

**8** 7:23 192:14
209:1,23,24 220:4
**8040** 3:10
**80s** 15:15 67:10
**81** 15:16
**843** 2:7,8
**85** 8:6 25:8 46:2
**86** 8:7
**87** 8:7
**879-5148** 5:16
**88** 8:8
**89** 8:8
**8th** 72:19

**9**

**9** 32:20 73:20
**9/10/2007** 7:13
139:17
**90** 23:2 33:21
198:15 199:8,20
**90017-5844** 3:17
**90s** 67:10
**91** 8:9
**93** 8:9 113:3
**94111-5356** 2:13
**95** 8:10 33:22
**950** 4:5
**96** 8:10
**97** 7:5
**9:00** 1:18 10:4
**9th** 72:19

**a**

**a.l.** 4:9
**a.m.** 1:18 10:4
**aaron** 1:9
**ability** 45:12 57:5
59:17,20 102:20

**able** 44:3 59:14
79:1 100:17,25
103:2 110:3,21
116:10 153:18
156:20 157:20
158:15 159:11,13
196:13 202:17
205:17 209:11
211:8
**absolutely** 28:15
33:9 41:1 46:25
62:2 81:11 82:18
126:14 150:19
170:22 183:16
**abuse** 25:12 63:15
67:22 77:8 111:15
164:11,21 167:4
167:18,25 189:3
**abused** 163:7,10
191:6,18 227:10
228:10 230:10
**abuser** 87:4,16
**abusers** 165:13
**abusing** 69:3
83:10 86:17,22
167:19 168:11
203:20
**acceptable** 176:8
223:9
**access** 78:13 98:18
100:22 102:25
117:15 141:19,21
141:21
**accident** 56:15
**accidental** 77:17
184:2
**accuracy** 34:16
175:11,17
**accurate** 21:1
139:4,6,9 155:3,7
159:1 202:13

**accurately** 107:19
**acetone** 213:19,21
213:23 214:1,3
**acetylmorphine**
42:18
**acknowledge**
235:11 236:16
**act** 18:3 235:14
236:20
**actavis** 4:18,19
**action** 46:7 176:25
233:4
**active** 46:4
**activity** 93:12
**actual** 48:13 53:21
115:17 119:2
129:12 135:15,18
135:21 143:25
145:11 147:22
173:20 190:14
212:13 217:4,8
226:15,20
**acute** 75:20 156:5
157:14 196:19
197:13 206:10
207:13 208:18
**addiction** 199:11
199:17 228:23
**addictions** 68:5
**addictive** 26:2
**addicts** 188:21
189:2,14
**addition** 106:20
219:6
**additional** 15:9
81:23 150:23
151:8 153:22
159:4 160:22
161:25 206:3
222:23

**address** 96:20
140:23 234:15
**addressed** 140:20
**adjournment**
232:22
**administrative**
147:15
**administrator**
81:4 147:16
**admitted** 58:14,15
**aemch** 4:12
**affixed** 233:6
235:15 236:21
**aforesaid** 232:12
**afternoon** 218:18
**age** 12:7
**agen** 32:1
**agencies** 39:2 82:1
100:7 114:16
**agency** 32:2 81:24
**agilent** 179:10,21
**ago** 15:17 17:2
32:18 70:5 80:25
82:8 146:7 154:8
196:21 203:21
219:5
**agree** 104:1
109:15,19 110:14
110:22 112:1,8,18
130:14 152:13
185:6,13 219:9
**agreed** 130:4
**ahead** 89:6,6
**aimed** 186:16
**ait** 58:4
**akearse** 2:7
**akron** 1:22 2:3
4:15 10:14,17
15:1,3 16:21,25
17:12 19:13 20:19
38:10,13 59:1

68:19 90:1,16
92:7 216:21
**al**  1:12,12 11:11
**alcohol**  19:10 28:9
30:10,14,14 86:17
86:21,21,22,22
131:18 134:3
167:25 168:18,20
211:23 212:1
213:1,3,4,8,13,15
213:17,20
**alcohols**  38:17,23
86:13 177:17
**alive**  43:20 201:18
**allegheny**  72:21
193:23
**allergan**  5:13 12:1
**allow**  100:22
**allowed**  98:18
**alphabet**  93:25
**alprazolam**  125:9
156:6 206:11,24
208:11 226:25
**alternate**  37:13,15
**alternative**  165:11
**america**  163:20,21
**american**  19:19
169:20 175:21
**americas**  5:5
**amerisourceberg...**
4:8 11:9,12
**amount**  22:22
35:7 61:25 73:24
86:8 87:2 94:20
204:6,18
**amphetamine**
30:9 34:4 118:13
195:9 200:25
214:20,25
**amphetamines**
30:8 34:1 169:1

**analogs**  169:22
**analogue**  36:4
60:11 168:7 169:8
**analogues**  26:19
35:23,25 36:9
110:1 111:16
169:6 170:19
171:2
**analogy**  71:20
**analysis**  23:8,10
25:1,4 26:16 31:5
31:18 32:1 37:10
41:12,17 48:8
54:25 56:1,3
80:14 87:8 131:15
131:17 156:19
157:22 200:17
207:10,21 226:18
**analyst**  21:6
**analyte**  176:11,12
176:20 177:1,16
**analytes**  224:24
**analyze**  175:24
**analyzed**  91:9
226:19
**analyzer**  165:17
167:6 175:6,11
178:2,11 179:8
**analyzers**  178:15
**angel**  3:16 10:18
**angel.nakamura**
3:18
**angeles**  3:17
**animal**  58:25
**animals**  59:3
**anne**  2:5 10:13
**annual**  7:7,10
108:25 109:10
113:16 114:3,6
120:22 121:4,22

138:1 152:25
216:24 217:6,15
**answer**  13:14 35:2
36:11,12,17 40:2
198:16 199:14,24
209:11
**answering**  36:13
62:21 205:12,13
**answers**  36:16
**antibody**  35:16,18
**antidepressant**
125:5
**antigen**  35:16
**anybody**  141:20
142:3 191:16
192:5
**anybody's**  83:10
**anymore**  97:3
178:14
**anyway**  44:16
90:5 194:15
**apd**  97:2 170:1
**apologies**  97:14
**apologize**  25:18
**appear**  235:11
236:15
**appearance**  11:18
**appearances**  2:1
3:1 4:1 5:1 6:3
**appears**  143:23,24
225:18
**appended**  236:11
236:18
**applicable**  231:7
**applied**  150:19
161:1
**apply**  39:15
**appraisals**  166:24
**appreciate**  19:21
40:9 95:16 229:4

**approach**  39:24
**approached**  98:17
**approaching**
39:22
**appropriate**  103:4
213:16
**appropriately**
166:22
**approved**  80:19
**area**  70:6 77:16
91:17 92:2 102:4
109:14 130:23
134:6,8 147:13
176:18 229:3
**areas**  91:19 146:5
179:23
**argument's**  40:19
157:1
**arms**  59:15
**army**  101:7
**arnold**  3:15 10:18
**arnoldporter.com**
3:18
**arrest**  92:15 100:1
**article**  7:5 97:10
97:17 101:19
107:24 126:20
**articles**  14:18 68:3
**asia**  94:25
**asked**  25:17 49:14
50:11 55:5 56:17
63:9,18 114:14
117:18,22 122:15
123:23 141:18,20
142:5 160:3,21
162:4 199:25
218:11 220:14
229:5
**asking**  12:19 54:2
56:10 63:11 129:2
143:3 145:4 146:8

161:24 192:5
196:9 203:17
219:2
aspect 69:4,6
110:8
aspects 86:10 92:1
aspire 19:7
aspirin 136:5
assay 33:8 35:10
35:12 53:3 60:3
71:1 83:18,24
86:9 113:5 131:19
167:9
assayed 223:8
assays 29:1 33:20
33:25 35:11 38:12
71:4 81:10 84:18
85:5 134:23
assess 219:10
assign 162:4
assignment 235:2
236:2 237:2
assist 16:11 23:20
46:23
assistant 21:9,11
150:20
assistants 23:18
23:19
associated 185:10
assume 25:7 40:18
62:16 79:1 112:16
136:7 157:1
assuming 14:14
93:23 101:17
103:14 104:8
108:4 112:16
147:3 184:15
190:21 195:25
assumption 63:2
156:25

assurance 224:21
attached 142:18
236:7
attachment 7:14
139:19
attention 76:15
102:10 113:16
126:5 150:12
182:16
attorney 149:14
233:2
attorneys 13:23
14:2,6 120:6,7,9
131:16 145:12
attributable 64:17
65:6
attributed 64:20
aultman 186:25
authenticate 172:4
authored 72:13
authorize 236:11
auto 86:3
automatically
24:10 210:25
autopsies 119:16
autopsy 23:7,19
23:21 48:14,14
77:13 88:12 119:9
132:9,23 136:22
142:13 145:18,20
146:9 195:23
209:14 213:5
available 30:16
117:23 121:24
122:3,9,17,19
133:18,24 188:23
189:6
ave 234:1
avenue 3:10 4:5,22
5:5

average 17:21
aware 78:18 79:7
123:8 127:20
144:8 148:25
196:5,10 219:22
219:25
axis 58:3

b

b 5:9
baby 217:18
back 13:19,22
15:15 22:19 27:21
40:8 60:14 64:10
66:5,7 67:6 68:11
68:17 70:6,8 82:8
90:11 98:20 107:1
108:12 109:6
116:25 120:22
123:2 124:18
137:9 142:7
146:23 151:12
152:2,4 160:16
169:3 177:7
186:14 187:4,25
192:19 193:1
194:20 195:22
198:20 209:8,23
210:23 215:6
216:24 227:23
234:15
background 14:24
bad 155:2 170:17
170:18 185:17
188:4 201:13
badly 158:18
baggie 56:6
baggies 58:17
baker 59:23
ball 225:24
ballooned 185:15

bar 103:22 127:12
127:13 154:25
155:11 158:10
185:2 188:9 189:1
barbiturates 30:9
bare 87:14
base 26:15 151:14
based 35:18 60:21
80:14 84:18 87:1
107:24 111:14
128:24 129:1
135:8,10 152:11
156:19 158:3,7,10
158:13 205:21
220:19
baseline 165:21
baselt 72:13
193:13,18,21
194:4 200:12
basic 97:3 134:15
136:2 173:6
basically 18:8 28:7
28:10 29:18 38:19
39:20 58:13 73:9
81:13 86:1 98:22
117:1 132:24
138:23 143:20,20
167:5 178:21
185:20 188:13
191:2 212:16
224:24
basis 49:22 90:3
175:16,22 207:14
bat 90:17 146:18
batch 39:6 174:19
174:20 222:11,20
223:14,15
bates 182:6
bath 163:15,15
bci 92:10,14,17,18

becoming 163:22
beginning 64:6
begins 149:15
behalf 2:3,10,15
  3:2,7,13 4:2,8,18
  5:2,13,18 10:16,19
  10:22,24 11:2,5
  12:1,3 16:12
  79:18,19
belief 57:2,9
believe 93:5 108:1
  155:16 157:23
  172:23 195:20
believed 60:16
believing 154:12
benadryl 83:7,10
  83:16,19 84:4
benzo 200:4
benzodiazepines
  30:10 47:14
benzoylecgonine
  30:23 200:5 201:8
  201:17,25 222:16
best 100:21 102:19
  171:11 190:9
better 33:25 34:20
  45:12 91:20
  123:20 185:16
beyond 17:13
  84:13
bible 72:15
big 65:11,12 68:7
  68:24 74:16 90:20
  93:15 105:24
  106:4 113:17
  163:22 176:6
  180:13 187:4,16
  215:3
bigger 90:24 91:11
  92:5,7 158:22

biggest 29:20
  69:24
biggie 84:8 169:1
bill 17:21 18:15
  19:4 22:22 79:23
  81:21,22 116:1
billing 80:3
binding 35:17
  46:6
bindle 56:5 60:24
bindles 58:18
bio 224:7,8,15
biological 227:6
biology 15:1
birthday 68:13
bit 18:6 22:20 42:7
  52:17 69:15 70:19
  70:25 89:22 100:5
  112:11,13 131:4
  134:17 157:11
  180:1 185:2 187:2
  189:16 190:5
  194:22 196:21
  203:21 210:5
  217:3 218:22
blind 39:21
blister 226:3,5
blood 23:23 24:16
  24:17,17 28:18,19
  29:3,4,12 30:15,21
  30:24 31:18,19
  32:17,22 33:3
  34:12,25 38:2
  42:3,20,25 43:12
  43:18,23 44:3,19
  45:11 51:9,16
  52:4,20 53:19,24
  54:19 55:6,10,11
  56:22 57:3 71:23
  73:15 74:2,5,9,20
  78:21 124:24

155:8 156:20
  158:17 159:8,13
  159:17,19 160:7
  160:12,15 181:1,3
  181:4 199:21
  201:15,23 204:3,4
  204:9 209:13
  212:5,18 214:5
blow 89:24
blue 194:3
board 36:20 59:8
bob 81:4 149:9,9
  149:10,10,11,14
bockius 4:21
bodies 151:16,17
  214:4
body 28:24 42:17
  61:3 158:24
  201:16,18 203:9
body's 43:5
bolus 74:17 198:3
book 46:1 72:12
  72:20 193:16
  194:3
borderline 206:2
bother 97:2
bottle 136:24
bottom 51:18
  172:13,23 206:7
  211:18 212:6
  230:7
bought 192:2
boulevard 2:6,18
bound 45:23,24,24
  46:2,2,4
box 4:10 122:22
boxes 99:4 101:18
brain 46:7
brand 41:16 87:16
  168:15

brandy 2:17 10:21
branjan 2:21
breached 27:17
break 13:12,15
  22:5 65:22 192:8
  201:19,21 202:7,7
  227:19
breakdown
  106:19
breaking 43:6
  203:10
breaks 42:4,17
brennan 1:21
bretton 3:9
bridgeside 2:6
bring 101:6
  140:14 173:18,18
  196:7
brings 39:7
british 94:14
broader 37:3
broken 42:22
  43:16 201:25
brush 89:23
brutally 217:16,23
bryant 5:5
bs 14:25
bucks 83:23
  169:23 178:24
bulk 90:10 92:12
  94:17 201:24
  227:5
bunch 135:5
  203:24
burling 2:11
busted 215:23
busy 21:18 150:15
buy 38:17 53:7
  55:21 82:5 85:19
  162:9 178:9,15

**buys** 178:14

**c**

**c** 72:13 193:13
**ca** 234:25
**cabinet** 192:1
**calculate** 183:8
**calculated** 221:14
**calculates** 135:9
**calibrate** 175:7,8
**calibrating** 174:12
**calibration** 175:4
 175:5
**calibrations** 174:7
**california** 2:13
 3:17 35:12 168:4
**call** 16:10 27:24
 30:6 48:12 64:11
 65:23 75:12 82:4
 91:3 115:25
 148:16 164:3,23
 179:15,19 206:16
 208:1
**called** 12:7 16:4
 35:17 57:23 58:4
 58:10 59:1 72:14
 134:20 169:19
 175:9 178:5,6
 186:20 214:17
**calling** 214:16
**calls** 186:24 207:8
 214:18
**calzola** 3:9 10:23
 10:23
**campbell** 3:8
 10:24
**cancer** 209:15
**candidates** 21:12
**cannabis** 164:22
**canton** 3:10
**caption** 232:21

**capture** 169:10
**captured** 153:17
 167:20
**car** 72:24
**carbon** 137:16
**carboxy** 32:20
**cardinal** 3:2 11:5
**care** 101:20
**carey** 2:12
**carfentanil** 7:5,20
 26:18 27:3 34:20
 34:23 35:6,7,24
 36:3,21,25 40:7,12
 52:7,8,9,10,15,18
 52:25 53:17,24
 54:17 55:1,11,23
 56:11,21,25 57:3
 57:10,14,17,23
 58:10,20,23 59:4
 59:10 60:2,7
 63:18 64:11 65:4
 66:24 82:15,24
 83:2 84:7,8 85:9
 85:14 86:6,9
 90:11,18,18 91:5
 91:15 93:7,13
 94:20,21 97:6,17
 99:14 105:1,9
 106:18,20 107:14
 107:21 109:25
 136:18 159:9,11
 159:17,20,22
 160:4,15 164:13
 167:15 168:1,6
 169:6,17 180:14
 181:4,17 183:4
 185:7,10,20,21
 187:19 188:7,14
 188:18,21,22
 189:7 190:21
 197:6,10

**carfentanils** 59:21
**caricatures** 93:23
**carolina** 2:6 72:25
**carried** 139:2
**carter** 2:17 6:10
 6:12 11:7,7
 218:17,21 227:16
 228:12 229:5,25
 230:4,6,13
**case** 1:8,13 7:23
 10:6,7 22:10 26:5
 27:11 28:17 37:18
 52:6 53:13,15
 55:4,4 62:7 63:20
 63:22 75:14 76:18
 78:1 79:9 88:11
 90:19 99:5,14
 115:15 120:10,16
 120:19 129:14
 133:2,12,14,17
 137:21 141:18
 144:14 145:5
 146:7 148:23
 154:11,25 155:21
 163:23 192:15
 198:25 199:1
 217:2 221:25,25
 222:12 234:6
 235:3 236:3
**caseload** 86:7,8
 184:24
**cases** 22:23,25
 23:2 31:19,20
 40:1 43:18 44:25
 47:2 52:14,19,24
 64:7 69:1 83:13
 87:19 90:13 98:21
 104:12,17 106:17
 113:2 114:15,16
 115:12,13,14,17
 115:21,25 116:6,7

116:9 119:24
 123:25 129:3
 137:8,13 143:22
 147:1 148:9
 154:16,18,19
 157:13 158:13
 184:7 188:16
 206:2
**catch** 152:12
**categories** 176:13
 176:15
**categorize** 123:16
 214:11
**cause** 46:16 52:6
 54:1 71:25 75:5
 75:13 77:3 115:4
 124:15 126:8,17
 129:10,12,22
 134:11 143:19
 144:2 153:8
 154:13,24 156:5
 194:25 195:18
 196:6 202:25
 203:14 207:12,14
 208:15 213:7
 214:6 227:10
 230:10 232:12
**causes** 213:25
 224:3
**causing** 34:6
**cell** 149:12
**centers** 110:12
 186:13,17
**central** 24:17
 73:15
**centralized** 110:1
 110:4,18,25
 131:22
**centre** 5:21
**cephalon** 4:18

[certain - cocaines]

