Page 1

1                  IN THE UNITED STATES COURT

2                 NORTHERN DISTRICT OF OHIO

3                     EASTERN DIVISION

4

5             ~~~~~~~~~~~~~~~~~~~~~

6   IN RE:  NATIONAL PRESCRIPTION

7   OPIATE LITIGATION            MDL No. 2804

8                                Case No.

9                                17-mdl-2804

10                               Judge Dan Polster

11

12   This document relates to:

13   The County of Cuyahoga, Ohio, et al., v.

14   Purdue Pharma L.P., et al.,

15   Case No. 1:17-OP-45004 (N.D. Ohio)

16

17             ~~~~~~~~~~~~~~~~~~~~~

18             Videotaped deposition of

19                   DEREK SIEGLE

20               January 23, 2019

                     9:20 a.m.

21

                     Taken at:

22             Baker Hostetler, LLP

           127 Public Square, Suite 2000

23                 Cleveland, Ohio

24             Wendy L. Klauss, RPR

25

Page 2

1  APPEARANCES:
2
3    On behalf of the Witness:
      Taft Stettinius & Hollister LLP
      GREGORY J. O'BRIEN, ESQ.
4     200 Public Square, Suite 3500
      Cleveland, OH  44114-2302
5     (216) 241-2838
      Gobrien@taftlaw.com
6
7    On behalf of Distributor Defendant
     McKesson Corporation:
      Covington & Burling LLP
8     STEPHEN F. RAIOLA, ESQ.
      LAURA FLAHIVE-WU, ESQ.
9     One CityCenter
      850 Tenth Street, NW
10    Washington, DC  20001-4956
      (202) 662-6000
11    Sraiola@cov.com
      Lflahivewu@cov.com
12
     On behalf of Walmart Inc. F/K/A Wal-Mart
13   Stores, Inc.
      Jones Day
14    NEAL J. STEPHENS, ESQ.
      1755 Embarcadero Road
15    Palo Alto, CA  94303
      (650) 739-3939
16    Nstephens@jonesday.com
17   On behalf of Distributor
     AmerisourceBergen Drug Corporation,
18   Co-Liaison Counsel for the Distributor
     Defendants:
19    Reed Smith LLP
      STEVEN J. BORANIAN, ESQ.
20    101 Second Street
      Suite 1800
21    San Francisco, CA  94105
      (415) 543-8700
22    Sboranian@reedsmith.com
23
24
25

Page 3

1  APPEARANCES, Continued:
2    On behalf of Endo Health Solutions, Inc.,
      Endo Pharmaceuticals Inc., Par
3     Pharmaceutical, Inc., and Par
      Pharmaceutical Companies, Inc.,(FKA Par
4     Pharmaceutical Holdings, Inc.)
      Arnold & Porter
5     NEDA HAJIAN, ESQ.
      777 South Figueroa Street
6     44th Floor
      Los Angeles, CA  90017-5844
7     (213) 243-4000
      Neda.Hajian@arnoldporter.com
8
     On behalf of Mallinckrodt LLC
9    and SpecGx LLC:
      Ropes & Gray
10    HAYDEN A. MILLER, ESQ.
      1211 Avenue of the Americas
11    New York, NY  10036
      (212) 596-9451
12    Hayden.miller@ropesgray.com
           ~ ~ ~ ~ ~
13
     ALSO PRESENT:
14    John Stringer, Videographer
           ~ ~ ~ ~ ~
15
16
17
18
19
20
21
22
23
24
25

Page 4

1            TRANSCRIPT INDEX
2
3   APPEARANCES:............................    2
4
5   INDEX OF EXHIBITS .......................    5
6
7   EXAMINATION OF DEREK SIEGLE
8   By Mr. Raiola............................    7
9   By Mr. Stephens..........................  169
10
11  REPORTER'S CERTIFICATE...................  211
12
13  EXHIBIT CUSTODY
14  EXHIBITS RETAINED BY COURT REPORTER
15
16
17
18
19
20
21
22
23
24
25

Page 5

1            INDEX OF EXHIBITS
2  NUMBER      DESCRIPTION        MARKED
3  Exhibit 1  Ohio High Intensity Drug .....  19
             Trafficking Area 2017 Annual
4            Report, Beginning with Bates
             Label OH-HIDTA 000989
5
   Exhibit 2  FY 2012 Discretionary ........  60
6            Funding Request, Beginning
             with Bates Label OH-HIDTA
7            003263
8  Exhibit 3  Ohio HIDTA 2002 Threat .......  69
             Assessment, Beginning with
9            Bates label OH-HIDTA 0033501
10 Exhibit 4  Native Spreadsheet Produced, . 103
             with the Bates number
11           OH-HIDTA 000001
12 Exhibit 5  Opioids: A crisis Still ......  108
             Facing Our Entire Community,
13           Beginning with Bates Label
             OH-HIDTA 003821
14
   Exhibit 6  Ohio High Intensity Drug .....  113
15           Trafficking Area Drug Market
             Analysis, Beginning with
16           Bates Label OH-HIDTA 002635
17 Exhibit 7  ARCOS Map, Beginning with ....  139
             Bates Label OH-HIDTA 001033
18
   Exhibit 8  March 3, 1999 Letter, with ... 145
19           Application Attached,
             Beginning with Bates Label
20           OH-HIDTA 003369
21
22
23
24
25

2 (Pages 2 - 5)

Page 6

1        INDEX OF VIDEO OBJECTION
2    OBJECT                        PAGE
3    objection................................ 199
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1        THE VIDEOGRAPHER:  It is 9:20 a.m.
2    We are on the record.  Will the court reporter
3    please swear in the witness.
4        DEREK SIEGLE, of lawful age, called
5    for examination, as provided by the Statute,
6    being by me first duly sworn, as hereinafter
7    certified, deposed and said as follows:
8        MR. RAIOLA:  Stephen Raiola,
9    Covington & Burling, on behalf of McKesson.
10       MR. STEPHENS:  Neal Stephens, from
11   Jones Day, on behalf of Walmart.
12       MR. O'BRIEN:  Greg O'Brien, Taft
13   Stettinius & Holster, here representing Derek
14   Siegle.
15       THE NOTARY:  On the phone, please.
16       MS. HAJIAN:  Neda Hajian, from
17   Arnold & Porter, on behalf of Endo and Par.
18       MR. MILLER:  Hayden Miller, from
19   Ropes & Gray, on behalf of Mallinckrodt LLC and
20   SpecGx LLC.
21       EXAMINATION OF DEREK SIEGLE
22   BY MR. RAIOLA:
23       Q.   Good morning, Mr. Siegel.
24       A.   Good morning.
25       Q.   Thank you for being here today.  As

Page 8

1    I mentioned before, I'm Stephen Raiola with the
2    law firm of the Covington & Burling, and I
3    represent McKesson.
4        Can you please state and spell your
5    full name for the record.
6        A.   Yeah.  Derek, D-E-R-E-K, last name
7    Siegel, S-I-E-G-L-E.
8        Q.   Can you also state your address for
9    the record, please.
10       A.   Yes.  5082 West 5th Street,
11   Brooklyn Heights, Ohio, 44131.
12       Q.   Have you ever testified at a
13   deposition before?
14       A.   I have not.
15       Q.   Have you ever otherwise testified
16   under oath before?
17       A.   Yes, I have.
18       Q.   When did you testify?
19       A.   During my career in law
20   enforcement.
21       Q.   Were those trials, cases?
22       A.   Yeah.  Grand jury and trials.
23       Q.   What type of trials?
24       A.   I think from white collar crime,
25   bank fraud, telemarketing fraud, to drug cases

Page 9

1    or kidnappings or sexual assaults on the Indian
2    reservation.
3        Q.   Any opioid cases?
4        A.   Not that I recall.
5        Q.   Have you testified before any
6    legislative bodies under oath before?
7        A.   I do not believe under oath, but I
8    have testified, provided testimony to
9    legislative bodies.
10       Q.   Which legislative bodies have you
11   testified before?
12       A.   The state legislature here in Ohio,
13   some of the subcommittees that they had dealing
14   with marijuana, and also I was in Washington,
15   D.C., and I don't remember the name of the
16   subcommittee that I testified regarding the
17   HIDTA program.  That was probably last spring.
18       Q.   Approximately how many times would
19   you say you have testified before legislatures?
20       A.   Probably four.
21       Q.   And in all, about marijuana?
22       A.   Normally about marijuana or
23   forfeiture laws, things that have to do with
24   drug law enforcement.
25       Q.   And then when you testified in DC

3 (Pages 6 - 9)

Page 10

1 regarding the HIDTA program, can you briefly
2 discuss, kind of, what your testimony was
3 about?
4     A.    It was about what the HIDI program
5 is, how we work with state and locals, why we
6 should remain under -- the Office of National
7 Drug Control Policy program is a grant program,
8 rather than being moved to the Drug Enforcement
9 Administration, and what we do as a program and
10 how successful we are.
11     Q.   Okay.  I'm going to go over a few
12 ground rules of the deposition today, since you
13 haven't been deposed before.
14        First, the court reporter swore you
15 in at the beginning of the deposition today.
16 Do you understand that that means that you are
17 testifying under oath today and that your
18 testimony will have the same effect as if you
19 were testifying under oath in court?
20     A.   I do.
21     Q.   I'll do my best to ask questions
22 that you can understand.  Sometimes I'll
23 probably say something that's confusing.  If
24 you don't understand one of my questions,
25 please just ask me to rephrase it, and I'll do

Page 11

1 my best to give you a question that makes sense
2 to you, okay?
3     A.   Okay.  Thank you.
4     Q.   Conversely, if I ask a question and
5 you give an answer, then I'll take it as a sign
6 that you understood the question, okay?
7     A.   Okay.
8     Q.   The court reporter is typing your
9 answers to my questions, so it is important for
10 you to answer audibly instead of -- by saying
11 yes or no, rather than by nodding or saying
12 uh-huh, okay?
13     A.   Alrighty.
14     Q.   And it is important that we take
15 turns speaking, because if we both speak at the
16 same time, the court reporter won't be able to
17 type what we are both saying, okay?
18     A.   Okay.
19     Q.   Your counsel may have objections to
20 some of my questions.  Unless counsel instructs
21 you not to answer, you are obligated to answer
22 that question, once your counsel has made an
23 objection for the record, okay?
24     A.   Okay.
25     Q.   Finally, if at any point you need a

Page 12

1 break, you can tell me that you need a break.
2 I'll try and break every hour, but all I'll ask
3 is that you answer the pending question before
4 we go on break, okay?
5     A.   Okay.
6     Q.   Is there any reason why you cannot
7 give complete and truthful testimony today?
8     A.   No, there is not.
9     Q.   What, if anything, did you do to
10 prepare for today's deposition?
11     A.    We provided documents and reviewed,
12 you know, not densely for the deposition, but
13 according to the subpoena for documents, and I
14 met with my attorney one time regarding the
15 deposition.
16     Q.   How long did you meet about the
17 deposition?
18     A.   Probably an hour and a half.
19     Q.   Was there anyone else present
20 besides Mr. O'Brien?
21     A.   No, there was not.
22     Q.   Besides meeting with Mr. O'Brien,
23 did you review any documents in preparation for
24 your deposition today?
25     A.   Only the ones that we were

Page 13

1 preparing for the turnover, pursuant to the
2 document subpoena, as we were preparing some of
3 those.  But specifically for this, no.
4     Q.   Did you review the complaint in
5 this case?
6     A.   I did not.
7     Q.   Did you talk to anyone other than
8 attorneys and some of the law enforcement
9 officers that work in Ohio HIDTA about the
10 deposition today?
11     A.   No, I did not.
12     Q.   Did you do any independent
13 literature searching or Google anything on the
14 internet?
15     A.   I did not.
16     Q.   When were you first told that you
17 would be giving a deposition in this case?
18     A.   Whenever the subpoena from the
19 district court was accepted at the Ohio HIDTA,
20 and I was out of town the day it was accepted,
21 and I don't remember exactly what day that was,
22 but I believe it was in December, maybe
23 November.
24     Q.   What specifically were you told
25 about the deposition today?

4 (Pages 10 - 13)

Page 14

1    A.    As far as my understanding or
2  who --
3    Q.    Yeah.  What's your understanding of
4  the --
5    A.    My understanding is that there has
6  been a lawsuit filed by the City of Cleveland,
7  City of Akron, and their two counties against
8  pharmaceutical companies regarding the
9  pharmaceutical and opioid problem, and that's a
10  general term.  I haven't really researched it,
11  I haven't read it, and, as I said, I haven't
12  read the complaint.
13    Q.    Do you have an understanding of who
14  the defendants in this case are?
15    A.    I do not.  Other than the general
16  term "pharmaceutical companies."
17    Q.    Do you understand that there are
18  three different categories of defendants,
19  including manufactures, distributors and retail
20  pharmacies in this case?
21    A.    I did not know that.
22    Q.    Do you know the difference -- do
23  you understand the differences between
24  manufacturers, distributors and retail
25  pharmacies?

Page 15

1    A.    I think I do.
2    Q.    And what's the difference, as far
3  as you understand?
4    A.    Well, the manufacturer makes them
5  and has the plant that puts them together, the
6  distributors put them out there to the medical
7  sales people, who provide them to the doctors
8  and the hospitals, would be my guess.
9    Q.    And that's just your own
10  speculation; you're not personally familiar
11  with it --
12    A.    No, I'm not.  No, I don't deal with
13  the pharmacy business or any enforcement in
14  that area.
15    Q.    Have you ever spoken, to the best
16  of your knowledge, with any of the defendants
17  in this case at all?
18    A.    I do not believe I ever have.
19    Q.    Where are you from originally?
20    A.    Columbus, Ohio.
21    Q.    And where do you currently live?
22    A.    Brooklyn Heights, Ohio.
23    Q.    Can you briefly describe your
24  educational background?
25    A.    I have a bachelor's in accounting

Page 16

1  from Walsh College in 1982.
2    Q.    Do you have any higher education
3  after that?
4    A.    No, I don't.
5    Q.    Any certifications or training?
6    A.    I've been through the police
7  academy here in Ohio and the FBI academy.
8    Q.    Where are you employed currently?
9    A.    The Ohio HIDTA, High Intensity Drug
10  Trafficking Area Program.
11    Q.    And HIDTA would be the acronym --
12    A.    Acronym.
13    Q.    -- for High Intensity Drug
14  Trafficking Area Program, correct?
15    A.    Yes, sir.
16        I'm actually an employee of the
17  City of Independence, because they act as our
18  fiduciary.
19        THE NOTARY:  Make sure you let him
20  finish the question, please.
21        THE WITNESS:  Okay.
22    Q.    And you are currently the executive
23  director of Ohio HIDTA; is that correct?
24    A.    Yes, sir.
25    Q.    How long have you been the

Page 17

1  executive director of Ohio HIDTA?
2    A.    Since August 1 of 2009.
3    Q.    Is that when you started, first
4  started working for Ohio HIDTA?
5    A.    Yes, sir.
6    Q.    What are your responsibilities as
7  the executive director of Ohio HIDTA?
8    A.    I manage the day-to-day operations
9  of the Ohio HIDTA, as far as the budget goes,
10  the performance of our initiatives or task
11  forces, that they are, you know, using the
12  funds as appropriated to them by the executive
13  board, and that we are complying with the
14  Office of National Drug Control Policy policy
15  and guidelines for the HIDTA program, period.
16        I don't know if it would help if I
17  gave a little bit of what HIDTA is.  A lot of
18  people don't know what our function is.  I
19  don't know if that would help.
20    Q.    Yeah.  We can turn right there.  So
21  what is a High Intensity Drug
22  Trafficking Area --
23    A.    We are a federal drug program
24  funded out of the Office of National Drug
25  Control Policy, or ONDCP, and our primary

5 (Pages 14 - 17)

Page 18

1  function as a grant program is to provide
2  funding to our task forces or initiatives that
3  are in HIDTA-designated counties. We have to
4  be a HIDTA-designated county to spend money in
5  those counties. Not every county qualifies.
6          And so our primary mission is a
7  funding mechanism to provide funding to the
8  drug task forces for whatever purpose they deem
9  appropriate that they need to help their
10  operations.
11          We are not operational, we do not
12  conduct investigations, we do not control
13  investigations, we do not tell anybody how to
14  do investigations or who to investigate or what
15  types of investigations to operate.
16          The second thing we do is we
17  provide training. We are required to have a
18  training program, so we offer training to our
19  task forces and other law enforcement agencies
20  on various means of drug investigations,
21  undercover investigations, sometimes whatever
22  they have requested, and we set up the training
23  and pay for it, and they attend the training,
24  and the trainers come from outside of. They
25  are not HIDTA employees or HIDTA, you know,

Page 19

1  workers.
2          Then the third thing we do is
3  provide case support to our investigative
4  support center, which is staffed with criminal
5  intelligence analysts, and they do things that
6  are requested by the investigating agencies and
7  task forces to support their case.
8          All requests come from them, they
9  don't do any independent investigation, and
10  that support could be in the form of cell phone
11  analysis, cell phone ping analysis, GPS data
12  analysis, link analysis, and those types of
13  things, to support the investigator, and all
14  the information that comes from HIDTA comes
15  from our task forces.
16      Q.   I'm going to have the court
17  reporter mark as Exhibit 1 a document that is
18  Bates stamped OH-HIDTA 000989.
19          - - - - -
20          (Thereupon, Deposition Exhibit 1,
21          Ohio High Intensity Drug Trafficking
22          Area 2017 Annual Report, Beginning
23          with Bates Label OH-HIDTA 000989,
24          was marked for purposes of
25          identification.)

Page 20

1          - - - - -
2      Q.   Do you recognize this document?
3      A.   I do.
4      Q.   What is it?
5      A.   It is the 2017 annual report for
6  the Ohio HIDTA.
7      Q.   And you prepare annual reports like
8  these every year?
9      A.   Yes, we prepare annual reports
10  every year.
11      Q.   Can you turn to page 001025.
12      A.   Would you repeat that, please.
13      Q.   Yeah. 001025.
14      A.   Yes, I'm there.
15      Q.   And is this -- this is the 2017
16  Ohio HIDTA organizational chart; is that
17  correct?
18      A.   Yes, sir.
19      Q.   Is this organizational structure
20  the same way Ohio HIDTA operates today?
21      A.   Yes, it is. I would have to look
22  real quickly at the investigative initiatives
23  that we continue to add and grow.
24          So currently -- this was at the end
25  of 2017. During 2018, we added other task

Page 21

1  forces that we fund down in Franklin County,
2  Ohio, Lorain -- let's see. Let me see if
3  Lorain is on here -- yeah, Lorain is on here.
4          We added Franklin County Drug Task
5  Force, I don't believe they are on here, and
6  the major crimes unit in Fairfield County,
7  Ohio, and we have added three counties in
8  Western Pennsylvania that have just come on
9  board the Ohio HIDTA, and this will be updated
10  in the next annual report.
11          And we have added one executive
12  board member, who is the U.S. Attorney in the
13  Western District of Pennsylvania. So there is
14  actually 24 members on the executive board now.
15      Q.   Now, according to this chart, there
16  are four main initiatives: the investigative
17  support initiative, the training initiative,
18  the management coordination initiative, and
19  then there is a bunch of investigative
20  initiatives; is that correct?
21      A.   Yes, sir.
22      Q.   And I believe in one of your
23  previous answers, you talked a little bit about
24  these.
25          What is the management and

6 (Pages 18 - 21)

Page 22

1    coordination initiative?
2        A.    That's comprised of myself; my
3    deputy director sits in Columbus, Ohio; a
4    financial manager and my executive assistant
5    and office manager, who also is a training
6    coordinator, so she wears both hats; and we,
7    again, make sure the money is spent right, the
8    budgets are completed, the training program
9    operates efficiently, and that our task forces
10   or initiatives are operating as they should be
11   and spending the money correctly.  It's a
12   management coordination oversight initiative.
13       Q.    Is that the initiative that manages
14   the day-to-day operations of HIDTA?
15       A.    Of HIDTA, but not of the
16   initiatives.
17       Q.    You talked a little bit about the
18   training initiative in your prior answer.  How
19   does the training initiative go about deciding
20   what training to provide to Ohio HIDTA each
21   year?
22       A.    She will canvas the task force
23   commanders who run each of the initiatives, she
24   will talk to other law enforcement members, she
25   will talk to the executive board, which is

Page 23

1    comprised primarily of all law enforcement
2    personnel, to see what their needs are, what
3    classes they would like, and over the years of
4    dealing with people who provide law enforcement
5    training, they will contact her with new
6    training, and she will prepare a training
7    schedule that fits within her budgeted -- you
8    know, her budget for every year, and put that
9    schedule out to everybody.
10       Q.    And when you provide training, you
11   provide it to all the members of Ohio HIDTA; is
12   that correct?
13       A.    Yes.  It is open to all our
14   initiatives first, so anybody who is
15   participating in those initiatives that are
16   listed at the bottom of the chart there, and
17   then if there is open spaces, to any law
18   enforcement personnel.
19       Q.    What region does Ohio HIDTA
20   encompass, just so that we've, kind of, got
21   down, you know, every county that's currently
22   in Ohio HIDTA?
23       A.    Well, if you look, I believe it's
24   listed here, but there is 15 counties in Ohio,
25   three counties in Northern Kentucky, and three

Page 24

1    counties in Western Pennsylvania.
2        Q.    And those counties in Northern Ohio
3    include Cuyahoga County and Summit County; is
4    that correct?
5        A.    Yes.
6        Q.    Have Summit County and Cuyahoga
7    County always been in Ohio HIDI --
8        A.    Yes.  They were since we started in
9    1999.  They were part of the original five
10   counties.
11       Q.    In 2018, what trainings has Ohio
12   HIDTA offered?
13       A.    I do not know, off the top of my
14   head.  We have a training list, and I believe
15   that's been provided as part of the documents
16   that have or will be turned over.
17       Q.    Do you know if any of the trainings
18   related to opioids or prescription opioids?
19       A.    I do not know, off the top of my
20   head.
21       Q.    Investigative support center
22   initiative, can you talk a little bit more
23   about that?
24       A.    Yes.  That's where the case support
25   occurs, where the analysts provide some of the

Page 25

1    things I talked about earlier, cellphone
2    analysis, the pinging of cellphone analysis,
3    social media research on subjects or targets,
4    GPS matters and charting that out, link
5    analysis, to make connections between
6    individuals and organizations.
7             And we also, through there, provide
8    what we call deconfliction, which is a system
9    that has two functions.  There is event
10   deconfliction, that the law enforcement officer
11   goes in and says, I'm going to be either buying
12   drugs, selling drugs, doing surveillance,
13   making an arrest or something in this specific
14   area.
15            And the system is set at different
16   areas, depending how close in proximity you
17   want that circle to be, it will tell you if
18   somebody else in law enforcement is doing
19   something in that area, that day at that time.
20            That's really to prevent what we
21   call a blue-on-blue incident, so that, you
22   know, for instance, DEA is not selling drugs
23   and FBI is buying drugs, and we are doing it
24   with each other.
25            You know, where you're in the same

7 (Pages 22 - 25)

Page 26

1   area, in an undercover capacity, to prevent
2   officers from, you know, drawing down on each
3   other.  So they know that there is other law
4   enforcement.
5           The other function of deconfliction
6   is what we call subject or target
7   deconfliction, where a name or an address or
8   something can be entered by an investigative
9   agency when they open an investigation, and it
10  will show them immediately, and both sides will
11  receive a notice that, hey, there is a
12  conflict, you better contact so and so at this
13  agency.
14          And it prevents duplication of
15  effort, and things like that, so we're not
16  working the same subjects and not knowing it.
17      Q.   Can you talk a little bit more
18  about what an investigative initiative is?
19      A.   Those are our task forces that --
20  as I said, we fund -- I didn't say.  We fund, I
21  would say, 17 what I would call traditional
22  drug task forces: those task forces that are
23  out there investigating drug trafficking
24  organizations, drug dealers, and then we also
25  fund two U.S. Marshals in the two districts in

Page 27

1   Ohio, the northern district and the southern
2   district, as they arrest drug fugitives, so
3   they are allowed to receive HIDTA funding, and
4   we also provide money to the Ohio State Highway
5   Patrol for interdiction on the highway.
6           But each of those operations
7   operate, either the task force -- or controlled
8   by the task force commander, on a daily basis,
9   and what is investigated and how it is
10  investigated.
11          Again HIDTA, and the policy of the
12  HIDTA is very clear that HIDTA does not make
13  any operational decisions or control anything
14  operationally.  They really operate independent
15  of the Ohio HIDTA, other than we make sure that
16  the money is spent, you know, in the categories
17  they say and that it is being spent correctly,
18  and at the end of year, on an annual basis,
19  that they are performing and we are getting a
20  return on our investment.
21      Q.   So is it fair to say then that
22  other than providing funding to those
23  initiatives and then periodically, at the end
24  of the year, looking at their deliverables and
25  seeing what they are needing, that you don't

Page 28

1   have any -- Ohio HIDTA doesn't otherwise have
2   any direct involvement with the day-to-day
3   operations --
4       A.   That's correct.
5       Q.   -- of those initiatives?
6           How do you measure return on your
7   investment?
8       A.   We look at what we fund each task
9   force.  So if they receive $100,000, we will
10  compare it to what assets have you seized,
11  whether it be cash or property, and also what
12  is the wholesale value of drugs that you have
13  removed from the street, and then do the, you
14  know, division and say, for every dollar we
15  give you, you give back $5 or $10.
16      Q.   And how do you decide which task
17  force to allocate money to?
18      A.   The executive board is the final
19  decision on all the things that happen through
20  HIDTA, and initially, the budget was set before
21  I ever got here, and we look at it on an annual
22  basis, and the board can make adjustments for,
23  you know, if they have more people, less
24  people, of if we have to spread the money more
25  frugally through more task forces as we add

Page 29

1   initiatives, but it is up to the executive
2   board who is funded how much.
3       Q.   I want to briefly go back through a
4   few questions on your background.  Before you
5   were the executive director of HIDTA, where did
6   you work?
7       A.   I was the assistant special agent
8   in charge for the Cleveland FBI.
9       Q.   And how long were you in that
10  position?
11      A.   Approximately three and a half
12  years.
13      Q.   And what were your responsibilities
14  in that role?
15      A.   I was responsible for all the
16  criminal programs that the FBI worked and also
17  the administrative operations of the office.
18      Q.   So that would have been around 2006
19  to 2009?
20      A.   Yes, sir.
21      Q.   Did any of the criminal programs
22  that the FBI operated then relate to opioids or
23  prescription opioids?
24      A.   We had a drug squad, that is a
25  participant in the Northern Ohio Law

8 (Pages 26 - 29)

Page 30

1  Enforcement Task Force, that was set up to
2  address drugs, but it was not set up
3  specifically for one drug or another.
4      Q.   Can you summarize the rest of, kind
5  of, your professional background, going back
6  from when you graduated college until you
7  worked for the FBI?
8      A.   After college, I worked at a public
9  accounting firm for a couple years, was laid
10  off after tax season.
11         I'll tell you the whole story, but
12  worked construction for a little while, decided
13  I didn't want to be an accountant.  What do you
14  do with an accounting degree?  I knew the FBI
15  hired accountants, so I applied at the FBI,
16  didn't get in the first go-around, so I became
17  a police officer in Twinsburg, Ohio for two
18  years, reapplied at the FBI and was successful
19  in getting into the FBI.
20         After graduation from the academy
21  in 1987, I was assigned to the Albuquerque
22  division, where I worked primarily white collar
23  crime, based on my background, but also worked
24  for approximately a year on the drug squad down
25  there.

Page 31

1         I was then transferred to the
2  Marquette Resident Agency in the Upper
3  Peninsula of Michigan, out of the Detroit
4  division, and again primarily worked white
5  collar for the first part of the four years I
6  was there, and then became more of a general
7  whatever-happened-in-the-area.  So there were
8  Indian crimes, bank robberies, things like
9  that.
10         I transferred to FBI headquarters
11  in 1995 and spent approximately two years, two
12  and a half years in the financial institution
13  fraud unit, and then was transferred to be a
14  supervisor in the Louisville, Kentucky
15  division, where I supervised the white collar
16  crimes squad for approximately two, two and a
17  half years.
18         Transferred back to FBI
19  headquarters, as a unit chief in the program
20  called Public Safety Wireless Network Program,
21  which dealt with inoperability issues and
22  public safety.
23         Following that, I transferred to
24  the Billings, Montana Resident Agency, where I
25  worked as an agent for two years.  Went back to

Page 32

1  Washington, D.C., in the Office of Professional
2  Responsibility, which is our internal affairs,
3  and was there for approximately two years as --
4  was promoted to assistant section chief of the
5  financial crimes section at FBI headquarters,
6  where I was for about two to three years.
7         And then my last stop was assistant
8  special agent in charge of Cleveland, which you
9  said would have been, I believe, March of 2009
10  to August of -- I mean 2006 to August of 2009.
11      Q.   And approximately the past ten
12  years you have been at HIDTA?
13      A.   The HIDTA.
14      Q.   As a result of your employment as
15  the executive director of Ohio HIDTA, do you
16  consider yourself to have expertise in the drug
17  markets, drug threats, the drug trafficking
18  trends in the Ohio HIDTA region?
19      A.   I don't consider myself an expert.
20  I consider myself a compiler of information, as
21  where all our information that goes into these
22  reports comes from those investigative
23  initiatives that are listed on the chart there.
24         All the data that we compile and
25  use in our reports either comes from the

Page 33

1  information gleaned from their investigations
2  and their operations, or from outside agencies,
3  such as department of health, county medical
4  examiners and such.
5      Q.   And do you have any reason to doubt
6  any of the information you are provided?
7      A.   No, I do not.
8      Q.   And are you involved at the end of
9  every year with the preparation of the annual
10  reports, the Exhibit 1 that's in front of you?
11      A.   Yes, I am.
12      Q.   So every year when -- is it fair to
13  say that every year you collect at least the
14  information that all those agencies provide to
15  you to come up with the various threat
16  assessments for the Ohio HIDTA region?
17      A.   Yes.
18      Q.   So would you say then that even
19  though you don't personally know the data
20  that -- even though you are not personally
21  familiar with the data that's provided to you,
22  you are familiar with all the data when it
23  comes in to you and -- strike that.  That was a
24  bad question.
25         Is it fair to say then that you are

9 (Pages 30 - 33)

Page 34

1  generally familiar with the drug trafficking
2  trends in the region, as they are reported to
3  you?
4      A.   I'm familiar with the data that we
5  put into our performance management process
6  system, or PMP, that is provided by the
7  initiatives on a quarterly basis, as far as
8  their accomplishments.
9      Q.   What is the process for sourcing
10  the data in the HIDTA annual reports?
11      A.   I'm not sure I understand what you
12  are mean by "sourcing."
13      Q.   Reviewing the data before putting
14  it into the annual report?
15      A.   Well, the PMP data, which is -- we
16  see the core tables listed in here, where it
17  talks about drug trafficking organization
18  seizures.  That is provided by the task force
19  commanders on a quarterly basis.  We have a PMP
20  coordinator who inputs that into the system,
21  the PMP system, and she reviews it.
22          When we meet with them, you know,
23  we, on an annual basis, we go over that data
24  and to make sure it is accurate.  And that
25  comprises most of the statistical data that

Page 35

1  goes into here.
2          The other data, as I said, comes
3  from other agencies where we gather to support,
4  you know, and see what they are seeing and what
5  we are seeing, to present a picture of what it
6  appears to be or what is the drug problem in
7  our Ohio HIDTA region.
8      Q.   So what do you do to go over the
9  data to make sure it is accurate?
10      A.   We have requirements for what
11  constitutes a drug trafficking organization, as
12  far as five or more people in leadership
13  structure, because as a program we want to make
14  sure we are going after drug trafficking
15  organizations, not just a drug dealer.
16          We also, when we meet with them, we
17  will talk about things, like this shows that
18  you have had X number of Title IIIs, or you
19  have had this many search warrants, or this is
20  your seizure numbers in the various drugs, are
21  they accurate, does this sound familiar, and,
22  you know, does it look familiar.
23          And sometimes you find we have
24  missed one, it didn't get in.  And so we make
25  correction as we find them, but the numbers are

Page 36

1  recorded by them, and we verify them to the
2  best we can, through conversation.
3      Q.   As a result of reviewing all that,
4  that data, have you started to become familiar
5  with drug -- with drug trends in all of the
6  Ohio HIDTA counties?
7      A.   You can see what is coming in
8  and -- by based on our seizures and what they
9  report to us is what their current problems
10  are, yes.
11      Q.   So is it fair to say that you are
12  at least knowledgeable, in the aggregate, of,
13  kind of, what those different communities are
14  seeing?
15      A.   I think so.  I don't know if I
16  would say by each community, but at least Ohio
17  HIDTA, in general, what our problems are.
18      Q.   In order to facilitate the
19  discussion, I want to discuss some terminology.
20  What is an opioid?
21      A.   An opioid is a -- let's see, how
22  would I describe it.  I don't really know if I
23  have a definition of it.  I know what it is
24  compromised of, heroin, fentanyl, you know,
25  some of the pharmaceuticals that are considered

Page 37

1  opioids, but I don't know if I know the exact
2  definition of an opioid.
3      Q.   You just -- your previous answer
4  touched on this a little bit.  What drugs are
5  considered opioids?
6      A.   I don't know.  I certainly would
7  not know them all, but heroin, fentanyl,
8  carfentanil, you know, those are not natural,
9  they are a manufactured opiate.  OxyContin,
10  oxycodone, Percocet, some of those terms I've
11  heard.
12      Q.   Is meth an opioid?
13      A.   No.
14      Q.   Cocaine?
15      A.   No.
16      Q.   Is Xanax an opioid?
17      A.   I don't know.
18      Q.   Marijuana?
19      A.   No.
20      Q.   Crack?
21      A.   No.
22      Q.   What is a prescription opioid?
23      A.   I don't know -- well, again, I
24  don't know the technical medical definition of
25  an opioid, but a medical -- as far as my

Page 38

1    understanding, a medical opioid would be
2    oxycodone, OxyContin, some of those types of
3    drugs.
4        Q.    So you understand then that only
5    some opioids can be prescribed.  So some of the
6    opioids you have mentioned in your prior list
7    are an illicit opioid, like heroin, fentanyl,
8    and carfentanil, and then there are the
9    narrower category of opioids that are
10   prescription drugs?
11       A.    Yeah.  I understand that heroin is
12   not prescribed.
13       Q.    And prescription opioids have
14   recognized lawful uses and can be used
15   legitimately with a prescription, correct?
16       A.    Can you repeat that?
17       Q.    Prescription opioids have
18   recognized lawful uses and can be lawfully
19   possessed and used with a prescription,
20   correct?
21       A.    Yes.
22       Q.    Do you know why that is?
23       A.    I do not.  I'm assuming there is a
24   medical need for them.
25       Q.    By contrast, nonprescription

Page 39

1    opioids, like heroin, fentanyl and carfentanil
2    are illegal to produce, distribute and possess,
3    correct?
4        A.    You know, I don't know.  I
5    guess -- can you repeat that?  Yeah.
6        Q.    Can you get a prescription for
7    heroin?
8        A.    No.
9        Q.    A lot of the -- can you get a
10   prescription for carfentanil?
11       A.    No.
12       Q.    Can you get a prescription for a
13   lot of the fentanyl analogs that --
14       A.    No.
15       Q.    And heroin, fentanyl, and
16   carfentanil are not produced, distributed or
17   dispensed by pharmaceutical companies like the
18   defendants, right?
19       A.    I don't know.  I know that heroin
20   is not, but I do not know if they produce
21   carfentanil or fentanyl, because there are some
22   medical purposes for those drugs.
23       Q.    What is carfentanil?
24       A.    Other than it's a manufactured
25   opioid, that's all I know.

Page 40

1        Q.    Are you aware that it is a horse
2    tranquilizer?
3        A.    I am aware that it is a large
4    animal tranquilizer, yes.
5        Q.    And where is the carfentanil that
6    you are seeing in Ohio HIDTA coming from?
7        A.    According to the information that
8    we receive from the investigative initiatives,
9    it is coming either directly from China, you
10   know, via some type of partial shipment, or is
11   being shipped to Mexico and then brought up.
12       Q.    Have you ever heard of an
13   instance -- has anyone ever reported that a
14   pharmaceutical company, like the defendants in
15   this case, has ever shipped carfentanil into
16   the Ohio HIDTA region?
17       A.    I have never been told that.
18       Q.    Fentanyl has -- there is a
19   prescription form of fentanyl and then there
20   are fentanyl analogs that can't be prescribed
21   in the Ohio HIDTA region, correct?
22       A.    I don't know that.  I don't know
23   the pharmaceutical guidelines.
24       Q.    The fentanyl that you are seeing in
25   Ohio HIDTA that's causing problems, is it

Page 41

1    prescription fentanyl or is it illicit fentanyl
2    that's coming from --
3        A.    I don't know.
4        Q.    You don't.  How is a High Intensity
5    Drug Trafficking Area designated?
6        A.    Application is made to the Office
7    of National Drug Control Policy.  They have a
8    committee that convenes to designate HIDTA
9    counties and HIDTA areas.
10       Q.    Do you know what criteria is
11   involved in determining whether to designate an
12   area as --
13       A.    There is several areas -- there is
14   four main criterias in the Federal Register,
15   and one is that you are a center of drug
16   manufacturing, importation, distribution; that
17   federal resources are -- you know, additional
18   resources from the federal government are
19   needed to fight this program; that state and
20   local law enforcement have banded together
21   already to fight the drug problem.
22             And those are three of the four.  I
23   can't remember the last one, off the top of my
24   head.
25       Q.    Outside of the appropriation of

11 (Pages 38 - 41)

Page 42

1  funding, are there any other benefits of
2  participating in the HIDTA program?
3      A.   More availability to the training
4  program, I think better information sharing
5  with other law enforcement, just because you
6  are part of a bigger group, and you might be in
7  Fairfield County, Ohio, but now you have access
8  to maybe Lucas County and Toledo or something,
9  and what they are doing and what they are
10  seeing.  So I think it's the training, the
11  funding and the intelligence sharing or
12  information sharing.
13      Q.   Are there any requirements of
14  participation in the HIDTA program?
15      A.   Well, you have to be in a
16  designated county, as I said, and then it is up
17  to the executive board if a task force, which
18  is either an existing -- could be an existing
19  task force or one that's going to be formed
20  using the HIDTA money, is approved by the
21  executive board to receive HIDTA funding.
22      Q.   Is it fair to say that a HIDTA
23  designation requires the area to be a center of
24  criminal drug manufacturing and importation?
25      A.   I don't think the Federal Register,

Page 43

1  I would have to look at it, says criminal, but
2  it does have manufacturing in there.
3      Q.   Once an area is designated a HIDTA,
4  are there any specific things that you are
5  required to continue to do, on an ongoing
6  basis, in order to continue to participate in
7  the program?
8      A.   Well, as far as the HIDTA, there is
9  a difference between being a HIDTA, like Ohio
10  HIDTA or some of the HIDTAs around the country,
11  or being an initiative within the Ohio HIDTA.
12      We are required to produce the
13  three reports: the annual report, the annual
14  threat, and the annual strategy.  Those are the
15  three main documents, as a HIDTA program, such
16  as the Ohio HIDTA, we are required to produce.
17      The initiatives that continue to
18  perform -- to continue to participate is really
19  up to the executive board.  That would be
20  things based -- usually based on your
21  performance and what is the problem in the
22  area.  We have not had any, necessarily, in my
23  tenure of HIDTA said you are no longer a HIDTA
24  task force.
25      Q.   What is the difference between the

Page 44

1  annual report, the annual threat assessment,
2  and the annual strategy assessment?
3      A.   The annual report is basically a
4  summary of what we did the previous year, the
5  threat assessment is what is the perceived or
6  the threat currently, and then the strategy is
7  what are we going to do about that threat and
8  how are we going to address that threat.
9      Q.   What is the mission of the Ohio
10  HIDTA?
11      A.   To bring state, local, and federal
12  law and tribal law enforcement together to
13  share information and to provide funding and
14  training, and dismantled drug trafficking
15  organizations.
16      Q.   Is any part of that mission
17  specific to opioids?
18      A.   Not -- I would say no.  I mean, we
19  have provided funding for those areas, but
20  again, when we provide funding to a task force
21  or an initiative, it's not specific to say you
22  will work this drug or that drug.  It's, you
23  know, you have a drug task force, you know,
24  here is your money to do as you see, as a task
25  force, what you need to do.

Page 45

1      Q.   So is it fair to say then that the
2  mission of Ohio HIDTA and its initiatives
3  applies equally to all drugs and isn't focused
4  on one specific type of illegal drug?
5      A.   I would say that's accurate.  I
6  mean, we obviously look at, you know, what the
7  current problems are and that they should be
8  addressing them, as I mentioned earlier.
9      I certainly, with the experience we
10  were having with the heroin epidemic, expect
11  task forces to be working only marijuana or
12  something like that.
13      Q.   How is the Ohio HIDTA organized?
14      A.   The structure is the executive
15  board of 24 members are the oversight and the
16  guidance in the governing body of the HIDTA.  I
17  report to them and basically carry out their
18  mission and their wishes, and then under me you
19  have the deputy director, the financial
20  manager, the training coordinator, and my
21  assistant, then we also have an IT person, and
22  then the ISC with all the analytical personnel.
23      Q.   Who sits on the executive board?
24      A.   There is 24 of them, and it is the
25  U.S. Attorney from the Northern and Southern

12 (Pages 42 - 45)

1  District of Ohio, the United States Marshals
2  from the Northern and Southern District of
3  Ohio, the special agent in charge of the FBI in
4  the Cincinnati and Cleveland division, the U.S.
5  Attorney in the Western District of
6  Pennsylvania, the special agent in charge of
7  the DEA that covers Ohio, the special agent in
8  charge of ATF that covers Ohio, the special
9  agent of the IRS that covers Ohio, and the
10  special agent of Homeland Security that covers
11  Ohio, the chiefs of police in Cleveland,
12  Youngstown, Akron, Canton, Toledo, Columbus,
13  and the sheriffs in Franklin, Warren and
14  Cuyahoga Counties, the head of the highway
15  patrol, and the head of the Bureau of Criminal
16  Investigation.  I might have missed somebody.
17      Q.   In one of your prior answers, you
18  mentioned that -- a heroin epidemic.  Can you
19  explain what you mean by that term?
20      A.   By that I mean the -- two things:
21  The number of heroin that we have been seizing
22  over the last several years, and the number of
23  people that we have overdosing on heroin and
24  fentanyl and fentanyl and cocaine now in Ohio.
25      Q.   How long have you been facing this

1  heroin epidemic, would you say?
2      A.   I would have to look back at some
3  of the annual reports that would describe that
4  better, but I would say approximately since
5  2012.
6      Q.   And since that time, you have seen
7  a number of overdoses related to heroin,
8  fentanyl and cocaine?
9      A.   We are starting to see cocaine
10  overdoses, because it is mixed with fentanyl.
11      Q.   Is carfentanil a drug that was --
12  that was causing a lot of problems during that
13  time too?
14      A.   Not during that whole time.  We
15  started to see carfentanil, based on what was
16  reported to us, as far as seizures from our
17  task forces, I would say, in 2017 and 18, and
18  it is actually -- luckily carfentanil has not
19  been as prevalent as it was maybe a year ago.
20      Q.   And fentanyl, carfentanil and
21  cocaine and heroin are not prescription
22  opioids, correct?
23      A.   I don't know if that's correct.  I
24  think, as I said before, I think fentanyl is
25  prescribed or has medical purposes.  Now, I

1  don't know.  I don't think it's prescribed to
2  the general public, but I think that -- I guess
3  it is, because there is patches that people
4  use.
5      Q.   Is the fentanyl that you have been
6  seeing in the heroin epidemic, is that illicit
7  fentanyl analogs that are coming from overseas
8  or is it pharmaceutical fentanyl?
9      A.   I believe it is overseas, but I
10  don't really -- when we -- when they report
11  seizures to us, it doesn't necessarily describe
12  the details of it, just that it's fentanyl.
13      Q.   You testified that something you
14  are seeing today is a lot of users mixing
15  cocaine and fentanyl; is that correct?
16      A.   I'm not seeing it.  I know that
17  from conversations and information from the
18  medical examiner here in Cuyahoga County.
19      Q.   Is it common to mix drugs, in your
20  experience?
21      A.   I don't know necessarily if the
22  mixture, as much as the counter -- the using
23  many drugs, you know, that they find, and I
24  know that, again, through the coroner's
25  reports, that they find several different drugs

1  in somebody's system.
2          But I don't deal with -- I don't
3  come into contact, in my position, with drug
4  users, nor do I see any of them or anything
5  like that, and we don't report those kind of
6  statistics.
7      Q.   What are the responsibilities of
8  the Ohio HIDTA executive board?
9      A.   To manage and oversee and give
10  guidance to the program, and ensure that it is,
11  again, operating as under the policies and
12  guidelines of ONDCP, under their guidance,
13  under our policies for the Ohio HIDTA, that the
14  moneys is being spent correctly and
15  judiciously, and that they are sharing
16  information and doing deconfliction.
17      Q.   And how does it go about fulfilling
18  those responsibilities?
19      A.   Well, they delegate that to me.
20  Again, back to we do the annual review of the
21  initiatives, we have annual budget meetings to
22  determine funding for each of the initiatives,
23  through the publication of the three reports
24  that we've talked about, and they are the
25  ultimate deciding authority if the report is

13 (Pages 46 - 49)

Page 50

1 filed or not.
2    Q.   How often does the executive board
3 meet?
4    A.   We are required to meet quarterly
5 by policy, and we meet four times a year.
6    Q.   Do you take notes of the meeting
7 minutes when the board meets?
8    A.   Yes, we take notes.
9    Q.   Page 1025 of Exhibit 1, that
10 organizational chart we were looking at,
11 indicates that there are four different
12 subcommittees to the Ohio HIDTA executive
13 board; is that correct?
14    A.   That's correct.
15    Q.   Can you briefly explain what each
16 of those subcommittees does?
17    A.   Yes.  The rule subcommittee
18 meets -- well, let me -- these committees were
19 set up to assist the executive board in making
20 determinations, when necessary.
21        The rule subcommittee has not met
22 since I've been here, and it would decide the
23 rules and policies and procedures that we want
24 to operate under the Ohio HIDTA, if need be or
25 if the executive board requests that.

Page 51

1        The ISC/intelligence subcommittee
2 has not met in probably three or four years.
3 Again, these are set up to assist the board if
4 they see a need for them.
5        The budget subcommittee, we meet
6 annually to discuss the budgets, because there
7 is always -- that's an ongoing process.  And
8 the technology subcommittee is to assist with
9 IT needs and things like that, and they have
10 probably not met in two or three years.
11        Most things we can accomplish in
12 the board.  That is, they look at those when
13 they want -- there is things that would bog
14 down the board in our meetings, you know, to
15 have a subcommittee, kind of, look at it and
16 come up with recommendations to the entire
17 board.
18    Q.   Besides the individuals who work
19 directly for HIDTA, the Ohio HIDTA includes the
20 participation of federal, state, and local law
21 enforcement, correct?
22    A.   Correct.
23    Q.   And is it fair to say that the
24 federal, state, and local law enforcement that
25 your HIDTA includes are some of the most

Page 52

1 experienced narcotics law enforcement personnel
2 in the Ohio HIDTA?
3    A.   I would think so.
4    Q.   Can you think of a single narcotics
5 enforcement agency in your area who you would
6 consider to be a major player who doesn't
7 participate in the Ohio HIDTA?
8    A.   No, I could not.
9    Q.   How many federal, state, and local
10 law enforcement officers does Ohio HIDTA
11 include?
12    A.   Can I reference Exhibit 1?  I
13 believe it's listed in there.  It is probably
14 about 900 or 1100 various people that
15 participate.  I know it's in here.  Let me just
16 see here.  Let's see.
17        In this report or one of the
18 others, I believe, it is mentioned, but it was
19 in here in the beginning, if you don't mind
20 giving me a second here.
21        Here we go.  Here's the chart.
22 It's approximately 1045 agents, officers,
23 analysts, and other staff members.
24    Q.   And what page are you looking at?
25    A.   That would be 000993, or page 5 of

Page 53

1 the document, in the beginning of the -- well,
2 beginning -- or second paragraph, about halfway
3 through.
4    Q.   And those 1045 agents, officers,
5 and analysts, they don't get paid a salary by
6 Ohio HIDTA, right?
7    A.   We do not pay any salaries to law
8 enforcement.  We pay overtime to law
9 enforcement personnel.
10    Q.   So that number would reflect the
11 number of officers who participated in either
12 the Ohio HIDTA executive committee or one of
13 the two initiatives?
14    A.   Well, that would be primarily the
15 initiatives -- the initiatives listed at the
16 bottom, and some of those could be agencies who
17 participate with the highway patrol in highway
18 blitzes and things like that, and it might be
19 not necessarily a full-time participation on a
20 drug task force.
21    Q.   How is the Ohio HIDTA funded?
22    A.   We are funded by the federal
23 government through the Office of National Drug
24 Control Policy.
25    Q.   Do you receive any state funding or

14 (Pages 50 - 53)

Page 54

1  local funding?
2      A.  We do not.
3      Q.  Do you receive any grant funding?
4      A.  Just the HIDTA grant funding.
5      Q.  Do you use forfeitures to fund any
6  of HIDTA's operations?
7      A.  We do not.  No, we do not take any
8  forfeitures as HIDTA.
9      Q.  How is Ohio HIDTA's grant funding
10  from the federal government determined each
11  year?
12      A.  That was set -- as far as the
13  national?  The national is set by legislature,
14  by Congress in the budget, and each individual
15  HIDTA was based upon what ONDCP provided to
16  that HIDTA when it initiated, or as it grows.
17          So as we add counties, they provide
18  additional funding, and depending on where
19  those counties are, how many they are, if you
20  are adding counties in another state, some of
21  those things they look at.
22      Q.  Other than the addition of
23  counties, is there anything else that affects
24  how much money you get from the federal
25  government each year?

Page 55

1      A.  Yes.  Each year we have our
2  baseline funding, and then we have -- ONDCP
3  will offer what they call discretionary or
4  supplement money, and it depends on how much
5  money we are allotted from Congress versus the
6  baseline budget, and they will put those things
7  out under different categories, whether it be
8  emerging threats, interdiction efforts, various
9  categories they come up with, and each of the
10  HIDTAs around the country are able to submit
11  application for those additional fundings, and
12  they provide those out to the HIDTA, based on
13  the review process.
14      Q.  Has HIDTA sought -- has Ohio HIDTA
15  sought discretionary funding in the past few
16  years?
17      A.  Yes, we do -- we have.
18      Q.  What discretionary funding
19  programs?
20      A.  We've searched -- we have applied
21  for several different areas in the categories
22  they put out.  We have received funding for
23  some prevention efforts, to introduce
24  prevention education programs in the schools;
25  we have received money for a group that does

Page 56

1  prevention education presentations called
2  Street Smart; we have received money for
3  interdiction efforts, whether it be parcel post
4  or highway; and we have received money for what
5  we called heroin overdose death investigation
6  teams.
7      Q.  What is the heroin overdose death
8  investigation team?
9      A.  Approximately three years ago, we
10  were made aware that some of the task forces
11  that we fund were spending a lot of manpower
12  and time and overtime on overdose deaths that
13  they were being called out on.  And so in an
14  effort to help our partners, we applied for
15  money to help pay those overtime costs.
16      Q.  And is the purpose of the
17  Heroin-Involved Death Investigation Team then
18  to investigate the source of the heroin or
19  fentanyl or cocaine that caused the overdose,
20  to then go track down the dealer of that drug?
21      A.  Again, I don't make those
22  decisions, but my understanding would be yes.
23  They show up, and they want to find out, you
24  know, what the cause of the deaths was, what
25  the source is, so that they can track it and

Page 57

1  find where it came from and maybe prevent other
2  deaths.
3      Q.  Are there any drugs, based on your
4  understanding and focus of this heroin-involved
5  overdose task force, other than heroin?
6      A.  I think fentanyl, heroin.  You
7  know, just when there is an overdose death --
8  you know, a heroin overdose or what appears to
9  be an overdose when they show up, it's just
10  heroin or whatever it may be, but in today's
11  climate, it's usually heroin, fentanyl, some
12  combination or fentanyl with something.
13      Q.  Do you know if a heroin-involved
14  death investigation includes an investigation
15  of the victim's addiction history?
16      A.  I don't.
17      Q.  Do you know if it involves an
18  investigation of the victim's prescription
19  history?
20      A.  I don't.
21      Q.  Do you support any Heroin-Involved
22  Death Investigation Teams in Summit County and
23  Cuyahoga County?
24      A.  Yes.  We have provided funding to
25  both those counties.

15 (Pages 54 - 57)

1    Q.    Who in those counties have you
2  provided funding to?
3    A.    In Cuyahoga County, it would have
4  been provided to the Northern Ohio Law
5  Enforcement Drug Task Force, in Summit County
6  it would be the Akron/Summit Drug Task Force.
7    Q.    What is the Northern Law
8  Enforcement Task Force?
9    A.    It is a task force that we fund
10  in -- it's in Cleveland, Cuyahoga County, that
11  is comprised of several law enforcement
12  agencies, primarily led by the FBI and the City
13  of Cleveland Police Department.
14    Q.    Do you know what the focus of that
15  task force is?
16    A.    Drugs.
17    Q.    Just drugs generally?
18    A.    Yes.
19    Q.    Do you know how many members
20  participate in that task force?
21    A.    I do not have that information
22  handily available.
23    Q.    You just -- you also mentioned an
24  Akron/Summit Task Force; is that correct?
25    A.    Yes, sir.

1    Q.    What is the Akron/Summit Task
2  Force?
3    A.    It's a drug task force comprised of
4  Summit County Sheriff's Office, Akron City
5  Police Department, and several other agencies
6  in that community that try to provide funding
7  to conduct drug investigation.
8    Q.    Again, is it fair to say the focus
9  of that task force is drug interdiction
10  generally, as opposed to specific drugs or
11  substances?
12    A.    Yes.  It was formed to investigate
13  all drugs, and they determine which drug is
14  what they need to be working.
15    Q.    Other than the funding that Ohio
16  HIDTA provides, do you have any relationships
17  with those specific task forces?
18    A.    I do not.
19    Q.    Have you heard of the Tactical
20  Diversion Squad before?
21    A.    I have heard of it, yes.
22    Q.    What is the Tactical Diversion
23  Squad?
24    A.    My understanding is it is the
25  investigative arm of the DEA, or Drug

1  Enforcement Administration, who handles
2  pharmaceuticals.
3    Q.    Does it have any relationship to
4  Ohio HIDTA or an Ohio HIDTA initiative?
5    A.    We do not provide any funding
6  specifically to tactical diversion teams.
7  However, they are included in some of our
8  statistical reporting, because they are part of
9  those DEA offices that we provide funding to
10  and those task forces.
11    Q.    What is the Northeast Ohio
12  Interdiction Task Force?
13    A.    I've never heard that term.
14    Q.    I'm going to mark as Exhibit 2 a
15  document Bates stamped OH-HIDTA 003263.
16            - - - - -
17        (Thereupon, Deposition Exhibit 2, FY
18        2012 Discretionary Funding Request,
19        Beginning with Bates Label OH-HIDTA
20        003263, was marked for purposes of
21        identification.)
22            - - - - -
23    Q.    Do you recognize this document?
24    A.    I do.  It's from 2012.
25    Q.    And what is this document?

1    A.    This is a request for discretionary
2  funding from the Ohio HIDTA to ONDCP, proposing
3  that we be funded for, as it says here,
4  Northeast Ohio Interdiction Task Force.
5    Q.    So you don't have any familiarity
6  with the task force?
7    A.    I do not recall this document.
8  It's obviously a HIDTA document, and I would
9  have been the director at the time this was
10  submitted, but I did not recall ever submitting
11  it.
12    Q.    Do you know if the Tactical
13  Diversion Squad was part of this Northeast Ohio
14  Interdiction Task Force?
15    A.    I don't recall.  I would have to
16  read this or look at it and see what it says,
17  or if we even were funded for this.  I don't
18  recall if we were funded for this or not.
19    Q.    Have you heard of the prescription
20  drug program?
21    A.    Yes, I have.
22    Q.    And what is that?
23    A.    That's a monitoring program, is my
24  understanding.
25    Q.    And what does it monitor?

16 (Pages 58 - 61)

1    A.   I believe it monitors prescriptions
2  that are issued.
3    Q.   Is that something the Ohio HIDTA --
4  an initiative of the Ohio HIDTA?
5    A.   No.
6    Q.   Does it have any relation with the
7  Ohio HIDTA?
8    A.   No.
9    Q.   You've heard of the Ohio
10  Prescription Drug Abuse Task Force?
11    A.   That sounds familiar.  I don't
12  know.  You know, I have probably heard about
13  it.  That's the only thing I can say.
14        MR. RAIOLA:  Do you want to take a
15  break?  We have been going about an hour.
16        MR. O'BRIEN:  Sure.
17        THE VIDEOGRAPHER:  It is 10:21.  We
18  are going off the record.
19        (Recess taken.)
20        THE VIDEOGRAPHER:  It is 10:42.  We
21  are back on the record.
22    Q.   Before we broke, Mr. Siegel, you
23  talked a little bit about the HIDTA teams, and
24  that three years ago it came to your attention
25  that a lot of the members of Ohio HIDTA were

1  struggling with responding to overdose
2  investigations; is that correct?
3    A.   Yes.
4    Q.   What brought it to your attention
5  that --
6    A.   I don't know if they requested
7  money or just in conversation, that I knew they
8  were doing this, that, hey, we could go and try
9  and get some money, and I don't remember if
10  they came to me or I offered, and we submitted
11  the write-up to start getting money to fund
12  those teams.
13    Q.   Did you have -- prior to those
14  conversations, were those individuals bringing
15  to your attention that they were having
16  problems with those sorts of overdoses at all?
17    A.   I believe I -- either in
18  conversation with them or maybe at meetings or
19  something, people were talking about, you know,
20  all the overdoses that they were responding to
21  and how many people were overdosing, how many
22  people were dying of overdoses.
23        And so I don't remember
24  specifically how it came to be, but there
25  was -- I had knowledge that they were

1  responding to these, and that, you know, it was
2  costing them money in overtime.
3    Q.   Is there a point in time that you
4  see as a line of demarcation when the
5  conversations changed from, you know, we are
6  having this problem with overdoses, to these
7  overdoses are overwhelming our resources?
8    A.   I don't have any specific
9  recollection of timeframe, when that would have
10  been.
11    Q.   You mentioned a little bit too
12  about the HIDTA teams, that you had seen some
13  coroner reports that showed that a lot of
14  individuals who were overdosing had overdosed
15  on multiple substances; is that correct?
16    A.   Correct.
17    Q.   What were the coroner reports that
18  you were reviewing?
19    A.   They were provided to myself and
20  several other people, via email usually, that
21  just has a weekly summary or what they have
22  seen that week and what the breakdown was of
23  the overdoses, and also attached, kind of a
24  spreadsheet with information regarding the
25  individuals and locations and things like that.

1    Q.   Who do you receive those overdose
2  statistics from?
3    A.   From the Cuyahoga County Medical
4  Examiner's Office.
5    Q.   Do you receive them from any other
6  county, like Summit County?
7    A.   I do not.
8    Q.   For how long have you received
9  those overdose records from Cuyahoga County?
10    A.   At least two, maybe three years,
11  would be my guess.
12    Q.   And you received them weekly?
13    A.   It seems like they come weekly,
14  sometimes biweekly, if there is an update on
15  toxicology or something like that.
16    Q.   Have you ever heard someone use the
17  phrase "opioid epidemic" before?
18    A.   I don't know if I specifically
19  heard that.  You know, we usually will say
20  heroin epidemic, but, you know, there is things
21  in ONDCP now where some of the HIDTAs, we use
22  that term.
23    Q.   Can you remind me what you mean by
24  the term "heroin epidemic"?
25    A.   The increase in the seizure of

17 (Pages 62 - 65)

Page 66

1  heroin that we are seeing through our task
2  forces and the amount of overdoses being
3  reported in the state.
4      Q.   Are the employees of plaintiffs in
5  this case, Cuyahoga County and Summit County,
6  who are involved in Ohio HIDTA, have they been
7  referring to the problems they are having with
8  overdoses, is that heroin epidemic too?
9      A.   I think they just call them
10 overdose, you know, problems, so many people
11 were overdosing.
12     Q.   Is it fair to say that you yourself
13 have never used the phrase "opioid epidemic"
14 before?
15     A.   I can't say that I have never used
16 it, but it's not a term I might say.  You know,
17 I don't know if I've said that term or not.
18     Q.   What drugs are involved in the
19 heroin epidemic?
20     A.   Heroin, fentanyl, carfentanil, all
21 of the different analogs that they would keep
22 coming up with from fentanyl, any of the
23 prescription opioids, the all those categories
24 are included.
25     Q.   So heroin epidemic would include

Page 67

1  illicit street drugs -- it would include
2  illicit street drugs, correct?
3      A.   It would include them, yes.
4      Q.   Would you say that the majority of
5  the heroin epidemic involves illicit street
6  drugs?
7      A.   I would say probably, yes.
8      Q.   When did the heroin epidemic begin?
9      A.   I'd have to go back and look
10 through some of our reports, and really, with
11 the seizures and things, and I said off the top
12 of my head I would believe about 2012, and we
13 saw it coming after some of the issues with the
14 prescription pill mills in Ohio, in particular
15 Southeastern Ohio, and then we pretty much knew
16 once the pills mills were shut down, that there
17 would be a heroin problem.
18     Q.   What was the pill mill problem in
19 Southeast Ohio?
20     A.   Many people were going, and again,
21 I have never been down there to see one, but
22 they were being in pain clinics, being
23 prescribe opioids, prescription opioids for
24 whatever their problem might be, and they had a
25 high rate of addiction and overdoses going on

Page 68

1  in Southern Ohio.
2      Q.   Around what time period would you
3  say those pill mill problems were occurring?
4      A.   Were occurring?
5      Q.   Yeah.
6      A.   Probably sometime in the 2000s,
7  certainly were here when I got here in 2009,
8  until the state shut the pill mills down.  I
9  think that was 2011 or so, there was some
10 legislation.
11     Q.   Do you know what legislation that
12 was?
13     A.   No.  I don't remember.  I would not
14 know the name of it or anything.
15     Q.   Around that time, were there also
16 pill mills in Cuyahoga County and Summit
17 County?
18     A.   I don't know.
19     Q.   What's the basis of your knowledge
20 about pill mills?
21     A.   Based on reports from the task
22 forces and, during that timeframe, we added two
23 counties in Southeast Ohio to Ohio HIDTA, Adams
24 County and Scioto County.
25     Q.   I'm going to mark as Exhibit 3 a

Page 69

1  document Bates stamped OH-HIDTA 003501.
2          - - - - -
3          (Thereupon, Deposition Exhibit 3,
4          Ohio HIDTA 2002 Threat Assessment,
5          Beginning with Bates label OH-HIDTA
6          0033501, was marked for purposes of
7          identification.)
8          - - - - -
9      Q.   Do you recognize this document,
10 Mr. Siegel?
11     A.   I do not.  I mean, as far as I do
12 not recognize it.  I can see what it is.
13     Q.   What is this document?
14     A.   It's the 2002 threat assessment
15 from the Ohio HIDTA.
16     Q.   And can you remind me again what a
17 threat assessment is?
18     A.   It describes what the threat, the
19 drug threat is in the Ohio HIDTA region at that
20 time and what drugs are prevalent and what is
21 being done, what drugs we are seizing, what the
22 task forces are working.
23     Q.   And you used reporting from all of
24 the jurisdictions within Ohio HIDTA to prepare
25 that report, correct?

18 (Pages 66 - 69)

Page 70

1    A.   I wouldn't say all the
2  jurisdictions, because that's thousands of
3  departments and agencies.  We use those that
4  work for us, those on the executive board and
5  others who might respond to the survey that is
6  sent out to the investigative support center.
7    Q.   What surveys do you send out to
8  prepare these reports?
9    A.   Those are sent out by the
10  intelligence manager in the investigative
11  support center, each on an annual basis, to our
12  participants, various police departments,
13  sheriff's departments, agencies, you know,
14  federal, state, local, asking them questions
15  about the drug they are seeing and the drugs,
16  you know, that they are seizing, you know,
17  problems that they are observing, to determine
18  what are they seeing to help formulate what the
19  threat is in our area.
20    Q.   So is it fair to say then that some
21  annual survey is sent out that all of the local
22  departments are asked to complete?
23    A.   Yes.
24    Q.   Then you use that to prepare the
25  report?

Page 71

1    A.   Right, to help support the report.
2    Q.   What else do you use to support the
3  report?
4    A.   What we have seized and what drugs
5  are being seized by our task forces.  Not just
6  what somebody is saying, but what we can see,
7  hey, from this year to this year, look at the
8  increase or decrease in this drug or that drug.
9    Q.   And how do you determine the
10  differences in seizures; how do you track the
11  seizure numbers?
12    A.   They are reported by our task
13  forces on a quarterly basis again, and they
14  formulate what goes into the reports, the
15  annual report that we looked at earlier.
16    Q.   Is there anything else that you use
17  to obtain information for this report?
18    A.   The overdose data, data from the
19  Ohio Department of Health, various county
20  medical examiners or coroners, DEA reports on
21  different, you know, drugs that we can -- you
22  know, we have access to or are public, you
23  know, just to support what we are seeing,
24  whether it be meth, cocaine, heroin, you know,
25  what are the seizures in those items, you know,

Page 72

1  what has been reported maybe to EPIC, the El
2  Paso Intelligence Center, to the National
3  Seizure System.
4    Q.   So in addition to the surveys you
5  receive, you check the EPIC database; is that
6  fair?
7    A.   I don't know if we necessarily
8  check it, and I don't prepare the threat side,
9  but those are information and types of stuff
10  that is available.
11    Q.   You mentioned overdose reports.
12  What overdose reports do you receive?
13    A.   Like things from the county medical
14  examiners, their annual numbers, their
15  published reports, the Ohio Department of
16  Health, things that are published that we can
17  get access to, to say this is what has been
18  reported by these other agencies regarding
19  overdose.
20    Q.   Who prepares the threat assessment?
21    A.   The threat assessment is prepared
22  by the intelligence manager.
23    Q.   And who is --
24    A.   His name is John Glasgo,
25  G-L-A-S-G-O.

Page 73

1    Q.   And how long has he been the
2  intelligence manager?
3    A.   He came in 2010 or 11, shortly
4  after I did.
5    Q.   And is he a HIDTA employee?
6    A.   Kind of just to clarify --
7    Q.   Yeah.
8    A.   -- he is a HIDTA employee, but
9  there really is no HIDTA employee.  We are all
10  City of Independence employees, because we are
11  an agency, not a program.  So we are employees
12  of the fiduciary.
13       So when you say he is a HIDTA
14  employee, I know what you mean, but I just want
15  to make sure we are clear that there is not a
16  HIDTA employee, but --
17    Q.   His salary --
18    A.   He works at HIDTA, employed by the
19  City of Independence.
20    Q.   And his salary is paid by the
21  federal grants --
22    A.   Yes, sir.
23    Q.   -- that you get from HIDTA?
24       Do you yourself do any work in
25  reviewing these reports, or is this threat

19 (Pages 70 - 73)

Page 74

1  assessment prepared by--
2      A.  No.  I review it.
3          THE NOTARY:  I didn't hear the end
4  of your question.  "Or is this threat
5  assessment prepared by" --
6      Q.  -- Mr. Glasgo?
7      A.  He prepares the threat assessment
8  in a draft form.  I review it.  We have my
9  deputy director review it, people review it for
10  grammar, and then eventually it is approved by
11  the executive board.
12      Q.  And what is your review process of
13  the threat assessments?
14      A.  It can be, again, from grammar,
15  English, formatting, what is included in it,
16  expanding what we should have, do you have more
17  to give, you know, where did this come from,
18  this should be footnoted.
19          You know, I will compare it to
20  numbers that I can pull off the seizure data
21  also and look in our PMP to make sure the
22  numbers are correct, you know, and if something
23  is mentioned in one or two places, is it the
24  same number, or did we somehow get a different
25  number, and if so, why is it different.  Just

Page 75

1  to make sure I agree with it as the director,
2  and then it goes to the executive board for
3  review and approval.
4      Q.  Would you turn the second page of
5  the 2002 report, Exhibit 3.  There is a heading
6  that says Heroin; do you see that?
7      A.  Yes.
8      Q.  And it says, "Heroin remains
9  readily available and is a significant drug
10  threat to the Ohio HIDTA region"; do you see
11  that?
12      A.  Uh-huh.
13      Q.  And this is the 2002 threat
14  assessment, correct?
15      A.  Yes.
16      Q.  So is it fair to say Ohio HIDTA was
17  seeing problems with heroin in 2002?
18      A.  That's what that says, yes.
19      Q.  If you turn to page 3 of Exhibit 3,
20  the last paragraph says, "The abuse of other
21  dangerous drugs"; do you see that?
22      A.  Yes, sir.
23      Q.  And the last sentence on the page
24  says, "The diversion and abuse of
25  pharmaceuticals, especially OxyContin,

Page 76

1  represent a significant ODDS threats to
2  Northeast Ohio"; is that correct?
3      A.  I don't know if that's correct.
4  That's what the report says, yes.
5      Q.  Do you have any reason to doubt the
6  accuracy of this report?
7      A.  I don't.
8      Q.  What is an ODD?
9      A.  Other dangerous drug.
10      Q.  So in 2002, let me ask this --
11  strike that.
12          When a threat assessment is
13  prepared, does Ohio HIDTA share it with all of
14  its members?
15      A.  Yes.
16      Q.  So in 2002, Ohio HIDTA prepared a
17  threat assessment that identified the diversion
18  and abuse of pharmaceuticals as a significant
19  threat in Northeast Ohio, correct?
20      A.  Yes, put it in the report.
21      Q.  And that means that Summit County,
22  Cuyahoga County, City of Akron, City of
23  Cleveland would have received this report,
24  indicating that the diversion of OxyContin was
25  a threat in 2002, correct?

Page 77

1      A.  They may or may not.  The executive
2  board is provided this, and they had membership
3  on the executive board.  It is available to the
4  task force commanders if they wants it.  I
5  wouldn't know if they had sent this directly to
6  the guys running -- task force commanders or
7  not.  I would not know who, back in 2002, this
8  went to, but my practice is it goes to my
9  executive board and it goes to ONDCP.
10      Q.  You testified earlier that the
11  heroin epidemic began in 2012 and that a few
12  years before you had seen pain pill mill
13  problem in Southeast Ohio, correct?
14      A.  Yes, sir.
15      Q.  Is it fair to say that Ohio HIDTA
16  was having problems with opioid drugs prior to
17  2012?
18      A.  I believe so.
19      Q.  When is the first time you can
20  recall opioids causing problems in Ohio HIDTA?
21      A.  I think there were problems when I
22  started in 2009, from one form or another, you
23  know, and I would have to look at documents and
24  reports to determine those exact dates when we
25  saw the increases and different things, but

20 (Pages 74 - 77)

Page 78

1　when I joined the Ohio HIDTA, there were opioid
2　problems.
3　　Q.　Can you recall any point in time in
4　which opioids were not a problem?
5　　A.　Not in my tenure at the Ohio HIDTA,
6　no.
7　　Q.　Can you recall a time when the use
8　of heroin was not a problem in Summit County or
9　Cuyahoga County?
10　　A.　Maybe the first couple years it
11　wasn't as prevalent, but like I said, it seems
12　like 2012 timeframe, without looking at
13　specific reports, seems to be when we started
14　to see more, and I don't necessarily know all
15　the individuals task forces, except that I
16　annual review, do I look what they are doing,
17　but for the report, it's what is the entire
18　HIDTA doing, as a program.
19　　Q.　And has there ever been a time,
20　even going further back, when, you know, 1990s,
21　1980s, when heroin was not a problem?
22　　A.　I wouldn't know.
23　　Q.　If you just look a little bit at
24　this 2002 threat assessment, is it fair to say
25　that by 2002, Ohio HIDTA was aware that there

Page 79

1　were growing problems with prescription
2　opioids, such as oxycodone and heroin in the
3　Ohio HIDTA region?
4　　A.　I would have to look at the report
5　and see if it talks about that.  You know, you
6　did point out the paragraph -- or the sentence
7　that says, "The diversion and abuse of
8　pharmaceuticals represent a significant other
9　dangerous drug to Northeast Ohio."
10　　Q.　Let's turn to page 21 of Exhibit 3.
11　Do you see there is a heroin threat assessment
12　on that page?
13　　A.　I do.
14　　Q.　And the assessment and threat
15　reads, "Heroin is readily available and is a
16　significant drug threat to the Ohio HIDTA
17　region"; is that correct?
18　　A.　Yes, sir.
19　　Q.　And then below that there is an
20　abuse section which says, "The abuse of heroin
21　represents a growing threat to Ohio," correct?
22　　A.　Yes, sir.
23　　　May I interject something?  And
24　since I wasn't here at this time, when we talk
25　about how we do the threat, there was a time

Page 80

1　period where the National Drug Intelligence
2　Center did our threat assessment, and they were
3　doing that when I first got here for maybe the
4　first two years, and then they went out of
5　business, so to say, and I don't know if they
6　were doing them back then also.  I just don't
7　know.  I don't believe it was being done the
8　same way we do it now.
9　　Q.　Now what is the National Drug
10　Intelligence Center?
11　　A.　It was a federal program, and I
12　think it was in Johnstown, PA, that was to deal
13　with drug intelligence and information and drug
14　sharing of information and things like that,
15　and really about what is the drug problem, and
16　they did these -- I don't know if they did the
17　2002, but they were doing them for a period of
18　time, including when I first got to HIDTA.
19　　　So they may have done this, and
20　they would come into your HIDTA and do
21　interviews of task force commanders, law
22　enforcement personnel, whoever they deemed fit,
23　to establish what a threat would be, and they
24　may have done this, because I don't think that
25　we started with HIDTA doing and then went to

Page 81

1　them and then came to HIDTA.  I think they were
2　doing them until probably about 2011, when we
3　started doing our threat assessment.
4　　Q.　And during the two years that they
5　did them, did you find them to have done a
6　thorough and accurate job of doing threat
7　assessments?
8　　A.　Yes.
9　　Q.　So you have no reason to doubt the
10　accuracy of their assessment?
11　　A.　No, I don't.
12　　Q.　Do you today do interviews with
13　local law enforcement as part of preparing a
14　threat assessment like they used to do?
15　　A.　I do not.  John Glasco will sit
16　down with some of the law enforcement
17　personnel, particularly sometimes the task
18　force commanders, and talk with them.
19　　Q.　Do you know how he decides who to
20　interview?
21　　A.　I do not.
22　　Q.　Do you know how many people he
23　typically interviews?
24　　A.　I don't know.
25　　Q.　Is it fair to say, based on the

21 (Pages 78 - 81)

Page 82

1 2002 threat assessment, that Ohio was, and
2 Northeast Ohio in particular was having
3 significant problems with heroin in the early
4 2000s?
5     A.   According to the report, yes.
6     Q.   Turn to page 38 of Exhibit 3.
7     A.   Okay.
8     Q.   There is a section on Diverted
9 Pharmaceuticals; do you see that?
10    A.   Yes, sir.
11    Q.   What is diversion?
12    A.   A diversion is when legal
13 pharmaceuticals are diverted for illegal use,
14 in my opinion.
15    Q.   What are the ways in which
16 diversion occurs?
17    A.   I don't now.  I'm not a diversion
18 investigator.
19    Q.   There is a heading on page 38 of
20 Exhibit 3, entitled OxyContin; do you see that?
21    A.   Yes sir.
22    Q.   And it says, "The diversion ad
23 abuse of pharmaceuticals, especially OxyContin,
24 represent a significant ODDS threat to the Ohio
25 HIDTA region."

Page 83

1     A.   Yes, I see that.
2     Q.   Is it fair to say then that in
3 2002, Ohio HIDTA had identified prescription
4 opioids, including OxyContin, as a significant
5 threat in the Ohio HIDTA region?
6     A.   Yes, based on the report.
7     Q.   And this report would have been
8 shared with all of the plaintiffs in this case,
9 including Summit County, Cuyahoga County,
10 Cleveland --
11    A.   At least the executive board --
12    Q.   -- and Akron?
13    A.   I would guess.  I wasn't there, so
14 I can't say, but my practice is the executive
15 board all receives a copy of the reports we
16 prepare.
17    Q.   Do agencies not on the executive
18 board also receive copies?
19    A.   Not by standard program.  If
20 somebody wants it, it's available, but I don't
21 send it out, at least my practice, to
22 everybody.  I don't send it to all law
23 enforcement in Ohio, or anything like that.
24    Q.   They are readily available to
25 everyone?

Page 84

1     A.   If somebody wants it, yes.
2     Q.   In addressing the heroin epidemic
3 today, what distinction, if any, has Ohio HIDTA
4 made between prescription opioids and
5 nonprescription opioids?
6     A.   I don't know if we have made, as a
7 HIDTA, a difference.  You know, we fund, as I
8 said, the drug task forces to pursue what they
9 are pursuing.  The only thing I see is what we
10 seize of those things.  I don't categorize them
11 as different.
12    Q.   For its part, Ohio HIDTA has
13 consistently worked with top state, local,
14 federal narcotics investigators to combat drug
15 abuse and crime, correct?
16    A.   To combat drug trafficking
17 organizations.
18    Q.   To combat drug trafficking
19 organization --
20    A.   Right.
21    Q.   -- specifically?
22         What is a drug trafficking
23 organization?
24    A.   It is an organization that is
25 bringing the illegal drugs into our

Page 85

1 communities.  It's, you know, comprised, as I
2 said, of several -- of five or more people,
3 there are some technical things that make you
4 one, but it is the organizations bringing the
5 drugs into our communities.  It's not the
6 users.
7     Q.   And that's the focus of Ohio HIDTA,
8 is drug trafficking organizations?
9     A.   Yes, sir.
10    Q.   Why is that the focus of Ohio
11 HIDTA?
12    A.   That's where we think we get the
13 most bang for the buck.  That's how the grant
14 program was started, was to dismantle and
15 disrupt the organizations, not the users, not
16 the small dealers, but the people bringing the
17 bulk of the drugs into our state or area.
18    Q.   Is it fair to say that you think
19 that you get the most bang for your buck by
20 targeting the drug trafficking organizations,
21 that they are responsible for the overwhelming
22 majority of drugs that are causing problems in
23 Ohio HIDTA?
24    A.   Based on my experience, yes.
25    Q.   Now, when Ohio HIDTA started to see

22 (Pages 82 - 85)

Page 86

1  individuals in the community struggling with
2  opioids, it was coordinating with some of the
3  most experienced narcotics law enforcement
4  personnel to identify the cause of the problem
5  and respond to it, correct?
6      A.   Could you repeat that?
7      Q.   When you started to see the heroin
8  epidemic, Ohio HIDTA was working with the
9  experienced narcotics personnel that comprise
10  it to identify the cause of the problem and
11  respond to it, correct?
12      A.   I don't know.  We don't work with
13  them.  We fund them.  To me, that's what we do,
14  we provide the funding.  They work what they
15  see fit and where they think they should spend
16  their resources.  We provide the funding and
17  report their results.
18      Q.   You are coordinating -- is it fair
19  to say then that you were coordinating with
20  them to help them work together to identify
21  drug threats and where it might make sense for
22  them to allocate their resources?
23      A.   No.  They identify the threats as a
24  task force in their communities.  Again, we
25  provide the funding.

Page 87

1      Q.   Other than seeking discretionary
2  funding for the Heroin-Involved Death
3  Investigation Teams, were there any other
4  responses Ohio HIDTA took when it started to
5  become aware of the heroin epidemic?
6      A.   As part of those write-ups, we also
7  requested additional funding to the
8  supplemental for, you know, maybe highway
9  interdiction and things like that, and we did
10  not receive any funding for that.
11      Q.   And why did you seek additional
12  funding for highway interdiction?
13      A.   The highway patrol here in Ohio is
14  very successful in interdicting illegal
15  narcotics coming into the state, and again they
16  do different things and work with some of the
17  local departments and county departments to
18  have blitzes, so to say, or hit an area of the
19  highway or state where, you know, they are
20  experiencing problems, and we just wanted to
21  provide additional funding for that, and we did
22  not get it for that.
23      Q.   Is it fair to say then that a lot
24  of the illegal drugs in Ohio are coming from
25  out of state?

Page 88

1      A.   That's accurate.
2      Q.   So you thought it would be a good
3  way to get, you know, more bang for the buck,
4  to get some funding to Ohio Highway Patrol,
5  because that's the organization that would have
6  been dealing with a lot of the illegal
7  transportation of drugs from out of state?
8      A.   Correct.
9      Q.   Is there anything else you can
10  think of besides seeking the discretionary
11  funding for highway patrol and the
12  heroin-involved death investigation?
13      A.   No, that would have been the only
14  times we requested additional funding for a
15  specific purpose.
16      Q.   Is it fair to say the investigative
17  focus of those efforts was on investigating
18  drug trafficking organizations and the cause of
19  overdose deaths?
20      A.   Well, the additional
21  Heroin-Involved Death Investigation Team
22  funding was provided specifically just for
23  overtime for those officers responding to
24  overdose investigations.
25      Q.   So the investigative focus of the

Page 89

1  officers would have been on responding to
2  overdoses and identifying the causes of those
3  overdoses, correct?
4      A.   I guess that's not my decision to
5  make.  That would be their determination why
6  they are responding.  We just knew they were
7  responding and tried to receive funding to help
8  them respond.
9      Q.   Did any of the communities that had
10  officers working on a Heroin-Involved Death
11  Investigation Team ever report to HIDTA that
12  they are aware of an instance in which somebody
13  overdosed on a drug sold by one of the
14  defendants in this case?
15      A.   Again, I don't know who all the
16  defendants are, but I've never been told that,
17  that they were or were not.
18      Q.   Did anyone ever report that an
19  individual had overdosed by taking a
20  prescription opioid as directed by their
21  doctor?
22      A.   No.  Again, I am not privy nor do I
23  ask or am told about case investigation.
24      Q.   Can you recall any actions that you
25  were seeing Summit County and Cuyahoga County

23 (Pages 86 - 89)

Page 90

1 taking to combat the heroin epidemic?
2    A.   Other than the seizures in those
3 types of -- you know, of heroin or fentanyl
4 have increased, which would indicate they are
5 working those types of organizations or seeing
6 more of that drug, and then the additional
7 funding that we have provided.
8    Q.   What drugs besides prescription
9 opioids are being abused in Ohio HIDTA today?
10    A.   Well, outside of prescription,
11 heroin, cocaine is being misused,
12 methamphetamine is being misused.
13    Q.   Is something you are seeing that
14 cocaine and methamphetamine are growing and
15 becoming an increasing problem?
16    A.   Yes.
17    Q.   Is cocaine and methamphetamine
18 something that is trending towards being the
19 greatest drug threat in the Ohio HIDTA region?
20    A.   I don't necessarily know if we know
21 that yet.  We could see an increase in it,
22 based on what we are seizing and based on some
23 of the coroner reports, where the mixture of
24 cocaine and fentanyl are causing overdoses.  I
25 think it is too early to tell.

Page 91

1    Q.   And is that -- is the increase in
2 the cocaine and methamphetamine problem, that
3 more -- that new addicts are emerging or that
4 people are switching from other drugs back to
5 cocaine and methamphetamine?
6    A.   I don't know why there would be
7 more.  I could make assumptions, but I don't
8 have any proof or evidence as to why that --
9 what people use or don't use and how many more
10 people are using.  I'm not, you know, in that
11 business of addiction.
12    Q.   What -- strike that.
13        In the past few years when you
14 prepared threat assessments, what have you
15 identified as the cause or source of that
16 increased cocaine and methamphetamine activity,
17 if anything?
18    A.   Anecdotally, I have been told that
19 some of that is based on opioid users using
20 cocaine or meth to counteract the depressing or
21 depressant side of opioids, so they don't look
22 so lethargic and appear to be an opioid user.
23        Some is fear of heroin now, because
24 of the fentanyl contained in it, and those are
25 some of the things I've heard, but that was --

Page 92

1    Q.   You personally don't know one way
2 or another --
3    A.   I don't know, no.
4    Q.   -- kind of what's driving it?
5        Is something you have seen
6 previously individuals who started with a
7 different illicit drug, like cocaine and
8 methamphetamine, and then switching to a drug
9 like heroin?
10    A.   I don't have any knowledge or basis
11 or background in that.
12    Q.   In your career in law enforcement,
13 is that something that you have seen,
14 individuals shifting from one illegal substance
15 to another, that are completely different
16 drugs?
17    A.   Not -- yes, people -- and I don't
18 know if they necessarily switch.  You see use
19 of multi drugs, of various drugs combined,
20 where if one is not available, they will go to
21 something else.
22    Q.   So is the availability of drugs
23 something that influences, kind of, what drugs
24 that people are using typically?
25    A.   It is a possibility it could, if

Page 93

1 they couldn't get one, they would do the other.
2    Q.   Other than cocaine and heroin, what
3 other -- and methamphetamine, are there any
4 other drugs that are being abused in Ohio HIDTA
5 today?
6    A.   We still see the seizure of illicit
7 prescription drugs, as we call them, or
8 pharmaceutical drugs are still seizing, still
9 seizing those pills, and people are still using
10 those.  Marijuana is the most widely used
11 recreational drug.
12    Q.   Is marijuana abuse a problem in
13 Ohio HIDTA?
14    A.   I don't know if I'm qualified to
15 say what abuse is.
16    Q.   What would you say the most
17 significant drug problem in Ohio HIDTA today
18 is?
19    A.   Still heroin, fentanyl.
20    Q.   How long has heroin and fentanyl
21 been the most significant drug problem in Ohio
22 HIDTA?
23    A.   As I mentioned, without reports in
24 front of me, probably approximately 2012
25 timeframe when heroin -- we started to see more

24 (Pages 90 - 93)

Page 94

1  heroin, and fentanyl has probably emerged in
2  the last two years or so.
3      Q.   Prior to heroin and fentanyl, what
4  was the greatest drug threat in the Ohio HIDTA
5  region?
6      A.   I would have to look at the
7  reports, but I believe cocaine would have been
8  at least what we were seizing, and again,
9  that's based on what we seize.  I don't know if
10  that gives an indication of what's being used.
11      Q.   Can you recall any point in time in
12  which the greatest drug threat identified in
13  Ohio HIDTA region was prescription opioids
14  specifically?
15      A.   I cannot specifically recall,
16  without looking back at reports, and probably
17  those would have been maybe even before my
18  tenure.
19      Q.   Would it surprise you if none -- if
20  I were to represent to you that none of the
21  annual reports have identified prescription
22  opioids as the greatest drug threat in the
23  region?
24      A.    That might not surprise me if it
25  wasn't the greatest, but I would be surprised

Page 95

1  if those reports didn't mention that there was
2  a problem with prescription drugs.
3      Q.   And why wouldn't it surprise you if
4  prescription opioids were never reported as the
5  greatest drug threat?
6      A.   Why it wouldn't surprise me?
7      Q.   Let me rephrase.
8      A.   I want to make sure.
9      Q.   You testified that it wouldn't
10  surprise you --
11      A.   Right.
12      Q.   -- if prescription opioids were
13  never the greatest drug threat in the region,
14  correct?
15      A.   Right.
16      Q.   Why wouldn't that surprise you?
17      A.   Based on the amount of seizures
18  that we have had over the different years of
19  the different pharmaceutical products, based on
20  the addition of ADAMHS in Sciota County to the
21  Ohio HIDTA in about 2012, I think that was, and
22  what was going on in their communities.  So it
23  wouldn't surprise me that it was mentioned.
24      Q.   When prescription drugs and
25  prescription opioids are being abused, what

Page 96

1  percentage of that abuse would you say is
2  caused by people using the drugs as prescribed
3  by a doctor, as opposed to using them
4  illegitimately?
5      A.   I have no knowledge of that.
6      Q.   Are there any regional differences
7  between Summit County and Cuyahoga County that
8  you are aware of, in terms of drug trends?
9      A.   No.  I believe they probably
10  experienced similar items of what they are
11  working and what the issues are.  You know, I
12  know that Summit County probably has more
13  methamphetamine seized than Cuyahoga County,
14  but other than that, I believe they would
15  parallel each other pretty closely.
16      Q.   And is what you are seeing reported
17  from those counties pretty typical with what
18  you are seeing -- what you are reporting in
19  your annual reports for Ohio HIDTA as a whole?
20      A.   Yes.
21      Q.   In 2018, what was the greatest drug
22  threat in the Ohio HIDTA region?
23      A.   Heroin and fentanyl.
24      MR. STEPHENS:  Can you repeat the
25  question.

Page 97

1      MR. RAIOLA:  "In 2018, what was the
2  greatest drug threat in the Ohio HIDTA region?"
3      Q.   Has there ever been a time when the
4  abuse of drugs has not been a problem in the
5  Ohio HIDTA?
6      A.   No.  That's why we were formed, and
7  we have continued to grow, either through
8  addition initiatives or task forces, additional
9  counties or additional funding.
10      Q.   How do the drug problems today
11  compare to the drug problems when you began
12  working for Ohio HIDTA; are they the same, you
13  know, different, worse, better?
14      A.   I think the overall problem is
15  worse.  You know, the seizure of different
16  drugs has changed since I started.
17      Q.   How are the problems worse?
18      A.   We are seizing more drugs of a lot
19  of different kinds, to include heroin,
20  fentanyl, cocaine, methamphetamine, and we are
21  having more people overdose in Ohio each year.
22      Q.   And again, heroin and fentanyl are
23  the drugs that you'd identify as driving those
24  overdoses, and cocaine?
25      A.   Yes.

25 (Pages 94 - 97)

Page 98

1    Q.   Is something you have been seeing
2  that the availability of prescription opioids
3  has been decreasing in recent years?
4    A.   I don't know if the availability
5  has decreased.
6    Q.   Can you turn back to Exhibit 1, and
7  can you turn to Bates number 000997.  Again,
8  for the record, this is the 2017 annual report,
9  correct?
10        And the threat assessment says,
11  "Fentanyl and its analogs have become the
12  primary drug threat in the Ohio HIDTA region,"
13  correct?
14    A.   Correct.
15    Q.   And, "The primary source of
16  fentanyl being transported and sold in Ohio is
17  Mexican drug trafficking organizations,"
18  correct?
19    A.   Correct.
20    Q.   The third paragraph says,
21  "According to the 2017 Ohio Automated Rx
22  Reporting System annual report, the number of
23  opioid prescriptions in Ohio decreased by 27
24  percent between 2013 and 2017.  This decrease
25  was due in part to Ohio medical professionals

Page 99

1  querying OARRS more than 42 million times
2  during 2017.  This is a comparison to 2011,
3  when there were only 1.8 million inquiries in
4  OARRS" --
5    A.   Yes.
6    Q.   -- do you see that?
7    A.   Uh-huh.
8    Q.   What is OARRS?
9    A.   That is the state's prescription
10  monitoring program, the Ohio Automated RX
11  Reporting System, where doses of prescriptions
12  are tracked.
13    Q.   And do I read that paragraph
14  correctly to be stating that something that
15  Ohio HIDTA was seeing is that as use of OARRS
16  became more prevalent and individuals were
17  checking OARRS more often, that that was
18  leading to doctors prescribing less opioids and
19  detecting more diversion?
20    A.   Correct.  That's what the charge
21  is.
22    Q.   So in your experience, has OARRS
23  been something that has been helpful in
24  reducing some of the sources of diverted
25  opioids?

Page 100

1    A.   I don't know that I could make that
2  conclusion.  I can make the conclusion that
3  more doses -- less doses are being dispensed in
4  a given year, but beyond that, I think that's
5  all that can be gleaned from the chart.
6    Q.   Do you think OARRS has helped
7  contribute to that decrease?
8    A.   Yes, yes.
9    Q.   So OARRS has been something that
10  has been helpful in decreasing availability?
11    A.   Well, decreasing the number of
12  prescriptions.  I don't know, when you say
13  availability, you know, I don't know what you
14  mean by that, to be honest with you.
15    Q.   Do you know why the use of OARRS
16  might have resulted in fewer drugs being
17  prescribed?
18    A.   It prevents doctor shopping, is my
19  understanding, where they cannot be getting the
20  same medicine from different doctors, or the
21  doctor can check and say, hey, they have
22  already been receiving this from somebody.
23  That gives them a better track of the usage of
24  somebody.
25    Q.   Is it fair to say that if OARRS had

Page 101

1  been instituted by the State of Ohio sooner,
2  that that could have helped -- could have
3  helped the problems with -- strike that.
4        If OARRS had you been instituted
5  sooner, would that have been something that
6  would have helped with the diversion of
7  prescription opioids sooner?
8    A.   I don't know if I can make that
9  conclusion from this, the decrease.  Either
10  way, I don't.
11    Q.   Does this report reflect your
12  recollection that the availability of
13  prescription drugs is decreasing?
14    A.   It shows me that the number of
15  opioids being prescribed are decreasing.  I
16  don't know what that does to availability.  I
17  don't know.  I would have to have a definition
18  of what you mean by availability.
19    Q.   Is there a reason why the decrease
20  in the number of opioids prescribed wouldn't
21  necessarily affect how many opioids are on the
22  streets in Ohio HIDTA?
23    A.   Again, I think you would -- I don't
24  know that you could draw -- I can't draw that
25  conclusion, because you don't know who is

26 (Pages 98 - 101)

Page 102

1  using, who is misusing of what goes out there.
2       You know, the numbers can go down,
3  but that doesn't necessarily say that all the
4  people who are misusing it or abusing it are
5  now out of the system.  I think this just shows
6  a number that they were decreased, and we used
7  this in the report as part of showing this is
8  something that's positive that's going on in
9  Ohio, at least with the increase of OARRS
10  inquiries and a decrease in the number of
11  dispensed doses of opioids.
12       Q.   Let me ask you this:  Are drug
13  trafficking organizations a source of
14  prescription opioids that people abuse in the
15  Ohio HIDTA region?
16       A.   They can be.
17       Q.   What percent of the drug problems
18  in the Ohio HIDTA today would you say relate to
19  drugs that are not opioids at all?
20       A.   I'd have to do some research to
21  answer that, and it would be based on seizure
22  information and number of details and what
23  those details were, you know, trafficking in.
24           - - - - -
25       (Thereupon, Deposition Exhibit 4,

Page 103

1       Native Spreadsheet Produced, with
2       the Bates number OH-HIDTA 000001,
3       was marked for purposes of
4       identification.)
5           - - - - -
6       Q.   I'm going to mark as Exhibit 4 a
7  native spreadsheet that was produced to us,
8  with the Bates number OH-HIDTA 000001.  Do you
9  recognize this document?
10       A.   I recognize the data.  I don't
11  specifically recognize it, and it appears to
12  have been turned over with the documents, but I
13  don't know if I produced this document or
14  somebody within the HIDTA had produced this.
15       Q.   And what is this document?
16       A.   This is drug seizure data for 2011
17  through 2015, with a five-year total for
18  various drugs.
19       Q.   Where does this seizure data come
20  from?
21       A.   From the task force commanders who
22  report it to the PMP system or coordinator on a
23  quarterly basis.
24       Q.   PMP?
25       A.   Performance management process,

Page 104

1  that's where we account for our statistical
2  accomplishments that we report.
3       Q.   Is that a database?
4       A.   It's a database, yes.
5       Q.   So the local task forces will go
6  and input aggregate statistics into that
7  database, and that's what this reflects?
8       A.   They provide them to our
9  coordinator, and she inputs them.
10       Q.   If you look at the five-year total
11  of drugs, it indicates the quantity of cocaine
12  seized was 1,995 kilograms of cocaine between
13  2011 and 2015, correct?
14       A.   Correct.
15       Q.   Heroin was 712 kilograms during
16  that five-year period, correct?
17       A.   Correct.
18       Q.   Marijuana was 56,164 kilograms,
19  correct?
20       A.   Correct.
21       Q.   Pharmaceutical drugs seized was
22  69.3 kilograms, correct?
23       A.   Correct.
24       Q.   And then opioids, specifically,
25  prescription opioids specifically was 12.81

Page 105

1  kilograms, correct?
2       A.   Correct.
3       Q.   How did the 2016 to 2018 seizure
4  numbers compare to this?
5       A.   I'd have to see them.  I believe
6  cocaine will be up, heroin will be up, the
7  pharmaceuticals, I would have to see.  I don't
8  believe they would be up, but I'd have to see
9  the numbers.
10       Q.   Does this surprise you that, if you
11  look at the -- strike that.
12           The 2015 column, right, indicates
13  that there were 37.3 kilograms of
14  pharmaceutical drugs seized; is that correct?
15       A.   Correct.
16       Q.   And only 2.11 of those kilograms of
17  drugs seized were opioids, correct?
18       A.   Correct.
19       Q.   Does that surprise you at all?
20       A.   No, because when you look below it
21  at dosage units, you can see that the dosage
22  units seized were 112,000 and the opiate dosage
23  units were 76,000.
24       Q.   What other pharmaceutical drugs
25  have you seen seized in the Ohio HIDTA region?

27 (Pages 102 - 105)

Page 106

1     A.    There is probably a list of 50 or
2  more, and I would have to look at them.  They
3  could be steroids, they could be ADD medicine,
4  they could be any type of pharmaceutical that
5  is illegal to be trafficking in.
6     Q.    Are there any that are more
7  prevalent than others, that stand out in your
8  mind?
9     A.    No.  I'd have to see the list to
10  make that determination, because like most of
11  our reports, it gets rolled up into a general
12  number.
13     Q.    Is it fair to say, based on these
14  seizure statistics, that marijuana is, kind of,
15  the most commonly seized drug in the Ohio HIDTA
16  region?
17     A.    I wouldn't -- I don't know, based
18  on the amount seized.  You can say it is the
19  most commonly, because you usually get it in
20  bigger quantities.  So it appears, when you see
21  56,000 kilos, that could be a lot less
22  seizures, just you are seizing 1,000 pounds or
23  900 pounds or whatever at a time.
24     Q.    And there is substantially more
25  cocaine seized than heroin, correct?

Page 107

1     A.    Yes.
2     Q.    And pharmaceutical drugs are a
3  small fraction of the amount of cocaine and
4  heroin seized, correct?
5     A.    It depends.  Are you basing that
6  on -- are you asking me that based on weight
7  or --
8     Q.    I guess, in general, it is
9  something that you are seeing, that cocaine and
10  heroin are being seized by law enforcement more
11  than prescription drugs?
12     A.    I don't know that for sure, because
13  the data gets reported.  I don't see how many
14  necessarily or how often those seizures were
15  occurring.  Based on the weight, I would say
16  yes.
17     Q.    What percent of the heroin epidemic
18  relates to illicit nonprescription opioids, as
19  opposed to prescription opioids?
20     A.    I do not have any idea.
21     Q.    Is it fair to say that heroin and
22  carfentanil and illicit fentanyl analogs are
23  driving the heroin epidemic, as opposed to
24  prescription opioids?
25     A.    I don't know.  I think

Page 108

1  that's -- I'm not qualified to voice an opinion
2  on that.
3       - - - - -
4       (Thereupon, Deposition Exhibit 5,
5       Opioids: A crisis Still Facing Our
6       Entire Community, Beginning with
7       Bates Label OH-HIDTA 003821, was
8       marked for purposes of
9       identification.)
10       - - - - -
11     Q.    I'm going to mark as Exhibit 5 a
12  document that's Bates number OH-HIDTA 003821.
13       Are you familiar with this
14  document, Mr. Siegel?
15     A.    I am.
16     Q.    And what is this document?
17     A.    It is a cover sheet and a letter
18  from the U.S. Attorney's Office and talking
19  about a conference held on September 6, 2018
20  here in Cleveland, entitled Opioids: A Crisis
21  Still Facing Our Entire Community.
22     Q.    Did you attend this?
23     A.    I did attend this.
24     Q.    And what was discussed at this?
25     A.    The purpose was to bring law

Page 109

1  enforcement, prevention, treatment people
2  together and talk about the opioid crisis,
3  according to, you know, the title here, in the
4  community here in Cuyahoga County, and about
5  what the nature of the problem is, what we have
6  done -- or the community has done to address
7  this problem, some medical perspectives, you
8  know, what can we do to move forward, what are
9  the hospitals doing, are there things we are
10  doing in the community that are working, you
11  know, whether, again, beyond the addiction
12  treatment side, with needle exchange, things
13  like that, and what can we continue to do as a
14  community.
15     Q.    If you look at the page Bates
16  numbered 3822, I think that's the second page
17  of this document.
18     A.    Okay.
19     Q.    The bottom paragraph says, "We know
20  too that this epidemic is very different today
21  than it was five years ago.  Fentanyl, not
22  heroin, is what is driving the vast majority of
23  deaths in recent years.  Just this year we have
24  seen a surge in deaths involving fentanyl-laced
25  cocaine or even cocaine on its own.  In fact,

28 (Pages 106 - 109)

Page 110

1  recent trends indicate that for 2018, cocaine
2  will rival fentanyl as the number one drug on
3  overdose death certificates in Cuyahoga
4  County"; is that correct?
5      A.  Correct.
6      Q.  Is what you have seen in Ohio HIDTA
7  consistent with that, that fentanyl is what is
8  driving the vast majority of overdose deaths --
9      A.  Yes.
10      Q.  -- in recent years, and is it also
11  consistent that you are seeing a lot of
12  fentanyl-laced cocaine or cocaine on its own?
13      A.  Correct.
14      Q.  Are you aware of any -- strike
15  that.
16          When an individual takes cocaine
17  laced with fentanyl, is it consistent with your
18  experience that a lot of those individuals
19  don't even realize that they are ingesting an
20  opioid, and they are going to their drug dealer
21  to take cocaine?
22      A.  I don't have any experience in
23  that, as far as what they go to the dealer for
24  or what their habit was.
25      Q.  Is it possible that some of the

Page 111

1  individuals overdosing on fentanyl-laced
2  cocaine are intending to purchase
3  cocaine and --
4      A.  Yes, that's possible.
5      Q.  So there are some individuals who
6  are overdosing on fentanyl who may never have
7  intended to purchase an opioid and were simply
8  trying to purchase cocaine?
9      A.  That could be true.
10      Q.  And has this mixing of drugs,
11  fentanyl and carfentanil, contributed to the
12  heroin epidemic?
13      A.  Well, I guess I don't know what you
14  mean by, "Contributing to the epidemic." So I
15  think it is contributing to the problem and
16  also to the overdoses, but, you know, I don't
17  know if it's -- when you say "contributing," I
18  don't know if it is creating new users,
19  additional users, things like that, but it is
20  contributing to the impact of what is going on
21  right now.
22      Q.  Is the lacing of drugs with
23  fentanyl and carfentanil causing individuals to
24  overdose who wouldn't have overdosed if the
25  drug hadn't been laced?

Page 112

1      A.  I don't know.  That would be a
2  question for the medical examiner, I think.
3      Q.  Without heroin, fentanyl and
4  carfentanil, would there be a heroin epidemic
5  today?
6      A.  Yes.  We were seeing the heroin and
7  the increase in heroin, heroin overdoses before
8  we ever started to see fentanyl and
9  carfentanil.
10      Q.  Without heroin, fentanyl and
11  carfentanil, would there be an opioid epidemic
12  today?
13      A.  I don't know what the extent of the
14  problem would be.  That would be speculation.
15      Q.  Do you think it would be better
16  without those drugs on the street?
17      A.  Are you asking for my opinion?
18      Q.  Based on your experience in law
19  enforcement, would you say that the problems
20  Ohio HIDTA is having today with drug overdoses
21  wouldn't be as bad as they are without heroin,
22  fentanyl and carfentanil?
23      A.  I would say that.
24      Q.  And again, that's because those are
25  the drugs that are driving overdoses recently,

Page 113

1  correct?
2      A.  Correct.
3      Q.  To the extent prescription opioids
4  are abused today, do you know what percentage
5  of those prescription opioids were lawfully
6  prescribed and used as directed by their
7  doctor?
8      A.  I do not.
9      Q.  Would it be fair to say that the
10  majority of prescription opioids being abused
11  in Ohio HIDTA have been diverted or not used as
12  directed by their doctor?
13      A.  I don't know.
14          - - - - -
15          (Thereupon, Deposition Exhibit 6,
16          Ohio High Intensity Drug Trafficking
17          Area Drug Market Analysis, Beginning
18          with Bates Label OH-HIDTA 002635,
19          was marked for purposes of
20          identification.)
21          - - - - -
22      Q.  Marking as Exhibit 6 a document
23  with the Bates number OH-HIDTA 002635.  Do you
24  recognize this document?
25      A.  I don't recognize it.  I recognize

29 (Pages 110 - 113)

Page 114

1  what it is.
2      Q.   And what is this?
3      A.   It's the 2007 Ohio HIDTA Drug
4  Market Analysis, prepared by the National Drug
5  Intelligence Center.
6      Q.   And what is the drug market
7  analysis?
8      A.   It would be equivalent to what we
9  now call the threat assessment, what is the
10  analysis of the drug problem in our area at
11  that time.
12      Q.   So what information do you use to
13  prepare the threat assessment; is it any
14  different than the information you use to
15  prepare the annual report?
16      A.   It could be.  Some of it is the
17  same information, as far as the statistical
18  data from the Ohio HIDTA, things that we glean
19  from the threat survey or interview of the task
20  force commanders, and also outside research
21  that we do, as I said, with, like, the Ohio
22  Department of Health, county coroners, those
23  types of agencies that help formulate what we
24  are doing and what we should be doing.
25            And then looking at this specific

Page 115

1  one, I don't know if the NDIC used the same
2  criteria that we always used, or how we do it.
3      Q.   Is there any information that you
4  look at to prepare the threat assessment that
5  you don't look at when preparing the annual
6  report?
7      A.   Probably not different information,
8  different years maybe, since the annual report
9  is a historical document and the threat is a
10  current document.
11            So I might look at what was -- you
12  know, is there any more recent data to indicate
13  what is going on now to help you formulate a
14  forward strategy versus what happened last
15  year, but most of the documents and the
16  information I look at, from my side, would be
17  statistical, you know, information, what have
18  we seen, where do we think it is going, what do
19  the task force commanders say, and what are we
20  seeing in some of the type medical or
21  treatment, health department, those types of
22  things.  So it is mostly the same information.
23      Q.   If you turn to page 7 of Exhibit 6,
24  and you look at the right-hand column, there is
25  a paragraph that begins with, "Pharmaceutical

Page 116

1  drug abuse"; do you see that?
2      A.   Yes, I do.
3      Q.   And that paragraph reads,
4  "Pharmaceutical drug abuse remains stable at
5  high levels throughout the HIDTA region, with
6  OxyContin reportedly the most abused drug.
7  Most abusers crush OxyContin to defeat the
8  drug's time-release mechanism and then inhale
9  the powder; however, in Cuyahoga County, many
10  abusers have switched to injecting the drug";
11  do you see that?
12      A.   Yes, I do.
13      Q.   Is that consistent with the
14  information you have seen since you have become
15  the executive director of Ohio HIDTA?
16      A.   In reference, you are talking about
17  crushing oxycodone?
18      Q.   Yeah.  That a lot of the
19  OxyContin --
20      A.   I have no idea how they are
21  injecting it or using it.
22      Q.   And crushing OxyContin and inhaling
23  the powder isn't how a doctor would direct an
24  individual to use the drug, right?
25      A.   I don't believe so.

Page 117

1      Q.   If you can quickly turn back to
2  that 2002 threat assessment.  I think it is
3  Exhibit 3.
4      A.   Yeah, I have it.
5      Q.   Can you turn to page 39 of that
6  document, please.
7      A.   Okay.
8      Q.   The first sentence on the top of
9  the page 39 indicates, "According to responses
10  to the NDIC National Drug Treat Survey 2002,
11  most law enforcement officials in the Ohio
12  HIDTA region report that OxyContin primarily is
13  obtained through doctor shopping and to a
14  lesser extent forged prescriptions, stolen
15  prescription pads, theft and pharmacy
16  break-ins"; is that correct?
17      A.   Correct, that's what it says.
18      Q.   Is that what you have been seeing
19  since you have taken over as executive director
20  of HIDTA, that OxyContin and prescription drugs
21  that are abused are primarily obtained through
22  doctor shopping, forged prescriptions, stolen
23  prescriptions, theft and pharmacy break-ins?
24      A.   I don't have any information to say
25  one way or the other.

30 (Pages 114 - 117)

Page 118

1    Q.    And you don't have any reason to
2  doubt the accuracy of that reported, at least
3  for that year?
4    A.    No, I don't.
5        MR. RAIOLA:  Do we want to take a
6  break?  I'm about to switch subjects.  We have
7  been going about an hour.  Does that work?
8        THE WITNESS:  That's fine.
9        MR. O'BRIEN:  That's fine.
10       THE VIDEOGRAPHER:  11:49, going off
11  the record.
12       (Recess taken.)
13       THE VIDEOGRAPHER:  It is 12:10.  We
14  are back on the record.
15    Q.    Welcome back, Mr. Siegel.
16    A.    Okay.  Thank you.
17    Q.    We were talking a little bit about
18  heroin, fentanyl and carfentanil this morning.
19        Where is the heroin that is causing
20  problems in Ohio HIDTA coming from?
21    A.    The Southwest border.
22    Q.    Anywhere else?
23    A.    Primarily there.  Every now and
24  then we might see some come down from New York.
25    Q.    And that's coming from drug

Page 119

1  trafficking organizations?
2    A.    Or possibly Chicago via the
3  Southwest border, then over.
4    Q.    And is the source of those drugs
5  drug trafficking organizations?
6    A.    Yes.
7    Q.    Any ones in particular?
8    A.    Again, my knowledge comes from what
9  I glean from the task force commanders, because
10  I'm not out there operational.  It's the
11  Sinaloa Cartel.
12    Q.    The defendants in this case, the
13  pharmaceutical manufacturers and distributors
14  and retail pharmacies, don't sell heroin,
15  right?
16    A.    I don't believe so.
17    Q.    So as far as you are aware, the
18  source of all the heroin in Ohio HIDTA is
19  coming from these drug trafficking
20  organizations, like the Sinaloa Cartel; is that
21  fair?
22    A.    Correct.
23    Q.    Where does the majority of the
24  fentanyl that's causing problems in Ohio HIDTA
25  come from?

Page 120

1    A.    Different routes, but originating
2  in China, primarily.
3    Q.    How does it get here from China?
4    A.    Via parcel post or to Mexico and
5  then brought up via carrier.
6    Q.    What are the other methods besides,
7  kind of, the mail orders from China that are
8  sources of illicit fentanyl?
9    A.    The other sources or the other
10  means?
11    Q.    Are there other sources than China?
12    A.    I don't know.  I believe there is
13  some other countries that might be also
14  producing that, but it's primarily China and
15  then through Mexico.
16    Q.    Again, are those drug trafficking
17  organizations?
18    A.    Yes.
19    Q.    I believe I asked you this question
20  earlier, but in case I didn't, I just want to
21  double-check.
22        There is a prescription fentanyl,
23  but is the majority of fentanyl-related
24  problems you are seeing in Ohio HIDTA relating
25  to illicit fentanyl that is coming from drug

Page 121

1  trafficking organizations?
2    A.    Based on the quantity of seizures
3  and the amount seized at a time, I would say
4  yes.
5    Q.    Where's the carfentanil that Ohio
6  HIDTA is seeing coming from?
7    A.    Also from China, I believe.
8    Q.    Do you recall when carfentanil
9  first became a drug of abuse in Ohio HIDTA?
10    A.    I believe the first time we saw it
11  would have been maybe 2018, certainly not
12  before 2017.  And I might indicate, if I could,
13  I could look at a report, but that's my best
14  recollection.
15    Q.    Was it a drug you had heard of
16  before then?
17    A.    I had never heard of it.
18    Q.    Is it fair to say that carfentanil,
19  kind of, caught the Ohio HIDTA region by
20  surprise?
21    A.    I think -- I don't know, as far as
22  not hearing of it before, yes, and the high
23  potency of it after fentanyl hit the area.
24    Q.    What happened when carfentanil was
25  first introduced in the Ohio HIDTA area?

31 (Pages 118 - 121)

Page 122

1      A.   The only thing I'm aware of is that
2   overdose deaths, with carfentanil involved,
3   started to show up at the medical examiner's
4   office.
5      Q.   Are counterfeit pills being sold as
6   prescription opioids a problem you are seeing
7   in the Ohio HIDTA region?
8      A.   Can you define counterfeit?
9      Q.   So either drugs that are -- strike
10  that.
11           Pills that are being sold as
12  prescription opioids that are, in reality,
13  fentanyl or heroin.
14     A.   Yes, we have had instances where
15  our task forces have seized what appear to be
16  pharmaceuticals that are really fentanyl
17  pressed to look like it.
18     Q.   Are those pills contributing to
19  opioid problems in the Ohio HIDTA region?
20     A.   I don't know, because I have no
21  idea what hit the street and what didn't hit
22  the street.
23     Q.   As far as you are aware,
24  pharmaceutical companies don't sell those
25  counterfeit pills, correct?

Page 123

1      A.   Correct.
2      Q.   Have you also seen pills that are
3   being sold as prescription opioids, but they
4   were actually manufactured by drug trafficking
5   organizations in other countries?
6      A.   I'm not aware of that.
7      Q.   Are there drug trafficking
8   organizations that deal in prescription
9   opioids, as far as you are aware?
10     A.   Yes. I don't know if -- without
11  the details in front of me, if they only do
12  that, I would find that hard to believe. It's
13  usually in combination with some other
14  narcotic.
15     Q.   So a source for some of the
16  prescription opioids being abused in Ohio HIDTA
17  are drug trafficking organizations; is that
18  fair?
19     A.   That's fair to say, yes.
20     Q.   Do you think that drug dealers and
21  traffickers of heroin, fentanyl, carfentanil,
22  and these counterfeit prescription opioids
23  share some of the responsibility for the opioid
24  problems in Ohio HIDTA?
25     A.   I think no matter where the

Page 124

1   fentanyl, heroin, carfentanil, opioids are
2   coming from, it's part of the problem.
3      Q.   And the dealers of those drugs are
4   part of the problem; is that a fair statement?
5      A.   Yes.
6      Q.   And the traffickers of those drugs,
7   are they part of the problem?
8      A.   Yes.
9      Q.   Are they a big part of the problem?
10     A.   I don't know how big the problem is
11  outside of what we do at the Ohio HIDTA, and
12  again we target the drug trafficking
13  organizations, so that's primarily what we are
14  attacking.
15     Q.   So from Ohio HIDTA's perspective,
16  in terms of what you do, they would be the
17  primary or predominate problem; is that fair?
18     A.   I would say yes, but sometimes it
19  can depend on the drug and how it is seized.
20  For instance, when I say that, the highway
21  patrol may get 10,000 pills out of a car, but
22  we have no idea what drug trafficking
23  organization that is related to, or if it is.
24  It's just the seizure of 10,000 pills was
25  accomplished.

Page 125

1           So some of the things that we do --
2   and it could be the same with cocaine or
3   heroin. We may not be able to tie that to an
4   investigation or an organization. So it's hard
5   to say how much is tied back to each one.
6      Q.   Okay. We talked a little bit about
7   the term "diversion" earlier. Is diversion a
8   crime, as far as you are aware?
9      A.   I don't know for sure. I would
10  guess it is.
11     Q.   Are there any circumstances you can
12  think of when diversion is not a crime?
13     A.   I don't know. I guess it depends
14  what you are diverting, you know, and if we are
15  talking about --
16     Q.   Controlled substances?
17     A.   -- controlled substances, I would
18  say no.
19     Q.   Based what has been reported to you
20  by members of Ohio HIDTA, is it common for
21  prescription drugs that have been diverted to
22  pass through multiple hands before reaching a
23  user?
24     A.   I have no knowledge of that.
25     Q.   Are you familiar with any ways in

32 (Pages 122 - 125)

Page 126

1 which diversion occurs?
2     A.    You know, I've heard of doctor
3 shopping, it can be pharmaceutical thefts.
4 Those are the two that come to mind.
5     Q.    Is theft from individuals another
6 form of diversion?
7     A.    Yes, it could be.
8     Q.    Faking an illness or an injury?
9     A.    Yes, that could be one.
10    Q.    Smuggling?
11    A.    Yes.
12    Q.    Employee theft?
13    A.    Yes.
14    Q.    Forged prescriptions?
15    A.    Yes.
16    Q.    Improper prescribing and pill
17 mills?
18    A.    Yes.
19    Q.    And can you give me your definition
20 of a pill mill, please?
21    A.    Someone that is providing pills to
22 individuals without a basis to do it, would be
23 what I would say.
24    Q.    Is the resale of legitimate
25 prescriptions diversion too?

Page 127

1     A.    I'm not a diversion investigator,
2 but I would say yes.
3     Q.    Internet pharmacies?
4     A.    I don't know what's legal or not
5 legal on an internet pharmacy.
6     Q.    Based on your experience in law
7 enforcement, who, if anyone, would you say has
8 the power to prevent theft from happening?
9     A.    I would say the owner of the
10 property.
11    Q.    What about theft from individuals,
12 who has the ability to prevent the theft from
13 individuals?
14    A.    The individual has that ability,
15 but also law enforcement, I guess.
16    Q.    The resale of legitimate
17 prescriptions, who has the power to prevent
18 that from happening?
19    A.    I don't know.  I don't know who has
20 the power to prevent the resale in the controls
21 in the pharmaceutical industry.
22    Q.    How about pill mills, who has the
23 power to stop pill mills from operating?
24    A.    I'm not in that area, but I would
25 say the medical board, the pharmacy board, the

Page 128

1 diversion units.
2     Q.    Is it fair to say that companies,
3 pharmaceutical companies, including
4 manufacturers, distributors, and pharmacies,
5 have very little ability to prevent individual
6 instances of theft?
7     A.    I don't know.  I just am not
8 familiar with that business, as a director of
9 HIDTA.
10    Q.    Has there ever been a time in which
11 Ohio HIDTA -- strike that.
12        Has there ever been a time when the
13 diversion of prescription opioids has not been
14 a problem in Ohio HIDTA, to the extent you can
15 remember?
16    A.    No.  We have always had pill
17 seizures.  Now, again, I don't know how they
18 were diverted, I just know it was reported that
19 we seized them.
20    Q.    Who are the people who are engaged
21 in diversion, based on your experience?
22    A.    It could really be anybody.  It
23 could be people who work at the -- from the
24 manufacturer, to the distributor, to the
25 pharmacies, to the users.

Page 129

1     Q.    Let me ask it differently.  Medical
2 professionals who write unlawful prescriptions,
3 are they individuals who engage in diversion?
4     A.    I don't know what the medical board
5 says.  If you're asking me my opinion, yes.
6     Q.    People who steal pills --
7     A.    Yes.
8     Q.    -- are they individuals?
9        People who forge prescriptions?
10    A.    Yes.
11    Q.    Drug trafficking organizations?
12    A.    Yes.
13    Q.    Independent drug dealers?
14    A.    Yes.
15    Q.    Doctor shoppers?
16    A.    Yes.
17    Q.    Do you think that those individuals
18 who are engaged in diversion are a cause of
19 some of the opioid problems that Ohio HIDTA is
20 experiencing?
21    A.    I don't -- I don't have any
22 knowledge to make an opinion on that, I don't
23 think.  That seems to be more of a treatment or
24 an addiction person question that deals with
25 those people.  I don't deal with cases, and I

33 (Pages 126 - 129)

1  don't deal with addicts.
2      Q.   Let me put it this way:  Are
3  diverted opioids causing drug problems in the
4  Ohio -- some of Ohio HIDTA's drug-related
5  problems?
6      A.   Yes, they would be a part of the
7  problem.
8      Q.   So would the individuals who are
9  diverting those drugs and putting them on the
10  street part of the problem?
11      A.   Yes.
12      Q.   Are you aware of any specific
13  instance in which a member of Ohio HIDTA
14  reported to you that a pharmaceutical
15  manufacturer, distributor, or defendant had
16  engaged in diversion?
17      A.   No.  Again, I only see the
18  statistics that are reported, not the specifics
19  of cases.
20      Q.   Who has the ability to arrest the
21  people who commit diversion?
22      A.   I would imagine anybody in law
23  enforcement.
24      Q.   Private companies don't have the
25  ability to arrest diverters, correct?

1      A.   No.
2      Q.   Who has the ability to revoke the
3  licenses of doctors that engaged in diversion?
4      A.   The state medical board.  I don't
5  know that, but that's my -- that makes sense to
6  me.
7      Q.   Are there any statistics on how
8  much diversion has occurred in Ohio HIDTA each
9  year?
10      A.   No.  Only what we've seized.
11      Q.   So you just have that, the raw
12  numbers of the amount of drugs that you would
13  identify as diverted that were seized, but
14  other than that, that's the only information
15  Ohio HIDTA has?
16      A.   Correct.
17      Q.   Would it be possible to come up
18  with specific numbers as to how many
19  prescription drugs in total have been diverted
20  in Ohio HIDTA in any given year?
21      A.   Not that I'm aware of.  We
22  certainly would not be able to do that at
23  HIDTA.
24      Q.   Are you aware of diversion
25  occurring outside of the Ohio HIDTA region that

1  has had an impact in Ohio HIDTA?
2      A.   I do know that we have seized pills
3  coming from the Michigan area down through
4  Ohio.
5      Q.   You have also seen pills from
6  Florida?
7      A.   I'd have to look and research that.
8  I just am aware that Michigan is the primary
9  one that flows through Ohio.
10      Q.   What's the basis for your knowledge
11  that pills are coming in from Michigan?
12      A.   Seizure data and seizure
13  information.
14      Q.   When a seizure occurs, do you know
15  how the individual law enforcement agencies
16  determine where that drug had come from?
17      A.   No.  Again, I don't get into the
18  investigation.  I just find out about it
19  through the seizure data, or if it's in the
20  paper or there is some big seizure, they may
21  notify me and say, hey, just by the way, no
22  matter what the drug is, we did this today, you
23  know.
24      Q.   Are there any policies and
25  procedures or guidance that you give to those

1  local law enforcement agencies on how to report
2  seizure data?
3      A.   No.
4      Q.   Are you aware of any efforts that
5  have been made to interdict the flow of
6  diverted opioids from other states into Ohio
7  HIDTA?
8      A.   Not specifically, just in general,
9  as far as the task forces investigating those
10  drugs, they do that, or the highway patrol
11  interdicting on the highway.
12      Q.   Is there any coordination that Ohio
13  HIDTA does with other regional HIDTAs to
14  address the trafficking of diverted drugs
15  across state lines?
16      A.   Over the years, and the last one
17  was probably several years back, you know, we
18  did have a meeting with some of the directors,
19  like my counterpart in Michigan, and I don't
20  know who else would have been there, maybe the
21  HIDTA director in the Appalachian HIDTA, which
22  is centered in London, Kentucky, about what was
23  going on, and what can we do, and can we
24  formulate some strategies.
25      Q.   Do you know when that meeting was?

34 (Pages 130 - 133)

Page 134

1     A.    Probably five years ago, I would
2  guess, if I had to put me memory at task.
3     Q.    And did you end up coming up with a
4  plan on ways that those different HIDTAs could
5  coordinate that issue?
6     A.    I don't think we ever came up with
7  a good strategy, to be honest with you, and a
8  lot of the coordination was, you know, through
9  maybe the Michigan state and highway patrol in
10 Ohio working together, and the Kentucky State
11 Police, and making sure that people were
12 sharing information of their arrests with the
13 other law enforcement entities on the other
14 end, if they could determine where the stuff
15 was supposed to be headed to or where it came
16 from.
17    Q.    Are there any other actions,
18 besides that meeting, that Ohio HIDTA has taken
19 to combat diversion?
20    A.    No.  Not at the Ohio HIDTA, no.
21 Attend, like that conference you had mentioned
22 earlier, participated and things like that, but
23 as far as the Ohio HIDTA, you know, we are a
24 funding mechanism, and that's what we do.
25    Q.    Are you aware of any actions that a

Page 135

1  local law enforcement agency within HIDTA has
2  taking to combat diversion?
3     A.    No, I'm not.
4     Q.    You yourself have never been
5  involved in investigating diversion; is that
6  correct?
7     A.    That's correct.
8     Q.    Has Ohio HIDTA at all been involved
9  in any diversion investigations?
10    A.    Only if it would have been through
11 one of our task forces.
12    Q.    Do you know anything about those
13 investigations or how they are run at all,
14 through conversations you have had?
15    A.    No.  Only the final result of
16 seizures or they dismantled an organization or
17 whatever.
18    Q.    Does Ohio HIDTA in any way track
19 the number of diversion investigations that
20 are --
21    A.    No.
22    Q.    Based on your experience in law
23 enforcement, do you think preventing the
24 diversion of drugs is -- strike that.
25         Based on your experience in law

Page 136

1  enforcement, do you have an opinion on whether
2  investigating diversion is difficult or easy?
3     A.    I don't have -- I don't know
4  anything about it to formulate an opinion on
5  it.  I don't know what is involved in doing
6  that.
7     Q.    Prescription drugs are lawful
8  drugs, right?
9     A.    I'm not sure what you mean by that.
10    Q.    I guess, does the fact that --
11    A.    A prescription --
12    Q.    -- a prescription drug is a lawful
13 drug, from a law enforcement standpoint, make
14 it more difficult to investigate the abuse of
15 those drugs?
16    A.    I don't know.
17    Q.    To the best of your knowledge, is
18 anyone in Ohio HIDTA authorized to intervene,
19 to stop a patient from receiving a prescription
20 validly prescribed by a physician?
21    A.    No.  We would have nothing to do
22 with any of that.
23    Q.    Is it fair to say that doctors are
24 in the best position to evaluate whether a
25 prescription drug is appropriate for a

Page 137

1  particular patient?
2     A.    I don't have any background.
3     Q.    Would you feel -- from a law
4  enforcement standpoint, would you feel
5  comfortable second guessing a doctor's decision
6  to prescribe a medication for a particular
7  patient?
8     A.    Based on personal experience, yes.
9     Q.    You would feel comfortable
10 questioning a doctor's prescribing decision?
11    A.    Yes.
12    Q.    And what personal experience is
13 that?
14    A.    For instance, when my son had
15 shoulder surgery and how many pills he's
16 prescribed for the surgery.
17    Q.    Are you aware of any instance in
18 which one of the defendants in this case
19 delivered or dispensed a medication where the
20 prescribing doctor did not have a valid DEA
21 license and registration?
22    A.    I wouldn't have any knowledge of
23 licensing.
24    Q.    Are you familiar with the ARCOS
25 database?

35 (Pages 134 - 137)

Page 138

1    A.   I'm familiar with the term.
2    Q.   What is ARCOS?
3    A.   It's a database the DEA maintains
4  regarding prescription drugs.  I have never
5  seen the data, other than I provided, in the
6  provided documents, one map that one of our
7  public health analysts, as we called him,
8  prepared, just general data of a map of Ohio,
9  but that's the only thing we have used ARCOS
10  for, was his preparation of that, and that was
11  from public information, he said, on the DEA
12  ARCOS data.
13    Q.   Does anyone, to your knowledge, at
14  Ohio HIDTA have access to ARCOS?
15    A.   No.
16    Q.   Have you ever requested access to
17  ARCOS?
18    A.   No.
19    Q.   Do you know when the map, the ARCOS
20  map that you produced to us was created?
21    A.   Probably a year ago.  Certainly
22  within the last two years or so, because that's
23  when that position was created.
24          - - - - -
25          (Thereupon, Deposition Exhibit 7,

Page 139

1          ARCOS Map, Beginning with Bates
2          Label OH-HIDTA 001033, was marked
3          for purposes of identification.)
4          - - - - -
5    Q.   I would like to mark as Exhibit 7
6  OH-HIDTA 001033.
7    A.   Thank you.
8    Q.   Do you recognize this document?
9    A.   I do.
10    Q.   Is this the ARCOS map you were
11  referring to?
12    A.   Yes, it is.
13    Q.   And you testified this map is
14  generated based on publicly available ARCOS
15  data?
16    A.   That's what I was told by the
17  preparer, yes.
18    Q.   Do you know why this chart was
19  prepared?
20    A.   I do not specifically.
21    Q.   What is a chart like this useful
22  for?
23    A.   It could be prepared for somebody
24  to see what their individual problem is, what
25  their county problem is, and then here it

Page 140

1  appears to be by zip code, you know, what the
2  rate of distribution of this drug is in those
3  areas, and it might have been done for
4  somebody -- Orman Hall is the name of the
5  public health analyst who prepared this, and
6  he's done charts and graphs for Congressional
7  districts, different people in the public
8  health arena.
9          And just to give you a little bit
10  of background, the position of public health
11  analyst was formed to help coordinate and
12  understand and share information between public
13  health and public safety within a given area.
14    Q.   Is it fair to say that -- strike
15  that.
16          Are population breakdowns like this
17  helpful to identifying drug trends and
18  diversion?
19    A.   I think it is helpful in defining
20  trends and what a community in experiencing,
21  and then if you can tie -- you know, it's
22  helpful, what are we seizing versus what is out
23  there, and you can see if they go together.
24    Q.   So in your mind, is ARCOS something
25  that is helpful to identifying those trends?

Page 141

1    A.   Again, I have never used it, but I
2  think there could be an aspect of it that could
3  be helpful.
4    Q.   Have you had any conversations
5  about -- thinking about requesting access to
6  ARCOS?
7    A.   No.
8    Q.   Are you familiar with the term
9  "suspicious order reports"?
10    A.   I am not.
11    Q.   We talked a little bit about OARRS
12  earlier.  Do you know when OARRS was created?
13    A.   I do not.
14    Q.   Does anyone at Ohio HIDTA have
15  access to OARRS?
16    A.   I do not believe so.  We may have
17  tried to get it for the analyst, but we have
18  never been able to get access to it.
19    Q.   Do you know when -- do you know
20  when you might have requested access to it?
21    A.   Maybe two or three years ago, if
22  I'm not mistaken, because we don't use it, it's
23  for law enforcement has access to it, and our
24  analysts are not law enforcement, so they were
25  not given access.

36 (Pages 138 - 141)

Page 142

1    Q.   Do you know why your analysis were
2  seeking access to OARRS?
3    A.   Probably trend analysis data,
4  statistical, looking at things, helping provide
5  information for the threat assessment.
6    Q.   And do you know what the specific
7  reason for the denial of --
8    A.   I think because they were not law
9  enforcement.
10    Q.   Do you know how long ARCOS has been
11  around?
12    A.   I do not.
13    Q.   Do you know how long OARRS has been
14  around?
15    A.   I do not.
16    Q.   Do you know that private companies
17  don't have access to OARRS and ARCOS?
18    A.   I think I'm aware of that.  It
19  doesn't surprise, me, ARCOS, because it is a
20  DEA system.  OARRS, I don't know if I would
21  have guessed that they didn't or not.
22    Q.   I want to talk about some of the
23  contributors or causes to the heroin epidemic
24  in Ohio HIDTA today.
25        Would you say doctors who

Page 143

1  improperly prescribed opioids are a cause or
2  contributor to the heroin epidemic today.
3    A.   Based on what we do at Ohio HIDTA,
4  I do not have any information that provides me
5  with information to determine who or what has
6  caused the opioid problem or the heroin problem
7  or any of the drugs that we seized, just that
8  we were seizing them, and those are the cases
9  where our task forces are working.
10    Q.   You testified earlier that diverted
11  opioids are a contributor to the opioid
12  problem, correct?
13    A.   Yes.
14    Q.   So would a doctor who is engaged in
15  diversion be a cause or contributor to the
16  opioid problem, to the extent that he
17  facilitated the diversion of opioids?
18    A.   Yes.
19    Q.   Criminal drug trafficking
20  organizations, I believe you testified earlier
21  they are one of the primary contributors, at
22  least as far as the Ohio HIDTA is concerned; is
23  that correct?
24    A.   Yes.
25    Q.   Healthcare professionals who do not

Page 144

1  check OARRS and facilitated diversion by not
2  checking for doctor shoppers, are they a cause
3  or contributor to the opioids problems?
4    A.   Yes.
5    Q.   How about individuals who shared
6  pills with one another?
7    A.   Yes.
8    Q.   Individuals who stole prescription
9  drugs?
10    A.   Yes.
11    Q.   How about the board of medicine,
12  board of pharmacy, and board of nursing, for
13  failing to revoke doctors' licenses when
14  individuals were engaged in diversion?
15    A.   I would say yes, if they were aware
16  of it.
17    Q.   Are there any other individuals or
18  entities that you think have contributed to the
19  opioid problems in Ohio HIDTA today?
20    A.   I think you hit -- anywhere from
21  where it starts to where it ends, I think have
22  contributed to it, in my opinion.
23    Q.   Do you think certain states like
24  Florida have contributed to opioid problems by
25  having really loose prescription drug laws?

Page 145

1    A.   Yes.
2    Q.   Are you generally familiar with
3  problems with pill mills in Florida?
4    A.   No, I'm not.
5    Q.   When was the Ohio HIDTA founded?
6    A.   1999, I believe, like June or July
7  of 1999.
8    Q.   Do you know why it was formed?
9    A.   Other than, you know, the law
10  enforcement agencies and the U.S. Attorney's
11  Office here thought that, you know, it would be
12  a good program to bring to the area, I'm
13  guessing what they thought at the time and, you
14  know, there was a drug problem that needed to
15  be addressed, and to help -- the HIDTA funds
16  could help do that.
17    Q.   Do you know if any particular event
18  or drug prompted --
19    A.   I do not.
20    Q.   -- the creation of HIDTA?
21      - - - - -
22      (Thereupon, Deposition Exhibit 8,
23      March 3, 1999 Letter, with
24      Application Attached, Beginning with
25      Bates Label OH-HIDTA 003369, was

37 (Pages 142 - 145)

Page 146

1     marked for purposes of
2     identification.)
3         - - - - -
4     Q.  I'm going to mark as Exhibit 8
5  OH-HIDTA 003369.
6     A.  Thank you.
7     Q.  Do you recognize this document?
8     A.  Yes.  It's the original application
9  to form the Ohio HIDTA back in 1999, with a
10  letter from the U.S. Attorney here to the
11  national HIDTA director.
12     Q.  And I realize you might not be
13  personally familiar with this, so I'm not going
14  to spend too much time on it, but if you turn
15  to page 1 of the document.
16     A.  Yes.
17     Q.  There appears to be a heading that
18  says Satisfying the Four Statutory
19  Requirements; do you see that?
20     A.  Yes, I do.
21     Q.  And if you look at the fourth
22  sentence under that subheading A.
23     A.  Okay.
24     Q.  It say, "The Northern Ohio area
25  consists of five industrialized cities which

Page 147

1  beginning in the 1970s began to lose much of
2  theirs industrial base due to lower corporate
3  and property taxes, nonunionized work forces,
4  and other incentives offered by other parts of
5  the country.  Accordingly, the rust belt cities
6  of Cleveland, Toledo, Akron, Canton and
7  Youngstown lost many of its larger employers,
8  to include steel manufacturers in Youngstown
9  Canton and Cleveland; tire manufacturers in
10  Akron; and automobile and automotive component
11  manufacturers in Cleveland and Toledo.  Left
12  were large numbers of persons who were
13  unemployed, desperate for hope, and
14  increasingly dependent upon welfare.  This vast
15  pool of economic depression presented a perfect
16  market for the distribution of drugs and the
17  violence and theft associated with drug sales
18  and use"; do you see that?
19     A.  Yes, I do see that.
20     Q.  Do you have any opinion, one way or
21  another, on that statement?
22     A.  Other than I'm aware that Ohio,
23  over the years, has suffered economic downturn,
24  loss of jobs, and how that can impact a
25  community.

Page 148

1     Q.  Does the impact of economic
2  downturns sometimes create a market opportunity
3  for drug dealers?
4     A.  It can, yes.
5     Q.  Is it fair to say that some of that
6  economic downturn might have contributed to
7  problems with drugs, including opioids, in the
8  Ohio HIDTA region?
9     A.  I don't know if I could make that
10  connection or have a basis to have an opinion
11  on that, I think, without knowing the
12  individual person and what their reasons are
13  for using drugs or not using drugs.
14     Q.  I want to discuss a little bit more
15  the annual reports that Ohio HIDTA prepares.
16     A.  Okay.
17     Q.  Can you go through just the
18  step-by-step process of the preparation of a
19  HIDTA annual report?
20     A.  Sure.  The annual report that we
21  prepared, and I'll just, as kind of a point of
22  focal, is the 2017 report you gave me as
23  Exhibit 1.
24        The format, as far as the
25  categories contained in there, the sections,

Page 149

1  are mandated by ONDCP for every HIDTA, says
2  this is the general format that we want you to
3  follow.
4        What goes within those sections are
5  varied from HIDTA to HIDTA, and we compile,
6  based on our statistics, and it is knowledge
7  and interviews and what our task forces have
8  done.
9        And so at the end of every year,
10  the report is actually due in -- at ONDCP by
11  June 15 of every year, and we will prepare it
12  after the year ends and up until that point,
13  and update numbers and statistical numbers and
14  things like that, and then put them into the
15  report, and it basically lists our mission, our
16  goals, what our accomplishments were, basically
17  who we are and what we did last year.
18     Q.  Who drafts the initial draft of the
19  annual reports?
20     A.  Pretty much me, you know, with the
21  help of other people within HIDTA, or if there
22  is a section for something, what is this, you
23  know, is this your area, the training, give me
24  something on training, or what the ISC, the
25  Investigative Support Center, John Glasgo, give

38 (Pages 146 - 149)

Page 150

1  me, you know, your bullets, your description,
2  what you guys do.
3          My secretary or assistant will pull
4  some of the charts into the report from the PMP
5  data that populate here.
6          So it's kind of a group effort.  My
7  deputy helps do research stuff, come up with
8  ideas, what we want to talk about in the
9  report, and eventually I review it, and then it
10  goes to the board.
11      Q.  What is the revision process like?
12      A.  As far as -- well, we do grammar,
13  you know, spelling, does the information look
14  right, does it read well, you know, if I
15  mention in paragraph 1 that we seized X number
16  of drugs or we did this, is that the same
17  number in the chart and graph, so we don't have
18  conflicting number, is the organizational chart
19  up to date, you know, the number of
20  participating agencies.
21          Really all the numbers that are in
22  here, such as it's really a historical document
23  that says what we did.
24      Q.  Is there -- is it -- strike that.
25          Does the Ohio HIDTA executive

Page 151

1  board, is that who makes the final approval on
2  the submission of a report?
3      A.  Yes.  We have to submit a report,
4  but they approve the report as finalized before
5  it goes to ONDCP to review.
6      Q.  So it is fair to say you prepare an
7  initial draft of the report, it's revised a
8  couple times, eventually it goes to the Ohio
9  HIDTA executive board, and then they approve
10  it, it goes to --
11      A.  Right, or they ask for revisions or
12  something, and then we make those revisions,
13  and then it goes to another final draft for
14  them to approve, but they approve it before it
15  goes out.
16      Q.  And as you are drafting and
17  revising the report, are there any, like,
18  policies or procedures that Ohio HIDTA has
19  about the preparation of the report?
20      A.  No.  I'm not sure I understand what
21  you're asking me, but I'm not aware of any
22  policies.  It's pretty much, you know, how
23  we -- the set criteria that we have to have by
24  section, and then as we review it and populate
25  it, does it make sense.  But I don't really

Page 152

1  know what you mean, outside of that, as far as
2  policies and procedures.
3      Q.  So the federal government sets the
4  parameters on what you are required to report,
5  right?
6      A.  Uh-huh.
7      Q.  Do you have any internal policies
8  or procedures regarding checking the
9  information that you are getting from the Ohio
10  HIDTA participating law enforcement agencies?
11      A.  Well, the performance management
12  process, or PMP data is verified as it's
13  entered by the PMP coordinator, you know, and
14  also when we interview them.
15          But to some extent, we depend
16  largely on what they say, because they are out
17  there, we're not working the case with them, so
18  we are dependent, to some extent, on what they
19  are reporting to us.
20      Q.  What do you do to verify that
21  information, to the extent that you can?
22      A.  Well, the PMP coordinator will
23  discuss with them, as their quarterly
24  statistical accomplishments come to her, and
25  also again during the annual interview, when we

Page 153

1  go over numbers, you know, and I might say,
2  Well, it shows that you didn't have any of, you
3  know, X, Y or Z, and they'll go, That doesn't
4  sound right, I know we did that, you know, I
5  know we had Title III investigations, and we'll
6  go back and correct the information.
7      Q.  And is the process the same for the
8  threat assessment and the strategy reports?
9      A.  Yeah.  The information, a lot of it
10  is the same, core tables, as we call them, the,
11  you know, seizures, drug DTOs, dismantlements.
12  There is like nine or so core tables that we
13  have to report, and also through interview and
14  the threat survey and conversations by the
15  intel manager with the task forces and other
16  police departments or law enforcement agencies,
17  and it goes to the board, eventually, for
18  approval.
19      Q.  How do you formulate the strategy
20  document?
21      A.  Based on the threat and based on
22  the required format and based on what we
23  submitted the previous years, you know, and
24  there is a continuous flow that they all kind
25  of look alike, but the information is updated

39 (Pages 150 - 153)

Page 154

1  statistically, and threat-wise what we were
2  told by the task force participants and by the
3  seizures.
4       And then what are we going to do to
5  address it.  Do we need to formulate something
6  different, do we need a new initiative
7  somewhere, should we look at something that
8  addresses either partial interdiction possibly
9  or highway interdiction, things like that, and
10  then, you know, is there something additional
11  we should be doing to address the threat.
12       And particularly if the threat
13  changes, if the threat is the same as it has
14  been for a year or two or three, then the
15  strategy doesn't necessarily change too much.
16       Q.   Who has the final say on setting
17  the strategy?
18       A.   The executive board.
19       Q.   Who initially proposes the strategy
20  for a given year?
21       A.   I do.  I write it.
22       Q.   And what is your process for
23  identifying, kind of, the strategy for a given
24  year?
25       A.   What we have been doing, maybe what

Page 155

1  we haven't been doing, you know, what are we
2  seeing as the problems, they the same, you
3  know, so do we attack them the same or do we
4  need to change something different.
5       You know, are there areas that we
6  could offer or do things as HIDTA to provide
7  additional funding or, you know, pay for
8  radios, if it becomes an officer safety thing.
9  Just different things that we do as a funding
10  mechanism, to say what do we need to do to try
11  to address this problem.
12       And again, it's kind of a, you
13  know, here is our strategy, but we are not
14  controlling the day-to-day operations of the
15  task forces.  They are in charge of what they
16  do each day and how they do it.
17       Q.   So is it fair to say then that the
18  strategy memo is Ohio HIDTA's, kind of,
19  guidance to those agencies on strategies that
20  they could take, but you don't direct those?
21       A.   Right.
22       Q.   Have you ever -- strike that.
23       In the past few years, have you
24  identified any opioid-specific strategies?
25       A.   No.  The only thing that we have

Page 156

1  done, other than letting the task forces and
2  initiatives do their own -- conduct their own
3  investigations and how they believe they should
4  be done, is providing funding.
5       As I had mentioned with the
6  Heroin-Involved Death Investigation Teams, and
7  the Ohio HIDTA is part of a multi-HIDTA
8  initiative that started out as the heroin
9  response strategy, and is now the opioid
10  response strategy, and we are probably changing
11  that to the overdose death strategy, and that's
12  where we -- back to where I mentioned the
13  physician and public health analyst.
14       And we also have a drug
15  intelligence officer, that is funded out of
16  those supplemental funds, to bridge the gap
17  between public health and public safety, you
18  know, what are we missing in those areas and
19  how can we help each other, and that's really,
20  the goal of that is to bring those two assets
21  together and reduce overdose.
22       Q.   What is the heroin response
23  strategy?
24       A.   That, bringing public health and
25  public safety together and the sharing of

Page 157

1  information.
2       Q.   And how does the heroin response
3  strategy do that?
4       A.   Through those two positions
5  primarily, you know, so that they can then go
6  to the department of health or a law
7  enforcement agency.  We do it by felony arrest
8  notifications, which are interstate arrests or
9  in-state arrests by drug traffickers and the
10  drug intelligence officer, make sure that
11  information gets to, you know, Plano, Texas or
12  Burbank, California, or verse versa, coming
13  back here.
14       And not every HIDTA is a member of
15  it.  I think we are up to 12 HIDTAs now that
16  are a member there of the response strategy --
17  well, the overdose response strategy now.
18       Q.   Do you know when the name got
19  changed to overdose response strategy?
20       A.   Last week.
21       Q.   Do you know why that name was
22  changed?
23       A.   Yes.  The HIDTAs who are not
24  participants in the original heroin response
25  strategy felt that their issues might be

40 (Pages 154 - 157)

Page 158

1 cocaine or meth out west or on the Southwest
2 border or something, and so it's a little bit
3 more all-encompassing and friendly to all the
4 HIDTA directors.
5     Q.   And cocaine and meth have been
6 seeing a resurgence and causing an increasing
7 number of overdoses as well, correct?
8     A.   I don't know if they are without
9 the presence of fentanyl or carfentanil in
10 them, or what the percentage would be.
11     Q.   Have you ever identified, as a
12 strategy, investigating pharmaceutical
13 manufacturers, distributors, or pharmacies?
14     A.   No.
15     Q.   And is the reason for that again
16 that your focus has been on the drug
17 trafficking organizations that are responsible
18 for the majority of drugs causing problems in
19 Ohio HIDTA?
20     A.   Correct.
21     Q.   Earlier this morning you testified
22 that after pill mills in Southeast Ohio were
23 shut down, you knew that there would be a
24 heroin problem; is that correct?
25     A.   Correct.

Page 159

1     Q.   Why did you know that there would
2 be a heroin problem?
3     A.   Through conversations with law
4 enforcement, healthcare people, treatment and
5 prevention people, that once you take the
6 addict's pills way, they are going to have to
7 do something, the habit is not going to go
8 away, and we knew it would be heroin.
9     Q.   Why did you know it would be
10 heroin, as opposed to a different drug, like
11 cocaine or meth?
12     A.   Because they are opioids.
13     Q.   Do you know how many of those
14 addicts started with a prescription opioid that
15 was lawfully prescribed to them?
16     A.   I have no idea.
17     Q.   Do you know how many of those
18 addicts were addicted to a nonopioid --
19     A.   I have no idea.
20     Q.   -- before they took prescription
21 opioids?
22     Are there heroin users who have
23 always used heroin and have never used
24 prescription opioids, based on your knowledge?
25     A.   I don't have anything to say that

Page 160

1 that's accurate, but personal opinion, most
2 likely.
3     Q.   Is it fair to say then that, in
4 your view, some of the individuals who are
5 abusing heroin, fentanyl and carfentanil, it's
6 possible that they started with those drugs, as
7 opposed to starting with a prescription opioid?
8     A.   Yes, it's possible.
9     Q.   Would you say it's likely?
10     A.   I don't feel, in the position, I
11 have enough knowledge of addicts and what they
12 do, and not being part of their chain of arrest
13 or treatment to know that.
14     Q.   You also testified this morning
15 about pill mills in Southeastern Ohio.  If pill
16 mills were a problem in Cuyahoga, would they
17 have been reported to you?
18     A.   Not necessarily as a pill mill.  It
19 would have been shown up in potential seizures,
20 or we might have heard it in conversation that
21 they were out there, and we were aware of
22 Southeast Ohio, because it was such a problem,
23 and there was some political, you know, oomph
24 to find -- I'm sorry that's not a good word --
25 political inquiries to know what was being done

Page 161

1 about the pill problem in Southeastern Ohio.
2 Being a federal program, they look to us for
3 some help.
4     Q.   Is the same true for Summit County?
5     A.   Yeah.  Probably, the same as
6 Cuyahoga, as far as I know.
7     Q.   When the data, the seizure data is
8 reported, is there a box that somebody can
9 check that indicates that the drug came from a
10 pill mill or was diverted?
11     A.   No.
12     Q.   So your seizure data of
13 prescription opioids wouldn't necessarily
14 report how many were diverted or what type of
15 diversion they came from --
16     A.   No.
17     Q.   -- is that correct?
18     The HIDTA teams we discussed this
19 morning, did you have to provide justification
20 to obtain that extra funding?
21     A.   We did.  There was a write-up
22 prepared, and I believe we provided that in the
23 documents, the requests for that funding.
24     Q.   Can you recall what justification
25 you provided?

41 (Pages 158 - 161)

Page 162

1    A.   That was based on the seizure data
2  that we had from HIDTA and also primarily
3  overdose data of those drugs.
4    Q.   And the overdose data is the data
5  that you were getting from the Cuyahoga County
6  Coroner's Office?
7    A.   Yes.
8    Q.   Any other overdose data?
9    A.   I do not recall.  We might have
10  mentioned some things about Ohio, in general,
11  that would have been probably through the Ohio
12  Department of Health.
13       MR. RAIOLA:  Can we take a quick
14  break?
15       THE WITNESS:  Sure.
16       THE VIDEOGRAPHER:  It is 1:04.  Off
17  the record.
18       (Recess taken.)
19       THE VIDEOGRAPHER:  The time is
20  1:18.  We ae back on the record.
21    Q.   Mr. Siegel, I've got a few
22  questions about the Ohio HIDTA's budget, then
23  I'm going to pass the microphone.
24       Who is in charge of deciding how to
25  allocate the funding you receive from the

Page 163

1  federal government each year?
2    A.   The executive board.
3    Q.   Are there any criteria that the
4  executive board used to decide how to allocate
5  funding amongst the different initiatives in a
6  given year?
7    A.   They'll look at performance,
8  they'll look at, you know, is there any changes
9  in the task force, as far as size,
10  responsibility, that would say we need
11  additional money or not.
12       And conversely, they may take money
13  away if you are funded because you had 10 task
14  force officers and now you have five, you
15  obviously don't need as much overtime money,
16  and pretty much, though, year to year it stays
17  the same, unless there is reason to articulate
18  why to change somebody's budget, and we don't
19  change the budgets very often.
20    Q.   How do you measure performance?
21    A.   Through the PMP data, you know, as
22  far as the core tables, how many drug
23  trafficking organizations have you identified
24  and are you investigating, how many have you
25  disrupted or dismantled.  Your drug seizures,

Page 164

1  your cash and property, your asset seizures,
2  are you using deconfliction system to share
3  information and assure that you are not
4  affecting somebody else's investigation, and
5  promoting officers safety, are you -- and those
6  are the primary ones that we look at.
7       As the HIDTA, we get looked at
8  differently, because we have the training
9  program and case assistance and things like
10  that, but those are the main ones.
11    Q.   Are there any of those factors that
12  are more important than the others?
13    A.   I would say nobody -- there is no
14  weighted scale, and nobody really says how
15  about this or that, but I think the
16  investigation, to me as the director, is the
17  investigation of drug trafficking organizations
18  and maybe what -- are you seizing the drugs
19  that we say are the problem.
20    Q.   And when you say, seizing drugs
21  that you say are the problem, are you referring
22  to the drugs that are identified as the
23  greatest --
24    A.   The threat --
25    Q.   -- threat in the threat assessment?

Page 165

1    A.   Yes, sir.
2    Q.   When considering those factors, is
3  it a quantitative assessment, as to how many
4  drug trafficking organizations are being
5  investigated, or is there a degree of
6  qualitative analysis, as to how sophisticated,
7  you know --
8    A.   Not within ours.  You know, I will
9  also look at things like search warrants, Title
10  III investigations, you know, did you conduct
11  those, which doesn't always mean you have the
12  right group.
13       There is a certain inherent thing
14  that if you are Title IIIs, you're probably
15  working an organization, versus somebody who is
16  a corner dealer or a local dealer.  So I look
17  at those just as conversation.
18       Everything -- not one thing is more
19  important, but they are all, kind of,
20  conversation pieces or an indication of what
21  are you doing and how are you doing it.
22       Can you repeat your original
23  question?  I might have missed the point I
24  wanted to make and answer it.
25    Q.   Yeah.  My question was, in

42 (Pages 162 - 165)

Page 166

1 evaluating the factors, including seizures and
2 drug trafficking organizations identified, is
3 your assessment quantitative or does it include
4 qualitative aspects as well?
5     A.    More quantitative.  You know, I
6 don't look at the individual cases that they
7 are working, as far as who they are and what
8 they are.  That, again, is left up to them.
9     Q.    Is the same true for drug seizures,
10 you look at the volume or number of drugs they
11 are seizing, as opposed to looking at where it
12 is coming from or --
13     A.    Correct.
14     Q.    -- or the potency of it?
15     A.    What drugs are they seizing and how
16 much of it is primarily what we look at.
17     Q.    Are there any policies that relate
18 to these factors, or is it just, kind of, an
19 informal system?
20     A.    We have written policies that
21 describe how we review a task force each year,
22 what we look at, and also about the PMP data.
23         And so there are policies about
24 what they need to report and what I look at
25 when we come out and review them, so they have

Page 167

1 an idea of what we are looking at.
2     Q.    Do you know how much funding Ohio
3 HIDTA gave to Summit County and Cuyahoga County
4 last year?
5     A.    Summit, Akron/Summit, their
6 combined task force for us for funding was
7 $179,000, and probably some dollars in there.
8 The Northern Ohio Law Enforcement Drug Task
9 Force was 130,000, I believe.  The DEA,
10 Cleveland, who we provide funding to, was,
11 like, 76,000 last year, and the hotel
12 interdiction team was 68,000.  They operate in
13 Cuyahoga County.
14     Q.    Is the DEA Cleveland DEA
15 exclusively?
16     A.    No.  They have task force officers.
17     Q.    They have task force officers from
18 Summit and Cuyahoga County?
19     A.    They have officers on the DEA
20 Cleveland Task Force from the
21 Cleveland/Cuyahoga County area, but I believe
22 he assigns some of his DEA agents to the task
23 force in Akron, because it's part of his area
24 of responsibility.  The two offices fall under
25 the Cleveland office.

Page 168

1     Q.    Do you know which Cleveland and
2 Cuyahoga officers work in that DEA task force?
3     A.    I do not.  I would have that
4 information at HIDTA, but I don't have it here.
5     Q.    And what is the hotel interdiction
6 team?
7     A.    They primarily work with hotels in
8 the area to identify drug traffickers bringing
9 drugs in or trafficking organizations taking
10 money back out of the community to the border.
11     Q.    Outside of the funding that you
12 provide to these initiatives, is there any
13 funding that Ohio HIDTA provides to Cleveland,
14 Akron, Cuyahoga County, and Summit County?
15     A.    No.  Only to the initiatives.
16 Everything has to be tied to an initiative.
17         MR. RAIOLA:  I think that's it.
18 I'm going to pass the witness.  Thank you,
19 Mr. Siegel.
20         THE WITNESS:  Thank you.
21         THE VIDEOGRAPHER:  It is 1:25.
22 Going off the record.
23         (Pause.)
24         THE VIDEOGRAPHER:  It is 1:25.  We
25 are back on the record.

Page 169

1         EXAMINATION OF DEREK SIEGLE
2 BY MR. STEPHENS:
3     Q.    Mr. Siegel, good afternoon.
4     A.    Good afternoon.
5     Q.    My name is Neal Stephens, I'm from
6 Jones Day, and I represent Walmart.  I have a
7 couple topics that I want to cover with you
8 today.  I want to talk a little bit about your
9 HIDTA, how the executive committee works, and
10 then also talk about some of the initiatives
11 that you are familiar with during your tenure
12 there, and then also talk through a few topics
13 that relate to retail pharmacies.
14         And when I talk about retail
15 pharmacies today, I'm going to be talking about
16 Walmart, Walgreens, CVS, and Rite Aid, okay?
17     A.    Okay.
18     Q.    All right.  So you testified
19 earlier that in your experience, from 2009 to
20 present, all of the major narcotics enforcement
21 agencies in your HIDTA jurisdiction participate
22 in your HIDTA?
23     A.    Yes.
24     Q.    Okay.  And each would have a member
25 assigned to the executive committee?

43 (Pages 166 - 169)

Page 170

1      A.    Not all members or participants
2  have a member on the executive committee, just
3  because of the limited numbers.  But if you
4  want to say the main federal law enforcement
5  agencies, the main cities in Ohio, they are
6  represented, but not every participant on a
7  HIDTA task force is represented.
8      Q.    And a description you gave earlier
9  today to Mr. Raiola about who those ex com
10  members are, they tend to be the number one law
11  enforcement agent for their representative
12  jurisdiction, the U.S. Attorney for the U.S.
13  Attorney's office, the special agent in charge
14  for FBI and DEA, the sheriff for Cuyahoga
15  County or the sheriff for Akron or the City of
16  Cleveland, correct?
17      A.    That's correct.
18      Q.    And then that group meets
19  quarterly?
20      A.    Yes, sir.
21      Q.    And your expectation is that the
22  members of the executive committee are speaking
23  with people down their chain of command who are
24  on the street, working narcotics
25  investigations, to get the information needed

Page 171

1  to bring forward to the executive committee so
2  the high-level agents and officers and
3  attorneys can talk through what the threats are
4  here in Ohio; is that fair?
5      A.    Yes, that's fair.
6      Q.    Okay.  Your HIDTA also puts out
7  these three documents: the threat assessment,
8  the annual report, and the annual strategy,
9  correct?
10      A.    That's correct.
11      Q.    The information that forms those
12  reports comes through the agencies that
13  participate in your HIDTA, correct?
14      A.    That's correct.
15      Q.    And it is reported into the folks
16  who work with you at HIDTA through the
17  executive committee members, in part, correct?
18      A.    Correct.  They would see the final
19  numbers tabulated in the reports.
20      Q.    Right.  So for example, if the DEA
21  back here in Cleveland sees issues in his or
22  her jurisdiction, they are going to bring those
23  forward and discuss them at the executive
24  committee meeting, and those could find their
25  way to the threat assessment, the strategy and

Page 172

1  the annual report; is that fair?
2      A.    Yes, they could.
3      Q.    And it's fair to say that given the
4  expertise of the people of the ex com that you
5  have sitting around the table there with you,
6  if there is a new threat that emerges in the
7  jurisdiction of your HIDTA, it will be
8  discussed at your quarterly meeting, correct?
9      A.    Yes, it would be discussed.
10      Q.    And then the executive committee
11  will discuss how to obtain funding for your
12  participating local, state, and federal agents
13  to battle these serious narcotics-related
14  threats that exist in your jurisdiction?
15      A.    Yeah.  The baseline budget is the
16  same every year, in the way it is divided among
17  the task forces.  So that is kind of a
18  standard, every year the same, but they, again,
19  have the opportunity or the ability as the
20  executive to reprogram those funds from one to
21  another, but they would also be aware of any
22  requests that we would make for additional
23  funding through the supplemental funding, as we
24  discussed earlier, with the heroin-involved
25  teams and things like that.

Page 173

1      Q.    And then, for example, if there is
2  a new emerging threat and one of the law
3  enforcement agencies wants to put forward a
4  task force, they are going to present that to
5  the 20 members of the executive committee, who
6  are going to vet it, discuss it, and then make
7  a determination as to whether that task force
8  is going to get a slice of the HIDTA pie for
9  funding; is that fair?
10      A.    Yes.
11      Q.    And would you agree that at these
12  executive committee meetings that you have
13  attended during your tenure as the director,
14  that law enforcement officers have discussed
15  how to prevent overdose deaths in your HIDTA?
16      A.    I don't know if we have discussed
17  actually how to prevent them, because that
18  involves a lot of areas outside of law
19  enforcement, but we have talked about what we
20  do as enforcement agencies, the use of Narcan,
21  things like that.
22      Q.    Okay.  And Narcan is something that
23  can be given to someone who might be suffering
24  an overdose, to help them avoid the overdose;
25  is that accurate?

44 (Pages 170 - 173)

Page 174

1      A.   Yes, that's correct.
2      Q.   Okay.  Would it be fair to say then
3   that your HIDTA is concerned about preventing
4   overdose deaths in your jurisdiction?
5      A.   Yes, we are.
6      Q.   Through the tools that law
7   enforcement has to do so, correct?
8      A.   Yes.
9      Q.   All right.  And based on your
10  interactions with your participating agencies,
11  would you agree that they are all concerned
12  about preventing overdose deaths in their
13  respective jurisdictions?
14     A.   I have no reason to believe they
15  are not, so, yes.
16     Q.   Right.  So, for example, you can't
17  identify a single law enforcement agency that
18  participates in your HIDTA that has ever spoken
19  out and said, "We are not concerned about
20  preventing overdose deaths," right?
21     A.   No, I'm not aware of that.
22     Q.   And as part of these executive
23  committee meetings, is it fair to say that the
24  participating law enforcement officers are
25  trying to develop strategies on how to enforce

Page 175

1   narcotics laws to help prevent drug overdoses
2   in your jurisdiction?
3      A.   Yes.  That would be part of the
4   enforcement, in the end, and a result that they
5   would hope for.
6      Q.   And as part of that, there would be
7   initiatives created to try and prosecute the
8   drug trafficking organizations that are
9   bringing the drugs into the jurisdiction that
10  are causing the overdoses?
11     A.   Yes.
12     Q.   Now, you had mentioned earlier that
13  your HIDTA updates national drug enforcement
14  leaders on your HIDTA's -- the Ohio HIDTA's
15  plan of action on an annual basis, right, up to
16  the National Center of Drug Control, right?
17     A.   Yes, sir.
18     Q.   And you will draft summaries, like
19  the annual report, to report out, correct?
20     A.   Correct.
21     Q.   And you seek money for your local
22  HIDTA to combat what your HIDTA determines to
23  be the cause of the narcotic-related problems
24  in your district?
25     A.   That's correct.

Page 176

1      Q.   And the possibility of receiving
2   maybe supplemental federal funding from the
3   Office of National Drug Control Strategy leads
4   your HIDTA to raise any issue that your HIDTA
5   thinks is significant, because it may increase
6   the funding you receive?
7      A.   Yes.  Based on the categories that
8   they are accepting that year.  Some years they
9   have changed and, you know, the last few they
10  have been the same.
11     Q.   And the funding that your HIDTA
12  receives gives your local HIDTA more resources
13  to fight drug-related problems here in Ohio?
14     A.   Yes.
15     Q.   So you would agree that your HIDTA
16  is incentivized to speak up to the national
17  office when it sees specific issues in Ohio
18  that might qualify for supplemental funding?
19     A.   Correct.
20     Q.   Okay.  I would like to transition
21  quickly and ask you some questions about the
22  types of criminal narcotics organizations you
23  have seen here during your tenure as executive
24  director of the Ohio HIDTA, okay?
25     A.   Yes, sir.  Okay.

Page 177

1      Q.   And I'll try not to overlap with
2   some of the questions that Mr. Raiola asked,
3   but I want to ask about certain street level
4   narcotics, okay?
5      A.   Okay.
6      Q.   Would you agree that during your
7   tenure at your HIDTA, the participating law
8   enforcement agents initiated investigations in
9   the street level drug dealers who sold Mexican
10  black tar and brown powder heroin here in Ohio?
11     A.   Yes.
12     Q.   Would you agree that there has been
13  at least a dozen of those types of
14  investigations initiated by the participating
15  members of your HIDTA?
16     A.   Yes.
17     Q.   Would you agree that there has been
18  more than a hundred of those types of
19  investigations?
20     A.   Yes.
21     Q.   Could there be more than a
22  thousand?
23     A.   It's possible.
24     Q.   Could there be more than 10,000?
25     A.   Doubtful.

45 (Pages 174 - 177)

Page 178

1  Q.  Okay.  And the street level dealers
2  of Mexican heroin, you would agree, pose a
3  threat here in the State of Ohio?
4  A.  Yes.
5  Q.  And you are aware that during the
6  time that you have been executive director,
7  people in Ohio have died from overdoses of
8  Mexican heroin?
9  A.  Yes.
10  Q.  Now, as far as Columbian cocaine,
11  you would agree that during your tenure here at
12  HIDTA, that participating law enforcement
13  agents have initiated investigations into
14  street level dealers of Columbian cocaine?
15  A.  Yes.  I want to -- I don't want to
16  misunderstand the question.  You say street
17  level.  We hear that the drug trafficking
18  organization.  Now that may encompass the
19  individual working for them that is selling
20  them on the street.
21  Q.  Okay.  So let me reask the question
22  so you are clear, but I understand exactly what
23  you are saying, Mr. Siegel.
24  All right.  So during your tenure
25  here at HIDTA, the participating law

Page 179

1  enforcement agents have initiated
2  investigations into drug trafficking
3  organization who deal cocaine on the street in
4  Ohio, true?
5  A.  Yes.
6  Q.  And have there been dozens of such
7  investigations during your tenure?
8  A.  Yes.
9  Q.  More than a hundred?
10  A.  Yes.
11  Q.  Probably more than a thousand?
12  A.  Probably so.
13  Q.  More than 10,000?
14  A.  I don't think.
15  Q.  The drug trafficking organizations
16  that deal Columbian cocaine on the streets of
17  Ohio pose a threat here in Ohio, correct?
18  A.  They do.
19  Q.  And you are aware that people here
20  in the State of Ohio have died from
21  drug-related overdoses of Columbian cocaine
22  during your tenure at HIDTA, correct?
23  A.  Yes.
24  Q.  Crack cocaine is a derivative of
25  powder cocaine, right?

Page 180

1  A.  Yes.
2  Q.  That also was a problem here in
3  Ohio, correct?
4  A.  That's correct.
5  Q.  And your HIDTA has initiated -- or
6  those participating members of your HIDTA have
7  initiated investigations into drug trafficking
8  organizations here in Ohio that traffic in
9  crack cocaine?
10  A.  Yes.
11  Q.  More than a dozen?
12  A.  Probably.
13  Q.  Up to a hundred?
14  A.  I might stop at that point, just
15  because we are seeing less and less of it as
16  the other drugs, but it is possible it could be
17  a hundred.
18  Q.  So let's turn to methamphetamine.
19  The law enforcement agencies that participate
20  in your HIDTA during your tenure have initiated
21  investigations of drug trafficking
22  organizations who traffic methamphetamine here
23  in Ohio, correct?
24  A.  Yes.
25  Q.  Dozens of those investigations?

Page 181

1  A.  Yes.
2  Q.  More than a hundred of those
3  investigations?
4  A.  Yes.
5  Q.  More than 500 of those
6  investigations?
7  A.  Most likely.
8  Q.  Up to a thousand?
9  A.  I would think that could
10  potentially be a possibility.
11  Q.  Okay.  For illicit fentanyl, the
12  fentanyl that you described earlier today as
13  being imported from China or up through Mexico
14  via Mexican drug trafficking organizations, is
15  it fair to say that the participating agencies
16  in your HIDTA have initiated investigations to
17  try and prosecute the drug trafficking
18  organizations who are trafficking in illicit
19  fentanyl here in Ohio?
20  A.  Yes.
21  Q.  Have there been dozens of those
22  investigations?
23  A.  Yes.
24  Q.  Up to 100?
25  A.  I'd have to check, but it's a

46 (Pages 178 - 181)

Page 182

1  possibility.
2      Q.   Okay.  And the street level dealers
3  of illicit fentanyl pose a threat here in your
4  HIDTA?
5      A.   Yes.
6      Q.   And individuals here in Ohio have
7  died from overdose deaths tied to illicit
8  fentanyl, true?
9      A.   Correct.
10     Q.   Briefly we will talk about
11 carfentanil.  The same series of questions.
12         The investigating agencies who
13 participate in your HIDTA have initiated
14 investigations of drug trafficking
15 organizations who have supplied illicit
16 carfentanil here in Ohio, true?
17     A.   That's correct.
18     Q.   Have there been a dozen of those
19 investigations during your tenure?
20     A.   I don't know, because we have seen
21 less carfentanil than some of the other drugs,
22 but that's highly possible.
23     Q.   Would you agree that your HIDTA has
24 sought federal funding to investigate drug
25 dealers or drug trafficking organizations

Page 183

1  supplying black tar, brown powder heroin,
2  cocaine, methamphetamine, carfentanil, illicit
3  fentanyl, ectasy, LSD, PCP?
4      A.   Yes.
5      Q.   And is it fair to say -- you gave
6  some numbers to Mr. Raiola right towards the
7  end of your testimony.  If we can, I would like
8  to talk about, kind of, your entire tenure.
9      A.   Okay.
10     Q.   Is it fair to say that your HIDTA
11 has received hundreds of thousands of dollars
12 to investigate the drug trafficking
13 organizations that traffic in those drugs I
14 just mentioned?
15     A.   Yes.
16     Q.   Would it be fair to say that your
17 HIDTA, during your tenure, has received over a
18 million dollars to investigate and prosecute
19 drug trafficking organizations that traffic in
20 those illicit products?
21     A.   Yes.
22     Q.   Would it be fair to say that it's
23 over 10 million dollars?
24     A.   Yes.
25     Q.   Would it be over 20 million

Page 184

1  dollars?
2      A.   Give me a moment to do some math.
3      Q.   Okay.
4      A.   Yes.
5      Q.   What is your estimate as to what
6  the range is of the amount of money --
7      A.   Since I've been here, maybe 35
8  million to 40 million.
9      Q.   Okay.  And part of those funds
10 would be provided to task forces like No Left,
11 the agency that you described -- the task force
12 you described earlier today, correct?
13     A.   Correct.
14     Q.   All right.  Let me talk a little
15 bit about retail pharmacies, okay?
16     A.   Okay.
17     Q.   Would you agree that no law
18 enforcement agency in your HIDTA has ever
19 identified Walmart to you as the cause of any
20 overdose death in your jurisdiction?
21     A.   I have not ever been advised of
22 that.
23     Q.   Would you agree that no narcotics
24 law enforcement agency in your HIDTA has ever
25 identified to you Walgreens, CVS or Rite Aid as

Page 185

1  the cause of any overdose death in your
2  jurisdiction?
3      A.   Yes.
4      Q.   Would you agree that during the
5  HIDTA meetings that you have personally
6  attended at your HIDTA over your nine or ten
7  years, that no member law enforcement agency
8  has ever said that it was creating a task force
9  or wanted to create a task force to investigate
10 Walmart for causing any overdose-related death
11 in your jurisdiction?
12     A.   Yes.
13     Q.   And would you agree that during
14 those HIDTA meetings that you have personally
15 attended, no member of a law enforcement agency
16 has ever said that it wanted to create a task
17 force to investigate CVS, Rite Aid or
18 Walgreens, correct?
19     A.   Correct.
20     Q.   Would you agree that during your
21 tenure with the Ohio HIDTA, your HIDTA never
22 sought any funding to prosecute any actions
23 taken by Walmart?
24     A.   That's correct.
25     Q.   And would you agree that during

47 (Pages 182 - 185)

1 your tenure with the Ohio HIDTA, your HIDTA
2 never sought any funding to prosecute any
3 actions taken by Walgreens, CVS or Rite Aid?
4     A.  Yes, I would agree.
5     Q.  All right.  So let's talk about
6 prescription opioids.
7         In some of the earlier questioning
8 with Mr. Raiola, there was some questions about
9 prescription medication being crushed into
10 powder and either snorted or injected via --
11    A.  Yes.
12    Q.  -- via like an IV needle, correct?
13    A.  Correct.
14    Q.  All right.  And based on your
15 experience and your understanding and your
16 discussions with the folks in your member
17 HIDTA, individuals may choose to do that
18 because it might increase the high from the
19 narcotic?
20    A.  That's my understanding.
21    Q.  And based on your knowledge, it
22 also might increase the risk of a potential
23 overdose?
24    A.  I believe so.
25    Q.  Based on all the narcotics

1 investigations that you have discussed in your
2 HIDTA, have you ever heard that any Walmart
3 pharmacist instructed anyone that they should
4 crush their opioid pills and snort them?
5     A.  No, I have not.
6     Q.  Have you ever heard that any
7 Walmart pharmacist instructed anyone that they
8 should crush their opioid pills and inject
9 them?
10    A.  No.
11    Q.  Have you ever heard that any
12 pharmacies at Walgreens, CVS or Rite Aid ever
13 instructed anyone that they should crush their
14 opioid pills to either snort them or inject
15 them?
16    A.  No.
17    Q.  Would you agree that some people
18 may decide to take prescription opioids in
19 greater amounts than prescribed by their
20 doctors?
21    A.  I guess.
22    Q.  For example, a doctor might
23 prescribe taking one pill every eight hours,
24 and then an individual elects to take three
25 pills every four hours, right?

1     A.  Yes.  Correct.
2     Q.  Taking more pills than prescribed
3 increases the risk of a potential overdose?
4     A.  That's not my area of expertise,
5 you know, but, yes.
6     Q.  So let me ask it this way:  Based
7 on all the discussions that you have had with
8 the participating law enforcement narcotics
9 officers during your tenure as the director of
10 HIDTA, have you ever heard that any Walmart
11 pharmacist ever instructed anyone that they
12 should take their opioid medications in a
13 dosage that exceeded the prescribing doctor's
14 instruction?
15    A.  No.
16    Q.  Same question as to Walgreens, CVS
17 and Rite Aid --
18    A.  No.
19    Q.  -- during your tenure at the Ohio
20 HIDTA, has anyone ever mentioned to you that
21 pharmacists from either Walgreens, CVS or Rite
22 Aid ever instructed anyone they should take
23 their opioid medications in a dosage that
24 exceeded the prescribing doctor's instructions?
25    A.  No.

1     Q.  Can you identify -- based on your
2 tenure as executive director of the Ohio HIDTA,
3 and based on all of the interactions you have
4 had with all of the members on your executive
5 committee and throughout your HIDTA, can you
6 identify a single overdose death in your Ohio
7 jurisdiction where the sole cause of death was
8 determined to be a prescription opioid filled
9 at a Walmart Pharmacy, where the victim took
10 medication in the dosage prescribed by his our
11 her doctor?
12    A.  No.
13    Q.  Can you describe a single overdose
14 death in your jurisdiction, where the sole
15 cause of death was determined to be a
16 prescription opioid filled at either Walgreens,
17 CVS or Rite Aid, where the victim took the
18 medication in a dosage as prescribed by his or
19 her doctor?
20    A.  I cannot.
21    Q.  Okay.  In some of the earlier
22 questioning, you had mentioned that the HIDTA
23 program, and my understanding is that your
24 HIDTA participates in the HIDTA program?
25    A.  Well, yeah, they are involved in

48 (Pages 186 - 189)

Page 190

1    that investigation, yes.
2       Q.    Exactly.  And can you recall when
3    that program was initiated?
4       A.    Probably three years ago, would
5    have been the first year we received funding
6    for that.
7       Q.    And this HIDTA program has
8    investigated hundreds of overdose deaths that
9    have occurred within the jurisdiction that your
10   HIDTA covers?
11      A.    Yes.
12      Q.    Is it fair to say that they have
13   investigated more than a thousand overdose
14   deaths?
15      A.    Yes.
16      Q.    Is it fair to say that they have
17   investigated more than 20,000 overdose deaths?
18      A.    I don't believe so.
19      Q.    More than 10,000 overdose deaths?
20      A.    Since we began funding them three
21   years ago, no.
22      Q.    So what would be your estimate, and
23   I understand it is an estimate, what would be
24   your estimate?
25      A.    In the three-year period, 1,500 to

Page 191

1    2,000 they probably responded to.
2       Q.    Okay.  Based on the discussions
3    that you have been -- that you have had with
4    the executive committee members and the other
5    participating narcotics agents who operate in
6    your HIDTA, has your HIDTA ever taken any
7    action, based on anything that retail
8    pharmacies Walmart, Walgreens, CVS or Rite Aid
9    have ever said publicly about prescription
10   opiates?
11      A.    The HIDTA has not, and that would
12   be from the HIDTA standpoint.  I don't know
13   about from the investigative standpoint.
14      Q.    Are you aware of any evidence,
15   based on your work for the Ohio HIDTA, that
16   suggests that anything that any retail pharmacy
17   said publicly about prescription opioids caused
18   the opioid crisis in Ohio?
19      A.    I am not.
20      Q.    Are you aware of any evidence,
21   based on your work for the Ohio HIDTA, that
22   suggests that anything that any retail pharmacy
23   said publicly about prescription opioids
24   contributed to the opioid crisis in Ohio?
25      A.    I am not.

Page 192

1       Q.    To your knowledge, no one in your
2    HIDTA ever looked to any retail pharmacy for
3    guidance regarding the proper use of
4    prescription opioids.
5       A.    Can you repeat that, please?
6       Q.    Okay.
7       A.    I'm sorry.
8       Q.    Sure.  To your knowledge, are you
9    aware of anyone in your HIDTA, any of the
10   participating agencies, any of the members of
11   the ex com, that ever looked to any retail
12   pharmacy for guidance regarding the proper use
13   of prescription opioids.
14      A.    I am not.
15      Q.    Can you identify a single example,
16   based on your tenure at the Ohio HIDTA, where
17   Walmart, Walgreens, CVS or Rite Aid filled a
18   prescription where the prescribing doctor did
19   not have a valid DEA registration?
20      A.    I am not.
21      Q.    Can you identify a single example
22   where Walmart, Walgreens, CVS or Rite Aid
23   improperly distributed prescription opioids in
24   your jurisdiction?
25      A.    I cannot.

Page 193

1       Q.    Can you point to any specific
2    conduct by Walmart related to opioids that
3    caused harm in Cuyahoga County or Summit
4    County?
5       A.    I cannot.
6       Q.    Can you point to any specific
7    conduct by Walgreens, Rite Aid or CVS related
8    to opioids that caused any harm in Cuyahoga or
9    Summit County?
10      A.    I cannot.
11      Q.    Can you tie any opioid-related cost
12   in Ohio to specific acts conducted or directed
13   by Walmart, Walgreens, Rite Aid or CVS?
14      A.    I cannot.
15      Q.    All right.  So let's talk about
16   that list of drugs that I went through a little
17   bit ago, cocaine, crack cocaine,
18   methamphetamine, ecstasy, LSD and K2.
19      A.    Okay.
20      Q.    And the next question is, can you
21   describe K2 and what it is?
22      A.    It's a -- my understanding, it's a
23   synthetic manufactured form of marijuana.
24      Q.    Would you agree that all of the
25   drugs that I just listed have been abused in

49 (Pages 190 - 193)

Page 194

1  Cuyahoga County?
2      A.   Most likely, without seeing the
3  seizure data, but, yes.
4      Q.   And also abused in Summit County?
5      A.   Yes.
6      Q.   Fair to say that all of those
7  narcotics have caused people to get addicted in
8  both of those counties?
9      A.   Yes.
10     Q.   Including minors?
11     A.   Yes.
12     Q.   And would you agree that all of
13  those illegal drugs that I just listed,
14  cocaine, crack, meth, ecstasy, LSD, PCP,
15  marijuana, K2, have caused those two counties
16  to have to spend resources to battle the issues
17  of those narcotics in their jurisdiction?
18     A.   Yes.
19     Q.   And that would include EMS costs
20  for first responders?
21     A.   Yes.
22     Q.   It would include law enforcement
23  costs?
24     A.   Yes.
25     Q.   It would include costs of

Page 195

1  hospitals?
2      A.   Yes.
3      Q.   It would include costs related to
4  narcotics task forces, correct?
5      A.   Yes.
6      Q.   Okay.  Last topic.  And I want to
7  ask some questions about cocaine, marijuana and
8  heroin, and some of this will relate to your
9  work here at the Ohio HIDTA and some of it is
10  going to track back a bit to your experience as
11  an FBI agent for the 25 years.
12     A.   23.
13     Q.   23, okay.
14          So you are aware that cocaine is
15  made from poppy plants that are grown in South
16  America, in Peru, Bolivia and Columbia, fair?
17     A.   Yes.
18     Q.   And you are aware that cocaine has
19  been smuggled into the United States for
20  decades and generations, right?
21     A.   Yes.
22     Q.   And it was present in the United
23  States going back into the early 1900s, true?
24     A.   Yes.
25     Q.   And cocaine, the cocaine

Page 196

1  trafficking spiked in the late 1970s and early
2  1980s with the rise of the Medellin and the
3  Cali Cartels, fair?
4      A.   Yes.
5      Q.   And Pablo Escobar and the Medellin
6  Cartel and the Orejuela brothers and the Cali
7  Cartel would ship multiple hundred kilo loads
8  of cocaine out of Columbia, most prevalently
9  into South Florida, for distribution throughout
10  the rest of the United States, correct?
11     A.   Correct.
12     Q.   It would be smuggled in by air or
13  by sea, fair?
14     A.   Correct.
15     Q.   And then when it arrived in Miami,
16  it would then be distributed throughout the
17  country, mostly by cars driving across the
18  country, correct?
19     A.   Yes.
20     Q.   And back in the 70s and 80s, some
21  of that cocaine would have made its way up into
22  Ohio, correct?
23     A.   Correct.
24     Q.   It would have made it throughout
25  the whole United States, correct?

Page 197

1      A.   Correct.
2      Q.   People in the 1970s and 80s here in
3  Ohio and elsewhere got addicted to Columbian
4  cocaine that had been imported by the Medellin
5  and the Cali Cartels, correct?
6      A.   Correct.
7      Q.   And people in the 70s and 80s here
8  in Ohio and throughout the United States died
9  of overdose deaths related to the Columbian
10  cocaine smuggled by the Medellin and Cali
11  Cartels, fair?
12     A.   That's correct.
13     Q.   Now, in the mid 1980s, some of the
14  street level gangs in Los Angeles figured out
15  how to cook Columbian powder cocaine into crack
16  cocaine, correct?
17     A.   Yes.
18     Q.   And the Bloods and the Crips were
19  prominent in that development, right?
20     A.   Yes.
21     Q.   And they started taking Columbian
22  cocaine, cooking it into crack, and then
23  distributing it through street gang networks
24  that operated throughout the United States,
25  fair?

50 (Pages 194 - 197)

Page 198

1    A.   Fair, yes.
2    Q.   And some of those street gangs
3  operated here in Ohio, correct?
4    A.   Yes.
5    Q.   In the counties that we have
6  discussed earlier today, Summit County and here
7  around Cleveland too, right?
8    A.   Yes.
9    Q.   And people became addicted to crack
10  cocaine in the 1980s, true?
11    A.   That's true.
12    Q.   And some overdosed and died, true?
13    A.   Yes.
14    Q.   All right.  So based on your 30
15  years of experience in law enforcement and your
16  10-plus years here with the Ohio HIDTA, are you
17  aware of any evidence suggesting that Walmart
18  is somehow responsible for the rise of the
19  Medellin Cartel and the Cali Cartel in the late
20  1970s?
21    A.   I am not.
22    Q.   Are you aware of any evidence that
23  suggests that Rite Aid, Walgreens or CVS are
24  somehow responsible for the rise of the
25  Medellin Cartel and the Cali Cartel in the late

Page 199

1  1970s?
2    A.   I am not.
3    Q.   Are you aware of any evidence that
4  suggests that Walmart, Walgreens, Rite Aid or
5  CVS are somehow responsible for the actions of
6  the Crips and Bloods in developing crack
7  cocaine and transporting it around the country
8  and selling it in places here, like Ohio?
9    A.   I am not.
10    Q.   Would you agree that it is an
11  absurd proposition to suggest that Walmart is
12  somehow responsibility for the rise of the
13  Medellin Cartel?
14        MR. O'BRIEN:  Objection.  Answer if
15  you can.
16    A.   As I said earlier, I think, I don't
17  know where the blame exactly always is, but
18  there is a lot of different aspects that
19  introduced the various drugs that we have
20  talked about today into our society, and I
21  don't know if I'm in a position to say which
22  one did or didn't have a role in it.  I don't
23  know.  Speculation, I don't know, you know.
24    Q.   Fair to say you are not aware of
25  any entity tying Walmart to Pablo Escobar and

Page 200

1  the Medellin Cartel, correct?
2    A.   No.
3    Q.   So lets turn to marijuana.
4        You are aware that marijuana has
5  been grown in Mexico for generations --
6    A.   Yes.
7    Q.   -- fair?
8        And maybe upwards of like a hundred
9  years, correct?
10    A.   Yes.
11    Q.   And that marijuana has been
12  imported into the United States for at least a
13  hundred years?
14    A.   Yes.
15    Q.   And the Mexican drug traffickers
16  who grew the pot developed drug trafficking
17  networks to bring it into United States?
18    A.   Yes.
19    Q.   Those routes including driving of
20  marijuana across the border in trucks and
21  distributing it into the cities, including
22  cities here in Ohio: Akron, Cleveland,
23  Cincinnati, fair?
24    A.   Yes.
25    Q.   And it's also fair to say that in

Page 201

1  the late 1980s, Miguel Angel Felix Gallardo,
2  Rafael Caro Quintero and others kind of
3  centralized some of the drug trafficking
4  organizations in Mexico related to pot, right?
5    A.   Yes.
6    Q.   And Caro Quintero is well known for
7  being able to grow a derivative of marijuana or
8  of a brand of marijuana that was seedless, it
9  was easier to transport, the yield was higher,
10  and they could bring more volume in for their
11  dollar invested, fair?
12    A.   I don't know the specifics of his
13  cartel and his operation.
14    Q.   Okay.  But as Felix Gallardo and
15  Caro Quintero centralize pot smuggling in
16  Mexico, as Escobar the Orejuelos did in South
17  America, it increased the amount of Mexican
18  marijuana that was reaching the United States?
19    A.   Yes.
20    Q.   And some of that marijuana found
21  its way into Ohio and the counties that your
22  HIDTA covers, correct?
23    A.   Correct.
24    Q.   Now, Gallardo had ties to the
25  Sinaloa Cartel, including ties to Joaquin

51 (Pages 198 - 201)

Page 202

1  Guzman Loera, who is also known as El Chapo,
2  right?
3      A.   Correct.
4      Q.   And over time, they partnered with
5  the Columbian cartels and opened their
6  marijuana network up to Columbian cocaine, and
7  then they were part of a hub of bringing
8  Columbian cocaine into the United States?
9      A.   That's correct.
10     Q.   And that was happening in the late
11  1980s and early 1990s, right?
12     A.   Yes.
13     Q.   Are you aware of any evidence to
14  suggest that Walmart, Rite Aid, CVS or
15  Walgreens are somehow responsible for the rise
16  of the Mexican drug trafficking organizations
17  that grew in the 1980s and 1990s?
18     A.   No.
19     Q.   Has anyone in law enforcement ever
20  suggested to you that Walmart, Rite Aid, CVS or
21  Walgreens are somehow responsible for these
22  Mexican drug trafficking organizations that
23  were bringing marijuana and cocaine into Ohio?
24     A.   No.
25     Q.   Okay.  Heroin.  The poppy plant

Page 203

1  that produces heroin grows in just a few areas
2  in the world, fair?
3      A.   Yes.
4      Q.   One of those areas is the golden
5  triangle in Asia, right?
6      A.   Correct.
7      Q.   So it grows in Loas, Cambodia, and
8  what used to be known as Burma, right?
9      A.   Correct.
10     Q.   And heroin has existed here in the
11  United States for generations, decades,
12  correct?
13     A.   Yes.
14     Q.   And heroin use in the United States
15  goes back into the early 1900s, like cocaine
16  does, right?
17     A.   Yes.
18     Q.   And there are other areas as well.
19  There is the golden crescent in the Middle
20  East, like Afghanistan, right?
21     A.   Correct.
22     Q.   And in the mid 1980s, heroin
23  started to be grown alongside the poppy plants
24  in Peru, Bolivia and Columbia, correct?
25     A.   Yes.

Page 204

1      Q.   All right.  Now, the heroin that
2  was in the United States in the early 1900s led
3  to addiction issues, correct?
4      A.   I don't know that for a fact, but I
5  would say yes.
6      Q.   And may have contributed to
7  overdose deaths going back into the early
8  1900s?
9      A.   Yes.
10     Q.   Would you agree that heroin use in
11  the United States spiked during the Vietnam War
12  and the period shortly after the Vietnam War?
13     A.   Yes.
14     Q.   And part of that is because there
15  was a large American presence in Southeast Asia
16  at that time, and some of those individuals
17  either chose to traffic in heroin or become
18  users and takers of heroin?
19     A.   Yes.
20     Q.   After they had been exposed to
21  heroin in Southeast Asia?
22     A.   Yes.
23     Q.   And some of that heroin that then
24  was being smuggled back into the country
25  through those Asian organizations was coming

Page 205

1  here into Ohio?
2      A.   I don't know that for sure.
3      Q.   Okay.  Would you agree that heroin
4  is smuggled out of Asia by air, by sea, by
5  mail?
6      A.   Yes.
7      Q.   And has been for generations?
8      A.   Yes.
9      Q.   And some of that heroin would find
10  its way into Ohio?
11     A.   Yes.
12     Q.   And would lead to addiction here in
13  Ohio?
14     A.   I don't know if I'm in a position
15  to talk about addiction.  I just know it would
16  come to Ohio.
17     Q.   And so for generations, this Asian
18  heroin would also lead to overdose deaths here
19  in Ohio, fair?
20     A.   Yes.
21     Q.   And you had testified earlier about
22  Mexican black tar heroin and brown powder
23  heroin being smuggled out of Mexico too, right?
24     A.   Yes.
25     Q.   And that comes into Ohio as well,

52 (Pages 202 - 205)

Page 206

1  correct?
2      A.   Yes, it does.
3      Q.   And that leads to overdose
4  deaths --
5      A.   Yes.
6      Q.   -- here in Ohio as well, true?
7      A.   Yes.
8      Q.   Okay.
9      A.   Excuse me one moment.  I didn't
10  want to cough in your ear too much.  Thank you.
11      Q.   So based on your experience in
12  narcotics enforcement, Director Siegel, are you
13  aware of any evidence suggesting that Walmart,
14  CVS, Walgreens or Rite Aid are somehow
15  responsible for the rise of heroin smuggled
16  into the United States during the Vietnam War?
17      A.   No.
18      Q.   Are you aware of or has any law
19  enforcement officer ever suggested to you that
20  they are -- those retail pharmacies are
21  responsible for the rise of black tar heroin
22  and brown powder heroin being smuggled into
23  Ohio and the United States by Mexican drug
24  organizations?
25      A.   No.

Page 207

1      Q.   All right.  Last topic.
2           MR. O'BRIEN:  Isn't that what he
3  said last time?
4           MR. STEPHENS:  I promise.
5      Q.   All right.  So you are familiar
6  with Narcan, right?
7      A.   Yes.
8      Q.   And are you familiar with naloxone
9  as well?
10      A.   Yes.
11      Q.   Naloxone is something that can be
12  given to someone who is using an opioid to
13  prevent an overdose death, correct?
14      A.   Yes.
15      Q.   And are you aware of any situation
16  where a Mexican drug trafficking organization
17  has ever put naloxone in shipments it sent into
18  Ohio as a way to protect and help the people
19  who would be taking their heroin?
20      A.   I am not.
21      Q.   Are you familiar with like this
22  Dispose Rx program, that certain companies and
23  state agencies have to help people who receive
24  prescription opioids dispose of any excess
25  opioids?

Page 208

1      A.   The one I'm aware of is when DEA
2  has the National Take Back Day.
3      Q.   And you had mentioned earlier that
4  your son had had shoulder surgery, and I don't
5  know how many pills were in his prescription,
6  but let's just assume for a hypothetical
7  situation it was 20 pills, and let's assume
8  that he only needed to take two or three pills,
9  because after a day he was okay, right, and now
10  you are left with 16, 17, 18 pills.
11           There are programs where you can
12  take those excess medications and provide them
13  back, so the person who was prescribed them
14  doesn't then become addicted to them; is that
15  fair?
16      A.   Yes.
17      Q.   And do you view those Dispose Rx
18  programs as good policy?
19      A.   I do.
20      Q.   Are you aware of any drug
21  trafficking organization that has ever offered
22  to take back pills or heroin from people that
23  they have sold them to?
24      A.   I am not.
25      Q.   You are not aware of any drug

Page 209

1  trafficking organization that has a Dispose Rx
2  type program?
3      A.   I'm not.
4      Q.   You had spoken briefly about ARCOS,
5  right?
6      A.   Yes.
7      Q.   And as I recall your testimony,
8  correct me if I'm misrecollecting, but you are
9  familiar with it, but it, but it's not -- the
10  DEA has not provided it to your HIDTA to use,
11  outside of creating that map, so you wouldn't
12  be using it in investigations?
13      A.   We do not.
14      Q.   Are you aware as to whether or not
15  DEA shares that ARCOS-related information with
16  the other members of the HIDTA for use in their
17  investigations?
18      A.   I don't know.
19           MR. STEPHENS:  That's all I have.
20           THE VIDEOGRAPHER:  2:07, going off
21  the record.
22           (Deposition concluded at 2:07 p.m.)
23           - - - - -
24
25

53 (Pages 206 - 209)

Page 210

1   Whereupon, counsel was requested to give
2   instruction regarding the witness's review of
3   the transcript pursuant to the Civil Rules.
4
5           SIGNATURE:
6   Transcript review was requested pursuant to the
7   applicable Rules of Civil Procedure.
8
9           TRANSCRIPT DELIVERY:
10  Counsel was requested to give instruction
11  regarding delivery date of transcript.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 212

1           I do further certify that I am not
2   a relative, counsel or attorney for either
3   party, or otherwise interested in the event of
4   this action.
5           IN WITNESS WHEREOF, I have hereunto
6   set my hand and affixed my seal of office at
7   Cleveland, Ohio, on this 28th day of
8   January, 2019.
9
10
11
12
13
14          Wendy L. Klauss, Notary Public
15          within and for the State of Ohio
16
17  My commission expires July 13, 2019.
18
19
20
21
22
23
24
25

Page 211

1           REPORTER'S CERTIFICATE
2   The State of Ohio,   )
3               SS:
4   County of Cuyahoga.  )
5
6           I, Wendy L. Klauss, a Notary Public
7   within and for the State of Ohio, duly
8   commissioned and qualified, do hereby certify
9   that the within named witness, DEREK SIEGLE,
10  was by me first duly sworn to testify to the
11  truth, the whole truth and nothing but the
12  truth in the cause aforesaid; that the
13  testimony then given by the above-referenced
14  witness was by me reduced to stenotypy in the
15  presence of said witness; afterwards
16  transcribed, and that the foregoing is a true
17  and correct transcription of the testimony so
18  given by the above-referenced witness.
19          I do further certify that this
20  deposition was taken at the time and place in
21  the foregoing caption specified and was
22  completed without adjournment.
23
24
25

Page 213

1           Veritext Legal Solutions
                1100 Superior Ave
2                  Suite 1820
             Cleveland, Ohio 44114
3            Phone: 216-523-1313
4
    January 28, 2019
5
    To: Gregory J. O'Brien
6
    Case Name: In Re: National Prescription Opiate Litigation v.
7
    Veritext Reference Number: 3198865
8
    Witness:  Derek Siegle      Deposition Date:  1/23/2019
9
10  Dear Sir/Madam:
11
    Enclosed please find a deposition transcript.  Please have the witness
12
    review the transcript and note any changes or corrections on the
13
    included errata sheet, indicating the page, line number, change, and
14
    the reason for the change.  Have the witness' signature notarized and
15
    forward the completed page(s) back to us at the Production address
16  shown
17  above, or email to production-midwest@veritext.com.
18
    If the errata is not returned within thirty days of your receipt of
19
    this letter, the reading and signing will be deemed waived.
20
21  Sincerely,
22  Production Department
23
24
25  NO NOTARY REQUIRED IN CA

54 (Pages 210 - 213)

Page 214

```
1        DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
     ASSIGNMENT REFERENCE NO: 3198865
3  CASE NAME: In Re: National Prescription Opiate Litigation v.
   DATE OF DEPOSITION: 1/23/2019
4  WITNESS' NAME: Derek Siegle
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have made no changes to the testimony
   as transcribed by the court reporter.
8
9  Date              Derek Siegle
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
       Statement; and
14     Their execution of this Statement is of
       their free act and deed.
15
       I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
18     Notary Public
19
       Commission Expiration Date
20
21
22
23
24
25
```

Page 215

```
1        DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3198865
3  CASE NAME: In Re: National Prescription Opiate Litigation v.
   DATE OF DEPOSITION: 1/23/2019
4  WITNESS' NAME: Derek Siegle
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9      I request that these changes be entered
   as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13
   Date              Derek Siegle
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18     in the appended Errata Sheet;
       They signed the foregoing Sworn
19     Statement; and
       Their execution of this Statement is of
20     their free act and deed.
21     I have affixed my name and official seal
22 this _____ day of_____, 20____.
23
       Notary Public
24
       Commission Expiration Date
25
```

Page 216

```
1        ERRATA SHEET
          VERITEXT LEGAL SOLUTIONS MIDWEST
2        ASSIGNMENT NO: 1/23/2019
3  PAGE/LINE(S) /      CHANGE      /REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____

20 Date              Derek Siegle
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23
       Notary Public
24
       Commission Expiration Date
25
```

55 (Pages 214 - 216)

**&**

**&**   2:3,7 3:4,9 7:9
   7:13,17,19 8:2

**0**

**000001**   5:11 103:2
   103:8
**000989**   5:4 19:18
   19:23
**000993**   52:25
**000997**   98:7
**001025**   20:11,13
**001033**   5:17 139:2
   139:6
**002635**   5:16
   113:18,23
**003263**   5:7 60:15
   60:20
**0033501**   5:9 69:6
**003369**   5:20
   145:25 146:5
**003501**   69:1
**003821**   5:13 108:7
   108:12

**1**

**1**   5:3 17:2 19:17
   19:20 33:10 50:9
   52:12 98:6 146:15
   148:23 150:15
**1,000**   106:22
**1,500**   190:25
**1,995**   104:12
**1.8**   99:3
**1/23/2019**   213:8
   214:3 215:3 216:2
**10**   28:15 163:13
   183:23 198:16
**10,000**   124:21,24
   177:24 179:13
   190:19

**100**   181:24
**100,000**   28:9
**10036**   3:11
**101**   2:20
**1025**   50:9
**103**   5:10
**1045**   52:22 53:4
**108**   5:12
**10:21**   62:17
**10:42**   62:20
**11**   73:3
**1100**   52:14 213:1
**112,000**   105:22
**113**   5:14
**11:49**   118:10
**12**   157:15
**12.81**   104:25
**1211**   3:10
**127**   1:22
**12:10**   118:13
**13**   212:17
**130,000**   167:9
**139**   5:17
**145**   5:18
**15**   23:24 149:11
**16**   208:10
**169**   4:9
**17**   1:9 26:21
   208:10
**1755**   2:14
**179,000**   167:7
**18**   47:17 208:10
**1800**   2:20
**1820**   213:2
**19**   5:3
**1900s**   195:23
   203:15 204:2,8
**1970s**   147:1 196:1
   197:2 198:20
   199:1

**1980s**   78:21 196:2
   197:13 198:10
   201:1 202:11,17
   203:22
**1982**   16:1
**1987**   30:21
**199**   6:3
**1990s**   78:20
   202:11,17
**1995**   31:11
**1999**   5:18 24:9
   145:6,7,23 146:9
**1:04**   162:16
**1:17**   1:15
**1:18**   162:20
**1:25**   168:21,24

**2**

**2**   4:3 5:5 60:14,17
**2,000**   191:1
**2.11**   105:16
**20**   173:5 183:25
   208:7 214:16
   215:22 216:22
**20,000**   190:17
**200**   2:4
**2000**   1:22
**20001-4956**   2:10
**2000s**   68:6 82:4
**2002**   5:8 69:4,14
   75:5,13,17 76:10
   76:16,25 77:7
   78:24,25 80:17
   82:1 83:3 117:2
   117:10
**2006**   29:18 32:10
**2007**   114:3
**2009**   17:2 29:19
   32:9,10 68:7
   77:22 169:19
**2010**   73:3

**2011**   68:9 81:2
   99:2 103:16
   104:13
**2012**   5:5 47:5
   60:18,24 67:12
   77:11,17 78:12
   93:24 95:21
**2013**   98:24
**2015**   103:17
   104:13 105:12
**2016**   105:3
**2017**   5:3 19:22
   20:5,15,25 47:17
   98:8,21,24 99:2
   121:12 148:22
**2018**   20:25 24:11
   96:21 97:1 105:3
   108:19 110:1
   121:11
**2019**   1:20 212:8,17
   213:4
**202**   2:10
**21**   79:10
**211**   4:11
**212**   3:11
**213**   3:7
**216**   2:5
**216-523-1313**
   213:3
**2222**   212:13
**23**   1:20 195:12,13
**24**   21:14 45:15,24
**241-2838**   2:5
**243-4000**   3:7
**25**   195:11
**27**   98:23
**28**   213:4
**2804**   1:7,9
**28th**   212:7
**2:07**   209:20,22

**3**

**3**  5:8,18 68:25
69:3 75:5,19,19
79:10 82:6,20
117:3 145:23
**30**  198:14
**3198865**  213:7
214:2 215:2
**35**  184:7
**3500**  2:4
**37.3**  105:13
**38**  82:6,19
**3822**  109:16
**39**  117:5,9

**4**

**4**  5:10 102:25
103:6
**40**  184:8
**415**  2:21
**42**  99:1
**44114**  213:2
**44114-2302**  2:4
**44131**  8:11
**44th**  3:6
**45004**  1:15

**5**

**5**  4:5 5:12 28:15
52:25 108:4,11
**50**  106:1
**500**  181:5
**5082**  8:10
**543-8700**  2:21
**56,000**  106:21
**56,164**  104:18
**596-9451**  3:11
**5th**  8:10

**6**

**6**  5:14 108:19
113:15,22 115:23

**60**  5:5
**650**  2:15
**662-6000**  2:10
**68,000**  167:12
**69**  5:8
**69.3**  104:22

**7**

**7**  4:8 5:17 115:23
138:25 139:5
**70s**  196:20 197:7
**712**  104:15
**739-3939**  2:15
**76,000**  105:23
167:11
**777**  3:5

**8**

**8**  5:18 145:22
146:4
**80s**  196:20 197:2,7
**850**  2:9

**9**

**900**  52:14 106:23
**90017-5844**  3:6
**94105**  2:21
**94303**  2:15
**9:20**  1:20 7:1

**a**

**a.m.**  1:20 7:1
**ability**  127:12,14
128:5 130:20,25
131:2 172:19
**able**  11:16 55:10
125:3 131:22
141:18 201:7
**absurd**  199:11
**abuse**  62:10 75:20
75:24 76:18 79:7
79:20,20 82:23
84:15 93:12,15

96:1 97:4 102:14
116:1,4 121:9
136:14
**abused**  90:9 93:4
95:25 113:4,10
116:6 117:21
123:16 193:25
194:4
**abusers**  116:7,10
**abusing**  102:4
160:5
**academy**  16:7,7
30:20
**accepted**  13:19,20
**accepting**  176:8
**access**  42:7 71:22
72:17 138:14,16
141:5,15,18,20,23
141:25 142:2,17
**accomplish**  51:11
**accomplished**
124:25
**accomplishments**
34:8 104:2 149:16
152:24
**account**  104:1
**accountant**  30:13
**accountants**  30:15
**accounting**  15:25
30:9,14
**accuracy**  76:6
81:10 118:2
**accurate**  34:24
35:9,21 45:5 81:6
88:1 160:1 173:25
**acknowledge**
214:11 215:16
**acronym**  16:11,12
**act**  16:17 214:14
215:20

**action**  175:15
191:7 212:4
**actions**  89:24
134:17,25 185:22
186:3 199:5
**activity**  91:16
**acts**  193:12
**ad**  82:22
**adamhs**  95:20
**adams**  68:23
**add**  20:23 28:25
54:17 106:3
**added**  20:25 21:4
21:7,11 68:22
**addict's**  159:6
**addicted**  159:18
194:7 197:3 198:9
208:14
**addiction**  57:15
67:25 91:11
109:11 129:24
204:3 205:12,15
**addicts**  91:3 130:1
159:14,18 160:11
**adding**  54:20
**addition**  54:22
72:4 95:20 97:8
**additional**  41:17
54:18 55:11 87:7
87:11,21 88:14,20
90:6 97:8,9
111:19 154:10
155:7 163:11
172:22
**address**  8:8 26:7
30:2 44:8 109:6
133:14 154:5,11
155:11 213:15
**addressed**  145:15
**addresses**  154:8

addressing  45:8
   84:2
adjournment
   211:22
adjustments  28:22
administration
   10:9 60:1
administrative
   29:17
advised  184:21
ae  162:20
affairs  32:2
affect  101:21
affixed  212:6
   214:15 215:21
afghanistan
   203:20
aforesaid  211:12
afternoon  169:3,4
age  7:4
agencies  18:19
   19:6 33:2,14 35:3
   53:16 58:12 59:5
   70:3,13 72:18
   83:17 114:23
   132:15 133:1
   145:10 150:20
   152:10 153:16
   155:19 169:21
   170:5 171:12
   173:3,20 174:10
   180:19 181:15
   182:12 192:10
   207:23
agency  26:9,13
   31:2,24 52:5
   73:11 135:1 157:7
   174:17 184:11,18
   184:24 185:7,15
agent  29:7 31:25
   32:8 46:3,6,7,9,10

170:11,13 195:11
agents  52:22 53:4
   167:22 171:2
   172:12 177:8
   178:13 179:1
   191:5
aggregate  36:12
   104:6
ago  47:19 56:9
   62:24 109:21
   134:1 138:21
   141:21 190:4,21
   193:17
agree  75:1 173:11
   174:11 176:15
   177:6,12,17 178:2
   178:11 182:23
   184:17,23 185:4
   185:13,20,25
   186:4 187:17
   193:24 194:12
   199:10 204:10
   205:3
aid  169:16 184:25
   185:17 186:3
   187:12 188:17,22
   189:17 191:8
   192:17,22 193:7
   193:13 198:23
   199:4 202:14,20
   206:14
air  196:12 205:4
akron  14:7 46:12
   58:6,24 59:1,4
   76:22 83:12 147:6
   147:10 167:5,23
   168:14 170:15
   200:22
al  1:13,14
albuquerque
   30:21

alike  153:25
allocate  28:17
   86:22 162:25
   163:4
allotted  55:5
allowed  27:3
alongside  203:23
alrighty  11:13
alto  2:15
america  195:16
   201:17
american  204:15
americas  3:10
amerisourceberg...
   2:17
amount  66:2
   95:17 106:18
   107:3 121:3
   131:12 184:6
   201:17
amounts  187:19
analogs  39:13
   40:20 48:7 66:21
   98:11 107:22
analysis  5:15
   19:11,11,12,12
   25:2,2,5 113:17
   114:4,7,10 142:1,3
   165:6
analyst  140:5,11
   141:17 156:13
analysts  19:5
   24:25 52:23 53:5
   138:7 141:24
analytical  45:22
anecdotally  91:18
angel  201:1
angeles  3:6 197:14
animal  40:4
annual  5:3 19:22
   20:5,7,9 21:10

27:18 28:21 33:9
   34:10,14,23 43:13
   43:13,14 44:1,1,2
   44:3 47:3 49:20
   49:21 70:11,21
   71:15 72:14 78:16
   94:21 96:19 98:8
   98:22 114:15
   115:5,8 148:15,19
   148:20 149:19
   152:25 171:8,8
   172:1 175:15,19
annually  51:6
answer  11:5,10,21
   11:21 12:3 22:18
   37:3 102:21
   165:24 199:14
answers  11:9
   21:23 46:17
anybody  18:13
   23:14 128:22
   130:22
appalachian
   133:21
appear  91:22
   122:15 214:11
   215:15
appearances  2:1
   3:1 4:3
appears  35:6 57:8
   103:11 106:20
   140:1 146:17
appended  215:11
   215:18
applicable  210:7
application  5:19
   41:6 55:11 145:24
   146:8
applied  30:15
   55:20 56:14

applies  45:3
appropriate  18:9
  136:25
appropriated
  17:12
appropriation
  41:25
approval  75:3
  151:1 153:18
approve  151:4,9
  151:14,14
approved  42:20
  74:10
approximately
  9:18 29:11 30:24
  31:11,16 32:3,11
  47:4 52:22 56:9
  93:24
arcos  5:17 137:24
  138:2,9,12,14,17
  138:19 139:1,10
  139:14 140:24
  141:6 142:10,17
  142:19 209:4,15
area  5:3,15 15:14
  16:10,14 17:22
  19:22 25:14,19
  26:1 31:7 41:5,12
  42:23 43:3,22
  52:5 70:19 85:17
  87:18 113:17
  114:10 121:23,25
  127:24 132:3
  140:13 145:12
  146:24 149:23
  167:21,23 168:8
  188:4
areas  25:16 41:9
  41:13 44:19 55:21
  140:3 155:5
  156:18 173:18

203:1,4,18
arena  140:8
arm  59:25
arnold  3:4 7:17
arnoldporter.com
  3:7
arrest  25:13 27:2
  130:20,25 157:7
  160:12
arrests  134:12
  157:8,9
arrived  196:15
articulate  163:17
asia  203:5 204:15
  204:21 205:4
asian  204:25
  205:17
asked  70:22
  120:19 177:2
asking  70:14
  107:6 112:17
  129:5 151:21
aspect  141:2
aspects  166:4
  199:18
assaults  9:1
assessment  5:8
  44:1,2,5 69:4,14
  69:17 72:20,21
  74:1,5,7 75:14
  76:12,17 78:24
  79:11,14 80:2
  81:3,10,14 82:1
  98:10 114:9,13
  115:4 117:2 142:5
  153:8 164:25
  165:3 166:3 171:7
  171:25
assessments  33:16
  74:13 81:7 91:14

asset  164:1
assets  28:10
  156:20
assigned  30:21
  169:25
assignment  214:2
  215:2 216:2
assigns  167:22
assist  50:19 51:3,8
assistance  164:9
assistant  22:4 29:7
  32:4,7 45:21
  150:3
associated  147:17
assume  208:6,7
assuming  38:23
assumptions  91:7
assure  164:3
atf  46:8
attached  5:19
  64:23 145:24
  215:7
attack  155:3
attacking  124:14
attend  18:23
  108:22,23 134:21
attended  173:13
  185:6,15
attention  62:24
  63:4,15
attorney  12:14
  21:12 45:25 46:5
  146:10 170:12
  212:2
attorney's  108:18
  145:10 170:13
attorneys  13:8
  171:3
audibly  11:10
august  17:2 32:10
  32:10

authority  49:25
authorize  215:11
authorized  136:18
automated  98:21
  99:10
automobile  147:10
automotive  147:10
availability  42:3
  92:22 98:2,4
  100:10,13 101:12
  101:16,18
available  58:22
  72:10 75:9 77:3
  79:15 83:20,24
  92:20 139:14
ave  213:1
avenue  3:10
avoid  173:24
aware  40:1,3
  56:10 78:25 87:5
  89:12 96:8 110:14
  119:17 122:1,23
  123:6,9 125:8
  130:12 131:21,24
  132:8 133:4
  134:25 137:17
  142:18 144:15
  147:22 151:21
  160:21 172:21
  174:21 178:5
  179:19 191:14,20
  192:9 195:14,18
  198:17,22 199:3
  199:24 200:4
  202:13 206:13,18
  207:15 208:1,20
  208:25 209:14

b

bachelor's  15:25
back  28:15 29:3
  30:5 31:18,25

**[back - briefly]**

47:2 49:20 62:21
67:9 77:7 78:20
80:6 91:4 94:16
98:6 117:1 118:14
118:15 125:5
133:17 146:9
153:6 156:12
157:13 162:20
168:10,25 171:21
195:10,23 196:20
203:15 204:7,24
208:2,13,22
213:15
**background**  15:24
29:4 30:5,23
92:11 137:2
140:10
**bad**  33:24 112:21
**baker**  1:22
**banded**  41:20
**bang**  85:13,19
88:3
**bank**  8:25 31:8
**base**  147:2
**based**  30:23 36:8
43:20,20 47:15
54:15 55:12 57:3
68:21 81:25 83:6
85:24 90:22,22
91:19 94:9 95:17
95:19 102:21
106:13,17 107:6
107:15 112:18
121:2 125:19
127:6 128:21
135:22,25 137:8
139:14 143:3
149:6 153:21,21
153:22 159:24
162:1 174:9 176:7
186:14,21,25

188:6 189:1,3
191:2,7,15,21
192:16 198:14
206:11
**baseline**  55:2,6
172:15
**basically**  44:3
45:17 149:15,16
**basing**  107:5
**basis**  27:8,18
28:22 34:7,19,23
43:6 68:19 70:11
71:13 92:10
103:23 126:22
132:10 148:10
175:15
**bates**  5:4,6,9,10,13
5:16,17,19 19:18
19:23 60:15,19
69:1,5 98:7 103:2
103:8 108:7,12
109:15 113:18,23
139:1 145:25
**battle**  172:13
194:16
**becoming**  90:15
**began**  77:11 97:11
147:1 190:20
**beginning**  5:4,6,8
5:13,15,17,19
10:15 19:22 52:19
53:1,2 60:19 69:5
108:6 113:17
139:1 145:24
147:1
**begins**  115:25
**behalf**  2:2,6,12,17
3:2,8 7:9,11,17,19
**believe**  9:7 13:22
15:18 21:5,22
23:23 24:14 32:9

48:9 52:13,18
62:1 63:17 67:12
77:18 80:7 94:7
96:9,14 105:5,8
116:25 119:16
120:12,19 121:7
121:10 123:12
141:16 143:20
145:6 156:3
161:22 167:9,21
174:14 186:24
190:18
**belt**  147:5
**benefits**  42:1
**best**  10:21 11:1
15:15 36:2 121:13
136:17,24
**better**  26:12 42:4
47:4 97:13 100:23
112:15
**beyond**  100:4
109:11
**big**  124:9,10
132:20
**bigger**  42:6 106:20
**billings**  31:24
**bit**  17:17 21:23
22:17 24:22 26:17
37:4 62:23 64:11
78:23 118:17
125:6 140:9
141:11 148:14
158:2 169:8
184:15 193:17
195:10
**biweekly**  65:14
**black**  177:10
183:1 205:22
206:21
**blame**  199:17

**blitzes**  53:18 87:18
**bloods**  197:18
199:6
**blue**  25:21,21
**board**  17:13 21:9
21:12,14 22:25
28:18,22 29:2
42:17,21 43:19
45:15,23 49:8
50:2,7,13,19,25
51:3,12,14,17 70:4
74:11 75:2 77:2,3
77:9 83:11,15,18
127:25,25 129:4
131:4 144:11,12
144:12 150:10
151:1,9 153:17
154:18 163:2,4
**bodies**  9:6,9,10
**body**  45:16
**bog**  51:13
**bolivia**  195:16
203:24
**boranian**  2:19
**border**  118:21
119:3 158:2
168:10 200:20
**bottom**  23:16
53:16 109:19
**box**  161:8
**brand**  201:8
**break**  12:1,1,2,4
62:15 117:16,23
118:6 162:14
**breakdown**  64:22
**breakdowns**
140:16
**bridge**  156:16
**briefly**  10:1 15:23
29:3 50:15 182:10
209:4

**bring** 44:11
108:25 145:12
156:20 171:1,22
200:17 201:10
**bringing** 63:14
84:25 85:4,16
156:24 168:8
175:9 202:7,23
**broke** 62:22
**brooklyn** 8:11
15:22
**brothers** 196:6
**brought** 40:11
63:4 120:5
**brown** 177:10
183:1 205:22
206:22
**buck** 85:13,19
88:3
**budget** 17:9 23:8
28:20 49:21 51:5
54:14 55:6 162:22
163:18 172:15
**budgeted** 23:7
**budgets** 22:8 51:6
163:19
**bulk** 85:17
**bullets** 150:1
**bunch** 21:19
**burbank** 157:12
**bureau** 46:15
**burling** 2:7 7:9 8:2
**burma** 203:8
**business** 15:13
80:5 91:11 128:8
**buying** 25:11,23

**c**

**ca** 2:15,21 3:6
213:25
**cali** 196:3,6 197:5
197:10 198:19,25

**california** 157:12
**call** 25:8,21 26:6
26:21 55:3 66:9
93:7 114:9 153:10
**called** 7:4 31:20
56:1,5,13 138:7
**cambodia** 203:7
**canton** 46:12
147:6,9
**canvas** 22:22
**capacity** 26:1
**caption** 211:21
**car** 124:21
**career** 8:19 92:12
**carfentanil** 37:8
38:8 39:1,10,16,21
39:23 40:5,15
47:11,15,18,20
66:20 107:22
111:11,23 112:4,9
112:11,22 118:18
121:5,8,18,24
122:2 123:21
124:1 158:9 160:5
182:11,16,21
183:2
**caro** 201:2,6,15
**carrier** 120:5
**carry** 45:17
**cars** 196:17
**cartel** 119:11,20
196:6,7 198:19,19
198:25,25 199:13
200:1 201:13,25
**cartels** 196:3
197:5,11 202:5
**case** 1:8,15 13:5
13:17 14:14,20
15:17 19:3,7
24:24 40:15 66:5
83:8 89:14,23

119:12 120:20
137:18 152:17
164:9 213:6 214:3
215:3
**cases** 8:21,25 9:3
129:25 130:19
143:8 166:6
**cash** 28:11 164:1
**categories** 14:18
27:16 55:7,9,21
66:23 148:25
176:7
**categorize** 84:10
**category** 38:9
**caught** 121:19
**cause** 56:24 86:4
86:10 88:18 91:15
129:18 143:1,15
144:2 175:23
184:19 185:1
189:7,15 211:12
**caused** 56:19 96:2
143:6 191:17
193:3,8 194:7,15
**causes** 89:2 142:23
**causing** 40:25
47:12 77:20 85:22
90:24 111:23
118:19 119:24
130:3 158:6,18
175:10 185:10
**cell** 19:10,11
**cellphone** 25:1,2
**center** 19:4 24:21
41:15 42:23 70:6
70:11 72:2 80:2
80:10 114:5
149:25 175:16
**centered** 133:22
**centralize** 201:15

**centralized** 201:3
**certain** 144:23
165:13 177:3
207:22
**certainly** 37:6
45:9 68:7 121:11
131:22 138:21
**certificate** 4:11
211:1 215:11
**certificates** 110:3
**certification** 214:1
215:1
**certifications** 16:5
**certified** 7:7
**certify** 211:8,19
212:1
**chain** 160:12
170:23
**change** 154:15
155:4 163:18,19
213:13,14 215:8
216:3
**changed** 64:5
97:16 157:19,22
176:9
**changes** 154:13
163:8 213:12
214:7 215:7,9
**changing** 156:10
**chapo** 202:1
**charge** 29:8 32:8
46:3,6,8 99:20
155:15 162:24
170:13
**chart** 20:16 21:15
23:16 32:23 50:10
52:21 100:5
139:18,21 150:17
150:18
**charting** 25:4

charts 140:6 150:4
check 72:5,8
  100:21 120:21
  144:1 161:9
  181:25
checking 99:17
  144:2 152:8
chicago 119:2
chief 31:19 32:4
chiefs 46:11
china 40:9 120:2,3
  120:7,11,14 121:7
  181:13
choose 186:17
chose 204:17
cincinnati 46:4
  200:23
circle 25:17
circumstances
  125:11
cities 146:25 147:5
  170:5 200:21,22
city 14:6,7 16:17
  58:12 59:4 73:10
  73:19 76:22,22
  170:15
citycenter 2:9
civil 210:3,7 214:5
  215:5
clarify 73:6
classes 23:3
clear 27:12 73:15
  178:22
cleveland 1:23 2:4
  14:6 29:8 32:8
  46:4,11 58:10,13
  76:23 83:10
  108:20 147:6,9,11
  167:10,14,20,21
  167:25 168:1,13
  170:16 171:21

198:7 200:22
  212:7 213:2
climate 57:11
clinics 67:22
close 25:16
closely 96:15
cocaine 37:14
  46:24 47:8,9,21
  48:15 56:19 71:24
  90:11,14,17,24
  91:2,5,16,20 92:7
  93:2 94:7 97:20
  97:24 104:11,12
  105:6 106:25
  107:3,9 109:25,25
  110:1,12,12,16,21
  111:2,3,8 125:2
  158:1,5 159:11
  178:10,14 179:3
  179:16,21,24,25
  180:9 183:2
  193:17,17 194:14
  195:7,14,18,25,25
  196:8,21 197:4,10
  197:15,16,22
  198:10 199:7
  202:6,8,23 203:15
code 140:1
collar 8:24 30:22
  31:5,15
collect 33:13
college 16:1 30:6,8
columbia 195:16
  196:8 203:24
columbian 178:10
  178:14 179:16,21
  197:3,9,15,21
  202:5,6,8
columbus 15:20
  22:3 46:12

column 105:12
  115:24
com 170:9 172:4
  192:11
combat 84:14,16
  84:18 90:1 134:19
  135:2 175:22
combination
  57:12 123:13
combined 92:19
  167:6
come 18:24 19:8
  21:8 33:15 49:3
  51:16 55:9 65:13
  74:17 80:20
  103:19 118:24
  119:25 126:4
  131:17 132:16
  150:7 152:24
  166:25 205:16
comes 19:14,14
  32:22,25 33:23
  35:2 119:8 171:12
  205:25
comfortable 137:5
  137:9
coming 36:7 40:6
  40:9 41:2 48:7
  66:22 67:13 87:15
  87:24 118:20,25
  119:19 120:25
  121:6 124:2 132:3
  132:11 134:3
  157:12 166:12
  204:25
command 170:23
commander 27:8
commanders
  22:23 34:19 77:4
  77:6 80:21 81:18
  103:21 114:20

115:19 119:9
commission
  212:17 214:19
  215:25 216:25
commissioned
  211:8
commit 130:21
committee 41:8
  53:12 169:9,25
  170:2,22 171:1,17
  171:24 172:10
  173:5,12 174:23
  189:5 191:4
committees 50:18
common 48:19
  125:20
commonly 106:15
  106:19
communities
  36:13 85:1,5
  86:24 89:9 95:22
community 5:12
  36:16 59:6 86:1
  108:6,21 109:4,6
  109:10,14 140:20
  147:25 168:10
companies 3:3
  14:8,16 39:17
  122:24 128:2,3
  130:24 142:16
  207:22
company 40:14
compare 28:10
  74:19 97:11 105:4
comparison 99:2
compile 32:24
  149:5
compiler 32:20
complaint 13:4
  14:12

[complete - correctly]

| | | | |
|---|---|---|---|
| **complete** 12:7 70:22 | **consistently** 84:13 | 135:14 141:4 153:14 159:3 | 79:17,21 84:15 86:5,11 88:8 89:3 |
| **completed** 22:8 211:22 213:15 | **consists** 146:25 | **conversely** 11:4 163:12 | 95:14 98:9,13,14 98:18,19 99:20 |
| **completely** 92:15 | **constitutes** 35:11 **construction** 30:12 | **cook** 197:15 | 104:13,14,16,17 104:19,20,22,23 |
| **complying** 17:13 | **contact** 23:5 26:12 49:3 | **cooking** 197:22 | 105:1,2,14,15,17 105:18 106:25 |
| **component** 147:10 **comprise** 86:9 | **contained** 91:24 148:25 | **coordinate** 134:5 140:11 | 107:4 110:4,5,13 113:1,2 117:16,17 |
| **comprised** 22:2 23:1 58:11 59:3 85:1 | **continue** 20:23 43:5,6,17,18 | **coordinating** 86:2 86:18,19 **coordination** | 119:22 122:25 123:1 130:25 131:16 135:6,7 |
| **comprises** 34:25 | 109:13 | 21:18 22:1,12 133:12 134:8 | 143:12,23 153:6 158:7,20,24,25 |
| **compromised** 36:24 | **continued** 3:1 97:7 **continuous** 153:24 | **coordinator** 22:6 34:20 45:20 | 161:17 166:13 170:16,17 171:9 |
| **concerned** 143:22 174:3,11,19 | **contrast** 38:25 **contribute** 100:7 | 103:22 104:9 152:13,22 | 171:10,13,14,17 171:18 172:8 |
| **concluded** 209:22 | **contributed** 111:11 144:18,22 | **copies** 83:18 | 174:1,7 175:19,20 175:25 176:19 |
| **conclusion** 100:2,2 101:9,25 | 144:24 148:6 191:24 204:6 | **copy** 83:15 **core** 34:16 153:10 | 179:17,22 180:3,4 180:23 182:9,17 |
| **conduct** 18:12 59:7 156:2 165:10 | **contributing** 111:14,15,17,20 | 153:12 163:22 **corner** 165:16 | 184:12,13 185:18 185:19,24 186:12 |
| 193:2,7 | 122:18 | **coroner** 64:13,17 90:23 | 186:13 188:1 |
| **conducted** 193:12 | **contributor** 143:2 143:11,15 144:3 | **coroner's** 48:24 162:6 | 195:4 196:10,11 196:14,18,22,23 |
| **conference** 108:19 134:21 | **contributors** 142:23 143:21 | **coroners** 71:20 114:22 | 196:25 197:1,5,6 197:12,16 198:3 |
| **conflict** 26:12 **conflicting** 150:18 | **control** 10:7 17:14 17:25 18:12 27:13 | **corporate** 147:2 **corporation** 2:7 | 200:1,9 201:22,23 202:3,9 203:6,9,12 |
| **confusing** 10:23 | 41:7 53:24 175:16 176:3 | 2:17 | 203:21,24 204:3 206:1 207:13 |
| **congress** 54:14 55:5 | **controlled** 27:7 125:16,17 | **correct** 16:14,23 20:17 21:20 23:12 | 209:8 211:17 |
| **congressional** 140:6 | **controlling** 155:14 | 24:4 28:4 38:15 38:20 39:3 40:21 | **correction** 35:25 **corrections** 213:12 |
| **connection** 148:10 | **controls** 127:20 | 47:22,23 48:15 | 215:17 |
| **connections** 25:5 | **convenes** 41:8 | 50:13,14 51:21,22 | **correctly** 22:11 |
| **consider** 32:16,19 32:20 52:6 | **conversation** 36:2 63:7,18 160:20 | 58:24 63:2 64:15 64:16 67:2 69:25 | 27:17 49:14 99:14 |
| **considered** 36:25 37:5 | 165:17,20 | 74:22 75:14 76:2 | |
| **considering** 165:2 | **conversations** 48:17 63:14 64:5 | 76:3,19,25 77:13 | |
| **consistent** 110:7 110:11,17 116:13 | | | |

| | | | d |
|---|---|---|---|

cost 193:11
costing 64:2
costs 56:15 194:19
194:23,25 195:3
cough 206:10
counsel 2:18 11:19
11:20,22 210:1,10
212:2
counter 48:22
counteract 91:20
counterfeit 122:5
122:8,25 123:22
counterpart
133:19
counties 14:7 18:3
18:5 21:7 23:24
23:25 24:1,2,10
36:6 41:9 46:14
54:17,19,20,23
57:25 58:1 68:23
96:17 97:9 194:8
194:15 198:5
201:21
countries 120:13
123:5
country 43:10
55:10 147:5
196:17,18 199:7
204:24
county 1:13 18:4,5
21:1,4,6 23:21
24:3,3,6,7 33:3
42:7,8,16 48:18
57:22,23 58:3,5,10
59:4 65:3,6,6,9
66:5,5 68:16,17,24
68:24 71:19 72:13
76:21,22 78:8,9
83:9,9 87:17
89:25,25 95:20
96:7,7,12,13 109:4

110:4 114:22
116:9 139:25
161:4 162:5 167:3
167:3,13,18,21
168:14,14 170:15
193:3,4,9 194:1,4
198:6 211:4
214:10 215:15
couple 30:9 78:10
151:8 169:7
court 1:1 4:14 7:2
10:14,19 11:8,16
13:19 19:16 214:7
cov.com 2:11,11
cover 108:17
169:7
covers 46:7,8,9,10
190:10 201:22
covington 2:7 7:9
8:2
crack 37:20
179:24 180:9
193:17 194:14
197:15,22 198:9
199:6
create 148:2 185:9
185:16
created 138:20,23
141:12 175:7
creating 111:18
185:8 209:11
creation 145:20
crescent 203:19
crime 8:24 30:23
84:15 125:8,12
crimes 21:6 31:8
31:16 32:5
criminal 19:4
29:16,21 42:24
43:1 46:15 143:19
176:22

crips 197:18 199:6
crisis 5:12 108:5
108:20 109:2
191:18,24
criteria 41:10
115:2 151:23
163:3
criterias 41:14
crush 116:7 187:4
187:8,13
crushed 186:9
crushing 116:17
116:22
current 36:9 45:7
115:10
currently 15:21
16:8,22 20:24
23:21 44:6
custody 4:13
cuyahoga 1:13
24:3,6 46:14
48:18 57:23 58:3
58:10 65:3,9 66:5
68:16 76:22 78:9
83:9 89:25 96:7
96:13 109:4 110:3
116:9 160:16
161:6 162:5 167:3
167:13,18,21
168:2,14 170:14
193:3,8 194:1
211:4
cvs 169:16 184:25
185:17 186:3
187:12 188:16,21
189:17 191:8
192:17,22 193:7
193:13 198:23
199:5 202:14,20
206:14

d 8:6
d.c. 9:15 32:1
daily 27:8
dan 1:10
dangerous 75:21
76:9 79:9
data 19:11 32:24
33:19,21,22 34:4
34:10,13,15,23,25
35:2,9 36:4 71:18
71:18 74:20
103:10,16,19
107:13 114:18
115:12 132:12,19
133:2 138:5,8,12
139:15 142:3
150:5 152:12
161:7,7,12 162:1,3
162:4,4,8 163:21
166:22 194:3
database 72:5
104:3,4,7 137:25
138:3
date 150:19
210:11 213:8
214:3,9,19 215:3
215:13,25 216:20
216:25
dates 77:24
day 2:13 7:11
13:20,21 17:8,8
22:14,14 25:19
28:2,2 155:14,14
155:16 169:6
208:2,9 212:7
214:16 215:22
216:22
days 213:18
dc 2:10 9:25

**dea**  25:22 46:7
  59:25 60:9 71:20
  137:20 138:3,11
  142:20 167:9,14
  167:14,19,22
  168:2 170:14
  171:20 192:19
  208:1 209:10,15
**deal**  15:12 49:2
  80:12 123:8
  129:25 130:1
  179:3,16
**dealer**  35:15 56:20
  110:20,23 165:16
  165:16
**dealers**  26:24
  85:16 123:20
  124:3 129:13
  148:3 177:9 178:1
  178:14 182:2,25
**dealing**  9:13 23:4
  88:6
**deals**  129:24
**dealt**  31:21
**dear**  213:10
**death**  56:5,7,17
  57:7,14,22 87:2
  88:12,21 89:10
  110:3 156:6,11
  184:20 185:1,10
  189:6,7,14,15
  207:13
**deaths**  56:12,24
  57:2 88:19 109:23
  109:24 110:8
  122:2 173:15
  174:4,12,20 182:7
  190:8,14,17,19
  197:9 204:7
  205:18 206:4

**decades**  195:20
  203:11
**december**  13:22
**decide**  28:16 50:22
  163:4 187:18
**decided**  30:12
**decides**  81:19
**deciding**  22:19
  49:25 162:24
**decision**  28:19
  89:4 137:5,10
**decisions**  27:13
  56:22
**deconfliction**  25:8
  25:10 26:5,7
  49:16 164:2
**decrease**  71:8
  98:24 100:7 101:9
  101:19 102:10
**decreased**  98:5,23
  102:6
**decreasing**  98:3
  100:10,11 101:13
  101:15
**deed**  214:14
  215:20
**deem**  18:8
**deemed**  80:22
  213:19
**defeat**  116:7
**defendant**  2:6
  130:15
**defendants**  2:18
  14:14,18 15:16
  39:18 40:14 89:14
  89:16 119:12
  137:18
**define**  122:8
**defining**  140:19
**definition**  36:23
  37:2,24 101:17

126:19
**degree**  30:14
  165:5
**delegate**  49:19
**deliverables**  27:24
**delivered**  137:19
**delivery**  210:9,11
**demarcation**  64:4
**denial**  142:7
**densely**  12:12
**department**  33:3
  58:13 59:5 71:19
  72:15 114:22
  115:21 157:6
  162:12 213:22
**departments**  70:3
  70:12,13,22 87:17
  87:17 153:16
**depend**  124:19
  152:15
**dependent**  147:14
  152:18
**depending**  25:16
  54:18
**depends**  55:4
  107:5 125:13
**deposed**  7:7 10:13
**deposition**  1:18
  8:13 10:12,15
  12:10,12,15,17,24
  13:10,17,25 19:20
  60:17 69:3 102:25
  108:4 113:15
  138:25 145:22
  209:22 211:20
  213:8,11 214:1,3
  215:1,3
**depressant**  91:21
**depressing**  91:20
**depression**  147:15

**deputy**  22:3 45:19
  74:9 150:7
**derek**  1:19 4:7 7:4
  7:13,21 8:6 169:1
  211:9 213:8 214:4
  214:9 215:4,13
  216:20
**derivative**  179:24
  201:7
**describe**  15:23
  36:22 47:3 48:11
  166:21 189:13
  193:21
**described**  181:12
  184:11,12
**describes**  69:18
**description**  5:2
  150:1 170:8
**designate**  41:8,11
**designated**  18:3,4
  41:5 42:16 43:3
**designation**  42:23
**desperate**  147:13
**details**  48:12
  102:22,23 123:11
**detecting**  99:19
**determination**
  89:5 106:10 173:7
**determinations**
  50:20
**determine**  49:22
  59:13 70:17 71:9
  77:24 132:16
  134:14 143:5
**determined**  54:10
  189:8,15
**determines**  175:22
**determining**  41:11
**detroit**  31:3
**develop**  174:25

developed 200:16
developing 199:6
development 197:19
died 178:7 179:20 182:7 197:8 198:12
difference 14:22 15:2 43:9,25 84:7
differences 14:23 71:10 96:6
different 14:18 25:15 36:13 48:25 50:11 55:7,21 66:21 71:21 74:24 74:25 77:25 84:11 87:16 92:7,15 95:18,19 97:13,15 97:19 100:20 109:20 114:14 115:7,8 120:1 134:4 140:7 154:6 155:4,9 159:10 163:5 199:18
differently 129:1 164:8
difficult 136:2,14
direct 28:2 116:23 155:20
directed 89:20 113:6,12 193:12
directly 40:9 51:19 77:5
director 16:23 17:1,7 22:3 29:5 32:15 45:19 61:9 74:9 75:1 116:15 117:19 128:8 133:21 146:11 164:16 173:13 176:24 178:6

188:9 189:2 206:12
directors 133:18 158:4
discretionary 5:5 55:3,15,18 60:18 61:1 87:1 88:10
discuss 10:2 36:19 51:6 148:14 152:23 171:23 172:11 173:6
discussed 108:24 161:18 172:8,9,24 173:14,16 187:1 198:6
discussion 36:19
discussions 186:16 188:7 191:2
dismantle 85:14
dismantled 44:14 135:16 163:25
dismantlements 153:11
dispensed 39:17 100:3 102:11 137:19
dispose 207:22,24 208:17 209:1
disrupt 85:15
disrupted 163:25
distinction 84:3
distribute 39:2
distributed 39:16 192:23 196:16
distributing 197:23 200:21
distribution 41:16 140:2 147:16 196:9
distributor 2:6,17 2:18 128:24

130:15
distributors 14:19 14:24 15:6 119:13 128:4 158:13
district 1:2 13:19 21:13 27:1,2 46:1 46:2,5 175:24
districts 26:25 140:7
diversion 59:20,22 60:6 61:13 75:24 76:17,24 79:7 82:11,12,16,17,22 99:19 101:6 125:7 125:7,12 126:1,6 126:25 127:1 128:1,13,21 129:3 129:18 130:16,21 131:3,8,24 134:19 135:2,5,9,19,24 136:2 140:18 143:15,17 144:1 144:14 161:15
diverted 82:8,13 99:24 113:11 125:21 128:18 130:3 131:13,19 133:6,14 143:10 161:10,14
diverters 130:25
diverting 125:14 130:9
divided 172:16
division 1:3 28:14 30:22 31:4,15 46:4
doctor 89:21 96:3 100:18,21 113:7 113:12 116:23 117:13,22 126:2 129:15 137:20

143:14 144:2 187:22 189:11,19 192:18
doctor's 137:5,10 188:13,24
doctors 15:7 99:18 100:20 131:3 136:23 142:25 144:13 187:20
document 1:12 13:2 19:17 20:2 53:1 60:15,23,25 61:7,8 69:1,9,13 103:9,13,15 108:12,14,16 109:17 113:22,24 115:9,10 117:6 139:8 146:7,15 150:22 153:20
documents 12:11 12:13,23 24:15 43:15 77:23 103:12 115:15 138:6 161:23 171:7
doing 25:12,18,23 42:9 49:16 63:8 78:16,18 80:3,6,17 80:25 81:2,3,6 109:9,10 114:24 114:24 136:5 154:11,25 155:1 165:21,21
dollar 28:14 201:11
dollars 167:7 183:11,18,23 184:1
dosage 105:21,21 105:22 188:13,23 189:10,18

**doses** 99:11 100:3
100:3 102:11
**double** 120:21
**doubt** 33:5 76:5
81:9 118:2
**doubtful** 177:25
**downturn** 147:23
148:6
**downturns** 148:2
**dozen** 177:13
180:11 182:18
**dozens** 179:6
180:25 181:21
**draft** 74:8 149:18
151:7,13 175:18
**drafting** 151:16
**drafts** 149:18
**draw** 101:24,24
**drawing** 26:2
**driving** 92:4 97:23
107:23 109:22
110:8 112:25
196:17 200:19
**drug** 2:17 5:3,14
5:15 8:25 9:24
10:7,8 16:9,13
17:14,21,23,24
18:8,20 19:21
21:4 26:22,23,24
27:2 29:24 30:3
30:24 32:16,17,17
34:1,17 35:6,11,14
35:15 36:5,5 41:5
41:7,15,21 42:24
44:14,22,22,23
45:4 47:11 49:3
53:20,23 56:20
58:5,6 59:3,7,9,13
59:25 61:20 62:10
69:19 70:15 71:8
71:8 75:9 76:9

79:9,16 80:1,9,13
80:13,15 84:8,14
84:16,18,22 85:8
85:20 86:21 88:18
89:13 90:6,19
92:7,8 93:11,17,21
94:4,12,22 95:5,13
96:8,21 97:2,10,11
98:12,17 102:12
102:17 103:16
106:15 110:2,20
111:25 112:20
113:16,17 114:3,4
114:6,10 116:1,4,6
116:10,24 117:10
118:25 119:5,19
120:16,25 121:9
121:15 123:4,7,17
123:20 124:12,19
124:22 129:11,13
130:3,4 132:16,22
136:12,13,25
140:2,17 143:19
144:25 145:14,18
147:17 148:3
153:11 156:14
157:9,10 158:16
159:10 161:9
163:22,25 164:17
165:4 166:2,9
167:8 168:8 175:1
175:8,13,16 176:3
176:13 177:9
178:17 179:2,15
179:21 180:7,21
181:14,17 182:14
182:24,25 183:12
183:19 200:15,16
201:3 202:16,22
206:23 207:16
208:20,25

**drug's** 116:8
**drugs** 25:12,12,22
25:23 28:12 30:2
35:20 37:4 38:3
38:10 39:22 45:3
48:19,23,25 57:3
58:16,17 59:10,13
66:18 67:1,2,6
69:20,21 70:15
71:4,21 75:21
77:16 84:25 85:5
85:17,22 87:24
88:7 90:8 91:4
92:16,19,19,22,23
93:4,7,8 95:2,24
96:2 97:4,16,18,23
100:16 101:13
102:19 103:18
104:11,21 105:14
105:17,24 107:2
107:11 111:10,22
112:16,25 117:20
119:4 122:9 124:3
124:6 125:21
130:9 131:12,19
133:10,14 135:24
136:7,8,15 138:4
143:7 144:9
147:16 148:7,13
148:13 150:16
158:18 160:6
162:3 164:18,20
164:22 166:10,15
168:9 175:9
180:16 182:21
183:13 193:16,25
194:13 199:19
**dtos** 153:11
**due** 98:25 147:2
149:10

**duly** 7:6 211:7,10
**duplication** 26:14
**dying** 63:22

**e**

**e** 8:6,6,7,7
**ear** 206:10
**earlier** 25:1 45:8
71:15 77:10
120:20 125:7
134:22 141:12
143:10,20 158:21
169:19 170:8
172:24 175:12
181:12 184:12
186:7 189:21
198:6 199:16
205:21 208:3
**early** 82:3 90:25
195:23 196:1
202:11 203:15
204:2,7
**easier** 201:9
**east** 203:20
**eastern** 1:3
**easy** 136:2
**economic** 147:15
147:23 148:1,6
**ecstasy** 193:18
194:14
**ectasy** 183:3
**education** 16:2
55:24 56:1
**educational** 15:24
**effect** 10:18
**efficiently** 22:9
**effort** 26:15 56:14
150:6
**efforts** 55:8,23
56:3 88:17 133:4
**eight** 187:23

**either** 25:11 27:7
32:25 40:9 42:18
53:11 63:17 97:7
101:9 122:9 154:8
186:10 187:14
188:21 189:16
204:17 212:2
**el** 72:1 202:1
**elects** 187:24
**else's** 164:4
**email** 64:20
213:17
**embarcadero** 2:14
**emerged** 94:1
**emerges** 172:6
**emerging** 55:8
91:3 173:2
**employed** 16:8
73:18
**employee** 16:16
73:5,8,9,14,16
126:12
**employees** 18:25
66:4 73:10,11
**employers** 147:7
**employment** 32:14
**ems** 194:19
**enclosed** 213:11
**encompass** 23:20
178:18
**encompassing**
158:3
**endo** 3:2,2 7:17
**ends** 144:21
149:12
**enforce** 174:25
**enforcement** 8:20
9:24 10:8 13:8
15:13 18:19 22:24
23:1,4,18 25:10,18
26:4 30:1 41:20

42:5 44:12 51:21
51:24 52:1,5,10
53:8,9 58:5,8,11
60:1 80:22 81:13
81:16 83:23 86:3
92:12 107:10
109:1 112:19
117:11 127:7,15
130:23 132:15
133:1 134:13
135:1,23 136:1,13
137:4 141:23,24
142:9 145:10
152:10 153:16
157:7 159:4 167:8
169:20 170:4,11
173:3,14,19,20
174:7,17,24 175:4
175:13 177:8
178:12 179:1
180:19 184:18,24
185:7,15 188:8
194:22 198:15
202:19 206:12,19
**engage** 129:3
**engaged** 128:20
129:18 130:16
131:3 143:14
144:14
**english** 74:15
**ensure** 49:10
**entered** 26:8
152:13 215:9
**entire** 5:12 51:16
78:17 108:6,21
183:8 214:5 215:5
**entities** 134:13
144:18
**entitled** 82:20
108:20

**entity** 199:25
**epic** 72:1,5
**epidemic** 45:10
46:18 47:1 48:6
65:17,20,24 66:8
66:13,19,25 67:5,8
77:11 84:2 86:8
87:5 90:1 107:17
107:23 109:20
111:12,14 112:4
112:11 142:23
143:2
**equally** 45:3
**equivalent** 114:8
**errata** 213:13,18
215:7,10,18 216:1
**escobar** 196:5
199:25 201:16
**especially** 75:25
82:23
**esq** 2:3,8,8,14,19
3:5,10
**establish** 80:23
**estimate** 184:5
190:22,23,24
**et** 1:13,14
**evaluate** 136:24
**evaluating** 166:1
**event** 25:9 145:17
212:3
**eventually** 74:10
150:9 151:8
153:17
**everybody** 23:9
83:22
**evidence** 91:8
191:14,20 198:17
198:22 199:3
202:13 206:13
**ex** 170:9 172:4
192:11

**exact** 37:1 77:24
**exactly** 13:21
178:22 190:2
199:17
**examination** 4:7
7:5,21 169:1
**examiner** 48:18
112:2
**examiner's** 65:4
122:3
**examiners** 33:4
71:20 72:14
**example** 171:20
173:1 174:16
187:22 192:15,21
**exceeded** 188:13
188:24
**excess** 207:24
208:12
**exchange** 109:12
**exclusively** 167:15
**excuse** 206:9
**executed** 215:10
**execution** 214:14
215:19
**executive** 16:22
17:1,7,12 21:11,14
22:4,25 28:18
29:1,5 32:15
42:17,21 43:19
45:14,23 49:8
50:2,12,19,25
53:12 70:4 74:11
75:2 77:1,3,9
83:11,14,17
116:15 117:19
150:25 151:9
154:18 163:2,4
169:9,25 170:2,22
171:1,17,23
172:10,20 173:5

173:12 174:22
176:23 178:6
189:2,4 191:4
**exhibit**  4:13 5:3,5
5:8,10,12,14,17,18
19:17,20 33:10
50:9 52:12 60:14
60:17 68:25 69:3
75:5,19 79:10
82:6,20 98:6
102:25 103:6
108:4,11 113:15
113:22 115:23
117:3 138:25
139:5 145:22
146:4 148:23
**exhibits**  4:5,14 5:1
**exist**  172:14
**existed**  203:10
**existing**  42:18,18
**expanding**  74:16
**expect**  45:10
**expectation**
170:21
**experience**  45:9
48:20 85:24 99:22
110:18,22 112:18
127:6 128:21
135:22,25 137:8
137:12 169:19
186:15 195:10
198:15 206:11
**experienced**  52:1
86:3,9 96:10
**experiencing**
87:20 129:20
140:20
**expert**  32:19
**expertise**  32:16
172:4 188:4

**expiration**  214:19
215:25 216:25
**expires**  212:17
**explain**  46:19
50:15
**exposed**  204:20
**extent**  112:13
113:3 117:14
128:14 143:16
152:15,18,21
**extra**  161:20

**f**

**f**  2:8,12
**facilitate**  36:18
**facilitated**  143:17
144:1
**facing**  5:12 46:25
108:5,21
**fact**  109:25 136:10
204:4
**factors**  164:11
165:2 166:1,18
**failing**  144:13
**fair**  27:21 33:12
33:25 36:11 42:22
45:1 51:23 59:8
66:12 70:20 72:6
75:16 77:15 78:24
81:25 83:2 85:18
86:18 87:23 88:16
100:25 106:13
107:21 113:9
119:21 121:18
123:18,19 124:4
124:17 128:2
136:23 140:14
148:5 151:6
155:17 160:3
171:4,5 172:1,3
173:9 174:2,23
181:15 183:5,10

183:16,22 190:12
190:16 194:6
195:16 196:3,13
197:11,25 198:1
199:24 200:7,23
200:25 201:11
203:2 205:19
208:15
**fairfield**  21:6 42:7
**faking**  126:8
**fall**  167:24
**familiar**  15:10
33:21,22 34:1,4
35:21,22 36:4
62:11 108:13
125:25 128:8
137:24 138:1
141:8 145:2
146:13 169:11
207:5,8,21 209:9
**familiarity**  61:5
**far**  14:1 15:2 17:9
34:7 35:12 37:25
43:8 47:16 54:12
69:11 110:23
114:17 119:17
121:21 122:23
123:9 125:8 133:9
134:23 143:22
148:24 150:12
152:1 161:6 163:9
163:22 166:7
178:10
**fbi**  16:7 25:23 29:8
29:16,22 30:7,14
30:15,18,19 31:10
31:18 32:5 46:3
58:12 170:14
195:11
**fear**  91:23

**federal**  17:23
41:14,17,18 42:25
44:11 51:20,24
52:9 53:22 54:10
54:24 70:14 73:21
80:11 84:14 152:3
161:2 163:1 170:4
172:12 176:2
182:24
**feel**  137:3,4,9
160:10
**felix**  201:1,14
**felony**  157:7
**felt**  157:25
**fentanyl**  36:24
37:7 38:7 39:1,13
39:15,21 40:18,19
40:20,24 41:1,1
46:24,24 47:8,10
47:20,24 48:5,7,8
48:12,15 56:19
57:6,11,12 66:20
66:22 90:3,24
91:24 93:19,20
94:1,3 96:23
97:20,22 98:11,16
107:22 109:21,24
110:2,7,12,17
111:1,6,11,23
112:3,8,10,22
118:18 119:24
120:8,22,23,25
121:23 122:13,16
123:21 124:1
158:9 160:5
181:11,12,19
182:3,8 183:3
**fewer**  100:16
**fiduciary**  16:18
73:12

**fight** 41:19,21
  176:13
**figueroa** 3:5
**figured** 197:14
**filed** 14:6 50:1
**filled** 189:8,16
  192:17
**final** 28:18 135:15
  151:1,13 154:16
  171:18
**finalized** 151:4
**finally** 11:25
**financial** 22:4
  31:12 32:5 45:19
**find** 35:23,25
  48:23,25 56:23
  57:1 81:5 123:12
  132:18 160:24
  171:24 205:9
  213:11
**fine** 118:8,9
**finish** 16:20
**firm** 8:2 30:9
**first** 7:6 10:14
  13:16 17:3 23:14
  30:16 31:5 77:19
  78:10 80:3,4,18
  117:8 121:9,10,25
  190:5 194:20
  211:10
**fit** 80:22 86:15
**fits** 23:7
**five** 24:9 35:12
  85:2 103:17
  104:10,16 109:21
  134:1 146:25
  163:14
**fka** 3:3
**flahive** 2:8
**floor** 3:6

**florida** 132:6
  144:24 145:3
  196:9
**flow** 133:5 153:24
**flows** 132:9
**focal** 148:22
**focus** 57:4 58:14
  59:8 85:7,10
  88:17,25 158:16
**focused** 45:3
**folks** 171:15
  186:16
**follow** 149:3
**following** 31:23
**follows** 7:7
**footnoted** 74:18
**force** 21:5 22:22
  27:7,8 28:9,17
  30:1 34:18 42:17
  42:19 43:24 44:20
  44:23,25 53:20
  57:5 58:5,6,8,9,15
  58:20,24 59:2,3,9
  60:12 61:4,6,14
  62:10 77:4,6
  80:21 81:18 86:24
  103:21 114:20
  115:19 119:9
  154:2 163:9,14
  166:21 167:6,9,16
  167:17,20,23
  168:2 170:7 173:4
  173:7 184:11
  185:8,9,17
**forces** 17:11 18:2
  18:8,19 19:7,15
  21:1 22:9 26:19
  26:22,22 28:25
  45:11 47:17 56:10
  59:17 60:10 66:2
  68:22 69:22 71:5

71:13 78:15 84:8
  97:8 104:5 122:15
  133:9 135:11
  143:9 147:3 149:7
  153:15 155:15
  156:1 172:17
  184:10 195:4
**foregoing** 211:16
  211:21 214:13
  215:18
**forfeiture** 9:23
**forfeitures** 54:5,8
**forge** 129:9
**forged** 117:14,22
  126:14
**form** 19:10 40:19
  74:8 77:22 126:6
  146:9 193:23
**format** 148:24
  149:2 153:22
**formatting** 74:15
**formed** 42:19
  59:12 97:6 140:11
  145:8
**forms** 171:11
**formulate** 70:18
  71:14 114:23
  115:13 133:24
  136:4 153:19
  154:5
**forward** 109:8
  115:14 171:1,23
  173:3 213:15
**found** 201:20
**founded** 145:5
**four** 9:20 21:16
  31:5 41:14,22
  50:5,11 51:2
  146:18 187:25
**fourth** 146:21

**fraction** 107:3
**francisco** 2:21
**franklin** 21:1,4
  46:13
**fraud** 8:25,25
  31:13
**free** 214:14 215:20
**friendly** 158:3
**front** 33:10 93:24
  123:11
**frugally** 28:25
**fugitives** 27:2
**fulfilling** 49:17
**full** 8:5 53:19
**function** 17:18
  18:1 26:5
**functions** 25:9
**fund** 21:1 26:20,20
  26:25 28:8 54:5
  56:11 58:9 63:11
  84:7 86:13
**funded** 17:24 29:2
  53:21,22 61:3,17
  61:18 156:15
  163:13
**funding** 5:6 18:2,7
  18:7 27:3,22 42:1
  42:11,21 44:13,19
  44:20 49:22 53:25
  54:1,3,4,9,18 55:2
  55:15,18,22 57:24
  58:2 59:6,15 60:5
  60:9,18 61:2
  86:14,16,25 87:2,7
  87:10,12,21 88:4
  88:11,14,22 89:7
  90:7 97:9 134:24
  155:7,9 156:4
  161:20,23 162:25
  163:5 167:2,6,10
  168:11,13 172:11

[funding - happen]                                                                Page 16

172:23,23 173:9
176:2,6,11,18
182:24 185:22
186:2 190:5,20
**fundings** 55:11
**funds** 17:12
145:15 156:16
172:20 184:9
**further** 78:20
211:19 212:1
**fy** 5:5 60:17

**g**

**g** 8:7 72:25,25
**gallardo** 201:1,14
201:24
**gang** 197:23
**gangs** 197:14
198:2
**gap** 156:16
**gather** 35:3
**general** 14:10,15
31:6 36:17 48:2
106:11 107:8
133:8 138:8 149:2
162:10
**generally** 34:1
58:17 59:10 145:2
**generated** 139:14
**generations**
195:20 200:5
203:11 205:7,17
**getting** 27:19
30:19 63:11
100:19 152:9
162:5
**give** 11:1,5 12:7
28:15,15 49:9
74:17 126:19
132:25 140:9
149:23,25 184:2
210:1,10

**given** 100:4
131:20 140:13
141:25 154:20,23
163:6 172:3
173:23 207:12
211:13,18
**gives** 94:10 100:23
176:12
**giving** 13:17 52:20
**glasco** 81:15
**glasgo** 72:24 74:6
149:25
**glean** 114:18
119:9
**gleaned** 33:1
100:5
**go** 10:11 12:4
22:19 29:3 30:16
34:23 35:8 49:17
52:21 56:20 63:8
67:9 92:20 102:2
104:5 110:23
140:23 148:17
153:1,3,6 157:5
159:7
**goal** 156:20
**goals** 149:16
**gobrien** 2:5
**goes** 17:9 25:11
32:21 35:1 71:14
75:2 77:8,9 102:1
149:4 150:10
151:5,8,10,13,15
153:17 203:15
**going** 10:11 19:16
25:11 30:5 35:14
42:19 44:7,8
60:14 62:15,18
67:20,25 68:25
78:20 95:22 102:8
103:6 108:11

110:20 111:20
115:13,18 118:7
118:10 133:23
146:4,13 154:4
159:6,7 162:23
168:18,22 169:15
171:22 173:4,6,8
195:10,23 204:7
209:20
**golden** 203:4,19
**good** 7:23,24 88:2
134:7 145:12
160:24 169:3,4
208:18
**google** 13:13
**governing** 45:16
**government** 41:18
53:23 54:10,25
152:3 163:1
**gps** 19:11 25:4
**graduated** 30:6
**graduation** 30:20
**grammar** 74:10
74:14 150:12
**grand** 8:22
**grant** 10:7 18:1
54:3,4,9 85:13
**grants** 73:21
**graph** 150:17
**graphs** 140:6
**gray** 3:9 7:19
**greater** 187:19
**greatest** 90:19
94:4,12,22,25 95:5
95:13 96:21 97:2
164:23
**greg** 7:12
**gregory** 2:3 213:5
**grew** 200:16
202:17

**ground** 10:12
**group** 42:6 55:25
150:6 165:12
170:18
**grow** 20:23 97:7
201:7
**growing** 79:1,21
90:14
**grown** 195:15
200:5 203:23
**grows** 54:16 203:1
203:7
**guess** 15:8 39:5
48:2 65:11 83:13
89:4 107:8 111:13
125:10,13 127:15
134:2 136:10
187:21
**guessed** 142:21
**guessing** 137:5
145:13
**guidance** 45:16
49:10,12 132:25
155:19 192:3,12
**guidelines** 17:15
40:23 49:12
**guys** 77:6 150:2
**guzman** 202:1

**h**

**habit** 110:24 159:7
**hajian** 3:5 7:16,16
**half** 12:18 29:11
31:12,17
**halfway** 53:2
**hall** 140:4
**hand** 115:24 212:6
**handily** 58:22
**handles** 60:1
**hands** 125:22
**happen** 28:19

happened  31:7
  115:14 121:24
happening  127:8
  127:18 202:10
hard  123:12 125:4
harm  193:3,8
hats  22:6
hayden  3:10 7:18
hayden.miller
  3:12
head  24:14,20
  41:24 46:14,15
  67:12
headed  134:15
heading  75:5
  82:19 146:17
headquarters
  31:10,19 32:5
health  3:2 33:3
  71:19 72:16
  114:22 115:21
  138:7 140:5,8,10
  140:13 156:13,17
  156:24 157:6
  162:12
healthcare  143:25
  159:4
hear  74:3 178:17
heard  37:11 40:12
  59:19,21 60:13
  61:19 62:9,12
  65:16,19 91:25
  121:15,17 126:2
  160:20 187:2,6,11
  188:10
hearing  121:22
heights  8:11 15:22
held  108:19
help  17:16,19 18:9
  56:14,15 70:18
  71:1 86:20 89:7

114:23 115:13
  140:11 145:15,16
  149:21 156:19
  161:3 173:24
  175:1 207:18,23
helped  100:6
  101:2,3,6
helpful  99:23
  100:10 140:17,19
  140:22,25 141:3
helping  142:4
helps  150:7
hereinafter  7:6
hereunto  212:5
heroin  36:24 37:7
  38:7,11 39:1,7,15
  39:19 45:10 46:18
  46:21,23 47:1,7,21
  48:6 56:5,7,17,18
  57:4,5,6,8,10,11
  57:13,21 65:20,24
  66:1,8,19,20,25
  67:5,8,17 71:24
  75:6,8,17 77:11
  78:8,21 79:2,11,15
  79:20 82:3 84:2
  86:7 87:2,5 88:12
  88:21 89:10 90:1
  90:3,11 91:23
  92:9 93:2,19,20,25
  94:1,3 96:23
  97:19,22 104:15
  105:6 106:25
  107:4,10,17,21,23
  109:22 111:12
  112:3,4,6,7,7,10
  112:21 118:18,19
  119:14,18 122:13
  123:21 124:1
  125:3 142:23
  143:2,6 156:6,8,22

157:2,24 158:24
  159:2,8,10,22,23
  160:5 172:24
  177:10 178:2,8
  183:1 195:8
  202:25 203:1,10
  203:14,22 204:1
  204:10,17,18,21
  204:23 205:3,9,18
  205:22,23 206:15
  206:21,22 207:19
  208:22
hey  26:11 63:8
  71:7 100:21
  132:21
hidi  10:4 24:7
hidta  5:4,6,8,9,11
  5:13,16,17,20 9:17
  10:1 13:9,19 16:9
  16:11,23 17:1,4,7
  17:9,15,17 18:3,4
  18:25,25 19:14,18
  19:23 20:6,16,20
  21:9 22:14,15,20
  23:11,19,22 24:12
  27:3,11,12,12,15
  28:1,20 29:5
  32:12,13,15,18
  33:16 34:10 35:7
  36:6,17 40:6,16,21
  40:25 41:8,9 42:2
  42:14,20,21,22
  43:3,8,9,10,11,15
  43:16,23,23 44:10
  45:2,13,16 49:8,13
  50:12,24 51:19,19
  51:25 52:2,7,10
  53:6,12,21 54:4,8
  54:15,16 55:12,14
  55:14 59:16 60:4
  60:4,15,19 61:2,8

62:3,4,7,23,25
  64:12 66:6 68:23
  69:1,4,5,15,19,24
  73:5,8,9,13,16,18
  73:23 75:10,16
  76:13,16 77:15,20
  78:1,5,18,25 79:3
  79:16 80:18,20,25
  81:1 82:25 83:3,5
  84:3,7,12 85:7,11
  85:23,25 86:8
  87:4 89:11 90:9
  90:19 93:4,13,17
  93:22 94:4,13
  95:21 96:19,22
  97:2,5,12 98:12
  99:15 101:22
  102:15,18 103:2,8
  103:14 105:25
  106:15 108:7,12
  110:6 112:20
  113:11,18,23
  114:3,18 116:5,15
  117:12,20 118:20
  119:18,24 120:24
  121:6,9,19,25
  122:7,19 123:16
  123:24 124:11
  125:20 128:9,11
  128:14 129:19
  130:13 131:8,15
  131:20,23,25
  132:1 133:7,13,21
  133:21 134:18,20
  134:23 135:1,8,18
  136:18 138:14
  139:2,6 141:14
  142:24 143:3,22
  144:19 145:5,15
  145:20,25 146:5,9
  146:11 148:8,15

148:19 149:1,5,5
149:21 150:25
151:9,18 152:10
155:6 156:7,7
157:14 158:4,19
161:18 162:2
164:7 167:3 168:4
168:13 169:9,21
169:22 170:7
171:6,13,16 172:7
173:8,15 174:3,18
175:13,22,22
176:4,4,11,12,15
176:24 177:7,15
178:12,25 179:22
180:5,6,20 181:16
182:4,13,23
183:10,17 184:18
184:24 185:5,6,14
185:21,21 186:1,1
186:17 187:2
188:10,20 189:2,5
189:22,24,24
190:7,10 191:6,6
191:11,12,15,21
192:2,9,16 195:9
198:16 201:22
209:10,16
**hidta's**  54:6,9
124:15 130:4
155:18 162:22
175:14,14
**hidtas**  43:10 55:10
65:21 133:13
134:4 157:15,23
**high**  5:3,14 16:9
16:13 17:21 19:21
41:4 67:25 113:16
116:5 121:22
171:2 186:18

**higher**  16:2 201:9
**highly**  182:22
**highway**  27:4,5
46:14 53:17,17
56:4 87:8,12,13,19
88:4,11 124:20
133:10,11 134:9
154:9
**hired**  30:15
**historical**  115:9
150:22
**history**  57:15,19
**hit**  87:18 121:23
122:21,21 144:20
**holdings**  3:4
**hollister**  2:3
**holster**  7:13
**homeland**  46:10
**honest**  100:14
134:7
**hope**  147:13 175:5
**horse**  40:1
**hospitals**  15:8
109:9 195:1
**hostetler**  1:22
**hotel**  167:11 168:5
**hotels**  168:7
**hour**  12:2,18
62:15 118:7
**hours**  187:23,25
**hub**  202:7
**huh**  11:12 75:12
99:7 152:6
**hundred**  177:18
179:9 180:13,17
181:2 196:7 200:8
200:13
**hundreds**  183:11
190:8
**hypothetical**
208:6

**i**

**idea**  107:20
116:20 122:21
124:22 159:16,19
167:1
**ideas**  150:8
**identification**
19:25 60:21 69:7
103:4 108:9
113:20 139:3
146:2
**identified**  76:17
83:3 91:15 94:12
94:21 155:24
158:11 163:23
164:22 166:2
184:19,25
**identify**  86:4,10
86:20,23 97:23
131:13 168:8
174:17 189:1,6
192:15,21
**identifying**  89:2
140:17,25 154:23
**iii**  153:5 165:10
**iiis**  35:18 165:14
**illegal**  39:2 45:4
82:13 84:25 87:14
87:24 88:6 92:14
106:5 194:13
**illegitimately**  96:4
**illicit**  38:7 41:1
48:6 67:1,2,5 92:7
93:6 107:18,22
120:8,25 181:11
181:18 182:3,7,15
183:2,20
**illness**  126:8
**imagine**  130:22
**immediately**  26:10

**impact**  111:20
132:1 147:24
148:1
**important**  11:9,14
164:12 165:19
**importation**  41:16
42:24
**imported**  181:13
197:4 200:12
**improper**  126:16
**improperly**  143:1
192:23
**incentives**  147:4
**incentivized**
176:16
**incident**  25:21
**include**  24:3 52:11
66:25 67:1,3
97:19 147:8 166:3
194:19,22,25
195:3
**included**  60:7
66:24 74:15
213:13
**includes**  51:19,25
57:14
**including**  14:19
80:18 83:4,9
128:3 148:7 166:1
194:10 200:19,21
201:25
**incorporated**
215:12
**increase**  65:25
71:8 90:21 91:1
102:9 112:7 176:5
186:18,22
**increased**  90:4
91:16 201:17
**increases**  77:25
188:3

**increasing** 90:15
158:6
**increasingly**
147:14
**independence**
16:17 73:10,19
**independent** 13:12
19:9 27:14 129:13
**index** 4:1,5 5:1 6:1
**indian** 9:1 31:8
**indicate** 90:4
110:1 115:12
121:12
**indicates** 50:11
104:11 105:12
117:9 161:9
**indicating** 76:24
213:13
**indication** 94:10
165:20
**individual** 54:14
89:19 110:16
116:24 127:14
128:5 132:15
139:24 148:12
166:6 178:19
187:24
**individuals** 25:6
51:18 63:14 64:14
64:25 78:15 86:1
92:6,14 99:16
110:18 111:1,5,23
126:5,22 127:11
127:13 129:3,8,17
130:8 144:5,8,14
144:17 160:4
182:6 186:17
204:16
**industrial** 147:2
**industrialized**
146:25

**industry** 127:21
**influences** 92:23
**informal** 166:19
**information** 19:14
32:20,21 33:1,6,14
40:7 42:4,12
44:13 48:17 49:16
58:21 64:24 71:17
72:9 80:13,14
102:22 114:12,14
114:17 115:3,7,16
115:17,22 116:14
117:24 131:14
132:13 134:12
138:11 140:12
142:5 143:4,5
150:13 152:9,21
153:6,9,25 157:1
157:11 164:3
168:4 170:25
171:11 209:15
**ingesting** 110:19
**inhale** 116:8
**inhaling** 116:22
**inherent** 165:13
**initial** 149:18
151:7
**initially** 28:20
154:19
**initiated** 54:16
177:8,14 178:13
179:1 180:5,7,20
181:16 182:13
190:3
**initiative** 21:17,17
21:18 22:1,12,13
22:18,19 24:22
26:18 43:11 44:21
60:4 62:4 154:6
156:8 168:16

**initiatives** 17:10
18:2 20:22 21:16
21:20 22:10,16,23
23:14,15 27:23
28:5 29:1 32:23
34:7 40:8 43:17
45:2 49:21,22
53:13,15,15 97:8
156:2 163:5
168:12,15 169:10
175:7
**inject** 187:8,14
**injected** 186:10
**injecting** 116:10
116:21
**injury** 126:8
**inoperability**
31:21
**input** 104:6
**inputs** 34:20 104:9
**inquiries** 99:3
102:10 160:25
**ins** 117:16,23
**instance** 25:22
40:13 89:12
124:20 130:13
137:14,17
**instances** 122:14
128:6
**instituted** 101:1,4
**institution** 31:12
**instructed** 187:3,7
187:13 188:11,22
**instruction** 188:14
210:2,10
**instructions**
188:24
**instructs** 11:20
**intel** 153:15
**intelligence** 19:5
42:11 51:1 70:10

72:2,22 73:2 80:1
80:10,13 114:5
156:15 157:10
**intended** 111:7
**intending** 111:2
**intensity** 5:3,14
16:9,13 17:21
19:21 41:4 113:16
**interactions**
174:10 189:3
**interdict** 133:5
**interdicting** 87:14
133:11
**interdiction** 27:5
55:8 56:3 59:9
60:12 61:4,14
87:9,12 154:8,9
167:12 168:5
**interested** 212:3
**interject** 79:23
**internal** 32:2
152:7
**internet** 13:14
127:3,5
**interstate** 157:8
**intervene** 136:18
**interview** 81:20
114:19 152:14,25
153:13
**interviews** 80:21
81:12,23 149:7
**introduce** 55:23
**introduced** 121:25
199:19
**invested** 201:11
**investigate** 18:14
56:18 59:12
136:14 182:24
183:12,18 185:9
185:17

investigated  27:9
  27:10 165:5 190:8
  190:13,17
investigating  19:6
  26:23 88:17 133:9
  135:5 136:2
  158:12 163:24
  182:12
investigation  19:9
  26:9 46:16 56:5,8
  56:17 57:14,14,18
  57:22 59:7 87:3
  88:12,21 89:11,23
  125:4 132:18
  156:6 164:4,16,17
  190:1
investigations
  18:12,13,14,15,20
  18:21 33:1 63:2
  88:24 135:9,13,19
  153:5 156:3
  165:10 170:25
  177:8,14,19
  178:13 179:2,7
  180:7,21,25 181:3
  181:6,16,22
  182:14,19 187:1
  209:12,17
investigative  19:3
  20:22 21:16,19
  24:21 26:8,18
  32:22 40:8 59:25
  70:6,10 88:16,25
  149:25 191:13
investigator  19:13
  82:18 127:1
investigators
  84:14
investment  27:20
  28:7

involved  33:8
  41:11 56:17 57:4
  57:13,21 66:6,18
  87:2 88:12,21
  89:10 122:2 135:5
  135:8 136:5 156:6
  172:24 189:25
involvement  28:2
involves  57:17
  67:5 173:18
involving  109:24
irs  46:9
isc  45:22 51:1
  149:24
issue  134:5 176:4
issued  62:2
issues  31:21 67:13
  96:11 157:25
  171:21 176:17
  194:16 204:3
items  71:25 96:10
iv  186:12

j

j  2:3,14,19 213:5
january  1:20
  212:8 213:4
joaquin  201:25
job  81:6
jobs  147:24
john  3:14 72:24
  81:15 149:25
johnstown  80:12
joined  78:1
jones  2:13 7:11
  169:6
jonesday.com
  2:16
judge  1:10
judiciously  49:15
july  145:6 212:17

june  145:6 149:11
jurisdiction
  169:21 170:12
  171:22 172:7,14
  174:4 175:2,9
  184:20 185:2,11
  189:7,14 190:9
  192:24 194:17
jurisdictions
  69:24 70:2 174:13
jury  8:22
justification
  161:19,24

k

k  2:12 8:6
k2  193:18,21
  194:15
keep  66:21
kentucky  23:25
  31:14 133:22
  134:10
kidnappings  9:1
kilo  196:7
kilograms  104:12
  104:15,18,22
  105:1,13,16
kilos  106:21
kind  10:2 23:20
  30:4 36:13 49:5
  51:15 64:23 73:6
  92:4,23 106:14
  120:7 121:19
  148:21 150:6
  153:24 154:23
  155:12,18 165:19
  166:18 172:17
  183:8 201:2
kinds  97:19
klauss  1:24 211:6
  212:14

knew  30:14 63:7
  67:15 89:6 158:23
  159:8
know  12:12 14:21
  14:22 17:11,16,18
  17:19 18:25 23:8
  23:21 24:13,17,19
  25:22,25 26:2,3
  27:16 28:14,23
  33:19 34:22 35:4
  35:22 36:15,22,23
  36:24 37:1,1,6,7,8
  37:17,23,24 38:22
  39:4,4,19,19,20,25
  40:10,22,22 41:3
  41:10,17 44:23,23
  45:6 47:23 48:1
  48:16,21,23,24
  51:14 52:15 56:24
  57:7,8,13,17 58:14
  58:19 61:12 62:12
  62:12 63:6,19
  64:1,5 65:18,19,20
  66:10,16,17 68:11
  68:14,18 70:13,16
  70:16 71:21,22,23
  71:24,25 72:7
  73:14 74:17,19,22
  76:3 77:5,7,23
  78:14,20,22 79:5
  80:5,7,16 81:19,22
  81:24 84:6,7 85:1
  86:12 87:8,19
  88:3 89:15 90:3
  90:20,20 91:6,10
  92:1,3,18 93:14
  94:9 96:11,12
  97:13,15 98:4
  100:1,12,13,13,15
  101:8,16,17,24,25
  102:2,23 103:13

106:17 107:12,25
109:3,8,11,19
111:13,16,17,18
112:1,13 113:4,13
115:1,12,17
120:12 121:21
122:20 123:10
124:10 125:9,13
125:14 126:2
127:4,19,19 128:7
128:17,18 129:4
131:5 132:2,14,23
133:17,20,25
134:8,23 135:12
136:3,5,16 138:19
139:18 140:1,21
141:12,19,19
142:1,6,10,13,16
142:20 145:8,9,11
145:14,17 148:9
149:20,23 150:1
150:13,14,19
151:22 152:1,13
153:1,3,4,4,5,11
153:23 154:10
155:1,3,5,7,13
156:18 157:5,11
157:18,21 158:8
159:1,9,13,17
160:13,23,25
161:6 163:8,21
165:7,8,10 166:5
167:2 168:1
173:16 176:9
182:20 188:5
191:12 199:17,21
199:23,23,23
201:12 204:4
205:2,14,15 208:5
209:18

**knowing** 26:16
148:11
**knowledge** 15:16
63:25 68:19 92:10
96:5 119:8 125:24
129:22 132:10
136:17 137:22
138:13 149:6
159:24 160:11
186:21 192:1,8
**knowledgeable**
36:12
**known** 201:6
202:1 203:8

**l**

**l** 1:24 8:7 72:25
211:6 212:14
**l.p.** 1:14
**label** 5:4,6,9,13,16
5:17,19 19:23
60:19 69:5 108:7
113:18 139:2
145:25
**laced** 109:24
110:12,17 111:1
111:25
**lacing** 111:22
**laid** 30:9
**large** 40:3 147:12
204:15
**largely** 152:16
**larger** 147:7
**late** 196:1 198:19
198:25 201:1
202:10
**laura** 2:8
**law** 8:2,19 9:24
13:8 18:19 22:24
23:1,4,17 25:10,18
26:3 29:25 41:20
42:5 44:12,12

51:20,24 52:1,10
53:7,8 58:4,7,11
80:21 81:13,16
83:22 86:3 92:12
107:10 108:25
112:18 117:11
127:6,15 130:22
132:15 133:1
134:13 135:1,22
135:25 136:13
137:3 141:23,24
142:8 145:9
152:10 153:16
157:6 159:3 167:8
170:4,10 173:2,14
173:18 174:6,17
174:24 177:7
178:12,25 180:19
184:17,24 185:7
185:15 188:8
194:22 198:15
202:19 206:18
**lawful** 7:4 38:14
38:18 136:7,12
**lawfully** 38:18
113:5 159:15
**laws** 9:23 144:25
175:1
**lawsuit** 14:6
**lead** 205:12,18
**leaders** 175:14
**leadership** 35:12
**leading** 99:18
**leads** 176:3 206:3
**led** 58:12 204:2
**left** 147:11 166:8
184:10 208:10
**legal** 82:12 127:4,5
213:1 216:1
**legislation** 68:10
68:11

**legislative** 9:6,9,10
**legislature** 9:12
54:13
**legislatures** 9:19
**legitimate** 126:24
127:16
**legitimately** 38:15
**lesser** 117:14
**lethargic** 91:22
**letter** 5:18 108:17
145:23 146:10
213:19
**letting** 156:1
**level** 171:2 177:3,9
178:1,14,17 182:2
197:14
**levels** 116:5
**lflahivewu** 2:11
**liaison** 2:18
**license** 137:21
**licenses** 131:3
144:13
**licensing** 137:23
**limited** 170:3
**line** 64:4 213:13
215:7 216:3
**lines** 133:15
**link** 19:12 25:4
**list** 24:14 38:6
106:1,9 193:16
**listed** 23:16,24
32:23 34:16 52:13
53:15 193:25
194:13 215:7,17
**listing** 215:7
**lists** 149:15
**literature** 13:13
**litigation** 1:7
213:6 214:3 215:3
**little** 17:17 21:23
22:17 24:22 26:17

**[little - mechanism]**

30:12 37:4 62:23
64:11 78:23
118:17 125:6
128:5 140:9
141:11 148:14
158:2 169:8
184:14 193:16
**live** 15:21
**llc** 3:8,9 7:19,20
**llp** 1:22 2:3,7,19
**loads** 196:7
**loas** 203:7
**local** 41:20 44:11
51:20,24 52:9
54:1 70:14,21
81:13 84:13 87:17
104:5 133:1 135:1
165:16 172:12
175:21 176:12
**locals** 10:5
**locations** 64:25
**loera** 202:1
**london** 133:22
**long** 12:16 16:25
29:9 46:25 65:8
73:1 93:20 142:10
142:13
**longer** 43:23
**look** 20:21 23:23
28:8,21 35:22
43:1 45:6 47:2
51:12,15 54:21
61:16 67:9 71:7
74:21 77:23 78:16
78:23 79:4 91:21
94:6 104:10
105:11,20 106:2
109:15 115:4,5,11
115:16,24 121:13
122:17 132:7
146:21 150:13

153:25 154:7
161:2 163:7,8
164:6 165:9,16
166:6,10,16,22,24
**looked** 71:15
164:7 192:2,11
**looking** 27:24
50:10 52:24 78:12
94:16 114:25
142:4 166:11
167:1
**loose** 144:25
**lorain** 21:2,3,3
**los** 3:6 197:14
**lose** 147:1
**loss** 147:24
**lost** 147:7
**lot** 17:17 39:9,13
47:12 48:14 56:11
62:25 64:13 87:23
88:6 97:18 106:21
110:11,18 116:18
134:8 153:9
173:18 199:18
**louisville** 31:14
**lower** 147:2
**lsd** 183:3 193:18
194:14
**lucas** 42:8
**luckily** 47:18

**m**

**madam** 213:10
**mail** 120:7 205:5
**main** 21:16 41:14
43:15 164:10
170:4,5
**maintains** 138:3
**major** 21:6 52:6
169:20
**majority** 67:4
85:22 109:22

110:8 113:10
119:23 120:23
158:18
**making** 25:13
50:19 134:11
**mallinckrodt** 3:8
7:19
**manage** 17:8 49:9
**management**
21:18,25 22:12
34:5 103:25
152:11
**manager** 22:4,5
45:20 70:10 72:22
73:2 153:15
**manages** 22:13
**mandated** 149:1
**manpower** 56:11
**manufactured**
37:9 39:24 123:4
193:23
**manufacturer**
15:4 128:24
130:15
**manufacturers**
14:24 119:13
128:4 147:8,9,11
158:13
**manufactures**
14:19
**manufacturing**
41:16 42:24 43:2
**map** 5:17 138:6,8
138:19,20 139:1
139:10,13 209:11
**march** 5:18 32:9
145:23
**marijuana** 9:14,21
9:22 37:18 45:11
93:10,12 104:18
106:14 193:23

194:15 195:7
200:3,4,11,20
201:7,8,18,20
202:6,23
**mark** 19:17 60:14
68:25 103:6
108:11 139:5
146:4
**marked** 5:2 19:24
60:20 69:6 103:3
108:8 113:19
139:2 146:1
**market** 5:15
113:17 114:4,6
147:16 148:2
**markets** 32:17
**marking** 113:22
**marquette** 31:2
**marshals** 26:25
46:1
**mart** 2:12
**math** 184:2
**matter** 123:25
132:22
**matters** 25:4
**mckesson** 2:7 7:9
8:3
**mdl** 1:7,9
**mean** 32:10 34:12
44:18 45:6 46:19
46:20 65:23 69:11
73:14 100:14
101:18 111:14
136:9 152:1
165:11
**means** 10:16 18:20
76:21 120:10
**measure** 28:6
163:20
**mechanism** 18:7
116:8 134:24

155:10
medellin  196:2,5
197:4,10 198:19
198:25 199:13
200:1
media  25:3
medical  15:6 33:3
37:24,25 38:1,24
39:22 47:25 48:18
65:3 71:20 72:13
98:25 109:7 112:2
115:20 122:3
127:25 129:1,4
131:4
medication  137:6
137:19 186:9
189:10,18
medications
188:12,23 208:12
medicine  100:20
106:3 144:11
meet  12:16 34:22
35:16 50:3,4,5
51:5
meeting  12:22
50:6 133:18,25
134:18 171:24
172:8
meetings  49:21
51:14 63:18
173:12 174:23
185:5,14
meets  50:7,18
170:18
member  21:12
130:13 157:14,16
169:24 170:2
185:7,15 186:16
members  21:14
22:24 23:11 45:15
52:23 58:19 62:25

76:14 125:20
170:1,10,22
171:17 173:5
177:15 180:6
189:4 191:4
192:10 209:16
membership  77:2
memo  155:18
memory  134:2
mention  95:1
150:15
mentioned  8:1
38:6 45:8 46:18
52:18 58:23 64:11
72:11 74:23 93:23
95:23 134:21
156:5,12 162:10
175:12 183:14
188:20 189:22
208:3
met  12:14 50:21
51:2,10
meth  37:12 71:24
91:20 158:1,5
159:11 194:14
methamphetamine
90:12,14,17 91:2,5
91:16 92:8 93:3
96:13 97:20
180:18,22 183:2
193:18
methods  120:6
mexican  98:17
177:9 178:2,8
181:14 200:15
201:17 202:16,22
205:22 206:23
207:16
mexico  40:11
120:4,15 181:13
200:5 201:4,16

205:23
miami  196:15
michigan  31:3
132:3,8,11 133:19
134:9
microphone
162:23
mid  197:13 203:22
middle  203:19
midwest  213:17
216:1
miguel  201:1
mill  67:18 68:3
77:12 126:20
160:18 161:10
miller  3:10 7:18
7:18
million  99:1,3
183:18,23,25
184:8,8
mills  67:14,16
68:8,16,20 126:17
127:22,23 145:3
158:22 160:15,16
mind  52:19 106:8
126:4 140:24
minors  194:10
minutes  50:7
misrecollecting
209:8
missed  35:24
46:16 165:23
missing  156:18
mission  18:6 44:9
44:16 45:2,18
149:15
mistaken  141:22
misunderstand
178:16
misused  90:11,12

misusing  102:1,4
mix  48:19
mixed  47:10
mixing  48:14
111:10
mixture  48:22
90:23
moment  184:2
206:9
money  18:4 22:7
22:11 27:4,16
28:17,24 42:20
44:24 54:24 55:4
55:5,25 56:2,4,15
63:7,9,11 64:2
163:11,12,15
168:10 175:21
184:6
moneys  49:14
monitor  61:25
monitoring  61:23
99:10
monitors  62:1
montana  31:24
morning  7:23,24
118:18 158:21
160:14 161:19
move  109:8
moved  10:8
multi  92:19 156:7
multiple  64:15
125:22 196:7

**n**

n.d.  1:15
naloxone  207:8,11
207:17
name  8:5,6 9:15
26:7 68:14 72:24
140:4 157:18,21
169:5 213:6 214:3
214:4,15 215:3,4

215:21
named 211:9
narcan 173:20,22
207:6
narcotic 123:14
175:23 186:19
narcotics 52:1,4
84:14 86:3,9
87:15 169:20
170:24 172:13
175:1 176:22
177:4 184:23
186:25 188:8
191:5 194:7,17
195:4 206:12
narrower 38:9
national 1:6 10:6
17:14,24 41:7
53:23 54:13,13
72:2 80:1,9 114:4
117:10 146:11
175:13,16 176:3
176:16 208:2
213:6 214:3 215:3
native 5:10 103:1
103:7
natural 37:8
nature 109:5
ndic 115:1 117:10
neal 2:14 7:10
169:5
necessarily 43:22
48:11,21 53:19
72:7 78:14 90:20
92:18 101:21
102:3 107:14
154:15 160:18
161:13
necessary 50:20
neda 3:5 7:16

neda.hajian 3:7
need 11:25 12:1
18:9 38:24 44:25
50:24 51:4 59:14
154:5,6 155:4,10
163:10,15 166:24
needed 41:19
145:14 170:25
208:8
needing 27:25
needle 109:12
186:12
needs 23:2 51:9
network 31:20
202:6
networks 197:23
200:17
never 40:17 60:13
66:13,15 67:21
89:16 95:4,13
111:6 121:17
135:4 138:4 141:1
141:18 159:23
185:21 186:2
new 3:11 23:5
91:3 111:18
118:24 154:6
172:6 173:2
nine 153:12 185:6
nodding 11:11
nonopioid 159:18
nonprescription
38:25 84:5 107:18
nonunionized
147:3
normally 9:22
northeast 60:11
61:4,13 76:2,19
79:9 82:2
northern 1:2
23:25 24:2 27:1

29:25 45:25 46:2
58:4,7 146:24
167:8
notarized 213:14
notary 7:15 16:19
74:3 211:6 212:14
213:25 214:10,18
215:15,23 216:23
note 213:12
notes 50:6,8
notice 26:11
notifications 157:8
notify 132:21
november 13:23
nstephens 2:16
number 5:2,10
35:18 46:21,22
47:7 53:10,11
74:24,25 98:7,22
100:11 101:14,20
102:6,10,22 103:2
103:8 106:12
108:12 110:2
113:23 135:19
150:15,17,18,19
158:7 166:10
170:10 213:7,13
numbered 109:16
numbers 35:20,25
71:11 72:14 74:20
74:22 102:2 105:4
105:9 131:12,18
147:12 149:13,13
150:21 153:1
170:3 171:19
183:6 215:7
nursing 144:12
nw 2:9
ny 3:11

o

o 72:25
o'brien 2:3 7:12
7:12 12:20,22
62:16 118:9
199:14 207:2
213:5
oarrs 99:1,4,8,15
99:17,22 100:6,9
100:15,25 101:4
102:9 141:11,12
141:15 142:2,13
142:17,20 144:1
oath 8:16 9:6,7
10:17,19
object 6:2
objection 6:1,3
11:23 199:14
objections 11:19
obligated 11:21
observing 70:17
obtain 71:17
161:20 172:11
obtained 117:13
117:21
obviously 45:6
61:8 163:15
occurred 131:8
190:9
occurring 68:3,4
107:15 131:25
occurs 24:25
82:16 126:1
132:14
odd 76:8
odds 76:1 82:24
offer 18:18 55:3
155:6
offered 24:12
63:10 147:4
208:21

[office - operations]

**office** 10:6 17:14
17:24 22:5 29:17
32:1 41:6 53:23
59:4 65:4 108:18
122:4 145:11
162:6 167:25
170:13 176:3,17
212:6
**officer** 25:10
30:17 155:8
156:15 157:10
206:19
**officers** 13:9 26:2
52:10,22 53:4,11
88:23 89:1,10
163:14 164:5
167:16,17,19
168:2 171:2
173:14 174:24
188:9
**offices** 60:9 167:24
**official** 214:15
215:21
**officials** 117:11
**oh** 2:4 5:4,6,9,11
5:13,16,17,20
19:18,23 60:15,19
69:1,5 103:2,8
108:7,12 113:18
113:23 139:2,6
145:25 146:5
**ohio** 1:2,13,15,23
5:3,8,14 8:11 9:12
13:9,19 15:20,22
16:7,9,23 17:1,4,7
17:9 19:21 20:6
20:16,20 21:2,7,9
22:3,20 23:11,19
23:22,24 24:2,7,11
27:1,4,15 28:1
29:25 30:17 32:15

32:18 33:16 35:7
36:6,16 40:6,16,21
40:25 42:7 43:9
43:11,16 44:9
45:2,13 46:1,3,7,8
46:9,11,24 49:8,13
50:12,24 51:19
52:2,7,10 53:6,12
53:21 54:9 55:14
58:4 59:15 60:4,4
60:11 61:2,4,13
62:3,4,7,9,25 66:6
67:14,15,19 68:1
68:23,23 69:4,15
69:19,24 71:19
72:15 75:10,16
76:2,13,16,19
77:13,15,20 78:1,5
78:25 79:3,9,16,21
82:1,2,24 83:3,5
83:23 84:3,12
85:7,10,23,25 86:8
87:4,13,24 88:4
90:9,19 93:4,13,17
93:21 94:4,13
95:21 96:19,22
97:2,5,12,21 98:12
98:16,21,23,25
99:10,15 101:1,22
102:9,15,18
105:25 106:15
110:6 112:20
113:11,16 114:3
114:18,21 116:15
117:11 118:20
119:18,24 120:24
121:5,9,19,25
122:7,19 123:16
123:24 124:11,15
125:20 128:11,14
129:19 130:4,4,13

131:8,15,20,25
132:1,4,9 133:6,12
134:10,18,20,23
135:8,18 136:18
138:8,14 141:14
142:24 143:3,22
144:19 145:5
146:9,24 147:22
148:8,15 150:25
151:8,18 152:9
155:18 156:7
158:19,22 160:15
160:22 161:1
162:10,11,22
167:2,8 168:13
170:5 171:4
175:14 176:13,17
176:24 177:10
178:3,7 179:4,17
179:17,20 180:3,8
180:23 181:19
182:6,16 185:21
186:1 188:19
189:2,6 191:15,18
191:21,24 192:16
193:12 195:9
196:22 197:3,8
198:3,16 199:8
200:22 201:21
202:23 205:1,10
205:13,16,19,25
206:6,23 207:18
211:2,7 212:7,15
213:2
**okay** 10:11 11:2,3
11:6,7,12,17,18,23
11:24 12:4,5
16:21 82:7 109:18
117:7 118:16
125:6 146:23
148:16 169:16,17

169:24 171:6
173:22 174:2
176:20,24,25
177:4,5 178:1,21
181:11 182:2
183:9 184:3,9,15
184:16 189:21
191:2 192:6
193:19 195:6,13
201:14 202:25
205:3 206:8 208:9
**once** 11:22 43:3
67:16 159:5
**ondcp** 17:25 49:12
54:15 55:2 61:2
65:21 77:9 149:1
149:10 151:5
**ones** 12:25 119:7
164:6,10
**ongoing** 43:5 51:7
**oomph** 160:23
**op** 1:15
**open** 23:13,17
26:9
**opened** 202:5
**operate** 18:15 27:7
27:14 50:24
167:12 191:5
**operated** 29:22
197:24 198:3
**operates** 20:20
22:9
**operating** 22:10
49:11 127:23
**operation** 201:13
**operational** 18:11
27:13 119:10
**operationally**
27:14
**operations** 17:8
18:10 22:14 27:6

28:3 29:17 33:2
54:6 155:14
**opiate** 1:7 37:9
105:22 213:6
214:3 215:3
**opiates** 191:10
**opinion** 82:14
108:1 112:17
129:5,22 136:1,4
144:22 147:20
148:10 160:1
**opioid** 9:3 14:9
36:20,21 37:2,12
37:16,22,25 38:1,7
39:25 65:17 66:13
77:16 78:1 89:20
91:19,22 98:23
109:2 110:20
111:7 112:11
122:19 123:23
129:19 143:6,11
143:16 144:19,24
155:24 156:9
159:14 160:7
187:4,8,14 188:12
188:23 189:8,16
191:18,24 193:11
207:12
**opioids** 5:12 24:18
24:18 29:22,23
37:1,5 38:5,6,9,13
38:17 39:1 44:17
47:22 66:23 67:23
67:23 77:20 78:4
79:2 83:4 84:4,5
86:2 90:9 91:21
94:13,22 95:4,12
95:25 98:2 99:18
99:25 101:7,15,20
101:21 102:11,14
102:19 104:24,25

105:17 107:18,19
107:24 108:5,20
113:3,5,10 122:6
122:12 123:3,9,16
123:22 124:1
128:13 130:3
133:6 143:1,11,17
144:3 148:7
159:12,21,24
161:13 186:6
187:18 191:17,23
192:4,13,23 193:2
193:8 207:24,25
**opportunity** 148:2
172:19
**opposed** 59:10
96:3 107:19,23
159:10 160:7
166:11
**order** 36:18 43:6
141:9
**orders** 120:7
**orejuela** 196:6
**orejuelos** 201:16
**organization**
34:17 35:11 84:19
84:23,24 88:5
124:23 125:4
135:16 165:15
178:18 179:3
207:16 208:21
209:1
**organizational**
20:16,19 50:10
150:18
**organizations** 25:6
26:24 35:15 44:15
84:17 85:4,8,15,20
88:18 90:5 98:17
102:13 119:1,5,20
120:17 121:1

123:5,8,17 124:13
129:11 143:20
158:17 163:23
164:17 165:4
166:2 168:9 175:8
176:22 179:15
180:8,22 181:14
181:18 182:15,25
183:13,19 201:4
202:16,22 204:25
206:24
**organized** 45:13
**original** 24:9
146:8 157:24
165:22
**originally** 15:19
**originating** 120:1
**orman** 140:4
**outside** 18:24 33:2
41:25 90:10
114:20 124:11
131:25 152:1
168:11 173:18
209:11
**overall** 97:14
**overdose** 56:5,7,12
56:19 57:5,7,8,9
63:1 65:1,9 66:10
71:18 72:11,12,19
88:19,24 97:21
110:3,8 111:24
122:2 156:11,21
157:17,19 162:3,4
162:8 173:15,24
173:24 174:4,12
174:20 182:7
184:20 185:1,10
186:23 188:3
189:6,13 190:8,13
190:17,19 197:9
204:7 205:18

206:3 207:13
**overdosed** 64:14
89:13,19 111:24
198:12
**overdoses** 47:7,10
63:16,20,22 64:6,7
64:23 66:2,8
67:25 89:2,3
90:24 97:24
111:16 112:7,20
112:25 158:7
175:1,10 178:7
179:21
**overdosing** 46:23
63:21 64:14 66:11
111:1,6
**overlap** 177:1
**overseas** 48:7,9
**oversee** 49:9
**oversight** 22:12
45:15
**overtime** 53:8
56:12,15 64:2
88:23 163:15
**overwhelming**
64:7 85:21
**owner** 127:9
**oxycodone** 37:10
38:2 79:2 116:17
**oxycontin** 37:9
38:2 75:25 76:24
82:20,23 83:4
116:6,7,19,22
117:12,20

| p |
| --- |

**p.m.** 209:22
**pa** 80:12
**pablo** 196:5
199:25
**pads** 117:15

page   6:2 20:11
50:9 52:24,25
75:4,19,23 79:10
79:12 82:6,19
109:15,16 115:23
117:5,9 146:15
213:13,15 215:7
216:3
paid   53:5 73:20
pain   67:22 77:12
palo   2:15
paper   132:20
par   3:2,3,3 7:17
paragraph   53:2
75:20 79:6 98:20
99:13 109:19
115:25 116:3
150:15
parallel   96:15
parameters   152:4
parcel   56:3 120:4
part   24:9,15 31:5
42:6 44:16 60:8
61:13 81:13 84:12
87:6 98:25 102:7
124:2,4,7,9 130:6
130:10 156:7
160:12 167:23
171:17 174:22
175:3,6 184:9
202:7 204:14
215:9
partial   40:10
154:8
participant   29:25
170:6
participants   70:12
154:2 157:24
170:1
participate   43:6
43:18 52:7,15

53:17 58:20
169:21 171:13
180:19 182:13
participated   53:11
134:22
participates
174:18 189:24
participating
23:15 42:2 150:20
152:10 172:12
174:10,24 177:7
177:14 178:12,25
180:6 181:15
188:8 191:5
192:10
participation
42:14 51:20 53:19
particular   67:14
82:2 119:7 137:1
137:6 145:17
particularly   81:17
154:12
partnered   202:4
partners   56:14
parts   147:4
party   212:3
paso   72:2
pass   125:22
162:23 168:18
patches   48:3
patient   136:19
137:1,7
patrol   27:5 46:15
53:17 87:13 88:4
88:11 124:21
133:10 134:9
pause   168:23
pay   18:23 53:7,8
56:15 155:7
pcp   183:3 194:14

pending   12:3
peninsula   31:3
pennsylvania   21:8
21:13 24:1 46:6
people   15:7 17:18
23:4 28:23,24
35:12 46:23 48:3
52:14 63:19,21,22
64:20 66:10 67:20
74:9 81:22 85:2
85:16 91:4,9,10
92:17,24 93:9
96:2 97:21 102:4
102:14 109:1
128:20,23 129:6,9
129:25 130:21
134:11 140:7
149:21 159:4,5
170:23 172:4
178:7 179:19
187:17 194:7
197:2,7 198:9
207:18,23 208:22
perceived   44:5
percent   98:24
102:17 107:17
percentage   96:1
113:4 158:10
percocet   37:10
perfect   147:15
perform   43:18
performance
17:10 34:5 43:21
103:25 152:11
163:7,20
performing   27:19
period   17:15 68:2
80:1,17 104:16
190:25 204:12
periodically   27:23

person   45:21
129:24 148:12
208:13
personal   137:8,12
160:1
personally   15:10
33:19,20 92:1
146:13 185:5,14
214:11 215:15
personnel   23:2,18
45:22 52:1 53:9
80:22 81:17 86:4
86:9
persons   147:12
perspective
124:15
perspectives   109:7
peru   195:16
203:24
pharma   1:14
pharmaceutical
3:3,3,4 14:8,9,16
39:17 40:14,23
48:8 93:8 95:19
104:21 105:14,24
106:4 107:2
115:25 116:4
119:13 122:24
126:3 127:21
128:3 130:14
158:12
pharmaceuticals
3:2 36:25 60:2
75:25 76:18 79:8
82:9,13,23 105:7
122:16
pharmacies   14:20
14:25 119:14
127:3 128:4,25
158:13 169:13,15
184:15 187:12

191:8 206:20
pharmacist 187:3
187:7 188:11
pharmacists
188:21
pharmacy 15:13
117:15,23 127:5
127:25 144:12
189:9 191:16,22
192:2,12
phone 7:15 19:10
19:11 213:3
phrase 65:17
66:13
physician 136:20
156:13
picture 35:5
pie 173:8
pieces 165:20
pill 67:14,18 68:3
68:8,16,20 77:12
126:16,20 127:22
127:23 128:16
145:3 158:22
160:15,15,18
161:1,10 187:23
pills 67:16 93:9
122:5,11,18,25
123:2 124:21,24
126:21 129:6
132:2,5,11 137:15
144:6 159:6 187:4
187:8,14,25 188:2
208:5,7,8,10,22
ping 19:11
pinging 25:2
place 211:20
places 74:23 199:8
plaintiffs 66:4
83:8

plan 134:4 175:15
plano 157:11
plant 15:5 202:25
plants 195:15
203:23
player 52:6
please 7:3,15 8:4,9
10:25 16:20 20:12
117:6 126:20
192:5 213:11,11
plus 198:16
pmp 34:6,15,19,21
74:21 103:22,24
150:4 152:12,13
152:22 163:21
166:22
point 11:25 64:3
78:3 79:6 94:11
148:21 149:12
165:23 180:14
193:1,6
police 16:6 30:17
46:11 58:13 59:5
70:12 134:11
153:16
policies 49:11,13
50:23 132:24
151:18,22 152:2,7
166:17,20,23
policy 10:7 17:14
17:14,25 27:11
41:7 50:5 53:24
208:18
political 160:23,25
polster 1:10
pool 147:15
poppy 195:15
202:25 203:23
populate 150:5
151:24

population 140:16
porter 3:4 7:17
pose 178:2 179:17
182:3
position 29:10
49:3 136:24
138:23 140:10
160:10 199:21
205:14
positions 157:4
positive 102:8
possess 39:2
possessed 38:19
possibility 92:25
176:1 181:10
182:1
possible 110:25
111:4 131:17
160:6,8 177:23
180:16 182:22
possibly 119:2
154:8
post 56:3 120:4
pot 200:16 201:4
201:15
potency 121:23
166:14
potential 160:19
186:22 188:3
potentially 181:10
pounds 106:22,23
powder 116:9,23
177:10 179:25
183:1 186:10
197:15 205:22
206:22
power 127:8,17,20
127:23
practice 77:8
83:14,21

predominate
124:17
preparation 12:23
33:9 138:10
148:18 151:19
prepare 12:10
20:7,9 23:6 69:24
70:8,24 72:8
83:16 114:13,15
115:4 149:11
151:6
prepared 72:21
74:1,5 76:13,16
91:14 114:4 138:8
139:19,23 140:5
148:21 161:22
preparer 139:17
prepares 72:20
74:7 148:15
preparing 13:1,2
81:13 115:5
prescribe 67:23
137:6 187:23
prescribed 38:5
38:12 40:20 47:25
48:1 96:2 100:17
101:15,20 113:6
136:20 137:16
143:1 159:15
187:19 188:2
189:10,18 208:13
prescribing 99:18
126:16 137:10,20
188:13,24 192:18
prescription 1:6
24:18 29:23 37:22
38:10,13,15,17,19
39:6,10,12 40:19
41:1 47:21 57:18
61:19 62:10 66:23
67:14,23 79:1

83:3 84:4 89:20
90:8,10 93:7
94:13,21 95:2,4,12
95:24,25 98:2
99:9 101:7,13
102:14 104:25
107:11,19,24
113:3,5,10 117:15
117:20 120:22
122:6,12 123:3,8
123:16,22 125:21
128:13 131:19
136:7,11,12,19,25
138:4 144:8,25
159:14,20,24
160:7 161:13
186:6,9 187:18
189:8,16 191:9,17
191:23 192:4,13
192:18,23 207:24
208:5 213:6 214:3
215:3
prescriptions 62:1
98:23 99:11
100:12 117:14,22
117:23 126:14,25
127:17 129:2,9
presence 158:9
204:15 211:15
present 3:13 12:19
35:5 169:20 173:4
195:22
presentations 56:1
presented 147:15
pressed 122:17
pretty 67:15 96:15
96:17 149:20
151:22 163:16
prevalent 47:19
69:20 78:11 99:16
106:7

prevalently 196:8
prevent 25:20
26:1 57:1 127:8
127:12,17,20
128:5 173:15,17
175:1 207:13
preventing 135:23
174:3,12,20
prevention 55:23
55:24 56:1 109:1
159:5
prevents 26:14
100:18
previous 21:23
37:3 44:4 153:23
previously 92:6
primarily 23:1
30:22 31:4 53:14
58:12 117:12,21
118:23 120:2,14
124:13 157:5
162:2 166:16
168:7
primary 17:25
18:6 98:12,15
124:17 132:8
143:21 164:6
prior 22:18 38:6
46:17 63:13 77:16
94:3
private 130:24
142:16
privy 89:22
probably 9:17,20
10:23 12:18 51:2
51:10 52:13 62:12
67:7 68:6 81:2
93:24 94:1,16
96:9,12 106:1
115:7 133:17
134:1 138:21

142:3 156:10
161:5 162:11
165:14 167:7
179:11,12 180:12
190:4 191:1
problem 14:9 35:6
41:21 43:21 64:6
67:17,18,24 77:13
78:4,8,21 80:15
86:4,10 90:15
91:2 93:12,17,21
95:2 97:4,14
109:5,7 111:15
112:14 114:10
122:6 124:2,4,7,9
124:10,17 128:14
130:7,10 139:24
139:25 143:6,6,12
143:16 145:14
155:11 158:24
159:2 160:16,22
161:1 164:19,21
180:2
problems 36:9,17
40:25 45:7 47:12
63:16 66:7,10
68:3 70:17 75:17
77:16,20,21 78:2
79:1 82:3 85:22
87:20 97:10,11,17
101:3 102:17
112:19 118:20
119:24 120:24
122:19 123:24
129:19 130:3,5
144:3,19,24 145:3
148:7 155:2
158:18 175:23
176:13
procedure 210:7
214:5 215:5

procedures 50:23
132:25 151:18
152:2,8
process 34:5,9
51:7 55:13 74:12
103:25 148:18
150:11 152:12
153:7 154:22
produce 39:2,20
43:12,16
produced 5:10
39:16 103:1,7,13
103:14 138:20
produces 203:1
producing 120:14
production 213:15
213:17,22
products 95:19
183:20
professional 30:5
32:1
professionals
98:25 129:2
143:25
program 9:17
10:1,4,7,7,9 16:10
16:14 17:15,23
18:1,18 22:8
31:19,20 35:13
41:19 42:2,4,14
43:7,15 49:10
61:20,23 73:11
78:18 80:11 83:19
85:14 99:10
145:12 161:2
164:9 189:23,24
190:3,7 207:22
209:2
programs 29:16
29:21 55:19,24
208:11,18

| | | q | r |
|---|---|---|---|

**prominent** 197:19
**promise** 207:4
**promoted** 32:4
**promoting** 164:5
**prompted** 145:18
**proof** 91:8
**proper** 192:3,12
**property** 28:11
  127:10 147:3
  164:1
**proposes** 154:19
**proposing** 61:2
**proposition**
  199:11
**prosecute** 175:7
  181:17 183:18
  185:22 186:2
**protect** 207:18
**provide** 15:7 18:1
  18:7,17 19:3
  22:20 23:4,10,11
  24:25 25:7 27:4
  33:14 44:13,20
  54:17 55:12 59:6
  60:5,9 86:14,16,25
  87:21 104:8 142:4
  155:6 161:19
  167:10 168:12
  208:12
**provided** 7:5 9:8
  12:11 24:15 33:6
  33:21 34:6,18
  44:19 54:15 57:24
  58:2,4 64:19 77:2
  88:22 90:7 138:5
  138:6 161:22,25
  184:10 209:10
**provides** 59:16
  143:4 168:13
**providing** 27:22
  126:21 156:4

**proximity** 25:16
**public** 1:22 2:4
  30:8 31:20,22
  48:2 71:22 138:7
  138:11 140:5,7,10
  140:12,13 156:13
  156:17,17,24,25
  211:6 212:14
  214:10,18 215:15
  215:23 216:23
**publication** 49:23
**publicly** 139:14
  191:9,17,23
**published** 72:15
  72:16
**pull** 74:20 150:3
**purchase** 111:2,7
  111:8
**purdue** 1:14
**purpose** 18:8
  56:16 88:15
  108:25
**purposes** 19:24
  39:22 47:25 60:20
  69:6 103:3 108:8
  113:19 139:3
  146:1
**pursuant** 13:1
  210:3,6
**pursue** 84:8
**pursuing** 84:9
**put** 15:6 23:8 34:5
  55:6,22 76:20
  130:2 134:2
  149:14 173:3
  207:17
**puts** 15:5 171:6
**putting** 34:13
  130:9

**qualified** 93:14
  108:1 211:8
**qualifies** 18:5
**qualify** 176:18
**qualitative** 165:6
  166:4
**quantitative** 165:3
  166:3,5
**quantities** 106:20
**quantity** 104:11
  121:2
**quarterly** 34:7,19
  50:4 71:13 103:23
  152:23 170:19
  172:8
**querying** 99:1
**question** 11:1,4,6
  11:22 12:3 16:20
  33:24 74:4 96:25
  112:2 120:19
  129:24 165:23,25
  178:16,21 188:16
  193:20
**questioning**
  137:10 186:7
  189:22
**questions** 10:21,24
  11:9,20 29:4
  70:14 162:22
  176:21 177:2
  182:11 186:8
  195:7
**quick** 162:13
**quickly** 20:22
  117:1 176:21
**quintero** 201:2,6
  201:15

**r** 8:6
**radios** 155:8
**rafael** 201:2
**raiola** 2:8 4:8 7:8
  7:8,22 8:1 62:14
  97:1 118:5 162:13
  168:17 170:9
  177:2 183:6 186:8
**raise** 176:4
**range** 184:6
**rate** 67:25 140:2
**raw** 131:11
**reaching** 125:22
  201:18
**read** 14:11,12
  61:16 99:13
  150:14 214:5,6,12
  215:5,6,17
**readily** 75:9 79:15
  83:24
**reading** 213:19
**reads** 79:15 116:3
**real** 20:22
**reality** 122:12
**realize** 110:19
  146:12
**really** 14:10 25:20
  27:14 36:22 43:18
  48:10 67:10 73:9
  80:15 122:16
  128:22 144:25
  150:21,22 151:25
  156:19 164:14
**reapplied** 30:18
**reask** 178:21
**reason** 12:6 33:5
  76:5 81:9 101:19
  118:1 142:7
  158:15 163:17
  174:14 213:14

215:8 216:3
**reasons**  148:12
**recall**  9:4 61:7,10
  61:15,18 77:20
  78:3,7 89:24
  94:11,15 121:8
  161:24 162:9
  190:2 209:7
**receipt**  213:18
**receive**  26:11 27:3
  28:9 40:8 42:21
  53:25 54:3 65:1,5
  72:5,12 83:18
  87:10 89:7 162:25
  176:6 207:23
**received**  55:22,25
  56:2,4 65:8,12
  76:23 183:11,17
  190:5
**receives**  83:15
  176:12
**receiving**  100:22
  136:19 176:1
**recess**  62:19
  118:12 162:18
**recognize**  20:2
  60:23 69:9,12
  103:9,10,11
  113:24,25,25
  139:8 146:7
**recognized**  38:14
  38:18
**recollection**  64:9
  101:12 121:14
**recommendations**
  51:16
**record**  7:2 8:5,9
  11:23 62:18,21
  98:8 118:11,14
  162:17,20 168:22
  168:25 209:21

215:9
**recorded**  36:1
**records**  65:9
**recreational**  93:11
**reduce**  156:21
**reduced**  211:14
**reducing**  99:24
**reed**  2:19
**reedsmith.com**
  2:22
**reference**  52:12
  116:16 213:7
  214:2 215:2
**referenced**  211:13
  211:18 214:11
  215:15
**referring**  66:7
  139:11 164:21
**reflect**  53:10
  101:11
**reflects**  104:7
**regarding**  9:16
  10:1 12:14 14:8
  64:24 72:18 138:4
  152:8 192:3,12
  210:2,11
**region**  23:19 32:18
  33:16 34:2 35:7
  40:16,21 69:19
  75:10 79:3,17
  82:25 83:5 90:19
  94:5,13,23 95:13
  96:22 97:2 98:12
  102:15 105:25
  106:16 116:5
  117:12 121:19
  122:7,19 131:25
  148:8
**regional**  96:6
  133:13

**register**  41:14
  42:25
**registration**
  137:21 192:19
**relate**  29:22
  102:18 166:17
  169:13 195:8
**related**  24:18 47:7
  120:23 124:23
  130:4 172:13
  175:23 176:13
  179:21 185:10
  193:2,7,11 195:3
  197:9 201:4
  209:15
**relates**  1:12
  107:18
**relating**  120:24
**relation**  62:6
**relationship**  60:3
**relationships**
  59:16
**relative**  212:2
**release**  116:8
**remain**  10:6
**remains**  75:8
  116:4
**remember**  9:15
  13:21 41:23 63:9
  63:23 68:13
  128:15
**remind**  65:23
  69:16
**removed**  28:13
**repeat**  20:12 38:16
  39:5 86:6 96:24
  165:22 192:5
**rephrase**  10:25
  95:7
**report**  5:4 19:22
  20:5 21:10 34:14

36:9 43:13 44:1,3
  45:17 48:10 49:5
  49:25 52:17 69:25
  70:25 71:1,3,15,17
  75:5 76:4,6,20,23
  78:17 79:4 82:5
  83:6,7 86:17
  89:11,18 98:8,22
  101:11 102:7
  103:22 104:2
  114:15 115:6,8
  117:12 121:13
  133:1 148:19,20
  148:22 149:10,15
  150:4,9 151:2,3,4
  151:7,17,19 152:4
  153:13 161:14
  166:24 171:8
  172:1 175:19,19
**reported**  34:2
  40:13 47:16 66:3
  71:12 72:1,18
  95:4 96:16 107:13
  118:2 125:19
  128:18 130:14,18
  160:17 161:8
  171:15
**reportedly**  116:6
**reporter**  4:14 7:2
  10:14 11:8,16
  19:17 214:7
**reporter's**  4:11
  211:1
**reporting**  60:8
  69:23 96:18 98:22
  99:11 152:19
**reports**  20:7,9
  32:22,25 33:10
  34:10 43:13 47:3
  48:25 49:23 64:13
  64:17 67:10 68:21

70:8 71:14,20
72:11,12,15 73:25
77:24 78:13 83:15
90:23 93:23 94:7
94:16,21 95:1
96:19 106:11
141:9 148:15
149:19 153:8
171:12,19
**represent** 8:3 76:1
79:8 82:24 94:20
169:6
**representative**
170:11
**represented** 170:6
170:7
**representing** 7:13
**represents** 79:21
**reprogram** 172:20
**request** 5:6 60:18
61:1 215:9,11
**requested** 18:22
19:6 63:6 87:7
88:14 138:16
141:20 210:1,6,10
**requesting** 141:5
**requests** 19:8
50:25 161:23
172:22
**required** 18:17
43:5,12,16 50:4
152:4 153:22
213:25
**requirements**
35:10 42:13
146:19
**requires** 42:23
**resale** 126:24
127:16,20
**research** 25:3
102:20 114:20

132:7 150:7
**researched** 14:10
**reservation** 9:2
**resident** 31:2,24
**resources** 41:17
41:18 64:7 86:16
86:22 176:12
194:16
**respective** 174:13
**respond** 70:5 86:5
86:11 89:8
**responded** 191:1
**responders** 194:20
**responding** 63:1
63:20 64:1 88:23
89:1,6,7
**response** 156:9,10
156:22 157:2,16
157:17,19,24
**responses** 87:4
117:9
**responsibilities**
17:6 29:13 49:7
49:18
**responsibility**
32:2 123:23
163:10 167:24
199:12
**responsible** 29:15
85:21 158:17
198:18,24 199:5
202:15,21 206:15
206:21
**rest** 30:4 196:10
**result** 32:14 36:3
135:15 175:4
**resulted** 100:16
**results** 86:17
**resurgence** 158:6
**retail** 14:19,24
119:14 169:13,14

184:15 191:7,16
191:22 192:2,11
206:20
**retained** 4:14
**return** 27:20 28:6
**returned** 213:18
**review** 12:23 13:4
49:20 55:13 74:2
74:8,9,9,12 75:3
78:16 150:9 151:5
151:24 166:21,25
210:2,6 213:12
214:1 215:1
**reviewed** 12:11
**reviewing** 34:13
36:3 64:18 73:25
**reviews** 34:21
**revised** 151:7
**revising** 151:17
**revision** 150:11
**revisions** 151:11
151:12
**revoke** 131:2
144:13
**right** 17:20 22:7
39:18 53:6 71:1
84:20 95:11,15
105:12 111:21
115:24 116:24
119:15 136:8
150:14 151:11
152:5 153:4
155:21 165:12
169:18 171:20
174:9,16,20
175:15,16 178:24
179:25 183:6
184:14 186:5,14
187:25 193:15
195:20 197:19
198:7,14 201:4

202:2,11 203:5,8
203:16,20 204:1
205:23 207:1,5,6
208:9 209:5
**rise** 196:2 198:18
198:24 199:12
202:15 206:15,21
**risk** 186:22 188:3
**rite** 169:16 184:25
185:17 186:3
187:12 188:17,21
189:17 191:8
192:17,22 193:7
193:13 198:23
199:4 202:14,20
206:14
**rival** 110:2
**road** 2:14
**robberies** 31:8
**role** 29:14 199:22
**rolled** 106:11
**ropes** 3:9 7:19
**ropesgray.com**
3:12
**routes** 120:1
200:19
**rpr** 1:24
**rule** 50:17,21
**rules** 10:12 50:23
210:3,7 214:5
215:5
**run** 22:23 135:13
**running** 77:6
**rust** 147:5
**rx** 98:21 99:10
207:22 208:17
209:1

| s |
|---|

**s** 8:7 72:25 213:15
215:8,8 216:3

**safety** 31:20,22
140:13 155:8
156:17,25 164:5
**salaries** 53:7
**salary** 53:5 73:17
73:20
**sales** 15:7 147:17
**san** 2:21
**satisfying** 146:18
**saw** 67:13 77:25
121:10
**saying** 11:10,11,17
71:6 178:23
**says** 25:11 43:1
61:3,16 75:6,8,18
75:20,24 76:4
79:7,20 82:22
98:10,20 109:19
117:17 129:5
146:18 149:1
150:23 164:14
**sboranian** 2:22
**scale** 164:14
**schedule** 23:7,9
**schools** 55:24
**sciota** 95:20
**scioto** 68:24
**sea** 196:13 205:4
**seal** 212:6 214:15
215:21
**search** 35:19
165:9
**searched** 55:20
**searching** 13:13
**season** 30:10
**second** 2:20 18:16
52:20 53:2 75:4
109:16 137:5
**secretary** 150:3
**section** 32:4,5
79:20 82:8 149:22

151:24
**sections** 148:25
149:4
**security** 46:10
**see** 21:2,2 23:2
34:16 35:4 36:7
36:21 44:24 47:9
47:15 49:4 51:4
52:16,16 61:16
64:4 67:21 69:12
71:6 75:6,10,21
78:14 79:5,11
82:9,20 83:1 84:9
85:25 86:7,15
90:21 92:18 93:6
93:25 99:6 105:5
105:7,8,21 106:9
106:20 107:13
112:8 116:1,11
118:24 130:17
139:24 140:23
146:19 147:18,19
171:18
**seedless** 201:8
**seeing** 27:25 35:4
35:5 36:14 40:6
40:24 42:10 48:6
48:14,16 66:1
70:15,18 71:23
75:17 89:25 90:5
90:13 96:16,18
98:1 99:15 107:9
110:11 112:6
115:20 117:18
120:24 121:6
122:6 155:2 158:6
180:15 194:2
**seek** 87:11 175:21
**seeking** 87:1 88:10
142:2

**seen** 47:6 64:12,22
77:12 92:5,13
105:25 109:24
110:6 115:18
116:14 123:2
132:5 138:5
176:23 182:20
**sees** 171:21 176:17
**seize** 84:10 94:9
**seized** 28:10 71:4
71:5 96:13 104:12
104:21 105:14,17
105:22,25 106:15
106:18,25 107:4
107:10 121:3
122:15 124:19
128:19 131:10,13
132:2 143:7
150:15
**seizing** 46:21
69:21 70:16 90:22
93:8,9 94:8 97:18
106:22 140:22
143:8 164:18,20
166:11,15
**seizure** 35:20
65:25 71:11 72:3
74:20 93:6 97:15
102:21 103:16,19
105:3 106:14
124:24 132:12,12
132:14,19,20
133:2 161:7,12
162:1 194:3
**seizures** 34:18
36:8 47:16 48:11
67:11 71:10,25
90:2 95:17 106:22
107:14 121:2
128:17 135:16
153:11 154:3

160:19 163:25
164:1 166:1,9
**sell** 119:14 122:24
**selling** 25:12,22
178:19 199:8
**send** 70:7 83:21,22
**sense** 11:1 86:21
131:5 151:25
**sent** 70:6,9,21 77:5
207:17
**sentence** 75:23
79:6 117:8 146:22
**september** 108:19
**series** 182:11
**serious** 172:13
**set** 18:22 25:15
28:20 30:1,2
50:19 51:3 54:12
54:13 151:23
212:6
**sets** 152:3
**setting** 154:16
**sexual** 9:1
**share** 44:13 76:13
123:23 140:12
164:2
**shared** 83:8 144:5
**shares** 209:15
**sharing** 42:4,11,12
49:15 80:14
134:12 156:25
**sheet** 108:17
213:13 215:7,10
215:18 216:1
**sheriff** 170:14,15
**sheriff's** 59:4
70:13
**sheriffs** 46:13
**shifting** 92:14
**ship** 196:7

shipment 40:10

shipments 207:17

shipped 40:11,15

shoppers 129:15
144:2

shopping 100:18
117:13,22 126:3

shortly 73:3
204:12

shoulder 137:15
208:4

show 26:10 56:23
57:9 122:3

showed 64:13

showing 102:7

shown 160:19
213:16

shows 35:17
101:14 102:5
153:2

shut 67:16 68:8
158:23

side 72:8 91:21
109:12 115:16

sides 26:10

siegel 7:23 8:7
62:22 69:10
108:14 118:15
162:21 168:19
169:3 178:23
206:12

siegle 1:19 4:7 7:4
7:14,21 169:1
211:9 213:8 214:4
214:9 215:4,13
216:20

sign 11:5

signature 210:5
212:13 213:14

signed 214:13
215:18

significant 75:9
76:1,18 79:8,16
82:3,24 83:4
93:17,21 176:5

signing 213:19

similar 96:10

simply 111:7

sinaloa 119:11,20
201:25

sincerely 213:21

single 52:4 174:17
189:6,13 192:15
192:21

sir 16:15,24 17:5
20:18 21:21 29:20
58:25 73:22 75:22
77:14 79:18,22
82:10,21 85:9
165:1 170:20
175:17 176:25
213:10

sit 81:15

sits 22:3 45:23

sitting 172:5

situation 207:15
208:7

size 163:9

slice 173:8

small 85:16 107:3

smart 56:2

smith 2:19

smuggled 195:19
196:12 197:10
204:24 205:4,23
206:15,22

smuggling 126:10
201:15

snort 187:4,14

snorted 186:10

social 25:3

society 199:20

sold 89:13 98:16
122:5,11 123:3
177:9 208:23

sole 189:7,14

solutions 3:2
213:1 216:1

somebody 25:18
46:16 71:6 83:20
84:1 89:12 100:22
100:24 103:14
139:23 140:4
161:8 164:4
165:15

somebody's 49:1
163:18

son 137:14 208:4

sooner 101:1,5,7

sophisticated
165:6

sorry 160:24
192:7

sorts 63:16

sought 55:14,15
182:24 185:22
186:2

sound 35:21 153:4

sounds 62:11

source 56:18,25
91:15 98:15
102:13 119:4,18
123:15

sources 99:24
120:8,9,11

sourcing 34:9,12

south 3:5 195:15
196:9 201:16

southeast 67:19
68:23 77:13
158:22 160:22
204:15,21

southeastern
67:15 160:15
161:1

southern 27:1
45:25 46:2 68:1

southwest 118:21
119:3 158:1

spaces 23:17

speak 11:15
176:16

speaking 11:15
170:22

specgx 3:9 7:20

special 29:7 32:8
46:3,6,7,8,10
170:13

specific 25:13 43:4
44:17,21 45:4
59:10,17 64:8
78:13 88:15
114:25 130:12
131:18 142:6
155:24 176:17
193:1,6,12

specifically 13:3
13:24 30:3 60:6
63:24 65:18 84:21
88:22 94:14,15
103:11 104:24,25
133:8 139:20

specifics 130:18
201:12

specified 211:21

speculation 15:10
112:14 199:23

spell 8:4

spelling 150:13

spend 18:4 86:15
146:14 194:16

spending 22:11
56:11

**spent** 22:7 27:16
27:17 31:11 49:14
**spiked** 196:1
204:11
**spoken** 15:15
174:18 209:4
**spread** 28:24
**spreadsheet** 5:10
64:24 103:1,7
**spring** 9:17
**squad** 29:24 30:24
31:16 59:20,23
61:13
**square** 1:22 2:4
**sraiola** 2:11
**ss** 211:3
**stable** 116:4
**staff** 52:23
**staffed** 19:4
**stamped** 19:18
60:15 69:1
**stand** 106:7
**standard** 83:19
172:18
**standpoint** 136:13
137:4 191:12,13
**start** 63:11
**started** 17:3,4 24:8
36:4 47:15 77:22
78:13 80:25 81:3
85:14,25 86:7
87:4 92:6 93:25
97:16 112:8 122:3
156:8 159:14
160:6 197:21
203:23
**starting** 47:9
160:7
**starts** 144:21
**state** 8:4,8 9:12
10:5 27:4 41:19

44:11 51:20,24
52:9 53:25 54:20
66:3 68:8 70:14
84:13 85:17 87:15
87:19,25 88:7
101:1 131:4
133:15 134:9,10
157:9 172:12
178:3 179:20
207:23 211:2,7
212:15 214:10
215:15
**state's** 99:9
**statement** 124:4
147:21 214:13,14
215:19,19
**states** 1:1 46:1
133:6 144:23
195:19,23 196:10
196:25 197:8,24
200:12,17 201:18
202:8 203:11,14
204:2,11 206:16
206:23
**stating** 99:14
**statistical** 34:25
60:8 104:1 114:17
115:17 142:4
149:13 152:24
**statistically** 154:1
**statistics** 49:6 65:2
104:6 106:14
130:18 131:7
149:6
**statute** 7:5
**statutory** 146:18
**stays** 163:16
**steal** 129:6
**steel** 147:8
**stenotypy** 211:14

**step** 148:18,18
**stephen** 2:8 7:8
8:1
**stephens** 2:14 4:9
7:10,10 96:24
169:2,5 207:4
209:19
**steroids** 106:3
**stettinius** 2:3 7:13
**steven** 2:19
**stole** 144:8
**stolen** 117:14,22
**stop** 32:7 127:23
136:19 180:14
**stores** 2:13
**story** 30:11
**strategies** 133:24
155:19,24 174:25
**strategy** 43:14
44:2,6 115:14
134:7 153:8,19
154:15,17,19,23
155:13,18 156:9
156:10,11,23
157:3,16,17,19,25
158:12 171:8,25
176:3
**street** 2:9,20 3:5
8:10 28:13 56:2
67:1,2,5 112:16
122:21,22 130:10
170:24 177:3,9
178:1,14,16,20
179:3 182:2
197:14,23 198:2
**streets** 101:22
179:16
**strike** 33:23 76:11
91:12 101:3
105:11 110:14
122:9 128:11

135:24 140:14
150:24 155:22
**stringer** 3:14
**structure** 20:19
35:13 45:14
**struggling** 63:1
86:1
**stuff** 72:9 134:14
150:7
**subcommittee**
9:16 50:17,21
51:1,5,8,15
**subcommittees**
9:13 50:12,16
**subheading**
146:22
**subject** 26:6
**subjects** 25:3
26:16 118:6
**submission** 151:2
**submit** 55:10
151:3
**submitted** 61:10
63:10 153:23
**submitting** 61:10
**subpoena** 12:13
13:2,18
**subscribed** 214:10
215:14 216:21
**substance** 92:14
**substances** 59:11
64:15 125:16,17
**substantially**
106:24
**successful** 10:10
30:18 87:14
**suffered** 147:23
**suffering** 173:23
**suggest** 199:11
202:14

**suggested** 202:20
206:19
**suggesting** 198:17
206:13
**suggests** 191:16,22
198:23 199:4
**suite** 1:22 2:4,20
213:2
**summaries** 175:18
**summarize** 30:4
**summary** 44:4
64:21
**summit** 24:3,6
57:22 58:5,6,24
59:1,4 65:6 66:5
68:16 76:21 78:8
83:9 89:25 96:7
96:12 161:4 167:3
167:5,5,18 168:14
193:3,9 194:4
198:6
**superior** 213:1
**supervised** 31:15
**supervisor** 31:14
**supplement** 55:4
**supplemental** 87:8
156:16 172:23
176:2,18
**supplied** 182:15
**supplying** 183:1
**support** 19:3,4,7
19:10,13 21:17
24:21,24 35:3
57:21 70:6,11
71:1,2,23 149:25
**supposed** 134:15
**sure** 16:19 22:7
27:15 34:11,24
35:9,14 62:16
73:15 74:21 75:1
95:8 107:12 125:9

134:11 136:9
148:20 151:20
157:10 162:15
192:8 205:2
**surge** 109:24
**surgery** 137:15,16
208:4
**surprise** 94:19,24
95:3,6,10,16,23
105:10,19 121:20
142:19
**surprised** 94:25
**surveillance** 25:12
**survey** 70:5,21
114:19 117:10
153:14
**surveys** 70:7 72:4
**suspicious** 141:9
**swear** 7:3
**switch** 92:18 118:6
**switched** 116:10
**switching** 91:4
92:8
**swore** 10:14
**sworn** 7:6 211:10
214:10,13 215:14
215:18 216:21
**synthetic** 193:23
**system** 25:8,15
34:6,20,21 49:1
72:3 98:22 99:11
102:5 103:22
142:20 164:2
166:19

**t**

**table** 172:5
**tables** 34:16
153:10,12 163:22
**tabulated** 171:19
**tactical** 59:19,22
60:6 61:12

**taft** 2:3 7:12
**taftlaw.com** 2:5
**take** 11:5,14 50:6
50:8 54:7 62:14
110:21 118:5
155:20 159:5
162:13 163:12
187:18,24 188:12
188:22 208:2,8,12
208:22
**taken** 1:21 62:19
117:19 118:12
134:18 162:18
185:23 186:3
191:6 211:20
**takers** 204:18
**takes** 110:16
**talk** 13:7 22:24,25
24:22 26:17 35:17
79:24 81:18 109:2
142:22 150:8
169:8,10,12,14
171:3 182:10
183:8 184:14
186:5 193:15
205:15
**talked** 21:23 22:17
25:1 49:24 62:23
125:6 141:11
173:19 199:20
**talking** 63:19
108:18 116:16
118:17 125:15
169:15
**talks** 34:17 79:5
**tar** 177:10 183:1
205:22 206:21
**target** 26:6 124:12
**targeting** 85:20
**targets** 25:3

**task** 17:10 18:2,8
18:19 19:7,15
20:25 21:4 22:9
22:22 26:19,22,22
27:7,8 28:8,16,25
30:1 34:18 42:17
42:19 43:24 44:20
44:23,24 45:11
47:17 53:20 56:10
57:5 58:5,6,8,9,15
58:20,24 59:1,3,9
59:17 60:10,12
61:4,6,14 62:10
66:1 68:21 69:22
71:5,12 77:4,6
78:15 80:21 81:17
84:8 86:24 97:8
103:21 104:5
114:19 115:19
119:9 122:15
133:9 134:2
135:11 143:9
149:7 153:15
154:2 155:15
156:1 163:9,13
166:21 167:6,8,16
167:17,20,22
168:2 170:7
172:17 173:4,7
184:10,11 185:8,9
185:16 195:4
**tax** 30:10
**taxes** 147:3
**team** 56:8,17
88:21 89:11
167:12 168:6
**teams** 56:6 57:22
60:6 62:23 63:12
64:12 87:3 156:6
161:18 172:25

**technical** 37:24
  85:3
**technology** 51:8
**telemarketing**
  8:25
**tell** 12:1 18:13
  25:17 30:11 90:25
**ten** 32:11 185:6
**tend** 170:10
**tenth** 2:9
**tenure** 43:23 78:5
  94:18 169:11
  173:13 176:23
  177:7 178:11,24
  179:7,22 180:20
  182:19 183:8,17
  185:21 186:1
  188:9,19 189:2
  192:16
**term** 14:10,16
  46:19 60:13 65:22
  65:24 66:16,17
  125:7 138:1 141:8
**terminology** 36:19
**terms** 37:10 96:8
  124:16
**testified** 8:12,15
  9:5,8,11,16,19,25
  48:13 77:10 95:9
  139:13 143:10,20
  158:21 160:14
  169:18 205:21
**testify** 8:18 211:10
**testifying** 10:17,19
**testimony** 9:8 10:2
  10:18 12:7 183:7
  209:7 211:13,17
  214:6,7 215:6,9,12
**texas** 157:11
**thank** 7:25 11:3
  118:16 139:7

146:6 168:18,20
  206:10
**theft** 117:15,23
  126:5,12 127:8,11
  127:12 128:6
  147:17
**thefts** 126:3
**theirs** 147:2
**thing** 18:16 19:2
  62:13 84:9 122:1
  138:9 155:8,25
  165:13,18
**things** 9:23 19:5
  19:13 25:1 26:15
  28:19 31:8 35:17
  43:4,20 46:20
  51:9,11,13 53:18
  54:21 55:6 64:25
  65:20 67:11 72:13
  72:16 77:25 80:14
  84:10 85:3 87:9
  87:16 91:25 109:9
  109:12 111:19
  114:18 115:22
  125:1 134:22
  142:4 149:14
  154:9 155:6,9
  162:10 164:9
  165:9 172:25
  173:21
**think** 8:24 15:1
  36:15 42:4,10,25
  47:24,24 48:1,2
  52:3,4 57:6 66:9
  68:9 77:21 80:12
  80:24 81:1 85:12
  85:18 86:15 88:10
  90:25 95:21 97:14
  100:4,6 101:23
  102:5 107:25
  109:16 111:15

112:2,15 115:18
  117:2 121:21
  123:20,25 125:12
  129:17,23 134:6
  135:23 140:19
  141:2 142:8,18
  144:18,20,21,23
  148:11 157:15
  164:15 168:17
  179:14 181:9
  199:16
**thinking** 141:5
**thinks** 176:5
**third** 19:2 98:20
**thirty** 213:18
**thorough** 81:6
**thought** 88:2
  145:11,13
**thousand** 177:22
  179:11 181:8
  190:13
**thousands** 70:2
  183:11
**threat** 5:8 33:15
  43:14 44:1,5,6,7,8
  69:4,14,17,18,19
  70:19 72:8,20,21
  73:25 74:4,7,13
  75:10,13 76:12,17
  76:19,25 78:24
  79:11,14,16,21,25
  80:2,23 81:3,6,14
  82:1,24 83:5
  90:19 91:14 94:4
  94:12,22 95:5,13
  96:22 97:2 98:10
  98:12 114:9,13,19
  115:4,9 117:2
  142:5 153:8,14,21
  154:1,11,12,13
  164:24,25,25

171:7,25 172:6
  173:2 178:3
  179:17 182:3
**threats** 32:17 55:8
  76:1 86:21,23
  171:3 172:14
**three** 14:18 21:7
  23:25,25 29:11
  32:6 41:22 43:13
  43:15 49:23 51:2
  51:10 56:9 62:24
  65:10 141:21
  154:14 171:7
  187:24 190:4,20
  190:25 208:8
**tie** 125:3 140:21
  193:11
**tied** 125:5 168:16
  182:7
**ties** 201:24,25
**time** 11:16 12:14
  25:19 47:6,13,14
  53:19 56:12 61:9
  64:3 68:2,15
  69:20 77:19 78:3
  78:7,19 79:24,25
  80:18 94:11 97:3
  106:23 114:11
  116:8 121:3,10
  128:10,12 145:13
  146:14 162:19
  178:6 202:4
  204:16 207:3
  211:20
**timeframe** 64:9
  68:22 78:12 93:25
**times** 9:18 50:5
  88:14 99:1 151:8
**tire** 147:9
**title** 35:18 109:3
  153:5 165:9,14

**today** 7:25 10:12
10:15,17 12:7,24
13:10,25 20:20
48:14 81:12 84:3
90:9 93:5,17
97:10 102:18
109:20 112:5,12
112:20 113:4
132:22 142:24
143:2 144:19
169:8,15 170:9
181:12 184:12
198:6 199:20
**today's** 12:10
57:10
**told** 13:16,24
40:17 89:16,23
91:18 139:16
154:2
**toledo** 42:8 46:12
147:6,11
**tools** 174:6
**top** 24:13,19 41:23
67:11 84:13 117:8
**topic** 195:6 207:1
**topics** 169:7,12
**total** 103:17
104:10 131:19
**touched** 37:4
**town** 13:20
**toxicology** 65:15
**track** 56:20,25
71:10 100:23
135:18 195:10
**tracked** 99:12
**traditional** 26:21
**traffic** 180:8,22
183:13,19 204:17
**traffickers** 123:21
124:6 157:9 168:8
200:15

**trafficking** 5:3,15
16:10,14 17:22
19:21 26:23 32:17
34:1,17 35:11,14
41:5 44:14 84:16
84:18,22 85:8,20
88:18 98:17
102:13,23 106:5
113:16 119:1,5,19
120:16 121:1
123:4,7,17 124:12
124:22 129:11
133:14 143:19
158:17 163:23
164:17 165:4
166:2 168:9 175:8
178:17 179:2,15
180:7,21 181:14
181:17,18 182:14
182:25 183:12,19
196:1 200:16
201:3 202:16,22
207:16 208:21
209:1
**trainers** 18:24
**training** 16:5
18:17,18,18,22,23
21:17 22:5,8,18,19
22:20 23:5,6,6,10
24:14 42:3,10
44:14 45:20
149:23,24 164:8
**trainings** 24:11,17
**tranquilizer** 40:2
40:4
**transcribed**
211:16 214:7
**transcript** 4:1
210:3,6,9,11
213:11,12 214:5
214:12 215:5,11

215:17
**transcription**
211:17
**transferred** 31:1
31:10,13,18,23
**transition** 176:20
**transport** 201:9
**transportation**
88:7
**transported** 98:16
**transporting**
199:7
**treat** 117:10
**treatment** 109:1
109:12 115:21
129:23 159:4
160:13
**trend** 142:3
**trending** 90:18
**trends** 32:18 34:2
36:5 96:8 110:1
140:17,20,25
**trials** 8:21,22,23
**triangle** 203:5
**tribal** 44:12
**tried** 89:7 141:17
**trucks** 200:20
**true** 111:9 161:4
166:9 179:4 182:8
182:16 195:23
198:10,11,12
206:6 211:16
**truth** 211:11,11,12
**truthful** 12:7
**try** 12:2 59:6 63:8
155:10 175:7
177:1 181:17
**trying** 111:8
174:25
**turn** 17:20 20:11
75:4,19 79:10

82:6 98:6,7
115:23 117:1,5
146:14 180:18
200:3
**turned** 24:16
103:12
**turnover** 13:1
**turns** 11:15
**twinsburg** 30:17
**two** 14:7 25:9
26:25,25 30:17
31:11,11,16,16,25
32:3,6 46:20
51:10 53:13 65:10
68:22 74:23 80:4
81:4 94:2 126:4
138:22 141:21
154:14 156:20
157:4 167:24
194:15 208:8
**tying** 199:25
**type** 8:23 11:17
40:10 45:4 106:4
115:20 161:14
209:2
**types** 18:15 19:12
38:2 72:9 90:3,5
114:23 115:21
176:22 177:13,18
**typical** 96:17
**typically** 81:23
92:24
**typing** 11:8

|  u  |
| --- |

**u.s.** 21:12 26:25
45:25 46:4 108:18
145:10 146:10
170:12,12
**uh** 11:12 75:12
99:7 152:6

**ultimate** 49:25
**undercover** 18:21
  26:1
**understand** 10:16
  10:22,24 14:17,23
  15:3 34:11 38:4
  38:11 140:12
  151:20 178:22
  190:23
**understanding**
  14:1,3,5,13 38:1
  56:22 57:4 59:24
  61:24 100:19
  186:15,20 189:23
  193:22
**understood** 11:6
**unemployed**
  147:13
**unit** 21:6 31:13,19
**united** 1:1 46:1
  195:19,22 196:10
  196:25 197:8,24
  200:12,17 201:18
  202:8 203:11,14
  204:2,11 206:16
  206:23
**units** 105:21,22,23
  128:1
**unlawful** 129:2
**update** 65:14
  149:13
**updated** 21:9
  153:25
**updates** 175:13
**upper** 31:2
**ups** 87:6
**upwards** 200:8
**usage** 100:23
**use** 32:25 48:4
  54:5 65:16,21
  70:3,24 71:2,16

78:7 82:13 91:9,9
  92:18 99:15
  100:15 114:12,14
  116:24 141:22
  147:18 173:20
  192:3,12 203:14
  204:10 209:10,16
**useful** 139:21
**user** 91:22 125:23
**users** 48:14 49:4
  85:6,15 91:19
  111:18,19 128:25
  159:22 204:18
**uses** 38:14,18
**usually** 43:20
  57:11 64:20 65:19
  106:19 123:13

---

**v**

**v** 1:13 213:6 214:3
  215:3
**valid** 137:20
  192:19
**validly** 136:20
**value** 28:12
**varied** 149:5
**various** 18:20
  33:15 35:20 52:14
  55:8 70:12 71:19
  92:19 103:18
  199:19
**vast** 109:22 110:8
  147:14
**verified** 152:12
**verify** 36:1 152:20
**veritext** 213:1,7
  216:1
**veritext.com**
  213:17
**versa** 157:12
**verse** 157:12

**versus** 55:5 115:14
  140:22 165:15
**vet** 173:6
**victim** 189:9,17
**victim's** 57:15,18
**video** 6:1
**videographer** 3:14
  7:1 62:17,20
  118:10,13 162:16
  162:19 168:21,24
  209:20
**videotaped** 1:18
**vietnam** 204:11,12
  206:16
**view** 160:4 208:17
**violence** 147:17
**voice** 108:1
**volume** 166:10
  201:10

---

**w**

**waived** 213:19
**wal** 2:12
**walgreens** 169:16
  184:25 185:18
  186:3 187:12
  188:16,21 189:16
  191:8 192:17,22
  193:7,13 198:23
  199:4 202:15,21
  206:14
**walmart** 2:12 7:11
  169:6,16 184:19
  185:10,23 187:2,7
  188:10 189:9
  191:8 192:17,22
  193:2,13 198:17
  199:4,11,25
  202:14,20 206:13
**walsh** 16:1
**want** 25:17 29:3
  30:13 35:13 36:19

50:23 51:13 56:23
  62:14 73:14 95:8
  118:5 120:20
  142:22 148:14
  149:2 150:8 169:7
  169:8 170:4 177:3
  178:15,15 195:6
  206:10
**wanted** 87:20
  165:24 185:9,16
**wants** 77:4 83:20
  84:1 173:3
**war** 204:11,12
  206:16
**warrants** 35:19
  165:9
**warren** 46:13
**washington** 2:10
  9:14 32:1
**way** 20:20 80:8
  88:3 92:1 101:10
  117:25 130:2
  132:21 135:18
  147:20 159:6
  171:25 172:16
  188:6 196:21
  201:21 205:10
  207:18
**ways** 82:15 125:25
  134:4
**we've** 23:20 49:24
  55:20 131:10
**wears** 22:6
**week** 64:22 157:20
**weekly** 64:21
  65:12,13
**weight** 107:6,15
**weighted** 164:14
**welcome** 118:15
**welfare** 147:14

**wendy** 1:24 211:6
212:14
**went** 31:25 77:8
80:4,25 193:16
**west** 8:10 158:1
**western** 21:8,13
24:1 46:5
**whereof** 212:5
**white** 8:24 30:22
31:4,15
**wholesale** 28:12
**widely** 93:10
**wireless** 31:20
**wise** 154:1
**wishes** 45:18
**witness** 2:2 7:3
16:21 118:8
162:15 168:18,20
211:9,14,15,18
212:5 213:8,11
214:1,4,11 215:1,4
215:15
**witness's** 210:2
**witness'** 213:14
**word** 160:24
**work** 10:5 13:9
29:6 44:22 51:18
70:4 73:24 86:12
86:14,20 87:16
118:7 128:23
147:3 168:2,7
171:16 191:15,21
195:9
**worked** 29:16 30:7
30:8,12,22,23 31:4
31:25 84:13
**workers** 19:1
**working** 17:4
26:16 45:11 59:14
69:22 86:8 89:10
90:5 96:11 97:12

109:10 134:10
143:9 152:17
165:15 166:7
170:24 178:19
**works** 73:18 169:9
**world** 203:2
**worse** 97:13,15,17
**write** 63:11 87:6
129:2 154:21
161:21
**written** 166:20
**wu** 2:8

| x |
|---|

**x** 35:18 150:15
153:3
**xanax** 37:16

| y |
|---|

**y** 153:3
**yeah** 8:6,22 14:3
17:20 20:13 21:3
38:11 39:5 68:5
73:7 116:18 117:4
153:9 161:5
165:25 172:15
189:25
**year** 20:8,10 22:21
23:8 27:18,24
30:24 33:9,12,13
44:4 47:19 50:5
54:11,25 55:1
71:7,7 97:21
100:4 103:17
104:10,16 109:23
115:15 118:3
131:9,20 138:21
149:9,11,12,17
154:14,20,24
163:1,6,16,16
166:21 167:4,11
172:16,18 176:8

190:5,25
**years** 23:3 29:12
30:9,18 31:5,11,12
31:17,25 32:3,6,12
46:22 51:2,10
55:16 56:9 62:24
65:10 77:12 78:10
80:4 81:4 91:13
94:2 95:18 98:3
109:21,23 110:10
115:8 133:16,17
134:1 138:22
141:21 147:23
153:23 155:23
176:8 185:7 190:4
190:21 195:11
198:15,16 200:9
200:13
**yield** 201:9
**york** 3:11 118:24
**youngstown** 46:12
147:7,8

| z |
|---|

**z** 153:3
**zip** 140:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.