Page 1

1          UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF OHIO
3              EASTERN DIVISION
4         ~~~~~~~~~~~~~~~~~~~~~
5   IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804
    OPIATE LITIGATION
6                              Case No.
                               17-md-2804
7
                               Judge Dan Aaron
8                              Polster
9   This document relates to:
10  The County of Cuyahoga v. Purdue Pharma, et
    al., Case No. 17-OP-45004
11
    City of Cleveland, Ohio v. Purdue Pharma L.P.,
12  et al., Case No. 18-OP-45132
13  The County of Summit, Ohio, et al. v. Purdue
    Pharma L.P., et al., Case No. 18-OP-45090
14
            ~~~~~~~~~~~~~~~~~~~~~
15
16
            Videotaped Deposition of
17            CLARENCE I. TUCKER
18            January 10, 2019
                 9:01 a.m.
19
20              Taken at:
21         Brennan Manna & Diamond
           75 East Market Street
22              Akron, Ohio
23
24
           Stephen J. DeBacco, RPR

Page 2

```
1  APPEARANCES:
2
3     On behalf of the City of Akron, Summit
       County, and the witness:
4
        Motley Rice LLC, by
5       TOPE O. LEYIMU, ESQ.
        JODI WESTBROOK FLOWERS, ESQ.
6       28 Bridgeside Boulevard
        Mt. Pleasant, South Carolina 29464
7       (843) 216-9107
        tleyimu@motleyrice.com
8       (843) 216-9163
        jflowers@motleyrice.com
9
10    On behalf of McKesson Corporation:
11      Covington & Burling LLP, by
        CORTLIN H. LANNIN, ESQ.
12      PATRICK R. CAREY, ESQ.
        One Front Street
13      San Francisco, California 94111-5356
        (415) 591-7078
14      clannin@cov.com
        (415) 591-7093
15      pcarey@cov.com
16
      On behalf of Walmart, Inc.:
17
        Jones Day, by
18      EDWARD M. CARTER, ESQ.
        325 John H. McConnell Boulevard
19      Suite 600
        Columbus, Ohio 43216-5017
20      (614) 281-3906
        emcarter@jonesday.com
21
           ~ ~ ~ ~ ~
22
23
24
25
```

Page 3

```
1  APPEARANCES:
2
       On behalf of Mallinckrodt, LLC; and
3      SpecGx, LLC:
4        Ropes & Gray, by
         ANDREW O'CONNOR, ESQ.
5        JENNIFER PANTINA, ESQ.
         Prudential Tower
6        800 Boylston Street
         Boston, Massachusetts 02199-3600
7        (617) 951-7000
         andrew.o'connor@ropesgray.com
8        (617) 951-7000
         jennifer.pantina@ropesgray.com
9
10     On behalf of Endo Health Solutions, Inc.,
       and Endo Pharmaceuticals, Inc., via
11     Teleconference:
12       Baker Hostetler, by
         DANIEL R. LEMON, ESQ.
13       TERA COLEMAN, ESQ.
         Key Tower
14       127 Public Square, Suite 2000
         Cleveland, Ohio 44114-1214
15       (216) 861-7916
         dlemon@bakerlaw.com
16       (216) 861-7582
         tcoleman@bakerlaw.com
17
18  ALSO PRESENT:
19     Jim Torok, Legal Videographer
20        ~ ~ ~ ~ ~
21
22
23
24
25
```

Page 4

```
1            TRANSCRIPT INDEX
2
3   APPEARANCES................................    2
4
5   INDEX OF EXHIBITS .........................    5
6
7   EXAMINATION OF CLARENCE I. TUCKER
8   By Mr. Lannin.............................   13
9   By Mr. Carter.............................  249
10  By Mr. O'Connor...........................  292
11
12  REPORTER'S CERTIFICATE...................  308
13
14  EXHIBIT CUSTODY
15  EXHIBITS RETAINED BY THE COURT REPORTER
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1           INDEX OF EXHIBITS
2  NUMBER      DESCRIPTION       MARKED
3  Exhibit 1  Document Titled "Safety ...... 32
              Department/Division of Fire
4             Organization Chart, June
              2017," AKRON_000003559
5
   Exhibit 2  Notice of Videotaped ......... 70
6             Deposition of Clarence
              Tucker
7
   Exhibit 3  6/3/2017 E-Mail from Richard . 109
8             Vober Re: Overdose Calls,
              AKRON_000232538
9
   Exhibit 4  7/9/2012 E-Mail from Joseph .. 158
10            Natko Re: Surveillance of
              Drug Abuse Trends, with
11            Attachment, AKRON_000266515
              to 000266523
12
   Exhibit 5  8/22/2016 E-Mail from ........ 168
13            Christine Curry Re: CBS
              Visit to Akron, Ohio, with
14            Attached Document Titled
              "Media Advisory,"
15            AKRON_000243690 to 000243705
16 Exhibit 6  3/19/2018 E-Mail from ........ 177
17            Charles Brown Re: Opioid
              Overdoses, with Attachment,
18            AKRON_000236205 to 000236206
   Exhibit 7  Akron Beacon ................. 188
19            Journal/Ohio.com Article
              Titled, "Akron's New Fire
20            chief is Trusted by
              Colleagues and Committed to
21            Fighting Opioid Epidemic"
22 Exhibit 8  10/10/2017 E-Mail from ....... 193
              Joseph Natko Re: Opiate
23            Talking Points,
              AKRON_000233944 to 000233945
24
25
```

Veritext Legal Solutions

Page 6

1  Exhibit 9  1/17/2017 E-Mail from Amanda . 209
       Groeger Re: 2016 Budget
2      Comment Bulleted, with
       Attachment, AKRON_000230168
3      to 000230169
4  Exhibit 10  2017 Budget Plan, City of .... 214
       Akron, Ohio AKRON_000003228
5      to 000003558
6  Exhibit 11  March 2018 E-Mail Chain Re: .. 228
       % of Non-Violent Safety
7      Force Calls Related to
       Opioid Addiction and Mental
8      Health, AKRON_000236377 to
       AKRON_000236379
9
    Exhibit 12  The City of Akron, Ohio ...... 244
10     Plaintiff's Second
       Supplemental Response and
11     Objections to Distributor
       Defendants' Interrogatory
12     No. 18 Pursuant to the
       Court's November 21, 2018
13     Order
14  Exhibit 13  3/4/2018 E-Mail from David ... 287
       O'Neal to Charles Twigg Re:
15     Meth, AKRON_000246625
16
17
18
19
20
21
22
23
24
25

Page 7

1        INDEX OF VIDEO OBJECTION
2  OBJECT                       PAGE
3  object............................ 23
      object............................ 42
4  object............................ 44
      object............................ 46
5  object............................ 47
      object............................ 52
6  object............................ 52
      object............................ 54
7  object............................ 55
      object............................ 56
8  object............................ 57
      object............................ 57
9  object............................ 57
      object............................ 58
10 object............................ 58
      object............................ 59
11 object............................ 59
      object............................ 67
12 object............................ 73
      object............................ 73
13 object............................ 75
      object............................ 75
14 object............................ 77
      object............................ 83
15 object............................ 83
      object............................ 85
16 object............................ 85
      object............................ 87
17 objection....................... 87
      object............................ 96
18 object............................ 98
      object............................ 98
19 object............................ 98
      object............................ 101
20 object............................ 102
      object............................ 103
21 object............................ 104
      object............................ 113
22 object............................ 114
      object............................ 115
23 object............................ 116
      object............................ 116
24 object............................ 116
      object............................ 117
25 object............................ 124

Page 8

1  object............................ 126
      object............................ 126
2  objection....................... 127
      object............................ 128
3  object............................ 129
      object............................ 131
4  object............................ 132
      object............................ 132
5  object............................ 134
      object............................ 136
6  object............................ 138
      object............................ 142
7  object............................ 142
      object............................ 143
8  object............................ 144
      object............................ 144
9  object............................ 145
      object............................ 147
10 object............................ 148
      object............................ 150
11 object............................ 151
      object............................ 151
12 object............................ 152
      object............................ 155
13 object............................ 155
      object............................ 156
14 object............................ 162
      object............................ 163
15 object............................ 163
      object............................ 164
16 object............................ 164
      object............................ 166
17 object............................ 166
      object............................ 169
18 object............................ 170
      object............................ 170
19 object............................ 171
      object............................ 171
20 object............................ 172
      object............................ 173
21 object............................ 174
      object............................ 175
22 object............................ 178
      object............................ 179
23 objection....................... 179
      object............................ 180
24 object............................ 180
      object............................ 181
25 object............................ 182

Page 9

1  object............................ 182
      object............................ 183
2  object............................ 185
      object............................ 188
3  object............................ 194
      object............................ 194
4  object............................ 195
      object............................ 196
5  object............................ 200
      object............................ 202
6  object............................ 203
      object............................ 206
7  object............................ 214
      object............................ 219
8  object............................ 221
      object............................ 221
9  object............................ 221
      object............................ 222
10 object............................ 222
      object............................ 223
11 object............................ 223
      object............................ 223
12 object............................ 224
      object............................ 226
13 object............................ 226
      object............................ 227
14 object............................ 227
      object............................ 228
15 object............................ 228
      object............................ 231
16 object............................ 231
      object............................ 232
17 object............................ 233
      object............................ 234
18 object............................ 234
      object............................ 235
19 object............................ 235
      object............................ 235
20 object............................ 236
      object............................ 237
21 object............................ 239
      object............................ 240
22 object............................ 240
      object............................ 241
23 object............................ 242
      object............................ 242
24 object............................ 243
      object............................ 248
25 object............................ 248

Veritext Legal Solutions

Page 10

1  object............................ 249
   object............................ 250
2  object............................ 251
   objection........................ 251
3  objection........................ 251
   object............................ 251
4  object............................ 252
   objection........................ 252
5  object............................ 253
   object............................ 254
6  object............................ 256
   object............................ 256
7  object............................ 257
   object............................ 257
8  object............................ 259
   object............................ 259
9  object............................ 261
   object............................ 263
10 object............................ 264
   objection........................ 264
11 object............................ 266
   object............................ 267
12 object............................ 270
   move to strike as nonresponsive............ 271
13 object............................ 273
   objection........................ 276
14 object............................ 276
   object............................ 277
15 object............................ 279
   object............................ 280
16 object............................ 282
   object............................ 286
17 object............................ 286
   object............................ 291
18 object............................ 294
   object............................ 294
19 object............................ 294
   object............................ 295
20 object............................ 296
   object............................ 296
21 object............................ 299
   object............................ 300
22 object............................ 300
   object............................ 301
23 object............................ 303
   object............................ 303
24 object............................ 303
   object............................ 303
25 object............................ 304

Page 11

1  object............................ 304
   object............................ 305

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 12

1      THE VIDEOGRAPHER:  On the record.
2  Today's date is January 10, 2019.  The time is
3  9:01 a.m.
4      We're here in Akron, Ohio, to take
5  the videotaped deposition of Clarence Tucker in
6  the case of National Prescription Opiate
7  Litigation, Case No. 17-md-2804, to be heard in
8  the United States District Court, Northern
9  District of Ohio, Eastern Division.
10      Will Counsel please state their
11  appearance for the record.
12      MS. LEYIMU:  Good morning.  Tope
13  Leyimu with Motley Rice here for the witness,
14  Summit County, and City of Akron.
15      MS. FLOWERS:  Good morning.  It's
16  Jodi Flowers from Motley Rice on behalf of
17  Summit County, the City of Akron, and the
18  witness.
19      MR. LANNIN:  Good morning.  Cortlin
20  Lannin of Covington & Burling on behalf of the
21  Defendant McKesson Corporation.
22      MR. CAREY:  Good morning.  Patrick
23  Carey, also of Covington & Burling, for
24  Defendant McKesson Corporation.
25      MR. CARTER:  Ed Carter for Walmart.

Page 13

1      MR. O'CONNOR:  Andrew O'Connor,
2  Ropes & Gray, for Mallinckrodt LLC and SpecGx.
3      MS. PANTINA:  Jennifer Pantina,
4  Ropes & Gray, Mallinckrodt LLC and SpecGx.
5      MR. LEMON:  Daniel Lemon, Baker
6  Hostetler, for the Endo Defendants.
7  CLARENCE I. TUCKER, of lawful age, called
8  for examination as provided by the Federal
9  Rules of Civil Procedure, being by me first
10  duly sworn, as hereinafter certified, deposed
11  and said as follows:
12      EXAMINATION OF CLARENCE I. TUCKER
13  BY MR. LANNIN:
14    Q.   Good morning, Chief.  How are you?
15    A.   I'm good.  Good morning.
16    Q.   Good morning.  Thank you for coming
17  in today.
18      As you just heard, my name is
19  Cortlin Lannin.  I represent one of the
20  defendants in this litigation.
21      Before we get started, could you
22  just please state your full name and title for
23  the record?
24    A.   It is Clarence Irwin Tucker, and I
25  am the fire chief for the City of Akron.

4 (Pages 10 - 13)

Page 14

1    Q.   Chief, have you been deposed
2  before?
3      A.   Have I been deposed before?  No.
4      Q.   In that case, I hope you'll bear
5  with me while we can discuss some quick ground
6  rules about how we'll proceed today, just to
7  make sure we're on the same page.
8          Do you understand that the court
9  reporter has, a few moments ago, sworn you
10  under oath to tell the truth this -- this
11  morning and throughout our day?
12     A.   Yes.
13     Q.   And that's the same as if you were
14  sitting in a court of law and you had been
15  administered an oath in that setting as well?
16     A.   Yes.
17     Q.   Is there anything that might
18  prevent you or impede your ability to give
19  complete and accurate testimony today?
20     A.   No.
21     Q.   You're not on any cold medication
22  or other medication, for example?
23     A.   No.
24     Q.   As we proceed today, if I ask a
25  question and you're unsure about what I'm --

Page 15

1  what I'm asking, I'd encourage you to ask me
2  for clarification.
3      A.   Okay.
4      Q.   If there's a word I use that you
5  don't understand or could have multiple
6  meanings, please do just ask and I'd be happy
7  to rephrase or clarify the question.  Otherwise
8  we'll assume that you understand what I'm --
9  what I'm asking.
10         Does that make sense?
11     A.   Yes.
12     Q.   As I ask questions, I'd ask you to
13  allow me to finish my question before you begin
14  answering.
15         There may be occasions when your
16  counsel lodges what's called an objection to a
17  question.  That simply means that she's putting
18  on the record that she has some type of
19  objection to the way I've asked my question.
20  But in almost every instance, you'll still need
21  to answer the question as I asked it.
22         Does that make sense?
23     A.   Yes.
24     Q.   If you have questions about any of
25  that, of course, you can ask your counsel or

Page 16

1  myself.
2      A.   Okay.
3      Q.   You can take a break any time you
4  want.  My general practice is to -- to take
5  breaks about every hour so that everyone has a
6  chance to -- to recharge, and the court
7  reporter, most importantly, has a moment to
8  rest his hands.
9      A.   Okay.
10     Q.   Does that make sense?
11     A.   Yes.
12     Q.   But if there's a time in between
13  that you need a moment, just let me know and
14  we'll take one.
15     A.   Okay.
16     Q.   Any questions before we get
17  started?
18     A.   No.
19     Q.   All right, Chief.  Where -- where
20  are you from originally?
21     A.   Originally?  You mean as in where
22  was I born?
23     Q.   We can start there.
24     A.   Okay.  I was born in West Virginia,
25  came to Ohio when I was about 15.  Went to high

Page 17

1  school at -- in Garfield Heights, which is a
2  suburb of Cleveland, and then came to the Akron
3  area to go to the University of Akron.  Met the
4  woman I would eventually marry and decided to
5  stay here.
6      Q.   Excellent.  So you've been a native
7  of -- of Ohio since approximately 15?  You were
8  age 15?
9      A.   Correct.
10     Q.   Did you go to high school in
11  Garfield Heights?
12     A.   Yes.
13     Q.   And you graduated high school?
14     A.   Yes.
15     Q.   And when did you start at the
16  University of Akron?
17     A.   Fall of 1980.
18     Q.   Did you start right after you
19  graduated high school?
20     A.   Yes.
21     Q.   What degree were you pursuing at
22  the University of Akron?
23     A.   Engineering.
24     Q.   Did you graduate from the
25  University of Akron?

5 (Pages 14 - 17)

Page 18

1    A.   No.  I changed over to Malone
2  University, graduated from there with a degree
3  in business.
4    Q.   Where is Malone University?
5    A.   It's in North Canton.
6    Q.   Nearby?
7    A.   Yes.
8    Q.   In which year did you switch from
9  University of Akron to Malone University?
10    A.   Actually graduated from Malone in
11  2009.
12    Q.   So I surmise at some point after
13  you started at the University of Akron, you
14  left that university?
15    A.   Correct.
16    Q.   And what year was that?
17    A.   '83.  1983-ish.
18    Q.   So you made it about three years --
19    A.   Yes.
20    Q.   -- at the university?
21       May I ask why you left the
22  university before graduating?
23    A.   Decided to get married.  I had
24  kids.  Normal life.
25    Q.   After you left the University of

Page 19

1  Akron in 1983, but before you went back to
2  Malone University, did you attend any other
3  institutes of higher education?
4    A.   No.
5    Q.   I believe you said you graduated
6  from Malone University in 2009?
7    A.   That's correct.
8    Q.   Do you recall what year you started
9  back at Malone University?
10    A.   2007.
11    Q.   And you graduated with a degree in
12  business?
13    A.   Correct.
14    Q.   Is that a bachelor's degree?
15    A.   It is.
16    Q.   Was the program at Malone a
17  full-time program, or were you working at the
18  same time?
19    A.   Working at the same time.
20    Q.   Understood.  So it was a -- like
21  a -- did you go to school at night, or was
22  it a --
23    A.   At night.
24    Q.   At night.
25       After Malone in 2009, did you

Page 20

1  attend any other institutes of higher
2  education?
3    A.   Well, it depends on what you call a
4  higher -- higher place of learning.  I've
5  attended what we call EDI, the Executive
6  Development Institute, through -- it's a
7  firefighter's path of higher education, as well
8  as the National Fire Academy's Executive Fire
9  Officer Program.
10    Q.   Was the Executive Development
11  Institute, did that come before the -- the
12  firefighter academy?
13    A.   Yes.
14    Q.   Do you recall roughly what years
15  you -- you attended that program?
16    A.   I think I graduated from that in
17  2006.
18    Q.   At a high level, what was the
19  subject matter of -- of the EDI program?
20    A.   It prepares you to be the chief of
21  an organization, fire organization.  That's a
22  five-year program.
23    Q.   Did you attend classes in person,
24  or was this a remote learning?
25    A.   In person.

Page 21

1    Q.   In person.  And that was here in --
2    A.   No.  That was actually at Dillard
3  University in New Orleans.
4    Q.   Did you attend -- were classes only
5  part-time or --
6    A.   Correct.  You go for two weeks.
7    Q.   Understand.  And you didn't move?
8    A.   I didn't move.  You attended
9  classes for a couple of weeks.  They gave you
10  homework assignments, and then you'd go back
11  and come back after 6 months or 12 months,
12  depending on what they needed.
13    Q.   Understood.  There are worse places
14  to have to spend time, I would suspect.
15       All right.  And the second program
16  you mentioned, the National Fire Academy
17  Executive Fire Officer Program --
18    A.   Correct.
19    Q.   -- approximately what years did you
20  attend that program?
21    A.   2013 to 2016 or so.
22    Q.   And again, the same question.
23  What's the general subject matter of that
24  program?
25    A.   It, again, is preparing you to be

6 (Pages 18 - 21)

1 the -- the executive officer of a fire
2 department.
3    Q.    When you complete that program, do
4 you receive some type of certification or -- or
5 degree?
6    A.    It is not a true degree, but it is
7 the -- the qualification you need to be the
8 fire chief in any city in the United States.
9    Q.    And I -- I neglected to ask.  For
10 the EDI program we had been discussing, the
11 same question.  Did you receive any type of
12 formal certification or degree off of that --
13    A.    There is a certificate that you
14 receive from both programs, actually, but it is
15 not a formal degree.
16    Q.    Okay.  So I understand these were
17 the two programs that you attended after you
18 graduated from Malone.  Do I have that right?
19    A.    That's correct.
20    Q.    Were there any other besides those
21 two programs that you attended after Malone?
22 Any other institute or programs like this?
23    A.    No, no.
24    Q.    In the time between the University
25 of Akron and Malone University, did you attend

1 any similar programs like those we just
2 discussed?
3    A.    No.
4    Q.    Besides those programs and what
5 we've discussed already, any other types of
6 certifications or degrees that you hold?
7    A.    When you say certifications, my
8 resume is three pages long.
9    Q.    Your point is well taken, Chief.
10 My question was not precise enough.
11    A.    Okay.
12    Q.    Let's strike "certifications."
13    A.    Okay.
14    Q.    Any other degrees, for example,
15 that you hold?
16    A.    No.
17    Q.    Chief, do you have any specialized
18 training in medicine?
19        MS. LEYIMU:  Object to the form.
20    A.    Well, I am currently an EMT.  And I
21 have served as a paramedic early in my career.
22    Q.    At a high level, could you explain
23 the distinction between those two jobs?
24    A.    An EMT is basic training where you
25 can do CPR, first aid, things of that sort.

1        And paramedic certifications allow
2 you to do a lot of more advanced prehospital
3 care.
4    Q.    As I understand it, to -- to be a
5 paramedic, you have to maintain a
6 certification?
7    A.    That's correct.
8    Q.    And you're no longer certified as a
9 paramedic?
10    A.    That's correct.
11    Q.    Do you recall approximately when
12 your certification lapsed?
13    A.    1996.
14    Q.    When were you first certified as a
15 paramedic?
16    A.    1989.
17    Q.    To be an EMT, do you have to
18 continue training and -- and keep up a
19 certification as well?
20    A.    Yes.
21    Q.    It's just less -- less involved?
22    A.    Correct.
23    Q.    Is that a fair way to put it?
24        Do you recall when you were first
25 certified as an EMT?

1    A.    1988.
2    Q.    Am I correct that EMTs are now
3 authorized in the -- in the state of Ohio to
4 administer Narcan?
5    A.    They are.
6    Q.    That's a relatively recent change?
7    A.    Well, actually, there were changes
8 that were made back when Narcan was put on many
9 different types of apparatus, so fire trucks,
10 the police cruisers.  But, yes, they are
11 authorized to administer Narcan.
12    Q.    Am I interpreting that correctly,
13 that around the time that changes were made to
14 the types of apparatus that could carry Narcan
15 was approximately when EMTs were authorized to
16 also administer Narcan?
17    A.    I'm sorry.  Say it again.
18    Q.    Forgive me.  I'm just trying to
19 understand your -- your last answer.
20    A.    Okay.
21    Q.    Is it the case that EMTs were first
22 authorized to begin dispensing Narcan at around
23 the same time that fire trucks and other
24 apparatus started carrying Narcan in Akron?
25    A.    That is -- I believe that is

7 (Pages 22 - 25)

Page 26

1 correct, so.
2     Q.    After you left the University of
3 Akron in 1983, what was your first job?
4     A.    Let's see.
5     Q.    You know what, Chief?  Let me --
6 let me try this a different way.
7           When did you start working at Akron
8 Fire Department?
9     A.    1988.
10    Q.    Have you been continuously employed
11 at Akron Fire Department since 1988 --
12    A.    Yes.
13    Q.    -- 8 -- 1988?
14           Between 1983 and 1988, did you hold
15 a number of different jobs or just a few ones?
16    A.    Just a few.
17    Q.    Okay.  So let's talk about those.
18 What was the first one?
19    A.    Therapeutic program worker for the
20 State of Ohio, and that was, I believe, 1984 to
21 about 1987.
22    Q.    And at a high level, what -- what
23 did that job entail?
24    A.    It was a job that required you,
25 first of all, to be trained in first aid and

Page 27

1 CPR, and you were helping kids that were
2 mentally unstable, that have gone through quite
3 a few traumatic type of -- of instances and
4 helping them to cope and -- and get back into a
5 normal type of a, well, routine or life.
6     Q.    That was here in Akron?
7     A.    No.  That was actually in
8 Northfield, in Sagamore Hills.
9     Q.    Is that a suburb?
10    A.    That is a suburb of Cleveland.
11    Q.    Very good.  Okay.  After that
12 position or at that job, what was your next
13 one?
14    A.    Actually, the next job was the
15 Akron Fire Department.
16    Q.    Oh, I understand.  You had one job
17 between graduat- -- or leaving Akron University
18 and starting at AFD?
19    A.    True job, yes.
20    Q.    All right.  When you started at
21 Akron Fire Department in 1988, what was your
22 first job?
23    A.    Firefighter medic.  It is a -- as a
24 new employee of the City of Akron, you learn
25 the job of firefighter medic.

Page 28

1     Q.    How did you come to apply for that
2 job?
3     A.    There was a process where you --
4 you took a civil service exam, and you waited
5 on the results, and if you were high enough,
6 they called you for the next portion, which
7 included a, you know, physical test, a -- a
8 medical examination, an interview, and a
9 background search.  And if you passed all of
10 those, then you were -- you're considered for
11 employment.
12    Q.    Had you previously been interested
13 in firefighting or -- or medicine before
14 joining AFD?
15    A.    Had I been interested in it?  Yes.
16    Q.    After you're hired, I assume
17 there's a fairly rigorous training regime?
18    A.    Correct.
19    Q.    And your job title, just to make
20 sure I have this right, it was firefighter
21 medic?
22    A.    Correct.
23    Q.    That's kind of the starting
24 position for people entering the Akron Fire
25 Department?

Page 29

1     A.    That is correct.
2     Q.    If I have my years right, it was
3 approximately at this point that you earned
4 your certification as a paramedic?
5     A.    As soon as I was done with fire
6 school, then, yes, I was enrolled into the
7 paramedic program.
8     Q.    Are all fire medics at Akron Fire
9 required to be certified as paramedics?
10    A.    Initially, yes.
11    Q.    And over time, as your position
12 changes --
13    A.    Over time, as your position changed
14 or many years that you've served in the medic
15 program, you are allowed to bid out if you want
16 -- choose.
17    Q.    Initially -- make sure I understand
18 this -- however, you are required to -- to be
19 certified as a paramedic?
20    A.    That's correct.
21    Q.    Do you recall approximately until
22 what year you -- you held the title
23 "firefighter medic"?
24    A.    Well, when you say "medic," it also
25 includes the EMT portion of it.  I'm still

8 (Pages 26 - 29)

Page 30

1 considered a firefighter medic even today, but
2 when you -- if you're referring -- are you
3 referring to the paramedic?
4    Q.   Let me -- let me try again.
5    A.   Yeah.  Rephrase that, please.
6    Q.   Start with a predicate question.
7    A.   Okay.
8    Q.   What would you describe, at a high
9 level, the job responsibilities of a -- a
10 firefighter medic, meaning the job that you
11 held when you first started?
12    A.   Responsibilities are to, first of
13 all -- first of all you take an oath to serve
14 and help the citizens of Akron and the
15 surrounding community.  You -- you learn how
16 to, again, become an EMT and a state-certified
17 firefighter.  You learn how to extricate people
18 from, say, MVAs, or motor vehicle accidents,
19 and other assorted things.
20       So, I mean, if you really want to
21 know all of the details of being a firefighter
22 medic, it's going to take us a while, but
23 that's an overview.
24    Q.   I understand.  My assumption -- and
25 I -- tell me if I'm wrong, Chief -- is that the

Page 31

1 firefighter medic is kind of the front line of
2 emergency response in Akron, be it a fire or
3 medical emergency?
4    A.   That is correct.
5    Q.   The individual who actually goes to
6 the incident?
7    A.   Yes.
8    Q.   All right.  So let me try my -- my
9 question again.
10       Approximately how long did you
11 serve in that capacity as a firefighter medic?
12    A.   As a firefighter?
13    Q.   Yeah.
14    A.   Until I was promoted to lieutenant,
15 with a -- which would have been 2000.
16    Q.   All right.  I'd like to introduce a
17 document to help us discuss these types of
18 issues.  It will be marked as Defendants'
19 Exhibit 1.
20       So, Chief, today, as we -- as we
21 look at documents, the court reporter will mark
22 it and hand it to you.
23    A.   Okay.
24    Q.   And I'd encourage you to take as
25 much time as you need to review the document,

Page 32

1 and when you're done, I'll have some questions
2 for you about it.
3       There's occasionally very
4 voluminous ones that are hundreds of pages, and
5 instead of having you sit here for two days and
6 review the whole thing, I'll -- I'll encourage
7 you to look at only certain sections that we'll
8 talk about.
9       But in general, you should take as
10 much time as you need to review any of these
11 documents.
12       Does that make sense?
13    A.   Okay.
14       - - - - -
15       (Thereupon, Deposition Exhibit 1,
16       Document Titled "Safety
17       Department/Division of Fire
18       Organization Chart, June 2017,"
19       AKRON_000003559, was marked for
20       purposes of identification.)
21       - - - - -
22    A.   Okay.
23    Q.   Good?  Chief, do you recognize this
24 document?
25    A.   I do.

Page 33

1    Q.   And what is it?
2    A.   It's our organizational chart.
3    Q.   You see on the heading it's labeled
4 June 2017?
5    A.   Yes.
6    Q.   To the best of your memory, is this
7 an accurate reflection of the structure of the
8 AFD at this point in time?
9    A.   I believe it is.
10    Q.   Have there been any material
11 changes to the structure of AFD since that --
12 since June 2017?
13    A.   Well, let's clarify.  When you say
14 changes, some personnel have changed, but
15 the -- the different bureaus have remained the
16 same.
17    Q.   Excellent.  That's exactly --
18 exactly what I was asking.
19       Chief, the reason I introduced this
20 now is I'm hoping that as we walk through your
21 career at AFD, we can try to pinpoint where on
22 this org chart you would have been working at
23 that point in time.
24    A.   Sure.
25    Q.   So starting with firefighter medic

Page 34

1 in 1988, is there a specific bureau or section
2 in this org chart that you would have been
3 located?
4　　A.　Yes. Operations subdivision.
5　　Q.　And under that -- under that branch
6 is there a specific subbranch?
7　　A.　Well, actually I've been on a
8 couple of different shifts. I was on the B
9 shift as well as sometimes on the C shift
10 during that time. And that's from 1988 to
11 about 1996, approximately.
12　　Q.　Can you briefly explain the
13 three-shift structure that Akron Fire
14 Department uses?
15　　A.　Sure. Each shift works a 24-hour
16 period, and then they are off for the next 48
17 hours before they work again. And so during
18 that 48 hours, the next shift would take the
19 second 24 hours, and the third would take the
20 third. So you're basically working a
21 24/48-hour shift.
22　　Q.　Understood. And -- and you just
23 testified that you worked --
24　　A.　Uh-huh.
25　　Q.　-- in the B shift, and then at some

Page 35

1 point in the C shift?
2　　A.　Correct.
3　　Q.　When you're a firefighter medic, to
4 whom do you report, directly report?
5　　A.　A lieutenant.
6　　Q.　And you said you were promoted to
7 lieutenant in 2000?
8　　A.　That's correct.
9　　Q.　And how did -- how did you apply
10 for that promotion, if you applied?
11　　A.　I did apply for it. You took a --
12 a written test, as well as an assessment center
13 test.
14　　Q.　The assessment test is not -- is
15 not written?
16　　A.　The assessment center was not
17 written. It was basically like what we're
18 doing today.
19　　Q.　People asking you questions?
20　　A.　Well, either people asking you
21 questions or you see something on a screen,
22 depending on the promotion. It could be where
23 you watch a screen and say, okay, now what are
24 you going to do with this situation?
25　　Q.　And there's people --

Page 36

1　　A.　Different scenarios.
2　　Q.　-- people evaluating your response?
3　　A.　Sometimes yes, sometimes no.
4　　Q.　Understand.
5　　　　After you were promoted to
6 lieutenant, did -- were you assigned to a
7 specific shift at that point?
8　　A.　Well, in 1996, I moved from what I
9 would call the line, which is on a shift, to
10 what's called the Hazardous Materials Rescue
11 Bureau, which, on this organizational chart, is
12 listed as "Special Operations."
13　　Q.　All right. So I missed that step.
14 I appreciate your clarifying.
15　　　　So how did your responsibilities
16 change when you moved to that bureau in 1996?
17　　A.　Well, the difference is versus
18 working the line on an actual fire truck. I
19 moved into an office and I worked five
20 eight-hour days, and my responsibilities were
21 as the hazardous materials inspector.
22　　　　I went out and inspected facilities
23 with hazardous materials and worked with the
24 County's special operations division, and -- so
25 basically it was an office job.

Page 37

1　　Q.　Was your job title at that point
2 still firefighter medic?
3　　A.　It is -- I was a firefighter medic,
4 but I was also the inspector.
5　　Q.　Understood.
6　　A.　The hazmat inspector.
7　　Q.　To -- to take on that role in 1996,
8 were you required to take any type of exam or
9 apply for the job?
10　　A.　I had to apply for the job, but I
11 wasn't required to take an exam. It's a
12 lateral move, not a promotion.
13　　Q.　Understood. So just to make sure I
14 understand, after -- after you made that switch
15 in 1996, you weren't on the line, as you put
16 it?
17　　A.　Correct.
18　　Q.　You weren't responding to
19 emergencies?
20　　A.　That's correct.
21　　Q.　So in 2000, when you were promoted
22 to lieutenant, were you still working in this
23 hazardous materials bureau?
24　　A.　That is correct.
25　　Q.　And I believe you said that would

10 (Pages 34 - 37)

Page 38

1 be under the special operations branch on
2 org --
3     A.   That is correct.
4     Q.   -- Defendants' Exhibit 1?  Good.
5         At that point, were you in charge
6 of the hazardous materials bureau?
7     A.   I was the assistant bureau manager.
8     Q.   Okay.  What was your next
9 promotion?
10     A.   Next promotion was in 2004 to
11 captain.
12     Q.   When -- when you received that
13 promotion in 2004, were you still working at
14 the hazardous materials bureau?
15     A.   I was, and yet I would fill out on
16 the line to the operations subdivision whenever
17 needed.  So you work, again, an office most of
18 the time, but you would have to fill in on
19 occasion out to the line.  Whenever needed.
20     Q.   What was the process for applying
21 for captain?
22     A.   Again, it was a written test as
23 well as an assessment center.
24     Q.   What was your next promotion after
25 captain?

Page 39

1     A.   After captain, I was promoted to
2 district chief in 2014, '15.  In around that
3 time.
4     Q.   Okay.  You were captain for
5 approximately ten years?
6     A.   Approximately.
7     Q.   During the 10-year tenure,
8 approximate 10 years when you were a captain,
9 were you in the hazardous materials bureau the
10 entire time?
11     A.   No.
12     Q.   And when did you switch bureaus?
13     A.   That gets complicated.  It was
14 whenever was needed.  There was times when I
15 spent a six-month time period out on the line
16 as a battalion captain, and I did that a number
17 of times.
18         There was times when I was the
19 special operations assistant bureau manager,
20 and then later I was the acting bureau manager,
21 then I was the official bureau manager.
22         Later -- and we -- you know, at, I
23 want to say approximately 2013, I was
24 transferred from special operations into the
25 fire inspection bureau, and there I was the

Page 40

1 bureau manager.
2         I was a captain for about a year,
3 and then as a district chief.
4     Q.   Excellent.  So it sounds like at
5 some points when you were a lieutenant -- I'm
6 sorry -- a captain, you were back on the line?
7     A.   Correct.
8     Q.   But otherwise moved around --
9     A.   Yes.
10     Q.   -- from various bureaus to bureaus?
11     A.   Wherever needed.
12     Q.   As needed.  Understood.
13         Okay.  So approximately 2013, you
14 had moved over to the fire inspection bureau?
15     A.   That is correct.
16     Q.   And --
17     A.   It's called bureau of fire
18 prevention, still under special operations
19 subdivision.
20     Q.   You read my mind.
21         So after approximately a year, if I
22 have my timeline right, at the bureau of fire
23 prevention, you were promoted to captain -- or
24 district chief?
25     A.   Correct.

Page 41

1     Q.   The promotion to district chief,
2 did it involve the same type of application
3 process?
4     A.   That's complicated.  The
5 application process, you had to apply,
6 obviously, but you -- the process of actual
7 promotion was a little different.
8     Q.   How so?
9     A.   We were in the middle of a lawsuit
10 from -- I don't know if you've heard much about
11 this, but for the about previous 10 years, and
12 so there was both a -- a written test and an
13 assessment center, as well as just actually
14 promoting people to district chief on
15 seniority list.  So there was a -- we actually
16 took both tests, did the test, as well as were
17 actually promoted by seniority.  So it got
18 complicated.
19     Q.   We don't -- we don't need to go
20 down the rabbit hole of the lawsuit.
21     A.   Good.  Thank you.  Thank you.
22     Q.   It's not why we're here today.
23     A.   Good.
24     Q.   But am --- am I correct -- I have a
25 vague recollection that one outcome of the

11 (Pages 38 - 41)

Page 42

1  settlement of that lawsuit was that a group of
2  officers were promoted?  Is that --
3      A.    That is correct.
4      Q.    Is that fair?
5      A.    Yes.
6      Q.    Were you part of that group?
7      A.    I was a --
8           MS. LEYIMU:  Object to the form.
9      A.    I was a part of the group that was
10  promoted in 2004.  Not -- not the part -- not
11  the group that was promoted later.  That was
12  the captain's promotion.
13     Q.    Understood.  That lawsuit has been
14  resolved?
15     A.    It has.
16     Q.    All right.  So as a district chief
17  in the bureau of fire prevention, how would you
18  describe your job responsibilities?
19     A.    In charge of basically three areas:
20  inspection, arson, and community relations.
21     Q.    Have the -- have -- have strike it.
22           What do you mean by "community
23  relations"?
24     A.    A combination of both going out and
25  speaking to schools.  I was in charge of the

Page 43

1  group that went out and spoke to schools, to
2  kids, to senior citizens at public events, as
3  well as the -- the person that was responsible
4  for PIO.  So our -- our person that would speak
5  to the media at a large-scale fire.
6      Q.    So, for example, talking to kids
7  about how to prevent fires?
8      A.    That is correct.
9      Q.    And if there was a large-scale fire
10  in which the media was interested, you might
11  represent the -- the Akron Fire Department
12  on -- on camera?
13     A.    Either I would, or I would assign
14  someone to do it.
15     Q.    If there was an arson, would it be
16  your responsibility to talk to the media about
17  that?
18     A.    There are times when I have, yes.
19     Q.    When you were a district chief of
20  that bureau, did you physically do inspections,
21  or was that subordinates?
22     A.    Subordinates.
23     Q.    And they would report to you about
24  the results?
25     A.    Correct.

Page 44

1      Q.    Does the City of Akron charge for
2  fire inspections?
3           MS. LEYIMU:  Object to the form.
4      A.    No.
5      Q.    Purely for my edification, are --
6  are fire inspections scheduled, or are they ad
7  hoc to catch people off?
8      A.    They're -- well, there are both.
9  There are some that are scheduled and some that
10  are ad hoc.
11     Q.    What was your next promotion from
12  district chief?
13     A.    From district chief, I was promoted
14  to fire chief in December of 2016.
15     Q.    December 1, 2016?
16     A.    That's correct.
17     Q.    So you were district chief for only
18  a year or so, is that --
19     A.    Correct, yes.
20     Q.    At the time that you were promoted
21  to chief, were you still working in the bureau
22  of fire prevention?
23     A.    Yes.
24     Q.    Has -- I assume, as chief now,
25  you're no longer assigned to that bureau.

Page 45

1  You're -- you have oversight over the whole
2  department?
3      A.    That's correct.
4      Q.    Okay.  The process of applying for
5  chief, can you describe that at a high level?
6      A.    Yes.  It's a process where you had
7  an interview with the mayor and people of his
8  cabinet.  And there was an initial interview,
9  and then the -- the people that were -- then
10  that list -- the list was pared down to the top
11  three, and then there was a second interview.
12     Q.    No written or assessment exam --
13     A.    No.
14     Q.    -- for this job?
15     A.    No.
16     Q.    This is purely interview?
17     A.    Yeah, that is correct.
18     Q.    Is the position of chief an
19  appointed position?
20     A.    It is.
21     Q.    Is the mayor's -- it's the mayor's
22  appointment?
23     A.    That is correct.
24     Q.    Is the mayor's choice subject to
25  any type of approval or oversight?

12 (Pages 42 - 45)

Page 46

1    A.   No.
2    Q.   Do you know how -- approximately
3  how many other candidates were applying for the
4  job?
5    A.   I think, total, there were 10 of
6  us.
7    Q.   Were they all in -- from AFD or
8  outside --
9    A.   Yes, all from AFD.  From within.
10    Q.   Is there any hard feelings within
11  the department about your promotion?
12        MS. LEYIMU:  Object to the form.
13    A.   You'd have to ask the other people
14  that applied with me.
15    Q.   You don't hold any hard feelings --
16    A.   Of course not.
17    Q.   -- with your other candidates?
18    A.   No.
19    Q.   You said it was -- was two
20  interviews?
21    A.   That's correct.
22    Q.   Do you have any expectations about
23  how long you'll serve as chief?
24    A.   I would anticipate at least another
25  couple of years.

Page 47

1    Q.   Do you serve at the mayor's
2  pleasure, or is it subject to a contract term
3  length?
4        MS. LEYIMU:  Object to the form.
5    A.   It is at the mayor's pleasure.
6    Q.   All right, Chief.  So if I have my
7  story straight, and I may not, am I correct
8  that throughout your career at AFD, you have
9  always been in a position within the operations
10  subdivision prior to your promotion to chief?
11    A.   Yes and no.  It's more complicated.
12    Q.   I know you described earlier there
13  was a period when you moved around from
14  different roles.
15    A.   Well, okay.  Being assigned in the
16  operations subdivision, you still have to serve
17  as a paramedic, which is actually under the
18  bureau of EMS, which actually goes through the
19  administrative services -- administration,
20  special services subdivision.
21        There was a time when special --
22  excuse me -- special operations was also under
23  the administration and special services
24  subdivision.  Things have changed around over
25  the years, over the past 20 years, so it's not

Page 48

1  always just cut and dry as you listed.
2    Q.   Understood.  Understood.
3        All right.  Today, I believe you
4  said earlier, this remains an accurate
5  reflection of the structure of AFD.  The
6  personnel may have changed, but the
7  structure is --
8    A.   Pretty much, yes.
9    Q.   -- is accurate?
10        You report to the deputy mayor for
11  public safety; is that correct?
12    A.   That's correct.
13    Q.   And that remains Deputy Mayor
14  Brown?
15    A.   That's -- yes, correct.
16    Q.   And then you have -- well, this is
17  not a fair question, but there's -- I see at
18  least four direct reports under you?  The
19  chief -- or the heads of each of the different
20  branches identified here in --
21    A.   Yes.
22    Q.   -- Defendants' Exhibit 1?
23    A.   At least.
24    Q.   At least.
25        How often do you interact with

Page 49

1  Deputy Mayor Brown?
2    A.   Probably three to four times a
3  week.
4    Q.   About what types of subjects?
5    A.   Everything under the sun if it has
6  to do with public safety.
7    Q.   Do you have any regularly scheduled
8  meetings?
9    A.   With Deputy Mayor Brown, no.  But
10  he regularly attends some of the meetings that
11  I hold with my staff.
12    Q.   How often do you hold staff
13  meetings?
14    A.   Weekly.
15    Q.   And so Deputy Mayor Brown might
16  drop in on those meetings occasionally?
17    A.   Yes.
18    Q.   Are there any written reports that
19  you put together on a regular basis for Deputy
20  Mayor Brown?
21    A.   No.  When it's requested.
22    Q.   So when the deputy mayor asks you
23  for certain statistics or whatnot, or reports,
24  you may put it together for him?
25    A.   That's correct.

13 (Pages 46 - 49)

Page 50

1    Q.    But there's no standing report that
2 you generate?
3    A.    There is a -- like a dashboard we
4 have tried to prev- -- to present on a monthly
5 basis, but that's about it.
6    Q.    Is the dashboard you're referencing
7 intended for the deputy mayor, or is it kind of
8 a --
9    A.    For the deputy mayor, yes.
10 Information he's requested.
11    Q.    And it sounds as if it wasn't
12 necessarily every month --
13    A.    No.
14    Q.    -- but to the extent that there was
15 one generated, would it come from you to
16 the deputy mayor?
17    A.    No.  My subordinates would produce
18 it and submit it.
19    Q.    You might be cc'd on the --
20    A.    That is correct.
21    Q.    -- dashboard.  Got it.
22          How about the mayor?  Do you
23 interact with him much?
24    A.    A couple of times a month,
25 probably.

Page 51

1    Q.    And about what subjects?
2    A.    Everything to do with public
3 safety.  Anything to do with public safety.
4    Q.    Who is the mayor now?
5    A.    Dan Horrigan.
6    Q.    Do you have any regularly scheduled
7 meetings with Mayor Horrigan?
8    A.    We go to breakfast about once a
9 month.
10    Q.    Does Mayor Horrigan ever drop in on
11 the weekly meetings you have with staff?
12    A.    Very rarely.
13    Q.    Do you generate any regular reports
14 for the mayor?
15    A.    No.
16    Q.    No dashboards or things of that
17 nature?
18    A.    No.
19    Q.    Chief, are you familiar with the
20 term "opioid"?
21    A.    I am.
22    Q.    And what do you understand that to
23 mean?
24    A.    It is a list of substances that
25 come from the poppy plant.  It includes things

Page 52

1 like Vicodin, heroin.  There's a large list of
2 them.  Fentanyl.
3    Q.    All right.  We'll -- we'll talk
4 later about opioids, as you won't be surprised
5 to hear.  But based on what -- I think we have
6 the same understanding what the word means.
7          Do you -- do you recall having any
8 meetings with the deputy mayor about
9 opioid-related topics?
10    A.    I'm sure over the course of the
11 last few years, we've had many discussions, but
12 I couldn't bring any to -- I couldn't give you
13 specifics on any of them, really.
14    Q.    Have there been any -- any ad hoc
15 or regularly scheduled meetings that, to your
16 recollection, are specifically about opioids?
17          MS. LEYIMU:  Object to the form of
18 the question.
19    A.    Can you rephrase, please?
20    Q.    Yes.  I should rephrase.
21          Do you recall attending any
22 meetings with the deputy mayor that were
23 related exclusively to the subject of opioids?
24          MS. LEYIMU:  I'll object to the
25 form.

Page 53

1    A.    I'm sure we've had a few.
2    Q.    Anything specific come to mind?
3    A.    Just basically the -- you know, how
4 its affecting the Akron Fire Department was the
5 topic of conversation.
6    Q.    So to make sure I understand, you
7 recall at least one meeting with the deputy
8 mayor where the topic was how opiates are
9 affecting the Akron Fire Department?
10    A.    Correct.
11    Q.    Do you recall approximately when
12 that meeting was?
13    A.    I couldn't be exact.
14    Q.    Was it when you were chief?
15    A.    Yes.
16    Q.    Do you recall what precipitated the
17 meeting?
18    A.    The fact that we have been, over
19 the last few years, struggling to keep our
20 trucks on the road.  We're -- we're running out
21 of units we are so busy.
22    Q.    Do you remember if you asked for
23 the meeting or if the deputy mayor asked for
24 the meeting?
25    A.    I couldn't recall.

14 (Pages 50 - 53)

Page 54

1    Q.    Do you remember how long it took,
2  the meeting was?
3    A.    No.
4    Q.    Okay.  Besides that meeting with
5  the deputy mayor, do you recall any others that
6  were related exclusively to the subject of
7  opioids?
8        MS. LEYIMU:  Object to the form.
9  Asked and answered.
10    A.    I'm sure there were multiple
11  meetings with the same topic.
12    Q.    You don't recall specifics of any
13  of those?
14    A.    No.
15    Q.    How about the mayor?  Do you recall
16  any meetings with the mayor that were
17  exclusively about the subject of opioids?
18    A.    No.
19    Q.    You mentioned the dashboards
20  before.  I think just to close it down, do you
21  generate or have you generated any regular
22  reports for the deputy mayor on the subject of
23  opioids?
24    A.    Regular reports?  No.
25    Q.    Occasional reports?

Page 55

1    A.    There have been times when he has
2  requested current information so that he could
3  go out and speak to the public about it.  And
4  in those instances, I simply asked the person
5  that's in charge of our EMS bureau to get those
6  numbers.
7    Q.    Do any of the individuals that
8  report to you, your direct reports, generate,
9  on a regular basis, any type of reports or
10  records relating to opioids?
11    A.    No.
12    Q.    Fair to assume that you've received
13  occasional reports about opioids from your
14  direct reports?
15        MS. LEYIMU:  Object to the form.
16    A.    Occasional.
17    Q.    Do you recall calling for or
18  attending any meetings with your subordinates
19  that were related exclusively to the subject of
20  opioids?
21    A.    In some of our worst times when we
22  were running out of units multiple times a
23  week, then we've had discussions on opiates.
24    Q.    The -- just want to make sure I
25  understand.  The "multiple times a week" refers

Page 56

1  to running out of units multiple times a week?
2    A.    That is correct.
3    Q.    You didn't have meetings multiple
4  times a week?
5    A.    No.
6    Q.    Do you recall approximately when
7  these worst times were?
8    A.    Things seemed to peak in
9  approximately 2016 in what I would call this
10  opiate crisis.  And at that time, multiple
11  times a week we would run out of units.
12    Q.    This is in 2016?
13    A.    That's correct.
14    Q.    Do you recall approximately when in
15  2016?
16    A.    Many times.
17    Q.    Many times?
18    A.    Many times.
19    Q.    Is there a season or --
20    A.    No.
21        MS. LEYIMU:  Object to the form.
22    Q.    Besides the individuals we've
23  talked about, the deputy mayor and your
24  subordinates, are there any other individuals
25  or entities that you communicate with on the

Page 57

1  topic of opioids?
2        MS. LEYIMU:  Object to the form.
3    A.    I'm sure that there have been
4  discussions with our medical director and
5  probably others.  It's hard to say how many
6  conversations.
7    Q.    Who's the medical director?
8    A.    Dr. Amy Raubenolt.
9    Q.    This is an individual who approves
10  your medical protocols?
11    A.    That is correct.
12    Q.    Chief, I believe you said that
13  the -- I'm sorry.
14        Anyone -- anyone else that you
15  communicate with frequently or regularly about
16  opioids?
17        MS. LEYIMU:  Object to the form.
18  Asked and answered.
19    A.    Not that I can recall.
20    Q.    Chief, you said that the opiate
21  crisis peaked in 2016; is that right?
22    A.    I believe so.
23    Q.    I assume from that that things have
24  trended in a better direction since then?
25        MS. LEYIMU:  Object to the form of

15 (Pages 54 - 57)

Page 58

1 the question.
2     A.    The -- the issue seems to be that
3 it -- it comes and goes.  So there's -- it's
4 almost like a wave.  You know, there are peaks
5 and there are valleys, and then it will peak
6 again, and then there will be a valley again.
7     Q.    Since the peak that you referred to
8 in 2016, has there been any other spikes that
9 would reach that level that you saw in 2016?
10        MS. LEYIMU:  Object to the form.
11     A.    I'm sure there are.
12     Q.    Do you know for certain?
13     A.    I don't have specific data to back
14 it up, no.
15     Q.    Fair to say that the worst is
16 behind the Akron Fire Department in terms of
17 the opiate crisis?
18        MS. LEYIMU:  Object to the form of
19 the question.
20     A.    I really don't know.  I can't
21 really anticipate the future.  I would hope the
22 worst is behind us, but I have no idea.
23     Q.    Again, I think this is implicit in
24 what you told me already, but just to be sure,
25 you're not receiving regular reports about the

Page 59

1 number of opiate-related incidents to which
2 your department is responding?
3        MS. LEYIMU:  Object to the form.
4     Q.    Is that fair?
5     A.    I receive a report on how many were
6 reported in -- in the City of Akron, but we get
7 that from the County.  And all that information
8 has been shared with our attorneys.
9     Q.    Is that a regular report or
10 something else?
11        MS. LEYIMU:  Object to the form.
12     A.    There is what I would call like a
13 daily report that comes out.
14     Q.    Do you know specifically what the
15 daily report tracks?
16     A.    I could not tell you.
17     Q.    Something to do with -- with
18 opiates?
19     A.    That's correct.
20     Q.    You don't know if it's, for
21 example, overdoses versus number of incidents
22 overall?  Can't be sure?
23     A.    I think it has -- it probably has
24 both figures.
25     Q.    This is a report that comes in your

Page 60

1 e-mail?
2     A.    That's correct.
3     Q.    But it's generated by the County?
4     A.    That is correct.
5     Q.    Do other individuals in your
6 department receive that report?
7     A.    Yes.
8     Q.    Deputy Chief Twigg, I assume?
9     A.    Yes.
10     Q.    How about Chief Natko?
11     A.    Yes.
12     Q.    Do you know where the County is
13 obtaining those statistics that it's reporting?
14     A.    I could not tell you.  You'd have
15 to ask those individuals that produce it.
16     Q.    Besides this report generated by
17 the County on a -- did you say daily basis?
18     A.    Correct.
19     Q.    Besides this daily report, any
20 other opiate-related reports that you're
21 receiving?
22     A.    No.
23     Q.    So your department itself isn't in
24 the -- isn't in the process -- or strike that.
25        The Akron Fire Department or

Page 61

1 individuals at Akron Fire Department are not
2 generating reports for you about opiate
3 incidents on a regular basis?
4     A.    I think that's correct.
5     Q.    The spike in 2016 that you referred
6 to, do you recall if that came to your
7 attention when you were still district chief,
8 or was it after you were promoted to chief?
9     A.    For sure when I was still a
10 district chief.
11     Q.    So even though you were in the fire
12 prevention bureau, this type of intelligence
13 about opiates still -- still reached you?
14     A.    Yes.
15     Q.    And how would that have happened?
16     A.    We have -- again, like I said, we
17 have a weekly meeting with all of my department
18 heads, and that was also the case prior to me
19 becoming fire chief, we had a weekly meeting.
20        As well as, from time to time, I
21 would fill in out on the line as a district
22 chief shift commander.  So you're not always in
23 your bureau.  On occasions, you may need to
24 fill in in other areas.
25     Q.    At any point when you've been on

16 (Pages 58 - 61)

Page 62

1 the line, be it when you were a fire medic
2 starting out or after your promotions, have you
3 had occasion to respond to opiate overdoses?
4 A. I have.
5 Q. You've administered Narcan?
6 A. Yes.
7 Q. Any sense at all of approximately
8 how many incidents you've responded to?
9 A. No.
10 Q. Difficult to know?
11 A. Yeah. There are days when I've had
12 four or five runs, and there are days when I've
13 had 22 to 23 runs in a 24-hour period, so it's
14 just -- it's hard. It would be impossible
15 to tell you.
16 Q. Understood. You've had a long
17 career, so I --
18 A. Yes.
19 Q. -- understand completely.
20 Let me try this. Do you have any
21 sense at all of when you first encountered an
22 opiate overdose when you were working at Akron
23 Fire Department?
24 A. I'm sure it was probably even prior
25 to me becoming a paramedic. Because prior to

Page 63

1 the -- getting the certification as a
2 paramedic, we still filled in and rode
3 ambulances. So even prior to me becoming a
4 medic and throughout my career.
5 Q. So in -- even in those -- in that
6 first year or two of joining AFD, you recall
7 having opiate overdoses?
8 A. Correct.
9 Q. Okay. Now I'm stretching my luck,
10 but do you have any memory of the opioid that
11 was causing those overdoses?
12 A. None at all.
13 Q. Yeah, okay.
14 Earlier, I believe you said that
15 when you were in the bureau of fire prevention,
16 you talked to the media occasionally about
17 various topics: arson, public education. Did
18 I miss one?
19 A. Arson, public education, and
20 inspection.
21 Q. Inspections, thank you.
22 Since you've been promoted to
23 chief, do you talk to the media about issues
24 pertaining to the AFD?
25 A. Yes.

Page 64

1 Q. Have you spoken to the media about
2 any opioid-related topics?
3 A. I think I've discussed it at my
4 promotion ceremony even.
5 Q. Do you recall what you said?
6 A. That it was a crisis that we had to
7 address as a community, not as an individual
8 organization.
9 Q. This would have been --
10 A. December of 2016.
11 Q. The date that you were promoted.
12 Did Chief -- I'm sorry -- Mayor
13 Horrigan had a ceremony to promote you?
14 A. Yes.
15 Q. Besides those comments at the
16 promotion ceremony, any other times you recall
17 speaking to the media about opioids?
18 A. No.
19 Q. If someone in the media had a
20 question about opiate incidents in Akron that
21 was directed to the AFD, who at AFD would be
22 the logical person to -- to respond?
23 A. One of our PIOs.
24 Q. Public information officer?
25 A. Correct.

Page 65

1 Q. If you -- if -- if the AFD received
2 a request for comment on an opiate-related
3 topic from the media, is a PIO, for example,
4 required to clear what they would say with you?
5 A. Not always. Sometimes.
6 Q. Are there occasions where they
7 would need to clear what they're saying with
8 the deputy mayor?
9 A. No. PIOs report directly to me.
10 Q. How do -- how many work at AFD?
11 A. We currently have two.
12 Q. Okay. Putting aside the media,
13 have you, to your recollection, made any other
14 public comments about opioids? For example at
15 a conference or any type of presentation like
16 that.
17 A. Not that I can recollect.
18 Q. While working at the Akron Fire
19 Department, Chief, have you received any
20 special commendations or awards?
21 A. Yes.
22 Q. And what are those?
23 A. There are numerous.
24 Q. Fair enough. I won't -- I won't
25 make you recite them.

17 (Pages 62 - 65)

Page 66

1    The flip of that, have you ever
2  been disciplined at AFD?
3    A.  Yes.
4    Q.  And how many times?
5    A.  I couldn't tell you exactly, but
6  it's less than five.
7    Q.  At a high level, and to the best of
8  your recollection, can you give me a basic
9  rundown of the subject matter of those
10  disciplinary affairs?
11    A.  Let's see.  I think auto accident
12  was one, MVA, responding to an incident.
13    There haven't been -- there haven't
14  been very many.
15    Q.  Yeah.  Nothing else --
16    A.  Nothing else comes to mind.
17    Q.  -- no other specifics?
18    A.  No.
19    Q.  Have you ever been suspended by
20  AFD?
21    A.  No.
22    Q.  Are there any -- anyone who works
23  at AFD who has a spotless record?
24    A.  It may be possible, but it's
25  improbable.

Page 67

1    Q.  Understood.
2    All right, Chief.  I asked you if
3  you -- maybe an hour ago -- if you'd been
4  deposed before.  You said no; is that right?
5    A.  Correct.
6    Q.  Have you ever -- strike that.
7    In the lawsuit that we were
8  discussing and that I promised not to go into
9  with you, you didn't give any testimony in that
10  lawsuit?
11    A.  I did give testimony, but it was
12  actually in court.  There was not a deposition.
13  I actually testified in court.
14    Q.  Understood.  So that lawsuit went
15  to -- went to trial?
16    A.  Yes.
17    Q.  You were a witness for the
18  plaintiffs?
19    A.  Actually --
20    MS. LEYIMU:  Object to the form.
21    Go ahead.
22    THE WITNESS:  Excuse me.
23    A.  Actually for the defendant.
24    Q.  For the City?
25    A.  Yes.

Page 68

1    Q.  Okay.  Besides that instance
2  testifying in that case, any other times when
3  you've testified in court?
4    A.  No.
5    Q.  Have you ever testified in what
6  I'll term an administrative proceeding?
7    A.  Yes.
8    Q.  And what -- what was that?
9    A.  There have been times when the
10  union would file a grievance, and as a part of
11  administration, I would have to testify as to
12  not just my responsibility, but what the
13  current -- the current order of business was,
14  how do we operate.  I had to do that a number
15  of times.
16    Q.  Besides those grievances, any other
17  administrative proceedings where you've offered
18  testimony?
19    A.  No.
20    Q.  Have you ever testified in front of
21  an elected body, a legislature or that type of
22  thing?
23    A.  No.
24    Q.  Any commissions?
25    A.  No.

Page 69

1    Q.  Have you ever been involved in a
2  criminal matter?
3    A.  No.
4    Q.  Never been --
5    A.  Well, let me clarify.  As a
6  paramedic, there have been some criminal cases
7  where I was testifying for the -- for the
8  prosecution.
9    Q.  So you might have been a witness to
10  something?
11    A.  Yes.  Been a couple of rape cases
12  where I was the paramedic on scene and we had
13  to testify as to, you know, what we found,
14  what -- what occurred, our -- our interaction
15  with the -- the victim in that case.
16    Q.  And this would be testimony you
17  offered at trial?
18    A.  That is correct.
19    Q.  Okay.  So have you ever been
20  convicted of a crime?
21    A.  No.
22    Q.  Ever been charged with a crime?
23    A.  No.
24    MR. LANNIN:  You okay, Chief?  We
25  can go a few more minutes?  Or you want to take

18 (Pages 66 - 69)

1 five minutes?
2        THE WITNESS:  Actually, let's take
3 a little break.
4        MR. LANNIN:  Sure.
5        THE WITNESS:  Thank you.
6        THE VIDEOGRAPHER:  Off the record,
7 10:04.
8        (A recess was taken.)
9            - - - - -
10        (Thereupon, Deposition Exhibit 2,
11        Notice of Videotaped Deposition of
12        Clarence Tucker, was marked for
13        purposes of identification.)
14            - - - - -
15        THE VIDEOGRAPHER:  We're back on
16 the record, 10:20.
17 BY MR. LANNIN:
18    Q.   Chief, the court reporter has just
19 handed you a document that's been marked as
20 Defendants' Exhibit 2.
21        Do you recognize this document?
22    A.   Yes.
23    Q.   What is it?
24    A.   Notice of Deposition.
25    Q.   Have you seen it before?

1    A.   Yes.
2    Q.   Do you understand what it means?
3    A.   Yes.
4    Q.   This is simply the document that
5 calls you to this deposition?
6    A.   Correct.
7    Q.   You can put that aside.  I have no
8 questions about it.
9        What did you do to prepare for
10 today's deposition?
11    A.   I had a few meetings with the
12 attorneys here.
13    Q.   How many specifically?
14    A.   I believe around three.
15    Q.   Those were meetings with your
16 attorneys in each case?
17    A.   That is correct.
18    Q.   In any of those meetings was there
19 anyone else present?
20    A.   Other than attorneys?  No.
21    Q.   Do you recall approximately when
22 you had that first meeting?
23    A.   I believe around October, maybe.
24    Q.   How about the second one?
25    A.   Maybe a month later.

1    Q.   Forgive me.  That first meeting in
2 October, any recollection of how long the
3 meeting lasted?
4    A.   A couple hours.
5    Q.   How about that second meeting?
6    A.   The same thing.
7    Q.   And when was the third?
8    A.   Yesterday.
9    Q.   How long was that?
10    A.   A couple hours.
11    Q.   Three meetings, a couple hours
12 each, in each case just attorneys and -- and
13 yourself present?
14    A.   Correct.
15    Q.   Any -- no additional meetings to
16 prepare?
17    A.   No.
18    Q.   In those meetings with your
19 lawyers, did you review any documents?
20    A.   Yes.
21    Q.   In each meeting or in only certain
22 of them?
23    A.   I'm sure in each.
24    Q.   Did any of those documents refresh
25 your recollection about the subject matter of

1 your testimony today?
2        MS. LEYIMU:  Object to the form.
3    A.   I can't recall.
4    Q.   You can't recall if --
5    A.   I can't recall specific information
6 about it.  I know what was -- of course it was
7 due -- it was about this procedure, but I
8 couldn't give you specifics.
9    Q.   Did -- let me try it a different
10 way.
11        Any recollection of any of the
12 documents you looked at that you -- that was
13 about something that you hadn't thought about
14 in a while and that it refreshed you on that
15 subject?
16        MS. LEYIMU:  Object to the form of
17 the question.
18    A.   I think it was just general
19 information about this litigation.
20    Q.   Have you spoken to anyone besides
21 your attorneys about this deposition today?
22    A.   No.
23    Q.   Did you let your subordinates know,
24 for example, that you would be at this
25 deposition today?

19 (Pages 70 - 73)

Page 74

1    A.   Yes.
2    Q.   Did you discuss the subject of your
3 testimony or likely testimony with them?
4    A.   No.  Simply the amount of time that
5 was expected to be here.
6    Q.   What was your estimate?  Curious.
7 All day?
8    A.   All day.
9    Q.   I'm doing my best here.
10       All right.  Besides the
11 subordinates that you told that you would be
12 out all day, anybody else that you spoke to
13 about this deposition, besides your lawyers?
14    A.   My subordinates, as well as my --
15 my boss.  Deputy Mayor Brown knows I'm here as
16 well.
17    Q.   And the same -- same idea --
18    A.   Yes.
19    Q.   -- just that you'd be here?
20       Discuss the subject matter of your
21 testimony?
22    A.   No.
23    Q.   How about your wife?
24    A.   She knows where I'm at.
25    Q.   Did you discuss the subject matter

Page 75

1 of your testimony with her?
2    A.   I told her not to expect me before
3 6:00.
4    Q.   Doing my best.
5       Were you aware that Chief Natko had
6 been deposed in this case?
7    A.   Yes.
8    Q.   Did you discuss his deposition
9 with -- with Chief Natko?
10    A.   Not the specifics.
11    Q.   What did you discuss with him?
12    A.   That basically, again, the time.
13 The amount of time it would take for this
14 process.
15    Q.   Did he tell you how it went?
16       MS. LEYIMU:  Object to the form of
17 the question.
18    A.   He said it was long.
19    Q.   Did he -- did he tell you the types
20 of questions that we asked?
21       MS. LEYIMU:  Object to the form of
22 the question.
23    A.   No.
24    Q.   Anything besides that it was a long
25 day?

Page 76

1    A.   That was the major topic.
2    Q.   Were you aware that Chief Twigg had
3 been deposed in this case?
4    A.   Yes.
5    Q.   Did you discuss his deposition with
6 him?
7    A.   I did.
8    Q.   What did you talk about?
9    A.   Basically that he would not be an
10 all day.
11    Q.   Have you spoken with Chief Twigg
12 about his deposition since Chief Twigg was
13 deposed?
14    A.   Yes.
15    Q.   And what was the subject matter of
16 that discussion?
17    A.   Actually, I called him to inform
18 him about a firefighter that was actually in
19 the hospital.  And I assumed he was already at
20 home, and he said, "No, I'm just leaving."  So
21 he -- he was still here.  It was around 6:30, I
22 believe.
23    Q.   On the day that he had been
24 deposed?
25    A.   Correct.

Page 77

1    Q.   Did he tell you the types of
2 questions that we asked?
3    A.   No.
4    Q.   Did he tell you how it went?
5       MS. LEYIMU:  Object to the form.
6    A.   Other than -- he said it was a long
7 day.
8    Q.   Same --
9    A.   A lot of questions.
10    Q.   Same basic message?
11    A.   Basically, yes.
12    Q.   Have you spoken to anyone else that
13 to your knowledge has been deposed in this
14 case?
15    A.   No.  I'm not aware of who has been
16 deposed.
17    Q.   Besides Chief Twigg and Natko?
18    A.   And Deputy Mayor Brown.
19    Q.   And do you recall approximately
20 when you first learned that you were going to
21 be deposed in this case?
22    A.   Approximately October of last year.
23    Q.   In preparing for this deposition,
24 Chief, did you do any research on your own?
25    A.   A little.

20 (Pages 74 - 77)

Page 78

1    Q.    About what?
2    A.    Just the opiate crisis in general.
3    Q.    And how did you perform that
4  research?
5    A.    Computer, Internet.
6    Q.    Internet searching?
7    A.    Yes.
8    Q.    Like on Google?
9    A.    Yes.  Something to that effect.  I
10  don't think it was actually Google, but, yes.
11    Q.    What -- what prompted you to do
12  that research?
13    A.    Well, if you're going to be
14  involved in something, you need to make sure
15  you have your information as current as
16  possible.
17    Q.    Do you recall the specific types of
18  information you were looking for when you went
19  on the Internet?
20    A.    Yes.  I actually was looking to see
21  what all is considered an opiate.
22    Q.    In other words, what types of drugs
23  would be considered an opiate?
24    A.    Correct.
25    Q.    Anything else that you recall

Page 79

1  looking for on the Internet?
2    A.    No.
3    Q.    Before you did that research, had
4  you been familiar with the types of drugs that
5  were classified as opiates?
6    A.    Yes.
7    Q.    So it was a refresher?
8    A.    Yes.
9    Q.    Did anyone ask you to perform that
10  research, or was that on your own initiative?
11    A.    On my own initiative.
12    Q.    Besides that subject -- strike it.
13  Already asked.
14          Okay.  So besides the Internet
15  searching on different types of opiates, any
16  other type of research that you did in
17  preparation for this -- for this deposition,
18  whether on the Internet or not?
19    A.    No.
20    Q.    You didn't go to the library, for
21  example?
22    A.    No.
23          Does anyone still do that?
24    Q.    That's a different deposition, I
25  think.

Page 80

1          The Internet research that you did
2  perform, was that at home or in your office?
3    A.    In my office.
4    Q.    Do you recall approximately how
5  long you spent on that project?
6    A.    Five minutes.
7    Q.    Chief, what do you understand this
8  litigation to be about?
9    A.    I understand this litigation to be
10  about the opiate crisis that has really
11  crippled not just my organization but many
12  organizations' ability to get out and help the
13  public.
14          For the Akron Fire Department
15  specifically, not only have we been running out
16  of units and trying to keep more units on -- on
17  the street, but our units have been needing to
18  be serviced sooner just because of the -- the
19  high mileage that our units are -- are
20  encountering.
21          It's about, basically, people
22  dying.  And people are dying.  People are dying
23  and -- and it's in astounding numbers.  And
24  don't get me wrong; people die all the time.
25  But not in this kind of numbers.  It appeared

Page 81

1  to peak, like I said, in 2016.
2    Q.    And by it appearing to peak, you're
3  referring to what you've called an opioid
4  crisis?
5    A.    Correct.
6    Q.    Okay.  So in the beginning of your
7  answer, Chief, you referred to your
8  organization being crippled and also other
9  organizations.  Do you have a sense of what
10  those other organizations are?
11    A.    Other fire departments, health
12  departments, and I'm sure other organizations
13  as well.  Police departments.
14    Q.    So it's your view that the Akron
15  Fire Department -- strike that.
16          It's your view that the opiate
17  crisis has crippled the ability of the Akron
18  Fire Department to respond to emergencies in
19  the city?
20    A.    Yes.
21    Q.    Is the Akron Fire Department
22  crippled today?
23    A.    When you say -- when I say
24  "crippled," I mean, we are -- we run out of
25  units.  When they're at the high tide that I

21 (Pages 78 - 81)

Page 82

1 had described before occurs, we run out of
2 units, and as many as three to four times a
3 week where we have one unit left in the city or
4 no units left in the city able to respond, and
5 that's a -- a -- a huge issue for us.
6    Q.   Do you recall the last time that
7 the AFD experienced what you've referred to as
8 a high tide of this nature?
9    A.   I couldn't be specific.
10    Q.   Was it this year?  Understanding --
11    A.   Well, this is 2019.
12    Q.   -- we're only -- understanding
13 we're only a few weeks in.  Has there been a
14 high tide in 2019?
15    A.   I'm not sure.
16    Q.   How about last year?  Do you
17 remember any -- any what you called a high
18 tide?
19    A.   I'm sure we had, but I couldn't be
20 specific as to when.
21    Q.   Chief, what do you understand the
22 City and the Plaintiffs in this case to be
23 seeking?
24    A.   Change.  They're seeking change.
25 They're seeking, I think, a monetary value for

Page 83

1 the -- the cost that this crisis has -- has put
2 as a burden on the City and the County.
3    Q.   What type of changes are the
4 Plaintiffs seeking?
5    A.   More control over these supposedly
6 controlled substances.
7    Q.   And what would that look like in
8 practice?
9        MS. LEYIMU:  Object to the form of
10 the question.
11    A.   I couldn't tell you.  I couldn't
12 tell you what that would look like.
13    Q.   Any other changes that you believe
14 the City or the Plaintiffs in this case to be
15 seeking?
16        MS. LEYIMU:  Object to the form.
17    A.   Besides change and monetary?  I
18 don't know.
19    Q.   Chief, earlier you mentioned that
20 AFD has been running out of units and that they
21 need to be serviced sooner.
22    A.   Correct.
23    Q.   Are there other ways in which what
24 you've called an opiate crisis has affected the
25 Akron Fire Department?

Page 84

1    A.   We've had to change how we do
2 business a little bit.  The Quick Response Team
3 is something that we decided to implement in
4 response to this issue, where we would send a
5 paramedic, a police officer, and someone from
6 the health organization out to -- like a
7 counselor out to speak with individuals that
8 have had these overdoses and try to talk them
9 into going into counseling.  So we've added
10 that additional unit.
11        And I'm sorry.  Rephrase your
12 question, please.  Repeat the question.
13    Q.   So earlier you had mentioned
14 running out of units --
15    A.   Yes.
16    Q.   -- and the cost of servicing
17 vehicles.
18    A.   Yes.
19    Q.   And you just discussed what -- the
20 Quick Response Team.
21        My question was, are there other
22 ways in which what you've termed to be an
23 opiate crisis has --
24    A.   Yes.
25    Q.   -- affected the Akron Fire

Page 85

1 Department?
2    A.   And I'm sure there are other ways,
3 but those are the major ways.
4    Q.   Forgive me if I asked, but does the
5 Akron Fire Department currently have sufficient
6 personnel to respond to the city's needs?
7        MS. LEYIMU:  Object to the form.
8    A.   That's an interesting question.  We
9 currently are responding to nearly 50,000 calls
10 a year.  And depending on the type of an
11 emergency, we may need fewer or more units to
12 respond to each individual situation.  So no
13 individual -- no -- no two emergencies are the
14 same.
15        Some EMS calls are going to require
16 more than one unit, and obviously fire calls
17 require multiple units to respond.  It just
18 depends on the type of an emergency.
19    Q.   If the mayor asked you today,
20 Chief, if the -- if the fire department
21 staffing level was endangering citizens in the
22 city, how would you respond?
23        MS. LEYIMU:  Object to the form of
24 the question.
25    A.   Is the staffing levels endangering

22 (Pages 82 - 85)

1  our citizens?  Is that your question?
2      Q.   Correct.
3      A.   I think it's -- it's -- it's more
4  complicated than that, to be perfectly honest.
5  Depending on what type of emergencies that may
6  occur, say, today, you know, a certain number
7  may be just fine because we don't have any
8  instant -- incidents that require us to go over
9  and beyond the number of staffing we have at
10  work today.
11      Other incidents, a five-alarm fire
12  for an example, would require a large majority
13  of our resources that are at work today, as you
14  can hear in the background.
15      And other -- you know, while that
16  type of emergency may be happening, other
17  things are happening.  You're still going to
18  have heart attacks, strokes, car accidents.
19  You're going to have the full gamut of other
20  things happening.
21      Frequently we'll have more than one
22  fire or other types of emergencies all at the
23  same time.  It's -- it's not uncommon for us to
24  have half of our units out at any given time.
25      Q.   So I understand that there may be

1  occasions or days where there's a confluence of
2  events that stretch resources.
3      A.   Sure.
4      Q.   But let's talk about 2018, for
5  example.  If we're looking at 2018 in general,
6  when you -- when you've been chief, is it your
7  judgment that in the aggregate for that year,
8  the fire department had sufficient resources to
9  address the city's needs?
10      MS. LEYIMU:  Object to the form of
11  the question.
12      A.   I don't think it's a fair question
13  because I think that, again, what's good enough
14  to get us through today may not get us through
15  what happens tomorrow.  So it's -- it's more
16  complicated.
17      Q.   Would you agree that in general the
18  resources you've had have been good enough to
19  get you through the days?
20      MS. LEYIMU:  Objection to form.
21      A.   There are times when our manpower
22  has been sufficient, and there are times when,
23  again, we run out of units, we're looking to
24  bring in people on overtime, and we're trying
25  to struggle to get units back in service so

1  that we can go out on emergencies --
2  emergencies as they occur.  So you do the best
3  you can with what you've -- you have.
4      Q.   Are you familiar with any instances
5  where -- strike the question.
6      Have there been any instances in
7  which the Akron Fire Department has been unable
8  to respond to an emergency because of a lack of
9  available units?
10      A.   Yes.
11      Q.   About how many times has that
12  happened?
13      A.   I couldn't tell you.  But we do
14  have mutual aid agreements so that we can call
15  in surrounding communities to come in and help
16  us when they exceed our ability to respond.
17      Q.   How frequently does Akron invoke
18  that mutual aid?
19      A.   I really can't say how frequently.
20  Just whenever needed.
21      Q.   So the question I asked, if there
22  were instances when the AFD had been unable to
23  respond to -- to emergencies --
24      A.   Yes.
25      Q.   -- and I asked you how many times,

1  you said, "I couldn't tell you."  Why -- why is
2  that?
3      A.   Because at any given time on any
4  given day we may exceed our capacity to respond
5  to any emergency, at any given time.
6      You just heard sirens in the
7  background just now, so there is at least an
8  ambulance or two out there responding to an
9  emergency as we speak.  And I'm not sure if it
10  was an ambulance or a fire truck.  I couldn't
11  tell you.  But that takes away from your
12  ability to have those units available until
13  that emergency is over.  Imagine that happening
14  all across the city at the same time to where
15  there's 13 or 14 incidents.
16      It happens.  And it only gets to
17  something where it's reported to me is if it's
18  happening more frequently.  So I have people in
19  place to deal with that type of an issue, and
20  if it gets overwhelming, then my phone rings.
21      Q.   That would be the operations bureau
22  who --
23      A.   Correct.
24      Q.   -- deals with that type of issue?
25  Okay.

23 (Pages 86 - 89)

Page 90

1        Chief, I want to ask you a series
2 of questions about different company names.
3 I'll read you the list of different names, and
4 for each I would just appreciate you telling me
5 if you've heard of that company, and if you
6 have, I'll ask you a few -- just a few short
7 follow-up questions about each.
8     A.    Okay.
9     Q.    The first is a company called
10 Discount Drug Mart.  Have you heard of that?
11     A.    I have.
12     Q.    And what do you know about Discount
13 Drug Mart?
14     A.    Absolutely nothing.
15     Q.    You've heard the name?
16     A.    Yes.
17     Q.    But that's the extent of your
18 knowledge about it?
19     A.    Yes.
20     Q.    How about Cardinal Health?
21     A.    No.
22     Q.    AmerisourceBergen Drug Corporation?
23     A.    No.
24     Q.    H.D. Smith?
25     A.    No.

Page 91

1     Q.    ANDA, A-N-D-A?
2     A.    No.
3     Q.    Purdue, P-u-r-d-u-e?
4     A.    No.  I assume you are referring to
5 the drug company?
6     Q.    Correct, not --
7     A.    No.
8     Q.    -- the chicken company.  We've,
9 believe it or not, encountered that in other
10 depositions.
11        Actavis?
12     A.    I've heard of the name.  That's it.
13     Q.    You don't know anything more about
14 it?
15     A.    No.
16     Q.    How about Cephalon?
17     A.    No.
18     Q.    Walgreens?
19     A.    Yes.
20     Q.    And what do you know about
21 Walgreens?
22     A.    That they are a pharmacy.
23     Q.    Have you ever had occasion to speak
24 to anyone at Walgreens about an opioid-related
25 topic?

Page 92

1     A.    No.
2     Q.    To your knowledge, has anyone at
3 AFD spoken to anyone at Walgreens about an
4 opioid-related topic?
5     A.    Not that I'm aware.
6     Q.    How about a company called Janssen?
7 J-A --
8     A.    Spell that, please.
9     Q.    J-a-n-s-s-e-n.
10     A.    No.
11     Q.    Endo?
12     A.    No.
13     Q.    Company called Insys, I-n-s-y-s,
14 Therapeutics?
15     A.    No.
16     Q.    Mallinckrodt?
17     A.    No.
18     Q.    Prescription Supply, Inc.?
19     A.    No.
20     Q.    McKesson?
21     A.    I've heard of them.
22     Q.    What have you heard about McKesson?
23     A.    I think it was like a -- I think
24 they also provide some type of, like, medical
25 assistance.  But I don't know anything about

Page 93

1 the drug company, no.
2     Q.    You've never had occasion to speak
3 to anyone at McKesson about opioids?
4     A.    No.
5     Q.    CVS?
6     A.    Yes.
7     Q.    What do you know about CVS?
8     A.    It's a pharmacy in the Akron area.
9     Q.    Ever spoken to anyone at CVS about
10 opioids?
11     A.    No.
12     Q.    HBC Service Company?
13     A.    No.
14     Q.    Rite Aid?
15     A.    Only that it's a pharmacy in the
16 Akron area.
17     Q.    Ever spoken to them about opioids?
18     A.    No.
19     Q.    Walmart?
20     A.    Yes.
21     Q.    What do you know about Walmart?
22     A.    Excuse me?
23     Q.    What do you know about Walmart?
24     A.    That they are a discount store.
25     Q.    Ever spoken to anyone at Walmart

24 (Pages 90 - 93)

Page 94

1 about opiates?
2     A.   No.
3     Q.   Chief, to your knowledge, does the
4 fire department have a records retention
5 policy?
6     A.   A records retention policy?  Yes.
7     Q.   Have you seen it?
8     A.   I have.
9     Q.   When did you last look at it?
10     A.   Oh, last year at some point.
11     Q.   What prompted you to look at it?
12     A.   We moved from our previous location
13 to a new location, and before we made the move,
14 we got rid of records that we didn't need to
15 keep, according to our records retention
16 policy.
17     Q.   When was -- when did you make that
18 move?
19     A.   It was June or July-ish.
20     Q.   Of 2018?
21     A.   That's correct.
22     Q.   When you refer to location, is this
23 the headquarters, for example, or --
24     A.   Yes.  We're talking about fire
25 department headquarters.

Page 95

1     Q.   Is that building exclusive to the
2 fire department?
3     A.   No.
4     Q.   Who else uses it?
5     A.   Oh, there are many agencies that
6 were in our previous location, as well as in
7 our new location.
8     Q.   How about the police department?
9     A.   Police department has stayed where
10 they are currently, but they are not in the
11 same building.
12     Q.   So to your knowledge, the police
13 department didn't move last year?
14     A.   Say again.
15     Q.   The police department did not move
16 last year?
17     A.   No.
18     Q.   Why did the fire department move?
19     A.   The building was sold.
20     Q.   Okay.  So when you moved, the
21 department went through the process of
22 reviewing records that could or could not be
23 destroyed in tandem with the move?
24     A.   That is correct.
25     Q.   And some records were identified

Page 96

1 and destroyed?
2     A.   Some records were identified and
3 destroyed.
4     Q.   Consistent with the records
5 retention policy?
6     A.   That is correct.
7     Q.   Do you have any -- do you recall
8 what -- what types of records those were that
9 were destroyed?
10     A.   I couldn't tell you.
11     Q.   Was this something that you
12 supervised, or was it a subordinate?
13     A.   Subordinates, and then the
14 subordinates under them.
15     Q.   Were individual members of the fire
16 department, including yourself, asked to purge
17 records or -- or, you know, destroy old records
18 in connection with the move to the new
19 building?
20     MS. LEYIMU:  Object to the form of
21 the question.
22     A.   Rephrase that, please.
23     Q.   All I mean is that, for example,
24 often -- I'm moving offices next year, and
25 they've already told me to destroy old records

Page 97

1 that they don't want to bother moving to the
2 new office.  So I'm just asking if that
3 happened --
4     A.   Yes.
5     Q.   -- when you moved.
6     And did you, Chief, destroy any
7 documents in connection with that project?
8     A.   No.
9     Q.   So everything you had at the old
10 building moved with you to the new one?
11     A.   No.  I had other people -- I didn't
12 destroy records.  Other people, subordinates,
13 came in.
14     I can tell you this.  We -- before
15 we made the move, we had a discussion with our
16 law department, and we had them go over once
17 again what our record retentions policy is with
18 our employees before records were even
19 considered for being destroyed.
20     Q.   Okay.  So I don't want to know
21 what -- what the individuals from the law
22 department told your employees specifically,
23 but just to clarify, they -- they were -- those
24 lawyers were involved in the process of
25 determining which records to destroy or not?

25 (Pages 94 - 97)

Page 98

1     A.   Yes.
2          MS. LEYIMU:  Object to the form.
3     Q.   All right.  And so I just want to
4  clarify, make sure I understand.
5          Do you, Chief, keep personal
6  hard-copy documents in your office?
7     A.   Yes.
8     Q.   And when you were making the move
9  from the old building to the new building, did
10  you review the hard copy that you held at that
11  time to see if anything could be destroyed
12  before you moved?
13          MS. LEYIMU:  Object to the form.
14     A.   Personally, no.  I have people who
15  do that.
16     Q.   Your subordinates would have done
17  that?
18     A.   Correct.
19     Q.   Did you -- were there ever any
20  instances when you got to the new building and
21  were looking for something that you thought you
22  had and it turns out it had been destroyed?
23          MS. LEYIMU:  Object to the form of
24  the question.
25     A.   No.

Page 99

1     Q.   Chief, do you have an e-mail
2  account for work?
3     A.   Yes.
4     Q.   What is it?
5     A.   It is ctucker@akronohio.gov.
6     Q.   Do you recall when you first
7  received an e-mail account in connection with
8  your job at AFD?
9     A.   It was sometime in the '90s.
10     Q.   Have you had the same e-mail
11  address the whole time?
12     A.   No.  At some point, the City
13  switched over the -- the end portion of what
14  our e-mail account looks like.
15     Q.   The part after the "@" sign?
16     A.   Yes.  There you go.
17     Q.   Do you recall when that switch
18  happened?
19     A.   Honestly, no.
20     Q.   The "ctucker" part of your e-mail
21  has remained the same?
22     A.   Correct.
23     Q.   When that switch happened, do you
24  recall if the old e-mail was migrated to your
25  new account?

Page 100

1     A.   It was.
2     Q.   Do you do a lot of e-mailing?
3     A.   Yes.
4     Q.   Just part of the job?
5     A.   Yes.
6     Q.   Any -- any approximation of how
7  many e-mails you send a day?
8     A.   No.  Some -- it -- it ranges.
9     Q.   More than 10?
10     A.   Yes.
11     Q.   Substantially more than 10?
12     A.   Substantially.
13     Q.   And how about receiving e-mail?  Do
14  you receive quite a bit of e-mail during the
15  day?
16     A.   Between 80 and 100 e-mails a day.
17     Q.   Okay.  And to be clear, I'm talking
18  about actual work-related e-mail, not spam or
19  that type of thing.
20     A.   Well, that's all in -- it's all in
21  there, so --
22     Q.   Yeah.  Okay.
23     A.   -- there's some that is and some
24  that isn't.
25     Q.   So how -- how would you describe

Page 101

1  your normal practice for dealing with e-mail?
2          I know that's a general question.
3  Do you --
4     A.   Right.  What do you mean?
5     Q.   Do you have -- do you have an
6  inbox?
7     A.   Yes.
8     Q.   Do you keep all your e-mail in an
9  inbox, or do you, for example, sort it into
10  folders?
11     A.   Well, actually, the way I use my
12  e-mail is everything comes into the inbox,
13  obviously, but then for things that I need to
14  keep, I put them into separate folders.
15     Q.   For things that you don't look to
16  keep, do you delete them?
17          MS. LEYIMU:  Object to the form.
18     A.   Usually, yes.  Sometimes they get
19  archived.
20     Q.   When you're moving items into these
21  folders you mentioned, are there different --
22  are the folders labeled with different subject
23  matters?
24     A.   Yes.
25     Q.   Do you have a folder for any

26 (Pages 98 - 101)

Page 102

1  opiate-related topics?
2      A.   I don't believe it's labeled as
3  "Opiate."  I believe it's labeled as "chief's
4  folder."
5      Q.   Does that folder contain
6  exclusive -- let me try again.
7           Does that folder contain items that
8  are exclusively related to opioids, or is it a
9  hodgepodge of things?
10     A.   Hodgepodge.
11     Q.   But if you received an e-mail about
12  opiates that you wanted to save, that would be
13  the folder to which you moved it?
14          MS. LEYIMU:  Object to the form of
15  the question.
16     A.   It would be in one of those folders
17  that I would consider to be important to keep,
18  so, yes.
19     Q.   And when you say "one of those
20  folders," are there others in addition to the
21  "chief's folder"?
22     A.   There is a folder that -- actually,
23  there's multiple folders.  There's lots of
24  folders.  So things that seem to fit into
25  specific categories might go into those

Page 103

1  specific folders, so -- but there's a list of
2  them.  And all of them have been made available
3  to our attorneys.
4      Q.   All right.  And how do you know
5  that?  Were you involved in the process of
6  providing it to your attorneys?
7           MS. LEYIMU:  Object to the form of
8  the question.
9      A.   I was not personally involved, but
10  I know it was done.
11     Q.   Your inbox -- understanding you've
12  moved some items to folders and delete others,
13  sitting here today, any -- any guesstimate at
14  all of how many items are in your inbox right
15  now?
16     A.   A lot.
17     Q.   A lot?
18     A.   I couldn't tell you exactly how
19  many.
20     Q.   More than 100?
21     A.   Yes.
22     Q.   More than 1,000?
23     A.   I don't think so.
24     Q.   Do you have any sense of how far
25  back your e-mail goes?  In other words, how

Page 104

1  long an archive you have of older e-mails?
2          MS. LEYIMU:  Object to the form.
3      A.   Really, no, to be perfectly honest.
4  As your inbox would get full -- as my inbox
5  would get full, there's a certain number of
6  items that were not important enough to put
7  over in specific folders that I simply archived
8  in case I needed them later.
9      Q.   And the archive function, you've --
10  you've referred to that a few times.  Is that a
11  manual function that you perform?
12     A.   It's an option in our Outlook that
13  you can actually take -- I would imagine you
14  know even more about this process than I do,
15  I'm suspecting.
16          But you pick a date that you say,
17  okay, starting from here I want these items in
18  the archive.  You pick that date, you make that
19  selection, and they go into that archive.  And
20  they're still available, obviously, if you need
21  them.  They're not deleted, but they're not
22  sitting there in your inbox either.
23     Q.   Does -- does your inbox or your
24  e-mail account have a size limit; do you know?
25     A.   It does.

Page 105

1      Q.   Do you get a warning when you're
2  approaching it?
3      A.   Yes.
4      Q.   And is that a reason to archive
5  e-mails?  Or delete e-mails?
6      A.   It could be.
7      Q.   The e-mail that's coming in during
8  the day that we talked about and you're
9  responding to, is that mostly internal e-mail
10  from -- from the AFD, or is it broader than
11  that?
12     A.   Both.
13     Q.   So e-mail from external --
14     A.   Correct.
15     Q.   -- individuals as well?
16          Do you use your work e-mail for any
17  personal reasons?
18     A.   No.
19     Q.   Do you have any sense at all of --
20  of how much time you spend each day just
21  dealing with e-mail?
22     A.   Too much.  At least an hour.
23     Q.   An hour a day?
24     A.   Yes.
25     Q.   Believe it or not, I would love to

27 (Pages 102 - 105)

Page 106

1 spend just an hour a day on e-mail.
2      Do you have a personal e-mail
3 account, Chief?
4      A.  Yes.
5      Q.  Do you use that for work ever?
6      A.  No.
7      Q.  How about a phone?  Do you have a
8 cellular phone?
9      A.  Yes.
10     Q.  Do you have a device -- how many
11 devices do you have?
12     A.  Two.
13     Q.  Is one personal?
14     A.  Yes.
15     Q.  And the other is for work?
16     A.  Correct.
17     Q.  Does the City pay for your work
18 device?
19     A.  Yes.
20     Q.  What do you do -- what work
21 functions do you perform on your work device?
22     A.  My work phone, it has my e-mail.
23 It has my calendar.  And that's about it when
24 it comes to work functions.
25     Q.  Is the e-mail and calendar on your

Page 107

1 phone, basically a sync of your --
2      A.  It is.
3      Q.  -- desktop?
4      A.  Yes.
5      Q.  Do you text at all for work?
6      A.  Rarely.
7      Q.  What types of things would you text
8 about?
9      A.  Like, to my subordinates because
10 I'm going to be here today.  If I'm going to be
11 coming in an hour or two late because I'm
12 stopping by another area.
13     Say I'm stopping by a fire station
14 instead of reporting directly downtown, then
15 I'll text my subordinates so that they know
16 basically how to find me.
17     Q.  So ministerial kind of
18 whereabout --
19     A.  Yes.
20     Q.  -- texts, that type of thing?
21     A.  Yes.  The only other thing would
22 be -- well, another thing would be we have an
23 individual, like I said, that's in the hospital
24 right now, so I received a text from people
25 telling me the details about this individual

Page 108

1 that's -- that's ill that's in the hospital.
2      Q.  The individual --
3      A.  It's work-related information.
4      Q.  The individual is an AFD employee?
5      A.  Correct.
6      Q.  Do you ever have what I'll call
7 more substantive discussions on texts with your
8 colleagues?
9      A.  Such as?  Give me an example.
10     Q.  A fire happened, cause of a fire --
11     A.  Well --
12     Q.  -- a given emergency incident
13 happened, that type of thing.
14     A.  -- our dispatch center will send me
15 a text message and give me a phone call for
16 anything that is a second-alarm fire or above.
17     Q.  Is that an automatic function, or
18 is that just a standing request?
19     A.  It is standing operating procedure.
20 Standard operation procedure.
21     Q.  On your personal phone, do you ever
22 do any work functions?
23     A.  No.
24     Q.  If a colleague wanted to call you
25 on your cell, they use your work phone?

Page 109

1      A.  Correct.
2      MR. LANNIN:  All right.  This will
3 be Defendants' Exhibit 3.
4      - - - - -
5      (Thereupon, Deposition Exhibit 3,
6      6/3/2017 E-Mail from Richard Vober
7      Re: Overdose Calls, AKRON_000232538,
8      was marked for purposes of
9      identification.)
10     - - - - -
11     Q.  Chief, as with all documents,
12 please take your time and just let me know when
13 you're ready to talk.
14     A.  Yes, okay.
15     Q.  You've seen this before?
16     It appears to be an e-mail from
17 Richard Vober to various individuals, including
18 yourself.
19     Do you see that?
20     A.  Yes.
21     Q.  Any reason to doubt that this is a
22 genuine e-mail?
23     A.  None at all.
24     Q.  Who is Richard Vober?
25     A.  He is one of my deputy chiefs.

28 (Pages 106 - 109)

Page 110

1    Q.    And which bureau is he in charge
2 of?
3    A.    He's in charge of operations.
4    Q.    Okay.  So as you can see on the
5 face of the document, Chief Tucker wants a text
6 notification sent whenever there's an overdose
7 involving a child.
8         Do you see that?
9    A.    Yes.
10    Q.    What -- what prompted that request?
11    A.    Actually a discussion with my --
12 with my boss.  And this specific e-mail talks
13 about an overdose, but we've also talked about
14 the death of a child in a fire.  At any point
15 in time if there is a death of a child, you
16 know, the mayor would like to be notified.
17    Q.    Obviously death of a child could be
18 more of a high-profile incident for the bureau?
19    A.    Yes.
20    Q.    The department?
21    A.    Yes.
22    Q.    Are you familiar with any instances
23 where there was an overdose involving a child?
24    A.    Yes.
25    Q.    And what was that?

Page 111

1    A.    There have been -- there have been
2 multiple.
3    Q.    That answers my question.
4         And these are instances where a
5 child died?
6    A.    Yes.
7    Q.    What -- what's the definition of
8 "child" in this context?
9    A.    Just approximately 12 and under.
10    Q.    There's various individuals on the
11 "to" line.  Who -- who would be responsible for
12 sending a text to you if there had been an
13 overdose involving a child?
14    A.    The first three individuals listed
15 on the "to" line here, at that point in time,
16 were shift commanders.
17         Oh, let's see here.  And then you
18 see Deputy Chief Twigg, myself.
19    Q.    James Willoughby, who's that?
20    A.    He is currently a shift commander
21 as well.
22    Q.    Understood.
23         So the instruction is if anyone
24 learns about an overdose involving a child, to
25 let you know, basically?

Page 112

1    A.    Not just an overdose.  Again, a
2 death.
3    Q.    Any death.
4    A.    Or anything -- a serious injury.
5 It's the type of thing that -- that I want to
6 know and my -- my supervisors want to know.
7    Q.    Are there any other types of
8 scenarios that you have a standing request to
9 be notified right away?
10    A.    There is.  Second-alarm fire or
11 greater.  LVI, which is limited victim
12 incident, so anything more than five victims at
13 once.
14         So there are a number of situations
15 that our dispatch center or our shift commander
16 would be notifying me directly to let me know
17 that there was a -- what I consider to be a
18 large scale of importance of that happening.
19    Q.    And an LVI incident could arise in
20 the context of a fire or a motor vehicle
21 accident?
22    A.    It could be quite a few things,
23 yes.
24    Q.    If you receive -- well, I gather
25 you have received texts pursuant to this

Page 113

1 request?
2    A.    Yes.
3    Q.    Are you in the habit of saving
4 those on your phone?
5    A.    I'm really bad at erasing text
6 messages, so probably most of them are saved.
7    Q.    Would you say that you're using
8 texts with your colleagues -- or exchanging
9 texts with your colleagues on a daily basis or
10 less frequently?
11    A.    Less frequently.
12    Q.    Any sense of how frequently?
13         MS. LEYIMU:  Object to the form.
14    A.    Say again.
15    Q.    Any sense of how frequently you do?
16    A.    No.  Again, it's under those
17 contexts of, you know, if there is something
18 important going on that they need to notify me
19 of, I'll receive a text message, and if it
20 escalates to a level higher than that, then
21 I'll receive a phone call.
22    Q.    Chief, independent of the
23 department's records retention policy that we
24 discussed a few minutes ago, have you received
25 any type of notice or directive to preserve

29 (Pages 110 - 113)

Page 114

1 records in connection with this litigation?
2     A.   Yes.
3     Q.   Do you recall when you received
4 that?
5     A.   No, I don't.
6     Q.   You do recall reviewing it?
7     A.   Yes.  That -- of course no records
8 were be to -- to be destroyed.
9     Q.   And was that directive distributed
10 in -- throughout your department?
11     A.   I think so.
12     Q.   Was the record -- was the directive
13 to preserve records related to this litigation,
14 did you receive it before or after the
15 department moved from the old building to the
16 new building?
17     A.   I believe it was before.
18     Q.   Was that records -- was that
19 directive considered in connection with the
20 move to the new building?
21         MS. LEYIMU:  Object to the form.
22 Asked and answered.
23     A.   No.
24     Q.   So the move -- I'm trying to
25 understand.  When the department was preparing

Page 115

1 to move from the old to the new building --
2     A.   Yes.
3     Q.   -- and there was a records -- there
4 was a process of destroying records --
5     A.   Yes.
6     Q.   -- at that time, was the
7 instructions in the litigation hold that you
8 received considered as part of what was
9 destroyed or not?
10         MS. LEYIMU:  Object to the form.
11 Asked and answered.
12     A.   Actually our records retention
13 policy is -- it's -- it's bigger than just this
14 particular issue.  It's department-wide.  There
15 are many items that we have to retain, so it --
16 it encompasses far more than just the -- this
17 opiate issue.
18     Q.   I understand.  But to your
19 knowledge, no one -- no one looked at the
20 records retention directive that you received
21 for this litigation at that time of the move
22 and said these can go, these can't go, these
23 must be saved?
24     A.   No.
25     Q.   Do you have any concern that items

Page 116

1 may have been destroyed in connection with the
2 move that are, in fact, subject to that
3 litigation hold?
4         MS. LEYIMU:  Object to the form of
5 the question.
6     A.   No.
7     Q.   And that's because, in your view,
8 the department-wide records retention policy
9 encompasses the litigation hold?
10     A.   That is cor- --
11         MS. LEYIMU:  Object to the form.
12     A.   That is correct.
13     Q.   To your knowledge, has anyone ever
14 compared the two to make sure that's the case?
15         MS. LEYIMU:  Object to the form.
16     A.   Please restate your question.
17     Q.   Right.  Have -- let me try it this
18 way.  Have you personally compared the
19 department-wide records retention policy with
20 the litigation hold you received to ensure
21 that, in fact, the litigation hold was covered
22 by the records retention policy?
23     A.   I don't believe I had to because
24 our records retention policy keeps records for
25 years, not -- there's not months.  So it's well

Page 117

1 over a year that our -- that any records need
2 to be kept for -- for any of our divisions.
3     Q.   So I understand you didn't; to your
4 knowledge, did anyone do that exercise of
5 comparing the two?
6         MS. LEYIMU:  Object to the form of
7 the question.
8     A.   You would have to ask our law
9 department.
10     Q.   Earlier you mentioned that you were
11 confident that your e-mail and other materials
12 had been provided to your attorneys for
13 production in this case; is that right?
14     A.   That is correct.
15     Q.   Do you understand that -- that the
16 Defendants in this case had requested a variety
17 of records from the Akron Fire Department on
18 subjects that are relevant to this litigation?
19     A.   Yes.
20     Q.   Are you confident that all of the
21 materials that the Defendants had requested
22 have, in fact, been produced to your lawyers?
23     A.   I am.
24     Q.   There were no categories of records
25 or things like that that you just didn't have

30 (Pages 114 - 117)

Page 118

1 or were concerned weren't produced?
2    A.   No.
3    Q.   Does the Akron Fire Department
4 produce an annual report?
5    A.   We do.
6    Q.   And it is, in fact, on an annual
7 basis?
8    A.   Yes.
9    Q.   When was the last one; do you
10 recall?
11   A.   I believe the last one that was
12 actually completed was 2015.  I believe we're
13 working on 2016 as we speak.
14   Q.   Is it normal to have that kind of
15 lag?
16   A.   Define "normal."
17   Q.   Your -- your point is well taken.
18      Why -- let me try it this way.  I
19 would expect that an annual report, for
20 example, for 2018 would be in process or
21 available right now.  And I believe you said
22 you're working perhaps on 2016 now?
23   A.   That is correct.
24   Q.   Why -- why the lag?
25   A.   Well, the lag -- we have

Page 119

1 traditionally had a bit of a lag because all of
2 the data that needs to be pulled comes from
3 multiple sources.
4    Q.   Do you have a role in -- in
5 drafting anything for the annual report?
6    A.   There's a letter from me in it,
7 yes.
8    Q.   I assume your subordinates generate
9 individual sections of the annual report?
10   A.   That is correct.
11   Q.   And, Chief, I -- I can represent to
12 you that we looked on the website, and the last
13 report there is from 2014.
14   A.   Okay.
15   Q.   Do you -- do you for sure know
16 there's a 2015 report, or is that --
17   A.   There is.
18   Q.   There is?  And if we wanted to
19 obtain a copy of that report, who in your
20 department would be the right person to ask?
21   A.   I would say District Chief Steve
22 Kaut, who is in charge of accounting.
23   Q.   And again, it's your best sense
24 that the 2016 report is still in progress?
25   A.   Yes.

Page 120

1       THE VIDEOGRAPHER:  Can I change
2 media?
3       MR. LANNIN:  Yep.  Go off the
4 record.
5       THE VIDEOGRAPHER:  Off the record
6 at 11:12.
7        (A recess was taken.)
8       THE VIDEOGRAPHER:  We're back on
9 the record, 11:30.
10 BY MR. LANNIN:
11   Q.   Chief, earlier this morning I asked
12 you if you understood what I meant when I used
13 the word "opioid."  Do you remember that?
14   A.   Yes.
15   Q.   And I believe you volunteered a
16 couple of opiates that came to mind:  heroin
17 Vicodin, and fentanyl.  Do you remember that?
18   A.   I do.
19   Q.   Are there any other types of
20 opiates that you can think of?  Or names of
21 opiates?
22   A.   There are -- there -- there's a
23 pretty good-sized list, actually.  I can't
24 think of them by -- you know, by name as we
25 speak at this moment, but there's a good-sized

Page 121

1 list of them.  Many of them are prescription
2 drugs for pain.
3    Q.   And the others are not?
4    A.   Some aren't.  Heroin is not,
5 obviously.
6    Q.   Heroin is an illegal drug?
7    A.   Yes.
8    Q.   Do you know what category fentanyl
9 falls into?
10   A.   Fentanyl is a drug as well.  But if
11 you are asking me if it's a legal or illegal
12 drug, there may be some legal uses for it.
13 Treatment of animals or whatever.  I don't
14 know.
15   Q.   Chief, have you heard of
16 carfentanil?
17   A.   I have.
18   Q.   What do you understand carfentanil
19 to be?
20   A.   Typically a drug treated -- that's
21 used to treat animals.
22   Q.   Is it a type of opiate?
23   A.   It is.
24   Q.   Do you have an understanding if
25 it's prescription or -- or otherwise?

31 (Pages 118 - 121)

Page 122

1     A.   I would imagine if you're treating
2  an animal with it and it is not illegal, then
3  it took, you know, a -- a doctor or some
4  type -- some type of medical expertise to be
5  able to prescribe it or administer it.
6     Q.   Besides heroin, fentanyl,
7  carfentanil, any other types of opiates come to
8  mind that may be used illegally or may be
9  classified as illegal opiates?
10    A.   I don't remember the entire list,
11 but there may be.
12    Q.   And in terms of what I believe you
13 called prescription drugs --
14    A.   Yes.
15    Q.   -- any -- any in particular that
16 come to mind?
17    A.   OxyContin, Vicodin, and there are
18 others.
19    Q.   How are you familiar with OxyContin
20 in particular?
21    A.   That's one that I -- was actually
22 prescribed for me back many years ago when I
23 injured my back.
24    Q.   Did you take the medicine?
25    A.   It's funny you asked.  I injured my

Page 123

1  back actually on the job probably in the mid to
2  late '90s and was prescribed OxyContin as a --
3  for the pain.  And after taking one pill, it
4  knocked me out for like half a day, and so I
5  went back to my doctor and said, "I can't take
6  this.  It's making me" -- "it's getting me to
7  the point where I'm just not functional."  And
8  so I had him prescribe me something less potent
9  that was not an opiate.
10    Q.   Do you recall what the doctor
11 prescribed for you?
12    A.   Say again.
13    Q.   Do you recall the other medicine
14 the doctor prescribed for you?
15    A.   Offhand, no.
16    Q.   When -- when the doctor prescribed
17 you the OxyContin, did he inform you that it
18 was an opiate?
19    A.   I can't recall.  I don't remember
20 hearing that.
21    Q.   Do you recall if he informed you of
22 the potential effects of taking OxyContin?
23    A.   I think there was a general
24 description saying don't drive.  And it even
25 said, I think, on the bottle, "Do not drive,"

Page 124

1  you know, "a car while you're under the
2  influence of this medication."  Something to
3  that effect.
4     Q.   So after you took one pill, you
5  decided you didn't care for the effect of
6  the -- of the medicine?
7     A.   Right.
8     Q.   And went back and got a different
9  one?
10    A.   Yes.
11    Q.   Did the alternative that he
12 prescribed, that -- that worked better for you?
13         MS. LEYIMU:  Object to the form.
14    A.   It did not -- it did not
15 incapacitate me for a half a day.  I didn't
16 wake up, you know, eight hours later.
17    Q.   Do you recall what you did with the
18 remaining pills from your original OxyContin
19 prescription?
20    A.   Talking about back in the '90s.  I
21 know it was disposed of, but I couldn't tell
22 you the -- the method.
23    Q.   You didn't hang on to them in your
24 medicine cabinet?
25    A.   No, no.

Page 125

1     Q.   This was in response to an injury
2  you had on the job?
3     A.   That's correct.
4     Q.   Your back?
5     A.   Yes.
6     Q.   Have there been any other instances
7  where you've been prescribed prescription
8  opiates?
9     A.   Not that I can recall.  As a matter
10 of fact, when -- you know, because I have a
11 recurring back issue now, you know, since I
12 hurt my back on the job, and each time I make
13 it very clear to my physician that, okay, we're
14 not going to -- you know, to an opiate.  We're
15 going with something less potent.
16    Q.   And your doctor obviously
17 accommodates your request?
18    A.   That is correct.
19    Q.   I asked if you had been prescribed
20 prescription opiates.  Are there any other
21 instances -- putting aside -- putting that
22 question aside, have you ever used a
23 prescription opiate in another instance?
24    A.   No.
25    Q.   Besides the one oxy?

32 (Pages 122 - 125)

Page 126

1    A.   That's correct.
2    Q.   Have you ever used a
3 nonprescription opioid?
4    A.   No.
5    Q.   Are you aware of any other
6 employees at AFD who have been prescribed or
7 used prescription opioids in connection with a
8 work-related injury?
9         MS. LEYIMU:  Object to the form.
10   A.   Not -- none where I know the
11 specifics.  I'm sure there have been, but none
12 where I know the specifics.
13   Q.   But in general it's your
14 understanding that some employees have been
15 prescribed or used prescription opioids?
16        MS. LEYIMU:  Object to form.
17   A.   I think there's a lot of people.
18 Not just on AFD, but a lot of people that have
19 had injuries where that was the -- the method
20 that was prescribed to them, or I should say
21 the -- the medication prescribed to them from
22 their physician.
23   Q.   It seems to me, as with your own
24 personal experience, that the type of work that
25 AFD fire medics perform, for example, might

Page 127

1 lead to injuries that would be treated with
2 prescription opioids.
3         So my question is, is in general is
4 it your sense that employees at AFD have
5 received prescriptions for --
6         MS. LEYIMU:  Objection.
7    Q.   -- prescription opiates?
8         MS. LEYIMU:  Object to the form of
9 the question.
10   A.   I don't think any more frequently
11 than the rest of the population.  You know, we
12 have back injuries, neck injuries, shoulder
13 injuries like everyone else.
14   Q.   Chief, you also mentioned Vicodin
15 earlier.  Is -- do you have a special
16 familiarity with that medicine?
17   A.   No.
18   Q.   How did you know the name when
19 asked if -- if you knew of any other
20 prescription opiates?
21   A.   Well, you had -- we had talked
22 about me pulling it up online, and it was one
23 of the names that I recognized when I pulled it
24 up online.  I was like, oh, I've seen that many
25 times before.

Page 128

1    Q.   Understood.  You've never, to your
2 knowledge, personally used Vicodin?
3    A.   No.
4    Q.   Has anyone else at AFD ever used
5 Vicodin; do you know?
6         MS. LEYIMU:  Object to the form of
7 the question.  Asked and answered.
8    A.   I -- I would not want to make an
9 assumption.  We don't share medications,
10 obviously.
11   Q.   And you're not privy -- in
12 connection with your job, you're not privy to
13 the medical records for the employees at AFD?
14   A.   That is correct.  We have HIPAA
15 laws in place, so we don't -- you know.  I know
16 if someone is -- is okay to return to duty, but
17 I don't know specifics about their individual
18 cases.
19   Q.   It's not something that you clear,
20 a course of treatment or a prescription --
21   A.   Right.
22   Q.   -- things like that?
23   A.   Obviously not.
24   Q.   Okay.  Besides the two prescription
25 medicines -- strike -- strike it.

Page 129

1         Do you have an understanding of
2 whether cocaine is an opiate?
3    A.   I don't know if cocaine is or not.
4    Q.   How about methamphetamines?
5    A.   Methamphetamine I'm sure is not.
6 Cocaine I don't believe is.
7    Q.   Cocaine you don't think so --
8    A.   I don't know.  I'm not a --
9         MS. LEYIMU:  Object to the form.
10   A.   I'm not an expert on illicit drugs.
11   Q.   Understood.  Just want to make sure
12 our record is clear.
13        For meth -- methamphetamines,
14 you're sure that it's not an opiate?
15   A.   That is correct.
16   Q.   Chief, have you ever received any
17 specific training that's related exclusively to
18 opiates or treating opiates?
19   A.   Yes.
20   Q.   What was that?
21   A.   You're talking about when I was
22 serving as a paramedic, so we're talking about
23 back in the early '90s, and I couldn't give you
24 specifics.
25   Q.   That training would have included,

33 (Pages 126 - 129)

Page 130

1 for example, how to treat an overdose?
2    A.   Correct.
3    Q.   And back in -- back at this time in
4 the '90s, was Narcan still the preferred remedy
5 for an overdose?
6    A.   That is correct.
7    Q.   So your training, understanding it
8 was a while ago, would have encompassed how to
9 administer Narcan?
10    A.   That's correct.
11    Q.   Do you know the last time you
12 personally dispensed Narcan to a patient?
13    A.   It would have been in the '90s, but
14 I couldn't tell you a specific.
15    Q.   Besides that -- strike that.
16        The -- the training on how to
17 administer Narcan or respond to an overdose, is
18 that part of the training that paramedics
19 receive as part of the paramedic certification
20 process?
21    A.   That's correct.
22    Q.   So putting aside the general
23 paramedic training, have -- have you personally
24 received any type of other special training or
25 special coursework that's related to opiates in

Page 131

1 any way?
2        MS. LEYIMU:  Object to the form.
3    A.   I'm not sure of your question.  Can
4 you rephrase that?
5    Q.   Sure.  And -- and correct me if --
6 if I'm wrong, but my understanding is that
7 paramedics receive a standard set of training
8 that would include how to recognize an opioid
9 overdose and -- and dispense Narcan; is that
10 fair?
11    A.   That is fair.
12    Q.   So my question is, putting that
13 aside, have you personally received any
14 additional coursework or training on a subject
15 related to opiates?
16    A.   Well, I routinely attend seminars,
17 trainings.  Such as there is a -- there's a --
18 an annual chiefs' training that -- that I go to
19 that, you know, actually moves around the
20 country.  But in those trainings or in those
21 seminars, you will have perhaps an hour lecture
22 on, you know, whatever topic under the sun that
23 seems to be an issue for the fire service as we
24 speak.  And I'm sure I've attended more than
25 one discussion about opiates.

Page 132

1    Q.   For example, the -- the nature of
2 the what you've called an opiate crisis?
3    A.   Correct.
4    Q.   The scope of what you've called the
5 crisis?
6    A.   That is correct.
7    Q.   You would agree that some opiates
8 do have medically appropriate uses?
9        MS. LEYIMU:  Object to the form.
10    A.   I think control of pain is very
11 necessary, you know, because pain can be
12 extreme.  And I think multiple forms of
13 medication and different levels of medication,
14 depending on the injury, would be appropriate,
15 up to and including some opiate drugs.
16    Q.   So that the back injury you had and
17 received the OxyContin for, in your -- in your
18 view that -- the oxy wasn't what you wanted for
19 that treatment, but there may be other types of
20 patients who have different types of pains
21 where opiates are a medically appropriate
22 medicine?
23        MS. LEYIMU:  Object to the form of
24 the question.
25        MR. LANNIN:  You know what?  Strike

Page 133

1 the question.  It was -- it was vague.
2        THE WITNESS:  Okay.
3    Q.   You're aware that Akron ambulances
4 carry certain opiates?
5    A.   Akron ambulances carry certain
6 opiates.
7    Q.   Are you aware of that?
8    A.   Are you referring to morphine?
9 What are you referring to?
10    Q.   Let me ask it differently.
11        Do you know if Akron ambulances
12 carry certain opiates?
13    A.   Akron ambulances -- actually I'm
14 not aware of what all drugs our ambulances
15 carry now since I have not been a functioning
16 paramedic since the mid-'90s.  I know at one
17 point we did carry morphine.  What other
18 controlled substances, I would not be aware of.
19    Q.   Would the medical director have to
20 sign off on whatever prescriptions were car- --
21 whatever medicines were stocked on an
22 ambulance?
23    A.   That's correct.
24    Q.   Does the content of the medical
25 protocol come to your attention for review?

34 (Pages 130 - 133)

Page 134

1    A.   The content?  No.
2    Q.   That's -- that's delegated to the
3 medical director?
4    A.   That is the medical director, and
5 that is District Chief Joe Natko.
6    Q.   So you're not required to approve
7 or not what medicines are carried on the
8 ambulances?
9    A.   No.  The actual medical director
10 approves the drug list.
11    Q.   And -- and it's under the medical
12 director's license that AFD paramedics and
13 EMTs --
14    A.   That is their function.
15    Q.   -- administer care --
16    A.   That is correct.
17    Q.   Chief, sitting here today, do you
18 know how many prescriptions for opioids were
19 written in Akron last year?
20    A.   No idea.
21    Q.   Do you have any way to -- any sense
22 of how you could figure that out?
23        MS. LEYIMU:  Object to the form.
24    A.   I don't know if we have access to
25 that information or not.  You talking about

Page 135

1 overall --
2    Q.   Yes.
3    A.   -- the number of opiate
4 prescriptions?  That's never been a question
5 that has been brought to my attention, and I
6 don't know.
7    Q.   Let me narrow it, then, a little
8 bit.  How about, do you know last year how many
9 times AFD personnel dispensed an opiate to a
10 patient?
11    A.   No.
12    Q.   Is that data available?
13    A.   I don't know.  That's something I'd
14 have to ask District Chief Joe Natko.
15    Q.   Chief Natko would be the right
16 person?
17    A.   Correct.
18    Q.   And just a slight tweak on that
19 question.  Do you know how many times AFD
20 personnel dispensed Narcan last year?
21    A.   No.
22    Q.   Ask Joe Natko?
23    A.   Yes.
24    Q.   Do you know one way or the other
25 whether Chief Natko could -- could generate

Page 136

1 those numbers?
2        MS. LEYIMU:  Object to the form.
3    A.   I don't know.
4    Q.   Chief, do you know anybody in your
5 friends or family network who has had an issue
6 with dependency on opiates?
7    A.   Yes.
8    Q.   May I ask, without names, the
9 relationship?
10    A.   One was another City employee that
11 was equal to my rank at that time but not a
12 member of the Akron Fire Department.  What he
13 described for me was having a motor vehicle
14 accident and opiates were prescribed for him as
15 part of his pain management.  He said he took
16 the drugs -- drugs as prescribed until the
17 point -- he reached a point where he was no
18 longer needing to take those drugs.
19        He then said that he couldn't
20 figure out what was wrong with him.  He -- he
21 felt sick, he couldn't function, and he had no
22 idea what was wrong with him, and then he
23 realized, "You know what?  I think I'm addicted
24 to this substance."
25        So, yes, I've -- I have that as

Page 137

1 someone that I've spoken to personally, that
2 person, about his addiction, and he had to
3 fight to get back, you know, to -- to not being
4 addicted to be able to function.
5        The other -- the other person that
6 I know that has had an issue with opiates is
7 one of my neighbors.  A neighbor that's lived
8 in my neighborhood for a couple of years.  They
9 have a -- son who our EMS units respond to on
10 a routine basis.
11    Q.   For overdoses?  Overdosing?
12    A.   For overdoses.
13    Q.   Starting with the City employee you
14 mentioned, you mentioned he was equal to your
15 rank at that time.  What --
16    A.   Correct.
17    Q.   What year are we talking about,
18 approximately?
19    A.   2016.
20    Q.   This individual had an accident and
21 was prescribed an opiate.  Do you know which
22 one?
23    A.   I'm sorry.  Say again.
24    Q.   I'm sorry.  The -- you said the
25 individual had an accident and was prescribed

35 (Pages 134 - 137)

Page 138

1  an opiate for pain management?
2      A.   Correct.
3      Q.   Do you -- do you know which opiate
4  in particular?
5      A.   No.
6      Q.   Prior to that prescription, do you
7  know if this individual had used opiates
8  before?
9      A.   I do not know.
10      Q.   You -- you said, Chief, that he
11  reached the point where he no longer needed to
12  take the drugs and then he started to feel --
13      A.   What he described as sick.
14      Q.   As sick.  Is it at that point that
15  he -- he sought help?  Do you know?
16          MS. LEYIMU:  Object to the form.
17      A.   We did not get into the details of
18  how he was able to either get treatment or seek
19  treatment.  We didn't talk about that aspect.
20  We were simply talking about the ease in which
21  he found himself addicted to prescription
22  drugs.
23      Q.   And it was his assessment that --
24  that he -- strike that.
25          Do you know if he at any point used

Page 139

1  an illegal or illicit opiate?
2      A.   I don't believe so.  I don't know
3  for a fact because, again, I haven't known this
4  individual my entire life, but that didn't
5  strike me as the case.
6      Q.   So this is an individual who used
7  prescription opiates, and -- and at that point,
8  after ceasing the use, in his judgment, needed
9  help?
10      A.   Yes.
11      Q.   Does this individual still work --
12  does this individual still work for the City?
13      A.   No.
14      Q.   How did it come to be that this
15  topic came up with him?
16      A.   Honestly, I don't remember.
17      Q.   Your son -- I'm sorry, your
18  neighbor's son --
19      A.   Yes.
20      Q.   -- do you know what opiate he's
21  using that's precipitating the overdoses?
22      A.   No.
23      Q.   When you said that the EMS units
24  are responding to -- to the son on a routine
25  basis, what does "routine" mean?

Page 140

1      A.   It's like I kind of described
2  before, in waves.  Sometimes only once or twice
3  a month, other times once or twice a week.  It
4  just depends.
5      Q.   Responding to -- to the son?
6      A.   That is correct.
7      Q.   As often as once or twice a week?
8      A.   Yes.
9      Q.   The EMS personnel are administering
10  Narcan?
11      A.   I did not get into the details of
12  the treatment for this particular individual.
13      Q.   Understood.
14          Besides the City employee and your
15  neighbor's son, any other -- any other
16  individuals you've known to have an issue with
17  opiate dependency?
18      A.   No.
19      Q.   Chief, do you think Akron has a
20  cocaine problem right now?
21      A.   I think that's a very unorthodox
22  question to ask when you -- does Akron have a
23  cocaine problem?  That's like saying does Akron
24  have a heart attack problem.  Well, if you're
25  the person having a heart attack, it's a big

Page 141

1  problem.
2          So at least -- if -- are you
3  talking about numbers?  How many?
4      Q.   I understand it's a subjective
5  term.
6      A.   Yes, yes.
7      Q.   So let's put it this way.  We've
8  talked about a crisis in other context today.
9      A.   Yes.
10      Q.   Do you think that Akron has an
11  opiate crisis, as you use that term?
12      A.   I do.
13      Q.   I'm sorry.  Has a cocaine crisis?
14      A.   No.
15          And my reason for using the word
16  "crisis" when describing the opiate issue, you
17  know, I described it as a wave, but I don't
18  know.  It might even be more -- 2016 seemed
19  more like a tsunami than -- than a wave.  It
20  was -- it was really bad.
21      Q.   That was for the -- for the
22  opiate -- what you called an opiate crisis?
23      A.   That is correct.
24      Q.   Do your EMS paramedics or fire
25  medics treat individuals for cocaine overdoses?

36 (Pages 138 - 141)

Page 142

1    A.   Sure.
2    Q.   But in your estimation, that
3  doesn't rise to the level of the crisis that
4  you described --
5    A.   It absolutely has not.
6    Q.   Has cocaine been -- have -- have
7  your para- -- fire medics been treating cocaine
8  incidents for as long as you've worked at Akron
9  Fire Department?
10    A.   Yes.
11    Q.   Were there particular periods when
12  cocaine issues spiked or -- or hit a peak, as
13  you've said before?
14        MS. LEYIMU:  Object to the form.
15    A.   Not where it was brought to my
16  attention.
17    Q.   In the '80s there wasn't a
18  cocaine -- cocaine epidemic?
19        MS. LEYIMU:  Object to the form of
20  the question.
21    A.   I wouldn't refer to it as an
22  epidemic because it never reached the levels of
23  what we're talking about, like for 2016.
24        Has there been a cocaine problem?
25  Not just in Akron, but seems like everywhere,

Page 143

1  sure.  Lots of other issues as well.
2        The opiate issue is one issue, but
3  it just seemed to raise to the level of just
4  overwhelming our ability to respond.
5        The other types of emergencies, be
6  it cocaine, heart attack, be it bath salts,
7  whatever, have we had those calls?  Yes, but
8  they have never overwhelmed our resources like
9  this opiate issue has.
10    Q.   So the distinction is cocaine,
11  heart attacks, bath salts, those types of
12  incidents have remained largely stable?
13        MS. LEYIMU:  Object to the form of
14  the question.
15    A.   I don't have the numbers to tell
16  you exactly what they were, but again, nothing
17  has -- as I stated before, nothing has risen to
18  the -- the level of -- of -- being a true
19  what I would call disaster almost as the opiate
20  crisis has in 2016.  Starting around 2014, and
21  it just built from there.  To the point where
22  it was really -- it has been really stressing
23  our resources, our ability to respond,
24  overwhelming our personnel.
25    Q.   How about meth?

Page 144

1    A.   Meth, okay.
2    Q.   Is meth a problem in Akron?
3    A.   Meth is a problem everywhere.
4    Q.   Has it been getting worse?
5        MS. LEYIMU:  Object to the form of
6  the question.
7    A.   It's difficult for me to answer,
8  not being involved in the EMS system as -- as I
9  was back when I was a paramedic, but it hasn't
10  spiraled out of control.
11    Q.   Sitting here today, you don't have
12  a sense of whether the number of meth-related
13  incidents has been increasing or decreasing or
14  staying the same?
15    A.   I do not have that --
16        MS. LEYIMU:  Object to the form.
17    A.   I do not have that data.
18    Q.   Any -- any anecdotal sense of the
19  trend line for meth-related incidents?
20    A.   I'm sorry.  Say that again, please.
21    Q.   I understand you may not have the
22  data in front of you for the number of
23  meth-related incidents, but I'm asking
24  anecdotally if you have a general sense of
25  whether the number of incidents has been

Page 145

1  increasing or decreasing or otherwise.
2    A.   I really couldn't tell you.  I
3  have -- I have no recollection of anyone
4  mentioning anything about the increase of meth
5  calls in Akron.
6    Q.   It's not -- not something that
7  comes up in your weekly meetings with --
8    A.   No.
9    Q.   Casting back to when you started at
10  Akron Fire --
11    A.   Yes.
12    Q.   -- was -- were there meth-related
13  incidents even that far back?
14    A.   Yes.
15    Q.   Is it a heroin crisis in Akron?
16        MS. LEYIMU:  Object to the form of
17  the question.
18    A.   There is heroin use in Akron just
19  like there is everywhere.  Is it an issue?
20  Yes.
21        But when I talk about a crisis, I'm
22  talking about something that's causing
23  large-scale numbers of both close calls and
24  deaths.  When I call something a crisis, I'm
25  talking about something that for whatever

37 (Pages 142 - 145)

Page 146

1 reason we as a community haven't been able to
2 solve, and it seemed -- seemed to have been
3 spiraling up and out of control.  And I'm
4 referring to the opiate issue, and specifically
5 starting and up around 2014 is when it really
6 began to ramp up.
7        So what I call -- and I'm sorry.
8 Which -- you're talking about -- you weren't
9 talking about meth; you were talking about
10 what?
11     Q.   Heroin.
12     A.   Heroin.  Is it an issue in Akron?
13 Absolutely.  Is it something where these people
14 need absolute- -- some help?  Yes, absolutely.
15 But has it risen to the point where I would
16 call it a crisis?  No.
17     Q.   Well, you -- you agree with me,
18 earlier, that heroin is a type of opiate,
19 correct?
20     A.   Yes, it is.
21     Q.   As is fentanyl and carfentanil?
22     A.   Correct.
23     Q.   So I'm trying to understand, when
24 you've referred repeatedly to an opiate
25 crisis --

Page 147

1     A.   Yes.
2     Q.   -- "opiate" is a diffuse term.
3 Which opiates in particular are causing or
4 precipitating the crisis?
5        MS. LEYIMU:  Object to the form.
6     A.   I think all of them combined
7 contribute to what I call a crisis.  But what
8 seems to have taken things to another level are
9 the pills.  And I'll give you an example of
10 what the individual that I described before
11 described for me.
12        If you have an individual that goes
13 to their doctor with a problem and you get
14 medication for that problem, you assume that I
15 can safely take this medication.  And then when
16 I'm done with it, I will -- should have no --
17 no effects that affect my life.  It's there to
18 help me; it's not going to hurt me.
19        In so many cases in this opiate
20 crisis, it's very easy for someone to take
21 medication that's prescribed to them from their
22 doctor, take it exactly as it was prescribed,
23 and then when you think you're done with it,
24 now you've got a problem.  You can't walk away.
25 You're addicted.  And now you have to deal with

Page 148

1 that.  Some people deal with it appropriately
2 by going into treatment.  Other people deal
3 with it in inappropriate ways by trying to get
4 any medication they can, either over the
5 counter or other illicit drugs.
6        And again, I'm not a -- I'm not a
7 police officer, but we see it.  We see it.
8     Q.   Besides the individual that you
9 mentioned --
10     A.   Yes.
11     Q.   -- and we talked about before,
12 what -- what's the other bases, if any, for
13 your view that the things that took it to
14 another level are the pills?
15        MS. LEYIMU:  Object to the form.
16     A.   I think there are different types
17 of people in this world that end up getting
18 addicted to drugs.  There are people that
19 choose to do something illegal, take some
20 illegal substance for, you know, whatever
21 reason:  to get high, to be accepted into
22 groups, whatever.  And those people frequently
23 will find themselves addicted.
24        There's another set of people
25 that's much larger, that I think includes you

Page 149

1 and me, that things happen.  You go to the
2 doctor to try to get help with an issue.  You
3 take the medication exactly as it was laid out
4 for you by your physician.  And you assume that
5 when you're done with it, there's no side
6 effects.  There's no -- there's no effect to
7 your -- your body, your ability to live the
8 rest of your life because you took that
9 medication.  We assume that.
10        And I think what we're talking
11 about is those people finding themselves
12 trapped.  They're addicted.  They didn't --
13 they didn't intend to go out and become
14 addicts.  They didn't intend to go out and do
15 something illegal or -- or, you know, become
16 addicted to some drug, but it happens.
17     Q.   So, Chief, I -- I understand.  I
18 appreciate your view on those issues.  I guess
19 my question is somewhat different.
20     A.   Okay.
21     Q.   Do you -- have you seen, for
22 example, any data from your department or
23 otherwise that would substantiate your view
24 that pills was a major cause of some of the
25 overdoses you're seeing?

38 (Pages 146 - 149)

Page 150

1    A.   I have not seen --
2         MS. LEYIMU:  Object to the form.
3    A.   I have not seen data that says
4 it's -- it's because of the pills.  But that's
5 my personal belief.
6    Q.   That the -- your personal belief is
7 the way you just described to us about how
8 people might start using pills?
9    A.   My personal belief is that there is
10 a section of our community that do illegal
11 drugs.  They participate in enjoining illegal
12 drugs.
13        But then there's a much larger
14 percentage of the population that don't, but
15 that -- that population that doesn't do illegal
16 drugs and have no intention of doing illegal
17 drugs can find themselves addicted against --
18 you know, with -- without even that being their
19 intention is what I mean.
20    Q.   I understand.  And to put a fine
21 point on it, the Akron Fire Department, for
22 example, doesn't track or make available data
23 that would show the number of people -- number
24 of patients who took pills or started on pills
25 or that type of information.

Page 151

1         MS. LEYIMU:  Object to the form.
2    A.   We have no data on that that I'm
3 aware of.
4    Q.   Now, Chief, you referred to 2014 a
5 few times now as -- as -- forgive me for
6 paraphrasing, but when you started to notice a
7 problem.  Is that true?
8         MS. LEYIMU:  Object to the form.
9    A.   It was around 2014 when we started
10 to notice an uptick in the number of overdose
11 calls, yes.
12    Q.   And when we talk about overdose
13 calls, are those instances where a paramedic or
14 EMT administered Narcan?
15    A.   Yes.
16    Q.   And as we've discussed now a few
17 times, in 2016 we had what you called a peak or
18 a high -- a high wave, high tide of --
19    A.   Tsunami.
20    Q.   A tsunami?
21    A.   Yes.  I think that's what I said.
22    Q.   Was there a specific point in 2016
23 when that tsunami hit, as you've described it?
24    A.   I cannot pinpoint an exact month
25 for you if that's what you're asking.  But, no,

Page 152

1 there was just a -- 2016 is when I really
2 noticed that it was putting such a strain on
3 our resources that we were running out of units
4 to be available for any other type of calls.
5         Over our PA system, when we get
6 down to one med unit left in the city, the
7 dispatcher will tell you, "We're down to one
8 unit in the city."  That's when we noticed, you
9 know, the frequency of, you know, just how many
10 times that that was the case for us.
11    Q.   And it's your view that the reason
12 that the city was -- was stretched was because
13 units were responding to more overdose
14 incidents?
15    A.   I do.
16    Q.   And in this time period was it
17 primarily heroin incidents to which paramedics
18 were responding?
19    A.   Well --
20         MS. LEYIMU:  Object to the form of
21 the question.
22    A.   -- that's just it.  We don't make
23 definitive evaluations to say this was heroin,
24 this was oxycodone, this was fentanyl, in the
25 field.

Page 153

1         We get there; we evaluate a
2 patient.  They will have an altered level of
3 consciousness, and if everything else checks
4 out, and in that examination that lends us to
5 suspect that there could be -- this could be an
6 overdose person, then we administer Narcan.
7         But we never say, oh, this was this
8 particular drug or this one.  That's something
9 that the hospitals and the other medical
10 community would have to -- to come up with
11 that, those exact drugs, whether this person
12 overdosed on.
13        The only other instance would be if
14 there's a bottle sitting right beside a person
15 that you would have suspicion that maybe that's
16 what it is.  Again, that's a suspicion.  That's
17 not fact.
18    Q.   Or if a -- a patient was
19 encountered with illegal paraphernalia, a
20 needle or something of that nature, a paramedic
21 might record that as well?
22    A.   That is correct.  And then, again,
23 it's a suspicion, not a fact of that's what
24 happened.  That's what we -- that's what we
25 found on the scene, and that's what we suspect.

39 (Pages 150 - 153)

Page 154

1    Q.    And Akron Fire or EMS doesn't do
2  work after the fact to try to identify which
3  opiate caused a given overdose?
4    A.    No.  That is, we -- again, we're
5  emergency response, so when someone has an
6  emergency, we respond.  We do the best we can
7  for that patient.  We get them to the hospital
8  where they can get much better treatment.  And
9  then our job -- our responsibility in that case
10  is then concluded.  And actually, to get
11  further information could be considered a
12  violation of HIPAA.
13    Q.    So to make sure I understand, a
14  paramedic or EMT arriving on scene will assess
15  the situation, and if there are symptoms
16  consistent with overdose -- opiate overdose
17  would administer Narcan?
18    A.    Any overdose.
19    Q.    When you say "any," what would be
20  the other types of overdoses that aren't opiate
21  related in which Narcan might be administered?
22    A.    People might have an altered level
23  of consciousness from things such as bath
24  salts, and I'm sure there are many others out
25  there, or meth.  You don't really know what

Page 155

1  they've taken.
2        So the protocol is typically to
3  identify that they have an altered level of
4  consciousness, we suspect some type of an
5  overdose, and we administer Narcan.
6    Q.    And there's no -- there's no side
7  effect to administering Narcan to a patient
8  who, in fact, wasn't having an opiate overdose;
9  is that right?
10      MS. LEYIMU:  Object to the form.
11    A.    I am not aware of what the side
12  effects are for administering Narcan.  I'm
13  sure -- it seems like every drug has certain
14  side effects, but I don't know what the side
15  effects are for Narcan.
16    Q.    Yeah.  What we've -- what we've
17  been led to believe is that in most cases it's
18  best to be careful -- that's not the right
19  word, but to administer Narcan in cases where
20  you're not even sure if -- if there's an
21  altered consciousness, as you say.  Is that
22  fair?
23      MS. LEYIMU:  Object to the form of
24  the question.
25    A.    The actual evaluation is more

Page 156

1  specific than that, but if we suspect that
2  Narcan may help, we administer it.
3    Q.    And, Chief, when you refer to 2016
4  being this peak, when you noticed that
5  resources were stretched because units were
6  responding to opiate overdoses -- suspected
7  opiate overdoses, did I understand you
8  correctly that the definition of a -- of such a
9  call would be where Narcan is administered?
10      MS. LEYIMU:  Object to the form of
11  the question.
12    A.    I'm sorry.
13    Q.    Let me -- I'll strike the question.
14        Besides bath salts or overdosing,
15  or using bath salts or meth, to your knowledge,
16  are there other substances that an individual
17  consumed that might present symptoms that are
18  the same as an individual overdosing on an
19  opiate?
20    A.    There are many substances out
21  there, and I'm sure some of them present as,
22  you know, an overdose just like an opiate
23  would, I would imagine.  Do I know them?  No.
24        And again, our responsibility is to
25  get there, evaluate, and determine if they have

Page 157

1  an altered level of consciousness where we need
2  to try something invasive, and if we believed
3  that Narcan will help, we administer it.
4    Q.    Earlier we -- we discussed
5  actually at the very beginning of our
6  deposition -- that EMTs are now authorized to
7  administer Narcan; is that right?
8    A.    Yes.
9    Q.    And that had not always been the
10  case?
11    A.    That is correct.
12    Q.    Have there been other changes in
13  the protocol governing the use of Narcan?
14    A.    You know what?  I'm not sure since
15  I have not been an active paramedic since the
16  mid-'90s.  There have been many changes to our
17  protocol; I can tell you that.  But I don't
18  know about how they would affect the
19  administration of Narcan.
20      MR. LANNIN:  Do you want to take a
21  lunch break, or are you okay for a little
22  longer?
23      THE WITNESS:  No.  I'm thinking
24  that would be a -- this would be a good time.
25      MR. LANNIN:  I saw you glancing at

40 (Pages 154 - 157)

1 your watch. I know the signs.

2     Let's take lunch.

3     THE WITNESS: Thank you.

4     THE VIDEOGRAPHER: Off the record,

5 12:15.

6     (A recess was taken.)

7     THE VIDEOGRAPHER: Back on the

8 record, 1:04.

9     MR. LANNIN: Chief, I'm going to

10 hand you what the court reporter will mark as

11 Defendants' Exhibit 4.

12     - - - - -

13     (Thereupon, Deposition Exhibit 4,

14     7/9/2012 E-Mail from Joseph Natko

15     Re: Surveillance of Drug Abuse

16     Trends, with Attachment,

17     AKRON_000266515 to 000266523, was

18     marked for purposes of

19     identification.)

20     - - - - -

21 BY MR. LANNIN:

22     Q.   Take your time to read the document

23 and let me know when you're ready to proceed.

24     I'll represent to you, Chief, that

25 the cover page is the cover of the e-mail and

1 the back half is the attachment to the e-mail.

2     And, Chief, excuse me for

3 interrupting. On the -- on the attachment, I

4 know it's several pages. I'm going to only ask

5 about a few passages. So you're welcome to

6 read as much as you like if I don't direct you

7 otherwise.

8     MS. COLEMAN: Hello. Is the court

9 reporter in the room?

10     MR. LANNIN: Yes.

11     MS. COLEMAN: This is Tera Coleman

12 of Baker Hostetler, and I'm going to be jumping

13 in now in place of Dan Lemon on behalf of the

14 Endo Defendants.

15     MR. LANNIN: Got it. Thanks, Tera.

16     MS. COLEMAN: Okay. Thank you.

17     So is that already on the record?

18 Do you need me to say it again once you guys

19 get started back up?

20     MR. LANNIN: It's on the record.

21     MS. COLEMAN: Thank you.

22     THE WITNESS: Okay.

23 BY MR. LANNIN:

24     Q.   Chief, do you recognize Defendants'

25 Exhibit 4?

1     A.   I do not.

2     Q.   You see on the cover page it

3 appears to be an e-mail from Joe Natko dated

4 July 9, 2012 to a pdl_paramedics@akronohio.gov

5 e-mail address.

6     Do you see that?

7     A.   Yes.

8     Q.   Do you recognize that pdl_paramedics

9 e-mail address?

10     A.   It looks like the standard format

11 for PDLs in the City of Akron, but I'm not

12 familiar with this particular one.

13     Q.   What -- what is a PDL?

14     A.   PDL means you're going to hit a

15 large scope of individuals. So if I send out a

16 document that says PDL fire, it will go to

17 everyone in the fire service. So not just the

18 fire department personnel, but also anyone

19 associated with the fire department. So our

20 secretaries, our fire maintenance facility,

21 et cetera, et cetera.

22     Q.   Have you heard of a term

23 "LISTSERV"?

24     A.   Say again.

25     Q.   Have you heard of the term

1 "LISTSERV"?

2     A.   I have heard of it, but I couldn't

3 tell you what that is.

4     Q.   At the time in 2012 -- strike that.

5     Did you say, sir, that you don't

6 recognize this particular PDL account?

7     A.   Correct.

8     Q.   In 2012, when -- when Joe Natko

9 sent this e-mail, any reason to think you were

10 or were not a member of that PDL account?

11     A.   I was not. I was not a paramedic

12 at that time.

13     Q.   If you look at the attachment.

14     A.   Okay.

15     Q.   Are you familiar with the Ohio

16 Substance Abuse Monitoring Network?

17     A.   No.

18     Q.   You've never heard of that

19 organization before?

20     A.   No.

21     Q.   Have you ever seen a document that

22 resembles this type of bulletin?

23     A.   I've seen many bulletins, but not

24 one by this name, if that's what you're asking.

25     Q.   Do you see, Chief, on the top left

41 (Pages 158 - 161)

Page 162

1  of that document the date range June 2011
2  through January 2012?
3      A.   Yes.
4      Q.   And then let me direct your
5  attention to the rightmost box that reads
6  "Cleveland Region."
7          Do you see that?
8      A.   Yes.
9      Q.   Do you see the second bullet that
10  reads, "Heroin availability perceived to be at
11  'epidemic' levels."
12      A.   I see it.
13      Q.   Was it consistent with your
14  experience that heroin availability was at
15  epidemic levels in Cleveland in that timeframe
16  of June 2011 through early 2012?
17          MS. LEYIMU:  Object to the form of
18  the question.
19      A.   I am not aware of any heroin
20  availability or use considered epidemic in the
21  Cleveland area.  I have very little contact,
22  first of all, with Cleveland.
23      Q.   If you look -- when you say you're
24  not aware of heroin availability, are you --
25  does that mean you don't know if it was at

Page 163

1  epidemic levels or not?
2          MS. LEYIMU:  Object to the form.
3  Asked and answered.
4      A.   That is correct.  I don't recall --
5  well, first of all, in this timeline I was
6  actually in charge of the hazardous materials
7  rescue bureau, and this would not have been
8  something that would have involved my area of
9  expertise, my area of responsibility.
10      Q.   If you look at the next box down,
11  you see where it says -- reads "Akron-Canton
12  Region"?
13      A.   Yes.
14      Q.   And that first box reads -- or the
15  first bullet -- excuse me -- reads, "Increased
16  availability of heroin, powdered cocaine,
17  sedative-hypnotics and Suboxone."
18          Do you see that bullet?
19      A.   Yes.
20      Q.   The same question.  In this time
21  frame, based on your experience, had there been
22  an increased availability of heroin in the
23  Akron region at that time?
24          MS. LEYIMU:  Object to the form.
25      A.   Not that I'm aware of.

Page 164

1      Q.   And that's because your -- at that
2  point in time you -- your job didn't require
3  you to know these types of statistics?
4      A.   This --
5          MS. LEYIMU:  Object to the form.
6          You can answer.
7      A.   This was not my area of
8  responsibility.
9      Q.   Any reason to doubt that that's an
10  accurate statement?
11          MS. LEYIMU:  Object to the form.
12      A.   I'm not sure of where this document
13  came from.  I don't know how they received
14  their data or gathered their data, so I could
15  not really, under oath, you know, swear to the
16  accurateness of this document.
17      Q.   Chief, if you turn to page 3 of
18  that document.
19      A.   Three, Okay.
20      Q.   In the rightmost column, you see
21  the section that begins "Heroin"?
22      A.   Yes.
23      Q.   And the first sentence reads,
24  "Heroin remains highly available in all
25  regions"?

Page 165

1          Do you see that?
2      A.   Yes.
3      Q.   And a few sentences down, do you
4  see the sentence that reads, "The general
5  sentiment among participants was that heroin is
6  'falling out of the sky'"?
7      A.   I see it.
8      Q.   Have you ever heard anything to the
9  effect that heroin was falling out of the sky
10  in Akron around this time frame?
11      A.   No.
12      Q.   Have you heard anything to that
13  effect since?
14      A.   First of all, to be factual, when
15  you start -- start talking about "falling out
16  of the sky," there are very few things that
17  truly fall out of the sky, so I assume that
18  they mean just very prevalent.
19          But I am not aware of any meetings
20  or discussions where an increase in heroin use
21  or availability was discussed.
22      Q.   And is that the case in general?
23  By which I mean, you don't recall any meetings
24  you've had where an increased availability of
25  heroin was discussed?

42 (Pages 162 - 165)

Page 166

1      MS. LEYIMU:  Object to the form of
2  the question.
3      A.   I cannot recall any such meeting.
4      Q.   You've never had discussions with
5  colleagues about the availability of heroin in
6  Akron?
7      A.   As a paramedic we talked about not
8  just heroin but all types of trends that seem
9  to be occurring, not just in our area but
10  across the state and across the country.
11      But specifically heroin?  No.
12      Q.   So I just want to make sure I
13  understand.  You talk about all kinds of trends
14  that seem to be occurring across the state and
15  across the country and also in your area.
16      A.   Yes.
17      Q.   Does that encompass trends specific
18  to heroin, or are they broader than that?
19      MS. LEYIMU:  Object to the form.
20  Asked and answered.
21      A.   It was not specific to heroin.
22  Again, about this time frame I was responsible
23  for the hazmat rescue bureau, which on the
24  organizational chart is actually special
25  operations at this point in time, because we

Page 167

1  changed the name.
2      But the focus at that time was more
3  on other things that could hurt us that were in
4  my -- my area of expertise, such as the
5  precursors for making meth and things of that
6  sort and how they could injure firefighters
7  that were not suspecting that there were
8  dangerous chemicals in that -- in that area,
9  general area.
10      So no, we -- at that point, no,
11  there was no discussion that I had with anyone
12  about specific heroin availability or use.
13      Q.   And putting aside this specific
14  time frame -- and forgive me for not being
15  clear enough.  At any point while you've been
16  working at AFD, including after your promotion
17  to chief, do you recall having any types of
18  discussions with colleagues about increased
19  availability of heroin in Akron?
20      A.   No.  Not to my recollection.
21      Q.   You can put that aside, Chief.
22  Thank you.
23      MR. LANNIN:  Chief, I'm handing you
24  Defendants' Exhibit 5.
25      - - - - -

Page 168

1      (Thereupon, Deposition Exhibit 5,
2      8/22/2016 E-Mail from Christine
3      Curry Re: CBS Visit to Akron, Ohio,
4      with Attached Document Titled "Media
5      Advisory," AKRON_000243690 to
6      000243705, was marked for purposes
7      of identification.)
8      - - - - -
9      Q.   Chief, this appears to be an e-mail
10  with an attachment.  The same story.  I
11  recognize that you're not on the cover e-mail.
12      A.   Yes.
13      Q.   My questions concern the
14  attachment.
15      A.   Okay.
16      Q.   Chief, have you seen the attachment
17  to Defendants' Exhibit 5 before?
18      A.   I do not remember seeing this
19  attachment.
20      Q.   Do you recall a media advisory with
21  the mayor on or around August 19, 2016?
22      A.   A media advisory?  He's had many
23  media advisories, so I couldn't be specific as
24  to which one you're referring to, but go ahead.
25      Q.   The media advisory from this date

Page 169

1  appears to concern the stocking of police
2  cruisers with naloxone.
3      Do you see that?
4      A.   Okay.  Yes.
5      Q.   And is it the case today that
6  police cruisers are stocked with Narcan?
7      A.   Yes.
8      Q.   According to the quote here
9  attributed to the mayor, "In many ways this
10  epidemic has been creeping across the country
11  and our region, specifically our county, for
12  the past three to five years; however, no one
13  could have predicted the introduction of
14  fentanyl and carfentanil and the damage they've
15  both caused."
16      Do you see that?
17      A.   Yes.
18      Q.   What epidemic is that referencing?
19      MS. LEYIMU:  Object to the form.
20      A.   This is a quote from the mayor.  I
21  think you'd have to ask him to be sure.
22      But I will say this.  Being that it
23  was dated in 2016, that is, again, the year
24  that we had our peak with the opioid crisis.
25      Q.   Is it fair to surmise that the

43 (Pages 166 - 169)

1 epidemic he's referring to may be the opiate
2 epidemic?
3     A.    I don't want to assume, and I don't
4 want to speak for the mayor, but I think it
5 would be better to ask the mayor specifically
6 what he meant.
7     Q.    Do you share the mayor's sense that
8 the epidemic to which he's referring had been
9 creeping around the county for the past three
10 to five years --
11        MS. LEYIMU:  Object to the form --
12     Q.    -- prior to this date?
13        MS. LEYIMU:  Object to the form of
14 the question.
15     A.    I disagree because three to five
16 years of this being dated in 2016 will take you
17 back to -- as far back as 2011.
18        My recollection of the increase,
19 the uptick in the calls for overdoses -- opiate
20 overdoses was in around 2014.  The timeline
21 doesn't seem to match.
22     Q.    You think the mayor misspoke here?
23        MS. LEYIMU:  Object to the form.
24     A.    I think you'd have to ask him.
25     Q.    Was someone providing him incorrect

1 information?
2        MS. LEYIMU:  Object to the form of
3 the question.  Calls for speculation.
4     A.    I have no idea.
5     Q.    Do you agree with his assessment
6 that "no one could have predicted the
7 introduction of fentanyl and carfentanil and
8 the damage they've both caused"?
9     A.    I don't know if that's true.
10 Again, you'd have to ask the mayor what he
11 meant.  But when you say no one could have
12 predicted, you're -- you're asking me to assume
13 what everyone is thinking.  I have no idea.  If
14 there were experts out there that knew this was
15 coming, I couldn't tell you.
16     Q.    So if it was you, you wouldn't feel
17 comfortable with this language?
18        MS. LEYIMU:  Object to the form.
19     A.    I did not make this statement, and
20 I would not have been comfortable making this
21 statement.
22     Q.    Chief, do you have any knowledge of
23 or recollection of a spate of overdoses that
24 occurred on or around the July 4th weekend of
25 2016?

1     A.    Okay.  Specifically?  No.
2        Just to elaborate a little bit,
3 talking about approximately 2 1/2, 3 years ago,
4 we've had bad days, bad weeks.  I couldn't tell
5 you what happened exactly at that time frame.
6     Q.    You don't have even a general
7 recollection of an unusual number of overdoses
8 in and around that holiday weekend that year?
9        MS. LEYIMU:  Object to the form.
10     A.    I think 2016 was a bad year
11 overall.  I think the -- the spike, the
12 increase, the sheer volume of overdose calls we
13 had in 2016 was just overwhelming.  And if
14 you're referring to one particular weekend,
15 there may or may not have been a much larger
16 spike, but to me the entire year was a spike,
17 so.
18     Q.    Let me just try one more factoid,
19 see if it helps jog your memory.
20     A.    Okay.
21     Q.    It may be that in and around that
22 weekend there was a number of overdoses
23 involving carfentanil.
24     A.    Okay.
25     Q.    Does that jog any memory of -- of a

1 number of overdoses that holiday weekend?
2     A.    That particular weekend, no.  But I
3 do remember a time when -- and it was in
4 2016 -- that there was a rash of overdoses
5 that -- it's -- it's as though the people that
6 were selling these drugs would come out with a
7 bad batch.  A number of individuals would take
8 that -- that -- that drug and overdose and --
9 and -- and die.
10        I can remember a few times, and I
11 can't be specific, when sometimes people in the
12 same household would be -- there would be a
13 couple of overdoses in the same room, so -- and
14 that was in -- specifically in 2016 that I can
15 remember some of those, and that was the first
16 I had heard of it.
17     Q.    And you don't recall, sitting here
18 today, if that -- if the incidents which you're
19 referring involved, for example, carfentanil?
20     A.    I could not tell you.  I just know
21 they were overdoses.
22     Q.    And these were substances -- these
23 were illegal drugs that individuals had bought
24 from -- from dealers?
25        MS. LEYIMU:  Object to the form.

44 (Pages 170 - 173)

1     A.    I don't know where they got the
2  drugs from.  What I can tell you is there was a
3  large increase, and we had had waves where
4  people perished, where people died.  Waves.
5          And then it would seem to die back
6  down for a while and then we'd have another one
7  hit where a number of people would -- would
8  perish, even to the point where I can remember
9  certain of our medics describing to -- to our
10 personnel that, "We went to that address in the
11 morning for an overdose.  We were able to save
12 that person.  They went to the hospital.  They
13 went home, and then they over- -- overdosed
14 again later that same day."
15          So multiple times on the same day
16 to the same address with the same individual.
17    Q.    So, Chief, when I showed you
18 Defendants' Exhibit 4, which concerned some
19 statistics from 2011 --
20    A.    Okay.
21    Q.    -- you -- you testified to the
22 effect that at the time your job didn't require
23 you to be following those type of statistics.
24 Is that fair?
25          MS. LEYIMU:  Object to the form.

1     A.    And that's Exhibit 4?  Let's see
2  which one you're referring to here.
3          In 2011, yes.
4     Q.    And up to December 1, 2016, you
5  were in the fire -- chief of the fire
6  prevention bureau; is that correct?
7     A.    That is correct.
8     Q.    So I'm -- I'm curious how you have
9  such detailed recollection of the 2016 epidemic
10 when for 11 months of that year, you, again,
11 were in a job that didn't require you to have
12 intimate involvement with -- with opioid
13 issues.
14    A.    True.
15          MS. LEYIMU:  Object to the form.
16    A.    Okay.  True.  Although I was not
17 responsible for the area of EMS in 2016 -- and
18 actually I've never been responsible for EMS --
19 there were discussions in some of our chief
20 meetings about the fact that we were running
21 out of med units and why.
22          As well as even though I was
23 isolated -- or not really isolated, but
24 separate from EMS when I was in fire
25 prevention, the PA system would go all around

1  our administrative building, and you would
2  hear, "We're down to one med unit in the city,"
3  "We're out of med units in the city,"
4  et cetera, et cetera.  That -- that was
5  broadcast over our PA system for all the
6  administration to hear.
7     Q.    And did you hear more of that type
8  of PA announcement, for example in 2014, when I
9  believe you said you first started recognizing
10 an uptick in overdose incidents?
11    A.    We noticed an uptick, but it wasn't
12 anywhere near the volume of -- of times we were
13 running out of units as -- as what occurred in
14 2016.
15          And actually being the Chief of the
16 fire prevention bureau, I did what I could to
17 relieve people that I had when we needed to try
18 to put other units back in service.  So there
19 were times when I would look at my captain and
20 say, "You know what?  Jump in a car and go out
21 there and see what you can do."  Or look and
22 see and say, "You know what?  We've got" --
23 "We've got a medic up here.  Is there a spare
24 rig we could put you in," and put people in
25 service to try to cover some of those times

1  when we had no units.
2          MR. LANNIN:  This will be
3  Defendants' Exhibit 6.
4          - - - - -
5          (Thereupon, Deposition Exhibit 6,
6          3/19/2018 E-Mail from Charles Brown
7          Re: Opioid Overdoses, with
8          Attachment, AKRON_000236205 to
9          000236206, was marked for purposes
10         of identification.)
11         - - - - -
12    A.    Okay.
13    Q.    Chief, do you recognize Defense
14 Exhibit 6?
15    A.    Vaguely.
16    Q.    It appears to be an e-mail from
17 Deputy Mayor Brown to various individuals,
18 including yourself --
19    A.    Yes.
20    Q.    -- dated March 19, 2018.  Do you
21 see that?
22    A.    Yes.
23    Q.    Recognizing you may not have
24 recalled the specific e-mail, but any reason to
25 doubt that you received this?

45 (Pages 174 - 177)

Page 178

```
 1    A.   I have no reason to doubt it.
 2    Q.   And do you -- are you familiar with
 3 the High Intensity Drug Trafficking Area group?
 4    A.   No.
 5    Q.   That's not a name you had heard
 6 before or are familiar with?
 7    A.   No.
 8    Q.   If you turn to the attachment.
 9    A.   Yes.
10    Q.   The headline for this document
11 reads, "Possible explanation/causes for
12 dramatic reduction in opiate overdoses in
13 Akron-Summit County area during six-month
14 period June 2017 to December 2017."
15        Do you see that?
16    A.   Yes.
17    Q.   Is it correct that there was a
18 dramatic reduction in opioid overdoses in that
19 six-month period?
20        MS. LEYIMU:  Object to the form of
21 the question.
22    A.   I cannot confirm.
23    Q.   You haven't heard one way or the
24 other whether there was a reduction in that
25 time period?
```

Page 179

```
 1    A.   All I know is we've had, like, the
 2 tide.  You know.  We've -- we've had waves that
 3 come in and it's high, and then there are other
 4 times when it's low.
 5    Q.   That actually goes to my next
 6 question.  You know, to use the other
 7 terminology you used, the peak in 2016.
 8    A.   Yes.
 9    Q.   A substantial -- or I'm sorry --
10 dramatic reduction in late 2017 would be
11 consistent with the notion that -- that things
12 had peaked in 2016.  Is that fair?
13        MS. LEYIMU:  Object to the form of
14 the question.
15    Q.   Can you repeat that for me, please?
16    A.   Yes.
17        MR. LANNIN:  Can you read it back?
18        (Record read.)
19        MS. LEYIMU:  The same objection.
20    A.   I think things were so bad in 2016,
21 that it truly, truly stressed all of our
22 resources.  And I don't -- without having the
23 numbers in front of me, I don't believe that
24 2017 was quite as bad, but still it -- it
25 was -- it was worse than it had ever been,
```

Page 180

```
 1 other than 2016.
 2    Q.   Recognizing you don't have the
 3 numbers in front of you, but was 2018 better
 4 than 2017?
 5        MS. LEYIMU:  Object to the form.
 6    A.   I do not have those numbers.
 7    Q.   No anecdotal sense?
 8    A.   I do not.  I just know that they
 9 were both bad.
10    Q.   But not as bad as 2016?
11        MS. LEYIMU:  Object to the form.
12    A.   My recollection is not as bad as
13 2016, but still a significant increase over
14 what I would consider normal.
15    Q.   What is normal?
16    A.   That's a very vague description.
17 Very vague.  And on purpose because nothing
18 about what we do is really normal.
19        Normally we have people that have
20 emergencies, some of which are overdose
21 victims, as well as everything else under the
22 sun.  Heart attacks, strokes, and everything
23 else.
24        What is normal is for those -- the
25 number of those instances not to stress our
```

Page 181

```
 1 capability to respond to the point where we're
 2 trying to really struggle or find ways to -- to
 3 maintain the level of service that -- that we
 4 need for our citizens.  So it normally doesn't
 5 stress our ability to respond to incidents.
 6        This epidemic has truly stressed
 7 our ability to get out there and respond to
 8 incidents, and we have struggled to try to just
 9 meet the need that we have in our community.
10    Q.   Now, Chief, if you look at the
11 fourth bullet down in that list --
12    A.   Okay.
13    Q.   -- the one beginning -- that reads,
14 "Specific to the Akron area is the dramatic
15 increase in the availability and use of
16 methamphetamine.  Summit County has the highest
17 amount of 12 counties."
18        Do you see that?
19    A.   I see it.
20    Q.   We touched on this earlier, but was
21 it -- or is it consistent with your
22 recollection that there had been a dramatic
23 increase in the availability of meth in Akron
24 in 2017?
25        MS. LEYIMU:  Object to the form of
```

46 (Pages 178 - 181)

Page 182

1 the question.
2     A.   I cannot confirm that statement.
3     Q.   Any reason to doubt its accuracy?
4         MS. LEYIMU:  Object to the form.
5     A.   I don't know what they used --
6 well, I'll put it this way.  Just because
7 something is on paper doesn't mean it's
8 factual.  This may or may not be true.  I don't
9 know.
10     Q.   You're not prepared to vouch for it
11 either way?
12     A.   No.
13     Q.   Do you think Deputy Mayor Brown
14 would have forwarded on a document that had
15 inaccuracies in it?
16         MS. LEYIMU:  Object to the form of
17 the question.
18     A.   I think Deputy Mayor Brown would
19 forward any documentation he thought that might
20 be able to help us.  And since he is not
21 someone who is an EMT, medic, first responder
22 or professional that would always be able to
23 verify the numbers or the ideas that you have
24 here, anything that he thought that could help,
25 he would be trying to share with us.

Page 183

1         Furthermore, it says right here,
2 "possible explanation."  So even the people
3 that put this document together aren't sure.
4     Q.   Chief, when was the last time
5 things were normal, using your definition of
6 the term, for Akron Fire Department?
7     A.   2013.  And again, that's a stretch
8 because that's a very vague definition.
9     Q.   So whatever level of opiate-related
10 incidents you had in 2013 would represent the
11 baseline for normal?
12         MS. LEYIMU:  Object to the form of
13 the question.
14     A.   I wouldn't put it that way.
15 Putting it in my own words, I'd say that in
16 2013 the amount of opiate overdose- --
17 overdoses did not strike us as highly unusual.
18 There was no -- there was no great stress to
19 our resources.  And I would say that --
20         That's it.  I'm done with that
21 statement.  I don't see it as something that
22 was stressing us.
23         Any other questions on this
24 document?
25     Q.   No.  You can put that away.  Thank

Page 184

1 you.
2         Chief, as we've explored with your
3 colleagues, we understand the Akron Fire
4 Department has a role in responding to incoming
5 911 -- taking and responding to incoming 911
6 calls?
7     A.   That is correct.
8     Q.   The department shares a -- a
9 dispatch center with the police department?
10     A.   Yes.
11     Q.   Does the fire department track the
12 number of incoming emergency calls?
13     A.   When you say "track," can you be
14 more specific?
15     Q.   Sure.  Just the -- the sheer
16 number.  The number of calls in a given year.
17     A.   Yes.
18     Q.   And does it track the number -- the
19 same definition of track -- the number of calls
20 coming in that are related to opioid incidents?
21     A.   We may or may not know that any
22 incoming call is -- is in response to an opiate
23 incident.
24         When -- when a 911 call comes in,
25 it could be anything from unresponsive to the

Page 185

1 full gamut of possibilities.  So you never know
2 if something is truly an opiate call or not.
3 Sometimes we never know.
4         But what I -- what I believe is the
5 number of opiate calls is higher than what
6 we've been able to track.  And I'll tell you
7 why.  When people are -- we find people
8 deceased, you don't know if it was an opiate
9 call or not.  Some people will and some people
10 won't tell us the truth as to what, you know,
11 their true issue is.  They know -- they know
12 what they've done, but they may not want to
13 tell us the truth as to what just occurred.
14         And then, also, some people might
15 have an altered level of consciousness where
16 they can't tell you what occurred, but someone
17 that's there in the room with them or if
18 there's any bystander there, they may or may
19 not be able to tell you or may or may not want
20 to tell you what occurred.
21     Q.   Very good.  So as I understand it,
22 no one has ever said to you, "Chief, we had X
23 number of opiate-related emergency calls."
24 That's just not a statistic that's knowable.
25         MS. LEYIMU:  Object to the form of

47 (Pages 182 - 185)

Page 186

1 the question.  Mischaracterizes the witness's
2 testimony.
3      A.   I'll describe it like this.  When
4 you arrive on a call and you evaluate a person,
5 there is no bona fide way of knowing 100
6 percent if this was an opiate call or not.  It
7 could be a different type of an overdose.  They
8 could have some other medical issues going on.
9           One of the treatments available
10 that we have for people with an altered level
11 of consciousness is Narcan.  So if we think
12 that Narcan may be able to help an individual,
13 then we administer it.  It is not for us to
14 determine if it was an opiate pill overdose,
15 heroin.  It's not for us to determine what
16 happened.  We don't have that ability to sit
17 there and test to see exactly what someone just
18 overdosed on.  Or for sure if that's 100
19 percent what the issue is.  There could be
20 other medical issues going on.
21           Again, we are the first line of
22 defense.  We -- we go out and we try to help
23 and save as many lives as we can, get those
24 people to the hospital and let a doctor take it
25 from there.

Page 187

1      Q.   Understood.  Chief, earlier when we
2 were talking about monthly dashboard reports,
3 do you remember that?
4      A.   Yes.
5      Q.   And I believe there was some
6 question of whether they were, in fact,
7 monthly.  That wasn't always the case?
8      A.   Yes.
9      Q.   Is that fair?
10      A.   That is fair.
11      Q.   Do you have any estimate of -- of
12 how often they are generated?
13      A.   I'm sorry.  Say it again.
14      Q.   Do you take an estimate of how
15 often they actually are generated?
16      A.   There are times where we have
17 generated them monthly, and then other times
18 when we just had too much going on and we were
19 not -- unable to.  So we try to do them
20 monthly, but that's not always the case.
21      Q.   And -- and, Chief, I asked this
22 before, but I just want to make sure I
23 understood you right.
24           When your -- when your department
25 is attempting to report how many opioid-related

Page 188

1 runs you had in a given period, do I understand
2 you right that you use whether Narcan was
3 dispensed as the indicator for an
4 opioid-related run?
5      A.   No.
6           MS. LEYIMU:  Object to the form of
7 the question.
8      Q.   Can you -- can you correct my
9 misunderstanding?
10      A.   The administration of Narcan is for
11 the typical unresponsive patient that we
12 suspect Narcan may be effective.  We don't have
13 proof of that, so our numbers are not based on
14 how many times we administer Narcan.
15           When you talk about opiate drug
16 overdose, we rely on doctors and information
17 from the County to give us here's how many
18 overdoses you had that were based on, you know,
19 whatever.  Again, we're not making that
20 determination.
21      Q.   I appreciate that clarification.
22           Chief, this will be Defendants'
23 Exhibit 8 -- 7.
24           - - - - -
25           (Thereupon, Deposition Exhibit 7,

Page 189

1           Akron Beacon Journal/Ohio.com
2           Article Titled, "Akron's New Fire
3           chief is Trusted by Colleagues and
4           Committed to Fighting Opioid
5           Epidemic", was marked for purposes
6           of identification.)
7           - - - - -
8           THE WITNESS:  Thank you.
9           MR. LANNIN:  You know what, Chief?
10 Can I borrow this very quickly?  I'm sorry.
11           THE WITNESS:  Sure.
12           MR. LANNIN:  Counsel, I wrote on
13 this copy by accident.  This is my copy.
14      Q.   Chief, take your time, but I'll
15 represent to you that this is an article that
16 we found on the Internet and printed.
17      A.   Yes.
18      Q.   Chief, have you seen Defense
19 Exhibit 7 before?
20      A.   Yes.
21      Q.   And what is it?
22      A.   This is actually information after
23 my promotion to fire chief.
24      Q.   Had you seen this specific article
25 from the Akron Beacon Journal before?

48 (Pages 186 - 189)

Page 190

1     A.   I have.
2     Q.   This -- we may have alluded to this
3  earlier this morning.  This was coincident with
4  your promotion on December 1, 2016?
5     A.   Yes.
6     Q.   And -- and it was your birthday?
7     A.   Correct.
8     Q.   So nice birthday present.
9          If you turn to the final paragraphs
10  of that article, Chief, it quotes you as saying
11  that "'The increase in the overdose deaths and
12  calls is alarming'" -- I'll just read the
13  paragraph -- "Tucker said of the City's most
14  pressing issue for the department, 'We have to
15  do something to help our people who are
16  hurting.  And the way I see it, if we don't
17  address this issue, it's just going to continue
18  to grow.  We have to address it as a team
19  effort with the hospitals, with public health,
20  with the police department.  And as a
21  collaborative effort, we need to figure out the
22  best way to help these people.'"
23          Do you see that?
24     A.   Yes.
25     Q.   Is that an accurate quote?

Page 191

1     A.   Yes.
2     Q.   Two years -- almost more than two
3  years on at this point, do you continue to
4  agree with what you said on that day?
5     A.   I do.
6     Q.   So you mentioned addressing the
7  issue, obviously.  This morning we talked about
8  three -- strike that.
9          In -- in what ways has the
10  department addressed the opioid crisis since
11  this point?
12     A.   A couple things.  We have
13  instigated our -- both the ARV as well as the
14  QRT programs, which put additional -- the ARV
15  put an additional unit out there during peak
16  times.  The Quick Response Team, or QRT, is
17  actually a collaborative effort, like we said
18  before, with mental health as -- as well as the
19  police department to go and try to get people
20  who have previously overdosed to agree to enter
21  a treatment program.
22     Q.   So the quote refers to team effort,
23  collaborative efforts.  QRT, as I understand
24  it, is one example of that type of
25  collaborative effort?

Page 192

1     A.   Correct.
2     Q.   Any others come to mind?
3     A.   That is our major attempt to try to
4  decrease the level of repeat overdoses.
5          And we have evaluated as to whether
6  or not we need to put a second unit in service
7  and whether or not we have the manpower to do
8  it.
9     Q.   When you refer to a second unit,
10  what does that mean?
11     A.   Say again.
12     Q.   What do you mean by second unit?
13     A.   Right now there is one QRT unit.
14  Whether or not we need to add additional QRT
15  or -- or ARV units.
16     Q.   So at the moment the department is
17  considering a second Quick Response Team?
18     A.   We are looking at if that would
19  help.  If they're able to actually -- excuse
20  me -- if one is effective enough, is one all
21  that we need right now?  Is one all that we can
22  afford right now?  Because all of these ideas
23  take money and manpower, and trying to evaluate
24  the effectiveness of this system.
25          MR. LANNIN:  Can we go off for a

Page 193

1  minute?
2          THE VIDEOGRAPHER:  Off the record,
3  1:51.
4          (A recess was taken.)
5          - - - - -
6          (Thereupon, Deposition Exhibit 8,
7          10/10/2017 E-Mail from Joseph Natko
8          Re: Opiate Talking Points,
9          AKRON_000233944 to 000233945, was
10          marked for purposes of
11          identification.)
12          - - - - -
13          THE VIDEOGRAPHER:  We're back on
14  the record, 2:13.
15  BY MR LANNIN:
16     Q.   Chief, earlier this morning we
17  discussed the training that you received in
18  responding to opiate -- opioid overdoses.
19          Do you remember that testimony?
20     A.   Vaguely.  Okay.
21     Q.   I believe you testified that as
22  part of paramedic training one learns to
23  observe the signs of a potential overdose and
24  how to dispense Narcan.
25     A.   Yes.

49 (Pages 190 - 193)

Page 194

1    Q.   Is that generally fair?
2    A.   That is fair.
3    Q.   And I assume paramedics at Akron
4 Fire Department today receive the same training
5 as part of their basic paramedic training?
6         MS. LEYIMU:  Object to the form.
7    A.   They receive training, but I'm
8 sure, you know, from 1989 to now it's
9 different.  It's evolved.
10    Q.   Understood.  But the -- the core
11 concept of recognizing an overdose, dispensing
12 Narcan, those -- those won't have changed.
13    A.   Correct.
14    Q.   Does the Akron Fire Department
15 offer any training for its employees that --
16 over and above basic paramedic training, that
17 is specific to opioid-related incidents?
18         MS. LEYIMU:  Object to the form of
19 the question.
20    A.   I'm just trying to get
21 clarification.  Are you referring to our
22 paramedics, then, or other individuals?
23    Q.   Any -- any class of employees.
24    A.   Our EMS bureau, along with the
25 medical director, determine what classes they

Page 195

1 think our medics would need for continuing
2 education.  And I don't know if it's -- if
3 that -- if the opiate training has been
4 something additional that they have given to
5 our medics or not.
6    Q.   So there's training that happens,
7 but sitting here today, you can't be sure one
8 way or the other whether there's been special
9 opioid-related training.
10    A.   That is correct.
11    Q.   To the extent there's trainings at
12 all, those are paid for by the Akron Fire
13 Department?
14         MS. LEYIMU:  Object to the form.
15    A.   You're asking if -- if the
16 trainings are paid for AFD?
17    Q.   Correct.
18    A.   Some are; some are not.
19    Q.   And those that aren't, how are
20 those paid for?
21    A.   There's a wide variety of ways that
22 training is paid for.  And when I say "a wide
23 variety," truly it is.
24         Some trainings are, you know, put
25 on by Summit County.  Other trainings might be

Page 196

1 put on by the International Association of
2 Firefighters.
3         So they're -- they're -- the gamut
4 is very large as to how different trainings are
5 paid for.  Just depends on the specific
6 training.
7    Q.   Is there someone in your department
8 who would be the best person to ask about which
9 entity was paying for a specific training?
10    A.   As it -- as it re- -- in regards to
11 EMS, I would assume?
12    Q.   Yes.
13    A.   That would be District Chief Joe
14 Natko.
15    Q.   You'd expect Joe Natko has records
16 about that type of thing?
17         MS. LEYIMU:  Object to the form.
18    A.   I'm not sure what kind of records
19 he would have for that.
20    Q.   Are you aware of any training that
21 the Akron Fire Department provides related to
22 opioid incidents for employees of other City
23 departments?
24    A.   I really don't have any knowledge
25 of training for other City employees.

Page 197

1    Q.   Would Chief Natko be the right
2 person to ask that question?
3    A.   That is correct.  Refer to Chief
4 Natko.
5         MR. LANNIN:  Chief, this is
6 Defendants' Exhibit 8.
7    A.   Okay.
8    Q.   Chief, do you recognize Defendants'
9 Exhibit 8?
10    A.   I do not recognize it, but I -- I
11 don't doubt that it was sent.  My name is on it
12 as being cc'd on this e-mail.
13    Q.   To your point, it appears to be an
14 e-mail from Chief Natko to various individuals
15 in which you're cc'd, dated October 10, 2017.
16         So, Chief, I want to talk about the
17 bullet points that Chief Natko lists near the
18 end of his e-mail under the heading "Efforts
19 Akron has taken to combat the opiate epidemic."
20         Do you see that?
21    A.   Okay.  Yes.
22    Q.   Now, you'll have to forgive me,
23 because I want to take them out of order, but
24 if you look at the third one down, it refers to
25 "Narcan addition to all safety forces

50 (Pages 194 - 197)

Page 198

1 vehicles."
2      Do you see that?
3    A.   Yes.
4    Q.   And, of course, we've talked about
5 Narcan quite a bit today.  Do you understand
6 what he's referring to when he -- he mentions
7 all safety force vehicles?
8    A.   At some point in 2016, we added
9 Narcan to police department vehicles, as well
10 as fire engines.  I believe that's what he is
11 referring to.  But to be 100 percent sure,
12 you'd have to ask Chief Natko.
13    Q.   And the bullet above that reads,
14 "Protocol revisions upping the Narcan."
15      Do you see that?
16    A.   Yes.
17    Q.   What does that refer to?
18    A.   I have no idea.
19    Q.   You're not familiar with any
20 revisions at this point in time regarding the
21 dosage of Narcan?
22    A.   I, again, am not serving currently
23 as an active paramedic for the City of Akron,
24 and the actual management of protocols is
25 something that he works out with our medical

Page 199

1 advisor.  Our medical director, rather.
2    Q.   And I think you told me earlier, to
3 the extent there was a protocol change, that
4 wouldn't land on your desk for approval?
5    A.   It would not.
6    Q.   Chief, who pays for the Narcan that
7 the Akron Fire Department dispenses?
8    A.   I think initially we purchase it,
9 and then it -- as it is used, it is exchanged
10 at the hospital, if we're talking about EMS
11 units.  If you're talking about other apparatus
12 around the city, I'm not sure.
13    Q.   Is it the same with Akron Fire
14 trucks, insofar as the City purchases the
15 initial batch and then exchanges one for one?
16    A.   Correct.
17    Q.   For other safety vehicles, you're
18 not sure?
19    A.   That is correct.
20    Q.   Do you know how often after the
21 initial purchase the City -- or I'm sorry --
22 Akron Fire Department needs to purchase more
23 Narcan, if at all?
24    A.   I am not aware of that.  That would
25 be between District Chief Natko and District

Page 200

1 Chief Kaut.
2    Q.   Remind me, District Chief Kaut,
3 his -- his role?
4    A.   He is actually our accountant.
5    Q.   Keeps the books?
6    A.   Yes.
7    Q.   The third bullet from the top
8 reads, "QRT program Thursday deployments."
9 That refers to the Quick Response Team that
10 we've been discussing?
11    A.   The third bullet, you said?
12    Q.   The third bullet from the top --
13 from the bottom.  Excuse me.
14    A.   Oh, okay.
15      Yes.
16    Q.   Is it still the case that the QR
17 team -- T -- the Quick Response Team deploys on
18 Thursdays only?
19    A.   The last I heard, it was only on
20 Thursdays, correct.
21    Q.   What costs, if any, does the fire
22 department incur in relation to the Quick
23 Response Team?
24      MS. LEYIMU:  Object to the form of
25 the question.

Page 201

1    A.   The salary for the personnel on the
2 unit; the vehicle that is used to go out to
3 deploy this -- this -- this unit; gas and
4 maintenance of the vehicle.  And I'm sure there
5 are others, but I can't think of them at this
6 moment.
7    Q.   Sitting here today, do you have
8 a -- do you know how much it costs the fire
9 department to pay for the QRT or contribute to
10 the QRT?
11    A.   No.
12    Q.   And District Chief Kaut?
13    A.   Correct.
14    Q.   And forgive me.  You might have
15 said this earlier, Chief, that the personnel
16 you referred to from the fire department that
17 participate on the QRT, are those fire medics?
18    A.   They are paramedics.
19    Q.   The first bullet in that list on
20 Defendants' Exhibit 8 refers to "Member of the
21 Summit County Opiate Task Force, a group that
22 shares best practices?"
23      Do you see that?
24    A.   Yes.
25    Q.   Are you familiar with the Summit

51 (Pages 198 - 201)

Page 202

1 County Opiate Task Force?
2     A.   I -- I know of it, but I don't
3 participate on it.
4     Q.   And what do you know about it?
5     A.   I have District Chief Natko
6 assigned to it, and if there's anything of that
7 group that he needs to come back and share with
8 me, he will.
9     Q.   Do you recall instances where --
10 where he has done that?
11     A.   Yes.
12     Q.   Does the Akron Fire Department
13 incur any costs in connection with its
14 participation in the Summit County Opiate Task
15 Force?
16         MS. LEYIMU:  Object to the form of
17 the question.
18     A.   There is a cost for an employee to
19 be taken off their other assignments to go and
20 participate on this task force, fuel and a
21 vehicle to get them to and from the meetings,
22 and probably others, but I'm not aware of them.
23     Q.   To your knowledge, is there any
24 type of fee, for example, that the fire
25 department pays to be a member of this task

Page 203

1 force?
2     A.   Not that I'm aware of.
3     Q.   In your tenure, has it always been
4 Chief Natko who's represented the fire
5 department on this task force?
6     A.   Are you referring to my tenure as
7 fire chief or my tenure on the fire department?
8     Q.   I guess I mean since you've been
9 chief, yes.
10     A.   Yes, it has been Chief Natko.
11     Q.   Besides this Summit County Opiate
12 Task Force, are there any other task force or
13 working groups of that nature that the fire
14 department participates in that are related to
15 opiate incidents?
16         MS. LEYIMU:  Object to the form.
17     A.   Not that I'm aware of.
18     Q.   The fourth bullet, Chief, reads,
19 "Referral educational materials for
20 distribution on all med units."
21         Do you see that?
22     A.   Yes.
23     Q.   Do you know what that refers to?
24     A.   Yes.  I think it is printed
25 material that is given out on EMS calls where

Page 204

1 we suspect that there is an overdose issue,
2 drug, list out options.
3     Q.   Who pays for that educational
4 material?
5     A.   I'm not sure.
6     Q.   Best person to ask, District Chief
7 Kaut?
8     A.   Correct.
9     Q.   Next bullet down, "Narcotic
10 disposal bags for distribution on all med
11 units."  Do you see that?
12     A.   Yes.
13     Q.   Do you know what that refers to?
14     A.   I was aware of this, if that's what
15 you mean.  So I was aware we were doing it, but
16 that's it.
17     Q.   Do you know what it is?
18     A.   Yes.  Bags to properly dispose
19 different drugs if, you know, the person at
20 that -- on that call would -- would like to get
21 rid of drugs.  Not just illicit drugs, but any
22 drugs.
23     Q.   So for disposal, for example, of
24 unwanted prescription drugs or illegal drugs?
25     A.   This may be something different,

Page 205

1 though, because it refers to narcotic disposal
2 bags, so I'm not sure.  We'd have to defer to
3 Natko.
4     Q.   Understood.
5         But there is something that you're
6 familiar with, some type of program, that --
7 that provides bags to dispose of unwanted
8 prescription or illicit --
9     A.   Yes.
10     Q.   -- drugs?
11         Do you know who pays for that
12 program?
13     A.   No.
14     Q.   District Chief Kaut?
15     A.   Ask Kaut/Natko.
16     Q.   Chief, besides the items that
17 we've -- the programs or projects that we've
18 talked about today, including the items listed
19 here, any other initiatives or programs that
20 you can think of that the fire department has
21 implemented specifically in response to the
22 opioid -- what you've called an opioid epidemic
23 or crisis?
24     A.   Programs?  No.
25     Q.   We've covered them all?

52 (Pages 202 - 205)

Page 206

1     A.    I believe so.
2     Q.    Chief, you said earlier, I believe,
3  that your call-takers or your paramedics
4  arriving on a scene don't have the ability to
5  know what substance caused a given overdose.
6  Is that fair?
7          MS. LEYIMU:  Object to the form of
8  the question.
9     A.    We don't know 100 percent, but
10 sometimes there are hints.  So if there are
11 drugs still lying around that we can identify,
12 then we identify them.  But, again, that's what
13 we suspect.  It's not concrete.
14    Q.    And as I think follows from that, I
15 gather your call-takers, your paramedics, don't
16 know for sure, except in those types of
17 instances, which specific opiate caused an
18 overdose, if in fact it was an opiate?
19    A.    That is correct.
20    Q.    All right, Chief.  Everyone's
21 favorite topic, the budget.  I'll try to go
22 quick.
23    A.    Okay.
24    Q.    How is the fire department's budget
25 created?

Page 207

1     A.    Collaboration between District
2  Chief Kaut and Diane Miller-Dawson, as well as
3  Steve Fricker for the City.
4     Q.    Ms. Miller-Dawson and Mr. Fricker
5  work in finance?
6     A.    That is correct.
7     Q.    How would you characterize your
8  role, if any, in developing or improving
9  this -- the fire department budget?
10    A.    Just like in everything that I am
11 responsible for, I'm responsible for setting
12 the tone of what we're doing and directing my
13 deputy- and district-chief-level supervisors as
14 to how I want specific situations handled.
15    Q.    So would that mean, for example,
16 giving guidance to your subordinates about
17 priorities or projects that you think need
18 funding?
19    A.    That is correct.
20    Q.    Do you get down into the weeds in
21 terms of proposing actual hard numbers --
22    A.    No.
23    Q.    -- or is it at a higher level?
24    A.    That's -- that's -- that's at
25 Lieutenant Steve -- excuse me, District Chief

Page 208

1  Kaut's level.
2     Q.    He does the numbers?
3     A.    Yes.
4     Q.    Do you need to approve the budget
5  before it's submitted?
6     A.    Yes.
7     Q.    Once a budget has been formulated
8  and you've approved it, does it go to another
9  body for debate or implementation or approval?
10    A.    Yes.
11    Q.    What body?
12    A.    Again, Diane Miller-Dawson and
13 Steve Fricker.
14    Q.    So the finance department has a
15 role in approving the budget once it gets out
16 of your department?
17    A.    Yes.
18    Q.    Who has ultimate authority for
19 approving the budget; do you know?
20    A.    Yes.  Those two:  Diane
21 Miller-Dawson and Steve Fricker.
22    Q.    So the city council, for example,
23 doesn't vote on -- on that?
24    A.    They do vote on it, but -- well, so
25 as a correction, I guess, city council does

Page 209

1  have to approve the final budget for the entire
2  city.
3     Q.    Is it an annual budget for the fire
4  department?
5     A.    Yes.
6     Q.    Is it your favorite part of the
7  job?
8          Strike the question.  I won't make
9  you answer that on the record.
10         MR. LANNIN:  This is Defendants'
11 Exhibit 9.
12         - - - - -
13         (Thereupon, Deposition Exhibit 9,
14         1/17/2017 E-Mail from Amanda Groeger
15         Re: 2016 Budget Comment Bulleted,
16         with Attachment, AKRON_000230168 to
17         000230169, was marked for purposes
18         of identification.)
19         - - - - -
20    A.    Yes.
21    Q.    Chief, do you recognize Defendants'
22 9?
23    A.    Yes.
24    Q.    What is it?
25    A.    It was a a -- like a cheat sheet

53 (Pages 206 - 209)

Page 210

1 developed for me by my secretary at that time
2 as I was about to go and speak to city council
3 about our budget.
4     Q.   And do you recall attending the
5 city council to deliver these talking points?
6     A.   This particular one, yes.
7     Q.   Have you done it every year since
8 you've been chief?
9     A.   No.
10    Q.   This was shortly after you were
11 promoted; is that right?
12    A.   Correct.
13    Q.   Who is Amanda Groeger?
14    A.   She used to be my secretary.
15    Q.   And she's left the department?
16    A.   No.  She's in another position in
17 the fire department now.
18    Q.   What's her role now?
19    A.   She is a secretary out at our
20 training academy.  Excuse me.  Administrative
21 assistant.  They're not called secretaries any
22 longer.
23    Q.   Very good.
24    A.   Uh-huh.
25    Q.   Chief, under the bullets for 2016

Page 211

1 on that document, do you see the third one down
2 that reads "AFG Grants/SCBAs and thumpers"?
3     A.   Yes.
4     Q.   Can you translate what that means?
5     A.   It was, again, just something to
6 cue my thought process for the --
7 Assistance to Firefighters Grant, the purchase
8 of new SCBAs, or self-contained breathing
9 apparatus, that firefighters wear into a fire.
10 And what we call thumpers are machines that do
11 CPR, the -- actual pumping action of CPR on
12 people so that you can free up the medics or
13 EMTs to do something else while the machine
14 takes that one particular function over.
15    Q.   Who provides the AFG Grant?
16    A.   Who provide -- you mean where is it
17 coming from?
18    Q.   Exactly.
19    A.   Assistance to Firefighters Grant?
20 It is through FEMA and the National Fire
21 Academy.
22    Q.   It's federal money?
23    A.   That is correct.
24    Q.   How about the next bullet down,
25 refers to a SAFER Grant.

Page 212

1     A.   Yes.
2     Q.   Do you know what that is?
3     A.   SAFER Grant is a grant that you can
4 apply for on an annual basis that helps you
5 boost your number of firefighters to what we
6 would consider an adequate level.
7     Q.   Is it federal funds?
8     A.   It is federal funds, and there is a
9 matching percentage for both of these grants.
10    Q.   What do you mean when you refer to
11 a "matching percentage"?
12    A.   It might be 80/20, where they
13 provide 80 percent of the money; you provide 20
14 percent.
15    Q.   I understand.
16        The -- the fire department
17 itself -- the City itself provides part of the
18 grant?
19    A.   Correct.
20    Q.   So am I correct that in 2016, at
21 least, the -- the AFD had been awarded funds
22 from a SAFER Grant?
23    A.   Yes.
24    Q.   Do you know if the City received a
25 SAFER Grant in 2017?

Page 213

1     A.   I believe we did not, and I believe
2 our 2016 grant ran out at the beginning of this
3 year.  It only runs for two years.
4     Q.   And the SAFER Grant pays
5 exclusively for hiring new fire medics; is that
6 right?
7     A.   That is correct.
8     Q.   Who in your department would know
9 the most about the details of some of these
10 grants?
11    A.   District Chief Steve Kaut.
12    Q.   Still District Chief Kaut.
13        Besides the AFG and the SAFER
14 Grants, are there any that come to mind that
15 you're aware of the AFD receiving?
16    A.   Actually, we've applied for and
17 received numerous other grants.  And I could
18 not tell you the scope of all of them, but
19 numerous grants.  Some were small and some were
20 large.
21    Q.   Is it mostly several -- excuse
22 me -- mostly federal, mostly state, or a mix
23 of -- of different types?
24    A.   A mix of different types.
25    Q.   Do you know of any grants that the

54 (Pages 210 - 213)

Page 214

1 AFD has either applied for or received that
2 relate exclusively to opioid-related incidents
3 or costs?
4         MS. LEYIMU:  Object to the form of
5 the question.
6     A.   I do not.
7     Q.   Sorry.  You don't -- there are
8 none, or you don't know one way or the other?
9     A.   I don't know of any.
10     Q.   The next bullet down, do you see
11 where it reads EPCR?
12     A.   Yes.
13     Q.   Do you know what that stands for?
14     A.   Honestly, I don't remember.
15     Q.   You can put that away, Chief.
16 Thank you.
17         MR. LANNIN:  Chief, this would be
18 Defendants' Exhibit 10.
19             - - - - -
20         (Thereupon, Deposition Exhibit 10,
21         2017 Budget Plan, City of Akron,
22         Ohio AKRON_000003228 to 000003558,
23         was marked for purposes of
24         identification.)
25             - - - - -

Page 215

1     Q.   This obviously is voluminous.
2 We're only going to look at a few pages, so if
3 you want to look at the front page to
4 familiarize yourself and then we can direct you
5 to some specifics.
6         I apologize, but we're required to
7 print the whole thing for the witness.
8     A.   Okay.
9     Q.   Chief, do you recognize Defendants'
10 Exhibit 10?
11     A.   I do not recognize it, but I
12 believe I realize what it is.
13     Q.   Let me represent to you that it
14 appears to be the 2017 budget for the City of
15 Akron.
16     A.   Yes.
17     Q.   Do you see that?
18         Have you seen this book before?
19 This budget plan before?
20     A.   Not in its entirety, like this.  So
21 in a -- in a format approximately like what you
22 have in your hand.
23     Q.   Before we look at specific pages --
24     A.   Okay.
25     Q.   -- Chief, at a general level, how

Page 216

1 would you describe the sources of funding for
2 the fire department?
3     A.   Say again.
4     Q.   At a general level, what are the
5 major sources of funding for the fire
6 department?
7     A.   There are multiple, and to know
8 each -- each of those, I would defer to
9 District Chief Kaut.
10     Q.   And do you know at -- at a very
11 high level just the different types of funding
12 that -- that provide for the fire department?
13     A.   There is an annual budget that is
14 provided to us from the City.  And we have
15 income from a few other sources.
16     Q.   What sources would those be?
17     A.   One of the major ones is we bill
18 for EMS transport.  It is a soft bill system.
19     Q.   What do you mean by "soft bill"?
20     A.   A bill is sent, and if the -- if
21 the resident's insurance pays for it,
22 wonderful, and if they don't, we don't bill
23 again.  We don't make an issue of it.
24     Q.   You mentioned income from a few
25 other sources.  I understand EMS billing is one

Page 217

1 of them.  Are there any others that come to
2 mind?
3     A.   Yes.  We currently have an
4 agreement with American Medical Response, or
5 AMR, to do our Code 2 transports.  And if they
6 do not arrive on scene in a timely manner, then
7 they are basically fined.  So that is
8 another -- another way we have income.
9     Q.   Any others come to mind?
10     A.   That's all I can think of.  And
11 again, I'd refer you to District Chief Kaut.
12     Q.   Also the grants we discussed
13 earlier, those are sources of funding for the
14 department?
15     A.   It is.  Multiple.
16     Q.   Okay, Chief.  If you look at
17 page -- what's marked as page 172 on the bottom
18 of the budget document.
19     A.   Okay.
20     Q.   Defendants' Exhibit 10.
21     A.   Okay.
22     Q.   Do you see the bottom of that page,
23 the section that reads, "Department sources and
24 uses of funds by funding category 2017"?
25     A.   Yes.

55 (Pages 214 - 217)

Page 218

1     Q.   Do you understand the difference
2   between the general fund, the special revenue
3   fund, and the trust and agency fund?
4     A.   Vaguely.
5     Q.   What's your best understanding?
6     A.   The general fund is the general
7   fund for the City of Akron, and it includes
8   most of the money that the City has gathered
9   together from taxes and other sources of our
10  city.
11         The special revenue fund and the
12  trust and agency fund, I have no idea.  I'd
13  refer to District Chief Kaut.
14    Q.   Do you know to the extent that
15  the -- strike that.
16         The income that the EMS -- the
17  income that the fire department receives from
18  the EMS services that we just discussed --
19    A.   Yes.
20    Q.   -- would that be reflected in one
21  of these three line items?
22    A.   Again, I'd defer to Chief Kaut.
23    Q.   You're not sure one way or the
24  other?
25    A.   No.

Page 219

1     Q.   Have you seen this page before, by
2   the way?
3     A.   This specific page?  No.
4     Q.   If you look at the top panel of
5   that page, Chief, it reads, "Detailed summary
6   of expenditures by category."
7     A.   Yes.
8     Q.   Do you see that?
9          Just eyeballing those lists of line
10  items, does that appear to account for the
11  major categories of expenditures from the fire
12  department?
13    A.   Again, I'd have to defer to Chief
14  Kaut.
15    Q.   Chief, have you ever seen any fire
16  department budget or other document, any type
17  of line item that is dedicated exclusively to
18  costs associated with the opioid epidemic?
19         MS. LEYIMU:  Object to the form.
20    A.   In this budget, no, I've not seen
21  anything to that effect at all.
22    Q.   And besides this budget, have you
23  ever seen anything like that in -- in another
24  budget or other document?
25    A.   Specifically for opiates?  No.

Page 220

1     Q.   The agreement with AMR that you
2   referenced a few moments ago --
3     A.   Yes.
4     Q.   -- if memory serves -- and correct
5   me if I'm wrong -- but there are certain
6   circumstances in which AMR will transport a
7   patient from the site of the incident to the
8   hospital?
9     A.   Correct.
10    Q.   That's subject to a contract that
11  AMR has with the City?
12    A.   Yes.
13    Q.   And you mentioned that there are
14  circumstances in which the fire department can
15  levy a fine if AMR is -- is late?
16    A.   Yes.
17    Q.   Do you know how often that happens?
18    A.   It varies.  There are times when
19  there are quite a few 15-minute -- because
20  basically they need to be on scene in 15
21  minutes after we ask for them.  There are times
22  when they do very well and other times when not
23  so much.
24    Q.   Is there any pattern to their
25  performance that you're aware of?

Page 221

1     A.   Not that I'm aware of.
2     Q.   Do you have any sense of -- of how
3   much money the -- the fire department has
4   collected in fines in a given year?
5          MS. LEYIMU:  Object to the form of
6   the question.
7     A.   I do not.
8     Q.   District Chief Kaut --
9     A.   Yes.
10    Q.   -- might know?
11    A.   Correct.
12    Q.   I understand you may not know
13  specifics, but do you have a general sense of
14  how often this is happening?
15         MS. LEYIMU:  Object to the form of
16  the question.
17    A.   No.
18    Q.   Is it, for example, a daily thing,
19  or less frequently than that?
20         MS. LEYIMU:  Object to the form.
21    A.   What I can tell you is we average
22  somewhere around 120 calls per day.  And so a
23  good percentage of those calls -- and I'm not
24  sure what the percentage is -- are what we call
25  Code 2 transports.

56 (Pages 218 - 221)

Page 222

1    For Code 2 transports, that is the
2  agreement we have with AMR for non-emergency
3  transport.  But I could not tell you how many
4  per day or what the average is.  That I would
5  defer to District Chief Natko.  He would have
6  those figures.
7    Q.   Is -- is Akron Fire Department
8  satisfied with the performance of AMR?
9        MS. LEYIMU:  Object to the form of
10  the question.
11    A.   I think that's subjective, but not
12  always.
13    Q.   I -- I would assume -- correct me
14  if I'm wrong, but I assume your preference
15  would be that they're never late to an
16  incident?
17    A.   That would be our preference.
18    Q.   And to your knowledge, has the City
19  ever considered using a different ambulance
20  vendor for this type of service?
21        MS. LEYIMU:  Object to the form of
22  the question.
23    A.   We have discussed it, but there are
24  no other ambulance companies in the Akron area
25  that can handle this volume of calls.

Page 223

1    Q.   When AMR transports a patient -- a
2  Code 2 patient, do they bill the patient for
3  their services?
4    A.   Yes.
5    Q.   Do you know if they have the same,
6  I believe you said, soft bill policy --
7        MS. LEYIMU:  Object to the form of
8  the question.
9    Q.   -- as the fire department?
10        MS. LEYIMU:  Oh, sorry.  Object to
11  the form.
12    A.   I mean, I'm not aware of what their
13  billing policy is.
14    Q.   The contract between the City and
15  AMR, does AMR pay for the right to be the
16  exclusive provider or transport for these Code
17  2 patients?
18        MS. LEYIMU:  Object to the form.
19    A.   Not that I'm aware.
20    Q.   So the only -- to your knowledge,
21  the only money that's exchanging between the
22  City and AMR pursuant to this contract are
23  these fines for tardy performance?
24    A.   To the best of my recollection,
25  yes.

Page 224

1    Q.   To clarify one thing.  On the
2  definition of a Code 2 patient, are all
3  suspected overdoses carried by AFD to the
4  hospital?
5    A.   I cannot make that statement.
6  There are some that are Code 3 transports,
7  which means the Akron Fire will transport.  And
8  there are some --
9        Again, each -- each individual call
10  is evaluated.  You have an evaluation done by
11  our paramedics.  We then will call a hospital.
12  It'd be regardless of which hospital they want
13  to go to.  Call that hospital and talk to that
14  emergency room physician, and that physician
15  makes the final determination as to whether
16  it's a Code 1, 2 or 3 transport.
17        And so there is no standard, I
18  would say.  Each case -- each individual call
19  is different.
20    Q.   So there's no, per se, policy, for
21  example, that any suspected overdose must be
22  transported by AFD?
23        MS. LEYIMU:  Object to the form of
24  the question.
25    A.   There is no mandate that it has --

Page 225

1  that person has to be transported by AFD.  It
2  is all at the determination of the emergency
3  room physician.
4    Q.   You can put this away, Chief.
5        Chief, sitting here today, do you
6  know how much the City -- or the fire
7  department, I should say, spent in 2018 on
8  taking 911 calls that were related to opioid
9  overdoses?
10        MS. LEYIMU:  Object to the form.
11    A.   No.
12    Q.   Have you ever seen such a number?
13    A.   Specifically for opioid calls, not
14  to my recollection.
15    Q.   Do you know, sitting here today,
16  how much the City spent in 2018 in EMS runs
17  related to suspected opiate overdoses?
18    A.   No.  I'd defer to Chief Kaut.
19    Q.   And a number like that has never
20  crossed your desk?
21    A.   No.
22    Q.   Sitting here today, do you know how
23  much the City spent in 2018 on training EMS
24  personnel to respond to opiate incidents?
25    A.   No.

57 (Pages 222 - 225)

1   Q.   Again, Chief Kaut would be the
2 person to ask?
3     A.   Correct.
4         MS. LEYIMU:  Object to the form.
5     Q.   And forgive me if I asked this
6 earlier.  The -- the costs that the City -- I'm
7 sorry -- that Akron Fire Department spent on
8 Narcan in 2018, do you know that number today?
9     A.   No.
10    Q.   And who would be the right person?
11    A.   That would be Chief Kaut.
12    Q.   The same?
13        Switching the question very
14 slightly, Chief.  Do you know how much it costs
15 the department for an individual run that's
16 related to a suspected opiate overdose?
17        MS. LEYIMU:  Object to the form of
18 the question.  Asked and answered.
19    A.   Repeat the question, please.
20    Q.   Sure.  I'm asking for a given
21 individual run, EMS run --
22    A.   Okay.
23    Q.   -- that's related to a suspected
24 opiate overdose.  Do you know how much that
25 costs the department?

1     A.   No.
2     Q.   Has a number like that ever crossed
3 your desk?
4         MS. LEYIMU:  Object to the form.
5     A.   Not that I can recall.
6     Q.   If -- if one was looking to
7 determine the number of EMS runs that your
8 department went on in a given year that were
9 related -- definitively related to an opioid
10 overdose, would you need to examine the run
11 reports to make that evaluation?
12        MS. LEYIMU:  I'll object to the
13 form.
14    A.   No, because I don't think the run
15 reports are going to give you an accurate
16 number.
17        I think you would need to get
18 information from the hospitals, as well as from
19 the doctors.  Because there may be an overdose,
20 and it could be something else.
21    Q.   That's for the reasons you said
22 earlier, that the doctors or the hospital will
23 have the best information at the end of the day
24 about the actual cause of the suspected
25 overdose?

1         MS. LEYIMU:  Object to the form of
2 the question.
3     Q.   Is that fair?
4     A.   That is correct.
5         MR. LANNIN:  This will be
6 Defendants' Exhibit 11.
7         - - - - -
8         (Thereupon, Deposition Exhibit 11,
9         March 2018 E-Mail Chain Re: % of
10        Non-Violent Safety Force Calls
11        Related to Opioid Addiction and
12        Mental Health, AKRON_000236377 to
13        AKRON_000236379, was marked for
14        purposes of identification.)
15        - - - - -
16        MR. LANNIN:  Can we go off for one
17 moment?
18        THE VIDEOGRAPHER:  Off the record,
19 3:00.
20        (A recess was taken.)
21        THE VIDEOGRAPHER:  We're back on
22 the record, 3:16.
23 BY MR. LANNIN:
24    Q.   Chief, just before I spilled water
25 everywhere, I had handed you Defendants'

1 Exhibit 11.  Please take as much time as you
2 need, but let me know when you're ready to
3 discuss that document.
4     A.   Okay.
5         Okay.
6     Q.   Chief, do you recognize Defendants'
7 11?
8     A.   Yes.
9     Q.   And what is it?
10    A.   It's an e-mail, in this case from
11 me to Deputy Mayor Brown, with some information
12 that I had requested from District Chief Natko.
13    Q.   Before we dig into the e-mail, any
14 reason to doubt that this is an e-mail that you
15 sent?
16    A.   No.
17    Q.   The -- it appears that the request
18 originated with a Russell Neal to Deputy Mayor
19 Brown, the first e-mail on that chain.
20        Do you see that?
21    A.   Yes.
22    Q.   Do you know who Russell Neal is?
23    A.   Yes.  He is our Ward 4 council
24 person.
25    Q.   In that e-mail, Mr. Neal had

Page 230

1 written to Deputy Mayor Brown, "Please give
2 council the percentage of nonviolent calls made
3 by the police and fire that related to an
4 opioid- or a drug-related call or mental
5 health-related issue."
6      Do you see that?
7   A.  I do.
8   Q.  And it says, "Please also give us
9 the cost per call."
10      As you said, it then gets
11 transferred, and it comes to you, and you send
12 it to District Chief Natko.  Is that fair?
13   A.  Yes.
14   Q.  So Chief Natko's response begins to
15 you -- well, it appears to report results from
16 what he terms a "reporting database."
17      Do you see that term in his first
18 sentence?
19   A.  I'm sorry.  Say again.
20   Q.  The very first sentence in his
21 e-mail reads, "Our reporting database."
22   A.  Yes.
23   Q.  Do you see that?
24      Do you understand what that refers
25 to, the reporting database?

Page 231

1   A.  Actually, I am not sure of which
2 database he's referring to.
3   Q.  He then appears to report
4 statistics for the number of calls that were
5 related to, for example, opioid/drug.  Do you
6 see that?
7   A.  Yes.
8   Q.  And for 2017, he reports there were
9 1,279 calls.  Do you see that statistic?
10   A.  I do.
11   Q.  Do you have any understanding of --
12 of how he would have gathered that number?
13   A.  I do not.
14   Q.  Is there a field in a database that
15 is marked "opioid/drug"?
16      MS. LEYIMU:  Object to the form.
17   A.  You'd have to ask District Chief
18 Natko as to where he received this data or how
19 he came up with this data.  I'm not sure.
20   Q.  Do you have an understanding of --
21 of what the category opioid/drug means or
22 captures?
23      MS. LEYIMU:  Object to the form.
24   A.  I think we'd have to get from Chief
25 Natko exactly what he meant, but it looks like

Page 232

1 it's in response to the question from Russ
2 Neal.  He's asking for percentage of nonviolent
3 calls made by both police and fire related to
4 an opiate- or a drug-related call.  I think
5 that's why you see the opiate/drug category.
6   Q.  But you're not sure one way or the
7 other how Chief Natko determined what calls fit
8 into that category?
9   A.  No.
10   Q.  It reports that those 1,279 calls
11 represent 2.8 percent of the total volume for
12 2017.  Do you see that?
13   A.  Yes.
14   Q.  Is the fact that opioid/drug-related
15 calls accounted for less than 3 percent of
16 calls in 2017 consistent with your own
17 experience?
18      MS. LEYIMU:  Object to the form of
19 the question.
20   A.  I wouldn't word it that way.  I'd
21 say that from what we were able to actually
22 identify as drug- and opiate-related calls,
23 this is the percentage that Chief Natko thought
24 we had.
25   Q.  And you -- there's no reason that

Page 233

1 you would doubt or question the statistic that
2 Chief Natko generated?
3   A.  No.  But I do wonder if this is the
4 complete total number of calls.  Again, I don't
5 know how this number was -- was derived, but I
6 have to wonder if this is the -- the -- the
7 actual totality of the calls that we had that
8 were opiate or drug related.
9   Q.  Why is that?
10   A.  Because of what I mentioned to you
11 before.  There are calls that we go on for
12 different types of things that you may not know
13 are drug related but could be, such as a DOA,
14 someone that's obviously been deceased for, you
15 know, a number of days.  We may or may not have
16 any idea as to what may have caused that.
17   Q.  The 2.8 percent statistic that
18 Judge -- I'm sorry, that Chief Natko reports --
19   A.  Yes.
20   Q.  -- that's less than you would have
21 expected if someone asked you to estimate the
22 same number?
23      MS. LEYIMU:  Object to the form of
24 the question.
25   A.  I believe it's less than the actual

59 (Pages 230 - 233)

Page 234

1 number.  I would say that is correct.
2     Q.   Chief, I just want to understand,
3 because I asked you if you had reason to doubt
4 the statistics that Chief Natko generated, and
5 you told me no.
6     A.   Okay.
7     Q.   So now are you second-guessing him?
8 Are these accurate or not?
9         MS. LEYIMU:  Object to the form of
10 the question.  Asked and answered.
11     A.   I believe these are the best
12 statistics that we could put together at the
13 time, but are they accurate?  I don't know.
14     Q.   Have you heard before anecdotally
15 that calls related to opioid/drug incidents
16 accounted for such a small fraction of the
17 overall total?
18         MS. LEYIMU:  Object to the form of
19 the question.
20     A.   Repeat the question, please.
21         MR. LANNIN:  Read it back.
22           (Record read.)
23     A.   I had not heard that.
24     Q.   Are you surprised by the number
25 here?

Page 235

1         MS. LEYIMU:  Object to the form of
2 the question.
3     A.   I am not surprised by the number,
4 but I'm not sure as to how these numbers were
5 calculated.
6     Q.   If Chief Natko is correct that
7 opioid/drug-related calls accounted for less
8 than 3 percent of the calls in 2017, do you
9 stand by your testimony earlier this morning
10 that the opioid crisis is crippling the fire
11 department?
12         MS. LEYIMU:  Object to the form of
13 the question.
14     A.   I stand by my testimony that the
15 opiate/drug epidemic seemed to not only peak
16 but also truly exhaust our resources,
17 especially in 2016, and it continues to this
18 day.
19     Q.   So there's no inconsistency in your
20 mind with calls that account for such a tiny
21 fraction of the total, nonetheless, in your
22 words, crippling the department?
23         MS. LEYIMU:  Object to the form.
24 Asked and answered several times.
25         You can answer.

Page 236

1     A.   I think this is a number that
2 reflects what we were able to do with our
3 databases.  And again, I don't know what -- how
4 Chief Natko came to this number, but I wonder
5 if this is a true account of all of the
6 opiate/drug-related calls that we have had.
7 Because less than 3 percent, it's just a number
8 that I question if it is really getting a true
9 picture as to what's going on.
10     Q.   Based on your testimony that in
11 2016 things peaked, would you expect that if
12 Chief Natko had generated a report of
13 statistics for 2016, they would have -- it
14 would have been a higher number of calls
15 related to drug/opioid?
16         MS. LEYIMU:  Object to the form.
17 Calls for speculation.
18     A.   Again, I don't know the percentage
19 of calls we had for 2016, but I think it's
20 higher than 2.8 percent.
21     Q.   In 2018, the next set of columns
22 over, Chief, do you see where he reports 181
23 calls through March 7, 2018?
24     A.   Yes.
25     Q.   And at that point in the year, that

Page 237

1 represented, apparently, 2.2 percent of the
2 total volume.  Do you see that?
3     A.   Yes.
4     Q.   Fair to say that the trend was down
5 from 2017 to that point in 2018?
6         MS. LEYIMU:  Object to the form of
7 the question.
8     A.   I will confirm that 2.2 is less
9 than 2.8.  But again, this may or may not have
10 been at a valley or a peak time for which we
11 were having calls for opiates.
12     Q.   Chief, you -- the next -- the next
13 line down -- the next row down -- excuse me --
14 reads "Mental health."
15         Do you see that?
16     A.   Yes.
17     Q.   Do you have an understanding what
18 mental health captures?  What types of -- what
19 types of calls that means?
20     A.   I believe I know what he's
21 referring to, but I'm not 100 percent sure.
22     Q.   What's your best guess?
23     A.   My best guess would be that when he
24 says a mental health call is a call to someone
25 that is having a -- mental disturbance.

60 (Pages 234 - 237)

Page 238

1    Q.   Again, do you know one way or the
2 other how Chief -- I'm sorry -- how Chief Natko
3 would have queried the system to come up with
4 those statistics for mental health calls?
5    A.   I do not.
6    Q.   The next line down, Chief, reads,
7 "The cost per call for a four-person AFD
8 ambulance is $155.05 per call."
9        Do you see that?
10    A.   Yes.
11    Q.   Do you know how Chief Natko
12 calculated that number?
13    A.   I do not.
14    Q.   Have you seen a number like that
15 before?
16    A.   Not that I can recollect, but this
17 does not surprise me.
18    Q.   And why is that?
19    A.   When you consider four people on an
20 ambulance, when you consider their salaries,
21 their vehicle itself, maintenance and
22 everything else that would be involved, that it
23 would be at least this much.
24    Q.   Do you interpret this result as
25 being the average cost per call for a

Page 239

1 four-person AFD ambulance?
2        MS. LEYIMU:  Object to the form.
3 Calls for speculation.
4    A.   What is an average call?
5        The problem is you're trying to add
6 something that is a movable number on
7 something.  It's a movable number that -- and
8 we're trying to actually lock it down.
9        And I'll give you an example.  A
10 call that lasts for 10 minutes, if you look at
11 the personnel costs and everything else, is
12 going to be very small.
13        A cost for something where we -- we
14 are an hour with treatment, administering
15 expensive drugs, transport to the hospital, use
16 of other equipment to -- to try to stabilize
17 this victim as we transport to the hospital is
18 going to be extremely high.  So it's a movable
19 number depending on the call itself.
20    Q.   Thank you.  You gave a better
21 answer to my question than I -- than I asked,
22 and that was what I meant, sir.
23        And my -- my surmise was that, for
24 example, a long call, a gunshot wound, for
25 example, using whatever methodology Chief Natko

Page 240

1 used would cost more than a short 10-minute
2 scraped ankle kind of call.  Does that seem
3 fair?
4    A.   That is fair.
5    Q.   So that was my question.  If -- if
6 this $155 number was the average of all
7 calls --
8        MS. LEYIMU:  Object to --
9    Q.   Do you know one way or the other?
10        MS. LEYIMU:  Object to the form.
11 Calls for speculation.  Asked and answered.
12    A.   I do not know that to be fact.  I
13 think we need to ask Chief Natko to be sure.
14    Q.   Have you ever seen a statistic
15 reporting on the cost per call for calls that
16 are suspected opiate overdoses?
17    A.   Not that I can recollect.
18    Q.   Has anyone ever asked you to
19 generate such a number?
20    A.   It would not surprise me, but I
21 cannot recollect a number.  There have been a
22 number of times where we have tried to
23 calculate how much are we spending per calls,
24 how much should we be billing for calls of
25 different types.  And so it's something that I

Page 241

1 think we -- we get asked quite frequently.
2    Q.   You don't remember specifically
3 being asked to generate this type of statistic
4 for a call related to a suspected opiate
5 overdose?
6    A.   I remember this specific e-mail,
7 but I cannot tell you for sure one way or the
8 other how many other calls for cost or
9 percentages that I've received.  Because,
10 again, like I said before, we're averag- -- I'm
11 averaging 80 to 100 e-mails a day.
12    Q.   Understood.  So, Chief, District --
13 District Chief Natko sent this to you at
14 a.m., and it looks like you forwarded the
15 document to Deputy Chief Brown -- I'm sorry --
16 Deputy Mayor Brown and Council Member Neal at
17 10:18 a.m., about 30 minutes later.  Do you see
18 that?
19    A.   Yes.
20    Q.   Did you -- after you received the
21 e-mail from -- from Chief Natko, did you ask
22 him additional questions about the numbers or
23 attempt to verify what had been forwarded to
24 you?
25        MS. LEYIMU:  Object to the form.

61 (Pages 238 - 241)

Page 242

1    A.   I did not ask him to verify.  I
2 simply forwarded the information he sent to me
3 to Deputy Mayor Brown.
4    Q.   When you saw this e-mail from --
5 from Chief Natko, did you have any of the
6 concerns or questions that you had expressed to
7 me today about the numbers?
8        MS. LEYIMU:  Object to the form.
9    A.   I did not ask Chief Natko about the
10 numbers that he submitted to me.
11   Q.   And you -- you weren't
12 sufficiently -- you didn't have concerns about
13 the numbers that would have prevented you from
14 forwarding them on to your boss or to the
15 council member 30 minutes later?
16       MS. LEYIMU:  Object to the form of
17 the question.
18   A.   I did not have strong enough
19 concerns to not forward the e-mail, because
20 obviously I did.
21   Q.   Generally, have you found Chief
22 Natko to be a -- a dependable employee?
23   A.   Absolutely.
24   Q.   He -- he provides reliable
25 information to you?

Page 243

1    A.   Yes.
2        MR. LANNIN:  Can we go off for a
3 moment?
4        THE VIDEOGRAPHER:  Off the record,
5 3:35.
6        (Off the record.)
7        THE VIDEOGRAPHER:  We're back on
8 the record.  The time is 3:37.
9 BY MR. LANNIN:
10   Q.   Okay, Chief.  Just to repeat the
11 question I just asked.  I'm not sure we caught
12 it.  I had asked you if you found Chief Natko
13 to be a reliable employee?
14   A.   Yes.
15   Q.   And he provides you with
16 dependable, reliable information?
17   A.   Yes.
18   Q.   And, Chief, just to -- to nail it
19 down.  If -- if after receiving Chief Natko's
20 information you had reservations about the
21 reliability of the numbers or concerns about
22 their accuracy, would you have expressed those
23 in your e-mail forwarding the numbers to Deputy
24 Chief Brown [sic] and Council Member Neal?
25       MS. LEYIMU:  Object to the form.

Page 244

1    A.   Again, without knowing how he was
2 able to come to these numbers, it did not
3 strike me at that time to be important enough
4 to question him as to how he devised these
5 numbers and percentages.
6    Q.   All right.  You can put that away,
7 Chief.
8        - - - - -
9        (Thereupon, Deposition Exhibit 12,
10       The City of Akron, Ohio Plaintiff's
11       Second Supplemental Response and
12       Objections to Distributor
13       Defendants' Interrogatory No. 18
14       Pursuant to the Court's November 21,
15       2018 Order, was marked for purposes
16       of identification.)
17       - - - - -
18   Q.   This is Defendants' Exhibit 12.
19 Another somewhat lengthy document.  You're
20 welcome to review it, but I will direct you to
21 certain passages.
22   A.   Okay.
23   Q.   Chief, have you seen Defendants'
24 Exhibit 12 before?
25   A.   I cannot recall seeing this

Page 245

1 document.
2    Q.   Let me represent to you, sir, that
3 these are what are called interrogatory
4 responses.  That means that the Defendants in
5 this case have put certain questions to the
6 Plaintiffs --
7    A.   Okay.
8    Q.   -- and they're required to provide
9 a written response to those questions to the
10 best of their ability.
11   A.   Okay.
12   Q.   My questions concern a certain
13 interrogatory, No. 18.
14       If you turn to page 5 of that
15 document, do you see the first section there
16 reads "Interrogatory No. 18"?
17   A.   Yes.
18   Q.   And it reads, "Specify each
19 category of injury, e.g., increased cost of law
20 enforcement, fire, emergency services,
21 et cetera, for which you claim damages in the
22 litigation and provide a computation of damages
23 for each category of injury alleged."
24       Do you see that?
25   A.   I do.

62 (Pages 242 - 245)

Page 246

1    Q.   Essentially, sir, this
2  interrogatory asks for a computation of how
3  much money the Plaintiffs are asking for to
4  recover from Defendants.
5    A.   Okay.
6    Q.   Does that make sense?
7    A.   Yes, it does.
8    Q.   If you turn to the following page,
9  page 6, which is part of the City's response to
10  that question, near the bottom of that page,
11  the first full paragraph that begins
12  "Plaintiff's computation," do you see that?
13    A.   Yes.
14    Q.   "Plaintiff's computation based on
15  Plaintiff's preliminary review of its records
16  and an estimate of the Plaintiff's damages as
17  of the date of this response is provided in
18  Exhibit 2."
19        Do you see that?
20    A.   Yes.
21    Q.   Last but not least, sir, I'd like
22  to direct you to Exhibit 2.  It's the very last
23  page of the document.
24        Do you see that?
25    A.   I do.

Page 247

1    Q.   To make sure we're clear, have you
2  seen Exhibit 2 before, Chief?
3    A.   No.
4    Q.   To your knowledge, did anyone ask
5  you to provide information or prepare any of
6  the statistics that are reported in this
7  exhibit?
8    A.   Not me directly, no.
9    Q.   What -- what do you mean by "not me
10  directly"?
11    A.   This was not -- like in the former
12  thing that you showed me, the last thing that
13  you showed me, there was a question that was an
14  e-mail that was sent to me asking for specific
15  information.  They may have gotten this
16  information directly from Natko or Kaut.  This
17  is not -- did not come directly to me, that
18  I'm -- that I'm aware of.
19    Q.   Understood, Chief.
20        And -- and let me caution you,
21  please.  As we discuss this document, I -- I
22  don't want you to tell me anything specific
23  that a lawyer might have asked you or said to
24  you.
25    A.   Okay.

Page 248

1    Q.   I think what you just said is fine,
2  but I wouldn't want you to go any further than
3  that in terms of content.
4    A.   Okay.
5    Q.   Did anyone ask you to look at these
6  numbers -- strike that.
7        I understand you haven't seen this
8  particular Exhibit 2 before, but did anyone ask
9  you to review or verify the numbers that are
10  otherwise reflected in this exhibit?
11        MS. LEYIMU:  Object to the form.
12    A.   Not that I'm aware.
13    Q.   You don't have any understanding of
14  how these numbers were generated?
15        MS. FLOWERS:  Asked and answered.
16    A.   No.
17    Q.   Would you have expected someone to
18  ask you to verify these numbers before they
19  were provided to the Defendants in this case?
20        MS. LEYIMU:  Object to the form of
21  the question.
22    Q.   As Chief of the department?
23    A.   Not necessarily, no.
24    Q.   And why is that?
25    A.   Because this is a specific document

Page 249

1  for this litigation.  It's not an operational
2  document for the Akron Fire Department.
3    Q.   Sitting here today, can you vouch
4  one way or the other for the accuracy of these
5  numbers?
6    A.   I cannot.
7        MS. LEYIMU:  Object to form.
8    Q.   You're not prepared to do so?
9    A.   No.
10        MR. LANNIN:  Chief, I believe
11  that's all I have for you, but I'm afraid some
12  of my colleagues might have a few additional
13  questions.
14        THE WITNESS:  Okay.  Thank you.
15        MR. LANNIN:  Why don't we go off
16  really quick.
17        THE VIDEOGRAPHER:  Off the record,
18  3:46.
19        (Recess taken.)
20        THE VIDEOGRAPHER:  We're back on
21  the record, 3:54.
22        EXAMINATION OF CLARENCE I. TUCKER
23  BY MR. CARTER:
24    Q.   Good afternoon, Chief.
25    A.   Good afternoon.

63 (Pages 246 - 249)

Page 250

1    Q.   We met earlier this morning, but my
2  name is Ed Carter, and I have a couple
3  questions for you this afternoon.  All right?
4    A.   Okay.
5    Q.   The same ground rules as before.
6  If you don't understand my question or need me
7  to rephrase, will you let me know?
8    A.   Sure.
9    Q.   And I don't expect it will take too
10  long, but if for any reason your back acts up
11  or you need a break, will you let me know?
12    A.   Yes.
13    Q.   Okay.  Sitting here today, if I
14  asked you to predict the costs that Akron Fire
15  will incur in 2019 related specifically to
16  opiates, what would -- would you be able to do
17  that?
18    A.   No.
19    Q.   Do you have any idea where to start
20  in terms of that number?
21      MS. LEYIMU:  Object to the form.
22    A.   I would start by requesting
23  information from District Chief Natko.
24    Q.   Okay.  But in terms of what that
25  actual number would be, sitting here today, do

Page 251

1  you have a best estimate?
2    A.   I really don't.
3    Q.   Okay.  The same question for 2020.
4  Do you -- are you able to estimate the costs
5  that Akron Fire will incur as a result of
6  opiates in 2020?
7      MS. LEYIMU:  Object to the form.
8    A.   No.
9    Q.   The same question for 2021.
10      MS. LEYIMU:  The same objection.
11    A.   No.
12    Q.   The same question for any of the
13  next 10 years in the future.
14      MS. LEYIMU:  The same objection.
15    A.   Well, it changes, because the next
16  year after that I am no longer an employee of
17  the City of Akron.
18    Q.   Okay.  So fair point.
19    A.   I'll be retired.
20    Q.   So what about -- yeah.  So for the
21  last year that you'll be on the force, are you
22  able to estimate the costs the department will
23  incur related to opioids?
24      MS. LEYIMU:  Object to the form.
25    A.   No.

Page 252

1    Q.   Okay.  Sitting here today, are you
2  able to identify any prescription for opioids
3  that was written in the City of Akron that you
4  believe was medically unnecessary?
5      MS. LEYIMU:  Object to the form of
6  the question.
7    A.   Please repeat the question.
8    Q.   Sure.  Sitting here today, can you
9  identify any improper or unnecessary
10  prescription for opioid pills in Summit County?
11      MS. LEYIMU:  Objection.
12    A.   I believe my prescription for an
13  opioid when it was prescribed to me was
14  something that was unnecessary or more than
15  what was needed, but for any of the others, I
16  am not qualified to say yes or no.
17    Q.   Okay.  And during your time with
18  Akron Fire, have you ever reported any
19  physician to a board of medicine, a board of
20  pharmacy, or law enforcement as a result of
21  your suspicion of their medical practices
22  related to prescribing opioids?
23    A.   No.
24    Q.   Okay.  If you saw evidence of a
25  doctor who was engaged in inappropriate conduct

Page 253

1  in prescribing things that they shouldn't have,
2  is that something that you would have reported
3  to the appropriate authorities?
4      MS. LEYIMU:  Object to the form of
5  the question.
6    A.   It's actually my responsibility to
7  report anything that I would see that would be
8  inappropriate, but in this case I'm not sure I
9  would be able to recognize what would be
10  inappropriate for a doctor to prescribe.
11    Q.   Okay.  Sitting here today, are you
12  able to identify any specific cost that Akron
13  Fire has incurred during your time on the force
14  that you would attribute to any specific
15  Defendant in this case?
16    A.   Specific Defendant?
17    Q.   Yes.
18    A.   No.
19    Q.   In terms of -- I want to switch
20  topics and talk about your training and
21  experience.
22      Do you consider yourself to be an
23  expert in epidemiology?
24    A.   No.
25    Q.   Are you an expert in pharmacology?

64 (Pages 250 - 253)

Page 254

1    A.   No.
2    Q.   Are you an expert in mental health?
3    A.   No.
4    Q.   Are you an expert in addiction?
5    A.   No.
6    Q.   Are you an expert in marketing?
7    A.   No.
8    Q.   Are you an expert in evaluating the
9  efficacy of warning label language on consumer
10 products?
11   A.   No.
12   Q.   Are you generally -- well, strike
13 that.
14        Do you agree that there are
15 individuals who take prescription opioids and
16 do not develop an addiction?
17        MS. LEYIMU:  Object to the form of
18 the question.
19   A.   It is an assumption.  Well, I'll
20 take that back.  I have taken an opiate once,
21 and I did not become addicted.  So in
22 reality -- so, yes, I know at least one where
23 it has not occurred.
24        When it comes to others, it would
25 be making an assumption.

Page 255

1    Q.   Right.  And that's not an
2  assumption you're comfortable making?
3    A.   No.
4    Q.   Okay.  Are there people who take
5  opioids by prescription, become addicted, but
6  that do not die as a result of that addiction?
7    A.   That is another assumption.
8    Q.   Okay.  And you're not comfortable
9  making that?
10   A.   No.
11   Q.   Okay.  What about this one.  Do you
12 agree that there are people who take opioids
13 who are addicted but who do not break the law?
14   A.   Yes.
15   Q.   Okay.  You were asked some
16 questions about whether there was a cocaine
17 crisis in Akron or a methamphetamine crisis or
18 a heroin crisis.  Do you remember that topic of
19 discussion from earlier today?
20   A.   Yes.
21   Q.   Okay.  I want to ask about a couple
22 different substances.  Is Akron facing a crisis
23 with related -- or excuse me.  Strike that.
24 I'll ask it again.
25        Is Akron facing an illicit fentanyl

Page 256

1  crisis?
2        MS. LEYIMU:  Object to the form of
3  the question.
4    A.   I would say that fentanyl is one
5  specific opiate, and I would not say that we
6  are experiencing a crisis just to one specific
7  opiate.  But I don't know that to be fact.  But
8  I would --
9        But, again, when you say "crisis,"
10 it's kind of a -- in my opinion, it's a term
11 that what you consider a crisis may not be what
12 I consider a crisis.  So in this case, I would
13 say no.
14   Q.   Okay.  Has Akron previously
15 experienced an illicit fentanyl crisis, in your
16 opinion?
17        MS. LEYIMU:  Object to the form.
18   A.   Not to my knowledge.
19   Q.   Okay.  Has Akron ever experienced a
20 carfentanil crisis?
21   A.   Again, I think our definition of
22 "crisis" could -- is going to vary, but in my
23 personal opinion, no.
24   Q.   Okay.  I want to ask you about a
25 couple numbers to follow up in this area.

Page 257

1        I will represent to you -- and
2  these are, for your edification, coming from
3  Summit County medical examiner annual reports.
4        I'll represent to you that in 2015
5  Medical Examiner Kohler certified that there
6  were 44 deaths in Summit County attributable to
7  cocaine.
8        Do you consider, as Chief of Akron
9  Fire, 44 cocaine deaths to be a crisis?
10        MS. LEYIMU:  Object to the form.
11 Asked and answered.
12   A.   No.
13   Q.   Okay.  The number for cocaine
14 deaths, according to Medical Examiner Kohler,
15 in 2017 was 80 for that year.  Do you consider
16 80 cocaine deaths to be a crisis?
17        MS. LEYIMU:  Object to the form.
18 Asked and answered.
19   A.   I think we're starting to get into
20 a gray area.  Again, the definition of -- what
21 is the definition of a crisis?  What are you
22 expect- -- when I say crisis -- or when you
23 say crisis, exactly what do you mean?
24   Q.   Well, the capacity that I'm asking,
25 you are one of the leaders in the community as

65 (Pages 254 - 257)

Page 258

1 the Chief of Akron Fire, right?
2    A.  Correct.
3    Q.  And I think you told counsel
4 earlier that one of your jobs as chief is to
5 set the tone and -- you know, as being the
6 leader for the department, right?
7    A.  That is correct.
8    Q.  So you have an internal role
9 managing Akron Fire and you also have an
10 external role as a liaison between that
11 department and the larger community, correct?
12    A.  That is correct.
13    Q.  And so in exercising that
14 leadership role and setting the tone, I'm
15 asking for your personal view in that
16 leadership role. When you would message to the
17 citizens of Akron, how you would describe the
18 various issues that they're facing? Some, I
19 assume, you would think are more pressing than
20 others.
21    So when I ask about a crisis, I'm
22 asking in your capacity as chief of Akron Fire,
23 when you would communicate to the public, would
24 you -- if -- if the public asked you at an --
25 at an event, "Chief Tucker, 2017 we had 80

Page 259

1 deaths from cocaine. From Akron Fire's
2 perspective, is that a crisis?"
3    MS. LEYIMU: Object to the form of
4 the question.
5    A.  I would state it as a concern, but
6 not a crisis.
7    Q.  And so for heroin, in 2015,
8 according to the numbers we have, there were
9 144 heroin overdose deaths. So if asked by a
10 member of the public, "Akron Fire, do you
11 consider" --
12    Well, I won't do 2015 because you
13 weren't the chief. I'll move forward to 2017,
14 to be fair.
15    So if you were asked in 2017, the
16 58 heroin deaths in Akron, are we dealing with
17 a heroin crisis as a result of those 58 heroin
18 deaths?
19    MS. LEYIMU: Object to the form.
20    A.  The terminology I would use, to put
21 it in my own words, I would call it a serious
22 concern. One death is a serious concern. Any
23 deaths, especially for something that is an
24 ongoing or potentially an increasing problem,
25 something that increases in -- in number, is

Page 260

1 a -- a strong concern.
2    Would I use the term "crisis"? I
3 think it's -- I think that's more of a personal
4 idea as to whether you consider something a
5 crisis or not.
6    But any death, any fire death, any
7 overdose death, any motor vehicle accident
8 where we have deaths, all of these are concerns
9 and real issues for not just the Akron Fire
10 Department, but for this community as a whole,
11 and we have a responsibility to try to do what
12 we can to decrease -- decrease those numbers.
13    Can I call them a crisis? In my
14 personal opinion, when you start using the term
15 "crisis," you're talking about something that
16 not only is spiraling out of control, but it is
17 also causing deaths, and I mean many deaths,
18 and it's beginning to be something that you can
19 no longer handle.
20    As in the Akron Fire Department
21 being able to handle the volume of calls that
22 we've been receiving, it's been a real
23 challenge, and it's been something that, again,
24 I would call a strong concern because of our
25 inability to maintain our -- our number of

Page 261

1 resources available to help the public.
2    Does that help?
3    Q.  I think I understand. Thank you.
4    A.  Okay.
5    Q.  One related question. Would you
6 ever use the word "epidemic" to describe a
7 situation where there are 80 cocaine deaths in
8 Summit County in 2017 --
9    MS. LEYIMU: Object --
10    Q.  -- or would your answer be similar
11 to what you just articulated for crisis?
12    MS. LEYIMU: Object to the form of
13 the question.
14    A.  When I think of the term
15 "epidemic," I think more of something that is a
16 communicable disease. I think of like a flu
17 epidemic. Something that is trans- -- you
18 know, transferred from one individual to
19 another. Never really considered heroin an
20 epidemic. And again, that's my personal
21 opinion.
22    Q.  Okay. All right. And in terms of
23 a crisis, though, I did hear you testify
24 earlier that you think that Akron has
25 experienced an opiate crisis, and then you

66 (Pages 258 - 261)

Page 262

1 described 2014 and the waves and all of that.
2    A.   Correct.
3    Q.   But you -- you would -- is that one
4 specific area that you are comfortable using
5 the term "crisis"?
6    A.   The opiate issue, I think, is a
7 crisis, simply because, again, the absolute
8 total devastation that we -- and I'm talking
9 about my people on the Akron Fire Department --
10 have witnessed. The -- the repeat overdoses
11 from the same individual, sometimes on the same
12 day. The -- just the sheer volume of -- of
13 calls for the same type of an issue, in my
14 personal opinion, has made it a crisis.
15    And then to find out that it's not
16 just Akron. It's Summit County. It's Ohio.
17 It's the country. Those -- those things make
18 me think that it is truly a crisis. It's not
19 some isolated case that we just hope will go
20 away on its own. It's something that has been
21 a national problem.
22    And there has been, as we saw in
23 some of the previous documents, speculation as
24 to why. Or does anyone really know the true
25 cause? Does anyone really know? Has

Page 263

1 everything been done to try to stop this thing?
2 We don't -- we have more questions than
3 answers.
4    Q.   Okay. And -- and that's your
5 perspective, sitting here today as -- as chief
6 of -- chief of Akron Fire, that with respect to
7 opiates, it's a crisis, but there's more
8 questions than answers?
9    MS. LEYIMU: Object to the form of
10 the question.
11    A.   There are more questions than
12 answers. Why are we having a wave instead of
13 it just being consistent? We really don't
14 know.
15    Why did we have the big increase in
16 2016? We think we may have some ideas, but has
17 anyone actually said this is 100 percent the
18 reason why?
19    I think that's what part of this
20 litigation is about, to try to determine
21 exactly that. So I think those -- those types
22 of questions are being asked as we speak, and
23 that's, I think, why we're here today, to
24 figure out why.
25    Q.   And you mentioned -- I wrote

Page 264

1 down -- in describing the waves, that you
2 thought, from your opinion, was that pills had
3 taken it to another level.
4    Do you remember saying that?
5    A.   I do.
6    Q.   Okay. And I think you were also
7 asked if you had specific data to back that up,
8 and my notes say that you said you didn't have
9 the data, but that was your opinion.
10    Am I at least understanding your
11 testimony correct so far?
12    MS. LEYIMU: Object to the form of
13 the question.
14    Q.   Well, let me ask it this way. Do
15 you have data to back up your opinion that the
16 pills, quote, "took it to another level"?
17    MS. LEYIMU: The same objection.
18    You can answer.
19    A.   I do not have documentation that
20 states that, but what I do have is just the
21 interaction I've had with my people. They've
22 seen it on a daily basis. They've seen how
23 catastrophic that this particular issue has
24 been on our community, and it is truly
25 devastating. It truly is. Which is --

Page 265

1    Q.   Do you --
2    A.   Which is why we have tried to come
3 up with ideas on trying to -- how to make a
4 difference. And that's -- you know, from those
5 things we have the QRT. We have the ARV to try
6 to get another unit out there.
7    We are trying to see what can we do
8 that is effective in doing our part to help,
9 because it is a -- not just an Akron crisis,
10 but this is a national crisis.
11    Q.   Now, in terms of pills, was there
12 anything from your perspective that -- that was
13 different in 2014 with respect to opiate pills
14 as opposed to 1990s when you had a
15 prescription?
16    A.   The sheer volume of calls for
17 overdoses. And as I described when I talked
18 about the -- the individual that was another
19 city employee, the fact that you can do exactly
20 what you're supposed to do, take your
21 medication exactly as prescribed by a doctor,
22 and through no fault of your own find yourself
23 addicted, to me, is -- is not just horrible,
24 but it's -- it's got to be frightening for
25 everybody out there to know that, wow, I could

67 (Pages 262 - 265)

Page 266

1 do nothing wrong, nothing illegal, and become
2 addicted.
3     Q.    So in terms of the overdose deaths
4 in Summit County --
5     A.    Yes.
6     Q.    -- just looking at Dr. Kohler's
7 numbers, there are roughly 300 cases where
8 cocaine, illicit street fentanyl or heroin were
9 the cause of death, and roughly 33 cases where
10 it was the pills.
11        So when you hear 300 from illegal
12 street drugs and 33 from prescription pills,
13 does that number surprise you, based on your
14 experience on the force in 2015?
15        MS. LEYIMU:  Object to the form.
16     A.    It doesn't, and I'll tell you why.
17 I think there are a number of people that start
18 off taking their medications like I had
19 described before, exactly as it was prescribed.
20 And then they get to a point where, "Okay, I
21 can't get prescription drugs anymore," and a
22 percentage of those people will try to find
23 something else.
24        I think this is something that will
25 get you addicted -- the opiate pills will get

Page 267

1 you addicted, and then in your flurry or in
2 your desperation to try to -- to stop yourself
3 from having the side effects of being an addict
4 that cannot any longer get that drug, they look
5 to something else.
6        Some people may look to going
7 directly into treatment and trying to get help,
8 but a percentage of folks are going to go the
9 illegal route and start trying to use something
10 else that will try to help them get through the
11 fact that they are having these side effects
12 from the drugs.
13     Q.    Now, in terms of trying to
14 understand any individual story, and whether --
15 whether that example you just provided, whether
16 a person that you make a run for at Akron Fire,
17 whether that overdose on cocaine is in any
18 rela-- any way related to a history of
19 prescription pills and whether there's that
20 kind of progression of addiction that you just
21 described, how would you -- sitting here today,
22 what sources of information would you look to
23 to try to figure out that person's story, that
24 person's death?
25        MS. LEYIMU:  Object to the form of

Page 268

1 the question.
2     Q.    Let me ask a simpler question.
3     A.    Okay.
4     Q.    If I look at the number of run
5 statistics from --
6     A.    Yes.
7     Q.    -- Akron Fire, is there any way,
8 looking at those statistics, where I could
9 identify the number of people who ever had a
10 prescription pill -- ever had a prescription
11 for an opioid pill?
12     A.    When we go out on emergency calls,
13 one of the things that we will do is ask for a
14 list of medications that people are taking.
15 And it's something that the doctors at the
16 hospital want to know.  They want to know what
17 type of medications this particular individual
18 is taking.
19        That is something that may help us
20 determine if this issue started off as a
21 pill -- opiate pill-related problem.  But not
22 always, because people aren't always truthful,
23 for one.  And for someone unresponsive, we may
24 never know what it was that -- that they were
25 taking and if they were on an opiate pill.

Page 269

1     Q.    So tell me if this is a correct
2 understanding.  For some people that Akron Fire
3 goes on runs, you'll never know whether their
4 story started with prescription pills.
5        For others, you could look to the
6 run reports, you could look to the doctor
7 records and the hospital records after you've
8 dropped them off, and if they were forthcoming
9 and provided accurate information in response
10 to your requests, those sources of information
11 may contain medication history.
12     A.    I think it's a much more accurate
13 way of getting information from the hospitals,
14 from the county, from the health department
15 type organizations, that can give us accurate
16 information on this was a -- this was an
17 overdose of this particular chemical or this
18 particular drug or whatever.  I think the Akron
19 Fire Department does not have the ability to
20 tell you, "This was OxyContin; this was
21 Vicodin."
22     Q.    Okay.
23     A.    Et cetera, et cetera.
24     Q.    All right.
25     A.    But I can tell you this, that when

68 (Pages 266 - 269)

Page 270

1  we go out and we administer Narcan, if we get a
2  positive response, then that's typically
3  telling you that there was some type of an
4  opiate there.  And that's -- this -- this is
5  what my people are coming back and relaying all
6  through the fire department, that this is what
7  we're seeing.
8      Q.   You talked about kind of a
9  progression that addiction may take -- you
10  know, direction that addiction may take some
11  people in and may lead them to break the law
12  and use illegal drugs.
13     A.   Yes.
14     Q.   Based on your experience on the
15  force for these decades, do you agree that even
16  addicted members of society still have personal
17  responsibility for their actions?
18         MS. LEYIMU:  Object to the form of
19  the question.
20     A.   I believe that actually everyone
21  has personal responsibility for their actions,
22  but I believe that people who are addicted to
23  any substance basically become like slaves to
24  that substance.
25         Now, your brain may tell you to do

Page 271

1  X, Y, Z because it's the right thing to do, but
2  your body is tell- -- is dragging you in a
3  different direction.  So those people are
4  losing control of themselves.
5          And it's -- in my personal opinion,
6  it's just a horrible thing to think of, that
7  law-abiding citizens, people who want to abide
8  by the law, can take a substance that they
9  thought was perfectly fine, prescribed by their
10 doctor, take it exactly as it was prescribed,
11 and find themselves going down that slippery
12 slope to a place where, you know, common sense,
13 you know, logical thinking no longer dictates
14 what they're doing.  Now the drug is in
15 control, and you will do whatever it takes to
16 get that drug because your body is telling you
17 you will do or die.
18     Q.   I appreciate that.
19         MR. CARTER:  Just for record
20 purposes, I'll move to strike as nonresponsive
21 everything after the second sentence.
22 BY MR. CARTER:
23     Q.   Okay.  With -- with respect to
24 Akron Fire's resources, have you ever asked for
25 an increase in manpower solely on the basis of

Page 272

1  ensuring that you're able to respond to
2  opiate-related issues?
3      A.   I have not specifically gone and
4  asked for an increase in manpower because of
5  the opiate issue.  I've gone and asked for an
6  increase in manpower because of the totality of
7  what we're doing.  It wasn't specifically just
8  for opiate -- the opiate crisis, per se.
9          It was because we are having 50,000
10 calls a year.  We are beating up on our
11 personnel by having them go on an excessive
12 amount of calls.  We need to increase the
13 number of people we have so we can distribute
14 some of these calls to more people, and
15 therefore, cause less stress to our people and
16 better serve the citizens of Akron.
17     Q.   When have you made that request for
18 an increase in general manpower?
19     A.   In writing, not at all; but
20 verbally, many times.
21     Q.   Did you make a request during 2017?
22     A.   Yes.
23     Q.   Do you remember the number or the
24 degree of manpower that you requested an
25 increase of in 2017?

Page 273

1      A.   It was an increase of approximately
2  22 people compared to what our current full
3  strength is.  Our current full strength is 363.
4      Q.   Was that request for an additional
5  22 individuals granted?
6      A.   No.
7      Q.   Okay.  And were you given any
8  reasons why?
9      A.   Yes.
10     Q.   What were you told?
11     A.   Let's see.  How was it phrased?
12 "Okay.  So where do you want to take this money
13 from?  Here's what your budget is.  Where are
14 we going to find the money to do this?"
15     Q.   So in response to that answer, did
16 you build in a request for additional manpower
17 in the following budget cycle?
18         MS. LEYIMU:  Object to the form of
19 the question.
20     Q.   Do you understand my question?
21     A.   I think so.  Did we not try to ask
22 for it in the budget for the next following
23 year.
24     Q.   Right.  Because if you were told
25 this is your budget, you're limited, you got to

69 (Pages 270 - 273)

Page 274

1  find it from somewhere.  So then the next time
2  you had a chance to change the budget, did you
3  ask that additional manpower be put into that
4  new budget?
5      A.   With the following year's budget
6  discussions, I was told that, "This is your
7  number again.  This is your" --
8          You don't get to ask for, "Oh, can
9  I have a budget of 75 million?"
10         It's, "No.  This is what your
11 budget is."
12     Q.   After the request for 22 additional
13 personnel was declined, did you make any other
14 specific number requests?
15     A.   Actually, I made a request in 2018
16 to hire an additional 20 people this year just
17 to maintain the numbers we have for folks that
18 retire.
19     Q.   And what was the response to that?
20     A.   "How are you going to pay for it?
21 Show me in your budget where you're going to
22 budget this."
23     Q.   When you received that kind of
24 pay-as-you-go response, did you have a -- how
25 did you respond to that?  Did you find places

Page 275

1  in the budget where you had priorities you
2  could shift?
3      A.   There are no places where we can
4  shift priorities, because everything we do is
5  important.
6          Things that were not important in
7  our budget we had gotten rid of a long time ago
8  as the budget crunch from way back in 2008 or
9  so happened.  Every department had to
10 consolidate and absolutely do what's necessary.
11     Q.   I asked about personnel.  Have you
12 ever requested equipment, you know, additional
13 trucks, additional vehicles, any -- any
14 equipment specifically related to dealing with
15 opiate issues?
16     A.   The vehicle that we use for the --
17 the -- the ARV, the vehicle we use for the QRT.
18 We've talked about trying to get newer med
19 units to help replace the ones that are
20 breaking down frequently so that we can, again,
21 continue our -- our level of service to the
22 community.  So it's on a -- an annual basis.
23 All the time.
24     Q.   Those vehicles that you just
25 mentioned, were those requested and put into

Page 276

1  service specifically in response to opiate
2  issues?
3          MS. LEYIMU:  Objection to form.
4  Asked and answered.
5      A.   They're to respond to all types of
6  emergencies, not just opiate calls.
7      Q.   Okay.  So let me ask it this way.
8  Have you made any request for vehicles or
9  supplies solely in response to opiate issues?
10         MS. LEYIMU:  Object to the form of
11 the question.
12     A.   The QRT vehicle is solely in
13 response to the opiate issue.  The ARV unit was
14 not termed and phrased to say it's just an
15 opiate response.  It was we're having so many
16 calls that we're running out of units, and
17 let's see if we can put another type of a unit,
18 something that's different, out there to try to
19 help us get through the peak times.
20         And those were greatly related to
21 the opiate crisis.  But did we say specifically
22 it's just for opiates?  No.  Because -- and
23 I'll give you an example.
24         On any given day, we might not have
25 an opiate overdose, but we might have two

Page 277

1  fires, we may have three heart attacks, and we
2  may have three MVAs at once, so that unit's not
3  going to be just reserved for opiate use.  It's
4  for when we need it, regardless of what type of
5  an emergency.
6          To the Akron Fire Department, we
7  are, again, first-line response, and our job is
8  to go out and save lives regardless of what the
9  type of an emergency is.  So an opiate overdose
10 is only one type of an emergency that we go on,
11 so all of our units may go out on different
12 types of calls depending on what we need at
13 that time.
14     Q.   When you made requests for
15 additional head count, whether it was the 22
16 the one year or the 20, and those were denied,
17 from your perspective as the leader of Akron
18 Fire, did those -- did the -- did the rejection
19 of those requests, from your perspective,
20 imperil your ability to safeguard the city of
21 Akron?
22         MS. LEYIMU:  Object to the form of
23 the question.
24     Q.   Let me ask it in a simpler way.
25     A.   Okay.

70 (Pages 274 - 277)

Page 278

1    Q.    When those requests were denied,
2 did you still think you could do your job?
3    A.    Well, I'll -- I'll phrase it like
4 this. The Akron Fire Department and every fire
5 department I have had contact with in this
6 country has taken whatever it is we can get and
7 do the best we can with it.
8        So in some instances we may only --
9 you know, you may only have three med units to
10 cover an area of our size. And I'll give you
11 an example. Cleveland, East Cleveland, some of
12 those areas, they don't have as good of a
13 coverage as we do currently, but they do the
14 best they can with what they have. Does it
15 impede you? Does it stop you from doing what
16 you need to do? That's subjective, in my
17 personal opinion, because when you respond to a
18 call, you do what you need to do for that call
19 and then you get back in service and now you're
20 ready to go to another emergency. Does that
21 take three med units? Does that take five med
22 units? Depends on the day.
23        Today, right now at 4:30, we may
24 only need three ambulances out there on the
25 street responding to calls, helping people.

Page 279

1 But at 6:30, two hours from now, there may be
2 14 units out, all of them out at once on
3 different calls.
4        So it's -- it's very hard to say we
5 need exactly this many units to do our job. We
6 have what we have to do the best we can. We
7 did an estimation of what it takes to respond
8 to emergencies in this community, and those are
9 the units that we have put in service, and we
10 have had to deal with the increase, the uptick
11 in calls that started around 2014 and seemed to
12 peak in 2016.
13    Q.    And I -- I appreciate that you get
14 the job done with what's available to you.
15    A.    Yes.
16    Q.    If there was a point where you, as
17 head of Akron Fire, thought that despite
18 everyone on the force's best efforts, that
19 there was a real risk to the city, and that
20 with everyone going 100 percent it's still --
21 you know, there was a danger, would you raise
22 that concern to the deputy mayor?
23    A.    Absolutely.
24        MS. LEYIMU: Object to the form of
25 the question.

Page 280

1    Q.    Have you ever had to raise that
2 specific concern to the deputy mayor, to say,
3 "We're at" -- "We're at a critical breaking
4 point. We're doing the best we can, but" --
5 "but this is not enough. We need to find a
6 budget solution"?
7        MS. LEYIMU: Object to the form.
8    A.    What I have said was we're running
9 out of units more frequently. We're running
10 out of units a couple of times a week versus a
11 couple of times a month versus once or twice a
12 year. So the increase volume of calls has put
13 us to where we are in danger of not being able
14 to meet our mission.
15        But the fire service in general --
16 not just here in Akron, but everywhere across
17 the country -- usually we have mutual aid
18 agreements and auto aid agreements with our
19 surrounding communities just in case these
20 types of things happen to do the absolute best
21 job we can in providing the needed services to
22 our community. We think it was our -- our
23 responsibility to make sure we had those
24 agreements in place.
25        The problem is Cuyahoga Falls may

Page 281

1 be having their own set of emergencies, so they
2 have an increase in calls as well. Fairlawn
3 may -- is also experiencing an increase in
4 calls. So even though you have agreements with
5 these other communities, sometimes they can
6 help you, and there -- there are points,
7 though, when they may not be able to reach out
8 and help you in a timely manner to get there
9 and help our -- our people that are having an
10 emergency.
11        Is that -- is that a fair answer?
12    Q.    Yeah. Fair to say that in your
13 line of work there are a variety of situations
14 where you could be called into service?
15    A.    True.
16    Q.    And in terms of your ability to
17 provide those services, it's multifactorial,
18 and there are multiple variables, including the
19 types of runs, the degree of the emergency,
20 what's going on in the surrounding communities,
21 whether they're being pressed into service at
22 the same time. It's a different flavor of
23 variables every day that -- that impacts that
24 calculus in terms of whether you're going to
25 have enough resources on any particular day.

71 (Pages 278 - 281)

Page 282

1  Is that fair?
2      A.   That's fair.
3      Q.   Okay.  During your tenure as leader
4  of Akron Fire Department, do you think that the
5  department has done a good job?
6      A.   Oh, absolutely.
7      Q.   What -- I know it may be an
8  immodest question, but how would you grade
9  yourself as the Chief of Akron Fire?
10        MS. LEYIMU:  Object to the form of
11  the question.
12      A.   That's an interesting question.
13  How would I grade myself as the leader of Akron
14  Fire?
15        I'll start off by saying it's much
16  easier to say how I think the fire department
17  is doing.  The men and women of the Akron Fire
18  Department do an exceptional job going out
19  there and trying to meet the needs of our
20  community in multifaceted ways.  They do an
21  outstanding job.  I am truly proud of the men
22  and women of this organization for the job that
23  they do, for the oath that they have taken to
24  go out and try to help and save the people in
25  our -- in our community as they have

Page 283

1  emergencies.
2        When it comes to me personally, I
3  think that I have tried to think outside the
4  box and not use traditional thinking to manage
5  this organization, and I think that's something
6  that was desperately needed.  And would I give
7  myself an A or a B, I can't really tell you
8  that.
9        But I can tell you this.  I think
10  about how we do this job every day; if there
11  are ways we can improve it every day; if my
12  people are safe, I think about that every day.
13  And this is a 24/7, 365-day-a-year job where
14  there's never a time that I am not concerned
15  about my people and their safety and how
16  they're doing the job and serving our citizens.
17        I'll put it for you like this.  My
18  wife says that I have a mistress, and that
19  mistress is the Akron Fire Department.
20      Q.   Okay.  Under your tenure, has the
21  Akron Fire Department been able to respond as
22  quickly and as intensively as it could with
23  respect to all of its responsibilities?
24      A.   Repeat the -- please repeat that
25  question.

Page 284

1      Q.   Sure.  Under your tenure, has the
2  Akron Fire Department had the ability to
3  respond -- well, strike that.
4        Has the Akron Fire Department, in
5  fact, responded as quickly and intensively as
6  it could during your tender -- tenure?
7      A.   I think that's a very complicated
8  question.  Our goal is to reach every emergency
9  in less than four minutes.  So the -- the
10  different fire stations and resources are
11  situated around Akron to try to help us achieve
12  that goal.  But there are many things that can
13  happen that can cause that to not be something
14  that's attainable.  Weather, the snow like
15  today, is one.  Something like if you have an
16  emergency at location A and the closest med
17  unit responds to that emergency, but two blocks
18  away, in that same neighborhood there's another
19  emergency.  Now that same type of resource,
20  that ambulance or fire truck or whatever it is,
21  is now coming from the next closest station
22  responding, so there's a delayed response.
23        And so we do things like trying to
24  send any other units that might have been at
25  that station close to incident A first, to try

Page 285

1  to get there until we can get that other
2  resource there.  We do things of that sort all
3  the time to try to get the best help we can for
4  our citizens, to our citizens, in those
5  emergencies.
6      Q.   Let me --
7      A.   Does that make sense?
8      Q.   Let me ask it this way.  If you had
9  to grade the performance of your force --
10      A.   Yes.
11      Q.   -- how would you -- what grade
12  would you give them?
13      A.   A, without a doubt.
14      Q.   Okay.  In your leadership, have you
15  had any ideas specifically related to
16  addressing opiate issues that you have not been
17  able to implement?
18      A.   Repeat the question, please.
19      Q.   Yes.  During your leadership, have
20  you had any ideas specifically related to
21  addressing opiate issues that you have not been
22  able to implement?
23      A.   I have a number of ideas that I
24  have not been able to implement because we
25  could not simply afford to do those things.

72 (Pages 282 - 285)

Page 286

1 One of them is adding the additional people.
2    Q.   Okay.  For all of those ideas that
3 you have not been able to implement, have you
4 raised them with the deputy mayor's office or
5 the appropriate budget authorities?
6         MS. LEYIMU:  Object to the form of
7 the question.  Asked and answered.
8    A.   I have.
9    Q.   Okay.  Other than the personnel
10 issue that you cited, are there any other
11 specific ideas you've wanted to implement
12 but -- and that you've raised and have been
13 rejected in the area of opiates?
14    A.   Opiate-specific?
15    Q.   Yes.
16    A.   No, not that I can think of.
17    Q.   And just to be clear, the personnel
18 requests that you made, I think you told me
19 earlier those were not opiate-specific; those
20 were general force requests, correct?
21    A.   Yes.
22         MS. LEYIMU:  Object to the form of
23 the question.
24    Q.   Okay.
25    A.   But that includes --

Page 287

1    Q.   Everything you do.
2    A.   -- the opiate -- that's everything
3 we do --
4    Q.   Okay.
5    A.   -- including opiate response.
6    Q.   All right.  Two more quick things
7 and then I'm done.
8         MR. CARTER:  We'll mark, I think,
9 Exhibit 13, this document.
10        - - - - -
11        (Thereupon, Deposition Exhibit 13,
12        3/4/2018 E-Mail from David O'Neal to
13        Charles Twigg Re: Meth,
14        AKRON_000246625, was marked for
15        purposes of identification.)
16        - - - - -
17    Q.   What I've marked as Exhibit 13 is
18 an e-mail between David O'Neal and Charles
19 Twigg.
20    A.   Okay.
21    Q.   Okay.
22    Q.   Now, I understand you're not on
23 this e-mail.  I just want to use it as a
24 jumping off point.
25        You've had a chance to read it,

Page 288

1 right?
2    A.   Yes.
3    Q.   Okay.  The second to last -- third
4 to last sentence, Mr. -- Chief O'Neal writes to
5 Chief Twigg was, quote, "I just think if we're
6 going to continue to battle the drug/overdose
7 problem, we need to drop the opioid title on
8 everything and make it inclusive of other drug
9 options."
10        Did I read that correctly?
11    A.   You read it correctly.
12    Q.   And earlier in the e-mail, he talks
13 about methamphetamine, and methamphetamine
14 coming in from Mexico.  Do you generally see
15 that?
16    A.   Do we see it?
17    Q.   Do you see that in the e-mail?
18    A.   I see it in the e-mail.
19    Q.   Okay.  So my question to you is,
20 did Chief O'Neal or Chief Twigg ever raise that
21 proposal or sentiment to you, that the force
22 ought to drop the opioid title to make it more
23 inclusive of the drug overdose issues that
24 Akron is facing?
25    A.   No.

Page 289

1    Q.   Okay.  And so I understand they
2 didn't raise that with you.  Do you personally
3 agree with that sentiment?
4    A.   I do not.
5    Q.   Okay.  And why not?
6    A.   In the -- in the management of the
7 fire department, I have tasked my division
8 managers, which are the district chiefs, and
9 Chief O'Neal is one of them, to again try to
10 think outside the box.  I know how we have
11 always done things.  I know how, you know,
12 some -- there are some tasks that we do now
13 today that were the same that we did back in
14 1900, and there are other things that we just
15 implemented a few months ago that have changed.
16 We are not stuck in the past of how we do
17 things, but, again, try to figure out if what
18 we are doing is the best method.
19        And so what I see Chief O'Neal
20 doing here is, again, brainstorming.  It
21 doesn't -- I don't agree with -- with this
22 idea, but, obviously, this is an idea that he
23 had.
24        First of all, as -- because
25 District Chief O'Neal is now currently in

73 (Pages 286 - 289)

Page 290

1 charge of special operations and has been for a
2 couple of years, and so he is not actively
3 involved in the EMS system as we speak, just
4 like I wasn't back in 2011 and in that time
5 frame. But he is trying to look at different
6 issues and trying to think outside the box.
7       One thing that he does have a huge
8 responsibility in is in methamphetamine
9 response for -- for our department. Because of
10 the chemicals involved in making meth, he --
11 that does fall into his realm of responsibility
12 for our hazmat response team, is to go and deal
13 with the chemicals, along with our police
14 department.
15       But in this instance, he is
16 brainstorming. And I think this is -- what?
17 It's 5:27 a.m. He's not even at work yet. So
18 he's brainstorming, trying to think out the
19 box. And personally I don't agree, but it was
20 his opinion and he shared it with Chief Twigg.
21    Q.    If the number of cases related to
22 non-opioids, you know, cocaine, meth, you know,
23 if that's something that results in
24 triple-digit deaths in Akron in 2017, and I
25 know the 2018 numbers aren't final, do you

Page 291

1 think that it's important that the label of the
2 drug problem be accurate to reflect the
3 specific substances that are causing the death?
4       MS. LEYIMU:  Object to the form.
5 Calls for speculation.
6    A.    If you don't mind, I'd like to
7 rephrase it.
8    Q.    Okay.
9    A.    I think that when we could identify
10 what type of drug was used in an overdose, we
11 need to label it what it is. Does that mean
12 dropping the opiate label? I don't know where
13 he's coming from with that idea. But I think
14 you need to call -- basically make as many
15 accurate estimations of what happened to
16 individual calls as -- as possible.
17       So should -- I don't believe that
18 we should call something that is a meth
19 overdose an opiate overdose because that would
20 be an inaccuracy. I think we need to be as
21 accurate as possible.
22    Q.    Okay. Sitting here today, are you
23 able to identify any specific overdose in Akron
24 that was caused by prescription pills
25 manufactured, distributed, or sold by any

Page 292

1 specific Defendant?
2    A.    By any specific Defendant?
3    Q.    Yes.
4    A.    No, because I don't know where the
5 drugs came from.
6    Q.    Okay.
7    A.    I don't know who manufactured what.
8       MR. CARTER:  I don't have any
9 further questions for you. Thank you, sir.
10       THE WITNESS:  Thank you.
11       THE VIDEOGRAPHER:  Off the record,
12 4:45.
13       (A recess was taken.)
14       THE VIDEOGRAPHER:  We're back on
15 the record, 4:59.
16    EXAMINATION OF CLARENCE I. TUCKER
17 BY MR. O'CONNOR:
18    Q.    Chief Tucker, we've met earlier
19 today. My name is Andrew O'Connor, and I
20 represent one of the manufacturers in the case.
21 I -- I promise to be very quick here.
22       We'll keep to the same ground rules
23 as -- as my co-counsel have discussed. If you
24 don't understand a question, just -- just let
25 me know.

Page 293

1    A.    Okay.
2    Q.    I'd like you to look at again
3 Exhibit 9. Do you recall looking at this
4 document earlier today?
5    A.    Yes, we talked about it earlier.
6    Q.    Who prepared the attachment?
7    A.    My administrative assistant,
8 Amanda.
9    Q.    Okay. What was the purpose of the
10 document?
11    A.    The purpose of this document was to
12 speak before cabinet about our budget for 2017.
13    Q.    Okay. As you sit here today, do
14 you have any reason to doubt the accuracy of
15 the information in this document?
16    A.    I do not.
17    Q.    Okay. Fair to say in -- in general
18 you try to be accurate when speaking with -- to
19 the mayor and the city council?
20    A.    We do.
21    Q.    Okay. I just have a question about
22 the fourth bullet point, where it says 1,293 OD
23 saves. What -- what does OD saves refer to?
24    A.    Overdose.
25    Q.    Okay. Would that be overdose on

Page 294

1 all drugs combined?
2     A.   Honestly, I'm not sure.
3     Q.   Okay.  Can you say whether that
4 1,293 OD saves includes any drugs other than
5 opioids?
6         MS. LEYIMU:  Object to the form.
7 Asked and answered.
8     A.   Again, I'm not sure of what all is
9 included in when it says overdose saves.
10    Q.   Uh-huh.
11    A.   Trying to think back on this
12 particular document.  Again, I'm not sure if
13 it's all inclusive or not.
14    Q.   Okay.  As you sit here today, do
15 you know what percentage of overdoses involve
16 opioids in the City of Akron?
17        MS. LEYIMU:  Object to the form.
18 Asked and answered.
19    A.   No.  I would refer that question to
20 District Chief Natko.
21    Q.   Okay.  And of the overdoses that
22 occur in Akron, do you have any idea how many
23 involve prescription opioid pills?
24        MS. LEYIMU:  Object to the form.
25 Asked and answered.

Page 295

1     A.   I do not have that information.
2     Q.   Okay.  Do you have any data within
3 the Akron Fire Department that would allow you
4 to determine that percentage?
5     A.   It's something I would request of
6 District Chief Natko, and whether he actually
7 has some -- some information or whether he
8 would refer to hospitals or the health
9 department or people of that sort, I'm not sure
10 where he would gather that information.  So I
11 don't know if there's data that we have
12 personally.
13    Q.   Okay.  So fair to say as far as you
14 know, based on the information available to the
15 Akron Fire Department, you're unable to say
16 what percentage of overdoses are due to
17 prescription opioid pills?
18    A.   That is --
19        MS. LEYIMU:  Object to the form of
20 the question.
21    A.   That is correct.
22    Q.   Okay.  Chief Tucker, you've talked
23 a few times today about the situation where
24 a -- a person is prescribed opioids and -- and
25 later becomes addicted.

Page 296

1         Do you know what percentage of
2 people who abuse opioids begin their addiction
3 with a legitimate prescription from a doctor?
4         MS. LEYIMU:  Object to the form of
5 the question.
6     A.   I do not know those numbers, no.
7     Q.   Okay.  What information would you
8 want to have to determine those numbers?
9     A.   It is a question that if I needed
10 to know that answer, I would simply pose the
11 question to District Chief Natko and let him go
12 and see if he was able to obtain that
13 information for me.
14    Q.   Okay.
15    A.   I wouldn't tell him where to get
16 it.
17    Q.   As far as you know, is any of that
18 information available to the City of Akron?
19        MS. LEYIMU:  Object to the form of
20 the question.  Calls for speculation.
21    A.   I don't know.
22    Q.   Okay.  Going back to the document,
23 it says "2016," just below the second bullet.
24 Do you see that there?
25    A.   Yes.

Page 297

1     Q.   Is your understanding that that
2 2016 refers to the numbers that follow
3 regarding the number of incidents, EMS runs,
4 and OD saves?
5     A.   Yes.
6     Q.   Okay.  And am I -- am I correct
7 that 2016 was the peak of opioid overdoses in
8 Akron?
9     A.   I believe so, yes.
10    Q.   Okay.  Earlier today you were asked
11 whether you recognize the names of a number of
12 Defendants in this case, and that list of names
13 included a number of manufacturers.
14        You didn't remember them at -- at
15 the time.  Have -- have -- have any names of
16 manufacturers listed as Defendants become
17 familiar to you since you were asked the
18 question earlier today?
19    A.   No.
20    Q.   Okay.  Have you seen any marketing
21 materials produced by any of the Manufacturing
22 Defendants in this case?
23    A.   I have not.
24    Q.   Do you have --
25    A.   Not to my knowledge.

75 (Pages 294 - 297)

Page 298

1    Q.   Do you have any knowledge of any
2  marketing messages communicated by any
3  Manufacturing Defendants in this case to
4  anyone?
5    A.   Are you talking about specifically
6  to the opiate crisis, or are you talking about
7  in general, marketing information?
8    Q.   I'm talking about specific to
9  opioid products.  Are you familiar with -- let
10  me ask the question again.
11       Are you familiar with any marketing
12  messages specific to opioid products that were
13  distributed or delivered by any Manufacturing
14  Defendant in this case?
15    A.   No.
16    Q.   Earlier you mentioned that one of
17  the things the City had -- had done to try to
18  address the problem of -- of opioid abuse was
19  distribute packets or pouches to dispose of
20  unnecessary medication.  Do you recall that
21  topic?
22    A.   Repeat your question, please.
23    Q.   Sure.  Earlier today I think you
24  were asked a question about drug disposal
25  pouches --

Page 299

1    A.   Yes.
2    Q.   -- that were used to dispose of
3  unneeded medication.
4    A.   Yes.
5    Q.   Do you remember that?
6       In your experience, are those drug
7  disposal pouches something that's helpful in
8  the effort to curb misuse of opioids?
9       MS. LEYIMU:  Object to the form of
10  the question.
11    A.   It was not a specific effort to
12  reduce opiate abuse.
13    Q.   Uh-huh.
14    A.   It was a specific effort to not
15  have different medications end up in the trash,
16  end up in our trash sites where they're --
17  they're at a landfill or whatever.
18    Q.   Uh-huh.
19    A.   It was an effort to get those
20  different medications that may not be used any
21  longer disposed of appropriately.
22    Q.   Okay.  And was one of the reasons
23  for wanting them to be disposed of
24  appropriately so that they didn't fall into the
25  wrong hands?

Page 300

1       MS. LEYIMU:  Object to the form of
2  the question.
3    A.   I believe that that may be a
4  concern --
5    Q.   Uh-huh.
6    A.   -- but in this case for the
7  pouches, for the either expired drugs or drugs
8  that were no longer needed --
9    Q.   Uh-huh.
10    A.   -- it was more in -- in -- along
11  the line, again, as to not have them land in
12  our landfills, being buried into the earth;
13  actually, to have them disposed of properly.
14  We don't want them going down into the sewers.
15    Q.   Okay.  Just one last topic.
16       At the very beginning of today, you
17  talked a little bit about your -- your inbox
18  and your e-mail.
19       Am I correct that you have some
20  folders within your inbox in which you store
21  certain categories of e-mails?
22    A.   That is correct.
23    Q.   Okay.  Can you give us, for
24  example, some of those folders?
25       MS. LEYIMU:  Object to the form.

Page 301

1    A.   Just trying to go by memory.
2  There's a folder that says "fire chief."
3       There's a folder that says --
4  titled "incidents," and it's basically for,
5  like, serious incidents where people were
6  injured or -- or died.
7    Q.   Uh-huh.
8    A.   There's a folder that -- let's
9  see -- is labeled "pay-in," where the different
10  types of payments that came back to the City
11  that I have approved and saved in that box.
12       Again, there are more, but that's
13  the general idea as to what's there.
14    Q.   Okay.  And would -- would any
15  e-mails related to opioids have been filed into
16  any of those folders?
17       MS. LEYIMU:  Object to the form of
18  the question.
19    A.   There is one box where I have put
20  the -- the daily reports that I receive from
21  the County --
22    Q.   Uh-huh.
23    A.   -- for overdoses.  There's one, I
24  think, that's actually labeled "OD."  So the
25  daily reports go there.

76 (Pages 298 - 301)

Page 302

1    Q.    And the folder labeled "OD" is the
2  one that the reports from the -- I believe that
3  you said the County --
4    A.    Yes.
5    Q.    -- are filed into?  Okay.
6          Are there any other folders that
7  would contain e-mails or other documents
8  related to opioids?
9    A.    Well, in my inbox, when it gets too
10 full --
11   A.    Uh-huh.
12   A.    -- I may archive that information
13 so that it's not still in my inbox.
14   Q.    Okay.
15   A.    And so I'm sure there are some
16 e-mails there.  But again, all of that
17 information would have been provided to our
18 attorneys -- to my attorneys.
19   Q.    Okay.
20   A.    Also, the City's e-mail system is
21 on a server such that even if you delete it on
22 purpose or accidentally deleted something, it's
23 still attainable --
24   Q.    Okay.
25   A.    -- it's still in the server, and

Page 303

1  it's still something that's been accessible to
2  our attorneys.
3    Q.    Okay.  Over the course of your
4  career, roughly how many e-mails would you say
5  you received related to opioids?
6          MS. LEYIMU:  Object to the form of
7  the question.  Calls for speculation.
8    A.    I honestly have no idea.
9    Q.    I'm just looking for your best
10 guess.  Are we talking 10 or 100 or 1,000?
11         MS. LEYIMU:  Object to the form.
12   A.    How many e-mails in my career --
13   Q.    Yeah.
14   A.    -- I received?
15   Q.    Fair to say -- related to opioids.
16 Fair to say more than 1,000?
17         MS. LEYIMU:  Object to the form of
18 the question.
19   A.    I honestly don't know.
20   Q.    Okay.
21   A.    It would be a -- that's a wild
22 guess in the air.
23   Q.    Okay.  Certainly in the hundreds,
24 though, on an issue of this importance?
25         MS. LEYIMU:  Object to the form.

Page 304

1  Asked and answered.
2    A.    I'm not really sure, to be
3  perfectly honest.  I'm not sure.
4    Q.    Okay.
5    A.    It's like saying how many times
6  have you ran versus walked in your lifetime.
7    Q.    Okay.  No, I understand.
8    A.    I don't know.
9    Q.    I was just thinking you testified
10 earlier that you got 80 to 100 e-mails a day.
11   A.    80 to 100, correct.
12   Q.    About how many would you say were
13 about opioids?
14         MS. LEYIMU:  Object to the form of
15 the question.  Vague.
16   A.    On some days multiple.  On some
17 days absolutely none.  And again, it all
18 depends.
19   Q.    Okay.  So over the course of two
20 years, roughly, as Chief, and more, isn't it
21 fair to say that there's at least in the
22 hundreds of -- of e-mails that you've had on
23 opioids?
24         MS. LEYIMU:  Object to the form of
25 the question.  Asked and answered several

Page 305

1  times.
2    A.    I think that's just a guess.
3          MR. O'CONNOR:  It's been asked, it
4  hasn't been answered.
5    A.    I think it's a guess.  Again, I'm
6  not sure.
7    Q.    Okay.
8    A.    That's a wild guess.
9    Q.    All right.
10   A.    As -- I'm just curious, our
11 attorneys have access to our e-mail system, and
12 I assume that information was shared with you.
13   Q.    Well, some information was shared,
14 but not very many e-mails.
15   A.    Okay.
16   Q.    And so I guess my -- I would assume
17 that given an issue of this importance, there
18 would have been substantial e-mail
19 correspondence --
20   A.    Okay.
21   Q.    -- about it?
22   A.    Okay.
23   Q.    Is that a fair assumption?
24         MS. LEYIMU:  Object to the form.
25   A.    It was an important enough topic to

Page 306

1 where it was discussed -- or there was e-mail
2 on it multiple times, but as to saying exactly
3 how many or approximately how many, I'm not
4 sure.
5          MR. O'CONNOR:  Okay.  Thanks.
6 That's all I have.
7          THE WITNESS:  Okay.
8          MR. O'CONNOR:  Thank you for your
9 time today.
10          THE WITNESS:  Thank you.
11          THE VIDEOGRAPHER:  Off the record,
12 5:15.
13          (A recess was taken.)
14          (End of video record.  Counsel
15          agreed the following appear only on
16          the stenographic record.)
17          MR. LANNIN:  The Defendants have no
18 further questions.
19          MS. LEYIMU:  And neither do the
20 Plaintiffs.
21          MR. LANNIN:  Off the record.
22          (Deposition concluded at 5:19 p.m.)
23              ~ ~ ~ ~ ~
24
25

Page 307

1 Whereupon, counsel was requested to give
2 instructions regarding the witness's review of
3 the transcript pursuant to the Civil Rules.
4
5          SIGNATURE:
6 Transcript review was requested pursuant to the
7 applicable Rules of Civil Procedure.
8
9          TRANSCRIPT DELIVERY:
10 Counsel was requested to give instructions
11 regarding delivery date of transcript.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 308

1          REPORTER'S CERTIFICATE
2 The State of Ohio,   )
3               SS:
4 County of Cuyahoga.  )
5
6          I, Stephen J. DeBacco, a Notary
7 Public within and for the State of Ohio, duly
8 commissioned and qualified, do hereby certify
9 that the within named witness, CLARENCE I.
10 TUCKER, was by me first duly sworn to testify
11 the truth, the whole truth and nothing but the
12 truth in the cause aforesaid; that the
13 testimony then given by the above-referenced
14 witness was by me reduced to stenotypy in the
15 presence of said witness; afterwards
16 transcribed, and that the foregoing is a true
17 and correct transcription of the testimony so
18 given by the above-referenced witness.
19          I do further certify that this
20 deposition was taken at the time and place in
21 the foregoing caption specified and was
22 completed without adjournment.
23
24
25

Page 309

1          I do further certify that I am not
2 a relative, counsel or attorney for either
3 party, or otherwise interested in the event of
4 this action.
5          IN WITNESS WHEREOF, I have hereunto
6 set my hand and affixed my seal of office at
7 Cleveland, Ohio, on this 15th day of
8 January, 2019.
9
10
11
12
13
14 Stephen J. DeBacco, Notary Public
15 within and for the State of Ohio
16
17 My commission expires September 30, 2022.
18
19
20
21
22
23
24
25

78 (Pages 306 - 309)

Page 310

1       Veritext Legal Solutions
        1100 Superior Ave
2       Suite 1820
        Cleveland, Ohio 44114
3       Phone: 216-523-1313
4
        January 15, 2019
5
        To: Jodi Flowers, Esq.
6
        Case Name: In Re: National Prescription Opiate Litigation
7
        Veritext Reference Number: 3182083
8
        Witness: Clarence I. Tucker    Deposition Date: 1/10/2019
9
10  Dear Sir/Madam:
11
        Enclosed please find a deposition transcript.  Please have the witness
12
        review the transcript and note any changes or corrections on the
13
        included errata sheet, indicating the page, line number, change, and
14
        the reason for the change.  Have the witness' signature notarized and
15
        forward the completed page(s) back to us at the Production address
16  shown
17  above, or email to production-midwest@veritext.com.
18
        If the errata is not returned within thirty days of your receipt of
19
        this letter, the reading and signing will be deemed waived.
20
21  Sincerely,
22  Production Department
23
24
25  NO NOTARY REQUIRED IN CA

Page 311

1           DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
2
    ASSIGNMENT REFERENCE NO: 3182083
3   CASE NAME: In Re: National Prescription Opiate Litigation
    DATE OF DEPOSITION: 1/10/2019
4   WITNESS' NAME: Clarence I. Tucker
5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7       I have made no changes to the testimony
    as transcribed by the court reporter.
8
    _____
9   Date            Clarence I. Tucker
10      Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
        Statement; and
14      Their execution of this Statement is of
        their free act and deed.
15
    I have affixed my name and official seal
16
    this _____ day of_____, 20____.
17
18      _____
        Notary Public
19
        _____
20      Commission Expiration Date
21
22
23
24
25

Page 312

1           DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
2
    ASSIGNMENT REFERENCE NO: 3182083
3   CASE NAME: In Re: National Prescription Opiate Litigation
    DATE OF DEPOSITION: 1/10/2019
4   WITNESS' NAME: Clarence I. Tucker
5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7       I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
8   well as the reason(s) for the change(s).
9       I request that these changes be entered
    as part of the record of my testimony.
10
        I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____
    Date            Clarence I. Tucker
14
        Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17      They have read the transcript;
        They have listed all of their corrections
18      in the appended Errata Sheet;
        They signed the foregoing Sworn
19      Statement; and
        Their execution of this Statement is of
20      their free act and deed.
21  I have affixed my name and official seal
22  this _____ day of_____, 20____.
23
        _____
        Notary Public
24
        _____
25      Commission Expiration Date

Page 313

1       ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS MIDWEST
2       ASSIGNMENT NO: 1/10/2019
3   PAGE/LINE(S) /      CHANGE      /REASON
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  Date            Clarence I. Tucker
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23  _____
        Notary Public
24
        _____
25      Commission Expiration Date

79 (Pages 310 - 313)

| & | | |
|---|---|---|
| **&**　1:21 2:11 3:4 12:20,23 13:2,4 | | |

| **0** | | |
|---|---|---|

**000003228**　6:4 214:22

**000003558**　6:5 214:22

**000003559**　5:4 32:19

**000230168**　6:2 209:16

**000230169**　6:3 209:17

**000232538**　5:8 109:7

**000233944**　5:23 193:9

**000233945**　5:23 193:9

**000236205**　5:17 177:8

**000236206**　5:17 177:9

**000236377**　6:8 228:12

**000236379**　6:8 228:13

**000243690**　5:15 168:5

**000243705**　5:15 168:6

**000246625**　6:15 287:14

**000266515**　5:11 158:17

**000266523**　5:11 158:17

**02199-3600**　3:6

| **1** | | |
|---|---|---|

**1**　5:3 31:19 32:15 38:4 44:15 48:22 175:4 190:4 224:16

**1,000**　103:22 303:10,16

**1,279**　231:9 232:10

**1,293**　293:22 294:4

**1/10/2019**　310:8 311:3 312:3 313:2

**1/17/2017**　6:1 209:14

**1/2**　172:3

**10**　1:18 6:4 12:2 39:7,8 41:11 46:5 100:9,11 197:15 214:18,20 215:10 217:20 239:10 240:1 251:13 303:10

**10/10/2017**　5:22 193:7

**100**　100:16 103:20 186:5,18 198:11 206:9 237:21 241:11 263:17 279:20 303:10 304:10,11

**101**　7:19

**102**　7:20

**103**　7:20

**104**　7:21

**109**　5:7

**10:04**　70:7

**10:18**　241:17

**10:20**　70:16

**11**　6:6 175:10 228:6,8 229:1,7

**1100**　310:1

**113**　7:21

**114**　7:22

**11472**　309:13

**115**　7:22

**116**　7:23,23,24

**117**　7:24

**11:12**　120:6

**11:30**　120:9

**12**　6:9 21:11 111:9 181:17 244:9,18 244:24

**120**　221:22

**124**　7:25

**126**　8:1,1

**127**　3:14 8:2

**128**　8:2

**129**　8:3

**12:15**　158:5

**13**　4:8 6:14 89:15 287:9,11,17

**131**　8:3

**132**　8:4,4

**134**　8:5

**136**　8:5

**138**　8:6

**14**　89:15 279:2

**142**　8:6,7

**143**　8:7

**144**　8:8,8 259:9

**145**　8:9

**147**　8:9

**148**　8:10

**15**　16:25 17:7,8 39:2 220:19,20 310:4

**150**　8:10

**151**　8:11,11

**152**　8:12

**155**　8:12,13 240:6

**155.05**　238:8

**156**　8:13

**158**　5:9

**15th**　309:7

**162**　8:14

**163**　8:14,15

**164**　8:15,16

**166**　8:16,17

**168**　5:12

**169**　8:17

**17**　1:6,10 12:7

**170**　8:18,18

**171**　8:19,19

**172**　8:20 217:17

**173**　8:20

**174**　8:21

**175**　8:21

**177**　5:16

**178**　8:22

**179**　8:22,23

**18**　1:12,13 6:12 244:13 245:13,16

**180**　8:23,24

**181**　8:24 236:22

**182**　8:25 9:1

**1820**　310:2

**183**　9:1

**185**　9:2

**188**　5:18 9:2

**19**　168:21 177:20

**1900**　289:14

**193**　5:22

**194**　9:3,3

**195**　9:4

**196**　9:4

**1980**　17:17

**1983**　18:17 19:1 26:3,14

**1984**　26:20

**1987**　26:21

**1988**　25:1 26:9,11 26:13,14 27:21

34:1,10
**1989** 24:16 194:8
**1990s** 265:14
**1996** 24:13 34:11
36:8,16 37:7,15
**1:04** 158:8
**1:51** 193:3

**2**

**2** 4:3 5:5 70:10,20
172:3 217:5
221:25 222:1
223:2,17 224:2,16
246:18,22 247:2
248:8
**2.2** 237:1,8
**2.8** 232:11 233:17
236:20
**2.8.** 237:9
**20** 47:25 212:13
274:16 277:16
311:16 312:22
313:22
**200** 9:5
**2000** 3:14 31:15
35:7 37:21
**2004** 38:10,13
42:10
**2006** 20:17
**2007** 19:10
**2008** 275:8
**2009** 18:11 19:6,25
**2011** 162:1,16
170:17 174:19
175:3 290:4
**2012** 160:4 161:4,8
162:2,16
**2013** 21:21 39:23
40:13 183:7,10,16
**2014** 39:2 119:13
143:20 146:5
151:4,9 170:20

176:8 262:1
265:13 279:11
**2015** 118:12
119:16 257:4
259:7,12 266:14
**2016** 6:1 21:21
44:14,15 56:9,12
56:15 57:21 58:8
58:9 61:5 64:10
81:1 118:13,22
119:24 137:19
141:18 142:23
143:20 151:17,22
152:1 156:3
168:21 169:23
170:16 171:25
172:10,13 173:4
173:14 175:4,9,17
176:14 179:7,12
179:20 180:1,10
180:13 190:4
198:8 209:15
210:25 212:20
213:2 235:17
236:11,13,19
263:16 279:12
296:23 297:2,7
**2017** 5:4 6:4 32:18
33:4,12 178:14,14
179:10,24 180:4
181:24 197:15
212:25 214:21
215:14 217:24
231:8 232:12,16
235:8 237:5
257:15 258:25
259:13,15 261:8
272:21,25 290:24
293:12
**2018** 6:6,12 87:4,5
94:20 118:20

177:20 180:3
225:7,16,23 226:8
228:9 236:21,23
237:5 244:15
274:15 290:25
**2019** 1:18 12:2
82:11,14 250:15
309:8 310:4
**202** 9:5
**2020** 251:3,6
**2021** 251:9
**2022** 309:17
**203** 9:6
**206** 9:6
**209** 6:1
**21** 6:12 244:14
**214** 6:4 9:7
**216** 3:15,16
**216-523-1313**
310:3
**216-9107** 2:7
**216-9163** 2:8
**219** 9:7
**22** 62:13 273:2,5
274:12 277:15
**221** 9:8,8,9
**222** 9:9,10
**223** 9:10,11,11
**224** 9:12
**225** 9:12
**226** 9:13,13
**227** 9:14,14
**228** 6:6 9:15
**23** 7:3 62:13
**231** 9:15,16
**232** 9:16
**233** 9:17
**234** 9:17,18
**235** 9:18,19,19
**236** 9:20

**237** 9:20
**239** 9:21
**24** 34:15,19 62:13
**24/48** 34:21
**24/7** 283:13
**240** 9:21,22
**241** 9:22
**242** 9:23,23
**243** 9:24
**244** 6:9
**248** 9:24,25
**249** 4:9 10:1
**250** 10:1
**251** 10:2,2,3,3
**252** 10:4,4
**253** 10:5
**254** 10:5
**256** 10:6,6
**257** 10:7,7
**259** 10:8,8
**261** 10:9
**263** 10:9
**264** 10:10,10
**266** 10:11
**267** 10:11
**270** 10:12
**271** 10:12
**273** 10:13
**276** 10:13,14
**277** 10:14
**279** 10:15
**28** 2:6
**280** 10:15
**2804** 1:5,6 12:7
**281-3906** 2:20
**282** 10:16
**286** 10:16,17
**287** 6:14
**291** 10:17
**292** 4:10

**294**  10:18,18,19
**29464**  2:6
**295**  10:19
**296**  10:20,20
**299**  10:21
**2:13**  193:14

**3**

**3**  5:7 109:3,5
  164:17 172:3
  224:6,16 232:15
  235:8 236:7
**3/19/2018**  5:16
  177:6
**3/4/2018**  6:14
  287:12
**30**  241:17 242:15
  309:17
**300**  10:21,22 266:7
  266:11
**301**  10:22
**303**  10:23,23,24,24
**304**  10:25 11:1
**305**  11:1
**308**  4:12
**3182083**  310:7
  311:2 312:2
**32**  5:3
**325**  2:18
**33**  266:9,12
**363**  273:3
**365**  283:13
**3:00**  228:19
**3:16**  228:22
**3:35**  243:5
**3:37**  243:8
**3:46**  249:18
**3:54**  249:21

**4**

**4**  5:9 158:11,13
  159:25 174:18

**175:1** 229:23
**415**  2:13,14
**42**  7:3
**43216-5017**  2:19
**44**  7:4 257:6,9
**44114**  310:2
**44114-1214**  3:14
**45004**  1:10
**45090**  1:13
**45132**  1:12
**46**  7:4
**47**  7:5
**48**  34:16,18
**4:30**  278:23
**4:45**  292:12
**4:59**  292:15
**4th**  171:24

**5**

**5**  4:5 5:12 167:24
  168:1,17 245:14
**50,000**  85:9 272:9
**52**  7:5,6
**54**  7:6
**55**  7:7
**56**  7:7
**57**  7:8,8,9
**58**  7:9,10 259:16
  259:17
**59**  7:10,11
**591-7078**  2:13
**591-7093**  2:14
**5:15**  306:12
**5:19**  306:22
**5:27**  290:17

**6**

**6**  5:16 21:11 177:3
  177:5,14 246:9
**6/3/2017**  5:7 109:6
**600**  2:19

**614**  2:20
**617**  3:7,8
**67**  7:11
**6:00**  75:3
**6:30**  76:21 279:1

**7**

**7**  5:18 188:23,25
  189:19 236:23
**7/9/2012**  5:9
  158:14
**70**  5:5
**73**  7:12,12
**75**  1:21 7:13,13
  274:9
**77**  7:14

**8**

**8**  5:22 26:13
  188:23 193:6
  197:6,9 201:20
**8/22/2016**  5:12
  168:2
**80**  100:16 212:13
  241:11 257:15,16
  258:25 261:7
  304:10,11
**80/20**  212:12
**800**  3:6
**80s**  142:17
**83**  7:14,15 18:17
**843**  2:7,8
**85**  7:15,16
**861-7582**  3:16
**861-7916**  3:15
**87**  7:16,17

**9**

**9**  6:1 160:4 209:11
  209:13,22 293:3
**90s**  99:9 123:2
  124:20 129:23
  130:4,13 133:16

**157:16**
**911**  184:5,5,24
  225:8
**94111-5356**  2:13
**951-7000**  3:7,8
**96**  7:17
**98**  7:18,18,19
**9:01**  1:18 12:3

**a**

**a.m.**  1:18 12:3
  241:14,17 290:17
**aaron**  1:7
**abide**  271:7
**abiding**  271:7
**ability**  14:18 80:12
  81:17 88:16 89:12
  143:4,23 149:7
  181:5,7 186:16
  206:4 245:10
  269:19 277:20
  281:16 284:2
**able**  82:4 122:5
  137:4 138:18
  146:1 174:11
  182:20,22 185:6
  185:19 186:12
  192:19 232:21
  236:2 244:2
  250:16 251:4,22
  252:2 253:9,12
  260:21 272:1
  280:13 281:7
  283:21 285:17,22
  285:24 286:3
  291:23 296:12
**absolute**  146:14
  262:7 280:20
**absolutely**  90:14
  142:5 146:13,14
  242:23 275:10
  279:23 282:6

[absolutely - ago]                                                                    Page 4

304:17
**abuse**  5:10 158:15
 161:16 296:2
 298:18 299:12
**academy**  20:12
 21:16 210:20
 211:21
**academy's**  20:8
**accepted**  148:21
**access**  134:24
 305:11
**accessible**  303:1
**accident**  66:11
 112:21 136:14
 137:20,25 189:13
 260:7
**accidentally**
 302:22
**accidents**  30:18
 86:18
**accommodates**
 125:17
**account**  99:2,7,14
 99:25 104:24
 106:3 161:6,10
 219:10 235:20
 236:5
**accountant**  200:4
**accounted**  232:15
 234:16 235:7
**accounting**  119:22
**accuracy**  182:3
 243:22 249:4
 293:14
**accurate**  14:19
 33:7 48:4,9
 164:10 190:25
 227:15 234:8,13
 269:9,12,15 291:2
 291:15,21 293:18

**accurateness**
 164:16
**achieve**  284:11
**acknowledge**
 311:11 312:16
**act**  311:14 312:20
**actavis**  91:11
**acting**  39:20
**action**  211:11
 309:4
**actions**  270:17,21
**active**  157:15
 198:23
**actively**  290:2
**acts**  250:10
**actual**  36:18 41:6
 100:18 134:9
 155:25 198:24
 207:21 211:11
 227:24 233:7,25
 250:25
**ad**  44:6,10 52:14
**add**  192:14 239:5
**added**  84:9 198:8
**addict**  267:3
**addicted**  136:23
 137:4 138:21
 147:25 148:18,23
 149:12,16 150:17
 254:21 255:5,13
 265:23 266:2,25
 267:1 270:16,22
 295:25
**addiction**  6:7
 137:2 228:11
 254:4,16 255:6
 267:20 270:9,10
 296:2
**addicts**  149:14
**adding**  286:1

**addition**  102:20
 197:25
**additional**  72:15
 84:10 131:14
 191:14,15 192:14
 195:4 241:22
 249:12 273:4,16
 274:3,12,16
 275:12,13 277:15
 286:1
**address**  64:7 87:9
 99:11 160:5,9
 174:10,16 190:17
 190:18 298:18
 310:15
**addressed**  191:10
**addressing**  191:6
 285:16,21
**adequate**  212:6
**adjournment**
 308:22
**administer**  25:4
 25:11,16 122:5
 130:9,17 134:15
 153:6 154:17
 155:5,19 156:2
 157:3,7 186:13
 188:14 270:1
**administered**
 14:15 62:5 151:14
 154:21 156:9
**administering**
 140:9 155:7,12
 239:14
**administration**
 47:19,23 68:11
 157:19 176:6
 188:10
**administrative**
 47:19 68:6,17
 176:1 210:20

293:7
**advanced**  24:2
**advisor**  199:1
**advisories**  168:23
**advisory**  5:14
 168:5,20,22,25
**afd**  27:18 28:14
 33:8,11,21 46:7,9
 47:8 48:5 63:6,24
 64:21,21 65:1,10
 66:2,20,23 82:7
 83:20 88:22 92:3
 99:8 105:10 108:4
 126:6,18,25 127:4
 128:4,13 134:12
 135:9,19 167:16
 195:16 212:21
 213:15 214:1
 224:3,22 225:1
 238:7 239:1
**affairs**  66:10
**affect**  147:17
 157:18
**affixed**  309:6
 311:15 312:21
**afford**  192:22
 285:25
**afg**  211:2,15
 213:13
**aforesaid**  308:12
**afraid**  249:11
**afternoon**  249:24
 249:25 250:3
**age**  13:7 17:8
**agencies**  95:5
**agency**  218:3,12
**aggregate**  87:7
**ago**  14:9 67:3
 113:24 122:22
 130:8 172:3 220:2
 275:7 289:15

**agree** 87:17 132:7
146:17 171:5
191:4,20 254:14
255:12 270:15
289:3,21 290:19
**agreed** 306:15
**agreement** 217:4
220:1 222:2
**agreements** 88:14
280:18,18,24
281:4
**ahead** 67:21
168:24
**aid** 23:25 26:25
88:14,18 93:14
280:17,18
**air** 303:22
**akron** 1:22 2:3 5:4
5:8,11,13,15,17,18
5:23 6:2,4,4,8,8,9
6:15 12:4,14,17
13:25 17:2,3,16,22
17:25 18:9,13
19:1 22:25 25:24
26:3,7,11 27:6,15
27:17,21,24 28:24
29:8 30:14 31:2
32:19 34:13 43:11
44:1 53:4,9 58:16
59:6 60:25 61:1
62:22 64:20 65:18
80:14 81:14,17,21
83:25 84:25 85:5
88:7,17 93:8,16
109:7 117:17
118:3 133:3,5,11
133:13 134:19
136:12 140:19,22
140:23 141:10
142:8,25 144:2
145:5,10,15,18

146:12 150:21
154:1 158:17
160:11 163:11,23
165:10 166:6
167:19 168:3,5
177:8 178:13
181:14,23 183:6
184:3 189:1,25
193:9 194:3,14
195:12 196:21
197:19 198:23
199:7,13,22
202:12 209:16
214:21,22 215:15
218:7 222:7,24
224:7 226:7
228:12,13 244:10
249:2 250:14
251:5,17 252:3,18
253:12 255:17,22
255:25 256:14,19
257:8 258:1,9,17
258:22 259:1,10
259:16 260:9,20
261:24 262:9,16
263:6 265:9
267:16 268:7
269:2,18 271:24
272:16 277:6,17
277:21 278:4
279:17 280:16
282:4,9,13,17
283:19,21 284:2,4
284:11 287:14
288:24 290:24
291:23 294:16,22
295:3,15 296:18
297:8
**akron's** 5:19 189:2
**akronohio.gov**
160:4

**akronohio.gov.**
99:5
**al** 1:10,12,13,13
**alarm** 86:11
108:16 112:10
**alarming** 190:12
**alleged** 245:23
**allow** 15:13 24:1
295:3
**allowed** 29:15
**alluded** 190:2
**altered** 153:2
154:22 155:3,21
157:1 185:15
186:10
**alternative** 124:11
**amanda** 6:1
209:14 210:13
293:8
**ambulance** 89:8
89:10 133:22
222:19,24 238:8
238:20 239:1
284:20
**ambulances** 63:3
133:3,5,11,13,14
134:8 278:24
**american** 217:4
**amerisourceberg...**
90:22
**amount** 74:4
75:13 181:17
183:16 272:12
**amr** 217:5 220:1,6
220:11,15 222:2,8
223:1,15,15,22
**amy** 57:8
**anda** 91:1
**andrew** 3:4 13:1
292:19

**andrew.o'connor**
3:7
**anecdotal** 144:18
180:7
**anecdotally**
144:24 234:14
**animal** 122:2
**animals** 121:13,21
**ankle** 240:2
**announcement**
176:8
**annual** 118:4,6,19
119:5,9 131:18
209:3 212:4
216:13 257:3
275:22
**answer** 15:21
25:19 81:7 144:7
164:6 209:9
235:25 239:21
261:10 264:18
273:15 281:11
296:10
**answered** 54:9
57:18 114:22
115:11 128:7
163:3 166:20
226:18 234:10
235:24 240:11
248:15 257:11,18
276:4 286:7 294:7
294:18,25 304:1
304:25 305:4
**answering** 15:14
**answers** 111:3
263:3,8,12
**anticipate** 46:24
58:21
**anybody** 74:12
136:4

anymore 266:21
apologize 215:6
apparatus 25:9,14
  25:24 199:11
  211:9
apparently 237:1
appear 219:10
  306:15 311:11
  312:15
appearance 12:11
appearances 2:1
  3:1 4:3
appeared 80:25
appearing 81:2
appears 109:16
  160:3 168:9 169:1
  177:16 197:13
  215:14 229:17
  230:15 231:3
appended 312:11
  312:18
applicable 307:7
application 41:2,5
applied 35:10
  46:14 213:16
  214:1
apply 28:1 35:9,11
  37:9,10 41:5
  212:4
applying 38:20
  45:4 46:3
appointed 45:19
appointment
  45:22
appreciate 36:14
  90:4 149:18
  188:21 271:18
  279:13
approaching
  105:2

appropriate 132:8
  132:14,21 253:3
  286:5
appropriately
  148:1 299:21,24
approval 45:25
  199:4 208:9
approve 134:6
  208:4 209:1
approved 208:8
  301:11
approves 57:9
  134:10
approving 208:15
  208:19
approximate 39:8
approximately
  17:7 21:19 24:11
  25:15 29:3,21
  31:10 34:11 39:5
  39:6,23 40:13,21
  46:2 53:11 56:6,9
  56:14 62:7 71:21
  77:19,22 80:4
  111:9 137:18
  172:3 215:21
  273:1 306:3
approximation
  100:6
archive 104:1,9,18
  104:19 105:4
  302:12
archived 101:19
  104:7
area 17:3 93:8,16
  107:12 162:21
  163:8,9 164:7
  166:9,15 167:4,8,9
  175:17 178:3,13
  181:14 222:24
  256:25 257:20

262:4 278:10
  286:13
areas 42:19 61:24
  278:12
arrive 186:4 217:6
arriving 154:14
  206:4
arson 42:20 43:15
  63:17,19
article 5:19 189:2
  189:15,24 190:10
articulated 261:11
arv 191:13,14
  192:15 265:5
  275:17 276:13
aside 65:12 71:7
  125:21,22 130:22
  131:13 167:13,21
asked 15:19,21
  53:22,23 54:9
  55:4 57:18 67:2
  75:20 77:2 79:13
  85:4,19 88:21,25
  96:16 114:22
  115:11 120:11
  122:25 125:19
  127:19 128:7
  163:3 166:20
  187:21 226:5,18
  233:21 234:3,10
  235:24 239:21
  240:11,18 241:1,3
  243:11,12 247:23
  248:15 250:14
  255:15 257:11,18
  258:24 259:9,15
  263:22 264:7
  271:24 272:4,5
  275:11 276:4
  286:7 294:7,18,25
  297:10,17 298:24

304:1,25 305:3
asking 15:1,9
  33:18 35:19,20
  97:2 121:11
  144:23 151:25
  161:24 171:12
  195:15 226:20
  232:2 246:3
  247:14 257:24
  258:15,22
asks 49:22 246:2
aspect 138:19
assess 154:14
assessment 35:12
  35:14,16 38:23
  41:13 45:12
  138:23 171:5
assign 43:13
assigned 36:6
  44:25 47:15 202:6
assignment 311:2
  312:2 313:2
assignments 21:10
  202:19
assistance 92:25
  211:7,19
assistant 38:7
  39:19 210:21
  293:7
associated 160:19
  219:18
association 196:1
assorted 30:19
assume 15:8 28:16
  44:24 55:12 57:23
  60:8 91:4 119:8
  147:14 149:4,9
  165:17 170:3
  171:12 194:3
  196:11 222:13,14
  258:19 305:12,16

**assumed** 76:19
**assumption** 30:24
  128:9 254:19,25
  255:2,7 305:23
**astounding** 80:23
**attached** 5:14
  168:4 312:7
**attachment** 5:11
  5:17 6:2 158:16
  159:1,3 161:13
  168:10,14,16,19
  177:8 178:8
  209:16 293:6
**attack** 140:24,25
  143:6
**attacks** 86:18
  143:11 180:22
  277:1
**attainable** 284:14
  302:23
**attempt** 192:3
  241:23
**attempting** 187:25
**attend** 19:2 20:1
  20:23 21:4,20
  22:25 131:16
**attended** 20:5,15
  21:8 22:17,21
  131:24
**attending** 52:21
  55:18 210:4
**attends** 49:10
**attention** 61:7
  133:25 135:5
  142:16 162:5
**attorney** 309:2
**attorneys** 59:8
  71:12,16,20 72:12
  73:21 103:3,6
  117:12 302:18,18
  303:2 305:11

**attributable** 257:6
**attribute** 253:14
**attributed** 169:9
**august** 168:21
**authorities** 253:3
  286:5
**authority** 208:18
**authorize** 312:11
**authorized** 25:3
  25:11,15,22 157:6
**auto** 66:11 280:18
**automatic** 108:17
**availability**
  162:10,14,20,24
  163:16,22 165:21
  165:24 166:5
  167:12,19 181:15
  181:23
**available** 88:9
  89:12 103:2
  104:20 118:21
  135:12 150:22
  152:4 164:24
  186:9 261:1
  279:14 295:14
  296:18
**ave** 310:1
**averag** 241:10
**average** 221:21
  222:4 238:25
  239:4 240:6
**averaging** 241:11
**awarded** 212:21
**awards** 65:20
**aware** 75:5 76:2
  77:15 92:5 126:5
  133:3,7,14,18
  151:3 155:11
  162:19,24 163:25
  165:19 196:20
  199:24 202:22

203:2,17 204:14
  204:15 213:15
  220:25 221:1
  223:12,19 247:18
  248:12

**b**

**b** 34:8,25 283:7
**bachelor's** 19:14
**back** 19:1,9 21:10
  21:11 25:8 27:4
  40:6 58:13 70:15
  87:25 103:25
  120:8 122:22,23
  123:1,5 124:8,20
  125:4,11,12
  127:12 129:23
  130:3,3 132:16
  137:3 144:9 145:9
  145:13 158:7
  159:1,19 170:17
  170:17 174:5
  176:18 179:17
  193:13 202:7
  228:21 234:21
  243:7 249:20
  250:10 254:20
  264:7,15 270:5
  275:8 278:19
  289:13 290:4
  292:14 294:11
  296:22 301:10
  310:15
**background** 28:9
  86:14 89:7
**bad** 113:5 141:20
  172:4,4,10 173:7
  179:20,24 180:9
  180:10,12
**bags** 204:10,18
  205:2,7

**baker** 3:12 13:5
  159:12
**bakerlaw.com**
  3:15,16
**based** 52:5 163:21
  188:13,18 236:10
  246:14 266:13
  270:14 295:14
**baseline** 183:11
**bases** 148:12
**basic** 23:24 66:8
  77:10 194:5,16
**basically** 34:20
  35:17 36:25 42:19
  53:3 75:12 76:9
  77:11 80:21 107:1
  107:16 111:25
  217:7 220:20
  270:23 291:14
  301:4
**basis** 49:19 50:5
  55:9 60:17 61:3
  113:9 118:7
  137:10 139:25
  212:4 264:22
  271:25 275:22
**batch** 173:7
  199:15
**bath** 143:6,11
  154:23 156:14,15
**battalion** 39:16
**battle** 288:6
**beacon** 5:18 189:1
  189:25
**bear** 14:4
**beating** 272:10
**becoming** 61:19
  62:25 63:3
**began** 146:6
**beginning** 81:6
  157:5 181:13

213:2 260:18
300:16
**begins** 164:21
230:14 246:11
**behalf** 2:3,10,16
3:2,10 12:16,20
159:13
**belief** 150:5,6,9
**believe** 19:5 25:25
26:20 33:9 37:25
48:3 57:12,22
63:14 71:14,23
76:22 83:13 91:9
102:2,3 105:25
114:17 116:23
118:11,12,21
120:15 122:12
129:6 139:2
155:17 176:9
179:23 185:4
187:5 193:21
198:10 206:1,2
213:1,1 215:12
223:6 233:25
234:11 237:20
249:10 252:4,12
270:20,22 291:17
297:9 300:3 302:2
**believed** 157:2
**best** 33:6 66:7 74:9
75:4 88:2 119:23
154:6 155:18
190:22 196:8
201:22 204:6
218:5 223:24
227:23 234:11
237:22,23 245:10
251:1 278:7,14
279:6,18 280:4,20
285:3 289:18
303:9

**better** 57:24
124:12 154:8
170:5 180:3
239:20 272:16
**beyond** 86:9
**bid** 29:15
**big** 140:25 263:15
**bigger** 115:13
**bill** 216:17,18,19
216:20,22 223:2,6
**billing** 216:25
223:13 240:24
**birthday** 190:6,8
**bit** 84:2 100:14
119:1 135:8 172:2
198:5 300:17
**blocks** 284:17
**board** 252:19,19
**body** 68:21 149:7
208:9,11 271:2,16
**bona** 186:5
**book** 215:18
**books** 200:5
**boost** 212:5
**born** 16:22,24
**borrow** 189:10
**boss** 74:15 110:12
242:14
**boston** 3:6
**bother** 97:1
**bottle** 123:25
153:14
**bottom** 200:13
217:17,22 246:10
**bought** 173:23
**boulevard** 2:6,18
**box** 162:5 163:10
163:14 283:4
289:10 290:6,19
301:11,19

**boylston** 3:6
**brain** 270:25
**brainstorming**
289:20 290:16,18
**branch** 34:5 38:1
**branches** 48:20
**break** 16:3 70:3
157:21 250:11
255:13 270:11
**breakfast** 51:8
**breaking** 275:20
280:3
**breaks** 16:5
**breathing** 211:8
**brennan** 1:21
**bridgeside** 2:6
**briefly** 34:12
**bring** 52:12 87:24
**broadcast** 176:5
**broader** 105:10
166:18
**brought** 135:5
142:15
**brown** 5:16 48:14
49:1,9,15,20 74:15
77:18 177:6,17
182:13,18 229:11
229:19 230:1
241:15,16 242:3
243:24
**budget** 6:1,4
206:21,24 207:9
208:4,7,15,19
209:1,3,15 210:3
214:21 215:14,19
216:13 217:18
219:16,20,22,24
273:13,17,22,25
274:2,4,5,9,11,21
274:22 275:1,7,8
280:6 286:5

293:12
**build** 273:16
**building** 95:1,11
95:19 96:19 97:10
98:9,9,20 114:15
114:16,20 115:1
176:1
**built** 143:21
**bullet** 162:9
163:15,18 181:11
197:17 198:13
200:7,11,12
201:19 203:18
204:9 211:24
214:10 293:22
296:23
**bulleted** 6:2
209:15
**bulletin** 161:22
**bulletins** 161:23
**bullets** 210:25
**burden** 83:2
**bureau** 34:1 36:11
36:16 37:23 38:6
38:7,14 39:9,19,20
39:21,25 40:1,14
40:17,22 42:17
43:20 44:21,25
47:18 55:5 61:12
61:23 63:15 89:21
110:1,18 163:7
166:23 175:6
176:16 194:24
**bureaus** 33:15
39:12 40:10,10
**buried** 300:12
**burling** 2:11 12:20
12:23
**business** 18:3
19:12 68:13 84:2

[busy - cc'd]                                                    Page 9

busy 53:21
bystander 185:18

**c**

c 34:9 35:1
ca 310:25
cabinet 45:8
   124:24 293:12
calculate 240:23
calculated 235:5
   238:12
calculus 281:24
calendar 106:23
   106:25
california 2:13
call 20:3,5 36:9
   56:9 59:12 88:14
   108:6,15,24
   113:21 143:19
   145:24 146:7,16
   147:7 156:9
   184:22,24 185:2,9
   186:4,6 204:20
   206:3,15 211:10
   221:24 224:9,11
   224:13,18 230:4,9
   232:4 237:24,24
   238:7,8,25 239:4
   239:10,19,24
   240:2,15 241:4
   259:21 260:13,24
   278:18,18 291:14
   291:18
called 13:7 15:16
   28:6 36:10 40:17
   76:17 81:3 82:17
   83:24 90:9 92:6
   92:13 122:13
   132:2,4 141:22
   151:17 205:22
   210:21 245:3
   281:14

calling 55:17
calls 5:8 6:7 71:5
   85:9,15,16 109:7
   143:7 145:5,23
   151:11,13 152:4
   170:19 171:3
   172:12 184:6,12
   184:16,19 185:5
   185:23 190:12
   203:25 221:22,23
   222:25 225:8,13
   228:10 230:2
   231:4,9 232:3,7,10
   232:15,16,22
   233:4,7,11 234:15
   235:7,8,20 236:6
   236:14,17,19,23
   237:11,19 238:4
   239:3 240:7,11,15
   240:23,24 241:8
   260:21 262:13
   265:16 268:12
   272:10,12,14
   276:6,16 277:12
   278:25 279:3,11
   280:12 281:2,4
   291:5,16 296:20
   303:7
camera 43:12
candidates 46:3
   46:17
canton 18:5
   163:11
capability 181:1
capacity 31:11
   89:4 257:24
   258:22
captain 38:11,21
   38:25 39:1,4,8,16
   40:2,6,23 176:19

captain's 42:12
caption 308:21
captures 231:22
   237:18
car 86:18 124:1
   133:20 176:20
cardinal 90:20
care 24:3 124:5
   134:15
career 23:21 33:21
   47:8 62:17 63:4
   303:4,12
careful 155:18
carey 2:12 12:22
   12:23
carfentanil 121:16
   121:18 122:7
   146:21 169:14
   171:7 172:23
   173:19 256:20
carolina 2:6
carried 134:7
   224:3
carry 25:14 133:4
   133:5,12,15,17
carrying 25:24
carter 2:18 4:9
   12:25,25 249:23
   250:2 271:19,22
   287:8 292:8
case 1:6,10,12,13
   12:6,7 14:4 25:21
   61:18 68:2 69:15
   71:16 72:12 75:6
   76:3 77:14,21
   82:22 83:14 104:8
   116:14 117:13,16
   139:5 152:10
   154:9 157:10
   165:22 169:5
   187:7,20 200:16

224:18 229:10
   245:5 248:19
   253:8,15 256:12
   262:19 280:19
   292:20 297:12,22
   298:3,14 300:6
   310:6 311:3 312:3
cases 69:6,11
   128:18 147:19
   155:17,19 266:7,9
   290:21
casting 145:9
catastrophic
   264:23
catch 44:7
categories 102:25
   117:24 219:11
   300:21
category 121:8
   217:24 219:6
   231:21 232:5,8
   245:19,23
caught 243:11
cause 108:10
   149:24 227:24
   262:25 266:9
   272:15 284:13
   308:12
caused 154:3
   169:15 171:8
   206:5,17 233:16
   291:24
causes 178:11
causing 63:11
   145:22 147:3
   260:17 291:3
caution 247:20
cbs 5:13 168:3
cc'd 50:19 197:12
   197:15

ceasing 139:8
cell 108:25
cellular 106:8
center 35:12,16
  38:23 41:13
  108:14 112:15
  184:9
cephalon 91:16
ceremony 64:4,13
  64:16
certain 32:7 49:23
  58:12 72:21 86:6
  104:5 133:4,5,12
  155:13 174:9
  220:5 244:21
  245:5,12 300:21
certainly 303:23
certificate 4:12
  22:13 308:1
  312:11
certification 22:4
  22:12 24:6,12,19
  29:4 63:1 130:19
  311:1 312:1
certifications 23:6
  23:7,12 24:1
certified 13:10
  24:8,14,25 29:9,19
  30:16 257:5
certify 308:8,19
  309:1
cetera 160:21,21
  176:4,4 245:21
  269:23,23
chain 6:6 228:9
  229:19
challenge 260:23
chance 16:6 274:2
  287:25
change 25:6 36:16
  82:24,24 83:17

84:1 120:1 199:3
  274:2 310:13,14
  312:8 313:3
changed 18:1
  29:13 33:14 47:24
  48:6 167:1 194:12
  289:15
changes 25:7,13
  29:12 33:11,14
  83:3,13 157:12,16
  251:15 310:12
  311:7 312:7,9
characterize 207:7
charge 38:5 42:19
  42:25 44:1 55:5
  110:1,3 119:22
  163:6 290:1
charged 69:22
charles 5:16 6:14
  177:6 287:13,18
chart 5:4 32:18
  33:2,22 34:2
  36:11 166:24
cheat 209:25
checks 153:3
chemical 269:17
chemicals 167:8
  290:10,13
chicken 91:8
chief 5:20 13:14
  13:25 14:1 16:19
  20:20 22:8 23:9
  23:17 26:5 30:25
  31:20 32:23 33:19
  39:2 40:3,24 41:1
  41:14 42:16 43:19
  44:12,13,14,17,21
  44:24 45:5,18
  46:23 47:6,10
  48:19 51:19 53:14
  57:12,20 60:8,10

61:7,8,10,19,22
  63:23 64:12 65:19
  67:2 69:24 70:18
  75:5,9 76:2,11,12
  77:17,24 80:7
  81:7 82:21 83:19
  85:20 87:6 90:1
  94:3 97:6 98:5
  99:1 106:3 109:11
  110:5 111:18
  113:22 119:11,21
  120:11 121:15
  127:14 129:16
  134:5,17 135:14
  135:15,25 136:4
  138:10 140:19
  149:17 151:4
  156:3 158:9,24
  159:2,24 161:25
  164:17 167:17,21
  167:23 168:9,16
  171:22 174:17
  175:5,19 176:15
  177:13 181:10
  183:4 184:2
  185:22 187:1,21
  188:22 189:3,9,14
  189:18,23 190:10
  193:16 196:13
  197:1,3,5,8,14,16
  197:17 198:12
  199:6,25 200:1,2
  201:12,15 202:5
  203:4,7,9,10,18
  204:6 205:14,16
  206:2,20 207:2,13
  207:25 209:21
  210:8,25 213:11
  213:12 214:15,17
  215:9,25 216:9
  217:11,16 218:13

218:22 219:5,13
  219:15 221:8
  222:5 225:4,5,18
  226:1,11,14
  228:24 229:6,12
  230:12,14 231:17
  231:24 232:7,23
  233:2,18 234:2,4
  235:6 236:4,12,22
  237:12 238:2,2,6
  238:11 239:25
  240:13 241:12,13
  241:15,21 242:5,9
  242:21 243:10,12
  243:18,19,24
  244:7,23 247:2,19
  248:22 249:10,24
  250:23 257:8
  258:1,4,22,25
  259:13 263:5,6
  282:9 288:4,5,20
  288:20 289:9,19
  289:25 290:20
  292:18 294:20
  295:6,22 296:11
  301:2 304:20
chief's 102:3,21
chiefs 109:25
  131:18 289:8
child 110:7,14,15
  110:17,23 111:5,8
  111:13,24
choice 45:24
choose 29:16
  148:19
christine 5:13
  168:2
circumstances
  220:6,14
cited 286:10

[citizens - community]

**citizens** 30:14 43:2
85:21 86:1 181:4
258:17 271:7
272:16 283:16
285:4,4
**city** 1:11 2:3 6:4,9
12:14,17 13:25
22:8 27:24 44:1
59:6 67:24 81:19
82:3,4,22 83:2,14
85:22 89:14 99:12
106:17 136:10
137:13 139:12
140:14 152:6,8,12
160:11 176:2,3
196:22,25 198:23
199:12,14,21
207:3 208:22,25
209:2 210:2,5
212:17,24 214:21
215:14 216:14
218:7,8,10 220:11
222:18 223:14,22
225:6,16,23 226:6
244:10 251:17
252:3 265:19
277:20 279:19
293:19 294:16
296:18 298:17
301:10
**city's** 85:6 87:9
190:13 246:9
302:20
**civil** 13:9 28:4
307:3,7 311:5
312:5
**claim** 245:21
**clannin** 2:14
**clarence** 1:17 4:7
5:6 12:5 13:7,12
13:24 70:12

**citizens** 249:22 292:16
308:9 310:8 311:4
311:9 312:4,13
313:20
**clarification** 15:2
188:21 194:21
**clarify** 15:7 33:13
69:5 97:23 98:4
224:1
**clarifying** 36:14
**class** 194:23
**classes** 20:23 21:4
21:9 194:25
**classified** 79:5
122:9
**clear** 65:4,7
100:17 125:13
128:19 129:12
167:15 247:1
286:17
**cleveland** 1:11
3:14 17:2 27:10
162:6,15,21,22
278:11,11 309:7
310:2
**close** 54:20 145:23
284:25
**closest** 284:16,21
**cocaine** 129:2,3,6
129:7 140:20,23
141:13,25 142:6,7
142:12,18,18,24
143:6,10 163:16
255:16 257:7,9,13
257:16 259:1
261:7 266:8
267:17 290:22
**code** 217:5 221:25
222:1 223:2,16
224:2,6,16

**coincident** 190:3
**cold** 14:21
**coleman** 3:13
159:8,11,11,16,21
**collaboration**
207:1
**collaborative**
190:21 191:17,23
191:25
**colleague** 108:24
**colleagues** 5:20
108:8 113:8,9
166:5 167:18
184:3 189:3
249:12
**collected** 221:4
**columbus** 2:19
**column** 164:20
**columns** 236:21
**combat** 197:19
**combination**
42:24
**combined** 147:6
294:1
**come** 20:11 21:11
28:1 50:15 51:25
53:2 88:15 122:7
122:16 133:25
139:14 153:10
173:6 179:3 192:2
202:7 213:14
217:1,9 238:3
244:2 247:17
265:2
**comes** 58:3 59:13
59:25 66:16
101:12 106:24
119:2 145:7
184:24 230:11
254:24 283:2

**comfortable**
171:17,20 255:2,8
262:4
**coming** 13:16
105:7 107:11
171:15 184:20
211:17 257:2
270:5 284:21
288:14 291:13
**commander** 61:22
111:20 112:15
**commanders**
111:16
**commendations**
65:20
**comment** 6:2 65:2
209:15
**comments** 64:15
65:14
**commission**
309:17 311:19
312:25 313:25
**commissioned**
308:8
**commissions**
68:24
**committed** 5:20
189:4
**common** 271:12
**communicable**
261:16
**communicate**
56:25 57:15
258:23
**communicated**
298:2
**communities**
88:15 280:19
281:5,20
**community** 30:15
42:20,22 64:7

146:1 150:10
153:10 181:9
257:25 258:11
260:10 264:24
275:22 279:8
280:22 282:20,25
**companies** 222:24
**company** 90:2,5,9
91:5,8 92:6,13
93:1,12
**compared** 116:14
116:18 273:2
**comparing** 117:5
**complete** 14:19
22:3 233:4
**completed** 118:12
308:22 310:15
**completely** 62:19
**complicated** 39:13
41:4,18 47:11
86:4 87:16 284:7
**computation**
245:22 246:2,12
246:14
**computer** 78:5
**concept** 194:11
**concern** 115:25
168:13 169:1
245:12 259:5,22
259:22 260:1,24
279:22 280:2
300:4
**concerned** 118:1
174:18 283:14
**concerns** 242:6,12
242:19 243:21
260:8
**concluded** 154:10
306:22
**concrete** 206:13

**conduct** 252:25
**conference** 65:15
**confident** 117:11
117:20
**confirm** 178:22
182:2 237:8
**confluence** 87:1
**connection** 96:18
97:7 99:7 114:1
114:19 116:1
126:7 128:12
202:13
**consciousness**
153:3 154:23
155:4,21 157:1
185:15 186:11
**consider** 102:17
112:17 180:14
212:6 238:19,20
253:22 256:11,12
257:8,15 259:11
260:4
**considered** 28:10
30:1 78:21,23
97:19 114:19
115:8 154:11
162:20 222:19
261:19
**considering**
192:17
**consistent** 96:4
154:16 162:13
179:11 181:21
232:16 263:13
**consolidate** 275:10
**consumed** 156:17
**consumer** 254:9
**contact** 162:21
278:5
**contain** 102:5,7
269:11 302:7

**contained** 211:8
**content** 133:24
134:1 248:3
**context** 111:8
112:20 141:8
**contexts** 113:17
**continue** 24:18
190:17 191:3
275:21 288:6
**continues** 235:17
**continuing** 195:1
**continuously**
26:10
**contract** 47:2
220:10 223:14,22
**contribute** 147:7
201:9
**control** 83:5
132:10 144:10
146:3 260:16
271:4,15
**controlled** 83:6
133:18
**conversation** 53:5
**conversations**
57:6
**convicted** 69:20
**cope** 27:4
**copy** 98:6,10
119:19 189:13,13
**cor** 116:10
**core** 194:10
**corporation** 2:10
12:21,24 90:22
**correct** 17:9 18:15
19:7,13 21:6,18
22:19 24:7,10,22
25:2 26:1 28:18
28:22 29:1,20
31:4 35:2,8 37:17
37:20,24 38:3

40:7,15,25 41:24
42:3 43:8,25
44:16,19 45:3,17
45:23 46:21 47:7
48:11,12,15 49:25
50:20 53:10 56:2
56:13 57:11 59:19
60:2,4,18 61:4
63:8 64:25 67:5
69:18 71:6,17
72:14 76:25 78:24
81:5 83:22 86:2
89:23 91:6 94:21
95:24 96:6 98:18
99:22 105:14
106:16 108:5
109:1 116:12
117:14 118:23
119:10 125:3,18
126:1 128:14
129:15 130:2,6,10
130:21 131:5
132:3,6 133:23
134:16 135:17
137:16 138:2
140:6 141:23
146:19,22 153:22
157:11 161:7
163:4 175:6,7
178:17 184:7
188:8 190:7 192:1
194:13 195:10,17
197:3 199:16,19
200:20 201:13
204:8 206:19
207:6,19 210:12
211:23 212:19,20
213:7 220:4,9
221:11 222:13
226:3 228:4 234:1
235:6 258:2,7,11

258:12 262:2
264:11 269:1
286:20 295:21
297:6 300:19,22
304:11 308:17
**correction** 208:25
**corrections** 310:12
312:17
**correctly** 25:12
156:8 288:10,11
**correspondence**
305:19
**cortlin** 2:11 12:19
13:19
**cost** 83:1 84:16
202:18 230:9
238:7,25 239:13
240:1,15 241:8
245:19 253:12
**costs** 200:21 201:8
202:13 214:3
219:18 226:6,14
226:25 239:11
250:14 251:4,22
**council** 208:22,25
210:2,5 229:23
230:2 241:16
242:15 243:24
293:19
**counsel** 12:10
15:16,25 189:12
258:3 292:23
306:14 307:1,10
309:2
**counseling** 84:9
**counselor** 84:7
**count** 277:15
**counter** 148:5
**counties** 181:17
**country** 131:20
166:10,15 169:10

262:17 278:6
280:17
**county** 1:10,13 2:3
12:14,17 59:7
60:3,12,17 83:2
169:11 170:9
178:13 181:16
188:17 195:25
201:21 202:1,14
203:11 252:10
257:3,6 261:8
262:16 266:4
269:14 301:21
302:3 308:4
311:10 312:15
**county's** 36:24
**couple** 21:9 34:8
46:25 50:24 69:11
72:4,10,11 120:16
137:8 173:13
191:12 250:2
255:21 256:25
280:10,11 290:2
**course** 15:25
46:16 52:10 73:6
114:7 128:20
198:4 303:3
304:19
**coursework**
130:25 131:14
**court** 1:1 4:15
12:8 14:8,14 16:6
31:21 67:12,13
68:3 70:18 158:10
159:8 311:7
**court's** 6:12
244:14
**cov.com** 2:14,15
**cover** 158:25,25
160:2 168:11
176:25 278:10

**coverage** 278:13
**covered** 116:21
205:25
**covington** 2:11
12:20,23
**cpr** 23:25 27:1
211:11,11
**created** 206:25
**creeping** 169:10
170:9
**crime** 69:20,22
**criminal** 69:2,6
**crippled** 80:11
81:8,17,22,24
**crippling** 235:10
235:22
**crisis** 56:10 57:21
58:17 64:6 78:2
80:10 81:4,17
83:1,24 84:23
132:2,5 141:8,11
141:13,16,22
142:3 143:20
145:15,21,24
146:16,25 147:4,7
147:20 169:24
191:10 205:23
235:10 255:17,17
255:18,22 256:1,6
256:9,11,12,15,20
256:22 257:9,16
257:21,22,23
258:21 259:2,6,17
260:2,5,13,15
261:11,23,25
262:5,7,14,18
263:7 265:9,10
272:8 276:21
298:6
**critical** 280:3

**crossed** 225:20
227:2
**cruisers** 25:10
169:2,6
**crunch** 275:8
**ctucker** 99:5,20
**cue** 211:6
**curb** 299:8
**curious** 74:6 175:8
305:10
**current** 55:2 68:13
68:13 78:15 273:2
273:3
**currently** 23:20
65:11 85:5,9
95:10 111:20
198:22 217:3
278:13 289:25
**curry** 5:13 168:3
**custody** 4:14
**cut** 48:1
**cuyahoga** 1:10
280:25 308:4
**cvs** 93:5,7,9
**cycle** 273:17

**d**

**d** 91:1,3
**daily** 59:13,15
60:17,19 113:9
221:18 264:22
301:20,25
**damage** 169:14
171:8
**damages** 245:21
245:22 246:16
**dan** 1:7 51:5
159:13
**danger** 279:21
280:13
**dangerous** 167:8

daniel 3:12 13:5
dashboard 50:3,6
50:21 187:2
dashboards 51:16
54:19
data 58:13 119:2
135:12 144:17,22
149:22 150:3,22
151:2 164:14,14
231:18,19 264:7,9
264:15 295:2,11
database 230:16
230:21,25 231:2
231:14
databases 236:3
date 12:2 64:11
104:16,18 162:1
168:25 170:12
246:17 307:11
310:8 311:3,9,19
312:3,13,25
313:20,25
dated 160:3
169:23 170:16
177:20 197:15
david 6:14 287:12
287:18
dawson 207:2,4
208:12,21
day 2:17 14:11
74:7,8,12 75:25
76:10,23 77:7
89:4 100:7,15,16
105:8,20,23 106:1
123:4 124:15
174:14,15 191:4
221:22 222:4
227:23 235:18
241:11 262:12
276:24 278:22
281:23,25 283:10

283:11,12,13
304:10 309:7
311:16 312:22
313:22
days 32:5 36:20
62:11,12 87:1,19
172:4 233:15
304:16,17 310:18
deal 89:19 147:25
148:1,2 279:10
290:12
dealers 173:24
dealing 101:1
105:21 259:16
275:14
deals 89:24
dear 310:10
death 110:14,15
110:17 112:2,3
259:22 260:6,6,7
266:9 267:24
291:3
deaths 145:24
190:11 257:6,9,14
257:16 259:1,9,16
259:18,23 260:8
260:17,17 261:7
266:3 290:24
debacco 1:25
308:6 309:14
debate 208:9
decades 270:15
deceased 185:8
233:14
december 44:14
44:15 64:10 175:4
178:14 190:4
decided 17:4
18:23 84:3 124:5
declined 274:13

decrease 192:4
260:12,12
decreasing 144:13
145:1
dedicated 219:17
deed 311:14
312:20
deemed 310:19
defendant 12:21
12:24 67:23
253:15,16 292:1,2
298:14
defendants 6:11
13:6,20 31:18
38:4 48:22 70:20
109:3 117:16,21
158:11 159:14,24
167:24 168:17
174:18 177:3
188:22 197:6,8
201:20 209:10,21
214:18 215:9
217:20 228:6,25
229:6 244:13,18
244:23 245:4
246:4 248:19
297:12,16,22
298:3 306:17
defense 177:13
186:22 189:18
defer 205:2 216:8
218:22 219:13
222:5 225:18
define 118:16
definition 111:7
156:8 183:5,8
184:19 224:2
256:21 257:20,21
definitive 152:23
definitively 227:9

degree 17:21 18:2
19:11,14 22:5,6,12
22:15 272:24
281:19
degrees 23:6,14
delayed 284:22
delegated 134:2
delete 101:16
103:12 105:5
302:21
deleted 104:21
302:22
deliver 210:5
delivered 298:13
delivery 307:9,11
denied 277:16
278:1
department 5:3
22:2 26:8,11
27:15,21 28:25
32:17 34:14 43:11
45:2 46:11 53:4,9
58:16 59:2 60:6
60:23,25 61:1,17
62:23 65:19 80:14
81:15,18,21 83:25
85:1,5,20 87:8
88:7 94:4,25 95:2
95:8,9,13,15,18,21
96:16 97:16,22
110:20 114:10,15
114:25 115:14
116:8,19 117:9,17
118:3 119:20
136:12 142:9
149:22 150:21
160:18,19 183:6
184:4,8,9,11
187:24 190:14,20
191:10,19 192:16
194:4,14 195:13

196:7,21 198:9
199:7,22 200:22
201:9,16 202:12
202:25 203:5,7,14
205:20 207:9
208:14,16 209:4
210:15,17 212:16
213:8 216:2,6,12
217:14,23 218:17
219:12,16 220:14
221:3 222:7 223:9
225:7 226:7,15,25
227:8 235:11,22
248:22 249:2
251:22 258:6,11
260:10,20 262:9
269:14,19 270:6
275:9 277:6 278:4
278:5 282:4,5,16
282:18 283:19,21
284:2,4 289:7
290:9,14 295:3,9
295:15 310:22
**department's**
113:23 206:24
**departments**
81:11,12,13
196:23
**dependable**
242:22 243:16
**dependency** 136:6
140:17
**depending** 21:12
35:22 85:10 86:5
132:14 239:19
277:12
**depends** 20:3
85:18 140:4 196:5
278:22 304:18
**deploy** 201:3

**deployments**
200:8
**deploys** 200:17
**deposed** 13:10
14:1,3 67:4 75:6
76:3,13,24 77:13
77:16,21
**deposition** 1:16
5:6 12:5 32:15
67:12 70:10,11,24
71:5,10 73:21,25
74:13 75:8 76:5
76:12 77:23 79:17
79:24 109:5 157:6
158:13 168:1
177:5 188:25
193:6 209:13
214:20 228:8
244:9 287:11
306:22 308:20
310:8,11 311:1,3
312:1,3
**depositions** 91:10
**deputy** 48:10,13
49:1,9,15,19,22
50:7,9,16 52:8,22
53:7,23 54:5,22
56:23 60:8 65:8
74:15 77:18
109:25 111:18
177:17 182:13,18
207:13 229:11,18
230:1 241:15,16
242:3 243:23
279:22 280:2
286:4
**derived** 233:5
**describe** 30:8
42:18 45:5 100:25
186:3 216:1
258:17 261:6

**described** 47:12
82:1 136:13
138:13 140:1
141:17 142:4
147:10,11 150:7
151:23 262:1
265:17 266:19
267:21
**describing** 141:16
174:9 264:1
**description** 5:2
123:24 180:16
**desk** 199:4 225:20
227:3
**desktop** 107:3
**desperately** 283:6
**desperation** 267:2
**despite** 279:17
**destroy** 96:17,25
97:6,12,25
**destroyed** 95:23
96:1,3,9 97:19
98:11,22 114:8
115:9 116:1
**destroying** 115:4
**detailed** 175:9
219:5
**details** 30:21
107:25 138:17
140:11 213:9
**determination**
188:20 224:15
225:2
**determine** 156:25
186:14,15 194:25
227:7 263:20
268:20 295:4
296:8
**determined** 232:7
**determining** 97:25

**devastating**
264:25
**devastation** 262:8
**develop** 254:16
**developed** 210:1
**developing** 207:8
**development** 20:6
20:10
**device** 106:10,18
106:21
**devices** 106:11
**devised** 244:4
**diamond** 1:21
**diane** 207:2
208:12,20
**dictates** 271:13
**die** 80:24 173:9
174:5 255:6
271:17
**died** 111:5 174:4
301:6
**difference** 36:17
218:1 265:4
**different** 25:9 26:6
26:15 33:15 34:8
36:1 41:7 47:14
48:19 73:9 79:15
79:24 90:2,3
101:21,22 124:8
132:13,20 148:16
149:19 186:7
194:9 196:4
204:19,25 213:23
213:24 216:11
222:19 224:19
233:12 240:25
255:22 265:13
271:3 276:18
277:11 279:3
281:22 284:10
290:5 299:15,20

301:9
**differently** 133:10
**difficult** 62:10
  144:7
**diffuse** 147:2
**dig** 229:13
**digit** 290:24
**dillard** 21:2
**direct** 48:18 55:8
  55:14 159:6 162:4
  215:4 244:20
  246:22
**directed** 64:21
**directing** 207:12
**direction** 57:24
  270:10 271:3
**directive** 113:25
  114:9,12,19
  115:20
**directly** 35:4 65:9
  107:14 112:16
  247:8,10,16,17
  267:7
**director** 57:4,7
  133:19 134:3,4,9
  194:25 199:1
**director's** 134:12
**disagree** 170:15
**disaster** 143:19
**disciplinary** 66:10
**disciplined** 66:2
**discount** 90:10,12
  93:24
**discuss** 14:5 31:17
  74:2,20,25 75:8,11
  76:5 229:3 247:21
**discussed** 23:2,5
  64:3 84:19 113:24
  151:16 157:4
  165:21,25 193:17
  217:12 218:18

222:23 292:23
  306:1
**discussing** 22:10
  67:8 200:10
**discussion** 76:16
  97:15 110:11
  131:25 167:11
  255:19
**discussions** 52:11
  55:23 57:4 108:7
  165:20 166:4
  167:18 175:19
  274:6
**disease** 261:16
**dispatch** 108:14
  112:15 184:9
**dispatcher** 152:7
**dispense** 131:9
  193:24
**dispensed** 130:12
  135:9,20 188:3
**dispenses** 199:7
**dispensing** 25:22
  194:11
**disposal** 204:10,23
  205:1 298:24
  299:7
**dispose** 204:18
  205:7 298:19
  299:2
**disposed** 124:21
  299:21,23 300:13
**distinction** 23:23
  143:10
**distribute** 272:13
  298:19
**distributed** 114:9
  291:25 298:13
**distribution**
  203:20 204:10

**distributor** 6:11
  244:12
**district** 1:1,2 12:8
  12:9 39:2 40:3,24
  41:1,14 42:16
  43:19 44:12,13,17
  61:7,10,21 119:21
  134:5 135:14
  196:13 199:25,25
  200:2 201:12
  202:5 204:6
  205:14 207:1,13
  207:25 213:11,12
  216:9 217:11
  218:13 221:8
  222:5 229:12
  230:12 231:17
  241:12,13 250:23
  289:8,25 294:20
  295:6 296:11
**disturbance**
  237:25
**division** 1:3 5:3
  12:9 32:17 36:24
  289:7
**divisions** 117:2
**dlemon** 3:15
**doa** 233:13
**doctor** 122:3
  123:5,10,14,16
  125:16 147:13,22
  149:2 186:24
  252:25 253:10
  265:21 269:6
  271:10 296:3
**doctors** 188:16
  227:19,22 268:15
**document** 1:9 5:3
  5:14 31:17,25
  32:16,24 70:19,21
  71:4 110:5 158:22

160:16 161:21
  162:1 164:12,16
  164:18 168:4
  178:10 182:14
  183:3,24 211:1
  217:18 219:16,24
  229:3 241:15
  244:19 245:1,15
  246:23 247:21
  248:25 249:2
  287:9 293:4,10,11
  293:15 294:12
  296:22
**documentation**
  182:19 264:19
**documents** 31:21
  32:11 72:19,24
  73:12 97:7 98:6
  109:11 262:23
  302:7
**doing** 35:18 74:9
  75:4 150:16
  204:15 207:12
  265:8 271:14
  272:7 278:15
  280:4 282:17
  283:16 289:18,20
**dosage** 198:21
**doubt** 109:21
  164:9 177:25
  178:1 182:3
  197:11 229:14
  233:1 234:3
  285:13 293:14
**downtown** 107:14
**dr** 57:8 266:6
**drafting** 119:5
**dragging** 271:2
**dramatic** 178:12
  178:18 179:10
  181:14,22

**drive** 123:24,25

**drop** 49:16 51:10
288:7,22

**dropped** 269:8

**dropping** 291:12

**drug** 5:10 90:10
90:13,22 91:5
93:1 121:6,10,12
121:20 134:10
149:16 153:8
155:13 158:15
173:8 178:3
188:15 204:2
230:4 231:5,15,21
232:4,5,14,22
233:8,13 234:15
235:7,15 236:6,15
267:4 269:18
271:14,16 288:6,8
288:23 291:2,10
298:24 299:6

**drugs** 78:22 79:4
121:2 122:13
129:10 132:15
133:14 136:16,16
136:18 138:12,22
148:5,18 150:11
150:12,16,17
153:11 173:6,23
174:2 204:19,21
204:21,22,24,24
205:10 206:11
239:15 266:12,21
267:12 270:12
292:5 294:1,4
300:7,7

**dry** 48:1

**due** 73:7 295:16

**duly** 13:10 308:7
308:10

**duty** 128:16

**dying** 80:22,22,22

**e**

**e** 5:7,9,12,16,22
6:1,6,14 60:1 91:3
92:9 99:1,7,10,14
99:20,24 100:2,7
100:13,14,16,18
101:1,8,12 102:11
103:25 104:1,24
105:5,5,7,9,13,16
105:21 106:1,2,22
106:25 109:6,16
109:22 110:12
117:11 158:14,25
159:1 160:3,5,9
161:9 168:2,9,11
177:6,16,24 193:7
197:12,14,18
209:14 228:9
229:10,13,14,19
229:25 230:21
241:6,11,21 242:4
242:19 243:23
247:14 287:12,18
287:23 288:12,17
288:18 300:18,21
301:15 302:7,16
302:20 303:4,12
304:10,22 305:11
305:14,18 306:1

**e.g.** 245:19

**earlier** 47:12 48:4
63:14 83:19 84:13
117:10 120:11
127:15 146:18
157:4 181:20
187:1 190:3
193:16 199:2
201:15 206:2
217:13 226:6

227:22 235:9
250:1 255:19
258:4 261:24
286:19 288:12
292:18 293:4,5
297:10,18 298:16
298:23 304:10

**early** 23:21 129:23
162:16

**earned** 29:3

**earth** 300:12

**ease** 138:20

**easier** 282:16

**east** 1:21 278:11

**eastern** 1:3 12:9

**easy** 147:20

**ed** 12:25 250:2

**edi** 20:5,19 22:10

**edification** 44:5
257:2

**education** 19:3
20:2,7 63:17,19
195:2

**educational**
203:19 204:3

**edward** 2:18

**effect** 78:9 124:3,5
149:6 155:7 165:9
165:13 174:22
219:21

**effective** 188:12
192:20 265:8

**effectiveness**
192:24

**effects** 123:22
147:17 149:6
155:12,14,15
267:3,11

**efficacy** 254:9

**effort** 190:19,21
191:17,22,25

299:8,11,14,19

**efforts** 191:23
197:18 279:18

**eight** 36:20 124:16

**either** 35:20 43:13
104:22 138:18
148:4 182:11
214:1 300:7 309:2

**elaborate** 172:2

**elected** 68:21

**email** 310:17

**emcarter** 2:20

**emergencies** 37:19
81:18 85:13 86:5
86:22 88:1,2,23
143:5 180:20
276:6 279:8 281:1
283:1 285:5

**emergency** 31:2,3
85:11,18 86:16
88:8 89:5,9,13
108:12 154:5,6
184:12 185:23
222:2 224:14
225:2 245:20
268:12 277:5,9,10
278:20 281:10,19
284:8,16,17,19

**employed** 26:10

**employee** 27:24
108:4 136:10
137:13 140:14
202:18 242:22
243:13 251:16
265:19

**employees** 97:18
97:22 126:6,14
127:4 128:13
194:15,23 196:22
196:25

employment  28:11
ems  47:18 55:5
  85:15 137:9
  139:23 140:9
  141:24 144:8
  154:1 175:17,18
  175:24 194:24
  196:11 199:10
  203:25 216:18,25
  218:16,18 225:16
  225:23 226:21
  227:7 290:3 297:3
emt  23:20,24
  24:17,25 29:25
  30:16 151:14
  154:14 182:21
emts  25:2,15,21
  134:13 157:6
  211:13
enclosed  310:11
encompass  166:17
encompassed
  130:8
encompasses
  115:16 116:9
encountered  62:21
  91:9 153:19
encountering
  80:20
encourage  15:1
  31:24 32:6
endangering
  85:21,25
endo  3:10,10 13:6
  92:11 159:14
enforcement
  245:20 252:20
engaged  252:25
engineering  17:23
engines  198:10

enjoining  150:11
enrolled  29:6
ensure  116:20
ensuring  272:1
entail  26:23
enter  191:20
entered  312:9
entering  28:24
entire  39:10
  122:10 139:4
  172:16 209:1
  311:5 312:5
entirety  215:20
entities  56:25
entity  196:9
epcr  214:11
epidemic  5:21
  142:18,22 162:11
  162:15,20 163:1
  169:10,18 170:1,2
  170:8 175:9 181:6
  189:5 197:19
  205:22 219:18
  235:15 261:6,15
  261:17,20
epidemiology
  253:23
equal  136:11
  137:14
equipment  239:16
  275:12,14
erasing  113:5
errata  310:13,18
  312:7,10,18 313:1
escalates  113:20
especially  235:17
  259:23
esq  2:5,5,11,12,18
  3:4,5,12,13 310:5
essentially  246:1

estimate  74:6
  187:11,14 233:21
  246:16 251:1,4,22
estimation  142:2
  279:7
estimations
  291:15
et  1:10,12,13,13
  160:21,21 176:4,4
  245:21 269:23,23
evaluate  153:1
  156:25 186:4
  192:23
evaluated  192:5
  224:10
evaluating  36:2
  254:8
evaluation  155:25
  224:10 227:11
evaluations
  152:23
event  258:25
  309:3
events  43:2 87:2
eventually  17:4
everybody  265:25
everyone's  206:20
evidence  252:24
evolved  194:9
exact  53:13 151:24
  153:11
exactly  33:17,18
  66:5 103:18
  143:16 147:22
  149:3 172:5
  186:17 211:18
  231:25 257:23
  263:21 265:19,21
  266:19 271:10
  279:5 306:2

exam  28:4 37:8,11
  45:12
examination  4:7
  13:8,12 28:8
  153:4 249:22
  292:16
examine  227:10
examiner  257:3,5
  257:14
example  14:22
  23:14 43:6 59:21
  65:3,14 73:24
  79:21 86:12 87:5
  94:23 96:23 101:9
  108:9 118:20
  126:25 130:1
  132:1 147:9
  149:22 150:22
  173:19 176:8
  191:24 202:24
  204:23 207:15
  208:22 221:18
  224:21 231:5
  239:9,24,25
  267:15 276:23
  278:11 300:24
exceed  88:16 89:4
excellent  17:6
  33:17 40:4
exceptional
  282:18
excessive  272:11
exchanged  199:9
exchanges  199:15
exchanging  113:8
  223:21
exclusive  95:1
  102:6 223:16
exclusively  52:23
  54:6,17 55:19
  102:8 129:17

[exclusively - figure]                                                                                 Page 19

213:5 214:2
219:17
excuse 47:22
67:22 93:22 159:2
163:15 192:19
200:13 207:25
210:20 213:21
237:13 255:23
executed 312:10
execution 311:14
312:19
executive 20:5,8
20:10 21:17 22:1
exercise 117:4
exercising 258:13
exhaust 235:16
exhibit 4:14 5:3,5
5:7,9,12,16,18,22
6:1,4,6,9,14 31:19
32:15 38:4 48:22
70:10,20 109:3,5
158:11,13 159:25
167:24 168:1,17
174:18 175:1
177:3,5,14 188:23
188:25 189:19
193:6 197:6,9
201:20 209:11,13
214:18,20 215:10
217:20 228:6,8
229:1 244:9,18,24
246:18,22 247:2,7
248:8,10 287:9,11
287:17 293:3
exhibits 4:5,15 5:1
expect 75:2 118:19
196:15 236:11
250:9 257:22
expectations
46:22

expected 74:5
233:21 248:17
expenditures
219:6,11
expensive 239:15
experience 126:24
162:14 163:21
232:17 253:21
266:14 270:14
299:6
experienced 82:7
256:15,19 261:25
experiencing
256:6 281:3
expert 129:10
253:23,25 254:2,4
254:6,8
expertise 122:4
163:9 167:4
experts 171:14
expiration 311:19
312:25 313:25
expired 300:7
expires 309:17
explain 23:22
34:12
explanation
178:11 183:2
explored 184:2
expressed 242:6
243:22
extent 50:14 90:17
195:11 199:3
218:14
external 105:13
258:10
extreme 132:12
extremely 239:18
extricate 30:17
eyeballing 219:9

**f**

face 110:5
facilities 36:22
facility 160:20
facing 255:22,25
258:18 288:24
fact 53:18 116:2
116:21 117:22
118:6 125:10
139:3 153:17,23
154:2 155:8
175:20 187:6
206:18 232:14
240:12 256:7
265:19 267:11
284:5
factoid 172:18
factual 165:14
182:8
fair 24:23 42:4
48:17 55:12 58:15
59:4 65:24 87:12
131:10,11 155:22
169:25 174:24
179:12 187:9,10
194:1,2 206:6
228:3 230:12
237:4 240:3,4
251:18 259:14
281:11,12 282:1,2
293:17 295:13
303:15,16 304:21
305:23
fairlawn 281:2
fairly 28:17
fall 17:17 165:17
290:11 299:24
falling 165:6,9,15
falls 121:9 280:25
familiar 51:19
79:4 88:4 110:22

122:19 160:12
161:15 178:2,6
198:19 201:25
205:6 297:17
298:9,11
familiarity 127:16
familiarize 215:4
family 136:5
far 103:24 115:16
145:13 170:17
264:11 295:13
296:17
fault 265:22
favorite 206:21
209:6
federal 13:8
211:22 212:7,8
213:22
fee 202:24
feel 138:12 171:16
feelings 46:10,15
felt 136:21
fema 211:20
fentanyl 52:2
120:17 121:8,10
122:6 146:21
152:24 169:14
171:7 255:25
256:4,15 266:8
fewer 85:11
fide 186:5
field 152:25
231:14
fight 137:3
fighting 5:21
189:4
figure 134:22
136:20 190:21
263:24 267:23
289:17

figures 59:24
222:6
file 68:10
filed 301:15 302:5
fill 38:15,18 61:21
61:24
filled 63:2
final 190:9 209:1
224:15 290:25
finance 207:5
208:14
find 107:16 148:23
150:17 181:2
185:7 262:15
265:22 266:22
271:11 273:14
274:1,25 280:5
310:11
finding 149:11
fine 86:7 150:20
220:15 248:1
271:9
fined 217:7
fines 221:4 223:23
finish 15:13
fire 5:3,19 13:25
20:8,8,21 21:16,17
22:1,8 25:9,23
26:8,11 27:15,21
28:24 29:5,8,8
31:2 32:17 34:13
36:18 39:25 40:14
40:17,22 42:17
43:5,9,11 44:2,6
44:14,22 53:4,9
58:16 60:25 61:1
61:11,19 62:1,23
63:15 65:18 80:14
81:11,15,18,21
83:25 84:25 85:5
85:16,20 86:11,22

87:8 88:7 89:10
94:4,24 95:2,18
96:15 107:13
108:10,10,16
110:14 112:10,20
117:17 118:3
126:25 131:23
136:12 141:24
142:7,9 145:10
150:21 154:1
160:16,17,18,19
160:20 175:5,5,24
176:16 183:6
184:3,11 189:2,23
194:4,14 195:12
196:21 198:10
199:7,13,22
200:21 201:8,16
201:17 202:12,24
203:4,7,7,13
205:20 206:24
207:9 209:3
210:17 211:9,20
212:16 213:5
216:2,5,12 218:17
219:11,15 220:14
221:3 222:7 223:9
224:7 225:6 226:7
230:3 232:3
235:10 245:20
249:2 250:14
251:5 252:18
253:13 257:9
258:1,9,22 259:10
260:6,9,20 262:9
263:6 267:16
268:7 269:2,19
270:6 277:6,18
278:4,4 279:17
280:15 282:4,9,14
282:16,17 283:19

283:21 284:2,4,10
284:20 289:7
295:3,15 301:2
fire's 259:1 271:24
firefighter 20:12
27:23,25 28:20
29:23 30:1,10,17
30:21 31:1,11,12
33:25 35:3 37:2,3
76:18
firefighter's 20:7
firefighters 167:6
196:2 211:7,9,19
212:5
firefighting 28:13
fires 43:7 277:1
first 13:9 23:25
24:14,24 25:21
26:3,18,25,25
27:22 30:11,12,13
62:21 63:6 71:22
72:1 77:20 90:9
99:6 111:14
162:22 163:5,14
163:15 164:23
165:14 173:15
176:9 182:21
186:21 201:19
229:19 230:17,20
245:15 246:11
277:7 284:25
289:24 308:10
fit 102:24 232:7
five 20:22 36:19
62:12 66:6 70:1
80:6 86:11 112:12
169:12 170:10,15
278:21
flavor 281:22
flip 66:1

flowers 2:5 12:15
12:16 248:15
310:5
flu 261:16
flurry 267:1
focus 167:2
folder 101:25
102:4,5,7,13,21,22
301:2,3,8 302:1
folders 101:10,14
101:21,22 102:16
102:20,23,24
103:1,12 104:7
300:20,24 301:16
302:6
folks 267:8 274:17
follow 90:7 256:25
297:2
following 174:23
246:8 273:17,22
274:5 306:15
follows 13:11
206:14
force 6:7 198:7
201:21 202:1,15
202:20 203:1,5,12
203:12 228:10
251:14 253:13
266:14 270:15
285:9 286:20
288:21
force's 279:18
forces 197:25
foregoing 308:16
308:21 311:13
312:18
forgive 25:18 72:1
85:4 151:5 167:14
197:22 201:14
226:5

**[form - general]**                                                      Page 21

**form** 23:19 42:8
44:3 46:12 47:4
52:17,25 54:8
55:15 56:21 57:2
57:17,25 58:10,18
59:3,11 67:20
73:2,16 75:16,21
77:5 83:9,16 85:7
85:23 87:10,20
96:20 98:2,13,23
101:17 102:14
103:7 104:2
113:13 114:21
115:10 116:4,11
116:15 117:6
124:13 126:9,16
127:8 128:6 129:9
131:2 132:9,23
134:23 136:2
138:16 142:14,19
143:13 144:5,16
145:16 147:5
148:15 150:2
151:1,8 152:20
155:10,23 156:10
162:17 163:2,24
164:5,11 166:1,19
169:19 170:11,13
170:23 171:2,18
172:9 173:25
174:25 175:15
178:20 179:13
180:5,11 181:25
182:4,16 183:12
185:25 188:6
194:6,18 195:14
196:17 200:24
202:16 203:16
206:7 214:4
219:19 221:5,15
221:20 222:9,21

223:7,11,18
224:23 225:10
226:4,17 227:4,13
228:1 231:16,23
232:18 233:23
234:9,18 235:1,12
235:23 236:16
237:6 239:2
240:10 241:25
242:8,16 243:25
248:11,20 249:7
250:21 251:7,24
252:5 253:4
254:17 256:2,17
257:10,17 259:3
259:19 261:12
263:9 264:12
266:15 267:25
270:18 273:18
276:3,10 277:22
279:24 280:7
282:10 286:6,22
291:4 294:6,17,24
295:19 296:4,19
299:9 300:1,25
301:17 303:6,11
303:17,25 304:14
304:24 305:24
**formal** 22:12,15
**format** 160:10
215:21
**former** 247:11
**forms** 132:12
**formulated** 208:7
**forthcoming** 269:8
**forward** 182:19
242:19 259:13
310:15
**forwarded** 182:14
241:14,23 242:2

**forwarding**
242:14 243:23
**found** 69:13
138:21 153:25
189:16 242:21
243:12
**four** 48:18 49:2
62:12 82:2 238:7
238:19 239:1
284:9
**fourth** 181:11
203:18 293:22
**fraction** 234:16
235:21
**frame** 163:21
165:10 166:22
167:14 172:5
290:5
**francisco** 2:13
**free** 211:12 311:14
312:20
**frequency** 152:9
**frequently** 57:15
86:21 88:17,19
89:18 113:10,11
113:12,15 127:10
148:22 221:19
241:1 275:20
280:9
**fricker** 207:3,4
208:13,21
**friends** 136:5
**frightening** 265:24
**front** 2:12 31:1
68:20 144:22
179:23 180:3
215:3
**fuel** 202:20
**full** 13:22 19:17
86:19 104:4,5
185:1 246:11

273:2,3 302:10
**function** 104:9,11
108:17 134:14
136:21 137:4
211:14
**functional** 123:7
**functioning**
133:15
**functions** 106:21
106:24 108:22
**fund** 218:2,3,3,6,7
218:11,12
**funding** 207:18
216:1,5,11 217:13
217:24
**funds** 212:7,8,21
217:24
**funny** 122:25
**further** 154:11
248:2 292:9
306:18 308:19
309:1
**furthermore**
183:1
**future** 58:21
251:13

**g**

**gamut** 86:19 185:1
196:3
**garfield** 17:1,11
**gas** 201:3
**gather** 112:24
206:15 295:10
**gathered** 164:14
218:8 231:12
**general** 16:4 21:23
32:9 73:18 78:2
87:5,17 101:2
123:23 126:13
127:3 130:22
144:24 165:4,22

167:9 172:6
215:25 216:4
218:2,6,6 221:13
272:18 280:15
286:20 293:17
298:7 301:13
**generally** 194:1
242:21 254:12
288:14
**generate** 50:2
51:13 54:21 55:8
119:8 135:25
240:19 241:3
**generated** 50:15
54:21 60:3,16
187:12,15,17
233:2 234:4
236:12 248:14
**generating** 61:2
**genuine** 109:22
**getting** 63:1 123:6
144:4 148:17
236:8 269:13
**give** 14:18 52:12
66:8 67:9,11 73:8
108:9,15 129:23
147:9 188:17
227:15 230:1,8
239:9 269:15
276:23 278:10
283:6 285:12
300:23 307:1,10
**given** 86:24 89:3,4
89:5 108:12 154:3
184:16 188:1
195:4 203:25
206:5 221:4
226:20 227:8
273:7 276:24
305:17 308:13,18

**giving** 207:16
**glancing** 157:25
**go** 17:3,10 19:21
21:6,10 41:19
51:8 55:3 67:8,21
69:25 79:20 86:8
88:1 97:16 99:16
102:25 104:19
115:22,22 120:3
131:18 149:1,13
149:14 160:16
168:24 175:25
176:20 186:22
191:19 192:25
201:2 202:19
206:21 208:8
210:2 224:13
228:16 233:11
243:2 248:2
249:15 262:19
267:8 268:12
270:1 272:11
274:24 277:8,10
277:11 278:20
282:24 290:12
296:11 301:1,25
**goal** 284:8,12
**goes** 31:5 47:18
58:3 103:25
147:12 179:5
269:3
**going** 30:22 35:24
42:24 77:20 78:13
84:9 85:15 86:17
86:19 107:10,10
113:18 125:14,15
147:18 148:2
158:9 159:4,12
160:14 186:8,20
187:18 190:17
215:2 227:15

236:9 239:12,18
256:22 267:6,8
271:11 273:14
274:20,21 277:3
279:20 281:20,24
282:18 288:6
296:22 300:14
**good** 12:12,15,19
12:22 13:14,15,15
13:16 27:11 32:23
38:4 41:21,23
87:13,18 120:23
120:25 157:24
185:21 210:23
221:23 249:24,25
278:12 282:5
**google** 78:8,10
**gotten** 247:15
275:7
**governing** 157:13
**grade** 282:8,13
285:9,11
**graduat** 27:17
**graduate** 17:24
**graduated** 17:13
17:19 18:2,10
19:5,11 20:16
22:18
**graduating** 18:22
**grant** 211:7,15,19
211:25 212:3,3,18
212:22,25 213:2,4
**granted** 273:5
**grants** 211:2 212:9
213:10,14,17,19
213:25 217:12
**gray** 3:4 13:2,4
257:20
**great** 183:18
**greater** 112:11

**greatly** 276:20
**grievance** 68:10
**grievances** 68:16
**groeger** 6:1
209:14 210:13
**ground** 14:5 250:5
292:22
**group** 42:1,6,9,11
43:1 178:3 201:21
202:7
**groups** 148:22
203:13
**grow** 190:18
**guess** 149:18
203:8 208:25
237:22,23 303:10
303:22 305:2,5,8
305:16
**guessing** 234:7
**guesstimate**
103:13
**guidance** 207:16
**gunshot** 239:24
**guys** 159:18

**h**

**h** 2:11,18
**h.d.** 90:24
**habit** 113:3
**half** 86:24 123:4
124:15 159:1
**hand** 31:22 158:10
215:22 309:6
**handed** 70:19
228:25
**handing** 167:23
**handle** 222:25
260:19,21
**handled** 207:14
**hands** 16:8 299:25
**hang** 124:23

**happen** 149:1
280:20 284:13
**happened** 61:15
88:12 97:3 99:18
99:23 108:10,13
153:24 172:5
186:16 275:9
291:15
**happening** 86:16
86:17,20 89:13,18
112:18 221:14
**happens** 87:15
89:16 149:16
195:6 220:17
**happy** 15:6
**hard** 46:10,15
57:5 62:14 98:6
98:10 207:21
279:4
**hazardous** 36:10
36:21,23 37:23
38:6,14 39:9
163:6
**hazmat** 37:6
166:23 290:12
**hbc** 93:12
**head** 277:15
279:17
**heading** 33:3
197:18
**headline** 178:10
**headquarters**
94:23,25
**heads** 48:19 61:18
**health** 3:10 6:8
81:11 84:6 90:20
190:19 191:18
228:12 230:5
237:14,18,24
238:4 254:2
269:14 295:8

**hear** 52:5 86:14
176:2,6,7 261:23
266:11
**heard** 12:7 13:18
41:10 89:6 90:5
90:10,15 91:12
92:21,22 121:15
160:22,25 161:2
161:18 165:8,12
173:16 178:5,23
200:19 234:14,23
**hearing** 123:20
**heart** 86:18
140:24,25 143:6
143:11 180:22
277:1
**heights** 17:1,11
**held** 29:22 30:11
98:10
**hello** 159:8
**help** 30:14 31:17
80:12 88:15
138:15 139:9
146:14 147:18
149:2 156:2 157:3
182:20,24 186:12
186:22 190:15,22
192:19 261:1,2
265:8 267:7,10
268:19 275:19
276:19 281:6,8,9
282:24 284:11
285:3
**helpful** 299:7
**helping** 27:1,4
278:25
**helps** 172:19 212:4
**hereinafter** 13:10
**hereunto** 309:5
**heroin** 52:1
120:16 121:4,6

122:6 145:15,18
146:11,12,18
152:17,23 162:10
162:14,19,24
163:16,22 164:21
164:24 165:5,9,20
165:25 166:5,8,11
166:18,21 167:12
167:19 186:15
255:18 259:7,9,16
259:17,17 261:19
266:8
**high** 16:25 17:10
17:13,19 20:18
23:22 26:22 28:5
30:8 45:5 66:7
80:19 81:25 82:8
82:14,17 110:18
148:21 151:18,18
151:18 178:3
179:3 216:11
239:18
**higher** 19:3 20:1,4
20:4,7 113:20
185:5 207:23
236:14,20
**highest** 181:16
**highly** 164:24
183:17
**hills** 27:8
**hints** 206:10
**hipaa** 128:14
154:12
**hire** 274:16
**hired** 28:16
**hiring** 213:5
**history** 267:18
269:11
**hit** 142:12 151:23
160:14 174:7

**hoc** 44:7,10 52:14
**hodgepodge** 102:9
102:10
**hold** 23:6,15 26:14
46:15 49:11,12
115:7 116:3,9,20
116:21
**hole** 41:20
**holiday** 172:8
173:1
**home** 76:20 80:2
174:13
**homework** 21:10
**honest** 86:4 104:3
304:3
**honestly** 99:19
139:16 214:14
294:2 303:8,19
**hope** 14:4 58:21
262:19
**hoping** 33:20
**horrible** 265:23
271:6
**horrigan** 51:5,7,10
64:13
**hospital** 76:19
107:23 108:1
154:7 174:12
186:24 199:10
220:8 224:4,11,12
224:13 227:22
239:15,17 268:16
269:7
**hospitals** 153:9
190:19 227:18
269:13 295:8
**hostetler** 3:12 13:6
159:12
**hour** 16:5 34:15
34:21 36:20 62:13
67:3 105:22,23

106:1 107:11
131:21 239:14
**hours** 34:17,18,19
72:4,10,11 124:16
279:1
**household** 173:12
**huge** 82:5 290:7
**huh** 34:24 210:24
294:10 299:13,18
300:5,9 301:7,22
302:11
**hundreds** 32:4
303:23 304:22
**hurt** 125:12
147:18 167:3
**hurting** 190:16
**hypnotics** 163:17

**i**

**idea** 58:22 74:17
134:20 136:22
171:4,13 198:18
218:12 233:16
250:19 260:4
289:22,22 291:13
294:22 301:13
303:8
**ideas** 182:23
192:22 263:16
265:3 285:15,20
285:23 286:2,11
**identification**
32:20 70:13 109:9
158:19 168:7
177:10 189:6
193:11 209:18
214:24 228:14
244:16 287:15
**identified** 48:20
95:25 96:2
**identify** 154:2
155:3 206:11,12

232:22 252:2,9
253:12 268:9
291:9,23
**illegal** 121:6,11
122:2,9 139:1
148:19,20 149:15
150:10,11,15,16
153:19 173:23
204:24 266:1,11
267:9 270:12
**illegally** 122:8
**illicit** 129:10 139:1
148:5 204:21
205:8 255:25
256:15 266:8
**imagine** 89:13
104:13 122:1
156:23
**immodest** 282:8
**impacts** 281:23
**impede** 14:18
278:15
**imperil** 277:20
**implement** 84:3
285:17,22,24
286:3,11
**implementation**
208:9
**implemented**
205:21 289:15
**implicit** 58:23
**importance**
112:18 303:24
305:17
**important** 102:17
104:6 113:18
244:3 275:5,6
291:1 305:25
**importantly** 16:7
**impossible** 62:14

**improbable** 66:25
**improper** 252:9
**improve** 283:11
**improving** 207:8
**inability** 260:25
**inaccuracies**
182:15
**inaccuracy** 291:20
**inappropriate**
148:3 252:25
253:8,10
**inbox** 101:6,9,12
103:11,14 104:4,4
104:22,23 300:17
300:20 302:9,13
**incapacitate**
124:15
**incident** 31:6
66:12 108:12
110:18 112:12,19
184:23 220:7
222:16 284:25
**incidents** 59:1,21
61:3 62:8 64:20
86:8,11 89:15
142:8 143:12
144:13,19,23,25
145:13 152:14,17
173:18 176:10
181:5,8 183:10
184:20 194:17
196:22 203:15
214:2 225:24
234:15 297:3
301:4,5
**include** 131:8
**included** 28:7
129:25 294:9
297:13 310:13
**includes** 29:25
51:25 148:25

218:7 286:25
294:4
**including** 96:16
109:17 132:15
167:16 177:18
205:18 281:18
287:5
**inclusive** 288:8,23
294:13
**income** 216:15,24
217:8 218:16,17
**incoming** 184:4,5
184:12,22
**inconsistency**
235:19
**incorporated**
312:12
**incorrect** 170:25
**increase** 145:4
165:20 170:18
172:12 174:3
180:13 181:15,23
190:11 263:15
271:25 272:4,6,12
272:18,25 273:1
279:10 280:12
281:2,3
**increased** 163:15
163:22 165:24
167:18 245:19
**increases** 259:25
**increasing** 144:13
145:1 259:24
**incur** 200:22
202:13 250:15
251:5,23
**incurred** 253:13
**independent**
113:22
**index** 4:1,5 5:1 7:1

indicating 310:13
indicator 188:3
individual 31:5
  57:9 64:7 85:12
  85:13 96:15
  107:23,25 108:2,4
  119:9 128:17
  137:20,25 138:7
  139:4,6,11,12
  140:12 147:10,12
  148:8 156:16,18
  174:16 186:12
  224:9,18 226:15
  226:21 261:18
  262:11 265:18
  267:14 268:17
  291:16
individuals 55:7
  56:22,24 60:5,15
  61:1 84:7 97:21
  105:15 109:17
  111:10,14 140:16
  141:25 160:15
  173:7,23 177:17
  194:22 197:14
  254:15 273:5
influence 124:2
inform 76:17
  123:17
information 50:10
  55:2 59:7 64:24
  73:5,19 78:15,18
  108:3 134:25
  150:25 154:11
  171:1 188:16
  189:22 227:18,23
  229:11 242:2,25
  243:16,20 247:5
  247:15,16 250:23
  267:22 269:9,10
  269:13,16 293:15

295:1,7,10,14
296:7,13,18 298:7
302:12,17 305:12
305:13
informed 123:21
initial 45:8 199:15
  199:21
initially 29:10,17
  199:8
initiative 79:10,11
initiatives 205:19
injure 167:6
injured 122:23,25
  301:6
injuries 126:19
  127:1,12,12,13
injury 112:4 125:1
  126:8 132:14,16
  245:19,23
insofar 199:14
inspected 36:22
inspection 39:25
  40:14 42:20 63:20
inspections 43:20
  44:2,6 63:21
inspector 36:21
  37:4,6
instance 15:20
  68:1 125:23
  153:13 290:15
instances 27:3
  55:4 88:4,6,22
  98:20 110:22
  111:4 125:6,21
  151:13 180:25
  202:9 206:17
  278:8
instant 86:8
instigated 191:13
institute 20:6,11
  22:22

institutes 19:3
  20:1
instruction 111:23
instructions 115:7
  307:2,10
insurance 216:21
insys 92:13
intelligence 61:12
intend 149:13,14
intended 50:7
intensity 178:3
intensively 283:22
  284:5
intention 150:16
  150:19
interact 48:25
  50:23
interaction 69:14
  264:21
interested 28:12
  28:15 43:10 309:3
interesting 85:8
  282:12
internal 105:9
  258:8
international
  196:1
internet 78:5,6,19
  79:1,14,18 80:1
  189:16
interpret 238:24
interpreting 25:12
interrogatory
  6:11 244:13 245:3
  245:13,16 246:2
interrupting 159:3
interview 28:8
  45:7,8,11,16
interviews 46:20
intimate 175:12

introduce 31:16
introduced 33:19
introduction
  169:13 171:7
invasive 157:2
invoke 88:17
involve 41:2
  294:15,23
involved 24:21
  69:1 78:14 97:24
  103:5,9 144:8
  163:8 173:19
  238:22 290:3,10
involvement
  175:12
involving 110:7,23
  111:13,24 172:23
irwin 13:24
ish 18:17 94:19
isolated 175:23,23
  262:19
issue 58:2 82:5
  84:4 89:19,24
  115:14,17 125:11
  131:23 136:5
  137:6 140:16
  141:16 143:2,2,9
  145:19 146:4,12
  149:2 185:11
  186:19 190:14,17
  191:7 204:1
  216:23 230:5
  262:6,13 264:23
  268:20 272:5
  276:13 286:10
  303:24 305:17
issues 31:18 63:23
  142:12 143:1
  149:18 175:13
  186:8,20 258:18
  260:9 272:2

275:15 276:2,9
285:16,21 288:23
290:6
**it'd** 224:12
**item** 219:17
**items** 101:20
102:7 103:12,14
104:6,17 115:15
115:25 205:16,18
218:21 219:10

**j**

**j** 1:25 92:7,9 308:6
309:14
**james** 111:19
**janssen** 92:6
**january** 1:18 12:2
162:2 309:8 310:4
**jennifer** 3:5 13:3
**jennifer.pantina**
3:8
**jflowers** 2:8
**jim** 3:19
**job** 26:3,23,24
27:12,14,16,19,22
27:25 28:2,19
30:9,10 36:25
37:1,9,10 42:18
45:14 46:4 99:8
100:4 123:1 125:2
125:12 128:12
154:9 164:2
174:22 175:11
209:7 277:7 278:2
279:5,14 280:21
282:5,18,21,22
283:10,13,16
**jobs** 23:23 26:15
258:4
**jodi** 2:5 12:16
310:5

**joe** 134:5 135:14
135:22 160:3
161:8 196:13,15
**jog** 172:19,25
**john** 2:18
**joining** 28:14 63:6
**jones** 2:17
**jonesday.com**
2:20
**joseph** 5:9,22
158:14 193:7
**journal** 5:19 189:1
189:25
**judge** 1:7 233:18
**judgment** 87:7
139:8
**july** 94:19 160:4
171:24
**jump** 176:20
**jumping** 159:12
287:24
**june** 5:4 32:18
33:4,12 94:19
162:1,16 178:14

**k**

**kaut** 119:22 200:1
200:2 201:12
204:7 205:14,15
207:2 213:11,12
216:9 217:11
218:13,22 219:14
221:8 225:18
226:1,11 247:16
**kaut's** 208:1
**keep** 24:18 53:19
80:16 94:15 98:5
101:8,14,16
102:17 292:22
**keeps** 116:24
200:5

**kept** 117:2
**key** 3:13
**kids** 18:24 27:1
43:2,6
**kind** 28:23 31:1
50:7 80:25 107:17
118:14 140:1
196:18 240:2
256:10 267:20
270:8 274:23
**kinds** 166:13
**knew** 127:19
171:14
**knocked** 123:4
**know** 16:13 26:5
28:7 30:21 39:22
41:10 46:2 47:12
53:3 58:4,12,20
59:14,20 60:12
62:10 69:13 73:6
73:23 83:18 86:6
86:15 90:12 91:13
91:20 92:25 93:7
93:21,23 96:17
97:20 101:2 103:4
103:10 104:14,24
107:15 109:12
110:16 111:25
112:6,6,16 113:17
119:15 120:24
121:8,14 122:3
124:1,16,21
125:10,11,14
126:10,12 127:11
127:18 128:5,15
128:15,17 129:3,8
130:11 131:19,22
132:11,25 133:11
133:16 134:18,24
135:6,8,13,19,24
136:3,4,23 137:3,6

137:21 138:3,7,9
138:15,25 139:2
139:20 141:17,18
148:20 149:15
150:18 152:9,9
154:25 155:14
156:22,23 157:14
157:18 158:1,23
159:4 162:25
164:3,13,15 171:9
173:20 174:1
176:20,22 179:1,2
179:6 180:8 182:5
182:9 184:21
185:1,3,8,10,11,11
188:18 189:9
194:8 195:2,24
199:20 201:8
202:2,4 203:23
204:13,17,19
205:11 206:5,9,16
208:19 212:2,24
213:8,25 214:8,9
214:13 216:7,10
218:14 220:17
221:10,12 223:5
225:6,15,22 226:8
226:14,24 229:2
229:22 233:5,12
233:15 234:13
236:3,18 237:20
238:1,11 240:9,12
250:7,11 254:22
256:7 258:5
261:18 262:24,25
263:14 265:4,25
268:16,16,24
269:3 270:10
271:12,13 275:12
278:9 279:21
282:7 289:10,11

**[know - leyimu]** Page 27

289:11 290:22,22
290:25 291:12
292:4,7,25 294:15
295:11,14 296:1,6
296:10,17,21
303:19 304:8
**knowable**  185:24
**knowing**  186:5
244:1
**knowledge**  77:13
90:18 92:2 94:3
95:12 115:19
116:13 117:4
128:2 156:15
171:22 196:24
202:23 222:18
223:20 247:4
256:18 297:25
298:1
**known**  139:3
140:16
**knows**  74:15,24
**kohler**  257:5,14
**kohler's**  266:6

**l**

**l.p.**  1:11,13
**label**  254:9 291:1
291:11,12
**labeled**  33:3
101:22 102:2,3
301:9,24 302:1
**lack**  88:8
**lag**  118:15,24,25
119:1
**laid**  149:3
**land**  199:4 300:11
**landfill**  299:17
**landfills**  300:12
**language**  171:17
254:9

**lannin**  2:11 4:8
12:19,20 13:13,19
69:24 70:4,17
109:2 120:3,10
132:25 157:20,25
158:9,21 159:10
159:15,20,23
167:23 177:2
179:17 189:9,12
192:25 193:15
197:5 209:10
214:17 228:5,16
228:23 234:21
243:2,9 249:10,15
306:17,21
**lapsed**  24:12
**large**  43:5,9 52:1
86:12 112:18
145:23 160:15
174:3 196:4
213:20
**largely**  143:12
**larger**  148:25
150:13 172:15
258:11
**lasted**  72:3
**lasts**  239:10
**late**  107:11 123:2
179:10 220:15
222:15
**lateral**  37:12
**law**  14:14 97:16
97:21 117:8
245:19 252:20
255:13 270:11
271:7,8
**lawful**  13:7
**laws**  128:15
**lawsuit**  41:9,20
42:1,13 67:7,10,14

**lawyer**  247:23
**lawyers**  72:19
74:13 97:24
117:22
**lead**  127:1 270:11
**leader**  258:6
277:17 282:3,13
**leaders**  257:25
**leadership**  258:14
258:16 285:14,19
**learn**  27:24 30:15
30:17
**learned**  77:20
**learning**  20:4,24
**learns**  111:24
193:22
**leaving**  27:17
76:20
**lecture**  131:21
**led**  155:17
**left**  18:14,21,25
26:2 82:3,4 152:6
161:25 210:15
**legal**  3:19 121:11
121:12 310:1
313:1
**legislature**  68:21
**legitimate**  296:3
**lemon**  3:12 13:5,5
159:13
**lends**  153:4
**length**  47:3
**lengthy**  244:19
**letter**  119:6
310:19
**level**  20:18 23:22
26:22 30:9 45:5
58:9 66:7 85:21
113:20 142:3
143:3,18 147:8
148:14 153:2

154:22 155:3
157:1 181:3 183:9
185:15 186:10
192:4 207:13,23
208:1 212:6
215:25 216:4,11
264:3,16 275:21
**levels**  85:25
132:13 142:22
162:11,15 163:1
**levy**  220:15
**leyimu**  2:5 12:12
12:13 23:19 42:8
44:3 46:12 47:4
52:17,24 54:8
55:15 56:21 57:2
57:17,25 58:10,18
59:3,11 67:20
73:2,16 75:16,21
77:5 83:9,16 85:7
85:23 87:10,20
96:20 98:2,13,23
101:17 102:14
103:7 104:2
113:13 114:21
115:10 116:4,11
116:15 117:6
124:13 126:9,16
127:6,8 128:6
129:9 131:2 132:9
132:23 134:23
136:2 138:16
142:14,19 143:13
144:5,16 145:16
147:5 148:15
150:2 151:1,8
152:20 155:10,23
156:10 162:17
163:2,24 164:5,11
166:1,19 169:19
170:11,13,23

171:2,18 172:9
173:25 174:25
175:15 178:20
179:13,19 180:5
180:11 181:25
182:4,16 183:12
185:25 188:6
194:6,18 195:14
196:17 200:24
202:16 203:16
206:7 214:4
219:19 221:5,15
221:20 222:9,21
223:7,10,18
224:23 225:10
226:4,17 227:4,12
228:1 231:16,23
232:18 233:23
234:9,18 235:1,12
235:23 236:16
237:6 239:2 240:8
240:10 241:25
242:8,16 243:25
248:11,20 249:7
250:21 251:7,10
251:14,24 252:5
252:11 253:4
254:17 256:2,17
257:10,17 259:3
259:19 261:9,12
263:9 264:12,17
266:15 267:25
270:18 273:18
276:3,10 277:22
279:24 280:7
282:10 286:6,22
291:4 294:6,17,24
295:19 296:4,19
299:9 300:1,25
301:17 303:6,11
303:17,25 304:14

304:24 305:24
306:19
**liaison** 258:10
**library** 79:20
**license** 134:12
**lieutenant** 31:14
35:5,7 36:6 37:22
40:5 207:25
**life** 18:24 27:5
139:4 147:17
149:8
**lifetime** 304:6
**limit** 104:24
**limited** 112:11
273:25
**line** 31:1 36:9,18
37:15 38:16,19
39:15 40:6 61:21
62:1 111:11,15
144:19 186:21
218:21 219:9,17
237:13 238:6
277:7 281:13
300:11 310:13
312:7 313:3
**list** 41:15 45:10,10
51:24 52:1 90:3
103:1 120:23
121:1 122:10
134:10 181:11
201:19 204:2
268:14 297:12
**listed** 36:12 48:1
111:14 205:18
297:16 312:7,17
**listing** 312:7
**lists** 197:17 219:9
**listserv** 160:23
161:1
**litigation** 1:5 12:7
13:20 73:19 80:8

80:9 114:1,13
115:7,21 116:3,9
116:20,21 117:18
245:22 249:1
263:20 310:6
311:3 312:3
**little** 41:7 70:3
77:25 84:2 135:7
157:21 162:21
172:2 300:17
**live** 149:7
**lived** 137:7
**lives** 186:23 277:8
**llc** 2:4 3:2,3 13:2,4
**llp** 2:11
**located** 34:3
**location** 94:12,13
94:22 95:6,7
284:16
**lock** 239:8
**lodges** 15:16
**logical** 64:22
271:13
**long** 23:8 31:10
46:23 54:1 62:16
72:2,9 75:18,24
77:6 80:5 104:1
142:8 239:24
250:10 275:7
**longer** 24:8 44:25
136:18 138:11
157:22 210:22
251:16 260:19
267:4 271:13
299:21 300:8
**look** 31:21 32:7
83:7,12 94:9,11
101:15 161:13
162:23 163:10
176:19,21 181:10
197:24 215:2,3,23

217:16 219:4
239:10 248:5
267:4,6,22 268:4
269:5,6 290:5
293:2
**looked** 73:12
115:19 119:12
**looking** 78:18,20
79:1 87:5,23
98:21 192:18
227:6 266:6 268:8
293:3 303:9
**looks** 99:14 160:10
231:25 241:14
**losing** 271:4
**lot** 24:2 77:9 100:2
103:16,17 126:17
126:18
**lots** 102:23 143:1
**love** 105:25
**low** 179:4
**luck** 63:9
**lunch** 157:21
158:2
**lvi** 112:11,19
**lying** 206:11

**m**

**m** 2:18
**machine** 211:13
**machines** 211:10
**madam** 310:10
**mail** 5:7,9,12,16
5:22 6:1,6,14 60:1
99:1,7,10,14,20,24
100:13,14,18
101:1,8,12 102:11
103:25 104:24
105:7,9,13,16,21
106:1,2,22,25
109:6,16,22
110:12 117:11

158:14,25 159:1
160:3,5,9 161:9
168:2,9,11 177:6
177:16,24 193:7
197:12,14,18
209:14 228:9
229:10,13,14,19
229:25 230:21
241:6,21 242:4,19
243:23 247:14
287:12,18,23
288:12,17,18
300:18 302:20
305:11,18 306:1
**mailing** 100:2
**mails** 100:7,16
104:1 105:5,5
241:11 300:21
301:15 302:7,16
303:4,12 304:10
304:22 305:14
**maintain** 24:5
181:3 260:25
274:17
**maintenance**
160:20 201:4
238:21
**major** 76:1 85:3
149:24 192:3
216:5,17 219:11
**majority** 86:12
**making** 98:8 123:6
167:5 171:20
188:19 254:25
255:2,9 290:10
**mallinckrodt** 3:2
13:2,4 92:16
**malone** 18:1,4,9
18:10 19:2,6,9,16
19:25 22:18,21,25

**manage** 283:4
**management**
136:15 138:1
198:24 289:6
**manager** 38:7
39:19,20,21 40:1
**managers** 289:8
**managing** 258:9
**mandate** 224:25
**manna** 1:21
**manner** 217:6
281:8
**manpower** 87:21
192:7,23 271:25
272:4,6,18,24
273:16 274:3
**manual** 104:11
**manufactured**
291:25 292:7
**manufacturers**
292:20 297:13,16
**manufacturing**
297:21 298:3,13
**march** 6:6 177:20
228:9 236:23
**mark** 31:21
158:10 287:8
**marked** 5:2 31:18
32:19 70:12,19
109:8 158:18
168:6 177:9 189:5
193:10 209:17
214:23 217:17
228:13 231:15
244:15 287:14,17
**market** 1:21
**marketing** 254:6
297:20 298:2,7,11
**married** 18:23
**marry** 17:4

**mart** 90:10,13
**massachusetts** 3:6
**match** 170:21
**matching** 212:9,11
**material** 33:10
203:25 204:4
**materials** 36:10,21
36:23 37:23 38:6
38:14 39:9 117:11
117:21 163:6
203:19 297:21
**matter** 20:19
21:23 66:9 69:2
72:25 74:20,25
76:15 125:9
**matters** 101:23
**mayor** 45:7 48:10
48:13 49:1,9,15,20
49:22 50:7,9,16,22
51:4,7,10,14 52:8
52:22 53:8,23
54:5,15,16,22
56:23 64:12 65:8
74:15 77:18 85:19
110:16 168:21
169:9,20 170:4,5
170:22 171:10
177:17 182:13,18
229:11,18 230:1
241:16 242:3
279:22 280:2
293:19
**mayor's** 45:21,21
45:24 47:1,5
170:7 286:4
**mcconnell** 2:18
**mckesson** 2:10
12:21,24 92:20,22
93:3
**md** 1:6 12:7

**mdl** 1:5
**mean** 16:21 30:20
42:22 51:23 81:24
96:23 101:4
139:25 150:19
162:25 165:18,23
182:7 192:10,12
203:8 204:15
207:15 211:16
212:10 216:19
223:12 247:9
257:23 260:17
291:11
**meaning** 30:10
**meanings** 15:6
**means** 15:17 52:6
71:2 160:14 211:4
224:7 231:21
237:19 245:4
**meant** 120:12
170:6 171:11
231:25 239:22
**med** 152:6 175:21
176:2,3 203:20
204:10 275:18
278:9,21,21
284:16
**media** 5:14 43:5
43:10,16 63:16,23
64:1,17,19 65:3,12
120:2 168:4,20,22
168:23,25
**medic** 27:23,25
28:21 29:14,23,24
30:1,10,22 31:1,11
33:25 35:3 37:2,3
62:1 63:4 176:23
182:21
**medical** 28:8 31:3
57:4,7,10 92:24
122:4 128:13

133:19,24 134:3,4
134:9,11 153:9
186:8,20 194:25
198:25 199:1
217:4 252:21
257:3,5,14
**medically** 132:8
132:21 252:4
**medication** 14:21
14:22 124:2
126:21 132:13,13
147:14,15,21
148:4 149:3,9
265:21 269:11
298:20 299:3
**medications** 128:9
266:18 268:14,17
299:15,20
**medicine** 23:18
28:13 122:24
123:13 124:6,24
127:16 132:22
252:19
**medicines** 128:25
133:21 134:7
**medics** 29:8
126:25 141:25
142:7 174:9 195:1
195:5 201:17
211:12 213:5
**meet** 181:9 280:14
282:19
**meeting** 53:7,12
53:17,23,24 54:2,4
61:17,19 71:22
72:1,3,5,21 166:3
**meetings** 49:8,10
49:13,16 51:7,11
52:8,15,22 54:11
54:16 55:18 56:3
71:11,15,18 72:11

72:15,18 145:7
165:19,23 175:20
202:21
**member** 136:12
161:10 201:20
202:25 241:16
242:15 243:24
259:10
**members** 96:15
270:16
**memory** 33:6
63:10 172:19,25
220:4 301:1
**men** 282:17,21
**mental** 6:7 191:18
228:12 230:4
237:14,18,24,25
238:4 254:2
**mentally** 27:2
**mentioned** 21:16
54:19 83:19 84:13
101:21 117:10
127:14 137:14,14
148:9 191:6
216:24 220:13
233:10 263:25
275:25 298:16
**mentioning** 145:4
**mentions** 198:6
**message** 77:10
108:15 113:19
258:16
**messages** 113:6
298:2,12
**met** 17:3 250:1
292:18
**meth** 6:15 129:13
143:25 144:1,2,3
144:12,19,23
145:4,12 146:9
154:25 156:15

167:5 181:23
287:13 290:10,22
291:18
**methamphetamine**
129:5 181:16
255:17 288:13,13
290:8
**methamphetami...**
129:4,13
**method** 124:22
126:19 289:18
**methodology**
239:25
**mexico** 288:14
**mid** 123:1 133:16
157:16
**middle** 41:9
**midwest** 310:17
313:1
**migrated** 99:24
**mileage** 80:19
**miller** 207:2,4
208:12,21
**million** 274:9
**mind** 40:20 53:2
66:16 120:16
122:8,16 192:2
213:14 217:2,9
235:20 291:6
**ministerial** 107:17
**minute** 193:1
220:19 240:1
**minutes** 69:25
70:1 80:6 113:24
220:21 239:10
241:17 242:15
284:9
**mischaracterizes**
186:1
**missed** 36:13

**mission** 280:14
**misspoke** 170:22
**mistress** 283:18,19
**misunderstanding**
188:9
**misuse** 299:8
**mix** 213:22,24
**moment** 16:7,13
120:25 192:16
201:6 228:17
243:3
**moments** 14:9
220:2
**monetary** 82:25
83:17
**money** 192:23
211:22 212:13
218:8 221:3
223:21 246:3
273:12,14
**monitoring** 161:16
**month** 39:15
50:12,24 51:9
71:25 140:3
151:24 178:13,19
280:11
**monthly** 50:4
187:2,7,17,20
**months** 21:11,11
116:25 175:10
289:15
**morning** 12:12,15
12:19,22 13:14,15
13:16 14:11
120:11 174:11
190:3 191:7
193:16 235:9
250:1
**morphine** 133:8
133:17

motley 2:4 12:13
  12:16
motleyrice.com
  2:7,8
motor 30:18
  112:20 136:13
  260:7
movable 239:6,7
  239:18
move 10:12 21:7,8
  37:12 94:13,18
  95:13,15,18,23
  96:18 97:15 98:8
  114:20,24 115:1
  115:21 116:2
  259:13 271:20
moved 36:8,16,19
  40:8,14 47:13
  94:12 95:20 97:5
  97:10 98:12
  102:13 103:12
  114:15
moves 131:19
moving 96:24 97:1
  101:20
mt 2:6
multifaceted
  282:20
multifactorial
  281:17
multiple 15:5
  54:10 55:22,25
  56:1,3,10 85:17
  102:23 111:2
  119:3 132:12
  174:15 216:7
  217:15 281:18
  304:16 306:2
mutual 88:14,18
  280:17

mva 66:12
mvas 30:18 277:2

**n**

n 91:1 92:9,9,13
nail 243:18
naloxone 169:2
name 13:18,22
  90:15 91:12
  120:24 127:18
  161:24 167:1
  178:5 197:11
  250:2 292:19
  310:6 311:3,4,15
  312:3,4,21
named 308:9
names 90:2,3
  120:20 127:23
  136:8 297:11,12
  297:15
narcan 25:4,8,11
  25:14,16,22,24
  62:5 130:4,9,12,17
  131:9 135:20
  140:10 151:14
  153:6 154:17,21
  155:5,7,12,15,19
  156:2,9 157:3,7,13
  157:19 169:6
  186:11,12 188:2
  188:10,12,14
  193:24 194:12
  197:25 198:5,9,14
  198:21 199:6,23
  226:8 270:1
narcotic 204:9
  205:1
narrow 135:7
national 1:5 12:6
  20:8 21:16 211:20
  262:21 265:10
  310:6 311:3 312:3

native 17:6
natko 5:10,22
  60:10 75:5,9
  77:17 134:5
  135:14,15,22,25
  158:14 160:3
  161:8 193:7
  196:14,15 197:1,4
  197:14,17 198:12
  199:25 202:5
  203:4,10 205:3,15
  222:5 229:12
  230:12 231:18,25
  232:7,23 233:2,18
  234:4 235:6 236:4
  236:12 238:2,11
  239:25 240:13
  241:13,21 242:5,9
  242:22 243:12
  247:16 250:23
  294:20 295:6
  296:11
natko's 230:14
  243:19
nature 51:17 82:8
  132:1 153:20
  203:13
neal 229:18,22,25
  232:2 241:16
  243:24
near 176:12
  197:17 246:10
nearby 18:6
nearly 85:9
necessarily 50:12
  248:23
necessary 132:11
  275:10
neck 127:12
need 15:20 16:13
  22:7 31:25 32:10

41:19 61:23 65:7
  78:14 83:21 85:11
  94:14 101:13
  104:20 113:18
  117:1 146:14
  157:1 159:18
  181:4,9 190:21
  192:6,14,21 195:1
  207:17 208:4
  220:20 227:10,17
  229:2 240:13
  250:6,11 272:12
  277:4,12 278:16
  278:18,24 279:5
  280:5 288:7
  291:11,14,20
needed 21:12
  38:17,19 39:14
  40:11,12 88:20
  104:8 138:11
  139:8 176:17
  252:15 280:21
  283:6 296:9 300:8
needing 80:17
  136:18
needle 153:20
needs 85:6 87:9
  119:2 199:22
  202:7 282:19
neglected 22:9
neighbor 137:7
neighbor's 139:18
  140:15
neighborhood
  137:8 284:18
neighbors 137:7
neither 306:19
network 136:5
  161:16
never 69:4 93:2
  128:1 135:4

142:22 143:8
153:7 161:18
166:4 175:18
185:1,3 222:15
225:19 261:19
268:24 269:3
283:14
**new**  5:19 21:3
27:24 94:13 95:7
96:18 97:2,10
98:9,20 99:25
114:16,20 115:1
189:2 211:8 213:5
274:4
**newer**  275:18
**nice**  190:8
**night**  19:21,23,24
**non**  6:6 222:2
228:10 290:22
**nonprescription**
126:3
**nonresponsive**
10:12 271:20
**nonviolent**  230:2
232:2
**normal**  18:24 27:5
101:1 118:14,16
180:14,15,18,24
183:5,11
**normally**  180:19
181:4
**north**  18:5
**northern**  1:2 12:8
**northfield**  27:8
**notarized**  310:14
**notary**  308:6
309:14 310:25
311:10,18 312:15
312:23 313:23
**note**  310:12

**notes**  264:8
**notice**  5:5 70:11
70:24 113:25
151:6,10
**noticed**  152:2,8
156:4 176:11
**notification**  110:6
**notified**  110:16
112:9
**notify**  113:18
**notifying**  112:16
**notion**  179:11
**november**  6:12
244:14
**number**  5:2 26:15
39:16 59:1,21
68:14 86:6,9
104:5 112:14
135:3 144:12,22
144:25 150:23,23
151:10 172:7,22
173:1,7 174:7
180:25 184:12,16
184:16,18,19
185:5,23 212:5
225:12,19 226:8
227:2,7,16 231:4
231:12 233:4,5,15
233:22 234:1,24
235:3 236:1,4,7,14
238:12,14 239:6,7
239:19 240:6,19
240:21,22 250:20
250:25 257:13
259:25 260:25
266:13,17 268:4,9
272:13,23 274:7
274:14 285:23
290:21 297:3,11
297:13 310:7,13

**numbers**  55:6
80:23,25 136:1
141:3 143:15
145:23 179:23
180:3,6 182:23
188:13 207:21
208:2 235:4
241:22 242:7,10
242:13 243:21,23
244:2,5 248:6,9,14
248:18 249:5
256:25 259:8
260:12 266:7
274:17 290:25
296:6,8 297:2
312:7
**numerous**  65:23
213:17,19

## o

**o**  2:5
**o'connor**  3:4 4:10
13:1,1 292:17,19
305:3 306:5,8
**o'neal**  6:14 287:12
287:18 288:4,20
289:9,19,25
**oath**  14:10,15
30:13 164:15
282:23
**object**  7:2,3,3,4,4
7:5,5,6,6,7,7,8,8,9
7:9,10,10,11,11,12
7:12,13,13,14,14
7:15,15,16,16,17
7:18,18,19,19,20
7:20,21,21,22,22
7:23,23,24,24,25
8:1,1,2,3,3,4,4,5,5
8:6,6,7,7,8,8,9,9
8:10,10,11,11,12
8:12,13,13,14,14

8:15,15,16,16,17
8:17,18,18,19,19
8:20,20,21,21,22
8:22,23,24,24,25
9:1,1,2,2,3,3,4,4,5
9:5,6,6,7,7,8,8,9,9
9:10,10,11,11,12
9:12,13,13,14,14
9:15,15,16,16,17
9:17,18,18,19,19
9:20,20,21,21,22
9:22,23,23,24,24
9:25 10:1,1,2,3,4,5
10:5,6,6,7,7,8,8,9
10:9,10,11,11,12
10:13,14,14,15,15
10:16,16,17,17,18
10:18,19,19,20,20
10:21,21,22,22,23
10:23,24,24,25
11:1,1 23:19 42:8
44:3 46:12 47:4
52:17,24 54:8
55:15 56:21 57:2
57:17,25 58:10,18
59:3,11 67:20
73:2,16 75:16,21
77:5 83:9,16 85:7
85:23 87:10 96:20
98:2,13,23 101:17
102:14 103:7
104:2 113:13
114:21 115:10
116:4,11,15 117:6
124:13 126:9,16
127:8 128:6 129:9
131:2 132:9,23
134:23 136:2
138:16 142:14,19
143:13 144:5,16
145:16 147:5

148:15 150:2
151:1,8 152:20
155:10,23 156:10
162:17 163:2,24
164:5,11 166:1,19
169:19 170:11,13
170:23 171:2,18
172:9 173:25
174:25 175:15
178:20 179:13
180:5,11 181:25
182:4,16 183:12
185:25 188:6
194:6,18 195:14
196:17 200:24
202:16 203:16
206:7 214:4
219:19 221:5,15
221:20 222:9,21
223:7,10,18
224:23 225:10
226:4,17 227:4,12
228:1 231:16,23
232:18 233:23
234:9,18 235:1,12
235:23 236:16
237:6 239:2 240:8
240:10 241:25
242:8,16 243:25
248:11,20 249:7
250:21 251:7,24
252:5 253:4
254:17 256:2,17
257:10,17 259:3
259:19 261:9,12
263:9 264:12
266:15 267:25
270:18 273:18
276:10 277:22
279:24 280:7
282:10 286:6,22

291:4 294:6,17,24
295:19 296:4,19
299:9 300:1,25
301:17 303:6,11
303:17,25 304:14
304:24 305:24
**objection** 7:1,17
  8:2,23 10:2,3,4,10
  10:13 15:16,19
  87:20 127:6
  179:19 251:10,14
  252:11 264:17
  276:3
**objections** 6:11
  244:12
**observe** 193:23
**obtain** 119:19
  296:12
**obtaining** 60:13
**obviously** 41:6
  85:16 101:13
  104:20 110:17
  121:5 125:16
  128:10,23 191:7
  215:1 233:14
  242:20 289:22
**occasion** 38:19
  62:3 91:23 93:2
**occasional** 54:25
  55:13,16
**occasionally** 32:3
  49:16 63:16
**occasions** 15:15
  61:23 65:6 87:1
**occur** 86:6 88:2
  294:22
**occurred** 69:14
  171:24 176:13
  185:13,16,20
  254:23

**occurring** 166:9
  166:14
**occurs** 82:1
**october** 71:23 72:2
  77:22 197:15
**od** 293:22,23
  294:4 297:4
  301:24 302:1
**offer** 194:15
**offered** 68:17
  69:17
**offhand** 123:15
**office** 36:19,25
  38:17 80:2,3 97:2
  98:6 286:4 309:6
**officer** 20:9 21:17
  22:1 64:24 84:5
  148:7
**officers** 42:2
**offices** 96:24
**official** 39:21
  311:15 312:21
**oh** 27:16 94:10
  95:5 111:17
  127:24 153:7
  200:14 223:10
  274:8 282:6
**ohio** 1:2,11,13,22
  2:19 3:14 5:13 6:4
  6:9 12:4,9 16:25
  17:7 25:3 26:20
  161:15 168:3
  214:22 244:10
  262:16 308:2,7
  309:7,15 310:2
**ohio.com** 5:19
  189:1
**okay** 15:3 16:2,9
  16:15,24 22:16
  23:11,13 25:20
  26:17 27:11 30:7

31:23 32:13,22
35:23 38:8 39:4
40:13 45:4 47:15
54:4 63:9,13
65:12 68:1 69:19
69:24 79:14 81:6
89:25 90:8 95:20
97:20 100:17,22
104:17 109:14
110:4 119:14
125:13 128:16,24
133:2 144:1
149:20 157:21
159:16,22 161:14
164:19 168:15
169:4 172:1,20,24
174:20 175:16
177:12 181:12
193:20 197:7,21
200:14 206:23
215:8,24 217:16
217:19,21 226:22
229:4,5 234:6
243:10 244:22
245:7,11 246:5
247:25 248:4
249:14 250:4,13
250:24 251:3,18
252:1,17,24
253:11 255:4,8,11
255:15,21 256:14
256:19,24 257:13
261:4,22 263:4
264:6 266:20
268:3 269:22
271:23 273:7,12
276:7 277:25
282:3 283:20
285:14 286:2,9,24
287:4,20,21 288:3
288:19 289:1,5

291:8,22 292:6
293:1,9,13,17,21
293:25 294:3,14
294:21 295:2,13
295:22 296:7,14
296:22 297:6,10
297:20 299:22
300:15,23 301:14
302:5,14,19,24
303:3,20,23 304:4
304:7,19 305:7,15
305:20,22 306:5,7
**old**  96:17,25 97:9
98:9 99:24 114:15
115:1
**older**  104:1
**once**  51:8 97:16
112:13 140:2,3,7
159:18 208:7,15
254:20 277:2
279:2 280:11
**ones**  26:15 32:4
216:17 275:19
**ongoing**  259:24
**online**  127:22,24
**op**  1:10,12,13
**operate**  68:14
**operating**  108:19
**operation**  108:20
**operational**  249:1
**operations**  34:4
36:12,24 38:1,16
39:19,24 40:18
47:9,16,22 89:21
110:3 166:25
290:1
**opiate**  1:5 5:22
12:6 56:10 57:20
58:17 59:1 60:20
61:2 62:3,22 63:7
64:20 65:2 78:2

78:21,23 80:10
81:16 83:24 84:23
102:1,3 115:17
121:22 123:9,18
125:14,23 129:2
129:14 132:2,15
135:3,9 137:21
138:1,3 139:1,20
140:17 141:11,16
141:22,22 143:2,9
143:19 146:4,18
146:24 147:2,19
154:3,16,20 155:8
156:6,7,19,22
170:1,19 178:12
183:9,16 184:22
185:2,5,8,23 186:6
186:14 188:15
193:8,18 195:3
197:19 201:21
202:1,14 203:11
203:15 206:17,18
225:17,24 226:16
226:24 232:4,5,22
233:8 235:15
236:6 240:16
241:4 254:20
256:5,7 261:25
262:6 265:13
266:25 268:21,25
270:4 272:2,5,8,8
275:15 276:1,6,9
276:13,15,21,25
277:3,9 285:16,21
286:14,19 287:2,5
291:12,19 298:6
299:12 310:6
311:3 312:3
**opiates**  53:8 55:23
59:18 61:13 79:5
79:15 94:1 102:12

120:16,20,21
122:7,9 125:8,20
127:7,20 129:18
129:18 130:25
131:15,25 132:7
132:21 133:4,6,12
136:6,14 137:6
138:7 139:7 147:3
219:25 237:11
250:16 251:6
263:7 276:22
286:13
**opinion**  256:10,16
256:23 260:14
261:21 262:14
264:2,9,15 271:5
278:17 290:20
**opioid**  5:16,21 6:7
51:20 52:9 63:10
64:2 81:3 91:24
92:4 120:13 126:3
131:8 169:24
175:12 177:7
178:18 184:20
187:25 188:4
189:4 191:10
193:18 194:17
195:9 196:22
205:22,22 214:2
219:18 225:8,13
227:9 228:11
230:4 231:5,15,21
232:14 234:15
235:7,10 236:15
252:10,13 268:11
288:7,22 294:23
295:17 297:7
298:9,12,18
**opioids**  52:4,16,23
54:7,17,23 55:10
55:13,20 57:1,16

64:17 65:14 93:3
93:10,17 102:8
126:7,15 127:2
134:18 251:23
252:2,22 254:15
255:5,12 290:22
294:5,16 295:24
296:2 299:8
301:15 302:8
303:5,15 304:13
304:23
**opposed**  265:14
**option**  104:12
**options**  204:2
288:9
**order**  6:13 68:13
197:23 244:15
**org**  33:22 34:2
38:2
**organization**  5:4
20:21,21 32:18
64:8 80:11 81:8
84:6 161:19
282:22 283:5
**organizational**
33:2 36:11 166:24
**organizations**
80:12 81:9,10,12
269:15
**original**  124:18
**originally**  16:20
16:21
**originated**  229:18
**orleans**  21:3
**ought**  288:22
**outcome**  41:25
**outlook**  104:12
**outside**  46:8 283:3
289:10 290:6
**outstanding**
282:21

**overall** 59:22
135:1 172:11
234:17
**overdose** 5:8
62:22 109:7 110:6
110:13,23 111:13
111:24 112:1
130:1,5,17 131:9
151:10,12 152:13
153:6 154:3,16,16
154:18 155:5,8
156:22 172:12
173:8 174:11
176:10 180:20
183:16 186:7,14
188:16 190:11
193:23 194:11
204:1 206:5,18
224:21 226:16,24
227:10,19,25
241:5 259:9 260:7
266:3 267:17
269:17 276:25
277:9 288:6,23
291:10,19,19,23
293:24,25 294:9
**overdosed** 153:12
174:13 186:18
191:20
**overdoses** 5:17
59:21 62:3 63:7
63:11 84:8 137:11
137:12 139:21
141:25 149:25
154:20 156:6,7
170:19,20 171:23
172:7,22 173:1,4
173:13,21 177:7
178:12,18 183:17
188:18 192:4
193:18 224:3

225:9,17 240:16
262:10 265:17
294:15,21 295:16
297:7 301:23
**overdosing** 137:11
156:14,18
**oversight** 45:1,25
**overtime** 87:24
**overview** 30:23
**overwhelmed**
143:8
**overwhelming**
89:20 143:4,24
172:13
**oxy** 125:25 132:18
**oxycodone** 152:24
**oxycontin** 122:17
122:19 123:2,17
123:22 124:18
132:17 269:20

**p**

**p** 91:3
**p.m.** 306:22
**pa** 152:5 175:25
176:5,8
**packets** 298:19
**page** 7:2 14:7
158:25 160:2
164:17 215:3
217:17,17,22
219:1,3,5 245:14
246:8,9,10,23
310:13,15 312:7
313:3
**pages** 23:8 32:4
159:4 215:2,23
**paid** 195:12,16,20
195:22 196:5
**pain** 121:2 123:3
132:10,11 136:15
138:1

**pains** 132:20
**panel** 219:4
**pantina** 3:5 13:3,3
**paper** 182:7
**para** 142:7
**paragraph** 190:13
246:11
**paragraphs** 190:9
**paramedic** 23:21
24:1,5,9,15 29:4,7
29:19 30:3 47:17
62:25 63:2 69:6
69:12 84:5 129:22
130:19,23 133:16
144:9 151:13
153:20 154:14
157:15 161:11
166:7 193:22
194:5,16 198:23
**paramedics** 29:9
130:18 131:7
134:12 141:24
152:17 160:4,8
194:3,22 201:18
206:3,15 224:11
**paraphernalia**
153:19
**paraphrasing**
151:6
**pared** 45:10
**part** 21:5 42:6,9
42:10 68:10 99:15
99:20 100:4 115:8
130:18,19 136:15
193:22 194:5
209:6 212:17
246:9 263:19
265:8 312:9
**participants** 165:5
**participate** 150:11
201:17 202:3,20

**participates**
203:14
**participation**
202:14
**particular** 115:14
122:15,20 138:4
140:12 142:11
147:3 153:8
160:12 161:6
172:14 173:2
210:6 211:14
248:8 264:23
268:17 269:17,18
281:25 294:12
**party** 309:3
**passages** 159:5
244:21
**passed** 28:9
**path** 20:7
**patient** 130:12
135:10 153:2,18
154:7 155:7
188:11 220:7
223:1,2,2 224:2
**patients** 132:20
150:24 223:17
**patrick** 2:12 12:22
**pattern** 220:24
**pay** 106:17 201:9
223:15 274:20,24
301:9
**paying** 196:9
**payments** 301:10
**pays** 199:6 202:25
204:3 205:11
213:4 216:21
**pcarey** 2:15
**pdl** 160:4,8,13,14
160:16 161:6,10
**pdls** 160:11

**peak** 56:8 58:5,7
81:1,2 142:12
151:17 156:4
169:24 179:7
191:15 235:15
237:10 276:19
279:12 297:7
**peaked** 57:21
179:12 236:11
**peaks** 58:4
**people** 28:24
30:17 35:19,20,25
36:2 41:14 44:7
45:7,9 46:13
80:21,22,22,24
87:24 89:18 97:11
97:12 98:14
107:24 126:17,18
146:13 148:1,2,17
148:18,22,24
149:11 150:8,23
154:22 173:5,11
174:4,4,7 176:17
176:24 180:19
183:2 185:7,7,9,9
185:14 186:10,24
190:15,22 191:19
211:12 238:19
255:4,12 262:9
264:21 266:17,22
267:6 268:9,14,22
269:2 270:5,11,22
271:3,7 272:13,14
272:15 273:2
274:16 278:25
281:9 282:24
283:12,15 286:1
295:9 296:2 301:5
**perceived** 162:10
**percent** 186:6,19
198:11 206:9

212:13,14 232:11
232:15 233:17
235:8 236:7,20
237:1,21 263:17
279:20
**percentage** 150:14
212:9,11 221:23
221:24 230:2
232:2,23 236:18
266:22 267:8
294:15 295:4,16
296:1
**percentages** 241:9
244:5
**perfectly** 86:4
104:3 271:9 304:3
**perform** 78:3 79:9
80:2 104:11
106:21 126:25
**performance**
220:25 222:8
223:23 285:9
**period** 34:16
39:15 47:13 62:13
152:16 178:14,19
178:25 188:1
**periods** 142:11
**perish** 174:8
**perished** 174:4
**person** 20:23,25
21:1 43:3,4 55:4
64:22 119:20
135:16 137:2,5
140:25 153:6,11
153:14 174:12
186:4 196:8 197:2
204:6,19 225:1
226:2,10 229:24
238:7 239:1
267:16 295:24

**person's** 267:23
267:24
**personal** 98:5
105:17 106:2,13
108:21 126:24
150:5,6,9 256:23
258:15 260:3,14
261:20 262:14
270:16,21 271:5
278:17
**personally** 98:14
103:9 116:18
128:2 130:12,23
131:13 137:1
283:2 289:2
290:19 295:12
311:11 312:15
**personnel** 33:14
48:6 85:6 135:9
135:20 140:9
143:24 160:18
174:10 201:1,15
225:24 239:11
272:11 274:13
275:11 286:9,17
**perspective** 259:2
263:5 265:12
277:17,19
**pertaining** 63:24
**pharma** 1:10,11
1:13
**pharmaceuticals**
3:10
**pharmacology**
253:25
**pharmacy** 91:22
93:8,15 252:20
**phone** 89:20 106:7
106:8,22 107:1
108:15,21,25
113:4,21 310:3

**phrase** 278:3
**phrased** 273:11
276:14
**physical** 28:7
**physically** 43:20
**physician** 125:13
126:22 149:4
224:14,14 225:3
252:19
**pick** 104:16,18
**picture** 236:9
**pill** 123:3 124:4
186:14 268:10,11
268:21,21,25
**pills** 124:18 147:9
148:14 149:24
150:4,8,24,24
252:10 264:2,16
265:11,13 266:10
266:12,25 267:19
269:4 291:24
294:23 295:17
**pinpoint** 33:21
151:24
**pio** 43:4 65:3
**pios** 64:23 65:9
**place** 20:4 89:19
128:15 159:13
271:12 280:24
308:20
**places** 21:13
274:25 275:3
**plaintiff's** 6:10
244:10 246:12,14
246:15,16
**plaintiffs** 67:18
82:22 83:4,14
245:6 246:3
306:20
**plan** 6:4 214:21
215:19

**plant** 51:25
**pleasant** 2:6
**please** 12:10 13:22
  15:6 30:5 52:19
  84:12 92:8 96:22
  109:12 116:16
  144:20 179:15
  226:19 229:1
  230:1,8 234:20
  247:21 252:7
  283:24 285:18
  298:22 310:11,11
**pleasure** 47:2,5
**point** 18:12 23:9
  29:3 33:8,23 35:1
  36:7 37:1 38:5
  61:25 94:10 99:12
  110:14 111:15
  118:17 123:7
  133:17 136:17,17
  138:11,14,25
  139:7 143:21
  146:15 150:21
  151:22 164:2
  166:25 167:10,15
  174:8 181:1 191:3
  191:11 197:13
  198:8,20 236:25
  237:5 251:18
  266:20 279:16
  280:4 287:24
  293:22
**points** 5:23 40:5
  193:8 197:17
  210:5 281:6
**police** 25:10 81:13
  84:5 95:8,9,12,15
  148:7 169:1,6
  184:9 190:20
  191:19 198:9
  230:3 232:3

290:13
**policy** 94:5,6,16
  96:5 97:17 113:23
  115:13 116:8,19
  116:22,24 223:6
  223:13 224:20
**polster** 1:8
**poppy** 51:25
**population** 127:11
  150:14,15
**portion** 28:6 29:25
  99:13
**pose** 296:10
**position** 27:12
  28:24 29:11,13
  45:18,19 47:9
  210:16
**positive** 270:2
**possibilities** 185:1
**possible** 66:24
  78:16 178:11
  183:2 291:16,21
**potent** 123:8
  125:15
**potential** 123:22
  193:23
**potentially** 259:24
**pouches** 298:19,25
  299:7 300:7
**powdered** 163:16
**practice** 16:4 83:8
  101:1
**practices** 201:22
  252:21
**precipitated** 53:16
**precipitating**
  139:21 147:4
**precise** 23:10
**precursors** 167:5
**predicate** 30:6

**predict** 250:14
**predicted** 169:13
  171:6,12
**preference** 222:14
  222:17
**preferred** 130:4
**prehospital** 24:2
**preliminary**
  246:15
**preparation** 79:17
**prepare** 71:9
  72:16 247:5
**prepared** 182:10
  249:8 293:6
**prepares** 20:20
**preparing** 21:25
  77:23 114:25
**prescribe** 122:5
  123:8 253:10
**prescribed** 122:22
  123:2,11,14,16
  124:12 125:7,19
  126:6,15,20,21
  136:14,16 137:21
  137:25 147:21,22
  252:13 265:21
  266:19 271:9,10
  295:24
**prescribing**
  252:22 253:1
**prescription** 1:5
  12:6 92:18 121:1
  121:25 122:13
  124:19 125:7,20
  125:23 126:7,15
  127:2,7,20 128:20
  128:24 138:6,21
  139:7 204:24
  205:8 252:2,10,12
  254:15 255:5
  265:15 266:12,21

267:19 268:10,10
  269:4 291:24
  294:23 295:17
  296:3 310:6 311:3
  312:3
**prescriptions**
  127:5 133:20
  134:18 135:4
**presence** 308:15
**present** 3:18 50:4
  71:19 72:13
  156:17,21 190:8
**presentation**
  65:15
**preserve** 113:25
  114:13
**pressed** 281:21
**pressing** 190:14
  258:19
**pretty** 48:8 120:23
**prev** 50:4
**prevalent** 165:18
**prevent** 14:18
  43:7
**prevented** 242:13
**prevention** 40:18
  40:23 42:17 44:22
  61:12 63:15 175:6
  175:25 176:16
**previous** 41:11
  94:12 95:6 262:23
**previously** 28:12
  191:20 256:14
**primarily** 152:17
**print** 215:7
**printed** 189:16
  203:24
**prior** 47:10 61:18
  62:24,25 63:3
  138:6 170:12

priorities 207:17
275:1,4
privy 128:11,12
probably 49:2
50:25 57:5 59:23
62:24 113:6 123:1
202:22
problem 140:20
140:23,24 141:1
142:24 144:2,3
147:13,14,24
151:7 239:5
259:24 262:21
268:21 280:25
288:7 291:2
298:18
procedure 13:9
73:7 108:19,20
307:7 311:5 312:5
proceed 14:6,24
158:23
proceeding 68:6
proceedings 68:17
process 28:3 38:20
41:3,5,6 45:4,6
60:24 75:14 95:21
97:24 103:5
104:14 115:4
118:20 130:20
211:6
produce 50:17
60:15 118:4
produced 117:22
118:1 297:21
production 117:13
310:15,17,22
products 254:10
298:9,12
professional
182:22

profile 110:18
program 19:16,17
20:9,15,19,22
21:15,17,20,24
22:3,10 26:19
29:7,15 191:21
200:8 205:6,12
programs 22:14
22:17,21,22 23:1,4
191:14 205:17,19
205:24
progress 119:24
progression
267:20 270:9
project 80:5 97:7
projects 205:17
207:17
promise 292:21
promised 67:8
promote 64:13
promoted 31:14
35:6 36:5 37:21
39:1 40:23 41:17
42:2,10,11 44:13
44:20 61:8 63:22
64:11 210:11
promoting 41:14
promotion 35:10
35:22 37:12 38:9
38:10,13,24 41:1,7
42:12 44:11 46:11
47:10 64:4,16
167:16 189:23
190:4
promotions 62:2
prompted 78:11
94:11 110:10
proof 188:13
properly 204:18
300:13

proposal 288:21
proposing 207:21
prosecution 69:8
protocol 133:25
155:2 157:13,17
198:14 199:3
protocols 57:10
198:24
proud 282:21
provide 92:24
211:16 212:13,13
216:12 245:8,22
247:5 281:17
provided 13:8
117:12 216:14
246:17 248:19
267:15 269:9
302:17
provider 223:16
provides 196:21
205:7 211:15
212:17 242:24
243:15
providing 103:6
170:25 280:21
prudential 3:5
public 3:14 43:2
48:11 49:6 51:2,3
55:3 63:17,19
64:24 65:14 80:13
190:19 258:23,24
259:10 261:1
308:7 309:14
311:10,18 312:15
312:23 313:23
pulled 119:2
127:23
pulling 127:22
pumping 211:11
purchase 199:8,21
199:22 211:7

purchases 199:14
purdue 1:10,11,13
91:3
purely 44:5 45:16
purge 96:16
purpose 180:17
293:9,11 302:22
purposes 32:20
70:13 109:8
158:18 168:6
177:9 189:5
193:10 209:17
214:23 228:14
244:15 271:20
287:15
pursuant 6:12
112:25 223:22
244:14 307:3,6
pursuing 17:21
put 24:23 25:8
37:15 49:19,24
71:7 83:1 101:14
104:6 141:7
150:20 167:21
176:18,24,24
182:6 183:3,14,25
191:14,15 192:6
195:24 196:1
214:15 225:4
234:12 244:6
245:5 259:20
274:3 275:25
276:17 279:9
280:12 283:17
301:19
putting 15:17
65:12 125:21,21
130:22 131:12
152:2 167:13
183:15

| q |
| --- |

qr 200:16
qrt 191:14,16,23
  192:13,14 200:8
  201:9,10,17 265:5
  275:17 276:12
qualification 22:7
qualified 252:16
  308:8
queried 238:3
question 14:25
  15:7,13,17,19,21
  21:22 22:11 23:10
  30:6 31:9 48:17
  52:18 58:1,19
  64:20 73:17 75:17
  75:22 83:10 84:12
  84:12,21 85:8,24
  86:1 87:11,12
  88:5,21 96:21
  98:24 101:2
  102:15 103:8
  111:3 116:5,16
  117:7 125:22
  127:3,9 128:7
  131:3,12 132:24
  133:1 135:4,19
  140:22 142:20
  143:14 144:6
  145:17 149:19
  152:21 155:24
  156:11,13 162:18
  163:20 166:2
  170:14 171:3
  178:21 179:6,14
  182:1,17 183:13
  186:1 187:6 188:7
  194:19 197:2
  200:25 202:17
  206:8 209:8 214:5
  221:6,16 222:10

222:22 223:8
224:24 226:13,18
226:19 228:2
232:1,19 233:1,24
234:10,19,20
235:2,13 236:8
237:7 239:21
240:5 242:17
243:11 244:4
246:10 247:13
248:21 250:6
251:3,9,12 252:6,7
253:5 254:18
256:3 259:4 261:5
261:13 263:10
264:13 268:1,2
270:19 273:19,20
276:11 277:23
279:25 282:8,11
282:12 283:25
284:8 285:18
286:7,23 288:19
292:24 293:21
294:19 295:20
296:5,9,11,20
297:18 298:10,22
298:24 299:10
300:2 301:18
303:7,18 304:15
304:25
questions 15:12,24
  16:16 32:1 35:19
  35:21 71:8 75:20
  77:2,9 90:2,7
  168:13 183:23
  241:22 242:6
  245:5,9,12 249:13
  250:3 255:16
  263:2,8,11,22
  292:9 306:18

quick 14:5 84:2,20
  191:16 192:17
  200:9,17,22
  206:22 249:16
  287:6 292:21
quickly 189:10
  283:22 284:5
quite 27:2 100:14
  112:22 179:24
  198:5 220:19
  241:1
quote 169:8,20
  190:25 191:22
  264:16 288:5
quotes 190:10

| r |
| --- |

r 2:12 3:12 91:3
rabbit 41:20
raise 143:3 279:21
  280:1 288:20
  289:2
raised 286:4,12
ramp 146:6
ran 213:2 304:6
range 162:1
ranges 100:8
rank 136:11
  137:15
rape 69:11
rarely 51:12 107:6
rash 173:4
raubenolt 57:8
reach 58:9 281:7
  284:8
reached 61:13
  136:17 138:11
  142:22
read 40:20 90:3
  158:22 159:6
  179:17,18 190:12
  234:21,22 287:25

288:10,11 311:5,6
311:12 312:5,6,17
reading 310:19
reads 162:5,10
  163:11,14,15
  164:23 165:4
  178:11 181:13
  198:13 200:8
  203:18 211:2
  214:11 217:23
  219:5 230:21
  237:14 238:6
  245:16,18
ready 109:13
  158:23 229:2
  278:20
real 260:9,22
  279:19
reality 254:22
realize 215:12
realized 136:23
really 30:20 52:13
  58:20,21 80:10
  88:19 104:3 113:5
  141:20 143:22,22
  145:2 146:5 152:1
  154:25 164:15
  175:23 180:18
  181:2 196:24
  236:8 249:16
  251:2 261:19
  262:24,25 263:13
  283:7 304:2
realm 290:11
reason 33:19
  105:4 109:21
  141:15 146:1
  148:21 152:11
  161:9 164:9
  177:24 178:1
  182:3 229:14

232:25 234:3
250:10 263:18
293:14 310:14
312:8 313:3
**reasons** 105:17
227:21 273:8
299:22
**recall** 19:8 20:14
24:11,24 29:21
52:7,21 53:7,11,16
53:25 54:5,12,15
55:17 56:6,14
57:19 61:6 63:6
64:5,16 71:21
73:3,4,5 77:19
78:17,25 80:4
82:6 96:7 99:6,17
99:24 114:3,6
118:10 123:10,13
123:19,21 124:17
125:9 163:4
165:23 166:3
167:17 168:20
173:17 202:9
210:4 227:5
244:25 293:3
298:20
**recalled** 177:24
**receipt** 310:18
**receive** 22:4,11,14
59:5 60:6 100:14
112:24 113:19,21
114:14 130:19
131:7 194:4,7
301:20
**received** 38:12
55:12 65:1,19
99:7 102:11
107:24 112:25
113:24 114:3
115:8,20 116:20

127:5 129:16
130:24 131:13
132:17 164:13
177:25 193:17
212:24 213:17
214:1 231:18
241:9,20 274:23
303:5,14
**receives** 218:17
**receiving** 58:25
60:21 100:13
213:15 243:19
260:22
**recess** 70:8 120:7
158:6 193:4
228:20 249:19
292:13 306:13
**recharge** 16:6
**recite** 65:25
**recognize** 32:23
70:21 131:8
159:24 160:8
161:6 168:11
177:13 197:8,10
209:21 215:9,11
229:6 253:9
297:11
**recognized** 127:23
**recognizing** 176:9
177:23 180:2
194:11
**recollect** 65:17
238:16 240:17,21
**recollection** 41:25
52:16 65:13 66:8
72:2,25 73:11
145:3 167:20
170:18 171:23
172:7 175:9
180:12 181:22
223:24 225:14

**record** 12:1,11
13:23 15:18 66:23
70:6,16 97:17
114:12 120:4,5,9
129:12 153:21
158:4,8 159:17,20
179:18 193:2,14
209:9 228:18,22
234:22 243:4,6,8
249:17,21 271:19
292:11,15 306:11
306:14,16,21
312:9
**records** 55:10 94:4
94:6,14,15 95:22
95:25 96:2,4,8,17
96:17,25 97:12,18
97:25 113:23
114:1,7,13,18
115:3,4,12,20
116:8,19,22,24,24
117:1,17,24
128:13 196:15,18
246:15 269:7,7
**recover** 246:4
**recurring** 125:11
**reduce** 299:12
**reduced** 308:14
**reduction** 178:12
178:18,24 179:10
**refer** 94:22 142:21
156:3 192:9 197:3
198:17 212:10
217:11 218:13
293:23 294:19
295:8
**reference** 310:7
311:2 312:2
**referenced** 220:2
308:13,18 311:11
312:15

**referencing** 50:6
169:18
**referral** 203:19
**referred** 58:7 61:5
81:7 82:7 104:10
146:24 151:4
201:16
**referring** 30:2,3
81:3 91:4 133:8,9
146:4 168:24
170:1,8 172:14
173:19 175:2
194:21 198:6,11
203:6 231:2
237:21
**refers** 55:25
191:22 197:24
200:9 201:20
203:23 204:13
205:1 211:25
230:24 297:2
**reflect** 291:2
**reflected** 218:20
248:10
**reflection** 33:7
48:5
**reflects** 236:2
**refresh** 72:24
**refreshed** 73:14
**refresher** 79:7
**regarding** 198:20
297:3 307:2,11
**regardless** 224:12
277:4,8
**regards** 196:10
**regime** 28:17
**region** 162:6
163:12,23 169:11
**regions** 164:25
**regular** 49:19
51:13 54:21,24

55:9 58:25 59:9
61:3
**regularly** 49:7,10
51:6 52:15 57:15
**rejected** 286:13
**rejection** 277:18
**rela** 267:18
**relate** 214:2
**related** 6:7 52:9,23
54:6 55:19 59:1
60:20 64:2 65:2
91:24 92:4 100:18
102:1,8 108:3
114:13 126:8
129:17 130:25
131:15 144:12,19
144:23 145:12
154:21 183:9
184:20 185:23
187:25 188:4
194:17 195:9
196:21 203:14
214:2 225:8,17
226:16,23 227:9,9
228:11 230:3,4,5
231:5 232:3,4,14
232:22 233:8,13
234:15 235:7
236:6,15 241:4
250:15 251:23
252:22 255:23
261:5 267:18
268:21 272:2
275:14 276:20
285:15,20 290:21
301:15 302:8
303:5,15
**relates** 1:9
**relating** 55:10
**relation** 200:22

**relations** 42:20,23
**relationship** 136:9
**relative** 309:2
**relatively** 25:6
**relaying** 270:5
**relevant** 117:18
**reliability** 243:21
**reliable** 242:24
243:13,16
**relieve** 176:17
**rely** 188:16
**remained** 33:15
99:21 143:12
**remaining** 124:18
**remains** 48:4,13
164:24
**remedy** 130:4
**remember** 53:22
54:1 82:17 120:13
120:17 122:10
123:19 139:16
168:18 173:3,10
173:15 174:8
187:3 193:19
214:14 241:2,6
255:18 264:4
272:23 297:14
299:5
**remind** 200:2
**remote** 20:24
**repeat** 84:12
179:15 192:4
226:19 234:20
243:10 252:7
262:10 283:24,24
285:18 298:22
**repeatedly** 146:24
**rephrase** 15:7
30:5 52:19,20
84:11 96:22 131:4
250:7 291:7

**replace** 275:19
**report** 35:4,4
43:23 48:10 50:1
55:8 59:5,9,13,15
59:25 60:6,16,19
65:9 118:4,19
119:5,9,13,16,19
119:24 187:25
230:15 231:3
236:12 253:7
**reported** 59:6
89:17 247:6
252:18 253:2
**reporter** 4:15 14:9
16:7 31:21 70:18
158:10 159:9
311:7
**reporter's** 4:12
308:1
**reporting** 60:13
107:14 230:16,21
230:25 240:15
**reports** 48:18
49:18,23 51:13
54:22,24,25 55:8,9
55:13,14 58:25
60:20 61:2 187:2
227:11,15 231:8
232:10 233:18
236:22 257:3
269:6 301:20,25
302:2
**represent** 13:19
43:11 119:11
158:24 183:10
189:15 215:13
232:11 245:2
257:1,4 292:20
**represented** 203:4
237:1

**request** 65:2
108:18 110:10
112:8 113:1
125:17 229:17
272:17,21 273:4
273:16 274:12,15
276:8 295:5 312:9
312:11
**requested** 49:21
50:10 55:2 117:16
117:21 229:12
272:24 275:12,25
307:1,6,10
**requesting** 250:22
**requests** 269:10
274:14 277:14,19
278:1 286:18,20
**require** 85:15,17
86:8,12 164:2
174:22 175:11
**required** 26:24
29:9,18 37:8,11
65:4 134:6 215:6
245:8 310:25
**rescue** 36:10 163:7
166:23
**research** 77:24
78:4,12 79:3,10,16
80:1
**resembles** 161:22
**reservations**
243:20
**reserved** 277:3
**resident's** 216:21
**resolved** 42:14
**resource** 284:19
285:2
**resources** 86:13
87:2,8,18 143:8,23
152:3 156:5
179:22 183:19

235:16 261:1
271:24 281:25
284:10
**respect** 263:6
265:13 271:23
283:23
**respond** 62:3
64:22 81:18 82:4
85:6,12,17,22 88:8
88:16,23 89:4
130:17 137:9
143:4,23 154:6
181:1,5,7 225:24
272:1 274:25
276:5 278:17
279:7 283:21
284:3
**responded** 62:8
284:5
**responder** 182:21
**responding** 37:18
59:2 66:12 85:9
89:8 105:9 139:24
140:5 152:13,18
156:6 184:4,5
193:18 278:25
284:22
**responds** 284:17
**response** 6:10 31:2
36:2 84:2,4,20
125:1 154:5
184:22 191:16
192:17 200:9,17
200:23 205:21
217:4 230:14
232:1 244:11
245:9 246:9,17
269:9 270:2
273:15 274:19,24
276:1,9,13,15
277:7 284:22

287:5 290:9,12
**responses** 245:4
**responsibilities**
30:9,12 36:15,20
42:18 283:23
**responsibility**
43:16 68:12 154:9
156:24 163:9
164:8 253:6
260:11 270:17,21
280:23 290:8,11
**responsible** 43:3
111:11 166:22
175:17,18 207:11
207:11
**rest** 16:8 127:11
149:8
**restate** 116:16
**result** 238:24
251:5 252:20
255:6 259:17
**results** 28:5 43:24
230:15 290:23
**resume** 23:8
**retain** 115:15
**retained** 4:15
**retention** 94:4,6
94:15 96:5 113:23
115:12,20 116:8
116:19,22,24
**retentions** 97:17
**retire** 274:18
**retired** 251:19
**return** 128:16
**returned** 310:18
**revenue** 218:2,11
**review** 31:25 32:6
32:10 72:19 98:10
133:25 244:20
246:15 248:9
307:2,6 310:12

311:1 312:1
**reviewing** 95:22
114:6
**revisions** 198:14
198:20
**rice** 2:4 12:13,16
**richard** 5:7 109:6
109:17,24
**rid** 94:14 204:21
275:7
**rig** 176:24
**right** 16:19 17:18
21:15 22:18 27:20
28:20 29:2 31:8
31:16 36:13 40:22
42:16 47:6 48:3
52:3 57:21 67:2,4
74:10 98:3 101:4
103:4,14 107:24
109:2 112:9
116:17 117:13
118:21 119:20
124:7 128:21
135:15 140:20
153:14 155:9,18
157:7 183:1
187:23 188:2
192:13,21,22
197:1 206:20
210:11 213:6
223:15 226:10
244:6 250:3 255:1
258:1,6 261:22
269:24 271:1
273:24 278:23
287:6 288:1 305:9
**rightmost** 162:5
164:20
**rigorous** 28:17
**rings** 89:20

**rise** 142:3
**risen** 143:17
146:15
**risk** 279:19
**rite** 93:14
**road** 53:20
**rode** 63:2
**role** 37:7 119:4
184:4 200:3 207:8
208:15 210:18
258:8,10,14,16
**roles** 47:14
**room** 159:9
173:13 185:17
224:14 225:3
**ropes** 3:4 13:2,4
**ropesgray.com**
3:7,8
**roughly** 20:14
266:7,9 303:4
304:20
**route** 267:9
**routine** 27:5
137:10 139:24,25
**routinely** 131:16
**row** 237:13
**rpr** 1:25
**rules** 13:9 14:6
250:5 292:22
307:3,7 311:5
312:5
**run** 56:11 81:24
82:1 87:23 188:4
226:15,21,21
227:10,14 267:16
268:4 269:6
**rundown** 66:9
**running** 53:20
55:22 56:1 80:15
83:20 84:14 152:3
175:20 176:13

276:16 280:8,9
**runs** 62:12,13
188:1 213:3
225:16 227:7
269:3 281:19
297:3
**russ** 232:1
**russell** 229:18,22

**s**

**s** 92:9,9,13,13
310:15 312:8,8
313:3
**safe** 283:12
**safeguard** 277:20
**safely** 147:15
**safer** 211:25 212:3
212:22,25 213:4
213:13
**safety** 5:3 6:6
32:16 48:11 49:6
51:3,3 197:25
198:7 199:17
228:10 283:15
**sagamore** 27:8
**salaries** 238:20
**salary** 201:1
**salts** 143:6,11
154:24 156:14,15
**san** 2:13
**satisfied** 222:8
**save** 102:12
174:11 186:23
277:8 282:24
**saved** 113:6
115:23 301:11
**saves** 293:23,23
294:4,9 297:4
**saving** 113:3
**saw** 58:9 157:25
242:4 252:24
262:22

**saying** 65:7 123:24
140:23 190:10
264:4 282:15
304:5 306:2
**says** 150:3 160:16
163:11 183:1
230:8 237:24
283:18 293:22
294:9 296:23
301:2,3
**scale** 43:5,9
112:18 145:23
**scbas** 211:2,8
**scenarios** 36:1
112:8
**scene** 69:12
153:25 154:14
206:4 217:6
220:20
**scheduled** 44:6,9
49:7 51:6 52:15
**school** 17:1,10,13
17:19 19:21 29:6
**schools** 42:25 43:1
**scope** 132:4
160:15 213:18
**scraped** 240:2
**screen** 35:21,23
**se** 224:20 272:8
**seal** 309:6 311:15
312:21
**search** 28:9
**searching** 78:6
79:15
**season** 56:19
**second** 6:10 21:15
34:19 45:11 71:24
72:5 108:16
112:10 162:9
192:6,9,12,17
234:7 244:11

271:21 288:3
296:23
**secretaries** 160:20
210:21
**secretary** 210:1,14
210:19
**section** 34:1
150:10 164:21
217:23 245:15
**sections** 32:7
119:9
**sedative** 163:17
**see** 26:4 33:3
35:21 48:17 66:11
78:20 98:11
109:19 110:4,8
111:17,18 148:7,7
160:2,6 161:25
162:7,9,12 163:11
163:18 164:20
165:1,4,7 169:3,16
172:19 175:1
176:21,22 177:21
178:15 181:18,19
183:21 186:17
190:16,23 197:20
198:2,15 201:23
203:21 204:11
211:1 214:10
215:17 217:22
219:8 229:20
230:6,17,23 231:6
231:9 232:5,12
236:22 237:2,15
238:9 241:17
245:15,24 246:12
246:19,24 253:7
265:7 273:11
276:17 288:14,16
288:17,18 289:19
296:12,24 301:9

**seeing** 149:25
168:18 244:25
270:7
**seek** 138:18
**seeking** 82:23,24
82:25 83:4,15
**seen** 70:25 94:7
109:15 127:24
149:21 150:1,3
161:21,23 168:16
189:18,24 215:18
219:1,15,20,23
225:12 238:14
240:14 244:23
247:2 248:7
264:22,22 297:20
**selection** 104:19
**self** 211:8
**selling** 173:6
**seminars** 131:16
131:21
**send** 84:4 100:7
108:14 160:15
230:11 284:24
**sending** 111:12
**senior** 43:2
**seniority** 41:15,17
**sense** 15:10,22
16:10 32:12 62:7
62:21 81:9 103:24
105:19 113:12,15
119:23 127:4
134:21 144:12,18
144:24 170:7
180:7 221:2,13
246:6 271:12
285:7
**sent** 110:6 161:9
197:11 216:20
229:15 241:13
242:2 247:14

| | | | |
|---|---|---|---|
| **sentence** 164:23 165:4 230:18,20 271:21 288:4 | **settlement** 42:1 **sewers** 300:14 **share** 128:9 170:7 182:25 202:7 | **signing** 310:19 **signs** 158:1 193:23 **similar** 23:1 261:10 | **slaves** 270:23 **slight** 135:18 **slightly** 226:14 **slippery** 271:11 |
| **sentences** 165:3 **sentiment** 165:5 288:21 289:3 | **shared** 59:8 290:20 305:12,13 **shares** 184:8 | **simpler** 268:2 277:24 **simply** 15:17 55:4 | **slope** 271:12 **small** 213:19 234:16 239:12 |
| **separate** 101:14 175:24 | 201:22 **sheer** 172:12 | 71:4 74:4 104:7 138:20 242:2 262:7 285:25 | **smith** 90:24 **snow** 284:14 **society** 270:16 |
| **september** 309:17 **series** 90:1 **serious** 112:4 | 184:15 262:12 265:16 **sheet** 209:25 | 296:10 **sincerely** 310:21 **sir** 161:5 239:22 | **soft** 216:18,19 223:6 **sold** 95:19 291:25 |
| 259:21,22 301:5 **serve** 30:13 31:11 46:23 47:1,16 | 310:13 312:7,10 312:18 313:1 **shift** 34:9,9,13,15 | 245:2 246:1,21 292:9 310:10 **sirens** 89:6 | **solely** 271:25 276:9,12 **solution** 280:6 |
| 272:16 **served** 23:21 29:14 | 34:18,21,25 35:1 36:7,9 61:22 111:16,20 112:15 | **sit** 32:5 186:16 293:13 294:14 **site** 220:7 | **solutions** 3:10 310:1 313:1 **solve** 146:2 |
| **server** 302:21,25 **serves** 220:4 **service** 28:4 87:25 | 275:2,4 **shifts** 34:8 **short** 90:6 240:1 | **sites** 299:16 **sitting** 14:14 103:13 104:22 | **somewhat** 149:19 244:19 **son** 137:9 139:17 |
| 93:12 131:23 160:17 176:18,25 181:3 192:6 | **shortly** 210:10 **shoulder** 127:12 **show** 150:23 | 134:17 144:11 153:14 173:17 195:7 201:7 225:5 | 139:18,24 140:5 140:15 **soon** 29:5 |
| 222:20 275:21 276:1 278:19 279:9 280:15 | 274:21 **showed** 174:17 247:12,13 | 225:15,22 249:3 250:13,25 252:1,8 253:11 263:5 | **sooner** 80:18 83:21 **sorry** 25:17 40:6 |
| 281:14,21 **serviced** 80:18 83:21 | **shown** 310:16 **sic** 243:24 **sick** 136:21 138:13 | 267:21 291:22 **situated** 284:11 **situation** 35:24 | 57:13 64:12 84:11 137:23,24 139:17 141:13 144:20 |
| **services** 47:19,20 47:23 218:18 223:3 245:20 | 138:14 **side** 149:5 155:6 155:11,14,14 | 85:12 154:15 261:7 295:23 **situations** 112:14 | 146:7 156:12 179:9 187:13 189:10 199:21 |
| 280:21 281:17 **servicing** 84:16 **serving** 129:22 | 267:3,11 **sign** 99:15 133:20 **signature** 307:5 | 207:14 281:13 **six** 39:15 178:13 178:19 | 214:7 223:10 226:7 230:19 233:18 238:2 |
| 198:22 283:16 **set** 131:7 148:24 236:21 258:5 | 309:13 310:14 **signed** 311:13 312:18 | **size** 104:24 278:10 **sized** 120:23,25 **sky** 165:6,9,16,17 | 241:15 **sort** 23:25 101:9 167:6 285:2 295:9 |
| 281:1 309:6 **setting** 14:15 207:11 258:14 | **significant** 180:13 | | |

| | | | |
|---|---|---|---|
| **sought** 138:15 | 207:14 215:23 | **spiked** 142:12 | **starting** 27:18 |
| **sounds** 40:4 50:11 | 219:3 241:6 | **spikes** 58:8 | 28:23 33:25 62:2 |
| **sources** 119:3 | 247:14,22 248:25 | **spilled** 228:24 | 104:17 137:13 |
| 216:1,5,15,16,25 | 253:12,14,16 | **spiraled** 144:10 | 143:20 146:5 |
| 217:13,23 218:9 | 256:5,6 262:4 | **spiraling** 146:3 | 257:19 |
| 267:22 269:10 | 264:7 274:14 | 260:16 | **state** 12:10 13:22 |
| **south** 2:6 | 280:2 286:11,14 | **spoke** 43:1 74:12 | 25:3 26:20 30:16 |
| **spam** 100:18 | 286:19 291:3,23 | **spoken** 64:1 73:20 | 166:10,14 213:22 |
| **spare** 176:23 | 292:1,2 298:8,12 | 76:11 77:12 92:3 | 259:5 308:2,7 |
| **spate** 171:23 | 299:11,14 | 93:9,17,25 137:1 | 309:15 311:10 |
| **speak** 43:4 55:3 | **specifically** 52:16 | **spotless** 66:23 | 312:15 |
| 84:7 89:9 91:23 | 59:14 71:13 80:15 | **square** 3:14 | **stated** 143:17 |
| 93:2 118:13 | 97:22 146:4 | **ss** 308:3 | **statement** 164:10 |
| 120:25 131:24 | 166:11 169:11 | **stabilize** 239:16 | 171:19,21 182:2 |
| 170:4 210:2 | 170:5 172:1 | **stable** 143:12 | 183:21 224:5 |
| 263:22 290:3 | 173:14 205:21 | **staff** 49:11,12 | 311:13,14 312:19 |
| 293:12 | 219:25 225:13 | 51:11 | 312:19 |
| **speaking** 42:25 | 241:2 250:15 | **staffing** 85:21,25 | **states** 1:1 12:8 |
| 64:17 293:18 | 272:3,7 275:14 | 86:9 | 22:8 264:20 |
| **specgx** 3:3 13:2,4 | 276:1,21 285:15 | **stand** 235:9,14 | **station** 107:13 |
| **special** 36:12,24 | 285:20 298:5 | **standard** 108:20 | 284:21,25 |
| 38:1 39:19,24 | **specifics** 52:13 | 131:7 160:10 | **stations** 284:10 |
| 40:18 47:20,21,22 | 54:12 66:17 73:8 | 224:17 | **statistic** 185:24 |
| 47:23 65:20 | 75:10 126:11,12 | **standing** 50:1 | 231:9 233:1,17 |
| 127:15 130:24,25 | 128:17 129:24 | 108:18,19 112:8 | 240:14 241:3 |
| 166:24 195:8 | 215:5 221:13 | **stands** 214:13 | **statistics** 49:23 |
| 218:2,11 290:1 | **specified** 308:21 | **start** 16:23 17:15 | 60:13 164:3 |
| **specialized** 23:17 | **specify** 245:18 | 17:18 26:7 30:6 | 174:19,23 231:4 |
| **specific** 34:1,6 | **speculation** 171:3 | 150:8 165:15,15 | 234:4,12 236:13 |
| 36:7 53:2 58:13 | 236:17 239:3 | 250:19,22 260:14 | 238:4 247:6 268:5 |
| 73:5 78:17 82:9 | 240:11 262:23 | 266:17 267:9 | 268:8 |
| 82:20 102:25 | 291:5 296:20 | 282:15 | **stay** 17:5 |
| 103:1 104:7 | 303:7 | **started** 13:21 | **stayed** 95:9 |
| 110:12 129:17 | **spell** 92:8 | 16:17 18:13 19:8 | **staying** 144:14 |
| 130:14 151:22 | **spend** 21:14 | 25:24 27:20 30:11 | **stenographic** |
| 156:1 166:17,21 | 105:20 106:1 | 138:12 145:9 | 306:16 |
| 167:12,13 168:23 | **spending** 240:23 | 150:24 151:6,9 | **stenotypy** 308:14 |
| 173:11 177:24 | **spent** 39:15 80:5 | 159:19 176:9 | **step** 36:13 |
| 181:14 184:14 | 225:7,16,23 226:7 | 268:20 269:4 | **stephen** 1:25 |
| 189:24 194:17 | **spike** 61:5 172:11 | 279:11 | 308:6 309:14 |
| 196:5,9 206:17 | 172:16,16 | | |

steve 119:21 207:3
  207:25 208:13,21
  213:11
stocked 133:21
  169:6
stocking 169:1
stop 263:1 267:2
  278:15
stopping 107:12
  107:13
store 93:24 300:20
story 47:7 168:10
  267:14,23 269:4
straight 47:7
strain 152:2
street 1:21 2:12
  3:6 80:17 266:8
  266:12 278:25
strength 273:3,3
stress 180:25
  181:5 183:18
  272:15
stressed 179:21
  181:6
stressing 143:22
  183:22
stretch 87:2 183:7
stretched 152:12
  156:5
stretching 63:9
strike 10:12 23:12
  42:21 60:24 67:6
  79:12 81:15 88:5
  128:25,25 130:15
  132:25 138:24
  139:5 156:13
  161:4 183:17
  191:8 209:8
  218:15 244:3
  248:6 254:12
  255:23 271:20

284:3
strokes 86:18
  180:22
strong 242:18
  260:1,24
structure 33:7,11
  34:13 48:5,7
struggle 87:25
  181:2
struggled 181:8
struggling 53:19
stuck 289:16
subbranch 34:6
subdivision 34:4
  38:16 40:19 47:10
  47:16,20,24
subject 20:19
  21:23 45:24 47:2
  52:23 54:6,17,22
  55:19 66:9 72:25
  73:15 74:2,20,25
  76:15 79:12
  101:22 116:2
  131:14 220:10
subjective 141:4
  222:11 278:16
subjects 49:4 51:1
  117:18
submit 50:18
submitted 208:5
  242:10
subordinate 96:12
subordinates
  43:21,22 50:17
  55:18 56:24 73:23
  74:11,14 96:13,14
  97:12 98:16 107:9
  107:15 119:8
  207:16
suboxone 163:17

subscribed 311:10
  312:14 313:21
substance 136:24
  148:20 161:16
  206:5 270:23,24
  271:8
substances 51:24
  83:6 133:18
  156:16,20 173:22
  255:22 291:3
substantial 179:9
  305:18
substantially
  100:11,12
substantiate
  149:23
substantive 108:7
suburb 17:2 27:9
  27:10
sufficient 85:5
  87:8,22
sufficiently 242:12
suite 2:19 3:14
  310:2
summary 219:5
summit 1:13 2:3
  12:14,17 178:13
  181:16 195:25
  201:21,25 202:14
  203:11 252:10
  257:3,6 261:8
  262:16 266:4
sun 49:5 131:22
  180:22
superior 310:1
supervised 96:12
supervisors 112:6
  207:13
supplemental 6:10
  244:11

supplies 276:9
supply 92:18
supposed 265:20
supposedly 83:5
sure 14:7 28:20
  29:17 33:24 34:15
  37:13 52:10 53:1
  53:6 54:10 55:24
  57:3 58:11,24
  59:22 61:9 62:24
  70:4 72:23 78:14
  81:12 82:15,19
  85:2 87:3 89:9
  98:4 116:14
  119:15 126:11
  129:5,11,14 131:3
  131:5,24 142:1
  143:1 154:13,24
  155:13,20 156:21
  157:14 164:12
  166:12 169:21
  183:3 184:15
  186:18 187:22
  189:11 194:8
  195:7 196:18
  198:11 199:12,18
  201:4 204:5 205:2
  206:16 218:23
  221:24 226:20
  231:1,19 232:6
  235:4 237:21
  240:13 241:7
  243:11 247:1
  250:8 252:8 253:8
  280:23 284:1
  294:2,8,12 295:9
  298:23 302:15
  304:2,3 305:6
  306:4
surmise 18:12
  169:25 239:23

[surprise - terms]

| | | | |
|---|---|---|---|
| **surprise** 238:17 | **t** | **talked** 56:23 63:16 | 77:1,4 83:11,12 |
| 240:20 266:13 | | 105:8 110:13 | 88:13 89:1,11 |
| **surprised** 52:4 | **t** 200:17 | 127:21 141:8 | 96:10 97:14 |
| 234:24 235:3 | **take** 12:4 16:3,4 | 148:11 166:7 | 103:18 124:21 |
| **surrounding** | 16:14 30:13,22 | 191:7 198:4 | 130:14 143:15 |
| 30:15 88:15 | 31:24 32:9 34:18 | 205:18 265:17 | 145:2 152:7 |
| 280:19 281:20 | 34:19 37:7,8,11 | 270:8 275:18 | 157:17 161:3 |
| **surveillance** 5:10 | 69:25 70:2 75:13 | 293:5 295:22 | 171:15 172:4 |
| 158:15 | 104:13 109:12 | 300:17 | 173:20 174:2 |
| **suspect** 21:14 | 122:24 123:5 | **talking** 5:23 43:6 | 185:6,10,13,16,19 |
| 153:5,25 155:4 | 136:18 138:12 | 94:24 100:17 | 185:20 213:18 |
| 156:1 188:12 | 147:15,20,22 | 124:20 129:21,22 | 221:21 222:3 |
| 204:1 206:13 | 148:19 149:3 | 134:25 137:17 | 241:7 247:22 |
| **suspected** 156:6 | 157:20 158:2,22 | 138:20 141:3 | 266:16 269:1,20 |
| 224:3,21 225:17 | 170:16 173:7 | 142:23 145:22,25 | 269:25 270:25 |
| 226:16,23 227:24 | 186:24 189:14 | 146:8,9,9 149:10 | 271:2 283:7,9 |
| 240:16 241:4 | 192:23 197:23 | 165:15 172:3 | 296:15 |
| **suspecting** 104:15 | 229:1 250:9 | 187:2 193:8 | **telling** 90:4 107:25 |
| 167:7 | 254:15,20 255:4 | 199:10,11 210:5 | 270:3 271:16 |
| **suspended** 66:19 | 255:12 265:20 | 260:15 262:8 | **ten** 39:5 |
| **suspicion** 153:15 | 270:9,10 271:8,10 | 298:5,6,8 303:10 | **tender** 284:6 |
| 153:16,23 252:21 | 273:12 278:21,21 | **talks** 110:12 | **tenure** 39:7 203:3 |
| **swear** 164:15 | **taken** 1:20 23:9 | 288:12 | 203:6,7 282:3 |
| **switch** 18:8 37:14 | 70:8 118:17 120:7 | **tandem** 95:23 | 283:20 284:1,6 |
| 39:12 99:17,23 | 147:8 155:1 158:6 | **tardy** 223:23 | **tera** 3:13 159:11 |
| 253:19 | 193:4 197:19 | **task** 201:21 202:1 | 159:15 |
| **switched** 99:13 | 202:19 228:20 | 202:14,20,25 | **term** 47:2 51:20 |
| **switching** 226:13 | 249:19 254:20 | 203:5,12,12 | 68:6 141:5,11 |
| **sworn** 13:10 14:9 | 264:3 278:6 | **tasked** 289:7 | 147:2 160:22,25 |
| 308:10 311:10,13 | 282:23 292:13 | **tasks** 289:12 | 183:6 230:17 |
| 312:14,18 313:21 | 306:13 308:20 | **taxes** 218:9 | 256:10 260:2,14 |
| **symptoms** 154:15 | **takers** 206:3,15 | **tcoleman** 3:16 | 261:14 262:5 |
| 156:17 | **takes** 89:11 211:14 | **team** 84:2,20 | **termed** 84:22 |
| **sync** 107:1 | 271:15 279:7 | 190:18 191:16,22 | 276:14 |
| **system** 144:8 | **talk** 26:17 32:8 | 192:17 200:9,17 | **terminology** 179:7 |
| 152:5 175:25 | 43:16 52:3 63:23 | 200:17,23 290:12 | 259:20 |
| 176:5 192:24 | 76:8 84:8 87:4 | **teleconference** | **terms** 58:16 |
| 216:18 238:3 | 109:13 138:19 | 3:11 | 122:12 207:21 |
| 290:3 302:20 | 145:21 151:12 | **tell** 14:10 30:25 | 230:16 248:3 |
| 305:11 | 166:13 188:15 | 59:16 60:14 62:15 | 250:20,24 253:19 |
| | 197:16 224:13 | 66:5 75:15,19 | 261:22 265:11 |
| | 253:20 | | |

266:3 267:13
281:16,24

**test**   28:7 35:12,13
35:14 38:22 41:12
41:16 186:17

**testified**   34:23
67:13 68:3,5,20
174:21 193:21
304:9

**testify**   68:11 69:13
261:23 308:10

**testifying**   68:2
69:7

**testimony**   14:19
67:9,11 68:18
69:16 73:1 74:3,3
74:21 75:1 186:2
193:19 235:9,14
236:10 264:11
308:13,17 311:6,7
312:6,9,12

**tests**   41:16

**text**   107:5,7,15,24
108:15 110:5
111:12 113:5,19

**texts**   107:20 108:7
112:25 113:8,9

**thank**   13:16 41:21
41:21 63:21 70:5
158:3 159:16,21
167:22 183:25
189:8 214:16
239:20 249:14
261:3 292:9,10
306:8,10

**thanks**   159:15
306:5

**therapeutic**   26:19

**therapeutics**   92:14

**thing**   32:6 68:22
72:6 100:19

107:20,21,22
108:13 112:5
196:16 215:7
221:18 224:1
247:12,12 263:1
271:1,6 290:7

**things**   23:25 30:19
47:24 51:16,25
56:8 57:23 86:17
86:20 101:13,15
102:9,24 107:7
112:22 117:25
128:22 147:8
148:13 149:1
154:23 165:16
167:3,5 179:11,20
183:5 191:12
233:12 236:11
253:1 262:17
265:5 268:13
275:6 280:20
284:12,23 285:2
285:25 287:6
289:11,14,17
298:17

**think**   20:16 46:5
52:5 54:20 58:23
59:23 61:4 64:3
66:11 73:18 78:10
79:25 82:25 86:3
87:12,13 92:23,23
103:23 114:11
120:20,24 123:23
123:25 126:17
127:10 129:7
132:10,12 136:23
140:19,21 141:10
147:6,23 148:16
148:25 149:10
151:21 161:9
169:21 170:4,22

170:24 172:10,11
179:20 182:13,18
186:11 195:1
199:2,8 201:5
203:24 205:20
206:14 207:17
217:10 222:11
227:14,17 231:24
232:4 236:1,19
240:13 241:1
248:1 256:21
257:19 258:3,19
260:3,3 261:3,14
261:15,16,24
262:6,18 263:16
263:19,21,23
264:6 266:17,24
269:12,18 271:6
273:21 278:2
280:22 282:4,16
283:3,3,5,9,12
284:7 286:16,18
287:8 288:5
289:10 290:6,16
290:18 291:1,9,13
291:20 294:11
298:23 301:24
305:2,5

**thinking**   157:23
171:13 271:13
283:4 304:9

**third**   34:19,20
72:7 197:24 200:7
200:11,12 211:1
288:3

**thirty**   310:18

**thought**   73:13
98:21 182:19,24
211:6 232:23
264:2 271:9
279:17

**three**   18:18 23:8
34:13 42:19 45:11
49:2 71:14 72:11
82:2 111:14
164:19 169:12
170:9,15 191:8
218:21 277:1,2
278:9,21,24

**thumpers**   211:2
211:10

**thursday**   200:8

**thursdays**   200:18
200:20

**tide**   81:25 82:8,14
82:18 151:18
179:2

**time**   12:2 16:3,12
19:17,18,19 21:5
21:14 22:24 25:13
25:23 29:11,13
31:25 32:10 33:8
33:23 34:10 38:18
39:3,10,15 44:20
47:21 56:10 61:20
61:20 74:4 75:12
75:13 80:24 82:6
86:23,24 89:3,5,14
98:11 99:11
105:20 109:12
110:15 111:15
115:6,21 125:12
130:3,11 136:11
137:15 152:16
157:24 158:22
161:4,12 163:20
163:23 164:2
165:10 166:22,25
167:2,14 172:5
173:3 174:22
178:25 183:4
189:14 198:20

210:1 229:1
234:13 237:10
243:8 244:3
252:17 253:13
274:1 275:7,23
277:13 281:22
283:14 285:3
290:4 297:15
306:9 308:20
**timeframe**  162:15
**timeline**  40:22
163:5 170:20
**timely**  217:6 281:8
**times**  39:14,17,18
43:18 49:2 50:24
55:1,21,22,25 56:1
56:4,7,11,16,17,18
64:16 66:4 68:2,9
68:15 82:2 87:21
87:22 88:11,25
104:10 127:25
135:9,19 140:3
151:5,17 152:10
173:10 174:15
176:12,19,25
179:4 187:16,17
188:14 191:16
220:18,21,22
235:24 240:22
272:20 276:19
280:10,11 295:23
304:5 305:1 306:2
**tiny**  235:20
**title**  13:22 28:19
29:22 37:1 288:7
288:22
**titled**  5:3,14,19
32:16 168:4 189:2
301:4
**tleyimu**  2:7

**today**  13:17 14:6
14:19,24 30:1
31:20 35:18 41:22
48:3 73:1,21,25
81:22 85:19 86:6
86:10,13 87:14
103:13 107:10
134:17 141:8
144:11 169:5
173:18 194:4
195:7 198:5 201:7
205:18 225:5,15
225:22 226:8
242:7 249:3
250:13,25 252:1,8
253:11 255:19
263:5,23 267:21
278:23 284:15
289:13 291:22
292:19 293:4,13
294:14 295:23
297:10,18 298:23
300:16 306:9
**today's**  12:2 71:10
**told**  58:24 74:11
75:2 96:25 97:22
199:2 234:5 258:3
273:10,24 274:6
286:18
**tomorrow**  87:15
**tone**  207:12 258:5
258:14
**top**  45:10 161:25
200:7,12 219:4
**tope**  2:5 12:12
**topic**  53:5,8 54:11
57:1 65:3 76:1
91:25 92:4 131:22
139:15 206:21
255:18 298:21
300:15 305:25

**topics**  52:9 63:17
64:2 102:1 253:20
**torok**  3:19
**total**  46:5 232:11
233:4 234:17
235:21 237:2
262:8
**totality**  233:7
272:6
**touched**  181:20
**tower**  3:5,13
**track**  150:22
184:11,13,18,19
185:6
**tracks**  59:15
**traditional**  283:4
**traditionally**
119:1
**trafficking**  178:3
**trained**  26:25
**training**  23:18,24
24:18 28:17
129:17,25 130:7
130:16,18,23,24
131:7,14,18
193:17,22 194:4,5
194:7,15,16 195:3
195:6,9,22 196:6,9
196:20,25 210:20
225:23 253:20
**trainings**  131:17
131:20 195:11,16
195:24,25 196:4
**trans**  261:17
**transcribed**
308:16 311:7
**transcript**  4:1
307:3,6,9,11
310:11,12 311:5
311:12 312:5,11
312:17

**transcription**
308:17
**transferred**  39:24
230:11 261:18
**translate**  211:4
**transport**  216:18
220:6 222:3
223:16 224:7,16
239:15,17
**transported**
224:22 225:1
**transports**  217:5
221:25 222:1
223:1 224:6
**trapped**  149:12
**trash**  299:15,16
**traumatic**  27:3
**treat**  121:21 130:1
141:25
**treated**  121:20
127:1
**treating**  122:1
129:18 142:7
**treatment**  121:13
128:20 132:19
138:18,19 140:12
148:2 154:8
191:21 239:14
267:7
**treatments**  186:9
**trend**  144:19
237:4
**trended**  57:24
**trends**  5:10 158:16
166:8,13,17
**trial**  67:15 69:17
**tried**  50:4 240:22
265:2 283:3
**triple**  290:24
**truck**  36:18 89:10
284:20

| | | | u |
|---|---|---|---|

**trucks** 25:9,23
53:20 199:14
275:13
**true** 22:6 27:19
143:18 151:7
171:9 175:14,16
182:8 185:11
236:5,8 262:24
281:15 308:16
**truly** 165:17
179:21,21 181:6
185:2 195:23
235:16 262:18
264:24,25 282:21
**trust** 218:3,12
**trusted** 5:20 189:3
**truth** 14:10 185:10
185:13 308:11,11
308:12
**truthful** 268:22
**try** 26:6 30:4 31:8
33:21 62:20 73:9
84:8 102:6 116:17
118:18 149:2
154:2 157:2
172:18 176:17,25
181:8 186:22
187:19 191:19
192:3 206:21
239:16 260:11
263:1,20 265:5
266:22 267:2,10
267:23 273:21
276:18 282:24
284:11,25 285:3
289:9,17 293:18
298:17
**trying** 25:18 80:16
87:24 114:24
146:23 148:3
181:2 182:25

192:23 194:20
239:5,8 265:3,7
267:7,9,13 275:18
282:19 284:23
290:5,6,18 294:11
301:1
**tsunami** 141:19
151:19,20,23
**tucker** 1:17 4:7
5:6 12:5 13:7,12
13:24 70:12 110:5
190:13 249:22
258:25 292:16,18
295:22 308:10
310:8 311:4,9
312:4,13 313:20
**turn** 164:17 178:8
190:9 245:14
246:8
**turns** 98:22
**tweak** 135:18
**twice** 140:2,3,7
280:11
**twigg** 6:14 60:8
76:2,11,12 77:17
111:18 287:13,19
288:5,20 290:20
**two** 21:6 22:17,21
23:23 32:5 46:19
63:6 65:11 85:13
89:8 106:12
107:11 116:14
117:5 128:24
191:2,2 208:20
213:3 276:25
279:1 284:17
287:6 304:19
**type** 15:18 22:4,11
27:3,5 37:8 41:2
45:25 55:9 61:12
65:15 68:21 79:16

83:3 85:10,18
86:5,16 89:19,24
92:24 100:19
107:20 108:13
112:5 113:25
121:22 122:4,4
126:24 130:24
146:18 150:25
152:4 155:4
161:22 174:23
176:7 186:7
191:24 196:16
202:24 205:6
219:16 222:20
241:3 262:13
268:17 269:15
270:3 276:17
277:4,9,10 284:19
291:10
**types** 23:5 25:9,14
31:17 49:4 75:19
77:1 78:17,22
79:4,15 86:22
96:8 107:7 112:7
120:19 122:7
132:19,20 143:5
143:11 148:16
154:20 164:3
166:8 167:17
206:16 213:23,24
216:11 233:12
237:18,19 240:25
263:21 276:5
277:12 280:20
281:19 301:10
**typical** 188:11
**typically** 121:20
155:2 270:2

**u** 91:3,3
**uh** 34:24 210:24
294:10 299:13,18
300:5,9 301:7,22
302:11
**ultimate** 208:18
**unable** 88:7,22
187:19 295:15
**uncommon** 86:23
**understand** 14:8
15:5,8 21:7 22:16
24:4 25:19 27:16
29:17 30:24 36:4
37:14 51:22 53:6
55:25 62:19 71:2
80:7,9 82:21
86:25 98:4 114:25
115:18 117:3,15
121:18 141:4
144:21 146:23
149:17 150:20
154:13 156:7
166:13 184:3
185:21 188:1
191:23 198:5
212:15 216:25
218:1 221:12
230:24 234:2
248:7 250:6 261:3
267:14 273:20
287:22 289:1
292:24 304:7
**understanding**
52:6 82:10,12
103:11 121:24
126:14 129:1
130:7 131:6 218:5
231:11,20 237:17
248:13 264:10
269:2 297:1

**understood** 19:20
21:13 34:22 37:5
37:13 40:12 42:13
48:2,2 62:16 67:1
67:14 111:22
120:12 128:1
129:11 140:13
187:1,23 194:10
205:4 241:12
247:19
**union** 68:10
**unit** 82:3 84:10
85:16 152:6,8
176:2 191:15
192:6,9,12,13
201:2,3 265:6
276:13,17 284:17
**unit's** 277:2
**united** 1:1 12:8
22:8
**units** 53:21 55:22
56:1,11 80:16,16
80:17,19 81:25
82:2,4 83:20
84:14 85:11,17
86:24 87:23,25
88:9 89:12 137:9
139:23 152:3,13
156:5 175:21
176:3,13,18 177:1
192:15 199:11
203:20 204:11
275:19 276:16
277:11 278:9,21
278:22 279:2,5,9
280:9,10 284:24
**university** 17:3,16
17:22,25 18:2,4,9
18:9,13,14,20,22
18:25 19:2,6,9
21:3 22:24,25

26:2 27:17
**unnecessary** 252:4
252:9,14 298:20
**unneeded** 299:3
**unorthodox**
140:21
**unresponsive**
184:25 188:11
268:23
**unstable** 27:2
**unsure** 14:25
**unusual** 172:7
183:17
**unwanted** 204:24
205:7
**upping** 198:14
**uptick** 151:10
170:19 176:10,11
279:10
**use** 15:4 101:11
105:16 106:5
108:25 139:8
141:11 145:18
157:13 162:20
165:20 167:12
179:6 181:15
188:2 239:15
259:20 260:2
261:6 267:9
270:12 275:16,17
277:3 283:4
287:23
**uses** 34:14 95:4
121:12 132:8
217:24
**usually** 101:18
280:17

**v**

**v** 1:10,11,13
**vague** 41:25 133:1
180:16,17 183:8

304:15
**vaguely** 177:15
193:20 218:4
**valley** 58:6 237:10
**valleys** 58:5
**value** 82:25
**variables** 281:18
281:23
**varies** 220:18
**variety** 117:16
195:21,23 281:13
**various** 40:10
63:17 109:17
111:10 177:17
197:14 258:18
**vary** 256:22
**vehicle** 30:18
112:20 136:13
201:2,4 202:21
238:21 260:7
275:16,17 276:12
**vehicles** 84:17
198:1,7,9 199:17
275:13,24 276:8
**vendor** 222:20
**verbally** 272:20
**verify** 182:23
241:23 242:1
248:9,18
**veritext** 310:1,7
313:1
**veritext.com.**
310:17
**versus** 36:17 59:21
280:10,11 304:6
**vicodin** 52:1
120:17 122:17
127:14 128:2,5
269:21
**victim** 69:15
112:11 239:17

**victims** 112:12
180:21
**video** 7:1 306:14
**videographer** 3:19
12:1 70:6,15
120:1,5,8 158:4,7
193:2,13 228:18
228:21 243:4,7
249:17,20 292:11
292:14 306:11
**videotaped** 1:16
5:5 12:5 70:11
**view** 81:14,16
116:7 132:18
148:13 149:18,23
152:11 258:15
**violation** 154:12
**violent** 6:6 228:10
**virginia** 16:24
**visit** 5:13 168:3
**vober** 5:8 109:6,17
109:24
**volume** 172:12
176:12 222:25
232:11 237:2
260:21 262:12
265:16 280:12
**voluminous** 32:4
215:1
**volunteered**
120:15
**vote** 208:23,24
**vouch** 182:10
249:3

**w**

**waited** 28:4
**waived** 310:19
**wake** 124:16
**walgreens** 91:18
91:21,24 92:3

**[walk - wow]** Page 52

walk 33:20 147:24
walked 304:6
walmart 2:16
  12:25 93:19,21,23
  93:25
want 16:4 29:15
  30:20 39:23 55:24
  69:25 90:1 97:1
  97:20 98:3 104:17
  112:5,6 128:8
  129:11 157:20
  166:12 170:3,4
  185:12,19 187:22
  197:16,23 207:14
  215:3 224:12
  234:2 247:22
  248:2 253:19
  255:21 256:24
  268:16,16 271:7
  273:12 287:23
  296:8 300:14
wanted 102:12
  108:24 119:18
  132:18 286:11
wanting 299:23
wants 110:5
ward 229:23
warning 105:1
  254:9
watch 35:23 158:1
water 228:24
wave 58:4 141:17
  141:19 151:18
  263:12
waves 140:2 174:3
  174:4 179:2 262:1
  264:1
way 15:19 24:23
  26:6 73:10 101:11
  116:18 118:18
  131:1 134:21

135:24 141:7
150:7 178:23
182:6,11 183:14
186:5 190:16,22
195:8 214:8 217:8
218:23 219:2
232:6,20 238:1
240:9 241:7 249:4
264:14 267:18
268:7 269:13
275:8 276:7
277:24 285:8
ways 83:23 84:22
  85:2,3 148:3
  169:9 181:2 191:9
  195:21 282:20
  283:11
we've 23:5 52:11
  53:1 55:23 56:22
  84:1,9 91:8
  110:13 141:7
  151:16 155:16,16
  172:4 176:22,23
  179:1,2,2 184:2
  185:6 198:4
  200:10 205:17,17
  205:25 213:16
  260:22 275:18
  292:18
wear 211:9
weather 284:14
website 119:12
weeds 207:20
week 49:3 55:23
  55:25 56:1,4,11
  82:3 140:3,7
  280:10
weekend 171:24
  172:8,14,22 173:1
  173:2

weekly 49:14
  51:11 61:17,19
  145:7
weeks 21:6,9
  82:13 172:4
welcome 159:5
  244:20
went 16:25 19:1
  36:22 43:1 67:14
  67:15 75:15 77:4
  78:18 95:21 123:5
  124:8 174:10,12
  174:13 227:8
west 16:24
westbrook 2:5
whatnot 49:23
whereabout
  107:18
whereof 309:5
wide 115:14 116:8
  116:19 195:21,22
wife 74:23 283:18
wild 303:21 305:8
willoughby 111:19
witness 2:3 12:13
  12:18 67:17,22
  69:9 70:2,5 133:2
  157:23 158:3
  159:22 189:8,11
  215:7 249:14
  292:10 306:7,10
  308:9,14,15,18
  309:5 310:8,11
  311:1,4,11 312:1,4
  312:15
witness's 186:1
  307:2
witnessed 262:10
witness' 310:14
woman 17:4

women 282:17,22
wonder 233:3,6
  236:4
wonderful 216:22
word 15:4 52:6
  120:13 141:15
  155:19 232:20
  261:6
words 78:22
  103:25 183:15
  235:22 259:21
work 34:17 38:17
  65:10 86:10,13
  99:2 100:18
  105:16 106:5,15
  106:17,20,21,22
  106:24 107:5
  108:3,22,25 126:8
  126:24 139:11,12
  154:2 207:5
  281:13 290:17
worked 34:23
  36:19,23 124:12
  142:8
worker 26:19
working 19:17,19
  26:7 33:22 34:20
  36:18 37:22 38:13
  44:21 62:22 65:18
  118:13,22 167:16
  203:13
works 34:15 66:22
  198:25
world 148:17
worse 21:13 144:4
  179:25
worst 55:21 56:7
  58:15,22
wound 239:24
wow 265:25

**[writes - z]**

**writes**  288:4
**writing**  272:19
**written**  35:12,15
  35:17 38:22 41:12
  45:12 49:18
  134:19 230:1
  245:9 252:3
**wrong**  30:25 80:24
  131:6 136:20,22
  220:5 222:14
  266:1 299:25
**wrote**  189:12
  263:25

**x**

**x**  185:22 271:1

**y**

**y**  92:13 271:1
**yeah**  30:5 31:13
  45:17 62:11 63:13
  66:15 100:22
  155:16 251:20
  281:12 303:13
**year**  18:8,16 19:8
  20:22 29:22 39:7
  40:2,21 44:18
  63:6 77:22 82:10
  82:16 85:10 87:7
  94:10 95:13,16
  96:24 117:1
  134:19 135:8,20
  137:17 169:23
  172:8,10,16
  175:10 184:16
  210:7 213:3 221:4
  227:8 236:25
  251:16,21 257:15
  272:10 273:23
  274:16 277:16
  280:12 283:13

**year's**  274:5
**years**  18:18 20:14
  21:19 29:2,14
  39:5,8 41:11
  46:25 47:25,25
  52:11 53:19
  116:25 122:22
  137:8 169:12
  170:10,16 172:3
  191:2,3 213:3
  251:13 290:2
  304:20
**yep**  120:3
**yesterday**  72:8

**z**

**z**  271:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.