1              IN THE UNITED STATES DISTRICT COURT
2                    NORTHERN DISTRICT OF OHIO
3                        EASTERN DIVISION
4
                   ~~~~~~~~~~~~~~~~~~~~~
5
6     IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804
      OPIATE LITIGATION
7                                     Case No. 17-md-2804
8                                     Judge Dan Aaron
      This document relates to:       Polster
9
      The County of Summit, Ohio, et al.
10    v. Purdue Pharma L.P., et al.
      Case No. 17-OP-45004
11
      The County of Cuyahoga v. Purdue
12    Pharma L.P., et al.
      Case No. 18-OP-45090
13
      City of Cleveland, Ohio v. Purdue
14    Pharma L.P., et al
      Case No. 18-OP-45132
15
                   ~~~~~~~~~~~~~~~~~~~~~
16
                    Videotaped deposition of
17                   CHARLES I. TWIGG, IV
18
                       January 8, 2019
19                       9:06 a.m.
20
21                      Taken at:
                Sheraton Suites - Cuyahoga Falls
22                   1989 Front Street
                    Cuyahoga Falls, Ohio
23
24
25           Renee L. Pellegrino, RPR, CLR

Page 2

```
 1  APPEARANCES:
 2  On behalf of Summit County and City of Akron:
       Motley Rice
 3    JODI WESTBROOK FLOWERS, ESQ.
       TOPE O. LEYIMU, ESQ.
 4    28 Bridgeside Boulevard
       Mt. Pleasant, South Carolina  29464
 5    (843) 216-9343
       jflowers@motleyrice.com
 6    tleyimu@motleyrice.com
 7  On behalf of Walmart, Inc.:
       Jones Day
 8    KRISTIN MORRISON, ESQ.
       North Point, 901 Lakeside Avenue
 9    Cleveland, Ohio  44114-1190
       (216) 586-3939
10    kmorrison@jonesday.com
11  On behalf of Endo Pharmaceuticals, Inc., Endo
       Health Solutions, Inc., Par Pharmaceuticals,
12  Inc. and Par Pharmaceutical Companies, Inc.:
       Baker & Hostetler
13    CAROLE S. RENDON, ESQ.
       MELISSA D. BERTKE, ESQ. (Via Telephone)
14    127 Public Square
       Suite 2000
15    Cleveland, Ohio  44114-1214
       (216) 621-0200
16    crendon@bakerlaw.com
       mbertke@bakerlaw.com
17
    On behalf of Mallinckrodt LLC and SpecGx LLC:
18    Ropes & Gray
       JOSHUA GOLDSTEIN, ESQ.
19    Prudential Tower, 800 Boylston Street
       Boston, Massachusetts  02199-3600
20    (617) 951-7000
       joshua.goldstein@ropesgray.com
21      - and -
       Ropes & Gray
22    HAYDEN A. MILLER, ESQ.
       1211 Avenue of the Americas
23    New York, New York  10036
       (212) 596-9000
24    hayden.miller@ropesgray.com
25         ~ ~ ~ ~ ~
```

Page 3

```
 1  APPEARANCES, CONT'D:
 2  On behalf of McKesson Corporation:
       Covington & Burling LLP
 3    PATRICK R. CAREY, ESQ.
       CORTLIN H. LANNIN, ESQ.
 4    One Front Street
       San Francisco, California  94111-5356
 5    (415) 591-7059
       pcarey@cov.com
 6    clannin@cov.com
 7  On behalf of Teva Pharmaceuticals:
       (Via Telephone)
 8    Morgan, Lewis & Bockius
       SAGIV Y. EDELMAN, ESQ.
 9    200 South Biscayne Boulevard
       Suite 5300
10    Miami, Florida  33131-2339
       (305) 415-3336
11    sagiv.edelman@morganlewis.com
12
       ALSO PRESENT:  Jim Torok, Videographer
13
14          ~ ~ ~ ~ ~
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1            TRANSCRIPT INDEX
 2
 3  APPEARANCES ......................................2
 4  INDEX OF EXHIBITS ..............................5
 5  INDEX OF OBJECTIONS ..........................7
 6
 7  EXAMINATION OF CHARLES I. TWIGG, IV:
 8  BY MR. CAREY ..................................13
 9  BY MR. LANNIN ................................262
10  BY MR. GOLDSTEIN .............................273
11  BY MS. MORRISON ..............................293
12
13  AFTERNOON SESSION ...........................129
14
15  REPORTER'S CERTIFICATE .......................301
16
17  EXHIBIT CUSTODY - RETAINED BY COURT REPORTER
18
19
20
21
22
23
24
25
```

Page 5

```
 1            INDEX OF EXHIBITS
 2
 3  Number        Description        Marked
 4
 5  Exhibit 1   Safety Department/Division of      36
 6              Fire Organization Chart June
               2017, Bates Numbered
               AKRON_000003559
 7
    Exhibit 2   Notice of Videotaped Deposition   58
 8
    Exhibit 3   E-Mail from David O'Neal to       102
 9              Charles Twigg dated March 4,
               2018, Bates Numbered
10              AKRON_000246625
11  Exhibit 4   E-Mail String with Attachment,   106
               Beginning Bates Number
12              AKRON_000241788
13  Exhibit 5   E-Mail from EMS General           110
14              Announcements to EMS-General-A,
               dated July 2, 2012, with
15              Attachment, Beginning Bates
               Number AKRON_000241989
16  Exhibit 6   E-Mail from Christine Curry to    116
17              thalerg@cbsnews.com, dated
               August 22, 2016, Beginning Bates
18              Number AKRON_000243690
    Exhibit 7   E-Mail from Charles Brown to      120
19              Various Recipients, dated March
               19, 2018, with Attachment,
20              Beginning Bates Number
               AKRON_000236205
21
    Exhibit 8   Spreadsheet Excerpt, Beginning   136
22              Bates Number AKRON_001121887
23  Exhibit 9   Spreadsheet Excerpt, Beginning   149
               Bates Number AKRON_001121886
24
25
```

Page 6

INDEX OF EXHIBITS, CONT'D

Exhibit 10  Spreadsheet Entitled "Akron     153
Opiate Incidents Between
7/10/2010 and 6/02/2018,"
Beginning Bates Number
AKRON_000004036

Exhibit 11  Patient Care Report, dated July  155
28, 2016, Bates Numbered
AKRON_000300387

Exhibit 12  Patient Care Report Bates      169
Numbered Akron_000300426

Exhibit 13  2017 Budget Plan, City of Akron, 187
Ohio, Beginning Bates Number
AKRON_000003228

Exhibit 14  E-Mail String Beginning Bates   207
Number AKRON_000243847

Exhibit 15  E-Mail from Chris Karakis to    216
Various Recipients, dated March
31, 2017, Beginning Bates Number
AKRON_000236587, with Attached
PowerPoint

Exhibit 16  E-Mail String, Beginning Bates  226
Number AKRON_000236377

Exhibit 17  Summit County and City of Akron, 242
Ohio Plaintiff's First Amended
Responses and Objections to
Distributor Defendants' Third
Set of Interrogatories

Exhibit 18  The City of Akron, Ohio         254
Plaintiff's Second Supplemental
Response and Objections to
Distributor Defendants'
Interrogatory No. 18 Pursuant to
the Court's November 21, 2018
Order

Page 8

INDEX OF OBJECTIONS, CONT'D

Objection ....................................119
Objection ....................................122
Objection ....................................122
Objection ....................................123
Objection ....................................123
Objection ....................................124
Objection ....................................124
Objection ....................................125
Objection ....................................126
Objection ....................................126
Objection ....................................140
Objection ....................................141
Objection ....................................144
Objection ....................................144
Objection ....................................145
Objection ....................................145
Objection ....................................147
Objection ....................................148
Objection ....................................154
Objection ....................................154
Objection ....................................155
Objection ....................................157
Objection ....................................159
Objection ....................................159
Objection ....................................165
Objection ....................................165
Objection ....................................166
Objection ....................................166
Objection ....................................167
Objection ....................................167
Objection ....................................171
Objection ....................................176
Objection ....................................176
Objection ....................................178
Objection ....................................180
Objection ....................................181
Objection ....................................184
Objection ....................................185
Objection ....................................189
Objection ....................................190
Objection ....................................191
Objection ....................................192
Objection ....................................197

Page 7

INDEX OF OBJECTIONS

Objection ....................................32
Objection ....................................43
Objection ....................................44
Objection ....................................49
Objection ....................................52
Objection ....................................54
Objection ....................................59
Objection ....................................60
Objection ....................................61
Objection ....................................61
Objection ....................................62
Objection ....................................63
Objection ....................................64
Objection ....................................66
Objection ....................................71
Objection ....................................72
Objection ....................................77
Objection ....................................79
Objection ....................................80
Objection ....................................81
Objection ....................................82
Objection ....................................83
Objection ....................................85
Objection ....................................88
Objection ....................................89
Objection ....................................89
Objection ....................................90
Objection ....................................90
Objection ....................................92
Objection ....................................94
Objection ....................................96
Objection ....................................98
Objection ....................................98
Objection ....................................99
Objection ....................................103
Objection ....................................103
Objection ....................................104
Objection ....................................105
Objection ....................................107
Objection ....................................108
Objection ....................................113
Objection ....................................114
Objection ....................................117
Objection ....................................118
Objection ....................................118

Page 9

INDEX OF OBJECTIONS, CONT'D

Objection ....................................204
Objection ....................................205
Objection ....................................206
Objection ....................................206
Objection ....................................207
Objection ....................................208
Objection ....................................211
Objection ....................................213
Objection ....................................218
Objection ....................................218
Objection ....................................219
Objection ....................................219
Objection ....................................220
Objection ....................................220
Objection ....................................221
Objection ....................................221
Objection ....................................221
Objection ....................................223
Objection ....................................223
Objection ....................................224
Objection ....................................225
Objection ....................................226
Objection ....................................227
Objection ....................................227
Objection ....................................228
Objection ....................................228
Objection ....................................229
Objection ....................................229
Objection ....................................230
Objection ....................................230
Objection ....................................231
Objection ....................................237
Objection ....................................237
Objection ....................................238
Objection ....................................238
Objection ....................................239
Objection ....................................240
Objection ....................................240
Objection ....................................240
Objection ....................................241
Objection ....................................243
Objection ....................................243
Objection ....................................244
Objection ....................................245
Objection ....................................245

Veritext Legal Solutions

www.veritext.com                                      888-391-3376

Page 10

INDEX OF OBJECTIONS, CONT'D

Objection ......................247
Objection ......................247
Objection ......................247
Objection ......................248
Objection ......................249
Objection ......................249
Objection ......................251
Objection ......................251
Objection ......................251
Objection ......................252
Objection ......................252
Objection ......................252
Objection ......................253
Objection ......................254
Objection ......................255
Objection ......................258
Objection ......................258
Objection ......................260
Objection ......................261
Objection ......................264
Objection ......................264
Objection ......................265
Objection ......................266
Objection ......................267
Objection ......................267
Objection ......................268
Objection ......................268
Objection ......................269
Objection ......................269
Objection ......................270
Objection ......................271
Objection ......................272
Objection ......................273
Objection ......................275
Objection ......................275
Objection ......................277
Objection ......................277
Objection ......................277
Objection ......................278
Objection ......................279
Objection ......................280
Objection ......................281
Objection ......................282
Objection ......................282
Objection ......................285

Page 11

INDEX OF OBJECTIONS, CONT'D

Objection ......................286
Objection ......................286
Objection ......................286
Objection ......................287
Objection ......................288
Objection ......................289
Objection ......................289
Objection ......................290
Objection ......................290
Objection ......................290
Objection ......................291
Objection ......................291
Objection ......................291
Objection ......................292
Objection ......................293
Objection ......................294
Objection ......................294
Objection ......................294
Objection ......................295
Objection ......................296
Objection ......................296
Objection ......................297
Objection ......................297
Objection ......................297
Objection ......................298
Objection ......................298

Page 12

1    THE VIDEOGRAPHER:  We're on the
2  record.  Today's date is January 8th, 2019.  The
3  time is approximately 9:06 a.m.  We are here in
4  Cuyahoga Falls, Ohio to take the videotaped
5  deposition of Charles Twigg in the National
6  Prescription Opiate Litigation, Case Number
7  17-md-2804, to be heard in the United States
8  District Court, Northern District of Ohio,
9  Eastern Division, by Judge Polster.
10       If counsel will please state their
11  appearance for the record.
12       MS. FLOWERS:  Jodi Flowers, on
13  behalf of the County of Summit, City of Akron,
14  and the witness.
15       MS. LEYIMU:  Tope Leyimu, on behalf
16  of City of Akron, Summit County and the witness.
17       MR. CAREY:  Patrick Carey of
18  Covington & Burling LLP on behalf of McKesson
19  Corporation.
20       MR. LANNIN:  Cortlin Lannin, also of
21  Covington & Burling and also on behalf of
22  Defendant McKesson Corporation.
23       MR. GOLDSTEIN:  Joshua Goldstein,
24  Ropes & Gray, on behalf of Mallinckrodt LLC and
25  SpecGX LLC.

Page 13

1    MR. MILLER:  Hayden Miller, Ropes &
2  Gray, on behalf of Mallinckrodt LLC and SpecGX,
3  LLC.
4    MS. MORRISON:  Kristin Morrison of
5  Jones Day on behalf of Walmart.
6    MS. RENDON:  Carole Rendon, Baker
7  Hostetler, on behalf of the Endo Defendants.
8    THE VIDEOGRAPHER:  Folks on the
9  phone?
10       MR. EDELMAN:  Sagiv Edelman, Morgan
11  Lewis, on behalf of Defendant Teva
12  Pharmaceuticals.
13       THE VIDEOGRAPHER:  Please swear the
14  witness.
15  CHARLES I. TWIGG, IV, of lawful age, called
16  for examination, as provided by the Federal
17  Rules of Civil Procedure, being by me first duly
18  sworn, as hereinafter certified, deposed and
19  said as follows:
20       EXAMINATION OF CHARLES I. TWIGG, IV
21  BY MR. CAREY:
22   Q.  Good morning, Chief Twigg.
23   A.  Good morning.
24   Q.  My name is Patrick Carey.  I'll be
25  taking your deposition today, and, as you just

4 (Pages 10 - 13)

Page 14

1 heard, I represent one of the defendants,
2 McKesson Corporation, in this matter.
3          Can you please state your full name
4 and current title for the record?
5     A.   My name is Charles Irvin Twigg, IV,
6 and I am currently a deputy chief on the Akron
7 Fire Department.
8     Q.   And what is your current address?
9     A.   My address is 1100 Salton,
10 S-a-l-t-o-n, Drive, Akron, Ohio 44333.
11    Q.   I just want to cover some quick
12 ground rules about depositions.
13          Have you ever been deposed before?
14    A.   No, sir.
15    Q.   Okay.  So I'll just run through some
16 of this stuff.
17          The first thing, you understand that
18 you're under oath today?
19    A.   I do understand.
20    Q.   Okay.  And you understand that that
21 means you've been sworn to tell the truth just
22 as you would in a courtroom?
23    A.   I do understand.
24    Q.   Any reason you cannot give your full
25 and complete answers today, such as medications

Page 15

1 that would affect your memory or anything like
2 that?
3     A.   There is no reason.
4     Q.   So I'm going to obviously ask you a
5 number of questions today, and please ask for a
6 clarification if you don't understand what I'm
7 asking.  If you don't ask for a clarification, I
8 will assume that you understand the question.
9 So if something doesn't make sense, please just
10 ask and I'll try to do a better job with the
11 question.
12          Does that sound good to you?
13    A.   Certainty.
14    Q.   Allow me to finish my questions
15 before answering.  The court reporter here is
16 going to be taking everything down.  It gets
17 pretty tricky if we're talking over each other.
18 I'll try to let you give your full answer before
19 I ask my next question and I would just ask that
20 you let me finish my question before you start
21 answering.
22          Does that make sense?
23    A.   Yes, sir.
24    Q.   And we can take a break whenever you
25 need one.  Just let me know.  It's not a

Page 16

1 marathon.
2          Sound good?
3     A.   Yes, sir.
4     Q.   And one final thing.  Unless your
5 counsel instructs you not to answer, you should
6 go ahead and answer the question.  She may
7 object, but as long as there's not a specific
8 instruction in there not to answer the question,
9 you should go ahead and answer the question, as
10 long as you understand it, after she finishes
11 her objection.
12          Does that make sense?
13    A.   It does.
14    Q.   Let's start with your educational
15 background.
16          Did you graduate from high school?
17    A.   I did.
18    Q.   And I'm sorry.  Did you grow up in
19 the Akron area?
20    A.   I did.
21    Q.   And what high school did you
22 graduate from?
23    A.   Springfield High School.
24    Q.   Did you go to college after high
25 school?

Page 17

1     A.   I did.
2     Q.   And where was that?
3     A.   Ohio State University.
4     Q.   And when did you graduate?
5     A.   I did not graduate.
6     Q.   What years were you at Ohio State?
7     A.   I was at Ohio State beginning in
8 '86, 1986, and until the middle of 1987.
9     Q.   Did you -- so you didn't graduate
10 from Ohio State, but did you attend any other
11 sort of secondary education after high school?
12    A.   Yes.  After my -- I attended
13 Cleveland State University as well and the
14 University of Akron.
15    Q.   Did you obtain a degree from
16 Cleveland State University?
17    A.   No.
18    Q.   And what years were you there?
19    A.   I only took one class at Cleveland
20 State in 1991.
21    Q.   Okay.  Do you remember the class?
22    A.   It was trigonometry.
23    Q.   Okay.  What about the University of
24 Akron?  Did you obtain a degree from there?
25    A.   I did.

5 (Pages 14 - 17)

Page 18

1    Q.    Okay.  And what was that in?
2    A.    In -- Associate of Technical
3  Studies.
4    Q.    What years were you at the
5  University of Akron?
6    A.    19 -- I'm sorry.  2016 and 2017.
7    Q.    Any other post-high school
8  education?
9    A.    The only other additional education
10  would be related to the field of fire fighting
11  and professional training.
12    Q.    Okay.  Let's walk through that then.
13        What training have you received for
14  fire fighting?
15    A.    I'm a graduate of the Ohio Fire
16  Executive Officer course.
17    Q.    Any other fire trainings?
18    A.    Yes.  I'm a firefighter 2 for the
19  State of Ohio.  I'm a certified fire instructor
20  through the State of Ohio.  I'm a certified fire
21  safety inspector through the State of Ohio.  And
22  then I have completed fire officer 1, 2, 3 and 4
23  as well.
24    Q.    I think you said you're a
25  firefighter 2 through the State of Ohio.  Did I

Page 19

1  get that right?
2    A.    That is correct.
3    Q.    What does that mean?
4    A.    The state, through the EMS board,
5  issues certifications for professional
6  firefighters, and there's different levels.
7  Currently you can be a firefighter 1 or a
8  firefighter 2, and I hold the firefighter 2
9  certification.
10    Q.    When did you obtain that
11  certification?
12    A.    1992.
13    Q.    Have you ever received any training
14  or education related to addiction?
15    A.    I have not received any specific
16  certifications related to addiction, but in the
17  course of my career I'm confident I've attended
18  at least some trainings that discussed
19  addiction.
20    Q.    Do you remember what any of those
21  trainings were?
22    A.    Not specifically.
23    Q.    Do you remember any of the material
24  that was covered in these trainings?
25    A.    You'd have to be more specific

Page 20

1  about --
2    Q.    Can you remember -- what do you know
3  about addiction from these trainings?
4    A.    Well, I would say that I know that
5  addiction is a disease process, just like any
6  other disease that affects the human body, that
7  has the ability to rearrange our physiology and
8  our thinking and it impacts our conduct as well
9  as our decision-making.
10    Q.    Let's switch gears here to
11  employment real quick.
12    A.    If I have thought of another
13  certification, am I supposed to just throw it
14  out there or wait till a break?
15    Q.    This is as good a time as any.
16    A.    Okay.  I forgot to mention that I
17  was a paramedic for the State of Ohio as well.
18    Q.    Okay.  And when did you receive your
19  paramedic certification?
20    A.    In 1993.
21    Q.    Okay.  So Ohio firefighter 2 was '92
22  and then paramedic certification '93.  What's
23  the -- what's the difference between those two
24  types of certifications?
25    A.    Well, it basically qualifies you for

Page 21

1  the different roles that the fire service offers
2  in current organization.  So the two big pieces
3  of that would be fire fighting and then the EMS.
4  So firefighter 2 qualifies you to respond to
5  emergencies of all types, and basically that's
6  when you get on the fire truck.  And then being
7  a paramedic and an EMT, which is two different
8  levels of paramedicine, qualifies you to respond
9  on an ambulance, med unit, and take care of
10  people during medical emergencies.
11    Q.    So you mentioned paramedic and EMT
12  are two different levels?
13    A.    That's correct.
14    Q.    Is there a higher of the two levels?
15    A.    Yes.  EMT-B stands for basic, which
16  would be the lower level, and then EMT-P stands
17  for paramedic.  The state also recognizes EMT-I,
18  which would be an intermediate step in between
19  the two, but we don't utilize that certification
20  here in Akron.
21    Q.    And are you an EMT-B or an EMT-P?
22    A.    I am currently an EMT-B.
23    Q.    So currently.  Were you ever an
24  EMT-P?
25    A.    When I originally referred to my

Page 22

1 certification in 1993, that was when I became an
2 EMT-P. I would have been certified as an EMT-B
3 sometime previous to that.
4     Q.  And then -- I'm sorry. And then it
5 lapsed to go back to EMT-B; is that right?
6     A.  I would not agree with the term
7 "lapsed." You have the option at some point in
8 our careers whether to continue as a paramedic
9 or step back to just an EMT-B, which is required
10 for the length of our careers, so at some point
11 in my career I made the decision to no longer
12 continue that certification.
13     Q.  Understood.
14        All right. So now moving on to
15 employment, when did you start with the Akron
16 Fire Department?
17     A.  I began August 10th of 1992.
18     Q.  And between high school and '92, did
19 you hold any other jobs or employment positions?
20     A.  Yes. Do you want every single one
21 or just the big ones?
22     Q.  Why don't you give me what you can
23 remember.
24     A.  All right.
25        I went to basic training in the Army

Page 23

1 for the Ohio Army National Guard in August of
2 '85, attended advanced training in the spring of
3 '86. So I was in the National Guard during that
4 time. And then I had a job at a hardware store
5 during my time in Columbus. I also painted.
6 Then I left Columbus to join the military full
7 time, spent four years in the Army, discharged
8 in June of '91. And then I had a short job with
9 State Chemical in Cleveland, an office job,
10 prior to coming on the fire department in '92.
11     Q.  Was that an honorable discharge in
12 '91?
13     A.  Yes, sir.
14     Q.  All right. So then you started with
15 Akron Fire in '92. And what title did you have
16 when you first started with Akron Fire?
17     A.  Fire medic is the starting level.
18     Q.  And that's the -- that's the title
19 you had at that time?
20     A.  Yes, sir.
21     Q.  Can you describe what that position
22 entails for me?
23     A.  In simplest terms, it's responding
24 to fire medical emergencies in the City of
25 Akron.

Page 24

1     Q.  And my understanding is that a fire
2 medic could be placed on either a fire truck or
3 some sort of fire-fighting apparatus or in an
4 ambulance; is that right? Am I right about
5 that?
6     A.  You are correct about that.
7     Q.  How does Akron Fire decide where
8 somebody -- a fire medic is going to go when
9 they hire that person?
10     A.  We have 13 stations in the city, and
11 fire administration, based on several different
12 factors, including available manpower, the
13 location in the city, chooses to assign a
14 specified number of individuals to each of those
15 stations.
16     Q.  Okay. So do each of these stations
17 have fire trucks and ambulances?
18     A.  In the city each of our fire
19 stations have a fire engine and a medical unit.
20 Four of our stations have a ladder truck as
21 well. And then some of our stations have
22 command vehicles and then some of our stations
23 have specialty apparatus, but those would not be
24 in every single station.
25     Q.  So these -- I guess these fire

Page 25

1 medics, could their -- kind of the nature of
2 their position change on a day-to-day basis?
3 Could they be on an ambulance one day and a fire
4 truck the next, or do they usually -- I'll stop
5 there and let you answer that. Could they
6 switch back and forth between the two positions?
7     A.  It is accurate that on any given day
8 anyone assigned to operations could either be on
9 a fire apparatus or a medical apparatus.
10     Q.  Okay. So you started as a fire
11 medic in '92. What was your next position after
12 that?
13     A.  In 2000 I was promoted to
14 lieutenant.
15     Q.  And what does the position of
16 lieutenant entail?
17     A.  The lieutenant is the first line
18 supervisor in the fire station. The easiest way
19 to think of it is each fire apparatus has a boss
20 and that is the lieutenant. So they have a crew
21 of varying sizes, depending on the station, that
22 respond to them or report to them, and then they
23 are in charge of the daily activities at the
24 station as well as the first line supervisor
25 during emergency calls.

7 (Pages 22 - 25)

Page 26

1     Q.   How did you obtain that position?
2 Was that an appointment?  Did you apply for it?
3     A.   The City of Akron utilizes the Civil
4 Service promotional system.  At the time there
5 was a two-part examination process consisting of
6 a written examination and an assessment center.
7 Those two scores were combined with seniority
8 and a list was established.  At that point we
9 were interviewed and fire administration made
10 their selections based on the rule of three.
11    Q.   How long were you a lieutenant?
12    A.   Approximately five years.
13    Q.   So what were you promoted to next?
14    A.   After lieutenant I was promoted to
15 captain in the 2005 time frame.
16    Q.   Can you explain what the position of
17 being a captain entails?
18    A.   So most of our captains are
19 battalion commanders, and that is the command
20 officer at the next level above lieutenant.  The
21 battalions are a grouping of stations, usually
22 three or four stations, and the captains have
23 administrative oversight for those stations as
24 well as operational control at fire incidents.
25    Q.   What was your next position after

Page 27

1 captain?
2     A.   Ten years later I was promoted to
3 district chief.
4     Q.   So in 2015 you became district
5 chief?
6     A.   That is my recollection.
7     Q.   I'm sorry.  Just backing up for one
8 quick second.  When you were promoted to
9 captain, was that the same Civil Service
10 promotional process?
11    A.   It was nearly identical, with a
12 slightly different rating of the written test
13 versus the assessment center.
14    Q.   Same question for your promotion
15 from captain to district chief.
16    A.   That was more of a unique
17 circumstance.  I'm not sure if you're aware of
18 the long-term lawsuit that was involved with the
19 promotional system here in the city.  We
20 actually had two different promotional systems
21 that took place for that.  We took a test
22 similar to the original two; however, that test
23 wasn't utilized when it was all said and done.
24 We ended up being promoted through an MOU with
25 the courts, and at the time there were enough

Page 28

1 vacancies at the district chief level to match
2 all of the current captains that were left.  So
3 everybody was promoted en masse based off of
4 their finishing order on the previous exam at
5 captain level by court order.
6     Q.   Okay.  What is a -- can you describe
7 the duties of a district chief?
8     A.   The district chief role varies based
9 on the assignment.  There's -- at that level
10 there's a pretty big split in the administrative
11 versus operational roles.  You could be assigned
12 to either one or you could move back and forth
13 over time.
14         Operationally, a district chief is
15 traditionally in charge of an entire shift, so
16 at that point you would have the shift commander
17 in charge of three battalion commanders, who are
18 in charge then of the lieutenants assigned to
19 that shift.
20         And then, administratively, we have
21 six different bureau positions that each have a
22 district chief in charge of them as a bureau
23 manager.
24    Q.   And what -- so there's six different
25 bureau positions.  So did you hold one of these

Page 29

1 bureau positions as district chief?
2     A.   I did hold a bureau position as a
3 district chief.
4     Q.   Which ones?
5     A.   I was the accounting and services
6 bureau manager.
7     Q.   Was that for the whole time you were
8 district chief?
9     A.   That gets a little -- a little gray.
10 At some point while I was still technically a
11 district chief, I was also a provisional deputy
12 chief, so at that point my responsibilities
13 changed to have a greater supervisory role over
14 some different bureaus, so while I still
15 maintained that role as the accounting and
16 services bureau manager, during that time, until
17 the deputy chief promotion was final, I was a
18 provisional, if that makes sense.
19    Q.   I think it does.
20         Did you hold any other bureau
21 district chief positions during that time
22 period?
23    A.   Yes.  At some point I was the -- I
24 was a captain filling the district chief role in
25 EMS prior to my moving to the accounting and

8 (Pages 26 - 29)

1 services bureau. Due to that extended lawsuit,
2 there were no district chiefs left, so several
3 of us at the captain rank were acting as
4 district chiefs during that time.
5     Q.   Is that the role Chief Natko has
6 now?
7     A.   That is correct.
8     Q.   Do you know about what time period
9 you were filling in as the district chief in the
10 EMS bureau?
11     A.   I was transferred to EMS in 2009 and
12 stayed there till sometime in 2011, at which
13 point I transferred over to the accounting and
14 services position.
15     Q.   And then you were in the accounting
16 and services position from -- sorry, from 2011
17 on?
18     A.   That would be accurate.
19     Q.   Okay. And that's -- that was
20 similar. You were a captain filling in the
21 district chief role; am I saying that right?
22     A.   That is a good description. There
23 was -- during that whole time frame there was a
24 lot of different strange things happening with
25 that position. There was times where you would

1 work it for three months and then another person
2 would work it due to different legal
3 considerations and grievances and such, but as a
4 general rule, I served in that position from
5 2011 until 2015.
6     Q.   And when did you become the
7 provisional deputy chief?
8     A.   Sometime in 2015, to the best of my
9 recollection.
10     Q.   And when -- what was your next --
11 you're obviously not the provisional deputy
12 chief anymore. When did you obtain the title of
13 deputy chief?
14     A.   I believe my official promotion was
15 in March or April of '16.
16     Q.   Same question for that. I guess
17 starting with the provisional chief role, how
18 did you obtain that? Was that through the same
19 Civil Service process that you described for me?
20     A.   No. Based on Civil Service rules in
21 the City of Akron, the administration has the
22 ability to utilize time and grade to
23 provisionally promote someone to the next rank,
24 so there was no competitive process for that
25 provisional promotion, if you will.

1     Q.   And what about the position of
2 district chief; is that similar?
3         MS. FLOWERS: Object to the form.
4     A.   Just backing up a little bit, you
5 described the district chief promotion as -- the
6 official promotion ended up being court ordered
7 through a memorandum of agreement, in which all
8 of the captains were promoted to district chief
9 at the same time; however, there had been a
10 competitive process that did not end up being
11 utilized.
12     Q.   Okay. I just wanted to back up for
13 a quick second.
14     Can you describe your position as
15 the -- let me see if I get this right, the
16 accounting bureau and services manager? Can you
17 describe what that position entailed?
18     A.   The accounting and services bureau
19 manager is -- has a few different roles. They
20 serve as the HR function for our organization
21 specifically, so all of the payroll issues, sick
22 time, leave, injuries, all the administrative
23 functions of IDs and change of addresses all
24 fall under that individual's purview.
25     In addition, that position has

1 traditionally supervised our fire maintenance
2 facility, which is all of our mechanics, our
3 hydrant division, as well as our storeroom.
4     In addition, that individual
5 traditionally has been in charge of grant
6 writing, budgetary issues, and any other special
7 project, which it also would involve purchasing
8 and recordkeeping. That covers the main areas,
9 I believe.
10     Q.   Who did you report to while you were
11 in that position?
12     A.   Are you referring to my position as
13 the accounting and services bureau manager?
14     Q.   Yes.
15     A.   I had two or three different bosses
16 in that time frame. If I'm recalling correctly,
17 there was a Deputy Chief Dale Evans, Deputy
18 Chief Ed Hiltbrand and Deputy Chief Robert Ross,
19 and at some point Chief Ross became the fire
20 chief and I reported to him as well at that
21 time.
22     Q.   And sorry. I just want to clarify.
23 Is that -- were all three of those people --
24 were they -- all three were your bosses during
25 that whole time period?

Page 34

1    A.    No.  I might have misspoke or been
2  confusing there.  During the time that I was in
3  that position, I had different bosses at
4  different times.  So I always had one boss, and
5  it would have either been Evans, Hiltbrand or
6  Ross, depending on the time frame.
7    Q.    Understood.
8          And during the time period you were
9  the accounting and services manager, who
10  reported to you?
11    A.    The position of finance officer is a
12  lieutenant that works with the accounting and
13  services bureau manager, then there is an
14  administrative staff of civilians that are under
15  the supervision of that position, and then there
16  is the entire staff at the fire maintenance
17  facility, which would include a supervisor, a
18  foreman, and seven or eight mechanics, as well
19  as a three-person crew in the hydrant division
20  with the foreman and then a two or three-person
21  crew in the storeroom as well with the
22  supervisor.
23    Q.    Who was the finance officer during
24  your time as the accounting services manager?
25    A.    During my time in that position, the

Page 35

1  majority of it was Lieutenant Ron Bresnick.
2  After his departure -- let me make sure I get
3  this right -- to the best of my recollection,
4  the order was John Morrison and then Mike
5  Angerstein, and at some point Dean Plevrakis
6  came in, and I can't remember exactly at what
7  point I got promoted versus him being there, but
8  those were the ones, the key players, while I
9  was there.
10    Q.    All right.  Turning to your current
11  position as deputy chief, can you describe for
12  me what that position entails?
13    A.    In general terms, the deputy chief
14  position helps, from a, you know, 30,000-foot
15  view, decide the strategic objectives and the
16  goals of the organization in conjunction with an
17  additional deputy chief and the chief.  We refer
18  to them as the senior leadership team.
19          Then, more specifically, deputy
20  chiefs are involved with investigating
21  infractions of the rules and policies and
22  recommending discipline.  And then supervising
23  the bureau managers, we have the organization
24  split roughly in two, and the deputy chief of
25  administration, which is the role that I hold,

Page 36

1  supervises the accounting and services bureau
2  manager, the EMS bureau manager, the training
3  bureau manager, and the communications bureau
4  manager.
5    Q.    This is actually probably going to
6  help me more than you, but let's take a quick
7  look at a document here.
8          -  -  -  -  -
9          (Thereupon, Twigg Deposition Exhibit
10          1, Safety Department/Division of
11          Fire Organization Chart June 2017,
12          Bates Numbered AKRON_000003559, was
13          marked for purposes of
14          identification.)
15          -  -  -  -  -
16    Q.    I'm handing to the court reporter
17  what was produced, Defendants' Exhibit 1, Bates
18  stamp Akron_000003559.
19          Do you recognize this document?
20    A.    Yes, sir.
21    Q.    This is more for me really to kind
22  of help me follow along with what you're talking
23  about.  So kind of in the middle of the page
24  here, starting with DC, which I'm assuming
25  stands for district chief, David O'Neal, on the

Page 37

1  left; do you see that?
2    A.    Yes.
3    Q.    Is that the FMF bureau?
4    A.    No.  That's the fire maintenance
5  facility.  In my previous description of my role
6  as the accounting and services manager, the fire
7  maintenance facility has traditionally reported
8  to the accounting and services bureau manager.
9          If you notice, over on -- under the
10  operations subdivision, you'll see that under
11  special operations, you also see DC David O'Neal
12  over there.
13          So what transpired after DC Kaut
14  came into the position of bureau accounting and
15  services, he has his CPA and has taken on --
16  we've kind of changed that position to be a
17  little bit more involved in the purchasing and
18  budgetary role, and, therefore, we left the fire
19  maintenance facility under the supervision of
20  Dave O'Neal, who was the previous accounting and
21  services bureau manager.  So he basically --
22  O'Neal has two different -- a foot in two
23  different camps, so to speak.
24    Q.    Let's walk through this then.  You
25  oversee the fire and maintenance facility in

Page 38

1 your current position as deputy chief?
2    A.   That is correct.
3    Q.   And you oversee the bureau of
4 accounting and services in your current position
5 as deputy chief?
6    A.   That is correct.
7    Q.   Same question for bureau of fire
8 training. You oversee that bureau in your
9 current position as deputy chief?
10    A.   I do.
11    Q.   Fire communications, you oversee
12 that? I'm sorry. Is that a bureau?
13    A.   We call it a bureau, yes.
14    Q.   You oversee the fire communications
15 bureau in your current position as deputy chief?
16    A.   I do.
17    Q.   And, lastly, bureau of EMS, you
18 oversee the bureau of EMS as -- in your current
19 position as deputy chief?
20    A.   I do.
21    Q.   Let's talk about fire
22 communications.
23      Who do you -- with whom do you
24 communicate the most at fire communications?
25    A.   The current bureau manager at fire

Page 39

1 communications is District Chief Leon Henderson.
2    Q.   Are there other -- are there other
3 people in the fire and communications bureau?
4    A.   Our operations subdivision is split
5 up with three shifts, an A, a B and a C shift,
6 and those correspond to the 24-hour/48-hour
7 shift system that we have here in the City of
8 Akron. In simple terms, you work 24 and then
9 you're off 48. So A works, then they're off for
10 the B and C, and they come back on the A. So
11 each of those shifts have a full-time lieutenant
12 that is assigned to dispatch to the
13 communications bureau. So they report directly
14 to Chief Henderson, who reports to me.
15      We also have individuals that are
16 assigned to the safety information systems
17 section, which is like a small IT section
18 specific to the fire department, so we have two
19 uniformed individuals assigned to that as well.
20 So those would be the individuals assigned to
21 the communications bureau currently.
22    Q.   What are the responsibilities of the
23 fire communications bureau?
24    A.   Well, fire communications' largest
25 role is about dispatch, our fire alarm

Page 40

1 headquarters, and that's our dispatch center.
2 It's co-supervised with the police department as
3 well. So we have a presence in the dispatch
4 center, which is Chief Henderson and the three
5 dispatch lieutenants, and they are responsible
6 for ensuring that 911 calls are answered and
7 dispatched appropriately.
8      In addition, there is the small IT
9 role I was describing, where we have individuals
10 that help us with computer problems or e-mail,
11 setting up, you know, the hardware, even phone
12 systems, that type of stuff.
13    Q.   So if somebody places a 911 call in
14 the city of Akron, does it go to the dispatch
15 center that you just described?
16    A.   In normal circumstances, when you
17 pick up the phone in the city of Akron and call
18 911, the phone rings down at fire alarm
19 headquarters.
20    Q.   I'm sorry. Is the fire alarm
21 headquarters the same as the dispatch center you
22 were just describing?
23    A.   It would be synonymous, yes.
24    Q.   I think we'll probably come back to
25 that to talk some more about that later, but

Page 41

1 let's go through some of the other bureaus real
2 quickly then.
3      Bureau of fire training, can you
4 describe the responsibilities of that bureau?
5    A.   Most fire departments of our size
6 have a dedicated staff that is responsible for
7 keeping up with the required training throughout
8 the entire fire department. The City of Akron
9 has a charter through the State of Ohio and we
10 are certified and qualified to administer
11 classes. We can have our own cadet academy,
12 which we do. If you recall me describing that
13 I'm a fire -- I'm sorry, a firefighter 2, in
14 order to be able to obtain that certification,
15 you have to attend a chartered institution in
16 the state of Ohio.
17      Originally, when I came on, our
18 academy worked under the charter of Akron U. We
19 currently now had applied for and have our own
20 charter. So we do our own academy, which means
21 we hire civilians, send them through our
22 training academy, and, at the end, if they pass
23 the test, they'll be a firefighter 2 as well.
24      And then we have the ability to give
25 the classes I described earlier, fire

11 (Pages 38 - 41)

1 instructor, fire inspector.  Those are all
2 state-certified classes that have to come
3 through a chartered institution.
4       And then we give additional classes
5 for officer development, fire officer 1 and 2
6 and 3 and 4.  We also can give the incident
7 safety officer and health and safety officer
8 class.
9       We also are responsible, or the fire
10 training academy is responsible for operational
11 training and continuing education just on an
12 ongoing basis for our individuals out in the
13 field.  We'll maintain best practices across the
14 nation about firefighting, ventilation, rescue,
15 extrication.  All of the individual skill sets
16 that you need to be a successful fire
17 organization are constantly changing, being
18 updated.  It's our fire training bureau's
19 responsibility to get that training out to the
20 entire organization.
21       They are also responsible for
22 maintaining an apprenticeship program for our
23 new recruits, which takes three years.  Again,
24 that's over -- that's supervised by the state as
25 well.

1       And then we also have a veteran's
2 program that is certified to make sure that all
3 of our current veterans can get GI bill benefits
4 while they're, you know, participating in our
5 apprenticeship program.
6   Q.   So let me just -- setting aside the
7 civilians that are coming into the training
8 program to become firefighters, does the bureau
9 of fire training do any training for the general
10 population of Akron?
11       MS. FLOWERS:  Object to the form.
12       THE WITNESS:  I'm sorry?
13   Q.   You can answer.
14   A.   Okay.  I didn't hear what she said.
15       MS. FLOWERS:  Sorry.  I was just
16 putting an objection on the record.
17       THE WITNESS:  Thank you.
18       There are -- could you ask your
19 question again, please?
20   Q.   Sure.
21       So obviously there are civilians
22 that are coming into the fire training program
23 to become firefighters, but does the bureau of
24 fire training do trainings for the general
25 population?

1       MS. FLOWERS:  Same objection.
2   A.   So there are some -- most directly,
3 the answer is yes.  There are times where our
4 training bureau will provide training to the
5 general populous.  There's a lot of overlap in
6 that particular area, though.  We have a
7 community services bureau through fire
8 prevention that does some of that same style
9 training.  We have an EMS section under Chief
10 Natko that's co-located with our training bureau
11 that also does civilian instruction at times.
12   Q.   Can you name any of these trainings
13 that Akron Fire has put on for the general
14 population?
15   A.   One of our more active community
16 outreach trainings would be CPR training.
17 Hands-only CPR is a really big trend right now.
18 We do -- occasionally we'll have civilians at
19 the training academy to get orientations and
20 familiarization training, you know, like a
21 citizen type academy.  We've done those in the
22 past.
23       We have an Explorer's Post, that we
24 train high schoolers in fire-related subjects.
25       And there's been times where we've

1 opened up awareness training for civilians at
2 our academy.  For example, I believe we held a
3 DAWN training about Narcan kits before at our
4 academy.
5       So there's various different times
6 that various different subjects come up and
7 we'll utilize that staff to reach out to the
8 public for some training.
9   Q.   The DAWN training you just
10 mentioned, is that deaths avoided with naloxone?
11 Did I get that right?
12   A.   Could you say it again, please?
13   Q.   Deaths avoided with naloxone, is
14 that what DAWN stands for?
15   A.   I believe that's what the name
16 stands for.
17   Q.   In your current position as deputy
18 chief, who do you report to?
19   A.   I report to Fire Chief Clarence
20 Tucker.
21   Q.   Do you report to the mayor as well?
22   A.   I do not report directly to the
23 mayor, but my chain of command would go from
24 Fire Chief Tucker up.
25   Q.   What about the deputy mayor of

Page 46

1 public safety, do you report to him?
2     A.   He's in my chain of command as well.
3     Q.   But your direct report is Clarence
4 Tucker?
5     A.   Yes, sir.
6     Q.   Can you describe your interactions
7 with Chief Tucker for me?  Do you have regular
8 meetings?
9     A.   Our offices are within 10, 15 feet
10 of each other.  We interact several times every
11 day.  We have official meetings for the entire
12 staff on Tuesdays.  And then it's very common
13 for my counterpart, Rick Vober, and I, to have
14 an unofficial daily or every other day sit-down
15 just to kind of review what's going on in
16 general terms.  And then, of course, on a daily
17 basis I will let Chief Tucker know about
18 something I think rises to the importance of
19 letting him know and he would do the same for
20 me.
21     Q.   These entire staff meetings on
22 Tuesday that you just mentioned, what do you
23 mean by entire staff?
24     A.   Yeah.  That was probably a bad
25 description.  We have a chiefs meeting on

Page 47

1 Tuesday.  We just call it our staff meeting, but
2 it is our uniformed staff.  So each of the
3 bureau managers, plus our safety officer, would
4 meet, and we meet and each bureau will give a
5 summary of current events and short-term plans,
6 you know, in the near future.  And then if the
7 bureau manager is unavailable, we try and have
8 them have a proxy in their place.
9     Q.   And you said these take place every
10 Tuesday?
11     A.   They're scheduled for every Tuesday.
12 Sometimes things come up and we'll cancel them,
13 but as a general rule, we have a staff meeting
14 each Tuesday.
15     Q.   Is there somebody in charge of
16 taking notes at these meetings?
17     A.   At times we have someone that takes
18 notes; not a hundred percent.
19     Q.   Are -- those notes, when they are
20 taken, who's in charge of that?
21     A.   Traditionally, the chief's
22 secretary, or administrative assistant is the
23 proper term.
24     Q.   And are those notes shared with
25 anyone?

Page 48

1     A.   Most times the notes are committed
2 to Word and then shared with the group.
3     Q.   In your position as district chief,
4 are you responsible for creating any reports?
5     A.   Can I clarify?  You said as a
6 district chief.  I didn't know if you mean now
7 or in my previous role.
8     Q.   I'm sorry.  I meant as a deputy
9 chief, so I'll rephrase that.  As deputy chief,
10 are you responsible for creating any reports?
11     A.   Could you describe what you mean by
12 creating?  I'm not sure exactly what you are
13 looking for.
14     Q.   Sure.
15          Do you collect numbers or statistics
16 on anything going on at Akron Fire Department to
17 share with anyone?
18     A.   My particular position, to say that
19 I create reports would probably be a -- not an
20 accurate description.  Most times that I can
21 think of, I would reach out to one of the bureau
22 managers to develop some sort of report, so I
23 would say that I am much more likely to ask for
24 a report to be created than to create one myself
25 at this point.

Page 49

1     Q.   Are there any reports that you ask
2 to be created on a regular basis?
3     A.   Not specifically.
4     Q.   Does Chief Tucker require any
5 regular reports from anyone?
6          MS. FLOWERS:  Object to the form.
7     A.   Off the top of my head, I cannot
8 think of a specific report that he requires of
9 any individual on a regular basis.
10     Q.   So he's not your direct report, but
11 Deputy Mayor Charles Brown, can you describe
12 your interactions with him?
13     A.   Well, he is our public safety --
14 he's deputy mayor of public safety, so in
15 layman's terms, he is the boss of the police
16 chief and the fire chief.  So on somewhat
17 regular occurrences we will attend meetings
18 together.  He'll attend the Tuesday meeting on a
19 somewhat regular basis if his schedule allows.
20 He will oftentimes reach out to us to get
21 additional information as he prepares for a
22 meeting, like, let's say, with cabinet.  He'll
23 reach out to us for details about specific
24 purchases or projects that we might be involved
25 in that he feels he's likely to be asked

13 (Pages 46 - 49)

Page 50

1 questions about, and then we also inform him of
2 any large, important issues that we feel need
3 his immediate knowledge, that, you know, he
4 might decide whether or not to let the mayor
5 know about what's going on.
6    Q.   Do you have any interactions with
7 the mayor?
8    A.   Yes.
9    Q.   Can you describe those interactions?
10    A.   There's really no easy way to
11 describe how and when we end up interacting with
12 the mayor.  We will attend public events at the
13 same time and the same place on a regular basis.
14 There's times where we'll be in the same
15 official meeting in some capacity.  There's
16 times where, if Fire Chief Tucker is out of
17 town, one of the deputies will attend a meeting
18 in his place.  So there's no specific organized
19 rhyme or reason to our interaction with the
20 mayor.
21    Q.   Okay.  Other than these Tuesday
22 meetings with the bureau chiefs, can you
23 describe in general terms your interactions with
24 the various bureau chiefs?
25    A.   Well, I see my role as helping

Page 51

1 direct the course, the overarching goals of each
2 bureau.  I try and empower each of the bureau
3 managers to manage their positions and their
4 bureaus in their style and with their own
5 authority.  I take on the role of facilitating
6 and empowering and organizing and trying to get
7 the approvals for many of the projects that
8 they're engaging in.  I try and use my
9 experience and knowledge to help give those
10 bureau managers perspectives that they maybe
11 hadn't considered, and I try and give them the
12 tools to do their jobs and get out of their way
13 as much as I can.
14    Q.   You mentioned that sometimes you ask
15 for reports from your bureau managers.  Do any
16 of these reports relate to opioids?
17    A.   I'm sure there's -- I can't think of
18 a -- one specific time where I asked for one
19 specific report related to opioids, but I am
20 positive that -- over the last few years that
21 there has been times where I've asked for
22 specific details to be looked up and reported
23 back to me or to others.
24    Q.   Do you remember what any of those
25 details would be?

Page 52

1    MS. FLOWERS:  Object to the form.
2    A.   In general terms, I would feel
3 confident saying that we -- I have asked for
4 specifics on the number of overdose calls we've
5 been on.  I know I've asked at some point or
6 another for information regarding our use of
7 Narcan.  I know I've asked for information about
8 the number of EMS calls in general that we're
9 going on.  I know I've asked for information
10 regarding which areas in the city are having the
11 most calls.  Those would be examples of the type
12 of reports I would ask for.
13    Q.   Okay.  So in your current position
14 as deputy chief, do you have any
15 responsibilities for speaking to the media on
16 behalf of Akron Fire Department?
17    A.   I do not have in my current job
18 description a specific responsibility that says
19 will speak for the fire department; however, in
20 the course of regular duties, there are
21 occasions where I end up having interaction with
22 the media, depending on the circumstances.
23    Q.   Do you remember any statements
24 you've made to the media regarding drugs or
25 opioids?

Page 53

1    A.   Yes.
2    Q.   Can you describe those?  Let's start
3 with this.  How many times have you spoken to
4 the media regarding drugs or opioids?
5    A.   The media?  Well, I can think of one
6 in particular, and I think there's been at least
7 one or two other times where I may have --
8 sometimes you -- you're speaking on a subject
9 and you don't realize necessarily that media is
10 there in the crowd, but I can think of at least
11 one press conference which I participated in.
12    Q.   When was that press conference?
13    A.   There was a press conference -- I
14 would have to guess on a date.  I believe it was
15 July 7th of '16, right about there.
16    Q.   What were you speaking to the media
17 about?
18    A.   Well, we had had a really bad run of
19 overdoses on or about July 4th or 5th.  It was
20 very alarming and the news media had quite a few
21 questions about what was going on.
22    Q.   What types of overdoses were these?
23    A.   At the time we didn't know what was
24 going on.
25    Q.   Did you find out what was going on?

14 (Pages 50 - 53)

1     A.   At some point afterwards it became
2 known that there were opioid overdoses of some
3 sort and there was, I think -- finally there was
4 some testing done that recognized carfentanil
5 had somehow come into some people's systems
6 around that specific time frame.
7     Q.   All right.  I think you mentioned
8 that -- I think you phrased this as sometimes
9 you're speaking and you don't realize that
10 there's media there, but that's happened before.
11 In other words, I guess you were saying you've
12 spoken to the media kind of by accident; is that
13 right?
14          MS. FLOWERS:  Object to the form.
15     A.   Yeah.  I think that's a fair
16 description.  I'm thinking of a specific -- the
17 reason I said that is there was a time I gave a
18 briefing to the school board and some of our
19 council folks, and I think there was a reporter
20 there that I didn't realize at the time.  Not
21 that it mattered, but I think I ended up getting
22 quoted in the paper about that particular
23 meeting.
24     Q.   Do you remember what the quote was?
25     A.   I don't recall what the quote was.

1     Q.   Do you remember what it was in
2 regards to?
3     A.   My recollection at that particular
4 briefing, I think I went because District Chief
5 Natko was not available.  He has really been the
6 person that speaks to public groups the most on
7 this particular subject, but my recollection is
8 that the school board and the council members
9 that were attending were just wanting an update
10 of where things stood with the opioid epidemic
11 and its impact on the fire department, so I
12 spoke briefly on that.
13     Q.   Do you remember when this was?
14     A.   I recall this to be sometime in
15 2017.
16     Q.   Have you ever made any public
17 speeches or presentations relating to drugs or
18 opioids?
19     A.   I don't recall anything that would
20 fall under that description, no, other than what
21 I've already described.
22     Q.   In your career at Akron Fire have
23 you received any special commendations or
24 awards?
25     A.   I can't recall a specific award.

1 I've -- I think I have a small handful of nice
2 attaboy letters in my file.
3     Q.   What about discipline?  In your
4 career at Akron Fire have you ever faced
5 discipline?
6     A.   Yes, at least, I think, twice I can
7 think of.  I received a four-hour suspension for
8 a fender-bender in an ambulance as I was backing
9 into station 9, which was my fault.  And another
10 time I was -- didn't hear the alarm go off and I
11 received a written reprimand for it.
12     Q.   Have you ever received any
13 reprimands or criticisms short of formal
14 discipline, like the two you just described?
15     A.   You'd have to be more specific.
16     Q.   You know, strike that.  We'll move
17 on.  That's fine.
18          Prior testimony, have you ever --
19 you have not been deposed before, correct?
20     A.   No, sir.
21     Q.   Have you ever testified at a trial?
22     A.   No, sir.
23     Q.   Have you ever testified at any sort
24 of administrative proceeding?
25     A.   Could you help me understand what

1 administrative proceeding means?
2     Q.   Sure.  So something short of a
3 formal court matter, such as a disciplinary
4 hearing, something like that.
5     A.   Yeah.  We -- we, being myself and
6 Deputy Chief Vober, provide disciplinary
7 hearings.  We also participate in hearings,
8 meetings with individuals in the law department
9 and/or labor relations.  So that would be
10 something along those lines, I guess.
11     Q.   What about testimony before
12 government executives or policy makers?  So
13 setting aside the council meeting, have you ever
14 testified to a government executive or policy
15 maker?
16     A.   I'd have to understand what you mean
17 by testify.  I mean, have I raised my hand and
18 had my comments recorded?  Is that what you
19 mean?
20     Q.   Sure.  Let's start with that.
21     A.   No.
22          - - - - -
23          (Thereupon, Twigg Deposition Exhibit
24          2, Notice of Videotaped Deposition,
25          was marked for purposes of

15 (Pages 54 - 57)

1     identification.)
2          - - - - -
3     Q.   Chief Twigg, the court reporter is
4  handing you Defendants' Exhibit 2.  Do you
5  recognize this document?
6     A.   Yes.
7     Q.   What is it?
8     A.   It's the notice of videotaped
9  deposition of Charles Twigg.
10    Q.   This is really just a house cleaning
11 issue, so just needed to get that entered.
12         MR. CAREY:  We've been going about
13 an hour.  Do you want to take a break?
14         THE WITNESS:  Sure.
15         THE VIDEOGRAPHER:  Going off the
16 record, 10:12.
17         (Recess had.)
18         THE VIDEOGRAPHER:  Back on the
19 record, 10:29.
20 BY MR. CAREY:
21    Q.   All right, Chief Twigg.  Right
22 before the break there, we looked at the
23 deposition notice.  What have you done to
24 prepare for today's deposition?
25    A.   There's been no specific preparation

1  on my part.
2     Q.   Did you meet with anyone?
3     A.   I've met with counsel.
4     Q.   How many times?
5     A.   I believe I've met with them three
6  times.
7     Q.   Starting with the first meeting, do
8  you remember how long that meeting was?
9     A.   I do not recall.
10    Q.   Full day meeting?
11    A.   No.  It would be less than that.
12    Q.   Somewhere between half a day and a
13 full day?
14         MS. FLOWERS:  Object to the form.
15    A.   I don't believe any of my meetings
16 with counsel went more than a half a day.
17    Q.   Did you review any documents at
18 these meetings?
19    A.   Not that I recall.
20    Q.   Did you do anything else in
21 preparation for today's deposition?
22    A.   No, sir.
23    Q.   You didn't talk to anyone other than
24 your attorneys?
25         MS. FLOWERS:  Object to the form.

1     A.   No, sir.
2     Q.   Did you do any Google or internet
3  research to prepare for the deposition?
4     A.   No, sir.
5     Q.   Did you talk to Chief Natko about
6  his deposition?
7     A.   No, sir.
8     Q.   What is your understanding of this
9  lawsuit?
10    A.   In general terms, I believe the
11 lawsuit is a group of agencies, local
12 governments, are seeking damages against the
13 manufacturers and distributors and pharmacies
14 involved with the opioid crisis in an attempt to
15 recoup the financial impact of the opioid crisis
16 for the responding agencies.
17    Q.   Have you read the complaint in this
18 matter?
19    A.   Not in its entirety, no.
20    Q.   Do you remember what portions of the
21 complaint you read?
22    A.   I do not.
23    Q.   Have you read any other documents
24 related to this case?
25    A.   I've been provided with

1  interrogatories and I've read those.
2     Q.   Do you remember -- interrogatories
3  generally are served in sets.  Do you remember
4  what set of interrogatories you reviewed?
5     A.   There's been several.  I would have
6  a hard time distinguishing amongst them.
7     Q.   Have you spoken to anyone about the
8  case other than the city's attorneys?
9          MS. FLOWERS:  Object to the form.
10    A.   No, sir.
11    Q.   Have you spoken to anyone within the
12 fire department about the case?
13    A.   I guess to say that people know I
14 have a deposition today, people know that
15 there's a case going on.  I've had -- the
16 subject has come up.  So I guess I'm not sure
17 what you're asking about have I spoke to them
18 about the case.  But clearly as a supervisor
19 over EMS, the subject of this case has come up.
20    Q.   Do you remember any specific
21 conversations about this case?
22         MS. FLOWERS:  Object to the form.
23    A.   In my description of the subject has
24 come up, I guess I'm referring specifically to
25 the discovery process that was required of us.

16 (Pages 58 - 61)

Page 62

1 There's been a decent amount of conversation
2 about which records, where they are, how to
3 produce them, that type of stuff.
4      Q.   Any more detail that you remember
5 about those conversations?
6          MS. FLOWERS:  Object to the form.
7      A.   No.  That's -- that would be the
8 extent of my recollection of what we've spent
9 any decent amount of time talking about is just
10 the logistics of our participation.
11     Q.   I'm going to go through a list of
12 names of companies and ask three questions about
13 each one of them.  And just to kind of preview,
14 it's a decent size list, and the questions are
15 going to be, one, have you heard of them; two,
16 what do you know about the company; and, three,
17 if you have any -- if you or if you have
18 knowledge of anyone in the fire division ever
19 contacting one of these companies about opioids.
20 So that's kind of a preview of it for you.
21 That's not an actual question yet.
22         So I'll get to this.  Have you ever
23 heard of Discount Drug Mart?
24     A.   Yes.
25     Q.   What do you know about Discount Drug

Page 63

1 Mart?
2      A.   I basically know them as a retail
3 operation.
4      Q.   And how are you familiar with
5 Discount Drug Mart?
6      A.   As a general citizen of the public,
7 just knowing that Discount Drug Mart exists.
8      Q.   Have you ever contacted Discount
9 Drug Mart regarding opioids?
10     A.   No, sir.
11         MS. FLOWERS:  Object to the form.
12     Q.   To your knowledge, has anyone in the
13 Akron Fire division ever contacted Discount Drug
14 Mart regarding opioids?
15     A.   No, sir.
16     Q.   Have you ever heard of Cardinal
17 Health?
18     A.   The name sounds familiar, yes.
19     Q.   What do you know about Cardinal
20 Health?
21     A.   I believe them to be a company in
22 the healthcare industry.  The specifics of what
23 they do I'm not aware of.
24     Q.   Have you ever contacted Cardinal
25 Health related to opioids?

Page 64

1      A.   No, sir.
2      Q.   To your knowledge, has anyone in the
3 fire division ever contacted Cardinal Health
4 related to opioids?
5          MS. FLOWERS:  Object to the form.
6      A.   No, sir.
7      Q.   Have you ever heard of
8 AmerisourceBergen Drug Corp?
9      A.   I have.
10     Q.   Same question.  What do you know
11 about AmerisourceBergen?
12     A.   I'm not positive, but I think they
13 might be a distributor of pharmaceuticals, and
14 that would be the extent of my knowledge, if I'm
15 even correct.
16     Q.   Have you or, to your knowledge,
17 anyone in the Akron Fire division ever had any
18 contact with anyone at AmerisourceBergen related
19 to opioids?
20     A.   No, sir.
21     Q.   Have you ever heard of H.D. Smith?
22     A.   Again, it sounds familiar.
23     Q.   Any knowledge of H.D. Smith other
24 than it sounding familiar?
25     A.   No, sir.

Page 65

1      Q.   Have you or, to your knowledge,
2 anyone in the Akron fire division ever contacted
3 H.D. Smith related to opioids?
4      A.   No, sir.
5      Q.   Ever heard of Anda?
6      A.   I believe so.
7      Q.   What do you know about this company?
8      A.   Nothing in specific.
9      Q.   Have you or, to your knowledge,
10 anyone in the Akron fire division ever contacted
11 Anda about opioids?
12     A.   No, sir.
13     Q.   Have you ever heard of Purdue?
14     A.   I have.
15     Q.   What do you know about that company?
16     A.   I'm relatively confident they are a
17 manufacturer of prescription medication.
18     Q.   Have you or, to your knowledge,
19 anyone in the Akron fire division ever contacted
20 Purdue related to opioids?
21     A.   No, sir.
22     Q.   Have you ever heard of Actavis?
23     A.   I believe so.
24     Q.   And what do you know about that
25 company?

17 (Pages 62 - 65)

Page 66

1    A.    No specific knowledge about their
2 organization.
3    Q.    Have you or, to your knowledge,
4 anyone in the Akron fire division ever contacted
5 Actavis in relation to opioids?
6    A.    No, sir.
7    Q.    Have you ever heard of Cephalon?
8    A.    I believe so.
9    Q.    What do you know about that company?
10    A.    Again, nothing specific.
11    Q.    The name just sounds familiar?
12        MS. FLOWERS:  Object to form.
13    A.    It does.
14    Q.    Have you or, to your knowledge,
15 anyone in the Akron fire division ever contacted
16 Cephalon in relation to opioids?
17    A.    No, sir.
18    Q.    Ever heard of Walgreens?
19    A.    Yes, sir.
20    Q.    What do you know about Walgreens?
21    A.    In relation to this case or just in
22 general?
23    Q.    In relation to this case.
24    A.    I know they're a pharmacy.  I'm not
25 positive where -- what they do beyond their

Page 67

1 pharmacy role.  I don't know if they're a
2 distributor or a manufacturer, but I do know
3 they're a pharmacy, and I have not contacted
4 them.
5    Q.    Okay.  Ever heard of Janssen
6 Pharmaceuticals?
7    A.    I have.
8    Q.    What do you know about that company?
9    A.    Again, nothing specific.  I just
10 recall the name.
11    Q.    Have you or, to your knowledge,
12 anyone in the Akron fire division ever contacted
13 Janssen in relation to opioids?
14    A.    No, sir.
15    Q.    Have you ever heard of Endo?
16    A.    I believe.
17    Q.    What do you know about that company?
18    A.    Nothing in particular on that one.
19    Q.    Have you or, to your knowledge,
20 anyone in the Akron fire division ever contacted
21 Endo in relation to opioids?
22    A.    No, sir.
23    Q.    Ever heard of Insys Therapeutics?
24    A.    I believe I have.
25    Q.    What do you know about that company?

Page 68

1    A.    No specific details.
2    Q.    Have you or, to your knowledge,
3 anyone in the Akron fire division ever contacted
4 anyone at Insys in relation to opioids?
5    A.    No, sir.
6    Q.    Have you ever heard of Mallinckrodt?
7    A.    I have.
8    Q.    What do you know about that company?
9    A.    They, I believe, are a distributor
10 of medications, and I know of them based on an
11 initiative that they started with some of our
12 local pharmacies to hand out drug disposal bags.
13 They're a little pouch that has, as I recall,
14 activated charcoal in it, where you throw some
15 pills in there and put some water in and shake
16 it up.  And that was an initiative with, I
17 recall, the Acme local grocery chain.  And it
18 has a pharmacy.  And I think Mallinckrodt came
19 in, worked with them and the Summit County
20 Public Health Department, to distribute those
21 bags through the EMS system.
22    Q.    Do you remember when that started?
23    A.    I don't, but as I think about it, if
24 I were to make an educated guess, I would
25 believe it would be sometime in 2017, maybe

Page 69

1 early '17.
2    Q.    Have you ever heard of Prescription
3 Supply, Inc.?
4    A.    It vaguely sounds familiar.
5    Q.    Do you know anything about that
6 company other than it sounding familiar?
7    A.    No, sir.
8    Q.    Have you or, to your knowledge,
9 anyone in the Akron fire division ever contacted
10 Prescription Supply, Inc. in relation to
11 opioids?
12    A.    No, sir.
13    Q.    Have you ever heard of McKesson?
14    A.    I have.
15    Q.    What do you know about McKesson?
16    A.    I just know the name from, I
17 believe, advertisements.
18    Q.    Have you or, to your knowledge,
19 anyone from the Akron fire division ever
20 contacted McKesson in relation to opioids?
21    A.    No, sir.
22    Q.    Have you ever heard of CVS?
23    A.    Yes, sir.
24    Q.    What do you know about CVS?
25    A.    I don't know how large they are, but

18 (Pages 66 - 69)

Page 70

1 I -- they have quite a few pharmacies in town,
2 and they just made the news for buying Ritzmans
3 and plan on shutting a bunch of those down.  So
4 that's kind of a new thing.  It was in the news
5 here recently.
6     Q.    Have you or, to your knowledge,
7 anyone in the Akron fire division ever contacted
8 CVS in relation to opioids?
9     A.    I can't guarantee that somebody
10 hasn't contacted them as a customer, but in
11 regards to representing fire administration or
12 anything to do with the opioid crisis, the
13 answer would be no.
14     Q.    Have you ever heard of HBC Services
15 Company?
16     A.    I think so.
17     Q.    What do you know about HBC Services
18 Company?
19     A.    Nothing in particular.  The name
20 sounded familiar.
21     Q.    Have you or, to your knowledge,
22 anyone in the Akron fire division ever contacted
23 HBC Services Company in relation to opioids?
24     A.    No, sir.
25     Q.    Have you ever heard of Rite-Aid?

Page 71

1     A.    Yes, sir.
2     Q.    What do you know about Rite-Aid?
3     A.    Only that they're a pharmacy that
4 has lots of stores.
5     Q.    Have you or, to your knowledge,
6 anyone in the Akron fire division ever contacted
7 Rite-Aid in relation to opioids?
8     A.    No, sir, again, other than whatever
9 they might have done as a private customer.
10     Q.    When you say that, you mean there
11 might be somebody from the fire department who
12 was filling an opioid prescription?
13         MS. FLOWERS:  Object to the form.
14     A.    Yes.  You asked if they've ever
15 contacted in relation to opioids, so my thinking
16 was that I can't guarantee you that a
17 firefighter or a medic hasn't called to get a
18 prescription filled that might have been an
19 opioid, so I was trying to answer as honestly as
20 I could.
21     Q.    Understood.
22         When you were at the accounting and
23 services bureau, you were involved in HR issues;
24 is that right?
25     A.    That would be correct.

Page 72

1     Q.    Would you have known -- I'm sorry.
2 Were you involved in healthcare issues during
3 that --
4     A.    Well, could you elaborate?
5     Q.    Were you involved in helping pick an
6 insurance provider for the fire division?
7     A.    No.  That would have been -- no, I
8 have not.
9     Q.    Would you have been involved for any
10 reason with anyone in the fire division filling
11 prescriptions in general for anything?
12         MS. FLOWERS:  Object to the form.
13     A.    I don't believe so, no.
14     Q.    Okay.  One more on the long list.
15         Have you ever heard of Walmart?
16     A.    I have.
17     Q.    What do you know about Walmart?
18     A.    They're a large retailer and they
19 have pharmacies, and they're related to Sam's
20 Club, a super gigantic corporation.  Other than
21 that, just the standard retail stuff.
22     Q.    Have you or anyone from the Akron --
23 to your knowledge, has anyone from the Akron
24 fire division contacted Walmart in relation to
25 opioids?

Page 73

1     A.    No, sir.
2     Q.    Chief Twigg, you use e-mail,
3 correct?
4     A.    I do.
5     Q.    And you have a work e-mail account?
6     A.    I do.
7     Q.    What is that e-mail address?
8     A.    My e-mail address at work is
9 Ctwigg@arkonohio.gov.
10     Q.    During your time at Akron Fire --
11 sorry.  Strike that.
12         Have you had the same e-mail address
13 the whole time you've been at Akron Fire?
14     A.    No.  The beginning of it has been
15 the whole time, the Ctwigg.  We used to have it
16 -- it might be a struggle to say it out loud --
17 ci.akron.oh type e-mail address, and then we
18 changed to Akronohio.gov at some point, but my
19 understanding is everything that went to the
20 previous e-mail address was automatically
21 redirected to the new e-mail address.
22     Q.    You guessed what my next question
23 was going to be.
24         Do you delete e-mails?
25     A.    I personally am required to delete

19 (Pages 70 - 73)

Page 74

1 e-mails out of my -- my particular account when
2 a mailbox gets to a certain size, but it is my
3 understanding that there is no true deleting of
4 e-mails through the City of Akron.  It's just no
5 longer in our specific account.
6     Q.   So are any of your e-mails from your
7 inbox auto deleted?
8     A.   No.
9     Q.   Whenever -- so you said that you're
10 required to delete e-mails when your inbox, I
11 guess, gets to a certain size.  Walk me through
12 that.  Do you get an alert and then go and start
13 deleting e-mails?
14     A.   Again, I would caution against the
15 term "delete," so the way it transpires is we
16 have a two gigabyte max on our inbox or on our
17 mail account, so sent mail, inbox, saved mail,
18 and your deleted folder all work against that
19 two gigabyte size.  So we do get alerts saying,
20 you know, you're down to 1. -- you know, you get
21 1.9 -- you're at .02 left, or something along
22 these lines.  And then you need to start
23 deleting from your specific account e-mails to
24 get that size smaller.  However, we have an
25 archive through the city, so again, although you

Page 75

1 are deleting it from your individual accounts,
2 it doesn't go away per se, it's just on a
3 different server, is my understanding.
4     Q.   Do you have a personal e-mail
5 address?
6     A.   I do.
7     Q.   Do you use that e-mail for work?
8     A.   I do not.
9     Q.   What's your -- if you're attending a
10 meeting, what's your general practice?  Do you
11 take notes at meetings?
12     A.   Not usually.
13     Q.   If you do take notes, do you keep
14 them somewhere?
15     A.   No, I do not.
16     Q.   Do you text or otherwise instant
17 message at all for work?
18     A.   No, not -- not of anything of
19 substance.  I would text somebody, hey, give me
20 a call, or hey, are you working today, those
21 type things.  Anything of substance I do via
22 e-mail.
23     Q.   Does the Akron fire division have
24 some sort of alert system for the fire
25 department employees to send mass or group texts

Page 76

1 to them?
2     A.   The -- could you ask that one more
3 time, please?
4     Q.   Yes.
5         Is there -- does the Akron Fire
6 Department have some capabilities or some
7 function to send mass texts to all the firemen?
8     A.   Okay.  Yes and no.  The fire
9 department has use of the county's WENS system.
10 And I do not recall what the acronym stands for.
11 I think it's something emergency notification
12 system.  And that's a county asset that we have
13 access to.  I believe it was originally designed
14 for mass notification of the public for local
15 emergencies.  We have worked out an agreement
16 with the county where we can notify our
17 employees of overtime opportunities, so we do
18 have the ability for those who have signed up to
19 send out a mass text, as you described, through
20 that system.
21     Q.   Did you receive a notice to preserve
22 documents related to this litigation?
23     A.   I did.
24     Q.   Do you remember when you received
25 it?

Page 77

1     A.   No, but it would have been very
2 early on in my knowledge that this case even
3 existed.
4     Q.   And have you abided by that notice?
5     A.   Absolutely.
6     Q.   Did anyone collect information or
7 documents from you for production to Defendants
8 in this matter?
9     A.   I believe so, yes.
10     Q.   Do you remember anything about that
11 collection beyond you thinking that it occurred?
12         MS. FLOWERS:  Object to the form.
13     A.   I think I specifically know that all
14 of my e-mails were submitted or searched,
15 something to that effect.
16     Q.   Switching gears a little bit here,
17 can you describe at a high level the
18 responsibilities of the Akron fire division?
19     A.   To take from our mission statement,
20 we exist to protect the citizens and the
21 community and our environment from both fire and
22 emergency medical hazards as well as hazardous
23 conditions.
24     Q.   And just a terminology question.  Is
25 Akron Fire Department an appropriate term or is

20 (Pages 74 - 77)

Page 78

1 it only referred to as the Akron fire division?
2    A.   I think Akron Fire Department is a
3 good term.
4    Q.   If I say that, am I referring to the
5 division as a whole?
6    A.   I don't think you would be mistaken
7 to use division or department.  That doesn't
8 distinguish anything different in anyone's mind
9 that I'm aware of.
10    Q.   The fire department responds to
11 emergency calls?
12    A.   Yes.
13    Q.   Any other type of calls that the
14 fire department is in charge of responding to?
15    A.   Well, we respond to non-emergency
16 calls as well.
17    Q.   Can you give me some examples of
18 non-emergency calls?
19    A.   The proverbial cat in the tree, for
20 example.  You'd be surprised, but we get very
21 strange calls for all kinds of different things,
22 so we don't always turn on lights and sirens
23 based on the type of call.
24    Q.   When I use the word "opioid," what
25 do you understand that term to mean?

Page 79

1    A.   My understanding, anything that's
2 derived from the poppy plant or a synthetic
3 version thereof falls into that category.
4    Q.   When you and others at Akron Fire
5 talk about opioids, what drugs does that
6 include?
7       MS. FLOWERS:  Objection.  Lack of
8 foundation.
9    A.   I'm not -- I'm not sure what you're
10 asking me for.  Could you help me understand
11 what you're asking me?
12    Q.   Sure.
13       So if you are having a conversation
14 with somebody, another firefighter or somebody
15 else at the Akron Fire Department, and you
16 referenced opioids, would that include
17 prescription opioids?
18    A.   Sure.
19    Q.   Is Vicodin an example of that?
20    A.   I believe it to be.
21    Q.   Is Percocet an example of that?
22    A.   I think so.
23    Q.   Is OxyContin an example of that?
24    A.   It is my understanding.
25    Q.   Any other prescription opioids that

Page 80

1 you can think of that would fall under the
2 general opioid umbrella?
3    A.   I'm not sure about codeine or
4 Tylenol-3.  Those might.  And it seems, I
5 recall, Darvocet might be.  I'm not positive.
6    Q.   Now, if you're having a conversation
7 with somebody at Akron Fire Department about
8 opioids and you use the term "opioid," would you
9 also be referring to illegal drugs such as
10 heroin?
11       MS. FLOWERS:  Object to the form.
12    A.   I think that's -- that's a true
13 statement, that we consider it to be all under
14 the same umbrella.
15    Q.   Does fentanyl fall under this
16 umbrella as well?
17    A.   That is my belief.
18    Q.   And carfentanil, same question?
19    A.   That is my belief, yes.
20    Q.   What about methamphetamine; is that
21 an opioid to you?
22    A.   I do not believe that to be the
23 case.
24    Q.   Cocaine, is that an opioid?
25    A.   I do not believe so.

Page 81

1    Q.   What do you understand the
2 difference between a prescription opioid and a
3 non-prescription opioid to be?
4    A.   That at some point it becomes a
5 manner of semantics about what a prescription
6 is.  I think I'd -- I'd need you to help me
7 understand what you're asking a little better,
8 please.
9    Q.   I think that's all right.  I think
10 we can move on from that.
11       Do you have any -- well, I guess --
12 so we mentioned that Vicodin, Percocet and
13 OxyContin were prescription opioids.  Why do you
14 understand those to be prescription opioids?
15       MS. FLOWERS:  Object to the form.
16    A.   I believe them to be prescription
17 because they are, to my knowledge, produced,
18 manufactured, and then made available to the
19 healthcare industry to prescribe to patients.
20    Q.   Are there any particular
21 prescription opioids that you're familiar with
22 from work?
23    A.   I think the -- the names that we
24 have mentioned already in the last couple
25 questions would -- unless there's one that is

21 (Pages 78 - 81)

Page 82

1  just slipping my memory -- would pretty much
2  describe the group that I would consider in that
3  lot.
4      Q.   And why are you familiar with them
5  from your work?
6          MS. FLOWERS:  Object to the form.
7      A.   Well, getting back to my work
8  history, from 1992 until 2009 I was assigned to
9  an operational role that would have had me
10 responding to literally hundreds and,
11 eventually, thousands, I would believe, of calls
12 where I'm in people's homes, and on medical
13 calls as well as fire calls, and just my
14 experience on those calls and knowing what kind
15 of medications people take.
16     Q.   Did you ever dispense opioids on any
17 of those calls?
18     A.   I have administered morphine at
19 least on one occasion, and I think that falls
20 into that category.
21     Q.   So you would agree that opioids have
22 medical appropriate uses?
23         MS. FLOWERS:  Objection.  Form.
24 Lack of foundation.
25     A.   I think painkillers have a

Page 83

1  legitimate medical use.
2      Q.   Have you personally received any
3  training specific to drugs in general, so
4  backing up from opioids?
5      A.   Yes.  Pharmacology is an important
6  part in every paramedic's education, and then
7  ongoing practice.
8      Q.   And how is pharmacology an important
9  part to training?
10     A.   One of the larger distinctions in
11 between an EMT basic and an EMT paramedic is the
12 ability to dispense medication, and so it's
13 important that the medics understand the
14 medications that are available to them for, not
15 distribution, but administration in the field
16 when it's deemed medically appropriate through a
17 medical control, as well as having a baseline
18 understanding of the medications that our
19 patients take and how those might interact with
20 the body.
21     Q.   Are EMTs trained on when it's
22 appropriate to administer drugs?
23     A.   To my knowledge, right now the
24 only -- if -- or one of the few drugs -- well,
25 again, semantics.  Oxygen is considered a drug

Page 84

1  and EMTs are allowed to administer that.  EMTs
2  are also allowed to, in the state of Ohio,
3  administer Narcan.  So those two particular
4  EMT-Bs -- I'm answering this in the context of
5  the EMT basic, because it is accurate to call a
6  paramedic an EMT as well, but I believe you were
7  asking me as an EMT basic.  They are trained to
8  administer oxygen and Narcan.
9      Q.   Are they trained on when to
10 administer opioids?
11     A.   No, sir.
12     Q.   What about EMT-Ps; are they trained
13 on when it's appropriate to administer opioids?
14     A.   They're trained -- our medics are
15 trained when it's appropriate to administer all
16 of the medications that are in our protocol
17 regardless of what type they are.
18     Q.   And am I correct that the EMS
19 ambulances in the Akron Fire Department carry
20 opioids?
21     A.   I believe we carry at least one,
22 yes.
23     Q.   Do any other vehicles in the Akron
24 fire division other than the ambulances carry
25 opioids?

Page 85

1      A.   No, sir.
2      Q.   I think you mentioned that you
3  administered morphine on one occasion?
4      A.   Yes, sir.
5      Q.   Did I get that right?
6          Can you describe that occasion?
7      A.   We had a patient that was suffering
8  from pulmonary edema secondary to congestive
9  heart failure, and -- it's been many years, but
10 my recollection is that morphine has the ability
11 to reduce the preload to the lungs and it has
12 the effect of cutting down the amount of fluids
13 that are pouring into the lungs for somebody
14 that has CHF.
15     Q.   Do you know how many opioid
16 prescriptions were written in Akron in 2017?
17     A.   No, sir.
18     Q.   What about for any other year?
19         MS. FLOWERS:  Objection.
20     A.   No, sir.
21     Q.   Do you know how many prescription
22 opioids were consumed in Akron in 2017?
23     A.   No, sir.
24     Q.   Do you know for any other year how
25 many prescription opioids were consumed in

22 (Pages 82 - 85)

Page 86

1 Akron?
2     A.   No, sir.
3     Q.   Do you know how many prescription
4 opioids were dispensed by Akron Fire Department
5 in 2017?
6     A.   No, sir.
7     Q.   Does the Akron Fire Department track
8 that information?
9     A.   Our -- Akron Fire's software that we
10 use for medical reports tracks the
11 administration of every medication of every
12 type.  So that is a field that is searchable,
13 but we do not specifically have a separate
14 tracking mechanism for any one particular type
15 of medication over another.
16     Q.   Are you referring to the ESO
17 database?
18     A.   That is correct.
19     Q.   And would the AFIRS database also
20 have recorded that information?
21     A.   At one point our patient care
22 reports, which we also call our med report, they
23 used to be handwritten and then the medics would
24 come back and type in the information into the
25 AFIRS database.  So there is a time frame when

Page 87

1 there would be information in the AFIRS database
2 about what medications were administered to our
3 patients.
4     Q.   Those handwritten reports you
5 described, are those also known as run reports?
6     A.   That is correct.
7     Q.   Now, do both EMS personnel fill out
8 run reports as well as firemen that are
9 responding to a call on a fire truck?
10     A.   Could you ask it one more time?
11     Q.   Yes.  Maybe you can help me kind of
12 understand this here when I'm referring to
13 stuff.  I understand that -- who fills out a run
14 report?
15     A.   So on every EMS call in the City of
16 Akron, one of the two assigned paramedics are
17 required to do a patient care report, also known
18 as a run report.  Our current practice is that's
19 done with a tablet utilizing the ESO software
20 program.
21         Any fire truck that responds to any
22 call in the city of Akron, whether it be fire,
23 EMS, would fill out a fire report that will
24 include all of the information about all of the
25 apparatus that responds.

Page 88

1         So to help you understand, as you
2 put it, every med call will have a fire report,
3 so to speak, and an EMS report, and every fire
4 call will have a fire report but no EMS report.
5     Q.   Is it ever the case where there's
6 only a fire -- sorry.  Let me -- say a fire
7 truck responds to a medical issue, but no EMS
8 personnel respond.  Is there then only a fire
9 report filled out?
10         MS. FLOWERS:  Object to the form.
11     A.   I cannot think of a scenario where a
12 fire apparatus would respond to a med call and a
13 medical apparatus would not respond.
14     Q.   That helps.  Thank you.
15         Have you personally ever used an
16 opioid?
17     A.   I have had a prescription for
18 Vicodin at some point in the past.
19     Q.   Do you remember what the
20 circumstances were that led to you receiving the
21 prescription?
22     A.   If I'm remembering correctly, I had
23 a hernia operation.
24     Q.   Did you think at the time that you
25 shouldn't have taken them?

Page 89

1         MS. FLOWERS:  Object to the form.
2     A.   At the time, no.
3     Q.   Do you think now that you shouldn't
4 have taken the Vicodin?
5         MS. FLOWERS:  Object to the form.
6     A.   To be honest, my personal medical
7 opinions about my -- about me and those close to
8 me is that I avoid the stronger opioid
9 painkillers whenever possible and would switch
10 to an NSAID, for example.  I took a tumble off a
11 ladder a couple of years back and injured my
12 ribs.  I had a bike accident recently and
13 injured my ribs.  And both times, I think it
14 was, Vicodin were made available to me, and I
15 said no, just give me some strong Ibuprofen.
16     Q.   Why do you have that practice?
17     A.   Well, to be honest, I've seen enough
18 circumstances and know of enough anecdotal
19 evidence about individuals that are prescribed
20 opioid painkillers and end up having a problem
21 with it.  So I choose to just avoid that
22 altogether.
23     Q.   Where have you heard this anecdotal
24 evidence?
25         MS. FLOWERS:  Object to the form.

23 (Pages 86 - 89)

Page 90

1    A.    I know people personally that have
2  struggled with addiction secondary to
3  prescription painkillers.
4    Q.    Were these family members?
5    A.    Yeah.  I think my -- I'm not
6  positive because it was a while ago, but my mom
7  struggled with painkillers, and I think she had
8  a problem with them.  And then I -- but outside
9  of her, I don't have any specific family members
10 that have struggled with it.
11   Q.    Why do you say that you think she
12 had a problem with painkillers?
13        MS. FLOWERS:  Object to the form.
14   A.    My recollection is that she had a
15 history of headaches and then she would switch
16 doctors at times when they didn't prescribe what
17 she wanted, so, in retrospect, I've come to
18 believe that she was making some poor choices at
19 the time.
20   Q.    When did -- that's all right.  I
21 think we can move on.
22   A.    Can I expand on that?
23   Q.    Yes.  Sure.
24   A.    You know, that's a touchy subject
25 and, you know, I'm in a room with strangers

Page 91

1  here, but, you know, to say -- I want to walk
2  that back.  To say that she was making a poor
3  choice was unfair.  I've come to understand more
4  about how it all works now.  So I'll just leave
5  it at that.
6    Q.    When you say you've come to
7  understand more about how it all works, can you
8  explain what you mean by that?
9    A.    Well, if I recall, one of the
10 earlier questions was, you know, what training
11 have I had in addiction, and I think as time has
12 gone on, both the medical industry as a whole
13 and first responders, and specifically in recent
14 years, we've learned a lot more about how the
15 brain operates under addiction and how it has
16 the ability to actually impact people's ability
17 to choose or not choose.  So it gets -- you get
18 rewired, so to speak, is my understanding.  So I
19 think at times we struggle with this idea that
20 there's choices here and that's why I backed off
21 that statement.
22   Q.    So you mentioned that anecdotal
23 evidence about individuals that are prescribed
24 opioid pain killers and end up having a problem
25 with that and you listed your mother as an

Page 92

1  example.  Is there other anecdotal evidence you
2  have of that?
3    A.    Yes.  I have three friends,
4  family -- not family members.  I apologize.  I
5  have three acquaintances or friends, if you
6  will, that each have an adult son that struggled
7  with the issue.  Two have died and one is still
8  in recovery currently.  And all three started
9  with a sports injury type event that then led to
10 an addiction of some sort.
11   Q.    When did you have these
12 conversations with these people to find this
13 information out?
14        MS. FLOWERS:  Object to the form.
15   A.    Oh, let's see.  One individual was
16 the neighbor of my cousin, who I've known, and I
17 learned through my father that their son had
18 died of an overdose.  And then I bumped into
19 them at some point after that and had
20 conversations with them, both the husband and
21 the wife.  They run at the same place I run, so
22 we ran into each other literally out on the
23 trail.
24        And then the other one is a family
25 called the Bornsteins.  My best buddy growing

Page 93

1  up, his sister married a guy named Travis
2  Bornstein.  Their son was a big sports guy and
3  ended up having a weightlifting injury and then
4  fell into addiction and struggled with it for
5  multiple years and ended up dying in an
6  overdose.  And that family has started a
7  foundation called Hope United, and they've
8  recently opened -- did a groundbreaking for a
9  recovery center in his -- in Tyler's name, Tyler
10 Bornstein's name.  So I've known them for many,
11 many years and they're very active in the
12 community about this particular subject.
13        And then another is my one former
14 boss that I mentioned, Dale Evans, his long-term
15 partner, Barb; her adult son has been struggling
16 with addiction for multiple years now.
17   Q.    The people that you mentioned that
18 you said they suffered some sort of sport or
19 weightlifting injury and received opioids and
20 became addicted, were you involved in any way in
21 diagnosing any of those injuries?
22   A.    Absolutely not.
23   Q.    Did you ever follow up to confirm
24 that that's actually what happened?
25        MS. FLOWERS:  Objection.

24 (Pages 90 - 93)

Page 94

1     A.   I've done no specific research,
2 other than what they told me.
3     Q.   Keeping in mind that I'm asking
4 broadly about all types of opioids, not just
5 prescription ones, do you believe that there's
6 an opioid problem in Akron?
7     A.   Yes.
8     Q.   Would you call it a crisis?
9     A.   Yes.
10     Q.   Why would you call it a crisis?
11     A.   I think any time that you have a
12 discernible pattern that is traceable and
13 identifiable and continues over an extended
14 period of time, it could qualify as a crisis.
15     Q.   When did this crisis start?
16     A.   You know, looking back, I -- I think
17 it would be -- I think from the perspective of
18 the fire department, we look at sometime in that
19 '12 to '14 range, 2012 to 2014, when I think we
20 recognize -- probably retrospectively we
21 recognize an increase in the number of calls
22 related to opioids that we were responding to.
23 I think that we can identify that, by 2014, not
24 just the fire department but other agencies were
25 starting to ramp up their concern and start to

Page 95

1 formulate plans of action to help combat the
2 crisis, and then I think it became even more
3 alarming and a larger crisis in the middle of
4 '16.  So that's the best answer I can give.
5 It's hard to identify a start point to something
6 like that.
7     Q.   We used kind of two words earlier,
8 opioid problem, and then I asked if you would
9 agree it would be an opioid crisis.  Do you
10 think there was an opioid problem in Akron
11 before it reached crisis level?
12     A.   I don't mean to sound flip, but
13 that's kind of a distinction that the family
14 members of those individuals going through those
15 problems really I don't think draw, they don't
16 draw that distinction, and as a professional in
17 the first response industry, I try not to draw
18 those kind of distinctions either.  So I teach
19 our folks that the person that picks up the
20 phone and calls 911 gets to define their
21 emergency, we don't.  So what our version of
22 crisis versus problem is compared to what their
23 version of a crisis or a problem might be two
24 totally different things, so we treat all of it
25 the same.

Page 96

1          THE VIDEOGRAPHER:  May I change the
2 video?  Thank you.  Off the record, 11:20.
3          (Short recess had.)
4          THE VIDEOGRAPHER:  Back on the
5 record, 11:21.
6 BY MR. CAREY:
7     Q.   Chief Twigg, was there ever a time
8 when opioid use was not a problem in Akron?
9          MS. FLOWERS:  Object to the form.
10     A.   I don't feel qualified to answer
11 that question.
12     Q.   When was the first time you can
13 remember somebody overdosing on an opioid in
14 Akron?
15     A.   I distinctly recall a specific med
16 run which would have been in the mid '90s, I
17 suspect.
18     Q.   Do you remember what opioid that was
19 that that person overdosed on?
20     A.   As is quite often the case, the
21 first responders end up having no knowledge of
22 what specific medication caused the event.  We
23 recognize the signs of potential overdose or
24 negative effects of an opioid and we respond
25 accordingly.  So in that particular event we had

Page 97

1 an unresponsive person.  We administered Narcan,
2 unfortunately, after we had intubated her.  We
3 administered Narcan, she woke up, pulled the
4 tube out and we never knew what she ended up
5 taking.  You know, the indication that the
6 Narcan reversed it immediately was a confirming
7 idea that there was some sort of opioid on
8 board.
9     Q.   What are the major non-prescription
10 opioids causing problems in Akron right now?
11     A.   That's a hard question to answer,
12 mainly because I guess that would speak to what
13 you mean when you say "non-prescription."  So
14 what if somebody took somebody else's
15 prescription?  Does that fall under the same
16 category?  I guess I'm not allowed to ask
17 questions.  Could you explain -- can you
18 elaborate your question a little bit, please?
19     Q.   Absolutely.
20          Let's stick with -- limiting -- for
21 now we'll call it non-prescription opioids,
22 heroin, fentanyl and carfentanil.  We'll go with
23 those three.
24     A.   Okay.
25     Q.   Are one or all of those three

25 (Pages 94 - 97)

Page 98

1 non-prescription opioids causing problems in
2 Akron right now?
3        MS. FLOWERS:  Object to the form.
4    A.    It is very clear that we -- we, the
5 City of Akron, are experiencing problems with
6 people that have overdosed on some combination
7 of those three drugs that you mentioned.
8    Q.    What about prescription opioids, and
9 to kind of head off your question here, we'll
10 include whether it was a -- the person obtained
11 the drugs through a valid prescription or not.
12 Does Akron have a problem today with
13 prescription opioid abuse?
14        MS. FLOWERS:  Object to the form.
15    A.    I believe that we do, in fact, have
16 a problem with prescription opioid abuse.
17    Q.    Why do you say that?
18    A.    Well, I can personally say that I've
19 attended calls where somebody has overdosed on
20 pills before, so I can speak to that directly;
21 and then just through my general knowledge of
22 this crisis, that it's clear that at some point
23 in recent history some of our citizens were
24 taking more prescribed medications than would
25 have been beneficial.

Page 99

1    Q.    I think we were talking earlier --
2 just a moment ago when you were talking about
3 the first overdose run you went on or the first
4 time you remembered an overdose in Akron.  I
5 think you said something along the lines as is
6 often the case, you don't know as an EMT or a
7 paramedic what causes the overdose.  What -- and
8 you just now said that you've responded to runs
9 where people have overdosed on prescription
10 drugs.  Can you explain to me the difference
11 there?  When do you know and when do you not
12 know?
13        MS. FLOWERS:  Objection to the form.
14    A.    I believe there's three distinct
15 possibilities.  You would have physical evidence
16 that would indicate an individual has overdosed
17 on some form of pill.  There's the potential
18 that you would see some sort of paraphernalia
19 that would lead you to believe that they've
20 overdosed on some illegal version of an opiate.
21 Or there's the middle version, where you see no
22 indication in either direction, you just see the
23 results.
24    Q.    Besides the non-prescription and
25 prescription opioids we've been discussing, are

Page 100

1 there other -- I'll strike that and phrase it
2 this way:  Are there other illegal drugs besides
3 illegal opioids that are causing problems in
4 Akron?
5    A.    Yes.
6    Q.    Can you list those for me?
7    A.    Can you elaborate on what you mean
8 by problems?
9    Q.    Sure.
10        Does Akron fire division have to
11 respond to methamphetamine overdoses?
12    A.    We do.
13    Q.    Cocaine overdoses?
14    A.    We do.
15    Q.    What about overdoses on drugs such
16 as Ritalin and Adderall; does Akron Fire have to
17 respond to overdoses on those?
18    A.    We do.
19    Q.    Does Akron Fire respond to alcohol
20 overdoses?
21    A.    Regularly.
22    Q.    Does Akron Fire respond to overdoses
23 on benzodiazepine, such as Valium and Xanax?
24    A.    Certainly.
25    Q.    What about overdoses on things kind

Page 101

1 of -- we'll put these in an other category.
2 What about bath salts; have you ever had to
3 respond to an overdose on that?
4    A.    I personally have not, but I'm aware
5 that we have, in fact, responded to bath salts
6 and similar other drugs.
7    Q.    Are there synthetic marijuana
8 overdoses that Akron Fire has to respond to?
9    A.    I know of at least one particular
10 call where someone reportedly had used synthetic
11 marijuana and was having very negative effects,
12 so at least once I know of for sure.
13    Q.    Now, I think you mentioned earlier
14 that there's an opioid crisis in Akron.  Would
15 you characterize the use of any of these other
16 drugs that we just talked about as at crisis
17 levels?
18    A.    No.
19        - - - - -
20        (Thereupon, Twigg Deposition Exhibit
21        3, E-Mail from David O'Neal to
22        Charles Twigg dated March 4, 2018,
23        Bates Numbered AKRON_000246625, was
24        marked for purposes of
25        identification.)

26 (Pages 98 - 101)

Page 102

1               - - - - -
2      Q.   Chief Twigg, the court reporter is
3 handing you Defendants' Exhibit 3.  If you just
4 want to take a second and read through it.
5 Sorry.  For the record, Akron {sic} Exhibit 3 is
6 just Akron_000246625.  If you would just let me
7 know after you've had a second to review it.
8      A.   I've read it.
9      Q.   Do you recognize this document?
10      A.   I do.
11      Q.   And who is David O'Neal?
12      A.   David O'Neal is one of our district
13 chiefs.
14      Q.   Do you remember Mr. O'Neal sending
15 this to you?
16      A.   I do.
17      Q.   In the e-mail he refers to a rise of
18 meth in Cincinnati.  Have you seen something
19 similar in Akron?
20      A.   We have.
21      Q.   Is that the number of meth overdoses
22 calls that Akron Fire has to respond to?  Is
23 that what you mean when you say you've seen a
24 rise?
25      MS. FLOWERS:  Object to the form.

Page 103

1      A.   When I describe it as I've seen a
2 rise, I would -- I would describe that as in our
3 conversations -- when I say "our," I mean public
4 safety in general -- about the trends of what
5 are going on out in the streets, it was
6 anecdotally pointed out to me by the police
7 department that there seems to have been an
8 increase in meth use in the city, and I have,
9 through our EMS team -- again, anecdotally, no
10 specific statistics to speak of -- have heard --
11 you know, how we say I heard that meth use has
12 increased.
13      Q.   Have you noticed a rise in the
14 number of meth overdoses AFD has had to respond
15 to?
16      MS. FLOWERS:  Objection.  Asked and
17 answered.
18      A.   I do not have specific -- specific
19 statistics about the number of meth overdoses we
20 are responding to.
21      Q.   Is it also your understanding that
22 heroin users in Akron are turning to meth?
23      MS. FLOWERS:  Objection.  Lack of
24 foundation.
25      A.   I have heard suggestion from those

Page 104

1 in law enforcement that there may be a trend
2 moving from heroin to meth, as this e-mail
3 describes.
4      Q.   What did you understand Mr. O'Neal
5 to mean when he said, "We need to drop the
6 'opioid' title"?
7      A.   I believe what he was suggesting is
8 that we may run the risk of not giving enough
9 importance to the meth situation by focusing
10 solely or focusing so strongly on the opioid
11 issue.  So I think he is advocating for more of
12 a generic description of just overdoses and not
13 specifying which types.
14      Q.   Do you agree with that?
15      A.   I didn't agree or disagree, but I
16 saw his point and we have shared that thinking
17 amongst the EMS team, although it did not lead
18 to any specific changes in anything we're doing
19 currently.
20      Q.   Did you ever respond to this e-mail?
21      A.   I can't remember, to be honest.
22      Q.   Did you ever talk with Mr. O'Neal
23 about the e-mail outside of an actual e-mail
24 response?
25      A.   Again, I can't remember a specific

Page 105

1 conversation about it.
2      Q.   And you mentioned -- I think you
3 said you shared his thinking amongst the EMS
4 team, although it didn't lead to any specific
5 changes.  What exactly did you share with the
6 EMS team?
7      MS. FLOWERS:  Object to the form.
8      A.   To the best I recall, at one point
9 or another I said to someone, and I would
10 suspect it would have been Joe or Chris, Joe
11 Natko or Captain Chris Karakis, who work in the
12 EMS section with me, that -- something to the
13 lines of, you know, Dave made a point that meth
14 is on the increase, is there something we should
15 be doing differently here.  That type of
16 conversation is what I recall.
17      Q.   Okay.  You can set that aside.
18               - - - - -
19      (Thereupon, Twigg Deposition Exhibit
20      4, E-Mail String with Attachment,
21      Beginning Bates Number
22      AKRON_000241788, was marked for
23      purposes of identification.)
24               - - - - -
25      Q.   Mr. Twigg, I'm handing to the court

27 (Pages 102 - 105)

Page 106

1 reporter Defendants' Exhibit 4, a document Bates
2 stamped Akron_000241788. If you want to go
3 ahead and take a second to familiarize yourself
4 with this e-mail and the attachment. And let me
5 just explain real quick. So this is a -- you'll
6 notice a blue slip sheet after the original
7 e-mail. That's just to designate that the
8 second document was an attachment to the
9 original e-mail.
10        Chief Twigg, do you recognize this
11 e-mail and the attachment?
12    A.   I recognize it as being an e-mail to
13 me back in 2011, yes.
14    Q.   Refresh my recollection. What
15 position did you hold in 2011, when you received
16 this?
17    A.   I believe I still would have been
18 the EMS bureau manager at that time. It's right
19 about that time when I transitioned from EMS to
20 accounting and services, so it was either right
21 before I left EMS or right after, one of the
22 two.
23    Q.   And who is Jarred Aiden?
24    A.   Alden.
25    Q.   Alden. Sorry.

Page 107

1    A.   That's all right. Jarred Alden is
2 one of our -- he is now a lieutenant. I'm not
3 sure what his rank was back then. But he's one
4 of our SWAT medics we call them, or tactical
5 medics, and they had a lot of interaction or
6 have a lot of interaction with the police
7 department.
8    Q.   Would you agree that he's interested
9 in attending this training that's referenced in
10 the e-mail?
11    A.   That's not exactly what's going on
12 there. He is asking that this class be approved
13 for continuing education for any medic that
14 would want to participate.
15    Q.   Do you know if it was approved for
16 continuing education?
17    A.   I do not recall.
18    Q.   Do you know why he was asking if it
19 could be approved for continuing education?
20        MS. FLOWERS: Object to the form.
21    A.   I do not know why he specifically
22 thought it was a good class.
23    Q.   If you would just turn to the first
24 page of the flyer there, the attachment. The
25 top is "Gang Task Force." It says the title of

Page 108

1 the upcoming training is "Meth Lab
2 Enforcement/Heroin Resurgence and Gangs." And
3 then it goes on to note that "This popular
4 course has been requested by many agencies due
5 to the increase in methamphetamine and heroin
6 arrests, hazards, and deaths occurring in Ohio."
7        Is it consistent with your
8 recollection that in 2011 there was an increase
9 in methamphetamine and heroin arrests and deaths
10 occurring from those substances in Ohio?
11        MS. FLOWERS: Object to the form.
12 Lack of foundation.
13    A.   I don't have a specific recollection
14 about -- could you say it again? I want to make
15 sure I'm answering you correctly.
16    Q.   Well, this document seems to say
17 that there was a resurgence in methamphetamine
18 and heroin arrests and also deaths occurring
19 from methamphetamine and heroin in Ohio during
20 this time period, and this is -- May 5th, 2011
21 is the date of the training. So is it
22 consistent with your recollection that there was
23 a resurgence in methamphetamine and heroin, I
24 guess, those drugs' presence we can call it, in
25 Ohio during that time period?

Page 109

1    A.   To be most honest, I do not recall
2 having a personal opinion or a professional
3 opinion, for that matter, at that one time about
4 whether or not there was a resurgence at that
5 time. This is a police-oriented document. So
6 in my role as the EMS manager at that time, I
7 probably wasn't aware internally of that. So to
8 try and answer your question as directly as I
9 can, I don't necessarily have a recollection to
10 say whether it matches or not.
11    Q.   Do you know if Mr. Alden ended up
12 attending this training?
13    A.   I do not.
14    Q.   And if it's police orientated, why
15 was Mr. Alden asking if he could attend -- or,
16 I'm sorry, if it could be approved for
17 continuing education?
18    A.   Without -- it may be a slight
19 supposition on my part, but like I suggested,
20 Alden had interactions with a SWAT team and he
21 may have felt that this particular class would
22 be beneficial for some medics to attend due to
23 the fact that it was advertising an increase. I
24 suspect that he thought that we might be seeing
25 more of this in the future as the problem

28 (Pages 106 - 109)

Page 110

1 continued to grow.  He might have been a little
2 bit more aware of a trend than I was at that
3 time.
4           - - - - -
5           (Thereupon, Twigg Deposition Exhibit
6           5, E-Mail from EMS General
7           Announcements to EMS-General-A,
8           dated July 2, 2012, with Attachment,
9           Beginning Bates Number
10          AKRON_000241989, was marked for
11          purposes of identification.)
12          - - - - -
13      Q.   Chief, this will be Defendants'
14 Exhibit 5 and it's Bates stamped
15 Akron_000241989.  If you want to go ahead and
16 take a moment and review this e-mail and the
17 attachment.  The attachment is pretty long, so
18 I'll ask you specific questions and point you to
19 specific parts of it.  It's not like you have to
20 read the whole thing.
21      Do you recognize this document?
22      A.   I recognize an e-mail from Timothy
23 Erskine.
24      Q.   And the e-mail is to, it looks like,
25 EMS-general-A@elist.dps.state.us.  Is that a

Page 111

1 listserv that you're a member of?
2      A.   I believe it is, although I cannot
3 confirm that I was a member of that list at this
4 particular time.
5      Q.   Okay.  And I'm not trying to hide
6 the ball here.  I just -- I'll represent to you
7 that this was -- this document was in your --
8 was in your custodial file.
9      A.   Okay.
10     Q.   And it was something that, according
11 to the metadata, you received it.  Do you have
12 any reason to doubt that you would have received
13 it?
14     A.   No.  If that's your indication, I'll
15 take you at your word.
16     Q.   Turning to the first page of the
17 attachment, do you know who the Ohio Substance
18 Abuse Monitoring Network is?
19     A.   Not particularly.
20     Q.   Have you ever provided -- I'm going
21 to use the acronym here -- OSAM with any
22 information on drug use trends in Akron or
23 Summit?
24     A.   I personally have not.
25     Q.   Do you know anyone who has given

Page 112

1 information to OSAM on drug use trends in Akron
2 or Summit?
3      A.   I have no personal knowledge of
4 anyone specifically giving them this
5 information.
6      Q.   Do you remember ever receiving other
7 drug reports, such as the one attached here,
8 from the Ohio Substance Abuse Monitoring
9 Network?
10     A.   I cannot remember a specific item
11 that I received from OSAM.  I know I've received
12 other stuff from Timothy Erskine.
13     Q.   Who is Timothy Erskine?
14     A.   To the best of my knowledge, he is
15 an employee at the Department of Public Safety
16 in the State of Ohio that has EMS
17 responsibilities of some sort.
18     Q.   So this report -- and, again, I'm
19 looking at the first page of the attachment.  It
20 says it's for the June 2011 to January 2012 time
21 period.  Do you see that?
22     A.   Yes, sir.
23     Q.   And I'm actually going to turn to
24 page 4 of the report.  And on the left-hand side
25 there, there's a heading that says,

Page 113

1 "Prescription Opioids."
2      Do you see that?
3      A.   Yes, sir.
4      Q.   I'm just going to read that real
5 quick here.  It says, "Prescription opioids
6 remain highly available in all regions; however,
7 general decreases in availability during the
8 past six months exist for Akron, Canton,
9 Columbus and Dayton.  While still highly
10 available in these three regions, decreases in
11 availability of prescription opioids were
12 attributed to the high cost of these drugs, the
13 closings of physicians' offices that would
14 liberally prescribe these drugs, increased
15 regulation at pharmacies, and the rise in
16 popularity of heroin."
17      Is it consistent with your
18 recollection that there was a decrease in the
19 availability of prescription opioids during this
20 time period?
21      MS. FLOWERS:  Object to the form.
22 Lack of foundation.
23      A.   I would have had no knowledge of
24 what you're describing during that time frame.
25      Q.   Do you have any knowledge of the

29 (Pages 110 - 113)

Page 114

1 physicians' offices that were closed that are
2 referenced here?
3    A.   No, sir.
4    Q.   You can go ahead and turn back a
5 couple pages back to the first page.  Do you see
6 on the right-hand side there, about the middle
7 of the page, the heading "Akron/Canton Region"?
8    A.   Yes, sir.
9    Q.   In the first bullet point there, it
10 says that there's increased availability of
11 heroin, powdered cocaine, sedative hypnotics and
12 saboxone.  Do you see that?
13    A.   I do.
14    Q.   Is that consistent with your
15 recollection that there was an increased
16 availability of heroin during this time period?
17       MS. FLOWERS:  Objection.  Lack of
18 foundation.
19    A.   I had no specific knowledge during
20 that time frame of the increase or any
21 availability of any of that.
22    Q.   If you look over on the left-hand
23 side, you see the heading "Dayton Region"?
24    A.   Yes, sir.
25    Q.   You see three bullet points down it

Page 115

1 says that the universal agreement that -- that
2 there is universal agreement that heroin is
3 available, it is, quote, falling out of the sky.
4 Did you know that other parts of the state were
5 experiencing increases in the prevalence of
6 heroin in 2011?
7    A.   I had no knowledge about -- about
8 that, no.
9    Q.   Were you worried in 2011 that Akron
10 would see a rise in heroin usage?
11    A.   In 2011 I'm -- I don't recall having
12 a specific conversation or concern or anything
13 that I can point to particularly in 2011 that I
14 was concerned about this issue.  That fell into
15 that category of me transitioning into my other
16 role at accounting and services.  So I'm not
17 even sure that I opened this e-mail at the time
18 based on the date.  So I can't speak to that in
19 general.
20       - - - - -
21       (Thereupon, Twigg Deposition Exhibit
22       6, E-Mail from Christine Curry to
23       thalerg@cbsnews.com, dated August
24       22, 2016, Beginning Bates Number
25       AKRON_000243690, was marked for

Page 116

1       purposes of identification.)
2       - - - - -
3    Q.   You can take a second and
4 familiarize yourself with this document if you
5 want, and I'll let you know I'm only going to
6 ask questions about the attachment to it.
7       Sorry.  Let me clarify.  I will ask
8 if you received it, but other than that, I won't
9 be asking any questions about the e-mail.
10       Just for the record, this is
11 Akron_000243690.  It was entered as Defendants'
12 Exhibit 6.
13       Chief Twigg, any reason to doubt
14 that you received this e-mail?
15    A.   No, sir.  I recall this.
16    Q.   You do recall this, okay.  Do you
17 recall the attachment that's attached here
18 entitled "Media Advisory"?
19    A.   I don't have specific recollection
20 of it, but -- I don't have specific recollection
21 of it.
22    Q.   And this media advisory concerns the
23 stocking of Akron Police Department vehicles
24 with Narcan?
25    A.   Yes.

Page 117

1    Q.   And it says that the fire division
2 has carried Narcan for over 20 years.  Is that
3 correct?
4    A.   It is.
5    Q.   And the media advisory quotes --
6 sorry.  Let me back up for a second.  This media
7 advisory was issued by the mayor's office; is
8 that right?
9    A.   I believe so, yes.
10    Q.   And it quotes Mayor Horrigan saying,
11 "In many ways this epidemic has been creeping
12 around the country and our region, specifically,
13 our county for the last three to five years."
14       Do you see that?
15    A.   I do.
16    Q.   Is he referring to the opioid
17 epidemic there?
18       MS. FLOWERS:  Objection.  Calls for
19 speculation.
20    A.   I really don't know what he's
21 referring to specifically.
22    Q.   Do you agree with Mayor Horrigan
23 that as of 2016, when this media advisory
24 issued, that what he refers to as "the epidemic"
25 had been creeping around the country, the region

30 (Pages 114 - 117)

Page 118

1 specifically, the county, meaning Summit County,
2 for the past three to five years?
3     A.    I don't know if I would agree with
4 every word of the description, but as a general
5 rule, I agree that the problem had been growing
6 over the past few years at that time.
7     Q.    Is the three to five years an
8 accurate time frame assessment?
9         MS. FLOWERS:  Objection.  Asked and
10 answered.
11     A.    Getting back to our previous
12 conversation about the time frames involved, I
13 don't know at the time when this came out if I
14 would have agreed to three to five years at that
15 point, and I don't know if I would agree to it
16 now.  It's hard to say.
17     Q.    You said you don't know if you would
18 agree with every word of the description.  Are
19 there specific ones you take issue with or
20 disagree with?
21         MS. FLOWERS:  Object to the form.
22     A.    I guess my point is that as time has
23 gone on and we have learned more and we've --
24 are now two plus years out of this specific
25 statement, and five plus years into dealing with

Page 119

1 some of these issues, I think I've learned that
2 making concrete comments and, you know,
3 statements about when this started, how this
4 started, where this started, are challenging to
5 be accurate and aren't necessarily productive.
6 So that's when I say that I don't know if I
7 agree with every word.  I think this is a
8 nebulous subject that's hard to point to
9 concrete points.  That's why I kind of take some
10 stand-back from this particular comment.
11     Q.    The second part of this quote,
12 "However, no one could have predicted the
13 introduction of fentanyl and carfentanil and the
14 damage they both cause," do you agree with that
15 statement?
16     A.    I feel comfortable saying that I
17 agree that I personally did not have knowledge
18 or forewarning to what the effects of fentanyl
19 and carfentanil were going to have on the
20 community.
21     Q.    Do you think that anyone else had
22 forewarning?
23         MS. FLOWERS:  Object to the form.
24     A.    I don't feel capable of answering
25 that question.

Page 120

1     Q.    You can set that one aside.
2         MR. CAREY:  Do you want to take a
3 quick break and then come back and wrap up for
4 lunch around 12:45?  Does that work?
5         MS. FLOWERS:  That's fine with me.
6         Okay with you, Chief?
7         THE WITNESS:  Absolutely.
8         THE VIDEOGRAPHER:  Off the record,
9 12:01.
10         (Recess had.)
11         THE VIDEOGRAPHER:  We're back on the
12 record, 12:19.
13         -  -  -  -  -
14         (Thereupon, Twigg Deposition Exhibit
15         7, E-Mail from Charles Brown to
16         Various Recipients, dated March 19,
17         2018, with Attachment, Beginning
18         Bates Number AKRON_000236205, was
19         marked for purposes of
20         identification.)
21         -  -  -  -  -
22 BY MR. CAREY:
23     Q.    Chief, I'm handing to the court
24 reporter Akron_000236205.  This is going to be
25 Defendants' Exhibit 7.  If you want to take a

Page 121

1 second and familiarize yourself with that.
2         MR. EDELMAN:  Do you mind repeating
3 the Bates?
4         MR. CAREY:  Sure.  It's
5 Akron_000236205.
6     Q.    Are you ready for some questions on
7 it, Chief?
8     A.    Yes, sir.
9     Q.    Do you recognize this e-mail?
10     A.    Yes, sir.
11     Q.    What is it?
12     A.    It is an information sheet from a
13 group -- I believe it's the law enforcement
14 group -- dealing with drug trafficking.  It was
15 shared to us from Deputy Mayor Brown.
16     Q.    Do you do any work for the High
17 Intensity Drug Trafficking Area group or HIDTA?
18     A.    I do not.
19     Q.    Does the fire department in general
20 do any work for HIDTA?
21     A.    Not that I'm aware of.
22     Q.    If you want to turn to the
23 attachment here.  It starts off -- the top
24 paragraph starts off with, "Some parts of NDOH."
25 Does that mean Northern District of Ohio?

31 (Pages 118 - 121)

Page 122

1    A.   I don't know.
2    Q.   It says this area is experiencing a
3  plateauing or even significant decrease in
4  fatalities due to drug overdose.  And the time
5  period this document is referring to, according
6  to the top here, is June 2017 to December 2017.
7  Is that consistent with your understanding in
8  the Akron area, that during that time period
9  there was a significant decrease or plateauing
10  in fatalities due to drug overdoses?
11      MS. FLOWERS:  Object to the form.
12  Lack of foundation.
13    A.   My knowledge as a deputy chief at
14  the time is that we were experiencing fewer ODs
15  and fatalities than we had in the, let's say,
16  year prior to that.
17    Q.   So the number of ODs and overdose
18  fatalities the fire division responded to went
19  down from 2016 to 2017?
20      MS. FLOWERS:  Object to the form.
21    A.   That's a true statement.
22    Q.   Has that downward trend continued
23  into 2018?
24      MS. FLOWERS:  Object to the form.
25    A.   I don't have the statistics

Page 123

1  memorized.  I believe there is a slight decrease
2  from the end of '17, but, at best, it's a slight
3  decrease.
4    Q.   Do you have any understanding of why
5  there's been a decrease during that time period?
6    A.   This document speaks to and is
7  probably one of the areas of explanation that we
8  on the fire department think might be
9  attributing to -- I think the only thing that
10  this one doesn't mention that I've heard
11  discussed is the potential that just X
12  percentage of people have died and are no longer
13  available to overdose.
14    Q.   I just want to clarify.  You said
15  "This document speaks to and is probably one of
16  the areas of explanation that we on the fire
17  department think might be attributing to" -- I'm
18  sorry.  What does that mean?  Are you saying
19  that you on the fire department agree with each
20  of these bullets on the document?
21      MS. FLOWERS:  Object to the form.
22  Lack of foundation.
23    A.   You asked does this match our
24  feelings about the reduction, and I'm trying to
25  suggest that this document helped steer our

Page 124

1  opinions and our belief about what was going on.
2  So one of the challenges for the fire service is
3  to understand why there's been a reduction, or
4  what -- if there really is a reduction.  It's
5  hard for us to understand how many, for example,
6  overdoses don't get reported to us because
7  family members are reviving with DAWN kits, for
8  example.  So if I remember the question
9  correctly, it's do I agree with this document
10  and the reason for the reduction.  I'm trying to
11  suggest that yes, I do, but mainly because I
12  trust some of the things this document says
13  based on who it was received from.
14    Q.   Okay.  Can you list the causes of
15  the opioid epidemic for me?
16      MS. FLOWERS:  Object to the form.
17    A.   I don't believe I have the
18  professional training to determine the cause of
19  the epidemic.
20    Q.   Do you believe that the opioid
21  epidemic, at least in Akron, has a single or
22  multiple causes?
23      MS. FLOWERS:  Object to form.
24    Q.   I'm sorry.  Let me rephrase that.
25      Does the opioid epidemic in Akron

Page 125

1  have a single cause or multiple causes?
2    A.   I don't know if I've developed an
3  opinion on that or I have a professional belief
4  on that.
5    Q.   Do you have a non-professional
6  belief on that?
7      MS. FLOWERS:  Objection.
8    A.   You're asking me a question, and I'm
9  saying that I do not have a firm answer on -- my
10  professional or personal opinion on how many
11  different causes may or -- may be involved in
12  this opioid epidemic.
13    Q.   Do you know where -- where the
14  people in Akron are getting the prescription
15  opioids from that are causing calls to your
16  department?
17    A.   No.
18    Q.   Do you know where the people in
19  Akron are getting the illegal opioids that
20  they're using that are causing calls to your
21  department?
22    A.   I do not.
23    Q.   The department doesn't do any
24  research into that?
25      MS. FLOWERS:  Objection.  Lack of

32 (Pages 122 - 125)

Page 126

1 foundation.
2     A.   Research into what, sir?
3     Q.   Into where the opioids are coming
4 from that are causing calls to your department.
5         MS. FLOWERS:  Objection.
6     A.   No, sir.  We did not look into that.
7     Q.   If there was a need to look into
8 where the opioids are coming from that are
9 causing calls to your department, how would you
10 go about that?
11     A.   Can you say that one more time,
12 please?
13     Q.   Yes.
14         If you decided for some reason that
15 you needed to investigate, in your position,
16 where the opioids are coming from into Akron
17 that are causing calls to your department, how
18 would you go about investigating that?
19     A.   That subject, in my opinion, both
20 professionally and personally, falls into other
21 areas of responsibility.  I think the police
22 department would be one area and then the State
23 Pharmacy Board, for example, Department of --
24 Public Health Department, that type.
25     Q.   What are your department's

Page 127

1 responsibilities as they relate to drug use in
2 Akron?  When I say "drug use," I mean all drugs.
3     A.   I believe our department's
4 responsibility is to respond to calls for the
5 most part.  We do accept and take on and try to
6 offer preventative education to the public
7 whenever we can.  So part of our response to
8 this epidemic has been community outreach and an
9 attempt at preventative measures and an attempt
10 to connect patients and victims of this
11 situation to the definitive resources that we
12 believe will help them out of the situation
13 they're in.
14     Q.   Does your department offer any sort
15 of treatment or recovery services?
16     A.   No.
17     Q.   And I'm correct that your department
18 handles incoming emergency calls?  Sorry.  What
19 I'm getting at here, I'd like to kind of
20 separate the two.  There's a call that comes in
21 and then there's -- correct me if I'm wrong -- a
22 response to the call, somebody is dispatched.
23 So starting with this first part here, who
24 handles the incoming emergency call?
25     A.   A call to 911 via phone, for

Page 128

1 example, will go to our fire alarm headquarters
2 dispatch center.
3     Q.   And that's the fire -- within the
4 fire communications bureau?
5     A.   That is accurate.
6     Q.   And then your department is also
7 responsible for responding to those emergency
8 calls when somebody is dispatched?
9     A.   That is correct.
10         MR. CAREY:  It's a good stopping
11 point for lunch.
12         MS. FLOWERS:  Okay.
13         THE VIDEOGRAPHER:  Off the record at
14 12:25.
15
16         (Luncheon recess taken.)
17
18
19
20
21
22
23
24
25

Page 129

1         THE VIDEOGRAPHER:  Back on the
2 record, 1:28.
3         - - - - -
4         AFTERNOON SESSION
5   CONTINUED EXAMINATION OF CHARLES I. TWIGG
6 BY MR. CAREY:
7     Q.   Welcome back.
8         So right before we broke for lunch,
9 we were talking a little bit about 911 emergency
10 calls.  I'd just kind of like to round that out.
11         When a 911 call is placed within the
12 city of Akron, who receives it?
13     A.   The fire alarm headquarters, also
14 known as our dispatch center, if all goes well,
15 based on -- any hard-wired phone call definitely
16 goes to our dispatch center, and 95 to 99
17 percent of all the cell phone calls will be
18 directed towards our fire alarm headquarters, to
19 be answered there.
20     Q.   Who is directing those calls to the
21 dispatch center?  Is there somebody in between
22 the call being placed and it going to the
23 dispatch center or is it done by computer?
24     A.   I don't know the technical details
25 of how they're routed, but I do know that within

Page 130

1 the city limits the calls are supposed to come
2 to our dispatch center.  When you get towards
3 the periphery and cell towers are involved,
4 occasionally a call will be directed to the
5 incorrect public safety answering point, is the
6 industry name for it, and occasionally a call
7 will have to be transferred from, let's say, the
8 Falls to Akron based on a weird cell tower ping,
9 or something along those lines, but in general,
10 anything within city limits comes to our
11 dispatch center.
12    Q.    What entities or divisions within
13 Akron as a whole pay for the dispatch center?
14    A.    What do you mean by "entities within
15 Akron"?
16    Q.    Is the dispatch center run solely by
17 Akron Fire or are other entities involved, such
18 as the police department?
19    A.    That would be accurate.  So the
20 dispatch center is shared, if you will.  It's a
21 combined dispatch center with police and fire.
22 We do not have separate dispatch facilities, if
23 that helps.
24    Q.    So if somebody makes a call to 911
25 for a police emergency that does not require

Page 131

1 fire or EMS services, that call would still go
2 to the dispatch center we've been talking about?
3    A.    That is accurate.
4    Q.    Once the call comes into the
5 dispatch center, what happens after that?
6    A.    You have -- the dispatch center is
7 broken up into call takers and dispatchers.  So
8 the call is received by the call takers and then
9 it will be shipped, you know, is the term for
10 it, from the call taker to the appropriate
11 dispatchers, either police or fire, fire/EMS I
12 should say.
13    Q.    And the call takers and the call
14 dispatchers, they all work at the dispatch
15 center?
16    A.    That is correct.
17    Q.    Now, speaking specifically of the
18 dispatchers, is that, again, shared?  Are there
19 police dispatchers and fire department
20 dispatchers?
21    A.    That is my understanding.
22    Q.    So if somebody makes a 911 call for
23 a fire or EMS emergency, the call taker receives
24 it and, based on the information the call taker
25 receives, they then hand it off or transfer it

Page 132

1 to a dispatcher based off that information that
2 they just received?
3    A.    Yes.
4    Q.    And they make the initial decision
5 whether it should go to a police dispatcher or a
6 fire/EMS dispatcher?
7    A.    Yes.
8    Q.    Just to make sure I completely
9 understand this, are there different dispatchers
10 at the dispatch center for fire calls versus
11 medical emergency calls?
12    A.    Yes and no.  Depending on the time
13 of day, they can have a separate dispatcher that
14 will only do EMS while the other dispatcher will
15 do only fire.  But there are times where during
16 slower periods they'll only have one dispatcher
17 to send out both fire and EMS calls.
18    Q.    Who employs the call takers?
19    A.    The Safety -- Safety Forces
20 Communication Center is the title of the entity
21 that employs the call takers and the
22 dispatchers.
23    Q.    Does -- we can talk about this more
24 later, but in general, does money come out of
25 the fire department's budget for the SFCC?  Is

Page 133

1 that the shorthand for it?
2    A.    Sure.
3        The dispatch center is budgeted
4 separately from police and fire under public
5 safety is my understanding.
6    Q.    So a fire or EMS dispatcher receives
7 a call from the call taker.  They pass it off to
8 the fire or EMS dispatcher.  What happens next?
9    A.    The call comes up on the
10 dispatcher's console and then they do a quick
11 review of the call, make sure everything seems
12 appropriate, and then based on the location of
13 the call, the dispatcher will hit the tones in
14 the station that alerts them that they have a
15 call, and they send it, in air quotes, to that
16 station, and a printer will go off in the
17 station with that information of where the call
18 is, and then they'll also get on the PA system
19 and they'll verbally dispatch the apparatus in
20 question to the location.
21    Q.    I think you said that the dispatcher
22 does a quick review of the call to make sure
23 everything seems appropriate.  What are they
24 reviewing?
25    A.    The -- sometimes there will be notes

34 (Pages 130 - 133)

Page 134

1 in the call from the -- as the call taker is on
2 the phone with the caller, they are typing
3 almost continuously about anything the person
4 might be saying.  So the dispatchers, I believe,
5 typically do a real quick review of the notes to
6 see if anything special is going on before they
7 send everybody out.
8    Q.   What type of information is the call
9 taker recording?
10    A.   Just all kinds of information.  You
11 would have to be more specific about what you're
12 asking for, I think.
13    Q.   Okay.  Well, you know, we have some
14 documents that I think relate to this stuff that
15 we'll take a look at in a second.  Maybe that
16 will help me get some questions right here.
17       But let me just -- what -- is there
18 any tracking of the calls that takes place when
19 they come in?  Is each call recorded in a
20 database or something like that?
21    A.   All the calls are recorded, yes.
22    Q.   I'm sorry.  I should have been more
23 specific with my question.  When you say all the
24 calls are being recorded, is that an audio
25 recording?  Is that what you're referring to?

Page 135

1    A.   Yes.  There's an audio recording of
2 each call that comes into dispatch.
3    Q.   And then is there a database that
4 the call takers are entering information into
5 about the call?
6    A.   If there is, I'm not familiar with
7 what you're referring to.
8    Q.   Are the dispatchers entering
9 information about the calls into a database?
10    A.   Again, I'm not understanding the
11 term "database" as it applies to this.  To the
12 best I understand your question, the answer is
13 no.
14    Q.   Are the dispatchers typing this
15 information into a computer?
16    A.   Yes.
17    Q.   And when they're typing this
18 information into the computer, where is it
19 going?
20    A.   Into the CAD system.
21    Q.   Okay.
22    A.   I thought you were asking about
23 something different.
24    Q.   No.  Sorry.  That's all I was
25 getting at.

Page 136

1       - - - - -
2       (Thereupon, Twigg Deposition Exhibit
3       8, Spreadsheet Excerpt, Beginning
4       Bates Number AKRON_001121887, was
5       marked for purposes of
6       identification.)
7       - - - - -
8    Q.   Chief Twigg, I've just handed to the
9 court reporter a document, and the Bates
10 label -- let me explain here what's going on
11 with this document.  The Bates label is
12 Akron_001121887, and just so -- let's walk
13 through this document real quick and what it is.
14       Just so you understand, your
15 attorney has produced a pretty massive
16 spreadsheet that contained a lot of this
17 information.  It would have been thousands of
18 pages probably if we printed it and brought it
19 in.  So this is just kind of a snippet of that
20 information.  It's three rows of the
21 information.  And the way the document is set
22 up -- and, also, just for the record, the
23 Bates -- because it was produced natively, the
24 Bates stamp was not on there.  We just added
25 that on and the page number for ease of

Page 137

1 reference as we're talking about it.
2       So this is three rows of information
3 out of that spreadsheet.  If you flip, the
4 numbers consecutively go up, one, two, three,
5 four, five, basically you're just going over in
6 columns through the spreadsheet.  So if you took
7 the first page off and set it over here and the
8 second page next to it, you could line them all
9 up and it would just be three rows of the
10 spreadsheet.
11       Does that make sense?
12    A.   I think I understand.
13    Q.   Okay.  Stop me if we're going
14 through these and you're getting confused about
15 where we are in here and what it is and we'll
16 try and figure it out.
17       According to the metadata, the
18 author of this spreadsheet was an -- and I might
19 pronounce the first name wrong, an Eric or Erich
20 (phonetic) Jackson.  Do you know who that is?
21    A.   I do.
22    Q.   Who is that?
23    A.   He is a former employee that worked
24 in the safety forces IT section and was involved
25 in -- well, yeah.  A former employee that worked

35 (Pages 134 - 137)

Page 138

1 in the safety forces IT section.
2    Q.   What was he involved in?
3    A.   He was involved in gathering data
4 out of the CAD system as part of the discovery
5 process.
6    Q.   Okay.  You said former employee.
7 When did Mr. Jackson leave?
8    A.   Within the last couple months, I
9 believe.
10    Q.   Do you know why he left?
11    A.   I do not know why.
12    Q.   The title of the document, according
13 to the metadata, is AFD CAD_D stats notes.  Does
14 the D stats notes signify anything to you?
15    A.   I'm not familiar with that term.
16    Q.   Okay.  Looking at this, what is this
17 information to you?
18    A.   Well, I would start with saying that
19 I have never seen information displayed in this
20 format before, but through context and what
21 you've told me about where the information came
22 from, I believe this to be data from specific
23 fields of a specific incident out of the CAD
24 system.
25    Q.   Do you know, is there a specific

Page 139

1 field that is filled in exclusively when a call
2 comes in related to opioids?
3    A.   I do not know.
4    Q.   If you turn to the third page,
5 there's a column titled "Nature."  Do you know
6 what type of information is put into the Nature
7 field?
8    A.   To my understanding, you'll see
9 the -- at the beginning of the writing in the
10 Nature field, there is -- for example, in the
11 first nature block on page 3, you'll see ill1.
12 I believe that -- my understanding is that's
13 called a CAD code, and based on the information
14 that the call taker receives as they input that
15 information into the system, the nature code is
16 generated from that information.  And I believe
17 that has already been established by the time
18 the dispatcher receives the call from the call
19 taker.
20    Q.   So who's entering this information
21 into CAD, the dispatcher?
22    A.   My understanding is that this
23 information would be generated based on what the
24 caller says to the call taker.
25    Q.   So is the call taker entering this

Page 140

1 information into CAD?
2       MS. FLOWERS:  Objection.  Asked and
3 answered.
4    A.   I believe the call taker is the one
5 that's entering this information into CAD.
6    Q.   The far left-hand column on page 1,
7 it's titled "DStatsID."  Do you know what that
8 number is, the numbers in that column?
9    A.   I do not know, but I would add that,
10 based on my knowledge, some information dumps
11 into the CAD automatically based on the 911
12 call, so there is potential for information to
13 be in here, for example, address, which might be
14 generated by the computer when the call taker
15 picks up the call.
16    Q.   The second column there -- and I
17 promise we're not going through all these, but
18 the second column there, DStatsNum, do you know
19 what the difference is between the numbers in
20 that column and the previous column, the
21 DStatsID column?
22    A.   I do not know what DStatsID is.  I
23 think DStatsNum -- and I'm not positive, but it
24 looks like that might be the incident number.
25    Q.   All right.  Turning to the last page

Page 141

1 then, Incident Notes, do you know if these notes
2 comprise everything that the caller said?
3       MS. FLOWERS:  Object to the form.
4    A.   I do not know.
5    Q.   Are the call takers required, that
6 you know of, to enter everything that the caller
7 says?
8    A.   To the best of my knowledge, the
9 call takers are not required to enter every word
10 verbatim that's said by the caller.
11    Q.   Are these notes used by somebody
12 after they're entered into the CAD database?
13    A.   I can say that in the course of my
14 daily duties, there's been times where, when we
15 go to investigate a call for whatever reason,
16 we'll look up the call and read through the
17 notes to help us get an understanding of what
18 that call might have been about as we look into
19 it for some reason or another.  That would be an
20 example of sometimes where you use the notes.
21    Q.   I think you mentioned -- and I'm
22 going to use the terminology wrong here, but I
23 think you mentioned when the dispatcher pings or
24 sends this to the appropriate firehouse, that
25 something is printed out there.  Did I come

36 (Pages 138 - 141)

Page 142

1 anywhere close to explaining that correctly?
2    A.   I understand your question.
3    Q.   Are the incident notes printed out?
4 What is printed out at the firehouse after a
5 dispatcher sends the information to them?
6    A.   I'm trying to remember what a
7 printout looks like.  I believe that caution
8 notes, if there should be caution notes assigned
9 to a call, those would print out on the
10 printout.  And you'll have to excuse me.  It's
11 been several years since I've torn a run sheet
12 out, printout out.  I do not recall all of the
13 notes being on the printout at the station.  And
14 then I can speak more affirmatively on the fact
15 that sometimes a call will be dispatched and
16 notes will be added after the call was
17 dispatched, and that certainly would not be on
18 the printout.
19    Q.   You mentioned caution notes.  What
20 are those?
21    A.   For example, there will be times
22 when, through our fire prevention bureau, we
23 know a structure has specific structural hazards
24 involved.  There's been times when we'd say this
25 building is a do not enter or defensive fire

Page 143

1 only, for example, so we would ask the dispatch
2 folks to put a caution note for this particular
3 address.  Then should that address come in at a
4 later date, that caution note would be shared
5 with the responders.
6    Q.   From the time a call comes in till
7 the time the call taker sends it over to the
8 dispatcher, about how long is that time period?
9    A.   I believe the standard is to get it
10 shipped in less than 60 seconds.
11    Q.   And how long do dispatchers stay on
12 the line for a call?
13    A.   I'm not sure I understand your
14 question.
15    Q.   So from the moment a dispatcher
16 receives the call from the call taker to the
17 moment that dispatcher is done with handling
18 that call, do you have an estimate on how long
19 the dispatcher would have been handling that
20 specific call?
21    A.   I do not have an estimate.
22    Q.   Ten minutes?
23    A.   No.
24    Q.   Less than ten minutes?
25    A.   Yes.

Page 144

1       MS. FLOWERS:  Objection.
2    Q.   Less than five minutes?
3       MS. FLOWERS:  Objection.
4    A.   Yes, less than five minutes.
5    Q.   Is there specific circumstances or
6 instances that you're thinking of that make it
7 hard to judge this?
8    A.   Our dispatch center -- and I'm
9 trying to think of the number off the top of my
10 head.  I think our dispatch center processes
11 somewhere in the neighborhood of 250 to 300,000
12 calls a year, so you're asking specifics about a
13 very wide-ranging degree of calls, so it's hard
14 for me to give an answer specifically when
15 there's such a gigantic range of call types.
16    Q.   Could you give an estimate on how
17 long a dispatcher is handling a call for an
18 opioid overdose?
19       MS. FLOWERS:  Objection.
20    A.   I'd have no way of -- it would be a
21 flat out guess.  I have no specific knowledge of
22 averages or any statistics about how long that
23 takes.
24    Q.   So my understanding is there's a
25 regulation that requires call takers to transfer

Page 145

1 a call under a certain amount of time; is that
2 right?
3    A.   No, that's not accurate.
4    Q.   Actually, it's not that important.
5 We can move on.
6       So in general, and not referencing
7 this specific document, is there anything in the
8 CAD data that can tell someone whether the
9 incoming call that was recorded there was
10 regarding an opioid overdose?
11       MS. FLOWERS:  Objection.  Asked and
12 answered.
13    A.   There's nothing in the -- there's no
14 specific CAD field that indicates opioid
15 overdose.
16    Q.   Do you know, if somebody asked you
17 to look at all the CAD data and determine which
18 ones were related to opioid overdoses, would you
19 be able to do that?
20       MS. FLOWERS:  Objection.
21    A.   Could you say that -- could you ask
22 me again?
23    Q.   Sure.
24       If somebody came to you -- let's say
25 the mayor came to you and said, "I need you to

37 (Pages 142 - 145)

Page 146

1  look at the CAD data and tell me how many of
2  those calls that are recorded in there were
3  related to opioid overdoses," would you be able
4  to do that?
5      A.   Are you asking me specifically about
6  the CAD data and only the CAD data?
7      Q.   Yes.
8      A.   We have the ability to look through
9  CAD data to give us an indication of which calls
10  may have been opioid overdoses and then research
11  further, based on that CAD data, with the
12  handwritten report.
13      Q.   What in the CAD data are you looking
14  at to get the indication if a call may have been
15  related to an opioid overdose?
16      A.   You could use their consciousness
17  level as an indicator of a possible overdose
18  that would raise your level of suspicion to the
19  point where you could look for additional
20  details.
21      Q.   Where is the consciousness level
22  recorded in the CAD data?  Do you know what the
23  title of that column or field would be?
24          MS. FLOWERS:  Objection.  Lack of
25  foundation.

Page 147

1      A.   I don't believe there's a specific
2  conscious or unconscious box to check, if that's
3  what you're asking.
4      Q.   Where would that be recorded in the
5  CAD data then?
6      A.   There are certain nature codes that
7  speak to a person's lack of responsive.
8      Q.   Are there specific nature codes that
9  you're referring to?
10      A.   One that comes to mind is
11  unresponsive.
12      Q.   If I'm understanding you correct,
13  and not to put too fine a point on it, but just
14  exclusively looking at the CAD data and only the
15  CAD data, you would not be able to determine how
16  many of the incoming calls were related to
17  opioid overdoses?
18          MS. FLOWERS:  Objection.  Asked and
19  answered.
20      A.   I'd go back to my previous answer,
21  that we do not have a specific box checking
22  opioid overdose, but we have the ability to
23  utilize CAD data to help us figure out how many
24  overdoses we've had.
25      Q.   But you have to look to somewhere

Page 148

1  beyond the CAD data to reliably tell how many of
2  the calls were related to opioid overdoses?
3      A.   To get an accurate count, that's
4  accurate.  That's correct.
5      Q.   We talked a little earlier about --
6  let me see if I can get this right.  Sometimes
7  ambulances or EMS personnel are dispatched to a
8  call and sometimes firefighters are dispatched.
9  Does that information show up in the CAD data?
10  In other words, would the CAD data tell me if
11  both a fire truck and an ambulance responded to
12  a call?
13      A.   I believe it should.
14      Q.   Do you know what field that would be
15  entered in?
16      A.   I believe there should be an
17  apparatus field of some description in the data.
18      Q.   Do the EMS bureau and the fire
19  division share a CAD database?
20          MS. FLOWERS:  Objection.  Asked and
21  answered.
22      A.   The CAD system supports EMS and
23  fire.
24      Q.   If Narcan is dispensed, is that
25  recorded in the CAD data?

Page 149

1      A.   Not to my knowledge.
2          - - - - -
3      (Thereupon, Twigg Deposition Exhibit
4      9, Spreadsheet Excerpt, Beginning
5      Bates Number AKRON_001121886, was
6      marked for purposes of
7      identification.)
8          - - - - -
9      Q.   I'm handing to the court reporter
10  Akron_001121886.  It's going to be Defendants'
11  Exhibit 9.  You can set that one aside.  So this
12  is very similar to the last document we were
13  just looking at.  And, again, this was produced
14  to us in the native Excel spreadsheet.  We added
15  the Bates number and the page number for ease of
16  reference.  And, again, this is just kind of a
17  handful, maybe, what, 15 rows here, and then as
18  you turn the pages, you're going across in
19  columns.
20          Do you recognize this document?
21      A.   This would be a similar description
22  to the previous document you showed me, where
23  I've never seen a document produced in this
24  format before, not in my -- in my role as EMS
25  chief or anything to do with my dispatch

Page 150

1 oversight.  So I haven't seen this type document
2 before, just like the other one.
3      Q.    I'll represent to you that,
4 according to the metadata, the author of this
5 document was the same, Mr. Jackson, as the last
6 one, and the title was "AFD CAD Incidents,"
7 where the title of the last document was "AFD
8 CAD D Stats Notes."  Does that change in title
9 have any significance to you?
10      A.    Not to me.
11      Q.    Looking at this document, do you --
12 strike that.
13          Are there specific questions a call
14 taker is required to ask when a call comes in?
15      A.    Yes.
16      Q.    Do you happen to know what those
17 questions are?
18      A.    No.
19      Q.    The same question for a dispatcher.
20 Are there specific questions that a dispatcher
21 is required to ask when he or she is handling
22 the call?
23      A.    A dispatcher is not in contact with
24 the person calling in to 911.
25      Q.    Who is the dispatcher in contact

Page 151

1 with?
2      A.    The dispatcher's job is to dispatch
3 the apparatus that are supposed to be going to
4 the call, so the dispatcher communicates with
5 the response resources, not the caller.
6      Q.    Who are the response resources?
7      A.    Well, for fire side, it would be
8 either a fire apparatus or an EMS apparatus or a
9 command vehicle, something along those lines.
10      Q.    What does the dispatcher do?  Does
11 he or she call these resources?
12      A.    The dispatcher is in contact with
13 the on-air, which means out of the station,
14 apparatus via radio, and then they have
15 communication capability with each of the fire
16 stations via a PA station.
17      Q.    You can set that aside.  Do me a
18 favor.  Walk me through -- the call comes in.
19 The call taker gets it, transfers it to the
20 dispatcher.  What happens next again?
21      A.    Where did your -- where did it stop?
22      Q.    The dispatcher now has the call.
23 Can you just walk me through what the dispatcher
24 does with it again?
25      A.    Do a quick review for any notes that

Page 152

1 should catch their attention, and then they look
2 at the running order for the particular call and
3 then they alert the appropriate apparatus based
4 on that information and either send it to the
5 station or notify the units that are on air, out
6 driving around, that they have a call, and they
7 give them the address.  And that's pretty much
8 the initial dispatch.
9      Q.    Real quick.  I think we said earlier
10 -- or you said earlier that sometimes it's the
11 case that only a fire truck or fire-fighting
12 apparatus responds to a call; is that correct?
13      A.    There are calls that come into our
14 dispatch center that only a fire apparatus would
15 respond to, correct.
16      Q.    And are there calls that only an EMS
17 apparatus responds to?
18      A.    Yes.
19      Q.    And then there's calls that both
20 respond to, I'm assuming, correct?
21      A.    Yes.
22      Q.    What type of call only requires an
23 EMS response?
24      A.    Well, it depends on the type of call
25 and the unit responding.

Page 153

1      Q.    Can you explain a little more what
2 that means?
3      A.    Some of our med units have two
4 people and some have four people.  If a
5 75-year-old person is in -- is not breathing and
6 bystanders are doing CPR at church, and the
7 first med unit responding is with two people in
8 it, we'll send a fire apparatus to assist with
9 manpower on that call.  If that same exact call
10 occurred with a four-person med unit, most
11 likely we will not send additional resources to
12 assist.
13          - - - - -
14          (Thereupon, Twigg Deposition Exhibit
15          10, Spreadsheet Entitled "Akron
16          Opiate Incidents Between 7/10/2010
17          and 6/02/2018," Beginning Bates
18          Number AKRON_000004036, was marked
19          for purposes of identification.)
20          - - - - -
21      Q.    I'm handing to the court reporter
22 Akron_000004036.  That will be Defendants'
23 Exhibit 10.  Like the last couple documents we
24 looked at, this was a spreadsheet that was
25 printed out; however, for this one, this is the

39 (Pages 150 - 153)

Page 154

1 complete spreadsheet.  It was three columns.
2 The title of the document that's on there, and
3 also I believe, according to the metadata, is
4 "Akron Opiate Incidents Between July 10th, 2010
5 and June 2nd, 2018."
6       Do you recognize this document?
7    A.   I do not.
8    Q.   Also, according to the metadata, its
9 author is Chris Karakis.  You know Mr. Karakis,
10 correct?
11   A.   I do.
12   Q.   You did not -- did you help
13 Mr. Karakis create or collect this data?
14   A.   Not to my knowledge.
15   Q.   Do you know how he would have
16 identified all of these as opiate incidents?
17       MS. FLOWERS:  Object to the form.
18 Lack of foundation.
19   A.   I do not know.
20   Q.   If you were asked to identify every
21 opiate incident that Akron Fire responded to
22 during this time period of this document, how
23 would you go about doing that?
24       MS. FLOWERS:  Object to the form.
25   A.   I'd get on the phone and call Joe

Page 155

1 Natko and say, "Hey, guys, start working on all
2 these opioid calls and let me know."
3    Q.   But you don't know how they would go
4 about collecting this information?
5       MS. FLOWERS:  Objection.
6    A.   I did not get into the specifics of
7 how this information was collected.
8    Q.   This will be Exhibit 11.  It's Bates
9 stamped Akron_000300387.
10       -  -  -  -  -
11       (Thereupon, Twigg Deposition Exhibit
12       11, Patient Care Report, dated July
13       28, 2016, Bates Numbered
14       AKRON_000300387, was marked for
15       purposes of identification.)
16       -  -  -  -  -
17   Q.   Do you recognize this document?
18   A.   I recognize the generic document,
19 not the specific document.
20   Q.   What is the generic document?
21   A.   It's a patient care report.
22   Q.   And I think you agreed earlier that
23 these are also referred to as run reports; is
24 that right?
25   A.   That is correct.

Page 156

1    Q.   Who would have filled this out, EMS
2 personnel or fire personnel?
3    A.   Is it all right if I finish reading
4 it?
5    Q.   Sure.  I'm sorry.  Please.  Take
6 your time.
7    A.   Okay.  I'm sorry.  What was the
8 question?
9    Q.   Who would have filled this document
10 out, EMS personnel or fire personnel?
11   A.   Our patient care reports are only
12 filled out by our paramedics.
13   Q.   And I think you said earlier if --
14 if somebody from fire had to respond to this,
15 they would have had a different report to fill
16 out?
17   A.   That is correct.  There is still a
18 fire report, an incident report, associated with
19 this call.
20   Q.   What's the title of that document?
21   A.   That would be all the AFIRS reports,
22 all the AFIRS data that we produced.
23   Q.   Okay.  So there's AFIRS data.  Is
24 there a hard copy, a report that is input into
25 the AFIRS database?

Page 157

1    A.   There is not a paper copy of a
2 report similar to this.  The fire report is
3 entered into the computer directly.
4    Q.   Okay.  Is the fire report entered
5 into the computer directly through the -- what I
6 understand is the ESO system?
7    A.   The --
8    Q.   We can strike that.  Let me ask this
9 a different way.
10       Has that always been the case that
11 the fire reports are entered directly into the
12 computer?
13   A.   Well, I mean, going back, to say
14 always would not be accurate.  We started in
15 1860.  So, in my career, the fire reports have
16 been entered into the system since the early
17 '90s to my recollection.
18   Q.   So let's start in the early '90s.
19 Fire personnel go on a call.  They -- they
20 collect certain information.  Where does that
21 information go?
22       MS. FLOWERS:  Objection.  Scope.
23   A.   Fire departments are required by
24 state law to report all of our activities, and
25 there's a National Fire Incident Reporting

40 (Pages 154 - 157)

Page 158

1 System called NFIRS, and our response
2 information is entered into NFIRS in some way,
3 shape or form over the length of my career.  So
4 at some point in the mid '90s the system then
5 was called Wintegrate.  You would type in the
6 run information into Wintegrate, which was then
7 transferred to the national database.  And then
8 at some point after that we used a program
9 called HTE.  And then after that we developed a
10 home software called AFIRS, and we still use
11 that to this day.  So those are the systems that
12 have been used to report our response data to
13 the national NFIRS database.
14     Q.  Okay.  So looking at the AFIRS time
15 period, the information that somebody from the
16 fire department, fire personnel, puts into the
17 AFIRS database, is that hand-recorded anywhere
18 first before it's put into the database?
19     A.  For fire reports?
20     Q.  For fire reports.
21     A.  No, sir.
22     Q.  The fire personnel retain this
23 information in their head and go back to the
24 computer, and then -- after the run, and put the
25 information into the system?

Page 159

1     MS. FLOWERS:  Object to the form.
2 Lack of foundation.
3     A.  That's an accurate description.
4     Q.  What information are the fire
5 personnel inputting into AFIRS?
6     MS. FLOWERS:  Objection.
7     A.  The NFIRS system has specific data
8 fields that they request.  A classic example is
9 address, type of structure, these type things.
10 Those are required for all fire-only calls.
11 They're not required for EMS calls.  So on a
12 fire call, an officer goes out, goes to the
13 call.  Somebody is locked out of their house.
14 They let them in.  They go back to the station.
15 They fill out the information on the computer
16 about the call.
17     Q.  You've mentioned two different
18 databases here that sound real similar to me,
19 AFIRS and NFIRS?
20     A.  Yes, sir.
21     Q.  What's the difference between those
22 two databases?
23     A.  NFIRS is the required database.  I
24 believe it's administered by the National Fire
25 Administration.  AFIRS is the Akron Fire

Page 160

1 Incident Reporting System, which was the
2 proprietary software system that was created
3 in-house to report our fire data to the national
4 and our EMS data to the state.
5     Q.  Backing up a second, we were talking
6 about when a call comes in, whether just an
7 ambulance goes or whether an ambulance and a
8 fire truck or fire apparatus go to the call, and
9 in your example it was -- I'm sorry.  It was, I
10 think, somebody at church having chest pains.
11 Is that right?
12     A.  I used -- an elderly person in full
13 arrest was the example I used.
14     Q.  Okay.  So in your example where a
15 two-unit -- or a two-person EMS unit responds
16 and a fire truck, what would the fire personnel
17 record after such an incident?
18     A.  The fire person would record very
19 minimal information, which is basically that
20 they were on a med assist, is what they call it,
21 so they would have no specific data usually
22 beyond that.
23     Q.  Can you think of a situation where
24 they would record more than just med assist?
25     A.  No.  The code for a fire truck going

Page 161

1 to help a med unit is a manpower assist, med
2 assist.  That's pretty much the extent of what's
3 required of them, because they -- the rest of
4 the data is on the EMS report.
5     Q.  Would somebody from the fire
6 personnel ever dispense medication?
7     A.  There is the potential now in recent
8 years for a fire apparatus to administer Narcan
9 because we've installed Narcan on all of our
10 fire apparatus in response to the epidemic;
11 however, that would still be recorded on the EMS
12 report, not the fire report.
13     Q.  Is there a separate place where the
14 fire personnel would record that dispensation of
15 Narcan?
16     MS. FLOWERS:  Objection.
17     A.  I do not have personal knowledge of
18 our officers recording Narcan administration on
19 a fire report in any way.
20     Q.  Looking back at this exhibit that
21 you have in front of you, in the top right-hand
22 corner it says, "Run Number."  Do you see that?
23     A.  Yes, sir.
24     Q.  What is a run number?
25     A.  That's the incident number for the

41 (Pages 158 - 161)

Page 162

1 call they went on.  They're assigned numerically
2 from January 1 till 12-31, so the first call of
3 the year is 1600001.
4      Q.    Looking back at the previous
5 document, Mr. Karakis' list of opiate incidents,
6 can you turn to page 41 in that exhibit?  Do you
7 see about, I guess, three-quarters of the way
8 down the page, there's an incident number
9 1625042?  Do you see that?
10     A.    I do.
11     Q.    And the title of that column where
12 that number is is "Incident."  Is it referencing
13 the incident described in the incident report in
14 Exhibit 11?
15          MS. FLOWERS:  I'm sorry, counselor.
16 Which page are you on?
17          MR. CAREY:  Yes.  Sure.  So it's
18 page 41 and it's about three-quarters of the way
19 down the page, so maybe ten -- ten up from the
20 bottom.
21          MS. FLOWERS:  Thank you.  Okay.
22          MR. CAREY:  And the incident number
23 is 1625042.
24          MS. FLOWERS:  Do you see it?
25          THE WITNESS:  I do.

Page 163

1      Q.    So my question, is Exhibit 11, the
2 run report -- does this report correspond to the
3 incident here that's listed in this document
4 titled "Opiate Incidents Between July 10th, 2010
5 and June 2nd, 2018"?
6      A.    The incident number, the address and
7 the date match, so to the best that I can tell,
8 it would be referencing that, yes.
9      Q.    Now, looking at the actual run
10 report, if you go about halfway down the page on
11 the right-hand side, it says, "Impression."  Do
12 you see that?
13     A.    I do.
14     Q.    What is generally filled out in that
15 field?
16     A.    That's just what it says, the
17 impression.
18     Q.    Whose impression is it that's put
19 into that field?
20     A.    The medic's impression.
21     Q.    Do you know what R/O means?
22     A.    Traditionally that says -- that
23 means rule out.
24     Q.    Okay.  And if you look up kind of in
25 the middle of the top, it says, "Current Meds."

Page 164

1 Do you see that?
2      A.    I do.
3      Q.    It says Remeron and Buspar.
4      A.    I see that.
5      Q.    Do you know what those drugs are?
6      A.    I do not.
7      Q.    Do you know if they're opioids?
8      A.    I do not.
9      Q.    Do you see anything on this run
10 report that would make you think this was an
11 opioid incident?
12     A.    I'm no longer a paramedic, and to be
13 honest, I wouldn't feel appropriate to evaluate
14 this information and say whether or not there's
15 opiates involved.
16     Q.    Part of your job is overseeing the
17 EMS bureau; is that correct?
18     A.    I manage the EMS -- I manage the
19 manager of the EMS bureau, correct.
20     Q.    But -- so does that mean you don't
21 have any -- you just manage the manager, you
22 don't have any oversight of the actual bureau
23 itself other than the manager?
24          MS. FLOWERS:  Object to the form.
25 Lack of foundation.

Page 165

1      A.    I manage the people that are
2 involved in the EMS bureau.  I manage the
3 direction and have input into the direction of
4 the EMS bureau, but we have a quality assurance
5 coordinator, we have a medical director that's a
6 physician, and we have a bureau manager that's
7 still a medic, and they are involved in the
8 oversight of the actual medical calls
9 themselves.
10     Q.    So I'll represent to you that I
11 looked up what Remeron and Buspar are and
12 they're anti-anxiety and anti-depressant drugs.
13 And then -- so "Patient History" here in the
14 middle of the page, do you see that?
15     A.    I do.
16     Q.    So I'm going to try to read this and
17 see if I can get some of the shorthand right.
18 Family states patient was running around outside
19 naked and is now in the apartment not making
20 sense.  Patient was trashing the apartment,
21 refused to let EMS in, EMS forced entry.  I'm
22 not sure what -- walked patient to cot, I
23 believe.  Patient stumbled on stairs and went
24 down on one knee, but fell.  Was checked by
25 medic.  Patient stated started new higher -- I'm

42 (Pages 162 - 165)

Page 166

1  assuming the up arrow means higher, but it just
2  says new up arrow dose of Buspar, Remeron today.
3  Does that sound like an opioid incident to you
4  --
5          MS. FLOWERS:  Object to the form.
6      Q.    -- or an opioid overdose?  Does that
7  sound like an opioid overdose to you?
8      A.    I've already -- I will answer again
9  that not having been there at this call back in
10  2016 and not knowing any of the further details
11  nor the specifics of the meds, I would not
12  presume to say whether or not I think this is an
13  opioid call or not.
14      Q.    A little further down the page under
15  "Medication," it says Narcan.  Do you see that?
16      A.    I do.
17      Q.    Does that mean that Narcan was
18  dispensed?
19      A.    It does.
20      Q.    Would you be concerned if Narcan was
21  being dispensed to patients who did not need it?
22          MS. FLOWERS:  Object to the form.
23      A.    My understanding of our protocols is
24  that Narcan is administered when the cause of
25  the overdose is uncertain or undetermined, so

Page 167

1  from my understanding of our system and the use
2  of Narcan, and this comes from the training we
3  received when we put it on the fire trucks and
4  the APD cruisers, is that there would not be any
5  significant risk to patients should they receive
6  Narcan and, in your terms, not need it.
7      Q.    Do patients who are suffering from
8  opiate overdoses generally refuse entry to EMS
9  personnel?
10          MS. FLOWERS:  Object to the form.
11  Lack of foundation.
12      A.    I'm not understanding your question.
13  I apologize.
14      Q.    I'm just wondering.  It says,
15  "Patient refused to let EMS in."  Does that
16  sound like to you -- I understand you weren't
17  there, but to you, reading that line, does that
18  sound like somebody who was suffering from an
19  overdose?
20          MS. FLOWERS:  Same objection.
21      A.    After 26 years in this job, I've
22  learned to not make assumptions about what
23  somebody is on or doing or their circumstances
24  based on their behavior.  It's simply impossible
25  to make broad-based assumptions, so we proceed

Page 168

1  with caution at all times and always go the more
2  conservative route.
3      Q.    What are some of the indications
4  that somebody is suffering from an opioid
5  overdose?
6      A.    In its most extreme form, lack of
7  breathing, unconsciousness, pinpointed pupils
8  are common, things along those natures.
9          THE VIDEOGRAPHER:  Can I change the
10  tape?
11          MR. CAREY:  Sure.
12          THE VIDEOGRAPHER:  Thank you.  We're
13  off the record, 2:30.
14          (Recess had.)
15          THE VIDEOGRAPHER:  We're back on the
16  record, 2:43.
17  BY MR. TWIGG:
18      Q.    Chief Twigg, welcome back.
19      A.    Thank you.
20      Q.    Okay.  Looking back at Exhibit 11,
21  the run number or incident number in the upper
22  right-hand corner, would that number, if the
23  fire report -- I'm sorry.  Let me rephrase.
24          If a fire truck responded to this
25  call as well -- this is a hypothetical.  If a

Page 169

1  fire truck had responded to this call and
2  entered information into the AFIRS database
3  about this call, would they use the same run
4  number?
5      A.    They do.
6      Q.    They do, okay.  And is that run or
7  incident number available in the CAD database as
8  well?
9      A.    It's one number for -- each incident
10  only has one number.
11      Q.    Is there a separate CAD number that
12  identifies each separate incident?
13      A.    Not to my knowledge.
14      Q.    You can set that one aside.
15          -  -  -  -  -
16          (Thereupon, Twigg Deposition Exhibit
17          12, Patient Care Report Bates
18          Numbered Akron_000300426, was marked
19          for purposes of identification.)
20          -  -  -  -  -
21          I'm handing to the court reporter
22  what's going to be Defendants' 12.  It's
23  Akron_000300426.  You can take a second to
24  review this one also.
25          Do you see the run number or

43 (Pages 166 - 169)

Page 170

1  incident number in the upper right-hand corner
2  again?
3      A.  I do.
4      Q.  It looks like there's a B, at the
5  end -- as in boy, at the end of this one.  Do
6  you see that?
7      A.  I do.
8      Q.  Can you explain why that's there?
9      A.  I believe that would indicate there
10  was more than one patient.
11      Q.  So it's possible there could be a
12  1625401A?
13      A.  I believe our practice is to not put
14  a letter on the first one and then you put
15  letters on the second ones.  It's been a while.
16      Q.  Okay.  So this would be the third
17  patient?
18      A.  No.  I believe this would be a
19  second patient.  I don't know for a fact that we
20  put A on the first patient is what I'm saying.
21      Q.  Okay.  And then it proceeds from
22  there; if there's a third patient, that would be
23  C?
24      A.  That's accurate.  When we have a car
25  accident with multiple people in the same

Page 171

1  vehicle, we designate them by letters with the
2  same incident number.
3      Q.  Just real quick then, I guess,
4  turning back to Exhibit 9, the list of opiate
5  incidences, and we're going to be on the same
6  page that we looked at a little bit ago, page
7  41.  About the middle of the page on page 41,
8  there's an incident number on the left, 1625401.
9  I don't see an A or a B or a C designation
10  there.  It's just the numbers.  And I would also
11  note that the address appears to be different
12  than it is in that -- the listing of that
13  incident from what is listed here in this run
14  report.
15      Do you see that?
16      A.  I see what you're saying, yes.
17      Q.  So, in your estimation, this is not
18  the hard copy run report for the incident that
19  is referenced here in Exhibit 9, the opiate
20  incident report?
21      MS. FLOWERS:  Objection.  Lack of
22  foundation.
23      A.  I just can't say either way.
24      Q.  Okay.  You can put those to the
25  side.

Page 172

1      Chief Twigg, will you tell me the
2  different -- everything the fire division has
3  done to respond to the opioid epidemic?
4      A.  Well, in the first sense what we do
5  is we respond to the calls, and that's our
6  greatest involvement in this epidemic is to
7  respond to the 911 calls for service that
8  involve overdoses.
9      In addition to that, we have
10  instituted some new policies and procedures, and
11  as well as adjusted manpower to make up for the
12  increased call volume.
13      Q.  Let's start with the new policies
14  and procedures.  What are you referring to
15  there?
16      A.  Well, for example, for the first
17  time we began carrying Narcan on all the fire
18  apparatus, so now all of the response apparatus
19  on the Akron Fire Department have Narcan
20  available to them.
21      In addition, we developed a quick
22  response team, and this isn't in any
23  chronological order.
24      Q.  That's okay.
25      A.  Which -- it's a team of a medic, a

Page 173

1  police officer and an addiction specialist visit
2  individuals that have recently overdosed in an
3  attempt to hook them up with recovery resources.
4      Very early on, in the increased call
5  volume in the epidemic, if you will, we began
6  sharing resource lists with patients and family
7  members at calls, trying to make a patient aware
8  of what recovery resources were available to
9  them.  And we've done that in a couple different
10  iterations.
11      We have instituted a new response
12  vehicle called an alternative response vehicle,
13  and that is in response to the call volume
14  increase that we've seen.  And while that
15  specific unit doesn't necessarily respond to
16  opiate calls, the reasoning behind it was we
17  needed to figure out how to keep our regular med
18  units available more often to respond to the
19  serious calls.  So we've created this rig that
20  responds to some of the low acuity calls that we
21  would normally send the closest med unit to, so
22  instead we started sending this non-emergency
23  ambulance, is the best way to think of it, to
24  those calls, thus keeping the regular med unit
25  available for a higher acuity call.

44 (Pages 170 - 173)

Page 174

1      And then, additionally, we changed
2  our manpower to de-combo more rigs, again in
3  response to keeping more med units in service on
4  a regular basis.
5      And then I would say, not lastly,
6  but additionally, we've spent a lot of different
7  time speaking to people, speaking to public
8  groups, high schools, trying to use our staff to
9  do as much public education as possible
10 regarding the opioid crisis and how to avoid
11 starting down that path.
12     Q.   When you say "adjusted manpower to
13 de-combo," can you explain what that means to
14 me?
15     A.   We established earlier that when
16 you're at a fire station, the potential to go on
17 a med unit or a fire truck exists for our
18 personnel.  That gives us the ability to staff a
19 fire station with a med unit and a fire
20 apparatus with only four people, sometimes even
21 only three, and then whichever call comes in,
22 all three of those people will go on that call.
23 And we call that a combo'd station.  So when the
24 med unit is on a call, that means there's nobody
25 left to go on the fire truck.  When the fire

Page 175

1  truck is on the call, there's nobody left to go
2  on the med unit.  If we increase the staffing at
3  that station, we can then staff those rigs
4  individually and then they'll both be available
5  regardless of which one is on a call.  And we
6  call that de-combo'ing a station.  In order to
7  do that, you need additional manpower, so we
8  started hiring overtime at an earlier number, if
9  you will, to de-combo more rigs to increase
10 coverage for the med units.
11     Q.   You mentioned the QRT or quick
12 response team.  Do you partake in that?
13     A.   What do you mean by partake?
14     Q.   Are you a member of the quick
15 response team?
16     A.   I am not a member of the quick
17 response team.
18     Q.   Have you ever gone on -- I don't
19 know what you call them.  What do they call it
20 when they visit somebody, a call?
21     A.   I think they use the term "visits."
22     Q.   Visits.  Have you ever gone on a
23 visit with the quick response team?
24     A.   No, I have not gone on a specific
25 visit.

Page 176

1      Q.   Do you know how the quick response
2  team is funded?
3      A.   Originally, we were absorbing the
4  cost -- our costs of manpower, and I believe
5  Summit County ADM provided a person, and then
6  the police department provided a person, all at
7  our own expense.
8      Q.   What costs were those -- would those
9  have been that you were covering in the
10 beginning?
11     MS. FLOWERS:  Object to the form.
12     A.   I believe we provide the vehicle,
13 gasoline, maintenance, those type things, and
14 then the manpower hours, and then I believe we
15 are providing, you know, administrative support
16 to -- documents, paper, and then we have some
17 administrative time involved in tracking our
18 visits, arranging for the next round of visits.
19 Those would be some examples of costs incurred.
20     Q.   So as far as the fire division
21 personnel that are involved in the quick
22 response teams, they are not volunteering?
23     MS. FLOWERS:  Object to the form.
24     A.   The members of the QRT team for the
25 fire department volunteered for -- to be part of

Page 177

1  the team, but they are not volunteering their
2  time.
3      Q.   They're doing it as part of a shift,
4  as part of their fire division shift?
5      A.   We've done it both ways.  We've done
6  it as part of their shift.  So we have taken
7  away their resources from the line and
8  redirected them towards this epidemic-related
9  response, and then other times we've done it on
10 overtime.
11     Q.   You mentioned a number of times
12 increased call volumes.  Can you describe or
13 list all of the reasons for increased call
14 volumes?
15     A.   In what context?  I don't understand
16 the question.
17     Q.   I think you said, and I can go back
18 and look, but the alternative response vehicle
19 was brought about in part to increased call
20 volumes.  You've had to adjust manpower in
21 response to increased call volumes.  I'm just
22 wondering what the -- if you could name all of
23 the reasons that are causing increased call
24 volumes in Akron.
25     MS. FLOWERS:  Object to the form and

45 (Pages 174 - 177)

Page 178

1 to the characterization of the testimony.
2    A.   We have experienced slowly
3 increasing call volumes for many years at EMS.
4 We anticipate and plan on there being a slow and
5 gradual increase in the amount of resources that
6 are required.
7       During my career, the overall number
8 that -- of calls that we respond to has grown
9 from, I think it was, the low 30s, when I
10 started, 32, 33,000, and last year we topped
11 50,000 for the first time.  That's been a slow
12 gradual march over a period of time.  But when
13 I'm, in this context, referring to the increased
14 call volume, what we experienced starting back
15 in '15 and '16 was a more noticeable spike in
16 calls that really shot up in the middle of '16
17 and after, where we noticed dramatically the
18 number of OD-related calls impacting the
19 availability of our resources.
20    Q.   I think you mentioned that one of
21 the changes in policies in response to the
22 opioid epidemic was that fire department
23 vehicles other than ambulances started carrying
24 Narcan; is that right?
25    A.   Yes, sir.

Page 179

1    Q.   Was that in 2016; do you remember?
2    A.   I believe that it was.
3    Q.   Who pays for the Narcan that is put
4 onto -- scratch that.
5       Who pays for the Narcan that the
6 fire trucks carry?
7    A.   I think that we either pay -- I
8 think we might have bought the first round of
9 everything to get it onto the trucks.
10    Q.   Only the first round?
11    A.   Yes.  We exchange or get our -- all
12 of our drugs replaced.
13    Q.   By whom?
14    A.   The hospitals exchange them for us
15 or replace them for us when we use them.
16    Q.   So do I have this right then that
17 if -- if the Narcan that was stored on a fire
18 truck is dispensed, that it's replaced with
19 Narcan from a hospital?
20    A.   Under normal circumstances, in a
21 roundabout way, yes, you will take the Narcan
22 off the med unit and give it to the fire
23 apparatus.  The fire -- the med unit will then
24 get it replaced at the hospital.  There are
25 times where, for whatever unforeseen reason,

Page 180

1 that description doesn't come to bear and we'll
2 end up replacing it through our storeroom.
3    Q.   What about police vehicles?  My
4 understanding is that police vehicles in Akron
5 also carry Narcan.  Is that right?
6    A.   That is correct that cruisers carry
7 Narcan.
8    Q.   Who pays for the Narcan that the
9 cruisers are carrying?
10    A.   I was not involved in that
11 particular purchase.  I was not involved in that
12 particular purchase.
13    Q.   Do they also do -- sorry.  Do police
14 officers who dispense the Narcan from the
15 cruiser, do they also exchange the used Narcan
16 at the hospital for new Narcan?
17       MS. FLOWERS:  Objection.  Lack of
18 foundation.
19    A.   I don't know their process for
20 replacing it.
21    Q.   If a police cruiser responds to a
22 call and uses Narcan, will there necessarily
23 also be EMS personnel that are dispatched to
24 that scene?
25       MS. FLOWERS:  Object to the form.

Page 181

1    A.   As in former questions, I would say
2 that I can't guarantee that every single time
3 that happens, but that's the way it's supposed
4 to work.
5    Q.   Do you remember if there was a
6 revision to the Narcan protocol regarding
7 increased dosages of Narcan, or allowing
8 paramedics to dispense increased dosages of
9 Narcan?
10    A.   I remember there was an adjustment
11 to the protocol.  I do not know the specific
12 details of that adjustment.
13    Q.   Who would know that, Dr. Gradisek?
14 Is that it?
15    A.   If I'm recalling correctly, he would
16 have been the person that gave the green light
17 for that change.
18    Q.   What about the Summit County Opiate
19 Task Force; have you ever heard of that?
20    A.   I have.
21    Q.   Do you have any duties or
22 responsibilities with the task force?
23    A.   I do not, but I know I've attended
24 at least one or two of their meetings in the
25 past.

46 (Pages 178 - 181)

Page 182

1   Q.   Do you remember when that was?
2   A.   Not specifically.
3   Q.   How is the fire division's budget
4 created?
5   A.   The City of Akron has a finance
6 department and an office of audit and budget as
7 well underneath that finance department. The
8 fire department works in conjunction with those
9 offices to create an annual budget.
10   Q.   Is it specifically that the fire
11 division's accounting and services bureau works
12 with the financial department to help create the
13 budget?
14   A.   That's the most direct relationship
15 on that subject, yes.
16   Q.   Did you help work on budgets during
17 your time as the head of the accounting and
18 services bureau?
19   A.   I did.
20   Q.   Is there a formal budget approval
21 process?
22   A.   There is.
23   Q.   Can you explain that to me?
24   A.   The general idea is that the finance
25 office creates the formal budget, with input

Page 183

1 from the individual departments and divisions,
2 and then eventually it is submitted to council
3 and approved.
4   Q.   Is that city council?
5   A.   Yes, sir.
6   Q.   So they have -- does city council
7 have final approval on the budget process then?
8   A.   That is my understanding, yes.
9   Q.   Is the fire division -- during your
10 time that you worked on those budgets, did the
11 fire division ever receive less in budget funds
12 than it had asked for?
13   A.   I couldn't hear you. Could you say
14 it again?
15   Q.   Sure.
16       So during the time that you worked
17 in the accounting and services bureau, did the
18 fire division ever receive less in budget funds
19 than it had asked for?
20   A.   I believe so, yes.
21   Q.   Can you describe any of those
22 situations?
23   A.   The most clear cut example would be
24 on the capital side of the budget, where we put
25 in a request for X number of vehicles or

Page 184

1 specific equipment, you know, capital in nature,
2 that the city just doesn't have the funds for.
3   Q.   Any other examples you can think of?
4   A.   I think there's times where we've,
5 based on last year's expenditures, made
6 recommendations on items like travel or training
7 in the operating budget that would have been cut
8 down to a lower level than what we would have
9 requested.
10   Q.   I'm sorry. Is that a situation
11 where the fire division is actually saying we
12 can spend less next year, this is what we would
13 cut?
14       MS. FLOWERS: Object to the form.
15   Q.   Sorry. I'm not sure I understood
16 what you were saying.
17   A.   I believed your question to be has
18 there ever been a time where we received less
19 than we asked for, and I gave you a couple
20 examples of times that I can recall where we
21 made a recommendation or a request and received
22 less than what that request was.
23   Q.   I'm just trying to understand. The
24 one example you gave was you said I think
25 there's times when we've, based on last year's

Page 185

1 expenditures, made recommendations on items like
2 travel or training in the budget that would have
3 been down to a lower level than we would have
4 requested. I'm just trying to understand what
5 you meant by that. Can you try to explain that
6 to me?
7       MS. FLOWERS: Object to the form of
8 the question and the characterization of the
9 testimony.
10   A.   What I was trying to explain was
11 when we review last year's budget in preparation
12 for the request for next year, for example, we
13 would say, oh, we spent $5,000 on training
14 outside of the department and next year we would
15 like to spend a little bit more than that. And
16 we put that in our request for the operating
17 budget. And then when the budget comes back,
18 that number that we asked for ends up being
19 lower than what we asked for. So I -- that's
20 what I was trying to explain.
21   Q.   Who has primary responsibility for
22 managing the expenditures against the budget in
23 the fire division?
24   A.   Could you help me understand what
25 you mean by "managing the expenditures"?

47 (Pages 182 - 185)

Page 186

1    Q.   Sure.
2         So is there somebody in charge of
3  making sure that the fire department doesn't
4  spend too much money or doesn't go over its
5  budget?
6    A.   There's structural controls in place
7  in the sense that if a specific fund doesn't
8  have enough money in it, it will come back NSF
9  when we go to put a requisition in.  So, in
10  simple terms, if we asked for 500 widgets and we
11  just don't have that much money, the requisition
12  system will let us know that to be the case.  If
13  you're looking for a specific person that tracks
14  that mostly, that would be the accounting and
15  services bureau manager.
16    Q.   Sorry.  What does NSF mean?
17    A.   Non-sufficient funds.
18    Q.   What's the name of the requisition
19  system that you just referenced?
20    A.   Banner.
21    Q.   Is that a city-wide program that is
22  used?
23    A.   It is.
24    Q.   Does the fire division have its own
25  separate budget software or it just uses Banner?

Page 187

1    A.   Banner.
2         - - - - -
3         (Thereupon, Twigg Deposition Exhibit
4         13, 2017 Budget Plan, City of Akron,
5         Ohio, Beginning Bates Number
6         AKRON_000003228, was marked for
7         purposes of identification.)
8         - - - - -
9    Q.   I'm going to hand you what's being
10  marked as Defendants' Exhibit 13.  It's Bates
11  stamped Akron_000003228.  I apologize.  I got to
12  give you the full copy.  And it's the 2017
13  budget plan.  So it's a big document.  I just
14  have excerpts for counsel.
15       MS. FLOWERS:  Is this 13?
16       MR. CAREY:  Yes.
17    Q.   Chief Twigg, do you recognize this
18  document?
19    A.   I do.
20    Q.   What is it?
21    A.   It's the City of Akron budget for
22  2017.
23    Q.   Sorry.  I know it's going to be
24  unwieldy to flip through, but would you turn to
25  page 167?  So in the middle of this page it

Page 188

1  says, "Administration Subdivision," and then,
2  underneath that, "Charles Twigg, Deputy Chief"?
3    A.   Yes, sir.
4    Q.   So I assume you were deputy chief
5  when this document came out; is that correct?
6    A.   Yes, sir.
7    Q.   Were you involved in creating this
8  budget?
9    A.   Not specifically.
10    Q.   When you say "not specifically,"
11  were there unspecific ways you were involved in
12  it or -- what do you mean by that?
13    A.   The accounting and services bureau
14  manager has the main responsibility for
15  interacting with the finance office in helping
16  to prepare this.  There are times where, as that
17  deadline becomes closer, we'll sit down and the
18  accounting and services bureau manager will show
19  me and/or the rest of the senior leadership team
20  what they're working on, and we may or may not
21  make -- recommend changes for add a little bit
22  here, take a little bit from there.
23    Q.   If you would turn to page 169.  The
24  third paragraph down starts with, "The
25  department."  Do you see that?

Page 189

1    A.   I do.
2    Q.   And it says, "The department was
3  awarded by the U.S. Department of Homeland
4  Security Federal Emergency Management Agency
5  with a 4.4 million dollar staffing for adequate
6  fire and emergency response grants."  What can
7  you tell me about that?
8    A.   That's a subsection of the
9  Assistance to Firefighters Grant.  That's
10  available through the Department of Homeland
11  Security.
12    Q.   Right below it here -- so right
13  below it here, it says, "This will allow the
14  department to hire 25 new firefighters in 2017."
15  Is that correct?
16       MS. FLOWERS:  Object to the form of
17  the question.  Lack of foundation.
18    A.   That's what it says.  I'm trying to
19  think of the time frame.  So yes.  That -- the
20  first of the SAFER employees were hired in the
21  beginning of '17.
22    Q.   And their full salaries were paid
23  from the SAFER grant?
24       MS. FLOWERS:  Objection.  Lack of
25  foundation.

48 (Pages 186 - 189)

1      A.    Base wages and benefits were covered
2  by the SAFER grant.
3      Q.    Were there portions of their
4  salaries or benefits that weren't covered by the
5  SAFER grant?
6      A.    My recollection is overtime for
7  those employees would not be covered.
8      Q.    Do you know for how many years of
9  their employment the SAFER grant -- do you know
10  for how long the SAFER grant was going to pay
11  for these 25 new firefighter salaries?
12      A.    I do.
13      Q.    For how long?
14      A.    Two years.
15      Q.    Prior to the SAFER grant in 2017 --
16  let me rephrase.
17           Was this the first time Akron Fire
18  received a SAFER grant?
19      A.    No.
20      Q.    Can you name all the previous times
21  the fire division received a SAFER grant?
22      A.    Not from recollection I cannot.
23      Q.    Can you ballpark how many times?
24      A.    I think it was three times.
25      Q.    Do you happen to remember the

1  amounts that Akron Fire received from those
2  SAFER grants those three times?
3           MS. FLOWERS:  Object to the form.
4      A.    I don't think I can even give you a
5  good guess on that one.  Those were written by
6  Chief Ross prior to me, and he administered
7  those grants.  So while I knew of them, I can't
8  recall the numbers involved.
9      Q.    Who would you ask if you wanted to
10  find out that information?
11      A.    Who I personally would ask?
12      Q.    Yes.
13      A.    I would just look it up in the grant
14  folder.
15      Q.    What's the grant folder?
16      A.    Just a folder in our recordkeeping
17  system that shows what the awards were in the
18  past.
19      Q.    Is that an electronic folder?
20      A.    We do have it on our H drive, yes.
21      Q.    Do you also have a physical folder
22  of this information?
23      A.    I believe there should be.  I'm
24  trying to remember the record retention on the
25  grant documents, and I can't recall off the top

1  of my head.  Some of them might have gone past
2  that record retention policy period.
3      Q.    What is the H drive that you just
4  mentioned?
5      A.    That's one of the computer drives.
6  You know, a C drive is the actual physical drive
7  on a computer.  The H drive is a server that the
8  city maintains.  We keep the fire department
9  records on it.
10      Q.    Is the H drive shared by all city
11  employees?
12      A.    I believe the H drive is specific to
13  either fire or fire and police.
14      Q.    Are there any other folders related
15  to opioids on the H drive?
16           MS. FLOWERS:  Object to form.
17      A.    This folder isn't related to
18  opioids.
19      Q.    Are there any folders on the H drive
20  related to opioids?
21      A.    Not that I'm aware of.
22      Q.    Is there any sort of spreadsheet or
23  database that would record all of the various
24  grants that AFD has received since, say, 2000?
25      A.    I cannot recall a specific

1  spreadsheet or database that has everything
2  recorded.
3           MR. CAREY:  Let's take a quick break
4  and come back in five.
5           THE VIDEOGRAPHER:  Off the record at
6  3:22.
7           (Recess had.)
8           THE VIDEOGRAPHER:  We are back on
9  the record, 3:36.
10  BY MR. CAREY:
11      Q.    Chief Twigg, backing up for a
12  second, you mentioned the H drive.  Do you use
13  the H drive?
14      A.    Yes.
15      Q.    What do you use it for?
16      A.    Any project that I'm working on, any
17  documents that I create or want to save, I keep
18  that in the H drive.  That way I can access it
19  from any fire-related computer in the city.
20           MS. BERTKE:  This is Melissa Bertke,
21  interrupting to make sure that the court
22  reporter has my appearance.
23           THE COURT REPORTER:  Yes, I do.
24  Thank you.
25      Q.    Do you know if the H drive was

49 (Pages 190 - 193)

Page 194

1 searched for responsive information to produce
2 in this litigation?
3     A.   I do not know.
4     Q.   And you mentioned the grant folder
5 on the H drive.  Can you describe what would be
6 kept in the grant folder?
7     A.   So over -- I believe back since 2005
8 the Assistance to Firefighter grant has existed.
9 We have applied numerous times over the years.
10 For example, in that folder we keep
11 documentation about the application and then the
12 administration of those grants.  For example, we
13 keep track of what it might cost us to take that
14 grant.  Not all grants are free per se.  We have
15 to match a certain amount.  That happens a lot.
16 You'll have a grant that you receive where you
17 have to put some of your own funds in or there
18 will be some requirements about maintaining
19 manpower.  That costs us money as well.  So we
20 keep track of that type stuff in there as well.
21     Q.   Is there somewhere in the budget
22 that you have in front of you where it would
23 list every grant that Akron Fire had received in
24 the year of the budget, so 2017?
25     A.   I believe that you're seeing it in

Page 195

1 front of you in that point -- that section that
2 you pointed out to me.
3     Q.   So it would just be in narrative
4 form in that section?
5     A.   In this section, yes.
6     Q.   I'm sorry.  You can flip through if
7 you want a little bit.  There's a few more
8 pages.  So 170 through 173.  There's some tables
9 and some different numbers.  I'm just wondering,
10 is the grant information recorded on any of
11 these pages?
12     A.   I did not see anything indicating
13 grant funding.  No, I do not see anything in
14 this report that indicates the amount of money
15 that we received in grants for 2017.
16     Q.   If somebody came to you today and
17 asked how much money did Akron Fire
18 Department receive in grants in 2017, how would
19 you figure that out?
20     A.   I'd get a hold of Steve Kaut and
21 say, "Hey, Steve, can you figure out how much we
22 received in 2017 in grant funding," so I believe
23 he could research that information.
24     Q.   And that's K-a-u-t, Steve Kaut?
25     A.   Yes, sir.

Page 196

1     Q.   And you used to have District Chief
2 Kaut's job, the head of bureau accounting and
3 services?
4     A.   That's correct.
5     Q.   So when you were in that position,
6 if somebody came to you then and asked you for
7 the total amount Akron Fire Department received
8 in grants for that year, how would you have
9 figured it out then?
10     A.   Depending on which grants we
11 received, you can also -- you can either -- we
12 kept a different file for each year, so you
13 would say, looking at the 2017 grant file, and I
14 would just look up all of the reimbursement
15 requests I have entered for AFG.  And the other
16 way you can do it is AFG has a portal on their
17 website that tracks all of the reimbursements
18 that you request each year.  That's another way
19 to do it.
20     Q.   Okay.  Can you -- what does AFG
21 stand for?
22     A.   Assistance to Firefighters grant.
23     Q.   Is that just one type of grant or is
24 that -- are you using that term to refer to all
25 grants the fire division might receive?

Page 197

1     A.   No.  That's one type of grant, but
2 it is, by far, the most beneficial and largest
3 source of grant funding that we come across by
4 far.
5     Q.   Who provides that grant money?
6     A.   That's federal grant dollars
7 provided through the Department of Homeland
8 Security that assist fire departments in several
9 different areas.
10     Q.   It seems like you answered my
11 question kind of specifically for -- and sorry
12 if I misunderstood you, but specifically for AFG
13 grant information.  But during the time you were
14 a district chief of the bureau of accounting
15 services, if somebody came to you and asked you
16 for the total amount of grants, including the
17 AFG and any other grant that the fire division
18 might have received during any given year, how
19 would you have gone about calculating that?
20         MS. FLOWERS:  Objection.  Asked and
21 answered.
22     A.   I'm not sure what other grants
23 you're referring to other than AFG.  There's
24 only one other grant, off the top of my head,
25 that I recall us ever -- I take that back.

50 (Pages 194 - 197)

Page 198

1 There's two other grants that are EMS related.
2 Occasionally we'll get -- there's a Northern
3 Ohio Golf Charities Foundation that will give us
4 a grant occasionally. And I say occasionally.
5 I mean once every five years or so. And then
6 there's a grant -- it's referred to as grant,
7 but it's basically seatbelt funds in the State
8 of Ohio are divvied up and handed out to first
9 responders, and it's almost kind of a formality,
10 that you apply for that and you get about $2,500
11 a year that you can spend on some sort of
12 EMS-related function.
13        So when you say "grant," I'm
14 thinking AFG, because that's the only real money
15 out there that impacts our budget in any true
16 sense.
17    Q.   Well, what about the SAFER grant
18 that we've looked at?
19    A.   SAFER grant is part of the AFG
20 grant.
21    Q.   It's part of the AFG grant?
22    A.   Yes, sir.
23    Q.   Are there any other parts of the AFG
24 grant that you receive or the division receives?
25    A.   Yes. In that same section on page

Page 199

1 169, it talks about 1.2 million from a separate
2 AFG program.
3    Q.   Okay. So during your time at Akron
4 Fire while you've been involved in the grant
5 process, are there any other grants besides the
6 ones you've just listed that you can think of
7 the division receiving?
8    A.   No, sir.
9    Q.   Can you turn to page 170 of this
10 exhibit? On the left-hand side under EMS, about
11 midway through that kind of initial grouping, it
12 says, "Fire Captain." Do you see that?
13    A.   I do.
14    Q.   If you go over to the right, under
15 the 2014 heading, it has three -- it says three
16 under 2015 and then it drops to one under 2016
17 and one under 2017. Can you explain? Does that
18 mean that there were three fire captains in 2014
19 or is that 3 million dollars?
20    A.   What page are you on, sir?
21    Q.   I'm sorry. Page 170, the top left
22 there.
23    A.   Oh, up in EMS?
24    Q.   Yes.
25    A.   Oh, okay.

Page 200

1    Q.   Do you see where it says, "Fire
2 Captain," and then you follow that line across?
3    A.   Okay.
4    Q.   Now, I'm assuming that these are
5 millions but I'm not sure. Maybe you can tell
6 me. 3 is the first number. Under 3.00 next to
7 fire captain under the 2014 heading, is that 3
8 million?
9    A.   No, sir. That's three captains.
10    Q.   That's three captains, okay.
11    A.   So the staffing is split amongst two
12 portions of our operating budget, an EMS portion
13 and a fire portion. So if you were to add
14 together the captains up in EMS and the captains
15 down in fire, that's the number of captains we
16 had at the time.
17    Q.   Do you know in 2018 how many
18 captains there are?
19    A.   We have 16 captains now.
20    Q.   In the EMS division is it -- do you
21 only have one captain in 2018?
22    A.   I do not know the specifics of how
23 we have them split out right now.
24    Q.   Why -- so next to captain in the EMS
25 section, it drops from three captains in 2015 to

Page 201

1 one in 2016. Do you know why you lost two
2 captains at that time?
3    A.   Will you ask the question again,
4 please?
5    Q.   Yes. Sure.
6        So it says -- you know, if you
7 follow "Fire Captain" over -- and we're in the
8 EMS section still --
9    A.   Okay.
10    Q.   -- it says three under 2014 and then
11 it says three under 2015 and then it goes to one
12 under 2016. Why did that number drop moving
13 from 2015 to 2016?
14    A.   My recollection is if you look at
15 the total number, we had 8 and 14, 14 and 15, 17
16 and 16, and 17 and 17. The --
17    Q.   I'm sorry. Where are you?
18    A.   I'm adding the number of captains at
19 EMS and the number of captains in fire together
20 for the total count of captains that we have.
21    Q.   I see. Okay.
22    A.   So, in reality, in '15 we had a
23 total of 14 captains and we went up to a total
24 of 17 captains in '16, so at some point in there
25 four people were hired. Most likely they were

51 (Pages 198 - 201)

Page 202

1 replaced after retirements.
2    Q.   And why did the -- the captains
3 within the EMS division, why did the number of
4 captains within the EMS division go down?
5    A.   The fact that you see that three in
6 the EMS section for the number of captains is
7 misleading in a sense that that doesn't mean
8 there's three captains assigned to EMS.  It
9 means there's three captains being charged to
10 the EMS budget at that time.  We, I believe in
11 the year 2016, made some changes with the
12 finance office to more accurately reflect where
13 the resources are assigned.  So at the time we
14 only had one captain actually working in EMS, so
15 we moved all the rest of them to the fire budget
16 to more accurately reflect where they are
17 assigned.
18    Q.   Moving down a couple lines there in
19 that same section, "Firefighters/Medic," do you
20 see that down on the left-hand side?
21    A.   I do.
22    Q.   And then if you follow that across
23 the years, it goes from 48 to 41 up to 134 and
24 then it stays at 134 for 2017.  So my question
25 is why the big jump between 2015 and 2016 in the

Page 203

1 number of firefighter/medics in the EMS
2 division.
3    A.   I would -- it's the same answer I
4 was just describing about readjusting the EMS to
5 the fire budget to more accurately reflect I
6 believe at the time that's how many medics we
7 had, period, on the job, so we assigned all of
8 the paramedics to the EMS budget.
9    Q.   Can you turn to page 173?  How is
10 the fire division funded?
11    A.   Through property tax, income tax,
12 and EMS billing.
13    Q.   Do you know where the -- sorry.  Let
14 me rephrase that.
15       Are the EMS billing numbers recorded
16 anywhere?
17    A.   Yes.
18    Q.   Where is that?
19    A.   They would be recorded in the Web
20 Focus database that the city uses.
21    Q.   Can you describe for me what the Web
22 Focus database is?
23    A.   Web Focus would be more accurately
24 described as the budget program compared to what
25 we discussed earlier was Banner, which is more

Page 204

1 of the purchasing program or software.
2    Q.   So what -- what is recorded in the
3 Web Focus database?
4    A.   Web Focus lists all the individual
5 line items of the budget, plus personnel costs,
6 benefits, and then all of the revenues as well.
7    Q.   Is a line item of the budget the EMS
8 billings received?
9    A.   I would have to -- I don't recall
10 the specific way in which it is recorded.  I
11 can't say for sure that it's a specific line
12 item.
13    Q.   I don't think you actually need to
14 pull it out, but you can if you want.  Thinking
15 back to that list of opiate incidents that we
16 had looked at earlier, would there be a way to
17 use the incident numbers listed in that document
18 to figure out whether EMS had received any sort
19 of reimbursement for responding to that
20 incident?
21       MS. FLOWERS:  Object to the form.
22    A.   Can you ask the question again?  I
23 want to make sure I get it right.
24    Q.   Yeah.  Sure.
25       So if there was an opioid overdose

Page 205

1 incident and that patient was taken to the
2 hospital, or if this patient was billed in some
3 way for AFD having to respond to the incident,
4 would that be recorded somewhere?
5       MS. FLOWERS:  Object to the form.
6    A.   It is my belief that we would be
7 able to determine if we received reimbursement
8 for a specific run.
9    Q.   How would you do that?
10    A.   I believe our EMS office will have
11 record of the billing.
12    Q.   Who is the EMS office?
13    A.   Well, that's -- the office would be
14 District Chief Natko, as the bureau manager, and
15 the staff that works for him.
16    Q.   Okay.  By "EMS office" do you mean
17 the EMS bureau?
18    A.   Yes.
19    Q.   Okay.  Do you know how they would go
20 about looking up that information?
21    A.   Not off the top of my head.
22    Q.   So do you know, if we pulled an
23 incident number out of that list of opiate
24 incidents we looked at earlier, could I use that
25 number to determine whether the fire division

52 (Pages 202 - 205)

Page 206

1 had been reimbursed for responding to that call?
2         MS. FLOWERS: Object to the form.
3 Lack of foundation.
4     A.   Yes and no.  You would be able to
5 find out if we received some reimbursement for
6 the call, but you would not be able to determine
7 that we were adequately reimbursed for all of
8 our expenses, because in the City of Akron we
9 only bill for what the insurance company is
10 willing to pay for our residents.  The rest we
11 absorb.
12     Q.   For non-Akron residents, they pay
13 more or they're charged more?
14         MS. FLOWERS:  Object to the form.
15     A.   We will allow our billing company to
16 attempt to be -- have us reimbursed for the
17 charges above and beyond what the insurance
18 company pays.
19     Q.   Who is your billing company?
20     A.   Lifeforce Management.
21     Q.   Would Lifeforce Management have
22 records of EMS billings received?
23     A.   I believe so.
24     Q.   So I think we kind of answered this,
25 but I just want to kind of nail this down.

Page 207

1         Would I be able to use -- would
2 somebody be able to use that incident ID number
3 to determine whether EMS had received any
4 billing reimbursements in relation to that
5 incident?  It doesn't necessarily have to be
6 every penny that Akron Fire spent on it, but
7 could you use that incident number to determine
8 if Akron Fire had received any billing
9 reimbursement for that incident?
10         MS. FLOWERS:  Object to the form.
11 Asked and answered.
12     A.   I believe so.
13     Q.   I'm handing to the court reporter
14 Akron_000243847.  It's going to be Defendants'
15 Exhibit 14.
16         - - - - -
17     (Thereupon, Twigg Deposition Exhibit
18     14, E-Mail String Beginning Bates
19     Number AKRON_000243847, was marked
20     for purposes of identification.)
21         - - - - -
22     Q.   Go ahead and take a second to
23 familiarize yourself if you need to.
24     A.   Am I done with the budget document?
25     Q.   Yes. I'm sorry.  You can put that

Page 208

1 aside.
2         Do you recognize this e-mail?
3     A.   I do.
4     Q.   Can you explain to me what's going
5 on in it?
6         MS. FLOWERS:  Object to the form.
7     A.   I'm not sure I follow your question.
8     Q.   Okay.  Let's just start with some
9 basics then.
10         So at the top here, it looks like
11 Chief Natko, in this second sentence, says,
12 "I've asked Lifeforce to comment on the large
13 increase in collections."  Is that the same
14 Lifeforce Management that you just referenced?
15     A.   It is.
16     Q.   Okay.  That's AFD's billing company,
17 I think is what you called them; is that right?
18     A.   It is.
19     Q.   How long has Lifeforce been AFD's
20 billing company?
21     A.   I'm not positive, but it might be
22 since the inception of billing for us.
23     Q.   When was the inception of billing
24 for AFD?
25     A.   I'm not positive, but I think it's

Page 209

1 2002.
2     Q.   And before 2002 no one was charged
3 for EMS services?
4     A.   That is accurate.  No one received a
5 bill above and beyond what they pay in taxes
6 would probably be a more accurate response.
7     Q.   Are you familiar with the -- so it
8 looks like -- Chief Natko starts off this
9 e-mail.  He says, "December's numbers," and then
10 he has a number of different figures under that.
11 Do you see that down in the bottom left?
12     A.   I do.
13     Q.   Do you know where Chief Natko was
14 pulling this information from?
15     A.   Chief Natko gets EMS billing
16 information directly from Lifeforce, and then he
17 was working with Karakis to develop the opiate
18 information out of our ESO data, and then you
19 see complaints and compliments were feedback
20 from the quality assurance coordinator.
21     Q.   Do you know if this EMS billing data
22 that he receives from Lifeforce -- is that -- do
23 you know if he has access to a database where
24 that information is stored?
25     A.   To my knowledge, he does not have

53 (Pages 206 - 209)

Page 210

1  direct computer access into Lifeforce's
2  software.  My recollection is that he was
3  requesting that information in a report of sorts
4  that they would send to him via e-mail with just
5  the collections for that month.
6      Q.   Do you know if it would be difficult
7  to determine what EMS -- sorry.  Let me rephrase
8  that.
9          Do you know whether it would be
10  difficult or not to determine how much AFD
11  received in billing reimbursement in 2017?
12      A.   Would it be difficult to determine
13  that?
14      Q.   Yes.
15      A.   No, it would not be difficult to
16  determine that.
17      Q.   How would that be determined?
18      A.   We would have received some sort of
19  report from Lifeforce telling us what we
20  received for the year.
21      Q.   Do you know, do you receive those
22  reports monthly?
23      A.   I do not.
24      Q.   Does someone receive those reports
25  monthly?

Page 211

1          MS. FLOWERS:  Object to the form.
2      A.   My belief is that the admin
3  assistant at EMS that interacts with Lifeforce
4  billing gets monthly feedback, and so the
5  District Chief Natko is usually apprised of that
6  information and, on a somewhat regular basis,
7  he'll share it.
8      Q.   Does he share it with you?
9      A.   At times.
10      Q.   How does he share it with you?
11      A.   Well, this e-mail, for example.
12      Q.   Do you remember other e-mails where
13  he's sent you this information?
14      A.   If you notice, the subject line, it
15  says, "December Dashboard."  At the time we were
16  creating a monthly dashboard to share amongst
17  the senior leadership and with Deputy Mayor
18  Brown.  And I think we've kind of stepped away
19  from that process recently, but I believe I have
20  other e-mails along these lines that may
21  indicate what the billing number was for the
22  month.
23      Q.   And after Chief Natko sends you this
24  e-mail, you respond, "Wow!  Is that a new
25  billing record?"  Were you surprised by the

Page 212

1  amount in billing collected?
2      A.   I was.  I'm used to seeing something
3  closer to $200,000 or even under $200,000.  If
4  you notice, I say -- I mention post-EPCR, so
5  this isn't too far after we transition into
6  electronic patient care reports.  And one of our
7  hopes was that due to better recordkeeping and
8  electronic trans -- transmittal of the data to
9  the billing companies, that we would have a
10  higher collection rate on our billing, so I was
11  trying to determine if this increase was based
12  on that change in our billing process or is it
13  just an anomaly.
14      Q.   Prior to EPCR, how was the
15  recordkeeping handled for billing?
16      A.   The paper copy of the run report,
17  similar to the ones that we've looked at here
18  today, would be physically scanned one by one on
19  the copying machine and turned into a PDF and
20  sent to the billing company, along with copies,
21  paper copies, which were then reviewed by hand
22  at the billing company.
23      Q.   Was that something that was done
24  monthly, weekly?
25          MS. FLOWERS:  Object to the form.

Page 213

1      A.   My recollection is that the billing
2  is, best case scenario, submitted weekly.
3      Q.   You say "best case scenario."  Was
4  that -- was weekly the common practice or that
5  was just the hope?
6      A.   I believe weekly was the common
7  practice, but it was not unheard of to get
8  behind a little bit on the billing.
9      Q.   So you also wrote, "We hope that
10  this is the shape of things to come post-EPCR."
11          Have the billing numbers stayed high
12  since EPCR was implemented?
13      A.   My recollection is that this was a
14  bit of an anomaly.
15      Q.   I might have lied.  I hope not.  I
16  think we can do this without actually looking
17  back at it, but I forgot to ask you a couple of
18  things about the budget.  So let me ask the
19  question.  If you need to look back, feel free,
20  but I don't think we're actually going to have
21  to open it back up again.
22          The general fund -- it mentioned the
23  general fund in there.  What is the general fund
24  comprised of?
25      A.   So the general fund is the fund

54 (Pages 210 - 213)

Page 214

1  where all of the money coming into the city
2  goes, and that is where the fire department
3  receives the actual transfer of funds from the
4  city per se, so --
5      Q.   So all of the funds coming into the
6  city go into the general fund.  Does that
7  include EMS billing?
8      A.   Negative.  So not all of the funds
9  coming into the city go into the general fund.
10  The vast majority of the funds coming into the
11  city go to the general fund.  EMS billing does,
12  in fact, come directly back into our budget.
13      Q.   What about property tax; does that
14  go into the general fund?
15      A.   That's my belief.
16      Q.   And income tax, does that go into
17  the general fund?
18      A.   Yes, sir.
19      Q.   Do you know what the special revenue
20  fund is?
21      A.   I do not know what all is lumped
22  into that umbrella, no.
23      Q.   Do you receive -- does the fire
24  division receive money from the special revenue
25  fund?

Page 215

1      A.   I am not positive.
2      Q.   Do you know what the trust and
3  agency fund is?
4      A.   I do not.
5      Q.   Do you know if the fire division
6  receives money from the trust and agency fund?
7      A.   I'd have to look through the pages
8  to determine that.
9      Q.   I'm sorry.  We are going to have to
10  real quick.  Page 173.  Sorry.  I didn't mean to
11  make that a memory test.  Let's just go through
12  this real quick then.
13          So the special revenue fund, it
14  looks like the Division of Fire does receive, or
15  at least did in 2014, '15, '16 and '17,
16  received -- let me strike that.
17          Did the fire division receive moneys
18  from the special revenue fund in years 2014,
19  2015, 2016 and 2017?
20      A.   It does appear so.
21      Q.   But you don't know where -- what is
22  comprised -- the special revenue fund is
23  comprised of?
24      A.   That is correct.  This -- those
25  titles are created by the finance office, not by

Page 216

1  the fire division, fire department.
2      Q.   Are there two separate budgets for
3  fire and EMS?
4      A.   This is getting to the edge of my
5  understanding of the budgetary process, but in
6  layman's terms, my understanding is that you
7  have the fire side and the EMS side of our
8  budget, and both of them are subsidized by the
9  general fund.  It's still one overall budget,
10  though.
11      Q.   All right.  Now we can set that
12  aside again.
13          - - - - -
14          (Thereupon, Twigg Deposition Exhibit
15          15, E-Mail from Chris Karakis to
16          Various Recipients, dated March 31,
17          2017, Beginning Bates Number
18          AKRON_000236587, with Attached
19          PowerPoint, was marked for purposes
20          of identification.)
21          - - - - -
22      Q.   So this is going to be Exhibit 15,
23  and it's Bates number Akron_000236587.  And,
24  Chief Twigg, just so you understand, there's a
25  sheet, it says, "Document produced natively."

Page 217

1  That means there was a PowerPoint attached.
2  It's a production issue thing.  I printed out
3  the PowerPoint.  Go ahead and take a second and
4  familiarize yourself with this document.
5          I just have a couple questions about
6  one of the slides.  So let me just start with
7  the e-mail.  Do you remember this e-mail?  Do
8  you recognize this e-mail?
9      A.   I do.
10      Q.   What is this e-mail?
11      A.   This is an e-mail that's a summary
12  of the ARV program that Captain Karakis
13  produced.  I mean, he produced the summary.
14      Q.   The summary of the ARV program?
15      A.   That is correct.
16      Q.   So sorry these aren't numbered, but
17  if you turn in -- I think it's about four
18  slides, there's one titled "Reasons for
19  Increased Calls."  Feel free to look at it.  I'm
20  just going to mainly ask about the one slide.
21          So I think we talked a little bit
22  earlier about Akron Fire seeing increased calls
23  over the years; is that right?
24      A.   We did.
25      Q.   And it looks like Captain Karakis

55 (Pages 214 - 217)

1 here listed a number of reasons that Akron Fire
2 has seen increased calls.  Is that what this
3 list is?
4        MS. FLOWERS:  Object to the form.
5    A.   Yes, that's correct.
6    Q.   Do you agree with him that aging
7 population -- an aging population is one of the
8 reasons for an increased number of calls in
9 Akron?
10    A.   I agree that the aging population
11 speaks to the slow, gradual increase in calls as
12 I described them, yes, one of the things that
13 contributes to that.
14    Q.   Do you agree with Captain Karakis
15 that chronic diseases is one of the reasons
16 Akron Fire has seen increased calls over the
17 years?
18        MS. FLOWERS:  Object to form.
19    A.   Once again, I agree that chronic
20 disease had played a role in the gradual
21 increase of our calls over the length of our EMS
22 system.
23    Q.   The length of your what system?
24    A.   I'm making a distinction between the
25 gradual increase that we've seen of increase of

1 calls over the last 40 years of our EMS system
2 and I'm agreeing that the aging population and
3 the chronic disease are part of that slow,
4 gradual increase, and I'm making a distinction
5 between the rapid increase in calls that we've
6 experienced secondary to the opioid crisis.
7    Q.   Do you agree with Captain Karakis
8 that one of the reasons Akron Fire has seen
9 increased calls is what he describes here as an
10 increased reliance on 911 medical services?
11        MS. FLOWERS:  Objection to the form.
12    A.   I would agree with, again, the same
13 stipulation as before.
14    Q.   Do you know what he means by
15 increased reliance on 911 medical services?
16        MS. FLOWERS:  Objection.  Calls for
17 speculation.
18    A.   I don't know exactly what he was
19 trying to say in that specific sentence.
20    Q.   Do you see underneath there, there's
21 kind of a sub-bullet point, and it says,
22 "Gateway to the emergency department - faster
23 access"?  Do you see that?
24    A.   I do.
25    Q.   Could Captain Karakis have meant

1 that people rely on EMS and the fire division's
2 911 medical services to gain faster access to
3 the emergency departments, hospitals?
4        MS. FLOWERS:  Objection.  Calls for
5 speculation.
6    A.   I think it's -- I'm not positive
7 exactly what he was referring to in that
8 sentence when he says, "Gateway to the emergency
9 department."
10    Q.   Do you see the bullet "Better access
11 to health insurance"?
12    A.   Yes.
13    Q.   Do you know what Captain Karakis
14 meant by that?
15        MS. FLOWERS:  Objection.
16    A.   My belief is there's a common theory
17 that based on the ACA, the Affordable Care Act,
18 that some people started using healthcare in
19 general more often because they now had some
20 version of health insurance.
21    Q.   Do you think that there's been an
22 increased number of calls, emergency calls to
23 Akron Fire, because of better access to health
24 insurance?
25        MS. FLOWERS:  Object to the form.

1    A.   We don't have specific statistical
2 indications for that to be the case, but I can't
3 say that it's not true.
4    Q.   Do you know what Captain Karakis
5 meant by behavioral emergencies?
6        MS. FLOWERS:  Objection.  Calls for
7 speculation.
8    A.   I believe he was referring to the
9 fact that we deal with psych patients on a
10 regular basis.
11    Q.   Has there been an increase in
12 behavioral emergency calls to AFD in the last
13 ten years?
14    A.   I don't have the specific statistics
15 on that.  I don't know if Chris did or not.
16    Q.   Do you know if there's a way to
17 determine for each of these bullet points -- let
18 me strike that.
19        If you looked at the total number of
20 increased calls over the years, do you know if
21 there's a way to determine which portion of that
22 increase in calls is related to any one of these
23 factors?
24        MS. FLOWERS:  Object to the form.
25    A.   Actually, I think some of these are

56 (Pages 218 - 221)

Page 222

1 a little more obscure than others and would be
2 much harder to figure out, but I do think the
3 one that's actually the easiest to figure out
4 are some of the opiate calls based on the way
5 that they get tracked and then they show up. So
6 it's -- there's not a specific medication we
7 give that would indicate better access to health
8 insurance, for example, but we do a pretty good
9 job of understanding when somebody gets Narcan.
10 So I would say that some of these would be
11 difficult, and we're trying to be open minded in
12 realizing that there is maybe other factors
13 here, but when it comes to being able to put our
14 finger on something out of this list, I would
15 say opiates are probably the easiest one for us
16 to come up with a number on.
17     Q.   How do you do that?  How do you
18 track opiate calls?
19     A.   Well, we've discussed that already
20 today.  I would say one way that we do it is we
21 keep track of the number of times that we use
22 Narcan to revive people.  That's one easy way to
23 do it.
24     Q.   Do you know if that's how Captain
25 Karakis put together that list that we looked at

Page 223

1 earlier of opiate incidents?
2         MS. FLOWERS:  Object to the form.
3     A.   I am not aware.
4     Q.   So if I came to you and I asked you
5 how many opiate incidences Akron Fire has
6 responded to in the last ten years, how would
7 you do that?
8     A.   Well, as I stated before, I would
9 get our EMS team digging in the weeds to
10 identify all the different ways that opiate
11 calls would hit our radar and then research
12 those reports.
13     Q.   Sorry.  What do you mean by the ways
14 opiate calls would hit our radar?
15     A.   For example, Narcan administration,
16 unconscious patients, unresponsive patients, the
17 term "overdose," the term "OD."  We could search
18 specific drug names.  Those would all be fields
19 that pop up in various different search
20 functions that would give us indication of which
21 incidents would be involved.
22     Q.   Where would you search drug names?
23         MR. ROMAN:  Object to the form.
24     A.   The list of medications that people
25 take are often recorded on our electronic

Page 224

1 patient care reports as well as our -- they were
2 entered in AFIRS.
3     Q.   So that run report we looked at
4 earlier with the -- I think it was Buspar and
5 Remeron were the two things that that person had
6 taken, and we can look back at that run report,
7 would that have been recorded in AFIRS that
8 somebody was on those drugs?
9     A.   I can't attest to what was recorded
10 for that particular report.
11     Q.   Is it a general practice to record
12 all of the drugs that somebody was taking that
13 are also recorded on the run report?
14         MS. FLOWERS:  Objection.
15     A.   I believe so.
16     Q.   Is it the general practice of
17 paramedics to note on the run report if they're
18 responding to an overdose?
19     A.   I think it's the general practice of
20 our medics to -- if they believe -- if their
21 impression is an overdose, to record it.
22     Q.   And then does that impression get
23 recorded in the AFIRS database?  So pre-2016
24 does that impression get recorded in the AFIRS
25 database?

Page 225

1     A.   It's supposed to.  There's always
2 the chance that the overdoses could be
3 underreported.
4     Q.   Why do you say that?
5     A.   Well, for example, it wouldn't be
6 difficult to see a scenario where we had an
7 unresponsive patient in full arrest that we
8 never realized was an overdose and went through
9 our system and expired or was treated after
10 our -- or could even have recovered and we never
11 would have known that we were dealing with an
12 overdose patient.
13     Q.   Have you ever done any research to
14 try to identify those situations?
15         MS. FLOWERS:  Object to the form.
16     A.   No, I have not.
17         MR. CAREY:  Do you mind if we take a
18 quick break?
19         THE VIDEOGRAPHER:  Off the record,
20 4:31.
21         (Recess had.)
22         THE VIDEOGRAPHER:  Back on the
23 record, 4:43.
24         -  -  -  -  -
25         (Thereupon, Twigg Deposition Exhibit

57 (Pages 222 - 225)

1        16, E-Mail String, Beginning Bates
2        Number AKRON_000236377, was marked
3        for purposes of identification.)
4        - - - - -
5   BY MR. CAREY:
6        Q.   Chief Twigg, welcome back.
7        A.   Thank you.
8        Q.   Handing you Exhibit 16, it's Bates
9   numbered Akron_000236377.  Take a second and
10  review the e-mail.  Now, you're not actually on
11  this e-mail, but I just wanted to ask a little
12  bit about the e-mail on the first page here from
13  Chief Natko.
14       Do you see where he writes that the
15  cost per call for a four-person AFD ambulance is
16  $155.05 per call?
17       A.   I do.
18       Q.   Do you know how he calculated that
19  number?
20       MS. FLOWERS:  Objection.  Calls for
21  speculation.
22       A.   I do not.
23       Q.   If somebody asked you to calculate
24  how much it costs AFD for a four-person
25  ambulance to respond to a call, would you know

1   how to do that?
2        MS. FLOWERS:  Objection.  Asked and
3   answered.
4        A.   I would ask our accounting and
5   services bureau manager to develop that number
6   for me.
7        Q.   When you were accounting and
8   services manager and if somebody came to you and
9   asked you to do that, how would you have gone
10  about doing it?
11       MS. FLOWERS:  Objection.  Asked and
12  answered.
13       A.   At the time I would have worked with
14  the finance division to calculate, to the best
15  of our ability, a cost.  What makes that tricky
16  is there's so many different ways to do it.  So,
17  you know, the question would be a difficult one,
18  but it's doable.
19       Q.   What makes it tricky?
20       A.   There's several variables to take
21  into consideration, so I think it would be a
22  time-consuming effort, and that's why we don't
23  necessarily spend a lot of time figuring out
24  exactly what it cost us to go on every single
25  call, because at the end of the day, we need to

1   go on the calls anyhow.  So it's a distinction
2   between us, as a public service, and a private
3   ambulance, where we're not in this to make
4   money, so spending a lot of time figuring out
5   what exactly each call costs us hasn't been a
6   priority to us in the past.
7        Q.   Have you ever attempted to do it?
8        MS. FLOWERS:  Objection.
9        A.   I personally have not.
10       Q.   Do you know if anybody else has
11  attempted to calculate how much it costs AFD to
12  go on a call?
13       A.   We've utilized FEMA guidelines for
14  what we would charge should we send a med unit
15  out of town to assist at another community.  I
16  know we've done that.
17       Q.   What about specifically to opioids?
18  Has anybody attempted to calculate how much it
19  costs AFD to respond to an opioid call?
20       MS. FLOWERS:  Object to the form.
21       A.   To my knowledge, nobody has sat down
22  and crunched all the numbers that would be
23  involved.
24       Q.   Again going back to the time when
25  you were head of the accounting services

1   division or bureau, if somebody came to you and
2   asked you to calculate how much it costs AFD to
3   go on an opioid overdose call, what are all the
4   different factors or variables you would include
5   in that calculation?
6        MS. FLOWERS:  Objection.  Asked and
7   answered.
8        A.   I don't feel qualified to do that
9   kind of -- that kind of work, which is why I
10  wouldn't have tried it back then even.  So I'm
11  not an accountant.  I'm a firefighter.  I work
12  with the accounting -- or the finance division
13  to develop these numbers.  We don't develop them
14  ourselves.
15       Q.   So during your time as accounting
16  services -- as head of the accounting services
17  division, if somebody came and asked you that,
18  you would have just said no, we can't do it?
19       MS. FLOWERS:  Object to the form of
20  the question.  Argumentative.
21       A.   If somebody asked me when I was in
22  that position, I would have responded that I'll
23  need to work with the finance department to come
24  up with the numbers you're asking me for.
25       Q.   And when you say "finance

Page 230

1 department," who is that?
2     A.    Currently it's the audit and budget
3 office as well as the finance office, Steve
4 Fricker, Diane Miller Dawson.  Those are a
5 couple of the names.
6     Q.    That's not part of the fire
7 division, correct?
8     A.    That's correct.
9     Q.    Would you have given them any
10 instructions on how to go about calculating that
11 number?
12        MS. FLOWERS:  Object to the form.
13     A.    No.  It would not be my place to
14 instruct the finance director on how to do their
15 job.
16     Q.    Wouldn't the finance director have
17 questions about stuff like what all goes into
18 the fire department's response to an opioid
19 call?
20        MS. FLOWERS:  Objection.  Calls for
21 speculation.
22     A.    If we try and figure out -- when we
23 try and figure out what a specific call costs
24 us, we would be expected, I'm sure, to help
25 figure out what all things would be figured in.

Page 231

1     Q.    In your mind, what would figure in
2 to calculating such a cost?
3        MS. FLOWERS:  Object to the form.
4 Asked and answered.
5     A.    Well, we would have to take into
6 consideration the number of manpower hours that
7 a specific situation was causing us.  Take the
8 opioids for example.  Identify the number of
9 calls, identify the overtime that would be
10 involved, identify the resources that we expend
11 on each of those runs, and then you would try
12 and start calculating the more obscure impact
13 that it has on the organization with the number
14 of resources that have been redirected away
15 from, let's say, fire inspections or training.
16 You try and work out all those different numbers
17 to figure out the -- you know, the true actual
18 impact of the situation.  It gets complex.
19     Q.    Can you give me an example of
20 diversion of resources that have been caused by
21 the opioid epidemic within the fire division?
22     A.    Well, for example, when we are
23 responding to a lot of overdoses in one day, we
24 start running into a domino effect.  What will
25 happen is since the overdoses are so serious

Page 232

1 usually -- and we discussed earlier about when
2 we need to add an engine to a call instead of
3 just a med unit.  So somebody that's unconscious
4 will always need at least a four-person crew.
5 So if we don't have four people on that rig,
6 we'll send an engine, and then if that engine
7 happens to be combo'd, that's another med unit
8 that will be out of service during that call;
9 and then if that district has a run, another med
10 unit -- hopefully they're in service -- will be
11 coming from one or two districts over.  And then
12 in a short period of time you start running into
13 a domino effect, where we're down to one or two
14 rigs in the whole city.  And when your manpower
15 is swamped like that, no one is out doing
16 training, they're not doing inspections, they're
17 not doing rig maintenance, they're not doing
18 building maintenance, and all that is a indirect
19 result of increased call volume.  That's why we
20 increased the manpower in overtime to help cut
21 down on that to the best that we could.
22     Q.    Let's take rig maintenance.  You
23 mentioned rig maintenance.  How is it decided
24 whether someone is going to perform rig
25 maintenance or not?

Page 233

1     A.    Well, we have two different kinds of
2 rig maintenance.  We -- there's maintenance that
3 we do in the station, which would be us being
4 responsible -- us being the firefighters, being
5 responsible for keeping the rig clean, making
6 sure the fluid levels are appropriate, cleaning
7 out compartments, cleaning the equipment.  We
8 all consider that rig maintenance.
9        What is even more challenging, and
10 has been more of a drain on our systems lately,
11 is as the call volume increased secondary to
12 this crisis, we started realizing that -- our
13 quarterly was a very common preventative
14 maintenance rotation that's based on mileage.
15 Instead of having an ambulance come in, let's
16 say, four times a year, they were coming in six
17 times a year.  Just even the amount of gasoline
18 that we used went up.
19        So when you start talking about a,
20 you know, 30 percent increase in the amount of
21 preventative maintenance that you need to do,
22 but you multiply that by 13 apparatus, suddenly
23 now you're running out of mechanics and you're
24 hiring them on overtime on Saturdays to help
25 keep up with the maintenance, so, again, there's

59 (Pages 230 - 233)

Page 234

1 a bit of a snowball effect there. And then that
2 impacts the long-term life expectancy of the
3 rigs just based on the additional miles we've
4 been experiencing.
5    Q.   Okay. So how does -- this started
6 with you were explaining that there can be a
7 snowball effect with too many calls in one day.
8 So if somebody is performing rig maintenance and
9 there's a call, they have to stop and go on the
10 call? Is that --
11    A.   That would be accurate, yes.
12    Q.   What about building maintenance,
13 same situation?
14    A.   Absolutely. Yard work, windows. I
15 mean, we -- we live in these stations 24/7, 365,
16 so maintaining them at a high level of readiness
17 is important.
18    Q.   And my question was, though, if
19 somebody is performing building maintenance and
20 there's a call, they have to stop what they're
21 doing with the building maintenance and go out
22 on the call?
23    A.   That would be accurate.
24    Q.   And you also mentioned inspections,
25 I believe. Is that the same scenario, where if

Page 235

1 somebody is performing a building inspection and
2 there's a call, they have to stop what they're
3 doing and go out on the call?
4    A.   That's close to accurate
5 description. We will take our apparatus, go out
6 into the neighborhood that that apparatus is
7 assigned to and inspect businesses. We do that
8 as a preventative measure to hopefully find fire
9 hazards and have them mitigated before a fire
10 should actually occur. We do that, what we call
11 an in-service status, so should a call come in
12 while they're out doing that inspection, they
13 will stop what they're doing, hop on the rig and
14 go to that call.
15    Q.   Returning back to building
16 maintenance for a second, if -- if the AFD
17 employees at a station are too busy because of
18 calls that they -- to the point that they fall
19 behind on the building maintenance, are they
20 then paid overtime to catch up on the building
21 maintenance?
22    A.   The firefighters themselves would
23 not be paid overtime, but what we would end up
24 doing is having to utilize some of our personnel
25 out of fire maintenance to do some of the chores

Page 236

1 that the firefighters themselves could be doing
2 on a regular basis, which then has the ability
3 to impact some overtime issues at our fire
4 maintenance facility.
5    Q.   Same question for rig maintenance.
6 If the firefighters at a station are too busy to
7 perform all of the rig maintenance because of
8 the number of calls they're receiving, are they
9 then paid overtime to perform the required rig
10 maintenance?
11    A.   No. They would not be paid
12 overtime. It would be a matter of eventually
13 the potential for mechanical damage due to
14 inadequate fluid levels and stuff exists, but
15 there would not be a specific additional
16 manpower charged for that.
17    Q.   How do the shifts work for
18 firefighters in AFD? Is it 24 on, 48 off, or --
19    A.   Yes.
20    Q.   Is that the same for EMS, the bureau
21 of EMS, or the paramedics and EMTs? Do they
22 work the same shifts, 24 on, 48 off?
23    A.   In the general sense of all of our
24 operational personnel work the 24/48.
25    Q.   Is there ever -- is there ever down

Page 237

1 time during the 24-hour shifts, time when
2 there's nothing specific that has to be
3 accomplished?
4        MS. FLOWERS:  Object to the form.
5    A.   Yes.
6    Q.   Are the AFD employees required to
7 take a certain amount of break time during those
8 24-hour shifts?
9    A.   No.
10    Q.   Do you have an estimate on how much
11 down time on average the AFD employees have
12 during one of these 24-hour shifts?
13    A.   I do not.
14    Q.   Do you know how that number could be
15 calculated?
16        MS. FLOWERS:  Object to form.
17    A.   I do not.
18    Q.   Looking back at the exhibit you have
19 in front of you, do you see where Chief Natko
20 wrote -- it says, "Opioid/Drug, 1,279," and then
21 right below that it says, "Mental Health,
22 $2,534." Do you know what he's referencing
23 here?
24    A.   I do not.
25    Q.   Is it consistent with your

60 (Pages 234 - 237)

Page 238

1 understanding that in 2017 the number of mental
2 health calls that AFD went on was almost double
3 the number of opioid or other drug-related calls
4 it went on?
5        MS. FLOWERS:  Object to the form.
6 Lack of foundation.  The document speaks for
7 itself.
8     A.   This is the first I'm seeing of
9 this, these specific numbers.
10    Q.   Okay.  But I guess I asked a little
11 bit more of a specific question.  Do you have
12 any recollection of how many mental health calls
13 that AFD responded to in 2017?
14    A.   I do not.
15    Q.   Would it surprise you if the number
16 of mental health calls that AFD went on in 2017
17 was almost double the number of opioid and
18 drug-related calls that AFD went on in 2017?
19        MS. FLOWERS:  Objection.  Form and
20 foundation.
21    A.   I would not say it surprises me.
22    Q.   What are the various types of issues
23 that would -- do you know what mental health is
24 composed of here?
25        MS. FLOWERS:  Object to the form.

Page 239

1     A.   I do not.
2     Q.   What would you consider to be a
3 mental health call?
4     A.   That's a bit of an obscure -- could
5 you be more specific?
6     Q.   Sure.
7        So, again, if somebody came to you
8 and asked you to calculate the total number of
9 mental health calls that AFD responded to in
10 2017, what would you consider as part of that
11 number?
12    A.   I don't believe, if I was asked to
13 generate that number, that I would specifically
14 tackle it.  I think I would engage the EMS team,
15 have them discuss what they feel appropriately
16 fits into that category, and then do our best to
17 identify those calls.
18    Q.   You were head of the EMS bureau at
19 one point, right?
20    A.   I was.
21    Q.   If somebody came to you during that
22 time period and asked you how many mental health
23 calls EMS had responded to in a given year, how
24 would you have gone about calculating that then?
25        MS. FLOWERS:  Objection.  Calls for

Page 240

1 speculation.
2     A.   That never happened and I never gave
3 it any thought.
4     Q.   So you have no idea what types of
5 calls are considered mental health calls in the
6 Akron Fire Department?
7        MS. FLOWERS:  Objection.  Asked and
8 answered.  Argumentative.
9     A.   Could you ask the question again,
10 please?
11    Q.   Sure.
12       You have no idea what types of calls
13 would be considered a mental health call for the
14 Akron Fire Department?
15        MS. FLOWERS:  Same objection.
16    A.   No.  That doesn't accurately reflect
17 what I had said in my opinion.  I believe that I
18 was asked to identify all of the type of
19 mental -- all the type of calls that would go
20 into a mental call.  I'm aware of some types of
21 calls that clearly fit into that category.
22    Q.   Can you tell me what those types of
23 calls are?
24    A.   For example, a patient with known
25 psych history that is non-compliant with their

Page 241

1 meds would be a common one.
2     Q.   Can you give me any other examples?
3     A.   Not off the top of my head.
4     Q.   Can you give me any guesses as to
5 what would be included in these numbers, these
6 2,534 calls, what types of calls those would
7 have been?
8        MS. FLOWERS:  Object to the form,
9 speculation, asked and answered.
10    A.   District Chief Natko did not confer
11 with me on this particular project.  I was not
12 involved in any of the discussions.  I really
13 don't know which direction they went with this.
14    Q.   I understand he didn't consult with
15 you, but I'm asking you, you don't have any
16 guess as to what he would have included in this
17 number?
18    A.   No, sir.
19    Q.   If you look a little bit above that,
20 in the paragraph above that, it says, "We do
21 capture the opioid drug and mental health
22 categories as requested."
23       Do you know what categories those
24 are?
25    A.   No, sir.

61 (Pages 238 - 241)

Page 242

1    Q.   You can set that aside.
2           -  -  -  -  -
3           (Thereupon, Twigg Deposition Exhibit
4           17, Summit County and City of Akron,
5           Ohio Plaintiff's First Amended
6           Responses and Objections to
7           Distributor Defendants' Third Set of
8           Interrogatories, was marked for
9           purposes of identification.)
10          -  -  -  -  -
11   Q.   This is going to be Exhibit 17.  The
12   title of this document is "Summit County and
13   City of Akron, Ohio Plaintiff's First Amended
14   Responses and Objections to Distributor
15   Defendants' Third Set of Interrogatories."
16          Chief Twigg, do you recognize this
17   document?
18   A.   I believe so.
19   Q.   Where do you think you've seen it
20   before?
21   A.   This looks like one of the multiple
22   copies of interrogatories I've seen throughout
23   this process.
24   Q.   Will you turn to page 15?
25   A.   Yes, sir.

Page 243

1    Q.   Do you see at the bottom of the
2    second paragraph there, it says, "Plaintiff's
3    category of damages in this matter are expected
4    to include, but are not limited to, the
5    following"?  Do you see that?  It's the last
6    sentence of the second paragraph.
7    A.   "Plaintiff's category of damages,"
8    yes.
9    Q.   And then there's a bullet -- there's
10   a bullet point list of damages underneath that.
11   Do you see that?
12   A.   I do.
13   Q.   So this document is telling us that
14   the fire division is seeking costs of training
15   emergency and/or first responders in the proper
16   treatment of drug overdoses.  Do you see that?
17   It's the third bullet point down.
18   A.   I do.
19          MS. FLOWERS:  Object to the form.
20   Lack of foundation.
21   Q.   Have you ever calculated these
22   costs?
23          MS. FLOWERS:  Objection.  Asked and
24   answered.
25   A.   I have not.

Page 244

1    Q.   Do you know what all would go --
2    would be included in the calculation of such
3    cost?
4    A.   Not off the top of my head.
5    Q.   Who would you ask to figure that
6    out?
7    A.   Again, that would be our EMS team.
8    Q.   Now, I can just tell you, if you
9    flip real quick to the last page of the
10   document --
11   A.   Yes, sir.
12   Q.   And this was served separately, but
13   just included it as the last page here.  It's
14   the verification page.
15          You verified these responses?
16   A.   I did.
17   Q.   Before you verified the responses,
18   did you ask anybody at the EMS team how this
19   would be calculated?
20          MS. FLOWERS:  Object to the form.
21   Lack of foundation.
22   A.   I did not.  I did not read this to
23   be meaning that there was an expectation that we
24   had those costs calculated already.
25   Q.   Were you confident that you had

Page 245

1    incurred those costs at the time you verified
2    this?
3           MS. FLOWERS:  Objection.
4    A.   I'm confident then and I'm confident
5    now that we have, in fact, incurred costs
6    related to training -- how is it worded -- in
7    the proper treatment of drug overdoses.
8    Q.   Can you give me some examples of
9    those trainings?
10          MS. FLOWERS:  Objection.  Asked and
11   answered.
12   A.   For example, we have included the
13   use of Narcan in our EMT refresher training
14   that's performed on a cyclical basis with all of
15   our EMTs.  That would be one easy example.
16   Q.   Is the EMT refresher training
17   something that's done every year or -- sorry.
18   You say "cyclical training."  When is that
19   completed, that training?
20   A.   Each EMT has to recertify every
21   three years, so to maintain that rotation, we
22   give two refreshers per year for those
23   individuals that need it.
24   Q.   Is there anything else covered at
25   that training other than the use of Narcan?

62 (Pages 242 - 245)

Page 246

1    A.   Yes.  It's a 24-hour refresher that
2  covers several different subjects.
3    Q.   What are the other subjects?
4    A.   That's -- I don't teach that class.
5  It would -- I wouldn't be able to give you the
6  list off the top of my head.
7    Q.   Who would have that list?
8    A.   Someone on our EMS team.
9    Q.   Chief Natko?
10    A.   I don't know if Chief Natko would
11  have the EMT refresher curriculum memorized.
12    Q.   Do you have access to that list
13  anywhere?
14    A.   I could ask for a list of the EMT
15  refresher curriculum and somebody would produce
16  it for me.
17    Q.   Can you give me the name of a person
18  on the EMS team that would have it?
19    A.   Currently, Captain Joe Schumaker is
20  the person in charge of our EMT accreditation.
21    Q.   The next bullet point here is,
22  "Costs associated with providing police
23  officers, firefighters and emergency and/or
24  first responders with naloxone, an opioid
25  antagonist used to block the deadly effects of

Page 247

1  opioids in the context of an overdose."
2        Has the division of fire incurred
3  any costs associated with providing police
4  officers with naloxone?
5    A.   I am not positive that we have.  I
6  am not positive that we have not.  It's
7  possible.
8    Q.   How would you figure it out?  If you
9  wanted to know the answer to that question, how
10  would you figure that out?
11        MS. FLOWERS:  Objection to the form.
12    A.   I haven't been asked to figure it
13  out and I'd have to give it some thought.
14    Q.   Is there somebody you would e-mail?
15        MS. FLOWERS:  Objection.
16    A.   Not in particular.
17    Q.   Is there somebody in the police
18  department that you would call and ask?
19        MS. FLOWERS:  Objection.  Asked and
20  answered.
21    A.   If forced to -- if I was forced to
22  come up with an answer, I would ask District
23  Chief Natko to interact with one of his peers in
24  the police department and try and figure out if
25  we've ever had to give them some Narcan to

Page 248

1  replace a police officer's in some circumstances
2  that I might be unaware of and what that cost
3  us.
4    Q.   What are the costs associated with
5  providing firefighters with naloxone?
6    A.   We, on a regular occasion, will need
7  to replace Narcan that did not get replaced at
8  the hospital, and then we have came out of
9  pocket to have an emergency backup supply should
10  there be a shortage.  That was one of the big
11  concerns earlier on.  And then there's all the
12  costs associated with the amount of time that we
13  spend running back and forth to the hospital to
14  get Narcan, the time spent sitting at the
15  pharmacy replacing the Narcan.  There's several
16  different versions of indirect costs along those
17  lines.
18    Q.   Who sits at the pharmacy to replace
19  the Narcan?
20        MS. FLOWERS:  Object to the form.
21    A.   So when -- each time that a med unit
22  has to replace a medication, they're out of
23  service while they're doing that, and that has,
24  again, that kind of snowball impact we were
25  talking about earlier; when they're unavailable,

Page 249

1  someone else is taking their calls, and then
2  they're unavailable, so someone else is taking
3  their calls, and, you know, you never know when
4  somebody ends up missing a fire call because of
5  that.
6    Q.   So you said we, on a regular
7  occasion, will need to replace Narcan that does
8  not get replaced at the hospital.  Why does that
9  happen on a regular occasion?
10    A.   I mean, there's just different
11  circumstances that may occur that would prevent
12  the traditional exchange of Narcan.  Sometimes
13  if you don't go to the hospital, you wouldn't
14  get the chance to replace it.
15    Q.   How would you determine how much the
16  division of fire spent on naloxone in any given
17  year?
18    A.   I would ask our storeroom clerk to
19  give us a report on how much they've spent.
20    Q.   Have you ever done that?
21        MS. FLOWERS:  Object to the form.
22    A.   I have not.
23    Q.   Do you know if anyone has done that?
24        MS. FLOWERS:  Objection.
25    A.   I have not, and it would be

63 (Pages 246 - 249)

Page 250

1 difficult to come up with the additional
2 indirect cost, like I described before, so it
3 really is a hard number to come up with the true
4 cost of it.  Whatever we come up with would
5 certainly be on the low end.
6      Q.   So the next bullet point here is,
7 "Costs associated with emergency responses by
8 police officers, firefighters, and emergency
9 and/or first responders to opioid overdoses."
10 We talked about that a little bit earlier, but
11 you have not tried to calculate how much it
12 costs the fire department to respond to an
13 opioid overdose; is that correct?
14      A.   That is correct.
15      Q.   Do you know if anyone has?
16      A.   Not to my knowledge.
17      Q.   So I'd like to ask you some
18 questions about the verification page toward the
19 end.
20      A.   Yes, sir.
21      Q.   Do you remember verifying these
22 responses?
23      A.   I remember verifying several
24 responses.  I can't say that I specifically
25 remember this day and this response.

Page 251

1      Q.   What do you understand that to mean,
2 that you verified these?
3           MS. FLOWERS:  Object to the form.
4      A.   My understanding is that I'm
5 verifying that these answers are correct to the
6 best of my knowledge.
7      Q.   Were you surprised that you were
8 asked to verify the responses?
9           MS. FLOWERS:  Objection to the form.
10      A.   I don't know that I would describe
11 my emotions about being asked to sign them.
12      Q.   I'm sorry.  You kind of trailed off
13 there.  You said, "I don't know that I would
14 describe my emotions about being asked to sign
15 them."  So is that no, you were not surprised
16 that you were asked?
17           MS. FLOWERS:  Objection to the form
18 and to the misstatement of the witness'
19 testimony.
20      A.   I'm not sure how my response
21 sounded, but what I'm trying to say is that I
22 didn't really have an emotional response one way
23 or the other.  So you asked if I was surprised,
24 and I'm saying that I don't know that I would
25 characterize my emotions in any specific way.

Page 252

1      Q.   So these responses are on behalf of
2 both Summit County and Akron.  Were you
3 verifying any of the portions related to Summit
4 County?
5      A.   My belief, under the way I read
6 this, was that I am authorized to make this
7 verification on behalf of the Plaintiff, the
8 City of Akron.  I don't recall ever being in the
9 position where I was verifying anything for
10 Summit County.
11      Q.   Were you verifying each of the
12 responses in here or only certain ones?
13           MS. FLOWERS:  Objection.
14      A.   I believe that my verification was
15 for the entire set of responses.
16      Q.   But you don't know for certain?
17           MS. FLOWERS:  Objection.
18      A.   I don't -- could you ask your
19 question in more detail?  I'm not understanding.
20      Q.   Sure.
21           Were you verifying each of the
22 responses in here or only certain ones?
23           MS. FLOWERS:  Objection.  Asked and
24 answered.
25      A.   I thought I answered the best that I

Page 253

1 could that I believe I am verifying all of these
2 responses.
3      Q.   What did you do in preparation for
4 verifying the responses?
5      A.   Reading I guess would be the
6 simplest answer.
7      Q.   So you read the responses in
8 preparation to verify them?
9           MS. FLOWERS:  Objection.
10      A.   That is correct.
11      Q.   Did you read all of them?
12      A.   I read all of the initial responses.
13 I did not read every single page of the -- what
14 was the -- what were they called, the updated
15 versions or -- what's the word?
16      Q.   Are you talking about the
17 supplemental responses?
18      A.   Yes.  That's what I'm referring to.
19 Thank you.
20      Q.   Did you do anything to confirm that
21 the information contained in the responses is
22 correct?
23      A.   Not beyond the personal knowledge
24 that I had of the responses.
25      Q.   Other than your attorneys, did you

64 (Pages 250 - 253)

1 talk to anyone about the information contained
2 in the responses?
3    A.   I did not.
4    Q.   Do you remember how long you spent
5 reading the responses before verifying them?
6    A.   I did not -- I do not remember
7 specifically.
8    Q.   Is there anything -- sitting here
9 today, is there anything in these responses that
10 you would want to change?
11    MS. FLOWERS:  Objection.
12    A.   Not that I'm specifically aware of,
13 no.
14              - - - - -
15              (Thereupon, Twigg Deposition Exhibit
16              18, The City of Akron, Ohio
17              Plaintiff's Second Supplemental
18              Response and Objections to
19              Distributor Defendants'
20              Interrogatory No. 18 Pursuant to the
21              Court's November 21, 2018 Order, was
22              marked for purposes of
23              identification.)
24              - - - - -
25    Q.   So this is going to be marked as

1 Exhibit 18.  This is the City of Akron, Ohio
2 Plaintiff's Second Supplemental Response and
3 Objections to Distributor Defendants'
4 Interrogatory No. 18 Pursuant to the Court's
5 November 21st, 2018 Order.
6    MS. FLOWERS:  Counsel, do you have a
7 verification for this one?
8    MR. CAREY:  No, I don't.  I don't
9 believe one was provided.
10    MS. FLOWERS:  There was one provided
11 but it wasn't this witness.
12    MR. CAREY:  Okay.  So that was
13 actually my first question.
14    Q.   You did not verify this -- the
15 supplemental responses?  I think we were just
16 talking about this, but you were saying you did
17 not verify the supplemental responses, correct?
18    MS. FLOWERS:  Object to the form.
19    A.   I'll be honest.  They all look very
20 similar.  I know I signed multiple verification
21 pages.  I'm not trying to be clever here.  If
22 you have a thing at the back of this that I
23 signed it, then I will agree I signed it, but I
24 can't identify this one compared to the other
25 ones that I saw.

1    Q.   Okay.  Fair enough.
2         Can you turn to page 6?  Do you see
3 the bottom paragraph there before that last
4 bullet, it says, "Plaintiff's computation, based
5 on Plaintiff's preliminary review of its records
6 and an estimate of Plaintiff's damages as of the
7 date of this response, is provided in Exhibit
8 2"?  Do you see that?
9    A.   I do.
10    Q.   Then can you turn to Exhibit 2?
11 It's the last page of this document.  Do you see
12 the fire department row there, row two?
13    A.   I do.
14    Q.   Starting in 2017, it's listed 1.5
15 million.  Do you see that?
16    A.   I do.
17    Q.   Do you know what went into the
18 calculation of this number?
19    MS. FLOWERS:  Object to the form.
20 Lack of foundation.  The witness didn't verify
21 these.  He testified to that.
22         Tell him what you can.
23    A.   I do not know.
24    Q.   Did you assist at all in the
25 preparation of these responses?

1    A.   Not knowingly.
2    Q.   Do you know if you provided
3 information that went into these calculations
4 for the fire department or emergency medical
5 services totals that are listed on this Exhibit
6 2?
7    A.   No, sir.  That was my reference to
8 not knowingly.  So, to my knowledge, I did not
9 receive any request for information that I knew
10 were being used to generate these numbers.
11    Q.   Do you see on the far right-hand
12 side it says, "Total"?
13    A.   Yes, sir.
14    Q.   And if you go down, the second
15 number from the top is 9.1 million.  That's the
16 total fire department damages.  And then below
17 that it says 1.6 million?
18    A.   Yes, sir.
19    Q.   And that's the total emergency
20 medical services damages.  Do you know why the
21 fire department's damages are so much higher
22 than the emergency medical services' damages?
23    MS. FLOWERS:  Object to the form of
24 the question and the characterization of the
25 document, which speaks for itself.

65 (Pages 254 - 257)

Page 258

1     A.   I do not know.
2     Q.   Are you surprised that the fire
3  department's number is higher than the emergency
4  medical services department's number?
5         MS. FLOWERS:  Lack of foundation.
6  Objection as to form.
7     A.   No.  What I suspect that you're
8  seeing is what I described in some vague detail
9  earlier about how the EMS numbers are split from
10  the fire numbers in accounting practice.
11     Q.   Can you describe that practice in a
12  little more detail for me?
13         MS. FLOWERS:  Objection.  We're
14  going to have to figure out a way to limit this
15  because this gentleman has never seen this
16  document before today, so I'm only going to let
17  you go so far into what he -- this is a
18  preliminary expert report, as I'm sure you
19  realize.
20         MR. CAREY:  Okay.  But he knows
21  about the accounting practices, we talked about
22  it a little bit earlier, and he said in vague
23  detail, so I'm just asking him to describe that
24  detail more --
25         MS. FLOWERS:  I thought you were

Page 259

1  asking him to explain this document.
2         MR. CAREY:  No.  His reference was
3  to him discussing the accounting practices and
4  why some numbers are attributed -- I'm assuming
5  some numbers are attributed to EMS and some are
6  attributed to fire, and I'm just asking for some
7  further explanation on why that happens in the
8  budget process.
9         MS. FLOWERS:  Do you understand the
10  question.
11         THE WITNESS:  I do understand the
12  question?
13     A.   And I guess all I'm trying to point
14  out is that what you're suggesting is that these
15  numbers indicate it's 9 million dollars for fire
16  trucks and only 1 million -- 1.6 million dollars
17  for ambulances, and I'm suggesting what we're
18  really seeing is the totality is 10.7 million
19  dollars for the fire department.  That's my
20  point.
21     Q.   Again, not necessarily referencing
22  this specific document, but why are certain
23  costs attributed to the fire department and
24  other costs attributed to the EMS division
25  during the budget process?

Page 260

1     A.   Those are practices that go back
2  predating my involvement, and I can't speak to
3  why it was set up that way.
4     Q.   So before your involvement as head
5  of the accounting services division?
6     A.   That's correct.
7     Q.   You never asked anybody why it was
8  done that way while you were head of the
9  accounting services division?
10         MS. FLOWERS:  Objection.
11  Argumentative.
12     A.   I do not remember having a specific
13  conversation.  I did state in my testimony
14  earlier that in my time we did work with finance
15  to try and more accurately apply this personnel
16  into the EMS side of our budget to more
17  accurately reflect the true breakdown of where
18  our expenses are, but it's still being handled
19  mostly at the finance department, and I can't
20  give you the gory details about how that's done.
21         MR. CAREY:  Let's take five.
22         THE VIDEOGRAPHER:  Off the record at
23  5:32.
24         (Recess had.)
25         THE VIDEOGRAPHER:  We're back on the

Page 261

1  record.  The time is 5:38.
2  BY MR. CAREY:
3     Q.   Okay, Chief.  Just hopefully really
4  quick and I'll try to short circuit.
5         We were talking a little bit about
6  verifications, the verification pages for the
7  interrogatories, and you said -- we looked at
8  one of them and you said you remember verifying
9  other sets -- other responses to
10  interrogatories.  Is that right?
11         MS. FLOWERS:  Object to the form.
12     A.   I have signed multiple verification
13  pages.  My understanding is that I was
14  reverifying additional changes to the original
15  set that I received.
16     Q.   And other than when there are
17  amended responses where you are verifying -- we
18  can look at these if you want to.  I'm just
19  trying to save us all the hassle of entering all
20  these in and talking about them.  Other than
21  when you were verifying amended responses, there
22  were other instances where you verified just the
23  original response, if there was no amended
24  response, correct?
25     A.   Yes, sir.

66 (Pages 258 - 261)

Page 262

1    Q.   Was your practice for verifying the
2  responses the same across all of the times you
3  verified responses?
4    A.   Yes, sir.
5    Q.   And that practice was to read the
6  responses?
7    A.   Yes, sir.
8    Q.   And for any of the responses that
9  you verified, did you talk to anyone else other
10  than your attorneys about the information
11  contained in the responses before you verified
12  them?
13    A.   No, sir.
14       MR. CAREY:  That's it for me.  I
15  think a few of my colleagues have some
16  questions.  But I appreciate your time today.
17       THE WITNESS:  You as well.
18       EXAMINATION OF CHARLES I. TWIGG, IV
19  BY MR. LANNIN:
20    Q.   Chief Twigg, my name is Cortlin
21  Lannin.  I'm a colleague of Mr. Carey's and also
22  represent the Defendant, McKesson Corporation,
23  in this case.  I just have a few questions for
24  you.  It's been a long day.  I've been taking
25  notes along the way, but I confess there's a few

Page 263

1  things that I just didn't quite catch the first
2  time around, so I promise I'll be quick, but if
3  you bear with me on a few clarifications.
4       Talking about the CAD system -- and
5  could you just refresh my memory, sir.  How
6  many -- approximately how many calls come into
7  the dispatching center in a given year?
8    A.   I guesstimated -- I believe in my
9  previous testimony I guessed between 250 and
10  300,000.  The reason I say it that way is
11  because I'm not a hundred percent positive of
12  the calls on the police side and the numbers
13  involved, but I believe that to be a good rough
14  estimate.
15    Q.   Understood.
16       And in 2018, for example, your best
17  guesstimate is somewhere between 250 to 300,000
18  calls came in?
19    A.   Yes, sir.
20    Q.   I understand if I was to be
21  interested in finding in the CAD system how many
22  of those incoming calls were related to an
23  opioid-related emergency, I believe you
24  testified there's no simple query you could make
25  to pull all those records automatically.  Is

Page 264

1  that fair?
2       MS. FLOWERS:  Objection.
3    A.   I don't believe that's exactly the
4  way I characterized it.  I think I was
5  responding to a question regarding one of the
6  exhibits that was a spreadsheet of sorts with
7  lots of rows and columns, and I believe during
8  that line of questioning I said there is not a
9  specific check box in the CAD questioning that
10  delineated that it was an opioid-related
11  response.
12    Q.   And that's exactly the testimony I
13  was referring to.  Thank you for the
14  clarification.  No check box, as you put it.
15  What I believe I heard you say is testimony to
16  the effect that one would need to review the
17  records for indications of symptoms that might
18  be consistent with an overdose, and I believe
19  you used lack of consciousness, for example, as
20  an example.  Is that fair?
21       MS. FLOWERS:  Objection to the form.
22    A.   That is a fair description, but
23  what's being left out is the fact that we're
24  specifically referring to the CAD itself and the
25  CAD system.  That's not to say that there aren't

Page 265

1  other methods that more clearly help us identify
2  opioid calls, and that's, you know, in reference
3  to some of our EMS software, for example.
4    Q.   So just to make sure I understand,
5  what I had thought you suggested was you would
6  review records from the -- for this exercise for
7  the CAD system, you would want to look for
8  records where there was some indication of a
9  potential overdose and then you would need to
10  take the additional step of cross-referencing
11  that record with additional records that may be
12  available to determine if it, in fact, was an
13  opioid-related call; is that fair?
14       MS. FLOWERS:  Objection.  Lack of
15  foundation and misstates the witness' testimony.
16    A.   I believe my testimony earlier
17  suggested that, for the time frames where we do
18  not have the -- or the patient care reports
19  electronically captured, so pre-AFIRS, pre-ESO,
20  I was being asked about how I would identify
21  opioid calls from the CAD system, and I
22  suggested that you would run queries on key
23  words that could then generate a list of
24  incident numbers, which then you would compare
25  to the written reports.  That process wouldn't

67 (Pages 262 - 265)

Page 266

1  be necessary once those reports were being
2  captured electronically.
3      Q.   And why is that?
4      A.   Because those same key words and
5  identifiers are actually data fields in the EMS
6  reports.
7      Q.   I understand you might be able to
8  search for overdose, for example, in the CAD
9  records and in the AFIRS or ESO record as well,
10  but wouldn't you still need to manually review
11  that record to determine what the content or the
12  context for that call was?
13         MS. FLOWERS: Objection.  Lack of
14  foundation.
15      A.   Which time frame is your question in
16  reference to?
17      Q.   Post-implementation of AFIRS.
18      A.   I don't believe that would be the
19  best way to go about doing it, keeping in mind
20  I'm not the one that searches those records, but
21  I believe we have the ability to fine-tune the
22  search through AFIRS and ESO at a much greater
23  level than we could through the CAD system, so
24  the cross-referencing of the paper copies would
25  not be required.

Page 267

1      Q.   So let me step back to the first
2  step, which is if I'm solely interested in
3  incoming calls that were related to opioid
4  incidents, the CAD data itself will not provide
5  definitive information about how many of those
6  calls were related to an opioid incident; isn't
7  that right?
8         MS. FLOWERS: Form and foundation.
9      A.   I don't believe that anyone in our
10  organization has used CAD data by itself to in
11  any way indicate the number of opioid-related
12  calls we've responded to.
13      Q.   And, sir, I understand no one has
14  done it, but what I'm asking you is that's
15  because it's not possible; isn't that right?
16         MS. FLOWERS: Objection.  Calls for
17  speculation.
18      A.   I do not work on the CAD.  I'm just
19  going based on my knowledge of what we've done
20  so far and my knowledge of what some of our IT
21  folks are trying to accomplish.  To the best of
22  my knowledge, going off CAD data, we use that
23  CAD data to give us a list of runs that we can
24  go check the paper copies on.
25      Q.   Or check the electronic version of

Page 268

1  the run report; is that right?
2      A.   I don't know if we did the CAD
3  queries overlapping the electronic time frames
4  when we had the EPCRs and AFIRS.  I don't know
5  if that was done or not.
6      Q.   If I was interested in whether a
7  specific opioid caused a given call, for
8  example, if it was heroin or a prescription
9  opioid, I assume the CAD data standing alone
10  doesn't have the information available to make
11  that determination?
12         MS. FLOWERS: Objection to the form.
13  Lack of foundation.
14      A.   I don't know if the CAD data would
15  have that information.
16      Q.   Well, if it doesn't permit you to
17  definitively determine whether a given call was
18  related to opioids in general, how could it
19  possibly allow you to determine the specific
20  opioid that caused a call?
21         MS. FLOWERS: Objection to the form.
22      A.   It would be physically possible that
23  a caller says my family member inadvertently
24  took too much OxyContin, and that would show up
25  in the CAD data possibly.

Page 269

1      Q.   So reviewing records individually,
2  the 250 to 300,000 records individually on a
3  record-by-record basis might give a hint of a --
4  in some instances of where a specific opioid was
5  the source of a call?
6         MS. FLOWERS: Objection.  Lack of
7  foundation.
8      A.   My understanding of our IT's
9  interaction with some of these CAD searches was
10  that they were doing queries for key words, and
11  I'm suggesting that it is possible that a query
12  of specific drug names might give you an
13  indication of a specific drug used in -- you
14  know, involved with an overdose, which I thought
15  was what you were asking me.
16      Q.   That helps.  I appreciate that.
17         And, to your knowledge, has anyone
18  in your department done that type of querying
19  based on a specific name?
20         MS. FLOWERS: Objection.
21      A.   I do not -- I was not involved in
22  the specific request for the records.  That was
23  done directly with some of the IT folks.  So I
24  can't speak to which key words or queries were
25  run.

68 (Pages 266 - 269)

Page 270

1    Q.   Switching over to the databases that
2  contain the run reports, what I've been calling
3  run reports -- I know that there may be a more
4  formal name.  I understand those to be AFIRS and
5  ESO.  Is that right?
6    A.   Yes, sir.
7    Q.   To use your terminology, does AFIRS
8  or ESO have a check box one could use to
9  determine when a given run was related to an
10 opioid incident?
11       MS. FLOWERS:  Objection.  Asked and
12 answered.
13   A.   My understanding of those two
14 systems is somewhat limited because I'm not a
15 medic and I don't operate with it regularly, and
16 I believe we have been using Narcan
17 administration as the most reliable indicator of
18 a run that we should be looking at.
19   Q.   And the ESO or AFIRS database will
20 include a field that would indicate when Narcan
21 had been dispensed in a given incident?
22   A.   Yes, sir.
23   Q.   You would agree that there are
24 instances where Narcan had been administered
25 when, in fact, an opioid was not the cause of

Page 271

1  the underlying emergency?
2    A.   I would agree that the potential
3  exists that that could have happened, but I
4  would keep that in the context of I personally
5  believe there is a much greater happenstance of
6  times where we didn't administer Narcan and
7  there was an opioid involved, so I think, if
8  anything, we're on the conservative side when we
9  use Narcan administration as a way of
10 identifying those calls.
11   Q.   But, at best, Narcan administration
12 is a proxy that you might use to determine when
13 a given emergency incident was related to
14 opioids?
15       MS. FLOWERS:  Objection to the form.
16   Q.   Is that fair?
17   A.   I don't know if I'm agreeing with
18 your exact description.  I concede the fact that
19 Narcan administration is not directly equal to a
20 hundred percent guarantee that an opioid was
21 involved.  There's bound to be times where we
22 have used that medication to be conservative and
23 it may not have been needed.
24   Q.   And if I was interested in
25 determining how many times that a specific

Page 272

1  opioid was the cause of a given emergency,
2  again, say heroin or a specific prescription
3  opioid, how would one go about searching for
4  that information in the AFIRS or ESO databases?
5        MS. FLOWERS:  Objection.  Asked and
6  answered.
7    A.   I don't believe that either of our
8  databases are set up specifically to do that,
9  nor have we spent time trying to do that,
10 keeping in mind that quite often we don't know
11 or don't find out ever what the patient was
12 overdosing on.
13   Q.   And that actually is one thing I
14 wanted to ask you.  I believe you earlier today
15 said it may be that a paramedic enters a scene
16 and sees paraphernalia or evidence that would
17 reveal the specific opioid, but in other cases
18 that's just not the case.  Is that fair?
19   A.   That is fair.
20   Q.   And on a totally different note,
21 Chief, on the budget issues -- we can introduce
22 an exhibit if we need to, but, to your
23 knowledge, are there any specific line items in
24 the fire department's budget that are
25 attributable exclusively -- exclusively to

Page 273

1  opioid-related costs?
2        MS. FLOWERS:  Object to the form.
3    A.   No.  I think it would be almost the
4  opposite.  It would be there isn't a specific.
5  I think every single line item has a little bit
6  of opioid-related costs.
7        MR. LANNIN:  Very good.  That's all
8  I have, but I'm afraid some of my colleagues
9  have a few additional questions for you.
10       THE VIDEOGRAPHER:  Off the record,
11 5:54.
12       (Short recess had.)
13       THE VIDEOGRAPHER:  On the record,
14 5:55.
15       EXAMINATION OF CHARLES I. TWIGG, IV
16 BY MR. GOLDSTEIN:
17   Q.   Hi, Chief Twigg.  My name is Josh
18 Goldstein, as I mentioned what seems like a long
19 time ago.  I represent one of the defendants in
20 this litigation, and I appreciate it's been a
21 long day, but I'm just going to ask you a few
22 more questions.
23       Just following up on the
24 conversation you were just having, are fire/EMS
25 personnel in Akron trained to, when they arrive

69 (Pages 270 - 273)

Page 274

1 at the scene of an overdose, attempt to
2 determine what caused the overdose?
3    A.   In direct terms, we are not trained
4 to specifically -- we are not training our
5 individuals to specifically investigate on
6 scene.  We do train our individuals to have a
7 certain degree of situational awareness that
8 might affect their own safety.  So while we ask
9 them to be aware of powders or sharps or any
10 other type on-scene hazards, we are not asking
11 them to try and figure out what the cause of the
12 overdose is.  We want them to focus on patient
13 care.
14    Q.   Is there a protocol in place that
15 governs when fire or EMS personnel are supposed
16 to administer Narcan?
17    A.   There is.
18    Q.   Are you familiar with that protocol?
19    A.   I'm not familiar with the
20 line-by-line description of the paramedic
21 protocol in regards to Narcan or most other
22 medications at this point.  I haven't had to
23 pass the protocol test since -- a long time ago.
24    Q.   And just to clarify, you just said
25 the paramedic protocol.  Is there a separate

Page 275

1 protocol that applies for fire and EMS
2 personnel?
3       MS. FLOWERS:  Objection.
4    A.   No.  There's only one protocol on
5 the fire department and that refers to the
6 paramedic protocol.  We do not currently have a
7 fire or EMT-B protocol by definition.
8    Q.   And so how did the fire/EMT-B
9 personnel know when to administer Narcan?
10    A.   Through training, in regards to
11 unresponsive and non-breathing patients, we've
12 instructed them that it's acceptable to
13 administer Narcan under those circumstances.
14    Q.   So I take it there's no written
15 document that specifies what the criteria is for
16 administering Narcan?
17       MS. FLOWERS:  Objection.  Lack of
18 foundation.
19    A.   There is not.
20    Q.   Can you describe at a high level
21 what the training and -- what it is that the
22 training dictates on when Narcan should be
23 administered?
24    A.   Unresponsive patient that has
25 impaired breathing, any obvious signs of

Page 276

1 prescription or illegal drug use, any history
2 based on bystanders of the same and/or
3 pinpointed pupils would all be things that would
4 give an indication to some EMTs that it might be
5 appropriate to administer Narcan at that time.
6    Q.   Is it fair to say that the fire and
7 EMT personnel have a good deal of discretion in
8 determining when to administer Narcan?
9    A.   I don't know if I'd use the term
10 "discretion," no.
11    Q.   What term would you use?
12    A.   I think that we have sent the
13 message to our personnel that should there be a
14 question, that they're safer to administer than
15 to not administer.
16    Q.   So -- sorry.  Strike that.
17       How was that message conveyed to
18 your personnel?
19    A.   Through training.
20    Q.   So is it fair to say they're trained
21 to err on the side of administering Narcan if
22 they have a question about whether to administer
23 it or not?
24    A.   Yes, that's fair to say that.
25    Q.   Now, you listed a number of factors

Page 277

1 that the personnel are trained to look for when
2 determining whether to administer Narcan.  Are
3 all of those factors required to be present in
4 order for fire/EMT personnel to administer
5 Narcan?
6       MS. FLOWERS:  Object to the form.
7    A.   No.
8    Q.   And just to be clear, the factors
9 I'm referring to are impaired breathing, any
10 obvious signs of prescription or illegal drug
11 use, history, pupil dilation.  Are there any
12 others that I'm missing?
13       MS. FLOWERS:  Object to the form.
14    A.   Not off the top of my head.
15    Q.   Can fire or EMT personnel administer
16 Narcan if none of those factors are present?
17       MS. FLOWERS:  Objection.
18    A.   I don't think that scenario makes
19 sense.  We wouldn't administer Narcan without
20 some -- some reason to do so.
21    Q.   Sure.  I wasn't trying to suggest
22 otherwise.  Let me ask you this:  If only one of
23 those factors is present, is it possible that
24 fire/EMT personnel will administer Narcan?
25       MS. FLOWERS:  Objection.  Calls for

70 (Pages 274 - 277)

Page 278

1  speculation.
2      A.   It's hard for me to answer a
3  hypothetical without knowing the totality of the
4  circumstances.
5      Q.   Does the AFD conduct any -- strike
6  that.
7          Is there any review process when
8  Narcan is administered to determine if that
9  administration was appropriate under the
10 circumstances?
11     A.   Not that I'm aware of.
12     Q.   Now, you testified that one of the
13 factors that might lead EMT personnel to
14 administer Narcan was signs of prescription or
15 illegal drug use; is that right?
16     A.   It is.
17     Q.   And those signs might be
18 paraphernalia at the scene of the overdose?
19     A.   That could be one version.
20     Q.   What would the other signs be?
21     A.   I said that should there be signs of
22 prescription -- I said should there be signs of
23 prescription or illegal drug use.
24     Q.   And what would the signs be that
25 they would be looking for?

Page 279

1      A.   Well, should we find an unconscious
2  patient with a pill bottle near them or some
3  evidence that they have ingested a certain
4  number of pills would be an example as well.
5      Q.   Can you think of other examples that
6  would indicate prescription or illegal drug use
7  that a fire or EMT personnel might find at the
8  scene?
9      A.   It's not uncommon for a caller or a
10 family member or some sort of witness to give us
11 some sort of history leading us to believe that
12 the person may have used either.
13     Q.   When fire/EMT personnel discover
14 evidence, as indicated, that would suggest
15 prescription or illegal drug use, are they
16 instructed to include that information in the
17 reports we've been speaking about, AFIRS, ESO,
18 the CAD reports?
19         MS. FLOWERS:  Object to the form.
20     A.   I believe I testified earlier that I
21 cannot see a circumstance where a fire apparatus
22 would be responding where a medical apparatus
23 wasn't coming along with them.  So the ultimate
24 responsibility for the completeness of the
25 patient care report would fall to the med unit.

Page 280

1  So that's where those details would be kept.
2      Q.   Just so I understand your testimony,
3  with respect to fire/EMS personnel responding to
4  the scene of an overdose, are they given any
5  training or instruction about recording evidence
6  that they find at the scene that would suggest
7  prescription or illegal drug use?
8          MS. FLOWERS:  Object to the form.
9      A.   We have always traditionally told
10 our medics that we would like them to give as
11 many details as possible in their report.  I
12 can't guarantee that every single overdose
13 they've been on, that the details of what was
14 found near the patient ended up being recorded
15 in the narrative.
16     Q.   But, generally speaking, you would
17 expect it to end up in the narrative?
18     A.   Generally speaking, we ask the
19 medics to give the best picture possible via the
20 report for definitive care later on, so we would
21 expect them, to the best of their ability, to
22 include that information, when it's available.
23     Q.   Are any of the medics or fire or EMS
24 personnel instructed to -- strike that.
25         Are there ever circumstances in

Page 281

1  which the run reports we've been discussing will
2  be amended following their submission to reflect
3  updated information that Akron Fire might
4  receive about a particular overdose victim?
5      A.   Part one of your question, do we
6  ever amend our reports, there is a process to
7  add additional information to a report after the
8  fact.  I cannot think of a single circumstance
9  where we went back and updated a report the way
10 you're describing.
11     Q.   So, for instance, in an overdose
12 victim where -- strike that.
13         If when fire/EMS personnel arrive at
14 the scene of an overdose and discovered evidence
15 of potential prescription or illegal drug use
16 but then -- let's say for the sake of this
17 hypothetical that the medical examiner
18 subsequently determines that the cause of the --
19 of death was something unrelated to drug use,
20 the report wouldn't be amended?
21         MS. FLOWERS:  Object to the form.
22     A.   I'm not aware of a circumstance
23 where we updated a med report based on follow-up
24 information from the medical examiner.
25     Q.   I believe we touched on this

71 (Pages 278 - 281)

Page 282

1 earlier, but when -- so I think at the beginning
2 when we were just talking, you mentioned that
3 medics are subject to a protocol that governs
4 when they can give out medications?
5     A.   That is correct.
6     Q.   And does that cover all medications
7 that the medics carry with them?
8         MS. FLOWERS:  Object to the form.
9     A.   That is correct.
10     Q.   And I believe you testified earlier
11 today that you're aware of at least one opioid
12 that medics carry?
13     A.   I believe we're still carrying
14 morphine.
15     Q.   Do you know if you carry fentanyl?
16     A.   I do not recall.
17     Q.   And so whenever those medications
18 are administered by paramedics, it's pursuant to
19 the protocol that's in place?
20         MS. FLOWERS:  Object to the form.
21     A.   Absolutely.
22     Q.   And who designs that protocol?
23     A.   Our protocol is governed by our
24 medical director.
25     Q.   And who is that?

Page 283

1     A.   Right now it's Dr. Amy Raubenolt.
2     Q.   Do you know when the last time your
3 protocol was amended?
4     A.   I think we had one sometime in 2018.
5 I can't remember.
6     Q.   And what about prior to that date?
7     A.   It's not unusual for us to have
8 minor updates to the protocol on an annual
9 basis.
10     Q.   Just to go back for a second, do you
11 recall if fentanyl was ever part of -- was ever
12 one of the medications that paramedics were
13 permitted to administer?
14     A.   To be honest, I just don't remember.
15     Q.   And the medical director who's in
16 place now, she's a licensed physician, I take
17 it?
18     A.   Yes.
19     Q.   Do you know if she has any
20 specialty?
21     A.   I believe she has her emergency
22 medicine fellowship and such.
23     Q.   Now, you spoke earlier today about
24 an initiative that was associated with
25 Mallinckrodt, which is one of the defendants in

Page 284

1 this case, to hand out I think what you
2 characterized as drug disposal bags.  Do you
3 recall that testimony?
4     A.   I do.
5     Q.   How did you learn about that
6 program?
7     A.   I got to be -- I don't recall if I
8 learned about it via e-mail or through the city.
9 I just remember it was Summit County Public
10 Health.  We went to their office for the press
11 conference and I know we found out about it
12 through them.  I can't remember the specifics of
13 how I got the information.
14     Q.   Do you recall what that initiative
15 was?
16     A.   I believe I testified earlier that
17 they made, I want to say, hundreds, if not
18 thousands, of these bags available throughout
19 the community at pharmacies, and then I think
20 they were distributed to county EMS systems as
21 well, to be stored on med units, and should you
22 be at a house that had a lot of prescription
23 drugs, we were free to offer them to the
24 individuals as a way to dispose of them.
25     Q.   And what was your understanding of

Page 285

1 the purpose of that initiative?
2     A.   Well, I -- I understood it to be a
3 two-part initiative; that, one, it's better for
4 the environment not to be flushing them down the
5 toilet and such, and then I believe as an
6 attempt to cut down on the potential for older
7 medications laying around to be there
8 accidentally or purposefully misused.
9     Q.   And did you -- fair to say you
10 supported that initiative?
11     A.   We supported that initiative through
12 EMS and handed them out to our med units.
13     Q.   And did you personally support that
14 initiative?
15         MS. FLOWERS:  Object to the form.
16     A.   I'm not sure what you mean by
17 personally, but I made sure, through our EMS
18 team, that everybody was made aware of the
19 resource.
20     Q.   Did you think that that initiative
21 was a good idea?
22     A.   I felt it was important that we
23 offer the public every possible resource we can
24 to help combat the problem we were facing, are
25 facing.

72 (Pages 282 - 285)

Page 286

1    Q.   And this was one of those resources?
2    A.   Yes.
3        MS. FLOWERS:  Objection.
4    Q.   I believe you testified earlier that
5  the fire and EMS personnel began carrying Narcan
6  in August of 2016.  Do you recall that?
7    A.   I believe so, yes.
8    Q.   And prior to that was it only
9  paramedics that were permitted to carry Narcan
10  in Akron?
11    A.   It is.  That's correct.
12    Q.   Are you aware if paramedics ever
13  used Narcan prior to August of 2016?
14        MS. FLOWERS:  Object to the form.
15    A.   Yeah.  I testified earlier that I
16  had used Narcan all the way back in the '90s as
17  a medic.
18    Q.   I recall that testimony now.  Thank
19  you.
20    A.   Sure.
21    Q.   Are you surprised that fire and EMS
22  personnel didn't begin carrying Narcan until
23  August of 2016?
24        MS. FLOWERS:  Objection to the form.
25    A.   No.  I'm not surprised.

Page 287

1    Q.   Why not?
2    A.   I believe that EMS practices
3  nationally are ever-evolving.  I think we're in
4  a constant review of best practices, and as much
5  as we try and be forward thinking and proactive,
6  we are, for the most part, a reactionary
7  industry and we're doing our best to not jump
8  into the newest fad at times, so we are cautious
9  to make sure we're doing what's best for the
10  public at all times.  So I don't feel that
11  our -- the timeline in which we conducted our
12  changes were surprising.
13    Q.   In hindsight, do you wish that fire
14  and EMS personnel had begun carrying Narcan
15  prior to August of 2016?
16        MS. FLOWERS:  Object to the form.
17    A.   I think, in hindsight, I would have
18  been more aggressive with all the different
19  initiatives that we took, and I wish I would
20  have had ability to foresee the number of deaths
21  that this was going to cause and had more time
22  to do something about it, in hindsight, sure.
23    Q.   Had fire and EMS personnel had
24  Narcan during the July 4th, 2016 weekend that
25  we -- that you discussed with Mr. Carey earlier,

Page 288

1  would that have helped save lives during that
2  time?
3        MS. FLOWERS:  Objection.  Lack of
4  foundation.  Calls for speculation.
5    A.   I'm not really sure, without
6  reviewing the specific deaths involved during
7  that time frame, how many would have been
8  workable at all.  One of the reasons why we were
9  maybe a little bit slower to adopt the practice
10  in Akron is we have such short response times,
11  it was unclear how often a fire apparatus would
12  be able to beat a med unit to the scene.  So I
13  have no way of analyzing your question of would
14  Narcan made a difference at that specific time
15  on the fire apparatus, as you asked.
16    Q.   Have you ever looked into that
17  question of how often fire and EMS personnel
18  beats a paramedic to the scene?
19    A.   I have not done any statistical
20  analysis of it.  When we finally made the
21  decision, it was just deemed to be do everything
22  we possibly can regardless of the difference it
23  was -- how dramatic of a difference we might
24  make.  We wanted to be able to say we were doing
25  everything we could think of to combat the

Page 289

1  problem.
2    Q.   Besides beginning to carry Narcan in
3  August of 2016, are there other -- which of the
4  other initiatives that were implemented, with
5  the benefit of hindsight, do you wish were
6  implemented prior to that time?
7    A.   If I had the benefit of hindsight, I
8  would have tried to just slide the entire list
9  of initiatives that we have instituted just, you
10  know, further up the timeline.  So I don't -- can't
11  think of a specific one that -- where I would
12  rearrange any differently.  I would just move
13  the whole block of stuff a couple of years
14  forward if hindsight was an option.
15    Q.   When you say "a couple years
16  forward," you mean 2013, 2014?
17        MS. FLOWERS:  Objection to the form.
18  Lack of foundation.
19    A.   I would say that we would move our
20  timeline up a couple of years, yes.
21    Q.   Are there any initiatives that would
22  have been better moving up even further, prior
23  to 2013?
24        MS. FLOWERS:  Object to the form.
25    A.   I think that starts really getting

73 (Pages 286 - 289)

Page 290

1 into obscure speculation about what could have,
2 should have, would have.  You know, to answer
3 your question as directly as I could, would I
4 have moved things up a little bit, I sure would
5 have.  But at what point do you go to, it's kind
6 of hard to tell at this point.
7      Q.   I believe you testified that there
8 was a steady increase in calls sort of over time
9 and then there was a noticeable spike in calls
10 in the 2015-2016 time period.  Do you recall
11 that?
12      A.   I recall.
13           MS. FLOWERS:  Objection.
14      Q.   Do you have a sense of what the --
15 what that steady increase was before the spike,
16 so on an annual basis how much -- you know, how
17 many more calls you were seeing year after year?
18           MS. FLOWERS:  Object to the form.
19      A.   I don't have a specific percentage
20 of slow increase off the top of my head.
21      Q.   Do you recall what the increase was
22 when you saw this spike that you testified
23 about?
24           MS. FLOWERS:  Objection.
25      A.   No.  I do not have a single specific

Page 291

1 attribution to offer about why our numbers have
2 gradually increased over the length of my
3 career.
4      Q.   Are you -- strike that.
5           Do you have any explanation for what
6 the gradual increase was year after year?
7           MS. FLOWERS:  Objection.  Asked and
8 answered.
9      Q.   I'll strike the question and move
10 on.
11           Are you aware of any fire or EMS
12 personnel besides yourself over the years who
13 were taking prescription opioids at one time or
14 another?
15           MS. FLOWERS:  Object to the form.
16      A.   I can't think of a -- any specific
17 knowledge I have about any specific firefighter
18 taking a specific opioid prescription.
19      Q.   Are you aware generally of that
20 occurring?
21           MS. FLOWERS:  Object to the form.
22      A.   In my role in administration, it's
23 not unusual for us to be involved with
24 firefighters that are on light duty as they
25 recover from injuries and surgeries and that

Page 292

1 type of thing, so I have been aware over the
2 years of individuals that are on light duty and
3 might have restrictions for driving, for
4 example, due to a prescription that I didn't
5 know the specifics about, but I think I was
6 aware at one time or another that someone might
7 be on some sort of pain medication and wasn't
8 allowed to drive while they were on light duty.
9      Q.   Do you recall ever having any
10 discussions with any fire/EMS personnel about
11 the fact that they were taking prescription
12 opioids?
13           MS. FLOWERS:  Objection.  Lack of
14 foundation.
15      A.   No, but I can say that I've had
16 conversations with people in recent years where
17 we have all identified the fact that this entire
18 crisis has kind of impacted our opinions on us
19 using them ourselves.  Like I described earlier,
20 I try to avoid them personally, and I've found
21 other firefighters that have that same opinion.
22           MR. MILLER:  Can we go off the
23 record?
24           THE VIDEOGRAPHER:  Off the record at
25 6:22.

Page 293

1           (Recess had.)
2           THE VIDEOGRAPHER:  Back on the
3 record, 6:23.
4           EXAMINATION OF CHARLES I. TWIGG, IV
5 BY MS. MORRISON:
6      Q.   Chief Twigg, you agree that
7 prescription opioids have legitimate medical
8 use, correct?
9           MS. FLOWERS:  Object to the form.
10      A.   Could you ask the question again,
11 please?
12      Q.   You testified earlier that
13 prescription opioids have been prescribed to
14 you, correct?
15      A.   That is correct.
16      Q.   And that opioid medications are part
17 of the medication protocol used by the
18 department's paramedics, correct?
19      A.   That is correct.  I testified to
20 that.
21      Q.   You also testified earlier that this
22 crisis, the opioid crisis, as you termed it, is
23 related to at some point in recent history some
24 of our citizens were taking more prescribed
25 medications than would have been beneficial.  Do

74 (Pages 290 - 293)

Page 294

1 you remember that testimony?
2     MS. FLOWERS:  Object to the form.
3 Mischaracterization of the testimony.
4     A.   I remember discussing that subject.
5     Q.   You're not offering a medical
6 opinion that city residents have actually been
7 prescribed more opioid medications than would
8 have been beneficial to them, correct?
9     MS. FLOWERS:  Object to the form.
10     A.   I believe what was in the back of my
11 mind when I made that comment was that through
12 just general knowledge that I've acquired during
13 this whole process, that our community has been
14 the recipient of what would seem an inordinate
15 number of pills per capita.
16     Q.   I'm going to stop you there, Chief.
17 You're not offering a medical opinion.  That's
18 my question.
19     A.   No.  I'm not a doctor.
20     Q.   And you're not offering a medical
21 opinion that opioids should be eliminated,
22 correct?
23     MS. FLOWERS:  Objection to the form.
24     A.   I don't believe I've ever suggested
25 anything along those lines.

Page 295

1     Q.   You testified earlier there might be
2 underreporting of overdoses based upon the fire
3 and EMS reporting system works, based on how
4 things are put into reports and then input into
5 systems?
6     A.   I don't believe that was exactly how
7 I characterized it.  I was suggesting that there
8 might be underreporting based on the fact that
9 we don't have enough evidence on scene or
10 post-call to ever identify that we were on an
11 overdose and didn't know it.
12     Q.   You also, just previously with my
13 colleague, talked about how the medic or EMS
14 reporting has not been updated, to your
15 knowledge, when suspected opioid use was later
16 determined to not be an issue by the medical
17 examiner or another medical professional.
18     MS. FLOWERS:  Object to the form.
19 Lack of foundation.  Misstates testimony.
20     A.   I testified that, to my knowledge,
21 we've never updated a report with feedback
22 from -- a medical report with feedback from the
23 coroner.
24     Q.   So, to your knowledge, they've never
25 removed a reference to opioids after the fact?

Page 296

1     MS. FLOWERS:  Object to the form.
2 Lack of foundation.
3     A.   That's a true statement, to my
4 knowledge.
5     Q.   Chief Twigg, you're not an expert on
6 public health policy, correct?
7     A.   No, ma'am.  I'm just a firefighter
8 that's been in the EMS world for about 26 years
9 now.
10     Q.   You're not a physician?
11     A.   No, ma'am.
12     Q.   You're not an expert on pain
13 management or the treatment of pain?
14     A.   No.
15     Q.   You're not a pharmacist?
16     A.   No, ma'am.
17     Q.   You don't have any training or
18 expertise in pharmacology?
19     MS. FLOWERS:  Objection.
20     A.   I did receive some training in
21 pharmacology during paramedic school to some
22 degree.
23     Q.   Other than any first aid training or
24 paramedic school training, you don't have any
25 training in pharmacology?

Page 297

1     MS. FLOWERS:  Object to the form.
2     A.   True statement.
3     Q.   Do you have any training or
4 expertise in the diagnosis and treatment of
5 mental health disorders?
6     A.   During paramedic and EMT school we
7 spent quite a bit of time recognizing mental
8 health disorders as it relates to emergency
9 medicine.
10     Q.   You're not a psychologist or a
11 psychiatrist, though, correct?
12     A.   No, ma'am.
13     Q.   Have you ever diagnosed a person as
14 addicted to any substance?
15     MS. FLOWERS:  Objection to the form.
16     A.   No.  As medics we don't diagnose
17 anybody.
18     Q.   You're not an expert on the
19 treatments of addiction?
20     A.   No, ma'am.
21     MS. FLOWERS:  Objection.  Asked and
22 answered.  And I think we're over time.
23     Q.   And just to clarify one last point,
24 to your knowledge, the fire department or EMS
25 has never traced an overdose case back to a

75 (Pages 294 - 297)

Page 298

1 particular prescription, correct?
2         MS. FLOWERS:  Objection to the form.
3 Lack of foundation.  Misstates the testimony.
4     A.   Will you ask it again, please?
5         MS. MORRISON:  Can you read the
6 record?
7         (Record read.)
8         MS. FLOWERS:  Same objections.
9     A.   I can't testify to the fact that we
10 haven't been able to identify a specific
11 medication on a specific overdose.  I think I
12 personally have been on calls where I could
13 identify that a specific patient OD'd on a
14 specific medicine.
15         MS. FLOWERS:  I think that's time,
16 counselor.
17         MS. MORRISON:  Can I have the record
18 time?
19         THE VIDEOGRAPHER:  Yes.  We are at
20 seven hours.
21         MS. MORRISON:  Thank you for your
22 time, Chief.
23         THE WITNESS:  Absolutely.
24         THE VIDEOGRAPHER:  Off the record at
25 6:28.

Page 299

1
2         (Deposition concluded at 6:28 p.m.)
3         - - - - -
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 300

1 Whereupon, counsel was requested to give
2 instruction regarding the witness' review of
3 the transcript pursuant to the Civil Rules.
4
5         SIGNATURE:
6 Transcript review was requested pursuant to
7 the applicable Rules of Civil Procedure.
8
9         TRANSCRIPT DELIVERY:
10 Counsel was requested to give instruction
11 regarding delivery date of transcript.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 301

1         REPORTER'S CERTIFICATE
2 The State of Ohio,   )
3                      ) SS:
4 County of Cuyahoga.  )
5
6         I, Renee L. Pellegrino, a Notary Public
7 within and for the State of Ohio, duly
8 commissioned and qualified, do hereby certify
9 that the within named witness, CHARLES I. TWIGG, IV,
10 was by me first duly sworn to testify the truth, the
11 whole truth and nothing but the truth in the cause
12 aforesaid; that the testimony then given by the
13 above referenced witness was by me reduced to
14 stenotypy in the presence of said witness;
15 afterwards transcribed, and that the foregoing is a
16 true and correct transcription of the testimony so
17 given by the above referenced witness.
18         I do further certify that this
19 deposition was taken at the time and place in the
20 foregoing caption specified and was completed
21 without adjournment.
22
23
24
25

76 (Pages 298 - 301)

**Page 302**

1      I do further certify that I am not a
2  relative, counsel or attorney for either party,
3  or otherwise interested in the event of this
4  action.
5      IN WITNESS WHEREOF, I have hereunto set
6  my hand and affixed my seal of office at
7  Cleveland, Ohio, on this 11th day of January, 2019.
8
9
10
11
12  *Renee L. Pellegrino*
13  Renee L. Pellegrino, Notary Public
14  within and for the State of Ohio
15
16  My commission expires October 12, 2020.
17
18
19
20
21
22
23
24
25

**Page 303**

1              Veritext Legal Solutions
                1100 Superior Ave
2                 Suite 1820
                Cleveland, Ohio 44114
3              Phone: 216-523-1313
4
5  January 11, 2019
6  To: Tope O. Leyimu
7  Case Name: In Re: National Prescription Opiate Litigation v.
8  Veritext Reference Number: 3104528
9  Witness:  Charles I. Twigg, IV      Deposition Date:  1/8/2019
10  Dear Sir/Madam:
11
12  Enclosed please find a deposition transcript.  Please have the witness
13  review the transcript and note any changes or corrections on the
14  included errata sheet, indicating the page, line number, change, and
15  the reason for the change.  Have the witness' signature notarized and
16  forward the completed page(s) back to us at the Production address shown
17  above, or email to production-midwest@veritext.com.
18
19  If the errata is not returned within thirty days of your receipt of
     this letter, the reading and signing will be deemed waived.
20
21  Sincerely,
22  Production Department
23
24
25  NO NOTARY REQUIRED IN CA

**Page 304**

1              DEPOSITION REVIEW
              CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3104528
3  CASE NAME: In Re: National Prescription Opiate Litigation v.
   DATE OF DEPOSITION: 1/8/2019
4  WITNESS' NAME: Charles I. Twigg, IV
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have made no changes to the testimony
   as transcribed by the court reporter.
8
9  Date _____  Charles I. Twigg, IV
10      Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11  the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
       Statement; and
14     Their execution of this Statement is of
       their free act and deed.
15
   I have affixed my name and official seal
16
   this _____ day of _____, 20____.
17
       _____
18     Notary Public
19     _____
       Commission Expiration Date
20
21
22
23
24
25

**Page 305**

1              DEPOSITION REVIEW
              CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3104528
3  CASE NAME: In Re: National Prescription Opiate Litigation v.
   DATE OF DEPOSITION: 1/8/2019
4  WITNESS' NAME: Charles I. Twigg, IV
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9      I request that these changes be entered
   as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
   that both be appended to the transcript of my
12  testimony and be incorporated therein.
13
   Date _____  Charles I. Twigg, IV
14
       Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
   the referenced witness did personally appear
16  and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18     in the appended Errata Sheet;
       They signed the foregoing Sworn
19     Statement; and
       Their execution of this Statement is of
20     their free act and deed.
21     I have affixed my name and official seal
22  this _____ day of _____, 20____.
23     _____
       Notary Public
24     _____
25     Commission Expiration Date

Page 306

1       ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS MIDWEST
2       ASSIGNMENT NO: 1/8/2019
3  PAGE/LINE(S) /     CHANGE     /REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19

  _____  _____
20 Date       Charles I. Twigg, IV
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23     _____
      Notary Public
24
     _____
25    Commission Expiration Date

**[& - 1986]**

**&**

**&** 2:12,18,21 3:2,8
12:18,21,24 13:1

**0**

**000003228** 6:10
187:6,11
**000003559** 5:6
36:12,18
**000004036** 6:5
153:18,22
**000236205** 5:20
120:18,24 121:5
**000236377** 6:16
226:2,9
**000236587** 6:14
216:18,23
**000241788** 5:12
105:22 106:2
**000241989** 5:15
110:10,15
**000243690** 5:17
115:25 116:11
**000243847** 6:12
207:14,19
**000246625** 5:10
101:23 102:6
**000300387** 6:7
155:9,14
**000300426** 6:8
169:18,23
**001121886** 5:23
149:5,10
**001121887** 5:22
136:4,12
**02** 74:21
**02199-3600** 2:19

**1**

**1** 5:5 18:22 19:7
36:10,17 42:5
74:20 140:6 162:2

259:16
**1,279** 237:20
**1.2** 199:1
**1.5** 256:14
**1.6** 257:17 259:16
**1.9** 74:21
**1/8/2019** 303:8
304:3 305:3 306:2
**10** 6:3 46:9 153:15
153:23
**10.7** 259:18
**10036** 2:23
**102** 5:8
**103** 7:20,20
**104** 7:21
**105** 7:21
**106** 5:11
**107** 7:22
**108** 7:22
**10:12** 58:16
**10:29** 58:19
**10th** 22:17 154:4
163:4
**11** 6:6 155:8,12
162:14 163:1
168:20 303:4
**110** 5:13
**1100** 14:9 303:1
**113** 7:23
**114** 7:23
**116** 5:16
**117** 7:24
**118** 7:24,25
**119** 8:3
**11:20** 96:2
**11:21** 96:5
**11th** 302:7
**12** 6:8 94:19
169:17,22 302:16
**12-31** 162:2

**120** 5:18
**1211** 2:22
**122** 8:3,4
**123** 8:4,5
**124** 8:5,6
**125** 8:6
**126** 8:7,7
**127** 2:14
**129** 4:13
**12:01** 120:9
**12:19** 120:12
**12:25** 128:14
**12:45** 120:4
**13** 4:8 6:9 24:10
187:4,10,15
233:22
**134** 202:23,24
**136** 5:21
**14** 6:11 94:19
201:15,15,23
207:15,18
**140** 8:8
**141** 8:8
**144** 8:9,9,10
**145** 8:10,11
**147** 8:11,12
**148** 8:12
**149** 5:23
**15** 6:13 46:9
149:17 178:15
201:15,22 215:15
216:15,22 242:24
**153** 6:3
**154** 8:13,13
**155** 6:6 8:14
**155.05** 226:16
**157** 8:14
**159** 8:15,15
**16** 6:16 31:15
53:15 95:4 178:15
178:16 200:19

**120** 5:18
**201:16,24 215:15**
226:1,8
**1600001** 162:3
**161** 8:16
**1625042** 162:9,23
**1625401** 171:8
**1625401a** 170:12
**165** 8:16
**166** 8:17,17
**167** 8:18,18 187:25
**169** 6:8 188:23
199:1
**17** 1:7,10 6:17
12:7 69:1 123:2
189:21 201:15,16
201:16,24 215:15
242:4,11
**170** 195:8 199:9,21
**171** 8:19
**173** 195:8 203:9
215:10
**176** 8:19,20
**178** 8:20
**18** 1:12,14 6:20,22
254:16,20 255:1,4
**180** 8:21
**181** 8:21
**1820** 303:2
**184** 8:22
**185** 8:22
**1860** 157:15
**187** 6:9
**189** 8:23
**19** 5:19 18:6
120:16
**190** 8:23
**191** 8:24
**192** 8:24
**197** 8:25
**1986** 17:8

| | | | |
|---|---|---|---|
| **1987**  17:8 | **2015-2016**  290:10 | **213**  9:6 | **251**  10:6,6,7 |
| **1989**  1:22 | **2016**  5:17 6:6 18:6 | **216**  2:9,15 6:13 | **252**  10:7,8,8 |
| **1991**  17:20 | 115:24 117:23 | **216-523-1313** | **253**  10:9 |
| **1992**  19:12 22:17 | 122:19 155:13 | 303:3 | **254**  6:20 10:9 |
| 82:8 | 166:10 179:1 | **216-9343**  2:5 | **255**  10:10 |
| **1993**  20:20 22:1 | 199:16 201:1,12 | **218**  9:7,7 | **258**  10:10,11 |
| **1:28**  129:2 | 201:13 202:11,25 | **219**  9:8,8 | **26**  167:21 296:8 |
| **2** | 215:19 224:23 | **21st**  255:5 | **260**  10:11 |
| **2**  4:3 5:7,14 18:18 | 286:6,13,23 | **22**  5:17 115:24 | **261**  10:12 |
| 18:22,25 19:8,8 | 287:15,24 289:3 | **220**  9:9,9 | **262**  4:9 |
| 20:21 21:4 41:13 | **2017**  5:6 6:9,14 | **221**  9:10,10,11 | **264**  10:12,13 |
| 41:23 42:5 57:24 | 18:6 36:11 55:15 | **2227**  302:12 | **265**  10:13 |
| 58:4 110:8 256:8 | 68:25 85:16,22 | **223**  9:11,12 | **266**  10:14 |
| 256:10 257:6 | 86:5 122:6,6,19 | **224**  9:12 | **267**  10:14,15 |
| **2,500**  198:10 | 187:4,12,22 | **225**  9:13 | **268**  10:15,16 |
| **2,534**  237:22 241:6 | 189:14 190:15 | **226**  6:16 9:13 | **269**  10:16,17 |
| **20**  117:2 304:16 | 194:24 195:15,18 | **227**  9:14,14 | **270**  10:17 |
| 305:22 306:22 | 195:22 196:13 | **228**  9:15,15 | **271**  10:18 |
| **200**  3:9 | 199:17 202:24 | **229**  9:16,16 | **272**  10:18 |
| **200,000**  212:3,3 | 210:11 215:19 | **230**  9:17,17 | **273**  4:10 10:19 |
| **2000**  2:14 25:13 | 216:17 238:1,13 | **231**  9:18 | **275**  10:19,20 |
| 192:24 | 238:16,18 239:10 | **237**  9:18,19 | **277**  10:20,21,21 |
| **2002**  209:1,2 | 256:14 | **238**  9:19,20 | **278**  10:22 |
| **2005**  26:15 194:7 | **2018**  5:9,19 6:23 | **239**  9:20 | **279**  10:22 |
| **2009**  30:11 82:8 | 101:22 120:17 | **24**  39:6,8 236:18 | **28**  2:4 6:6 155:13 |
| **2010**  154:4 163:4 | 122:23 154:5 | 236:22 237:1,8,12 | **280**  10:23 |
| **2011**  30:12,16 31:5 | 163:5 200:17,21 | 246:1 | **2804**  1:6,7 12:7 |
| 106:13,15 108:8 | 254:21 255:5 | **24/48**  236:24 | **281**  10:23 |
| 108:20 112:20 | 263:16 283:4 | **24/7**  234:15 | **282**  10:24,24 |
| 115:6,9,11,13 | **2019**  1:18 12:2 | **240**  9:21,21,22 | **285**  10:25 |
| **2012**  5:14 94:19 | 302:7 303:4 | **241**  9:22 | **286**  11:3,3,4 |
| 110:8 112:20 | **2020**  302:16 | **242**  6:17 | **287**  11:4 |
| **2013**  289:16,23 | **204**  9:3 | **243**  9:23,23 | **288**  11:5 |
| **2014**  94:19,23 | **205**  9:3 | **244**  9:24 | **289**  11:5,6 |
| 199:15,18 200:7 | **206**  9:4,4 | **245**  9:24,25 | **290**  11:6,7,7 |
| 201:10 215:15,18 | **207**  6:11 9:5 | **247**  10:3,3,4 | **291**  11:8,8,9 |
| 289:16 | **208**  9:5 | **248**  10:4 | **292**  11:9 |
| **2015**  27:4 31:5,8 | **21**  6:23 254:21 | **249**  10:5,5 | **293**  4:11 11:10 |
| 199:16 200:25 | **211**  9:6 | **25**  189:14 190:11 | **294**  11:10,11,11 |
| 201:11,13 202:25 | **212**  2:23 | **250**  144:11 263:9 | **29464**  2:4 |
| 215:19 | | 263:17 269:2 | |

**295**  11:12
**296**  11:12,13
**297**  11:13,14,14
**298**  11:15,15
**2:30**  168:13
**2:43**  168:16
**2nd**  154:5 163:5

## 3

**3**  5:8 18:22 42:6
  80:4 101:21 102:3
  102:5 139:11
  199:19 200:6,7
**3.00**  200:6
**30**  233:20
**30,000**  35:14
**300,000**  144:11
  263:10,17 269:2
**301**  4:15
**305**  3:10
**30s**  178:9
**31**  6:14 216:16
**3104528**  303:7
  304:2 305:2
**32**  7:3 178:11
**33,000**  178:10
**33131-2339**  3:10
**36**  5:5
**365**  234:15
**3:22**  193:6
**3:36**  193:9

## 4

**4**  5:9,11 18:22
  42:6 101:22
  105:20 106:1
  112:24
**4.4**  189:5
**40**  219:1
**41**  162:6,18 171:7
  171:7 202:23

**415**  3:5
**415-3336**  3:10
**43**  7:3
**44**  7:4
**44114**  303:2
**44114-1190**  2:9
**44114-1214**  2:15
**44333**  14:10
**45004**  1:10
**45090**  1:12
**45132**  1:14
**48**  39:6,9 202:23
  236:18,22
**49**  7:4
**4:31**  225:20
**4:43**  225:23
**4th**  53:19 287:24

## 5

**5**  4:4 5:13 110:6
  110:14
**5,000**  185:13
**50,000**  178:11
**500**  186:10
**52**  7:5
**5300**  3:9
**54**  7:5
**58**  5:7
**586-3939**  2:9
**59**  7:6
**591-7059**  3:5
**596-9000**  2:23
**5:32**  260:23
**5:38**  261:1
**5:54**  273:11
**5:55**  273:14
**5th**  53:19 108:20

## 6

**6**  5:16 115:22
  116:12 256:2

**6/02/2018**  6:4
  153:17
**60**  7:6 143:10
**61**  7:7,7
**617**  2:20
**62**  7:8
**621-0200**  2:15
**63**  7:8
**64**  7:9
**66**  7:9
**6:22**  292:25
**6:23**  293:3
**6:28**  298:25 299:2

## 7

**7**  4:5 5:18 120:15
  120:25
**7/10/2010**  6:4
  153:16
**71**  7:10
**72**  7:10
**75**  153:5
**77**  7:11
**79**  7:11
**7th**  53:15

## 8

**8**  1:18 5:21 136:3
  201:15
**80**  7:12
**800**  2:19
**81**  7:12
**82**  7:13
**83**  7:13
**843**  2:5
**85**  7:14 23:2
**86**  17:8 23:3
**88**  7:14
**89**  7:15,15
**8th**  12:2

## 9

**9**  5:23 56:9 149:4
  149:11 171:4,19
  259:15
**9.1**  257:15
**90**  7:16,16
**901**  2:8
**90s**  96:16 157:17
  157:18 158:4
  286:16
**91**  23:8,12
**911**  40:6,13,18
  95:20 127:25
  129:9,11 130:24
  131:22 140:11
  150:24 172:7
  219:10,15 220:2
**92**  7:17 20:21
  22:18 23:10,15
  25:11
**93**  20:22
**94**  7:17
**94111-5356**  3:4
**95**  129:16
**951-7000**  2:20
**96**  7:18
**98**  7:18,19
**99**  7:19 129:16
**9:06**  1:19 12:3

## a

**a.m.**  1:19 12:3
**aaron**  1:8
**abided**  77:4
**ability**  20:7 31:22
  41:24 76:18 83:12
  85:10 91:16,16
  146:8 147:22
  174:18 227:15
  236:2 266:21
  280:21 287:20

**able** 41:14 145:19
  146:3 147:15
  205:7 206:4,6
  207:1,2 222:13
  246:5 266:7
  288:12,24 298:10
**absolutely** 77:5
  93:22 97:19 120:7
  234:14 282:21
  298:23
**absorb** 206:11
**absorbing** 176:3
**abuse** 98:13,16
  111:18 112:8
**aca** 220:17
**academy** 41:11,18
  41:20,22 42:10
  44:19,21 45:2,4
**accept** 127:5
**acceptable** 275:12
**access** 76:13
  193:18 209:23
  210:1 219:23
  220:2,10,23 222:7
  246:12
**accident** 54:12
  89:12 170:25
**accidentally** 285:8
**accomplish** 267:21
**accomplished**
  237:3
**account** 73:5 74:1
  74:5,17,23
**accountant** 229:11
**accounting** 29:5
  29:15,25 30:13,15
  32:16,18 33:13
  34:9,12,24 36:1
  37:6,8,14,20 38:4
  71:22 106:20
  115:16 182:11,17

183:17 186:14
  188:13,18 196:2
  197:14 227:4,7
  228:25 229:12,15
  229:16 258:10,21
  259:3 260:5,9
**accounts** 75:1
**accreditation**
  246:20
**accurate** 25:7
  30:18 48:20 84:5
  118:8 119:5 128:5
  130:19 131:3
  145:3 148:3,4
  157:14 159:3
  170:24 209:4,6
  234:11,23 235:4
**accurately** 202:12
  202:16 203:5,23
  240:16 260:15,17
**acknowledge**
  304:11 305:16
**acme** 68:17
**acquaintances**
  92:5
**acquired** 294:12
**acronym** 76:10
  111:21
**act** 220:17 304:14
  305:20
**actavis** 65:22 66:5
**acting** 30:3
**action** 95:1 302:4
**activated** 68:14
**active** 44:15 93:11
**activities** 25:23
  157:24
**actual** 62:21
  104:23 163:9
  164:22 165:8
  192:6 214:3

231:17
**acuity** 173:20,25
**add** 140:9 188:21
  200:13 232:2
  281:7
**added** 136:24
  142:16 149:14
**adderall** 100:16
**addicted** 93:20
  297:14
**addiction** 19:14,16
  19:19 20:3,5 90:2
  91:11,15 92:10
  93:4,16 173:1
  297:19
**adding** 201:18
**addition** 32:25
  33:4 40:8 172:9
  172:21
**additional** 18:9
  35:17 42:4 49:21
  146:19 153:11
  175:7 234:3
  236:15 250:1
  261:14 265:10,11
  273:9 281:7
**additionally** 174:1
  174:6
**address** 14:8,9
  73:7,8,12,17,20,21
  75:5 140:13 143:3
  143:3 152:7 159:9
  163:6 171:11
  303:15
**addresses** 32:23
**adequate** 189:5
**adequately** 206:7
**adjournment**
  301:21
**adjust** 177:20

**adjusted** 172:11
  174:12
**adjustment**
  181:10,12
**adm** 176:5
**admin** 211:2
**administer** 41:10
  83:22 84:1,3,8,10
  84:13,15 161:8
  271:6 274:16
  275:9,13 276:5,8
  276:14,15,22
  277:2,4,15,19,24
  278:14 283:13
**administered**
  82:18 85:3 87:2
  97:1,3 159:24
  166:24 191:6
  270:24 275:23
  278:8 282:18
**administering**
  275:16 276:21
**administration**
  24:11 26:9 31:21
  35:25 70:11 83:15
  86:11 159:25
  161:18 188:1
  194:12 223:15
  270:17 271:9,11
  271:19 278:9
  291:22
**administrative**
  26:23 28:10 32:22
  34:14 47:22 56:24
  57:1 176:15,17
**administratively**
  28:20
**adopt** 288:9
**adult** 92:6 93:15
**advanced** 23:2

[advertisements - altogether]

Page 5

**advertisements**
69:17
**advertising**  109:23
**advisory**  116:18
116:22 117:5,7,23
**advocating**  104:11
**afd**  103:14 138:13
150:6,7 192:24
205:3 208:24
210:10 221:12
226:15,24 228:11
228:19 229:2
235:16 236:18
237:6,11 238:2,13
238:16,18 239:9
278:5
**afd's**  208:16,19
**affect**  15:1 274:8
**affirmatively**
142:14
**affixed**  302:6
304:15 305:21
**affordable**  220:17
**afg**  196:15,16,20
197:12,17,23
198:14,19,21,23
199:2
**afirs**  86:19,25 87:1
156:21,22,23,25
158:10,14,17
159:5,19,25 169:2
224:2,7,23,24
265:19 266:9,17
266:22 268:4
270:4,7,19 272:4
279:17
**aforesaid**  301:12
**afraid**  273:8
**afternoon**  4:13
129:4

**age**  13:15
**agencies**  60:11,16
94:24 108:4
**agency**  189:4
215:3,6
**aggressive**  287:18
**aging**  218:6,7,10
219:2
**ago**  90:6 99:2
171:6 273:19
274:23
**agree**  22:6 82:21
95:9 104:14,15
107:8 117:22
118:3,5,15,18
119:7,14,17
123:19 124:9
218:6,10,14,19
219:7,12 255:23
270:23 271:2
293:6
**agreed**  118:14
155:22
**agreeing**  219:2
271:17
**agreement**  32:7
76:15 115:1,2
**ahead**  16:6,9
106:3 110:15
114:4 207:22
217:3
**aid**  70:25 71:2,7
296:23
**aiden**  106:23
**air**  133:15 151:13
152:5
**akron**  2:2 5:6,10
5:12,15,17,20,22
5:23 6:3,5,7,8,9,10
6:12,14,16,17,20
12:13,16 14:6,10

16:19 17:14,24
18:5 21:20 22:15
23:15,16,25 24:7
26:3 31:21 36:12
36:18 39:8 40:14
40:17 41:8,18
43:10 44:13 48:16
52:16 55:22 56:4
63:13 64:17 65:2
65:10,19 66:4,15
67:12,20 68:3
69:9,19 70:7,22
71:6 72:22,23
73:10,13 74:4
75:23 76:5 77:18
77:25 78:1,2 79:4
79:15 80:7 84:19
84:23 85:16,22
86:1,4,7,9 87:16
87:22 94:6 95:10
96:8,14 97:10
98:2,5,12 99:4
100:4,10,16,19,22
101:8,14,23 102:5
102:6,19,22
103:22 105:22
106:2 110:10,15
111:22 112:1
113:8 114:7 115:9
115:25 116:11,23
120:18,24 121:5
122:8 124:21,25
125:14,19 126:16
127:2 129:12
130:8,13,15,17
136:4,12 149:5,10
153:15,18,22
154:4,21 155:9,14
159:25 169:18,23
172:19 177:24
180:4 182:5 187:4

187:6,11,21
190:17 191:1
194:23 195:17
196:7 199:3 206:8
206:12 207:6,8,14
207:19 216:18,23
217:22 218:1,9,16
219:8 220:23
223:5 226:2,9
240:6,14 242:4,13
252:2,8 254:16
255:1 273:25
281:3 286:10
288:10
**akronohio.gov**
73:18
**al**  1:9,10,12,14
**alarm**  39:25 40:18
40:20 56:10 128:1
129:13,18
**alarming**  53:20
95:3
**alcohol**  100:19
**alden**  106:24,25
107:1 109:11,15
109:20
**alert**  74:12 75:24
152:3
**alerts**  74:19
133:14
**allow**  15:14
189:13 206:15
268:19
**allowed**  84:1,2
97:16 292:8
**allowing**  181:7
**allows**  49:19
**alternative**  173:12
177:18
**altogether**  89:22

ambulance 21:9
24:4 25:3 56:8
148:11 160:7,7
173:23 226:15,25
228:3 233:15
ambulances 24:17
84:19,24 148:7
178:23 259:17
amend 281:6
amended 6:18
242:5,13 261:17
261:21,23 281:2
281:20 283:3
americas 2:22
amerisourceberg...
64:8,11,18
amount 62:1,9
85:12 145:1 178:5
194:15 195:14
196:7 197:16
212:1 233:17,20
237:7 248:12
amounts 191:1
amy 283:1
analysis 288:20
analyzing 288:13
anda 65:5,11
anecdotal 89:18
89:23 91:22 92:1
anecdotally 103:6
103:9
angerstein 35:5
announcements
5:13 110:7
annual 182:9
283:8 290:16
anomaly 212:13
213:14
answer 15:18 16:5
16:6,8,9 25:5
43:13 44:3 70:13

71:19 95:4 96:10
97:11 109:8 125:9
135:12 144:14
147:20 166:8
203:3 247:9,22
253:6 278:2 290:2
answered 40:6
103:17 118:10
129:19 140:3
145:12 147:19
148:21 197:10,21
206:24 207:11
227:3,12 229:7
231:4 240:8 241:9
243:24 245:11
247:20 252:24,25
270:12 272:6
291:8 297:22
answering 15:15
15:21 84:4 108:15
119:24 130:5
answers 14:25
251:5
antagonist 246:25
anti 165:12,12
anticipate 178:4
anxiety 165:12
anybody 228:10
228:18 244:18
260:7 297:17
anymore 31:12
anyone's 78:8
apartment 165:19
165:20
apd 167:4
apologize 92:4
167:13 187:11
apparatus 24:3,23
25:9,9,19 87:25
88:12,13 133:19
148:17 151:3,8,8

151:14 152:3,12
152:14,17 153:8
160:8 161:8,10
172:18,18 174:20
179:23 233:22
235:5,6 279:21,22
288:11,15
appear 215:20
304:11 305:15
appearance 12:11
193:22
appearances 2:1
3:1 4:3
appears 171:11
appended 305:11
305:18
applicable 300:7
application 194:11
applied 41:19
194:9
applies 135:11
275:1
apply 26:2 198:10
260:15
appointment 26:2
appreciate 262:16
269:16 273:20
apprenticeship
42:22 43:5
apprised 211:5
appropriate 77:25
82:22 83:16,22
84:13,15 131:10
133:12,23 141:24
152:3 164:13
233:6 276:5 278:9
appropriately
40:7 239:15
approval 182:20
183:7

approvals 51:7
approved 107:12
107:15,19 109:16
183:3
approximately
12:3 26:12 263:6
april 31:15
archive 74:25
area 16:19 44:6
121:17 122:2,8
126:22
areas 33:8 52:10
123:7,16 126:21
197:9
argumentative
229:20 240:8
260:11
arkonohio.gov.
73:9
army 22:25 23:1,7
arranging 176:18
arrest 160:13
225:7
arrests 108:6,9,18
arrive 273:25
281:13
arrow 166:1,2
arv 217:12,14
aside 43:6 57:13
105:17 120:1
149:11 151:17
169:14 208:1
216:12 242:1
asked 49:25 51:18
51:21 52:3,5,7,9
71:14 95:8 103:16
118:9 123:23
140:2 145:11,16
147:18 148:20
154:20 183:12,19
184:19 185:18,19

186:10 195:17
196:6 197:15,20
207:11 208:12
223:4 226:23
227:2,9,11 229:2,6
229:17,21 231:4
238:10 239:8,12
239:22 240:7,18
241:9 243:23
245:10 247:12,19
251:8,11,14,16,23
252:23 260:7
265:20 270:11
272:5 288:15
291:7 297:21
**asking** 15:7 61:17
79:10,11 81:7
84:7 94:3 107:12
107:18 109:15
116:9 125:8
134:12 135:22
144:12 146:5
147:3 229:24
241:15 258:23
259:1,6 267:14
269:15 274:10
**assessment** 26:6
27:13 118:8
**asset** 76:12
**assign** 24:13
**assigned** 25:8
28:11,18 39:12,16
39:19,20 82:8
87:16 142:8 162:1
202:8,13,17 203:7
235:7
**assignment** 28:9
304:2 305:2 306:2
**assist** 153:8,12
160:20,24 161:1,2
197:8 228:15

256:24
**assistance** 189:9
194:8 196:22
**assistant** 47:22
211:3
**associate** 18:2
**associated** 156:11
246:22 247:3
248:4,12 250:7
283:24
**assume** 15:8 188:4
268:9
**assuming** 36:24
152:20 166:1
200:4 259:4
**assumptions**
167:22,25
**assurance** 165:4
209:20
**attaboy** 56:2
**attached** 6:14
112:7 116:17
216:18 217:1
305:7
**attachment** 5:11
5:14,19 105:20
106:4,8,11 107:24
110:8,17,17
111:17 112:19
116:6,17 120:17
121:23
**attempt** 60:14
127:9,9 173:3
206:16 274:1
285:6
**attempted** 228:7
228:11,18
**attend** 17:10 41:15
49:17,18 50:12,17
109:15,22

**attended** 17:12
19:17 23:2 98:19
181:23
**attending** 55:9
75:9 107:9 109:12
**attention** 152:1
**attest** 224:9
**attorney** 136:15
302:2
**attorneys** 59:24
61:8 253:25
262:10
**attributable**
272:25
**attributed** 113:12
259:4,5,6,23,24
**attributing** 123:9
123:17
**attribution** 291:1
**audio** 134:24
135:1
**audit** 182:6 230:2
**august** 5:17 22:17
23:1 115:23 286:6
286:13,23 287:15
289:3
**author** 137:18
150:4 154:9
**authority** 51:5
**authorize** 305:11
**authorized** 252:6
**auto** 74:7
**automatically**
73:20 140:11
263:25
**availability** 113:7
113:11,19 114:10
114:16,21 178:19
**available** 24:12
55:5 81:18 83:14
89:14 113:6,10

115:3 123:13
169:7 172:20
173:8,18,25 175:4
189:10 265:12
268:10 280:22
284:18
**ave** 303:1
**avenue** 2:8,22
**average** 237:11
**averages** 144:22
**avoid** 89:8,21
174:10 292:20
**avoided** 45:10,13
**award** 55:25
**awarded** 189:3
**awards** 55:24
191:17
**aware** 27:17 63:23
78:9 101:4 109:7
110:2 121:21
173:7 192:21
223:3 240:20
254:12 274:9
278:11 281:22
282:11 285:18
286:12 291:11,19
292:1,6
**awareness** 45:1
274:7

| **b** |
|---|

**b** 21:15,21,22 22:2
22:5,9 39:5,10
170:4 171:9 275:7
275:8
**back** 22:5,9 25:6
28:12 32:12 39:10
40:24 51:23 58:18
82:7 86:24 89:11
91:2 94:16 96:4
106:13 107:3
114:4,5 117:6

**[back - bender]**

118:11 119:10
120:3,11 129:1,7
147:20 157:13
158:23 159:14
161:20 162:4
166:9 168:15,18
168:20 171:4
177:17 178:14
185:17 186:8
193:4,8 194:7
197:25 204:15
213:17,19,21
214:12 224:6
225:22 226:6
228:24 229:10
235:15 237:18
248:13 255:22
260:1,25 267:1
281:9 283:10
286:16 293:2
294:10 297:25
303:15
**backed**  91:20
**background**  16:15
**backing**  27:7 32:4
56:8 83:4 160:5
193:11
**backup**  248:9
**bad**  46:24 53:18
**bags**  68:12,21
284:2,18
**baker**  2:12 13:6
**bakerlaw.com**
2:16,16
**ball**  111:6
**ballpark**  190:23
**banner**  186:20,25
187:1 203:25
**barb**  93:15
**base**  190:1

**based**  24:11 26:10
28:3,8 31:20
68:10 78:23
115:18 124:13
129:15 130:8
131:24 132:1
133:12 139:13,23
140:10,11 146:11
152:3 167:24,25
184:5,25 212:11
220:17 222:4
233:14 234:3
256:4 267:19
269:19 276:2
281:23 295:2,3,8
**baseline**  83:17
**basic**  21:15 22:25
83:11 84:5,7
**basically**  20:25
21:5 37:21 63:2
137:5 160:19
198:7
**basics**  208:9
**basis**  25:2 42:12
46:17 49:2,9,19
50:13 174:4 211:6
221:10 236:2
245:14 269:3
283:9 290:16
**bates**  5:6,9,11,14
5:17,20,22,23 6:4
6:6,8,10,11,14,16
36:12,17 101:23
105:21 106:1
110:9,14 115:24
120:18 121:3
136:4,9,11,23,24
149:5,15 153:17
155:8,13 169:17
187:5,10 207:18
216:17,23 226:1,8

**bath**  101:2,5
**battalion**  26:19
28:17
**battalions**  26:21
**bear**  180:1 263:3
**beat**  288:12
**beats**  288:18
**began**  22:17
172:17 173:5
286:5
**beginning**  5:11,14
5:17,20,21,23 6:4
6:10,11,14,16 17:7
73:14 105:21
110:9 115:24
120:17 136:3
139:9 149:4
153:17 176:10
187:5 189:21
207:18 216:17
226:1 282:1 289:2
**begun**  287:14
**behalf**  2:2,7,11,17
3:2,7 12:13,15,18
12:21,24 13:2,5,7
13:11 52:16 252:1
252:7
**behavior**  167:24
**behavioral**  221:5
221:12
**belief**  80:17,19
124:1 125:3,6
205:6 211:2
214:15 220:16
252:5
**believe**  31:14 33:9
45:2,15 53:14
59:5,15 60:10
63:21 65:6,23
66:8 67:16,24
68:9,25 69:17

72:13 76:13 77:9
79:20 80:22,25
81:16 82:11 84:6
84:21 90:18 94:5
98:15 99:14,19
104:7 106:17
111:2 117:9
121:13 123:1
124:17,20 127:3
127:12 134:4
138:9,22 139:12
139:16 140:4
142:7 143:9 147:1
148:13,16 154:3
159:24 165:23
170:9,13,18 176:4
176:12,14 179:2
183:20 191:23
192:12 194:7,25
195:22 202:10
203:6 205:10
206:23 207:12
211:19 213:6
221:8 224:15,20
234:25 239:12
240:17 242:18
252:14 253:1
255:9 263:8,13,23
264:3,7,15,18
265:16 266:18,21
267:9 270:16
271:5 272:7,14
279:11,20 281:25
282:10,13 283:21
284:16 285:5
286:4,7 287:2
290:7 294:10,24
295:6
**believed**  184:17
**bender**  56:8

**beneficial** 98:25
109:22 197:2
293:25 294:8
**benefit** 289:5,7
**benefits** 43:3
190:1,4 204:6
**benzodiazepine**
100:23
**bertke** 2:13
193:20,20
**best** 31:8 35:3
42:13 92:25 95:4
105:8 112:14
123:2 135:12
141:8 163:7
173:23 213:2,3
227:14 232:21
239:16 251:6
252:25 263:16
266:19 267:21
271:11 280:19,21
287:4,7,9
**better** 15:10 81:7
212:7 220:10,23
222:7 285:3
289:22
**beyond** 66:25
77:11 148:1
160:22 206:17
209:5 253:23
**big** 21:2 22:21
28:10 44:17 93:2
187:13 202:25
248:10
**bike** 89:12
**bill** 43:3 206:9
209:5
**billed** 205:2
**billing** 203:12,15
205:11 206:15,19
207:4,8 208:16,20

208:22,23 209:15
209:21 210:11
211:4,21,25 212:1
212:9,10,12,15,20
212:22 213:1,8,11
214:7,11
**billings** 204:8
206:22
**biscayne** 3:9
**bit** 32:4 37:17
77:16 97:18 110:2
129:9 171:6
185:15 188:21,22
195:7 213:8,14
217:21 226:12
234:1 238:11
239:4 241:19
250:10 258:22
261:5 273:5 288:9
290:4 297:7
**block** 139:11
246:25 289:13
**blue** 106:6
**board** 19:4 54:18
55:8 97:8 126:23
**bockius** 3:8
**body** 20:6 83:20
**bornstein** 93:2
**bornstein's** 93:10
**bornsteins** 92:25
**boss** 25:19 34:4
49:15 93:14
**bosses** 33:15,24
34:3
**boston** 2:19
**bottle** 279:2
**bottom** 162:20
209:11 243:1
256:3
**bought** 179:8

**boulevard** 2:4 3:9
**bound** 271:21
**box** 147:2,21
264:9,14 270:8
**boy** 170:5
**boylston** 2:19
**brain** 91:15
**break** 15:24 20:14
58:13,22 120:3
193:3 225:18
237:7
**breakdown**
260:17
**breathing** 153:5
168:7 275:11,25
277:9
**bresnick** 35:1
**bridgeside** 2:4
**briefing** 54:18
55:4
**briefly** 55:12
**broad** 167:25
**broadly** 94:4
**broke** 129:8
**broken** 131:7
**brought** 136:18
177:19
**brown** 5:18 49:11
120:15 121:15
211:18
**bs** 84:4
**buddy** 92:25
**budget** 6:9 132:25
182:3,6,9,13,20,25
183:7,11,18,24
184:7 185:2,11,17
185:17,22 186:5
186:25 187:4,13
187:21 188:8
194:21,24 198:15
200:12 202:10,15

203:5,8,24 204:5,7
207:24 213:18
214:12 216:8,9
230:2 259:8,25
260:16 272:21,24
**budgetary** 33:6
37:18 216:5
**budgeted** 133:3
**budgets** 182:16
183:10 216:2
**building** 142:25
232:18 234:12,19
234:21 235:1,15
235:19,20
**bullet** 114:9,25
219:21 220:10
221:17 243:9,10
243:17 246:21
250:6 256:4
**bullets** 123:20
**bumped** 92:18
**bunch** 70:3
**bureau** 28:21,22
28:25 29:1,2,6,16
29:20 30:1,10
32:16,18 33:13
34:13 35:23 36:1
36:2,3,3 37:3,8,14
37:21 38:3,7,8,12
38:13,15,17,18,25
39:3,13,21,23 41:3
41:4 43:8,23 44:4
44:7,10 47:3,4,7
48:21 50:22,24
51:2,2,10,15 71:23
106:18 128:4
142:22 148:18
164:17,19,22
165:2,4,6 182:11
182:18 183:17
186:15 188:13,18

196:2 197:14
205:14,17 227:5
229:1 236:20
239:18
**bureau's** 42:18
**bureaus** 29:14
41:1 51:4
**burling** 3:2 12:18
12:21
**businesses** 235:7
**buspar** 164:3
165:11 166:2
224:4
**busy** 235:17 236:6
**buying** 70:2
**bystanders** 153:6
276:2

---

**c**

**c** 39:5,10 170:23
171:9 192:6
**ca** 303:25
**cabinet** 49:22
**cad** 135:20 138:4
138:13,23 139:13
139:21 140:1,5,11
141:12 145:8,14
145:17 146:1,6,6,9
146:11,13,22
147:5,14,15,23
148:1,9,10,19,22
148:25 150:6,8
169:7,11 263:4,21
264:9,24,25 265:7
265:21 266:8,23
267:4,10,18,22,23
268:2,9,14,25
269:9 279:18
**cadet** 41:11
**calculate** 226:23
227:14 228:11,18
229:2 239:8

250:11
**calculated** 226:18
237:15 243:21
244:19,24
**calculating** 197:19
230:10 231:2,12
239:24
**calculation** 229:5
244:2 256:18
**calculations** 257:3
**california** 3:4
**call** 38:13 40:13,17
47:1 75:20 78:23
84:5 86:22 87:9
87:15,22 88:2,4,12
94:8,10 97:21
101:10 107:4
108:24 127:20,22
127:24,25 129:11
129:15,22 130:4,6
130:24 131:1,4,7,8
131:8,10,13,13,22
131:23,24 132:18
132:21 133:7,7,9
133:11,13,15,17
133:22 134:1,1,8
134:19 135:2,4,5
139:1,14,18,18,24
139:25 140:4,12
140:14,15 141:5,9
141:15,16,18
142:9,15,16 143:6
143:7,12,16,16,18
143:20 144:15,17
144:25 145:1,9
146:14 148:8,12
150:13,14,22
151:4,11,18,19,22
152:2,6,12,22,24
153:9,9 154:25
156:19 157:19

159:12,13,16
160:6,8,20 162:1,2
166:9,13 168:25
169:1,3 172:12
173:4,13,25
174:21,22,23,24
175:1,5,6,19,19,20
177:12,13,19,21
177:23 178:3,14
180:22 206:1,6
226:15,16,25
227:25 228:5,12
228:19 229:3
230:19,23 232:2,8
232:19 233:11
234:9,10,20,22
235:2,3,10,11,14
239:3 240:13,20
247:18 249:4
265:13 266:12
268:7,17,20 269:5
295:10
**called** 13:15 71:17
92:25 93:7 139:13
158:1,5,9,10
173:12 208:17
253:14
**caller** 134:2
139:24 141:2,6,10
151:5 268:23
279:9
**calling** 150:24
270:2
**calls** 25:25 40:6
52:4,8,11 78:11,13
78:16,18,21 82:11
82:13,13,14,17
94:21 95:20 98:19
102:22 117:18
125:15,20 126:4,9
126:17 127:4,18

128:8 129:10,17
129:20 130:1
132:10,11,17
134:18,21,24
135:9 144:12,13
146:2,9 147:16
148:2 152:13,16
152:19 155:2
159:10,11 165:8
172:5,7 173:7,16
173:19,20,24
178:8,16,18
217:19,22 218:2,8
218:11,16,21
219:1,5,9,16 220:4
220:22,22 221:6
221:12,20,22
222:4,18 223:11
223:14 226:20
228:1 230:20
231:9 234:7
235:18 236:8
238:2,3,12,16,18
239:9,17,23,25
240:5,5,12,19,21
240:23 241:6,6
249:1,3 263:6,12
263:18,22 265:2
265:21 267:3,6,12
267:16 271:10
277:25 288:4
290:8,9,17 298:12
**camps** 37:23
**cancel** 47:12
**canton** 113:8
114:7
**capabilities** 76:6
**capability** 151:15
**capable** 119:24
**capacity** 50:15

capita 294:15
capital 183:24
  184:1
captain 26:15,17
  27:1,9,15 28:5
  29:24 30:3,20
  105:11 199:12
  200:2,7,21,24
  201:7 202:14
  217:12,25 218:14
  219:7,25 220:13
  221:4 222:24
  246:19
captains 26:18,22
  28:2 32:8 199:18
  200:9,10,14,14,15
  200:18,19,25
  201:2,18,19,20,23
  201:24 202:2,4,6,8
  202:9
caption 301:20
capture 241:21
captured 265:19
  266:2
car 170:24
cardinal 63:16,19
  63:24 64:3
care 6:6,8 21:9
  86:21 87:17
  155:12,21 156:11
  169:17 212:6
  220:17 224:1
  265:18 274:13
  279:25 280:20
career 19:17 22:11
  55:22 56:4 157:15
  158:3 178:7 291:3
careers 22:8,10
carey 3:3 4:8
  12:17,17 13:21,24
  58:12,20 96:6

120:2,22 121:4
128:10 129:6
162:17,22 168:11
187:16 193:3,10
225:17 226:5
255:8,12 258:20
259:2 260:21
261:2 262:14
287:25
carey's 262:21
carfentanil 54:4
  80:18 97:22
  119:13,19
carole 2:13 13:6
carolina 2:4
carried 117:2
carry 84:19,21,24
  179:6 180:5,6
  282:7,12,15 286:9
  289:2
carrying 172:17
  178:23 180:9
  282:13 286:5,22
  287:14
case 1:7,10,12,14
  12:6 60:24 61:8
  61:12,15,18,19,21
  66:21,23 77:2
  80:23 88:5 96:20
  99:6 152:11
  157:10 186:12
  213:2,3 221:2
  262:23 272:18
  284:1 297:25
  303:6 304:3 305:3
cases 272:17
cat 78:19
catch 152:1
  235:20 263:1
categories 241:22
  241:23

category 79:3
  82:20 97:16 101:1
  115:15 239:16
  240:21 243:3,7
cause 119:14
  124:18 125:1
  166:24 270:25
  272:1 274:11
  281:18 287:21
  301:11
caused 96:22
  231:20 268:7,20
  274:2
causes 99:7 124:14
  124:22 125:1,11
causing 97:10 98:1
  100:3 125:15,20
  126:4,9,17 177:23
  231:7
caution 74:14
  142:7,8,19 143:2,4
  168:1
cautious 287:8
cbsnews.com 5:16
  115:23
cell 129:17 130:3,8
center 26:6 27:13
  40:1,4,15,21 93:9
  128:2 129:14,16
  129:21,23 130:2
  130:11,13,16,20
  130:21 131:2,5,6
  131:15 132:10,20
  133:3 144:8,10
  152:14 263:7
cephalon 66:7,16
certain 74:2,11
  145:1 147:6
  157:20 194:15
  237:7 252:12,16
  252:22 259:22

274:7 279:3
certainly 100:24
  142:17 250:5
certainty 15:13
certificate 4:15
  301:1 305:11
certification 19:9
  19:11 20:13,19,22
  21:19 22:1,12
  41:14 304:1 305:1
certifications 19:5
  19:16 20:24
certified 13:18
  18:19,20 22:2
  41:10 42:2 43:2
certify 301:8,18
  302:1
chain 45:23 46:2
  68:17
challenges 124:2
challenging 119:4
  233:9
chance 225:2
  249:14
change 25:2 32:23
  96:1 150:8 168:9
  181:17 212:12
  254:10 303:13,14
  305:8 306:3
changed 29:13
  37:16 73:18 174:1
changes 104:18
  105:5 178:21
  188:21 202:11
  261:14 287:12
  303:12 304:7
  305:7,9
changing 42:17
characterization
  178:1 185:8
  257:24

**characterize**
101:15 251:25
**characterized**
264:4 284:2 295:7
**charcoal** 68:14
**charge** 25:23
28:15,17,18,22
33:5 47:15,20
78:14 186:2
228:14 246:20
**charged** 202:9
206:13 209:2
236:16
**charges** 206:17
**charities** 198:3
**charles** 1:17 4:7
5:9,18 12:5 13:15
13:20 14:5 49:11
58:9 101:22
120:15 129:5
188:2 262:18
273:15 293:4
301:9 303:8 304:4
304:9 305:4,13
306:20
**chart** 5:5 36:11
**charter** 41:9,18,20
**chartered** 41:15
42:3
**check** 147:2 264:9
264:14 267:24,25
270:8
**checked** 165:24
**checking** 147:21
**chemical** 23:9
**chest** 160:10
**chf** 85:14
**chief** 13:22 14:6
27:3,5,15 28:1,7,8
28:14,22 29:1,3,8
29:11,12,17,21,24

30:5,9,21 31:7,12
31:13,17 32:2,5,8
33:17,18,18,19,20
35:11,13,17,17,24
36:25 38:1,5,9,15
38:19 39:1,14
40:4 44:9 45:18
45:19,24 46:7,17
48:3,6,9,9 49:4,16
49:16 50:16 52:14
55:4 57:6 58:3,21
60:5 73:2 96:7
102:2 106:10
110:13 116:13
120:6,23 121:7
122:13 136:8
149:25 168:18
172:1 187:17
188:2,4 191:6
193:11 196:1
197:14 205:14
208:11 209:8,13
209:15 211:5,23
216:24 226:6,13
237:19 241:10
242:16 246:9,10
247:23 261:3
262:20 272:21
273:17 293:6
294:16 296:5
298:22
**chief's** 47:21
**chiefs** 30:2,4 35:20
46:25 50:22,24
102:13
**choice** 91:3
**choices** 90:18
91:20
**choose** 89:21
91:17,17

**chooses** 24:13
**chores** 235:25
**chris** 6:13 105:10
105:11 154:9
216:15 221:15
**christine** 5:16
115:22
**chronic** 218:15,19
219:3
**chronological**
172:23
**church** 153:6
160:10
**ci.akron.oh** 73:17
**cincinnati** 102:18
**circuit** 261:4
**circumstance**
27:17 279:21
281:8,22
**circumstances**
40:16 52:22 88:20
89:18 144:5
167:23 179:20
248:1 249:11
275:13 278:4,10
280:25
**citizen** 44:21 63:6
**citizens** 77:20
98:23 293:24
**city** 1:13 2:2 6:9
6:17,20 12:13,16
23:24 24:10,13,18
26:3 27:19 31:21
39:7 40:14,17
41:8 52:10 74:4
74:25 87:15,22
98:5 103:8 129:12
130:1,10 182:5
183:4,6 184:2
186:21 187:4,21
192:8,10 193:19

203:20 206:8
214:1,4,6,9,11
232:14 242:4,13
252:8 254:16
255:1 284:8 294:6
**city's** 61:8
**civil** 13:17 26:3
27:9 31:19,20
300:3,7 304:5
305:5
**civilian** 44:11
**civilians** 34:14
41:21 43:7,21
44:18 45:1
**clannin** 3:6
**clarence** 45:19
46:3
**clarification** 15:6
15:7 264:14
**clarifications**
263:3
**clarify** 33:22 48:5
116:7 123:14
274:24 297:23
**class** 17:19,21 42:8
107:12,22 109:21
246:4
**classes** 41:11,25
42:2,4
**classic** 159:8
**clean** 233:5
**cleaning** 58:10
233:6,7
**clear** 98:4,22
183:23 277:8
**clearly** 61:18
240:21 265:1
**clerk** 249:18
**cleveland** 1:13 2:9
2:15 17:13,16,19
23:9 302:7 303:2

clever  255:21
close  89:7 142:1
    235:4
closed  114:1
closer  188:17
    212:3
closest  173:21
closings  113:13
clr  1:25
club  72:20
cocaine  80:24
    100:13 114:11
code  139:13,15
    160:25
codeine  80:3
codes  147:6,8
colleague  262:21
    295:13
colleagues  262:15
    273:8
collect  48:15 77:6
    154:13 157:20
collected  155:7
    212:1
collecting  155:4
collection  77:11
    212:10
collections  208:13
    210:5
college  16:24
columbus  23:5,6
    113:9
column  139:5
    140:6,8,16,18,20
    140:20,21 146:23
    162:11
columns  137:6
    149:19 154:1
    264:7
combat  95:1
    285:24 288:25

combination  98:6
combined  26:7
    130:21
combo  174:2,13
    175:9
combo'd  174:23
    232:7
combo'ing  175:6
come  39:10 40:24
    42:2 45:6 47:12
    54:5 61:16,19,24
    86:24 90:17 91:3
    91:6 120:3 130:1
    132:24 134:19
    141:25 143:3
    152:13 180:1
    186:8 193:4 197:3
    213:10 214:12
    222:16 229:23
    233:15 235:11
    247:22 250:1,3,4
    263:6
comes  127:20
    130:10 131:4
    133:9 135:2 139:2
    143:6 147:10
    150:14 151:18
    160:6 167:2
    174:21 185:17
    222:13
comfortable
    119:16
coming  23:10 43:7
    43:22 126:3,8,16
    214:1,5,9,10
    232:11 233:16
    279:23
command  24:22
    26:19 45:23 46:2
    151:9

commander  28:16
commanders
    26:19 28:17
commendations
    55:23
comment  119:10
    208:12 294:11
comments  57:18
    119:2
commission
    302:16 304:19
    305:25 306:25
commissioned
    301:8
committed  48:1
common  46:12
    168:8 213:4,6
    220:16 233:13
    241:1
communicate
    38:24
communicates
    151:4
communication
    132:20 151:15
communications
    36:3 38:11,14,22
    38:24 39:1,3,13,21
    39:23,24 128:4
community  44:7
    44:15 77:21 93:12
    119:20 127:8
    228:15 284:19
    294:13
companies  2:12
    62:12,19 212:9
company  62:16
    63:21 65:7,15,25
    66:9 67:8,17,25
    68:8 69:6 70:15
    70:18,23 206:9,15

206:18,19 208:16
    208:20 212:20,22
compare  265:24
compared  95:22
    203:24 255:24
compartments
    233:7
competitive  31:24
    32:10
complaint  60:17
    60:21
complaints  209:19
complete  14:25
    154:1
completed  18:22
    245:19 301:20
    303:15
completely  132:8
completeness
    279:24
complex  231:18
compliant  240:25
compliments
    209:19
composed  238:24
comprise  141:2
comprised  213:24
    215:22,23
computation
    256:4
computer  40:10
    129:23 135:15,18
    140:14 157:3,5,12
    158:24 159:15
    192:5,7 193:19
    210:1
concede  271:18
concern  94:25
    115:12
concerned  115:14
    166:20

**concerns** 116:22 248:11

**concluded** 299:2

**concrete** 119:2,9

**conditions** 77:23

**conduct** 20:8 278:5

**conducted** 287:11

**confer** 241:10

**conference** 53:11 53:12,13 284:11

**confess** 262:25

**confident** 19:17 52:3 65:16 244:25 245:4,4

**confirm** 93:23 111:3 253:20

**confirming** 97:6

**confused** 137:14

**confusing** 34:2

**congestive** 85:8

**conjunction** 35:16 182:8

**connect** 127:10

**conscious** 147:2

**consciousness** 146:16,21 264:19

**consecutively** 137:4

**conservative** 168:2 271:8,22

**consider** 80:13 82:2 233:8 239:2 239:10

**consideration** 227:21 231:6

**considerations** 31:3

**considered** 51:11 83:25 240:5,13

**consistent** 108:7 108:22 113:17 114:14 122:7 237:25 264:18

**consisting** 26:5

**console** 133:10

**constant** 287:4

**constantly** 42:17

**consult** 241:14

**consumed** 85:22 85:25

**consuming** 227:22

**cont'd** 3:1 6:1 8:1 9:1 10:1 11:1

**contact** 64:18 150:23,25 151:12

**contacted** 63:8,13 63:24 64:3 65:2 65:10,19 66:4,15 67:3,12,20 68:3 69:9,20 70:7,10,22 71:6,15 72:24

**contacting** 62:19

**contain** 270:2

**contained** 136:16 253:21 254:1 262:11

**content** 266:11

**context** 84:4 138:20 177:15 178:13 247:1 266:12 271:4

**continue** 22:8,12

**continued** 110:1 122:22 129:5

**continues** 94:13

**continuing** 42:11 107:13,16,19 109:17

**continuously** 134:3

**contributes** 218:13

**control** 26:24 83:17

**controls** 186:6

**conversation** 62:1 79:13 80:6 105:1 105:16 115:12 118:12 260:13 273:24

**conversations** 61:21 62:5 92:12 92:20 103:3 292:16

**conveyed** 276:17

**coordinator** 165:5 209:20

**copies** 212:20,21 242:22 266:24 267:24

**copy** 156:24 157:1 171:18 187:12 212:16

**copying** 212:19

**corner** 161:22 168:22 170:1

**coroner** 295:23

**corp** 64:8

**corporation** 3:2 12:19,22 14:2 72:20 262:22

**correct** 19:2 21:13 24:6 30:7 38:2,6 56:19 64:15 71:25 73:3 84:18 86:18 87:6 117:3 127:17 127:21 128:9 131:16 147:12 148:4 152:12,15 152:20 154:10 155:25 156:17

164:17,19 180:6 188:5 189:15 196:4 215:24 217:15 218:5 230:7,8 250:13,14 251:5 253:10,22 255:17 260:6 261:24 282:5,9 286:11 293:8,14 293:15,18,19 294:8,22 296:6 297:11 298:1 301:16

**corrections** 303:12 305:17

**correctly** 33:16 88:22 108:15 124:9 142:1 181:15

**correspond** 39:6 163:2

**cortlin** 3:3 12:20 262:20

**cost** 113:12 176:4 194:13 226:15 227:15,24 231:2 244:3 248:2 250:2 250:4

**costs** 176:4,8,19 194:19 204:5 226:24 228:5,11 228:19 229:2 230:23 243:14,22 244:24 245:1,5 246:22 247:3 248:4,12,16 250:7 250:12 259:23,24 273:1,6

**cot** 165:22

**council** 54:19 55:8 57:13 183:2,4,6

**counsel** 12:10 16:5
59:3,16 187:14
255:6 300:1,10
302:2
**counselor** 162:15
298:16
**count** 148:3
201:20
**counterpart** 46:13
**country** 117:12,25
**county** 1:9,11 2:2
6:17 12:13,16
68:19 76:12,16
117:13 118:1,1
176:5 181:18
242:4,12 252:2,4
252:10 284:9,20
301:4 304:10
305:15
**county's** 76:9
**couple** 81:24
89:11 114:5 138:8
153:23 173:9
184:19 202:18
213:17 217:5
230:5 289:13,15
289:20
**course** 18:16
19:17 46:16 51:1
52:20 108:4
141:13
**court** 1:1 4:17
12:8 15:15 28:5
32:6 36:16 57:3
58:3 102:2 105:25
120:23 136:9
149:9 153:21
169:21 193:21,23
207:13 304:7
**court's** 6:23
254:21 255:4

**courtroom** 14:22
**courts** 27:25
**cousin** 92:16
**cov.com** 3:5,6
**cover** 14:11 282:6
**coverage** 175:10
**covered** 19:24
190:1,4,7 245:24
**covering** 176:9
**covers** 33:8 246:2
**covington** 3:2
12:18,21
**cpa** 37:15
**cpr** 44:16,17 153:6
**create** 48:19,24
154:13 182:9,12
193:17
**created** 48:24 49:2
160:2 173:19
182:4 215:25
**creates** 182:25
**creating** 48:4,10
48:12 188:7
211:16
**creeping** 117:11
117:25
**crendon** 2:16
**crew** 25:20 34:19
34:21 232:4
**crisis** 60:14,15
70:12 94:8,10,14
94:15 95:2,3,9,11
95:22,23 98:22
101:14,16 174:10
219:6 233:12
292:18 293:22,22
**criteria** 275:15
**criticisms** 56:13
**cross** 265:10
266:24

**crowd** 53:10
**cruiser** 180:15,21
**cruisers** 167:4
180:6,9
**crunched** 228:22
**ctwigg** 73:9,15
**current** 14:4,8
21:2 28:2 35:10
38:1,4,9,15,18,25
43:3 45:17 47:5
52:13,17 87:18
163:25
**currently** 14:6
19:7 21:22,23
39:21 41:19 92:8
104:19 230:2
246:19 275:6
**curriculum**
246:11,15
**curry** 5:16 115:22
**custodial** 111:8
**custody** 4:17
**customer** 70:10
71:9
**cut** 183:23 184:7
184:13 232:20
285:6
**cutting** 85:12
**cuyahoga** 1:11,21
1:22 12:4 301:4
**cvs** 69:22,24 70:8
**cyclical** 245:14,18

**d**

**d** 2:13 138:13,14
150:8
**daily** 25:23 46:14
46:16 141:14
**dale** 33:17 93:14
**damage** 119:14
236:13

**damages** 60:12
243:3,7,10 256:6
257:16,20,21,22
**dan** 1:8
**darvocet** 80:5
**dashboard** 211:15
211:16
**data** 138:3,22
145:8,17 146:1,6,6
146:9,11,13,22
147:5,14,15,23
148:1,9,10,17,25
154:13 156:22,23
158:12 159:7
160:3,4,21 161:4
209:18,21 212:8
266:5 267:4,10,22
267:23 268:9,14
268:25
**database** 86:17,19
86:25 87:1 134:20
135:3,9,11 141:12
148:19 156:25
158:7,13,17,18
159:23 169:2,7
192:23 193:1
203:20,22 204:3
209:23 224:23,25
270:19
**databases** 159:18
159:22 270:1
272:4,8
**date** 12:2 53:14
108:21 115:18
143:4 163:7 256:7
283:6 300:11
303:8 304:3,9,19
305:3,13,25
306:20,25
**dated** 5:9,14,16,19
6:6,13 101:22

110:8 115:23
120:16 155:12
216:16
dave  37:20 105:13
david  5:8 36:25
37:11 101:21
102:11,12
dawn  45:3,9,14
124:7
dawson  230:4
day  2:7 13:5 25:2
25:2,3,7 46:11,14
59:10,12,13,16
132:13 158:11
227:25 231:23
234:7 250:25
262:24 273:21
302:7 304:16
305:22 306:22
days  303:18
dayton  113:9
114:23
dc  36:24 37:11,13
de  174:2,13 175:6
175:9
deadline  188:17
deadly  246:25
deal  221:9 276:7
dealing  118:25
121:14 225:11
dean  35:5
dear  303:10
death  281:19
deaths  45:10,13
108:6,9,18 287:20
288:6
december  122:6
211:15
december's  209:9
decent  62:1,9,14

decide  24:7 35:15
50:4
decided  126:14
232:23
decision  20:9
22:11 132:4
288:21
decrease  113:18
122:3,9 123:1,3,5
decreases  113:7
113:10
dedicated  41:6
deed  304:14
305:20
deemed  83:16
288:21 303:19
defendant  12:22
13:11 262:22
defendants  6:19
6:22 13:7 14:1
36:17 58:4 77:7
102:3 106:1
110:13 116:11
120:25 149:10
153:22 169:22
187:10 207:14
242:7,15 254:19
255:3 273:19
283:25
defensive  142:25
define  95:20
definitely  129:15
definition  275:7
definitive  127:11
267:5 280:20
definitively
268:17
degree  17:15,24
144:13 274:7
296:22

delete  73:24,25
74:10,15
deleted  74:7,18
deleting  74:3,13
74:23 75:1
delineated  264:10
delivery  300:9,11
department  5:5
14:7 22:16 23:10
36:10 39:18 40:2
41:8 48:16 52:16
52:19 55:11 57:8
61:12 68:20 71:11
75:25 76:6,9
77:25 78:2,7,10,14
79:15 80:7 84:19
86:4,7 94:18,24
103:7 107:7
112:15 116:23
121:19 123:8,17
123:19 125:16,21
125:23 126:4,9,17
126:22,23,24
127:14,17 128:6
130:18 131:19
158:16 172:19
176:6,25 178:22
182:6,7,8,12
185:14 186:3
188:25 189:2,3,10
189:14 192:8
195:18 196:7
197:7 214:2 216:1
219:22 220:9
229:23 230:1
240:6,14 247:18
247:24 250:12
256:12 257:4,16
259:19,23 260:19
269:18 275:5
297:24 303:22

department's
126:25 127:3
132:25 230:18
257:21 258:3,4
272:24 293:18
departments  41:5
157:23 183:1
197:8 220:3
departure  35:2
depending  25:21
34:6 52:22 132:12
196:10
depends  152:24
deposed  13:18
14:13 56:19
deposition  1:16
5:7 12:5 13:25
36:9 57:23,24
58:9,23,24 59:21
60:3,6 61:14
101:20 105:19
110:5 115:21
120:14 136:2
149:3 153:14
155:11 169:16
187:3 207:17
216:14 225:25
242:3 254:15
299:2 301:19
303:8,11 304:1,3
305:1,3
depositions  14:12
depressant  165:12
deputies  50:17
deputy  14:6 29:11
29:17 31:7,11,13
33:17,17,18 35:11
35:13,17,19,24
38:1,5,9,15,19
45:17,25 48:8,9
49:11,14 52:14

57:6 121:15 122:13 188:2,4 211:17

**derived** 79:2

**describe** 23:21 28:6 32:14,17 35:11 41:4 46:6 48:11 49:11 50:9 50:11,23 53:2 77:17 82:2 85:6 103:1,2 177:12 183:21 194:5 203:21 251:10,14 258:11,23 275:20

**described** 31:19 32:5 40:15 41:25 55:21 56:14 76:19 87:5 162:13 203:24 218:12 250:2 258:8 292:19

**describes** 104:3 219:9

**describing** 40:9,22 41:12 113:24 203:4 281:10

**description** 5:3 30:22 37:5 46:25 48:20 52:18 54:16 55:20 61:23 104:12 118:4,18 148:17 149:21 159:3 180:1 235:5 264:22 271:18 274:20

**designate** 106:7 171:1

**designation** 171:9

**designed** 76:13

**designs** 282:22

**detail** 62:4 252:19 258:8,12,23,24

**details** 49:23 51:22,25 68:1 129:24 146:20 166:10 181:12 260:20 280:1,11 280:13

**determination** 268:11

**determine** 124:18 145:17 147:15 205:7,25 206:6 207:3,7 210:7,10 210:12,16 212:11 215:8 221:17,21 249:15 265:12 266:11 268:17,19 270:9 271:12 274:2 278:8

**determined** 210:17 295:16

**determines** 281:18

**determining** 271:25 276:8 277:2

**develop** 48:22 209:17 227:5 229:13,13

**developed** 125:2 158:9 172:21

**development** 42:5

**diagnose** 297:16

**diagnosed** 297:13

**diagnosing** 93:21

**diagnosis** 297:4

**diane** 230:4

**dictates** 275:22

**died** 92:7,18 123:12

**difference** 20:23 81:2 99:10 140:19 159:21 288:14,22 288:23

**different** 19:6 21:1 21:7,12 24:11 27:12,20 28:21,24 29:14 30:24 31:2 32:19 33:15 34:3 34:4 37:22,23 45:5,6 75:3 78:8 78:21 95:24 125:11 132:9 135:23 156:15 157:9 159:17 171:11 172:2 173:9 174:6 195:9 196:12 197:9 209:10 223:10,19 227:16 229:4 231:16 233:1 246:2 248:16 249:10 272:20 287:18

**differently** 105:15 289:12

**difficult** 210:6,10 210:12,15 222:11 225:6 227:17 250:1

**digging** 223:9

**dilation** 277:11

**direct** 46:3 49:10 51:1 182:14 210:1 274:3

**directed** 129:18 130:4

**directing** 129:20

**direction** 99:22 165:3,3 241:13

**directly** 39:13 44:2 45:22 98:20 109:8 157:3,5,11 209:16 214:12 269:23 271:19 290:3

**director** 165:5 230:14,16 282:24 283:15

**disagree** 104:15 118:20

**discernible** 94:12

**discharge** 23:11

**discharged** 23:7

**disciplinary** 57:3 57:6

**discipline** 35:22 56:3,5,14

**discount** 62:23,25 63:5,7,8,13

**discover** 279:13

**discovered** 281:14

**discovery** 61:25 138:4

**discretion** 276:7 276:10

**discuss** 239:15

**discussed** 19:18 123:11 203:25 222:19 232:1 287:25

**discussing** 99:25 259:3 281:1 294:4

**discussions** 241:12 292:10

**disease** 20:5,6 218:20 219:3

**diseases** 218:15

**disorders** 297:5,8

**dispatch** 39:12,25 40:1,3,5,14,21

128:2 129:14,16
129:21,23 130:2
130:11,13,16,20
130:21,22 131:2,5
131:6,14 132:10
133:3,19 135:2
143:1 144:8,10
149:25 151:2
152:8,14
**dispatched** 40:7
127:22 128:8
142:15,17 148:7,8
180:23
**dispatcher** 132:1,5
132:6,13,14,16
133:6,8,13,21
139:18,21 141:23
142:5 143:8,15,17
143:19 144:17
150:19,20,23,25
151:4,10,12,20,22
151:23
**dispatcher's**
133:10 151:2
**dispatchers** 131:7
131:11,14,18,19
131:20 132:9,22
134:4 135:8,14
143:11
**dispatching** 263:7
**dispensation**
161:14
**dispense** 82:16
83:12 161:6
180:14 181:8
**dispensed** 86:4
148:24 166:18,21
179:18 270:21
**displayed** 138:19
**disposal** 68:12
284:2

**dispose** 284:24
**distinct** 99:14
**distinction** 95:13
95:16 218:24
219:4 228:1
**distinctions** 83:10
95:18
**distinctly** 96:15
**distinguish** 78:8
**distinguishing**
61:6
**distribute** 68:20
**distributed** 284:20
**distribution** 83:15
**distributor** 6:19
6:22 64:13 67:2
68:9 242:7,14
254:19 255:3
**distributors** 60:13
**district** 1:1,2 12:8
12:8 27:3,4,15
28:1,7,8,14,22
29:1,3,8,11,21,24
30:2,4,9,21 32:2,5
32:8 36:25 39:1
48:3,6 55:4
102:12 121:25
196:1 197:14
205:14 211:5
232:9 241:10
247:22
**districts** 232:11
**diversion** 231:20
**division** 1:3 5:5
12:9 33:3 34:19
36:10 62:18 63:13
64:3,17 65:2,10,19
66:4,15 67:12,20
68:3 69:9,19 70:7
70:22 71:6 72:6
72:10,24 75:23

77:18 78:1,5,7
84:24 100:10
117:1 122:18
148:19 172:2
176:20 177:4
183:9,11,18
184:11 185:23
186:24 190:21
196:25 197:17
198:24 199:7
200:20 202:3,4
203:2,10 205:25
214:24 215:5,14
215:17 216:1
227:14 229:1,12
229:17 230:7
231:21 243:14
247:2 249:16
259:24 260:5,9
**division's** 182:3,11
220:1
**divisions** 130:12
183:1
**divvied** 198:8
**doable** 227:18
**doctor** 294:19
**doctors** 90:16
**document** 1:8 36:7
36:19 58:5 102:9
106:1,8 108:16
109:5 110:21
111:7 116:4 122:5
123:6,15,20,25
124:9,12 136:9,11
136:13,21 138:12
145:7 149:12,20
149:22,23 150:1,5
150:7,11 154:2,6
154:22 155:17,18
155:19,20 156:9
156:20 162:5

163:3 187:13,18
188:5 204:17
207:24 216:25
217:4 238:6
242:12,17 243:13
244:10 256:11
257:25 258:16
259:1,22 275:15
**documentation**
194:11
**documents** 59:17
60:23 76:22 77:7
134:14 153:23
176:16 191:25
193:17
**doing** 104:18
105:15 153:6
154:23 167:23
177:3 227:10
232:15,16,17,17
234:21 235:3,12
235:13,24 236:1
248:23 266:19
269:10 287:7,9
288:24
**dollar** 189:5
**dollars** 197:6
199:19 259:15,16
259:19
**domino** 231:24
232:13
**dosages** 181:7,8
**dose** 166:2
**double** 238:2,17
**doubt** 111:12
116:13
**downward** 122:22
**dr** 181:13 283:1
**drain** 233:10
**dramatic** 288:23

**dramatically**
  178:17
**draw**  95:15,16,17
**drive**  14:10 191:20
  192:3,6,6,7,10,12
  192:15,19 193:12
  193:13,18,25
  194:5 292:8
**drives**  192:5
**driving**  152:6
  292:3
**drop**  104:5 201:12
**drops**  199:16
  200:25
**drug**  62:23,25
  63:5,7,9,13 64:8
  68:12 83:25
  111:22 112:1,7
  121:14,17 122:4
  122:10 127:1,2
  223:18,22 237:20
  238:3,18 241:21
  243:16 245:7
  269:12,13 276:1
  277:10 278:15,23
  279:6,15 280:7
  281:15,19 284:2
**drugs**  52:24 53:4
  55:17 79:5 80:9
  83:3,22,24 98:7,11
  99:10 100:2,15
  101:6,16 108:24
  113:12,14 127:2
  164:5 165:12
  179:12 224:8,12
  284:23
**dstatsid**  140:7,21
  140:22
**dstatsnum**  140:18
  140:23

**due**  30:1 31:2
  108:4 109:22
  122:4,10 212:7
  236:13 292:4
**duly**  13:17 301:7
  301:10
**dumps**  140:10
**duties**  28:7 52:20
  141:14 181:21
**duty**  291:24 292:2
  292:8
**dying**  93:5

**e**

**e**  5:8,11,13,16,18
  6:11,13,16 40:10
  73:2,5,7,8,12,17
  73:20,21,24 74:1,4
  74:6,10,13,23 75:4
  75:7,22 77:14
  101:21 102:17
  104:2,20,23,23
  105:20 106:4,7,9
  106:11,12 107:10
  110:6,16,22,24
  115:17,22 116:9
  116:14 120:15
  121:9 207:18
  208:2 209:9 210:4
  211:11,12,20,24
  216:15 217:7,7,8
  217:10,11 226:1
  226:10,11,12
  247:14 284:8
**earlier**  41:25
  91:10 95:7 99:1
  101:13 148:5
  152:9,10 155:22
  156:13 174:15
  175:8 203:25
  204:16 205:24
  217:22 223:1

224:4 232:1
  248:11,25 250:10
  258:9,22 260:14
  265:16 272:14
  279:20 282:1,10
  283:23 284:16
  286:4,15 287:25
  292:19 293:12,21
  295:1
**early**  69:1 77:2
  157:16,18 173:4
**ease**  136:25
  149:15
**easiest**  25:18
  222:3,15
**eastern**  1:3 12:9
**easy**  50:10 222:22
  245:15
**ed**  33:18
**edelman**  3:8 13:10
  13:10 121:2
**edema**  85:8
**edge**  216:4
**educated**  68:24
**education**  17:11
  18:8,9 19:14
  42:11 83:6 107:13
  107:16,19 109:17
  127:6 174:9
**educational**  16:14
**effect**  77:15 85:12
  231:24 232:13
  234:1,7 264:16
**effects**  96:24
  101:11 119:18
  246:25
**effort**  227:22
**eight**  34:18
**either**  24:2 25:8
  28:12 34:5 95:18
  99:22 106:20

131:11 151:8
  152:4 171:23
  179:7 192:13
  196:11 272:7
  279:12 302:2
**elaborate**  72:4
  97:18 100:7
**elderly**  160:12
**electronic**  191:19
  212:6,8 223:25
  267:25 268:3
**electronically**
  265:19 266:2
**eliminated**  294:21
**elist.dps.state.us.**
  110:25
**else's**  97:14
**email**  303:17
**emergencies**  21:5
  21:10 23:24 76:15
  221:5
**emergency**  25:25
  76:11 77:22 78:11
  78:15,18 95:21
  127:18,24 128:7
  129:9 130:25
  131:23 132:11
  173:22 189:4,6
  219:22 220:3,8,22
  221:12 243:15
  246:23 248:9
  250:7,8 257:4,19
  257:22 258:3
  263:23 271:1,13
  272:1 283:21
  297:8
**emotional**  251:22
**emotions**  251:11
  251:14,25
**employee**  112:15
  137:23,25 138:6

**employees** 75:25
76:17 189:20
190:7 192:11
235:17 237:6,11
**employment** 20:11
22:15,19 190:9
**employs** 132:18,21
**empower** 51:2
**empowering** 51:6
**ems** 5:13,13 19:4
21:3 29:25 30:10
30:11 36:2 38:17
38:18 44:9 52:8
61:19 68:21 84:18
87:7,15,23 88:3,4
88:7 103:9 104:17
105:3,6,12 106:18
106:19,21 109:6
110:6,7,25 112:16
131:1,11,23 132:6
132:14,17 133:6,8
148:7,18,22
149:24 151:8
152:16,23 156:1
156:10 159:11
160:4,15 161:4,11
164:17,18,19
165:2,4,21,21
167:8,15 178:3
180:23 198:1,12
199:10,23 200:12
200:14,20,24
201:8,19 202:3,4,6
202:8,10,14 203:1
203:4,8,12,15
204:7,18 205:10
205:12,16,17
206:22 207:3
209:3,15,21 210:7
211:3 214:7,11
216:3,7 218:21

219:1 220:1 223:9
236:20,21 239:14
239:18,23 244:7
244:18 246:8,18
258:9 259:5,24
260:16 265:3
266:5 273:24
274:15 275:1
280:3,23 281:13
284:20 285:12,17
286:5,21 287:2,14
287:23 288:17
291:11 292:10
295:3,13 296:8
297:24
**emt** 21:7,11,15,16
21:17,21,21,22,24
22:2,2,5,9 83:11
83:11 84:4,5,6,7
84:12 99:6 245:13
245:16,20 246:11
246:14,20 275:7,8
276:7 277:4,15,24
278:13 279:7,13
297:6
**emts** 83:21 84:1,1
236:21 245:15
276:4
**en** 28:3
**enclosed** 303:11
**ended** 27:24 32:6
54:21 93:3,5 97:4
109:11 280:14
**endo** 2:11,11 13:7
67:15,21
**ends** 185:18 249:4
**enforcement**
104:1 108:2
121:13
**engage** 239:14

**engaging** 51:8
**engine** 24:19
232:2,6,6
**ensuring** 40:6
**entail** 25:16
**entailed** 32:17
**entails** 23:22
26:17 35:12
**enter** 141:6,9
142:25
**entered** 58:11
116:11 141:12
148:15 157:3,4,11
157:16 158:2
169:2 196:15
224:2 305:9
**entering** 135:4,8
139:20,25 140:5
261:19
**enters** 272:15
**entire** 28:15 34:16
41:8 42:20 46:11
46:21,23 252:15
289:8 292:17
304:5 305:5
**entirety** 60:19
**entities** 130:12,14
130:17
**entitled** 6:3 116:18
153:15
**entity** 132:20
**entry** 165:21
167:8
**environment**
77:21 285:4
**epcr** 212:4,14
213:10,12
**epcrs** 268:4
**epidemic** 55:10
117:11,17,24
124:15,19,21,25

125:12 127:8
161:10 172:3,6
173:5 177:8
178:22 231:21
**equal** 271:19
**equipment** 184:1
233:7
**eric** 137:19
**erich** 137:19
**err** 276:21
**errata** 303:13,18
305:7,10,18 306:1
**erskine** 110:23
112:12,13
**eso** 86:16 87:19
157:6 209:18
265:19 266:9,22
270:5,8,19 272:4
279:17
**esq** 2:3,3,8,13,13
2:18,22 3:3,3,8
**established** 26:8
139:17 174:15
**estimate** 143:18
143:21 144:16
237:10 256:6
263:14
**estimation** 171:17
**et** 1:9,10,12,14
**evaluate** 164:13
**evans** 33:17 34:5
93:14
**event** 92:9 96:22
96:25 302:3
**events** 47:5 50:12
**eventually** 82:11
183:2 236:12
**everybody** 28:3
134:7 285:18
**evidence** 89:19,24
91:23 92:1 99:15

272:16 279:3,14
280:5 281:14
295:9
**evolving** 287:3
**exact** 153:9 271:18
**exactly** 35:6 48:12
105:5 107:11
219:18 220:7
227:24 228:5
264:3,12 295:6
**exam** 28:4
**examination** 4:7
13:16,20 26:5,6
129:5 262:18
273:15 293:4
**examiner** 281:17
281:24 295:17
**example** 45:2
78:20 79:19,21,23
89:10 92:1 124:5
124:8 126:23
128:1 139:10
140:13 141:20
142:21 143:1
159:8 160:9,13,14
172:16 183:23
184:24 185:12
194:10,12 211:11
222:8 223:15
225:5 231:8,19,22
240:24 245:12,15
263:16 264:19,20
265:3 266:8 268:8
279:4 292:4
**examples** 52:11
78:17 176:19
184:3,20 241:2
245:8 279:5
**excel** 149:14
**excerpt** 5:21,23
136:3 149:4

**excerpts** 187:14
**exchange** 179:11
179:14 180:15
249:12
**exclusively** 139:1
147:14 272:25,25
**excuse** 142:10
**executed** 305:10
**execution** 304:14
305:19
**executive** 18:16
57:14
**executives** 57:12
**exercise** 265:6
**exhibit** 4:17 5:5,7
5:8,11,13,16,18,21
5:23 6:3,6,8,9,11
6:13,16,17,20 36:9
36:17 57:23 58:4
101:20 102:3,5
105:19 106:1
110:5,14 115:21
116:12 120:14,25
136:2 149:3,11
153:14,23 155:8
155:11 161:20
162:6,14 163:1
168:20 169:16
171:4,19 187:3,10
199:10 207:15,17
216:14,22 225:25
226:8 237:18
242:3,11 254:15
255:1 256:7,10
257:5 272:22
**exhibits** 4:4 5:1
6:1 264:6
**exist** 77:20 113:8
**existed** 77:3 194:8
**exists** 63:7 174:17
236:14 271:3

**expand** 90:22
**expect** 280:17,21
**expectancy** 234:2
**expectation**
244:23
**expected** 230:24
243:3
**expend** 231:10
**expenditures**
184:5 185:1,22,25
**expense** 176:7
**expenses** 206:8
260:18
**experience** 51:9
82:14
**experienced** 178:2
178:14 219:6
**experiencing** 98:5
115:5 122:2,14
234:4
**expert** 258:18
296:5,12 297:18
**expertise** 296:18
297:4
**expiration** 304:19
305:25 306:25
**expired** 225:9
**expires** 302:16
**explain** 26:16 91:8
97:17 99:10 106:5
136:10 153:1
170:8 174:13
182:23 185:5,10
185:20 199:17
208:4 259:1
**explaining** 142:1
234:6
**explanation** 123:7
123:16 259:7
291:5

**explorer's** 44:23
**extended** 30:1
94:13
**extent** 62:8 64:14
161:2
**extreme** 168:6
**extrication** 42:15

**f**

**faced** 56:4
**facilitating** 51:5
**facilities** 130:22
**facility** 33:2 34:17
37:5,7,19,25 236:4
**facing** 285:24,25
**fact** 98:15 101:5
109:23 142:14
170:19 202:5
214:12 221:9
245:5 264:23
265:12 270:25
271:18 281:8
292:11,17 295:8
295:25 298:9
**factors** 24:12
221:23 222:12
229:4 276:25
277:3,8,16,23
278:13
**fad** 287:8
**failure** 85:9
**fair** 54:15 256:1
264:1,20,22
265:13 271:16
272:18,19 276:6
276:20,24 285:9
**fall** 32:24 55:20
80:1,15 97:15
235:18 279:25
**falling** 115:3
**falls** 1:21,22 12:4
79:3 82:19 126:20

130:8
**familiar** 63:4,18
64:22,24 66:11
69:4,6 70:20
81:21 82:4 135:6
138:15 209:7
274:18,19
**familiarization**
44:20
**familiarize** 106:3
116:4 121:1
207:23 217:4
**family** 90:4,9 92:4
92:4,24 93:6
95:13 124:7
165:18 173:6
268:23 279:10
**far** 140:6 176:20
197:2,4 212:5
257:11 258:17
267:20
**faster** 219:22
220:2
**fatalities** 122:4,10
122:15,18
**father** 92:17
**fault** 56:9
**favor** 151:18
**federal** 13:16
189:4 197:6
**feedback** 209:19
211:4 295:21,22
**feel** 50:2 52:2
96:10 119:16,24
164:13 213:19
217:19 229:8
239:15 287:10
**feelings** 123:24
**feels** 49:25
**feet** 46:9

**fell** 93:4 115:14
165:24
**fellowship** 283:22
**felt** 109:21 285:22
**fema** 228:13
**fender** 56:8
**fentanyl** 80:15
97:22 119:13,18
282:15 283:11
**fewer** 122:14
**field** 18:10 42:13
83:15 86:12 139:1
139:7,10 145:14
146:23 148:14,17
163:15,19 270:20
**fields** 138:23
159:8 223:18
266:5
**fighting** 18:10,14
21:3 24:3 152:11
**figure** 137:16
147:23 173:17
195:19,21 204:18
222:2,3 230:22,23
230:25 231:1,17
244:5 247:8,10,12
247:24 258:14
274:11
**figured** 196:9
230:25
**figures** 209:10
**figuring** 227:23
228:4
**file** 56:2 111:8
196:12,13
**fill** 87:7,23 156:15
159:15
**filled** 71:18 88:9
139:1 156:1,9,12
163:14

**filling** 29:24 30:9
30:20 71:12 72:10
**fills** 87:13
**final** 16:4 29:17
183:7
**finally** 54:3 288:20
**finance** 34:11,23
182:5,7,24 188:15
202:12 215:25
227:14 229:12,23
229:25 230:3,14
230:16 260:14,19
**financial** 60:15
182:12
**find** 53:25 92:12
191:10 206:5
235:8 272:11
279:1,7 280:6
303:11
**finding** 263:21
**fine** 56:17 120:5
147:13 266:21
**finger** 222:14
**finish** 15:14,20
156:3
**finishes** 16:10
**finishing** 28:4
**fire** 5:5 14:7 18:10
18:14,15,17,19,20
18:22 21:1,3,6
22:16 23:10,15,16
23:17,24 24:1,2,3
24:7,8,11,17,18,19
24:25 25:3,9,10,18
25:19 26:9,24
33:1,19 34:16
36:11 37:4,6,18,25
38:7,11,14,21,24
38:25 39:3,18,23
39:24,25 40:18,20
41:3,5,8,13,25

42:1,5,9,16,18
43:9,22,24 44:7,13
44:24 45:19,24
48:16 49:16 50:16
52:16,19 55:11,22
56:4 61:12 62:18
63:13 64:3,17
65:2,10,19 66:4,15
67:12,20 68:3
69:9,19 70:7,11,22
71:6,11 72:6,10,24
73:10,13 75:23,24
76:5,8 77:18,21,25
78:1,2,10,14 79:4
79:15 80:7 82:13
84:19,24 86:4,7
87:9,21,22,23 88:2
88:3,4,6,6,8,12
94:18,24 100:10
100:16,19,22
101:8 102:22
117:1 121:19
122:18 123:8,16
123:19 124:2
128:1,3,4 129:13
129:18 130:17,21
131:1,11,11,19,23
132:6,10,15,17,25
133:4,6,8 142:22
142:25 148:11,18
148:23 151:7,8,15
152:11,11,14
153:8 154:21
156:2,10,14,18
157:2,4,11,15,19
157:23,25 158:16
158:16,19,20,22
159:4,10,12,24,25
160:3,8,8,16,16,18
160:25 161:5,8,10
161:12,14,19

167:3 168:23,24
169:1 172:2,17,19
174:16,17,19,19
174:25,25 176:20
176:25 177:4
178:22 179:6,17
179:22,23 182:3,8
182:10 183:9,11
183:18 184:11
185:23 186:3,24
189:6 190:17,21
191:1 192:8,13,13
193:19 194:23
195:17 196:7,25
197:8,17 199:4,12
199:18 200:1,7,13
200:15 201:7,19
202:15 203:5,10
205:25 207:6,8
214:2,23 215:5,14
215:17 216:1,1,3,7
217:22 218:1,16
219:8 220:1,23
223:5 230:6,18
231:15,21 235:8,9
235:25 236:3
240:6,14 243:14
247:2 249:4,16
250:12 256:12
257:4,16,21 258:2
258:10 259:6,15
259:19,23 272:24
273:24 274:15
275:1,5,7,8 276:6
277:4,15,24 279:7
279:13,21 280:3
280:23 281:3,13
286:5,21 287:13
287:23 288:11,15
288:17 291:11
292:10 295:2

297:24
**fire's**  86:9
**firefighter**  18:18
  18:25 19:7,8,8
  20:21 21:4 41:13
  41:23 71:17 79:14
  190:11 194:8
  203:1 229:11
  291:17 296:7
**firefighters**  19:6
  43:8,23 148:8
  189:9,14 196:22
  202:19 233:4
  235:22 236:1,6,18
  246:23 248:5
  250:8 291:24
  292:21
**firefighting**  42:14
**firehouse**  141:24
  142:4
**firemen**  76:7 87:8
**firm**  125:9
**first**  6:18 13:17
  14:17 23:16 25:17
  25:24 59:7 91:13
  95:17 96:12,21
  99:3,3 107:23
  111:16 112:19
  114:5,9 127:23
  137:7,19 139:11
  153:7 158:18
  162:2 170:14,20
  172:4,16 178:11
  179:8,10 189:20
  190:17 198:8
  200:6 226:12
  238:8 242:5,13
  243:15 246:24
  250:9 255:13
  263:1 267:1
  296:23 301:10

**fit**  240:21
**fits**  239:16
**five**  26:12 117:13
  118:2,7,14,25
  137:5 144:2,4
  193:4 198:5
  260:21
**flat**  144:21
**flip**  95:12 137:3
  187:24 195:6
  244:9
**florida**  3:10
**flowers**  2:3 12:12
  12:12 32:3 43:11
  43:15 44:1 49:6
  52:1 54:14 59:14
  59:25 61:9,22
  62:6 63:11 64:5
  66:12 71:13 72:12
  77:12 79:7 80:11
  81:15 82:6,23
  85:19 88:10 89:1
  89:5,25 90:13
  92:14 93:25 96:9
  98:3,14 99:13
  102:25 103:16,23
  105:7 107:20
  108:11 113:21
  114:17 117:18
  118:9,21 119:23
  120:5 122:11,20
  122:24 123:21
  124:16,23 125:7
  125:25 126:5
  128:12 140:2
  141:3 144:1,3,19
  145:11,20 146:24
  147:18 148:20
  154:17,24 155:5
  157:22 159:1,6
  161:16 162:15,21

162:24 164:24
166:5,22 167:10
167:20 171:21
176:11,23 177:25
180:17,25 184:14
185:7 187:15
189:16,24 191:3
192:16 197:20
204:21 205:5
206:2,14 207:10
208:6 211:1
212:25 218:4,18
219:11,16 220:4
220:15,25 221:6
221:24 223:2
224:14 225:15
226:20 227:2,11
228:8,20 229:6,19
230:12,20 231:3
237:4,16 238:5,19
238:25 239:25
240:7,15 241:8
243:19,23 244:20
245:3,10 247:11
247:15,19 248:20
249:21,24 251:3,9
251:17 252:13,17
252:23 253:9
254:11 255:6,10
255:18 256:19
257:23 258:5,13
258:25 259:9
260:10 261:11
264:2,21 265:14
266:13 267:8,16
268:12,21 269:6
269:20 270:11
271:15 272:5
273:2 275:3,17
277:6,13,17,25
279:19 280:8

281:21 282:8,20
285:15 286:3,14
286:24 287:16
288:3 289:17,24
290:13,18,24
291:7,15,21
292:13 293:9
294:2,9,23 295:18
296:1,19 297:1,15
297:21 298:2,8,15
**fluid** 233:6 236:14
**fluids** 85:12
**flushing** 285:4
**flyer** 107:24
**fmf** 37:3
**focus** 203:20,22,23
204:3,4 274:12
**focusing** 104:9,10
**folder** 74:18
191:14,15,16,19
191:21 192:17
194:4,6,10
**folders** 192:14,19
**folks** 13:8 54:19
95:19 143:2
267:21 269:23
**follow** 36:22 93:23
200:2 201:7
202:22 208:7
281:23
**following** 243:5
273:23 281:2
**follows** 13:19
**foot** 35:14 37:22
**force** 107:25
181:19,22
**forced** 165:21
247:21,21
**forces** 132:19
137:24 138:1

**foregoing** 301:15
301:20 304:13
305:18
**foreman** 34:18,20
**foresee** 287:20
**forewarning**
119:18,22
**forgot** 20:16
213:17
**form** 32:3 43:11
49:6 52:1 54:14
59:14,25 61:9,22
62:6 63:11 64:5
66:12 71:13 72:12
77:12 80:11 81:15
82:6,23 88:10
89:1,5,25 90:13
92:14 96:9 98:3
98:14 99:13,17
102:25 105:7
107:20 108:11
113:21 118:21
119:23 122:11,20
122:24 123:21
124:16,23 141:3
154:17,24 158:3
159:1 164:24
166:5,22 167:10
168:6 176:11,23
177:25 180:25
184:14 185:7
189:16 191:3
192:16 195:4
204:21 205:5
206:2,14 207:10
208:6 211:1
212:25 218:4,18
219:11 220:25
221:24 223:2,23
225:15 228:20
229:19 230:12

231:3 237:4,16
238:5,19,25 241:8
243:19 244:20
247:11 248:20
249:21 251:3,9,17
255:18 256:19
257:23 258:6
261:11 264:21
267:8 268:12,21
271:15 273:2
277:6,13 279:19
280:8 281:21
282:8,20 285:15
286:14,24 287:16
289:17,24 290:18
291:15,21 293:9
294:2,9,23 295:18
296:1 297:1,15
298:2
**formal** 56:13 57:3
182:20,25 270:4
**formality** 198:9
**format** 138:20
149:24
**former** 93:13
137:23,25 138:6
181:1
**formulate** 95:1
**forth** 25:6 28:12
248:13
**forward** 287:5
289:14,16 303:15
**found** 280:14
284:11 292:20
**foundation** 79:8
82:24 93:7 103:24
108:12 113:22
114:18 122:12
123:22 126:1
146:25 154:18
159:2 164:25

167:11 171:22
180:18 189:17,25
198:3 206:3 238:6
238:20 243:20
244:21 256:20
258:5 265:15
266:14 267:8
268:13 269:7
275:18 288:4
289:18 292:14
295:19 296:2
298:3
**four** 23:7 24:20
26:22 56:7 137:5
153:4,10 174:20
201:25 217:17
226:15,24 232:4,5
233:16
**frame** 26:15 30:23
33:16 34:6 54:6
86:25 113:24
114:20 118:8
189:19 266:15
288:7
**frames** 118:12
265:17 268:3
**francisco** 3:4
**free** 194:14 213:19
217:19 284:23
304:14 305:20
**fricker** 230:4
**friends** 92:3,5
**front** 1:22 3:4
161:21 194:22
195:1 237:19
**full** 14:3,24 15:18
23:6 39:11 59:10
59:13 160:12
187:12 189:22
225:7

**function** 32:20
76:7 198:12
**functions** 32:23
223:20
**fund** 186:7 213:22
213:23,23,25,25
214:6,9,11,14,17
214:20,25 215:3,6
215:13,18,22
216:9
**funded** 176:2
203:10
**funding** 195:13,22
197:3
**funds** 183:11,18
184:2 186:17
194:17 198:7
214:3,5,8,10
**further** 146:11
166:10,14 259:7
289:10,22 301:18
302:1
**future** 47:6 109:25

**g**

**gain** 220:2
**gang** 107:25
**gangs** 108:2
**gasoline** 176:13
233:17
**gateway** 219:22
220:8
**gathering** 138:3
**gears** 20:10 77:16
**general** 5:13,13
31:4 35:13 43:9
43:24 44:5,13
46:16 47:13 50:23
52:2,8 60:10 63:6
66:22 72:11 75:10
80:2 83:3 98:21
103:4 110:6,7,25

113:7 115:19
118:4 121:19
130:9 132:24
145:6 182:24
213:22,23,23,25
214:6,9,11,14,17
216:9 220:19
224:11,16,19
236:23 268:18
294:12
**generally** 61:3
163:14 167:8
280:16,18 291:19
**generate** 239:13
257:10 265:23
**generated** 139:16
139:23 140:14
**generic** 104:12
155:18,20
**gentleman** 258:15
**getting** 54:21 82:7
118:11 125:14,19
127:19 135:25
137:14 216:4
289:25
**gi** 43:3
**gigabyte** 74:16,19
**gigantic** 72:20
144:15
**give** 14:24 15:18
22:22 41:24 42:4
42:6 47:4 51:9,11
75:19 78:17 89:15
95:4 144:14,16
146:9 152:7
179:22 187:12
191:4 198:3 222:7
223:20 231:19
241:2,4 245:8,22
246:5,17 247:13
247:25 249:19

260:20 267:23
269:3,12 276:4
279:10 280:10,19
282:4 300:1,10
**given** 25:7 111:25
197:18 230:9
239:23 249:16
263:7 268:7,17
270:9,21 271:13
272:1 280:4
301:12,17
**gives** 174:18
**giving** 104:8 112:4
**go** 16:6,9,24 22:5
24:8 40:14 41:1
45:23 56:10 62:11
74:12 75:2 97:22
106:2 110:15
114:4 126:10,18
128:1 131:1 132:5
133:16 137:4
141:15 147:20
154:23 155:3
157:19,21 158:23
159:14 160:8
163:10 168:1
174:16,22,25
175:1 177:17
186:4,9 199:14
202:4 205:19
207:22 214:6,9,11
214:14,16 215:11
217:3 227:24
228:1,12 229:3
230:10 234:9,21
235:3,5,14 240:19
244:1 249:13
257:14 258:17
260:1 266:19
267:24 272:3
283:10 290:5

292:22
**goals** 35:16 51:1
**goes** 108:3 129:14
129:16 159:12,12
160:7 201:11
202:23 214:2
230:17
**going** 15:4,16 24:8
36:5 46:15 48:16
50:5 52:9 53:21
53:24,25 58:12,15
61:15 62:11,15
73:23 95:14 103:5
107:11 111:20
112:23 113:4
116:5 119:19
120:24 124:1
129:22 134:6
135:19 136:10
137:5,13 140:17
141:22 149:10,18
151:3 157:13
160:25 165:16
169:22 171:5
187:9,23 190:10
207:14 208:4
213:20 215:9
216:22 217:20
228:24 232:24
242:11 254:25
258:14,16 267:19
267:22 273:21
287:21 294:16
**goldstein** 2:18
4:10 12:23,23
273:16,18
**golf** 198:3
**good** 13:22,23
15:12 16:2 20:15
30:22 78:3 107:22
128:10 191:5

[good - heading]                                                                    Page 26

222:8 263:13
273:7 276:7
285:21
**google** 60:2
**gory** 260:20
**governed** 282:23
**government** 57:12
57:14
**governments**
60:12
**governs** 274:15
282:3
**grade** 31:22
**gradisek** 181:13
**gradual** 178:5,12
218:11,20,25
219:4 291:6
**gradually** 291:2
**graduate** 16:16,22
17:4,5,9 18:15
**grant** 33:5 189:9
189:23 190:2,5,9
190:10,15,18,21
191:13,15,25
194:4,6,8,14,16,23
195:10,13,22
196:13,22,23
197:1,3,5,6,13,17
197:24 198:4,6,6
198:13,17,19,20
198:21,24 199:4
**grants** 189:6 191:2
191:7 192:24
194:12,14 195:15
195:18 196:8,10
196:25 197:16,22
198:1 199:5
**gray** 2:18,21 12:24
13:2 29:9
**greater** 29:13
266:22 271:5

**greatest** 172:6
**green** 181:16
**grievances** 31:3
**grocery** 68:17
**ground** 14:12
**groundbreaking**
93:8
**group** 48:2 60:11
75:25 82:2 121:13
121:14,17
**grouping** 26:21
199:11
**groups** 55:6 174:8
**grow** 16:18 110:1
**growing** 92:25
118:5
**grown** 178:8
**guarantee** 70:9
71:16 181:2
271:20 280:12
**guard** 23:1,3
**guess** 24:25 31:16
53:14 54:11 57:10
61:13,16,24 68:24
74:11 81:11 97:12
97:16 108:24
118:22 144:21
162:7 171:3 191:5
238:10 241:16
253:5 259:13
**guessed** 73:22
263:9
**guesses** 241:4
**guesstimate**
263:17
**guesstimated**
263:8
**guidelines** 228:13
**guy** 93:1,2
**guys** 155:1

**h**

**h** 3:3 191:20 192:3
192:7,10,12,15,19
193:12,13,18,25
194:5
**h.d.** 64:21,23 65:3
**half** 59:12,16
**halfway** 163:10
**hand** 57:17 68:12
112:24 114:6,22
131:25 140:6
158:17 161:21
163:11 168:22
170:1 187:9
199:10 202:20
212:21 257:11
284:1 302:6
**handed** 136:8
198:8 285:12
**handful** 56:1
149:17
**handing** 36:16
58:4 102:3 105:25
120:23 149:9
153:21 169:21
207:13 226:8
**handled** 212:15
260:18
**handles** 127:18,24
**handling** 143:17
143:19 144:17
150:21
**hands** 44:17
**handwritten**
86:23 87:4 146:12
**happen** 150:16
190:25 231:25
249:9
**happened** 54:10
93:24 240:2 271:3

**happening** 30:24
**happens** 131:5
133:8 151:20
181:3 194:15
232:7 259:7
**happenstance**
271:5
**hard** 61:6 95:5
97:11 118:16
119:8 124:5
129:15 144:7,13
156:24 171:18
250:3 278:2 290:6
**harder** 222:2
**hardware** 23:4
40:11
**hassle** 261:19
**hayden** 2:22 13:1
**hayden.miller**
2:24
**hazardous** 77:22
**hazards** 77:22
108:6 142:23
235:9 274:10
**hbc** 70:14,17,23
**he'll** 49:18,22
211:7
**head** 49:7 98:9
144:10 158:23
182:17 192:1
196:2 197:24
205:21 228:25
229:16 239:18
241:3 244:4 246:6
260:4,8 277:14
290:20
**headaches** 90:15
**heading** 112:25
114:7,23 199:15
200:7

**headquarters** 40:1 40:19,21 128:1 129:13,18
**health** 2:11 42:7 63:17,20,25 64:3 68:20 126:24 220:11,20,23 222:7 237:21 238:2,12,16,23 239:3,9,22 240:5 240:13 241:21 284:10 296:6 297:5,8
**healthcare** 63:22 72:2 81:19 220:18
**hear** 43:14 56:10 183:13
**heard** 12:7 14:1 62:15,23 63:16 64:7,21 65:5,13,22 66:7,18 67:5,15,23 68:6 69:2,13,22 70:14,25 72:15 89:23 103:10,11 103:25 123:10 181:19 264:15
**hearing** 57:4
**hearings** 57:7,7
**heart** 85:9
**held** 45:2
**help** 36:6,22 40:10 51:9 56:25 79:10 81:6 87:11 88:1 95:1 127:12 134:16 141:17 147:23 154:12 161:1 182:12,16 185:24 230:24 232:20 233:24 265:1 285:24

**helped** 123:25 288:1
**helping** 50:25 72:5 188:15
**helps** 35:14 88:14 130:23 269:16
**henderson** 39:1,14 40:4
**hereinafter** 13:18
**hereunto** 302:5
**hernia** 88:23
**heroin** 80:10 97:22 103:22 104:2 108:2,5,9,18 108:19,23 113:16 114:11,16 115:2,6 115:10 268:8 272:2
**hey** 75:19,20 155:1 195:21
**hi** 273:17
**hide** 111:5
**hidta** 121:17,20
**high** 16:16,21,23 16:24 17:11 18:7 22:18 44:24 77:17 113:12 121:16 174:8 213:11 234:16 275:20
**higher** 21:14 165:25 166:1 173:25 212:10 257:21 258:3
**highly** 113:6,9
**hiltbrand** 33:18 34:5
**hindsight** 287:13 287:17,22 289:5,7 289:14
**hint** 269:3

**hire** 24:9 41:21 189:14
**hired** 189:20 201:25
**hiring** 175:8 233:24
**history** 82:8 90:15 98:23 165:13 240:25 276:1 277:11 279:11 293:23
**hit** 133:13 223:11 223:14
**hold** 19:8 22:19 28:25 29:2,20 35:25 106:15 195:20
**home** 158:10
**homeland** 189:3 189:10 197:7
**homes** 82:12
**honest** 89:6,17 104:21 109:1 164:13 255:19 283:14
**honestly** 71:19
**honorable** 23:11
**hook** 173:3
**hop** 235:13
**hope** 93:7 213:5,9 213:15
**hopefully** 232:10 235:8 261:3
**hopes** 212:7
**horrigan** 117:10 117:22
**hospital** 179:19,24 180:16 205:2 248:8,13 249:8,13
**hospitals** 179:14 220:3

**hostetler** 2:12 13:7
**hour** 39:6,6 56:7 58:13 237:1,8,12 246:1
**hours** 176:14 231:6 298:20
**house** 58:10 159:13 160:3 284:22
**hr** 32:20 71:23
**hte** 158:9
**human** 20:6
**hundred** 47:18 263:11 271:20
**hundreds** 82:10 284:17
**husband** 92:20
**hydrant** 33:3 34:19
**hypnotics** 114:11
**hypothetical** 168:25 278:3 281:17

**i**

**ibuprofen** 89:15
**idea** 91:19 97:7 182:24 240:4,12 285:21
**identical** 27:11
**identifiable** 94:13
**identification** 36:14 58:1 101:25 105:23 110:11 116:1 120:20 136:6 149:7 153:19 155:15 169:19 187:7 207:20 216:20 226:3 242:9 254:23

**identified** 154:16 292:17

**identifiers** 266:5

**identifies** 169:12

**identify** 94:23 95:5 154:20 223:10 225:14 231:8,9,10 239:17 240:18 255:24 265:1,20 295:10 298:10,13

**identifying** 271:10

**ids** 32:23

**ill1** 139:11

**illegal** 80:9 99:20 100:2,3 125:19 276:1 277:10 278:15,23 279:6 279:15 280:7 281:15

**immediate** 50:3

**immediately** 97:6

**impact** 55:11 60:15 91:16 231:12,18 236:3 248:24

**impacted** 292:18

**impacting** 178:18

**impacts** 20:8 198:15 234:2

**impaired** 275:25 277:9

**implementation** 266:17

**implemented** 213:12 289:4,6

**importance** 46:18 104:9

**important** 50:2 83:5,8,13 145:4 234:17 285:22

**impossible** 167:24

**impression** 163:11 163:17,18,20 224:21,22,24

**inadequate** 236:14

**inadvertently** 268:23

**inbox** 74:7,10,16 74:17

**inception** 208:22 208:23

**incidences** 171:5 223:5

**incident** 42:6 138:23 140:24 141:1 142:3 154:21 156:18 157:25 160:1,17 161:25 162:8,12 162:13,13,22 163:3,6 164:11 166:3 168:21 169:7,9,12 170:1 171:2,8,13,18,20 204:17,20 205:1,3 205:23 207:2,5,7,9 265:24 267:6 270:10,21 271:13

**incidents** 6:3 26:24 150:6 153:16 154:4,16 162:5 163:4 204:15 205:24 223:1,21 267:4

**include** 34:17 79:6 79:16 87:24 98:10 214:7 229:4 243:4 270:20 279:16 280:22

**included** 241:5,16 244:2,13 245:12

303:13

**including** 24:12 197:16

**income** 203:11 214:16

**incoming** 127:18 127:24 145:9 147:16 263:22 267:3

**incorporated** 305:12

**incorrect** 130:5

**increase** 94:21 103:8 105:14 108:5,8 109:23 114:20 173:14 175:2,9 178:5 208:13 212:11 218:11,21,25,25 219:4,5 221:11,22 233:20 290:8,15 290:20,21 291:6

**increased** 103:12 113:14 114:10,15 172:12 173:4 177:12,13,19,21 177:23 178:13 181:7,8 217:19,22 218:2,8,16 219:9 219:10,15 220:22 221:20 232:19,20 233:11 291:2

**increases** 115:5

**increasing** 178:3

**incurred** 176:19 245:1,5 247:2

**index** 4:1,4,5 5:1 6:1 7:1 8:1 9:1 10:1 11:1

**indicate** 99:16 170:9 211:21

222:7 259:15 267:11 270:20 279:6

**indicated** 279:14

**indicates** 145:14 195:14

**indicating** 195:12 303:13

**indication** 97:5 99:22 111:14 146:9,14 223:20 265:8 269:13 276:4

**indications** 168:3 221:2 264:17

**indicator** 146:17 270:17

**indirect** 232:18 248:16 250:2

**individual** 33:4 42:15 49:9 75:1 92:15 99:16 183:1 204:4

**individual's** 32:24

**individually** 175:4 269:1,2

**individuals** 24:14 39:15,19,20 40:9 42:12 57:8 89:19 91:23 95:14 173:2 245:23 274:5,6 284:24 292:2

**industry** 63:22 81:19 91:12 95:17 130:6 287:7

**inform** 50:1

**information** 39:16 49:21 52:6,7,9 77:6 86:8,20,24 87:1,24 92:13 111:22 112:1,5

121:12 131:24
132:1 133:17
134:8,10 135:4,9
135:15,18 136:17
136:20,21 137:2
138:17,19,21
139:6,13,15,16,20
139:23 140:1,5,10
140:12 142:5
148:9 152:4 155:4
155:7 157:20,21
158:2,6,15,23,25
159:4,15 160:19
164:14 169:2
191:10,22 194:1
195:10,23 197:13
205:20 209:14,16
209:18,24 210:3
211:6,13 253:21
254:1 257:3,9
262:10 267:5
268:10,15 272:4
279:16 280:22
281:3,7,24 284:13
**infractions**  35:21
**ingested**  279:3
**initial**  132:4 152:8
199:11 253:12
**initiative**  68:11,16
283:24 284:14
285:1,3,10,11,14
285:20
**initiatives**  287:19
289:4,9,21
**injured**  89:11,13
**injuries**  32:22
93:21 291:25
**injury**  92:9 93:3
93:19
**inordinate**  294:14

**input**  139:14
156:24 165:3
182:25 295:4
**inputting**  159:5
**inspect**  235:7
**inspection**  235:1
235:12
**inspections**  231:15
232:16 234:24
**inspector**  18:21
42:1
**installed**  161:9
**instance**  281:11
**instances**  144:6
261:22 269:4
270:24
**instant**  75:16
**instituted**  172:10
173:11 289:9
**institution**  41:15
42:3
**instruct**  230:14
**instructed**  275:12
279:16 280:24
**instruction**  16:8
44:11 280:5 300:2
300:10
**instructions**
230:10
**instructor**  18:19
42:1
**instructs**  16:5
**insurance**  72:6
206:9,17 220:11
220:20,24 222:8
**insys**  67:23 68:4
**intensity**  121:17
**interact**  46:10
83:19 247:23
**interacting**  50:11
188:15

**interaction**  50:19
52:21 107:5,6
269:9
**interactions**  46:6
49:12 50:6,9,23
109:20
**interacts**  211:3
**interested**  107:8
263:21 267:2
268:6 271:24
302:3
**intermediate**
21:18
**internally**  109:7
**internet**  60:2
**interrogatories**
6:19 61:1,2,4
242:8,15,22 261:7
261:10
**interrogatory**
6:22 254:20 255:4
**interrupting**
193:21
**interviewed**  26:9
**introduce**  272:21
**introduction**
119:13
**intubated**  97:2
**investigate**  126:15
141:15 274:5
**investigating**
35:20 126:18
**involve**  33:7 172:8
**involved**  27:18
35:20 37:17 49:24
60:14 71:23 72:2
72:5,9 93:20
118:12 125:11
130:3,17 137:24
138:2,3 142:24
164:15 165:2,7

176:17,21 180:10
180:11 188:7,11
191:8 199:4
223:21 228:23
231:10 241:12
263:13 269:14,21
271:7,21 288:6
291:23
**involvement**  172:6
260:2,4
**irvin**  14:5
**issue**  58:11 88:7
92:7 104:11
115:14 118:19
217:2 295:16
**issued**  117:7,24
**issues**  19:5 32:21
33:6 50:2 71:23
72:2 119:1 236:3
238:22 272:21
**item**  112:10 204:7
204:12 273:5
**items**  184:6 185:1
204:5 272:23
**iterations**  173:10
**iv**  1:17 4:7 13:15
13:20 14:5 262:18
273:15 293:4
301:9 303:8 304:4
304:9 305:4,13
306:20

**j**

**jackson**  137:20
138:7 150:5
**janssen**  67:5,13
**january**  1:18 12:2
112:20 162:2
302:7 303:4
**jarred**  106:23
107:1

**jflowers** 2:5
**jim** 3:12
**job** 15:10 23:4,8,9
  52:17 151:2
  164:16 167:21
  196:2 203:7 222:9
  230:15
**jobs** 22:19 51:12
**jodi** 2:3 12:12
**joe** 105:10,10
  154:25 246:19
**john** 35:4
**join** 23:6
**jones** 2:7 13:5
**jonesday.com**
  2:10
**josh** 273:17
**joshua** 2:18 12:23
**joshua.goldstein**
  2:20
**judge** 1:8 12:9
  144:7
**july** 5:14 6:6 53:15
  53:19 110:8 154:4
  155:12 163:4
  287:24
**jump** 202:25
  287:7
**june** 5:5 23:8
  36:11 112:20
  122:6 154:5 163:5

**k**

**k** 195:24
**karakis** 6:13
  105:11 154:9,9,13
  162:5 209:17
  216:15 217:12,25
  218:14 219:7,25
  220:13 221:4
  222:25

**kaut** 37:13 195:20
  195:24
**kaut's** 196:2
**keep** 75:13 173:17
  192:8 193:17
  194:10,13,20
  222:21 233:25
  271:4
**keeping** 41:7 94:3
  173:24 174:3
  233:5 266:19
  272:10
**kept** 194:6 196:12
  280:1
**key** 35:8 265:22
  266:4 269:10,24
**killers** 91:24
**kind** 25:1 36:21,23
  37:16 46:15 54:12
  62:13,20 70:4
  82:14 87:11 95:7
  95:13,18 98:9
  100:25 119:9
  127:19 129:10
  136:19 149:16
  163:24 197:11
  198:9 199:11
  206:24,25 211:18
  219:21 229:9,9
  248:24 251:12
  290:5 292:18
**kinds** 78:21
  134:10 233:1
**kits** 45:3 124:7
**kmorrison** 2:10
**knee** 165:24
**knew** 97:4 191:7
  257:9
**know** 15:25 20:2,4
  30:8 35:14 40:11
  43:4 44:20 46:17

46:19 47:6 48:6
50:3,5 52:5,7,9
53:23 56:16 61:13
61:14 62:16,25
63:2,19 64:10
65:7,15,24 66:9,20
66:24 67:1,2,8,17
67:25 68:8,10
69:5,15,16,24,25
70:17 71:2 72:17
74:20,20 77:13
85:15,21,24 86:3
89:18 90:1,24,25
91:1,10 94:16
97:5 99:6,11,12
101:9,12 102:7
103:11 105:13
107:15,18,21
109:11 111:17,25
112:11 115:4
116:5 117:20
118:3,13,15,17
119:2,6 122:1
125:2,13,18
129:24,25 131:9
134:13 137:20
138:10,11,25
139:3,5 140:7,9,18
140:22 141:1,4,6
142:23 145:16
146:22 148:14
150:16 154:9,15
154:19 155:2,3
163:21 164:5,7
170:19 175:19
176:1,15 180:19
181:11,13,23
184:1 186:12
187:23 190:8,9
192:6 193:25
194:3 200:17,22

201:1,6 203:13
205:19,22 209:13
209:21,23 210:6,9
210:21 214:19,21
215:2,5,21 219:14
219:18 220:13
221:4,15,16,20
222:24 226:18,25
227:17 228:10,16
231:17 233:20
237:14,22 238:23
241:13,23 244:1
246:10 247:9
249:3,3,23 250:15
251:10,13,24
252:16 255:20
256:17,23 257:2
257:20 258:1
265:2 268:2,4,14
269:14 270:3
271:17 272:10
275:9 276:9
282:15 283:2,19
284:11 289:10
290:2,16 292:5
295:11
**knowing** 63:7
  82:14 166:10
  278:3
**knowingly** 257:1,8
**knowledge** 50:3
  51:9 62:18 63:12
  64:2,14,16,23 65:1
  65:9,18 66:1,3,14
  67:11,19 68:2
  69:8,18 70:6,21
  71:5 72:23 77:2
  81:17 83:23 96:21
  98:21 112:3,14
  113:23,25 114:19
  115:7 119:17

122:13 140:10
141:8 144:21
149:1 154:14
161:17 169:13
209:25 228:21
250:16 251:6
253:23 257:8
267:19,20,22
269:17 272:23
291:17 294:12
295:15,20,24
296:4 297:24
**known**  54:2 72:1
87:5,17 92:16
93:10 129:14
225:11 240:24
**knows**  258:20
**kristin**  2:8 13:4

**l**

**l**  1:25 14:10 301:6
302:13
**l.p.**  1:10,12,14
**lab**  108:1
**label**  136:10,11
**labor**  57:9
**lack**  79:7 82:24
103:23 108:12
113:22 114:17
122:12 123:22
125:25 146:24
147:7 154:18
159:2 164:25
167:11 168:6
171:21 180:17
189:17,24 206:3
238:6 243:20
244:21 256:20
258:5 264:19
265:14 266:13
268:13 269:6
275:17 288:3

289:18 292:13
295:19 296:2
298:3
**ladder**  24:20
89:11
**lakeside**  2:8
**lannin**  3:3 4:9
12:20,20 262:19
262:21 273:7
**lapsed**  22:5,7
**large**  50:2 69:25
72:18 208:12
**larger**  83:10 95:3
**largest**  39:24
197:2
**lastly**  38:17 174:5
**lately**  233:10
**law**  57:8 104:1
121:13 157:24
**lawful**  13:15
**lawsuit**  27:18 30:1
60:9,11
**laying**  285:7
**layman's**  49:15
216:6
**lead**  99:19 104:17
105:4 278:13
**leadership**  35:18
188:19 211:17
**leading**  279:11
**learn**  284:5
**learned**  91:14
92:17 118:23
119:1 167:22
284:8
**leave**  32:22 91:4
138:7
**led**  88:20 92:9
**left**  23:6 28:2 30:2
37:1,18 74:21
106:21 112:24

114:22 138:10
140:6 171:8
174:25 175:1
199:10,21 202:20
209:11 264:23
**legal**  31:2 303:1
306:1
**legitimate**  83:1
293:7
**length**  22:10 158:3
218:21,23 291:2
**leon**  39:1
**letter**  170:14
303:19
**letters**  56:2 170:15
171:1
**letting**  46:19
**level**  21:16 23:17
26:20 28:1,5,9
77:17 95:11
146:17,18,21
184:8 185:3
234:16 266:23
275:20
**levels**  19:6 21:8,12
21:14 101:17
233:6 236:14
**lewis**  3:8 13:11
**leyimu**  2:3 12:15
12:15 303:5
**liberally**  113:14
**licensed**  283:16
**lied**  213:15
**lieutenant**  25:14
25:16,17,20 26:11
26:14,20 34:12
35:1 39:11 107:2
**lieutenants**  28:18
40:5
**life**  234:2

**lifeforce**  206:20,21
208:12,14,19
209:16,22 210:19
211:3
**lifeforce's**  210:1
**light**  181:16
291:24 292:2,8
**lights**  78:22
**limit**  258:14
**limited**  243:4
270:14
**limiting**  97:20
**limits**  130:1,10
**line**  25:17,24
137:8 143:12
167:17 177:7
200:2 204:5,7,11
211:14 264:8
272:23 273:5
274:20,20 303:13
305:7 306:3
**lines**  57:10 74:22
99:5 105:13 130:9
151:9 202:18
211:20 248:17
294:25
**list**  26:8 62:11,14
72:14 100:6 111:3
124:14 162:5
171:4 177:13
194:23 204:15
205:23 218:3
222:14,25 223:24
243:10 246:6,7,12
246:14 265:23
267:23 289:8
**listed**  91:25 163:3
171:13 199:6
204:17 218:1
256:14 257:5
276:25 305:7,17

**listing** 171:12
305:7

**lists** 173:6 204:4

**listserv** 111:1

**literally** 82:10
92:22

**litigation** 1:6 12:6
76:22 194:2
273:20 303:6
304:3 305:3

**little** 29:9,9 32:4
37:17 68:13 77:16
81:7 97:18 110:1
129:9 148:5 153:1
166:14 171:6
185:15 188:21,22
195:7 213:8
217:21 222:1
226:11 238:10
241:19 250:10
258:12,22 261:5
273:5 288:9 290:4

**live** 234:15

**lives** 288:1

**llc** 2:17,17 12:24
12:25 13:2,3

**llp** 3:2 12:18

**local** 60:11 68:12
68:17 76:14

**located** 44:10

**location** 24:13
133:12,20

**locked** 159:13

**logistics** 62:10

**long** 16:7,10 26:11
27:18 59:8 72:14
93:14 110:17
143:8,11,18
144:17,22 190:10
190:13 208:19
234:2 254:4

262:24 273:18,21
274:23

**longer** 22:11 74:5
123:12 164:12

**look** 36:7 94:18
114:22 126:6,7
134:15 141:16,18
145:17 146:1,8,19
147:25 152:1
163:24 177:18
191:13 196:14
201:14 213:19
215:7 217:19
224:6 241:19
255:19 261:18
265:7 277:1

**looked** 51:22
58:22 153:24
165:11 171:6
198:18 204:16
205:24 212:17
221:19 222:25
224:3 261:7
288:16

**looking** 48:13
94:16 112:19
138:16 146:13
147:14 149:13
150:11 158:14
161:20 162:4
163:9 168:20
186:13 196:13
205:20 213:16
237:18 270:18
278:25

**looks** 110:24
140:24 142:7
170:4 208:10
209:8 215:14
217:25 242:21

**lost** 201:1

**lot** 30:24 44:5 82:3
91:14 107:5,6
136:16 174:6
194:15 227:23
228:4 231:23
284:22

**lots** 71:4 264:7

**loud** 73:16

**low** 173:20 178:9
250:5

**lower** 21:16 184:8
185:3,19

**lumped** 214:21

**lunch** 120:4
128:11 129:8

**luncheon** 128:16

**lungs** 85:11,13

**m**

**ma'am** 296:7,11
296:16 297:12,20

**machine** 212:19

**madam** 303:10

**mail** 5:8,11,13,16
5:18 6:11,13,16
40:10 73:2,5,7,8
73:12,17,20,21
74:17,17,17 75:4,7
75:22 101:21
102:17 104:2,20
104:23,23 105:20
106:4,7,9,11,12
107:10 110:6,16
110:22,24 115:17
115:22 116:9,14
120:15 121:9
207:18 208:2
209:9 210:4
211:11,24 216:15
217:7,7,8,10,11
226:1,10,11,12

247:14 284:8

**mailbox** 74:2

**mails** 73:24 74:1,4
74:6,10,13,23
77:14 211:12,20

**main** 33:8 188:14

**maintain** 42:13
245:21

**maintained** 29:15

**maintaining** 42:22
194:18 234:16

**maintains** 192:8

**maintenance** 33:1
34:16 37:4,7,19,25
176:13 232:17,18
232:22,23,25
233:2,2,8,14,21,25
234:8,12,19,21
235:16,19,21,25
236:4,5,7,10

**major** 97:9

**majority** 35:1
214:10

**maker** 57:15

**makers** 57:12

**making** 20:9 90:18
91:2 119:2 165:19
186:3 218:24
219:4 233:5

**mallinckrodt** 2:17
12:24 13:2 68:6
68:18 283:25

**manage** 51:3
164:18,18,21
165:1,2

**management**
189:4 206:20,21
208:14 296:13

**manager** 28:23
29:6,16 32:16,19
33:13 34:9,13,24

36:2,2,3,4 37:6,8
37:21 38:25 47:7
106:18 109:6
164:19,21,23
165:6 186:15
188:14,18 205:14
227:5,8
**managers**  35:23
47:3 48:22 51:3
51:10,15
**managing**  185:22
185:25
**manner**  81:5
**manpower**  24:12
153:9 161:1
172:11 174:2,12
175:7 176:4,14
177:20 194:19
231:6 232:14,20
236:16
**manually**  266:10
**manufactured**
81:18
**manufacturer**
65:17 67:2
**manufacturers**
60:13
**marathon**  16:1
**march**  5:9,19 6:13
31:15 101:22
120:16 178:12
216:16
**marijuana**  101:7
101:11
**marked**  5:3 36:13
57:25 101:24
105:22 110:10
115:25 120:19
136:5 149:6
153:18 155:14
169:18 187:6,10

207:19 216:19
226:2 242:8
254:22,25
**married**  93:1
**mart**  62:23 63:1,5
63:7,9,14
**mass**  75:25 76:7
76:14,19
**massachusetts**
2:19
**masse**  28:3
**massive**  136:15
**match**  28:1 123:23
163:7 194:15
**matches**  109:10
**material**  19:23
**matter**  14:2 57:3
60:18 77:8 109:3
236:12 243:3
**mattered**  54:21
**max**  74:16
**mayor**  45:21,23,25
49:11,14 50:4,7,12
50:20 117:10,22
121:15 145:25
211:17
**mayor's**  117:7
**mbertke**  2:16
**mckesson**  3:2
12:18,22 14:2
69:13,15,20
262:22
**md**  1:7 12:7
**mdl**  1:6
**mean**  19:3 46:23
48:6,11 57:16,17
57:19 71:10 78:25
91:8 95:12 97:13
100:7 102:23
103:3 104:5
121:25 123:18

127:2 130:14
157:13 164:20
166:17 175:13
185:25 186:16
188:12 198:5
199:18 202:7
205:16 215:10
217:13 223:13
234:15 249:10
251:1 285:16
289:16
**meaning**  118:1
244:23
**means**  14:21 41:20
57:1 151:13 153:2
163:21,23 166:1
174:13,24 202:9
217:1 219:14
**meant**  48:8 185:5
219:25 220:14
221:5
**measure**  235:8
**measures**  127:9
**mechanical**
236:13
**mechanics**  33:2
34:18 233:23
**mechanism**  86:14
**med**  21:9 86:22
88:2,12 96:15
153:3,7,10 160:20
160:24 161:1,1
173:17,21,24
174:3,17,19,24
175:2,10 179:22
179:23 228:14
232:3,7,9 248:21
279:25 281:23
284:21 285:12
288:12

**media**  52:15,22,24
53:4,5,9,16,20
54:10,12 116:18
116:22 117:5,6,23
**medic**  23:17 24:2
24:8 25:11 71:17
107:13 165:7,25
172:25 202:19
270:15 286:17
295:13
**medic's**  163:20
**medical**  21:10
23:24 24:19 25:9
77:22 82:12,22
83:1,17 86:10
88:7,13 89:6
91:12 132:11
165:5,8 219:10,15
220:2 257:4,20,22
258:4 279:22
281:17,24 282:24
283:15 293:7
294:5,17,20
295:16,17,22
**medically**  83:16
**medication**  65:17
83:12 86:11,15
96:22 161:6
166:15 222:6
248:22 271:22
292:7 293:17
298:11
**medications**  14:25
68:10 82:15 83:14
83:18 84:16 87:2
98:24 223:24
274:22 282:4,6,17
283:12 285:7
293:16,25 294:7
**medicine**  283:22
297:9 298:14

medics 25:1 83:13
84:14 86:23 107:4
107:5 109:22
203:1,6 224:20
280:10,19,23
282:3,7,12 297:16
meds 163:25
166:11 241:1
meet 47:4,4 59:2
meeting 46:25
47:1,13 49:18,22
50:15,17 54:23
57:13 59:7,8,10
75:10
meetings 46:8,11
46:21 47:16 49:17
50:22 57:8 59:15
59:18 75:11
181:24
melissa 2:13
193:20
member 111:1,3
175:14,16 268:23
279:10
members 55:8
90:4,9 92:4 95:14
124:7 173:7
176:24
memorandum
32:7
memorized 123:1
246:11
memory 15:1 82:1
215:11 263:5
mental 237:21
238:1,12,16,23
239:3,9,22 240:5
240:13,19,20
241:21 297:5,7
mention 20:16
123:10 212:4

mentioned 21:11
45:10 46:22 51:14
54:7 81:12,24
85:2 91:22 93:14
93:17 98:7 101:13
105:2 141:21,23
142:19 159:17
175:11 177:11
178:20 192:4
193:12 194:4
213:22 232:23
234:24 273:18
282:2
message 75:17
276:13,17
met 59:3,5
metadata 111:11
137:17 138:13
150:4 154:3,8
meth 102:18,21
103:8,11,14,19,22
104:2,9 105:13
108:1
methamphetamine
80:20 100:11
108:5,9,17,19,23
methods 265:1
miami 3:10
mid 96:16 158:4
middle 17:8 36:23
95:3 99:21 114:6
163:25 165:14
171:7 178:16
187:25
midway 199:11
midwest 303:17
306:1
mike 35:4
mileage 233:14
miles 234:3

military 23:6
miller 2:22 13:1,1
230:4 292:22
million 189:5
199:1,19 200:8
256:15 257:15,17
259:15,16,16,18
millions 200:5
mind 78:8 94:3
121:2 147:10
225:17 231:1
266:19 272:10
294:11
minded 222:11
minimal 160:19
minor 283:8
minutes 143:22,24
144:2,4
mischaracterizat...
294:3
misleading 202:7
missing 249:4
277:12
mission 77:19
misspoke 34:1
misstatement
251:18
misstates 265:15
295:19 298:3
mistaken 78:6
misunderstood
197:12
misused 285:8
mitigated 235:9
mom 90:6
moment 99:2
110:16 143:15,17
money 132:24
186:4,8,11 194:19
195:14,17 197:5
198:14 214:1,24

215:6 228:4
moneys 215:17
monitoring 111:18
112:8
month 210:5
211:22
monthly 210:22
210:25 211:4,16
212:24
months 31:1 113:8
138:8
morgan 3:8 13:10
morganlewis.com
3:11
morning 13:22,23
morphine 82:18
85:3,10 282:14
morrison 2:8 4:11
13:4,4 35:4 293:5
298:5,17,21
mother 91:25
motley 2:2
motleyrice.com
2:5,6
mou 27:24
move 28:12 56:16
81:10 90:21 145:5
289:12,19 291:9
moved 202:15
290:4
moving 22:14
29:25 104:2
201:12 202:18
289:22
mt 2:4
multiple 93:5,16
124:22 125:1
170:25 242:21
255:20 261:12
multiply 233:22

| **n** | |
| --- | --- |

**n**  14:10
**nail**  206:25
**naked**  165:19
**naloxone**  45:10,13
  246:24 247:4
  248:5 249:16
**name**  13:24 14:3,5
  44:12 45:15 63:18
  66:11 67:10 69:16
  70:19 93:9,10
  130:6 137:19
  177:22 186:18
  190:20 246:17
  262:20 269:19
  270:4 273:17
  303:6 304:3,4,15
  305:3,4,21
**named**  93:1 301:9
**names**  62:12 81:23
  223:18,22 230:5
  269:12
**narcan**  45:3 52:7
  84:3,8 97:1,3,6
  116:24 117:2
  148:24 161:8,9,15
  161:18 166:15,17
  166:20,24 167:2,6
  172:17,19 178:24
  179:3,5,17,19,21
  180:5,7,8,14,15,16
  180:22 181:6,7,9
  222:9,22 223:15
  245:13,25 247:25
  248:7,14,15,19
  249:7,12 270:16
  270:20,24 271:6,9
  271:11,19 274:16
  274:21 275:9,13
  275:16,22 276:5,8
  276:21 277:2,5,16

277:19,24 278:8
278:14 286:5,9,13
286:16,22 287:14
287:24 288:14
289:2
**narrative**  195:3
  280:15,17
**nation**  42:14
**national**  1:6 12:5
  23:1,3 157:25
  158:7,13 159:24
  160:3 303:6 304:3
  305:3
**nationally**  287:3
**native**  149:14
**natively**  136:23
  216:25
**natko**  30:5 44:10
  55:5 60:5 105:11
  155:1 205:14
  208:11 209:8,13
  209:15 211:5,23
  226:13 237:19
  241:10 246:9,10
  247:23
**nature**  25:1 139:5
  139:6,10,11,15
  147:6,8 184:1
**natures**  168:8
**ndoh**  121:24
**near**  47:6 279:2
  280:14
**nearly**  27:11
**nebulous**  119:8
**necessarily**  53:9
  109:9 119:5
  173:15 180:22
  207:5 227:23
  259:21
**necessary**  266:1

**need**  15:25 42:16
  50:2 74:22 81:6
  104:5 126:7
  145:25 166:21
  167:6 175:7
  204:13 207:23
  213:19 227:25
  229:23 232:2,4
  233:21 245:23
  248:6 249:7
  264:16 265:9
  266:10 272:22
**needed**  58:11
  126:15 173:17
  271:23
**negative**  96:24
  101:11 214:8
**neighbor**  92:16
**neighborhood**
  144:11 235:6
**network**  111:18
  112:9
**never**  97:4 138:19
  149:23 225:8,10
  240:2,2 249:3
  258:15 260:7
  295:21,24 297:25
**new**  2:23,23 42:23
  70:4 73:21 165:25
  166:2 172:10,13
  173:11 180:16
  189:14 190:11
  211:24
**newest**  287:8
**news**  53:20 70:2,4
**nfirs**  158:1,2,13
  159:7,19,23
**nice**  56:1
**non**  78:15,18 81:3
  97:9,13,21 98:1
  99:24 125:5

173:22 186:17
206:12 240:25
275:11
**normal**  40:16
  179:20
**normally**  173:21
**north**  2:8
**northern**  1:2 12:8
  121:25 198:2
**notarized**  303:14
**notary**  301:6
  302:13 303:25
  304:10,18 305:15
  305:23 306:23
**note**  108:3 143:2,4
  171:11 224:17
  272:20 303:12
**notes**  47:16,18,19
  47:24 48:1 75:11
  75:13 133:25
  134:5 138:13,14
  141:1,1,11,17,20
  142:3,8,8,13,16,19
  150:8 151:25
  262:25
**notice**  5:7 37:9
  57:24 58:8,23
  76:21 77:4 106:6
  211:14 212:4
**noticeable**  178:15
  290:9
**noticed**  103:13
  178:17
**notification**  76:11
  76:14
**notify**  76:16 152:5
**november**  6:23
  254:21 255:5
**nsaid**  89:10
**nsf**  186:8,16

**number** 5:3,11,15
5:17,20,22,23 6:4
6:10,12,14,16 12:6
15:5 24:14 52:4,8
94:21 102:21
103:14,19 105:21
110:9 115:24
120:18 122:17
136:4,25 140:8,24
144:9 149:5,15,15
153:18 161:22,24
161:25 162:8,12
162:22 163:6
168:21,21,22
169:4,7,9,10,11,25
170:1 171:2,8
175:8 177:11
178:7,18 183:25
185:18 187:5
200:6,15 201:12
201:15,18,19
202:3,6 203:1
205:23,25 207:2,7
207:19 209:10
211:21 216:17,23
218:1,8 220:22
221:19 222:16,21
226:2,19 227:5
230:11 231:6,8,13
236:8 237:14
238:1,3,15,17
239:8,11,13
241:17 250:3
256:18 257:15
258:3,4 267:11
276:25 279:4
287:20 294:15
303:7,13
**numbered** 5:6,9
6:6,8 36:12
101:23 155:13

169:18 217:16
226:9
**numbers** 48:15
137:4 140:8,19
171:10 191:8
195:9 203:15
204:17 209:9
213:11 228:22
229:13,24 231:16
238:9 241:5
257:10 258:9,10
259:4,5,15 263:12
265:24 291:1
305:7
**numerically** 162:1
**numerous** 194:9

---

**o**

**o** 2:3 14:10 163:21
303:5
**o'neal** 5:8 36:25
37:11,20,22
101:21 102:11,12
102:14 104:4,22
**oath** 14:18
**object** 16:7 32:3
43:11 49:6 52:1
54:14 59:14,25
61:9,22 62:6
63:11 64:5 66:12
71:13 72:12 77:12
80:11 81:15 82:6
88:10 89:1,5,25
90:13 92:14 96:9
98:3,14 102:25
105:7 107:20
108:11 113:21
118:21 119:23
122:11,20,24
123:21 124:16,23
141:3 154:17,24
159:1 164:24

166:5,22 167:10
176:11,23 177:25
180:25 184:14
185:7 189:16
191:3 192:16
204:21 205:5
206:2,14 207:10
208:6 211:1
212:25 218:4,18
220:25 221:24
223:2,23 225:15
228:20 229:19
230:12 231:3
237:4,16 238:5,25
241:8 243:19
244:20 248:20
249:21 251:3
255:18 256:19
257:23 261:11
273:2 277:6,13
279:19 280:8
281:21 282:8,20
285:15 286:14
287:16 289:24
290:18 291:15,21
293:9 294:2,9
295:18 296:1
297:1
**objection** 7:3,3,4,4
7:5,5,6,6,7,7,8,8,9
7:9,10,10,11,11,12
7:12,13,13,14,14
7:15,15,16,16,17
7:17,18,18,19,19
7:20,20,21,21,22
7:22,23,23,24,24
7:25 8:3,3,4,4,5,5
8:6,6,7,7,8,8,9,9
8:10,10,11,11,12
8:12,13,13,14,14
8:15,15,16,16,17

8:17,18,18,19,19
8:20,20,21,21,22
8:22,23,23,24,24
8:25 9:3,3,4,4,5,5
9:6,6,7,7,8,8,9,9
9:10,10,11,11,12
9:12,13,13,14,14
9:15,15,16,16,17
9:17,18,18,19,19
9:20,20,21,21,22
9:22,23,23,24,24
9:25 10:3,3,4,4,5,5
10:6,6,7,7,8,8,9,9
10:10,10,11,11,12
10:12,13,13,14,14
10:15,15,16,16,17
10:17,18,18,19,19
10:20,20,21,21,22
10:22,23,23,24,24
10:25 11:3,3,4,4,5
11:5,6,6,7,7,8,8,9
11:9,10,10,11,11
11:12,12,13,13,14
11:14,15,15 16:11
43:16 44:1 79:7
82:23 85:19 93:25
99:13 103:16,23
114:17 117:18
118:9 125:7,25
126:5 140:2 144:1
144:3,19 145:11
145:20 146:24
147:18 148:20
155:5 157:22
159:6 161:16
167:20 171:21
180:17 189:24
197:20 219:11,16
220:4,15 221:6
224:14 226:20
227:2,11 228:8

229:6 230:20
238:19 239:25
240:7,15 243:23
245:3,10 247:11
247:15,19 249:24
251:9,17 252:13
252:17,23 253:9
254:11 258:6,13
260:10 264:2,21
265:14 266:13
267:16 268:12,21
269:6,20 270:11
271:15 272:5
275:3,17 277:17
277:25 286:3,24
288:3 289:17
290:13,24 291:7
292:13 294:23
296:19 297:15,21
298:2
**objections** 4:5
6:18,21 7:1 8:1
9:1 10:1 11:1
242:6,14 254:18
255:3 298:8
**objectives** 35:15
**obscure** 222:1
231:12 239:4
290:1
**obtain** 17:15,24
19:10 26:1 31:12
31:18 41:14
**obtained** 98:10
**obvious** 275:25
277:10
**obviously** 15:4
31:11 43:21
**occasion** 82:19
85:3,6 248:6
249:7,9

**occasionally** 44:18
130:4,6 198:2,4,4
**occasions** 52:21
**occur** 235:10
249:11
**occurred** 77:11
153:10
**occurrences** 49:17
**occurring** 108:6
108:10,18 291:20
**october** 302:16
**od** 178:18 223:17
**od'd** 298:13
**ods** 122:14,17
**offer** 127:6,14
284:23 285:23
291:1
**offering** 294:5,17
294:20
**offers** 21:1
**office** 23:9 117:7
182:6,25 188:15
202:12 205:10,12
205:13,16 215:25
230:3,3 284:10
302:6
**officer** 18:16,22
26:20 34:11,23
42:5,5,7,7 47:3
159:12 173:1
**officer's** 248:1
**officers** 161:18
180:14 246:23
247:4 250:8
**offices** 46:9 113:13
114:1 182:9
**official** 31:14 32:6
46:11 50:15
304:15 305:21
**oftentimes** 49:20

**oh** 92:15 185:13
199:23,25
**ohio** 1:2,9,13,22
2:9,15 6:10,18,20
12:4,8 14:10 17:3
17:6,7,10 18:15,19
18:20,21,25 20:17
20:21 23:1 41:9
41:16 84:2 108:6
108:10,19,25
111:17 112:8,16
121:25 187:5
198:3,8 242:5,13
254:16 255:1
301:2,7 302:7,14
303:2
**okay** 14:15,20
17:21,23 18:1,12
20:16,18,21 24:16
25:10 28:6 30:19
32:12 43:14 50:21
52:13 67:5 72:14
76:8 97:24 105:17
111:5,9 116:16
120:6 124:14
128:12 134:13
135:21 137:13
138:6,16 156:7,23
157:4 158:14
160:14 162:21
163:24 168:20
169:6 170:16,21
171:24 172:24
196:20 199:3,25
200:3,10 201:9,21
205:16,19 208:8
208:16 234:5
238:10 255:12
256:1 258:20
261:3

**old** 153:5
**older** 285:6
**once** 101:12 131:4
198:5 218:19
266:1
**ones** 22:21 29:4
35:8 94:5 118:19
145:18 170:15
199:6 212:17
252:12,22 255:25
**ongoing** 42:12
83:7
**op** 1:10,12,14
**open** 213:21
222:11
**opened** 45:1 93:8
115:17
**operate** 270:15
**operates** 91:15
**operating** 184:7
185:16 200:12
**operation** 63:3
88:23
**operational** 26:24
28:11 42:10 82:9
236:24
**operationally**
28:14
**operations** 25:8
37:10,11 39:4
**opiate** 1:6 6:3 12:6
99:20 153:16
154:4,16,21 162:5
163:4 167:8 171:4
171:19 173:16
181:18 204:15
205:23 209:17
222:4,18 223:1,5
223:10,14 303:6
304:3 305:3

**opiates** 164:15
222:15
**opinion** 109:2,3
125:3,10 126:19
240:17 292:21
294:6,17,21
**opinions** 89:7
124:1 292:18
**opioid** 54:2 55:10
60:14,15 70:12
71:12,19 78:24
80:2,8,21,24 81:2
81:3 85:15 88:16
89:8,20 91:24
94:6 95:8,9,10
96:8,13,18,24 97:7
98:13,16 101:14
104:6,10 117:16
124:15,20,25
125:12 144:18
145:10,14,18
146:3,10,15
147:17,22 148:2
155:2 164:11
166:3,6,7,13 168:4
172:3 174:10
178:22 204:25
219:6 228:19
229:3 230:18
231:21 237:20
238:3,17 241:21
246:24 250:9,13
263:23 264:10
265:2,13,21 267:3
267:6,11 268:7,9
268:20 269:4
270:10,25 271:7
271:20 272:1,3,17
273:1,6 282:11
291:18 293:16,22
294:7 295:15

**opioids** 51:16,19
52:25 53:4 55:18
62:19 63:9,14,25
64:4,19 65:3,11,20
66:5,16 67:13,21
68:4 69:11,20
70:8,23 71:7,15
72:25 79:5,16,17
79:25 80:8 81:13
81:14,21 82:16,21
83:4 84:10,13,20
84:25 85:22,25
86:4 93:19 94:4
94:22 97:10,21
98:1,8 99:25
100:3 113:1,5,11
113:19 125:15,19
126:3,8,16 139:2
164:7 192:15,18
192:20 228:17
231:8 247:1
268:18 271:14
291:13 292:12
293:7,13 294:21
295:25
**opportunities**
76:17
**opposite** 273:4
**option** 22:7 289:14
**order** 6:23 28:4,5
35:4 41:14 152:2
172:23 175:6
254:21 255:5
277:4
**ordered** 32:6
**organization** 5:5
21:2 32:20 35:16
35:23 36:11 42:17
42:20 66:2 231:13
267:10

**organized** 50:18
**organizing** 51:6
**orientated** 109:14
**orientations** 44:19
**oriented** 109:5
**original** 27:22
106:6,9 261:14,23
**originally** 21:25
41:17 76:13 176:3
**osam** 111:21 112:1
112:11
**outreach** 44:16
127:8
**outside** 90:8
104:23 165:18
185:14
**overall** 178:7
216:9
**overarching** 51:1
**overdose** 52:4
92:18 93:6 96:23
99:3,4,7 101:3
122:4,17 123:13
144:18 145:10,15
146:15,17 147:22
166:6,7,25 167:19
168:5 204:25
223:17 224:18,21
225:8,12 229:3
247:1 250:13
264:18 265:9
266:8 269:14
274:1,2,12 278:18
280:4,12 281:4,11
281:14 295:11
297:25 298:11
**overdosed** 96:19
98:6,19 99:9,16,20
173:2
**overdoses** 53:19
53:22 54:2 100:11

100:13,15,17,20
100:22,25 101:8
102:21 103:14,19
104:12 122:10
124:6 145:18
146:3,10 147:17
147:24 148:2
167:8 172:8 225:2
231:23,25 243:16
245:7 250:9 295:2
**overdosing** 96:13
272:12
**overlap** 44:5
**overlapping** 268:3
**oversee** 37:25 38:3
38:8,11,14,18
**overseeing** 164:16
**oversight** 26:23
150:1 164:22
165:8
**overtime** 76:17
175:8 177:10
190:6 231:9
232:20 233:24
235:20,23 236:3,9
236:12
**oxycontin** 79:23
81:13 268:24
**oxygen** 83:25 84:8

**p**

**p** 21:16,21,24 22:2
**p.m.** 299:2
**pa** 133:18 151:16
**page** 36:23 107:24
111:16 112:19,24
114:5,7 136:25
137:7,8 139:4,11
140:6,25 149:15
162:6,8,16,18,19
163:10 165:14
166:14 171:6,6,7,7

[page - permitted]

187:25,25 188:23
198:25 199:9,20
199:21 203:9
215:10 226:12
242:24 244:9,13
244:14 250:18
253:13 256:2,11
303:13,15 305:7
306:3
**pages**  114:5
136:18 149:18
195:8,11 215:7
255:21 261:6,13
**paid**  189:22
235:20,23 236:9
236:11
**pain**  91:24 292:7
296:12,13
**painkillers**  82:25
89:9,20 90:3,7,12
**pains**  160:10
**painted**  23:5
**paper**  54:22 157:1
176:16 212:16,21
266:24 267:24
**par**  2:11,12
**paragraph**  121:24
188:24 241:20
243:2,6 256:3
**paramedic**  20:17
20:19,22 21:7,11
21:17 22:8 83:11
84:6 99:7 164:12
272:15 274:20,25
275:6 288:18
296:21,24 297:6
**paramedic's**  83:6
**paramedicine**
21:8
**paramedics**  87:16
156:12 181:8

203:8 224:17
236:21 282:18
283:12 286:9,12
293:18
**paraphernalia**
99:18 272:16
278:18
**part**  26:5 59:1
83:6,9 109:19
119:11 127:5,7,23
138:4 164:16
176:25 177:3,4,6
177:19 198:19,21
219:3 230:6
239:10 281:5
283:11 285:3
287:6 293:16
305:9
**partake**  175:12,13
**participate**  57:7
107:14
**participated**  53:11
**participating**  43:4
**participation**
62:10
**particular**  44:6
48:18 53:6 54:22
55:3,7 67:18
70:19 74:1 81:20
84:3 86:14 93:12
96:25 101:9
109:21 111:4
119:10 143:2
152:2 180:11,12
224:10 241:11
247:16 281:4
298:1
**particularly**
111:19 115:13
**partner**  93:15

**parts**  110:19 115:4
121:24 198:23
**party**  302:2
**pass**  41:22 133:7
274:23
**path**  174:11
**patient**  6:6,8 85:7
86:21 87:17
155:12,21 156:11
165:13,18,20,22
165:23,25 167:15
169:17 170:10,17
170:19,20,22
173:7 205:1,2
212:6 224:1 225:7
225:12 240:24
265:18 272:11
274:12 275:24
279:2,25 280:14
298:13
**patients**  81:19
83:19 87:3 127:10
166:21 167:5,7
173:6 221:9
223:16,16 275:11
**patrick**  3:3 12:17
13:24
**pattern**  94:12
**pay**  130:13 179:7
190:10 206:10,12
209:5
**payroll**  32:21
**pays**  179:3,5 180:8
206:18
**pcarey**  3:5
**pdf**  212:19
**peers**  247:23
**pellegrino**  1:25
301:6 302:13
**penny**  207:6

**people**  21:10
33:23 39:3 61:13
61:14 82:15 90:1
92:12 93:17 98:6
99:9 123:12
125:14,18 153:4,4
153:7 165:1
170:25 174:7,20
174:22 201:25
220:1,18 222:22
223:24 232:5
292:16
**people's**  54:5
82:12 91:16
**percent**  47:18
129:17 233:20
263:11 271:20
**percentage**  123:12
290:19
**percocet**  79:21
81:12
**perform**  232:24
236:7,9
**performed**  245:14
**performing**  234:8
234:19 235:1
**period**  29:22 30:8
33:25 34:8 94:14
108:20,25 112:21
113:20 114:16
122:5,8 123:5
143:8 154:22
158:15 178:12
192:2 203:7
232:12 239:22
290:10
**periods**  132:16
**periphery**  130:3
**permit**  268:16
**permitted**  283:13
286:9

**person** 24:9 31:1
34:19,20 55:6
95:19 96:19 97:1
98:10 134:3
150:24 153:5,10
160:12,15,18
176:5,6 181:16
186:13 224:5
226:15,24 232:4
246:17,20 279:12
297:13
**person's** 147:7
**personal** 75:4 89:6
109:2 112:3
125:10 161:17
253:23
**personally** 73:25
83:2 88:15 90:1
98:18 101:4
111:24 119:17
126:20 191:11
228:9 271:4
285:13,17 292:20
298:12 304:11
305:15
**personnel** 87:7
88:8 148:7 156:2
156:2,10,10
157:19 158:16,22
159:5 160:16
161:6,14 167:9
174:18 176:21
180:23 204:5
235:24 236:24
260:15 273:25
274:15 275:2,9
276:7,13,18 277:1
277:4,15,24
278:13 279:7,13
280:3,24 281:13
286:5,22 287:14

287:23 288:17
291:12 292:10
**perspective** 94:17
**perspectives** 51:10
**pharma** 1:10,12
1:14
**pharmaceutical**
2:12
**pharmaceuticals**
2:11,11 3:7 13:12
64:13 67:6
**pharmacies** 60:13
68:12 70:1 72:19
113:15 284:19
**pharmacist**
296:15
**pharmacology**
83:5,8 296:18,21
296:25
**pharmacy** 66:24
67:1,3 68:18 71:3
126:23 248:15,18
**phone** 13:9 40:11
40:17,18 95:20
127:25 129:15,17
134:2 154:25
303:3
**phonetic** 137:20
**phrase** 100:1
**phrased** 54:8
**physical** 99:15
191:21 192:6
**physically** 212:18
268:22
**physician** 165:6
283:16 296:10
**physicians** 113:13
114:1
**physiology** 20:7
**pick** 40:17 72:5

**picks** 95:19 140:15
**picture** 280:19
**pieces** 21:2
**pill** 99:17 279:2
**pills** 68:15 98:20
279:4 294:15
**ping** 130:8
**pings** 141:23
**pinpointed** 168:7
276:3
**place** 27:21 47:8,9
50:13,18 92:21
134:18 161:13
186:6 230:13
274:14 282:19
283:16 301:19
**placed** 24:2
129:11,22
**places** 40:13
**plaintiff** 252:7
**plaintiff's** 6:18,21
242:5,13 243:2,7
254:17 255:2
256:4,5,6
**plan** 6:9 70:3
178:4 187:4,13
**plans** 47:5 95:1
**plant** 79:2
**plateauing** 122:3,9
**played** 218:20
**players** 35:8
**pleasant** 2:4
**please** 12:10 13:13
14:3 15:5,9 43:19
45:12 76:3 81:8
97:18 126:12
156:5 201:4
240:10 293:11
298:4 303:11,11
**plevrakis** 35:5

**plus** 47:3 118:24
118:25 204:5
**pocket** 248:9
**point** 2:8 22:7,10
26:8 28:16 29:10
29:12,23 30:13
33:19 35:5,7
48:25 52:5 54:1
73:18 81:4 86:21
88:18 92:19 95:5
98:22 104:16
105:8,13 110:18
114:9 115:13
118:15,22 119:8
128:11 130:5
146:19 147:13
158:4,8 195:1
201:24 219:21
235:18 239:19
243:10,17 246:21
250:6 259:13,20
274:22 290:5,6
293:23 297:23
**pointed** 103:6
195:2
**points** 114:25
119:9 221:17
**police** 40:2 49:15
103:6 107:6 109:5
109:14 116:23
126:21 130:18,21
130:25 131:11,19
132:5 133:4 173:1
176:6 180:3,4,13
180:21 192:13
246:22 247:3,17
247:24 248:1
250:8 263:12
**policies** 35:21
172:10,13 178:21

**[policy - probably]**

policy 57:12,14
192:2 296:6
polster 1:8 12:9
poor 90:18 91:2
pop 223:19
poppy 79:2
popular 108:3
popularity 113:16
population 43:10
43:25 44:14 218:7
218:7,10 219:2
populous 44:5
portal 196:16
portion 200:12,13
221:21
portions 60:20
190:3 200:12
252:3
position 23:21
25:2,11,15 26:1,16
26:25 29:2 30:14
30:16,25 31:4
32:1,14,17,25
33:11,12 34:3,11
34:15,25 35:11,12
35:14 37:14,16
38:1,4,9,15,19
45:17 48:3,18
52:13 106:15
126:15 196:5
229:22 252:9
positions 22:19
25:6 28:21,25
29:1,21 51:3
positive 51:20
64:12 66:25 80:5
90:6 140:23
208:21,25 215:1
220:6 247:5,6
263:11

possibilities 99:15
possible 89:9
146:17 170:11
174:9 247:7
267:15 268:22
269:11 277:23
280:11,19 285:23
possibly 268:19,25
288:22
post 18:7 44:23
212:4 213:10
266:17 295:10
potential 96:23
99:17 123:11
140:12 161:7
174:16 236:13
265:9 271:2
281:15 285:6
pouch 68:13
pouring 85:13
powdered 114:11
powders 274:9
powerpoint 6:15
216:19 217:1,3
practice 75:10
83:7 87:18 89:16
170:13 213:4,7
224:11,16,19
258:10,11 262:1,5
288:9
practices 42:13
258:21 259:3
260:1 287:2,4
pre 224:23 265:19
265:19
predating 260:2
predicted 119:12
preliminary 256:5
258:18
preload 85:11

preparation 58:25
59:21 185:11
253:3,8 256:25
prepare 58:24
60:3 188:16
prepares 49:21
prescribe 81:19
90:16 113:14
prescribed 89:19
91:23 98:24
293:13,24 294:7
prescription 1:6
12:6 65:17 69:2
69:10 71:12,18
79:17,25 81:2,3,5
81:13,14,16,21
85:21,25 86:3
88:17,21 90:3
94:5 97:9,13,15,21
98:1,8,11,13,16
99:9,24,25 113:1,5
113:11,19 125:14
268:8 272:2 276:1
277:10 278:14,22
278:23 279:6,15
280:7 281:15
284:22 291:13,18
292:4,11 293:7,13
298:1 303:6 304:3
305:3
prescriptions
72:11 85:16
presence 40:3
108:24 301:14
present 3:12 277:3
277:16,23
presentations
55:17
preserve 76:21
press 53:11,12,13
284:10

presume 166:12
pretty 15:17 28:10
82:1 110:17
136:15 152:7
161:2 222:8
prevalence 115:5
prevent 249:11
preventative
127:6,9 233:13,21
235:8
prevention 44:8
142:22
preview 62:13,20
previous 22:3 28:4
37:5,20 48:7
73:20 118:11
140:20 147:20
149:22 162:4
190:20 263:9
previously 295:12
primary 185:21
print 142:9
printed 136:18
141:25 142:3,4
153:25 217:2
printer 133:16
printout 142:7,10
142:12,13,18
prior 23:10 29:25
56:18 122:16
190:15 191:6
212:14 283:6
286:8,13 287:15
289:6,22
priority 228:6
private 71:9 228:2
proactive 287:5
probably 36:5
40:24 46:24 48:19
94:20 109:7 123:7
123:15 136:18

209:6 222:15
**problem** 89:20
90:8,12 91:24
94:6 95:8,10,22,23
96:8 98:12,16
109:25 118:5
285:24 289:1
**problems** 40:10
95:15 97:10 98:1
98:5 100:3,8
**procedure** 13:17
300:7 304:5 305:5
**procedures** 172:10
172:14
**proceed** 167:25
**proceeding** 56:24
57:1
**proceeds** 170:21
**process** 20:5 26:5
27:10 31:19,24
32:10 61:25 138:5
180:19 182:21
183:7 199:5
211:19 212:12
216:5 242:23
259:8,25 265:25
278:7 281:6
294:13
**processes** 144:10
**produce** 62:3
194:1 246:15
**produced** 36:17
81:17 136:15,23
149:13,23 156:22
216:25 217:13,13
**production** 77:7
217:2 303:15,17
303:22
**productive** 119:5
**professional** 18:11
19:5 95:16 109:2

124:18 125:3,5,10
295:17
**professionally**
126:20
**program** 42:22
43:2,5,8,22 87:20
158:8 186:21
199:2 203:24
204:1 217:12,14
284:6
**project** 33:7
193:16 241:11
**projects** 49:24
51:7
**promise** 140:17
263:2
**promote** 31:23
**promoted** 25:13
26:13,14 27:2,8,24
28:3 32:8 35:7
**promotion** 27:14
29:17 31:14,25
32:5,6
**promotional** 26:4
27:10,19,20
**pronounce** 137:19
**proper** 47:23
243:15 245:7
**property** 203:11
214:13
**proprietary** 160:2
**protect** 77:20
**protocol** 84:16
181:6,11 274:14
274:18,21,23,25
275:1,4,6,7 282:3
282:19,22,23
283:3,8 293:17
**protocols** 166:23
**proverbial** 78:19

**provide** 44:4 57:6
176:12 267:4
**provided** 13:16
60:25 111:20
176:5,6 197:7
255:9,10 256:7
257:2
**provider** 72:6
**provides** 197:5
**providing** 176:15
246:22 247:3
248:5
**provisional** 29:11
29:18 31:7,11,17
31:25
**provisionally**
31:23
**proxy** 47:8 271:12
**prudential** 2:19
**ps** 84:12
**psych** 221:9
240:25
**psychiatrist**
297:11
**psychologist**
297:10
**public** 2:14 45:8
46:1 49:13,14
50:12 55:6,16
63:6 68:20 76:14
103:3 112:15
126:24 127:6
130:5 133:4 174:7
174:9 228:2 284:9
285:23 287:10
296:6 301:6
302:13 304:10,18
305:15,23 306:23
**pull** 204:14 263:25
**pulled** 97:3 205:22

**pulling** 209:14
**pulmonary** 85:8
**pupil** 277:11
**pupils** 168:7 276:3
**purchase** 180:11
180:12
**purchases** 49:24
**purchasing** 33:7
37:17 204:1
**purdue** 1:10,11,13
65:13,20
**purpose** 285:1
**purposefully**
285:8
**purposes** 36:13
57:25 101:24
105:23 110:11
116:1 120:19
136:5 149:6
153:19 155:15
169:19 187:7
207:20 216:19
226:3 242:9
254:22
**pursuant** 6:22
254:20 255:4
282:18 300:3,6
**purview** 32:24
**put** 44:13 68:15
88:2 101:1 139:6
143:2 147:13
158:18,24 163:18
167:3 170:13,14
170:20 171:24
179:3 183:24
185:16 186:9
194:17 207:25
222:13,25 264:14
295:4
**puts** 158:16

[putting - recall]

putting 43:16

**q**

qrt 175:11 176:24
qualified 41:10
  96:10 229:8 301:8
qualifies 20:25
  21:4,8
qualify 94:14
quality 165:4
  209:20
quarterly 233:13
quarters 162:7,18
queries 265:22
  268:3 269:10,24
query 263:24
  269:11
querying 269:18
question 15:8,11
  15:19,20 16:6,8,9
  27:14 31:16 38:7
  43:19 62:21 64:10
  73:22 77:24 80:18
  96:11 97:11,18
  98:9 109:8 119:25
  124:8 125:8
  133:20 134:23
  135:12 142:2
  143:14 150:19
  156:8 163:1
  167:12 177:16
  184:17 185:8
  189:17 197:11
  201:3 202:24
  204:22 208:7
  213:19 227:17
  229:20 234:18
  240:9 247:9
  252:19 255:13
  257:24 259:10,12
  264:5 266:15

276:14,22 281:5
288:13,17 290:3
291:9 293:10
294:18
questioning 264:8
264:9
questions 15:5,14
50:1 53:21 62:12
62:14 81:25 91:10
97:17 110:18
116:6,9 121:6
134:16 150:13,17
150:20 181:1
217:5 230:17
250:18 262:16,23
273:9,22
quick 14:11 20:11
27:8 32:13 36:6
106:5 113:5 120:3
133:10,22 134:5
136:13 151:25
152:9 171:3
172:21 175:11,14
175:16,23 176:1
176:21 193:3
215:10,12 225:18
244:9 261:4 263:2
quickly 41:2
quite 53:20 70:1
96:20 263:1
272:10 297:7
quote 54:24,25
115:3 119:11
quoted 54:22
quotes 117:5,10
133:15

**r**

r 3:3 163:21
radar 223:11,14
radio 151:14

raise 146:18
raised 57:17
ramp 94:25
ran 92:22
range 94:19
144:15
ranging 144:13
rank 30:3 31:23
107:3
rapid 219:5
rate 212:10
rating 27:12
raubenolt 283:1
reach 45:7 48:21
49:20,23
reached 95:11
reactionary 287:6
read 60:17,21,23
61:1 102:4,8
110:20 113:4
141:16 165:16
244:22 252:5
253:7,11,12,13
262:5 298:5,7
304:5,6,12 305:5,6
305:17
readiness 234:16
reading 156:3
167:17 253:5
254:5 303:19
readjusting 203:4
ready 121:6
real 20:11 41:1
106:5 113:4 134:5
136:13 152:9
159:18 171:3
198:14 215:10,12
244:9
reality 201:22
realize 53:9 54:9
54:20 258:19

realized 225:8
realizing 222:12
233:12
really 36:21 44:17
50:10 53:18 55:5
58:10 95:15
117:20 124:4
178:16 241:21
250:3 251:22
259:18 261:3
288:5 289:25
rearrange 20:7
289:12
reason 14:24 15:3
50:19 54:17 72:10
111:12 116:13
124:10 126:14
141:15,19 179:25
263:10 277:20
303:14 305:8
306:3
reasoning 173:16
reasons 177:13,23
217:18 218:1,8,15
219:8 288:8
recall 41:12 54:25
55:14,19,25 59:9
59:19 67:10 68:13
68:17 76:10 80:5
91:9 96:15 105:8
105:16 107:17
109:1 115:11
116:15,16,17
142:12 184:20
191:8,25 192:25
197:25 204:9
252:8 282:16
283:11 284:3,7,14
286:6,18 290:10
290:12,21 292:9

**recalling** 33:16
181:15
**receipt** 303:18
**receive** 20:18
76:21 167:5
183:11,18 194:16
195:18 196:25
198:24 210:21,24
214:23,24 215:14
215:17 257:9
281:4 296:20
**received** 18:13
19:13,15 55:23
56:7,11,12 76:24
83:2 93:19 106:15
111:11,12 112:11
112:11 116:8,14
124:13 131:8
132:2 167:3
184:18,21 190:18
190:21 191:1
192:24 194:23
195:15,22 196:7
196:11 197:18
204:8,18 205:7
206:5,22 207:3,8
209:4 210:11,18
210:20 215:16
261:15
**receives** 129:12
131:23,25 133:6
139:14,18 143:16
198:24 209:22
214:3 215:6
**receiving** 88:20
112:6 199:7 236:8
**recertify** 245:20
**recess** 58:17 96:3
120:10 128:16
168:14 193:7
225:21 260:24

273:12 293:1
**recipient** 294:14
**recipients** 5:19
6:13 120:16
216:16
**recognize** 36:19
58:5 94:20,21
96:23 102:9
106:10,12 110:21
110:22 121:9
149:20 154:6
155:17,18 187:17
208:2 217:8
242:16
**recognized** 54:4
**recognizes** 21:17
**recognizing** 297:7
**recollection** 27:6
31:9 35:3 55:3,7
62:8 85:10 90:14
106:14 108:8,13
108:22 109:9
113:18 114:15
116:19,20 157:17
190:6,22 201:14
210:2 213:1,13
238:12
**recommend**
188:21
**recommendation**
184:21
**recommendations**
184:6 185:1
**recommending**
35:22
**record** 12:2,11
14:4 43:16 58:16
58:19 96:2,5
102:5 116:10
120:8,12 128:13
129:2 136:22

160:17,18,24
161:14 168:13,16
191:24 192:2,23
193:5,9 205:11
211:25 224:11,21
225:19,23 260:22
261:1 265:11
266:9,11 269:3,3
273:10,13 292:23
292:24 293:3
298:6,7,17,24
305:9
**recorded** 57:18
86:20 134:19,21
134:24 145:9
146:2,22 147:4
148:25 158:17
161:11 193:2
195:10 203:15,19
204:2,10 205:4
223:25 224:7,9,13
224:23,24 280:14
**recording** 134:9
134:25 135:1
161:18 280:5
**recordkeeping**
33:8 191:16 212:7
212:15
**records** 62:2 192:9
206:22 256:5
263:25 264:17
265:6,8,11 266:9
266:20 269:1,2,22
**recoup** 60:15
**recover** 291:25
**recovered** 225:10
**recovery** 92:8 93:9
127:15 173:3,8
**recruits** 42:23
**redirected** 73:21
177:8 231:14

**reduce** 85:11
**reduced** 301:13
**reduction** 123:24
124:3,4,10
**refer** 35:17 196:24
**reference** 137:1
149:16 257:7
259:2 265:2
266:16 295:25
303:7 304:2 305:2
**referenced** 79:16
107:9 114:2
171:19 186:19
208:14 301:13,17
304:11 305:15
**referencing** 145:6
162:12 163:8
237:22 259:21
265:10 266:24
**referred** 21:25
78:1 155:23 198:6
**referring** 33:12
61:24 78:4 80:9
86:16 87:12
117:16,21 122:5
134:25 135:7
147:9 172:14
178:13 197:23
220:7 221:8
253:18 264:13,24
277:9
**refers** 102:17
117:24 275:5
**reflect** 202:12,16
203:5 240:16
260:17 281:2
**refresh** 106:14
263:5
**refresher** 245:13
245:16 246:1,11
246:15

refreshers 245:22
refuse 167:8
refused 165:21
  167:15
regarding 52:6,10
  52:24 53:4 63:9
  63:14 145:10
  174:10 181:6
  264:5 300:2,11
regardless 84:17
  175:5 288:22
regards 55:2
  70:11 274:21
  275:10
region 114:7,23
  117:12,25
regions 113:6,10
regular 46:7 49:2
  49:5,9,17,19 50:13
  52:20 173:17,24
  174:4 211:6
  221:10 236:2
  248:6 249:6,9
regularly 100:21
  270:15
regulation 113:15
  144:25
reimbursed 206:1
  206:7,16
reimbursement
  196:14 204:19
  205:7 206:5 207:9
  210:11
reimbursements
  196:17 207:4
relate 51:16 127:1
  134:14
related 18:10
  19:14,16 44:24
  51:19 60:24 63:25
  64:4,18 65:3,20

72:19 76:22 94:22
  139:2 145:18
  146:3,15 147:16
  148:2 177:8
  178:18 192:14,17
  192:20 193:19
  198:1,12 221:22
  238:3,18 245:6
  252:3 263:22,23
  264:10 265:13
  267:3,6,11 268:18
  270:9 271:13
  273:1,6 293:23
relates 1:8 297:8
relating 55:17
relation 66:5,16
  66:21,23 67:13,21
  68:4 69:10,20
  70:8,23 71:7,15
  72:24 207:4
relations 57:9
relationship
  182:14
relative 302:2
relatively 65:16
reliable 270:17
reliably 148:1
reliance 219:10,15
rely 220:1
remain 113:6
remember 17:21
  19:20,23 20:2
  22:23 35:6 51:24
  52:23 54:24 55:1
  55:13 59:8 60:20
  61:2,3,20 62:4
  68:22 76:24 77:10
  88:19 96:13,18
  102:14 104:21,25
  112:6,10 124:8
  142:6 179:1 181:5

181:10 182:1
  190:25 191:24
  211:12 217:7
  250:21,23,25
  254:4,6 260:12
  261:8 283:5,14
  284:9,12 294:1,4
remembered 99:4
remembering
  88:22
remeron 164:3
  165:11 166:2
  224:5
removed 295:25
rendon 2:13 13:6
  13:6
renee 1:25 301:6
  302:13
repeating 121:2
rephrase 48:9
  124:24 168:23
  190:16 203:14
  210:7
replace 179:15
  248:1,7,18,22
  249:7,14
replaced 179:12
  179:18,24 202:1
  248:7 249:8
replacing 180:2,20
  248:15
report 6:6,8 25:22
  33:10 39:13 45:18
  45:19,21,22 46:1,3
  48:22,24 49:8,10
  51:19 86:22 87:14
  87:17,18,23 88:2,3
  88:4,4,9 112:18,24
  146:12 155:12,21
  156:15,18,18,24
  157:2,2,4,24

158:12 160:3
  161:4,12,12,19
  162:13 163:2,2,10
  164:10 168:23
  169:17 171:14,18
  171:20 195:14
  210:3,19 212:16
  224:3,6,10,13,17
  249:19 258:18
  268:1 279:25
  280:11,20 281:7,9
  281:20,23 295:21
  295:22
reported 33:20
  34:10 37:7 51:22
  124:6
reportedly 101:10
reporter 4:17
  15:15 36:16 54:19
  58:3 102:2 106:1
  120:24 136:9
  149:9 153:21
  169:21 193:22,23
  207:13 304:7
reporter's 4:15
  301:1
reporting 157:25
  160:1 295:3,14
reports 39:14 48:4
  48:10,19 49:1,5
  51:15,16 52:12
  86:10,22 87:4,5,8
  112:7 155:23
  156:11,21 157:11
  157:15 158:19,20
  210:22,24 212:6
  223:12 224:1
  265:18,25 266:1,6
  270:2,3 279:17,18
  281:1,6 295:4

**represent** 14:1
111:6 150:3
165:10 262:22
273:19
**representing**
70:11
**reprimand** 56:11
**reprimands** 56:13
**request** 159:8
183:25 184:21,22
185:12,16 196:18
257:9 269:22
305:9,11
**requested** 108:4
184:9 185:4
241:22 300:1,6,10
**requesting** 210:3
**requests** 196:15
**require** 49:4
130:25
**required** 22:9 41:7
61:25 73:25 74:10
87:17 141:5,9
150:14,21 157:23
159:10,11,23
161:3 178:6 236:9
237:6 266:25
277:3 303:25
**requirements**
194:18
**requires** 49:8
144:25 152:22
**requisition** 186:9
186:11,18
**rescue** 42:14
**research** 60:3 94:1
125:24 126:2
146:10 195:23
223:11 225:13
**residents** 206:10
206:12 294:6

**resource** 173:6
285:19,23
**resources** 127:11
151:5,6,11 153:11
173:3,8 177:7
178:5,19 202:13
231:10,14,20
286:1
**respect** 280:3
**respond** 21:4,8
25:22 78:15 88:8
88:12,13 96:24
100:11,17,19,22
101:3,8 102:22
103:14 104:20
127:4 152:15,20
156:14 172:3,5,7
173:15,18 178:8
205:3 211:24
226:25 228:19
250:12
**responded** 99:8
101:5 122:18
148:11 154:21
168:24 169:1
223:6 229:22
238:13 239:9,23
267:12
**responders** 91:13
96:21 143:5 198:9
243:15 246:24
250:9
**responding** 23:23
60:16 78:14 82:10
87:9 94:22 103:20
128:7 152:25
153:7 204:19
206:1 224:18
231:23 264:5
279:22 280:3

**responds** 78:10
87:21,25 88:7
152:12,17 160:15
173:20 180:21
**response** 6:21
95:17 104:24
127:7,22 151:5,6
152:23 158:1,12
161:10 172:18,22
173:11,12,13
174:3 175:12,15
175:17,23 176:1
176:22 177:9,18
177:21 178:21
189:6 209:6
230:18 250:25
251:20,22 254:18
255:2 256:7
261:23,24 264:11
288:10
**responses** 6:18
242:6,14 244:15
244:17 250:7,22
250:24 251:8
252:1,12,15,22
253:2,4,7,12,17,21
253:24 254:2,5,9
255:15,17 256:25
261:9,17,21 262:2
262:3,6,8,11
**responsibilities**
29:12 39:22 41:4
52:15 77:18
112:17 127:1
181:22
**responsibility**
42:19 52:18
126:21 127:4
185:21 188:14
279:24

**responsible** 40:5
41:6 42:9,10,21
48:4,10 128:7
233:4,5
**responsive** 147:7
194:1
**rest** 161:3 188:19
202:15 206:10
**restrictions** 292:3
**result** 232:19
**results** 99:23
**resurgence** 108:2
108:17,23 109:4
**retail** 63:2 72:21
**retailer** 72:18
**retain** 158:22
**retained** 4:17
**retention** 191:24
192:2
**retirements** 202:1
**retrospect** 90:17
**retrospectively**
94:20
**returned** 303:18
**returning** 235:15
**reveal** 272:17
**revenue** 214:19,24
215:13,18,22
**revenues** 204:6
**reverifying** 261:14
**reversed** 97:6
**review** 46:15
59:17 102:7
110:16 133:11,22
134:5 151:25
169:24 185:11
226:10 256:5
266:10 278:7
287:4 300:2,6
303:12 304:1

305:1

**reviewed** 61:4

212:21

**reviewing** 133:24

269:1 288:6

**revision** 181:6

**revive** 222:22

**reviving** 124:7

**rewired** 91:18

**rhyme** 50:19

**ribs** 89:12,13

**rice** 2:2

**rick** 46:13

**rig** 173:19 232:5

232:17,22,23,24

233:2,5,8 234:8

235:13 236:5,7,9

**right** 19:1 22:5,14

22:24 23:14 24:4

24:4 30:21 32:15

35:3,10 44:17

45:11 53:15 54:7

54:13 58:21,21

71:24 81:9 83:23

85:5 90:20 97:10

98:2 106:18,20,21

107:1 114:6 117:8

129:8 134:16

140:25 145:2

148:6 155:24

156:3 160:11

161:21 163:11

165:17 168:22

170:1 178:24

179:16 180:5

189:12,12 199:14

200:23 204:23

208:17 216:11

217:23 237:21

239:19 257:11

261:10 267:7,15

268:1 270:5

278:15 283:1

**rigs** 174:2 175:3,9

232:14 234:3

**rings** 40:18

**rise** 102:17,24

103:2,13 113:15

115:10

**rises** 46:18

**risk** 104:8 167:5

**ritalin** 100:16

**rite** 70:25 71:2,7

**ritzmans** 70:2

**robert** 33:18

**role** 28:8 29:13,15

29:24 30:5,21

31:17 35:25 37:5

37:18 39:25 40:9

48:7 50:25 51:5

67:1 82:9 109:6

115:16 149:24

218:20 291:22

**roles** 21:1 28:11

32:19

**roman** 223:23

**ron** 35:1

**room** 90:25

**ropes** 2:18,21

12:24 13:1

**ropesgray.com**

2:20,24

**ross** 33:18,19 34:6

191:6

**rotation** 233:14

245:21

**rough** 263:13

**roughly** 35:24

**round** 129:10

176:18 179:8,10

**roundabout**

179:21

**route** 168:2

**routed** 129:25

**row** 256:12,12

**rows** 136:20 137:2

137:9 149:17

264:7

**rpr** 1:25

**rule** 26:10 31:4

47:13 118:5

163:23

**rules** 13:17 14:12

31:20 35:21 300:3

300:7 304:5 305:5

**run** 14:15 53:18

87:5,8,13,18 92:21

92:21 96:16 99:3

104:8 130:16

142:11 155:23

158:6,24 161:22

161:24 163:2,9

164:9 168:21

169:3,6,25 171:13

171:18 205:8

212:16 224:3,6,13

224:17 232:9

265:22 268:1

269:25 270:2,3,9

270:18 281:1

**running** 152:2

165:18 231:24

232:12 233:23

248:13

**runs** 99:8 231:11

267:23

**s**

**s** 2:13 14:10

303:15 305:8,8

306:3

**saboxone** 114:12

**safer** 189:20,23

190:2,5,9,10,15,18

190:21 191:2

198:17,19 276:14

**safety** 5:5 18:21

36:10 39:16 42:7

42:7 46:1 47:3

49:13,14 103:4

112:15 130:5

132:19,19 133:5

137:24 138:1

274:8

**sagiv** 3:8 13:10

**sagiv.edelman**

3:11

**sake** 281:16

**salaries** 189:22

190:4,11

**salton** 14:9

**salts** 101:2,5

**sam's** 72:19

**san** 3:4

**sat** 228:21

**saturdays** 233:24

**save** 193:17

261:19 288:1

**saved** 74:17

**saw** 104:16 255:25

290:22

**saying** 30:21 52:3

54:11 74:19

117:10 119:12

123:18 125:9

134:4 138:18

170:20 171:16

184:11,16 251:24

255:16

**says** 52:18 107:25

112:20,25 113:5

114:10 115:1

117:1 122:2

124:12 139:24

141:7 161:22

163:11,16,22,25
164:3 166:2,15
167:14 188:1
189:2,13,18
199:12,15 200:1
201:6,10,11
208:11 209:9
211:15 216:25
219:21 220:8
237:20,21 241:20
243:2 256:4
257:12,17 268:23
**scanned** 212:18
**scenario** 88:11
213:2,3 225:6
234:25 277:18
**scene** 180:24
272:15 274:1,6,10
278:18 279:8
280:4,6 281:14
288:12,18 295:9
**schedule** 49:19
**scheduled** 47:11
**school** 16:16,21,23
16:25 17:11 18:7
22:18 54:18 55:8
296:21,24 297:6
**schoolers** 44:24
**schools** 174:8
**schumaker** 246:19
**scope** 157:22
**scores** 26:7
**scratch** 179:4
**se** 75:2 194:14
214:4
**seal** 302:6 304:15
305:21
**search** 223:17,19
223:22 266:8,22
**searchable** 86:12

**searched** 77:14
194:1
**searches** 266:20
269:9
**searching** 272:3
**seatbelt** 198:7
**second** 6:21 27:8
32:13 102:4,7
106:3,8 116:3
117:6 119:11
121:1 134:15
137:8 140:16,18
160:5 169:23
170:15,19 193:12
207:22 208:11
217:3 226:9
235:16 243:2,6
254:17 255:2
257:14 283:10
**secondary** 17:11
85:8 90:2 219:6
233:11
**seconds** 143:10
**secretary** 47:22
**section** 39:17,17
44:9 105:12
137:24 138:1
195:1,4,5 198:25
200:25 201:8
202:6,19
**security** 189:4,11
197:8
**sedative** 114:11
**see** 32:15 37:1,10
37:11 50:25 92:15
99:18,21,22
112:21 113:2
114:5,12,23,25
115:10 117:14
134:6 139:8,11
148:6 161:22

162:7,9,24 163:12
164:1,4,9 165:14
165:17 166:15
169:25 170:6
171:9,15,16
188:25 195:12,13
199:12 200:1
201:21 202:5,20
209:11,19 219:20
219:23 220:10
225:6 226:14
237:19 243:1,5,11
243:16 256:2,8,11
256:15 257:11
279:21
**seeing** 109:24
194:25 212:2
217:22 238:8
258:8 259:18
290:17
**seeking** 60:12
243:14
**seen** 89:17 102:18
102:23 103:1
138:19 149:23
150:1 173:14
218:2,16,25 219:8
242:19,22 258:15
**sees** 272:16
**selections** 26:10
**semantics** 81:5
83:25
**send** 41:21 75:25
76:7,19 132:17
133:15 134:7
152:4 153:8,11
173:21 210:4
228:14 232:6
**sending** 102:14
173:22

**sends** 141:24
142:5 143:7
211:23
**senior** 35:18
188:19 211:17
**seniority** 26:7
**sense** 15:9,22
16:12 29:18
137:11 165:20
172:4 186:7
198:16 202:7
236:23 277:19
290:14
**sent** 74:17 211:13
212:20 276:12
**sentence** 208:11
219:19 220:8
243:6
**separate** 86:13
127:20 130:22
132:13 161:13
169:11,12 186:25
199:1 216:2
274:25
**separately** 133:4
244:12
**serious** 173:19
231:25
**serve** 32:20
**served** 31:4 61:3
244:12
**server** 75:3 192:7
**service** 21:1 26:4
27:9 31:19,20
124:2 172:7 174:3
228:2 232:8,10
235:11 248:23
**services** 29:5,16
30:1,14,16 32:16
32:18 33:13 34:9
34:13,24 36:1

37:6,8,15,21 38:4
44:7 70:14,17,23
71:23 106:20
115:16 127:15
131:1 182:11,18
183:17 186:15
188:13,18 196:3
197:15 209:3
219:10,15 220:2
227:5,8 228:25
229:16,16 257:5
257:20,22 258:4
260:5,9
**session**  4:13 129:4
**set**  6:19 61:4
105:17 120:1
136:21 137:7
149:11 151:17
169:14 216:11
242:1,7,15 252:15
260:3 261:15
272:8 302:5
**sets**  42:15 61:3
261:9
**setting**  40:11 43:6
57:13
**seven**  34:18
298:20
**sfcc**  132:25
**shake**  68:15
**shape**  158:3
213:10
**share**  48:17 105:5
148:19 211:7,8,10
211:16
**shared**  47:24 48:2
104:16 105:3
121:15 130:20
131:18 143:4
192:10

**sharing**  173:6
**sharps**  274:9
**sheet**  106:6 121:12
142:11 216:25
303:13 305:7,10
305:18 306:1
**sheraton**  1:21
**shift**  28:15,16,19
39:5,7 177:3,4,6
**shifts**  39:5,11
236:17,22 237:1,8
237:12
**shipped**  131:9
143:10
**short**  23:8 47:5
56:13 57:2 96:3
232:12 261:4
273:12 288:10
**shortage**  248:10
**shorthand**  133:1
165:17
**shot**  178:16
**show**  148:9 188:18
222:5 268:24
**showed**  149:22
**shown**  303:16
**shows**  191:17
**shutting**  70:3
**sic**  102:5
**sick**  32:21
**side**  112:24 114:6
114:23 151:7
163:11 171:25
183:24 199:10
202:20 216:7,7
257:12 260:16
263:12 271:8
276:21
**sign**  251:11,14
**signature**  300:5
302:12 303:14

**signed**  76:18
255:20,23,23
261:12 304:13
305:18
**significance**  150:9
**significant**  122:3,9
167:5
**signify**  138:14
**signing**  303:19
**signs**  96:23 275:25
277:10 278:14,17
278:20,21,22,24
**similar**  27:22
30:20 32:2 101:6
102:19 149:12,21
157:2 159:18
212:17 255:20
**simple**  39:8
186:10 263:24
**simplest**  23:23
253:6
**simply**  167:24
**sincerely**  303:21
**single**  22:20 24:24
124:21 125:1
181:2 227:24
253:13 273:5
280:12 281:8
290:25
**sir**  14:14 15:23
16:3 23:13,20
36:20 46:5 56:20
56:22 59:22 60:1
60:4,7 61:10
63:10,15 64:1,6,20
64:25 65:4,12,21
66:6,17,19 67:14
67:22 68:5 69:7
69:12,21,23 70:24
71:1,8 73:1 84:11
85:1,4,17,20,23

86:2,6 112:22
113:3 114:3,8,24
116:15 121:8,10
126:2,6 158:21
159:20 161:23
178:25 183:5
188:3,6 195:25
198:22 199:8,20
200:9 214:18
241:18,25 242:25
244:11 250:20
257:7,13,18
261:25 262:4,7,13
263:5,19 267:13
270:6,22 303:10
**sirens**  78:22
**sister**  93:1
**sit**  46:14 188:17
**sits**  248:18
**sitting**  248:14
254:8
**situation**  104:9
127:11,12 160:23
184:10 231:7,18
234:13
**situational**  274:7
**situations**  183:22
225:14
**six**  28:21,24 113:8
233:16
**size**  41:5 62:14
74:2,11,19,24
**sizes**  25:21
**skill**  42:15
**sky**  115:3
**slide**  217:20 289:8
**slides**  217:6,18
**slight**  109:18
123:1,2
**slightly**  27:12

slip  106:6
slipping  82:1
slow  178:4,11
  218:11 219:3
  290:20
slower  132:16
  288:9
slowly  178:2
small  39:17 40:8
  56:1
smaller  74:24
smith  64:21,23
  65:3
snippet  136:19
snowball  234:1,7
  248:24
software  86:9
  87:19 158:10
  160:2 186:25
  204:1 210:2 265:3
solely  104:10
  130:16 267:2
solutions  2:11
  303:1 306:1
somebody  24:8
  40:13 47:15 70:9
  71:11 75:19 79:14
  79:14 80:7 85:13
  96:13 97:14,14
  98:19 127:22
  128:8 129:21
  130:24 131:22
  141:11 145:16,24
  156:14 158:15
  159:13 160:10
  161:5 167:18,23
  168:4 175:20
  186:2 195:16
  196:6 197:15
  207:2 222:9 224:8
  224:12 226:23

227:8 229:1,17,21
  232:3 234:8,19
  235:1 239:7,21
  246:15 247:14,17
  249:4
somewhat  49:16
  49:19 211:6
  270:14
son  92:6,17 93:2
  93:15
sorry  16:18 18:6
  22:4 27:7 30:16
  33:22 38:12 40:20
  41:13 43:12,15
  48:8 72:1 73:11
  88:6 102:5 106:25
  109:16 116:7
  117:6 123:18
  124:24 127:18
  134:22 135:24
  156:5,7 160:9
  162:15 168:23
  180:13 184:10,15
  186:16 187:23
  195:6 197:11
  199:21 201:17
  203:13 207:25
  210:7 215:9,10
  217:16 223:13
  245:17 251:12
  276:16
sort  17:11 24:3
  48:22 54:3 56:23
  75:24 92:10 93:18
  97:7 99:18 112:17
  127:14 192:22
  198:11 204:18
  210:18 279:10,11
  290:8 292:7
sorts  210:3 264:6

sound  15:12 16:2
  95:12 159:18
  166:3,7 167:16,18
sounded  70:20
  251:21
sounding  64:24
  69:6
sounds  63:18
  64:22 66:11 69:4
source  197:3
  269:5
south  2:4 3:9
speak  37:23 52:19
  88:3 91:18 97:12
  98:20 103:10
  115:18 142:14
  147:7 260:2
  269:24
speaking  52:15
  53:8,16 54:9
  131:17 174:7,7
  279:17 280:16,18
speaks  55:6 123:6
  123:15 218:11
  238:6 257:25
specgx  2:17 12:25
  13:2
special  33:6 37:11
  55:23 134:6
  214:19,24 215:13
  215:18,22
specialist  173:1
specialty  24:23
  283:20
specific  16:7 19:15
  19:25 39:18 49:8
  49:23 50:18 51:18
  51:19,22 52:18
  54:6,16 55:25
  56:15 58:25 61:20
  65:8 66:1,10 67:9

68:1 74:5,23 83:3
  90:9 94:1 96:15
  96:22 103:10,18
  103:18 104:18,25
  105:4 108:13
  110:18,19 112:10
  114:19 115:12
  116:19,20 118:19
  118:24 134:11,23
  138:22,23,25
  142:23 143:20
  144:5,21 145:7,14
  147:1,8,21 150:13
  150:20 155:19
  159:7 160:21
  173:15 175:24
  181:11 184:1
  186:7,13 192:12
  192:25 204:10,11
  205:8 219:19
  221:1,14 222:6
  223:18 230:23
  231:7 236:15
  237:2 238:9,11
  239:5 251:25
  259:22 260:12
  264:9 268:7,19
  269:4,12,13,19,22
  271:25 272:2,17
  272:23 273:4
  288:6,14 289:11
  290:19,25 291:16
  291:17,18 298:10
  298:11,13,14
specifically  19:22
  32:21 35:19 49:3
  61:24 77:13 86:13
  91:13 107:21
  112:4 117:12,21
  118:1 131:17
  144:14 146:5

182:2,10 188:9,10
197:11,12 228:17
239:13 250:24
254:7,12 264:24
272:8 274:4,5
**specifics** 52:4
63:22 144:12
155:6 166:11
200:22 284:12
292:5
**specified** 24:14
301:20
**specifies** 275:15
**specifying** 104:13
**speculation**
117:19 219:17
220:5 221:7
226:21 230:21
240:1 241:9
267:17 278:1
288:4 290:1
**speeches** 55:17
**spend** 184:12
185:15 186:4
198:11 227:23
248:13
**spending** 228:4
**spent** 23:7 62:8
174:6 185:13
207:6 248:14
249:16,19 254:4
272:9 297:7
**spike** 178:15 290:9
290:15,22
**split** 28:10 35:24
39:4 200:11,23
258:9
**spoke** 55:12 61:17
283:23
**spoken** 53:3 54:12
61:7,11

**sport** 93:18
**sports** 92:9 93:2
**spreadsheet** 5:21
5:23 6:3 136:3,16
137:3,6,10,18
149:4,14 153:15
153:24 154:1
192:22 193:1
264:6
**spring** 23:2
**springfield** 16:23
**square** 2:14
**ss** 301:3
**staff** 34:14,16 41:6
45:7 46:12,21,23
47:1,2,13 174:8,18
175:3 205:15
**staffing** 175:2
189:5 200:11
**stairs** 165:23
**stamp** 36:18
136:24
**stamped** 106:2
110:14 155:9
187:11
**stand** 119:10
196:21
**standard** 72:21
143:9
**standing** 268:9
**stands** 21:15,16
36:25 45:14,16
76:10
**start** 15:20 16:14
22:15 53:2 57:20
74:12,22 94:15,25
95:5 138:18 155:1
157:18 172:13
208:8 217:6
231:12,24 232:12
233:19

**started** 23:14,16
25:10 68:11,22
92:8 93:6 119:3,4
119:4 157:14
165:25 173:22
175:8 178:10,23
220:18 233:12
234:5
**starting** 23:17
31:17 36:24 59:7
94:25 127:23
174:11 178:14
256:14
**starts** 121:23,24
188:24 209:8
289:25
**state** 12:10 14:3
17:3,6,7,10,13,16
17:20 18:19,20,21
18:25 19:4 20:17
21:17 23:9 41:9
41:16 42:2,24
84:2 112:16 115:4
126:22 157:24
160:4 198:7
260:13 301:2,7
302:14 304:10
305:15
**stated** 165:25
223:8
**statement** 77:19
80:13 91:21
118:25 119:15
122:21 296:3
297:2 304:13,14
305:19,19
**statements** 52:23
119:3
**states** 1:1 12:7
165:18

**station** 24:24
25:18,21,24 56:9
133:14,16,17
142:13 151:13,16
152:5 159:14
174:16,19,23
175:3,6 233:3
235:17 236:6
**stations** 24:10,15
24:16,19,20,21,22
26:21,22,23
151:16 234:15
**statistical** 221:1
288:19
**statistics** 48:15
103:10,19 122:25
144:22 221:14
**stats** 138:13,14
150:8
**status** 235:11
**stay** 143:11
**stayed** 30:12
213:11
**stays** 202:24
**steady** 290:8,15
**steer** 123:25
**stenotypy** 301:14
**step** 21:18 22:9
265:10 267:1,2
**stepped** 211:18
**steve** 195:20,21,24
230:3
**stick** 97:20
**stipulation** 219:13
**stocking** 116:23
**stood** 55:10
**stop** 25:4 137:13
151:21 234:9,20
235:2,13 294:16
**stopping** 128:10

**store** 23:4
**stored** 179:17
209:24 284:21
**storeroom** 33:3
34:21 180:2
249:18
**stores** 71:4
**strange** 30:24
78:21
**strangers** 90:25
**strategic** 35:15
**street** 1:22 2:19
3:4
**streets** 103:5
**strike** 56:16 73:11
100:1 150:12
157:8 215:16
221:18 276:16
278:5 280:24
281:12 291:4,9
**string** 5:11 6:11,16
105:20 207:18
226:1
**strong** 89:15
**stronger** 89:8
**strongly** 104:10
**structural** 142:23
186:6
**structure** 142:23
159:9
**struggle** 73:16
91:19
**struggled** 90:2,7
90:10 92:6 93:4
**struggling** 93:15
**studies** 18:3
**stuff** 14:16 40:12
62:3 72:21 87:13
112:12 134:14
194:20 230:17
236:14 289:13

**stumbled** 165:23
**style** 44:8 51:4
**sub** 219:21
**subdivision** 37:10
39:4 188:1
**subject** 53:8 55:7
61:16,19,23 90:24
93:12 119:8
126:19 182:15
211:14 282:3
294:4
**subjects** 44:24
45:6 246:2,3
**submission** 281:2
**submitted** 77:14
183:2 213:2
**subscribed** 304:10
305:14 306:21
**subsection** 189:8
**subsequently**
281:18
**subsidized** 216:8
**substance** 75:19
75:21 111:17
112:8 297:14
**substances** 108:10
**successful** 42:16
**suddenly** 233:22
**suffered** 93:18
**suffering** 85:7
167:7,18 168:4
**sufficient** 186:17
**suggest** 123:25
124:11 277:21
279:14 280:6
**suggested** 109:19
265:5,17,22
294:24
**suggesting** 104:7
259:14,17 269:11
295:7

**suggestion** 103:25
**suite** 2:14 3:9
303:2
**suites** 1:21
**summary** 47:5
217:11,13,14
**summit** 1:9 2:2
6:17 12:13,16
68:19 111:23
112:2 118:1 176:5
181:18 242:4,12
252:2,3,10 284:9
**super** 72:20
**superior** 303:1
**supervised** 33:1
40:2 42:24
**supervises** 36:1
**supervising** 35:22
**supervision** 34:15
37:19
**supervisor** 25:18
25:24 34:17,22
61:18
**supervisory** 29:13
**supplemental** 6:21
253:17 254:17
255:2,15,17
**supply** 69:3,10
248:9
**support** 176:15
285:13
**supported** 285:10
285:11
**supports** 148:22
**supposed** 20:13
130:1 151:3 181:3
225:1 274:15
**supposition**
109:19
**sure** 27:17 35:2
43:2,20 48:12,14

51:17 57:2,20
58:14 61:16 79:9
79:12,18 80:3
90:23 100:9
101:12 107:3
108:15 115:17
121:4 132:8 133:2
133:11,22 143:13
145:23 156:5
162:17 165:22
168:11 183:15
184:15 186:1,3
193:21 197:22
200:5 201:5
204:11,23,24
208:7 230:24
233:6 239:6
240:11 251:20
252:20 258:18
265:4 277:21
285:16,17 286:20
287:9,22 288:5
290:4
**surgeries** 291:25
**surprise** 238:15
**surprised** 78:20
211:25 251:7,15
251:23 258:2
286:21,25
**surprises** 238:21
**surprising** 287:12
**suspect** 96:17
105:10 109:24
258:7
**suspected** 295:15
**suspension** 56:7
**suspicion** 146:18
**swamped** 232:15
**swat** 107:4 109:20
**swear** 13:13

switch  20:10 25:6
89:9 90:15
switching  77:16
270:1
sworn  13:18 14:21
301:10 304:10,13
305:14,18 306:21
symptoms  264:17
synonymous
40:23
synthetic  79:2
101:7,10
system  26:4 27:19
39:7 68:2 75:24
76:9,12,20 133:18
135:20 138:4,24
139:15 148:22
157:6,16 158:1,4
158:25 159:7
160:1,2 167:1
186:12,19 191:17
218:22,23 219:1
225:9 233:10
263:4,21 264:25
265:7,21 266:23
295:3
systems  27:20
39:16 40:12 54:5
158:11 270:14
284:20 295:5

**t**

t  14:10 195:24
tables  195:8
tablet  87:19
tackle  239:14
tactical  107:4
take  12:4 15:24
21:9 36:6 47:9
51:5 58:13 75:11
75:13 77:19 82:15
83:19 102:4 106:3

110:16 111:15
116:3 118:19
119:9 120:2,25
127:5 134:15
156:5 169:23
179:21 188:22
193:3 194:13
197:25 207:22
217:3 223:25
225:17 226:9
227:20 231:5,7
232:22 235:5
237:7 260:21
265:10 275:14
283:16
taken  1:21 37:15
47:20 88:25 89:4
128:16 177:6
205:1 224:6
301:19
taker  131:10,23,24
133:7 134:1,9
139:14,19,24,25
140:4,14 143:7,16
150:14 151:19
takers  131:7,8,13
132:18,21 135:4
141:5,9 144:25
takes  42:23 47:17
134:18 144:23
talk  38:21 40:25
59:23 60:5 79:5
104:22 132:23
254:1 262:9
talked  101:16
148:5 217:21
250:10 258:21
295:13
talking  15:17
36:22 62:9 99:1,2
129:9 131:2 137:1

160:5 233:19
248:25 253:16
255:16 261:5,20
263:4 282:2
talks  199:1
tape  168:10
task  107:25
181:19,22
tax  203:11,11
214:13,16
taxes  209:5
teach  95:18 246:4
team  35:18 103:9
104:17 105:4,6
109:20 172:22,25
175:12,15,17,23
176:2,24 177:1
188:19 223:9
239:14 244:7,18
246:8,18 285:18
teams  176:22
technical  18:2
129:24
technically  29:10
telephone  2:13 3:7
tell  14:21 145:8
146:1 148:1,10
163:7 172:1 189:7
200:5 240:22
244:8 256:22
290:6
telling  210:19
243:13
ten  27:2 143:22,24
162:19,19 221:13
223:6
term  22:6 27:18
47:5,23 74:15
77:25 78:3,25
80:8 93:14 131:9
135:11 138:15

175:21 196:24
223:17,17 234:2
276:9,11
termed  293:22
terminology  77:24
141:22 270:7
terms  23:23 35:13
39:8 46:16 49:15
50:23 52:2 60:10
167:6 186:10
216:6 274:3
test  27:12,21,22
41:23 215:11
274:23
testified  56:21,23
57:14 256:21
263:24 278:12
279:20 282:10
284:16 286:4,15
290:7,22 293:12
293:19,21 295:1
295:20
testify  57:17 298:9
301:10
testimony  56:18
57:11 178:1 185:9
251:19 260:13
263:9 264:12,15
265:15,16 280:2
284:3 286:18
294:1,3 295:19
298:3 301:12,16
304:6,7 305:6,9,12
testing  54:4
teva  3:7 13:11
text  75:16,19
76:19
texts  75:25 76:7
thalerg  5:16
115:23

| | | | |
|---|---|---|---|
| **thank** 43:17 88:14 | 133:21 134:12,14 | 258:25 265:5 | 114:16,20 115:17 |
| 96:2 162:21 | 137:12 140:23 | 269:14 | 118:6,8,12,13,22 |
| 168:12,19 193:24 | 141:21,23 144:9 | **thousands** 82:11 | 122:4,8,14 123:5 |
| 226:7 253:19 | 144:10 152:9 | 136:17 284:18 | 126:11 132:12 |
| 264:13 286:18 | 155:22 156:13 | **three** 26:10,22 | 139:17 143:6,7,8 |
| 298:21 | 160:10,23 164:10 | 28:17 31:1 33:15 | 145:1 154:22 |
| **theory** 220:16 | 166:12 173:23 | 33:23,24 34:19,20 | 156:6 158:14 |
| **therapeutics** 67:23 | 175:21 177:17 | 39:5 40:4 42:23 | 172:17 174:7 |
| **thereof** 79:3 | 178:9,20 179:7,8 | 59:5 62:12,16 | 176:17 177:2 |
| **thing** 14:17 16:4 | 184:3,4,24 189:19 | 92:3,5,8 97:23,25 | 178:11,12 181:2 |
| 70:4 110:20 123:9 | 190:24 191:4 | 98:7 99:14 113:10 | 182:17 183:10,16 |
| 217:2 255:22 | 199:6 204:13 | 114:25 117:13 | 184:18 189:19 |
| 272:13 292:1 | 206:24 208:17,25 | 118:2,7,14 136:20 | 190:17 197:13 |
| **things** 30:24 47:12 | 211:18 213:16,20 | 137:2,4,9 154:1 | 199:3 200:16 |
| 55:10 75:21 78:21 | 217:17,21 220:6 | 162:7,18 174:21 | 201:2 202:10,13 |
| 95:24 100:25 | 220:21 221:25 | 174:22 190:24 | 203:6 211:15 |
| 124:12 159:9 | 222:2 224:4,19 | 191:2 199:15,15 | 227:13,22,23 |
| 168:8 176:13 | 227:21 239:14 | 199:18 200:9,10 | 228:4,24 229:15 |
| 213:10,18 218:12 | 242:19 255:15 | 200:25 201:10,11 | 232:12 237:1,1,7 |
| 224:5 230:25 | 262:15 264:4 | 202:5,8,9 245:21 | 237:11 239:22 |
| 263:1 276:3 290:4 | 271:7 273:3,5 | **throw** 20:13 68:14 | 245:1 248:12,14 |
| 295:4 | 276:12 277:18 | **till** 20:14 30:12 | 248:21 260:14 |
| **think** 18:24 25:19 | 279:5 281:8 282:1 | 143:6 162:2 | 261:1 262:16 |
| 29:19 40:24 46:18 | 283:4 284:1,19 | **time** 12:3 20:15 | 263:2 265:17 |
| 48:21 49:8 51:17 | 285:20 287:3,17 | 23:4,5,7,19 26:4 | 266:15 268:3 |
| 53:5,6,10 54:3,7,8 | 288:25 289:11,25 | 26:15 27:25 28:13 | 272:9 273:19 |
| 54:15,19,21 55:4 | 291:16 292:5 | 29:7,16,21 30:4,8 | 274:23 276:5 |
| 56:1,6,7 64:12 | 297:22 298:11,15 | 30:23 31:22 32:9 | 283:2 287:21 |
| 68:18,23 70:16 | **thinking** 20:8 | 32:22 33:16,21,25 | 288:2,7,14 289:6 |
| 76:11 77:13 78:2 | 54:16 71:15 77:11 | 34:2,6,8,24,25 | 290:8,10 291:13 |
| 78:6 79:22 80:1 | 104:16 105:3 | 39:11 50:13 51:18 | 292:6 297:7,22 |
| 80:12 81:6,9,9,23 | 144:6 198:14 | 53:23 54:6,17,20 | 298:15,18,22 |
| 82:19,25 85:2 | 204:14 287:5 | 56:10 61:6 62:9 | 301:19 |
| 88:11,24 89:3,13 | **third** 6:19 139:4 | 73:10,13,15 76:3 | **timeline** 287:11 |
| 90:5,7,11,21 91:11 | 170:16,22 188:24 | 86:25 87:10 88:24 | 289:10,20 |
| 91:19 94:11,16,17 | 242:7,15 243:17 | 89:2 90:19 91:11 | **times** 30:25 34:4 |
| 94:19,23 95:2,10 | **thirty** 303:18 | 94:11,14 96:7,12 | 44:3,11,25 45:5 |
| 95:15 99:1,5 | **thought** 20:12 | 99:4 106:18,19 | 46:10 47:17 48:1 |
| 101:13 104:11 | 107:22 109:24 | 108:20,25 109:3,5 | 48:20 50:14,16 |
| 105:2 119:1,7,21 | 135:22 240:3 | 109:6 110:3 111:4 | 51:21 53:3,7 59:4 |
| 123:8,9,17 126:21 | 247:13 252:25 | 112:20 113:20,24 | 59:6 89:13 90:16 |

91:19 132:15
141:14 142:21,24
168:1 177:9,11
179:25 184:4,20
184:25 188:16
190:20,23,24
191:2 194:9 211:9
222:21 233:16,17
262:2 271:6,21,25
287:8,10 288:10
**timothy** 110:22
112:12,13
**title** 14:4 23:15,18
31:12 104:6
107:25 132:20
138:12 146:23
150:6,7,8 154:2
156:20 162:11
242:12
**titled** 139:5 140:7
163:4 217:18
**titles** 215:25
**tleyimu** 2:6
**today** 13:25 14:18
14:25 15:5 61:14
75:20 98:12 166:2
195:16 212:18
222:20 254:9
258:16 262:16
272:14 282:11
283:23
**today's** 12:2 58:24
59:21
**toilet** 285:5
**told** 94:2 138:21
280:9
**tones** 133:13
**tools** 51:12
**top** 49:7 107:25
121:23 122:6
144:9 161:21

163:25 191:25
197:24 199:21
205:21 208:10
241:3 244:4 246:6
257:15 277:14
290:20
**tope** 2:3 12:15
303:5
**topped** 178:10
**torn** 142:11
**torok** 3:12
**total** 196:7 197:16
201:15,20,23,23
221:19 239:8
257:12,16,19
**totality** 259:18
278:3
**totally** 95:24
272:20
**totals** 257:5
**touched** 281:25
**touchy** 90:24
**tower** 2:19 130:8
**towers** 130:3
**town** 50:17 70:1
228:15
**traceable** 94:12
**traced** 297:25
**track** 86:7 194:13
194:20 222:18,21
**tracked** 222:5
**tracking** 86:14
134:18 176:17
**tracks** 86:10
186:13 196:17
**traditional** 249:12
**traditionally**
28:15 33:1,5 37:7
47:21 163:22
280:9

**trafficking** 121:14
121:17
**trail** 92:23
**trailed** 251:12
**train** 44:24 274:6
**trained** 83:21 84:7
84:9,12,14,15
273:25 274:3
276:20 277:1
**training** 18:11,13
19:13 22:25 23:2
36:2 38:8 41:3,7
41:22 42:10,11,18
42:19 43:7,9,9,22
43:24 44:4,4,9,10
44:16,19,20 45:1,3
45:8,9 83:3,9
91:10 107:9 108:1
108:21 109:12
124:18 167:2
184:6 185:2,13
231:15 232:16
243:14 245:6,13
245:16,18,19,25
274:4 275:10,21
275:22 276:19
280:5 296:17,20
296:23,24,25
297:3
**trainings** 18:17
19:18,21,24 20:3
43:24 44:12,16
245:9
**trans** 212:8
**transcribed**
301:15 304:7
**transcript** 4:1
300:3,6,9,11
303:11,12 304:5
304:12 305:5,11
305:17

**transcription**
301:16
**transfer** 131:25
144:25 214:3
**transferred** 30:11
30:13 130:7 158:7
**transfers** 151:19
**transition** 212:5
**transitioned**
106:19
**transitioning**
115:15
**transmittal** 212:8
**transpired** 37:13
**transpires** 74:15
**trashing** 165:20
**travel** 184:6 185:2
**travis** 93:1
**treat** 95:24
**treated** 225:9
**treatment** 127:15
243:16 245:7
296:13 297:4
**treatments** 297:19
**tree** 78:19
**trend** 44:17 104:1
110:2 122:22
**trends** 103:4
111:22 112:1
**trial** 56:21
**tricky** 15:17
227:15,19
**tried** 229:10
250:11 289:8
**trigonometry**
17:22
**truck** 21:6 24:2,20
25:4 87:9,21 88:7
148:11 152:11
160:8,16,25
168:24 169:1

174:17,25 175:1
179:18
**trucks**  24:17 167:3
179:6,9 259:16
**true**  74:3 80:12
122:21 198:15
221:3 231:17
250:3 260:17
296:3 297:2
301:16
**trust**  124:12 215:2
215:6
**truth**  14:21 301:10
301:11,11
**try**  15:10,18 47:7
51:2,8,11 95:17
109:8 127:5
137:16 165:16
185:5 225:14
230:22,23 231:11
231:16 247:24
260:15 261:4
274:11 287:5
292:20
**trying**  51:6 71:19
111:5 123:24
124:10 142:6
144:9 173:7 174:8
184:23 185:4,10
185:20 189:18
191:24 212:11
219:19 222:11
251:21 255:21
259:13 261:19
267:21 272:9
277:21
**tube**  97:4
**tucker**  45:20,24
46:4,7,17 49:4
50:16

**tuesday**  46:22
47:1,10,11,14
49:18 50:21
**tuesdays**  46:12
**tumble**  89:10
**tune**  266:21
**turn**  78:22 107:23
112:23 114:4
121:22 139:4
149:18 162:6
187:24 188:23
199:9 203:9
217:17 242:24
256:2,10
**turned**  212:19
**turning**  35:10
103:22 111:16
140:25 171:4
**twice**  56:6
**twigg**  1:17 4:7 5:9
12:5 13:15,20,22
14:5 36:9 57:23
58:3,9,21 73:2
96:7 101:20,22
102:2 105:19,25
106:10 110:5
115:21 116:13
120:14 129:5
136:2,8 149:3
153:14 155:11
168:17,18 169:16
172:1 187:3,17
188:2 193:11
207:17 216:14,24
225:25 226:6
242:3,16 254:15
262:18,20 273:15
273:17 293:4,6
296:5 301:9 303:8
304:4,9 305:4,13
306:20

**two**  20:23 21:2,7
21:12,14,19 25:6
26:5,7 27:20,22
33:15 34:20 35:24
37:22,22 39:18
53:7 56:14 62:15
74:16,19 84:3
87:16 92:7 95:7
95:23 106:22
118:24 127:20
137:4 153:3,7
159:17,22 160:15
160:15 181:24
190:14 198:1
200:11 201:1
216:2 224:5
232:11,13 233:1
245:22 256:12
270:13 285:3
**tylenol**  80:4
**tyler**  93:9
**tyler's**  93:9
**type**  40:12 44:21
52:11 62:3 73:17
75:21 78:13,23
84:17 86:12,14,24
92:9 105:15
126:24 134:8
139:6 150:1
152:22,24 158:5
159:9,9 176:13
194:20 196:23
197:1 240:18,19
269:18 274:10
292:1
**types**  20:24 21:5
53:22 94:4 104:13
144:15 238:22
240:4,12,20,22
241:6

**typically**  134:5
**typing**  134:2
135:14,17

**u**

**u**  41:18 195:24
**u.s.**  189:3
**ultimate**  279:23
**umbrella**  80:2,14
80:16 214:22
**unavailable**  47:7
248:25 249:2
**unaware**  248:2
**uncertain**  166:25
**unclear**  288:11
**uncommon**  279:9
**unconscious**  147:2
223:16 232:3
279:1
**unconsciousness**
168:7
**underlying**  271:1
**underneath**  182:7
188:2 219:20
243:10
**underreported**
225:3
**underreporting**
295:2,8
**understand**  14:17
14:19,20,23 15:6,8
16:10 56:25 57:16
78:25 79:10 81:1
81:7,14 83:13
87:12,13 88:1
91:3,7 104:4
124:3,5 132:9
135:12 136:14
137:12 142:2
143:13 157:6
167:16 177:15
184:23 185:4,24

216:24 241:14
251:1 259:9,11
263:20 265:4
266:7 267:13
270:4 280:2
**understanding**
24:1 60:8 73:19
74:3 75:3 79:1,24
83:18 91:18
103:21 122:7
123:4 131:21
133:5 135:10
139:8,12,22
141:17 144:24
147:12 166:23
167:1,12 180:4
183:8 216:5,6
222:9 238:1 251:4
252:19 261:13
269:8 270:13
284:25
**understood** 22:13
34:7 71:21 184:15
263:15 285:2
**undetermined**
166:25
**unfair** 91:3
**unforeseen** 179:25
**unfortunately**
97:2
**unheard** 213:7
**uniformed** 39:19
47:2
**unique** 27:16
**unit** 21:9 24:19
152:25 153:7,10
160:15,15 161:1
173:15,21,24
174:17,19,24
175:2 179:22,23
228:14 232:3,7,10

248:21 279:25
288:12
**united** 1:1 12:7
93:7
**units** 152:5 153:3
173:18 174:3
175:10 284:21
285:12
**universal** 115:1,2
**university** 17:3,13
17:14,16,23 18:5
**unofficial** 46:14
**unrelated** 281:19
**unresponsive** 97:1
147:11 223:16
225:7 275:11,24
**unspecific** 188:11
**unusual** 283:7
291:23
**unwieldy** 187:24
**upcoming** 108:1
**update** 55:9
**updated** 42:18
253:14 281:3,9,23
295:14,21
**updates** 283:8
**upper** 168:21
170:1
**usage** 115:10
**use** 51:8 52:6 73:2
75:7 76:9 78:7,24
80:8 83:1 86:10
96:8 101:15 103:8
103:11 111:21,22
112:1 127:1,2
141:20,22 146:16
158:10 167:1
169:3 174:8
175:21 179:15
193:12,15 204:17
205:24 207:1,2,7

222:21 245:13,25
267:22 270:7,8
271:9,12 276:1,9
276:11 277:11
278:15,23 279:6
279:15 280:7
281:15,19 293:8
295:15
**users** 103:22
**uses** 82:22 180:22
186:25 203:20
**usually** 25:4 26:21
75:12 160:21
211:5 232:1
**utilize** 21:19 31:22
45:7 147:23
235:24
**utilized** 27:23
32:11 228:13
**utilizes** 26:3
**utilizing** 87:19

## v

**v** 1:10,11,13 303:6
304:3 305:3
**vacancies** 28:1
**vague** 258:8,22
**vaguely** 69:4
**valid** 98:11
**valium** 100:23
**variables** 227:20
229:4
**varies** 28:8
**various** 5:19 6:13
45:5,6 50:24
120:16 192:23
216:16 223:19
238:22
**varying** 25:21
**vast** 214:10
**vehicle** 151:9
171:1 173:12,12

176:12 177:18
**vehicles** 24:22
84:23 116:23
178:23 180:3,4
183:25
**ventilation** 42:14
**verbally** 133:19
**verbatim** 141:10
**verification**
244:14 250:18
252:7,14 255:7,20
261:6,12
**verifications** 261:6
**verified** 244:15,17
245:1 251:2
261:22 262:3,9,11
**verify** 251:8 253:8
255:14,17 256:20
**verifying** 250:21
250:23 251:5
252:3,9,11,21
253:1,4 254:5
261:8,17,21 262:1
**veritext** 303:1,7
306:1
**veritext.com.**
303:17
**version** 79:3 95:21
95:23 99:20,21
220:20 267:25
278:19
**versions** 248:16
253:15
**versus** 27:13 28:11
35:7 95:22 132:10
**veteran's** 43:1
**veterans** 43:3
**vicodin** 79:19
81:12 88:18 89:4
89:14

**victim** 281:4,12
**victims** 127:10
**video** 96:2
**videographer** 3:12
  12:1 13:8,13
  58:15,18 96:1,4
  120:8,11 128:13
  129:1 168:9,12,15
  193:5,8 225:19,22
  260:22,25 273:10
  273:13 292:24
  293:2 298:19,24
**videotaped** 1:16
  5:7 12:4 57:24
  58:8
**view** 35:15
**visit** 173:1 175:20
  175:23,25
**visits** 175:21,22
  176:18,18
**vober** 46:13 57:6
**volume** 172:12
  173:5,13 178:14
  232:19 233:11
**volumes** 177:12,14
  177:20,21,24
  178:3
**volunteered**
  176:25
**volunteering**
  176:22 177:1

**w**

**wages** 190:1
**wait** 20:14
**waived** 303:19
**walgreens** 66:18
  66:20
**walk** 18:12 37:24
  74:11 91:1 136:12
  151:18,23

**walked** 165:22
**walmart** 2:7 13:5
  72:15,17,24
**want** 14:11 22:20
  33:22 58:13 91:1
  102:4 106:2
  107:14 108:14
  110:15 116:5
  120:2,25 121:22
  123:14 193:17
  195:7 204:14,23
  206:25 254:10
  261:18 265:7
  274:12 284:17
**wanted** 32:12
  90:17 191:9
  226:11 247:9
  272:14 288:24
**wanting** 55:9
**water** 68:15
**way** 25:18 50:10
  51:12 74:15 93:20
  100:2 136:21
  144:20 157:9
  158:2 161:19
  162:7,18 171:23
  173:23 179:21
  181:3 193:18
  196:16,18 204:10
  204:16 205:3
  221:16,21 222:4
  222:20,22 251:22
  251:25 252:5
  258:14 260:3,8
  262:25 263:10
  264:4 266:19
  267:11 271:9
  281:9 284:24
  286:16 288:13
**ways** 117:11 177:5
  188:11 223:10,13

227:16
**we've** 37:16 44:21
  44:25 52:4 58:12
  62:8 91:14 99:25
  118:23 131:2
  147:24 161:9
  173:9,14,19 174:6
  177:5,5,9 184:4,25
  211:18 212:17
  218:25 219:5
  222:19 228:13,16
  234:3 247:25
  267:12,19 275:11
  279:17 281:1
  295:21
**web** 203:19,21,23
  204:3,4
**website** 196:17
**weeds** 223:9
**weekend** 287:24
**weekly** 212:24
  213:2,4,6
**weightlifting** 93:3
  93:19
**weird** 130:8
**welcome** 129:7
  168:18 226:6
**wens** 76:9
**went** 22:25 55:4
  59:16 73:19 99:3
  122:18 162:1
  165:23 201:23
  225:8 233:18
  238:2,4,16,18
  241:13 256:17
  257:3 281:9
  284:10
**westbrook** 2:3
**whereof** 302:5
**whichever** 174:21

**wide** 144:13
  186:21
**widgets** 186:10
**wife** 92:21
**willing** 206:10
**windows** 234:14
**wintegrate** 158:5
  158:6
**wired** 129:15
**wish** 287:13,19
  289:5
**witness** 12:14,16
  13:14 43:12,17
  58:14 120:7
  162:25 251:18
  255:11 256:20
  259:11 262:17
  265:15 279:10
  298:23 300:2
  301:9,13,14,17
  302:5 303:8,11
  304:1,4,11 305:1,4
  305:15
**witness'** 303:14
**woke** 97:3
**wondering** 167:14
  177:22 195:9
**word** 48:2 78:24
  111:15 118:4,18
  119:7 141:9
  253:15
**worded** 245:6
**words** 54:11 95:7
  148:10 265:23
  266:4 269:10,24
**work** 31:1,2 39:8
  73:5,8 74:18 75:7
  75:17 81:22 82:5
  82:7 105:11 120:4
  121:16,20 131:14
  181:4 182:16

**[work - york]**

229:9,11,23
231:16 234:14
236:17,22,24
260:14 267:18
**workable**  288:8
**worked**  41:18
68:19 76:15
137:23,25 183:10
183:16 227:13
**working**  75:20
155:1 188:20
193:16 202:14
209:17
**works**  34:12 39:9
91:4,7 182:8,11
205:15 295:3
**world**  296:8
**worried**  115:9
**wow**  211:24
**wrap**  120:3
**writes**  226:14
**writing**  33:6 139:9
**written**  26:6 27:12
56:11 85:16 191:5
265:25 275:14
**wrong**  127:21
137:19 141:22
**wrote**  213:9
237:20

| x |
| --- |

**x**  123:11 183:25
**xanax**  100:23

| y |
| --- |

**y**  3:8
**yard**  234:14
**yeah**  46:24 54:15
57:5 90:5 137:25
204:24 286:15
**year**  85:18,24
122:16 144:12

153:5 162:3
178:10 184:12
185:12,14 194:24
196:8,12,18
197:18 198:11
202:11 210:20
233:16,17 239:23
245:17,22 249:17
263:7 290:17,17
291:6,6
**year's**  184:5,25
185:11
**years**  17:6,18 18:4
23:7 26:12 27:2
42:23 51:20 85:9
89:11 91:14 93:5
93:11,16 117:2,13
118:2,6,7,14,24,25
142:11 161:8
167:21 178:3
190:8,14 194:9
198:5 202:23
215:18 217:23
218:17 219:1
221:13,20 223:6
245:21 289:13,15
289:20 291:12
292:2,16 296:8
**york**  2:23,23

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.