# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br><br>**JOINT MOTION FOR EXTENSION OF TIME** |

Now come the United States of America on behalf of its agency the Drug Enforcement Administration ("DEA"), and the Media Intervenors, by and through their respective undersigned counsel, and jointly move this Court for a brief extension of time until Friday, July 25, 2019, in which to submit a modified protective order or proposals identifying areas of agreement and their positions on areas of disagreement pursuant to this Court's Order Regarding ARCOS Data Protective Order (ECF No. 1845.)  This extension is not made to delay the prompt adjudication of this matter but is necessary to allow the parties, DEA and the Media Intervenors additional time to resolve issues by agreement and/or limit any remaining areas of disagreement on which the Court would need to rule.

Dated: July 25, 2019                  Respectfully submitted,

**UNITED STATES OF AMERICA**

JODY H. HUNT
Assistant Attorney General

AVA ROTELL DUSTIN
Executive United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

/s/ James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
Assistant U.S. Attorney
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
(216) 622-3988 (Direct)
(216) 522-4982 (Facsimile)
E-mail:  james.bennett4@usdoj.gov


/s/Natalie A. Waites
Michael D. Granston
Andy Mao
Natalie A. Waites
United States Department of Justice
Civil Division/Fraud Section
175 N Street, N.E., Room 10.222
Washington, D.C. 20002
(202) 616-2964
Natalie.A.Waites@usdoj.gov

Attorney for U.S. Department of Justice
Drug Enforcement Administration

**MEDIA INTERVENORS**

THE LEFTON GROUP, LLC

/s/Karen C. Lefton
KAREN C. LEFTON (#0024522)
TIMOTHY D. SMITH  (#0007636)
3480 W. Market Street, Suite 304
Akron, Ohio  44333
330-864-2003 (Office)
330-606-8299 (Cell)
karen@theleftongroup.com
tdsmith@kent.edu

Attorneys for The W.P. Company, LLC
Dba The Washington Post

/s/Patrick McGinley
PATRICK MCGINLEY
SUZANNE WEISE
737 South Hills Drive
Morgantown, WV  26501
304-552-2631 (Cell)
pmcginley@igc.org
suzweise@yahoo.com

Attorneys for HD Media Company
dba Charleston Gazette-Mail

CERTIFICATE OF SERVICE

I certify that, on July 25, 2019, I filed a copy of the foregoing electronically.  The Court's electronic filing system will send notice of this filing to all parties.  Parties may access this filing through the Court's system.

/s/James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney