In re: National Prescription Opiate Litigation					MDL No: 2804

## SCHEDULE OF ACTIONS

### CTO-102

| | | |
|---|---|---|
| The City of Rochester v. Purdue Pharma, L.P., et al | USDC New York – Western | Case No: 6:19-cv-06490 |
| The City of Auburn v. Purdue Pharma, L.P., et al. | USDC New York - Eastern | Case No: 2:19-cv-03800 |