## SERVICE LIST

### CTO-102

NYW/6:19-cv-06490 and NYE/2:19-cv-03800

VIA U.S. MAIL

American Medical Distributors, Inc.
5500 New Horizons Blvd
Amityville, NY 11701

Blenheim Pharmacal, Inc.
119 Creamery Road
North Blenheim, NY 12131

Darby Group Companies, Inc.
300 Jericho Quadrangle
Jericho, NY 11753

Eveready Wholesale Drugs Ltd.
23 Hilltop Drop
Melville, NY 11747

Kinray, LLC
152-35 10th Ave.
Whitestone, NY 11357

Sandoz, Inc.
100 College Road West
Princeton, NJ 08540