BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

In re:  National Prescription Opiate Litigation          MDL No: 2804

PROOF OF SERVICE

I hereby certify that on July 25, 2019, a true and correct copy of the Notice of Appearance was filed and served via the Multidistrict Litigation CM/ECF System on all parties who have appeared.  If electronic notice is not indicated through the court's e-filing system, a true and correct copy of the foregoing document was delivered via electronic mail or U.S. Mail.

Dated: July 25, 2019                     /s/James R. Hankle
                                         James R. Hankle, Esquire
                                         Sherrard, German & Kelly, P.C.
                                         535 Smithfield Street, Suite 300
                                         Pittsburgh, PA  15222
                                         412-355-0200
                                         Email: jrh@sgkpc.com

                                         Counsel for Value Drug Company