BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

In re: National Prescription Opiate Litigation          MDL No: 2804

PROOF OF SERVICE

    I hereby certify that on July 25, 2019, a true and correct copy of the Corporate Disclosure of Value Drug Company, was filed and served via the Multidistrict Litigation CM/ECF System on all parties who have appeared. If electronic notice is not indicated through the court's e-filing system, a true and correct copy of the foregoing document was delivered via electronic mail or U.S. Mail.

Dated: July 25, 2019            /s/James R. Hankle
                                                  James R. Hankle, Esquire
                                                  Sherrard, German & Kelly, P.C.
                                                  535 Smithfield Street, Suite 300
                                                  Pittsburgh, PA 15222
                                                  412-355-0200
                                                  Email: jrh@sgkpc.com

                                                  Counsel for Value Drug Company