UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
|---|---|
| | Case No.: 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |
| County of Summit, Ohio, *et al.,* v. Purdue Pharma L.P., *et al.*, Case No. 18-op-45090 | **Notice of Corrected Filing Plaintiffs' Expert Reports** |
| County of Cuyahoga, Ohio, et al., v. Purdue Pharma L.P., et al., Case No. 17-op-450004 | |

Pursuant to the Court's Order dated July 5, 2019, paragraph C (Doc. # 1813), the

Plaintiffs Executive Committee files the attached Plaintiffs' Expert Reports:

| **Exhibit** | **Expert** | **Date of Report** |
|---|---|---|
| 1 | Caleb Alexander, MD, MS Report | March 25, 2019 |
| 2 | Caleb Alexander, MD, MS Supplement and Errata | April 3, 2019<br>April 17, 2019 |
| 3 | David Courtwright, PhD Report | March 25, 2019 |
| 4 | David Cutler, PhD Report | March 25, 2019 |
| 5 | David Egilman, MD, PhD Report | March 25, 2019 |
| 6 | Jonathan Gruber, PhD Report | March 25, 2019 |
| 7 | Lacey Keller Report with Errata | April 17, 2019<br>May 11, 2019 |
| 8 | David Kessler, MD Report | March 25, 2019 |
| 9 | Katherine Keyes Report | March 25, 2019 |
| 10 | Anna Lembke Report with Supplemental Materials | March 25, 2019<br>April 16, 2019 |
| 11 | Jeffrey Liebman, PhD Report | March 25, 2019 |
| 12 | Jeffrey Liebman, PhD Supplemental Report and Errata with Revised Appendix B | April 3, 2019<br>April 16, 2019 |
| 13 | Jeffrey Liebman PhD Revised Appendix B, Appendix D, and Errata | May, 16, 2019 |
| 14 | Craig McCann Report | March 25, 2019 |
| 15 | Craig McCann Supplemental Report | April 3, 2019 |
| 16 | Craig McCann Second Supplemental Report | April 15, 2019 |
| 17 | Thomas McGuire Report | March 25, 2019 |

1814097.1

| **Exhibit** | **Expert** | **Date of Report** |
|---|---|---|
| 18 | Thomas McGuire Report – Public Nuisance | March 25, 2019 |
| 19 | Matthew Perri Report Pages 1-1500 | March 25, 2019 |
| 20 | Matthew Perri Report Pages 1501-2610 | March 25, 2019 |
| 21 | Matthew Perri Report Pages 2611-3719 | March 25, 2019 |
| 22 | James Rafalski Report | April 17, 2019 |
| 23 | Meredith Rosenthal Report and Errata | March 25, 2019 <br> May 2, 2019 |
| 24 | Mark Schumacher, MD Report and Supplemental Materials | March 25, 2019 <br> April 15, 2019 |
| 25 | Scott Wexelblatt, PhD Report | March 25, 2019 |
| 26 | Seth Whitelaw, JD, LLM Report | April 15, 2019 |
| 27 | Nancy Young, PhD Report | March 25, 2019 |

Dated: July 25, 2019          *Co-Lead Counsel*


By:   /s/ Paul J. Hanly, Jr.
         Paul J. Hanly, Jr.

SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, NY 10016
Tel:    212-784-6401
Fax:    212-213-5949

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd. 17th Floor
Mount Pleasant, SC 29464
Tel:    843-216-9000
Fax:    843-216-9450
Email: jrice@motleyrice.com

Paul T. Farrell Jr.
GREENE KETCHUM, FARRELL, BAILEY & TWEEL, LLP
419 Eleventh Street
Huntington, WV 25701
Tel:    304-525-9115
Fax:    304-529-3284
Email: paul@greeneketchum.com

1814097.1

*Plaintiffs' Liaison Counsel*

By: /s/ Peter Weinberger
     Peter Weinberger

SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Ste. 1700
Cleveland, OH 44114
Tel: 216-696-3232
Fax: 216-696-3924
Email: pweinberger@spanglaw.com

Steve Skikos
SKIKOS, CRAWFORD, SKIKOS AND JOSEPH
1 Sansome Street Ste. 2830
San Francisco, CA 94104
Tel: 415-546-7300
Fax: 415-546-7301
Email: sskikos@skikos.com

Troy Rafferty
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
  RAFFERTY AND PROCTOR
316 South Baylen Street Ste. 600
Pensacola, FL 32502
Tel: 850-435-7163
Fax: 850-436-6163
Email: trafferty@levinlaw.com

Dated: July 18, 2019     *Plaintiffs' Executive Committee*

By: /s/ Elizabeth J. Cabraser
     Elizabeth J. Cabraser

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Flr.
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008
Email: ecabraser@lchb.com

1814097.1

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY &
 AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel:    973-994-1700
Fax:    973-994-1744
Email: jcecchi@carellabyrne.com

Erin K. Dickinson
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Whitefish Bay, WI 53202
Tel:    414-210-3767
Email: ekd@cruegerdickinson.com

James R. Dugan, II
THE DUGAN LAW FIRM, APLC
365 Canal Street Ste. 1000
New Orleans, LA 70130
Tel:    504-648-0180
Fax:    504-648-0181
Email: jdugan@dugan-lawfirm.com

Paul J. Geller
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road Ste. 500
Boca Raton, FL 33432
Tel:    561-750-3000
Fax:    561-750-3364
Email: pgeller@rgrdlaw.com

Michael J. Fuller
MCHUGH FULLER LAW GROUP
97 Elias Whiddon Road
Hattiesburg, MS 39402
Tel:    601-261-2220
Fax:    601-261-2481
Email: mike@mchughfuller.com

1814097.1

R. Eric Kennedy
WEISMAN KENNEDY & BERRIS CO., LPA
1600 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
Tel:    216-781-1111
Fax:    216-781-6747
Email: ekennedy@weismanlaw.com

W. Mark Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
Tel:    713-659-5200

Peter J. Mougey
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY &
 PROCTOR, PA
316 South Baylen Street Ste. 600
Pensacola, FL 32502
Tel:    850-435-7068
Fax:    850-436-6068
Email: pmougey@levinlaw.com

Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway 5th Floor
New York, NY 10003
Tel:    212-558-5715
Fax:    212-344-5461
Email: erelkin@weitzlux.com

Lynn Sarko
KELLER ROHRBACK
1201 Third Avenue Ste. 3200
Seattle, WA 98101
Tel:    206-623-1900
Fax:    206-623-3384
Email: lsarko@kellerrohrback.com

1814097.1

Hunter J. Shkolnik
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road Ste. 305
Melville, NY 11747
Tel:    212-397-1000
Fax:    646-843-7603
Email: hunter@napolilaw.com

Christopher A. Seeger
SEEGER WEISS LLP
Christopher A. Seeger
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel:    973-639-9100
Fax:    973-639-9393
Email: cseeger@seegerweiss.com

Roland Tellis
BARON & BUDD, P.C.
15910 Ventura Blvd. Ste. 1600
Los Angeles, CA 91436
Tel:    818-839-2333
Fax:    818-986-9698
Email: rtellis@baronbudd.com

James D. Young
MORGAN & MORGAN
76 South Laura Street Ste. 1100
Jacksonville, FL 32202
Tel:    904-361-0012
Fax:    904-366-7677
Email: jyoung@forthepeople.com

1814097.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies will be served upon counsel of record  by, and may be obtained through, the Court CM/ECF Systems.

DATED: July 19, 2019                      */s/  Elizabeth J. Cabraser*
                                                            Elizabeth J. Cabraser

1814097.1