# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>Case No. 1:18-op-45749-DAP<br><br>THE BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION,<br><br>       Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., McKESSON CORPORATION, PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC., NORAMCO, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC., PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., ALLERGAN PLC f/k/a ACTAVIS PLC, ALLERGAN FINANCE LLC, f/k/a ACTAVIS, INC., f/k/a WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., MALLINCKRODT PLC, MALLINCKRODT LLC., SPECGX LLC, | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster**<br><br>**DEFENDANT DAKOTA DRUG, INC.'S ANSWER TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES** |

INSYS THERAPEUTICS, INC., CVS
PHARMACY, INC., CVS INDIANA, L.L.C.,
WALMART INC. f/k/a WAL-MART
STORES, INC., WALGREEN CO.,
WALGREEN ARIZONA DRUG CO.,
ADVANTAGE LOGISTICS,
ALBERTSON'S LLC, ANDA
PHARMACEUTICALS, INC.,
ASSOCIATED PHARMACIES, INC.,
DAKOTA DRUG, INC., and SMITH'S
FOOD & DRUG CENTERS, INC. d/b/a
PEYTON'S PHOENIX

    Defendants.

Defendant Dakota Drug, Inc. ("Dakota Drug" or "Defendant") hereby responds to Plaintiff The Blackfeet Tribe of the Blackfeet Indian Reservation's ("Blackfeet" or "Plaintiff") Corrected First Amended Complaint and Jury Demand ("Complaint") as follows:

## COMPLAINT[1]

1.    Defendant only admits that Plaintiff purports to bring the Complaint against the defendants identified in the caption and listed in Paragraph 1 of the Complaint, but specifically denies any liability or wrongdoing whatsoever and denies that Plaintiff is entitled to any relief that it seeks.  Defendant denies the allegations contained in Paragraph 1 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint, and on that basis denies those allegations.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

## INTRODUCTION

2.    The allegations in Paragraph 2 of the Complaint set forth an opinion to which no response is required.  Further answering, while Defendant does not deny the existence of an opioid epidemic that raises many complex issues, as a wholesale distributor of prescription medications, Defendant has a limited role in the healthcare supply chain and does not control how medications that it distributes are prescribed, dispensed, or ultimately used.  Nor does Defendant promote the prescribing or use of medications, including opioids, to doctors or patients, or determine the

---

[1] Defendant includes the headings from the Complaint only for ease and convenience of the Court and the parties. Defendant neither admits nor endorses the content of any such heading.

appropriate supply of opioids.  Defendant has and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 2 of the Complaint.

3. Defendant denies the allegations contained in Paragraph 3 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint, and on that basis denies those allegations.  The allegations in Paragraph 3 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

4. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 4 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

5. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 5 of the Complaint purports to be based on reference documents or

websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

6.      Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 6 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

7.      Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 7 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

8.      Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 8 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

9.      The allegations in Paragraph 9 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint, and on that basis denies those allegations.  Defendant denies the allegations contained in Paragraph 9 of the Complaint to the extent that they are directed to Defendant.  By way of further response, Defendant states that Defendant has complied and

continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

10.     Paragraph 10 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10, and therefore, denies them.

11.     Paragraph 11 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11, and therefore, denies them.

12.     Paragraph 12 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12, and therefore, denies them.

13.     Paragraph 13 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13, and therefore, denies them.  To the extent Paragraph 13 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

14.     Paragraph 14 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and therefore, denies them.  Defendant denies all remaining allegations in Paragraph 14.

15.     Paragraph 15 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and therefore, denies them.  Defendant denies all remaining allegations in Paragraph 15.

16.     Paragraph 16 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and therefore, denies them.  Defendant denies all remaining allegations in Paragraph 16.

17.     Paragraph 17 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and therefore, denies them.  The remaining allegations in Paragraph 17 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

18.     The allegations in Paragraph 18 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint, and on that basis, denies those allegations.  Paragraph 18 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18, and therefore, denies them.  To the extent Paragraph 18 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

19.     The allegations in Paragraph 19 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint, and on that basis, denies those allegations.  Paragraph 19 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19, and therefore, denies them.  To the extent Paragraph 19 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and

Defendant denies any characterizations of the same.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

20.     The allegations in Paragraph 20 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint, and on that basis, denies those allegations.  Paragraph 20 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20, and therefore, denies them.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

21.     The allegations in Paragraph 21 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint, and on that basis, denies those allegations.  Paragraph 21 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and

therefore, denies them.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

22.     Paragraph 22 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and therefore, denies them.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

23.     The allegations in Paragraph 23 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint, and on that basis, denies those allegations.  Paragraph 23 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, and therefore, denies them.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

## JURISDICTION AND VENUE

24.     The allegations in Paragraph 24 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint, and on that basis, denies those allegations.

25.     The allegations in Paragraph 25 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint, and on that basis, denies those allegations.

26.     The allegations in Paragraph 26 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint, and on that basis, denies those allegations.

27.     The allegations in Paragraph 27 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint, and on that basis, denies those allegations.

28.     The allegations in Paragraph 28 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint, and on that basis, denies those allegations.

29.     The allegations in Paragraph 29 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant

lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint, and on that basis, denies those allegations.

**PARTIES**

**I.      PLAINTIFF**

30.     Defendant only admits that the Blackfeet Tribe of the Blackfeet Indian Reservation purports to bring the Complaint.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 30 of the Complaint, and, on that basis, denies those allegations.

31.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint, and, on that basis, denies those allegations.

32.     The allegations in Paragraph 32 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint, and on that basis, denies those allegations.

33.     The allegations in Paragraph 33 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint, and, on that basis, denies those allegations.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

34.     The allegations in Paragraph 34 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint, and, on that basis, denies those allegations.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

35.     The allegations in Paragraph 35 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint, and, on that basis, denies those allegations.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

36.     The allegations in Paragraph 36 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint, and, on that basis, denies those allegations.

## II.     **DEFENDANTS**

### A.     **Marketing Defendants.**

37.     The allegations in Paragraph 37 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant

lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint, and on that basis, denies those allegations.  Paragraph 37 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37, and therefore, denies them.

### 1.      **Purdue Entities**

38.      Paragraph 38 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38, and therefore, denies them.

39.      Paragraph 39 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39, and therefore, denies them.

40.      Paragraph 40 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40, and therefore, denies them.

41.      Paragraph 41 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41, and therefore, denies them.

42.     Paragraph 42 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42, and therefore, denies them.

43.     Paragraph 43 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43, and therefore, denies them.

44.     Paragraph 44 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44, and therefore, denies them.

### 2.     Actavis Entities

45.     Paragraph 45 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45, and therefore, denies them.

46.     Paragraph 46 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46, and therefore, denies them.

### 3.     Cephalon Entities

47.     Paragraph 47 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47, and therefore, denies them.

48.     Paragraph 48 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48, and therefore, denies them.

49.     Paragraph 49 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49, and therefore, denies them.

50.     Paragraph 50 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50, and therefore, denies them.

**4.     Janssen Entities**

51.     Paragraph 51 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51, and therefore, denies them.

52.     Paragraph 52 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52, and therefore, denies them.

53.     Paragraph 53 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53, and therefore, denies them.

54.     Paragraph 54 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54, and therefore, denies them.

55.     Paragraph 55 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55, and therefore, denies them.

56.     Paragraph 56 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56, and therefore, denies them.

57.     Paragraph 57 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57, and therefore, denies them.

58.     Paragraph 58 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58, and therefore, denies them.

59.      Paragraph 59 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59, and therefore, denies them.

60.      Paragraph 60 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60, and therefore, denies them.

61.      Paragraph 61 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61, and therefore, denies them.

**5.      Endo Entities**

62.      Paragraph 62 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62, and therefore, denies them.

63.      Paragraph 63 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63, and therefore, denies them.

64.     Paragraph 64 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64, and therefore, denies them.

65.     Paragraph 65 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65, and therefore, denies them.

66.     Paragraph 66 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66, and therefore, denies them.

67.     Paragraph 67 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67, and therefore, denies them.

68.     Paragraph 68 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68, and therefore, denies them.

### 6.     Insys Therapeutics, Inc.

69.     Paragraph 69 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69, and therefore, denies them.

70.     Paragraph 70 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70, and therefore, denies them.

71.     Paragraph 71 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71, and therefore, denies them.

72.     Paragraph 72 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72, and therefore, denies them.

73.     Paragraph 73 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73, and therefore, denies them.

### 7.     Mallinckrodt Entities

74.     Paragraph 74 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74, and therefore, denies them.

75.     Paragraph 75 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75, and therefore, denies them.

76.     Paragraph 76 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76, and therefore, denies them.

77.     Paragraph 77 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77, and therefore, denies them.

78.     Paragraph 78 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78, and therefore, denies them.

79.     Paragraph 79 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79, and therefore, denies them.

80.     Paragraph 80 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80, and therefore, denies them.

    **B.**    **Distributor Defendants**

81.    The allegations in Paragraph 81 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint, and on that basis, denies those allegations.  Paragraph 81 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81, and therefore, denies them.

    **1.**    **Cardinal Health, Inc.**

82.    Paragraph 82 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82, and therefore, denies them.

    **2.**    **McKesson Corporation**

83.    Paragraph 83 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83, and therefore, denies them.

84.    Paragraph 84 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84, and therefore, denies them.

### 3. **AmerisourceBergen Drug Corporation**

85.     Paragraph 85 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85, and therefore, denies them.

### 4. **CVS Entities**

86.     Paragraph 86 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86, and therefore, denies them.

### 5. **Walgreens Entities**

87.     Paragraph 87 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87, and therefore, denies them.

### 6. **Walmart Inc.**

88.     Paragraph 88 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88, and therefore, denies them.

### 7. **Advantage Logistics**

89.      Paragraph 89 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89, and therefore, denies them.

### 8. **Albertson's LLC**

90.      Paragraph 90 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90, and therefore, denies them.

### 9. **Anda Pharmaceuticals, Inc.**

91.      Paragraph 91 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91, and therefore, denies them.

### 10. **Associated Pharmacies, Inc.**

92.      Paragraph 92 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92, and therefore, denies them.

### 11. **Dakota Drug, Inc.**

93.      Defendant admits that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, in Montana, but only to the extent that the entities

Defendant distributed to are registered with the DEA and licensed in Montana.  Defendant also admits that it is a North Dakota corporation, but denies that its principal place of business is in Minot, North Dakota.  Defendant also admits that at all relevant times it operated as a licensed wholesale distributor in Montana, licensed by the Montana Board of Pharmacy.  Defendant denies the remaining allegations in Paragraph 93 of the Complaint.

### 12.   Smith's Food & Drug Centers, Inc.

94.    Paragraph 94 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94, and therefore, denies them.

95.    Paragraph 95 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95, and therefore, denies them.

96.    Paragraph 96 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96, and therefore, denies them.

97.    Paragraph 97 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97, and therefore, denies them.

C.      **Agency and Authority**

98.     The allegations in Paragraph 98 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 of the Complaint, and on that basis, denies those allegations.  Defendant denies the allegations in Paragraph 98 of the Complaint to the extent that they are directed to Defendant.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

## FACTUAL ALLEGATIONS

I.      **FACTS COMMON TO ALL CLAIMS**

A.      **Opioids and Their Effects**

99.     The allegations in Paragraph 99 of the Complaint set forth purported medical and/or expert opinions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of the Complaint, and on that basis denies those allegations.

100.    The allegations in Paragraph 100 of the Complaint set forth purported medical and/or expert opinions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of the Complaint, and on that basis denies those allegations.

101.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 101 of the Complaint purports to be based on reference

documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

102.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 102 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

103.    The allegations in Paragraph 103 of the Complaint set forth purported medical and/or expert opinions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of the Complaint and on that basis denies those allegations.

104.    Defendant admits that branded and generic prescription opioids are narcotics and are regulated as controlled substances.  To the extent Paragraph 104 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the remaining allegations in Paragraph 104 of the Complaint.

105.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 of the Complaint, and on that basis denies those allegations.  Defendant denies the allegations contained in Paragraph 105 of the Complaint to the extent they are directed to Defendant.

106.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 of the Complaint and on that basis denies those

allegations.  Defendant denies the allegations contained in Paragraph 106 of the Complaint to the extent they are directed to Defendant.

107.    The allegations in Paragraph 107 of the Complaint set forth purported medical and/or expert opinions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 of the Complaint, and on that basis denies those allegations.

108.    The allegations in Paragraph 108 of the Complaint set forth purported medical and/or expert opinions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 of the Complaint, and on that basis denies those allegations.

109.    Paragraph 109 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109, and therefore, denies them.

110.    The allegations in Paragraph 110 of the Complaint set forth purported medical and/or expert opinions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of the Complaint, and on that basis denies those allegations. Defendant denies the allegations contained in Paragraph 110 of the Complaint to the extent that they are directed to Defendant.

111.    The allegations in Paragraph 111 of the Complaint set forth purported medical and/or expert opinions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 111 of the Complaint, and on that basis denies those allegations. Defendant denies the allegations contained in Paragraph 111 of the Complaint to the extent that they are directed to Defendant.

112.    The allegations in Paragraph 112 of the Complaint set forth purported medical and/or expert opinions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 of the Complaint, and on that basis denies those allegations.

113.    The allegations in Paragraph 113 of the Complaint set forth purported medical and/or expert opinions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 of the Complaint, and on that basis denies those allegations.

114.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 114 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

   B.    **The Resurgence of Opioid Use in the United States**

       1.    **The Sackler Family Integrated Advertising and Medicine**

115.    Paragraph 115 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115, and therefore, denies them.

116.    Paragraph 116 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116, and therefore, denies them.  To the extent Paragraph 116 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

117.    Paragraph 117 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117, and therefore, denies them.

118.    Paragraph 118 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118, and therefore, denies them.  To the extent Paragraph 118 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

119.    Paragraph 119 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119, and therefore, denies them.  To the extent Paragraph 119 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

120.    Paragraph 120 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120, and therefore, denies them.

### 2. **Purdue and the Development of OxyContin**

121.    Paragraph 121 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121, and therefore, denies them.

122.    Paragraph 122 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122, and therefore, denies them.  To the extent Paragraph 122 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

123.    Paragraph 123 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123, and therefore, denies them.  To the extent Paragraph 123 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

124.    Paragraph 124 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124, and therefore, denies them.  To the extent Paragraph 124 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

125.    Paragraph 125 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125, and therefore, denies them.  To the extent Paragraph 125 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

126.    Paragraph 126 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126, and therefore, denies them.  To the extent Paragraph 126 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

127.    Paragraph 127 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127, and therefore, denies them.

128.    Paragraph 128 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128, and therefore, denies them.

129.    Paragraph 129 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129, and therefore, denies them.

130.    Paragraph 130 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130, and therefore, denies them.

131.    Paragraph 131 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131, and therefore, denies them.  To the extent Paragraph 131 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

132.    Paragraph 132 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132, and therefore, denies them.  To the extent Paragraph 132 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### 3.    Other Marketing Defendants Leapt at the Opioid Opportunity

133.    Paragraph 133 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133, and therefore, denies them.

134.   Paragraph 134 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134, and therefore, denies them.  To the extent Paragraph 134 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

135.   Paragraph 135 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135, and therefore, denies them.

136.   Paragraph 136 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136, and therefore, denies them.  To the extent Paragraph 136 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

137.   Paragraph 137 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137, and therefore, denies them.  To the extent Paragraph 137 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

138.     Paragraph 138 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138, and therefore, denies them.  To the extent Paragraph 138 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

139.     Paragraph 139 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139, and therefore, denies them.

140.     Paragraph 140 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140, and therefore, denies them.

**C.     Defendants' Conduct Created An Abatable Public Nuisance**

141.     Defendant denies the allegations contained in Paragraph 141 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of the Complaint, and on that basis denies those allegations. The remaining allegations in Paragraph 141 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the

distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

142.    Defendant denies the allegations contained in Paragraph 142 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 of the Complaint, and on that basis denies those allegations. The remaining allegations in Paragraph 142 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

143.    Defendant denies the allegations contained in Paragraph 143 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of the Complaint, and on that basis denies those allegations. The remaining allegations in Paragraph 143 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 684 of the Complaint purports to be based on state or federal laws and regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its

obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

    **D.**    **The Marketing Defendants' Multi-Pronged Scheme to Change and Sustain Prescriber Habits and Public Perception and Increase Demand for Opioids**

    144.    Defendant denies the allegations contained in Paragraph 144 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of the Complaint, and on that basis denies those allegations.

    145.    Defendant denies the allegations contained in Paragraph 145 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 of the Complaint, and on that basis denies those allegations.

    146.    Defendant denies the allegations contained in Paragraph 146 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 of the Complaint, and on that basis denies those allegations.

    **1.**    **The Marketing Defendants Promoted Multiple Falsehoods About Opioids**

    147.    Defendant denies the allegations contained in Paragraph 147 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 of the Complaint, and on that basis denies those allegations.

    148.    Defendant denies the allegations contained in Paragraph 148 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 of the Complaint, and on that basis denies those allegations.

149.    Defendant denies the allegations contained in Paragraph 149 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 of the Complaint, and on that basis denies those allegations.

### a.    Falsehood #1: The risk of addiction from chronic opioid therapy is low

150.    Defendant denies the allegations contained in Paragraph 150 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 of the Complaint, and on that basis denies those allegations.

151.    Defendant denies the allegations contained in Paragraph 151 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 of the Complaint, and on that basis denies those allegations.

