# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
|  | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: *The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation*, et al. Case No. 18-op-45749-DAP | Judge Dan Aaron Polster |

## CVS PHARMACY, INC. AND CVS INDIANA, L.L.C.'S
## ANSWER TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT

Defendants CVS Pharmacy, Inc. and CVS Indiana, L.L.C. (collectively "CVS") hereby answer Plaintiff's Corrected First Amended Complaint ("FAC" or "Complaint").

## PRELIMINARY STATEMENT

The following matters are incorporated by reference into CVS's responses to each Paragraph of the FAC:

A.      Where allegations are made against "Defendants" as a group, however described, CVS's responses apply only to themselves.

B.      Most of the allegations in the FAC are not directed at CVS and therefore do not require a response. The responses below are subject to that limitation, regardless of whether expressly stated or not.

C.      The FAC contains purported references to documents and third-party publications and statements that have often been excerpted, paraphrased, characterized, and otherwise taken out of context. These documents and third-party publications and statements should be

considered, if at all, in context and in unmodified form, and CVS respectfully refers the Court to the respective materials for their complete contents.

D.      Except as otherwise expressly stated herein, CVS denies each and every allegation contained in the FAC, including any allegations contained in the preamble, unnumbered Paragraphs, Paragraphs, titles, headings, subheadings, table of contents, footnotes, and exhibits, and specifically denies any liability to Plaintiff. To the extent not expressly denied, all allegations for which CVS denies possessing knowledge or information sufficient to form a belief are denied.

E.      CVS reserves the right to seek to amend and supplement its Answer as may be appropriate or necessary.

## ANSWER

1.      To the extent Paragraph 1 purports to describe the parties and claims in this case, no response is required. CVS otherwise denies the allegations in Paragraph 1 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3. To the extent any further response is required, CVS denies the allegations.

## INTRODUCTION

2.      While individuals have suffered from opioid addiction and abuse, Paragraph 2 states an opinion to which no response is required. To the extent any further response is required, CVS denies the allegations.

3.      While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3. To the extent any further response is required, CVS denies the allegations.

4.     While CVS is aware of reports of overdose rates, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 4. To the extent any further response is required, CVS denies the allegations.

5.     While CVS is aware of reports of overdose rates, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 5. To the extent any further response is required, CVS denies the allegations.

6.     While CVS is aware of reports of overdose rates, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 5. To the extent any further response is required, CVS denies the allegations.

7.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7. To the extent any further response is required, CVS denies the allegations.

8.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8, except CVS admits, upon information and belief, that Mr. Anderson has made the quoted statement in news reports, and that the President declared the opioid crisis a national public health emergency under federal law on October 26, 2017. To the extent any further response is required, CVS denies the allegations.

9.     CVS denies the allegations in Paragraph 9 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9. To the extent any further response is required, CVS denies the allegations.

10.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10. To the extent any further response is required, CVS denies the allegations.

11.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11. To the extent any further response is required, CVS denies the allegations.

12.     While CVS is aware of reports of overdose rates, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12. To the extent any further response is required, CVS denies the allegations.

13.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13. To the extent any further response is required, CVS denies the allegations.

14.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14. To the extent any further response is required, CVS denies the allegations.

15.     To the extent the allegations in Paragraph 15 state legal conclusions, no response is required. CVS otherwise denies the allegations insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15. To the extent any further response is required, CVS denies the allegations.

16.     CVS denies the allegations in Paragraph 16 insofar as alleged against it. While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16. To the extent any further response is required, CVS denies the allegations.

17.     CVS denies the allegations in Paragraph 17 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17, and respectfully refers the Court to any cited documents, which speak for themselves. To the extent any further response is required, CVS denies the allegations.

18.     CVS denies the allegations in Paragraph 18 insofar as alleged against it, except CVS admits that, upon information and belief, a former CDC director has made the quoted statement in news reports. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18. To the extent any further response is required, CVS denies the allegations.

19.     CVS denies the allegations in Paragraph 19 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19. To the extent any further response is required, CVS denies the allegations.

20.     To the extent the allegations in Paragraph 20 state legal conclusions, no response is required. CVS otherwise denies the allegations insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20. To the extent any further response is required, CVS denies the allegations.

21.     CVS denies the allegations in Paragraph 21 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21. To the extent any further response is required, CVS denies the allegations.

22.     While CVS is aware of reports on opioid overdoses and addiction, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22. To the extent any further response is required, CVS denies the allegations.

23.     CVS denies the allegations in Paragraph 23 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23. To the extent any further response is required, CVS denies the allegations.

## JURISDICTION AND VENUE

24.     The allegations in Paragraph 24 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

25.     The allegations in Paragraph 25 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

26.     The allegations in Paragraph 26 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

27.     The allegations in Paragraph 27 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

28.     The allegations in Paragraph 28 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

29.     Paragraph 29 purports to describe the claims and relief sought by Plaintiff in this case, and no response is required. To the extent any further response is required, CVS denies the allegations.

# PARTIES

## I. PLAINTIFF

30.     Paragraph 30 purports to describe the Plaintiff, and no response is required. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 30. To the extent any further response is required, CVS denies the allegations.

31.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31. To the extent any further response is required, CVS denies the allegations.

32.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32. To the extent any further response is required, CVS denies the allegations.

33.     The allegations in Paragraph 33 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations in Paragraph insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33. To the extent any further response is required, CVS denies the allegations.

34.     The allegations in Paragraph 34 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations in Paragraph 34 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34. To the extent any further response is required, CVS denies the allegations.

35.     The allegations in Paragraph 35 state legal conclusions as to which no response is required. The allegations further purport to describe the relief sought as to which no response is required. CVS otherwise denies the allegations in Paragraph 35 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35. To the extent any further response is required, CVS denies the allegations.

36.     The allegations in Paragraph 36 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

## II.     DEFENDANTS

37.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37. To the extent any further response is required, CVS denies the allegations.

38.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38. To the extent any further response is required, CVS denies the allegations.

39.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39. To the extent any further response is required, CVS denies the allegations.

40.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40. To the extent any further response is required, CVS denies the allegations.

41.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41. To the extent any further response is required, CVS denies the allegations.

42.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42. To the extent any further response is required, CVS denies the allegations.

43.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43. To the extent any further response is required, CVS denies the allegations.

44.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44, except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

45.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45. To the extent any further response is required, CVS denies the allegations.

46.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46. To the extent any further response is required, CVS denies the allegations.

47.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47. To the extent any further response is required, CVS denies the allegations.

48.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48. To the extent any further response is required, CVS denies the allegations.

49.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49. To the extent any further response is required, CVS denies the allegations.

50.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50. To the extent any further response is required, CVS denies the allegations.

51.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51. To the extent any further response is required, CVS denies the allegations.

52.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52. To the extent any further response is required, CVS denies the allegations.

53.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53. To the extent any further response is required, CVS denies the allegations.

54.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54. To the extent any further response is required, CVS denies the allegations.

55.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55. To the extent any further response is required, CVS denies the allegations.

56.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56. To the extent any further response is required, CVS denies the allegations.

57.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57. To the extent any further response is required, CVS denies the allegations.

58.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58. To the extent any further response is required, CVS denies the allegations.

59.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59. To the extent any further response is required, CVS denies the allegations.

60.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60. To the extent any further response is required, CVS denies the allegations.

61.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61. To the extent any further response is required, CVS denies the allegations.

62.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 62. To the extent any further response is required, CVS denies the allegations.

63.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63. To the extent any further response is required, CVS denies the allegations.

64.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64. To the extent any further response is required, CVS denies the allegations.

65.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65. To the extent any further response is required, CVS denies the allegations.

66.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66. To the extent any further response is required, CVS denies the allegations.

67.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67. To the extent any further response is required, CVS denies the allegations.

68.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68. To the extent any further response is required, CVS denies the allegations.

69.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69. To the extent any further response is required, CVS denies the allegations.

70.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70. To the extent any further response is required, CVS denies the allegations.

71.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71. To the extent any further response is required, CVS denies the allegations.

72.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72. To the extent any further response is required, CVS denies the allegations.

73.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73 except to aver that the public records of the criminal case speak for themselves. To the extent any further response is required, CVS denies the allegations.

74.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74. To the extent any further response is required, CVS denies the allegations.

75.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75. To the extent any further response is required, CVS denies the allegations.

76.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76. To the extent any further response is required, CVS denies the allegations.

77.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77. To the extent any further response is required, CVS denies the allegations.

78.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78. To the extent any further response is required, CVS denies the allegations.

79.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79. To the extent any further response is required, CVS denies the allegations.

80.     Paragraph 80 purports to define the term "Marketing Defendants," and no response is required. To the extent any further response is required, CVS denies the allegations.

81.     To the extent the allegations in Paragraph 81 state legal conclusions, no response is required.  CVS otherwise denies the allegations in Paragraph 81 insofar as alleged against it, CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81. To the extent any further response is required, CVS denies the allegations.

82.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 82. To the extent any further response is required, CVS denies the allegations.

83.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83. To the extent any further response is required, CVS denies the allegations.

84.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

85.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85. To the extent any further response is required, CVS denies the allegations.

86.     CVS denies the allegations in Paragraph 86, except CVS admits that CVS Pharmacy, Inc. is a Rhode Island corporation with its principal place of business in Rhode Island; that CVS Indiana, LLC is an Indiana corporation with its principle place of business in Rhode Island; that CVS Pharmacy, Inc. directly or indirectly operates CVS Pharmacy retail pharmacy stores in Montana; that CVS Pharmacy retail pharmacy stores in Montana have filled prescriptions for prescription opioids written by medical practitioners for their patients; and that certain CVS distribution centers distributed Schedule III-V controlled substances, but not Schedule II controlled substances, to CVS Pharmacy retail pharmacy stores in Montana.

87.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 87. To the extent any further response is required, CVS denies the allegations.

88.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 88. To the extent any further response is required, CVS denies the allegations.

89.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89. To the extent any further response is required, CVS denies the allegations.

90.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 90. To the extent any further response is required, CVS denies the allegations.

91.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 91. To the extent any further response is required, CVS denies the allegations.

92.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 92. To the extent any further response is required, CVS denies the allegations.

93.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 93. To the extent any further response is required, CVS denies the allegations.

94.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 94. To the extent any further response is required, CVS denies the allegations.

95.     Paragraph 95 purports to define the term "National Retail Pharmacies," and no response is required. To the extent any further response is required, CVS denies the allegations.

96.     Paragraph 96 purports to define the term "Distributor Defendants," and no response is required. To the extent any further response is required, CVS denies the allegations.

97.     CVS denies the allegations in Paragraph 97 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 97. To the extent any further response is required, CVS denies the allegations.

98.     The allegations in Paragraph 98 state legal conclusions as to which no response is required. CVS otherwise denies the allegations in Paragraph 98 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 98. To the extent any further response is required, CVS denies the allegations.

## FACTUAL ALLEGATIONS

99.     CVS admits opioids are a class of substances that include legal, prescription medication that doctors may prescribe to treat pain. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 99. To the extent any further response is required, CVS denies the allegations.

100.     CVS admits opioids are a class of substances that include legal, prescription medication that doctors may prescribe to treat pain. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 100. To the extent any further response is required, CVS denies the allegations.

101.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 101. To the extent any further response is required, CVS denies the allegations.

102.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 102. To the extent any further response is required, CVS denies the allegations.

103.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 103. To the extent any further response is required, CVS denies the allegations.

104.    CVS denies the allegations in Paragraph 104, except that CVS admits that prescriptions opioids are controlled substances regulated by the DEA.

105.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 105. To the extent any further response is required, CVS denies the allegations.

106.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 106. To the extent any further response is required, CVS denies the allegations.

107.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 107. To the extent any further response is required, CVS denies the allegations.

108.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 108. To the extent any further response is required, CVS denies the allegations.

109.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 109. To the extent any further response is required, CVS denies the allegations.

110.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 110. To the extent any further response is required, CVS denies the allegations.

111.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 111. To the extent any further response is required, CVS denies the allegations.

112.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 112. To the extent any further response is required, CVS denies the allegations.

113.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 113. To the extent any further response is required, CVS denies the allegations.

114.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 114. To the extent any further response is required, CVS denies the allegations.

115.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 115. To the extent any further response is required, CVS denies the allegations.

116.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 116. To the extent any further response is required, CVS denies the allegations.

117.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 117. To the extent any further response is required, CVS denies the allegations.

118.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 118. To the extent any further response is required, CVS denies the allegations.

119.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 119. To the extent any further response is required, CVS denies the allegations.

120.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 120. To the extent any further response is required, CVS denies the allegations.

121.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121. To the extent any further response is required, CVS denies the allegations.

122.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 122. To the extent any further response is required, CVS denies the allegations.

123.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 123. To the extent any further response is required, CVS denies the allegations.

124.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 124. To the extent any further response is required, CVS denies the allegations.

125.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 125. To the extent any further response is required, CVS denies the allegations.

126.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 126. To the extent any further response is required, CVS denies the allegations.

127.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127. To the extent any further response is required, CVS denies the allegations.

128.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 128. To the extent any further response is required, CVS denies the allegations.

129.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 129. To the extent any further response is required, CVS denies the allegations.

130.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130. To the extent any further response is required, CVS denies the allegations.

131. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 131. To the extent any further response is required, CVS denies the allegations.

132. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 132. To the extent any further response is required, CVS denies the allegations.

133. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133. To the extent any further response is required, CVS denies the allegations.

134. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 134. To the extent any further response is required, CVS denies the allegations.

135. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135. To the extent any further response is required, CVS denies the allegations.

136. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 136. To the extent any further response is required, CVS denies the allegations.

137. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 137. To the extent any further response is required, CVS denies the allegations.

138.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 138. To the extent any further response is required, CVS denies the allegations.

139.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 139. To the extent any further response is required, CVS denies the allegations.

140.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 140. To the extent any further response is required, CVS denies the allegations.

141.    CVS denies the allegations in Paragraph 141 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 141. To the extent any further response is required, CVS denies the allegations.

142.    CVS denies the allegations in Paragraph 142 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 142. To the extent any further response is required, CVS denies the allegations.

143.    The allegations in Paragraph 143 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations in Paragraph 143 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 143.

144.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 144. To the extent any further response is required, CVS denies the allegations.

145.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 145. To the extent any further response is required, CVS denies the allegations.

146.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 146. To the extent any further response is required, CVS denies the allegations.

147.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 147. To the extent any further response is required, CVS denies the allegations.

148.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 148. To the extent any further response is required, CVS denies the allegations.

149.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 149. To the extent any further response is required, CVS denies the allegations.

150.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 150. To the extent any further response is required, CVS denies the allegations.

151.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 151. To the extent any further response is required, CVS denies the allegations.

152.    While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 152. To the extent any further response is required, CVS denies the allegations.

153.    CVS denies the allegations in Paragraph 153 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 153. To the extent any further response is required, CVS denies the allegations.

154.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 154. To the extent any further response is required, CVS denies the allegations.

155.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 155. To the extent any further response is required, CVS denies the allegations.

156.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 156. To the extent any further response is required, CVS denies the allegations.

157.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 157. To the extent any further response is required, CVS denies the allegations.

158.    CVS denies the allegations in Paragraph 158 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 158. To the extent any further response is required, CVS denies the allegations.

159.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 159. To the extent any further response is required, CVS denies the allegations.

160.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 160. To the extent any further response is required, CVS denies the allegations.

161.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 161. To the extent any further response is required, CVS denies the allegations.

162.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 162. To the extent any further response is required, CVS denies the allegations.

163.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 163. To the extent any further response is required, CVS denies the allegations.

164.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 164. To the extent any further response is required, CVS denies the allegations.

165.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 165. To the extent any further response is required, CVS denies the allegations.

166.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 166. To the extent any further response is required, CVS denies the allegations.

167.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 167. To the extent any further response is required, CVS denies the allegations.

168.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 168. To the extent any further response is required, CVS denies the allegations.

169.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 169. To the extent any further response is required, CVS denies the allegations.

170.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 170. To the extent any further response is required, CVS denies the allegations.

171.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 171. To the extent any further response is required, CVS denies the allegations.

172.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 172. To the extent any further response is required, CVS denies the allegations.

173.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 173. To the extent any further response is required, CVS denies the allegations.

174.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 174. To the extent any further response is required, CVS denies the allegations.

175.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 175. To the extent any further response is required, CVS denies the allegations.

176.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 176. To the extent any further response is required, CVS denies the allegations.

177.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 177. To the extent any further response is required, CVS denies the allegations.

178.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 178. To the extent any further response is required, CVS denies the allegations.

179.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 179. To the extent any further response is required, CVS denies the allegations.

180.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 180. To the extent any further response is required, CVS denies the allegations.

181.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 181. To the extent any further response is required, CVS denies the allegations.

182.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 182. To the extent any further response is required, CVS denies the allegations.

183.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 183. To the extent any further response is required, CVS denies the allegations.

184.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 184. To the extent any further response is required, CVS denies the allegations.

185.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 185. To the extent any further response is required, CVS denies the allegations.

186.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 186. To the extent any further response is required, CVS denies the allegations.

187.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 187. To the extent any further response is required, CVS denies the allegations.

188.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 188. To the extent any further response is required, CVS denies the allegations.

189.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 189. To the extent any further response is required, CVS denies the allegations.

190.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 190. To the extent any further response is required, CVS denies the allegations.

191.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 191. To the extent any further response is required, CVS denies the allegations.

192.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 192. To the extent any further response is required, CVS denies the allegations.

193.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 193. To the extent any further response is required, CVS denies the allegations.

194.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 194. To the extent any further response is required, CVS denies the allegations.

195.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 195. To the extent any further response is required, CVS denies the allegations.

196.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 196. To the extent any further response is required, CVS denies the allegations.

197.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 197. To the extent any further response is required, CVS denies the allegations.

198.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 198. To the extent any further response is required, CVS denies the allegations.

199.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 199. To the extent any further response is required, CVS denies the allegations.

200.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 200. To the extent any further response is required, CVS denies the allegations.

201.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 201. To the extent any further response is required, CVS denies the allegations.

202.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 202. To the extent any further response is required, CVS denies the allegations.

203.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 203. To the extent any further response is required, CVS denies the allegations.

204.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 204. To the extent any further response is required, CVS denies the allegations.

205.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 205. To the extent any further response is required, CVS denies the allegations.

206.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 206. To the extent any further response is required, CVS denies the allegations.

207.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 207. To the extent any further response is required, CVS denies the allegations.

208.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 208. To the extent any further response is required, CVS denies the allegations.

209.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 209. To the extent any further response is required, CVS denies the allegations.

210.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 210. To the extent any further response is required, CVS denies the allegations.

211.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 211. To the extent any further response is required, CVS denies the allegations.

212.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 212. To the extent any further response is required, CVS denies the allegations.

213.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 213. To the extent any further response is required, CVS denies the allegations.

214.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 214. To the extent any further response is required, CVS denies the allegations.

215.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 215. To the extent any further response is required, CVS denies the allegations.

216.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 216. To the extent any further response is required, CVS denies the allegations.

217.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 217 except to aver that the referenced settlement agreement speak for itself. To the extent any further response is required, CVS denies the allegations.

218.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 218. To the extent any further response is required, CVS denies the allegations.

219.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 219. To the extent any further response is required, CVS denies the allegations.

220.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 220. To the extent any further response is required, CVS denies the allegations.

221.    CVS denies the allegations in Paragraph 221 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

34

allegations in Paragraph 221. To the extent any further response is required, CVS denies the allegations.

222.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 222. To the extent any further response is required, CVS denies the allegations.

223.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 223. To the extent any further response is required, CVS denies the allegations.

224.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 224. To the extent any further response is required, CVS denies the allegations.

225.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 225. To the extent any further response is required, CVS denies the allegations.

226.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 226. To the extent any further response is required, CVS denies the allegations.

227.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 227. To the extent any further response is required, CVS denies the allegations.

228.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 228. To the extent any further response is required, CVS denies the allegations.

229. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 229. To the extent any further response is required, CVS denies the allegations.

230. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 230. To the extent any further response is required, CVS denies the allegations.

231. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 231. To the extent any further response is required, CVS denies the allegations.

232. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 232. To the extent any further response is required, CVS denies the allegations.

233. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 233. To the extent any further response is required, CVS denies the allegations.

234. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 234. To the extent any further response is required, CVS denies the allegations.

235. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 235. To the extent any further response is required, CVS denies the allegations.

236.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 236. To the extent any further response is required, CVS denies the allegations.

237.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 237. To the extent any further response is required, CVS denies the allegations.

238.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 238. To the extent any further response is required, CVS denies the allegations.

239.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 239. To the extent any further response is required, CVS denies the allegations.

240.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 240. To the extent any further response is required, CVS denies the allegations.

241.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 241. To the extent any further response is required, CVS denies the allegations.

242.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 242. To the extent any further response is required, CVS denies the allegations.

243.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 243. To the extent any further response is required, CVS denies the allegations.

244.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 244. To the extent any further response is required, CVS denies the allegations.

245.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 245. To the extent any further response is required, CVS denies the allegations.

246.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 246. To the extent any further response is required, CVS denies the allegations.

247.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 247. To the extent any further response is required, CVS denies the allegations.

248.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 248. To the extent any further response is required, CVS denies the allegations.

249.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 249. To the extent any further response is required, CVS denies the allegations.

250.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 250. To the extent any further response is required, CVS denies the allegations.

251.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 251. To the extent any further response is required, CVS denies the allegations.

252.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 252. To the extent any further response is required, CVS denies the allegations.

253.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 253. To the extent any further response is required, CVS denies the allegations.

254.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 254. To the extent any further response is required, CVS denies the allegations.

255.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 255. To the extent any further response is required, CVS denies the allegations.

256.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 256. To the extent any further response is required, CVS denies the allegations.

257.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 257. To the extent any further response is required, CVS denies the allegations.

258.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 258. To the extent any further response is required, CVS denies the allegations.

259.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 259. To the extent any further response is required, CVS denies the allegations.

260.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 260. To the extent any further response is required, CVS denies the allegations.

261.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 261. To the extent any further response is required, CVS denies the allegations.

262.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 262. To the extent any further response is required, CVS denies the allegations.

263.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 263. To the extent any further response is required, CVS denies the allegations.

264. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 264. To the extent any further response is required, CVS denies the allegations.

265. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 265. To the extent any further response is required, CVS denies the allegations.

266. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 266. To the extent any further response is required, CVS denies the allegations.

267. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 267. To the extent any further response is required, CVS denies the allegations.

268. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 268. To the extent any further response is required, CVS denies the allegations.

269. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 269. To the extent any further response is required, CVS denies the allegations.

270. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 270. To the extent any further response is required, CVS denies the allegations.

271.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 271. To the extent any further response is required, CVS denies the allegations.

272.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 272. To the extent any further response is required, CVS denies the allegations.

273.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 273. To the extent any further response is required, CVS denies the allegations.

274.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 274. To the extent any further response is required, CVS denies the allegations.

275.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 275. To the extent any further response is required, CVS denies the allegations.

276.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 276. To the extent any further response is required, CVS denies the allegations.

277.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 277. To the extent any further response is required, CVS denies the allegations.

278.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 278. To the extent any further response is required, CVS denies the allegations.

279.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 279. To the extent any further response is required, CVS denies the allegations.

280.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 280. To the extent any further response is required, CVS denies the allegations.

281.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 281. To the extent any further response is required, CVS denies the allegations.

282.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 282. To the extent any further response is required, CVS denies the allegations.

283.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 283. To the extent any further response is required, CVS denies the allegations.

284.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 284. To the extent any further response is required, CVS denies the allegations.

285.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 285. To the extent any further response is required, CVS denies the allegations.

286.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 286. To the extent any further response is required, CVS denies the allegations.

287.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 287. To the extent any further response is required, CVS denies the allegations.

288.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 288. To the extent any further response is required, CVS denies the allegations.

289.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 289. To the extent any further response is required, CVS denies the allegations.

290.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 290. To the extent any further response is required, CVS denies the allegations.

291.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 291. To the extent any further response is required, CVS denies the allegations.

292.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 292. To the extent any further response is required, CVS denies the allegations.

293.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 293. To the extent any further response is required, CVS denies the allegations.

294.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 294. To the extent any further response is required, CVS denies the allegations.

295.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 295. To the extent any further response is required, CVS denies the allegations.

296.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 296. To the extent any further response is required, CVS denies the allegations.

297.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 297. To the extent any further response is required, CVS denies the allegations.

298.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 298. To the extent any further response is required, CVS denies the allegations.

299.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 299. To the extent any further response is required, CVS denies the allegations.

300.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 300. To the extent any further response is required, CVS denies the allegations.

301.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 301. To the extent any further response is required, CVS denies the allegations.

302.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 302. To the extent any further response is required, CVS denies the allegations.

303.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 303. To the extent any further response is required, CVS denies the allegations.

304.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 304. To the extent any further response is required, CVS denies the allegations.

305.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 305. To the extent any further response is required, CVS denies the allegations.

306.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 306. To the extent any further response is required, CVS denies the allegations.

307.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 307. To the extent any further response is required, CVS denies the allegations.

308.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 308. To the extent any further response is required, CVS denies the allegations.

309.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 309. To the extent any further response is required, CVS denies the allegations.

310.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 310. To the extent any further response is required, CVS denies the allegations.

311.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 311. To the extent any further response is required, CVS denies the allegations.

312.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 312. To the extent any further response is required, CVS denies the allegations.

313.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 313. To the extent any further response is required, CVS denies the allegations.

314.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 314. To the extent any further response is required, CVS denies the allegations.

315.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 315. To the extent any further response is required, CVS denies the allegations.

316.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 316. To the extent any further response is required, CVS denies the allegations.

317.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 317. To the extent any further response is required, CVS denies the allegations.

318.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 318. To the extent any further response is required, CVS denies the allegations.

319.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 319. To the extent any further response is required, CVS denies the allegations.

320.     CVS denies the allegations in Paragraph 320 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 320. To the extent any further response is required, CVS denies the allegations.

321.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 321. To the extent any further response is required, CVS denies the allegations.

322.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 332. To the extent any further response is required, CVS denies the allegations.

323.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 323. To the extent any further response is required, CVS denies the allegations.

324.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 324. To the extent any further response is required, CVS denies the allegations.

325.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 325. To the extent any further response is required, CVS denies the allegations.

326.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 326. To the extent any further response is required, CVS denies the allegations.

327.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 327. To the extent any further response is required, CVS denies the allegations.

328.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 328. To the extent any further response is required, CVS denies the allegations.

329.    CVS denies the allegations in Paragraph 329 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 329. To the extent any further response is required, CVS denies the allegations.

330.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 330. To the extent any further response is required, CVS denies the allegations.

331.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 331. To the extent any further response is required, CVS denies the allegations.

