**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.*<br><br>Case No. 1:18-op-45459-DAP | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Hon. Dan Aaron Polster** |

**ANSWER AND AFFIRMATIVE DEFENSES OF**

**TEVA PHARMACEUTICALS USA, INC.**

Defendant TEVA PHARMACEUTICALS USA, INC. (hereinafter "Defendant" or "Teva USA"), by and through its undersigned counsel, hereby submits its Answer, Defenses, and Affirmative Defenses responding, by corresponding paragraph numbers, to each of the numbered paragraphs in the First Amended Complaint ("Complaint") of Plaintiff Muscogee (Creek) Nation ("Plaintiff" or "Nation").

**PRELIMINARY STATEMENT**

The following matters are incorporated by reference into Teva USA's response to each paragraph of the Complaint.

A.      Teva USA submits this Answer and Affirmative Defenses ("Answer") only on behalf of itself. Where allegations are made against "Defendants" as a group, however described, Teva USA's responses only apply to itself.

B.      The Complaint contains purported references to several documents and third-party publications and statements that have often been excerpted, paraphrased, characterized, and otherwise taken out of context. These third-party publications and statements should be

considered, if at all, in context and in unmodified form, and Teva USA hereby respectfully refers the Court to the respective third-party publications and statements for their complete contents.

       C.     Except as otherwise expressly stated herein, Teva USA expressly denies each and every allegation contained in the Complaint, including without limitation any allegations contained in the preamble, unnumbered paragraphs, subparagraphs, headings, subheadings, table of contents, footnotes, and exhibits of the Complaint, and specifically denies any liability to Plaintiff. To the extent that the titles, headings, subheadings, paragraphs, and footnotes of the Complaint are intended to be allegations directed to Teva USA, they are, unless otherwise admitted, denied.

       D.     Teva USA reserves the right to seek to amend and supplement its Answer as may be appropriate or necessary.

## ADMISSIONS AND DENIALS

1.      Teva USA admits Opioids are pain-reducing medications and that when used properly, they can help manage pain for certain patients.  Teva USA admits that known risks related to its opioid products are disclosed and addressed in the full prescribing information ("FPIs"), as required and approved by the FDA. Those FPIs are documents that speak for themselves, for those products, and any characterizations that are different than or inconsistent with the FPIs are denied. Teva USA denies any remaining allegations in this paragraph.

2.      Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 and therefore denies the same.  To the extent that the allegations in Paragraph 2 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied. Teva USA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 2 and therefore denies the same.

3.      Paragraph 3 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 3.  To the extent the allegations in Paragraph 3 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

4.        Paragraph 4 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 4.  To the extent the allegations in Paragraph 4 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

5.        Teva USA denies the allegations of Paragraph 5.  To the extent that the allegations in Paragraph 5 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  To the extent the allegations in Paragraph 5 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

6.        Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 and therefore denies the same.  To the extent that the allegations in Paragraph 6 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.

7.        Teva USA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 7 and therefore denies the same.  To the extent that the allegations in Paragraph 7 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.

8.        Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8 and therefore denies the same.

9.      Teva USA admits that the legitimate and lawful supply chain for prescription opioids begins with the manufacture and packing of pills and that Manufacturers generally transfer legitimate orders of opioid medications to distributors who then typically supply opioid medications to pharmacies. Teva USA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 9 and therefore denies the same. To the extent the allegations in Paragraph 9 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

10.      Paragraph 10 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 10.  To the extent the allegations in Paragraph 10 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.  Teva USA denies the remaining allegations of Paragraph 10.

11.      Paragraph 11 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 11.  To the extent the allegations in Paragraph 11 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.  Teva USA denies the remaining allegations of Paragraph 11.

12.     Paragraph 12 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 12.  To the extent the allegations in Paragraph 12 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

13.     Teva USA denies the allegations of Paragraph 13.  To the extent that the allegations in Paragraph 13 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied. Teva USA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 13 and therefore denies the same.

14.     Paragraph 14 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 14.  To the extent the allegations in Paragraph 14 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

15.       Paragraph 15 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 15.  To the extent the allegations in Paragraph 15 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.  To the extent that the allegations in Paragraph 15 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  Teva USA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 15 and therefore denies the same.

16.       Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 and therefore denies the same.  To the extent that the allegations in Paragraph 16 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.

17.       Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17 and therefore denies the same.  To the extent that the allegations in Paragraph 17 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.

18.       Paragraph 18 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies those allegations of Paragraph 18.  Further, Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 and therefore denies the same.  To the extent that the allegations in Paragraph 18 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.

19.     Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19 and therefore denies the same.  To the extent that the allegations in Paragraph 19 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.

20.     The allegations in Paragraph 20 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.  Teva USA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 20 and therefore denies the same.

21.     Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21 and therefore denies the same.

22.     Paragraph 22 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 22.  Further, to the extent the allegations in Paragraph 22 relate to parties and non-parties other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

23.     Paragraph 23 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies that it engaged in "misconduct."  Teva USA admits that this is an action for the claims asserted therein.

24.     Paragraph 24 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies that Plaintiff is entitled to the relief it seeks.

25.        Paragraph 25 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 25.  To the extent that allegations in Paragraph 25 relate to parties other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

26.        Paragraph 26 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 26.  To the extent that allegations in Paragraph 26 relate to parties and non-parties other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

27.        Paragraph 27 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 27.  To the extent that allegations in Paragraph 27 relate to parties other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

28.        The allegations in Paragraph 28 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

29.        The allegations in Paragraph 29 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

30.      The allegations in Paragraph 30 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

31.      The allegations in Paragraph 31 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

32.      The allegations in Paragraph 32 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

33.      The allegations in Paragraph 33 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

34.      The allegations in Paragraph 34 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

35.      The allegations in Paragraph 35 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

36.      The allegations in Paragraph 36 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

37.     Teva USA admits that Teva USA is a Delaware corporation with its principal place of business in North Wales, Pennsylvania.  Teva USA denies the remaining allegations in Paragraph 37.

38.     The allegations in Paragraph 38 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

39.     The allegations in Paragraph 39 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

40.     Paragraph 40 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 40.  To the extent that allegations in Paragraph 40 relate to parties other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

41.     The allegations in Paragraph 41 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

42.     The allegations in Paragraph 42 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

43.     The allegations in Paragraph 43 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

44.     The allegations in Paragraph 44 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

45.     The allegations in Paragraph 45 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

46.     The allegations in Paragraph 46 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

47.     The allegations in Paragraph 47 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

48.     The allegations in Paragraph 48 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

49.     The allegations in Paragraph 49 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

50.     The allegations in Paragraph 50 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

51.　　　The allegations in Paragraph 51 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

52.　　　The allegations in Paragraph 52 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

53.　　　The allegations in Paragraph 53 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

54.　　　The allegations in Paragraph 54 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

55.　　　The allegations in Paragraph 55 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

56.　　　The allegations in Paragraph 56 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

57.　　　The allegations in Paragraph 57 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

58.	The allegations in Paragraph 58 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

59.	The allegations in Paragraph 59 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

60.	The allegations in Paragraph 60 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

61.	The allegations in Paragraph 61 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

62.	The allegations in Paragraph 62 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

63.	The allegations in Paragraph 63 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

64.	The allegations in Paragraph 64 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

65.     The allegations in Paragraph 65 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

66.     The allegations in Paragraph 66 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

67.     The allegations in Paragraph 67 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

68.     The allegations in Paragraph 68 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

69.     The allegations in Paragraph 69 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

70.     The allegations in Paragraph 70 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

71.     The allegations in Paragraph 71 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

72.	The allegations in Paragraph 72 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

73.	The allegations in Paragraph 73 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

74.	The allegations in Paragraph 74 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

75.	The allegations in Paragraph 75 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

76.	The allegations in Paragraph 76 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

77.	The allegations in Paragraph 77 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

78.	The allegations in Paragraph 78 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

79.      The allegations in Paragraph 79 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

80.      The allegations in Paragraph 80 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

81.      The allegations in Paragraph 81 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

82.      The allegations in Paragraph 82 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

83.      The allegations in Paragraph 83 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

84.      The allegations in Paragraph 84 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

85.      The allegations in Paragraph 85 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

86.     The allegations in Paragraph 86 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

87.     The allegations in Paragraph 87 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

88.     The allegations in Paragraph 88 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

89.     The allegations in Paragraph 89 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

90.     The allegations in Paragraph 90 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

91.     The allegations in Paragraph 91 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

92.     The allegations in Paragraph 92 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

93.     Paragraph 93 states conclusions of law, to which no response is required. To the extent a response is required, Teva USA denies the allegations of Paragraph 93.

