# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | MDL No. 1:17-MD-2804<br><br>**Judge Dan Aaron Polster**<br><br>**PUBLIX SUPER MARKETS, INC.'S JOINDER IN THE MEMORANDUM OF CERTAIN DEFENDANTS IN OPPOSITION TO PLAINTIFFS' RENEWED AND AMENDED MOTION FOR CERTIFICATION OF RULE 23(B)(3) CITIES/COUNTIES NEGOTIATION CLASS** |

COMES NOW, Defendant Publix Super Markets, Inc., by and through undersigned counsel, hereby submits the following Joinder in the Memorandum of Certain Defendants in Opposition to Plaintiffs' Renewed and Amended Motion For Certification of Rule 23(B)(3) Cities/Counties Negotiation Class (Dkt. No. 1949).  Publix Super Markets, Inc. incorporates and adopts herein by reference the entirety of Certain Defendants' Memorandum.

Dated: July 26, 2019

                                              Respectfully Submitted,

                                              /s/ Gregory S. Chernack

                                              Gregory S. Chernack, Esq.
                                              (gchernack@hollingsworthllp.com)
                                              Hollingsworth LLP
                                              1350 I Street N.W.
                                              Washington, D.C. 20005
                                              Phone: (202) 898-5800
                                              Fax: (202) 682-1639

                                              *Attorney for Defendant Publix Super Markets, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

/s/ Gregory S. Chernack

Gregory S. Chernack, Esq.
(gchernack@hollingsworthllp.com)
Hollingsworth LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendant Publix Super Markets, Inc.*