**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| THE MUSCOGEE (CREEK) NATION, | ) | MDL No. 2804 |
| Plaintiff, | ) | Master Docket No.: 1:17-MD-02804-DAP |
| vs. | ) | Case No. 1:18-op-45459 |
| PURDUE PHARMA L.P., et al., | ) | Judge Dan Aaron Polster |
| Defendants. | ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| | ) | |

Now comes Kimberly L. Hall of the law firm of Critchfield, Critchfield & Johnston, Ltd., and hereby enters her appearance as additional counsel of record for mis-named Defendant CityPlex Pharmacy, otherwise known as Southwestern Regional Medical Center, Inc. dba CityPlex Pharmacy, in the above-captioned matter. All future pleadings and correspondence should be sent to the undersigned at the address indicated below.

Respectfully submitted,

*/s/ Ralph Streza*
Ralph Streza (Ohio S. Ct. #0017694)
Kimberly L. Hall (Ohio S. Ct. #0090677)
CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.
4996 Foote Road
Medina, OH 44256
Telephone: 330.723.6404
Facsimile: 330.721.7644
Email: Streza@ccj.com; khall@ccj.com

*Counsel for mis-named Defendant CityPlex Pharmacy, otherwise known as Southwestern Regional Medical Center, Inc. dba CityPlex Pharmacy*

1

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on the 26th day of July, 2019, I caused the foregoing to be filed via the ECF System for the United States District Court for the Northern District of Ohio, Eastern Division, and that the Notice will be served upon all counsel of record via the Court's electronic filing system.

                                      */s/ Ralph Streza*
                                Ralph Streza (Ohio S. Ct. #0017694)
                                *Counsel for mis-named Defendant CityPlex Pharmacy, otherwise known as Southwestern Regional Medical Center, Inc. dba CityPlex Pharmacy*