# EXHIBIT 1



## Manufacturers

Top five, from 2006 to 2012, in Cuyahoga County, Ohio.

**SpecGx LLC**
135,662,300 pills

Actavis Pharma, Inc.
73,170,632

Par Pharmaceutical
30,672,535

Purdue Pharma LP
11,998,320

Amneal Pharmaceuticals LLC
3,778,700

**THE OPIOID FILES**: New data gives an unprecedented look at the opioid epidemic. See it at wapo.st/dea-pain-pill-database.

The Washington Post

