# EXHIBIT 5

# KELLER ROHRBACK L.L.P.

LAURIE B. ASHTON ①③
JERALD BIEN-WILLNER ①②
IAN S. BIRK ❸
KENNETH A. BLOCH ❸
KAREN E. BOXX ❸
GRETCHEN FREEMAN CAPPIO ❸
ALISON CHASE ①②
T. DAVID COPLEY ①⑩❸
ROB J. CRICHTON ⑩❸
MAUREEN M. FALECKI ②❸
JULI FARRIS ②❸❹
RAYMOND J. FARROW ❸
ERIC J. FIERRO ①
WILLIAM L. FLEMING ❸
ALISON S. GAFFNEY ❸
GLEN P. GARRISON ❹❸
LAURA R. GERBER ❸
MATTHEW M. GEREND ❸
GARY A. GOTTO ①
BENJAMIN GOULD ②❸

CHRISTOPHER GRAVER ①
MARK A. GRIFFIN ①❸
AMY N.L. HANSON ❸
IRENE M. HECHT ❸
SCOTT C. HENDERSON ❸
MICHAEL G. HOWARD ❸
DEAN N. KAWAMOTO ②❸❹
ERIKA M. KEECH ❸
RON KILGARD ①⑩❹
KATHRYN M. KNUDSEN ❸
DAVID J. KO ❸
TANYA KORKHOV ⑩
ERIC R. LALIBERTE ❸
BENJAMIN J. LANTZ ❸
LUKE M. LARIVIERE ❸
CARI CAMPEN LAUFENBERG ❸
ELIZABETH A. LELAND ❸
JEFFREY LEWIS ②
TANA LIN ⑤⑦❸❹
DEREK W. LOESER ❸

HOLLY E. LYNCH ❸
RYAN MCDEVITT ❸
DANIEL MENSHER ②❸
IAN J. MENSHER ❸
MICHAEL W. MEREDITH ❸
RACHEL MOROWITZ ❹
GRETCHEN S. OBRIST ❸
ROBERT S. OVER ❸
DUDLEY B. PANCHOT ❸
DAVID S. PREMINGER ⑩
MATTHEW J. PREUSCH ②❷
ERIN M. RILEY ❸⑤
STEVEN N. ROSS ❸
ISAAC RUIZ ❸
DAVID J. RUSSELL ❸
MARK D. SAMSON ①❹
LYNN LINCOLN SARKO ❸❹⑤
WILLIAM C. SMART ❸
CHRISTOPHER L. SPRINGER ②
THOMAS A. STERKEN ❸

PAUL A. TONELLA ❸
BETH M. STROSKY ❸
KARIN B. SWOPE ❸
HAVILA C. UNREIN ②⑨❸
GABE E. VERDUGO ❸
AMY WILLIAMS-DERRY ⑥❸
MICHAEL WOERNER ❸
BENSON D. WONG ❸
EDWIN G. WOODWARD ❸
LAURA ZANZIG-WONG ❸

① ADMITTED IN ARIZONA
② ADMITTED IN CALIFORNIA
③ ADMITTED IN COLORADO
④ ADMITTED IN IDAHO
⑤ ADMITTED IN ILLINOIS
⑥ ADMITTED IN MASSACHUSETTS
⑦ ADMITTED IN MICHIGAN
⑧ ADMITTED IN MINNESOTA
⑨ ADMITTED IN MONTANA
⑩ ADMITTED IN NEW YORK
❶ ADMITTED IN OHIO
❷ ADMITTED IN OREGON
❸ ADMITTED IN WASHINGTON
❹ ADMITTED IN WASHINGTON, D.C.
❺ ADMITTED IN WISCONSIN

July 3, 2018

**VIA E-MAIL**

Brien T. O'Connor
Ropes & Gray LLP
800 Boylston Street
Boston, MA 2199

    Re:    National Prescription Opiate Litigation

Dear Mr. O'Connor,

    Enclosed please find a copy of the Complaints filed against Mallinckrodt PLC and Mallinckrodt, LLC by the following Plaintiffs:

    City of Tacoma;
    King County;
    Skagit County;
    City of Mount Vernon;
    City of Sedro-Woolley;
    City of Burlington;
    La Conner School District;
    Mount Vernon School District;
    Pierce County;
    Arizona Municipal Risk Retention Pool;
    Thurston County;
    Clark County;
    Arizona School Alliance;
    City of Kent;
    Tulalip Tribes;
    Clallam County;
    Arizona Counties Insurance Pool; and
    Nez Perce Tribe

■ 1201 THIRD AVENUE, SUITE 3200, SEATTLE, WA 98101-3052 | TELEPHONE: (206) 623-1900 | FACSIMILE: (206) 623-3384 ■
SEATTLE    PHOENIX    NEW YORK    OAKLAND    RONAN    SANTA BARBARA
WWW.KellerRohrback.com | WWW.KRComplexLit.com

**KELLER ROHRBACK L.L.P.**

July 3, 2018
Page 2

  Pursuant to Case Management Order 1, also enclosed is a Waiver of the Service of Summons forms.  Please complete the enclosed Waivers of the Service of Summons and return the Waivers to my assistant, Leslie Nims, lnims@kellerrohrback.com.

          Sincerely,
          David J. Ko

          dko@kellerrohrback.com

DJK:lkn
Enclosures

30096-300