# EXHIBIT 6

**From:** Maerowitz, Max [mailto:Max.Maerowitz@ropesgray.com]
**Sent:** Thursday, August 02, 2018 3:47 PM
**To:** Leslie Nims; David Ko
**Cc:** O'Connor, Brien; O'Connor, Andrew; Bradley, Nick
**Subject:** Keller Rohrback Service Waivers

Counsel:

Please see attached executed service waivers sent on behalf of Mallinckrodt LLC in the following actions that are now pending in N.D. Ohio, MDL 2804:

- Arizona Counties Insurance Pool, Arizona v. Purdue Pharma L.P., et al.
- Arizona Municipal Risk Retention Pool, Arizona v. Purdue Pharma L.P., et al.
- Arizona School Alliance for Workers' Compensation, Inc., Arizona v. Purdue Pharma L.P., et al.
- City of Kent, Washington v. Purdue Pharma L.P., et al.
- City of Tacoma, Washington v. Purdue Pharma L.P., et al.
- Clallam County, Washington v. Purdue Pharma L.P., et al.
- Clark County, Washington v. Purdue Pharma L.P., et al.
- King County, Washington v. Purdue Pharma L.P., et al.
- Nez Perce Tribe, Idaho v. Purdue Pharma L.P., et al.
- Pierce County, Washington v. Purdue Pharma L.P., et al.
- Skagit County, et al., Washington v. Purdue Pharma L.P., et al.
- Thurston County, Washington v. Purdue Pharma L.P., et al.
- Tulalip Tribes, Washington v. Purdue Pharma L.P., et al.

In light of paragraph 6.d of CMO #1 suspending service on foreign corporations, we are not accepting or returning service waivers on behalf of Mallinckrodt plc at this time, pending further order of the Court. Please let me know if you have any questions.

Regards,
Max


**Max R. Maerowitz**
**ROPES & GRAY LLP**
T +1 617 235 4129
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Max.Maerowitz@ropesgray.com
www.ropesgray.com


This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.