# EXHIBIT 7

# KELLER ROHRBACK L.L.P.

LAURIE B. ASHTON ☐③
IAN S. BIRK ●
KENNETH A. BLOCH ●
JAMES A. BLOOM ☐
KAREN E. BOXX ●
GRETCHEN FREEMAN CAPPIO ●
ALISON CHASE ☐②
T. DAVID COPLEY ☐⑩●
ROB J. CRICHTON ⑩●
MAUREEN M. FALECKI ②●
JULI FARRIS ②●④
RAYMOND J. FARROW●
ERIC J. FIERRO ☐
ALISON S. GAFFNEY ●
GLEN P. GARRISON ④●
LAURA R. GERBER ●
MATTHEW M. GEREND ●
GARY A. GOTTO ☐
BENJAMIN GOULD ②●
CHRISTOPHER GRAVER ☐

MEREDITH L. GRAY ⑩●
GARY D. GREENWALD ☐●
MARK A. GRIFFIN ☐●
AMY N.L. HANSON ●
IRENE M. HECHT ●
SCOTT C. HENDERSON ●
MICHAEL G. HOWARD ●
KHESRAW KARMAND ②⑧④
DEAN N. KAWAMOTO ②●④
RON KILGARD ☐⑩④
KATHRYN M. KNUDSEN ●
DAVID J. KO ●
ERIC R. LALIBERTE ●
BENJAMIN J. LANTZ ●
LUKE M. LARIVIERE ●
CARI CAMPEN LAUFENBERG ●
ELIZABETH A. LELAND ●
JEFFREY LEWIS ②
TANA LIN ⑤⑦●④
DEREK W. LOESER ●

HOLLY E. LYNCH ●
RYAN McDEVITT ●
DANIEL MENSHER ②●
IAN J. MENSHER ●
MICHAEL W. MEREDITH ●
GRETCHEN S. OBRIST ●
ROBERT S. OVER ●
DUDLEY B. PANCHOT ●
DAVID S. PREMINGER ⑩
MATTHEW J. PREUSCH ②②
JACOB RICHARDS ②
ERIN M. RILEY ●⑤
STEVEN N. ROSS ●
ISAAC RUIZ ●
DAVID J. RUSSELL ●
MARK D. SAMSON ☐④
LYNN LINCOLN SARKO ●④⑤
WILLIAM C. SMART ●
THOMAS A. STERKEN ●
BETH M. STROSKY ●

KARIN B. SWOPE ●
PAUL A. TONELLA ●
HAVILA C. UNREIN ②⑨●
GABE E. VERDUGO ●
AMY WILLIAMS-DERRY ⑥●
MICHAEL WOERNER ●
BENSON D. WONG ●
EDWIN G. WOODWARD ●

☐ ADMITTED IN ARIZONA
☐ ADMITTED IN CALIFORNIA
☐ ADMITTED IN COLORADO
☐ ADMITTED IN IDAHO
☐ ADMITTED IN ILLINOIS
☐ ADMITTED IN MASSACHUSETTS
☐ ADMITTED IN MICHIGAN
☐ ADMITTED IN MINNESOTA
☐ ADMITTED IN MONTANA
☐ ADMITTED IN NEW YORK
☐ ADMITTED IN OHIO
☐ ADMITTED IN OREGON
☐ ADMITTED IN WASHINGTON
☐ ADMITTED IN WASHINGTON, D.C.
☐ ADMITTED IN WISCONSIN

October 15, 2018

Mr. Rocky Tsai
Ropes & Gray
Three Embarcadero Center
San Francisco, CA 94111-4006

Re:   *In re National Prescription Opioid Litigation,* Case No. 17-md-2804

Dear Rocky:

    We are writing with regard to service by any Plaintiff in the MDL 2804 proceedings on Mallinckrodt PLC, which we understand is foreign parent company of the entities Mallinckrodt LLC and SpecGX LLC. With regard to such service we request Mallinckrodt PLC's and the Mallinckrodt Defendants' position with regard to the following questions:

    (1) Does Mallinckrodt PLC acknowledge that it has been served with process and/or a complaint by any plaintiff in the MDL 2804 proceedings?

    (2) If not 1, will Mallinckrodt PLC agree to acknowledge or accept service at this time (or with any permission required by the Court) with process and/or the complaint by at least one plaintiff in the MDL 2804 proceedings?

    (3) If not 1 or 2, will Mallinckrodt PLC or any of the other Mallinckrodt Defendants agree to stipulate that any applicable stay may be lifted and/or any permission may be granted by the MDL Court, if necessary or required, so that at least one plaintiff in the MDL 2804 proceedings may initiate service on Mallinckrodt PLC.

    Your attention to these questions is appreciated. If we cannot agree that Plaintiffs have one of the above pathways to service in 1 or 2, then we reserve the right to raise the issue with Special Master Cohen or Special Master Yanni to seek their guidance on this issue.

Mr. Rocky Tsai
October 15, 2018
Page 2

**KELLER ROHRBACK L.L.P.**

Sincerely yours,

*[signature]*

Dean Kawamoto