# EXHIBIT 9

| | |
|---|---|
| **Subject:** | FW: Summit (OH), Cuyahoga (OH), and Cleveland (OH) Service Waivers |
| **Attachments:** | County of Summit (OH) Waiver - MNK plc - Signed.pdf; Cuyahoga County (OH) Waiver - MNK plc - Signed.pdf; City of Cleveland (OH) Waiver - MNK plc - Signed.pdf |

**From:** Maerowitz, Max <Max.Maerowitz@ropesgray.com>
**Sent:** Friday, January 11, 2019 12:28 PM
**To:** Aelish Baig <AelishB@rgrdlaw.com>; lsinger@motleyrice.com; dloeser@KellerRohrback.com; dko@KellerRohrback.com; dkawamoto@kellerrohrback.com; Tom Egler <TomE@rgrdlaw.com>; Matthew Melamed <MMelamed@rgrdlaw.com>
**Cc:** O'Connor, Brien <Brien.O'Connor@ropesgray.com>; O'Connor, Andrew <Andrew.O'Connor@ropesgray.com>; Tsai, Rocky C. <Rocky.Tsai@ropesgray.com>; Bradley, Nick <Nick.Bradley@ropesgray.com>
**Subject:** Summit (OH), Cuyahoga (OH), and Cleveland (OH) Service Waivers

Counsel:

Please see attached executed service waivers sent on behalf of Mallinckrodt plc in the following actions that are now pending in N.D. Ohio, MDL 2804:

- County of Summit, Ohio v. Purdue Pharma L.P., et al.
- Cuyahoga County, Ohio v. Purdue Pharma L.P., et al.
- City of Cleveland, Ohio v. Purdue Pharma L.P., et al.

In executing these service waivers under Federal Rule of Civil Procedure 4, Mallinckrodt plc continues to reserve all rights and defenses in the above actions, including but not limited to those related to personal jurisdiction, except that in accordance with the Federal Rules we will waive objections to the absence of a summons or of service.

Please let me know if you have any questions.

Regards,
Max

**Max R. Maerowitz**
ROPES & GRAY LLP
T +1 617 235 4129
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Max.Maerowitz@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**