# EXHIBIT 10

**From:** 2804 Discovery, MDL [mailto:mdl2804discovery@motleyrice.com]
**Sent:** Friday, January 25, 2019 4:05 PM
**To:** MDL 2804
**Subject:** FW: EXTERNAL-Discovery Directed to Mallinckrodt plc

---

**From:** Dean Kawamoto <dkawamoto@KellerRohrback.com>
**Sent:** Saturday, January 26, 2019 12:01:53 AM
**To:** O'Connor, Andrew; Tsai, Rocky C.; Pantina, Jennifer; Davison, William
**Cc:** Loeser, Derek; Ko, David; Baig, Aelish; Chalos, Mark P.; Cate Brewer; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com; 2804 Discovery, MDL
**Subject:** EXTERNAL-Discovery Directed to Mallinckrodt plc

Counsel – please find attached Plaintiffs' first of Requests for Production, Interrogatories, and a 30(b)(6) notice directed to Mallinckrodt plc.  Regards,

Dean


---------------------------
Dean Kawamoto
Keller Rohrback L.L.P.
Phone: (206) 623-1900
Fax: (206) 623-3384
Email: dkawamoto@kellerrohrback.com<mailto:dkawamoto@kellerrohrback.com>
CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.


You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files    |    Leave group    |    Learn more about Office 365 Groups


Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.