# EXHIBIT 12

**From:** 2804 Discovery, MDL [mailto:mdl2804discovery@motleyrice.com]
**Sent:** Friday, March 08, 2019 7:50 PM
**To:** MDL 2804
**Subject:** FW: EXTERNAL-Mallinckrodt plc's Discovery Responses

---

**From:** Bierut, Elizabeth <Elizabeth.Bierut@ropesgray.com>
**Sent:** Saturday, March 9, 2019 3:43:33 AM
**To:** 2804 Discovery, MDL
**Subject:** EXTERNAL-Mallinckrodt plc's Discovery Responses

Counsel,

Attached please find Mallinckrodt plc's Responses and Objections to Plaintiffs' First Set of Requests for Production, and Mallinckrodt plc's Responses and Objections to Plaintiffs' First Set of Interrogatories.

Best,
Liz

**Elizabeth Bierut**
**ROPES & GRAY LLP**
T +1 212 596 9003
1211 Avenue of the Americas
New York, NY 10036-8704
Elizabeth.Bierut@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Office 365 Groups

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.