# EXHIBIT 17

**21 NCAC 08G .0406     COMPLIANCE WITH CPE REQUIREMENTS**
(a)  All active CPAs shall file with the Board a completed CPE reporting form by the July 1 renewal date of each year.
(b)  If a CPA fails to complete the CPE requirements prior to the end of the previous calendar year but the CPA has completed them by June 30, the Board may:
    (1)    issue a letter of warning for the first such failure within a five calendar year period; and
    (2)    deny the renewal of the CPA's certificate for a period of not less than 30 days and until the CPA meets the reinstatement requirements set forth in 21 NCAC 08J .0106 for the second such failure within a five calendar year period.

*History Note:*    *Authority G.S. 93-12(8b); 93-12(9)(e);*
*Eff. May 1, 1981;*
*Amended Eff. January 1, 2007; January 1, 2004; April 1, 1994; March 1, 1990; May 1, 1989; October 1, 1988;*
*Readopted Eff. February 1, 2016.*