**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION** | ) | MDL No. 1:17-MD-2804 |
| | ) | |
| **OPIATE LITIGATION** | ) | |
| | ) | **JUDGE DAN AARON POLSTER** |
| THIS DOCUMENT RELATES : | ) | |
| | ) | CITY OF ELYRIA'S JOINDER IN |
| *ALL CASES* | ) | THE MEMORANDUM OF CERTAIN |
| | ) | PLAINTIFFS IN OPPOSITION TO |
| | ) | PLAINTIFFS' RENEWED AND |
| | ) | AMENDED MOTION FOR |
| | ) | CERTIFICATION OF RULE 23(B)(3) |
| | ) | CITIES/COUNTIES NEGOTIATION |
| | ) | CLASS |

COMES NOW, Plaintiff, City of Elyria by and through the undersigned counsel, hereby submits the following Joinder in the Memorandum of Certain Plaintiffs in Opposition to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(B)(3) Cities/Counties Negotiation Class (Dkt. No. 1958). City of Elyria incorporates and adopts herein by reference the entirety of Certain Plaintiffs Memorandum.

Respectfully submitted,

Dated: July 27, 2019.

  */s/ Brian K. Balser*
  Brian K. Balser #37869
  BRIAN K. BALSER CO., LPA
  5311 Meadow Lane Ct., #1
  Elyria, OH 44035
  440-934-0044
  brian@balserlaw.com
  *Attorney for Plaintiff City of Elyria*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

        */s/ Brian K. Balser*
        Brian K. Balser #37869
        *Attorney for Plaintiff City of Elyria*