UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:  National Prescription Opiate Litigation<br><br>This document relates to the following case:<br><br>*ALL ACTIONS* | MDL No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## FACT SHEET OF DEFENDANTS TARGET CORPORATION AND TARGET STORES, INC.

Please provide the information below for each Defendant.  In answering these questions, please use the following definitions"

"You" or "Your" means the Defendant Family responding to this fact sheet.  For purposes of this Fact Sheet, "Defendant Family" consists of all corporate affiliates, subsidiaries, and related entities that are named as a Defendant in any action this is part of this MDL.

For purposes of this fact sheet, "Prescription Opioid Products" refers to the medications covered by DEA's ARCOS production: oxycodone, hydromorphone, fentanyl, and hydrocodone.

1. Identify the name, address and DEA registration number of each of Your distribution centers in the United States from January 1, 2008 to the present to the extent that information is reasonably available.

**RESPONSE:**       None.

US.123075254.01

2.  For each DEA registration number identified in your response to No. 1, identify the following information to the extent that information is reasonably available:

**RESPONSE:**        Not applicable.

| DEA Registration Number | DEA Registrant (legal entity holding the registration) | Domicile State | Home Office Location |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3.  For each DEA registration number identified in response to No. 2, above, please provide the locations for each distribution center that is operated under each DEA Registration Number from January 1, 2008 to present to the extent that information is reasonably available.  If the information has changed over time please indicate when those changes occurred.

**RESPONSE:**        Not applicable.

| DEA Registration Number | Location # 1 | Location #2 | Location #3 | Location #4 |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

4.  Please provide a description or information sufficient to show the corporate structure that contains each of the current DEA Registrants identified in Your response to No. 2, above for the time period January 2, 2008 to present.  If there have been changes in the corporate structure during this timeframe specify or provide information sufficient to show the structural changes(s) and when they occurred.  This request can be satisfied by providing organization chart(s) containing the entities identified in Your Response to No. 2 above for the requested time period.

**RESPONSE:**        Not applicable.

5.  Please identify the officers and directors of each current DEA Registrant identified in Your Response to No. 2 above, as well as their title.

**RESPONSE:**   Not applicable.

6.  For each Prescription Opioid Product You manufactured and/or distributed from January 1, 2008 to present, provide the following information to the extent reasonably available.

**RESPONSE:**      None.

| Proprietary Name/Established USAN Name | NDC # | NDA # | Dosage Forms/Strength | Date of First Manufacture or Distribution, as applicable | Date on Which You Stopped Manufacture or Distribution, as applicable |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Date:  July 29, 2019.                     **FAEGRE BAKER DANIELS LLP**

 s/ Wendy J. Wildung
Wendy J Wildung
Amy R. Fiterman
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
wendy.wildung@faegreBD.com
amy.fiterman@faegreBD.com

-and-

US.123075254.01

Andrew L. Campbell
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
andrew.campbell@faegreBD.com


*Attorneys for Defendants Target*
*Corporation and Target Stores, Inc.*

US.123075254.01