# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *ALL CASES* | Hon. Dan Aaron Polster |

## DEFENDANT NORAMCO, INC.'S JOINDER TO MANUFACTURER DEFENDANTS' RESPONSE TO PLAINTIFFS' RENEWED AND AMENDED MOTION FOR CERTIFICATION OF RULE 23(B)(3) CITIES/COUNTIES NEGOTIATION CLASS

Defendant Noramco, Inc. ("Noramco") hereby submits the following Joinder to the Manufacturer Defendants' Response to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(B)(3) Cities/Counties Negotiation Class (Dkt. 1952).  Noramco incorporates and adopts herein by reference the entirety of the Manufacturer Defendants' Memorandum to the extent applicable to Noramco.[1]

Dated: July 29, 2019

Respectfully submitted,

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho
D.C. Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004

---

[1] In the Complaints, Plaintiffs lump Noramco together with Johnson & Johnson and its other affiliated entities, all Manufacturer Defendants, or all Defendants collectively.  For this reason, Noramco joins this response even though it never manufactured, packaged, branded, marketed, promoted, distributed, or sold the finished drug products that are at issue in this litigation.  There is *no evidence* that Noramco, an active pharmaceutical ingredient supplier, engaged in *any* wrongful conduct that might give rise to liability.  *See* Noramco's Memorandum in Support of Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment, Dkt. 1902-1.

Telephone: (202) 239-3254
Facsimile: (202) 239-333
E-mail: daniel.jarcho@alston.com

Cari K. Dawson
Georgia Bar No. 213490
Jenny A. Hergenrother
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
jenny.hergenrother@alston.com

LEGAL02/39134151v1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing **Defendant Noramco, Inc.'s Joinder to Manufacturer Defendants' Response to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(b)(3) Cities/Counties Negotiation Class** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 29, 2019

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho
D.C. Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Telephone: (202) 239-3254
Facsimile: (202) 239-333
E-mail: daniel.jarcho@alston.com

Cari K. Dawson
Georgia Bar No. 213490
Jenny A. Hergenrother
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
jenny.hergenrother@alston.com