# Exhibit 2

```
 1                UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3
    IN RE: NATIONAL          )
 4  PRESCRIPTION             )   MDL No. 2804
    OPIATE LITIGATION        )
 5  _____   )   Case No.
                             )   1:17-MD-2804
 6                           )
    THIS DOCUMENT RELATES    )   Hon. Dan A.
 7  TO ALL CASES             )   Polster
 8
                 FRIDAY, OCTOBER 26, 2018
 9
       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                CONFIDENTIALITY REVIEW
11                        - - -
12          Videotaped deposition of Stephan
13  Kaufhold, held at the offices of LIEFF
14  CABRASER HEIMANN & BERNSTEIN, LLP, 250 Hudson
15  Street, 8th Floor, New York, New York,
16  commencing at 12:03 p.m., on the above date,
17  before Carrie A. Campbell, Registered
18  Diplomate Reporter and Certified Realtime
19  Reporter.
20
21
22                        - - -
              GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

Page 138

1  MR. MELAMED: I just want to
2  clarify. I think you are -- is it
3  true that he was offered to talk about
4  corporation -- the organization of the
5  corporation and -- vis-à-vis opioids?
6  MS. LEVY: This witness is
7  offered on the three topics that we've
8  offered him on. You know what they
9  are.
10  MR. MELAMED: Okay. So I'll
11  reask the question. You can object,
12  and then I'd like you to answer.
13 QUESTIONS BY MR. MELAMED:
14  Q. What Allergan PLC entity works
15 on issues related to suspicious monitoring of
16 the sales of Allergan's opioids?
17  MS. LEVY: Objection. Beyond
18  the scope of what this witness has
19  been offered to testify about.
20  As you know, Counsel, we have
21  other corporate representatives who
22  have been designated to testify about
23  that topic.
24  THE WITNESS: I do not know.
25

Page 139

1 QUESTIONS BY MR. MELAMED:
2  Q. You previously testified that
3 there are approximately 1,300 people who work
4 in the Madison, New Jersey, administrative
5 headquarters of Allergan PLC?
6  A. Approximately.
7  Q. Who employs those individuals?
8  A. I do not know.
9  Q. You said you're employed by
10 Allergan Sales, LLC, correct?
11  A. That is correct.
12  Q. Do you know who employs the
13 executives of Allergan PLC?
14  A. I do not know.
15  Q. Do you know who employs anybody
16 else in the building?
17  Without naming anybody, do you
18 know who employs anybody else in the building
19 at Madison -- in Madison?
20  A. Well, certain groups, yes.
21  Q. What groups?
22  A. Well, for example, people who
23 report to me as part of the treasury
24 function, they would also be employees of
25 Allergan Sales, LLC. Same with the other

Page 140

1 finance functions as well, too.
2  Q. What other finance -- are all
3 the finance functions for the entirety of
4 Allergan PLC within the Allergan Sales, LLC,
5 entity?
6  A. Rephrase that, please?
7  Q. You said -- I -- it was an
8 inartfully phrased question. I'm trying to
9 follow up on what your testimony was.
10  A. Sure.
11  Q. You testified you would also
12 know about the entity that employs the
13 Allergan Finance group; is that true?
14  A. To clarify, the Allergan
15 Finance group that works in the US at
16 Madison, New Jersey.
17  Q. Okay. Who employs them?
18  A. Allergan Sales, LLC.
19  Q. Okay. Do you know any other
20 entities who employ individuals who work at
21 the Madison, New Jersey, location?
22  A. I do not.
23  Q. Approximately how many
24 employees does Allergan Sales, LLC, have?
25  A. I do not know.

Page 141

1  Q. About how many employees are in
2 the treasury function of Allergan Sales, LLC?
3  A. Including myself and my admin,
4 it's eight people in treasury.
5  Q. About how many people are
6 employed in the finance group in Madison of
7 Allergan Sales, LLC?
8  A. Well, not -- the finance
9 function -- who are hired by Allergan Sales,
10 LLC, is probably somewhere 200 to 200 -- I
11 would say about 200 people.
12  Q. And you said they were hired by
13 Allergan Sales, LLC.
14  Can you clarify what you mean,
15 why you said "hired"?
16  A. Well, they are on the payroll
17 of Allergan Sales, LLC, so when I get my
18 check, when I get my W-2 at the end of the
19 year, it says "Allergan Sales, LLC."
20  Q. You testified before that you
21 weren't sure whose funds were used when ADP
22 processed your paycheck.
23  Do you remember that?
24  MS. LEVY: Objection to
25  mischaracterization.