**certain** 18:4 26:17 28:3,11 31:12 32:3 34:13 40:10 40:10 47:7 62:16 66:13 71:21,22 200:18

**certainly** 33:21 44:21 77:2 98:2 103:9 129:10 140:2 148:24 158:24 167:10 173:12 190:3 208:14 213:17 216:10 224:9

**certainty** 31:17 34:25

**certificate** 6:14 232:1 236:11

**certification** 15:13 19:3 165:3 166:24 235:1 236:1

**certifications** 19:7 19:16

**certified** 12:10 18:2,10,13,15,25 19:9

**certify** 19:3 232:8 232:19 233:1

**cetera** 15:9 23:24 43:6 44:15 140:25 141:1 162:13,17 173:5 177:5 186:20 201:7,7 212:16 216:21 224:14

**challenging** 167:14

**chance** 20:24 33:5 41:23 139:23 152:5

**chances** 128:10 173:22

**change** 80:23 108:14,18 223:3 234:13,14 236:8 237:3

**changed** 95:5 211:16 212:11

**changes** 112:20 234:12 235:7 236:7,9

**changing** 169:6

**chapel** 72:24 193:24

**characterize** 105:23

**charge** 81:8 178:24 211:25

**charged** 82:4

**charges** 80:16

**charging** 169:23

**charleston** 4:11

**chart** 72:22 104:10,15 106:13 107:15 125:22 129:18 154:25 185:2

**charter** 80:9

**charts** 103:23 123:17,19 153:6 155:11 188:16

**chasing** 169:14

**cheap** 110:9

**cheaper** 83:25

**cheffo** 5:4 6:8 11:15,15,21 12:4 12:13,18 48:19 65:20,24 66:7,9,19 76:8 97:13 103:19 108:16,18 109:8 114:1 121:12,15

121:17 122:8,14 138:12,22 142:24 143:7 151:21 152:4,9 172:10 181:12 184:18 192:5,9

**chemical** 34:17 84:5 229:17

**chemicals** 72:14

**chemistry** 19:18 19:18 110:7 175:6

**chicago** 5:10

**china** 93:18 94:25

**chinese** 93:19,23 93:24 94:1

**chitchat** 216:14

**choice** 67:17 151:19

**chromatogram** 135:20

**chromatography** 30:15 52:11 135:21 220:23

**cincinnati** 89:12 216:16

**circle** 24:15

**circuit** 225:9

**circumstance** 61:18

**citalopram** 124:7 125:3 127:3

**citizens** 122:3,9,17 122:20

**city** 2:3 10:14,17 15:3 58:16 68:18 69:8 98:11 186:15

**civil** 12:9 231:3,7 235:5 236:5

**claim** 145:24

**claiming** 145:23

**claims** 184:2

**classes** 15:7,9

**classified** 130:8 153:5

**clean** 166:2

**clear** 13:9 20:7 140:6 229:15

**cleveland** 3:10 4:5 59:5,7 89:12 91:1 91:3 92:6 149:1 186:24,25 216:16 233:7 234:2

**clia** 18:2,7,13,14 18:15,25 19:2,3 166:23

**clients** 22:21,24,25 80:8 115:16,24 165:21

**clinic** 186:24,25

**clinical** 18:3 19:5 19:18,19 68:19,23

**close** 35:5 104:23 127:10,13 129:7 194:2

**coast** 168:4

**coauthor** 125:23 126:21

**cocaine** 28:7 30:7 30:19,20,22,24 31:23,25 40:11,14 40:16 65:11,15 67:4,11,11 69:13 69:14 70:9,10,13 71:23 106:3 107:21 136:20 162:22 190:19 200:7,8,9 201:10 201:12,13,20 224:13

**cocaines** 222:20

cocktail 47:20
codified 80:21
cohorts 216:15
coke 26:19 67:4
84:24 95:6 96:1
169:1 187:14
cokes 222:18
224:13
colleagues 12:21
179:24
collect 117:19
141:3
collected 119:22
141:14,16
college 15:4,8
16:23 21:20
175:21
columbus 2:19
59:22,23 89:12
92:6 159:23
216:15
column 195:6
223:4
columns 77:19
combat 109:21
combinations
196:8
combined 129:25
130:2 157:9
220:22
come 33:24 56:1
72:22 101:4
108:12 122:23
135:24 137:21
178:24 179:17
187:25 225:13
226:23
comes 22:12 31:18
41:15 56:2 114:7
160:16 221:18

comfortable
135:16
coming 68:3 93:17
94:12,24 95:9,24
96:3 163:17
216:17
comment 77:12
comments 114:12
194:13
commission
233:17 235:19
236:25 237:25
commissioned
232:8
common 64:19
124:13 125:4,4,9
137:1
commonly 124:4
124:14 126:7,16
129:9 199:10
213:12,14
commons 3:9
communicate 48:5
90:5
communication
88:14 89:1 91:20
91:24 110:20
community 121:7
companies 3:14
35:14 71:3
company 5:3,18
35:12 167:8
177:24 179:3,4,6,7
214:18 224:6,7,21
compare 126:19
compared 222:4
comparing 119:2
competitive 35:17
complaint 27:13
complete 159:7
212:8

completed 232:22
234:15
completely 64:5
218:13
compliance
177:15
compliant 69:2,3
compound 42:11
42:12 201:2,4,10
201:23 229:17
comprehensive
29:11 212:14
computer 23:12
49:15,24 50:4
78:14 115:7,18
116:14,19 117:12
119:1,4,18,18
131:22 132:3,17
132:24 133:3,20
133:21 135:6
211:5 213:6
217:19 218:2
221:4,5
concentrated 29:6
52:17 89:18
concentration
135:15 180:11
219:13 221:2,16
224:23 229:6
concentrations
109:25 135:8
220:19 221:10
229:11
concept 163:21
concerned 127:23
concluded 230:16
conclusion 94:23
109:17 135:25
195:21
conclusions
112:15,17

conduct 78:7
confidence 208:6
208:9,15
confidential 123:7
confirm 34:5
36:14 37:14 146:4
169:18 181:11
confirmation
36:18 62:17
111:21
confirmatory 33:3
38:2 160:7,9
confirmed 212:19
212:22
confirms 181:13
confiscate 97:1
confiscates 56:5
confusing 105:5
connect 124:25
connection 14:9
16:1 19:25 99:25
100:8 124:3,11
133:19 162:18,25
connolly 3:3 11:5
consider 195:12
considered 110:25
consistent 74:10
104:20 105:14,25
106:7 107:15
129:4 143:17
162:24
constantly 148:22
161:10 194:17
consult 47:1
198:22
consulting 49:21
consuming 83:23
contacted 59:6,6
contesting 146:5
context 15:20
199:24

continue  43:2
  108:15
continued  3:1 4:1
  5:1 88:23
continuing  60:6
contra  89:16
contraband  38:24
  58:17 89:16,17
  90:13 92:14 94:9
  225:14,19 226:1
  226:21 227:4
contract  17:3
  100:6 177:25
  178:8 179:11
contracted  17:5
  79:20
control  103:2
  116:20 118:8,9,19
  131:18 165:8
  175:12 222:22
  223:2,18 224:1,5,8
  224:13
controlled  61:13
controls  174:21
  223:7,8 224:11
conventional
  224:6
conversations
  150:6
coordinate  90:13
cop  132:19
copied  172:18
copies  120:11
  174:25
copy  24:5,10
  50:21 59:8 116:16
  117:6 118:24,24
  119:2,2,6,12
  122:25 131:15
  132:16 133:24,25
  141:7,8,9,9 172:6

176:15
corner  51:19
coroner's  59:22
  185:23 186:4
  193:23,24
coroners  116:1
corporation  2:10
  11:10,12
correct  12:17
  16:23 17:15 20:14
  20:18,21 32:9
  38:4,6 39:14,18
  41:6 45:14 46:19
  51:21 54:20 57:7
  62:23 71:11 73:12
  73:17 88:2 94:8
  102:18 104:6
  105:10 112:17
  114:23 118:17
  121:3 125:13,15
  127:1 131:7,24
  138:8 140:16
  146:11 147:18
  153:10,13,15
  157:25 172:6
  185:4 188:8
  194:11 195:1
  196:20 197:3,12
  198:19 199:9
  200:10 206:15
  210:8 220:7,12
  221:21,23 229:17
  229:24 232:16
corrected  121:21
  122:14 130:18
corrections  102:8
  102:9 234:12
  236:17
corrective  176:25
correctly  111:12
  111:25 112:6

correlate  90:19
cost  38:20 39:3,7
  53:9 80:14 81:10
  83:21 84:19 85:14
  161:7,8,9,9 178:10
  178:11 179:2
costs  82:16 85:9
  160:22 175:20
council  80:20
counsel  10:11
  95:15 121:10
  142:20 228:8
  231:1,10 233:2
counter  136:1
  174:5
counting  154:21
country  58:3
county  1:12 2:3
  7:6,14,17,21 10:13
  10:16 16:19 17:8
  18:18,23 19:14,25
  20:11 21:5 22:20
  22:25 50:4 53:8
  57:17 69:21 72:22
  79:19 80:9,20
  81:24 88:16,17
  90:21,22 93:3
  97:19 106:24
  107:2,12,20
  115:14,16,20
  116:6 128:1
  139:18 148:16
  149:5,6 151:1,2,9
  152:21 155:19
  162:9,13 167:12
  169:3 171:19
  172:6,24 181:19
  193:23 215:12,21
  232:4 235:10
  236:15

county's  110:23
countywide
  109:20
couple  13:24
  14:12,18 17:25
  19:15 36:1 38:15
  38:21 39:5 59:19
  65:3 83:3 90:7
  92:21 214:22
  218:21 226:19
  228:3
courier  187:1,1
course  30:13 63:1
  69:6 178:9 195:14
court  1:1 6:17
  10:9 55:4 81:22
  149:1 165:12,15
  173:16 228:6
  235:7
courtesy  80:11
cov.com  2:14
cover  12:22 99:8
coverdell  150:21
  161:1,15
covers  22:3
covington  2:11
crack  67:11 69:13
  69:14 70:12
cracked  93:19
create  71:4 128:9
created  110:10
  170:20 186:16,22
credit  215:25
crime  92:9
criminal  110:12
crisis  66:15
cross  34:1 35:5,21
  36:8 55:14 145:2
  196:4 214:21
crucial  109:23

cuff 228:15
cummings 5:24
  11:17
curiosity 212:24
curious 108:8
  209:10
current 7:6,20
  72:18 97:18 148:9
  181:18
currently 16:15,16
  16:17 17:2 96:8
  216:21
curve 135:7,11
  220:18 221:9,13
  221:15 222:15,16
  222:17,25 223:1,3
  223:6,7
curves 221:19
  223:13
custody 6:16
custom 224:19,20
cut 180:9,10
  183:14
cutting 23:21
cuyahoga 90:21
  232:4
cv 16:20 20:25

**d**

d.c. 3:5 5:16
da 149:1,1,1
dallas 142:10
dan 1:9 59:23
dangerous 109:21
  167:17 213:18
data 98:17 99:9,13
  99:19 102:10
  103:11,25 106:25
  107:2 114:21
  115:8 116:18
  117:11 123:17
  126:4,20 128:25

129:18 130:17
131:2,20 132:15
132:25 133:15,17
133:18 134:1
135:5,19 139:8
145:11,14 158:7
174:23 188:9
206:4 218:3,3
220:5,17 221:2,18
221:20 225:4
database 62:22
  78:8,13,22 115:17
  115:18,24 117:12
  131:22
databases 78:17
  78:18
date 10:3 109:22
  112:10 143:19
  231:11 234:8
  235:3,9,19 236:3
  236:13,25 237:20
  237:25
dates 68:10 99:5
  173:5
day 2:16 10:22
  57:16 58:15 95:19
  165:10,17,24
  171:12 187:2
  192:25 199:19,24
  233:7 235:16
  236:22 237:22
days 65:7 151:19
  151:20 176:2
  202:25 203:3,12
  203:13,15,21,23
  234:18
dea 59:8
dead 45:2,7 54:24
  90:15
deal 78:4 84:14
  149:18 166:20

187:4 225:9
dealing 27:3
dear 234:10
death 43:3 44:25
  45:9 46:16 52:7
  54:2 71:25 75:6
  75:13 77:3 104:13
  115:4 124:15
  126:9,17 129:10
  129:13,22 134:11
  143:19,19 144:3
  153:8 154:13,24
  156:6 164:15,18
  184:7 194:25
  195:19 196:7
  202:14,25 203:14
  207:12,14 208:15
  213:7 214:6
  227:11 230:10
deaths 7:3 49:4
  51:2 60:6 64:16
  65:5 86:8 99:13
  99:14,22 100:13
  105:15 106:24
  107:15,19 125:3,6
  126:1 152:14,15
  152:22,24 153:22
  183:21,25 184:10
  185:7,9 186:7
  215:12
debacco 1:25
  232:6 233:14
deceased 54:14
  219:17
decedent 22:12
  23:16 47:22 100:9
decedents 144:10
dechert 5:4,9
dechert.com 5:7
  5:11

decided 81:6
  127:2
deciding 46:10
decision 22:14,17
  23:1 24:21 37:25
  38:1 54:18 147:15
  154:23 217:5,9,11
decisions 48:4
  148:13
declined 161:14
decomposed
  158:19
decomposition
  44:15
deed 235:14
  236:20
deem 160:8
deemed 113:2
  234:19
default 210:24
  212:7,17
defendants 10:19
  26:4 27:10,16
definitely 199:7
degradation
  201:14 202:2
degrade 201:16
degree 14:25
  15:15 34:25 215:1
delete 212:6
delivery 231:9,11
delta 32:20
denied 150:21
  161:24
denise 147:16
depart 92:8
department 16:22
  17:1,13,19,20
  18:12,24 19:10,13
  20:1,3,20 29:24
  38:23 55:13 56:5

[department - documentation]                                    Page 12

80:5 88:16 89:3,9
90:2,16 91:4 93:4
93:10,21 96:12,14
96:18 99:22,24
148:17,19,24
149:8 162:19
163:1 166:17
234:22
**departments**
39:17 79:21
115:25 211:22
215:24
**depending** 88:11
213:24 219:13
**depends** 135:2,3
180:9 200:22
**deposed** 12:10
13:1
**deposition** 1:16
10:5 13:18 49:2
97:16 108:24
137:25 139:16
171:18 181:16
192:14 230:16
232:20 234:8,11
235:1,3 236:1,3
**depositions** 15:21
**derivatives** 65:15
**describe** 21:4
**described** 38:8
55:16 220:18
**description** 7:2
202:6 211:19
**design** 49:25
**designed** 198:1
**destroying** 14:13
**detail** 211:8
**detailed** 54:2
113:20
**details** 24:6 49:10
97:23

**detect** 28:8 34:14
42:24 44:20,21,23
52:15,18 53:16
160:5 167:14
229:16,22
**detectable** 34:24
**detected** 51:24
52:2 54:21
**detection** 29:23
35:20 52:12 71:10
109:24 229:18
**detectives** 56:9
**determination**
41:19 46:15,17
57:6 157:3,21
158:15
**determine** 41:15
45:12 87:3,15
96:19 153:18
156:20 158:20
159:3 191:21
**determined** 126:8
126:16
**determines** 80:4
**developed** 131:23
**deviations** 176:9
187:15
**diabetic** 213:22
214:1,2
**diacetylmorphine**
42:10,11 43:22
**diamond** 1:21
**die** 45:5 70:19
83:10,17 203:16
203:24
**died** 43:25 70:7
158:5 208:20
**dies** 198:8 202:21
203:13
**difference** 39:25
113:1 197:24

**differences** 180:1
**different** 16:7
19:15 26:11,11,22
28:18,24,25 33:11
33:18 35:11 62:14
67:8,16 68:17,22
71:9 73:7,20
91:21 132:25
140:22 142:22
146:4 152:11
161:12 163:13
164:6 167:6
169:22 175:8
177:18 183:17,17
196:7 206:20
212:11 213:20,25
213:25 214:8
222:5,13 225:24
226:19 227:3
**differentiate** 17:17
20:4 190:24
**differentiating**
31:17 152:17
**differentiation**
190:22
**differently** 39:20
200:15
**difficult** 74:23
155:14 158:9
170:21
**digital** 134:25
135:4,5 148:10
**digress** 25:18
**dip** 105:13
**diphenhydramine**
83:5,19
**direct** 76:14
109:23 113:16
184:17
**directed** 191:14

**directions** 171:14
**directly** 132:12
**director** 17:6 18:5
**director's** 19:12
146:1
**disagree** 207:15
**disappeared** 64:5
69:18 189:7
**disclose** 144:9
**discounted** 85:11
**discussed** 215:2,18
219:5
**discussion** 117:4
209:4,7
**discussions** 47:2
**dissecting** 155:13
**distinctly** 57:16
**district** 1:1,2 10:8
10:9
**division** 1:3 10:10
19:11
**doc** 75:19
**docs** 62:7
**doctor** 34:9 46:16
**doctoral** 21:12
**doctors** 61:12
132:9
**document** 1:11 7:3
7:7,10,16,20 48:23
49:3,12 51:7
108:13,25 113:17
117:6 119:19
132:20 138:1
140:2 142:23
143:4 148:6
171:16,19 173:9
181:9,17,25 211:1
**documentation**
134:4 146:4
166:22 177:4

[documents - either]                                                    Page 13

documents  13:21
  14:8,12 116:25
doing  22:6 26:13
  38:21 39:4,9,15
  43:9 86:10 87:1
  112:23 119:16
  126:22 138:18
  155:7 169:17
  187:2 217:20,22
dollar  162:5
door  23:5
dose  71:17 197:16
  208:7 219:11
  229:23
doses  47:16
  209:16
double  154:21
doubled  105:18,21
doubt  113:4 139:6
  172:16 191:15
downs  106:7
dozen  38:15,21
  169:21 214:23,23
dozens  38:16,16
  130:7 163:13
dr  15:5 41:24 55:5
  60:16 62:25 81:3
  118:25,25 157:17
  157:17 189:21
  190:9,10
draft  68:11
drastically  223:3
drawn  23:6 24:16
  43:19
draws  23:23
dried  224:25
drink  71:19 83:16
drive  5:10
driver  65:5 82:16
  188:17 215:11

drivers  215:12
drop  63:24 64:4
  93:6 170:25
  196:16
dropped  65:2,3
  105:19 151:14
  168:24
drug  7:3 11:9,12
  19:10 24:3 25:10
  25:12 28:24,25
  37:1 38:15,24
  40:3 46:5,8,12
  48:9,10 49:3
  54:15 62:1,20
  66:15 67:22 68:24
  68:25 69:4 73:24
  74:1,17 75:20
  77:8,17 78:2
  83:14 84:20 86:11
  86:17 87:16 91:6
  91:12 104:17
  110:3 111:21
  114:14 117:6
  124:16 130:11
  136:2 139:7 153:8
  161:6 165:13,16
  167:17 182:24
  183:21,24 184:7
  184:10 186:16
  189:13 191:4,5
  196:19 197:13,25
  198:1,3 199:10
  200:24 201:12
  202:3,4 204:18
  210:25 212:2,5
  219:7,11 229:19
  229:23
drugs  24:8,8 25:6
  26:2,11,17,21
  28:23 29:3,24
  30:10 32:3,8 40:7