152.    Paragraph 152 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152, and therefore, denies them.  To the extent Paragraph 152 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### i.      Purdue's misrepresentations regarding addiction risk

153.    Paragraph 153 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153, and therefore, denies them.  To the extent Paragraph 153 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

154.    Paragraph 154 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154, and therefore, denies them.  To the extent Paragraph 154 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

155.    Paragraph 155 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155, and therefore, denies them.  To the extent Paragraph 155 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

156.    Paragraph 156 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156, and therefore, denies them.  To the extent Paragraph 156 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

157.    Paragraph 157 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157, and therefore, denies them.  To the extent Paragraph 157 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

158.    Paragraph 158 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158, and therefore, denies them.  To the extent Paragraph 158 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

159.    Paragraph 159 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159, and therefore, denies them.  To the extent Paragraph 159 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

160.    Paragraph 160 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 160, and therefore, denies them.  To the extent Paragraph 160 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

161.    Paragraph 161 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161, and therefore, denies them.  To the extent Paragraph 161 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

162.    Paragraph 162 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162, and therefore, denies them.  To the extent Paragraph 162 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

163.    Paragraph 163 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163, and therefore, denies them.  To the extent Paragraph 163 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

164.    Paragraph 164 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164, and therefore, denies them.  To the extent Paragraph 164 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

165.    Paragraph 165 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165, and therefore, denies them.  To the extent Paragraph 165 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

166.    Paragraph 166 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166, and therefore, denies them.

167.    Paragraph 167 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167, and therefore, denies them.  To the extent Paragraph 167 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

168.    Paragraph 168 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168, and therefore, denies them.

169.    Paragraph 169 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169, and therefore, denies them.

170.    Paragraph 170 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170, and therefore, denies them.

171.    Paragraph 171 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171, and therefore, denies them.

172.    Paragraph 172 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172, and therefore, denies them.

**ii.    Endo's misrepresentations regarding addiction risk**

173.    Paragraph 173 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173, and therefore, denies them.

174.     Paragraph 174 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174, and therefore, denies them.

175.     Paragraph 175 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175, and therefore, denies them.  To the extent Paragraph 175 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

176.     Paragraph 176 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176, and therefore, denies them.  To the extent Paragraph 176 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

177.     Paragraph 177 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177, and therefore, denies them.  To the extent Paragraph 177 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

178.     Paragraph 178 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178, and therefore, denies them.  To the extent Paragraph 178 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

179.     Paragraph 179 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179, and therefore, denies them.  To the extent Paragraph 179 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

180.     Paragraph 180 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180, and therefore, denies them.  To the extent Paragraph 180 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### iii.     Janssen's misrepresentations regarding addiction risk.

181.     Paragraph 181 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181, and therefore, denies them.  To the extent Paragraph 181 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

182.    Paragraph 182 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182, and therefore, denies them.  To the extent Paragraph 182 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

183.    Paragraph 183 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183, and therefore, denies them.  To the extent Paragraph 183 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

184.    Paragraph 184 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184, and therefore, denies them.  To the extent Paragraph 184 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

185.    Paragraph 185 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 185, and therefore, denies them.  To the extent Paragraph 185 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

186.    Paragraph 186 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186, and therefore, denies them.

187.    Paragraph 187 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187, and therefore, denies them.

188.    Paragraph 188 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188, and therefore, denies them.

189.    Paragraph 189 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189, and therefore, denies them.

**iv.    Cephalon's misrepresentations regarding addiction risk.**

190.    Paragraph 190 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 190, and therefore, denies them.  To the extent Paragraph 190 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

191.    Paragraph 191 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191, and therefore, denies them.  To the extent Paragraph 191 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

192.    Paragraph 192 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192, and therefore, denies them.  To the extent Paragraph 192 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

###### v.    Actavis's misrepresentations regarding addiction risk.

193.    Paragraph 193 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193, and therefore, denies them.  To the extent Paragraph 193 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

194.    Paragraph 194 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194, and therefore, denies them.  To the extent Paragraph 194 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

195.    Paragraph 195 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195, and therefore, denies them.  To the extent Paragraph 195 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

196.    Paragraph 196 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196, and therefore, denies them.  To the extent Paragraph 196 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

       vi.    **Mallinckrodt's misrepresentations regarding addiction risk**

197.    Paragraph 197 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197, and therefore, denies them.  To the extent Paragraph 197 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

198.    Paragraph 198 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198, and therefore, denies them.  To the extent Paragraph 198 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

199.    Paragraph 199 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199, and therefore, denies them.  To the extent Paragraph 199 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

200.    Paragraph 200 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200, and therefore, denies them.  To the extent Paragraph 200 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

201.    Paragraph 201 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201, and therefore, denies them.

      **b.**      <u>**Falsehood #2: To the extent there is a risk of addiction, it can be easily identified and managed**</u>

202.     Paragraph 202 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202, and therefore, denies them.

203.     Paragraph 203 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203, and therefore, denies them.  To the extent Paragraph 203 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

204.     Paragraph 204 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204, and therefore, denies them.  To the extent Paragraph 204 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

205.     Paragraph 205 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205, and therefore, denies them.  To the extent Paragraph 205 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

206.    Paragraph 206 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206, and therefore, denies them.  To the extent Paragraph 206 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

207.    Paragraph 207 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207, and therefore, denies them.  To the extent Paragraph 207 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

208.    Paragraph 208 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208, and therefore, denies them.  To the extent Paragraph 208 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

209.    Paragraph 209 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209, and therefore, denies them.

c.  **Falsehood #3: Signs of addictive behavior are "pseudoaddiction," requiring more opioids**

210.    Paragraph 210 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210, and therefore, denies them.  To the extent Paragraph 210 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

211.    Paragraph 211 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211, and therefore, denies them.  To the extent Paragraph 211 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

212.    Paragraph 212 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212, and therefore, denies them.  To the extent Paragraph 212 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

213.    Paragraph 213 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213, and therefore, denies them.  To the extent Paragraph 213 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

214.    Paragraph 214 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214, and therefore, denies them.  To the extent Paragraph 214 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

215.    Paragraph 215 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215, and therefore, denies them.  To the extent Paragraph 215 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

216.    Paragraph 216 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216, and therefore, denies them.  To the extent Paragraph 216 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

217.    Paragraph 217 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 217, and therefore, denies them.  To the extent Paragraph 217 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

218.    Paragraph 218 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218, and therefore, denies them.  To the extent Paragraph 218 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

219.    Paragraph 219 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219, and therefore, denies them.  To the extent Paragraph 219 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

220.    Paragraph 220 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220, and therefore, denies them.  To the extent Paragraph 220 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### d.      Falsehood #4: Opioid withdrawal can be avoided by tapering

221.    Paragraph 221 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221, and therefore, denies them.

222.    Paragraph 222 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222, and therefore, denies them.  To the extent Paragraph 222 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

223.    Paragraph 223 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223, and therefore, denies them.  To the extent Paragraph 223 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

224.    Paragraph 224 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224, and therefore, denies them.

> **e.**  **Falsehood #5: Opioid doses can be increased without limit or greater risks**

225.    Paragraph 225 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225, and therefore, denies them.

226.     Paragraph 226 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226, and therefore, denies them.

227.     Paragraph 227 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227, and therefore, denies them.  To the extent Paragraph 227 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

228.     Paragraph 228 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228, and therefore, denies them.  To the extent Paragraph 228 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

229.     Paragraph 229 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229, and therefore, denies them.  To the extent Paragraph 229 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

230.     Paragraph 230 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230, and therefore, denies them.  To the extent Paragraph 230 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

231.     Paragraph 231 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231, and therefore, denies them.  To the extent Paragraph 231 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

232.     Paragraph 232 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232, and therefore, denies them.  To the extent Paragraph 232 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

233.     Paragraph 233 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233, and therefore, denies them.  To the extent Paragraph 233 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

234.    Paragraph 234 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234, and therefore, denies them.  To the extent Paragraph 234 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

235.    Paragraph 235 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235, and therefore, denies them.  To the extent Paragraph 235 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

236.    Paragraph 236 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 236, and therefore, denies them.  To the extent Paragraph 236 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

f.      **Falsehood #6: Long-term opioid use improves functioning**

237.    Paragraph 237 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237, and therefore, denies them.

238.    Paragraph 238 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238, and therefore, denies them.  To the extent Paragraph 238 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

239.    Paragraph 239 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239, and therefore, denies them.  To the extent Paragraph 239 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

240.    Paragraph 240 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 240, and therefore, denies them.  To the extent Paragraph 240 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

241.    Paragraph 241 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 241, and therefore, denies them.  To the extent Paragraph 241 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

242.    Paragraph 242 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242, and therefore, denies them.  To the extent Paragraph 242 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

243.    Paragraph 243 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243, and therefore, denies them.  To the extent Paragraph 243 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

244.    Paragraph 244 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244, and therefore, denies them.  To the extent Paragraph 244 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

245.    Paragraph 245 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245, and therefore, denies them.  To the extent Paragraph 245 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

246.    Paragraph 246 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246, and therefore, denies them.  To the extent Paragraph 246 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

247.    Paragraph 247 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247, and therefore, denies them.  To the extent Paragraph 247 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

248.    Paragraph 248 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248, and therefore, denies them.  To the extent Paragraph 248 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

249.    Paragraph 249 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 249, and therefore, denies them.  To the extent Paragraph 249 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

250.    Paragraph 250 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250, and therefore, denies them.  To the extent Paragraph 250 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

251.    Paragraph 251 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 251, and therefore, denies them.  To the extent Paragraph 251 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

252.    Paragraph 252 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252, and therefore, denies them.  To the extent Paragraph 252 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

253.    Paragraph 253 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 253, and therefore, denies them.  To the extent Paragraph 253 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

> **g.**      **Falsehood #7: Alternative forms of pain relief pose greater risks than opioids**

254.    Paragraph 254 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254, and therefore, denies them.

255.    Paragraph 255 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 255, and therefore, denies them.  To the extent Paragraph 255 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

256.    Paragraph 256 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256, and therefore, denies them.  To the extent Paragraph 256 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

257.    Paragraph 257 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 257, and therefore, denies them.  To the extent Paragraph 257 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

258.    Paragraph 258 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 258, and therefore, denies them.  To the extent Paragraph 258 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

259.    Paragraph 259 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 259, and therefore, denies them.  To the extent Paragraph 259 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

260.    Paragraph 260 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 260, and therefore, denies them.  To the extent Paragraph 260 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

261.    Paragraph 261 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 261, and therefore, denies them.  To the extent Paragraph 261 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

262.    Paragraph 262 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 262, and therefore, denies them.  To the extent Paragraph 262 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

263.    Paragraph 263 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 263, and therefore, denies them.  To the extent Paragraph 263 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

h.      **Falsehood #8: OxyContin provides twelve hours of pain relief**

264.    Paragraph 264 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 264, and therefore, denies them.

265.    Paragraph 265 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 265, and therefore, denies them.

266.    Paragraph 266 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 266, and therefore, denies them.

267.    Paragraph 267 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 267, and therefore, denies them.  To the extent Paragraph 267 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

268.    Paragraph 268 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 268, and therefore, denies them.  To the extent Paragraph 268 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

269.    Paragraph 269 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 269, and therefore, denies them.  To the extent Paragraph 269 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

270.    Paragraph 270 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 270, and therefore, denies them.  To the extent Paragraph 270 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

271.    Paragraph 271 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 271, and therefore, denies them.  To the extent Paragraph 271 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

272.    Paragraph 272 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 272, and therefore, denies them.  To the extent Paragraph 272 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

273.    Paragraph 273 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 273, and therefore, denies them.  To the extent Paragraph 273 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

274.    Paragraph 274 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 274, and therefore, denies them.  To the extent Paragraph 274 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

275.    Paragraph 275 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 275, and therefore, denies them.

i.    **Falsehood #9: New formulations of certain opioids successfully deter abuse**

276.    Paragraph 276 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 276, and therefore, denies them.

277.     Paragraph 277 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 277, and therefore, denies them.  To the extent Paragraph 277 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### i.     Purdue's deceptive marketing of reformulated OxyContin and Hysingla ER

278.     Paragraph 278 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 278, and therefore, denies them.  To the extent Paragraph 278 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

279.     Paragraph 279 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 279, and therefore, denies them.

280.     Paragraph 280 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 280, and therefore, denies them.

281.     Paragraph 281 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 281, and therefore, denies them.  To the extent Paragraph 281 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

282.    Paragraph 282 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 282, and therefore, denies them.

283.    Paragraph 283 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 283, and therefore, denies them.  To the extent Paragraph 283 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

284.    Paragraph 284 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 284, and therefore, denies them.  To the extent Paragraph 284 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

285.    Paragraph 285 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 285, and therefore, denies them.  To the extent Paragraph 285 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

286.    Paragraph 286 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 286, and therefore, denies them.  To the extent Paragraph 286 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

287.    Paragraph 287 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 287, and therefore, denies them.  To the extent Paragraph 287 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

288.    Paragraph 288 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 288, and therefore, denies them.  To the extent Paragraph 288 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

289.    Paragraph 289 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 289, and therefore, denies them.  To the extent Paragraph 289 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

        **ii.**       **Endo's deceptive marketing of reformulated Opana ER**

290.    Paragraph 290 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 290, and therefore, denies them.  To the extent Paragraph 290 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

291.    Paragraph 291 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 291, and therefore, denies them.

292.    Paragraph 292 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 292, and therefore, denies them.  To the extent Paragraph 292 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

293.    Paragraph 293 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 293, and therefore, denies them.

294.    Paragraph 294 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 294, and therefore, denies them.  To the extent Paragraph 294 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

295.    Paragraph 295 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 295, and therefore, denies them.  To the extent Paragraph 295 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

296.    Paragraph 296 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 296, and therefore, denies them.  To the extent Paragraph 296 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

297.    Paragraph 297 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 297, and therefore, denies them.  To the extent Paragraph 297 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

298.    Paragraph 298 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 298, and therefore, denies them.  To the extent Paragraph 298 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

299.    Paragraph 299 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 299, and therefore, denies them.  To the extent Paragraph 299 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

300.    Paragraph 300 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 300, and therefore, denies them.  To the extent Paragraph 300 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

301.    Paragraph 301 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 301, and therefore, denies them.  To the extent Paragraph 301 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

302.    Paragraph 302 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 302, and therefore, denies them.  To the extent Paragraph 302 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

303.    Paragraph 303 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 303, and therefore, denies them.  To the extent Paragraph 303 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

304.    Paragraph 304 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 304, and therefore, denies them.  To the extent Paragraph 304 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

305.    Paragraph 305 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 305, and therefore, denies them.  To the extent Paragraph 305 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

306.    Paragraph 306 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 306, and therefore, denies them.

307.    Paragraph 307 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 307, and therefore, denies them.  To the extent Paragraph 307 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

308.    Paragraph 308 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 308, and therefore, denies them.  To the extent Paragraph 308 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

309.    Paragraph 309 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 309, and therefore, denies them.  To the extent Paragraph 309 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

310.    Paragraph 310 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 310, and therefore, denies them.  To the extent Paragraph 310 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

311.    Paragraph 311 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 311, and therefore, denies them.  To the extent Paragraph 311 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

312.    Paragraph 312 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 312, and therefore, denies them.  To the extent Paragraph 312 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### iii.    Other Marketing Defendants' misrepresentations regarding abuse deterrence

313.    Paragraph 313 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 313, and therefore, denies them.  To the extent Paragraph 313 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

314.    Paragraph 314 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 314, and therefore, denies them.  To the extent Paragraph 314 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

315.    Paragraph 315 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 315, and therefore, denies them.  To the extent Paragraph 315 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

316.    Paragraph 316 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 316, and therefore, denies them.

317.    Paragraph 317 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 317, and therefore, denies them.

## 2.    The Marketing Defendants Disseminated Their Misleading Messages About Opioids Through Multiple Channels

318.    Paragraph 318 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 318, and therefore, denies them.

319.    Paragraph 319 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 319, and therefore, denies them.

### a.    The Marketing Defendants Directed Front Groups to Deceptively Promote Opioid Use

320.    Paragraph 320 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 320, and therefore, denies them.  To the extent Paragraph 320 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

321.    Paragraph 321 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 321, and therefore, denies them.  To the extent Paragraph 321 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

322.    Paragraph 322 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 322, and therefore, denies them.  To the extent Paragraph 322 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

323.    Paragraph 323 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 323, and therefore, denies them.  To the extent Paragraph 323 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

324.    Paragraph 324 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 324, and therefore, denies them.

### i.       American Pain Foundation

325.     Paragraph 325 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 325, and therefore, denies them.

326.     Paragraph 326 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 326, and therefore, denies them.  To the extent Paragraph 326 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

327.     Paragraph 327 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 327, and therefore, denies them.  To the extent Paragraph 327 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

328.     Paragraph 328 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 328, and therefore, denies them.  To the extent Paragraph 328 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

329.    Paragraph 329 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 329, and therefore, denies them.

330.    Paragraph 330 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 330, and therefore, denies them.  To the extent Paragraph 330 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

331.    Paragraph 331 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 331, and therefore, denies them.  To the extent Paragraph 331 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

332.    Paragraph 332 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 332, and therefore, denies them.  To the extent Paragraph 332 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

       **ii.**     **American Academy of Pain Medicine and the American Pain Society**

333.    Paragraph 333 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 333, and therefore, denies them.  To the extent Paragraph 333 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

334.    Paragraph 334 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 334, and therefore, denies them.

335.    Paragraph 335 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 335, and therefore, denies them.  To the extent Paragraph 335 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

336.    Paragraph 336 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 336, and therefore, denies them.

337.    Paragraph 337 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 337, and therefore, denies them.

338.     Paragraph 338 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 338, and therefore, denies them.

339.     Paragraph 339 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 339, and therefore, denies them.  To the extent Paragraph 339 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

340.     Paragraph 340 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 340, and therefore, denies them.

341.     Paragraph 341 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 341, and therefore, denies them.

342.     Paragraph 342 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 342, and therefore, denies them. To the extent Paragraph 342 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

343. Paragraph 343 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 343, and therefore, denies them. To the extent Paragraph 343 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

344. Paragraph 344 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 344, and therefore, denies them. To the extent Paragraph 344 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### iii. FSMB

345. Paragraph 345 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 345, and therefore, denies them.

346. Paragraph 346 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 346, and therefore, denies them.

347.    Paragraph 347 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 347, and therefore, denies them.  To the extent Paragraph 347 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

348.    Paragraph 348 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 348, and therefore, denies them.  To the extent Paragraph 348 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

349.    Paragraph 349 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 349, and therefore, denies them.  To the extent Paragraph 349 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

350.    Paragraph 350 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 350, and therefore, denies them.  To the extent Paragraph 350 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### iv.     The Alliance for Patient Access

351.     Paragraph 351 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 351, and therefore, denies them.  To the extent Paragraph 351 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

352.     Paragraph 352 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 352, and therefore, denies them.  To the extent Paragraph 352 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

353.     Paragraph 353 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 353, and therefore, denies them.  To the extent Paragraph 353 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

354.     Paragraph 354 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 354, and therefore, denies them.  To the extent Paragraph 354 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