332.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 332. To the extent any further response is required, CVS denies the allegations.

333.    CVS denies the allegations in Paragraph 333 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 333. To the extent any further response is required, CVS denies the allegations.

334.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 334. To the extent any further response is required, CVS denies the allegations.

335.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 335. To the extent any further response is required, CVS denies the allegations.

336.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 336. To the extent any further response is required, CVS denies the allegations.

337.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 337. To the extent any further response is required, CVS denies the allegations.

338.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 338. To the extent any further response is required, CVS denies the allegations.

339.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 339. To the extent any further response is required, CVS denies the allegations.

340.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 340. To the extent any further response is required, CVS denies the allegations.

341.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 341. To the extent any further response is required, CVS denies the allegations.

342.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 342. To the extent any further response is required, CVS denies the allegations.

343.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 343. To the extent any further response is required, CVS denies the allegations.

344.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 344. To the extent any further response is required, CVS denies the allegations.

345.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 345. To the extent any further response is required, CVS denies the allegations.

346.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 346. To the extent any further response is required, CVS denies the allegations.

347.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 347. To the extent any further response is required, CVS denies the allegations.

348.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 348. To the extent any further response is required, CVS denies the allegations.

349.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 349. To the extent any further response is required, CVS denies the allegations.

350.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 350. To the extent any further response is required, CVS denies the allegations.

351.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 351. To the extent any further response is required, CVS denies the allegations.

352.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 352. To the extent any further response is required, CVS denies the allegations.

353.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 353. To the extent any further response is required, CVS denies the allegations.

354.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 354. To the extent any further response is required, CVS denies the allegations.

355.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 355. To the extent any further response is required, CVS denies the allegations.

356.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 356. To the extent any further response is required, CVS denies the allegations.

357.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 357. To the extent any further response is required, CVS denies the allegations.

358.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 358. To the extent any further response is required, CVS denies the allegations.

359.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 359. To the extent any further response is required, CVS denies the allegations.

360.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 360. To the extent any further response is required, CVS denies the allegations.

361.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 361. To the extent any further response is required, CVS denies the allegations.

362.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 362. To the extent any further response is required, CVS denies the allegations.

363.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 363. To the extent any further response is required, CVS denies the allegations.

364.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 364. To the extent any further response is required, CVS denies the allegations.

365.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 365. To the extent any further response is required, CVS denies the allegations.

366.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 366. To the extent any further response is required, CVS denies the allegations.

367.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 367. To the extent any further response is required, CVS denies the allegations.

368.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 368. To the extent any further response is required, CVS denies the allegations.

369.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 369. To the extent any further response is required, CVS denies the allegations.

370.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 370. To the extent any further response is required, CVS denies the allegations.

371.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 371. To the extent any further response is required, CVS denies the allegations.

372.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 372. To the extent any further response is required, CVS denies the allegations.

373.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 373. To the extent any further response is required, CVS denies the allegations.

374.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 374. To the extent any further response is required, CVS denies the allegations.

375.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 375. To the extent any further response is required, CVS denies the allegations.

376.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 376. To the extent any further response is required, CVS denies the allegations.

377.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 377. To the extent any further response is required, CVS denies the allegations.

378.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 378. To the extent any further response is required, CVS denies the allegations.

379.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 379. To the extent any further response is required, CVS denies the allegations.

380.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 380. To the extent any further response is required, CVS denies the allegations.

381.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 381. To the extent any further response is required, CVS denies the allegations.

382.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 382. To the extent any further response is required, CVS denies the allegations.

383.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 383. To the extent any further response is required, CVS denies the allegations.

384.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 384. To the extent any further response is required, CVS denies the allegations.

385.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 385. To the extent any further response is required, CVS denies the allegations.

386.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 386. To the extent any further response is required, CVS denies the allegations.

387.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 387. To the extent any further response is required, CVS denies the allegations.

388.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 388. To the extent any further response is required, CVS denies the allegations.

389.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 389. To the extent any further response is required, CVS denies the allegations.

390.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 390. To the extent any further response is required, CVS denies the allegations.

391.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 391. To the extent any further response is required, CVS denies the allegations.

392.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 392. To the extent any further response is required, CVS denies the allegations.

393.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 393. To the extent any further response is required, CVS denies the allegations.

394.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 394. To the extent any further response is required, CVS denies the allegations.

395.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 395. To the extent any further response is required, CVS denies the allegations.

396.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 396. To the extent any further response is required, CVS denies the allegations.

397.    CVS denies the allegations in Paragraph 397 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 397. To the extent any further response is required, CVS denies the allegations.

398.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 398. To the extent any further response is required, CVS denies the allegations.

399.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 399. To the extent any further response is required, CVS denies the allegations.

400.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 400. To the extent any further response is required, CVS denies the allegations.

401.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 401. To the extent any further response is required, CVS denies the allegations.

402.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 402. To the extent any further response is required, CVS denies the allegations.

403.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 403. To the extent any further response is required, CVS denies the allegations.

404.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 404. To the extent any further response is required, CVS denies the allegations.

405.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 405. To the extent any further response is required, CVS denies the allegations.

406.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 406. To the extent any further response is required, CVS denies the allegations.

407.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 407. To the extent any further response is required, CVS denies the allegations.

408.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 408. To the extent any further response is required, CVS denies the allegations.

409.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 409. To the extent any further response is required, CVS denies the allegations.

410.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 410. To the extent any further response is required, CVS denies the allegations.

411.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 411. To the extent any further response is required, CVS denies the allegations.

412. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 412. To the extent any further response is required, CVS denies the allegations.

413. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 413. To the extent any further response is required, CVS denies the allegations.

414. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 414. To the extent any further response is required, CVS denies the allegations.

415. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 415. To the extent any further response is required, CVS denies the allegations.

416. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 416. To the extent any further response is required, CVS denies the allegations.

417. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 417. To the extent any further response is required, CVS denies the allegations.

418. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 418. To the extent any further response is required, CVS denies the allegations.

419.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 419. To the extent any further response is required, CVS denies the allegations.

420.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 420. To the extent any further response is required, CVS denies the allegations.

421.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 421. To the extent any further response is required, CVS denies the allegations.

422.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 422. To the extent any further response is required, CVS denies the allegations.

423.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 423. To the extent any further response is required, CVS denies the allegations.

424.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 424. To the extent any further response is required, CVS denies the allegations.

425.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 425. To the extent any further response is required, CVS denies the allegations.

426.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 426. To the extent any further response is required, CVS denies the allegations.

427.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 427. To the extent any further response is required, CVS denies the allegations.

428.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 428. To the extent any further response is required, CVS denies the allegations.

429.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 429. To the extent any further response is required, CVS denies the allegations.

430.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 430. To the extent any further response is required, CVS denies the allegations.

431.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 431. To the extent any further response is required, CVS denies the allegations.

432.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 432. To the extent any further response is required, CVS denies the allegations.

433.    The allegations in Paragraph 433 state legal conclusions as to which no response is required. CVS otherwise lacks knowledge or information sufficient to form a belief about the

truth of the allegations in Paragraph 433. To the extent any further response is required, CVS denies the allegations.

434.     The allegations in Paragraph 434 state legal conclusions as to which no response is required. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 434. To the extent any further response is required, CVS denies the allegations.

435.     The allegations in Paragraph 435 state legal conclusions as to which no response is required. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 435. To the extent any further response is required, CVS denies the allegations.

436.     The allegations in Paragraph 436 state legal conclusions as to which no response is required. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 436. To the extent any further response is required, CVS denies the allegations.

437.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 437. To the extent any further response is required, CVS denies the allegations.

438.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 438. To the extent any further response is required, CVS denies the allegations.

439.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 439. To the extent any further response is required, CVS denies the allegations.

440.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 440. To the extent any further response is required, CVS denies the allegations.

441.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 441. To the extent any further response is required, CVS denies the allegations.

442.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 442. To the extent any further response is required, CVS denies the allegations.

443.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 443. To the extent any further response is required, CVS denies the allegations.

444.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 444. To the extent any further response is required, CVS denies the allegations.

445.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 445. To the extent any further response is required, CVS denies the allegations.

446.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 446. To the extent any further response is required, CVS denies the allegations.

447.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 447. To the extent any further response is required, CVS denies the allegations.

448.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 448. To the extent any further response is required, CVS denies the allegations.

449.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 449. To the extent any further response is required, CVS denies the allegations.

450.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 450. To the extent any further response is required, CVS denies the allegations.

451.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 451. To the extent any further response is required, CVS denies the allegations.

452.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 452. To the extent any further response is required, CVS denies the allegations.

453.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 453. To the extent any further response is required, CVS denies the allegations.

454.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 454. To the extent any further response is required, CVS denies the allegations.

455.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 455. To the extent any further response is required, CVS denies the allegations.

456.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 456. To the extent any further response is required, CVS denies the allegations.

457.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 457. To the extent any further response is required, CVS denies the allegations.

458.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 458. To the extent any further response is required, CVS denies the allegations.

459.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 459. To the extent any further response is required, CVS denies the allegations.

460.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 460. To the extent any further response is required, CVS denies the allegations.

461.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 461. To the extent any further response is required, CVS denies the allegations.

462.     CVS denies the allegations in Paragraph 462 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 462. To the extent any further response is required, CVS denies the allegations.

463.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 463. To the extent any further response is required, CVS denies the allegations.

464.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 464. To the extent any further response is required, CVS denies the allegations.

465.     CVS denies the allegations in Paragraph 465 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 465. To the extent any further response is required, CVS denies the allegations.

466.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 466. To the extent any further response is required, CVS denies the allegations.

467.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 467. To the extent any further response is required, CVS denies the allegations.

468.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 468. To the extent any further response is required, CVS denies the allegations.

469.    CVS denies the allegations in Paragraph 469 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 469. To the extent any further response is required, CVS denies the allegations.

470.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 470. To the extent any further response is required, CVS denies the allegations.

471.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 471. To the extent any further response is required, CVS denies the allegations.

472.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 472. To the extent any further response is required, CVS denies the allegations.

473.    CVS denies the allegations in Paragraph 473 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 473. To the extent any further response is required, CVS denies the allegations.

474.    To the extent the allegations in Paragraph 474 state legal conclusions, no response is required. CVS otherwise denies the allegations in Paragraph 474 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 474. To the extent any further response is required, CVS denies the allegations.

476. To the extent the allegations in Paragraph 475 state legal conclusions, no response is required. CVS otherwise denies the allegations in Paragraph 475 insofar as alleged against it except CVS admits that CVS Pharmacy, Inc. had entered into a Master Data Agreement with IMS Health Inc. (which, upon information and belief, became QuintilesIMS and later IQVIA following a merger), under which CVS Pharmacy, Inc. was entitled to receive certain data compilations prepared by IMS Health. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 475. To the extent any further response is required, CVS denies the allegations.

476. To the extent the allegations in Paragraph 476 state legal conclusions, no response is required. CVS otherwise denies the allegations in Paragraph 476 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 476. To the extent any further response is required, CVS denies the allegations.

477. The allegations in Paragraph 477 state legal conclusions as to which no response is required, except CVS admits that CVS Pharmacy, Inc. and CVS Indiana, LLC are DEA-registered distributors, and respectfully refers the Court to any cited statutes, regulations, or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

478. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 478. To the extent any further response is required, CVS denies the allegations.

479.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 479. To the extent any further response is required, CVS denies the allegations.

480.    The allegations in Paragraph 480 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

481.    The allegations in Paragraph 481 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

482.    The allegations in Paragraph 482 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

483.    The allegations in Paragraph 483 state legal conclusions as to which no response is required, except CVS admits that CVS Pharmacy Inc. and CVS Indiana, LLC are DEA-registered distributors, and respectfully refers the Court to any cited statutes, regulations, or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

484.    The allegations in Paragraph 484 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

485.    The allegations in Paragraph 485 state legal conclusions as to which no response is required. CVS further lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 485. To the extent any further response is required, CVS denies the allegations.

486.    The allegations in Paragraph 486 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or

documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

487.    The allegations in Paragraph 487 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

488.    The allegations in Paragraph 488 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

489.    The allegations in Paragraph 489 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

490.    The allegations in Paragraph 490 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

491.    The allegations in Paragraph 491 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

492.    The allegations in Paragraph 492 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

493.    The allegations in Paragraph 493 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

494.    The allegations in Paragraph 494 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

495.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 495. To the extent any further response is required, CVS denies the allegations.

496.    The allegations in Paragraph 496 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

497.    The allegations in Paragraph 497 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

498.    CVS denies the allegations in Paragraph 498 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 498. To the extent any further response is required, CVS denies the allegations.

499.    CVS denies the allegations in Paragraph 499 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 499. To the extent any further response is required, CVS denies the allegations.

500.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 500 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

501.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 501, except CVS admits that CVS Health Corporation acquired in or around 2007 an entity, Caremark Rx Inc., that was an affiliate member of HDMA, and that, for a period thereafter, a CVS entity maintained that affiliate membership in HDMA and/or HDA. To the extent any further response is required, CVS denies the allegations.

502.    CVS denies the allegations in Paragraph 502 insofar as alleged against it, except that CVS admits that DEA discussed suspicious order monitoring in certain of their routine inspections of CVS. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 502. To the extent any further response is required, CVS denies the allegations.

503.    CVS denies the allegations in Paragraph 503, except CVS admits that the DEA sent a September 27, 2006 letter to CVS Indiana that contained the quoted language. CVS denies Plaintiff's characterization of this letter, and respectfully refers the Court to any cited documents, which speak for themselves. To the extent any further response is required, CVS denies the allegations.