94.        Paragraph 94 states conclusions of law, to which no response is required. To the extent a response is required, Teva USA denies the allegations of Paragraph 94.

95.        Paragraph 95 states conclusions of law, to which no response is required. To the extent a response is required, Teva USA denies the allegations of Paragraph 95.

96.        Teva USA admits that known risks related to its opioid products are disclosed and addressed in the full prescribing information ("FPIs"), as required and approved by the FDA. Those FPIs are documents that speak for themselves, for those products, and any characterizations that are different than or inconsistent with the FPIs are denied. To the extent that the allegations in Paragraph 96 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

97.        Paragraph 97 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies Plaintiff's characterizations of those laws.  Teva USA admits that the marketing, distribution, and sale of prescription opioids are regulated by Federal law, including the Federal Controlled Substances Act and the Federal Food, Drug, and Cosmetic Act.  Teva USA admits that numerous state regulations impose controls and requirements throughout the prescription opioid distribution chain.

98.        Paragraph 98 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 98.  To the extent the allegations in Paragraph 98 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

99.        Paragraph 99 states conclusions of law, to which no response is required. To the extent a response is required, Teva USA denies the allegations of Paragraph 99.

100.     Paragraph 100 states conclusions of law, to which no response is required. To the extent a response is required, Teva USA denies the allegations of Paragraph 100.

101.     Paragraph 101 states conclusions of law, to which no response is required. To the extent a response is required, Teva USA denies the allegations of Paragraph 100.

102.     Teva USA denies the allegations of Paragraph 102.  To the extent the allegations in Paragraph 102 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

103.     Teva USA denies the allegations of Paragraph 103.  To the extent the allegations in Paragraph 103 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

104.     Teva USA denies the allegations in Paragraph 104. To the extent the allegations in Paragraph 104 relate to third-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 104 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

105.     Teva USA denies the allegations in Paragraph 105. To the extent the allegations in Paragraph 105 relate to third-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 105 purport to be

based on documents, those documents speak for themselves, and all characterizations thereof are denied.

106.     Teva USA denies the allegations in Paragraph 106. To the extent the allegations in Paragraph 106 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 106 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

107.     Teva USA denies the allegations in Paragraph 107. To the extent the allegations in Paragraph 107 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 107 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

108.     The allegations in Paragraph 108 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

109.     Teva USA denies the allegations in Paragraph 109. To the extent the allegations in Paragraph 109 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

110.     Teva USA denies the allegations in Paragraph 110. To the extent the allegations in Paragraph 110 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

111.    Teva USA denies the allegations in Paragraph 111. To the extent the allegations in Paragraph 111 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 111 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

112.    Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 112 and therefore denies the same.  To the extent that the allegations in Paragraph 112 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied. Teva USA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 112 and therefore denies the same.

113.    Teva USA denies the allegations in Paragraph 113. To the extent the allegations in Paragraph 113 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 113 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

114.    The allegations in Paragraph 114 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

115.    The allegations in Paragraph 115 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

116.     Teva USA denies the allegations in Paragraph 116. To the extent the allegations in Paragraph 116 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

117.     The allegations in Paragraph 117 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

118.     Teva USA denies the allegations in Paragraph 118. To the extent the allegations in Paragraph 118 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 118 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

119.     The allegations in Paragraph 119 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.

120.     Teva USA denies the allegations in Paragraph 120. To the extent the allegations in Paragraph 120 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

121.     Teva USA denies the allegations in Paragraph 121. To the extent the allegations in Paragraph 121 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 121 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

122.    The allegations in Paragraph 122 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

123.    The allegations in Paragraph 123 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

124.    Teva USA denies the allegations in Paragraph 124. To the extent the allegations in Paragraph 124 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 124 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

125.    Teva USA denies the allegations in Paragraph 125. To the extent the allegations in Paragraph 125 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

126.    Teva USA denies the allegations in Paragraph 126. To the extent the allegations in Paragraph 126 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

127.    Teva USA denies the allegations in Paragraph 127. To the extent the allegations in Paragraph 127 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the

same.  Teva admits that Dr. Russell Portenoy, Dr. Lynn Webster,  and Dr. Perry Fine received fair market value fees for services provided at various times.

128.     Teva USA denies the allegations in Paragraph 128. To the extent the allegations in Paragraph 128 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 128 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

129.     The allegations in Paragraph 129 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

130.     Teva USA denies the allegations in Paragraph 130. To the extent the allegations in Paragraph 130 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

131.     Teva USA denies the allegations in Paragraph 131. To the extent the allegations in Paragraph 131 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 131 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

132.     Teva USA denies the allegations in Paragraph 132, except to admit that, at times, it held advisory board meetings and peer-to-peer programs where physicians were paid fair market value for services rendered.  To the extent the allegations in Paragraph 132 relate to non-

parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 132 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

133.     The allegations in Paragraph 133 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

134.     Teva USA denies the allegations in Paragraph 134, except to admit that, at times, it used a sales force to provide on-label information and safety information about its branded product, Fentora. To the extent the allegations in Paragraph 134 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 134 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

135.     Teva USA denies the allegations in Paragraph 135. To the extent the allegations in Paragraph 135 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

136.     Teva USA denies the allegations in Paragraph 136. To the extent the allegations in Paragraph 136 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 136 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

137.     Teva USA denies the allegations in Paragraph 137. To the extent the allegations in Paragraph 137 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 137 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

138.     Paragraph 138 states conclusions of law to which no response is required. To the extent a response is required, Teva USA denies the allegations of Paragraph 138. To the extent the allegations in Paragraph 138 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

139.     The allegations in Paragraph 139 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

140.     The allegations in Paragraph 140 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

141.     The allegations in Paragraph 141 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

142.     The allegations in Paragraph 142 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

143.     The allegations in Paragraph 136 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.  To the extent the allegations in Paragraph 143 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

144.     Teva USA denies the allegations in Paragraph 144. To the extent the allegations in Paragraph 144 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 144 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.

145.     The allegations in Paragraph 145 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

146.     The allegations in Paragraph 146 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

147.     The allegations in Paragraph 147 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

148.     The allegations in Paragraph 148 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

149.     Paragraph 149 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 149.  To the extent the allegations in Paragraph 149 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

150.     Paragraph 150 states conclusions of law to which no response is required. To the extent a response is required, Teva USA denies the allegations in Paragraph 150.  To the extent the allegations in Paragraph 150 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

151.     Paragraph 151 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 151.  To the extent the allegations in Paragraph 151 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

152.     Paragraph 152 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 152.  To the extent the allegations in Paragraph 152 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

153.     Paragraph 153 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 153.  To the extent the allegations in Paragraph 153 relate to Defendants other than Teva USA, Teva USA is without

knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

154.     Paragraph 154 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 154.  To the extent the allegations in Paragraph 154 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

155.     Paragraph 155 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 155.  To the extent the allegations in Paragraph 155 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

156.     Paragraph 156 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 156.  To the extent the allegations in Paragraph 156 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

157.     Teva USA admits only that it is a manufacturer of certain generic opioid medications.  Teva USA admits that known risks related to its opioid products are disclosed and addressed in the full prescribing information ("FPIs"), as required and approved by the FDA. Those FPIs are documents that speak for themselves, for those products, and any characterizations that are different than or inconsistent with the FPIs are denied.  Paragraph 157 states conclusions of law to which no response is required.  To the extent.  To the extent a

30

response is required, Teva USA denies the allegations in Paragraph 157.  To the extent the allegations in Paragraph 157 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. Teva USA denies the remaining allegations in Paragraph 157.