40:10 43:5,7
  52:16 57:10 61:25
  62:3,4 65:6 67:2
  67:17 72:14,18
  73:3 75:5 77:2
  85:2,6 86:21,23
  94:24 104:2,13
  106:19 107:20
  108:3,4,6,7,9
  109:24 111:15
  114:24 115:2
  124:4,14 126:8,16
  129:9 137:2 139:9
  161:5 163:4,4,9
  164:11,20 167:4
  167:24,24 168:8
  169:15 180:2
  186:6 187:8
  189:17 194:17,18
  196:8 201:17,18
  202:21 204:13
  207:7 216:5 224:6
  224:17 226:9
drying  163:19
dual  93:2 96:5
due  111:19 153:23
duis  100:11
duly  12:9 232:7,10
dumping  26:1
  43:10 203:9
duragesic  190:15
duty  27:17
dying  155:18

e

e  4:4 14:16 149:18
  149:22
earlier  25:17
  66:11 70:25 79:15
  97:10 123:24
  139:1 152:16
  185:3 220:4

early  15:15 159:21
  185:25
easier  22:7 89:15
  170:14
easiest  17:17
  98:22,23
east  1:22
eastern  1:3 10:9
easy  35:1 56:16
  89:16 110:9
  190:18 214:16
eat  74:14
eating  190:14
ebbs  70:14
economic  162:5
economy  82:7
ecstasy  54:25
  215:1
ed  11:7 218:20
edification  48:21
edit  102:17
editing  114:11
edition  72:19
  194:6,7
educated  60:21
  95:18
educational  14:23
educations  16:24
edward  2:17
effect  46:8
effective  39:3 53:9
  83:21 179:2
efficient  39:10,12
efforts  93:11
eight  82:8 127:8
  151:11 189:23
  190:2
either  14:9 18:20
  21:22 41:2 96:10
  101:9 106:15
  108:3 127:20

131:9 139:4
150:16 154:14
157:16 169:18
208:20 233:2
**eliminated** 28:23
29:4 43:16 204:9
**eliminating** 43:11
**ellis** 4:4 5:14 11:2
12:1
**email** 234:17
**emcarter** 2:20
**emch** 4:9 6:9
11:11,11 192:22
208:24 218:15
**emergency** 34:9
58:15 69:7
**emit** 30:5,6
**employee** 17:3
161:18
**employers** 87:25
**employment** 17:7
**enables** 61:12
**enclosed** 234:11
**encompass** 214:19
**encourage** 98:3
**ended** 22:8 68:9
68:16 169:16
**endo** 3:13,13
10:19
**enforcement**
31:21,22 32:1,2
38:9 39:2 81:25
88:17 92:12,13
93:10 100:7 161:2
215:25
**england** 94:25
**english** 204:5
**ensure** 37:15
166:4,20
**entered** 164:12
236:9

**enters** 23:11
116:18
**entire** 77:13
118:14 119:7
214:16 223:22
235:5 236:5
**entities** 16:7,10
30:1 79:21,22
**entries** 51:8
**entry** 207:12,12
**ephedrine** 34:2,4
**epidemic** 64:11,12
66:22,24 109:22
111:19 185:21
**epidemics** 66:14
**equal** 22:22
**equally** 34:24
**equipment** 52:11
52:25 53:5 85:21
85:22 92:3 161:10
162:1,2,10,13
178:4,14,19,22
**era** 68:7,16 151:18
**eradicate** 93:11
**eradicating** 216:1
**eras** 26:11
**errata** 234:13,18
236:7,10,18 237:1
**error** 130:16
**esoteric** 85:6
224:17
**especially** 110:13
159:21 204:21,21
206:4
**esq** 2:5,5,12,17,17
3:4,9,16 4:4,9,14
4:21 5:4,9,15,20
**essentially** 44:1
52:3 71:2,4 79:20
100:17 104:16

**establish** 219:17
219:19
**estate** 151:13
**estimate** 188:6
**estimation** 156:24
**et** 1:12,12 15:9
23:24 43:6 44:15
140:25,25 162:13
162:17 173:5
177:5 186:20
201:7,7 212:16
216:21 224:14
**ethanol** 210:25
211:25 212:4,25
213:3,4,9,9,10,11
213:15 214:8
**ethylene** 137:17
**evening** 86:2
**event** 87:5 215:15
233:3
**everybody** 29:16
86:22 91:3 176:8
216:11,22
**everyone's** 48:19
48:21
**evidence** 14:14
**ex** 94:1
**exact** 68:10 177:18
187:9 188:15
223:21
**exactly** 64:2 77:10
80:17 96:3 110:19
112:9 113:14
188:25
**examination** 6:7
12:8,12 192:21
218:16 227:25
230:5
**examiner** 7:14,17
17:8 20:11 73:2
85:15 93:4 110:2

110:25 139:18
157:13 171:20
172:7,24
**examiner's** 16:18
18:24 19:14 21:5
22:13 39:1,6
69:10 93:9 110:13
110:18,24 116:19
117:25 121:5
169:4 215:14
**examiners** 113:25
**example** 31:23
32:14 33:24 34:1
34:21 41:8 47:8
54:4,23 67:9 75:2
75:16 80:5 83:4
93:7 104:24
116:10 135:3,16
136:5,7,22 146:1
148:15 156:1
159:6 160:4
167:15 176:21
180:18 191:22
200:12 201:13
207:13 209:18
220:3
**exception** 173:23
**exceptions** 33:23
204:7
**excruciating**
49:10
**excuse** 48:2 64:20
**executed** 236:10
**execution** 235:14
236:19
**exhibit** 6:16 7:3,5
7:7,10,13,16,20,23
48:18,22 49:2
97:16 108:24
137:25 138:21
139:16 155:5,6,17

171:18 181:16
192:14 193:1
194:20,22 206:6
209:1,23,24 220:4
**exhibits** 6:5,17 7:1
**existence** 87:3
**exists** 196:4 211:4
**expect** 128:5
209:14,19
**expenditures**
162:12
**expenses** 160:22
162:6
**expensive** 113:5
168:23 170:19
224:19
**experience** 63:13
86:15 93:3 121:23
158:4 226:8
**experiencing**
111:18
**expert** 132:3
**expertise** 70:23
102:4 109:14
134:7 229:3
**expiration** 235:19
236:25 237:25
**expire** 167:18
**expires** 233:17
**explain** 42:7
196:13
**explained** 123:24
**explan** 128:3
**explanation** 29:18
128:3 138:25
**extent** 17:11 20:1
22:13 45:15 79:24
87:20 88:15 93:1
96:5,6 114:18
130:15 134:9
146:14 153:7

167:19 169:8
178:1 215:8
**external** 22:21
82:15 85:15,15
**extra** 82:15 137:4
137:13,22 161:18
162:6
**extremely** 134:15
**eyeball** 45:19

**f**

**f** 4:19 5:20
**facet** 88:13
**facetious** 228:9
230:7
**facilities** 120:2
166:15
**facility** 98:12
147:9 165:11
**facing** 121:6
**fact** 54:16 88:19
91:2 95:17 98:3
128:6 169:5 172:5
186:15 194:23
**factor** 38:1 46:10
93:15,16 135:8
181:6 220:19
221:12,14
**factored** 67:24
**factors** 135:17,19
221:9
**facts** 88:11
**fading** 187:7
**fair** 20:23 39:23
47:17 54:1 67:7
67:18 74:22 75:23
80:15 81:13,14,15
82:21 84:15 87:12
102:11 104:11
105:20 106:6
146:13 155:16
160:2 164:15

230:10,12
**fairly** 29:10 33:21
83:20 201:6
209:19 212:9
**fall** 26:17,18,19
72:6 166:5 223:10
**false** 33:6,6 37:16
37:16
**familiar** 35:11
57:25 81:7 113:19
113:25 114:4
142:11 163:24
182:20
**family** 87:9,23
**far** 51:5 64:22
120:18 122:1
129:12 141:14
146:23 151:7
163:3 199:4
**fashion** 114:6
**fast** 178:18
**fatal** 47:16 195:7
197:15 199:7
200:14,20
**fault** 218:11,14
**federal** 29:19,22
30:1 149:1 161:2
**fedex** 93:22
**feel** 82:25 155:12
160:11
**fees** 81:23
**felt** 67:21
**femoral** 24:17
73:14
**fentanyl** 26:19
35:6,8,9,14,22,22
36:4,9,21,24 40:8
40:22 41:3,4,7,8
41:18,20 52:23
55:22 58:8 60:11
60:13,13,14,15,17

61:3,5,19 62:16,17
63:3,5,12,12 64:9
64:10,14 65:8,12
65:18,19 67:5
75:22 84:24 88:21
95:7,9 97:4
107:22 110:1
111:16,16,20
112:10,21,24
113:2,4 130:2
136:17 157:16
162:23 168:2,6,6
168:21 169:6,10
169:18 180:3
181:3 183:5,10,10
186:19 187:13,14
187:18 189:8,19
189:24,24 190:6
191:10 194:25
195:15,16 196:5
197:1,14,21 199:2
205:22 208:19
226:24 227:1,2
**fentanyls** 224:16
**field** 77:12 228:22
228:22 229:1
230:9
**fifteenth** 5:15
**fig** 218:5
**figueroa** 3:16
**figure** 106:17
107:1 126:11
195:21 225:3
**figures** 162:5
**file** 54:4,6 98:24
119:8,20 132:22
132:23 141:10
173:6 174:24
175:1 177:9 220:5
221:22 223:22

**files** 98:19 99:4
103:1 119:11
131:9,10 141:11
141:12,21,22
142:3 147:18,25
172:24 175:10
**fill** 188:20
**fills** 50:2
**filtered** 96:11
140:18
**final** 23:10 46:15
172:14 210:13
220:10
**finance** 5:13 12:1
**financial** 151:10
**find** 25:2 45:1 48:9
51:15 60:23 61:2
61:22 62:24 64:13
75:2 78:21 86:16
86:17 87:21 92:16
100:1 101:24
116:4 125:23
136:23 156:3
158:19,23 175:25
175:25 189:4
190:12,14 191:22
201:22 202:17
203:12,25 204:8
209:14 213:24
234:11
**finding** 41:8 62:9
64:16 202:18
**findings** 117:2,3
**fine** 66:1 143:7
**finished** 23:9
228:6
**firm** 142:10
144:15,18
**first** 12:9 20:9,10
27:9 38:13 57:15
59:5 68:18,18

75:7,8 77:19 80:8
83:8 91:15 114:8
129:25 155:4,23
159:23 176:23
185:22 186:4,10
187:4 193:5
194:21,21 203:7
227:9,13 232:10
**fit** 25:4
**fits** 24:23,25
**five** 7:8,11 50:15
51:1,2 65:22 70:5
108:3,4,6 109:1
124:5 138:2
147:20 167:23
187:4,17 216:8
221:10 222:4
223:14,15
**fixed** 178:1
**fixes** 177:25
**flexi** 167:22
**flexibility** 168:15
**flip** 114:5 182:23
185:1
**floor** 3:17 5:21
**florida** 13:19
**flows** 70:14
**fluctuations**
186:12
**fluid** 45:19
**focus** 88:18 164:6
**focused** 99:12
100:12,16 167:4
**fold** 52:18
**folder** 99:7,8
119:21 141:12
220:11 221:22
223:22 225:6,7,10
**folders** 131:12
220:5 222:5
223:16

**folks** 11:21 78:9
78:10 79:13 96:14
97:11 119:16
147:15
**follow** 69:1 145:25
171:14 228:3
**follows** 12:11
**followup** 230:4
**followups** 66:10
**foot** 73:19,21
83:11
**foregoing** 232:16
232:21 235:13
236:18
**forensic** 17:1
19:11 32:1 37:20
40:1 114:16
115:25 224:10
226:7
**forensics** 68:20
**forever** 164:21
211:13
**forget** 80:17
168:14
**forgot** 218:13
**form** 9:1,2 27:19
42:24 48:1,2
66:17 67:14,19
69:19 70:12,12
85:17 86:19 87:6
88:7 89:5 91:22
93:14 95:1 96:21
101:12 104:14
107:23 112:2
120:17 121:9
122:6 127:4,14
130:21 141:15
144:4,12,17 147:2
148:20 152:19
153:20 157:24
164:17 183:13

184:3,13,14
189:11,25 191:8
205:7 210:10
211:4,9,21 212:3
215:17 217:13
219:12 227:12
228:12 229:25
230:11
**formal** 132:15
173:9 174:2
**formally** 96:10
127:20
**format** 24:3
132:17,25
**formats** 78:19
**forms** 163:13
**forney** 15:5
**forth** 177:7
**forward** 234:15
**foul** 25:9
**found** 24:8 53:17
53:23 54:13,17,24
54:25 55:8,9 63:4
64:18 92:15
106:20 114:25
115:2 117:7 124:4
124:14,16 126:7
126:16 129:9
155:8 191:10
**four** 16:23,23
69:23 70:5 138:22
190:4 191:11,16
195:2,4 216:8
**fourth** 103:21
**frame** 43:3,13
128:12 176:1
187:9,22
**frames** 26:10
**francisco** 2:13
**franklin** 90:22

fre 47:4
frederick 5:2
free 45:21 46:5,9
  46:12 156:15
  207:3 208:4,13
  224:12 235:14
  236:20
freeze 224:25
frequency 164:11
friend 59:23 181:8
friends 68:4,14
  181:7
front 2:12 46:1
  76:11 126:21
  129:19 178:12
  182:17 193:4
full 17:9,10 25:10
  38:14 39:5 88:4
  122:22 159:7
  162:20 195:22
  198:21
fuller 198:23
fully 225:4
function 16:6
  21:22 132:1 165:7
functioning 86:1
functions 18:16
  166:18
fund 82:4,9,9
funny 154:23
further 37:10 52:4
  227:17 230:3,13
  232:19 233:1

g

game 28:19
  225:24
gamut 86:13 137:6
gap 91:10
gas 30:15 52:11
  134:19 174:16
  220:23

gases 161:10
gc 30:25 111:22
  131:17 134:2,21
  134:22 135:4
  174:16 221:2
geared 29:11,14
  68:23
gears 227:8
gen 44:9
general 18:21,22
  26:21 43:13 44:10
  49:11 54:11 75:15
  82:9 86:16 98:4
  129:2 140:11
  143:11 155:12
  158:3 165:6
  187:22 212:9
  213:15
generalities 54:9
generally 13:3
  36:25 42:13,16
  44:16 81:18 98:7
  109:19 112:18
  113:18,24 130:24
  131:25 132:4
  177:14 219:7
generate 116:15
  132:16,18,19,22
  135:14 210:14
  221:9
generated 133:25
  135:7
generates 221:3
generationally
  67:18
getting 40:20 42:5
  55:25 86:5 90:8
  118:6 138:17
  147:19 160:20
  165:4 168:23
  170:20 186:24

198:8
gianna 3:9 10:23
giannac 3:11
gillespie 50:9,10
  50:12 116:20
  131:23
gillespie's 132:17
give 14:23 21:15
  28:13 35:7 40:2
  42:14 44:9 48:8
  50:20 54:23 59:9
  114:13,17 115:9
  116:16 122:25
  135:17,21 136:4
  137:11 145:18
  150:23 151:3
  165:5 179:20
  190:11 211:8
  225:2 231:1,10
given 119:15
  209:16 232:13,17
gives 160:5 220:24
  221:15
giving 92:23
  159:24,25 187:9
glaringly 102:12
glucose 214:2,5
glucuronide 45:24
glycol 137:17
go 29:17,21 30:1
  52:3,4 53:1 63:15
  67:6 68:14 86:11
  87:22 89:6,6 90:7
  90:11 98:20 99:4
  100:20,25 115:18
  115:23 119:21
  123:2 137:9
  138:12 146:18
  147:6 151:22
  156:2 165:12,20
  165:24 166:2,4,13

193:1 195:22
  196:11 206:6,7
  216:18 223:15
goal 48:8 81:16
  82:5
goes 46:6 55:20
  58:3 86:8,9 92:17
  114:7 118:10
  132:23 142:7
  170:6 221:13,13
going 19:4,24 25:3
  29:21 30:22 33:22
  34:9 43:14,20,21
  43:21 44:17,18
  48:17,21,24 49:9
  49:11 55:3 56:22
  62:1,3 64:13
  65:21 76:14 79:4
  79:5 83:10,14
  88:18 95:11,12
  97:22 98:2 101:24
  101:25 102:21
  103:16 104:22
  106:23 107:1
  108:18 109:9,18
  111:9 112:16
  113:4,15,19,21
  120:11,23 123:12
  127:3,11 128:14
  128:19 129:15
  135:19 138:14,16
  140:1 142:21
  143:9,10 145:24
  146:2 152:6 156:1
  159:14,16,18
  165:22 171:15
  173:17 175:2
  178:10 182:3
  184:16,23 185:5
  188:21 189:2,4
  191:16 192:24

197:21 200:25
201:16,21,22,25
202:12,22 203:6,7
203:14 205:17
214:4 218:8,22,23
222:15 223:5
**good**  12:14 13:4
13:17 35:20 37:13
44:24 76:11 81:9
111:8 120:22
138:8,17 170:3,17
170:23 180:12
181:7 182:14
202:5 203:21
205:16 210:5
218:3,18 228:4
**gotten**  63:5 140:6
212:11
**government**  18:16
19:5 29:19 30:2
71:2,5 80:21
81:25 161:2
**grab**  152:5
**grade**  176:3
**graded**  176:13
**grain**  56:13
**grant**  150:20
161:1,2,13,14,15
161:16,20,21,22
**granted**  90:6
**graph**  127:18
129:8
**graphs**  158:10
**great**  20:4 34:8
155:11
**grew**  67:23
**ground**  13:5
**group**  214:16
216:13
**grows**  164:1

**guess**  23:2 36:11
53:15 56:16 57:1
60:19,21 77:15
79:5 95:13 109:15
110:22 113:21
131:23 138:25
139:3 140:1 158:1
163:20 167:11
170:17 184:17
226:21
**guessing**  15:16
45:25 53:20 70:5
95:20,21 103:17
128:17,20,22
184:19
**guesswork**  95:10
**guide**  153:1
**guidelines**  29:22
**gunshot**  24:3,14
25:12 136:11,21
**gut**  190:13,15
**guy**  32:17 43:19
49:18 190:12
203:11 214:5
217:19 218:2
**guy's**  45:2
**guys**  14:14 50:19
91:5 141:24
216:19

**h**

**h**  2:17,18 149:15
**half**  43:8 69:10
185:19 214:23
**halfway**  166:10
**hallucinogen**
164:2
**hallucinogenics**
68:7
**hallucinogens**
68:8

**hamilton**  90:22
**hand**  51:19 59:4
178:18 208:17,24
233:6
**handed**  181:9
**handing**  123:5
**handled**  148:17,19
**hands**  174:1
**hang**  29:5 183:8
**happen**  13:7 30:4
160:19
**happened**  93:18
139:14
**happening**  217:7
**happens**  167:13
**happy**  13:9 74:25
75:1
**hard**  77:14 80:23
116:16 118:24
131:15 132:16,19
133:25 151:9
163:4 220:5
**harder**  113:12
**hate**  217:16
**hbc**  5:18 11:24
**he'll**  11:18
**head**  125:17 140:3
194:14
**heads**  169:25
190:11
**health**  3:2,13 11:6
19:10 91:18
**heard**  10:8 12:15
57:22 58:1,5,22
61:7 71:16,18
171:12
**hearing**  173:16
**heavy**  70:6 137:16
**helmick**  3:9
**help**  21:19 37:9
42:2 75:2 100:23