355.    Paragraph 355 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 355, and therefore, denies them.  To the extent Paragraph 355 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

356.    Paragraph 356 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 356, and therefore, denies them.  To the extent Paragraph 356 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

357.    Paragraph 357 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 357, and therefore, denies them.  To the extent Paragraph 357 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

358.    Paragraph 358 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 358, and therefore, denies them.  To the extent Paragraph 358 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### v.      The U.S. Pain Foundation ("USPF")

359.      Paragraph 359 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 359, and therefore, denies them.  To the extent Paragraph 359 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### vi.      American Geriatrics Society ("AGS")

360.      Paragraph 360 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 360, and therefore, denies them.  To the extent Paragraph 360 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

361.      Paragraph 361 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 361, and therefore, denies them.  To the extent Paragraph 361 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

362.    Paragraph 362 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 362, and therefore, denies them.

363.    Paragraph 363 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 363, and therefore, denies them.

> **b.** **The Marketing Defendants Paid Key Opinion Leaders to Deceptively Promote Opioid Use**

364.    Paragraph 364 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 364, and therefore, denies them.

365.    Paragraph 365 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 365, and therefore, denies them.

366.    Paragraph 366 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 366, and therefore, denies them.

367.    Paragraph 367 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 367, and therefore, denies them.

368.    Paragraph 368 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 368, and therefore, denies them.

369.    Paragraph 369 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 369, and therefore, denies them.

370.    Paragraph 370 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 370, and therefore, denies them.  To the extent Paragraph 370 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

371.    Paragraph 371 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 371, and therefore, denies them.

### i.        Dr. Russell Portenoy

372.    Paragraph 372 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 372, and therefore, denies them.  To the extent Paragraph 372 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

373.    Paragraph 373 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 373, and therefore, denies them.  To the extent Paragraph 373 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

374.    Paragraph 374 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 374, and therefore, denies them.  To the extent Paragraph 374 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

375.    Paragraph 375 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 375, and therefore, denies them.  To the extent Paragraph 375 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

376.    Paragraph 376 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 376, and therefore, denies them.

377.    Paragraph 377 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 377, and therefore, denies them.  To the extent Paragraph 377 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

378.    Paragraph 378 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 378, and therefore, denies them.  To the extent Paragraph 378 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

379.    Paragraph 379 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 379, and therefore, denies them.  To the extent Paragraph 379 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### ii.    Dr. Lynn Webster

380.    Paragraph 380 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 380, and therefore, denies them.

381.    Paragraph 381 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 381, and therefore, denies them.  To the extent Paragraph 381 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

382.    Paragraph 382 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 382, and therefore, denies them.

383.    Paragraph 383 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 383, and therefore, denies them.  To the extent Paragraph 383 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

384.    Paragraph 384 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 384, and therefore, denies them.  To the extent Paragraph 384 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### iii.    Dr. Perry Fine

385.    Paragraph 385 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 385, and therefore, denies them.  To the extent Paragraph 385 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

386.    Paragraph 386 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 386, and therefore, denies them.  To the extent Paragraph 386 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

387.    Paragraph 387 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 387, and therefore, denies them.  To the extent Paragraph 387 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

388.    Paragraph 388 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 388, and therefore, denies them.  To the extent Paragraph 388 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

389.    Paragraph 389 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 389, and therefore, denies them.  To the extent Paragraph 389 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

390.    Paragraph 390 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 390, and therefore, denies them.  To the extent Paragraph 390 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

391.    Paragraph 391 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 391, and therefore, denies them.  To the extent Paragraph 391 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### iv.    Dr. Scott Fishman

392.    Paragraph 392 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 392, and therefore, denies them.  To the extent Paragraph 392 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

393.    Paragraph 393 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 393, and therefore, denies them.  To the extent Paragraph 393 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

394.    Paragraph 394 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 394, and therefore, denies them.  To the extent Paragraph 394 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

395.    Paragraph 395 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 395, and therefore, denies them.  To the extent Paragraph 395 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

396.    Paragraph 396 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 396, and therefore, denies them.  To the extent Paragraph 396 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

c.    <u>The     Marketing     Defendants     Disseminated     Their Misrepresentations Through Continuing Medical Education Programs</u>

397.    Paragraph 397 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 397, and therefore, denies them.  To the extent Paragraph 397 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

398.    Paragraph 398 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 398, and therefore, denies them.

399.    Paragraph 399 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 399, and therefore, denies them.

400.    Paragraph 400 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 400, and therefore, denies them.

401.    Paragraph 401 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 401, and therefore, denies them.

402.    Paragraph 402 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 402, and therefore, denies them.

403.    Paragraph 403 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 403, and therefore, denies them.  To the extent Paragraph 403 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

404.    Paragraph 404 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 404, and therefore, denies them.  To the extent Paragraph 404 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

405.    Paragraph 405 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 405, and therefore, denies them.  To the extent Paragraph 405 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

406.    Paragraph 406 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 406, and therefore, denies them.

407.    Paragraph 407 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 407, and therefore, denies them.  To the extent Paragraph 407 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

408.    Paragraph 408 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 408, and therefore, denies them.

409.    Paragraph 409 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 409, and therefore, denies them.

> **d.  The Marketing Defendants Used "Branded" Advertising to Promote their Products to Doctors and Consumers**

410.    Paragraph 410 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 410, and therefore, denies them.  To the extent Paragraph 410 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

411.    Paragraph 411 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 411, and therefore, denies them.  To the extent Paragraph 411 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

> **e.  The Marketing Defendants Used "Unbranded" Advertising To Promote Opioid Use For Chronic Pain Without FDA Review**

412.    Paragraph 412 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 412, and therefore, denies them.

413.    Paragraph 413 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 413, and therefore, denies them. To the extent Paragraph 413 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

        f.      **The Marketing Defendants Funded, Edited And Distributed Publications That Supported Their Misrepresentations**

414.    Paragraph 414 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 414, and therefore, denies them. To the extent Paragraph 414 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

415.    Paragraph 415 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 415, and therefore, denies them. To the extent Paragraph 415 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

416.    Paragraph 416 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 416, and therefore, denies them.

417.    Paragraph 417 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 417, and therefore, denies them.  To the extent Paragraph 417 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

418.    Paragraph 418 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 418, and therefore, denies them.  To the extent Paragraph 418 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

419.    Paragraph 419 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 419, and therefore, denies them.  To the extent Paragraph 419 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

> **g.    The Marketing Defendants Used Detailing To Directly Disseminate Their Misrepresentations To Prescribers**

420.    Paragraph 420 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 420, and therefore, denies them.  To the extent Paragraph 420 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

421.    Paragraph 421 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 421, and therefore, denies them.  To the extent Paragraph 421 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

422.    Paragraph 422 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 422, and therefore, denies them.  To the extent Paragraph 422 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

423.    Paragraph 423 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 423, and therefore, denies them.

424.    Paragraph 424 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 424, and therefore, denies them.

425.    Paragraph 425 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 425, and therefore, denies them.

426.     Paragraph 426 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 426, and therefore, denies them.

427.     Paragraph 427 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 427, and therefore, denies them.

428.     Paragraph 428 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 428, and therefore, denies them.

429.     Paragraph 429 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 429, and therefore, denies them.

<b>h.     <u>Marketing Defendants Used Speakers' Bureaus and Programs to Spread Their Deceptive Messages</u></b>

430.     Paragraph 430 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 430, and therefore, denies them.

431.    Paragraph 431 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 431, and therefore, denies them.

432.    Paragraph 432 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 432, and therefore, denies them.

> **3.**      **The Marketing Defendants Failed and Omitted to Effectively, Adequately and Affirmatively Communicate the Approved and Proper Use and the Risk and Safety Information Associated with Their Opioid Products**

433.    Paragraph 433 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 433, and therefore, denies them.

434.    Paragraph 434 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 434, and therefore, denies them.

435.    Paragraph 435 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 435, and therefore, denies them.

436.    Paragraph 436 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 436, and therefore, denies them.  To the extent Paragraph 436 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### 4.    The Marketing Defendants Targeted Vulnerable Populations

437.    Paragraph 437 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 437, and therefore, denies them.

438.    Paragraph 438 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 438, and therefore, denies them.

439.    Paragraph 439 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 439, and therefore, denies them.  To the extent Paragraph 439 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

440.    Paragraph 440 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 440, and therefore, denies them.  To the extent Paragraph 440 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

441.    Paragraph 441 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 441, and therefore, denies them.  To the extent Paragraph 441 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

442.    Paragraph 442 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 442, and therefore, denies them.  To the extent Paragraph 442 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

443.    Paragraph 443 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 443, and therefore, denies them.

### 5.    <u>Insys Employed Fraudulent, Illegal, and Misleading Marketing Schemes to Promote Subsys</u>

444.    Paragraph 444 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 444, and therefore, denies them.  To the extent Paragraph 444 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

445.    Paragraph 445 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 445, and therefore, denies them.  To the extent Paragraph 445 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

446.    Paragraph 446 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 446, and therefore, denies them.

447.    Paragraph 447 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 447, and therefore, denies them.  To the extent Paragraph 447 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

448.    Paragraph 448 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 448, and therefore, denies them.

449.    Paragraph 449 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 449, and therefore, denies them.

450.    Paragraph 450 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 450, and therefore, denies them.

451.    Paragraph 451 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 451, and therefore, denies them.  To the extent Paragraph 451 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

452.    Paragraph 452 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 452, and therefore, denies them.  To the extent Paragraph 452 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

453.    Paragraph 453 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 453, and therefore, denies them.  To the extent Paragraph 453 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

454.    Paragraph 454 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 454, and therefore, denies them.  To the extent Paragraph 454 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

455.    Paragraph 455 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 455, and therefore, denies them.  To the extent Paragraph 455 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

456.    Paragraph 456 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 456, and therefore, denies them.  To the extent Paragraph 456 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

457.    Paragraph 457 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 457, and therefore, denies them.  To the extent Paragraph 457 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

458.    Paragraph 458 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 458, and therefore, denies them.  To the extent Paragraph 458 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

6.      **The Marketing Defendants' Scheme Succeeded, Creating a Public Health Epidemic**

a.      **Marketing Defendants dramatically expanded opioid prescribing and use**

459.    Paragraph 459 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 459, and therefore, denies them.  To the extent Paragraph 459 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

460.    Paragraph 460 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 460, and therefore, denies them.  To the extent Paragraph 460 purports to

be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

461.    Paragraph 461 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 461, and therefore, denies them.  To the extent Paragraph 461 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

462.    Paragraph 462 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 462, and therefore, denies them.  To the extent Paragraph 462 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

463.    Paragraph 463 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 463, and therefore, denies them.  To the extent Paragraph 463 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

464.    Paragraph 464 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 464, and therefore, denies them.  To the extent Paragraph 464 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

465.    Paragraph 465 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 465, and therefore, denies them.  To the extent Paragraph 465 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### b.    Marketing Defendants' deception in expanding their market created and fueled the opioid epidemic

466.    Paragraph 466 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 466, and therefore, denies them.  To the extent Paragraph 466 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

467.    Paragraph 467 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 467, and therefore, denies them.  To the extent Paragraph 467 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

468.    Paragraph 468 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 468, and therefore, denies them.  To the extent Paragraph 468 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### c.    Distributor Defendants Participated in and Abetted the Marketing Scheme

469.    The allegations in Paragraph 469 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Paragraph 469 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 469, and therefore, denies them.  To the extent Paragraph 469 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

470.    The allegations in Paragraph 470 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Paragraph 470 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 470, and therefore, denies them.  To the extent Paragraph 470 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

471.    The allegations in Paragraph 471 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Paragraph 471 of the Complaint contains

allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 471, and therefore, denies them. To the extent Paragraph 471 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

472. The allegations in Paragraph 472 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Paragraph 472 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 472, and therefore, denies them. To the extent Paragraph 472 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

473. The allegations in Paragraph 473 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Paragraph 473 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 473, and therefore, denies them. To the extent Paragraph 473 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

E.  **Defendants Throughout the Supply Chain Deliberately Disregarded Their Duties to Maintain Effective Controls and to Identify, Report, and Take Steps to Halt Suspicious Orders**

474. The allegations in Paragraph 474 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Paragraph 474 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To

the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 474, and therefore, denies them.  To the extent Paragraph 474 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

475.    The allegations in Paragraph 475 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Paragraph 475 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 475, and therefore, denies them.  To the extent Paragraph 475 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

476.    The allegations in Paragraph 476 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Paragraph 476 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 476, and therefore, denies them.  To the extent Paragraph 476 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

477.    The allegations in Paragraph 477 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 477 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Paragraph 477 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not

required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 477, and therefore, denies them.  To the extent Paragraph 477 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

478.    The allegations in Paragraph 478 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Paragraph 478 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 478, and therefore, denies them.  To the extent Paragraph 478 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

479.    The allegations in Paragraph 479 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Paragraph 479 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 479, and therefore, denies them.  To the extent Paragraph 479 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

1.    **All Defendants Have a Duty to Report Suspicious Orders and Not to Ship Those Orders Unless Due Diligence Disproves Their Suspicions**

480.    The allegations in Paragraph 480 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 480 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for

themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 480 of the Complaint.

481.    The allegations in Paragraph 481 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 481 of the Complaint.

482.    The allegations in Paragraph 482 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 482 of the Complaint.

483.    The allegations in Paragraph 483 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 483 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations

in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 483 of the Complaint.

484.    The allegations in Paragraph 484 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 484 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 484 of the Complaint.

485.    The allegations in Paragraph 485 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 485 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 485 of the Complaint.

486. The allegations in Paragraph 486 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 486 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 486 of the Complaint.

487. The allegations in Paragraph 487 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 487 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 487 of the Complaint.

488. The allegations in Paragraph 488 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 488 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations

in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 488 of the Complaint.

489.    The allegations in Paragraph 489 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 489 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 489 of the Complaint.

490.    The allegations in Paragraph 490 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 490 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 490 of the Complaint.

491.    The allegations in Paragraph 491 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 491 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 491 of the Complaint.

492.    The allegations in Paragraph 492 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 492 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 492 of the Complaint.

493.    The allegations in Paragraph 493 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 493 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations

in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 493 of the Complaint.

494.    The allegations in Paragraph 494 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 494 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 494 of the Complaint.

495.    Paragraph 495 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 495, and therefore, denies them.  To the extent Paragraph 495 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

496.    The allegations in Paragraph 496 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and

report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 496 of the Complaint.

497.    The allegations in Paragraph 497 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 497 of the Complaint.

### 2.    Defendants Were Aware of and Have Acknowledged Their Obligations to Prevent Diversion and to Report and Take Steps to Halt Suspicious Orders

498.    The allegations in Paragraph 498 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 498 of the Complaint.

499.    The allegations in Paragraph 499 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 499 of the Complaint.

500.    The allegations in Paragraph 500 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 500 of the Complaint

purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 500 of the Complaint.

501.    To the extent Paragraph 501 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any characterization of the same.  Defendant admits only that it is a member of the Healthcare Distribution Alliance ("HDA") and that HDA is a trade association whose members include pharmaceutical distributors.  Paragraph 501 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 501, and therefore, denies them.  Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 501.

502.    Defendant admits only that DEA has previously hosted conferences for registrants and that Defendant has attended one or more of these DEA conferences over the years.  Paragraph 502 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 502, and therefore, denies them.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled

substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 502 of the Complaint.

503.    To the extent Paragraph 503 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any characterizations of the same. Paragraph 503 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 503, and therefore, denies them.

504.    To the extent Paragraph 504 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any characterizations of the same. Paragraph 504 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 504, and therefore, denies them.

505.    To the extent Paragraph 505 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any characterizations of the same. Paragraph 505 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 505, and therefore, denies them.

506.    To the extent Paragraph 506 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any

characterizations of the same. Paragraph 506 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 506, and therefore, denies them.

507. To the extent Paragraph 507 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any characterizations of the same. Paragraph 507 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 507, and therefore, denies them.

508. To the extent Paragraph 508 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any characterizations of the same. Paragraph 508 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 508, and therefore, denies them.

509. To the extent Paragraph 509 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any characterizations of the same. Paragraph 509 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 509, and therefore, denies them.

510.    To the extent Paragraph 510 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any characterizations of the same.  Paragraph 510 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 510, and therefore, denies them.

511.    To the extent Paragraph 511 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any characterizations of the same.  Paragraph 511 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 511, and therefore, denies them.

512.    To the extent Paragraph 512 purports to be based on reference documents or websites, those documents and websites speak for themselves and Defendant denies any characterizations of the same.  Paragraph 512 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 512, and therefore, denies them.

### 3.    Defendants Worked Together to Inflate the Quotas of Opioids They Could Distribute

513.    The allegations in Paragraph 513 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 513 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient

to form a belief as to the truth of the allegations contained in Paragraph 513 of the Complaint, and on that basis denies those allegations.

514.     Defendant admits only that it provides a variety of services to its customers. Further responding, as a wholesale distributor of prescription medications, Defendant has a limited role in the healthcare supply chain and does not control how medications that it distributes are prescribed, dispensed, or ultimately used. Nor does Defendant promote the prescribing or use of medications, including opioids, to doctors or patients, or determine appropriate supply of opioids. Defendant has and continues to comply with its legal obligations in connections with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 514 of the Complaint.

515.     Defendant admits only that Defendant has purchased pharmaceutical products, including opioids, from drug manufacturers and has distributed them to entities only to the extent that those entities are registered with the DEA and licensed in their respective states. Further responding, as a wholesale distributor of prescription medications, Defendant has a limited role in the healthcare supply chain and does not control how medications that it distributes are prescribed, dispensed, or ultimately used. Nor does Defendant promote the prescribing or use of medications, including opioids, to doctors or patients, or determine appropriate supply of opioids. Defendant has and continues to comply with its legal obligations in connections with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 515 of the Complaint.

516. To the extent Paragraph 516 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 516 of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 516 of the Complaint, and on that basis denies those allegations.

517. Defendant admits only that it is a member of HDA and that HDA is a trade organization. Defendant denies that it "worked … through … the HDA" to achieve any illegal or otherwise improper "common purpose." Defendant denies the allegations contained in Paragraph 517 of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 517 of the Complaint, and on that basis denies those allegations.

518. To the extent Paragraph 518 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 518 of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 518 of the Complaint, and on that basis denies those allegations.