504.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 504, except CVS admits that the DEA had wrote a December 27, 2007 letter to registrants that contained the quoted language. CVS respectfully refers the Court to any cited documents, which speak for themselves. To the extent any further response is required, CVS denies the allegations.

505.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 505. To the extent any further response is required, CVS denies the allegations.

506.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 506.  To the extent any further response is required, CVS denies the allegations.

507.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 507.  To the extent any further response is required, CVS denies the allegations.

508.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 508.  To the extent any further response is required, CVS denies the allegations.

509.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 509.  To the extent any further response is required, CVS denies the allegations.

510.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 510.  To the extent any further response is required, CVS denies the allegations.

511.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 511.  To the extent any further response is required, CVS denies the allegations.

512.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 512.  To the extent any further response is required, CVS denies the allegations.

513.     CVS denies the allegations in Paragraph 513 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 513. To the extent any further response is required, CVS denies the allegations.

514.     CVS denies the allegations in Paragraph 514 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 514. To the extent any further response is required, CVS denies the allegations.

515.     CVS denies the allegations in Paragraph 515 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 515. To the extent any further response is required, CVS denies the allegations.

516.     CVS denies the allegations in Paragraph 516 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 516. To the extent any further response is required, CVS denies the allegations.

517.     CVS denies the allegations in Paragraph 517 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 517. To the extent any further response is required, CVS denies the allegations.

518.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 518. To the extent any further response is required, CVS denies the allegations.

519.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 519. To the extent any further response is required, CVS denies the allegations.

520.    CVS denies the allegations in Paragraph 520 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 520. To the extent any further response is required, CVS denies the allegations.

521.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 521. To the extent any further response is required, CVS denies the allegations.

522.    CVS denies the allegations in Paragraph 522 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 522. To the extent any further response is required, CVS denies the allegations.

523.    CVS denies the allegations in Paragraph 523 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 523. To the extent any further response is required, CVS denies the allegations.

524.    CVS denies the allegations in Paragraph 524 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 524. To the extent any further response is required, CVS denies the allegations.

525.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 525, except CVS admits, upon information and belief, that HDA had various councils, committees, task forces, and working groups. To the extent any further response is required, CVS denies the allegations.

526.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 526, except CVS admits, upon information and belief, that HDA had various councils, committees, task forces, and working groups. To the extent any further response is required, CVS denies the allegations.

527.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 527, except CVS admits, upon information and belief, that HDA had various councils, committees, task forces, and working groups. To the extent any further response is required, CVS denies the allegations.

528.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 528, except CVS admits, upon information and belief, that HDA had various councils, committees, task forces, and working groups. To the extent any further response is required, CVS denies the allegations.

529.    CVS denies the allegations in Paragraph 529 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 529. To the extent any further response is required, CVS denies the allegations.

530.     CVS denies the allegations in Paragraph 530 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 530. To the extent any further response is required, CVS denies the allegations.

531.     CVS denies the allegations in Paragraph 531 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 531. To the extent any further response is required, CVS denies the allegations.

532.     CVS denies the allegations in Paragraph 532 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 532. To the extent any further response is required, CVS denies the allegations.

533.     CVS denies the allegations in Paragraph 533 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 533. To the extent any further response is required, CVS denies the allegations.

534.     CVS denies the allegations in Paragraph 534 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 534. To the extent any further response is required, CVS denies the allegations.

535.     CVS denies the allegations in Paragraph 535 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 535. To the extent any further response is required, CVS denies the allegations.

536.    The allegations in Paragraph 536 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

537.    The allegations in Paragraph 537 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

538.    CVS denies the allegations in Paragraph 538 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 538. To the extent any further response is required, CVS denies the allegations.

539.    CVS denies the allegations in Paragraph 539 insofar as alleged against it, except CVS admits that the DEA maintains an ARCOS database. To the extent any further response is required, CVS denies the allegations.

540.    CVS denies the allegations in Paragraph 540 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 540. To the extent any further response is required, CVS denies the allegations.

541.    CVS denies the allegations in Paragraph 541 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 541. To the extent any further response is required, CVS denies the allegations.

542.    CVS denies the allegations in Paragraph 542 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 542. To the extent any further response is required, CVS denies the allegations.

543.     CVS denies the allegations in Paragraph 543 insofar as alleged against it, except CVS admits that CVS Pharmacy, Inc. had entered into a Master Data Agreement with IMS Health Inc. (which, upon information and belief, became QuintilesIMS and later IQVIA following a merger), under which CVS Pharmacy, Inc. was entitled to receive certain data compilations prepared by IMS Health. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 543. To the extent any further response is required, CVS denies the allegations.

544.     CVS denies the allegations in Paragraph 544 insofar as alleged against it, except CVS admits that it had access to information about the CVS pharmacies to whom they distributed controlled substances. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 544. To the extent any further response is required, CVS denies the allegations.

545.     CVS denies the allegations in Paragraph 545 insofar as alleged against it, except CVS admits that CVS Pharmacy, Inc. had entered into a Master Data Agreement with IMS Health Inc., under which CVS Pharmacy, Inc. was entitled to receive certain data compilations prepared by IMS Health. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 545. To the extent any further response is required, CVS denies the allegations.

546.     CVS denies the allegations in Paragraph 546 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 546. To the extent any further response is required, CVS denies the allegations.

547.    CVS denies the allegations in Paragraph 547 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 547. To the extent any further response is required, CVS denies the allegations.

548.    CVS denies the allegations in Paragraph 548 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 548. To the extent any further response is required, CVS denies the allegations.

549.    CVS denies the allegations in Paragraph 549 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 549. To the extent any further response is required, CVS denies the allegations.

550.    CVS denies the allegations in Paragraph 550 insofar as alleged against it, except CVS admits that the DEA has brought public administrative actions and respectfully refers the Court to any cited proceedings and documents, which speak for themselves. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 550. To the extent any further response is required, CVS denies the allegations.

551.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 551. To the extent any further response is required, CVS denies the allegations.

552.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 552. To the extent any further response is required, CVS denies the allegations.

553.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 553. To the extent any further response is required, CVS denies the allegations.

554.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 554. To the extent any further response is required, CVS denies the allegations.

555.    CVS denies the allegations in Paragraph 555 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 555. To the extent any further response is required, CVS denies the allegations.

556.    CVS denies the allegations in Paragraph 556 insofar as alleged against it, except CVS admits that CVS Pharmacy, Inc. had entered into a Master Data Agreement with IMS Health Inc., under which CVS Pharmacy, Inc. was entitled to receive certain data compilations prepared by IMS Health. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 556. To the extent any further response is required, CVS denies the allegations.

557.    CVS denies the allegations in Paragraph 557 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 557. To the extent any further response is required, CVS denies the allegations.

558.    CVS denies the allegations in Paragraph 558 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 558. To the extent any further response is required, CVS denies the allegations.

559.    CVS denies the allegations in Paragraph 559 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 559. To the extent any further response is required, CVS denies the allegations.

560.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 560. To the extent any further response is required, CVS denies the allegations.

561.    CVS denies the allegations in Paragraph 561 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 561. To the extent any further response is required, CVS denies the allegations.

562.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 562. To the extent any further response is required, CVS denies the allegations.

563.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 563. To the extent any further response is required, CVS denies the allegations.

564.    CVS denies the allegations in Paragraph 564 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 564. To the extent any further response is required, CVS denies the allegations.

565.   CVS denies the allegations in Paragraph 565 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 565. To the extent any further response is required, CVS denies the allegations.

566.   CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 566 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

567.   CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 567 except to aver that the referenced Administrative Memorandum Agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

568.   CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 568 except to aver that the referenced Administrative Memorandum Agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

569.   CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 569 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

570.   CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 570 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

571.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 571. To the extent any further response is required, CVS denies the allegations.

572.    CVS denies the allegations in Paragraph 572 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 572. To the extent any further response is required, CVS denies the allegations.

573.    CVS denies the allegations in Paragraph 573 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 573. To the extent any further response is required, CVS denies the allegations.

574.    CVS denies the allegations in Paragraph 574 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 574 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

575.    CVS denies the allegations in Paragraph 575 insofar as alleged against it, except CVS admits that it has collaborated with various stakeholders, including law enforcement, to address prescription drug abuse. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 575. To the extent any further response is required, CVS denies the allegations.

576.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 576. To the extent any further response is required, CVS denies the allegations.

577.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 577. To the extent any further response is required, CVS denies the allegations.

578.     CVS denies the allegations in Paragraph 578 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 578. To the extent any further response is required, CVS denies the allegations.

579.     CVS denies the allegations in Paragraph 579 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 579. To the extent any further response is required, CVS denies the allegations.

580.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 580. To the extent any further response is required, CVS denies the allegations.

581.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 581. To the extent any further response is required, CVS denies the allegations.

582.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 582. To the extent any further response is required, CVS denies the allegations.

583.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 583. To the extent any further response is required, CVS denies the allegations.

584.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 584. To the extent any further response is required, CVS denies the allegations.

585.    CVS denies the allegations in Paragraph 585 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 585. To the extent any further response is required, CVS denies the allegations.

586.    CVS denies the allegations in Paragraph 586 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 586. To the extent any further response is required, CVS denies the allegations.

587.    CVS denies the allegations in Paragraph 587 insofar as alleged against it, except CVS admits that it distributes certain prescription drugs (those scheduled at Schedule III-V) and other retail products to the CVS pharmacies it services. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 608. To the extent any further response is required, CVS denies the allegations.

588.    CVS denies the allegations in Paragraph 588 insofar as alleged against it, except CVS admits that, when hydrocodone was a Schedule III drug, it distributed hydrocodone to the CVS pharmacies it serviced. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 588. To the extent any further response is required, CVS denies the allegations.

589.    CVS denies the allegations in Paragraph 589 insofar as alleged against it, except CVS admits that they possessed or had access to certain data concerning the distribution or

dispensing of controlled substances. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 589. To the extent any further response is required, CVS denies the allegations.

590.    The allegations in Paragraph 590 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

591.    The allegations in Paragraph 591 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

592.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 592. To the extent any further response is required, CVS denies the allegations.

593.    CVS denies the allegations in Paragraph 593, except CVS admits that a DEA regulation addresses suspicious orders, and respectfully refers the Court to the regulations for its true and correct content. *See e.g.*, 21 CFR § 1301.74(b). To the extent any further response is required, CVS denies the allegations.

594.    CVS denies the allegations in Paragraph 594 insofar, except CVS admits that a DEA regulation addresses suspicious orders, and respectfully refers the Court to the regulation for its true and correct content. *See e.g.*, 21 CFR § 1301.74(b). To the extent any further response is required, CVS denies the allegations.

595.    The allegations in Paragraph 595 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

596. CVS denies the allegations in Paragraph 596 insofar as alleged against it, except CVS admits that they possessed or had access to certain data concerning the distribution or dispensing of controlled substances. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 596. To the extent any further response is required, CVS denies the allegations.

597. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 597. To the extent any further response is required, CVS denies the allegations.

598. CVS denies the allegations in Paragraph 598 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 598. To the extent any further response is required, CVS denies the allegations.

599. CVS denies the allegations in Paragraph 599 insofar as alleged against it, except CVS admits that prior incentive plans, not in place since 2012, took into account the number of all prescriptions filled but provided no special incentive for filling opioid prescriptions. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraphs 599. To the extent any further response is required, CVS denies the allegations.

600. CVS denies the allegations in Paragraph 600 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 600. To the extent any further response is required, CVS denies the allegations.

601.     CVS denies the allegations in Paragraph 601 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 601. To the extent any further response is required, CVS denies the allegations.

602.     CVS denies the allegations in Paragraph 602 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 602. To the extent any further response is required, CVS denies the allegations.

603.     CVS denies the allegations in Paragraph 603 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 603. To the extent any further response is required, CVS denies the allegations.

604.     CVS denies the allegations in Paragraph 604 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 604. To the extent any further response is required, CVS denies the allegations.

605.     CVS denies the allegations in Paragraph 605 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 605. To the extent any further response is required, CVS denies the allegations.

606.     CVS denies the allegations in Paragraph 606 insofar as alleged against it, except to admit that certain CVS entities have entered settlement agreements with regulators relating to opioids. CVS otherwise lacks knowledge or information sufficient to form a belief about the

truth of the allegations in Paragraph 606. To the extent any further response is required, CVS denies the allegations.

607.    CVS denies the allegations in Paragraph 607, except CVS admits that CVS Health Corporation disclosed in public filings that it had yearly net revenue of more than $150 billion between 2015 and 2017, and that there are currently more than 9,700 retail CVS pharmacies.

608.    CVS denies the allegations in Paragraph 608, except it admits that certain CVS entities have entered settlement agreements with the DEA and the United States Department of Justice. CVS otherwise denies Plaintiff's characterization of the settlements, and otherwise denies the remaining allegations in Paragraph 608.

609.    CVS denies the allegations in Paragraph 609, except CVS admits that CVS Pharmacy, Inc. entered a settlement agreement with the U.S. Attorney's Office for the Eastern District of California in July 2017. CVS otherwise denies Plaintiff's characterization of the settlement, and respectfully refers the Court to the referenced settlement agreement, which speaks for itself.

610.    CVS denies the allegations in Paragraph 610, except CVS admits that certain CVS entities have entered settlement agreements with the DEA and the United States Department of Justice. CVS otherwise denies Plaintiff's characterization of the settlements, and respectfully refers the Court to the referenced settlement agreements, which speak for themselves.