158.     Paragraph 158 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 158.  To the extent that the allegations in Paragraph 158 purport to be based on documents, those documents speak for themselves, and all characterizations thereof are denied.  To the extent the allegations in Paragraph 158 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

159.     Paragraph 159 states conclusions of law, to which no response is required. To the extent a response is required, Teva USA denies the allegations of Paragraph 159.  To the extent the allegations in Paragraph 159 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.  Teva USA denies the remaining allegations in Paragraph 159.

160.     Paragraph 160 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 160.  To the extent the allegations in Paragraph 160 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

161.     Paragraph 161 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 138.  . To the extent

the allegations in Paragraph 161 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

162.    The allegations in Paragraph 162 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

163.    The allegations in Paragraph 163 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

164.    The allegations in Paragraph 164 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

165.    The allegations in Paragraph 165 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

166.     The allegations in Paragraph 166 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

167.     The allegations in Paragraph 167 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

168.     The allegations in Paragraph 168 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

169.     The allegations in Paragraph 169 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

170.     The allegations in Paragraph 170 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

171.     The allegations in Paragraph 171 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

172.     The allegations in Paragraph 172 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

173. The allegations in Paragraph 173 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

174. The allegations in Paragraph 174 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

175. The allegations in Paragraph 175 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

176. The allegations in Paragraph 176 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

177. The allegations in Paragraph 177 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

178. The allegations in Paragraph 178 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

179. The allegations in Paragraph 179 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

180.      The allegations in Paragraph 180 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

181.      The allegations in Paragraph 181 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

182.      The allegations in Paragraph 182 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

183.      The allegations in Paragraph 183 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

184.      The allegations in Paragraph 184 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

185.      The allegations in Paragraph 185 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

186.      The allegations in Paragraph 186 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

187.     The allegations in Paragraph 187 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

188.     The allegations in Paragraph 188 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

189.     The allegations in Paragraph 189 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

190.     The allegations in Paragraph 190 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

191.     The allegations in Paragraph 191 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

192.     The allegations in Paragraph 192 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

193.     The allegations in Paragraph 193 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

194.      The allegations in Paragraph 194 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

195.      The allegations in Paragraph 195 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

196.      The allegations in Paragraph 196 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

197.      The allegations in Paragraph 197 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

198.      The allegations in Paragraph 198 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

199.      The allegations in Paragraph 199 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

200.      The allegations in Paragraph 200 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

201.    The allegations in Paragraph 201 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

202.    The allegations in Paragraph 202 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

203.    The allegations in Paragraph 203 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

204.    The allegations in Paragraph 204 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

205.    The allegations in Paragraph 205 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

206.    The allegations in Paragraph 206 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

207.    The allegations in Paragraph 207 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

208.     The allegations in Paragraph 208 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

209.     The allegations in Paragraph 209 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

210.     The allegations in Paragraph 210 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

211.     The allegations in Paragraph 211 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

212.     The allegations in Paragraph 212 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

213.     The allegations in Paragraph 213 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

214.     The allegations in Paragraph 214 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

215.     The allegations in Paragraph 215 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

216.     The allegations in Paragraph 216 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

217.     The allegations in Paragraph 217 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

218.     The allegations in Paragraph 218 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

219.     The allegations in Paragraph 219 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

220.     The allegations in Paragraph 220 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

221.     The allegations in Paragraph 221 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

222.     The allegations in Paragraph 222 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

223.     The allegations in Paragraph 223 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

224.     The allegations in Paragraph 224 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

225.     The allegations in Paragraph 225 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

226.     The allegations in Paragraph 226 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

227.     The allegations in Paragraph 227 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

228.     The allegations in Paragraph 228 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

229.    The allegations in Paragraph 229 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

230.    The allegations in Paragraph 230 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

231.    The allegations in Paragraph 231 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

232.    The allegations in Paragraph 232 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

233.    The allegations in Paragraph 233 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

234.    The allegations in Paragraph 234 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

235.    The allegations in Paragraph 235 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

236.     The allegations in Paragraph 236 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

237.     The allegations in Paragraph 237 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

238.     The allegations in Paragraph 238 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

239.     The allegations in Paragraph 239 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

240.     The allegations in Paragraph 240 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

241.     The allegations in Paragraph 241 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

242.     The allegations in Paragraph 242 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

243.     The allegations in Paragraph 243 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

244.     The allegations in Paragraph 244 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

245.     The allegations in Paragraph 245 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

246.     The allegations in Paragraph 246 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

247.     The allegations in Paragraph 247 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

248.     The allegations in Paragraph 248 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

249.     The allegations in Paragraph 249 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

250.     The allegations in Paragraph 250 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

251.     The allegations in Paragraph 251 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

252.     The allegations in Paragraph 252 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

253.     The allegations in Paragraph 253 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

254.     The allegations in Paragraph 254 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

255.     The allegations in Paragraph 255 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

256.     The allegations in Paragraph 256 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

257.     The allegations in Paragraph 257 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

258.     The allegations in Paragraph 258 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

259.     The allegations in Paragraph 259 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

260.     The allegations in Paragraph 260 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

261.     The allegations in Paragraph 261 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

262.     The allegations in Paragraph 262 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

263.     Paragraph 263 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 263.  To the extent the allegations in Paragraph 263 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. Teva USA denies the remaining allegations in Paragraph 263.

264.     Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 264 and therefore denies the same.  To the extent that the allegations in Paragraph 264 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  To the extent the allegations in Paragraph 264 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. Teva USA denies the remaining allegations in Paragraph 264.

265.     Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 265 and therefore denies the same.  To the extent that the allegations in Paragraph 265 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  Teva USA denies the remaining allegations in Paragraph 265.

266.     To the extent that the allegations in Paragraph 266 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied. Teva USA denies the remaining allegations in Paragraph 266.

267.     Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 267 and therefore denies the same.  To the extent that the allegations in Paragraph 267 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  Teva USA denies the remaining allegations in Paragraph 267.

268.     Paragraph 268 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 268.  To the extent the allegations in Paragraph 268 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

269.     Paragraph 269 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 269.  To the extent the allegations in Paragraph 269 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

270.     Paragraph 270 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 270.  To the extent the allegations in Paragraph 270 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

271.    Paragraph 271 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 271.  To the extent the allegations in Paragraph 271 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

272.    Paragraph 272 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 272.  To the extent the allegations in Paragraph 272 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

273.    Paragraph 273 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 273.  To the extent the allegations in Paragraph 273 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

274.    The allegations in Paragraph 274 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

275.    The allegations in Paragraph 275 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

276.　　　The allegations in Paragraph 276 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

277.　　　The allegations in Paragraph 277 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

278.　　　The allegations in Paragraph 278 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

279.　　　The allegations in Paragraph 279 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

280.　　　The allegations in Paragraph 280 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

281.　　　The allegations in Paragraph 281 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

282.　　　The allegations in Paragraph 282 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

283.     The allegations in Paragraph 283 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

284.     The allegations in Paragraph 284 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

285.     The allegations in Paragraph 285 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

286.     The allegations in Paragraph 286 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

287.     The allegations in Paragraph 287 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

288.     The allegations in Paragraph 288 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

289.     The allegations in Paragraph 289 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

290.     The allegations in Paragraph 290 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

291.     The allegations in Paragraph 291 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

292.     The allegations in Paragraph 292 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

293.     The allegations in Paragraph 293 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

294.     Paragraph 294 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 294.  To the extent the allegations in Paragraph 294 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

295.  Paragraph 295 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 295.  To the extent the allegations in Paragraph 295 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

296.  Paragraph 296 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 296.  To the extent the allegations in Paragraph 296 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

297.  Paragraph 297 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 297.  .  To the extent the allegations in Paragraph 297 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

298.  Paragraph 298 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 298.  To the extent the allegations in Paragraph 298 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

299.     Paragraph 299 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 299.  To the extent the allegations in Paragraph 299 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

300.     Paragraph 300 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 300.  To the extent the allegations in Paragraph 300 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

301.     Paragraph 301 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 301.  To the extent the allegations in Paragraph 301 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. Teva USA denies the remaining allegations in Paragraph 301.