101:3 120:24
150:18
**helped**  102:19
**helpers**  101:11
**helpful**  19:22 20:8
31:4 116:24
**helps**  141:4
**hemorrhage**  77:4
**hereinafter**  12:10
**hereunto**  233:5
**hermiz**  2:5 10:15
10:15
**heroin**  25:2 40:11
42:3,9,19,24,25
43:9,25 44:17,17
45:13 48:11 56:6
56:8,10 68:5,6
69:17,20,22,25
84:16,24 105:11
105:15 107:21
110:8 111:19
124:22,23,25
125:3 152:14,17
152:22 153:11,15
153:16 154:16,19
155:19,23 156:5
156:21 157:4,5,9
157:14,15,21,23
158:7,16,21,23,25
159:6 180:5
187:13,18 190:19
202:5,6 203:1,12
203:15,16,19,20
203:21 206:11
208:18
**hewlett**  179:22
**hey**  96:13 170:4
**hi**  149:14 218:19
**high**  29:13 33:21
47:16 55:4 92:24
137:3 174:22

[high - independently]

176:10 207:4
208:6,19,21
209:20 214:6
**higher** 33:23
108:10 201:5
208:14
**highly** 45:23 61:4
62:8 72:11 109:22
139:6 163:7,10
191:15 203:13
**hill** 70:16 72:24
193:24
**hire** 151:5,8
**hired** 18:1 150:18
**historic** 131:10
**history** 29:16
206:4 207:1,24
**hit** 58:19 70:6
151:9 187:19
**holly** 4:21 12:2,2
**home** 25:9 68:3
86:3
**homicide** 24:4
55:17
**homicides** 50:14
50:15,19,25 51:1
147:19
**honest** 149:19
217:17,23
**hop** 197:14
**hope** 102:14
**hopefully** 152:5
**hoping** 36:11
**hospital** 15:4
68:18 69:9 98:11
186:15,23,25
**hospitals** 178:13
224:10
**hot** 70:6
**hour** 43:8 45:6
65:21 178:24

203:7
**hours** 13:24 17:22
17:25 44:24 228:4
**house** 17:6,24
57:12 84:18,21
85:2,5 114:15
165:1 166:7,10,15
167:12,20
**housekeeping** 13:5
177:21
**huge** 58:2 74:17
122:21 163:16
165:17 204:6
**huh** 32:24 51:14
60:20 72:16 73:1
84:22 156:10
164:24,24 170:15
182:4 186:9
187:11,21 203:22
206:8,22 215:5
**human** 190:23
**humongous** 94:20
**hundreds** 165:10
165:16 176:4
**hydrocodone**
64:23,25,25 84:25
106:9 125:11
127:7 185:25
186:19
**hydromorphone**
65:1

**i**

**idea** 26:21 44:10
78:3 79:11 82:10
95:3,23 122:4
127:5 147:12
209:12
**ideal** 29:7
**ideally** 29:2,3
**identical** 173:23
223:24

**identification** 49:7
97:20 109:4 138:5
139:21 171:24
181:21 192:17
**identified** 55:8
116:7 153:8
195:18 212:19
**identify** 34:6,11
110:3,21 209:24
225:14
**illegal** 41:10
**illegally** 71:24
**illicit** 24:8 25:6
32:7 34:13 40:7
41:3,21 60:14,17
63:5,11 65:6,7
104:13 110:6
111:20 161:5
186:5 187:7
189:24 190:25
197:25
**illinois** 5:10
**illustratively**
140:10
**imagine** 79:14
107:5
**immediate** 147:8
**immunalysis**
35:13
**immunoassay**
29:10,15 30:6
71:6 86:13 134:2
179:8 229:12
**immunoassays**
111:14 229:7
**impact** 73:18,22
73:23 164:14
**impaired** 32:21
**implemented**
109:21

**importance** 219:6
**important** 34:5
60:23 61:1 74:12
88:3,9,13 130:17
131:19 217:8,10
**impression** 94:3
111:2
**impressive** 123:1
**improvement** 18:3
91:19
**inaccurate** 108:1
**inadvertent**
130:15
**incidents** 85:13
**include** 75:6 106:9
107:20 124:7
163:11 183:25
184:1,11 212:5
**included** 171:9
221:19 234:13
**includes** 178:8
179:13
**including** 75:25
119:8 125:25
167:25
**inclusive** 108:2
**incomplete** 133:5
156:24
**incorporated**
186:17 236:12
**increase** 96:8
105:24 161:5
215:3
**increased** 82:16
161:8,9 162:15
**increases** 187:16
**incurred** 160:23
162:7
**independent** 90:24
**independently**
104:5 197:15

202:4
**index**  6:1,5 7:1 8:1
**indianapolis**  58:4
**indicate**  158:24
**indicates**  214:1
**indicating**  234:13
**indicator**  200:6
**individual**  18:4
    62:12 73:18,25
    74:3,16 92:16
    98:24 116:21
    117:12 129:13
    130:11 195:23
    199:16 204:20,22
    206:18 219:18
**individual's**  74:4
**individually**
    155:13
**individuals**  125:8
**industry**  26:1
**influx**  74:17
**inform**  24:20 37:9
**informally**  96:11
    127:21
**information**  24:2
    24:20 27:16 46:22
    48:6,7 78:14,20
    79:8,9 87:11,21
    100:22 103:3,12
    117:8,19,24
    118:16 119:3,13
    119:20 130:17
    132:8,9,12 134:10
    135:22 140:15,23
    141:3 142:18
    143:12,13,22
    144:10,16,19
    145:2,3,7,13,21
    147:1 148:13,18
    159:4 172:25
    175:3 197:8

198:10 205:17
206:5,25 207:2,18
207:20,25 208:12
210:12 216:19
220:2
**infuses**  198:1
**ingested**  58:10
    74:22
**ingesting**  155:20
**ingestion**  73:14
    74:13 157:10
    198:6
**initial**  30:11 43:14
    169:7
**initially**  18:6
    21:11 23:15 53:2
    57:15 58:21 59:20
    80:7,24 82:3 90:8
    128:13 155:20
    165:2 185:25
**initiatives**  109:20
**inject**  74:14 89:23
**injected**  198:7
**inpatient**  166:9
**input**  114:18
    118:2,3,5,15
**inquiries**  145:1
**insight**  165:6
**install**  18:7
**instan**  54:20
**instance**  195:19
    206:14
**instances**  54:21
    226:9
**instantly**  218:1
**institute**  169:20
**instructions**  231:2
    231:10
**instrument**  85:20
    89:24 113:8 135:2
    175:10 178:7

221:4 223:5
**instrumentation**
    134:1 162:16
**instruments**  82:6
    158:14 178:16
**intended**  131:9
**intensive**  83:24
**intentional**  217:25
**intents**  34:11
**interact**  196:6
**interaction**  89:2
**intercerebral**  77:4
**interested**  98:15
    98:25 104:3 233:3
**interfaced**  117:13
**internal**  36:17
    193:10 223:4
**internally**  84:16
    148:19
**internships**  21:12
**interpret**  155:14
    158:10 207:23
**interview**  87:9,25
**inundated**  36:2
**investigation**
    132:6 191:23
**investigative**
    132:8
**investigator**  24:7
    137:11
**investigator's**  24:6
    24:11 54:13 87:9
**investigators**
    87:22 132:5
**involved**  27:2 44:7
    64:22 80:17 84:19
    85:3 104:13 110:3
    116:9 124:19
    161:11 207:7
**irritated**  150:14

**isopropanol**  213:1
**isopropyl**  213:20
**issue**  72:19 97:6
    110:16 151:11
**issues**  44:7,12
    91:15 110:20
    160:24 228:24

## j

**j**  1:25 5:15 232:6
    233:14
**jackson**  4:9,14
    11:9,11
**jacksonkelly.com**
    4:12,16
**jail**  166:16
**james**  5:20 7:13
    11:23 139:17
    146:8
**janssen**  4:3 11:3
**jim**  5:25
**jimsonweed**
    163:24,24
**job**  16:17,24 68:18
    102:17 162:20
**jobs**  40:20
**john**  2:18 133:2
**johnson**  4:2,2 11:2
    11:2
**jones**  2:16 10:22
**jonesday.com**
    2:20,21
**jr**  15:5
**judge**  1:9
**judgment**  205:18
    205:21
**juice**  167:6 178:16
**july**  57:18 88:22
    107:11 185:14
**jump**  105:12
    218:23

**jumping** 219:1
**june** 111:17
112:24
**justi** 160:25
**justice** 110:12
161:13
**justification**
162:15
**justify** 161:4
162:10 217:21
**justin** 4:4 11:1
**justin.rice** 4:6

**k**

**k** 4:14,19
**kaye** 3:15
**kearse** 2:5 6:11
10:13,13 27:19
48:1 65:9 66:17
66:21 67:14,19
69:19 76:6 79:4
85:17 86:19 87:6
88:7 89:4 91:22
93:14 95:1,11,15
96:21 101:12
103:16 104:14
107:23 112:2
120:17 121:9,14
121:16 122:6,10
122:16 127:4,14
128:19 130:21
138:10,21 141:15
142:20 143:3,8
144:4,12,17 147:2
148:20 150:5,9
152:19 153:20
157:24 164:17
172:9 182:8 184:3
184:13,16 189:11
189:25 191:8
192:7 205:7 209:2
215:17 217:13

219:12 227:12,18
228:1 230:3,11
**keep** 50:15 52:10
92:25 141:6 148:7
148:8 169:6,11
170:19 173:7,11
193:10 194:7
**keeping** 59:3
**kelly** 4:9,14 11:9
11:11
**kept** 166:22
**ketone** 214:3
**key** 219:10
**khermiz** 2:8
**kidneys** 43:6
**kids** 16:23
**kill** 83:15
**kind** 13:5 16:5
17:13 18:8 21:17
22:7 24:15,17,22
26:21 27:22 33:18
37:25 41:8 44:2,9
47:20,21 55:14
59:15 64:10 66:13
67:17 68:9 69:4
69:17 70:7 71:20
71:21 72:15 73:9
84:9 87:1 89:2
91:17 93:2,10
95:8 96:4 98:7
102:17,23 103:1
105:12 107:18
114:5 115:8
118:21 120:25
126:22 131:2,5,25
133:4 134:22,23
139:1 141:2 143:5
146:24 152:17
153:4 154:4 158:3
158:6 159:12
160:5 162:5,21

163:18 164:10
165:24 166:10
167:2,3 169:5,9
170:19 172:3
176:24 177:20,23
177:24 180:5
181:24 185:8
188:5 190:20
194:15 196:3
198:14 200:17
201:1 205:11,18
205:20 206:5,10
209:12,20,22
210:21 216:22
220:9,14 222:1
224:18,23 225:4
226:7 228:14
**kinds** 58:18 90:9
93:23 122:24
166:12,25 176:13
**kirkland** 5:14 12:1
**kirkland.com** 5:17
**kit** 30:3
**kits** 29:21
**knew** 91:3 170:1
170:12
**know** 13:3,9,13,15
15:17 20:2,24
22:8,11 24:3 25:7
26:8,12,13,17,18
27:10 31:16 32:17
32:23 33:5,16,17
34:15,24 36:7
39:4,21 40:6,7,16
40:24 45:1 47:9
47:15 48:11,15
51:5 52:3,22
53:13 54:1,12
55:14,18,21,25
56:2,3,7,12 57:24
58:9 59:14 61:1,6

63:4,6 64:21
66:15 68:2,8,10,12
68:16,24 69:13
70:11,11,18,22,24
71:13,15,17,22
74:13,21 75:12,13
75:18 77:10,12,16
77:22 78:24 79:3
79:6,25 80:4
81:21 82:1 83:13
84:4 86:5 88:15
88:22 90:4,18
91:6,23,23 92:1,6
92:11 93:8,25
94:3,15,15,23
95:17 96:3,5,9,13
96:24 97:4 98:16
98:21,23,25 99:16
99:17 100:13,14
100:21 101:1,13
101:17,18 102:5
103:6,17,18 104:1
106:25 107:3
108:5,9,11 111:4
112:15,20 114:20
116:9 117:20
118:13,13,18,20
119:8 120:18
121:18 122:1,19
122:23,24 123:4
124:17,22 125:2
125:11 126:3,5
127:15,18 130:1,9
130:13,16,23,25
130:25 131:3
132:2,2 136:10,20
136:23 137:15
138:14,24 139:8
140:24 141:14,17
144:6,13,14,22,24
145:17 146:7

147:5,8 148:1,4,11
148:21 149:20,24
150:3,3,12 151:8,9
151:13 152:11
154:6,10,22 155:2
159:2 162:10,19
163:13 164:20,21
165:1,9 167:13
168:12,18 169:5,9
170:9,16 172:5,16
172:17,19 173:1,6
173:11,13,24
174:7,8,10,12
177:13 178:12,20
178:25 179:3
182:17 185:20,24
186:12 187:15
188:2,2,13,25
189:5,12,13,21,22
190:5,8,13 194:2
196:8 198:6 199:5
199:15 204:15,19
205:11 206:9
209:21 213:22
214:3 215:20,24
216:2,10,11,12,20
217:7,14,14,18
218:5,5,11,14
219:3 220:15
223:6 224:2
225:15,16,19
227:1 229:2
**knowing** 192:3
228:9
**knowledge** 26:7
93:8,9 99:12
120:16 148:15
217:6,10
**known** 30:5 53:6
92:9 135:7 168:3
182:25 215:13

216:10 220:18
221:1 224:7,21
229:6,10
**knows** 216:4
**kohler** 41:24
60:16 81:3 118:25
157:17 189:21
190:10
**kratom** 163:18
**kristen** 2:5 10:15
**kristy** 98:9 102:24
182:4,14

**l**

**l.p.** 1:12 5:2
**lab** 17:1,6,19 18:3
18:5,12 37:20,22
38:14 53:18 55:7
57:4 58:2 59:21
76:24 80:16 82:4
82:9,25 83:22
90:11 91:6,12
92:9 117:12
159:23 165:2,9
168:3 169:19
174:9 215:23
**labeled** 77:17 78:1
**labor** 83:23 84:19
**labora** 23:18
**laboratories** 4:19
61:24 90:24,25
91:11 92:10 110:7
**laboratory** 37:14
148:4 166:20
**labs** 19:7 53:11
60:6 81:8 85:18
91:21 92:14
110:12 170:2,21
176:4 215:22
216:1
**laced** 55:23 226:24
227:2

**lack** 117:2
**ladies** 54:24
**lag** 92:22
**laidley** 4:10
**lapse** 202:15
**large** 59:3
**largely** 185:8
**lasted** 186:1
**lasts** 42:10
**lately** 21:18
**latest** 194:6,7
**law** 31:21,22 32:1
32:2 38:9 39:2
81:25 88:17 92:8
92:12,13 93:10
100:6 142:10
144:15,18 161:2
165:15 215:25
**law.com** 3:11
**lawful** 12:7 41:10
47:13 191:24
**lawsuits** 140:15
**lawyer** 141:17
**lawyers** 13:4
48:20 117:18
138:8 140:13,14
141:18 145:1
146:25 150:2
**laxative** 168:12
**laxatives** 168:14
**lay** 174:1
**laying** 151:20
**lc** 53:7 60:4
**lead** 164:15,18
**leader** 224:8
**learn** 227:13
228:17
**learned** 138:13
**lease** 178:21
**leave** 23:4 109:11
217:5,9

**led** 157:23
**legal** 5:25 148:16
148:24 149:4,10
226:6 234:1 237:1
**legitimate** 40:12
40:25 41:5 47:13
47:21
**length** 192:25
**lesson** 138:13
**lethal** 62:3 64:22
72:3,23 76:5
83:15 109:24
163:4,7,10 164:7
164:13 180:24
181:1,2,4,5 186:6
196:25 204:12,12
204:19,24 206:1
206:18,24 207:5
208:7,23 213:18
229:23 230:2
**lethality** 219:10
**letter** 7:13 14:13
139:17 142:8
234:19
**letters** 140:17
**level** 28:8,11 30:21
31:17,25 32:10
34:15,16 35:20
37:7 48:9 52:12
72:5,5 73:10,20,25
74:3,4,8,9,10,16
74:20 76:3,5
89:20 104:11
111:3,5 199:18,20
200:11,14 204:24
204:25 205:25
206:12,18 207:4
208:6,9,14 209:13
209:20,20 214:2
223:9 229:20,23

**levels** 29:13,23
31:22 32:3,11,25
33:1 52:21,22
55:5,10 70:23
71:1,10,14 72:23
73:4 76:2 108:8
128:6 131:18
174:21 180:25
181:1 186:5
194:10 195:4,6
196:24 201:3
221:6 229:6,16,18
230:2
**lewis** 4:21 12:3
**license** 59:8,9
176:17
**licking** 190:13
**life** 95:19 209:15
209:17
**limit** 53:4
**limitations** 158:13
159:10
**limited** 61:24 87:2
159:10 162:20
166:19
**limits** 29:20 97:7,8
**line** 24:14 229:8
230:7 234:13
236:7 237:3
**linger** 45:1,5,6,6
**lingers** 198:7
**linked** 79:9
**list** 24:9 50:18,21
123:25 146:3
197:11 212:15
216:25
**listed** 52:7 75:5,17
124:5 195:2 196:1
212:25 236:7,17
**listing** 212:20
236:7

**literally** 113:7
200:16
**literature** 46:1,11
71:13
**litigation** 1:7 10:7
27:18 172:20
234:6 235:3 236:3
**little** 27:8 42:7
49:23 51:19 70:19
70:25 72:22 73:7
89:22 93:25 105:4
112:13 123:1
131:4 134:17
164:6 165:5
172:22 175:8
179:25 185:2
189:16 194:22
196:21 216:9,17
217:3 218:22
**live** 166:10
**liver** 43:6
**living** 43:4
**llc** 2:4 4:18 5:13
234:5
**llp** 2:11 3:3,15 4:4
4:21 5:4,9,14,20
**local** 81:25 96:2
148:23
**locally** 80:12
**locoweed** 164:1
**log** 98:24
**logical** 154:23
**long** 15:16 22:6
92:19 103:6 119:9
119:10 131:1
144:1 198:2
211:12 223:10
230:8
**longer** 29:6 147:7
216:9

**look** 13:21 14:8
20:24 26:9 39:20
51:6,17,20 52:5
54:4,6 56:16,18,19
59:16 61:12,20,21
62:5,10,21 63:7,7
68:21 73:5,13,16
75:1,16 76:12
87:8,24 97:24
98:2,5,20,23
100:20 102:11,15
103:2,20 104:24
106:12,16 109:16
114:11 119:1
120:23,24 121:20
123:12 124:23
125:22 129:13,21
133:1,22 136:22
137:10,12,16
138:15 139:24
152:24 153:6
154:25 155:17,21
156:8,14 158:22
172:2,4 182:21,23
183:18 188:3,15
188:17,24 191:23
193:2,8,19,20,21
195:22 197:17
198:5,5,11,21
199:2 202:4
204:19 205:10,10
206:3 207:1,2
208:12 217:16
218:7,8,12 219:8
222:12
**looked** 58:22,23
94:11 114:9
122:12 146:8
158:8 188:12
**looking** 45:13 47:9
68:12 72:10 74:9