519. To the extent Paragraph 519 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies

any characterizations of the same.  Defendant denies the allegations contained in Paragraph 519 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 519 of the Complaint, and on that basis denies those allegations.

520.    To the extent Paragraph 520 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 520 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 520 of the Complaint, and on that basis denies those allegations.

521.    To the extent Paragraph 521 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 521 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 521 of the Complaint, and on that basis denies those allegations.

522.    To the extent Paragraph 522 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 522 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at

other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 522 of the Complaint, and on that basis denies those allegations.

523.    To the extent Paragraph 523 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 523 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 523 of the Complaint, and on that basis denies those allegations.

524.    To the extent Paragraph 524 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 524 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 524 of the Complaint, and on that basis denies those allegations.

525.    Defendant denies the allegations contained in Paragraph 525 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 525 of the Complaint, and on that basis denies those allegations.

526.    To the extent Paragraph 526 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies

any characterizations of the same. Defendant denies the allegations contained in Paragraph 526 of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 526 of the Complaint, and on that basis denies those allegations.

527. To the extent Paragraph 527 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 527 of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 527 of the Complaint, and on that basis denies those allegations.

528. To the extent Paragraph 528 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 528 of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 528 of the Complaint, and on that basis denies those allegations.

529. Defendant denies the allegations contained in Paragraph 529 of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 529 of the Complaint, and on that basis denies those allegations.

530.     Defendant denies the allegations contained in Paragraph 530 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 530 of the Complaint, and on that basis denies those allegations.

531.     To the extent Paragraph 531 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 531 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 531 of the Complaint, and on that basis denies those allegations.

532.     To the extent Paragraph 532 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 532 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 532 of the Complaint, and on that basis denies those allegations.

533.     To the extent the allegations in Paragraph 533 of the Complaint set forth legal arguments and legal conclusions, no response is required.  Defendant denies the allegations contained in Paragraph 533 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 533 of the Complaint, and on that basis

denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

534.    To the extent the allegations in Paragraph 534 of the Complaint set forth legal arguments and legal conclusions, no response is required.  Defendant denies the allegations contained in Paragraph 534 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 534 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

535.    To the extent the allegations in Paragraph 535 of the Complaint set forth legal arguments and legal conclusions, no response is required.  Defendant denies the allegations contained in Paragraph 535 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 535 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

536. To the extent the allegations in Paragraph 536 of the Complaint set forth legal arguments and legal conclusions, no response is required. Defendant denies the allegations contained in Paragraph 536 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 536 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

537. To the extent the allegations in Paragraph 537 of the Complaint set forth legal arguments and legal conclusions, no response is required. Defendant denies the allegations contained in Paragraph 537 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 537 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

538. To the extent the allegations in Paragraph 538 of the Complaint set forth legal arguments and legal conclusions, no response is required. Defendant denies the allegations contained in Paragraph 538 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 538 of the Complaint, and on that basis

denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

### 4.   Defendants Kept Careful Track of Prescribing Data and Knew About Suspicious Orders and Prescribers

539.   To the extent the allegations in Paragraph 539 of the Complaint set forth legal arguments and legal conclusions, no response is required.  Defendant admits only that ARCOS data submitted to the DEA by wholesale distributors is treated as confidential by the DEA. Defendant further states that, except through this litigation before this Court, as set forth pursuant to the ARCOS Protective Order and any other relevant Orders of this Court, Defendant only has access to the ARCOS data Defendant submits to the DEA and does not have access, in the normal course for non-litigation purposes, to the ARCOS data submitted to the DEA by any parties or entities other than Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

540.   The allegations in Paragraph 540 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 540 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 540 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not

limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

541.    The allegations in Paragraph 541 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 541 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 541 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

542.    The allegations in Paragraph 542 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 542 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 542 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

543.    To the extent Paragraph 543 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 543

of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 543 of the Complaint, and on that basis denies those allegations.

544. To the extent Paragraph 544 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 544 of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 544 of the Complaint, and on that basis denies those allegations.

545. To the extent Paragraph 545 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 545 of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 545 of the Complaint, and on that basis denies those allegations.

546. To the extent Paragraph 546 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 546 of the Complaint to the extent they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 546 of the Complaint, and on that basis denies those allegations.

547.    To the extent Paragraph 547 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 547 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 547 of the Complaint, and on that basis denies those allegations.

548.    To the extent Paragraph 548 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 548 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 548 of the Complaint, and on that basis denies those allegations.

549.    Defendant denies the allegations contained in Paragraph 549 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 549 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its

obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

550.    To the extent Paragraph 550 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 550 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 550 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

551.    To the extent Paragraph 551 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 551 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 551 of the Complaint, and on that basis denies those allegations.

552.    To the extent Paragraph 552 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 552 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at

other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 552 of the Complaint, and on that basis denies those allegations.

553.     To the extent Paragraph 553 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 553 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 553 of the Complaint, and on that basis denies those allegations.

554.     To the extent Paragraph 554 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 554 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 554 of the Complaint, and on that basis denies those allegations.

555.     Defendant denies the allegations contained in Paragraph 555 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 555 of the Complaint, and on that basis denies those allegations.

556.     Defendant denies the allegations contained in Paragraph 556 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant

lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 556 of the Complaint, and on that basis denies those allegations.

557.    To the extent Paragraph 557 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 557 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 557 of the Complaint, and on that basis denies those allegations.

558.    To the extent Paragraph 558 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 558 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 558 of the Complaint, and on that basis denies those allegations.

559.    The allegations in Paragraph 559 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 559 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 559 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not

limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

560.    To the extent Paragraph 560 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 560 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 560 of the Complaint, and on that basis denies those allegations.

561.    To the extent Paragraph 561 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 561 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 561 of the Complaint, and on that basis denies those allegations.

562.    To the extent Paragraph 562 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 562 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 562 of the Complaint, and on that basis denies those allegations.

563.    Defendant denies the allegations contained in Paragraph 563 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 563 of the Complaint, and on that basis denies those allegations.

### 5.    Defendants Failed to Report Suspicious Orders or Otherwise Act to Prevent Diversion

564.    The allegations in Paragraph 564 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 564 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 564 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

565.    The allegations in Paragraph 565 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 565 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 565 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

566.    To the extent Paragraph 566 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 566 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 566 of the Complaint, and on that basis denies those allegations.

567.    To the extent Paragraph 567 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 567 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 567 of the Complaint, and on that basis denies those allegations.

568.    To the extent Paragraph 568 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 568 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 568 of the Complaint, and on that basis denies those allegations.

569.    To the extent Paragraph 569 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies

any characterizations of the same. Defendant denies the allegations contained in Paragraph 569 of the Complaint to the extent that they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 569 of the Complaint, and on that basis denies those allegations.

570.    To the extent Paragraph 570 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 570 of the Complaint to the extent that they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 570 of the Complaint, and on that basis denies those allegations.

571.    Defendant denies the allegations contained in Paragraph 571 of the Complaint to the extent that they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 571 of the Complaint, and on that basis denies those allegations.

572.    The allegations in Paragraph 572 set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 572 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 572 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not

limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

### 6. Defendants Delayed a Response to the Opioid Crisis by Pretending to Cooperate with Law Enforcement

573.    The allegations in Paragraph 573 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 573 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 573 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

574.    To the extent Paragraph 574 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 574 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 574 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

575.    To the extent Paragraph 575 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 575 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 575 of the Complaint, and on that basis denies those allegations.

576.    To the extent Paragraph 576 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 576 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 576 of the Complaint, and on that basis denies those allegations.

577.    To the extent Paragraph 577 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 577 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 577 of the Complaint, and on that basis denies those allegations.

578.    To the extent Paragraph 578 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies

any characterizations of the same. Defendant denies the allegations contained in Paragraph 578 of the Complaint to the extent that they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 578 of the Complaint, and on that basis denies those allegations.

579. The allegations in Paragraph 579 set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 579 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 579 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

580. To the extent Paragraph 580 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 580 of the Complaint to the extent that they are directed at Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 580 of the Complaint, and on that basis denies those allegations.

581. To the extent Paragraph 581 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies

any characterizations of the same.  Defendant denies the allegations contained in Paragraph 581 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 581 of the Complaint, and on that basis denies those allegations.

582.    Defendant denies the allegations contained in Paragraph 582 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 582 of the Complaint, and on that basis denies those allegations.

583.    To the extent Paragraph 583 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 583 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 583 of the Complaint, and on that basis denies those allegations.

584.    To the extent Paragraph 584 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 584 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 584 of the Complaint, and on that basis denies those allegations.

585.     The allegations in Paragraph 585 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 585 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 585 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

### 7.     The National Retail Pharmacies Were on Notice of and Contributed to Illegal Diversion of Prescription Opioids

586.     To the extent Paragraph 586 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 586 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 586 of the Complaint, and on that basis denies those allegations.

587.     Paragraph 587 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 587, and therefore, denies them.

588.     Paragraph 588 of the Complaint contains allegations that are not directed at Defendant; therefore, Defendant is not required to respond.  To the extent a response is required,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 588, and therefore, denies them.

589.    To the extent Paragraph 589 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 589 of the Complaint to the extent that they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 589 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

### a.        The National Retail Pharmacies Have a Duty to Prevent Diversion

590.    The allegations in Paragraph 590 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 590 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 590 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

591.     The allegations in Paragraph 591 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 591 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 591 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

592.     Defendant denies the allegations contained in Paragraph 592 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 592 of the Complaint, and on that basis denies those allegations.

593.     Paragraph 593 of the Complaint purports to be based on state or federal regulations; those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 593 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 593 of the Complaint, and on that basis denies those allegations.

594.     Paragraph 594 of the Complaint purports to be based on state or federal regulations; those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent a response is required, Defendant denies the allegations contained in

Paragraph 594 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 594 of the Complaint, and on that basis denies those allegations.

595.     The allegations in Paragraph 595 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 595 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 595 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

596.     Paragraph 596 of the Complaint purports to be based on state or federal regulations; those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 596 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 596 of the Complaint, and on that basis denies those allegations.

597.     Paragraph 597 of the Complaint purports to be based on state or federal regulations; those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent a response is required, Defendant denies the allegations contained in

Paragraph 597 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 597 of the Complaint, and on that basis denies those allegations.

598.    The allegations in Paragraph 598 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 598 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 598 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

599.    Defendant denies the allegations contained in Paragraph 599 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 599 of the Complaint, and on that basis denies those allegations.

600.    The allegations in Paragraph 600 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 600 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 600 of the Complaint, and on that basis denies those allegations.

601.    The allegations in Paragraph 601 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 601 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 601 of the Complaint, and on that basis denies those allegations.

602.    The allegations in Paragraph 602 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 602 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 602 of the Complaint, and on that basis denies those allegations.

603.    The allegations in Paragraph 603 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 603 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 603 of the Complaint, and on that basis denies those allegations.

604.    The allegations in Paragraph 604 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 604 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 604 of the Complaint, and on that basis denies those allegations.

605.    The allegations in Paragraph 605 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 605 to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 605 of the Complaint, and on that basis denies those allegations.

### b. Multiple Enforcement Actions against the National Retail Pharmacies Confirms their Compliance Failures

606. The allegations in Paragraph 606 set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 606 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 606 of the Complaint, and on that basis denies those allegations.

### i. CVS

607. Defendant denies the allegations contained in Paragraph 607 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 607 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 607 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

608. Defendant denies the allegations contained in Paragraph 608 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 608 of the Complaint, and on that basis denies those allegations.

609. Defendant denies the allegations contained in Paragraph 609 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 609 of the Complaint, and on that basis denies those allegations. To the extent

Paragraph 609 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

610.    Defendant denies the allegations contained in Paragraph 610 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 610 of the Complaint, and on that basis denies those allegations.

611.    Defendant denies the allegations contained in Paragraph 611 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 611 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 611 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

612.    Defendant denies the allegations contained in Paragraph 612 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 612 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 612 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

613.    Defendant denies the allegations contained in Paragraph 613 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 613 of the Complaint, and on that basis denies those allegations.  To the extent

Paragraph 613 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

614.    Defendant denies the allegations contained in Paragraph 614 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 614 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 614 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

615.    Defendant denies the allegations contained in Paragraph 615 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 615 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 615 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

616.    Defendant denies the allegations contained in Paragraph 616 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 616 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 616 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

617.    Defendant denies the allegations contained in Paragraph 617 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained

in Paragraph 617 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 617 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

618. Defendant denies the allegations contained in Paragraph 618 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 618 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 618 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

619. Defendant denies the allegations contained in Paragraph 619 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 619 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 619 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

### ii. Walgreens

620. Defendant denies the allegations contained in Paragraph 620 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 620 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 620 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

621. Defendant denies the allegations contained in Paragraph 621 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks

knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 621 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 621 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

622. Defendant denies the allegations contained in Paragraph 622 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 622 of the Complaint, and on that basis denies those allegations.

623. Defendant denies the allegations contained in Paragraph 623 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 623 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 623 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

624. Defendant denies the allegations contained in Paragraph 624 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 624 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 624 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

625. Defendant denies the allegations contained in Paragraph 625 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained

in Paragraph 625 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 625 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

626.    Defendant denies the allegations contained in Paragraph 626 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 626 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 626 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

627.    Defendant denies the allegations contained in Paragraph 627 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 627 of the Complaint, and on that basis denies those allegations.

628.    Defendant denies the allegations contained in Paragraph 628 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 628 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 628 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

629.    The allegations in Paragraph 629 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 629 to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 629 of the Complaint, and on that basis denies those allegations.

630.    The allegations in Paragraph 630 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 630 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 630 of the Complaint, and on that basis denies those allegations.

631.    The allegations in Paragraph 631 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 631 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 631 of the Complaint, and on that basis denies those allegations.

632.    The allegations in Paragraph 632 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 632 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 632 of the Complaint, and on that basis denies those allegations.

633.    The allegations in Paragraph 633 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 633 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 633 of the Complaint, and on that basis denies those allegations.

634.    The allegations in Paragraph 634 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 634 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 634 of the Complaint, and on that basis denies those allegations.

635.    The allegations in Paragraph 635 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 635 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 635 of the Complaint, and on that basis denies those allegations.

**F.**    **The Opioids the Defendants Marketed and Distributed Migrated into Other Jurisdictions, Causing an Interstate Crisis**

636.    Defendant denies the allegations contained in Paragraph 636 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 636 of the Complaint, and on that basis denies those allegations.

637.    Defendant denies the allegations contained in Paragraph 637 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 637 of the Complaint, and on that basis denies those allegations.

638.    Defendant denies the allegations contained in Paragraph 638 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 638 of the Complaint, and on that basis denies those allegations.

639.    Defendant denies the allegations contained in Paragraph 639 to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 639 of the Complaint, and on that basis denies those allegations.   To the extent Paragraph 639 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

640.    Defendant denies the allegations contained in Paragraph 640 to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 640 of the Complaint, and on that basis denies those allegations.   To the extent Paragraph 640 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

641.    Defendant denies the allegations contained in Paragraph 641 to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 641 of the Complaint, and on that basis denies those allegations.   To the extent Paragraph 641 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

642.    Defendant denies the allegations contained in Paragraph 642 to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 642 of the Complaint, and on that basis denies those allegations.   To the extent

Paragraph 642 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

643. Defendant denies the allegations contained in Paragraph 643 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 643 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 643 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

644. Defendant denies the allegations contained in Paragraph 644 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 644 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 644 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

645. Defendant denies the allegations contained in Paragraph 645 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 645 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 645 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

646. Defendant denies the allegations contained in Paragraph 646 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained

in Paragraph 646 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 646 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

647. Defendant denies the allegations contained in Paragraph 647 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 647 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 647 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

648. Defendant denies the allegations contained in Paragraph 648 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 648 of the Complaint, and on that basis denies those allegations.

649. Defendant denies the allegations contained in Paragraph 649 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 649 of the Complaint, and on that basis denies those allegations.

650. Defendant denies the allegations contained in Paragraph 650 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 650 of the Complaint, and on that basis denies those allegations.

G. **Montana Specific Facts**

651. The allegations in Paragraph 651 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant

admits only that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, to entities in Montana, only to the extent that those entities are registered with the DEA and licensed in Montana. Defendant further states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant also denies the allegations contained in Paragraph 651 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 651 of the Complaint, and on that basis denies those allegations.

### 1. Defendants Breached Their Duties in Montana

652. The allegations in Paragraph 652 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 652 of the Complaint purports to be based on state or federal laws and regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. Further answering, Defendant admits that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, to entities in Montana, only to the extent that those entities are registered with the DEA and licensed in Montana. Defendant also admits that branded and generic prescription opioids are regulated as controlled substances by state and federal law. Defendant further states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the

DEA. To the extent the allegations in Paragraph 652 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 652 of the Complaint, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations in Paragraph 652.

653. The allegations in Paragraph 653 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 653 of the Complaint purports to be based on state or federal laws and regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. To the extent the allegations in Paragraph 653 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 653 of the Complaint, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations in Paragraph 653.

### 2. The Devastating Effects of the Opioid Crisis in Montana

654. Defendant denies the allegations contained in Paragraph 654 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 654 of the Complaint, and on that basis denies those allegations.

655. Defendant denies the allegations contained in Paragraph 655 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained

in Paragraph 655 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 655 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

656.    Defendant denies the allegations contained in Paragraph 656 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 656 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 656 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

657.    Defendant denies the allegations contained in Paragraph 657 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 657 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 657 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

658.    Defendant denies the allegations contained in Paragraph 658 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 658 of the Complaint, and on that basis denies those allegations.

659.    Defendant denies the allegations contained in Paragraph 659 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 659 of the Complaint, and on that basis denies those allegations.  To the extent

Paragraph 659 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

660.    Defendant denies the allegations contained in Paragraph 660 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 660 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 660 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

661.    Defendant denies the allegations contained in Paragraph 661 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 661 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 661 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

662.    Defendant denies the allegations contained in Paragraph 662 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 662 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 662 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

663.    Defendant denies the allegations contained in Paragraph 663 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained

in Paragraph 663 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 663 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

664.    Defendant denies the allegations contained in Paragraph 664 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 664 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 664 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

665.    The allegations in Paragraph 665 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent the allegations in Paragraph 665 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 665 of the Complaint, and on that basis denies those allegations.