611.    CVS denies the allegations in Paragraph 611, except CVS admits that CVS Pharmacy, Inc. entered a settlement agreement with the U.S. Attorney's Office for the District of Maryland in February 2016. CVS otherwise denies Plaintiff's characterization of the settlement, and respectfully refers the Court to the referenced settlement agreement, which speaks for itself.

93

612.    CVS denies the allegations in Paragraph 612, except CVS admits that CVS Pharmacy, Inc. entered a settlement agreement with the U.S. Attorney's Office for the District of Connecticut in October 2016. CVS otherwise denies Plaintiff's characterization of the settlement, and respectfully refers the Court to the referenced settlement agreement, which speaks for itself.

613.    CVS denies the allegations in Paragraph 613, except CVS admits that CVS Pharmacy, Inc. entered a settlement agreement with the Massachusetts Attorney General in or around September 2016. CVS otherwise denies Plaintiff's characterization of the settlement, and respectfully refers the Court to the referenced settlement agreement, which speaks for itself.

614.    CVS denies the allegations in Paragraph 614, except CVS admits that CVS Pharmacy, Inc. entered a settlement agreement with the United States Department of Justice and the Drug Enforcement Administration's New England Field Division in June 2016. CVS otherwise denies Plaintiff's characterization of the settlement, and respectfully refers the Court to the referenced settlement agreement, which speaks for itself.

615.    CVS denies the allegations in Paragraph 615, except CVS admits that CVS Health entered a settlement agreement with the U.S. Attorney's Office for the District of Rhode Island in August 2015. CVS otherwise denies Plaintiff's characterization of the settlement, and respectfully refers the Court to the referenced settlement agreement, which speaks for itself.

616.    CVS denies the allegations in Paragraph 616, except CVS admits that CVS Health Corporation entered a settlement agreement with the U.S. Attorney's Office for the Middle District of Florida in May 2015. CVS otherwise denies Plaintiff's characterization of the settlement, and respectfully refers the Court to the referenced settlement agreement, which speaks for itself.

617.    CVS denies the allegations in Paragraph 617, except CVS admits that CVS Pharmacy, Inc. entered a settlement agreement with the U.S. Attorney's Office for the Southern District of Texas in September 2014. CVS otherwise denies Plaintiff's characterization of the settlement, and respectfully refers the Court to the referenced settlement agreement, which speaks for itself.

618.    CVS denies the allegations in Paragraph 618, except CVS admits that Oklahoma CVS Pharmacy, LLC entered a settlement agreement with the Oklahoma Board of Pharmacy in August 2013. CVS otherwise denies Plaintiff's characterization of the settlement, and respectfully refers the Court to the referenced settlement agreement, which speaks for itself.

619.    CVS denies the allegations in Paragraph 619.

620.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 620. To the extent any further response is required, CVS denies the allegations.

621.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 621 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

622.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 622 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

623.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 623 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

624. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 624. To the extent any further response is required, CVS denies the allegations.

625. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 625. To the extent any further response is required, CVS denies the allegations.

626. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 626 except to aver that the referenced settlement agreements speak for themselves. To the extent any further response is required, CVS denies the allegations.

627. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 627. To the extent any further response is required, CVS denies the allegations.

628. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 628 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

629. CVS denies the allegations in Paragraph 629 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 629. To the extent any further response is required, CVS denies the allegations.

630. CVS denies the allegations in Paragraph 630 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 630. To the extent any further response is required, CVS denies the allegations.

631.    CVS denies the allegations in Paragraph 631 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 631. To the extent any further response is required, CVS denies the allegations.

632.    CVS denies the allegations in Paragraph 632 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 632. To the extent any further response is required, CVS denies the allegations.

633.    CVS denies the allegations in Paragraph 633 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 633. To the extent any further response is required, CVS denies the allegations.

634.    CVS denies the allegations in Paragraph 634 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 634. To the extent any further response is required, CVS denies the allegations.

635.    CVS denies the allegations in Paragraph 635 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 635. To the extent any further response is required, CVS denies the allegations.

636.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 636. To the extent any further response is required, CVS denies the allegations.

637.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 637. To the extent any further response is required, CVS denies the allegations.

638.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 638. To the extent any further response is required, CVS denies the allegations.

639.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 639. To the extent any further response is required, CVS denies the allegations.

640.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 640. To the extent any further response is required, CVS denies the allegations.

641.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 641. To the extent any further response is required, CVS denies the allegations.

642.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 642. To the extent any further response is required, CVS denies the allegations.

643.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 643. To the extent any further response is required, CVS denies the allegations.

644.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 644. To the extent any further response is required, CVS denies the allegations.

645.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 645. To the extent any further response is required, CVS denies the allegations.

646.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 646. To the extent any further response is required, CVS denies the allegations.

647.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 647. To the extent any further response is required, CVS denies the allegations.

648.    CVS denies the allegations in Paragraph 648 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 648. To the extent any further response is required, CVS denies the allegations.

649.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 649. To the extent any further response is required, CVS denies the allegations.

650.    CVS denies the allegations in Paragraph 650 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 650. To the extent any further response is required, CVS denies the allegations.

651.     CVS denies the allegations in Paragraph 651 insofar as alleged against it, except CVS admits that, when hydrocodone was a Schedule III drug, it distributed hydrocodone to the CVS pharmacies it serviced. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 651. To the extent any further response is required, CVS denies the allegations.

652.     The allegations in Paragraph 652 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

653.     The allegations in Paragraph 653 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

654.     CVS denies the allegations in Paragraph 654 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 654. To the extent any further response is required, CVS denies the allegations.

655.     While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 655. To the extent any further response is required, CVS denies the allegations.

656.     While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 656. To the extent any further response is required, CVS denies the allegations.

657.    While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 657. To the extent any further response is required, CVS denies the allegations.

658.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 658. To the extent any further response is required, CVS denies the allegations.

659.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 659. To the extent any further response is required, CVS denies the allegations.

660.    CVS denies the allegations in Paragraph 660 insofar as alleged against it. While individuals have suffered from opioid addiction and abuse, CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 660. To the extent any further response is required, CVS denies the allegations.

661.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 661. To the extent any further response is required, CVS denies the allegations.

662.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 662. To the extent any further response is required, CVS denies the allegations.

663.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 662. To the extent any further response is required, CVS denies the allegations.

664.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 664. To the extent any further response is required, CVS denies the allegations.

665.    CVS denies the allegations in Paragraph 665 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 665. To the extent any further response is required, CVS denies the allegations.

666.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 666. To the extent any further response is required, CVS denies the allegations.

667.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 667. To the extent any further response is required, CVS denies the allegations.

668.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 668. To the extent any further response is required, CVS denies the allegations.

669.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 669. To the extent any further response is required, CVS denies the allegations.

670.    CVS denies the allegations in Paragraph 670 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 670. To the extent any further response is required, CVS denies the allegations.

671.    CVS denies the allegations in Paragraph 671 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 671. To the extent any further response is required, CVS denies the allegations.

672.    CVS denies the allegations in Paragraph 672 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 672. To the extent any further response is required, CVS denies the allegations.

673.    While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 673. To the extent any further response is required, CVS denies the allegations.

674.    While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 674. To the extent any further response is required, CVS denies the allegations.

675.    While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 675. To the extent any further response is required, CVS denies the allegations.

676.    While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 676. To the extent any further response is required, CVS denies the allegations.

677.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 677. To the extent any further response is required, CVS denies the allegations.

678.     CVS denies the allegations in Paragraph 678 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 678. To the extent any further response is required, CVS denies the allegations.

679.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 679. To the extent any further response is required, CVS denies the allegations.

680.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 680. To the extent any further response is required, CVS denies the allegations.

681.     While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 681. To the extent any further response is required, CVS denies the allegations.

682.     While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 682. To the extent any further response is required, CVS denies the allegations.

683.     While CVS is aware of reports of overdose rates, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 683. To the extent any further response is required, CVS denies the allegations.

684.     While CVS is aware of reports of overdose rates, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 684. To the extent any further response is required, CVS denies the allegations.

685.    While CVS is aware of reports of overdose rates, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 685. To the extent any further response is required, CVS denies the allegations.

686.    While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 686. To the extent any further response is required, CVS denies the allegations.

687.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 687. To the extent any further response is required, CVS denies the allegations.

688.    While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 688. To the extent any further response is required, CVS denies the allegations.

689.    While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 689. To the extent any further response is required, CVS denies the allegations.

690.    While individuals have suffered from opioid addiction and abuse, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 690. To the extent any further response is required, CVS denies the allegations.

691.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 691. To the extent any further response is required, CVS denies the allegations.

692.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 692. To the extent any further response is required, CVS denies the allegations.

693.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 693. To the extent any further response is required, CVS denies the allegations.

694.     CVS denies the allegations in Paragraph 694 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 694. To the extent any further response is required, CVS denies the allegations.

695.     To the extent Paragraph 695 purports to define the terms "Blackfeet Geographic Region" and "Plaintiff's Community," no response is required. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 695. To the extent any further response is required, CVS denies the allegations.

696.     CVS denies the allegations in Paragraph 696 insofar as alleged against it, except CVS admits that the United States Government provided certain data from its ARCOS database, and respectfully refers the Court to the data for their true and correct contents. CVS otherwise denies Plaintiff's characterization of the data, and otherwise denies the remaining allegations in Paragraph 696.

697.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 697, except CVS admits that the United States Government provided certain data from its ARCOS database, and respectfully refers the Court to the data for their true

and correct contents. CVS otherwise denies Plaintiff's characterization of the data, and otherwise denies the remaining allegations in Paragraph 697.

698.    CVS denies the allegations in Paragraph 696 insofar as alleged against it, except CVS admits that the United States Government provided certain data from its ARCOS database, and respectfully refers the Court to the data for their true and correct contents. CVS otherwise denies Plaintiff's characterization of the data, and otherwise denies the remaining allegations in Paragraph 698.

699.    CVS denies the allegations in Paragraph 696 insofar as alleged against it, except CVS admits that the United States Government provided certain data from its ARCOS database, and respectfully refers the Court to the data for their true and correct contents. CVS otherwise denies Plaintiff's characterization of the data, and otherwise denies the remaining allegations in Paragraph 699.

700.    CVS denies the allegations in Paragraph 700 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 700. To the extent any further response is required, CVS denies the allegations.

701.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 701. To the extent any further response is required, CVS denies the allegations.

702.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 702. To the extent any further response is required, CVS denies the allegations.

703.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 703. To the extent any further response is required, CVS denies the allegations.

704.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 704. To the extent any further response is required, CVS denies the allegations.

705.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 705. To the extent any further response is required, CVS denies the allegations.

706.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 706. To the extent any further response is required, CVS denies the allegations.

707.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 707. To the extent any further response is required, CVS denies the allegations.

708.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 708. To the extent any further response is required, CVS denies the allegations.

709.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 709. To the extent any further response is required, CVS denies the allegations.

710.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 710. To the extent any further response is required, CVS denies the allegations.

711.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 711. To the extent any further response is required, CVS denies the allegations.

712.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 712. To the extent any further response is required, CVS denies the allegations.

713.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 713. To the extent any further response is required, CVS denies the allegations.

714.     CVS denies the allegations in Paragraph 714 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 714. To the extent any further response is required, CVS denies the allegations.

715.     CVS denies the allegations in Paragraph 715 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 715. To the extent any further response is required, CVS denies the allegations.

716.     CVS denies the allegations in Paragraph 716 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 716. To the extent any further response is required, CVS denies the allegations.

717.    CVS denies the allegations in Paragraph 717 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 717. To the extent any further response is required, CVS denies the allegations.

718.    CVS denies the allegations in Paragraph 718 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 718. To the extent any further response is required, CVS denies the allegations.

719.    CVS denies the allegations in Paragraph 719 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 719. To the extent any further response is required, CVS denies the allegations.

720.    CVS denies the allegations in Paragraph 720 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 720. To the extent any further response is required, CVS denies the allegations.

721.    CVS denies the allegations in Paragraph 721 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 721. To the extent any further response is required, CVS denies the allegations.

722.    The allegations in Paragraph 722 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations in Paragraph 722 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 722.

723.    The allegations in Paragraph 723 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations in Paragraph 723 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 723.

724.    CVS denies the allegations in Paragraph 724 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 724. To the extent any further response is required, CVS denies the allegations.

725.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 725. To the extent any further response is required, CVS denies the allegations.

726.    CVS denies the allegations in Paragraph 726 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 726. To the extent any further response is required, CVS denies the allegations.

727.    CVS denies the allegations in Paragraph 727 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 727. To the extent any further response is required, CVS denies the allegations.

728.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 728. To the extent any further response is required, CVS denies the allegations.

729.    CVS denies the allegations in Paragraph 729 insofar as alleged against it, except CVS admits that the Court ordered the United States Government to produce certain ARCOS data in its April 11, 2018 Order, and respectfully refers the Court to the order itself for its true and correct content. CVS otherwise denies Plaintiff's characterization of the order, and otherwise denies the remaining allegations in Paragraph 729.

730.    CVS denies the allegations in Paragraph 730 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 730. To the extent any further response is required, CVS denies the allegations.

731.    CVS denies the allegations in Paragraph 731 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 731. To the extent any further response is required, CVS denies the allegations.

732.    CVS denies the allegations in Paragraph 732 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 732. To the extent any further response is required, CVS denies the allegations.

733.    CVS denies the allegations in Paragraph 733 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 733. To the extent any further response is required, CVS denies the allegations.

734.     CVS denies the allegations in Paragraph 734 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 734. To the extent any further response is required, CVS denies the allegations.