302.     Paragraph 302 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 302. To the extent the allegations in Paragraph 302 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

303.      Teva USA denies the allegations in Paragraph 303.  To the extent the allegations in Paragraph 303 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

304.      Paragraph 304 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 304.  To the extent that the allegations in Paragraph 304 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  To the extent the allegations in Paragraph 304 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

305.      Paragraph 305 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 305.  To the extent that the allegations in Paragraph 305 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  To the extent the allegations in Paragraph 305 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

306.     Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 306 and therefore denies the same.  To the extent that the allegations in Paragraph 306 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  To the extent the allegations in Paragraph 306 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. Teva USA denies the remaining allegations in Paragraph 306.

307.     Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 307 and therefore denies the same.  To the extent that the allegations in Paragraph 307 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.

308.     Teva USA denies the allegations in Paragraph 308.  To the extent the allegations in Paragraph 308 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

309.     Paragraph 309 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 309.  To the extent the allegations in Paragraph 309 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

310.     Paragraph 310 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 3108.  To the extent the allegations in Paragraph 310 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

311.     Paragraph 311 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 311.  To the extent the allegations in Paragraph 311 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

312.     Teva USA denies the allegations in Paragraph 312. To the extent the allegations in Paragraph 312 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

313.     Paragraph 313 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 313.  To the extent the allegations in Paragraph 313 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same. To the extent that the allegations in Paragraph 313 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  Teva USA denies any remaining allegations in Paragraph 313.

314.     Paragraph 314 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 314.  To the extent the allegations in Paragraph 314 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.  To the extent that the allegations in Paragraph 314 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  Teva USA denies any remaining allegations in Paragraph 314.

315.     Paragraph 315 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 315.  To the extent the allegations in Paragraph 315 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

316.     Teva USA denies the allegations in Paragraph 316.  To the extent the allegations in Paragraph 316 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

317.     Teva USA denies the allegations in Paragraph 317.  To the extent the allegations in Paragraph 317 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

318.      Paragraph 318 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 318.  To the extent the allegations in Paragraph 318 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

319.      Paragraph 319 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations of Paragraph 319.  To the extent the allegations in Paragraph 319 relate to other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

320.      Paragraph 320 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 320.  Teva USA denies the allegations in Paragraph 320.  To the extent the allegations in Paragraph 320 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

321.      Paragraph 321 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 321.  To the extent the allegations in Paragraph 321 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

322.     Paragraph 322 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 322.  To the extent the allegations in Paragraph 322 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

323.     Paragraph 323 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 323.  To the extent the allegations in Paragraph 323 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

324.     Paragraph 324 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 324.  To the extent the allegations in Paragraph 324 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

325.     Paragraph 325 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 325.  To the extent that the allegations in Paragraph 325 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied. To the extent the allegations in Paragraph 325 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

326.     Paragraph 326 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 326.  To the extent the allegations in Paragraph 326 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

327.     Paragraph 327 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 327.  To the extent the allegations in Paragraph 327 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

328.     Paragraph 328 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 328.  To the extent the allegations in Paragraph 328 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

329.     Paragraph 329 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 329.  To the extent the allegations in Paragraph 329 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

330.     Teva USA denies the allegations in Paragraph 330.  To the extent that the allegations in Paragraph 330 purport to be based on other documents, those documents speak for themselves, and all characterizations thereof are denied.  To the extent the allegations in Paragraph 330 relate to non-parties and Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

331.     Paragraph 331 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 331.  To the extent the allegations in Paragraph 331 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

332.     Paragraph 332 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 332.  To the extent the allegations in Paragraph 332 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

333.      Paragraph 333 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 333.  To the extent the allegations in Paragraph 333 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

334.      Paragraph 334 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 334.  To the extent the allegations in Paragraph 334 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

335.      Paragraph 335 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 335.  To the extent the allegations in Paragraph 335 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

336.      Paragraph 336 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 336.  To the extent the allegations in Paragraph 336 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

337.      Paragraph 337 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 337.  To the extent the allegations in Paragraph 337 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

338.     Paragraph 338 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 338.  To the extent the allegations in Paragraph 338 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

339.     Paragraph 339 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 339.  To the extent the allegations in Paragraph 339 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

340.     Paragraph 340 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 340 and specifically denies that any of actions or conduct identified in subparts (a)-(n) were "the result of Defendants' illegal scheme."  To the extent the allegations in Paragraph 340 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.  Teva USA denies any remaining allegations in Paragraph 340.

341.     Paragraph 341 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 341.  To the extent the allegations in Paragraph 341 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

342.     Paragraph 342 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 342..  To the extent the allegations in Paragraph 342 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

343.     Teva USA denies the allegations in Paragraph 343.  To the extent the allegations in Paragraph 343 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

344.     Paragraph 344 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 344. To the extent the allegations in Paragraph 344 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

345.     Teva USA denies the allegations in Paragraph 345.  To the extent the allegations in Paragraph 345 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

346.     Paragraph 346 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 346.  To the extent the allegations in Paragraph 346 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

347.     Paragraph 347 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 347.  To the extent the allegations in Paragraph 347 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

348.     Paragraph 348 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 348.  To the extent the allegations in Paragraph 348 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

349.     Paragraph 349 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 349.  To the extent the allegations in Paragraph 349 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

350.     Paragraph 350 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 350.  To the extent the allegations in Paragraph 350 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

351.     Paragraph 351 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 339.  To the extent the allegations in Paragraph 351 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

352.     Paragraph 352 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 352.  To the extent the allegations in Paragraph 352 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

353.     Teva USA incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

354.    Paragraph 354 states conclusions of law to which no response is required. To the extent a response is required, Teva USA denies the allegations in Paragraph 354. To the extent that allegations in Paragraph 354 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

355.    Paragraph 355 states conclusions of law to which no response is required. To the extent a response is required, Teva USA denies the allegations in Paragraph 355. To the extent that allegations in Paragraph 355 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

356.    Paragraph 356 states conclusions of law to which no response is required. To the extent a response is required, Teva USA denies the allegations in Paragraph 356. To the extent that allegations in Paragraph 356 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

357.    Paragraph 357 states conclusions of law to which no response is required. To the extent a response is required, Teva USA denies the allegations in Paragraph 357. To the extent that allegations in Paragraph 357 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

358.     Paragraph 358 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 358.  To the extent that allegations in Paragraph 358 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

359.     Paragraph 359 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 359.  To the extent that allegations in Paragraph 359 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

360.     Paragraph 360 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 360.  To the extent that allegations in Paragraph 360 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

361.     Paragraph 361 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 361.  To the extent that allegations in Paragraph 361 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

362.	Paragraph 362 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 362.  To the extent that allegations in Paragraph 362 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