74:19 75:14 77:18
87:14 97:2 100:9
104:10,19 107:8
124:8 137:1
155:22 157:18,19
188:18 200:11
206:10,15 207:15
211:10 213:7
220:17
**looks** 20:10 49:13
49:16 56:24
125:25 143:12,16
172:5 209:25
217:22 225:15
**los** 3:17
**lose** 81:17 219:1
**lost** 151:17
**lot** 22:21 23:21
29:16 35:17 44:6
44:12,25 50:13
56:4 60:22 63:6
65:1 68:6,14,22
70:17 73:15 74:1
75:14 80:16 82:1
83:25 87:10 89:15
92:7,8,8 94:14,23
96:14 100:6
119:13,19 129:16
135:22 137:4,12
137:14,22 145:22
148:8,9 150:23
164:8 165:10,11
178:17 187:13
194:14 198:10
199:22 201:3
207:2 208:12
209:21 211:23
212:8 215:2,25
216:19 217:19
218:12 222:18
224:10 227:5

lots 185:6
low 89:20 109:24
159:19 174:21
176:10 186:5
lower 52:23
lsd 26:13 66:16
67:10 68:6,8
164:3
lunch 152:6
luncheon 152:1

**m**

m 2:5,17 3:9
machine 82:11
174:12 220:24
machinery 177:23
machines 220:15
madam 234:10
mail 14:16 93:22
mails 149:18,22
main 4:5,15 18:1
82:24 84:6 117:10
173:11
maintain 169:24
maintained
143:14 177:8
maintenance
140:24 177:24
179:15,19
majority 52:14
62:2
making 24:21 38:1
80:9 112:15 221:6
male 73:19,21
malpractice 184:2
man 25:8 72:15
100:23 150:13
man's 164:3
managed 131:2
management
186:13,17,21
187:3

mandated 165:12
165:15
manila 99:7,8
119:20 131:11
141:12,22 147:17
147:24,24 220:5
220:11 221:22
222:5 223:15
225:6,7,10
manna 1:21
manner 77:20
manual 7:18 146:2
171:21 172:8
173:11,21 193:3,6
193:8,11,17,21
manually 118:5
manuals 140:25
204:16
manufacture
35:15
manufactured
226:10
manufacturer
29:21 35:19 41:16
167:8
manufacturers
30:4
marcus 5:20,22
11:24
marijuana 32:14
55:21 163:5,14
164:22 168:19
mark 5:4 11:15
12:18 48:17 97:14
181:12
markcheffo 5:7
marked 7:2 48:22
49:6 97:19 109:3
138:4 139:20
171:23 181:20
192:16 208:25

209:1 220:3
market 1:22
markets 224:18
marshall 21:13
mass 52:11 56:14
85:19,24 86:1
89:18,24 174:16
174:18 175:7
179:10,12 220:23
master's 15:12
material 223:2,9
224:9,25
materials 47:10
100:16 101:15
161:7 175:12
183:1 222:23
matter 18:21
37:12,12 54:11
86:16 91:2,24,25
125:1 186:14
mcconnell 2:18
mcginness 2:5
mckesson 2:10
md 1:8 10:7
mda 215:1
mdl 1:7 10:7
mdma 34:4 55:1
55:11 215:1
me's 39:16 70:1
89:1 90:12,14
96:14 99:21,25
118:3 131:3
142:19 143:14,17
146:23 148:12
162:24 164:5
mean 16:15 27:9
27:15 41:13 45:22
55:24 56:12 60:16
63:4,6,25 69:18
85:23 88:25 95:20
96:25 101:6

102:11 103:25
118:12 129:1,24
130:6 148:7
151:18 152:24
157:8 160:18
164:3 176:10
177:13 186:1
191:9,13 194:14
197:14 200:16
205:9 207:6
213:12,20 215:14
222:22 226:21
meaning 56:11
89:17 114:16
166:24 216:8
meant 195:8
mechanism 74:18
179:1
medical 7:14,17
15:4 16:18 17:8
18:23,24 19:14
20:1,11 21:5
22:13 39:1,6
40:13 46:16 57:24
69:10 73:2 79:8
85:15 87:24 93:3
93:9 110:2,13,18
110:24,25 113:25
116:18 117:25
121:5 137:11,12
139:18 157:13
169:4 171:20
172:6,24 207:24
215:13
medicare 18:15
medicine 15:8
33:4 41:4 192:1
medicines 47:21
63:15 180:2
meds 26:14 65:2
186:5 187:7

**meet** 13:22 19:1
71:5
**meetings** 216:17
**meltdown** 151:10
**members** 87:10,23
**memory** 97:23
**mention** 201:9
**mentioned** 30:18
52:16 66:12 67:3
83:7 85:8 89:19
97:10 100:6 108:6
140:12 168:19
171:4 185:23
186:13 189:16
193:23 195:4
204:17 220:13
**mentorships**
122:24
**mes** 148:3,3
**mescaline** 68:9
**mess** 146:18
**met** 166:23 182:24
218:20 223:11
**metabolite** 30:23
42:19 44:18,22
157:5,22 195:9
200:8,18 201:6,19
202:17 203:8
**metabolites**
200:14
**metals** 137:16
**meth** 26:20 65:11
75:21 95:6 96:1,2
96:8,15,16 127:24
215:3,22,23 216:6
218:8
**methadone** 30:7
125:14 127:8
186:20 198:15
199:9,9,18

**metham** 77:9
**methamphetamine**
30:9 34:4 65:7,11
65:14 67:5 70:2,3
76:19 77:9,25
107:21 116:10
126:24 127:5,9,12
127:17 130:1,2,12
139:11 162:22
171:6 187:14
194:24 195:10,16
196:5 200:24
201:5 214:14,19
214:25 215:11
216:1,7 217:1,5
**methamphetami...**
105:22 108:10
125:19 126:2
224:14
**methanol** 89:22
212:25 213:16,20
**method** 37:13,15
57:14
**methodology**
39:14
**methods** 110:11
111:11 173:4
183:1
**methylfentanyl**
170:5,10
**mexico** 94:24 95:9
**middle** 184:24
**midwest** 234:17
237:1
**mike** 90:4
**milligrams** 74:7,8
199:19,23
**milliliter** 197:2
198:15 199:8,20
206:13 208:5

**mimic** 226:10,14
226:22
**mind** 43:9 52:10
194:15 205:6,8
**mine** 59:23 103:3
**minimal** 98:9
**minimum** 229:22
**minor** 165:14,14
**minute** 25:7,19
47:11 65:22 99:11
108:13 151:23
152:25 153:1
163:9 169:3
171:15
**minutes** 13:24
42:13,15,16,17,20
42:25 43:9,13,14
44:1 198:8
**miranda** 3:4 11:4
**mischaracterize**
64:1 66:19
**mischaracterized**
66:18
**missed** 176:19,21
176:24
**missing** 139:7,10
**mistake** 128:13
130:19
**mix** 197:13
**mixed** 48:10 75:20
156:5 157:14,15
196:19 206:11
208:18
**ml** 52:13 53:1,4
74:2,5 89:20
118:14 135:17
181:2 221:6
**modify** 112:14
**moment** 219:5
**money** 80:10
81:17 82:2,6

91:25
**monitor** 46:10
167:14
**monitored** 166:3
**monitoring** 68:24
69:7
**monoacetylmor...**
42:18 43:23 44:22
**monotonous** 226:6
**monoxide** 137:17
**month** 17:16 36:4
70:18 91:8
**months** 59:19 64:8
92:19,21 103:10
216:9
**morgan** 4:21 12:2
**morganlewis.com**
4:23
**morning** 12:14,20
12:22 13:23 14:3
152:12
**morphine** 42:4,22
43:15,17 44:19,23
45:10,21,23 84:23
124:22 127:10,13
152:18 153:9,17
153:19,23 154:1
154:13,18,19
155:20,23 156:5
156:15,19 157:4
157:10 158:5,6,16
158:20,21 159:5,6
176:22 180:15
181:2 183:6
202:18 203:5,8,25
204:8 206:12,21
207:3,13 208:4,13
209:13,16 221:7
224:12,12
**morphine's**
158:20

**morphines** 174:20
**motley** 2:4 5:24
10:16 11:18 234:5
**motleyrice.com**
2:7,8
**mouth** 83:11
**move** 152:7
**moves** 178:18
**mpetersen** 3:6
**mt** 2:6
**multiple** 72:9 73:5
109:20 119:24
155:14
**multiuse** 212:3
**muni** 148:23
**municipalities**
91:21
**municipality** 92:6

**n**

**n.d.** 1:13
**nakamura** 3:16
**name** 10:11 12:18
14:19 50:8 84:5
90:3 101:21 140:5
145:5 149:16
179:4,4 182:17
218:20 234:6
235:3,4,15 236:3,4
236:21
**named** 232:9
**names** 143:18,25
144:9
**nanogram** 52:13
53:1,4 89:20
159:14,16 180:25
199:20
**nanograms** 31:16
32:20 74:1,5
135:16 181:1,3,5
197:1,6,10 198:15
199:1,8 201:9

206:13 207:3
208:5 221:6
**narcotics** 56:9
58:12
**narrative** 117:3
**narrow** 42:23
157:11
**narrower** 164:8
**nasal** 190:20
**nation** 111:18
**national** 1:7 10:6
19:17 57:24 85:3
175:15 234:6
235:3 236:3
**nature** 18:22
64:22 93:17 125:2
186:6
**necessarily** 41:9
63:3 124:15
129:10 157:8
217:2
**necessary** 53:1
113:2 160:8
202:16 207:25
**need** 13:12 16:24
18:14,19,20 36:14
53:6 62:15,17
73:16,24,25 78:9
82:25 84:18 97:13
98:2,5 106:16
109:22 110:10
132:18 145:5
157:2 159:8
160:11 168:25
174:1 178:1,16
193:2,8 195:22,24
198:10,21 212:14
**needed** 18:3 38:18
103:12 147:7
**negate** 223:6

**negative** 31:9
37:16 160:16
165:19,24 166:3
174:21 229:20,21
**negatives** 33:6
159:25
**neighbors** 87:10
**neither** 58:23
81:17
**never** 35:25 58:22
69:18 78:16 83:11
142:22 159:14,15
182:9,15
**new** 4:22,22 5:6,6
36:4 85:19 118:7
128:12 163:17
164:11 169:8
171:2 178:23
179:12 189:10
**newer** 214:22
**news** 170:17,17,18
170:23 171:11
**newspapers** 56:4
215:21
**ng** 118:14
**nice** 29:2 122:25
135:13 187:10
**niched** 224:17
**nick** 5:24 11:17
**nine** 222:24
**nms** 57:25
**nodding** 125:17
**non** 14:6 15:15
71:17 77:4 85:23
137:2,2,5,18
151:19,20
**normal** 84:24
204:25 205:11
**normally** 70:17
178:25

**north** 3:10 4:5
72:24,25
**northeast** 15:7
**northern** 1:2 10:9
21:14
**northwest** 3:4,10
5:15
**nose** 40:15,16,20
**notarized** 119:3
234:14
**notarizes** 116:17
**notary** 232:6
233:14 234:25
235:10,18 236:15
236:23 237:23
**note** 142:24
234:12
**noted** 213:5
**notes** 119:12
**notice** 151:4
212:18 218:1
**noticed** 187:17
**numb** 207:22
**number** 7:2 16:6
27:1 48:9 51:7
68:13 72:11 73:16
75:4,4,5 82:13
83:5,12 84:7
104:12 116:6,8
125:24 126:7,15
129:3 132:14
133:3 151:17
160:11 164:22
167:9 180:14
182:6 183:20
184:6 188:16
197:20 198:11,12
198:12 199:1
204:13 205:3,8
206:10,16 211:9
221:5 228:4 234:7

234:13

**numbers**  51:19
99:5 104:20
114:14,17,20
115:9,10 134:24
160:1 172:13,22
182:22 188:3
194:15 204:15,17
207:15,22 236:7

**numeric**  117:2

**numerous**  90:14
190:10 204:18

**nursing**  25:9

**o**

**oarrs**  61:6,8,16,21
62:5,10,22 137:10

**oath**  12:24

**object**  8:2,3,3,4,4
8:5,5,6,6,7,7,8,8,9
8:9,10,10,11,11,12
8:12,13,13,14,14
8:15,15,16,16,17
8:17,18,18,19,19
8:20,20,21,21,22
8:22,23,23,24,24
8:25 9:1,2 27:19
48:1 65:9 66:17
67:14,19 69:19
85:17 86:19 87:6
88:7 89:4 91:22
93:14 95:1 96:21
101:12 104:14
107:23 112:2
120:17 121:9
122:6 127:4,14
130:21 141:15
144:4,12,17 147:2
148:20 152:19
153:20 157:24
164:17 184:3,13
189:11,25 191:8

205:7 215:17
217:13 219:12
227:12 230:11

**objection**  8:1
112:4 142:25

**obliterated**  187:19

**observed**  24:7

**obtain**  110:10

**obviously**  19:24
22:21 25:2 29:3
43:20 55:9 61:2
84:23 88:12 90:12
97:25 120:20
128:24 129:2
132:11 139:10
145:5,16 187:3
190:18 205:25
207:4 209:19
212:4 213:16
217:8 222:14
225:25 228:23
229:2

**occasion**  50:7

**occasionally**  61:17
64:24 124:19

**occasions**  50:11

**occur**  67:17
185:12

**october**  1:18 10:3
233:8 234:4

**odd**  158:4

**ods**  45:5

**offenders**  165:13
165:14

**offered**  80:8

**office**  11:17 16:18
18:24 19:14 21:5
22:2,13 39:1,6,16
59:22 70:1 89:1
90:12,14 93:9
99:25 110:24

117:14 118:4
121:5 131:4
142:19 143:14,18
146:23 148:12
149:2 150:6
162:24 164:5
185:23 186:4
193:24,25 215:14
233:6

**officer**  59:7

**officers**  58:12

**offices**  110:13
116:1

**official**  132:20,20
132:21 235:15
236:21

**offs**  84:3

**oh**  31:10 51:12
82:18 83:2 91:7
93:15 103:24
107:12 112:25
126:13 141:24
150:19 161:16
171:13 172:21
174:4 177:10
179:6,16 182:4
183:3 188:4
215:23 222:10
225:15

**ohio**  1:2,12,13,22
2:19 3:10 4:5,15
7:6,21 10:9 12:8
15:4,8,18 19:9
21:14 29:25 59:8
92:11 97:19 111:4
145:23 164:2
181:19 216:12
232:2,7 233:7,15
234:2

**okay**  12:4 13:11
13:16,25 14:5,17

14:20 16:20 21:3
23:13 24:19 25:16
28:2 33:2 34:22
35:3 37:21 41:7
45:20 46:13 50:23
51:16 63:25 65:20
66:25 76:10,17
78:25 79:15 95:22
97:9 99:18 100:12
100:15 101:6,14
102:11,21 103:19
104:9 105:19,20
107:4 108:12
109:15 112:12
113:24 114:10
115:22 116:23
121:2,17,19 122:8
123:14 124:13
126:6 129:20,23
131:21 133:23
134:5 136:9
137:23 138:12
139:25 140:9
142:24 147:5,23
149:17 153:24
154:2 155:1
156:25 157:7
158:12 162:2
169:2 179:23
182:2,8 183:3
184:9 185:18
187:24 188:12
190:7 194:20
195:11 196:11,16
197:7 198:14,17
199:7 200:23
204:4,10 208:16
208:24 209:23
210:20 211:1,7
212:10 214:10
215:2 218:15,24

219:5,23 220:13 223:25 225:8,11 226:23 227:7,16 228:2,14
**old** 25:8 85:25 113:3 227:15 228:10
**olds** 54:24
**omitted** 26:5 108:7
**once** 74:3 80:22 137:6,20 155:12 166:2 202:20 225:5
**one's** 119:22
**ones** 75:25 85:7 115:3 128:18
**op** 1:13
**open** 22:8 151:2
**operating** 174:8
**operation** 150:14
**opiate** 1:7 10:6 34:8,10 234:6 235:3 236:3
**opiates** 30:7 34:7 168:20 186:19
**opinion** 69:21 74:23 88:8 164:20
**opioid** 7:6,21 65:15,19 97:18 111:19 160:23 181:18 199:11,17
**opioids** 65:15 110:6 204:22 227:10 228:9,18 228:18 230:9
**opportunity** 90:23 91:2
**opposed** 28:8 155:20 157:4

**opposite** 159:12
**order** 22:17 23:1,4 28:4 154:23 157:3 159:7 165:2 167:22 168:5,7,8 198:23 211:23,25 212:1,4
**organization** 20:3
**organized** 99:19 101:16
**organs** 45:7
**oriana** 17:5,12,19 17:24 20:16 164:25 166:7 167:12,20 171:8
**orient** 14:10 57:20 120:25 123:10 140:11
**oriental** 93:25
**original** 128:10
**originally** 117:11 186:22
**orr** 7:14 139:17 146:8
**outdated** 178:20
**outside** 63:15 77:16 80:8 114:16 115:16,24 120:7,9 147:13 170:20 193:14,16 201:15
**outward** 121:6
**overall** 33:17
**overdose** 7:3 24:4 34:10 45:9 48:12 49:3 55:24 61:23 65:5 71:25 77:18 78:2 83:8 99:13 104:17 110:4 152:14 183:21,25 184:7,10,14 203:16 215:12

**overdosed** 62:9 135:25
**overdoses** 58:14 69:8 83:5,22 86:16,18 152:22 161:6
**overdosing** 96:15 153:16 155:18
**overlap** 73:6
**overnight** 86:4
**overseas** 93:22 94:4,12,13,18
**overseeing** 18:9
**overview** 14:23
**overwhelmed** 50:16
**oxford** 5:21
**oxycodone** 64:15 64:17,18,19,25 75:17 84:25 106:10 125:16 133:2 156:6 168:20 186:1,19 191:22,25 195:14 204:14,23 206:11 206:13,17,23 208:10,11 222:17 226:14
**oxymorphone** 65:1 85:1

**p**

**p.m.** 230:16
**p.o.** 4:10
**pack** 40:16 226:5
**packages** 93:21
**packard** 179:22
**packets** 226:2
**packs** 226:4
**page** 8:2 20:8 51:18 75:8 76:12 76:13,15 103:20

103:21,22 109:17 120:23 123:13 126:12 138:16 152:25 155:23 156:4 172:12 182:18,22 185:1 206:6 234:13,15 236:7 237:3
**pages** 120:25 172:15 182:24 183:19
**paid** 151:19,20 182:16
**pain** 186:13,16,21 187:3
**pam** 12:2
**pamela** 4:21
**pamela.holly** 4:23
**panel** 27:24 28:3 28:16 168:6,7,9,17 169:21 170:5 186:21
**panels** 167:23 222:7
**paper** 21:16 26:24 27:3 56:4 60:23 95:8 103:13 109:11 116:13 124:3 131:8 148:7 148:9 181:24 212:15
**par** 3:13,14 10:19
**paragraph** 111:10 112:14
**parameters** 28:4 222:1,7
**paraphernalia** 54:15 58:11 90:10 90:15,19 92:14 100:1 170:13

parent 42:11,12
201:2,4,10,23
parentheses
156:15
park 4:22 5:5
part 66:18 82:9
93:20 110:15
111:17 112:22
113:10 125:7
136:6 145:19
162:15 168:8
169:22 170:5
171:6 178:25
210:16 218:4
236:9
participant 123:23
particular 33:11
35:19 41:16,16
53:15 84:20
120:10,19 136:1
146:6 149:7
176:11 195:19
198:25 204:13
207:12
particularly
125:21 130:16
164:13
partiers 189:13
partly 218:11
partner 58:21
90:3
party 189:12
233:3
pass 52:3 81:14
146:15,17 176:14
177:1 192:6
218:15
passes 166:15
pat 49:13,17,18
116:19,19 124:17
145:17 146:19