666.    Defendant denies the allegations contained in Paragraph 666 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 666 of the Complaint, and on that basis denies those allegations.

667.    Defendant denies the allegations contained in Paragraph 667 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks

knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 667 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 667 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

668.    Defendant denies the allegations contained in Paragraph 668 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 668 of the Complaint, and on that basis denies those allegations.

669.    Defendant denies the allegations contained in Paragraph 669 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 669 of the Complaint, and on that basis denies those allegations.

670.    Defendant denies the allegations contained in Paragraph 670 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 670 of the Complaint, and on that basis denies those allegations.

671.    The allegations in Paragraph 671 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent the allegations in Paragraph 671 are directed at other parties, Defendant lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 671 of the Complaint, and on that basis denies those allegations.

672.    The allegations in Paragraph 672 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent the allegations in Paragraph 672 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 672 of the Complaint, and on that basis denies those allegations.

673.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 673 of the Complaint, and on that basis denies those allegations.

674.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 674 of the Complaint, and on that basis denies those allegations.

675.    The allegations in Paragraph 675 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent the allegations in Paragraph 675 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in

Paragraph 675 of the Complaint, and on that basis denies those allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 675 of the Complaint, and on that basis denies those allegations.

676.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 676 of the Complaint, and on that basis denies those allegations.

677.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 677 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 677 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

678.    The allegations in Paragraph 678 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent the allegations in Paragraph 678 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 678 of the Complaint, and on that basis denies those allegations. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 678 of the Complaint, and on that basis denies those allegations.

679.    The allegations in Paragraph 679 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that

Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent the allegations in Paragraph 679 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 679 of the Complaint, and on that basis denies those allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 679 of the Complaint, and on that basis denies those allegations.

680.    The allegations in Paragraph 680 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent the allegations in Paragraph 680 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 680 of the Complaint, and on that basis denies those allegations.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 680 of the Complaint, and on that basis denies those allegations.

**H.    The Opioid Crisis Has Particularly Devastated Plaintiff's Community**

681.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 681 of the Complaint, and on that basis denies those allegations.

682.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 682 of the Complaint, and on that basis denies those

allegations. To the extent Paragraph 682 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

683. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 683 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 683 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

684. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 684 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 684 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

685. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 685 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 685 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

686. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 686 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 686 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

687.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 687 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 687 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

688.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 688 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 688 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

689.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 689 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 689 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

690.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 690 of the Complaint, and on that basis denies those allegations.

691.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 691 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 691 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

692.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 692 of the Complaint, and on that basis denies those allegations.

693.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 693 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 693 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

694.    Defendant denies the allegations contained in Paragraph 694 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 694 of the Complaint, and on that basis denies those allegations.

695.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 695 of the Complaint, and on that basis denies those allegations.

696.    Defendant denies the allegations contained in Paragraph 696 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 696 of the Complaint, and on that basis denies those allegations.

697.    Defendant denies the allegations contained in Paragraph 697 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 697 of the Complaint, and on that basis denies those allegations.

698. Defendant denies the allegations contained in Paragraph 698 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 698 of the Complaint, and on that basis denies those allegations. As for the chart set forth in Paragraph 698, assuming Plaintiff's cited statistics are accurate, Defendant distributed a *de minimis* amount of the referenced prescription opioids in the Blackfeet Geographic Region (as defined by Plaintiff), dramatically less than the threshold set by the Court in the MDL for adding additional defendants.

699. Defendant denies the allegations contained in Paragraph 699 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 699 of the Complaint, and on that basis denies those allegations.

700. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 700 of the Complaint, and on that basis denies those allegations.

I. **The Defendants Conspired To Engage In The Wrongful Conduct Complained Of Herein and Intended To Benefit Both Independently and Jointly From Their Conspiracy**

1. **Conspiracy Among Marketing Defendants**

701. Defendant denies the allegations contained in Paragraph 701 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 701 of the Complaint, and on that basis denies those allegations.

702. Defendant denies the allegations contained in Paragraph 702 to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks

knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 702 of the Complaint, and on that basis denies those allegations.

703.    Defendant denies the allegations contained in Paragraph 703 to the extent that they are directed to Defendant.    To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 703 of the Complaint, and on that basis denies those allegations.

704.    Defendant denies the allegations contained in Paragraph 704 to the extent that they are directed to Defendant.    To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 704 of the Complaint, and on that basis denies those allegations.

705.    Defendant denies the allegations contained in Paragraph 705 to the extent that they are directed to Defendant.    To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 705 of the Complaint, and on that basis denies those allegations.

706.    Defendant denies the allegations contained in Paragraph 706 to the extent that they are directed to Defendant.    To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 706 of the Complaint, and on that basis denies those allegations.

707.    Defendant denies the allegations contained in Paragraph 707 to the extent that they are directed to Defendant.    To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 707 of the Complaint, and on that basis denies those allegations.

708.    Defendant denies the allegations contained in Paragraph 708 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 708 of the Complaint, and on that basis denies those allegations.

709.    Defendant denies the allegations contained in Paragraph 709 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 709 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 709 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

710.    Defendant denies the allegations contained in Paragraph 710 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 710 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 710 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

711.    Defendant denies the allegations contained in Paragraph 711 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 711 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 711 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

712.     Defendant denies the allegations contained in Paragraph 712 to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 712 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 712 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

713.     Defendant denies the allegations contained in Paragraph 713 to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 713 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 713 of the Complaint purports to be based on reference documents or websites, those documents speak for themselves, and Defendant denies any characterizations of the same.

### 2.        Conspiracy Among All Defendants

714.     The allegations in Paragraph 714 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 714 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 714 of the Complaint, and on that basis denies those allegations.

715.     The allegations in Paragraph 715 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 715 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to

form a belief as to the truth of the allegations contained in Paragraph 715 of the Complaint, and on that basis denies those allegations.

716.    The allegations in Paragraph 716 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 716 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 716 of the Complaint, and on that basis denies those allegations.

717.    The allegations in Paragraph 717 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 717 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 717 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 717 purports to be based on reference to laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

718.    The allegations in Paragraph 718 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 718 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 718 of the Complaint, and on that basis denies those allegations.

719.    The allegations in Paragraph 719 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 719 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 719 of the Complaint, and on that basis denies those allegations.

720.    The allegations in Paragraph 720 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 720 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 720 of the Complaint, and on that basis denies those allegations.

### J.    Statutes Of Limitations Are Tolled and Defendants Are Estopped From Asserting Statutes Of Limitations As Defenses

#### 1.    Continuing Wrong Doctrine.

721.    The allegations in Paragraph 721 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 721 of the Complaint, and on that basis denies those allegations.

722.    The allegations in Paragraph 722 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 722 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 722 of the Complaint, and

on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

### 2. **Equitable Estoppel and Fraudulent Concealment**

723. The allegations in Paragraph 723 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 723 of the Complaint to the extent that they are directed to Defendant. To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 723 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

724. The allegations in Paragraph 724 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 724 of the Complaint to the extent that they are directed to Defendant. To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 724 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

725.    The allegations in Paragraph 725 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 725 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 725 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

726.    The allegations in Paragraph 726 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 726 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 726 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

727.    The allegations in Paragraph 727 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 727 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 727 of the Complaint, and

on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

728. The allegations in Paragraph 728 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 728 of the Complaint to the extent that they are directed to Defendant. To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 728 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

729. To the extent the allegations in Paragraph 729 of the Complaint set forth legal arguments and legal conclusions, no response is required. Defendant admits only that ARCOS data submitted to the DEA by wholesale distributors is treated as confidential by the DEA. Defendant further states that, except through this litigation before this Court, as set forth pursuant to the ARCOS Protective Order and any other relevant Orders of this Court, Defendant only has access to the ARCOS data Defendant submits to the DEA and does not have access, in the normal course for non-litigation purposes, to the ARCOS data submitted to the DEA by any parties or entities other than Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled

substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

730.    The allegations in Paragraph 730 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 730 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 730 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

731.    The allegations in Paragraph 731 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 731 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 731 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

### K.    **Facts Pertaining to Punitive Damages**

732.    The allegations in Paragraph 732 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 732 of the Complaint to the extent that they are directed to Defendant.  To the extent

that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 732 of the Complaint, and on that basis denies those allegations.

733.    The allegations in Paragraph 733 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 733 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 733 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

734.    The allegations in Paragraph 734 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 734 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 734 of the Complaint, and on that basis denies those allegations.

735.    The allegations in Paragraph 735 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 735 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 735 of the Complaint, and

on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

### 1. The Marketing Defendants Persisted in Their Fraudulent Scheme Despite Repeated Admonitions, Warnings, and Even Prosecutions

736.    Defendant denies the allegations contained in Paragraph 736 to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 736 of the Complaint, and on that basis denies those allegations.

### a. FDA Warnings to Janssen Failed to Deter Janssen's Misleading Promotion of Duragesic

737.    Defendant denies the allegations contained in Paragraph 737 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 737 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 737 purports to be based on reference to laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

738.    Defendant denies the allegations contained in Paragraph 738 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 738 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 738 purports to be based on reference to laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

739.     Defendant denies the allegations contained in Paragraph 739 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 739 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 739 purports to be based on reference to laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

> **b.**     **Governmental Action, Including Large Monetary Fines, Failed to Stop Cephalon from Falsely Marketing Actiq for Off-Label Uses**

740.     Defendant denies the allegations contained in Paragraph 740 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 740 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 740 purports to be based on reference to laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

741.     Defendant denies the allegations contained in Paragraph 741 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 741 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 741 purports to be based on reference to laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

> **c.**     **FDA Warnings Did Not Prevent Cephalon from Continuing False and Off-Label Marketing of Fentora**

742.     Defendant denies the allegations contained in Paragraph 742 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties,

Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 742 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 742 purports to be based on reference to laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

743.     Defendant denies the allegations contained in Paragraph 743 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 743 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 743 purports to be based on reference to laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

744.     Defendant denies the allegations contained in Paragraph 744 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 744 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 744 purports to be based on reference to laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

### d.     A Guilty Plea and a Large Fine Did Not Deter Purdue from Continuing Its Fraudulent Marketing of OxyContin

745.     Defendant denies the allegations contained in Paragraph 745 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 745 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 745 purports to be based on reference to laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

746.    Defendant denies the allegations contained in Paragraph 746 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 746 of the Complaint, and on that basis denies those allegations.

## 2. Repeated Admonishments and Fines Did Not Stop Defendants from Ignoring Their Obligations to Control the Supply Chain and Prevent Diversion

747.    Defendant denies the allegations contained in Paragraph 747 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 747 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 747 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

748.    Defendant denies the allegations contained in Paragraph 748 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 748 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 748 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

749.    Defendant denies the allegations contained in Paragraph 749 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 749 of the Complaint, and on that basis denies those allegations.

To the extent Paragraph 749 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

750.    The allegations in Paragraph 750 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 750 of the Complaint purports to be based on referenced documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant denies the allegations contained in Paragraph 750 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 750 of the Complaint, and on that basis denies those allegations.

751.    Defendant denies the allegations contained in Paragraph 751 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 751 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 751 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

752.    Defendant denies the allegations contained in Paragraph 752 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 752 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 752 of the Complaint purports to be based on reference documents or

websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

753.    Defendant denies the allegations contained in Paragraph 753 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 753 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 753 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

754.    Defendant denies the allegations contained in Paragraph 754 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 754 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 754 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

755.    Defendant denies the allegations contained in Paragraph 755 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 755 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 755 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

756.     Defendant denies the allegations contained in Paragraph 756 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 756 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 756 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

757.     Defendant denies the allegations contained in Paragraph 757 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 757 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 757 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

758.     Defendant denies the allegations contained in Paragraph 758 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 758 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 758 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

759.     Defendant denies the allegations contained in Paragraph 759 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties,

Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 759 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 759 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

760.    Defendant denies the allegations contained in Paragraph 760 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 760 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 760 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

761.    Defendant denies the allegations contained in Paragraph 761 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 761 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 761 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

762.    Defendant denies the allegations contained in Paragraph 762 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 762 of the Complaint, and on that basis denies those allegations.

To the extent Paragraph 762 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

763.    Defendant denies the allegations contained in Paragraph 763 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 763 of the Complaint, and on that basis denies those allegations.

## II.    FACTS PERTAINING TO CLAIMS UNDER RACKETEER-INFLUENCED AND CORRUPT ORGANIZATIONS ("RICO") ACT

### A.    The Opioid Marketing Enterprise

#### 1.    The Common Purpose and Scheme of the Opioid Marketing Enterprise

764.    The allegations in Paragraph 764 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 764 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 764 of the Complaint, and on that basis denies those allegations.

765.    Defendant denies the allegations contained in Paragraph 765 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 765 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 765 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

766.    Defendant denies the allegations contained in Paragraph 766 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 766 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 766 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

767.    The allegations in Paragraph 767 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 767 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 767 of the Complaint, and on that basis denies those allegations.

768.    Defendant denies the allegations contained in Paragraph 768 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 768 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 768 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

769.    Defendant denies the allegations contained in Paragraph 769 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 769 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 769 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

770.    Defendant denies the allegations contained in Paragraph 770 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 770 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 770 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

771.    Defendant denies the allegations contained in Paragraph 771 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 771 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 771 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

772.    The allegations in Paragraph 772 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 772 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 772 of the Complaint, and on that basis denies those allegations.

773.     Defendant denies the allegations contained in Paragraph 773 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 773 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 773 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

774.     Defendant denies the allegations contained in Paragraph 774 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 774 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 774 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

775.     Defendant denies the allegations contained in Paragraph 775 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 775 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 775 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

776.     The allegations in Paragraph 776 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 776 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 776 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 776 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

777.     Defendant denies the allegations contained in Paragraph 777 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 777 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 777 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

778.     The allegations in Paragraph 778 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 778 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 778 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 778 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

## 2.     The Conduct of the Opioid Marketing Enterprise Violated Civil RICO

779.    The allegations in Paragraph 779 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 779 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 779 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 779 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

780.    The allegations in Paragraph 780 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 780 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 780 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 780 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

781.    The allegations in Paragraph 781 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 781 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 781 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 781 of the Complaint purports to be based on

reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

782.    The allegations in Paragraph 782 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 782 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 782 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 782 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

783.    The allegations in Paragraph 783 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 783 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 783 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 783 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

784.    Defendant denies the allegations contained in Paragraph 784 of the Complaint to the extent that they are directed to Defendant.  To the extent that they are directed at other parties, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 784 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 784 of the Complaint purports to be based on reference documents or

websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

        **3.**        **The RICO Marketing Defendants Controlled and Paid Front Groups and KOLs to Promote and Maximize Opioid Use**

785. The allegations in Paragraph 785 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 785 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 785 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 785 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

786. The allegations in Paragraph 786 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 786 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 786 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 786 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

787. The allegations in Paragraph 787 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 787 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 787 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 787 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

### 4.    **Pattern of Racketeering Activity**

788.    The allegations in Paragraph 788 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 788 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 788 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 788 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

789.    The allegations in Paragraph 789 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 789 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 789 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 789 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

790.    The allegations in Paragraph 790 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 790 of the Complaint to the extent they are directed to Defendant. To the extent they

are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 790 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 790 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

791.     The allegations in Paragraph 791 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 791 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 791 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 791 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

792.     The allegations in Paragraph 792 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 792 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 792 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 792 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

793.     The allegations in Paragraph 793 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 793 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 793 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 793 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

794.    The allegations in Paragraph 794 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 794 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 794 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 794 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

795.    The allegations in Paragraph 795 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 795 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 795 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 795 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

796.    The allegations in Paragraph 796 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 796 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 796 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 796 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

797.    The allegations in Paragraph 797 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 797 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 797 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 797 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

798.    The allegations in Paragraph 798 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 798 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 798 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 798 of the Complaint purports to be based on

reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

**B.** **The Opioid Supply Chain Enterprise**

799.    The allegations in Paragraph 799 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 799 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 799 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 799 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

800.    The allegations in Paragraph 800 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 800 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 800 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 800 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the

distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

801.    The allegations in Paragraph 801 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 801 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 801 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 801 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

802.    The allegations in Paragraph 802 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 802 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 802 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 802 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that

Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

803.    The allegations in Paragraph 803 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 803 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 803 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 803 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

804.    The allegations in Paragraph 804 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 804 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 804 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 804 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and

Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

805.    The allegations in Paragraph 805 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 805 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 805 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 805 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

806.    The allegations in Paragraph 806 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 806 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 806 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 806 of the Complaint purports to be based on

reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

807. The allegations in Paragraph 807 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 807 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 807 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 807 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

808. The allegations in Paragraph 808 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 808 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 808 of the Complaint, and on that basis

denies those allegations.  To the extent Paragraph 808 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

809.     The allegations in Paragraph 809 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 809 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 809 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 809 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

810.     The allegations in Paragraph 810 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 810 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 810 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 810 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

811.    The allegations in Paragraph 811 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 811 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 811 of the Complaint, and on that basis denies those allegations.

812.    The allegations in Paragraph 812 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 812 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 812 of the Complaint, and on that basis denies those allegations.

813.    The allegations in Paragraph 813 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 813 of the Complaint to the extent they are directed to Defendant. To the extent they

are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 813 of the Complaint, and on that basis denies those allegations.

814. The allegations in Paragraph 814 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 814 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 814 of the Complaint, and on that basis denies those allegations.

815. The allegations in Paragraph 815 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 815 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 815 of the Complaint, and on that basis denies those allegations.

816. The allegations in Paragraph 816 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 816 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 816 of the Complaint, and on that basis denies those allegations.

817. The allegations in Paragraph 817 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in

Paragraph 817 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 817 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 817 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

818.    The allegations in Paragraph 818 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 818 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 818 of the Complaint, and on that basis denies those allegations.

819.    The allegations in Paragraph 819 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 819 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 819 of the Complaint, and on that basis denies those allegations.

820.    The allegations in Paragraph 820 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 820 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 820 of the Complaint, and on that basis denies those allegations.

821.    The allegations in Paragraph 821 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 821 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 821 of the Complaint, and on that basis denies those allegations.

822.    The allegations in Paragraph 822 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 822 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 822 of the Complaint, and on that basis denies those allegations.

823.    The allegations in Paragraph 823 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 823 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 823 of the Complaint, and on that basis denies those allegations.

824.    The allegations in Paragraph 824 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 824 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 824 of the Complaint, and on that basis denies those allegations.