735.     The allegations in Paragraph 735 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations in Paragraph 735 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 735.

736.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 736. To the extent any further response is required, CVS denies the allegations.

737.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 737. To the extent any further response is required, CVS denies the allegations.

738.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 738. To the extent any further response is required, CVS denies the allegations.

739.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 739. To the extent any further response is required, CVS denies the allegations.

740.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 740 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

741.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 741. To the extent any further response is required, CVS denies the allegations.

742.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 742. To the extent any further response is required, CVS denies the allegations.

743.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 743. To the extent any further response is required, CVS denies the allegations.

744.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 744. To the extent any further response is required, CVS denies the allegations.

745.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 745 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

746.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 746. To the extent any further response is required, CVS denies the allegations.

747.    CVS denies the allegations in Paragraph 747 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the

allegations in Paragraph 747. To the extent any further response is required, CVS denies the allegations.

748.     CVS denies the allegations in Paragraph 748 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 748. To the extent any further response is required, CVS denies the allegations.

749.     CVS denies the allegations in Paragraph 749 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 749. To the extent any further response is required, CVS denies the allegations.

750.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 750 except to aver that the referenced settlement agreements speak for themselves. To the extent any further response is required, CVS denies the allegations.

751.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 751. To the extent any further response is required, CVS denies the allegations.

752.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 752. To the extent any further response is required, CVS denies the allegations.

753.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 753. To the extent any further response is required, CVS denies the allegations.

754.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 754 except to aver that the referenced settlement agreement speaks for itself. To the extent any further response is required, CVS denies the allegations.

755.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 755. To the extent any further response is required, CVS denies the allegations.

756.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 756. To the extent any further response is required, CVS denies the allegations.

757.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 757. To the extent any further response is required, CVS denies the allegations.

758.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 758. To the extent any further response is required, CVS denies the allegations.

759.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 759. To the extent any further response is required, CVS denies the allegations.

760.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 760. To the extent any further response is required, CVS denies the allegations.

761. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 761. To the extent any further response is required, CVS denies the allegations.

762. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 762. To the extent any further response is required, CVS denies the allegations.

763. CVS denies the allegations in Paragraph 763 insofar as alleged against it. CVS otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 763. To the extent any further response is required, CVS denies the allegations.

764. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 764. To the extent any further response is required, CVS denies the allegations.

765. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 765. To the extent any further response is required, CVS denies the allegations.

766. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 766. To the extent any further response is required, CVS denies the allegations.

767. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 767. To the extent any further response is required, CVS denies the allegations.

768. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 768. To the extent any further response is required, CVS denies the allegations.

769. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 769. To the extent any further response is required, CVS denies the allegations.

770. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 770. To the extent any further response is required, CVS denies the allegations.

771. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 771. To the extent any further response is required, CVS denies the allegations.

772. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 772. To the extent any further response is required, CVS denies the allegations.

773. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 773. To the extent any further response is required, CVS denies the allegations.

774. CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 774. To the extent any further response is required, CVS denies the allegations.

775.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 775. To the extent any further response is required, CVS denies the allegations.

776.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 776. To the extent any further response is required, CVS denies the allegations.

777.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 777. To the extent any further response is required, CVS denies the allegations.

778.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 778. To the extent any further response is required, CVS denies the allegations.

779.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 779. To the extent any further response is required, CVS denies the allegations.

780.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 780. To the extent any further response is required, CVS denies the allegations.

781.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 781. To the extent any further response is required, CVS denies the allegations.

782.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 782. To the extent any further response is required, CVS denies the allegations.

783.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 783. To the extent any further response is required, CVS denies the allegations.

784.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 784. To the extent any further response is required, CVS denies the allegations.

785.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 785. To the extent any further response is required, CVS denies the allegations.

786.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 786. To the extent any further response is required, CVS denies the allegations.

787.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 787. To the extent any further response is required, CVS denies the allegations.

788.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 788. To the extent any further response is required, CVS denies the allegations.

789.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 789. To the extent any further response is required, CVS denies the allegations.

790.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 790. To the extent any further response is required, CVS denies the allegations.

791.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 791. To the extent any further response is required, CVS denies the allegations.

792.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 792. To the extent any further response is required, CVS denies the allegations.

793.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 793. To the extent any further response is required, CVS denies the allegations.

794.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 794. To the extent any further response is required, CVS denies the allegations.

795.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 795. To the extent any further response is required, CVS denies the allegations.

796.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 796. To the extent any further response is required, CVS denies the allegations.

797.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 797. To the extent any further response is required, CVS denies the allegations.

798.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 798. To the extent any further response is required, CVS denies the allegations.

799.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 799. To the extent any further response is required, CVS denies the allegations.

800.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 800. To the extent any further response is required, CVS denies the allegations.

801.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 801. To the extent any further response is required, CVS denies the allegations.

802.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 802. To the extent any further response is required, CVS denies the allegations.

803.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 803. To the extent any further response is required, CVS denies the allegations.

804.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 804. To the extent any further response is required, CVS denies the allegations.

805.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 805. To the extent any further response is required, CVS denies the allegations.

806.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 806. To the extent any further response is required, CVS denies the allegations.

807.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 807. To the extent any further response is required, CVS denies the allegations.

808.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 808. To the extent any further response is required, CVS denies the allegations.

809.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 809. To the extent any further response is required, CVS denies the allegations.

810.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 810. To the extent any further response is required, CVS denies the allegations.

811.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 811. To the extent any further response is required, CVS denies the allegations.

812.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 812. To the extent any further response is required, CVS denies the allegations.

813.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 813. To the extent any further response is required, CVS denies the allegations.

814.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 814. To the extent any further response is required, CVS denies the allegations.

815.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 815. To the extent any further response is required, CVS denies the allegations.

816.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 816. To the extent any further response is required, CVS denies the allegations.

817.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 817. To the extent any further response is required, CVS denies the allegations.

818.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 818. To the extent any further response is required, CVS denies the allegations.

819.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 819. To the extent any further response is required, CVS denies the allegations.

820.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 820. To the extent any further response is required, CVS denies the allegations.

821.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 821. To the extent any further response is required, CVS denies the allegations.

822.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 822. To the extent any further response is required, CVS denies the allegations.

823.     CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 823. To the extent any further response is required, CVS denies the allegations.

824.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 824. To the extent any further response is required, CVS denies the allegations.

825.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 825. To the extent any further response is required, CVS denies the allegations.

826.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 826. To the extent any further response is required, CVS denies the allegations.

827.    CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 827. To the extent any further response is required, CVS denies the allegations.

## CLAIMS FOR RELIEF

### ANSWERING FIRST CLAIM FOR RELIEF

828.    In response to Paragraph 828, CVS repeats and realleges its responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

829.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 829 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

830.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 830 state legal conclusions as to which

no response is required. To the extent any further response is required, CVS denies the allegations.

831.     The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 831 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

832.     The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 832 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

833.     The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 833 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

834.     The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 834 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

835.     The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 835 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

836.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 836 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

837.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 837 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

838.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 838 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

839.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 839 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

840.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 840 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

841.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 841 state legal conclusions as to which

no response is required. To the extent any further response is required, CVS denies the allegations.

842.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 842 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

843.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 843 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

844.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 844 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

845.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 845 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

846.    The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 846 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

847. The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 847 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

848. The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 848 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

849. The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 849 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

850. The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 850 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

851. The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 851 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

852. The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 852 state legal conclusions as to which

no response is required. To the extent any further response is required, CVS denies the allegations.

853.     The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 853 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

854.     The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 854 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

855.     The first claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 855 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING SECOND CLAIM FOR RELIEF

856.     In response to Paragraph 856, CVS repeats and realleges its responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

857.     The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 857 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

858.     The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 858 state legal conclusions as to which

no response is required. To the extent any further response is required, CVS denies the allegations.

859.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 859 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

860.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 860 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

861.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 861 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

862.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 862 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

863.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 863 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

864.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 864 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

865.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 865 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

866.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 866 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

867.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 867 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

868.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 868 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

869.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 869 state legal conclusions as to which

no response is required. To the extent any further response is required, CVS denies the allegations.

870.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 870 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

871.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 871 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

872.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 872 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

873.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 873 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

874.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 874 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

875.     The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 875 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

876.     The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 876 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

877.     The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 877 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

878.     The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 878 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

879.     The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 879 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

880.     The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 880 state legal conclusions as to which

no response is required. To the extent any further response is required, CVS denies the allegations.

881.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 881 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

882.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 882 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

883.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 883 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

884.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 884 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

885.    The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 885 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

886.     The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 886 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

887.     The second claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 887 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING THIRD CLAIM FOR RELIEF

888.     In response to Paragraph 888, CVS repeats and realleges its responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

889.     The allegations in Paragraph 889 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

890.     The allegations in Paragraph 890 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

891.     The allegations in Paragraph 891 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

892.     The allegations in Paragraph 892 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

893.     The allegations in Paragraph 893 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

894.     The allegations in Paragraph 894 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

895.     The allegations in Paragraph 895 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

896.     The allegations in Paragraph 896 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

897.     The allegations in Paragraph 897 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

898.     The allegations in Paragraph 898 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

899.     The allegations in Paragraph 899 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

900.     The allegations in Paragraph 900 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

901.     The allegations in Paragraph 901 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

902.     The allegations in Paragraph 902 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

903.    The allegations in Paragraph 903 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

904.    The allegations in Paragraph 904 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

905.    The allegations in Paragraph 905 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

906.    The allegations in Paragraph 906 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

907.    The allegations in Paragraph 907 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

908.    The allegations in Paragraph 908 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

909.    The allegations in Paragraph 909 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

910.    To the extent the allegations in Paragraph 910 state legal conclusions, no response is required. To the extent the allegations in Paragraph 910 purport to describe the relief Plaintiff seeks, no response is required. To the extent any further response is required, CVS denies the allegations.

911.    To the extent the allegations in Paragraph 911 state legal conclusions, no response is required. To the extent the allegations in Paragraph 911 purport to describe the relief Plaintiff seeks, no response is required. To the extent any further response is required, CVS denies the allegations.

912.     The allegations in Paragraph 912 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING FOURTH CLAIM FOR RELIEF

913.     The allegations in Paragraph 913 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

914.     In response to Paragraph 914, CVS repeats and realleges its responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

915.     The allegations in Paragraph 915 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

916.     The allegations in Paragraph 916 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

917.     The allegations in Paragraph 917 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

918.     The allegations in Paragraph 918 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

919.     The allegations in Paragraph 919 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

920.     The allegations in Paragraph 920 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

921.     The allegations in Paragraph 921 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

922.     The allegations in Paragraph 922 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

923.     The allegations in Paragraph 923 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

924.     The allegations in Paragraph 924 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

925.     The allegations in Paragraph 925 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

926.     The allegations in Paragraph 926 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

927.     The allegations in Paragraph 927 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

928.     The allegations in Paragraph 928 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

929.     The allegations in Paragraph 929 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

930.    The allegations in Paragraph 930 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

931.    The allegations in Paragraph 931 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

932.    The allegations in Paragraph 932 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

933.    The allegations in Paragraph 933 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

934.    The allegations in Paragraph 934 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

935.    The allegations in Paragraph 935 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

936.    The allegations in Paragraph 936 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

937.    The allegations in Paragraph 937 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

938.    The allegations in Paragraph 938 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

939.    The allegations in Paragraph 939 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

940.    The allegations in Paragraph 940 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

941.    The allegations in Paragraph 941 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

942.    The allegations in Paragraph 942 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

943.    The allegations in Paragraph 943 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

944.    The allegations in Paragraph 944 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

945.    The allegations in Paragraph 945 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

946.    The allegations in Paragraph 946 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

947.    The allegations in Paragraph 947 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

948.    The allegations in Paragraph 948 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

949.    The allegations in Paragraph 949 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

950.    The allegations in Paragraph 950 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

951.    The allegations in Paragraph 951 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

952.    The allegations in Paragraph 952 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

953.    The allegations in Paragraph 953 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

954.    The allegations in Paragraph 954 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

955.    The allegations in Paragraph 955 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

956.    The allegations in Paragraph 956 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

957.    The allegations in Paragraph 957 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

958.    The allegations in Paragraph 958 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

959.    The allegations in Paragraph 959 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

960.    The allegations in Paragraph 960 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING FIFTH CLAIM FOR RELIEF

961.    The allegations in Paragraph 961 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

962.    In response to Paragraph 962, CVS repeats and realleges its responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

963.    The allegations in Paragraph 963 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

964.    The allegations in Paragraph 964 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

965.    The allegations in Paragraph 965 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

966.    The allegations in Paragraph 966 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

967.    The allegations in Paragraph 967 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

968.    The allegations in Paragraph 968 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

969.    The allegations in Paragraph 969 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

970.    The allegations in Paragraph 970 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

971.    The allegations in Paragraph 971 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

972.    The allegations in Paragraph 972 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

973.    The allegations in Paragraph 973 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

974.    The allegations in Paragraph 974 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING SIXTH CLAIM FOR RELIEF

975.    In response to Paragraph 975, CVS repeats and realleges its responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