363.	Paragraph 363 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 363.  To the extent that allegations in Paragraph 363 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

364.	Paragraph 364 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 364.  To the extent that allegations in Paragraph 364 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

365.	Paragraph 365 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 365.  To the extent that allegations in Paragraph 365 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

366.      Paragraph 366 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 366.  To the extent that allegations in Paragraph 366 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

367.      Paragraph 367 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 367.  To the extent that allegations in Paragraph 367 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

368.      Paragraph 368 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 368.  To the extent that allegations in Paragraph 368 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

369.      Paragraph 369 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 369.  To the extent that allegations in Paragraph 369 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

370.     Paragraph 370 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 370.  To the extent that allegations in Paragraph 370 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

371.     Paragraph 371 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 371.  To the extent that allegations in Paragraph 371 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

372.     Paragraph 372 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 372.  To the extent that allegations in Paragraph 372 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

373.     Paragraph 373 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 373.  To the extent that allegations in Paragraph 373 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

374.     Paragraph 374 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 374.  To the extent that allegations in Paragraph 374 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

375.     Paragraph 375 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 375.  To the extent that allegations in Paragraph 375 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

376.     Paragraph 376 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 376.  To the extent that allegations in Paragraph 376 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

377.     Paragraph 377 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 377.  To the extent that allegations in Paragraph 377 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

378.       Paragraph 378 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 378.  To the extent that allegations in Paragraph 378 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

379.       Paragraph 379 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 379.  To the extent that allegations in Paragraph 379 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

380.       Teva USA incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

381.       Paragraph 381 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 381.  To the extent that allegations in Paragraph 381 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

382.     Paragraph 382 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 382.  To the extent that allegations in Paragraph 382 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

383.     Paragraph 383 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 383.  To the extent that allegations in Paragraph 383 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

384.     Teva USA admits only that it is a member of the Healthcare Distribution Alliance. Paragraph 384 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 384.  To the extent that allegations in Paragraph 384 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

385.     Paragraph 385 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 385.  To the extent that allegations in Paragraph 385 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

386.     Paragraph 386 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 386.  To the extent that allegations in Paragraph 386 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

387.     Paragraph 387 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 387.  To the extent that allegations in Paragraph 387 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

388.     Paragraph 388 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 388.  To the extent that allegations in Paragraph 388 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

389.     Paragraph 389 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 389.  To the extent that allegations in Paragraph 389 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

390.       Paragraph 390 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 390.  To the extent that allegations in Paragraph 390 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

391.       Paragraph 391 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 391.  To the extent that allegations in Paragraph 391 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

392.       Paragraph 392 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 392.  To the extent that allegations in Paragraph 392 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

393.       Paragraph 393 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 393.  To the extent that allegations in Paragraph 393 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

394.     Paragraph 394 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 394.  To the extent that allegations in Paragraph 394 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

395.     Paragraph 395 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 395.  To the extent that allegations in Paragraph 395 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

396.     Paragraph 396 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 396.  To the extent that allegations in Paragraph 396 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

397.     Paragraph 397 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 397.  To the extent that allegations in Paragraph 397 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

398.      Paragraph 398 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 398.  To the extent that allegations in Paragraph 398 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

399.      Paragraph 399 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 399.  To the extent that allegations in Paragraph 399 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

400.      Paragraph 400 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 400.  To the extent that allegations in Paragraph 400 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

401.      Paragraph 401 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 401.  To the extent that allegations in Paragraph 401 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

402.    Paragraph 402 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 402.  To the extent that allegations in Paragraph 402 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

403.    Paragraph 403 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 403.  To the extent that allegations in Paragraph 403 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

404.    Paragraph 404 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 404.  To the extent that allegations in Paragraph 404 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

405.    Paragraph 405 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 405.  To the extent that allegations in Paragraph 405 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

406.     Paragraph 406 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 406.  To the extent that allegations in Paragraph 406 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

407.     Paragraph 407 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 407.  To the extent that allegations in Paragraph 407 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

408.     Paragraph 408 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 408.  To the extent that allegations in Paragraph 408 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

409.     Teva USA reasserts its responses to the foregoing Paragraphs and incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

410.     Paragraph 410 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 410.

411.     Paragraph 411 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 411.  To the extent that allegations in Paragraph 411 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

412.     Paragraph 412 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 412.  To the extent that allegations in Paragraph 412 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

413.     Paragraph 413 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 413.  To the extent that allegations in Paragraph 413 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

414.     Paragraph 414 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 414.  To the extent that allegations in Paragraph 414 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

415.     Paragraph 415 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 415.  To the extent that allegations in Paragraph 415 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

416.     Paragraph 416 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 416.  To the extent that allegations in Paragraph 416 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

417.     Paragraph 417 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 417.  To the extent that allegations in Paragraph 417 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

418.     Paragraph 418 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 418.  To the extent that allegations in Paragraph 418 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

419.     Teva USA reasserts its responses to the foregoing Paragraphs and incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

420.     Paragraph 420 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 420.  To the extent that allegations in Paragraph 420 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

421.     Paragraph 421 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 421.  To the extent that allegations in Paragraph 421 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

422.     Paragraph 422 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 422.  To the extent that allegations in Paragraph 422 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

423.     Paragraph 423 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 423.  To the extent that allegations in Paragraph 423 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

424.     Paragraph 424 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 424.  To the extent that allegations in Paragraph 424 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

425.     Paragraph 425 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 425.  To the extent that allegations in Paragraph 425 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

426.     Paragraph 426 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 426.  To the extent that allegations in Paragraph 426 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

427.     Paragraph 427 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 427.  To the extent that allegations in Paragraph 427 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

428.       Paragraph 428 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 428.  To the extent that allegations in Paragraph 428 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

429.       Paragraph 429 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 429.  To the extent that allegations in Paragraph 429 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

430.       Paragraph 430 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 430.  To the extent that allegations in Paragraph 430 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

431.       Paragraph 431 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 431.  To the extent that allegations in Paragraph 431 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

432.     Paragraph 432 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 432.  To the extent that allegations in Paragraph 432 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

## COUNT V

**NEGLIGENCE AND NEGLIGENCE PER SE**
**(Against Marketing Manufacturer Defendants)**

433.     Teva USA reasserts its responses to the foregoing Paragraphs and incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

434.    Paragraph 434 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 434.  To the extent that allegations in Paragraph 434 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

435.    Paragraph 435 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 435.  To the extent that allegations in Paragraph 435 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

436.    Paragraph 436 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 436.  To the extent that allegations in Paragraph 436 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

437.    Paragraph 437 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 437.  To the extent that allegations in Paragraph 437 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

438.     Paragraph 438 states conclusions of law to which no response is required. To the extent a response is required, Teva USA denies the allegations in Paragraph 438. To the extent that allegations in Paragraph 438 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

439.     Paragraph 439 states conclusions of law to which no response is required. To the extent a response is required, Teva USA denies the allegations in Paragraph 439. To the extent that allegations in Paragraph 439 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

440.     Paragraph 440 states conclusions of law to which no response is required. To the extent a response is required, Teva USA denies the allegations in Paragraph 440. To the extent that allegations in Paragraph 440 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

441.     Paragraph 441 states conclusions of law to which no response is required. To the extent a response is required, Teva USA denies the allegations in Paragraph 441. To the extent that allegations in Paragraph 441 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

442.     Paragraph 442 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 442.  To the extent that allegations in Paragraph 442 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

443.     Paragraph 443 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 443.  To the extent that allegations in Paragraph 443 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

444.     Paragraph 444 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 444.  To the extent that allegations in Paragraph 444 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

445.     Paragraph 445 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 445.  To the extent that allegations in Paragraph 445 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

446.    Teva USA reasserts its responses to the foregoing Paragraphs and incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