217:18
pat's 50:2 218:2
patch 190:15
191:11 197:23,25
197:25
patches 190:6,21
191:16
pathologist 22:18
22:25 23:20 24:13
46:17 48:4 63:9
159:3 195:18,25
196:12 198:22
207:18 210:6,18
pathologists 23:14
pathology 19:20
98:10,16 175:21
patient 69:2
158:18 175:24
209:15
patient's 175:1
patients 165:21
168:11 174:23,24
175:24 209:22
222:21,23 227:1
patrick 2:12
217:10
paul 5:15 11:25
paul.weeks 5:17
pay 21:20 83:22
102:9 126:4,5
178:19
paying 150:12
pcarey 2:14
pd 38:10,13 80:5
225:22,23
peak 70:15 216:7
peaks 186:2 216:5
pelini 3:8,11 10:24
pending 13:14
pennsylvania 5:21

people 11:19
40:20 42:14 47:15
63:14 83:15 86:16
87:22 90:21 92:4
101:7 121:7
127:23 140:15
144:1 148:12
149:21 153:16
154:12 155:18
158:5 163:19
165:12 167:17
178:24 179:10
190:13 216:14
people's 143:18
percent 23:2 33:21
33:22 35:5 36:7
46:2 64:13 159:1
percentage 33:17
92:12 106:17
perception 186:8
perch 1:17 6:7
10:5 12:7,12,14,15
48:20 49:9 57:2
66:8 79:16 97:24
103:21 107:9
120:3 129:17
138:19 144:25
146:20 152:7
172:1 181:8
192:21,23 218:16
227:25 228:2
229:4 230:5 232:9
234:8 235:4,9
236:4,13 237:20
perfect 32:14
perform 17:2 28:4
85:2,4 176:5
performance
166:24
performed 111:22

performing 23:20
performs 21:22
period 69:11
88:20,23 92:19
166:4 198:2
201:24 203:7
periods 26:22
permanent 21:10
permit 19:12
146:1
person 21:21
25:11 42:1 55:20
63:2 69:2 73:19
74:6,21 79:25
80:4 90:15 101:10
136:11,12 141:4
142:7 146:8 149:7
161:25 177:24
191:10,25 202:20
203:18 204:20
214:1 218:1,2
person's 87:3
personal 26:6
personally 123:16
235:11 236:15
personnel 91:25
162:1
perspective 41:14
75:24 86:24 91:18
191:20 194:4
petersen 3:4
peterson 11:4,4
peyote 68:8
ph.d. 15:12
pharma 1:12 4:19
4:19 5:2,2
pharmaceutical
3:14 26:1 190:25
pharmaceuticals
3:13,14 4:3,18
10:20 12:3

pharmacology
  15:7
pharmacy  59:9
phase  30:13,17
phenethylamines
  214:18
phentermine
  214:20
phone  11:20,22
  149:13 234:3
photocopy  223:21
physical  21:7
physically  141:2
pick  136:7
picked  54:3 108:5
picking  25:8
picogram  52:22
picograms  159:18
  197:9
picture  25:4 133:5
  158:22 159:8
  197:18 205:16
pie  106:13
piece  85:20,20
  178:19
pieces  88:5,9
pill  226:3,5,15
pills  136:24 226:4
pittsburgh  5:21
place  46:8 51:4
  60:12 147:6 174:9
  220:10 232:20
plaintiffs  140:14
plant  164:1
play  25:9
pleasant  2:6
please  10:11 11:22
  12:5 51:18 64:2
  102:2 234:11,11
pllc  4:9,14

plus  90:20
pm  178:8 179:13
  179:14
point  22:14 59:16
  87:13 90:1 136:13
  160:2 167:16
  185:8 198:10
  203:11,16 228:25
pointed  102:13
points  38:1 114:21
  140:22 146:3
poison  71:18
police  16:21,22,25
  17:12,19,19,20
  18:12 19:13 20:2
  20:19 38:23 39:17
  55:13 56:5 79:21
  88:16 89:3,9 90:2
  90:16 93:4,10,20
  96:11,18 99:24
  115:25 162:19
  163:1 211:22
  215:24
policies  7:17
  171:20 172:7
policy  50:24 77:23
  144:9,9
political  93:17
polster  1:10
pool  39:10
poor  164:3
popping  36:5
popular  55:19
  70:4
porter  3:15 10:19
portion  45:25 46:4
  46:5,5,9,12 79:17
  118:2
portray  107:19
position  17:9,10
  151:3

positive  30:20
  31:9 32:15,19
  34:3,6,8 35:8,9
  36:9,22 37:15,16
  37:24 41:9 56:24
  57:10 58:8 64:9
  77:25 100:4
  111:21 159:24
  160:14 165:19,22
  166:1,5 174:22,22
  212:19,21 213:19
  213:19,25 222:20
  229:19,20
positives  30:18
  33:6
possibility  153:21
  153:22
possible  32:5
  63:17 160:18
  183:6 218:25
  222:12
possibly  44:5 95:8
  103:9
post  43:3
posted  121:5,13
postgraduate  15:6
  15:11
postmarks  94:15
postmortem  43:18
  44:14 198:9
  219:16,20,23
posts  119:11
pot  26:13 32:18
  163:12 164:19,21
potency  52:24
  219:7
potent  26:1 180:12
  180:15
potentially  76:5
  83:14 163:4 164:7
  181:2,3,5 204:19

207:5
pound  73:19,25
  74:2
pounds  73:21
powder  56:6 60:24
  70:12 92:16
powdered  41:2
powders  89:17
power  101:19
powerful  180:4
practice  37:14,24
  144:25 200:3
  225:14
practices  148:2,4
precipitous  170:25
precision  31:18
prepare  13:18
  103:13 113:22
  133:12
prepared  39:3
preparing  133:19
prescribe  68:25
  191:16
prescribed  61:13
  191:13,21
prescription  1:7
  3:7 10:6,25 24:8
  26:14 41:20,20
  62:4,19 63:3,11
  65:2 87:17 154:1
  154:13 186:5,12
  187:6 189:17,20
  189:23 190:5
  191:4,25 227:10
  230:9 234:6 235:3
  236:3
prescriptions
  62:11 63:14
presence  229:16
  232:14

**present** 5:23 14:4
20:12,17,20 57:3
76:19
**presentation**
181:23
**press** 55:19
**presumably** 22:12
76:22 157:16,21
**pretty** 21:18 23:22
25:15 30:8 32:10
35:6 51:3 58:3
60:9,10 64:9,12
74:10 80:23,25
104:22 114:17
127:13 167:22
182:14 194:13
199:15 202:13
211:15 216:13
224:17 226:22
**prevalence** 114:25
**prevalent** 96:17
107:19
**preventative**
179:15,19
**prevents** 80:9
**previous** 13:24
50:20
**previously** 101:15
**price** 80:15 81:14
85:10,11
**prices** 80:2,13
82:3
**pricier** 178:17
**pricing** 80:7 179:1
**primarily** 19:4
21:7
**primary** 16:17
30:23 42:19 44:18
44:21 48:8 201:19
**print** 135:12
220:16

**printout** 134:24
143:18 220:24
**prior** 64:11 106:5
111:17 112:11,24
128:6 146:21
185:22 190:4
**probably** 12:20
22:22 23:2 25:17
32:16,21 33:13
40:11 44:24 46:2
52:12 53:12,16,18
53:20,23 55:4
57:13 59:19 60:14
69:22,23 71:16
75:13 81:6 88:10
92:11 93:16 95:9
96:1,2 103:10
104:7 113:1,12
114:20 134:14
139:9,13 147:4
149:12 154:19
155:3,6 160:3
162:8,14 167:9
169:21 171:11
177:22 201:10
208:12,21 212:11
**problem** 32:13
33:1 86:7 88:21
88:21 128:7 218:4
**problems** 152:16
**procedure** 12:9
32:6 77:23 140:25
146:2 172:7
174:17 231:7
235:5 236:5
**procedures** 7:18
137:5 171:21
173:7,13 174:8
**process** 22:9 38:8
43:2 44:2 49:25
102:22 134:16

225:5
**produce** 110:9
114:3 173:16
199:20
**produced** 110:6
172:19
**product** 136:2
**production** 234:15
234:17,22
**products** 71:4
**professional** 16:2
80:11 91:16
**professionals**
61:12
**proficiencies**
175:16
**proficiency** 85:3
**profile** 55:4 125:8
**profit** 81:17
**program** 15:3,15
80:22 135:6 165:9
166:14
**programs** 15:18
**project** 21:15
**prone** 128:8
**pronounce** 84:5
200:2
**proofed** 102:5
**proofing** 102:7
**proponent** 110:17
**protein** 45:23 46:3
**protocol** 32:6
**protocols** 137:7
**provement** 91:19
**provide** 16:11
145:8,10 178:7,7
**provided** 12:8
142:18
**providing** 15:25
81:20 114:12

**pseudoephedrine**
34:2
**public** 37:8 91:18
91:18 121:25
144:11 232:7
233:14 235:10,18
236:15,23 237:23
**publish** 33:14
**published** 14:19
21:17
**pull** 49:15 50:13
50:18 116:21
128:11 133:3,14
133:17 194:1,19
**pulled** 49:14 68:13
194:24 195:17,17
196:14
**pulls** 115:5,6,8
126:3 130:9
**purchase** 30:3
162:13 224:4,4,6
224:14
**purchaser** 29:20
**purdue** 1:12 5:2,2
5:2 11:14,16
**pure** 38:24 183:13
**purpose** 62:14
98:7 114:11
142:22
**purposes** 29:8
34:11 36:19 49:6
94:19 97:20 109:3
138:4 139:20
158:1 171:23
181:20 190:23
192:17
**pursuant** 231:3,6
**pursue** 214:2
**put** 48:24 77:11
83:11 88:5 101:21
122:21 125:3

127:3,11,22
128:12 130:10,12
132:5,9,12,15
133:2 142:2
174:25 182:7
221:24 222:11
**puzzle** 88:9

**q**

**quadruple** 178:9
**qualifications** 19:1
**qualified** 232:8
**qualitative** 222:14
**quality** 118:8,9,19
131:18 165:8
175:12 222:22
223:1 224:4,8,21
**quantification**
111:20
**quantify** 123:17
160:22
**quantitate** 31:20
31:21,24 32:7
**quantitated**
212:19
**quantitative** 30:21
40:2 83:18 135:4
160:9,10 212:22
222:13,15
**quarreling** 205:5
208:4
**quarterly** 175:16
175:22
**quarters** 176:23
**queries** 78:7
**query** 78:22 115:7
**question** 13:14
22:8 24:24 27:8
28:12 34:20 36:12
47:23 57:1 62:18
62:21 72:1 75:15
77:15 89:7 96:22

107:8 109:9
123:20 124:20,21
124:22 126:13
134:15 138:23
152:20 156:8
177:21 179:25
190:17 191:1
196:22,23 198:14
202:19 206:17
212:24 214:11
219:2 225:20
229:8
**questioning** 229:9
**questions** 12:19,21
19:23 41:24 49:11
54:3 70:22 101:25
102:22 109:12
112:5 113:20
140:11 143:11
152:10 171:11
185:6 192:23
199:15 210:1
218:21 220:14
227:17 228:3
229:5 230:3,13
**quick** 28:13 66:10
218:25
**quickly** 152:7
194:13
**quite** 15:6 18:6
22:20 52:17 69:14
86:5 100:5 103:8
112:10 157:11
168:13 186:14
187:2 190:5,15
215:21
**quote** 56:10 72:15
146:9 163:15

**r**

**r** 2:12
**rad** 224:7,8,15
**raises** 47:23
**randall** 72:13
193:13
**range** 42:14 52:22
73:9 84:10 99:5
180:5 187:10
199:5 200:13,13
200:18,19
**ranges** 46:11 73:4
193:23
**ranjan** 2:17 10:21
10:21
**rapidly** 29:4 204:9
**rapport** 170:3
**rare** 69:20 83:20
83:21
**rarely** 43:21 44:16
85:25 126:4
159:15 164:18
193:20
**rate** 33:14
**ratio** 201:1,1
**rattled** 196:24
204:11
**raw** 220:5,17
221:19
**react** 34:1 214:21
**reaction** 196:4
**reactive** 35:5
**reactivity** 35:21
36:8
**read** 27:13 55:19
56:4 95:7 109:18
111:9,11,25 112:6
126:14 215:20,23
235:5,6,12 236:5,6
236:17

**reading** 68:2
234:19
**reagent** 167:7
178:3,6,9,10
**reagents** 113:6
**real** 151:13
**reality** 32:9,21
81:5
**really** 26:8,9 27:12
27:14 31:3,7,11
34:3,17 36:7 53:9
54:2 65:2,3 69:21
70:6 72:9 74:20
74:21 80:11 87:3
95:20 96:24 99:17
101:20 102:9,10
108:5 126:4
130:13 140:9
154:24 156:8
158:1 164:19
170:16 172:3
175:5 182:15
191:19 205:9
206:3 208:3
209:20 211:14
**realtime** 209:3
**reas** 161:4
**reason** 13:13 18:1
85:21 92:1,23
97:5 107:25 122:2
130:12 132:13
170:12 173:11
207:19 213:23
214:7 234:14
236:8 237:3
**reasonable** 34:24
80:15 81:20 82:2
102:6
**reasons** 91:14
119:10 132:14

recall  14:21 63:20
64:7,16 142:1,3
158:3 160:18
168:18 182:11
220:20 228:11
recalled  160:19
receipt  234:18
receive  23:25 24:1
24:20 146:12
received  58:11
146:21
receiving  146:24
recess  66:4 108:22
152:1 192:12
227:22
recollection  14:10
47:12 104:21
106:1 129:4 130:7
recommended
59:4
reconstitute
224:25
record  10:2,12
66:2,6 76:6
108:21 109:7
121:10 151:23,24
152:3,5 182:7
192:10,20 195:23
195:25 198:21
209:4,6,7,9 227:21
227:24 230:15
236:9
records  79:8 87:15
87:24 137:11,12
140:25 147:6
179:20 207:24
recoup  178:11
recover  151:12,15
recreational
164:19

recurrent  110:8
red  105:4
redact  145:2,6
redistribution
44:14
reduced  232:14
redwood  168:3,4
reentered  117:9
refer  27:25 57:23
72:13 213:13,15
reference  45:20
46:1,11 53:10,18
55:7 58:2 66:13
72:10 75:25 77:7
80:16 81:8 83:22
85:18 161:8 168:3
169:4 170:2 193:7
193:9,15,22
194:10,19 204:16
224:1 234:7 235:2
236:2
referenced  76:1
77:14 232:13,18
235:11 236:15
references  72:11
72:17 180:3
197:21
referencing  55:14
referral  168:24
referred  211:2
215:7
referring  27:4
46:12 67:1 185:1
reflect  210:9
reflects  126:7,15
refresh  14:10
47:11
refrigerator  23:7
201:21
regarding  231:2
231:11

regardless  25:1
74:11
regards  170:18
registry  19:17
regular  35:8 60:14
95:7 168:9
regularly  47:15
related  60:6 86:21
99:13,22 107:14
115:3 126:1
146:15 160:23
229:23
relates  1:11
relationship  176:7
relative  233:2
relatively  79:17
104:1 105:14
106:6
release  37:24
74:18 166:14
relevant  74:15
90:4
reliability  33:20
37:8,12 175:17
reliable  37:25,25
166:21
rely  121:7
remark  228:15
remember  25:3
28:17 57:16 63:10
68:2 80:24 84:17
89:8 98:1 102:7
109:13 124:2
129:3 135:5 140:2
140:8 146:21,24
147:3 149:15
150:11,13 154:11
154:11 174:19
188:19 194:18
196:23 197:5
199:22 202:20

229:7
renew  176:16
rental  178:3,6
repeatedly  165:23
rephrase  13:10
206:20 222:3
replicate  225:4
report  7:8,11
23:10 24:6,11
28:8,10 53:14,16
53:21 54:13 77:13
87:9,11 106:23
107:6 108:25
109:11 113:16,22
114:3,6 115:15
116:16,17 117:1,5
117:11 119:19
120:22 121:4,6
122:3 132:6,15,18
132:20,21,22
133:25 135:13
137:10 138:1
142:14 145:16,16
145:19,19,20
146:15 152:25
156:23 176:6,24
196:12 198:22
210:7,14 212:7
217:6,15,22 220:3
220:10
reported  153:9
reporter  6:17
178:5 228:6 235:7
reporter's  6:14
232:1
reports  21:23
31:15 48:14 50:12
115:19,20,21
116:2,16 121:22
131:6 135:23
142:14,16 146:9,9

153:18 174:23
176:6 177:7
209:25 210:2,5
216:24
**represented** 143:5
**reputable** 72:12
**request** 24:1,13
116:22 145:13,21
210:6,17 236:9,11
**requested** 144:18
210:17,23 211:24
231:1,6,10
**requesting** 140:21
**requests** 120:5
132:21 140:13
146:25,25 147:4
148:18
**required** 134:10
173:13 234:25
**requirement**
147:21
**requirements** 18:4
18:7
**requires** 137:21
228:23
**requisition** 170:10
**rerun** 222:24
**research** 62:7
98:18
**residents** 98:11
**residue** 89:18,21
170:13
**resources** 39:11
**respect** 27:23 28:2
31:3,5 40:4,21
84:15 93:12 174:6
**respectful** 152:8
**respond** 141:2
145:1 146:14
**responded** 148:14

**response** 135:8,17
135:19 196:22
220:19 221:9,12
221:14
**responses** 141:7
**responsibility**
27:18 46:24
**rest** 43:15 50:15
51:2 117:13
185:15 207:6
223:11
**restrictions** 123:5
**result** 76:19
160:23
**results** 7:23 51:10
52:5 75:9 99:6
134:2,3,3 143:19
144:1 156:14,18
156:23 166:21
176:1 183:18
192:15 195:5,6
223:16,19
**retained** 6:17
**retention** 148:6
**retire** 151:4
**retired** 49:19
**retrieve** 23:5
218:3
**return** 215:3,10
216:6
**returned** 234:18
**reverse** 165:25
**review** 114:6
119:10 131:16
133:15,17 134:6
135:18 148:12
231:2,6 234:12
235:1 236:1
**revised** 173:5
**revision** 178:23

**rice** 2:4 4:4 5:24
10:16 11:1,1,18
234:5
**rid** 43:7 50:14,20
**right** 12:16 14:22
16:7 20:13,22
26:25 32:8 33:16
38:5 40:13,23,24
41:3,5,11,13 42:5
44:8 46:18,24
47:8,14,19,24 51:8
51:10,19,22,25
53:14 54:5,7,14
55:19,20,23 56:19
56:20,20 57:19
61:12 62:16,22
63:13 65:12,16,22
66:7,15 68:5
70:15,23 71:10,18
73:17,18 75:15,17
76:24 77:18 79:25
81:9 87:5,18,24
88:19 89:10 90:17
94:6 95:19 100:10
100:20 101:7,16
102:13,15,18
103:4,5,13 104:4,6
104:24,25 105:1,4
105:6,7,8,11,16
106:1,8,10,16
107:9,10,13,13,16
113:13,22 114:21
114:24,25 115:1
116:13 118:13
120:1,1,4,8 123:3
123:7,9,18 124:5,6
125:12,21,23
126:17 127:3,7,8
127:10,11,13
128:21 129:7,15
129:21,25 131:6,6