825.    The allegations in Paragraph 825 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 825 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 825 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 825 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

826.    The allegations in Paragraph 826 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 826 of the Complaint to the extent they are directed to Defendant.  To the extent they

are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 826 of the Complaint, and on that basis denies those allegations.

827.    The allegations in Paragraph 827 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 827 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 827 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 827 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including, but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

**Violation of RICO, 18 U.S.C. § 1961 et seq. – Opioid Marketing Enterprise
(Against Defendants Purdue, Cephalon, Janssen, Endo, and Mallinckrodt (the "RICO
Marketing Defendants"))**

828.    Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 827 of the Complaint as though fully set forth herein.

829.    The allegations in Paragraph 829 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 829 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for

themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 829 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 829 of the Complaint, and on that basis denies those allegations.

830.    The allegations in Paragraph 830 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 830 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 830 of the Complaint, and on that basis denies those allegations.

831.    The allegations in Paragraph 831 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 831 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 831 of the Complaint, and on that basis denies those allegations.

832.    The allegations in Paragraph 832 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 832 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 832 of the Complaint, and on that basis denies those allegations.

833.    The allegations in Paragraph 833 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 833 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 833 of the Complaint, and on that basis denies those allegations.

834.    The allegations in Paragraph 834 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 834 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 834 of the Complaint, and on that basis denies those allegations.

835.    The allegations in Paragraph 835 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 835 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 835 of the Complaint, and on that basis denies those allegations.

836.    The allegations in Paragraph 836 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 836 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 836 of the Complaint, and on that basis denies those allegations.

837.    The allegations in Paragraph 837 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 837 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 837 of the Complaint, and on that basis denies those allegations.

838.    The allegations in Paragraph 838 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 838 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 838 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 838 of the Complaint, and on that basis denies those allegations.

839.    The allegations in Paragraph 839 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 839 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 839 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 839 of the Complaint, and on that basis denies those allegations.

840.    The allegations in Paragraph 840 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 840 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 840 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 840 of the Complaint, and on that basis denies those allegations.

841.    The allegations in Paragraph 841 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 841 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 841 of the Complaint, and on that basis denies those allegations.

842.    The allegations in Paragraph 842 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 842 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 842 of the Complaint, and on that basis denies those allegations.

843.    The allegations in Paragraph 843 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 843 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 843 of the Complaint, and on that basis denies those allegations.

844.    The allegations in Paragraph 844 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 844 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 844 of the Complaint, and on that basis denies those allegations.

845.    The allegations in Paragraph 845 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 845 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 845 of the Complaint, and on that basis denies those allegations.

846.    The allegations in Paragraph 846 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 846 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 846 of the Complaint, and on that basis denies those allegations.

847. The allegations in Paragraph 847 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 847 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 847 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 847 of the Complaint, and on that basis denies those allegations.

848. The allegations in Paragraph 848 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 848 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 848 of the Complaint, and on that basis denies those allegations.

849. The allegations in Paragraph 849 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 849 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 849 of the Complaint, and on that basis denies those allegations.

850.    The allegations in Paragraph 850 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 850 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 850 of the Complaint, and on that basis denies those allegations.

851.    The allegations in Paragraph 851 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 851 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 851 of the Complaint, and on that basis denies those allegations.

852.    The allegations in Paragraph 852 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 852 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 852 of the Complaint, and on that basis denies those allegations.

853.    The allegations in Paragraph 853 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 853 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 853 of the Complaint, and on that basis denies those allegations.

854.    The allegations in Paragraph 854 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 854 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 854 of the Complaint, and on that basis denies those allegations.

855.    The allegations in Paragraph 855 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 855 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 855 of the Complaint, and on that basis denies those allegations.

## SECOND CLAIM FOR RELIEF

**Violation of RICO, 18 U.S.C. § 1961 et seq. – Opioid Supply Chain Enterprise
(Against Defendants Purdue, Cephalon, Endo, Mallinckrodt, Actavis,
McKesson, Cardinal, and AmerisourceBergen (the "RICO Supply Chain Defendants"))**

856.    Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 855 of the Complaint as if fully set forth herein.

857.    The allegations in Paragraph 857 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 857 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 857 of the Complaint to the extent they are directed to

231

Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 857 of the Complaint, and on that basis denies those allegations.

858. The allegations in Paragraph 858 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 858 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 858 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 858 of the Complaint, and on that basis denies those allegations.

859. The allegations in Paragraph 859 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 859 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 859 of the Complaint, and on that basis denies those allegations.

860. The allegations in Paragraph 860 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 860 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 860 of the Complaint, and on that basis denies those allegations.

861.    The allegations in Paragraph 861 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 861 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 861 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 861 of the Complaint, and on that basis denies those allegations.

862.    The allegations in Paragraph 862 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 862 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 862 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 862 of the Complaint, and on that basis denies those allegations.

863.    The allegations in Paragraph 863 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 863 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 863 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 863 of the Complaint, and on that basis denies those allegations.

864.    The allegations in Paragraph 864 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 864 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 864 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 864 of the Complaint, and on that basis denies those allegations.

865.    The allegations in Paragraph 865 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 865 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 865 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 865 of the Complaint, and on that basis denies those allegations.

866.    The allegations in Paragraph 866 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 866 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 866 of the Complaint to the extent they are directed to

Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 866 of the Complaint, and on that basis denies those allegations.

867.    The allegations in Paragraph 867 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 867 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 867 of the Complaint, and on that basis denies those allegations.

868.    The allegations in Paragraph 868 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 868 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 868 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 868 of the Complaint, and on that basis denies those allegations.

869.    The allegations in Paragraph 869 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 869 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 869 of the Complaint, and on that basis denies those allegations.

870.     The allegations in Paragraph 870 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 870 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 870 of the Complaint, and on that basis denies those allegations.

871.     The allegations in Paragraph 871 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 871 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 871 of the Complaint, and on that basis denies those allegations.

872.     The allegations in Paragraph 872 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 872 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 872 of the Complaint, and on that basis denies those allegations.

873.     The allegations in Paragraph 873 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 873 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 873 of the Complaint, and on that basis denies those allegations.

874. The allegations in Paragraph 874 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 874 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 874 of the Complaint, and on that basis denies those allegations.

875. The allegations in Paragraph 875 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 875 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 875 of the Complaint, and on that basis denies those allegations.

876. The allegations in Paragraph 876 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 876 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 876 of the Complaint, and on that basis denies those allegations.

877. The allegations in Paragraph 877 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 877 of the Complaint to the extent they are directed to Defendant. To the extent they

are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 877 of the Complaint, and on that basis denies those allegations.

878.    The allegations in Paragraph 878 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 878 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 878 of the Complaint, and on that basis denies those allegations.

879.    The allegations in Paragraph 879 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 879 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 879 of the Complaint, and on that basis denies those allegations.

880.    The allegations in Paragraph 880 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 880 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 880 of the Complaint, and on that basis denies those allegations.

881.    The allegations in Paragraph 881 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 881 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 881 of the Complaint, and on that basis denies those allegations.

882.    The allegations in Paragraph 882 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 882 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 882 of the Complaint, and on that basis denies those allegations.

883.    The allegations in Paragraph 883 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 883 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 883 of the Complaint, and on that basis denies those allegations.

884.    The allegations in Paragraph 884 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 884 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 884 of the Complaint, and on that basis denies those allegations.

885.    The allegations in Paragraph 885 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 885 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 885 of the Complaint, and on that basis denies those allegations.

886.    The allegations in Paragraph 886 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 886 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 886 of the Complaint, and on that basis denies those allegations.

887.    The allegations in Paragraph 887 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 887 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 887 of the Complaint, and on that basis denies those allegations.

### THIRD CLAIM FOR RELIEF

**Public Nuisance**
**Federal Common Law**
**(Against All Defendants)**

888.    Pursuant to the Court's June 13, 2019 Order, Plaintiff's Third Claim for Relief has been dismissed.  To the extent an answer is necessary, Defendant denies the allegations contained in Paragraphs 888-912 to the extent they are directed to Defendant.  To the extent they are directed

at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 888-912 of the Complaint, and on that basis denies those allegations. To the extent Defendant's answer to Paragraphs 888-912 of the Complaint are deemed insufficient, Defendant reserves the right to amend its Answer to Plaintiff's Complaint.

## FOURTH CLAIM FOR RELIEF

### State Common Law Public Nuisance
### (Against All Defendants)

913. The allegations in Paragraph 913 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 913 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 913 of the Complaint, and on that basis denies those allegations.

914. Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 913 of the Complaint as though fully set forth herein.

915. The allegations in Paragraph 915 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 915 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 915 of the Complaint, and on that basis denies those allegations.

916. The allegations in Paragraph 916 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 916 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 916 of the Complaint, and on that basis denies those allegations.

917.    The allegations in Paragraph 917 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 917 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 917 of the Complaint, and on that basis denies those allegations.

918.    The allegations in Paragraph 918 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 918 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 918 of the Complaint, and on that basis denies those allegations.

919.    The allegations in Paragraph 919 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 919 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 919 of the Complaint, and on that basis denies those allegations.

920.    The allegations in Paragraph 920 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 920 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 920 of the Complaint, and on that basis denies those allegations.

921.    The allegations in Paragraph 921 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 921 to the extent they are directed to Defendant.  To the extent they are directed at other

parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 921 of the Complaint, and on that basis denies those allegations.

922.    The allegations in Paragraph 922 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 922 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 922 of the Complaint, and on that basis denies those allegations.

923.    The allegations in Paragraph 923 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 923 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 923 of the Complaint, and on that basis denies those allegations.

924.    The allegations in Paragraph 924 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 924 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 924 of the Complaint, and on that basis denies those allegations.

925.    The allegations in Paragraph 925 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 925 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 925 of the Complaint, and on that basis denies those allegations.

926.    The allegations in Paragraph 926 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 926 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 926 of the Complaint, and on that basis denies those allegations.

927.    The allegations in Paragraph 927 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 927 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 927 of the Complaint, and on that basis denies those allegations.

928.    The allegations in Paragraph 928 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 928 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 928 of the Complaint, and on that basis denies those allegations.

929.    The allegations in Paragraph 929 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 929 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 929 of the Complaint, and on that basis denies those allegations.

930.    The allegations in Paragraph 931 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 931 to the extent they are directed to Defendant.  To the extent they are directed at other

parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 931 of the Complaint, and on that basis denies those allegations.

931.    The allegations in Paragraph 930 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 930 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 930 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 930 of the Complaint, and on that basis denies those allegations.

932.    The allegations in Paragraph 932 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 932 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 932 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 932 of the Complaint, and on that basis denies those allegations.

933.    The allegations in Paragraph 933 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 933 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 933 of the Complaint, and on that basis denies those allegations.

934.    The allegations in Paragraph 934 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 934 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 934 of the Complaint, and on that basis denies those allegations.

935.    The allegations in Paragraph 935 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 935 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 935 of the Complaint, and on that basis denies those allegations.

936.    The allegations in Paragraph 936 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 936 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 936 of the Complaint, and on that basis denies those allegations.

937.    The allegations in Paragraph 937 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 937 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 937 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 937 of the Complaint, and on that basis denies those allegations.

938.     The allegations in Paragraph 938 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 938 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 938 of the Complaint, and on that basis denies those allegations.

939.     The allegations in Paragraph 939 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 939 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 939 of the Complaint, and on that basis denies those allegations.

940.     The allegations in Paragraph 940 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 940 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 940 of the Complaint, and on that basis denies those allegations.

941.     The allegations in Paragraph 941 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 941 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 941 of the Complaint, and on that basis denies those allegations.

942.     The allegations in Paragraph 942 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 942 to the extent they are directed to Defendant.  To the extent they are directed at other

parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 942 of the Complaint, and on that basis denies those allegations.

943. The allegations in Paragraph 943 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 943 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 943 of the Complaint, and on that basis denies those allegations.

944. The allegations in Paragraph 944 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 944 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 944 of the Complaint, and on that basis denies those allegations.

945. The allegations in Paragraph 945 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 945 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 945 of the Complaint, and on that basis denies those allegations.

946. The allegations in Paragraph 946 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 946 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 946 of the Complaint, and on that basis denies those allegations.

947.    The allegations in Paragraph 947 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 947 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 947 of the Complaint, and on that basis denies those allegations.

948.    The allegations in Paragraph 948 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 948 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 948 of the Complaint, and on that basis denies those allegations.

949.    The allegations in Paragraph 949 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 949 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 949 of the Complaint, and on that basis denies those allegations.

950.    The allegations in Paragraph 950 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 950 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 950 of the Complaint, and on that basis denies those allegations.

951.    The allegations in Paragraph 951 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 951 to the extent they are directed to Defendant.  To the extent they are directed at other

parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 951 of the Complaint, and on that basis denies those allegations.

952.    The allegations in Paragraph 952 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 952 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 952 of the Complaint, and on that basis denies those allegations.

953.    The allegations in Paragraph 953 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 953 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 953 of the Complaint, and on that basis denies those allegations.

954.    The allegations in Paragraph 954 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 954 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 954 of the Complaint, and on that basis denies those allegations.

955.    The allegations in Paragraph 955 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 955 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 955 of the Complaint, and on that basis denies those allegations.

956.    The allegations in Paragraph 956 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 956 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 956 of the Complaint, and on that basis denies those allegations.

957.    The allegations in Paragraph 957 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 957 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 957 of the Complaint, and on that basis denies those allegations.

958.    The allegations in Paragraph 958 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 958 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 958 of the Complaint, and on that basis denies those allegations.

959.    The allegations in Paragraph 959 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 959 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 959 of the Complaint, and on that basis denies those allegations.

960.    The allegations in Paragraph 960 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 960 to the extent they are directed to Defendant.  To the extent they are directed at other

parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 960 of the Complaint, and on that basis denies those allegations.

## FIFTH CLAIM FOR RELIEF

### Statutory Public Nuisance
### (Against All Defendants)

961.    The allegations in Paragraph 961 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 961 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 961 of the Complaint, and on that basis denies those allegations.

962.    Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 962 of the Complaint as though fully set forth herein.

963.    The allegations in Paragraph 963 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 963 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 963 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 963 of the Complaint, and on that basis denies those allegations.

964.    The allegations in Paragraph 964 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 964 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the

allegations contained in Paragraph 964 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 964 of the Complaint, and on that basis denies those allegations.

965.    The allegations in Paragraph 965 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 965 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 965 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 965 of the Complaint, and on that basis denies those allegations.

966.    The allegations in Paragraph 966 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 966 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 966 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 966 of the Complaint, and on that basis denies those allegations.

967.    The allegations in Paragraph 967 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 967 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for

themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 967 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 967 of the Complaint, and on that basis denies those allegations.

968.    The allegations in Paragraph 968 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 968 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 968 of the Complaint, and on that basis denies those allegations.

969.    The allegations in Paragraph 969 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 969 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 969 of the Complaint, and on that basis denies those allegations.

970.    The allegations in Paragraph 970 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 970 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 970 of the Complaint, and on that basis denies those allegations.

971.    The allegations in Paragraph 971 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 971 to the extent they are directed to Defendant.  To the extent they are directed at other

parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 971 of the Complaint, and on that basis denies those allegations.

972.     The allegations in Paragraph 972 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 972 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 972 of the Complaint, and on that basis denies those allegations.

973.     The allegations in Paragraph 973 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 973 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 973 of the Complaint, and on that basis denies those allegations.

974.     The allegations in Paragraph 974 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 974 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 974 of the Complaint, and on that basis denies those allegations.

### SIXTH CLAIM FOR RELIEF

**Negligence and Negligent Misrepresentation**
**(Against All Defendants)**

975.     Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 974 of the Complaint as though fully set forth herein.

976.     The allegations in Paragraph 976 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 976 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 976 of the Complaint, and on that basis denies those allegations.

977. The allegations in Paragraph 977 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 977 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 977 of the Complaint, and on that basis denies those allegations.

978. The allegations in Paragraph 978 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 978 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 978 of the Complaint, and on that basis denies those allegations.

979. The allegations in Paragraph 979 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 979 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 979 of the Complaint, and on that basis denies those allegations.

980. The allegations in Paragraph 980 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 980 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 980 of the Complaint, and on that basis denies those allegations.

981. The allegations in Paragraph 981 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 981 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 981 of the Complaint, and on that basis denies those allegations.

982. The allegations in Paragraph 982 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 982 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 982 of the Complaint, and on that basis denies those allegations.

983. The allegations in Paragraph 983 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 983 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 983 of the Complaint, and on that basis denies those allegations.

984. The allegations in Paragraph 984 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 984 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 984 of the Complaint, and on that basis denies those allegations.

985. The allegations in Paragraph 985 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 985 to the extent they are directed to Defendant. To the extent they are directed at other

parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 985 of the Complaint, and on that basis denies those allegations.

986.    The allegations in Paragraph 986 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 986 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 986 of the Complaint, and on that basis denies those allegations.

987.    The allegations in Paragraph 987 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 987 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 987 of the Complaint, and on that basis denies those allegations.

988.    The allegations in Paragraph 988 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 988 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 988 of the Complaint, and on that basis denies those allegations.

989.    The allegations in Paragraph 989 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 989 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 989 of the Complaint, and on that basis denies those allegations.

990.    The allegations in Paragraph 990 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 990 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 990 of the Complaint, and on that basis denies those allegations.

991.    The allegations in Paragraph 991 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 991 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 991 of the Complaint, and on that basis denies those allegations.

992.    The allegations in Paragraph 992 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 992 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 992 of the Complaint, and on that basis denies those allegations.

993.    The allegations in Paragraph 993 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 993 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 993 of the Complaint, and on that basis denies those allegations.

994.    The allegations in Paragraph 994 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 994 to the extent they are directed to Defendant.  To the extent they are directed at other

parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 994 of the Complaint, and on that basis denies those allegations.

995.    The allegations in Paragraph 995 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 995 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 995 of the Complaint, and on that basis denies those allegations.

996.    The allegations in Paragraph 996 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 996 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 996 of the Complaint, and on that basis denies those allegations.

997.    The allegations in Paragraph 997 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 997 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 997 of the Complaint, and on that basis denies those allegations.

998.    The allegations in Paragraph 998 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 998 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 998 of the Complaint, and on that basis denies those allegations.

999. The allegations in Paragraph 999 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 999 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 999 of the Complaint, and on that basis denies those allegations.