976.    The allegations in Paragraph 976 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

977.    The allegations in Paragraph 977 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

978.    The allegations in Paragraph 978 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

979.     The allegations in Paragraph 979 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

980.     The allegations in Paragraph 980 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

981.     The allegations in Paragraph 981 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

982.     The allegations in Paragraph 982 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

983.     The allegations in Paragraph 983 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

984.     The allegations in Paragraph 984 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

985.     The allegations in Paragraph 985 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

986.     The allegations in Paragraph 986 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

987.     The allegations in Paragraph 987 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

988.     The allegations in Paragraph 988 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

989.     The allegations in Paragraph 989 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

990.    The allegations in Paragraph 990 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

991.    The allegations in Paragraph 991 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

992.    The allegations in Paragraph 992 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

993.    The allegations in Paragraph 993 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

994.    The allegations in Paragraph 994 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

995.    The allegations in Paragraph 995 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

996.    The allegations in Paragraph 996 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

997.    The allegations in Paragraph 997 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

998.    The allegations in Paragraph 998 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

999.    The allegations in Paragraph 999 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1000.   The allegations in Paragraph 1000 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1001.   The allegations in Paragraph 1001 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1002.   The allegations in Paragraph 1002 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1003.   The allegations in Paragraph 1003 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1004.   The allegations in Paragraph 1004 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1005.   The allegations in Paragraph 1005 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1006.   The allegations in Paragraph 1006 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1007.   The allegations in Paragraph 1007 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1008.   The allegations in Paragraph 1008 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1009.   The allegations in Paragraph 1009 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

1010.   The allegations in Paragraph 1010 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or

documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

1011.   The allegations in Paragraph 1011 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

1012.   The allegations in Paragraph 1012 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

1013.   The allegations in Paragraph 1013 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1014.   The allegations in Paragraph 1014 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1015.   The allegations in Paragraph 1015 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1016.   The allegations in Paragraph 1016 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1017.   The allegations in Paragraph 1017 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1018.   The allegations in Paragraph 1018 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1019.   The allegations in Paragraph 1019 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1020.   The allegations in Paragraph 1020 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1021.   The allegations in Paragraph 1021 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

1022.   The allegations in Paragraph 1022 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1023.   The allegations in Paragraph 1023 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1024.   The allegations in Paragraph 1024 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1025.   The allegations in Paragraph 1025 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1026.   The allegations in Paragraph 1026 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1027.   The allegations in Paragraph 1027 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1028.   The allegations in Paragraph 1028 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1029.   The allegations in Paragraph 1029 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1030.   The allegations in Paragraph 1030 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1031.   The allegations in Paragraph 1031 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1032.   The allegations in Paragraph 10323 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1033.   The allegations in Paragraph 1033 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1034.   The allegations in Paragraph 1034 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1035.   The allegations in Paragraph 1035 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1036.   The allegations in Paragraph 1036 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1037.   The allegations in Paragraph 1037 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

1038.   The allegations in Paragraph 1038 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1039.   The allegations in Paragraph 1039 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1040.   The allegations in Paragraph 1040 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1041.   The allegations in Paragraph 1041 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1042.   The allegations in Paragraph 1042 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1043.   The allegations in Paragraph 1043 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1044.   The allegations in Paragraph 1044 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1045.   The allegations in Paragraph 1045 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1046.   The allegations in Paragraph 1046 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1047.   The allegations in Paragraph 1047 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1048.   The allegations in Paragraph 1048 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1049.   The allegations in Paragraph 1049 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

1050. The allegations in Paragraph 1050 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING SEVENTH CLAIM FOR RELIEF

1051. In response to Paragraph 1051, CVS repeats and realleges its responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

1052. The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1052 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1053. The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1053 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1054. The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1054 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1055. The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1055 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1056.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1056 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1057.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1057 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1058.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1058 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1059.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1059 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1060.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1060 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1061.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1061 state legal conclusions as to

which no response is required. To the extent any further response is required, CVS denies the allegations.

1062.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1062 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1063.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1063 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1064.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1064 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1065.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1065 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1066.  The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1066 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1067. The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1067 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1068. The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1068 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1069. The seventh claim for relief is not asserted against CVS and thus no response from CVS is required. Moreover, the allegations in Paragraph 1069 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING EIGHTH CLAIM FOR RELIEF

1070. In response to Paragraph 1070, CVS repeats and realleges its responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

1071. The allegations in Paragraph 1071 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1072. The allegations in Paragraph 1072 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1073. The allegations in Paragraph 1073 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1074. The allegations in Paragraph 1074 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1075.   The allegations in Paragraph 1075 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1076.   The allegations in Paragraph 1076 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1077.   The allegations in Paragraph 1077 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1078.   The allegations in Paragraph 1078 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1079.   The allegations in Paragraph 1079 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1080.   The allegations in Paragraph 1080 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1081.   The allegations in Paragraph 1081 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1082.   The allegations in Paragraph 1082 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1083.   The allegations in Paragraph 1083 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1084.   The allegations in Paragraph 1084 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1085.   The allegations in Paragraph 1085 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1086.  The allegations in Paragraph 1086 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING NINTH CLAIM FOR RELIEF

1087.  In response to Paragraph 1087, CVS repeats and realleges its responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

1088.  The allegations in Paragraph 1088 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1089.  The allegations in Paragraph 1089 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1090.  The allegations in Paragraph 1090 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1091.  The allegations in Paragraph 1091 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1092.  The allegations in Paragraph 1092 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1093.  The allegations in Paragraph 1093 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1094.  The allegations in Paragraph 1094 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1095.  The allegations in Paragraph 1095 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1096.   The allegations in Paragraph 1096 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1097.   The allegations in Paragraph 1097 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1098.   The allegations in Paragraph 1098 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1099.   The allegations in Paragraph 1099 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1100.   The allegations in Paragraph 1100 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1101.   The allegations in Paragraph 1101 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1102.   The allegations in Paragraph 1102 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1103.   The allegations in Paragraph 1103 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1104.   The allegations in Paragraph 1104 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1105.   The allegations in Paragraph 1105 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

1106.   The allegations in Paragraph 1106 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING TENTH CLAIM FOR RELIEF

1107.   In response to Paragraph 1107, CVS repeats and realleges its responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

1108.   The allegations in Paragraph 1108 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1109.   The allegations in Paragraph 1109 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

1110.   The allegations in Paragraph 1110 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1111.   The allegations in Paragraph 1111 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1112.   The allegations in Paragraph 1112 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1113.   The allegations in Paragraph 1113 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1114.   The allegations in Paragraph 1114 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1115.   The allegations in Paragraph 1115 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

1116.   The allegations in Paragraph 1116 state legal conclusions as to which no response is required, and CVS respectfully refers the Court to any cited statutes, regulations, case law or documents for their true and correct contents. To the extent any further response is required, CVS denies the allegations.

1117.   The allegations in Paragraph 1117 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1118.   The allegations in Paragraph 1118 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1119.   The allegations in Paragraph 1119 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING CLAIM FOR PUNITIVE DAMAGES

1120.   In response to Paragraph 1120, CVS repeat and reallege their responses to the allegations within all prior Paragraphs within the FAC as if fully set forth herein.

1121.   The allegations in Paragraph 1121 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1122.   The allegations in Paragraph 1122 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

1123. The allegations in Paragraph 1123 state legal conclusions as to which no response is required. To the extent any further response is required, CVS denies the allegations.

## ANSWERING PRAYER FOR RELIEF

1124. The allegations in Paragraph 1124 purport to describe the relief Plaintiff seeks, and no response is required. To the extent any further response is required, CVS denies the allegations.

## AFFIRMATIVE DFENSES

CVS raises the following affirmative defenses to the SAC. By designating the following defenses as affirmative defenses, CVS does not concede that they bear the burden of proof and/or the burden of persuasion as to any such defense. CVS reserves the right to (1) rely on any other applicable defenses that may become apparent during fact or expert discovery; (2) rely on any other applicable defenses set forth in any answer or list of affirmative defenses filed or submitted by any other Defendant in this action; and (3) amend this document and/or its answer to assert any such defenses.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted, fails to state facts sufficient to constitute the purported causes of action, and fails to plead a legally cognizable injury.

## SECOND DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitation.

## THIRD DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

## FOURTH DEFENSE

Plaintiff's claims are barred by the applicable statute of repose.

## FIFTH DEFENSE

Plaintiff lacks standing to bring all or some of their claims.

## SIXTH DEFENSE

Plaintiff's claims are barred by the voluntary payment doctrine.

## SEVENTH DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

## EIGHTH DEFENSE

Plaintiff's claims are barred by the doctrine of *in pari delicto*.

## NINTH DEFENSE

Plaintiff's claims and damages are barred or limited, in whole or in part, by common law, statutory, and state constitutional constraints on the exercise of police powers.

## TENTH DEFENSE

Plaintiff's claims and damages are barred or limited, in whole or in part, by the political question and separation of powers doctrines and because its state-law claims implicate issues of statewide importance that are reserved for state regulation.

## ELEVENTH DEFENSE

Plaintiff's claims are barred because Plaintiff is not the real parties in interest.

## TWELFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks capacity to bring their claims.

### THIRTEENTH DEFENSE

Plaintiff's claims are barred to the extent CVS has valid defenses which would bar recovery by those persons on whose behalf Plaintiff seeks recovery.

### FOURTEENTH DEFENSE

Plaintiff's claims are subject to all defenses that could be asserted if Plaintiff's claims were properly made by individuals on whose behalf Plaintiff seeks to recover.

### FIFTEENTH DEFENSE

Plaintiff has failed to comply with the requirement that they identify each patient in whose claim(s) they have a subrogation interest and on whose behalf they have incurred costs.

### SIXTEENTH DEFENSE

Plaintiff fails to plead that they reimbursed any prescriptions for any opioid distributed by CVS that harmed patients and should not have been written, or that CVS's allegedly improper conduct caused any health care provider to write any ineffective or harmful opioid prescriptions, or that any specific prescription was unauthorized, medically unnecessary, ineffective, or harmful.

### SEVENTEENTH DEFENSE

Plaintiff's claims are barred by the doctrines of estoppel and/or waiver.

### EIGHTEENTH DEFENSE

Plaintiff's claims against CVS do not arise from the same transactions or occurrences as its claims against other defendants, as required for joinder of parties.

## NINETEENTH DEFENSE

Plaintiff failed to join all necessary parties, including without limitation prescribers, patients, and other third parties whom Plaintiff alleged engaged in the unauthorized, improper or illicit prescription, dispensing, diversion, or use of opioids.

## TWENTIETH DEFENSE

CVS denies all types of causation, including without limitation cause in fact, proximate cause, and producing cause, as to the claims asserted against CVS.

## TWENTY-FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of superseding and intervening causation.

## TWENTY-SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, because CVS has no legal duty to protect Plaintiff from the intentional criminal acts of third persons. Such criminal acts are superseding causes that extinguish any liability.

## TWENTY-THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, because its alleged injuries or damages were due to illicit use or abuse of medications.

## TWENTY-FOURTH DEFENSE

Plaintiff's claims are barred to the extent its alleged injuries and damages were caused or contributed to by the negligence or conduct of Plaintiff and/or third parties over whom CVS had no control and for whom they are not responsible.

### TWENTY-FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because the derivative injury rule and the remoteness doctrine bar Plaintiff from recovering payments that it allegedly made on behalf of its members to reimburse any expenses for health care, pharmaceutical care, and other public services.

### TWENTY-SIXTH DEFENSE

Plaintiff's claims are barred because Plaintiff suffered no injuries or damages as a result of any action by CVS.

### TWENTY-SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because its alleged injuries or damages were caused by unforeseeable or uncontrollable forces over which CVS had no control, including without limitation pre-existing medical conditions.

### TWENTY-EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because its alleged injuries or damages were caused by the misuse of the medications involved, by failure to use the medications properly, and/or by the alteration, modification, or criminal misuse of medications prescribed by third parties over whom CVS had no control.

### TWENTY-NINTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because neither the users of the subject prescription medications nor their prescribers relied to their detriment upon any statement by CVS in determining to use or prescribe the subject prescription medications.

### THIRTIETH DEFENSE

Any injuries and/or damages sustained by Plaintiff were caused, in whole or part, by its own failure to effectively enforce the law and prosecute violations thereof and any recovery by Plaintiff is barred or, alternatively, should be diminished according to its own fault.

### THIRTY-FIRST DEFENSE

Any recovery by Plaintiff is barred or limited by the principle of comparative or contributory fault.

### THIRTY-SECOND DEFENSE

Any recovery by Plaintiff may be barred or limited by the principles of informed consent and assumption of the risk, whether primary, express, or implied.

### THIRTY-THIRD DEFENSE

CVS asserts its right to a proportionate reduction, based on the negligence or other conduct of any settling tortfeasor, responsible third party, or Plaintiff, of any damages found against CVS.

### THIRTY-FOURTH DEFENSE

Plaintiff's claims are barred to the extent its alleged damages are speculative, uncertain, or hypothetical.

### THIRTY-FIFTH DEFENSE

In the event of liability against CVS (which liability is specifically denied), a specific percentage of the tortious conduct that proximately caused Plaintiff's injury or loss is attributable to (1) the Plaintiff; (2) other parties from whom Plaintiff seeks recovery; and (3) persons from whom Plaintiff does not seek recovery in this action, including but not limited to prescribers of opioids, their associates, and employers, including hospitals; non-party manufacturers of

prescription opioids; non-party distributors of prescription opioids; non-CVS pharmacies and pharmacists employed or formerly employed at those pharmacies; individuals and entities involved in the distribution and/or sale of illegal opioids; individuals involved in procuring diverted prescription opioids and/or illegal drugs; delivery services; federal, state, and local government entities; and any other person identified by Plaintiff or any other defendant as a non-party whose tortious conduct proximately caused Plaintiff's injury or loss. *See* Mont. Code Ann. § 27-1-702.