447.     Paragraph 447 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 447.  To the extent that allegations in Paragraph 447 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

448.     Paragraph 448 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 448.  To the extent that allegations in Paragraph 448 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

449.     Paragraph 449 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 449.  To the extent that allegations in Paragraph 449 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

450.     Paragraph 450 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 450.  To the extent that allegations in Paragraph 450 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

451.　　Teva USA reasserts its responses to the foregoing Paragraphs and incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

452.        Paragraph 452 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 452.  To the extent that allegations in Paragraph 452 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

453.        Paragraph 453 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 453.  To the extent that allegations in Paragraph 453 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

454.        Paragraph 454 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 454.  To the extent that allegations in Paragraph 454 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

455.        Paragraph 455 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 455.  To the extent that allegations in Paragraph 455 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

456.     Paragraph 456 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 456.  To the extent that allegations in Paragraph 456 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

457.     Paragraph 457 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 457.  To the extent that allegations in Paragraph 457 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

458.     Paragraph 458 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 458.  To the extent that allegations in Paragraph 458 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

459.     Paragraph 459 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 459.  To the extent that allegations in Paragraph 459 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

460.    Paragraph 460 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 460.  To the extent that allegations in Paragraph 460 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

461.    Paragraph 461 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 461.  To the extent that allegations in Paragraph 461 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

462.    Paragraph 462 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 462.  To the extent that allegations in Paragraph 462 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

463.    Paragraph 463 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 463.  To the extent that allegations in Paragraph 463 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

464.     Paragraph 464 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 464.  To the extent that allegations in Paragraph 464 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

465.     Teva USA reasserts its responses to the foregoing Paragraphs and incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

466.     The allegations in Paragraph 466 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

467.     The allegations in Paragraph 467 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

468.     The allegations in Paragraph 468 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

469.     The allegations in Paragraph 469 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

470.     The allegations in Paragraph 470 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

471.     The allegations in Paragraph 471 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

472.     The allegations in Paragraph 472 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

473.     The allegations in Paragraph 473 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

474.     The allegations in Paragraph 474 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

475.     The allegations in Paragraph 475 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

476.     The allegations in Paragraph 476 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

477.     The allegations in Paragraph 477 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

478.     The allegations in Paragraph 478 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

479.     Teva USA reasserts its responses to the foregoing Paragraphs and incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

480.     The allegations in Paragraph 480 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

481.     The allegations in Paragraph 481 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

482.     The allegations in Paragraph 482 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

483.     The allegations in Paragraph 483 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

484.     The allegations in Paragraph 484 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

485.     Teva USA reasserts its responses to the foregoing Paragraphs and incorporates by reference its responses to all other Paragraphs of the Complaint with the same legal force and effect as if fully set forth herein.

486.     Paragraph 486 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 486.  To the extent that allegations in Paragraph 486 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

487.     The allegations in Paragraph 487 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

488.     The allegations in Paragraph 488 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

489.     The allegations in Paragraph 489 relate to Defendants other than Teva USA; Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

490.     Paragraph 490 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 490.  To the extent that allegations in Paragraph 490 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

491.     Paragraph 491 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 491.  To the extent that allegations in Paragraph 491 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

492.     Paragraph 492 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 492.  To the extent that allegations in Paragraph 492 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

493.     Paragraph 493 states conclusions of law to which no response is required.  To the extent a response is required, Teva USA denies the allegations in Paragraph 493.  To the extent that allegations in Paragraph 493 relate to Defendants other than Teva USA, Teva USA is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies the same.

## **AFFIRMATIVE DEFENSES**

Teva USA hereby asserts affirmative and other defenses to the allegations and claims in Plaintiff's Complaint.  By asserting the matters set forth below, Teva USA does not allege or admit that it has the burden of proof and/or the burden of persuasion with respect to any of these matters.  Teva USA asserts as follows:

**FIRST.** The Complaint and each claim contained therein fails to state a claim upon which relief can be granted, fails to state facts sufficient to constitute a cause of action, and fails to plead a legally cognizable injury.

**SECOND.** The claims asserted in the Complaint are barred, in whole or in part, because federal agencies have exclusive or primary jurisdiction over the matters asserted in the Complaint.

**THIRD.** The claims asserted in the Complaint are preempted by federal law, including (without limitation) the federal Controlled Substances Act and the Food, Drug, and Cosmetic Act.  Among other things, the Plaintiff's claims are preempted insofar as they conflict with Congress's purposes and objectives in enacting relevant federal legislation and authorizing regulations, and the Supremacy Clause of the United States Constitution.

**FOURTH.** Any claims pertaining to generic medicines are preempted, as set forth in the United States Supreme Court's decisions in *PLIVA, Inc. v. Mensing,* 564 U.S. 604 (2011) and *Mutual Pharmaceuticals Co. v. Bartlett*, 570 U.S. 472 (2013).  *See also* R. & R. 34-42, ECF. No. 1499, Apr. 4, 2018.

**FIFTH.** The claims asserted in the Complaint against Teva USA are barred, in whole or in part, by the FDA-approved TIRF REMS Program, including, but not limited to, the requirements imposed on prescribers of TIRF medicines and patients.

**SIXTH.** Plaintiff's claims are barred, in whole or in part, by the learned intermediary doctrine because adequate warnings were given to learned intermediaries who used their informed, independent medical judgment in making prescribing decisions for a given patient.

**SEVENTH.** Plaintiff's claims are barred, in whole or in part, to the extent they are based on alleged harms resulting from known risks or dangers associated with opioid products that are unavoidable even within the scope of prescribed and intended use, but that are reasonable in comparison to the benefits conferred.

**EIGHTH.** Plaintiff's claims are barred, reduced and/or limited pursuant to applicable statutory and common law regarding limitations of awards, caps on recovery, and setoffs.

**NINTH.** If Plaintiff has sustained any injuries or damages, such were the result of intervening or superseding events, factors, occurrences, or conditions which were not reasonably foreseeable and in no way caused by Teva USA and for which Teva USA is not liable.

**TENTH.** The alleged injury asserted by Plaintiff is too remote from the alleged conduct of Teva USA to be a basis for liability as a matter of law and due process.

**ELEVENTH.** Plaintiff may not recover from Teva USA because the methods, standards, or techniques of designing, manufacturing, labeling and distributing of the prescription medications at issue complied with and were in conformity with the generally recognized state of the art at the time the product was designed, manufactured, labeled, and distributed.

**TWELFTH.** Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations and repose, including but not limited to 12 Okla. Stat. § 95(A).

**THIRTEENTH.** Plaintiff's claims are barred, in whole or in part, by doctrines of laches, waiver, unclean hands, estoppel, and/or ratification.

**FOURTEENTH.** To the extent that Plaintiff's claims relate to Teva USA's alleged advertising, lobbying, or other activities protected by the First Amendment to the Constitution of

the United States or by Acticle II, Section 22 of the Oklahoma Constitution or the Constitution of any other state whose laws may apply, such claims are barred.

**FIFTEENTH.** Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate any damages allegedly sustained.

**SIXTEENTH.** Plaintiff's claims are barred, in whole or in part, by the voluntary payment doctrine.

**SEVENTEENTH.** Any verdict or judgment that might be recovered by Plaintiff must be reduced by those amounts that have already or will in the future indemnify Plaintiff in whole or in part for any past or future claimed economic loss from any collateral source such as insurance, social security, workers' compensation, taxes, or employee benefit program.

**EIGHTEENTH.** Plaintiff's injuries and damages, if any, are barred in whole or in part by the actions, omissions, and/or conduct of third parties over whom Teva USA had no control or authority.  Indeed, Plaintiff's claims are barred, in whole or in part, because the injury Plaintiff alleges was the result of one or more superseding and/or intervening criminal acts by third parties.  Thus, any recovery should be reduced or barred by such parties' proportionate fault.