133:16 134:7
136:5,10,12,21
139:5,12 140:7,14
140:15,20 142:5
142:17 143:2,14
143:24 144:3,15
144:16,23 146:10
146:17 150:24
151:21 153:4,11
154:3,9 155:5,25
156:7,17,18
157:12,13,15,20
158:4 162:23
164:9,9 167:17
170:21 171:9
173:15,17 174:3
177:3 179:11
180:6,21 182:13
182:18,19 183:15
184:2,11,25
188:10,17 189:9
189:19,21,24
190:23 191:4,9,14
191:19,22 192:2
193:14,15 195:3
195:13,23 197:9,9
198:20 199:4,11
200:1 202:14
203:2,9,10 204:4
205:1,19,24 207:9
208:17,22 209:1
210:16 220:11,25
227:7,16
**rise** 26:17,18,19
**roared** 60:13
**roitman** 5:9 11:13
11:13 182:6
**role** 18:9 21:4,6
50:3 63:8 93:20
96:5 98:8,9,18,19
165:7 166:8,19

[role - see]                                                                Page 35

169:22 208:2
roll 100:17
room 23:7 34:9
  69:7
rooms 58:16
rose 184:24
rosenberg 5:20,22
  11:23,23
rotation 98:12,13
rough 188:5
route 73:14 74:13
  198:6
routes 42:16
routine 25:1
  111:14,17 112:22
  112:23,25 113:10
  124:16 167:3
  174:11 224:11
routinely 125:5
  168:8 193:12
rpr 1:25
rule 71:12 75:19
rules 12:8 13:3,5
  231:3,7 235:5
  236:5
rulings 32:12
run 25:10 29:11
  29:12 50:12 54:15
  86:4 131:18 135:4
  135:9 136:10,16
  137:6 148:21,22
  148:23 174:18,19
  174:20,20,22,25
  175:15 178:17
  219:17 221:1,1,5,7
  221:7,8,11,17
  222:8,21,21,22
  223:21 226:25
running 175:12
  176:10 177:16
  222:6 223:7

runs 59:24 86:13
  213:6 221:3,10,17
  221:24 222:13
  223:17 224:1

**s**

s 5:4 234:15 236:8
  236:8 237:3
sake 40:19 157:1
  205:12
salt 56:13
salts 163:15
sample 28:19 29:7
  39:4 40:1 43:19
  44:3 51:22 57:9
  60:1 77:1 135:10
  170:8 175:23
  198:9,9 201:23
  203:4
samplers 86:4
samples 21:8
  23:15 24:16 50:14
  50:16,17,20,24
  53:10 135:9
  147:22 155:9
  163:3 165:16
  168:13 174:7,19
  175:19,22,24
  187:1 210:21
  222:24 223:12
  226:19
san 2:13
sandra 4:14
sandy 11:8
sara 5:9 11:13
sara.roitman 5:11
sat 150:4
save 50:21
savings 84:19
saw 57:17 69:11
  69:22 102:12
  169:4 185:9 186:3

186:11 187:23
  190:5,9,11,15
saying 53:25
  122:11,16 191:2
  205:5
says 24:3 51:9,24
  57:3 71:22 77:19
  91:7 103:21 107:5
  107:10,14 109:19
  111:13 112:21
  126:15,18 129:25
  130:2 156:15
  157:15 182:24
  183:5,20 184:24
  206:10 211:18
scene 24:7 25:3,5
  45:3 60:22,22
  61:2 92:15
scholer 3:15
school 123:2
  228:19
science 33:4
scientific 71:13
scmeo 111:13
scope 164:7
scrambling 57:22
screen 7:23 25:10
  29:10 30:12,18,20
  31:6 35:4,5,9 36:6
  36:10,16,22 37:3,4
  37:5,24 38:20
  40:5 54:16 64:10
  80:5 86:11 99:24
  111:16 112:21
  113:3,4 117:6
  118:15 124:16
  134:2,25 136:3,11
  160:14 169:7,11
  169:17 192:15
  210:7,25 212:2,5
  212:13,15

screened 212:21
  220:9
screening 22:15
  24:22 29:7 36:16
  36:19 78:1 111:14
  112:10 113:1,11
  131:17 136:6
  165:16 167:1
  178:2 211:19
  212:10
screenings 71:6
  115:3
screens 30:7 38:15
  111:21 114:15
  165:10,18
screw 176:12
screwed 128:2,9
  176:21
screwing 217:21
se 31:22 32:3,11
  40:3
seal 233:6 235:15
  236:21
search 116:11,22
  128:9,10,12 139:2
searches 128:8
  130:10 149:21
  218:6
second 31:1
  111:10 113:6
  115:23 128:14
  183:9
secretaries 132:13
secretary 23:11
  116:17
section 51:11
  111:11 121:1
  123:11 183:19
see 12:22 16:20
  18:17 19:6 25:5
  26:10,10 30:21

43:15,20,22 44:4,6
44:17,18 45:10
47:11,19 51:7,13
51:20,25 52:6
53:25 56:14 59:11
60:6 61:13 62:10
64:19,24 67:3
70:17 74:19 75:8
75:16 76:19 77:5
77:19 83:22 86:20
89:21 90:2 91:15
93:21 97:9 98:25
103:23 105:5,8,11
106:11 107:12
108:8 111:23
116:2 119:5
120:10 122:13
124:25 125:5
126:23 133:4
136:17,18,20
138:10,20 140:5
142:8,14 145:15
146:3,6 153:9,11
154:20 155:10,23
156:3,11,13,22
157:5 159:5,14,16
159:18 161:23
172:13,22 174:9
176:18 183:21
185:24 186:2,18
188:6 194:17,18
196:17 198:22
200:25 201:1
203:6,8 210:11
213:22,24 214:3,9
216:5 218:8 220:8
seeing  26:16,22
57:16 59:25 63:20
64:7 65:10 67:4
70:16,17 77:13
90:2,9 91:5,12,13

95:6,6 96:14
154:15 158:11
162:21,23,25
170:4 187:5,12
201:4,8 216:20,20
216:22
seeking  140:14
seen  14:15 31:15
31:15 48:13 49:12
63:19,22 69:25
93:2,6 96:9 128:5
128:17 140:17
142:23 170:24
180:3 181:25
182:9 216:7 226:9
226:12,17,18,20
seminars  15:9
send  38:25 53:10
53:19 54:18,22
82:25 83:21,25
85:7 120:13,14
123:25 141:9
145:3 160:6,15
168:2,16,25
169:19 175:22
176:15
sending  84:6
142:17 170:9
182:15
sends  92:13
sense  81:10,12
113:8 150:24
175:13 200:17
sensitive  89:19
109:23 110:11
sent  53:18 55:6,10
57:4 59:7 60:1
141:8 143:18
168:13
sentencing  94:19
165:11

separate  195:15
september  233:17
series  225:9
serious  88:21
serve  16:5
service  5:18 81:20
91:18 178:8,23
179:11
services  19:5,5
50:4 57:24 80:8
80:10,12 149:4,10
224:22
set  15:3 17:1 29:13
29:19 38:13 53:3
57:14 60:3 68:20
71:2,14 80:7,13,22
83:18,24 84:17,20
85:1,5 86:3
135:13 165:2,8
220:13 222:1,8
223:25 224:2
233:6
setting  68:19,22
80:2,18,24 220:18
229:6
seven  82:8 222:19
shapira  5:20 11:24
shapira.com  5:22
share  142:2
216:18
sheet  145:17
212:15 234:13
236:7,10,18 237:1
sheriff's  166:17
shipped  93:22
94:4
short  225:9
show  47:10 48:16
97:9 100:24
108:13 138:24
156:18 157:2

160:12 200:18
203:2,3,4 210:17
showed  14:12 57:9
157:22 181:10
showing  58:8
shown  234:16
shows  42:3 106:17
175:17 176:7
210:21 223:17
shutting  45:8
siemens  30:5
167:8 179:5,6
sign  119:9
signature  173:4
231:5 233:13
234:14
signatures  173:22
173:24
signed  157:13
173:21 174:2
235:13 236:18
significant  79:17
82:19,20 83:3
185:9 188:7
198:13 215:20
signing  234:19
signs  118:25
similar  49:16
162:8 164:19
167:5 188:17
216:23
similarly  13:12
simply  206:15
sincerely  234:21
single  37:18
154:11 205:2
singled  75:21
sir  61:9 72:1,4,7
75:8 76:11,14
89:7 107:10
118:22 123:20

126:11 131:13
154:17 161:19
234:10
sit  137:7
sites  46:6
sits  150:15
sitting  61:3 119:25
174:4 181:8
201:14,20
situation  43:25
89:12,14
situations  55:15
160:13
six  98:13 167:24
172:9,10 174:24
174:25 222:19,23
226:2
size  24:23,25
sky  208:19,21
skzerrusen  4:16
sleeves  100:18
slow  74:18
slowly  198:1
small  187:15
216:13 224:17
smith  62:25 133:2
smoke  189:13
smoked  32:18,22
smoking  163:19
snapshot  202:12
202:13
snort  74:13
societal  164:14
society  19:19
164:12
soldiers  68:3
solutions  3:13
234:1 237:1
somebody  77:24
100:4 127:22
128:2 132:21

143:17 146:16
151:5,20 175:2
217:12
somebody's
128:24 191:11
192:1
somewhat  39:21
56:15
sooner  112:11
sophisticated
177:22
sorry  50:8 63:23
63:25 68:1 76:13
97:13 115:10
119:15 126:11
128:16 159:6
179:14
sort  25:4 56:8
58:24 61:23 67:15
73:6 202:4
sound  20:13 180:6
sounded  79:16
102:6
sounds  12:4 62:14
62:19 88:20,22
103:5 155:2
180:12,13
sources  193:7,10
193:11 224:2,5
227:3
soured  82:7
south  2:6 3:16
4:15 163:20,20
space  50:17
speak  41:23 70:16
133:5 167:7
188:24 215:22
speaking  188:25
spec  56:14 85:19
89:24 174:18
179:10,12

special  15:3 86:20
186:16
specialty  214:12
specific  27:8 32:7
35:19 75:14 97:23
101:25 104:1,2
110:3,21 116:7,22
120:19 130:25
135:13 143:21
145:5,24 185:6
214:24
specifically  63:9
82:14 140:21
143:4 168:5
specifications
225:2
specificity  104:11
specifics  98:5
specified  232:21
specimen  23:25
51:9 210:11
specimens  23:5,6
38:5 227:6
specs  85:24 86:1
89:18
spectometry
174:17 175:7
spectrometer
134:19
spectrometry
52:12 220:23
spend  17:18
171:15 217:19
spike  188:18 189:8
spikes  186:2
spit  134:23 135:20
spoon  60:24 89:22
89:23
spoons  58:17
spreadsheet
206:16

spun  179:22
ss  232:3
ssris  47:14
st  186:23
staff  150:22,23
staffed  166:16
stand  121:21
158:6
standard  25:14
27:24 28:3,16
60:2 71:3,21 72:8
86:10 135:7,10
137:5,6,18 167:23
174:8 176:9 194:3
220:18 221:9,13
221:15,18 222:1,8
222:14,16,17,25
223:1,2,4,6,7,13
223:18
standards  30:2
39:15 71:5,14
72:9 145:24,25
166:23 221:2
standpoint  196:3
start  20:9 23:8
29:9 35:4 45:7
98:4 99:1 155:13
165:25 206:3
started  20:10,15
57:15 68:19 83:8
88:21 185:14,23
187:7,12 211:15
starting  62:7
210:5
starts  203:9,10
state  10:11 24:14
25:24 31:22 32:11
32:19,25 33:1
92:9 109:20 111:3
111:5 145:23
173:14 176:16

177:11,11 216:22
232:2,7 233:15
235:10 236:15
**stated**  142:21
**statement**  122:11
212:6 235:13,14
236:19,19
**states**  1:1 10:8
25:25 110:1,4
167:10
**statistical**  7:8,11
109:1 138:2
**statistics**  154:22
155:22 186:7
**statutory**  147:20
**stay**  80:23
**stenotypy**  232:14
**step**  22:19 30:19
40:8 116:25
**stephen**  1:25
232:6 233:14
**steps**  40:5
**sterbenz**  55:5
118:25 157:17
190:9
**steve**  1:17 6:7 10:5
12:7,12 192:21
218:16 227:25
230:5 232:9 234:8
235:4,9 236:4,13
237:20
**stick**  141:9 223:22
**sticking**  45:3
**sticky**  48:24
**stigma**  127:23
**stomach**  136:23
191:12
**stop**  28:20 31:1
44:2 85:23 98:3
99:10

**storage**  120:2
147:9
**store**  50:17 131:14
**stored**  23:6 99:4
131:2 221:4
**stories**  55:19
**story**  88:4 170:17
201:3
**straw**  60:24
**straws**  58:17
**street**  1:22 2:12
3:4,16 4:15 5:15
62:20 94:24 95:25
170:2 192:2
**strength**  180:1
183:5,9
**strictly**  26:15
36:16,22 41:17
95:10 99:9 117:5
165:18 166:20
212:7
**strike**  33:12 46:14
71:9 96:7 99:20
144:6 153:14
**stroke**  77:5,24
**student**  21:20
122:23
**students**  101:3,4
**studies**  35:22
191:24
**study**  87:1 144:2
228:18
**studying**  228:19
**stuff**  21:17 24:18
43:16 58:18 69:4
84:24 86:14 91:9
92:13,17,20 94:4
97:1,2,3 99:7
118:21,25 122:25
126:5 137:13
140:24 161:11

166:25 170:14
182:15 189:14
203:9,24 218:12
224:11 226:7
227:4 229:2
**stupid**  214:11
**subculture**  67:22
**submit**  23:11
176:1,2,5
**subpoena**  148:25
**subpoenaed**
148:22
**subscribe**  175:19
**subscribed**  235:10
236:14 237:21
**substance**  33:11
33:19 61:14 82:24
84:6 102:16
164:11 225:18
**substances**  34:14
40:10 71:15
106:19 137:2
196:25 203:19
226:10
**substantial**  198:5
209:16
**substantially**  39:7
**subtext**  69:17
**successful**  165:4
**sudden**  36:2
187:18 216:2
**suggest**  200:20
**suggested**  73:8
150:17
**suggesting**  217:1
**suggestion**  38:22
**suicide**  47:8,24
48:10 184:1
**suicides**  124:11
184:11

**suing**  25:25
**suite**  2:18 3:9 4:5
4:15 5:10 234:2
**sulfate**  157:10
158:21
**sulphate**  153:23
**sum**  102:16
**summary**  53:13
**summation**  24:14
**summer**  21:11,15
21:19
**summit**  1:12 2:3
7:4,6,9,12,14,15
7:16,18,21,22,23
10:14,16 16:18
17:8 18:18,23
19:13,25 20:11
21:4 22:24 49:5
57:17 69:20 80:20
88:16,17 93:3
97:18 106:24
107:2,12,20 109:2
110:23 115:14,16
115:20 116:6
138:3 139:18,19
149:5,6 152:21
155:19 167:12
169:3 171:19,22
172:6,24 181:18
181:19 192:16
215:12,21
**super**  97:23 123:7
**superior**  234:1
**supplement**
150:18
**supplies**  161:7
**supply**  3:7 10:25
110:8
**supports**  149:8
**suppose**  136:21
170:23

supposed   166:1
169:23
sure   13:7 20:5
23:22 26:23 27:7
28:1,21 31:2
32:10 34:3 40:9
41:1 55:7 58:24
63:17 69:1 77:10
78:24 87:12
100:14 101:2
102:6,7 108:16
110:19 112:9
115:6 118:19
133:21 157:10
160:19 161:11
162:11,14 166:17
170:11 173:3,21
179:18 184:5
188:24 191:7,17
191:18 192:9
218:4,6 219:4
222:4
surgery   40:15
190:20
surprise   125:7
surprised   101:21
125:10,18 173:3
survey   176:5
177:2,19
surveys   85:3
survives   202:24
203:12
suspect   26:9 36:20
56:7 61:4,22 62:8
95:25 168:1
170:10
suspected   24:4
25:9,12 55:17
168:11
suspecting   60:15

swamped   90:8
swear   12:5
switch   113:7
switching   49:25
169:2 220:1
225:12 227:8
sworn   12:9 232:10
235:10,13 236:14
236:18 237:21
synopsis   28:14
synthetic   110:6
163:5,12,14 226:9
synthetics   163:6
163:12
syringe   45:2,3
60:24 61:2 158:23
sys   119:17
system   23:12
49:16,24 61:5,11
63:16 110:5,23
111:1 116:14,19
117:9,10,25 118:4
118:7,10,16 119:4
119:14 131:5,22
132:17 133:20,22
198:3
systems   60:4
110:2,18

**t**

ta   149:1,1
table   153:7 201:15
tablets   83:17
take   10:4 13:15,22
16:10 17:7 22:9
23:15 33:3,13
34:20 40:8 46:15
47:15 51:6,17
56:12,19 65:21
73:24 74:7,8
81:16 83:13,16
85:12 88:15 89:22

96:8 104:4 110:16
116:24 118:14
124:18 129:16
130:14 131:9
133:11 137:14
151:22 167:16
168:19 172:2,4
176:25 177:6
180:24 188:14,22
189:1 192:7,24
203:15,23 206:20
210:22 215:25
227:18
taken   1:20 15:6
50:5 60:11 66:4
108:22 151:11
192:12 202:10
227:22 232:20
takes   46:8 119:9
119:10 202:7
221:12
talk   16:4 25:6
26:23 40:6 42:1
47:8 82:14 87:13
87:23 91:4 112:13
116:5 150:9
152:23 163:8
175:5 183:24
184:5 196:12
216:6,14
talked   14:1 59:1
65:4 85:13 124:2
133:8 150:1
152:16 164:25
185:2 189:10,20
194:22,23 204:11
210:4 211:19
215:15 216:10,25
220:4 224:3
talking   19:24 20:2
22:24 42:21 52:21