1000. The allegations in Paragraph 1000 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1000 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1000 of the Complaint, and on that basis denies those allegations.

1001. The allegations in Paragraph 1001 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1001 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1001 of the Complaint, and on that basis denies those allegations.

1002. The allegations in Paragraph 1002 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1002 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1002 of the Complaint, and on that basis denies those allegations.

1003.   The allegations in Paragraph 1003 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1003 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1003 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1003 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1003 of the Complaint, and on that basis denies those allegations.

1004.   The allegations in Paragraph 1004 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1004 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1004 of the Complaint, and on that basis denies those allegations.

1005.   The allegations in Paragraph 1005 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1005 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1005 of the Complaint, and on that basis denies those allegations.

1006.   The allegations in Paragraph 1006 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1006 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1006 of the Complaint, and on that basis denies those allegations.

1007.   The allegations in Paragraph 1007 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1007 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1007 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1007 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1007 of the Complaint, and on that basis denies those allegations.

1008.   The allegations in Paragraph 1008 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1008 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1008 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1008 to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1008 of the Complaint, and on that basis denies those allegations.

1009.   The allegations in Paragraph 1009 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1009 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1009 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1009 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1009 of the Complaint, and on that basis denies those allegations.

1010.   The allegations in Paragraph 1010 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1010 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1010 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1010 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1010 of the Complaint, and on that basis denies those allegations.

1011.   The allegations in Paragraph 1011 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1011 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1011 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1011 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1011 of the Complaint, and on that basis denies those allegations.

1012.   The allegations in Paragraph 1012 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1012 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1012 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1012 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1012 of the Complaint, and on that basis denies those allegations.

1013.   The allegations in Paragraph 1013 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1013 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for

themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1013 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1013 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1013 of the Complaint, and on that basis denies those allegations.

1014.   The allegations in Paragraph 1014 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1014 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1014 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1014 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1014 of the Complaint, and on that basis denies those allegations.

1015.   The allegations in Paragraph 1015 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1015 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1015 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph

1015 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1015 of the Complaint, and on that basis denies those allegations.

1016.  The allegations in Paragraph 1016 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1016 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1016 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1016 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1016 of the Complaint, and on that basis denies those allegations.

1017.  The allegations in Paragraph 1017 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1017 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1017 of the Complaint, and on that basis denies those allegations.

1018.  The allegations in Paragraph 1018 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1018 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for

themselves, and Defendant denies any characterizations of the same. To the extent Paragraph 1018 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order. Defendant denies the allegations contained in Paragraph 1018 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1018 of the Complaint, and on that basis denies those allegations.

1019. The allegations in Paragraph 1019 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 1019 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. To the extent Paragraph 1019 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order. Defendant denies the allegations contained in Paragraph 1019 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1019 of the Complaint, and on that basis denies those allegations.

1020. The allegations in Paragraph 1020 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 1020 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. To the extent Paragraph 1020 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order. Defendant denies the allegations contained in Paragraph

1020 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1020 of the Complaint, and on that basis denies those allegations.

1021.   The allegations in Paragraph 1021 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1021 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1021 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1021 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1021 of the Complaint, and on that basis denies those allegations.

1022.   The allegations in Paragraph 1022 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1022 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1022 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1022 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 1022 of the Complaint, and on that basis denies those allegations.

1023.   The allegations in Paragraph 1023 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1023 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1023 of the Complaint, and on that basis denies those allegations.

1024.   The allegations in Paragraph 1024 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1024 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1024 of the Complaint, and on that basis denies those allegations.

1025.   The allegations in Paragraph 1025 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1025 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1025 of the Complaint, and on that basis denies those allegations.

1026.   The allegations in Paragraph 1026 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1026 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for

themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1026 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1026 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1026 of the Complaint, and on that basis denies those allegations.

1027.   The allegations in Paragraph 1027 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1027 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1027 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1027 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1027 of the Complaint, and on that basis denies those allegations.

1028.   The allegations in Paragraph 1028 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1028 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1028 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph

1028 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1028 of the Complaint, and on that basis denies those allegations.

1029.   The allegations in Paragraph 1029 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1029 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1029 of the Complaint, and on that basis denies those allegations.

1030.   The allegations in Paragraph 1030 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1030 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1030 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1030 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1030 of the Complaint, and on that basis denies those allegations.

1031.   The allegations in Paragraph 1031 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1031 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for

themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1031 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1031 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1031 of the Complaint, and on that basis denies those allegations.

1032.   The allegations in Paragraph 1032 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1032 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1032 of the Complaint, and on that basis denies those allegations.

1033.   The allegations in Paragraph 1033 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1033 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1033 of the Complaint, and on that basis denies those allegations.

1034.   The allegations in Paragraph 1034 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1034 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 1034 of the Complaint, and on that basis denies those allegations.

1035.   The allegations in Paragraph 1035 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1035 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1035 of the Complaint, and on that basis denies those allegations.

1036.   The allegations in Paragraph 1036 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1036 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1036 of the Complaint, and on that basis denies those allegations.

1037.   The allegations in Paragraph 1037 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1037 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1037 of the Complaint, and on that basis denies those allegations.

1038.   The allegations in Paragraph 1038 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1038 to the extent they are directed to Defendant.  To the extent they are directed at

other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1038 of the Complaint, and on that basis denies those allegations.

1039.   The allegations in Paragraph 1039 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1039 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent Paragraph 1039 of the Complaint avers negligence per se as a theory of liability, the Court dismissed that theory of liability in its June 13, 2019 Order.  Defendant denies the allegations contained in Paragraph 1039 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1039 of the Complaint, and on that basis denies those allegations.

1040.   The allegations in Paragraph 1040 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1040 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1040 of the Complaint, and on that basis denies those allegations.

1041.   The allegations in Paragraph 1041 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1041 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 1041 of the Complaint, and on that basis denies those allegations.

1042. The allegations in Paragraph 1042 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1042 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1042 of the Complaint, and on that basis denies those allegations.

1043. The allegations in Paragraph 1043 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1043 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1043 of the Complaint, and on that basis denies those allegations.

1044. The allegations in Paragraph 1044 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1044 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1044 of the Complaint, and on that basis denies those allegations.

1045. The allegations in Paragraph 1045 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1045 to the extent they are directed to Defendant. To the extent they are directed at

other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1045 of the Complaint, and on that basis denies those allegations.

1046.   The allegations in Paragraph 1046 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1046 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1046 of the Complaint, and on that basis denies those allegations.

1047.   The allegations in Paragraph 1047 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1047 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1047 of the Complaint, and on that basis denies those allegations.

1048.   The allegations in Paragraph 1048 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1048 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1048 of the Complaint, and on that basis denies those allegations.

1049.   The allegations in Paragraph 1049 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 1049 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1049 of the Complaint, and on that basis denies those allegations.

1050.   The allegations in Paragraph 1050 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1050 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1050 of the Complaint, and on that basis denies those allegations.

### SEVENTH CLAIM FOR RELIEF

**Common Law Fraud**
**(Against the Marketing Defendants)**

1051.   Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 1050 of the Complaint as though fully set forth herein.

1052.   The allegations in Paragraph 1052 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1052 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1052 of the Complaint, and on that basis denies those allegations.

1053.   The allegations in Paragraph 1053 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1053 to the extent they are directed to Defendant.  To the extent they are directed at

other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1053 of the Complaint, and on that basis denies those allegations.

1054. The allegations in Paragraph 1054 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1054 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1054 of the Complaint, and on that basis denies those allegations.

1055. The allegations in Paragraph 1055 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1055 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1055 of the Complaint, and on that basis denies those allegations.

1056. The allegations in Paragraph 1056 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1056 to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1056 of the Complaint, and on that basis denies those allegations.

1057. The allegations in Paragraph 1057 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in

Paragraph 1057 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1057 of the Complaint, and on that basis denies those allegations.

1058.   The allegations in Paragraph 1058 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1058 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1058 of the Complaint, and on that basis denies those allegations.

1059.   The allegations in Paragraph 1059 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1059 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1059 of the Complaint, and on that basis denies those allegations.

1060.   The allegations in Paragraph 1060 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1060 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1060 of the Complaint, and on that basis denies those allegations.

1061.   The allegations in Paragraph 1061 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1061 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1061 of the Complaint, and on that basis denies those allegations.

1062.   The allegations in Paragraph 1062 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1062 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1062 of the Complaint, and on that basis denies those allegations.

1063.   The allegations in Paragraph 1063 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1063 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1063 of the Complaint, and on that basis denies those allegations.

1064.   The allegations in Paragraph 1064 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1064 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 1064 of the Complaint, and on that basis denies those allegations.

1065.   The allegations in Paragraph 1065 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1065 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1065 of the Complaint, and on that basis denies those allegations.

1066.   The allegations in Paragraph 1066 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1066 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1066 of the Complaint, and on that basis denies those allegations.

1067.   The allegations in Paragraph 1067 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1067 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1067 of the Complaint, and on that basis denies those allegations.

1068.   The allegations in Paragraph 1068 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1068 to the extent they are directed to Defendant.  To the extent they are directed at

other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1068 of the Complaint, and on that basis denies those allegations.

1069.   The allegations in Paragraph 1069 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1069 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1069 of the Complaint, and on that basis denies those allegations.

## EIGHTH CLAIM FOR RELIEF

**Unjust Enrichment**
**(Against All Defendants)**

1070.   Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 1069 of the Complaint as though fully set forth herein.

1071.   The allegations in Paragraph 1071 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1071 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1071 of the Complaint, and on that basis denies those allegations.

1072.   The allegations in Paragraph 1072 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1072 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 1072 of the Complaint, and on that basis denies those allegations.

1073.   The allegations in Paragraph 1073 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1073 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1073 of the Complaint, and on that basis denies those allegations.

1074.   The allegations in Paragraph 1074 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1074 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1074 of the Complaint, and on that basis denies those allegations.

1075.   The allegations in Paragraph 1075 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1075 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1075 of the Complaint, and on that basis denies those allegations.

1076.   The allegations in Paragraph 1076 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1076 to the extent they are directed to Defendant.  To the extent they are directed at

other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1076 of the Complaint, and on that basis denies those allegations.

1077.   The allegations in Paragraph 1077 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1077 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1077 of the Complaint, and on that basis denies those allegations.

1078.   The allegations in Paragraph 1078 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1078 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1078 of the Complaint, and on that basis denies those allegations.

1079.   The allegations in Paragraph 1079 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1079 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1079 of the Complaint, and on that basis denies those allegations.

1080.   The allegations in Paragraph 1080 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 1080 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1080 of the Complaint, and on that basis denies those allegations.

1081.   The allegations in Paragraph 1081 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1081 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1081 of the Complaint, and on that basis denies those allegations.

1082.   The allegations in Paragraph 1082 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1082 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1082 of the Complaint, and on that basis denies those allegations.

1083.   The allegations in Paragraph 1083 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1083 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1083 of the Complaint, and on that basis denies those allegations.

1084.   The allegations in Paragraph 1084 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1084 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1084 of the Complaint, and on that basis denies those allegations.

1085.   The allegations in Paragraph 1085 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1085 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1085 of the Complaint, and on that basis denies those allegations.

1086.   The allegations in Paragraph 1086 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1086 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1086 of the Complaint, and on that basis denies those allegations.

### NINTH CLAIM FOR RELIEF

**Civil Conspiracy**
**(Against All Defendants)**

1087.   Defendant repeats and realleges Defendant's answers to the allegations contained in paragraphs 1 through 1086 of the Complaint as though fully set forth herein.

1088.   The allegations in Paragraph 1088 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1088 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1088 of the Complaint, and on that basis denies those allegations.

1089.   The allegations in Paragraph 1089 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1089 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1089 of the Complaint, and on that basis denies those allegations.

1090.   The allegations in Paragraph 1090 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1090 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1090 of the Complaint, and on that basis denies those allegations.

1091.   The allegations in Paragraph 1091 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1091 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 1091 of the Complaint, and on that basis denies those allegations.

1092.   The allegations in Paragraph 1092 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1092 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1092 of the Complaint, and on that basis denies those allegations.

1093.   The allegations in Paragraph 1093 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1093 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1093 of the Complaint, and on that basis denies those allegations.

1094.   The allegations in Paragraph 1094 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1094 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1094 of the Complaint, and on that basis denies those allegations.

1095.   The allegations in Paragraph 1095 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1095 to the extent they are directed to Defendant.  To the extent they are directed at

other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1095 of the Complaint, and on that basis denies those allegations.

1096.   The allegations in Paragraph 1096 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1096 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1096 of the Complaint, and on that basis denies those allegations.

1097.   The allegations in Paragraph 1097 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1097 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1097 of the Complaint, and on that basis denies those allegations.

1098.   The allegations in Paragraph 1098 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1098 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1098 of the Complaint, and on that basis denies those allegations.

1099.   The allegations in Paragraph 1099 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 1099 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1099 of the Complaint, and on that basis denies those allegations.

1100.   The allegations in Paragraph 1100 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1100 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1100 of the Complaint, and on that basis denies those allegations.

1101.   The allegations in Paragraph 1101 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1101 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1101 of the Complaint, and on that basis denies those allegations.

1102.   The allegations in Paragraph 1102 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1102 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1102 of the Complaint, and on that basis denies those allegations.

1103.   The allegations in Paragraph 1103 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1103 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1103 of the Complaint, and on that basis denies those allegations.

1104.   The allegations in Paragraph 1104 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1104 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1104 of the Complaint, and on that basis denies those allegations.

1105.   The allegations in Paragraph 1105 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1105 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1105 of the Complaint, and on that basis denies those allegations.

1106.   The allegations in Paragraph 1106 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1106 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 1106 of the Complaint, and on that basis denies those allegations.

## TENTH CLAIM FOR RELIEF

**Violations Of Montana Unfair Trade Practices and Consumer Protection Act, MCA § 30-14-101, et seq.**
**(Against All Defendants)**

1107.   Pursuant to the Court's June 13, 2019 Order, Plaintiff's Tenth Claim for Relief has been dismissed.  To the extent an answer is necessary, Defendant denies the allegations contained in Paragraphs 1107-1119 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 1107-1119 of the Complaint, and on that basis denies those allegations.  To the extent Defendant's answer to Paragraphs 1107-1119 of the Complaint are deemed insufficient, Defendant reserves the right to amend its Answer to Plaintiff's Complaint.

## PUNITIVE DAMAGES

1120.   Defendant repeats and realleges Defendant's answers to the allegations contained in paragraphs 1 through 1119 of the Complaint as though fully set forth herein.

1121.   The allegations in Paragraph 1121 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1121 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1121 of the Complaint, and on that basis denies those allegations.

1122.   The allegations in Paragraph 1122 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1122 of the Complaint

purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 1122 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1122 of the Complaint, and on that basis denies those allegations.

1123.   The allegations in Paragraph 1123 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1123 to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1123 of the Complaint, and on that basis denies those allegations.

## PRAYER FOR RELIEF

1124.   Defendant admits only that Plaintiff purports to seek the relief identified in Paragraph 1124 of the Complaint, but specifically denies any liability or wrongdoing whatsoever and denies that Plaintiff is entitled to any relief that it seeks.

**WHEREFORE**, Defendant demands judgment in its favor and against Plaintiff, dismissing Plaintiff's Complaint in its entirety, with prejudice, together with costs of suit and such other relief as the Court deems equitable and just.

## AFFIRMATIVE DEFENSES

By asserting the defenses set forth below, Defendant does not allege or admit that it has the burden of proof and/or the burden of persuasion with respect to any of these defenses.  All of the following defenses are pled in the alternative and none constitutes an admission that Defendant is in any way liable to Plaintiff, that Plaintiff has been or will be injured or damaged in any way,

or that Plaintiff is entitled to any relief whatsoever.  Upon completion of discovery, if the facts warrant, Defendant may withdraw one or more of these defenses.

Defendant asserts as follows:

1.      Plaintiff's Complaint fails to state a claim upon which relief may be granted, fails to state facts sufficient to constitute the purported causes of action, and fails to plead a legally cognizable injury.

2.      Plaintiff has failed to plead that it reimbursed any prescriptions for an opioid distributed by Defendant that harmed patients and should not have been written, or that Defendant's allegedly improper conduct caused any healthcare provider to write any ineffective or harmful opioid prescription, which Defendant then distributed.

3.      Plaintiff has failed to join one or more necessary and indispensable parties, including, but not limited to, the DEA, healthcare providers, prescribers, patients, and other third parties whom Plaintiff alleges engaged in the prescription, dispensing, diversion or use of the subject prescription medications.

4.      To the extent Plaintiff is alleging fraud, fraudulent concealment, or similar conduct, Plaintiff has failed to plead the allegations with sufficient particularity.

5.      Plaintiff cannot obtain relief on its claims based on actions undertaken by Defendant of which Defendant provided notice of all material facts.

6.      Plaintiff fails to plead any actionable misrepresentation or omission made by or attributable to Defendant.

7.      Plaintiff's claims against Defendant do not arise out of the same transactions or occurrences as their claims against other defendants, as required for joinder of parties.

8.      Plaintiff has failed to comply with the requirement that it identify each patient in whose claim(s) it has a subrogation interest and on whose behalf it has incurred costs.

9.      Plaintiff's claims are barred and should be dismissed because Plaintiff has failed to comply with the Court's case management orders, including CMO-1.

10.     Plaintiff is precluded from recovering against Defendant pursuant to applicable law following section 402A of the Restatement (Second) of Torts.

11.     Plaintiff's recovery is barred under Section 6(c) of the Restatement (Third) of Torts.

12.     Plaintiff's claims are barred in whole or in part because no conduct of Defendant was misleading, unfair, or deceptive.

13.     Defendant appropriately, completely, and fully discharged any and all obligations and legal duties arising out of the matters alleged in the Complaint.

14.     Plaintiff's claim for unjust enrichment is barred or limited because Defendant did not receive and retain any alleged benefit from Plaintiff.

15.     Plaintiff's claims are barred, in whole or in part, by the free public services doctrine and/or the municipal cost recovery rule.

16.     Plaintiff's claims are barred, in whole or in part, because Plaintiff has no private right of action under the relevant laws and regulations.

17.     Defendant did not owe or breach any statutory or common law duty to Plaintiff.

18.     Plaintiff is barred from recovery against Defendant because Defendant complied with all applicable federal and Montana rules and regulations related to distribution of the subject prescription medications.