## THIRTY-SIXTH DEFENSE

In the event of liability against CVS (which liability is specifically denied), the facts will show that any recovery by Plaintiff must be reduced pursuant to Mont. Code Ann. § 27-1-702 to account for the acts or omissions attributable to Plaintiff.

## THIRTY-SEVENTH DEFENSE

Plaintiff may have failed or refused to exercise reasonable care and diligence to avoid loss and minimize damages and, therefore, may not recover for losses that could have been prevented by reasonable efforts on its part, or by expenditures which might reasonably have been made. Recovery, if any, should therefore be reduced by Plaintiff's failure to mitigate damages, if any.

## THIRTY-EIGHTH DEFENSE

Plaintiff's claims are barred or limited by the economic loss rule.

## THIRTY-NINTH DEFENSE

Plaintiff's claims are barred or limited by the free public services and/or municipal cost recovery doctrine.

**FORTIETH DEFENSE**

Plaintiff's claims are barred to the extent they relate to CVS's or other defendants' alleged advertising, public statements, lobbying, or other activities protected by the First Amendment to the Constitution of the United States or by the Constitution of the State of Montana or that of any other state whose laws may apply.

**FORTY-FIRST DEFENSE**

The damages which Plaintiff may be entitled to recover if liability is established (which liability is specifically denied) are capped pursuant to Mont. Code Ann. § 27-1-220(3).

**FORTY-SECOND DEFENSE**

Any damages that Plaintiff may recover against CVS must be reduced to the extent that Plaintiff is seeking damages for alleged injuries or expenses related to the same user(s) of the subject prescription medications, or damages recovered or recoverable by other actual or potential plaintiffs.

**FORTY-THIRD DEFENSE**

Plaintiff's claims are barred to the extent they rely, explicitly or implicitly, on a theory of market-share liability.

**FORTY-FOURTH DEFENSE**

To the extent Plaintiffs attempt to seek equitable relief, Plaintiff is not entitled to such relief because Plaintiff has an adequate remedy at law.

**FORTY-FIFTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent that they violate the Due Process or Ex Post Facto clauses of the United States or Montana constitutions.

## FORTY-SIXTH DEFENSE

CVS's rights under the Due Process Clause of the U.S. Constitution and applicable state Constitution or statute are violated by any financial or other arrangement that might distort a government attorney's duty to pursue justice rather than his or her personal interests, financial or otherwise, in the context of a civil enforcement proceeding, including by Plaintiff's use of a contingency fee contract with private counsel.

## FORTY-SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that they violate the Dormant Commerce Clause of the United States Constitution.

## FORTY-EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because federal agencies have exclusive or primary jurisdiction over the matters asserted in the Complaint.

## FORTY-NINTH DEFENSE

Plaintiff's claims are preempted by federal law, including (without limitation) the federal Controlled Substances Act and the Food, Drug, and Cosmetic Act ("FDCA").

## FIFTIETH DEFENSE

CVS's conduct conformed with the FDCA and the requirements of the FDA, and the activities of CVS alleged in the Complaint conformed with all state and federal statutes, regulations, and industry standards based on the state of knowledge at the relevant time(s) alleged in the Complaint.

**FIFTY-FIRST DEFENSE**

Plaintiff's claims are barred, in whole or in part, by conflict preemption as set forth in the United States Supreme Court's decisions in *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (2011), and *Mutual Pharm. Co. v. Bartlett*, 133 S. Ct. 2466 (2013).

**FIFTY-SECOND DEFENSE**

Plaintiff's claims are preempted insofar as they conflict with Congress's purposes and objectives in enacting relevant federal legislation and authorizing regulations, including the Hatch-Waxman Amendments to the FDCA and implementing regulations. *See Geier v. Am. Honda Co.*, 529 U.S. 861 (2000).

**FIFTY-THIRD DEFENSE**

To the extent Plaintiff asserts claims that depend solely on violations of federal law, including any claims of a "fraud on the FDA" with respect to the Manufacturer Defendants' disclosure of information related to the safety of their medications at issue, such claims are barred and should be dismissed. *See Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001).

**FIFTY-FOURTH DEFENSE**

To the extent Plaintiff asserts claims that depend solely on violations of federal law, including any claims of "fraud on the DEA" with respect to CVS's compliance with statutes or regulations administered and/or enforced by the DEA, such claims are barred and should be dismissed. *See Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001).

## FIFTY-FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the deference that common law accords discretionary actions by the FDA under the FDCA and discretionary actions by the DEA under the Controlled Substances Act.

## FIFTY-SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, for failure to exhaust administrative remedies.

## FIFTY-SEVENTH DEFENSE

If Plaintiff incurred the damages alleged, which is expressly denied, CVS is not liable for damages because the methods, standards, or techniques of designing, manufacturing, labeling, and distributing of the prescription medications at issue complied with and were in conformity with the laws and regulations of the Controlled Substances Act, the FDCA, and the generally recognized state of the art in the industry at the time the product was designed, manufactured, labeled, and distributed.

## FIFTY-EIGHTH DEFENSE

Plaintiff's claims are barred to the extent they are based on any allegations involving failure to provide adequate warnings or information because all warnings or information that accompanied the allegedly distributed products were approved by the United States Food & Drug Administration for a product approved under the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 301 *et seq.*), as amended, or Section 351, Public Health Service Act (42 U.S.C. § 262), as amended, or the warnings and information provided were those stated in monographs developed by the United States Food & Drug Administration for pharmaceutical products that may be distributed without an approved new drug application.

### FIFTY-NINTH DEFENSE

Plaintiff's claims are barred in whole or in part under the learned intermediary doctrine.

### SIXTIETH DEFENSE

CVS did not owe or breach any statutory or common law duty to Plaintiffs.

### SIXTY-FIRST DEFENSE

CVS appropriately, completely, and fully performed and discharged any and all obligations and legal duties arising out of the matters alleged in the Complaint.

### SIXTY-SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, because CVS complied at all relevant times with all applicable laws, including all legal and regulatory duties.

### SIXTY-THIRD DEFENSE

To the extent that Plaintiff relies on letters or other informal guidance from the DEA to establish CVS's regulatory duties, such informal guidance cannot enlarge the CVS's regulatory duties in the absence of compliance by DEA with the requirements by the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*

### SIXTY-FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has no private right of action under the relevant laws and regulations.

### SIXTY-FIFTH DEFENSE

The claims asserted in the Complaint are barred, in whole or in part, by the Restatement (Second) of Torts § 402A, Comments j and k, and Restatement (Third) of Torts: Products Liability § 6.

## SIXTY-SIXTH DEFENSE

CVS is not liable for any statements in the Manufacturer Defendants' branded or unbranded materials.

## SIXTY-SEVENTH DEFENSE

Plaintiff's claims are barred in whole or in part, or are subject to other limitations, by Mont. Code Ann. § 27-1-719.

## SIXTY-EIGHTH DEFENSE

Plaintiff's nuisance claims are barred to the extent that they lack the statutory authority to bring a nuisance claim under Montana law.

## SIXTY-NINTH DEFENSE

Plaintiffs' common law and statutory public nuisance claims are barred or limited by Mont. Code Ann. § 27-1-719.

## SEVENTIETH DEFENSE

Plaintiff's claim of public nuisance is barred or limited because no action of CVS involved interference with real property; illegal conduct perpetrated by third parties involving the use of an otherwise legal product does not involve a public right against the distributor sufficient to state a claim for public nuisance; the alleged public nuisance would have impermissible extraterritorial reach; and the alleged conduct of Defendant is too remote from the alleged injury as a matter of law and due process.

## SEVENTY-FIRST DEFENSE

Plaintiff's claim for unjust enrichment is barred or limited because CVS did not receive and retain any alleged benefit from Plaintiff.

### SEVENTY-SECOND DEFENSE

Plaintiff's claims are barred, reduced, and/or limited pursuant to the applicable Montana statutory and common law regarding limitations of awards, caps on recovery, and setoffs.

### SEVENTY-THIRD DEFENSE

Plaintiff's claims are barred, reduced, and/or limited to the extent that CVS is entitled to a credit or setoff for any and all sums Plaintiffs has received in the way of any and all settlements.

### SEVENTY-FOURTH DEFENSE

To the extent that Plaintiff is alleging fraud, fraudulent concealment, or similar conduct, Plaintiff has failed to plead fraud with sufficient particularity.

### SEVENTY-FIFTH DEFENSE

Plaintiff fails to plead any actionable misrepresentation or omission made by or attributable to CVS.

### SEVENTY-SIXTH DEFENSE

Plaintiff's claims are barred in whole or in part because no conduct of CVS was misleading, unfair, or deceptive.

### SEVENTY-SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because neither the users, nor their prescribers of the medications distributed by CVS, nor Plaintiff itself, relied to their detriment upon any statement by CVS in determining to use the medications at issue.

### SEVENTY-EIGHTH DEFENSE

Plaintiff's claims for punitive or exemplary damages or other civil penalties are barred or reduced by applicable law or statute or, in the alternative, are unconstitutional insofar as they violate the due process protections afforded by the United States Constitution, the excessive fines

176

clause of the Eighth Amendment of the United States Constitution, the Full Faith and Credit Clause of the United States Constitution, and applicable provisions of the Constitution of this State or that of any other state whose laws may apply. Any law, statute or other authority purporting to permit the recovery of punitive damages or civil penalties in this case is unconstitutional, facially and as applied, to the extent that, without limitation, it: (1) lacks constitutionally sufficient standards to guide and restrain the jury's discretion in determining whether to award punitive damages or civil penalties and/or the amount, if any; (2) is void for vagueness in that it fails to provide adequate advance notice as to what conduct will result in punitive damages or civil penalties; (3) unconstitutionally may permit recovery of punitive damages or civil penalties based on harms to third parties, out-of-state conduct, conduct that complied with applicable law, or conduct that was not directed, or did not proximately cause harm, to Plaintiffs; (4) unconstitutionally may permit recovery of punitive damages or civil penalties in an amount that is not both reasonable and proportionate to the amount of harm, if any, to Plaintiffs and to the amount of compensatory damages, if any; (5) unconstitutionally may permit jury consideration of net worth or other financial information relating to Defendants; (6) lacks constitutionally sufficient standards to be applied by the trial court in post-verdict review of any award of punitive damages or civil penalties; (7) lacks constitutionally sufficient standards for appellate review of any award of punitive damages or civil penalties; (8) would unconstitutionally impose a penalty, criminal in nature, without according to Defendants the same procedural protections that are accorded to criminal defendants under the constitutions of the United States, this State, and any other state whose laws may apply; and (9) otherwise fails to satisfy Supreme Court precedent, including, without limitation, *Pacific Mut. Life Ins. Co. v. Haslip*, 499 U.S. 1 (1991); *TXO Production Corp. v. Alliance Resources, Inc.*, 509 U.S. 443

177

(1993); *BMW of N. Am. v. Gore*, 517 U.S. 559 (1996); *State Farm Ins. Co. v. Campbell*, 538 U.S. 408 (2003); and *Philip Morris USA v. Williams*, 549 U.S. 346 (2007).

### SEVENTY-NINTH DEFENSE

To the extent that Plaintiff seeks punitive, exemplary, or aggravated damages, any such damages are barred because the product at issue, and its labeling, were subject to and received pre-market approval by the FDA under 52 Stat. 1040, 21 U.S.C. § 301.

### EIGHTIETH DEFENSE

Plaintiff's claims for punitive or exemplary damages are barred because CVS has neither acted nor failed to act in a manner that entitles Plaintiff to recover punitive or exemplary damages.

### EIGHTY-FIRST DEFENSE

Plaintiff cannot obtain relief on its claims based on actions undertaken by CVS of which CVS provided notice of all material facts.

### EIGHTY-SECOND DEFENSE

CVS is entitled to, and claim the benefit of, all defenses and presumptions set forth in or arising from any rule of law or statute of this State or any other state whose substantive law might control the action.

### EIGHTY-THIRD DEFENSE

CVS asserts all applicable defenses under Federal Rules of Civil Procedure 8(c) and 12(b) and/or Montana Rules of Civil Procedure 8(c) and 12(b), as investigation and discovery proceeds.

## EIGHTY-FOURTH DEFENSE

To the extent they are not otherwise incorporated herein, CVS incorporate as a defense the defenses and arguments raised in the motions to dismiss of the Manufacturer Defendants, Distributor Defendants, and Pharmacy Defendants in this case.

## EIGHTY-FIFTH DEFENSE

CVS adopts by reference any additional applicable defense pled by any other defendants not otherwise pled herein.

## DEMAND FOR JURY TRIAL

CVS hereby demands a jury trial as to all issues or claims for which a jury trial is allowed.

## PRAYER FOR RELIEF

CVS prays that (a) judgment be entered dismissing Plaintiffs' SAC with prejudice, and (b) this Court grant it such other relief as it deems just and appropriate including costs and reasonable attorney's fees.

Date: July 26, 2019                          Respectfully submitted,


                                             /s/ *Eric R. Delinsky*
                                             Eric R. Delinsky
                                             Alexandra W. Miller
                                             ZUCKERMAN SPAEDER LLP
                                             1800 M Street, N.W., Suite 1000
                                             Washington, D.C. 20036
                                             Tel: (202) 778-1800
                                             Fax: (202) 822-4106
                                             edelinsky@zuckerman.com
                                             smiller@zuckerman.com

                                             *Counsel for CVS Pharmacy, Inc. and CVS Indiana, L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Eric R. Delinsky*
Eric R. Delinsky