**NINETEENTH.** Plaintiff's claims are barred and/or reduced by contributory or comparative negligence and contributory or comparative fault.

**TWENTIETH.** Plaintiff's claims are barred, in whole or in part, by any alteration, modification, or misuse of the prescribed medications by Plaintiff, prescribing providers, patients, or any other third parties, for which Teva USA cannot be held responsible.

**TWENTY-FIRST.** Plaintiff's claims for punitive or exemplary damages or other civil penalties are barred or reduced by applicable law or statute or, in the alternative, are

106

unconstitutional insofar as they violate the due process protections afforded by the United States Constitution, the excessive fines clause of the Eighth Amendment of the United States Constitution, the Full Faith and Credit Clause of the United States Constitution, and applicable provisions of the Constitution of this State or that of any other state whose laws may apply. Any law, statute or other authority purporting to permit the recovery of punitive damages or civil penalties in this case is unconstitutional, facially and as applied, to the extent that, without limitation, it (1) lacks constitutionally sufficient standards to guide and restrain the jury's discretion in determining whether to award punitive damages or civil penalties and/or the amount, if any; (2) is void for vagueness in that it fails to provide adequate advance notice as to what conduct will result in punitive damages or civil penalties; (3) unconstitutionally may permit recovery of punitive damages or civil penalties based on harms to third parties, out-of-state conduct, conduct that complied with applicable law, or conduct that was not directed, or did not proximately cause harm to Plaintiff; (4) unconstitutionally may permit recover of punitive damages or civil penalties in an amount that is not both reasonable and proportionate to the amount of harm, if any, to Plaintiff and to the amount of compensatory damages, if any; (5) unconstitutionally may permit jury consideration of net worth or other financial information relating to Teva USA; (6) lacks constitutionally sufficient standards to be applied by the trial court in post-verdict review of any award of punitive damages or civil penalties; (7) lacks constitutionally sufficient standards for appellate review of any award of punitive damages or civil penalties; (8) would unconstitutionally impose a penalty, criminal in nature, without according to Teva USA the same procedural protections that are accorded to criminal defendants under the constitutions of the United States, this State, and any other state whose laws may apply; and (9) otherwise fails to satisfy Supreme Court precedent, including, without limitation,

*Pacific Mutual Life Insurance Co. v. Haslip*, 499 U.S. 1 (1991); *TXO Production Corp. v. Alliance Res., Inc.,* 509 U.S. 443 (1993); *BMW of North America v. Gore*, 517 U.S. 559 (1996); *State Farm Insurance Co. v. Campbell*, 538 U.S. 408 (2003); and *Philip Morris USA v. Williams*, 549 U.S. 346 (2007).

**TWENTY-SECOND.** Plaintiff's injuries and damages, if any, were due to illicit use, misuse or abuse of the prescription medications at issue by the users, for which Teva USA is not liable.

**TWENTY-THIRD.** Plaintiff's claims or damages are invalid and/or are barred, in whole or in part, because the patients and prescribers of the medications at issue used or prescribed them after acknowledging and/or learning of their alleged risks.

**TWENTY-FOURTH.** To the extent that Plaintiff is alleging fraud, fraudulent concealment, or similar conduct, Plaintiff has failed to plead fraud with sufficient particularity.

**TWENTY-FIFTH.** Teva USA's liability, if any, will not result from its conduct but is solely the result of an obligation imposed by law, and thus Teva USA is entitled to complete indemnity, express or implied, by other parties.

**TWENTY-SIXTH.** Plaintiff's injuries and damages, if any, were due to preexisting conditions, idiosyncratic reactions, or other responses to the medications on the part of the medication users, for which Teva USA cannot be held responsible.  The opioid medications at issue were manufactured, distributed, and labeled, in accordance with the provisions of federal law, including the U.S. Food Drug and Cosmetics Act, and the regulations promulgated pursuant thereto.  Moreover, the activities alleged conformed with all state and federal statutes,

regulations, and industry standards based upon the state of knowledge existing at the relevant time(s) alleged.

**TWENTY-SEVENTH.** Should Teva USA be held liable to Plaintiff, which liability is specifically denied, Teva USA would be entitled to a set-off for all sums of money received or available from or on behalf of any tortfeasor(s) for the same injuries alleged in Plaintiff's Complaint.

**TWENTY-EIGHTH.** Plaintiffs lack standing to bring their claims and the relief they seek.

**TWENTY-NINTH.** Teva USA is entitled to, and claims the benefit of, all defenses and presumptions set forth in or arising from any rule of law or statute of this State or any other state whose substantive law might control the action.

**THIRTIETH.** Plaintiff's claims violate the Supremacy Clause of the United States Constitution.

**THIRTY-FIRST.** Each Plaintiff's claims may be barred, in whole or in part, because neither users nor prescribers relied to their detriment upon any statement made by Teva USA in determining to use the medications at issue, particularly given the TIRF REMS Access Program, required by the FDA, that mandates prescriber enrollment in order to prescribe TIRF medicines.

**THIRTY-SECOND.** Plaintiff's claims are barred, in whole or in part, by the deference that common law gives to discretionary actions by the FDA under the FDCA.

**THIRTY-THIRD.** To the extent Plaintiff asserts claims that depend solely on violations of federal law, including any claims of a "fraud on the FDA" with respect to Teva USA's

disclosure of information related to the safety of its medications at issue, such claims are barred and should be dismissed. *See Buckman v. Plaintiff's Legal Comm.*, 531 U.S. 341 (2001).

**THIRTY-FOURTH.** Plaintiff's claims are barred because the conduct of Teva USA conformed with the FDCA, the requirements of the FDA, the Controlled Substances Act, and the requirements of the DEA. Moreover, the activities of Teva USA alleged in the Complaint conformed with all state and federal statutes, regulations, and industry standards based upon the state of knowledge existing at the relevant time(s) alleged in the Complaint.

**THIRTY-FIFTH.** Plaintiff fails to plead and cannot establish that they incurred any costs for any opioid-prescription promoted or sold by Teva USA and that was medically inappropriate or should not have been written, or that Teva USA's allegedly improper conduct caused any health care provider to write any unnecessary, ineffective or harmful opioid prescriptions.

**THIRTY-SIXTH.** Any statements in branded or unbranded materials that Plaintiff seeks to attribute to Teva USA comporting with FDA-approved uses are not misleading as a matter of law or otherwise actionable.

**THIRTY-SEVENTH.** Plaintiff fails to plead any actionable misrepresentation or omission made by or attributable to Teva USA.

**THIRTY-EIGHTH.** Plaintiff fails to plead and cannot establish any duty owed to Plaintiff by Teva USA.

**THIRTY-NINTH.** Plaintiff's claims are barred because they violate procedural and substantive due process rights under the Fourteenth Amendment to the U.S. Constitution and Article II, § 7 of the Constitution of Oklahoma, and the right to be free from retroactive or ex

110

post facto laws as guaranteed by Article I, §10 of the United States Constitution and Article II,

§15 of the Constitution of Oklahoma. Teva USA's rights under the Due Process Clause of the

U.S. Constitution and Art. II, § 7 of the Oklahoma Constitution are further violated by any

financial or other arrangement that might distort a government attorney's duty to pursue justice

rather than his or her personal interests, financial or otherwise, in the context of a civil

enforcement proceeding, *see, e.g.*, *Marshall v. Jerrico, Inc.*, 446 U.S. 238 (1980), including by

Plaintiffs' use of a contingency fee contract with private counsel.

**FORTIETH.** Plaintiff has failed to join one or more necessary and indispensable parties.

**FORTY-FIRST.** Plaintiff's claims against Teva USA are barred or limited by the

economic loss rule.