54:9 66:11 67:13
76:7 111:3 121:1
123:10 131:3,11
141:23 174:13
180:25
talks   104:12
107:13 126:6
184:6
tang   3:16 10:18,18
tape   108:15,19
targeted   93:11
tax   151:14
tear   162:16
technical   102:8
125:2 145:14
199:15
technically   213:9
214:17 220:15
technique   35:17
technological   97:7
technology   33:5
97:7 110:11
178:18
teleconference
2:10 4:20 5:13,19
tell   13:17,25 16:14
28:22 31:11 41:9
53:14 62:8 64:3
73:9 74:20,24
76:1 80:1 96:18
98:6 106:15,15
109:13,18 111:11
113:21 115:19
117:7 124:23
135:14 136:6
139:23 143:16
170:4 175:25
201:3 210:22
216:11 218:7,7,12
221:4 224:22

telling 59:25
149:25
tells 36:20 51:8
74:15 155:7
template 128:10
128:11 132:7
173:2
ten 187:5,6 189:23
190:2
tend 205:9,10
term 213:15,16
terminology
208:22
terms 29:22 41:14
41:18 74:10 80:2
82:13 95:5 118:9
125:2 127:11
131:1 133:18
147:8 174:11
186:6 188:16
190:6 220:2,17
223:13
test 28:5,7 52:4
56:25 57:14 58:5
59:18 60:25 61:25
62:1,2,12 85:9
89:15,16 94:18
97:22 135:2,3
159:11,13,19,23
160:7 165:23
167:23 170:11,14
174:7 176:22,25
186:16 212:16
213:23 219:16,20
219:24 225:17,19
225:25 226:1,5
tested 58:18
159:22 168:14
211:18 212:23
214:13

testified 15:21,22
70:25 79:15
142:22
testify 133:9,11,19
134:12 232:10
testifying 81:22
testimony 15:25
16:11 71:2 81:21
112:20 133:13
134:10 194:23
195:20 210:5
217:3 228:6,7
232:12,17 235:6,7
236:6,9,12
testing 19:10,11
21:7 37:4 38:2
39:15 54:19 56:22
82:15 85:16 89:1
92:20 94:6 97:8
100:10 109:23
111:17 112:22,23
134:18 158:14
174:11 175:18
210:23 211:24
212:8 214:7 222:6
tests 19:1 82:17
111:15
teva 4:18 12:3
texas 144:15,19
thank 12:18 23:13
31:4 59:11 76:9
84:1 99:11 108:17
123:22 175:14
177:6 179:16
227:17
thanks 142:25
188:2
thc 32:20 169:1
theory 35:21
118:23

therapeutic 68:24
72:2,23 73:11
197:22,22 200:20
thick 176:6
thing 28:9 34:7
55:8 58:9 73:3
94:6 111:7 116:2
123:2 157:19
162:8 177:17,18
194:3 205:11
things 19:24 26:20
32:12 33:4 38:12
47:13 49:15 50:22
50:24 66:11 67:24
73:15 74:14 87:17
87:25 95:4 122:22
137:18 155:12
158:7 163:6 164:6
174:6 177:8,25
179:2 183:25
184:1,11 186:18
187:3 193:18
194:10 213:21
214:22 216:23
220:9 222:9,11
think 14:3,4,7
16:5 17:18 19:2
19:23 20:25 23:17
33:22 37:7 42:4
48:3 49:24 55:21
63:19 66:14,18,21
66:23 68:7 69:21
71:18 72:14,18
82:20 84:11 91:14
91:24 92:22 93:15
93:17 95:8,13
96:24 97:10,22
98:12,14,15
101:24 102:3
103:21 107:7,9
111:7 114:9

123:15 126:21
127:24 128:23
130:22 132:4
138:7 139:13
141:20 142:20
147:18 149:23
152:6 156:1
160:25 162:21
165:1 171:4,10
172:14 173:8
180:22 181:10,13
181:23 183:7
184:18,25 189:20
192:24 195:3,24
196:15 204:5
208:25 209:2
214:4 215:3,6
217:24
thinking 217:20
third 128:15 156:4
thirty 234:18
thomas 186:23
thought 80:13
103:4,12 118:1,1
thousands 119:23
119:23
three 23:19 54:23
55:1 65:12 69:22
85:22,24 86:12
88:19 92:10
174:21 182:23
190:4 191:11
195:8 204:24
222:22
threshold 31:13
thresholds 29:23
throw 39:5
throwing 214:3
thumb 71:12
time 10:4 11:22
13:7,8,13,24 15:17

15:19 16:9,9 17:9
17:10,14,18,24
22:6 26:10,22
33:25 43:3,13
44:2 47:2,2,22
57:22 59:14 64:13
66:23 67:25 68:17
69:11,16 74:18
76:25 81:5,10
82:5 83:23 87:5
88:23 91:10 92:19
95:2,2 114:8
120:5 128:12,14
128:15 129:16
131:1 133:8,8
137:14 140:12,13
140:18,19 146:22
152:8 158:14
162:4,20 166:4
176:1 178:11,22
185:8,8 187:9,22
191:17 193:22
198:2 201:24
202:6,14,16
213:11 214:21
216:14 217:15,20
217:21 222:9,10
222:25 227:24
232:20
**times** 31:6 47:7
50:13 52:23 60:22
75:3 85:23 86:2
86:12 90:14 180:4
180:12,14,17,19
183:4,6,9,11 190:8
190:10 201:5
204:18 211:23
**tissue** 28:18 38:3
158:19
**tissues** 23:23

**titled** 7:3,5,7,10,16
7:20 49:3 97:17
108:25 138:1
171:19 181:17
**today** 12:24 25:21
80:2 92:20 95:13
141:11 192:25
**today's** 10:3 13:18
**told** 38:19 56:8
58:13 59:2 63:19
100:21 102:3
123:15 131:4
147:18 161:13
162:20,22 165:1
**tolerance** 73:14,20
74:12 204:21
206:4 219:6,7,9,17
219:19,21 228:24
**tolerant** 204:22
**ton** 58:11 163:5
**tons** 100:24
**tool** 37:4,9,11
**top** 76:15 127:17
129:8 140:2
169:24 194:13,15
194:21 201:2
210:11,16 211:24
**topics** 152:11
220:1 225:12
**torok** 5:25
**total** 114:14 115:9
115:10 183:20,24
184:7
**totally** 176:12
**tough** 36:6 151:15
**tour** 122:23
**tower** 4:10
**tox** 22:14,18 23:1
23:3 27:24 28:3
28:16 38:14,20
39:5 41:14 54:16

75:9 76:18 78:1
79:8,18 80:5 87:1
91:4,13 99:24
113:2 115:2
118:15 119:12,15
131:6 132:20,21
144:2 145:16,19
146:9 153:18
156:14,18 191:24
195:5 209:21
210:24 217:25
218:2 219:20,23
220:3
**toxic** 62:3 71:14
71:19 72:2,14,23
73:10 76:2,4
137:2 205:25
**toxicity** 48:11 52:9
74:11 75:21 130:3
137:3 156:6
196:19 197:13
206:12 207:13
208:19
**toxicological**
75:24 191:20
**toxicologist** 21:25
59:24 132:11
135:18 170:3
**toxicologists** 71:17
228:21
**toxicology** 7:17
15:2,10,17 16:6
19:17 38:25 51:10
68:20 80:12 87:14
123:11 140:21
142:14,16 146:14
168:5 169:20
171:20 172:7
193:3,6,11,17,21
195:5 196:2 210:7
216:12 219:16

228:18
**track** 219:1
**traffic** 165:13
**trailed** 88:24
**train** 151:5
**training** 15:2,10
**tranquilizer** 58:25
**transcribed**
232:15 235:7
**transcript** 6:1
231:3,6,9,11
234:11,12 235:5
235:12 236:5,11
236:17
**transcription**
232:16
**transportation**
29:25
**traumatic** 77:4
**treat** 34:10 175:23
199:11
**treated** 199:17
200:14
**treatment** 110:12
**tremendous** 63:24
91:10
**trend** 7:8,11 86:20
109:1 138:2
**trends** 7:6,21
66:13,23,25 67:2,8
67:12 69:11 97:18
104:20 181:18
185:24
**trials** 15:23
**trick** 107:8
**tried** 44:5 53:3,7
161:4 162:9
**triple** 86:7
**true** 18:17 33:8
36:24 37:1 156:22
159:9 172:5

[true - urine]                                                                                          Page 42

183:10 219:15
232:16
**truth**  216:4 232:10
232:11,11
**try**  20:4,6 21:16
81:18,19 82:2
96:20 152:6,8
155:12 194:6
195:20 212:9
218:25 222:11
**trying**  51:15 64:1
75:2 134:16
151:15 158:2
161:17 200:2
219:10 228:25
**tube**  201:15
**tucker**  4:4 11:1
**tuckerellis.com**
4:6
**tune**  97:5 174:18
175:9,9,10
**turn**  36:15,17 37:6
107:1 111:8
120:22 229:19
**turned**  228:7
**turns**  229:20
**tweak**  222:9
**tweaked**  222:10
**twice**  105:9 187:1
**two**  14:2 32:18
59:17 60:3 69:24
77:19 85:22 86:1
88:19 101:10,10
105:4 109:10,10
111:13 112:4
120:24 124:25
127:7 128:11
156:9 157:12
165:24 169:19
176:23 179:23
182:23 183:19

193:18 194:24
196:14 198:17
202:25 203:3,12
203:13,15,20,23
204:24 207:15
209:17 222:13
227:3
**type**  24:21 29:7
48:6 67:12 74:18
77:20 78:7 94:5
116:11 132:8
143:13 144:10
145:3,7 157:22
165:3 184:2
210:12
**typed**  132:7
**types**  67:2 137:1
**typical**  17:16 19:8
167:24 175:6
178:15
**typically**  16:1,3
17:21,23 21:19
22:10 23:17 24:9
24:13 30:22 45:4
45:8 50:25 55:20
60:25 62:5 75:19
84:25 85:7,9
114:13 121:24
124:10 134:11
137:2 140:13
145:12,22 148:17
148:19,22 149:18
159:17 163:6
165:20 166:6
168:16 180:11
186:3 200:25
204:8 207:19
209:21 210:24
214:9 216:18
222:2 224:9,20

**typo**  118:20

**u**

**u**  226:12,18,20
**u.s.**  93:22
**uh**  32:24 51:14
60:20 72:16 73:1
84:22 156:10
164:24,24 170:15
186:9 187:11,21
203:22 206:8,22
215:5
**ultimately**  167:18
**undergoes**  201:13
202:1
**undergrad**  14:25
**underreported**
152:15 153:3
**understand**  12:23
13:8 24:24 25:20
28:12 42:2 44:11
44:13 72:1 88:4
89:7 94:2 96:22
134:16 152:20
184:22,22 202:19
202:23 203:17
204:5 205:4 227:9
228:23
**understanding**
25:23,24 60:18
75:11 106:14,21
161:3 198:23,24
**understood**  53:22
53:22 66:12 71:1
120:21 183:14
230:8
**undetermined**
51:2 136:14,15
147:20
**unfortunately**
182:21

**unique**  28:17,25
29:1 35:24 52:10
62:11 89:11,13
201:12 202:3
**unit**  71:22
**united**  1:1 10:8
167:10
**units**  135:15
**university**  15:1
21:13,14
**unknown**  135:10
221:12
**unknowns**  175:23
221:11
**unusual**  43:25
47:5,6
**updated**  110:11
**updating**  169:11
**upgrade**  178:22
**ups**  106:7
**uptick**  65:10,11
**urgent**  110:10
**urine**  23:23 24:16
28:18 29:2,5,7,11
29:12,14 31:5,20
31:21,25 32:4,7,9
32:14,15,19 33:8
34:25 37:3,24
40:1,4 43:10
44:20,23,24 45:13
51:22 52:15,16,17
52:19 53:17 54:17
55:9 56:18,24
57:9 59:18 77:1
78:21 111:14
124:24 155:9
156:20,23 157:1,6
157:22 159:8,12
160:5,14 165:10
165:18 167:1
202:21 204:1,2

212:5,18 214:4
**urines** 55:2
**usa** 4:18
**use** 28:4 30:4
35:13 36:23 37:9
37:11 40:13 61:16
78:17 85:23
127:24 134:1
137:5 140:10
142:21 143:9
147:8 153:4,16,17
156:1 164:19
168:2 170:20
193:12 201:6,11
204:14,15,16
205:2,11 206:4
211:9,21 222:2,25
223:1 224:1
**users** 56:8 110:9
**uses** 29:16 132:17
**usually** 124:20
140:20
**utac** 224:21
**utilized** 199:10
**utilizes** 111:13

**v**

**v** 1:12 234:6 235:3
236:3
**vacation** 22:3
**vaguely** 25:22
**validate** 175:11
223:2,11
**validation** 223:18
**valleys** 186:2
216:5
**value** 162:5
**variable** 219:10
**variety** 15:8 26:11
26:13 30:10 36:3
101:4 163:16
224:5

**various** 16:10 30:4
49:15 58:15 69:11
73:4 120:2 161:6
216:5,16 220:8
**vary** 221:25
**vein** 45:2,3
**verify** 104:5 223:7
225:17
**veritext** 234:1,7
237:1
**veritext.com.**
234:17
**version** 172:14
173:9,10,18 174:2
211:9
**versions** 131:6
214:23
**versus** 52:23 72:2
72:3 73:10,11
74:2,7 91:12
178:21 190:25
229:19,21
**vet** 59:2
**video** 8:1
**videographer** 5:25
10:1 11:19 12:5
66:2,5 108:14,17
108:20 109:6
151:24 152:2
192:10,19 209:5,8
227:20,23 230:14
**videotaped** 1:16
10:5
**vietnam** 67:23
68:3,14
**view** 26:3 27:15
89:2 91:17 93:5
95:18 163:11
189:2,21
**virginia** 4:11
21:13

**virtually** 189:3
**visibility** 87:2
154:3
**visual** 226:15
**visually** 225:15
**vitreous** 45:17
**vitro** 201:14 202:1
**vivo** 201:14 202:1
**volatiles** 212:25
214:8
**volume** 86:6 92:24

**w**

**wacker** 5:10
**wagon** 166:5
**wait** 56:13
**waite** 102:24
182:4
**waived** 234:19
**walmart** 2:15
10:22 11:7
**want** 13:25 29:17
31:14 65:21 68:14
68:25 83:15 88:4
95:12 96:20
109:15 111:7
120:9 131:16,16
133:1,12 135:19
137:16,19 140:9
140:23 142:13
145:13,22 146:3
149:25 151:3,8
152:10 164:23
168:10 170:11
172:1,3 179:25
180:11 182:9
188:1 195:20
224:23,24 229:15
**wanted** 18:2,24
38:14 78:15,21
87:20 98:17,20,21
107:18 116:4,9

186:18 194:1
220:8 225:3
**wants** 80:5 101:19
135:18
**war** 67:24
**warn** 73:13
**warrant** 59:3
**warranty** 179:12
**washington** 3:5
5:16
**waste** 217:15
**water** 71:19
**watson** 4:19,19
**way** 34:10 36:15
37:17,19,22 38:7,8
39:21 45:11 62:20
79:10 83:9 84:13
85:25 91:7 96:10
98:22,23 100:16
101:15 105:5
122:21 135:13
136:25 139:4
142:2 144:25
153:17 154:15
155:7 159:19
173:15 179:2
191:20 192:3
196:6 206:20
211:25 214:16
215:7 217:16
222:11
**ways** 28:24 63:7
155:14 161:4
183:17
**wc.com** 3:6
**we've** 31:15,15
55:18 65:20 71:16
71:18 81:1 83:12
85:13 158:7
189:20 213:6
218:22 228:3

**wear** 162:16
**website** 121:6,11
  121:13,20 122:12
  122:12,13 138:7
**weed** 163:18,18
  189:10
**week** 17:16,25
  32:23 88:19 98:13
  137:7 222:19
**weekend** 57:18
  58:12 88:20
  166:14 185:14
**weekends** 17:23
  90:7
**weekly** 90:3
**weeks** 5:15 11:25
  11:25 32:15,18
  39:5 57:20,21
  99:3 103:7,9,9
  186:23 209:17
**weigh** 226:2
**weight** 74:11
**went** 13:19 78:16
  82:4,11 86:3
  101:14,17 133:6
  143:20 149:21
  209:3
**west** 4:11 5:10
  21:13 168:3
**wheel** 113:6
**whereof** 233:5
**wild** 164:2
**williams** 3:3,8
  10:24 11:5
**willing** 38:17
**wind** 15:12
**window** 42:23
**withdrawal**
  219:24
**witness** 2:3 12:6
  65:23 66:1 95:14

95:17 125:17
128:21 141:24
143:8 150:8
184:17 208:24
232:9,13,15,18
233:5 234:8,11
235:1,4,11 236:1,4
236:15
**witness's** 231:2
**witness'** 234:14
**woman** 102:24
**wonderful** 72:20
**wondering** 173:1
**word** 31:6 66:14
  66:22 117:5
  119:19 131:5
  132:22 153:4
  211:1
**words** 18:22 22:11
  24:2 28:6 31:8
  33:12 34:16 39:19
  43:2 55:18 71:21
  73:19 78:20 80:3
  96:13 99:23 113:3
  114:21 146:22
  153:6
**work** 16:2,16,17
  16:21,25 17:3,12
  18:7 19:25 22:20
  22:20 26:10 27:22
  37:19 38:9 46:22
  49:21 55:12 68:23
  68:23 79:17,18,22
  80:6 83:9 86:3
  90:6 99:21 100:6
  100:24 119:6
  125:22 137:9,22
  138:18 148:12
  150:15,18 161:8
  162:6,18,25
  164:25 166:13,14

167:12 210:22
220:9 225:5 227:5
**worked** 20:12,15
  97:12
**working** 20:11,16
  43:5 130:17 170:1
  170:6 225:21,23
**workload** 161:5
  162:16
**works** 22:10,16
  37:18,22 45:9
  134:16
**world** 154:4
**worldwide** 224:7
**worse** 185:16
**worthless** 32:10
**wound** 24:3,15
  136:11,21
**write** 21:16 23:10
  99:7 101:19
  115:15,19,21
  134:25 170:9
  176:23 184:21
  200:12,13 207:22
  210:24
**writing** 27:2 42:15
  99:1 177:2
**written** 26:24
  180:20
**wrong** 26:5 27:17
  64:2 102:13
  106:16 128:25
  138:9 147:19
**wrote** 54:14
  115:20 116:3
  162:14 173:12
  180:21,22 193:9
  196:25 197:1

## x

**x's** 210:12
**xanax** 125:9
  226:23
**xyz** 34:17 80:5

## y

**yeah** 14:16 19:9
  25:22 26:20 27:6
  28:13 33:15 50:23
  54:10 62:23 66:21
  72:2 75:7 77:21
  81:19 82:12 85:4
  88:8 89:8 95:14
  96:23 100:3,19
  103:24,24 112:17
  118:12 122:14
  130:6,6 133:14
  138:22,22 142:6
  143:1 150:3,8
  151:22 152:21
  153:3 154:5 156:4
  158:17 163:2,2,8
  164:16 168:15
  171:7 174:4
  177:10,16 179:5
  180:7,18 182:5
  183:11 184:12
  191:2 197:10
  198:25 202:20
  209:2 213:14
  215:9 223:20
  225:21 228:16
  229:14
**year** 7:8,11 15:7
  17:22 25:8 38:16
  38:21 50:20,25
  51:3 54:24 59:16
  63:20,22 64:6,16
  64:19 65:10 67:4
  85:12 93:6 95:5

**[year - zoo]**

104:17 106:4
109:1 113:3
114:15 124:21
128:9,11 138:2
147:20 154:7,7
162:21 170:24
175:20 176:17
178:20 185:19
**year's**   151:4
**years**   17:2 18:8
27:1 36:1 50:15
51:1,2 65:3 67:7
68:10 69:9,23,24
69:25 70:5 80:25
82:8,8,14 83:4
84:7 85:22 114:9
119:24 125:24
128:6 146:7
147:25 151:11
161:7 177:14
186:1,4,10,11,15
187:5,6,17 189:23
190:1,2 204:24
212:12 214:24
227:15 228:10
229:2
**yesterday**   48:22
169:9
**york**   4:22,22 5:6,6
**young**   54:24 55:20
**younger**   136:12

**z**

**zerrusen**   4:14 11:8
11:8
**zoo**   56:10 59:1,5,7
60:2

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.