19.     Plaintiff's claims and damages are barred or limited, in whole or in part, by common law, statutory, and state constitutional constraints on the exercise of police powers by a municipality.

20.     Plaintiff is barred from recovery by application of the informed consent doctrine.

21.     Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

22.     Plaintiff's claims are barred, in whole or in part, by the applicable statute of repose.

23.     Plaintiff's claims are not ripe, and/or have been mooted.

24.     Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of laches, waiver, unclean hands, *in pari delicto*, and/or ratification.

25.     Venue may be improper and/or inconvenient in this Court.

26.     Plaintiff's claims are barred, in whole or in part, for lack of standing.

27.     Plaintiff's claims are barred because Plaintiff is not the real party in interest.

28.     Plaintiff's claims against Defendant are barred by the doctrines of res judicata and collateral estoppel.

29.     Plaintiff may be barred by the doctrine of estoppel from all forms of relief sought in the Complaint.

30.     Plaintiff's claims are barred because Plaintiff lacks capacity to bring its claims, including claims indirectly maintained on behalf of its citizens and claims brought as *parens patriae*.

31.     Plaintiff's claims are barred to the extent they are based on alleged violations of industry customs because purported industry customs do not create legal duties on Defendant.

32.     Plaintiff is barred from recovery by the Assumption of Risk doctrine, whether primary, express, or implied.

33.     Plaintiff is barred from recovery by application of the learned intermediary doctrine.

34.     Plaintiff's claims are barred or limited by the terms and effect of any applicable Consent Judgment, including by operation of the doctrines of res judicata and collateral estoppel, failure to fulfill conditions precedent, failure to provide requisite notice, payment, accord and satisfaction, and compromise and settlement.

35.     Plaintiff's claim is barred, in whole or in part, or is subject to other limitations, by Montana Code Ann. § 27-1-719, *et seq.*

36.     Plaintiff's nuisance claims are barred to the extent that they lack the statutory authority to bring a nuisance claim under Montana law.

37.     Plaintiff's statutory nuisance claim is barred because the statutes upon which Plaintiff relies are unconstitutionally vague.

38.     Plaintiff's claim of public nuisance is barred or limited because no action of Defendant involved interference with real property; illegal conduct perpetrated by third parties involving the use of an otherwise legal product does not involve a public right against the distributor sufficient to state a claim for public nuisance; the alleged public nuisance would have impermissible extraterritorial reach; and the alleged conduct of Defendant is too remote from the alleged injury as a matter of law and due process.

39.     Plaintiff is barred from recovery against Defendant because there is no proximate causation between the alleges acts or omissions of Defendant and the damages alleged to have been sustained by Plaintiff.

40.     Plaintiff's damages, if any, were caused by the active, direct, and proximate negligence or actual conduct of entities or persons other than Defendant, and in the event that Defendant is found to be liable to Plaintiff, Defendant will be entitled to indemnification, contribution, and/or apportionment.

41.     Plaintiff's claims are barred, in whole or in part, by failure to establish causation.

42.     Plaintiff's claims are barred by criminal acts of third parties.

43.     Any damages and/or injuries allegedly sustained by Plaintiff was directly and proximately caused by independent, intervening and/or superseding causes, factors or occurrences, which were not reasonably foreseeable to Defendant and for which Defendant is not liable.

44.     Any and all losses or claims allegedly sustained by Plaintiff is the result of acts and/or omissions of persons over whom Defendant does not, or did not, have any direction or control, and for whose actions or omissions Defendant is not liable.

45.     Defendant is not liable for any statements in the Manufacturer Defendants' branded or unbranded materials.

46.     Plaintiff's claims are barred to the extent that the subject prescription medications were misused, modified, altered, or changed from the condition in which they were sold, which misuse, modification, alteration, or change caused or contributed to cause Plaintiff's alleged injuries or damages.

47.     Plaintiff's injuries and damages, if any, are the result of forces of nature over which Defendant had no control or responsibility.

48.     Defendant is not liable for any injuries or expenses allegedly incurred by Plaintiff to the extent the injuries or expenses as alleged may have resulted from the pre-existing and/or unrelated medical conditions of the users of the subject prescription medications.

49.     Any injuries and/or damages sustained by Plaintiff were caused, in whole or in part, by its own failure to effectively enforce the law and prosecute violations thereof and any recovery by Plaintiff is barred or, alternatively, should be diminished according to its own fault.

50.     Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged injuries or damages, if any, were caused by illegal and/or illicit use, misuse, or abuse of the subject prescription medications by the users, for which Defendant is not liable.

51.     Plaintiff's claims are barred, in whole or in part, because neither the users of the subject prescription medications nor their prescribers relied to their detriment upon any statement by Defendant in determining to use or prescribe the subject prescription medications.

52.     Plaintiff's claims are preempted by federal law, including (without limitation) the federal Controlled Substances Act and the Food, Drug, and Cosmetic Act ("FDCA").

53.     Plaintiff may not recover against Defendant because the methods, standards, or techniques of distributing of the subject prescription medications complied with and were in conformity with the generally recognized state of the art at the time the product was designed, manufactured, labeled, and distributed.

54.     Plaintiff's claims are barred to the extent they are based on any allegations involving failure to provide adequate warnings or information because all warnings or information that accompanied the allegedly distributed products were approved by the United States Food & Drug Administration for a product approved under the federal Food, Drug and Cosmetic Act (21 U.S.C. Section 301, *et seq*.), as amended, or Section 351, Public Health Service Act (42 U.S.C. Section 262), as amended, or the warnings and information provided were those stated in monographs developed by the United States Food & Drug Administration for pharmaceutical products that may be distributed without an approved new drug application.

55.     Plaintiff's claims are barred, in whole or in part, for failure to exhaust administrative remedies.

56.     Plaintiff's claims are barred, in whole or in part, because federal agencies have exclusive or primary jurisdiction over the matters asserted in the Complaint.

57.     Plaintiff's claims are preempted insofar as they conflict with Congress' purposes and objectives in enacting relevant federal legislation and authorizing regulations, including the Hatch-Waxman amendments to the FDCA and implementing regulations. *See Geier v. Am. Honda Co.*, 529 U.S. 861 (2000).

58.     To the extent that Plaintiff relies on letters or other informal guidance from the DEA to establish Defendant's regulatory duties, such informal guidance cannot enlarge Defendant's regulatory duties in the absence of compliance by DEA with requirements by the Administrative Procedure Act, 5 U.S.C. § 551, *et seq*.

59.     If Plaintiff incurred the damages alleged, which is expressly denied, Defendant is not liable for damages because the methods, standards, or techniques of designing, manufacturing, labeling, and distributing of the prescription medications at issue complied with and were in conformity with the laws and regulations of the Controlled Substances Act, the FDCA, and the generally recognized state of the art in the industry at the time the product was designed, manufactured, labeled, and distributed.

60.     Plaintiff's claims are barred, in whole or in part, by conflict preemption as set forth in the United States Supreme Court's decision in *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (2011) and *Mutual Pharm. Co. v. Bartlett*, 133 S. Ct. 2466 (2013).

61.     To the extent Plaintiff asserts claims that depend solely on violations of federal law, including any claims of a "fraud on the FDA" with respect to the Manufacturer Defendants'

disclosure of information related to the safety of their medications at issue, such claims are barred and should be dismissed.  *See Buckman v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001).

62.     To the extent Plaintiff asserts claims that depend solely on violations of federal law, including any claims of "fraud on the Drug Enforcement Administration" ("DEA") with respect to Defendant's compliance with statutes or regulations administered and/or enforced by the DEA, such claims are barred and should be dismissed.  *See Buckman v. Plaintiffs' Legal Comm'n*. 531 U.S. 341 (2001).

63.     Plaintiff's claims are barred, in whole or in part, by the deference that common law accords discretionary actions by the FDA under the FDCA and discretionary actions by the DEA under the Controlled Substances Act.

64.     Plaintiff's claims are barred in whole or in part because Plaintiff suffered no injuries or damages as a result of any action by Defendant.

65.     Plaintiff's Complaint is barred, in whole or in part, by the doctrines of acquiescence, settlement, or release.

66.     Plaintiff's claims are barred, in whole or in part, by the economic loss doctrine.

67.     Plaintiff's claims against Defendant are barred to the extent they rely, explicitly or implicitly, on a theory of market-share liability.

68.     Plaintiff's Complaint is barred, in whole or in part, because the derivative injury rule and the remoteness doctrine bar Plaintiff from recovering payments that it allegedly made on behalf of its residents to reimburse any expenses for health care, pharmaceutical care, and other public services.

69.     To the extent that Plaintiff seeks punitive, exemplary, or aggravated damages, any such damages are barred because the product at issue, and its labeling, were subject to and received pre-market approval by the FDA under 52 Stat. 1040, 21 U.S.C. § 301.

70.     The alleged injuries and damages asserted by Plaintiff are too remote and/or speculative from the alleged conduct of Defendant to be a basis for liability as a matter of law and due process and derive solely from the claims of others.

71.     Plaintiff is barred from recovery by Plaintiff's failure to mitigate damages.

72.     Plaintiff, to the extent they are seeking any damages in their capacity as third-party payor, cannot recover as damages the costs of healthcare provided to insureds.

73.     To the extent Plaintiff attempts to seek equitable relief, Plaintiff is not entitled to such relief because Plaintiff has an adequate remedy at law.

74.     Plaintiff would be unjustly enriched if allowed to recover on any of its claims.

75.     Plaintiff's claims are barred, reduced, and/or limited pursuant to the applicable Montana statutory and common law regarding limitations of awards, caps on recovery, and setoffs.

76.     A specific percentage of the tortious conduct that proximately caused the injury or loss to person or property is attributable to one or more persons from whom Plaintiff does not seek recovery in this action.  Should Defendant be held liable to Plaintiff, which liability is specifically denied, Defendant would be entitled to a credit or set-off for all sums of money received or available from or on behalf of any tortfeasor(s) for the same injuries alleged in Plaintiff's Complaint.

77.     Plaintiff's claims are barred and/or reduced by contributory or comparative negligence and contributory or comparative fault.

78. Plaintiff's injuries, losses, or damages, if any, were caused by or contributed to by other persons or entities, whether named or not named as parties to this action, who may be jointly and severally liable for all or part of Plaintiff's alleged injuries, losses, or damages, if any. Defendant will request apportionment of the fault pursuant to Montana Code Ann. § 27-1-703, *et seq.*, of all named parties to this action, whether or not they remain parties at trial.

79. If Defendant is found liable for Plaintiff's alleged injuries and losses (which liability is specifically denied), the facts will show that Defendant caused fifty percent or less of the conduct that proximately caused such injuries or loss and is liable only for its proportionate share of the damages that represent economic loss. Montana Code Ann. § 27-1-702.

80. A percentage of Plaintiff's alleged injury or loss, if proven, is attributable to (i) Plaintiff, (ii) other parties from whom the Plaintiff seeks recovery, and (iii) persons from whom Plaintiff does not seek recovery in this action, including, but not limited to, prescribing practitioners, non-party pharmacies and pharmacists, individuals and entities involved in diversion and distribution of prescription opioids, individuals and entities involved in distribution and sale of illegal opioids, individuals involved in procuring diverted prescription opioids and/or illegal drugs, delivery services, federal, state, and local government entities, and health insurers and pharmacy benefit managers. Montana Code Ann. § 27-1-703.

81. The damages which Plaintiff may be entitled to recover if liability is established (which liability is specifically denied) are capped pursuant to Montana Code Ann. §§ 27-1-220 and 27-1-308.

82. Any damages that Plaintiff may recover against Defendant must be reduced to the extent that Plaintiff is seeking to recover damages for alleged injuries or expenses related to the same user(s) of the subject prescription medications, or damages recovered or recoverable by other

actual or potential plaintiffs.  Any damages that Plaintiff may recover against Defendant must be reduced to the extent they unjustly enrich Plaintiff.

83.    Defendant's liability, if any, will not result from Defendant's conduct but solely the result of an obligation imposed by law, and thus Defendant is entitled to complete indemnity, express or implied, by other parties.

84.    Plaintiff's claims for punitive or exemplary damages are barred because Plaintiff cannot prove by clear and convincing evidence that Defendant was grossly negligent and Defendant has neither acted nor failed to act in a manner that entitled Plaintiff to recover punitive or exemplary damages.

85.    The imposition of punitive and/or exemplary damages against Defendant would violate its rights under the Due Process clauses in the Fifth and Fourteenth Amendments to the Constitution of the United States, the Excessive Fines clause in the Eighth Amendment to the Constitution of the United States, the Double Jeopardy clause in the Fifth Amendment to the Constitution of the United States, the equal protection clause of the Fourteenth Amendment to the Constitution of the United States, and the Sixth Amendment to the Constitution of the United States, in various circumstances in this litigation, including, but not limited to, the following:

      a.    imposition of punitive damages by a jury which is inadequately instructed regarding the rationale behind punitive damages, the standards/criteria governing such an award of damages, and/or the limits of such damages;

      b.    imposition of punitive damages where applicable state law is impermissibly vague, imprecise, or inconsistent;

      c.    imposition of punitive damages that employs a burden of proof that is less than clear and convincing evidence;

d.      imposition of punitive damages without bifurcating the trial and trying all

punitive damages issues separately, only if and after a finding on the merits of the

liability of the Defendant;

e.      imposition of punitive damages without any predetermined limit on any

such award;

f.      imposition of punitive damages which allows multiple punishment for the

same alleged act(s) or omission(s);

g.      imposition of punitive damages without consistent appellate standards of

review of such an award;

h.      imposition of a penalty, criminal in nature, without according to Defendant

the same procedural protections that are accorded to criminal defendants under the

constitutions of the United States, Montana, and any other state or sovereign whose

laws may apply; and

i.      imposition of punitive damages that otherwise fail to satisfy Supreme Court

precedent, including, without limitation, *Pacific Mut. Life Ins. Co. v. Haslip*, 499

U.S. 1 (1991); *TXO Production Corp. v. Alliance Resources, Inc.*, 509 U.S. 443

(1993); *BMW of N. Am. v. Gore*, 517 U.S. 559 (1996); *State Farm Ins. Co. v.

Campbell*, 538 U.S. 408 (2003); and *Philip Morris USA v. Williams*, 549 U.S. 346

(2007).

86.      Defendant's rights under the Due Process Clause of the U.S. Constitution and

applicable state Constitution or statute or other sovereign's laws are violated by any financial or

other arrangement that might distort a government attorney's duty to pursue justice rather than his

or her personal interests, financial or otherwise, in the context of a civil enforcement proceeding, including by Plaintiff's use of a contingency fee contract with private counsel.

87.     Plaintiff's claims are barred, in whole or in part, because they violate the *Ex Post Facto* clauses of the U.S. Constitution, insofar as Plaintiff seeks to impose liability retroactively for conduct that was not actionable at the time it occurred.

88.     Plaintiff's claims are barred, in whole or in part, by the political question and separation of powers doctrine.

89.     Plaintiff's claims are barred, in whole or in part, by the Dormant Commerce Clause of the United States Constitution.

90.     To the extent that Plaintiff's claims relate to Defendant's alleged advertising, public statements, lobbying, or other activities protected by the First Amendment to the Constitution of the United States or by the Constitution of the state of Montana or that of any other state or sovereign whose laws may apply, such claims are barred.

91.     Plaintiff's claims are barred to the extent that Defendant has valid defenses which bar recovery by those persons on whose behalf Plaintiff purportedly seeks recovery.

92.     Defendant adopts by reference all defenses asserted in any party's motion to dismiss filed herein.

93.     Defendant asserts all applicable defenses under Federal Rules of Civil Procedure 8(c) and 12(b) and/or Montana Rules of Civil Procedure 8(c) and 12(b), as investigation and discovery proceeds.

94.     Defendant reserves the right to assert any other defense available under the Montana Code Annotated, Montana common law and/or Montana Constitution, as well as any laws, statutes or regulations of the Blackfeet Tribe of the Blackfeet Indian Reservation.

95.     Plaintiff's Complaint does not allege that Defendant violated RICO, U.S.C. § 1961, *et seq.* ("RICO").  To the extent Plaintiff later asserts that Defendant violated RICO, Defendant reserves the right to amend its Answer and raise RICO-specific affirmative defenses.

96.     Defendant is entitled to, and claims the benefit of, all defenses and presumptions set forth in or arising from any rule of law or statute of Montana or any other state or sovereign whose substantive law might control the action.

97.     Plaintiff's claims are subject to all defenses that could be asserted if Plaintiff's claims were properly made by individuals on whose behalf or for whose alleged damages Plaintiff seeks to recover.

98.     Defendant adopts by reference any additional applicable defense pled by any other defendants not otherwise pled herein.  Defendant reserves the right to assert all defenses, whether affirmative or otherwise, that may become apparent or available during the course of this litigation, and hereby provides notice of its intent to add and rely upon any such other and further defenses in the future.

## DEMAND FOR BIFURCATED TRIAL

If Plaintiff is permitted to proceed to trial upon any claims for punitive or exemplary damages, such claims, if any, must be bifurcated from the remaining issues.

## DEMAND FOR JURY TRIAL

Answering Defendant hereby demands a trial by jury of all issues so triable.  Answering Defendant also hereby reserves the right to have this action remanded to its original jurisdiction for trial.

Dated: July 26, 2019                        Respectfully submitted,


                                            */s/ Brian N. Ramm*
                                            Brian N. Ramm (0038852)
                                            Warren T. McClurg (0089098)
                                            James J. Walsh, Jr. (0096660)
                                            **BENESCH, FRIEDLANDER, COPLAN &**
                                              **ARONOFF LLP**
                                            200 Public Square, Suite 2300
                                            Cleveland, OH  44114-2378
                                            Tel.: 216-363-4500
                                            Fax.: 216-363-4588
                                            bramm@beneschlaw.com
                                            wmcclurg@beneschlaw.com
                                            jwalsh@beneschlaw.com

                                            *Attorneys for Defendant Dakota Drug, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2019, the foregoing Defendant Dakota Drug Inc.'s Answer to Corrected First Amended Complaint was served on all counsel of record via the Court's CM/ECF notification system.

*/s/ Brian N. Ramm*
*One of the Attorneys for Defendant Dakota Drug, Inc.*