**FORTY-SECOND.** The Oklahoma public nuisance statute is unconstitutionally vague.

**FORTY-THIRD.** Plaintiff's claims against Teva USA are barred under the municipal

cost recovery rule.

**FORTY-FOURTH.** To the extent Plaintiff attempts to seek equitable relief, Plaintiff is

not entitled to such relief because Plaintiff has had an adequate remedy at law.

**FORTY-FIFTH.** Plaintiff's claim for unjust enrichment is barred or limited because

Teva USA did not receive and retain any alleged benefit from Plaintiff.

**FORTY-SIXTH.** Plaintiff's claims are barred or limited by the separation of powers

doctrine.

**FORTY-SEVENTH.** Plaintiff failed to comply with the requirement that they identify

each patient in whose claim(s) they have a subrogation interest.

111

**FORTY-EIGHTH.** Plaintiff seeks duplicate or double recovery on the same injury or damage, contrary to Oklahoma law.

**FORTY-NINTH.** Any recovery against Teva USA is barred or limited under the principles of assumption of the risk and informed consent.

**FIFTIETH.** Plaintiff's claims and damages are barred or limited, in whole or in part, by common law, statutory, and state constitutional constraints on the exercise of police powers by a municipality.

**FIFTY-FIRST.** Plaintiff's damages, if any, were not proximately caused by any act or omission attributable to Teva USA.

**FIFTY-SECOND.** As a matter of law, Plaintiff is not entitled to a declaratory judgment, injunction, or attorney's fees for these alleged claims.

**FIFTY-THIRD.** Plaintiff's claim of public nuisance is barred or limited because, among other reasons, no action of Teva USA involved interference with real property, illegal conduct perpetrated by third-parties involving the use of an otherwise legal product does not involve a public right against the manufacturer sufficient to state a claim for public nuisance, the alleged public nuisance would have impermissible extraterritorial reach, and the alleged wrongful conduct of Teva USA is too remote from the alleged injury as a matter of law and due process.

**FIFTY-FOURTH.** To the extent that Plaintiff seeks punitive, exemplary, or aggravated damages, any such damages are barred because the product at issue and its labeling were subject to and received pre-market approval by the FDA under 51 Stat. 1040, 21 U.S.C. § 301.

**FIFTY-FIFTH.** To the extent Plaintiff seeks to impose liability on Teva USA for broad, general statements regarding the value or quality of Teva USA's products that were made to and

reasonably understood by providers as opinion, such statements cannot constitute false representations as a matter of law.  *See Greene v. Humphrey*, 274 P.2d 535, 537 (Okla. 1960).

**FIFTY-SIXTH.** To the extent any agents, employees, or contractors of Teva USA caused any of the damages alleged by Plaintiff, such agents, employees, or contractors were acting outside the scope of the agency employment, or contract with Teva USA, and any recovery against Teva USA must be reduced by the proportionate fault of such agents, employees, or contractors.

**FIFTY-SEVENTH.** To the extent Plaintiff's claims are based the alleged conduct of other Defendants, and Plaintiff seeks to impose liability on Teva USA only by virtue of Teva USA's ownership of another Defendant's shares, membership within another Defendant's unincorporated entity, or similar affiliation, Plaintiff has failed to plead allegations sufficient to support a claim to pierce the corporate veil, or to otherwise hold Teva USA liable merely by virtue of its corporate affiliation with other Defendants.

**FIFTY-EIGHTH.** Plaintiff's claims are barred and should be dismissed because Plaintiff has failed to identify the allegedly inappropriate, unnecessary, or otherwise improper opioid prescriptions that they contend are at issue and on which they base their claims.

**FIFTY-NINTH.** The representations or statements alleged to have been made were true and accurate at the time made and/or otherwise were made in good faith, with a reasonable belief as to their validity and accuracy and with a reasonable belief that all conduct was lawful.

**SIXTIETH.** Plaintiff's claims are barred by the sophisticated user doctrine. Because of their training and experience, doctors who prescribe opioids know or reasonably should know of the potential risks, and defendants had no duty to warn and cannot be held liable for failing to

113

warn of risks and complications of which members of the relevant medical community knew or should have known.

**SIXTY-FIRST.**  The doctrines of estoppel and/or waiver bar Plaintiff's claims.  The imposition of injunctive relief and/or civil penalties would be inequitable, particularly in light of defendants' lawful and proper sale or products that are heavily regulated and include an FDA-approved and required warning.

**SIXTY-SECOND.** Plaintiff's claims are barred, in whole or in part, by the doctrines of res judicata, collateral estoppel, and/ or issue or claim preclusion.

**SIXTY-THIRD.** Plaintiff fails to identify any concerted action by Teva USA to participate in any conspiracy.

**SIXTY-FOURTH.** Plaintiff's claims are barred, in whole or in part, by the terms and effect of any applicable Consent Judgment, including by operation of the doctrines of res judicata, collateral estoppel, issue or claim preclusion, failure to fulfill conditions precedent, failure to provide requisite notice, accord and satisfaction, and compromise and settlement.

**SIXTY-FIFTH.**  Any defendant's liability must be limited in accordance with the percentage of fault allocated to it by the ultimate trier of fact and/or law.  Each defendant may only be severally liable for any injuries or expenses.  Plaintiff's alleged damages are not indivisible but comprise separate and discrete costs.

**SIXTY-SIXTH.**   Plaintiff's claims for punitive damages, statutory damages, civil penalties, and other relief are prohibited under the Fifth, Eighth, and Fourteenth Amendments of the United States Constitution, and Article II, § § 7 and 21 of the Constitution of Oklahoma.

**SIXTY-SEVENTH.** Plaintiff's claims are barred, in whole or in part, by the Commerce Clause of the United States Constitution.

**SIXTY-EIGHTH.** Plaintiff's claims are barred, in whole or in part, by the doctrine of derivative injury.

**SIXTY-NINTH.** Plaintiff's claims against Teva USA and other Defendants do not arise out of the same transaction, occurrence, or series of transactions or occurrences as required for joinder of parties. Plaintiff fails to connect any of the alleged marketing activities of Teva USA to those of other Defendants, nor could it. Accordingly, the Court should sever or dismiss Plaintiff's claims against Teva USA.

**SEVENTIETH.** Plaintiff's claims are barred, in whole or in part, by the doctrine of release.

**SEVENTY-FIRST.** Plaintiff is not entitled to attorneys' fees, costs, or pre-judgement interest.

**DEFENSES RESERVED**

Teva USA hereby gives notice that it intends to rely upon any other defenses that may become available or apparent during the discovery proceedings in this matter, and hereby reserves its right to amend its Answer and to assert any such defenses.

**PRAYER FOR RELIEF**

WHEREFORE, Teva USA respectfully requests that the judgment be entered in its favor against Plaintiff and further requests that it be awarded costs and attorneys' fees and such other further relief that the Court deems appropriate and just.

**DEMAND FOR JURY TRIAL**

Teva USA hereby demands a jury trial by jury of all issues so triable. Teva USA also hereby reserves the right to remand each case to its original jurisdiction for trial.

WHEREFORE, Teva USA demands judgment dismissing Plaintiff's Complaint in its entirety, together with costs and disbursements.  Teva USA further demands such other relief, both general and specific, at law or in equity, to which it is justly entitled.

Dated: July 26, 2019                                  Respectfully submitted,


*s/ Steven A. Reed*
Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  +1.215.963.5000
Facsimile:    +1.215.963.5001
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone:  +1.412.560.7455
Facsimile:    +1.412.560.7001
wendy.feinstein@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Telephone:  +1.305.415.3000
Facsimile:    +1.305.415.3001
brian.ercole@morganlewis.com

*Attorneys for Teva USA*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


Dated:  July 26, 2019                    */s/ Steven A. Reed*
                                                 Steven A. Reed