Exhibit 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
## Form 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2018

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from to

| Commission File Number | Exact name of registrant as specified in its charter, principal office and address and telephone number | State of incorporation or organization | I.R.S. Employer Identification No. |
|---|---|---|---|
| 001-36867 | **Allergan plc**<br>**Clonshaugh Business and Technology Park**<br>**Coolock, Dublin, D17 E400, Ireland**<br>**(862) 261-7000** | Ireland | 98-1114402 |
| 001-36887 | **Warner Chilcott Limited**<br>**Canon's Court**<br>**22 Victoria Street**<br>**Hamilton HM 12**<br>**Bermuda**<br>**(441) 295-2244** | Bermuda | 98-0496358 |

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Allergan plc Ordinary Shares, $0.0001 par value | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

| | | |
|---|---|---|
| Allergan plc | Yes ☒ | No ☐ |
| Warner Chilcott Limited | Yes ☒ | No ☐ |

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

| | | |
|---|---|---|
| Allergan plc | Yes ☐ | No ☒ |
| Warner Chilcott Limited | Yes ☐ | No ☒ |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days:

| | | |
|---|---|---|
| Allergan plc | Yes ☒ | No ☐ |
| Warner Chilcott Limited | Yes ☒ | No ☐ |

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

| | | |
|---|---|---|
| Allergan plc | Yes ☒ | No ☐ |
| Warner Chilcott Limited | Yes ☒ | No ☐ |

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.

| | |
|---|---|
| Allergan plc | ☐ |
| Warner Chilcott Limited | ☒ |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Allergan plc | Large accelerated filer | ☒ | Accelerated filer | ☐ |
| | Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | Emerging growth company | ☐ | | |
| Warner Chilcott Limited | Large accelerated filer | ☐ | Accelerated filer | ☐ |
| | Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).

*litigation settlements relating to Lidoderm were anticompetitive. The FTC voluntarily withdrew its complaint in Pennsylvania and filed a similar complaint in the U.S. District Court for the Northern District California where similar lawsuits filed by private plaintiffs were already pending and where the State of California filed a similar complaint against the same defendants. Defendants in the Pennsylvania action filed a declaratory judgment action against the FTC in the Pennsylvania federal court but the court granted the FTC's motion to dismiss this lawsuit. The FTC and State of California's actions were stayed pending the declaratory judgment action in the Eastern District of Pennsylvania. The federal court in California has not yet issued a ruling or lifted the stay in these cases since the court's ruling in the Eastern District of Pennsylvania.*

*Hydrocortisone Investigation. In 2016, the Company received notice from the UK Competition and Markets Authority ("CMA") that it would be included within the scope of the CMA's formal investigation under Section 25 of the Competition Act of 1998 ("CA98") into suspected abuse of dominance by a former generics business subsidiary of the Company in relation to the supply of 10mg and 20mg hydrocortisone tablets. The CMA is investigating: (i) alleged excessive and unfair prices with respect to hydrocortisone tablets and (ii) whether the former generics business subsidiary entered into anti-competitive agreements with a potential competitor for this product. The CMA has issued statements of objection with respect to both parts of its investigation. The Company intends to cooperate fully with the investigation.*

*Teva Shareholder Derivative Litigation. In 2017, the Company was named as defendant in a proposed Teva shareholder derivative litigation filed in the Economic Division of the Tel Aviv District Court in Israel. The lawsuit contains allegations that the Company aided and abetted Teva's board of directors violations of Israeli securities laws. To date, the court has not determined whether it will allow plaintiffs to proceed with this action.*

F-89

---

### NOTE 26 - Warner Chilcott Limited ("WCL") Guarantor and Non-Guarantor Condensed Consolidating Financial Information

The following financial information is presented to segregate the financial results of WCL, Allergan Funding SCS, and Allergan Finance, LLC (the issuers of the long-term notes), the guarantor subsidiaries for the long-term notes and the non-guarantor subsidiaries. The guarantors jointly and severally, and fully and unconditionally, guarantee the Company's obligation under the long-term notes.

The information includes elimination entries necessary to consolidate the guarantor and the non-guarantor subsidiaries. Investments in subsidiaries are accounted for using the equity method of accounting. The principal elimination entries eliminate investments in subsidiaries, equity and intercompany balances and transactions.

WCL, Allergan Capital S.a.r.l. and Allergan Finance, LLC are guarantors of the long-term notes. The Company anticipates future legal entity structure changes which may impact the presentation of this footnote in the near future.

WCL has revised its consolidating balance sheets as previously presented in its balance sheet in Footnote 25 of the December 31, 2017 Annual Report on Form 10-K due to a change in the Company's legal entity structure and other reclassifications that occurred during the year ended December 31, 2018. As a result, prior period information has been recast to conform to the current period presentation.

Subsequent to December 31, 2018, Allergan's legal entity structure changed which will result in reclassifications to the presented amounts in the year ending December 31, 2019.

The following financial information presents the consolidating balance sheets as of December 31, 2018 and 2017, the related statements of operations and comprehensive income / (loss) for the years ended December 31, 2018, 2017 and 2016 and the statements of cash flows for the years ended December 31, 2018, 2017 and 2016.

F-90

---

**Warner Chilcott Limited**
**Consolidating Balance Sheets**
**As of December 31, 2018**
**($ in millions)**

| | Warner Chilcott Limited | Allergan Capital S.a.r.l. | Allergan Funding SCS | Allergan Finance, LLC | Non-guarantors | Eliminations | Consolidated Warner Chilcott |
|---|---|---|---|---|---|---|---|

| | (Parent Guarantor) | (Guarantor) | (Issuer) | (Issuer and Guarantor) | | | Limited |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current assets: | | | | | | | |
| Cash and cash equivalents | $ 0.1 | $ 1.8 | $ 0.8 | $ - | $ 875.9 | $ - | $ 878.6 |
| Marketable securities | - | 489.9 | - | - | 537.0 | - | 1,026.9 |
| Accounts receivable, net | - | - | - | - | 2,868.1 | - | 2,868.1 |
| Receivables from Parents | - | - | - | - | 640.9 | - | 640.9 |
| Inventories | - | - | - | - | 846.9 | - | 846.9 |
| Intercompany receivables | - | 3,534.7 | 961.0 | 16.7 | 24,779.3 | (29,291.7 ) | - |
| Current assets held for sale | - | - | - | - | 34.0 | - | 34.0 |
| Prepaid expenses and other current assets | - | - | - | 33.3 | 785.4 | - | 818.7 |
| Total current assets | 0.1 | 4,026.4 | 961.8 | 50.0 | 31,367.5 | (29,291.7 ) | 7,114.1 |
| Property, plant and equipment, net | - | - | - | - | 1,787.0 | - | 1,787.0 |
| Investments and other assets | - | - | - | - | 1,970.6 | - | 1,970.6 |
| Investment in subsidiaries | 62,940.2 | 73,846.0 | - | 90,729.7 | - | (227,515.9 ) | - |
| Non current intercompany receivables | - | 28,239.4 | 18,090.2 | - | 19,674.2 | (66,003.8 ) | - |
| Non current assets held for sale | - | - | - | - | 882.2 | - | 882.2 |
| Deferred tax assets | - | 43.6 | - | - | 1,020.1 | - | 1,063.7 |
| Product rights and other intangibles | - | - | - | - | 43,695.4 | - | 43,695.4 |
| Goodwill | - | - | - | - | 45,913.3 | - | 45,913.3 |
| Total assets | $ 62,940.3 | $ 106,155.4 | $ 19,052.0 | $ 90,779.7 | $ 146,310.3 | $ (322,811.4 ) | $ 102,426.3 |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current liabilities: | | | | | | | |
| Accounts payable and accrued expenses | - | 0.1 | 156.3 | 92.9 | 4,538.1 | - | 4,787.4 |
| Intercompany payables | - | 14,315.0 | 21.7 | 10,442.6 | 4,512.4 | (29,291.7 ) | - |
| Payables to Parents | - | - | - | - | 2,829.2 | - | 2,829.2 |
| Income taxes payable | - | - | - | - | 72.4 | - | 72.4 |
| Current portion of long-term debt and capital leases | - | - | 779.6 | - | 88.7 | - | 868.3 |
| Total current liabilities | - | 14,315.1 | 957.6 | 10,535.5 | 12,040.8 | (29,291.7 ) | 8,557.3 |
| Long-term debt and capital leases | - | - | 18,090.2 | 2,135.9 | 2,703.3 | - | 22,929.4 |
| Other long-term liabilities | - | - | - | - | 882.0 | - | 882.0 |
| Long-term intercompany payables | - | 18,597.4 | - | 1,076.8 | 46,329.6 | (66,003.8 ) | - |
| Other taxes payable | - | - | - | - | 1,615.5 | - | 1,615.5 |
| Deferred tax liabilities | - | - | - | - | 5,501.8 | - | 5,501.8 |
| Total liabilities | - | 32,912.5 | 19,047.8 | 13,748.2 | 69,073.0 | (95,295.5 ) | 39,486.0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total equity / (deficit) | 62,940.3 | 73,242.9 | 4.2 | 77,031.5 | 77,237.3 | (227,515.9) | 62,940.3 |
| Total liabilities and equity | $ 62,940.3 | $ 106,155.4 | $ 19,052.0 | $ 90,779.7 | $ 146,310.3 | $ (322,811.4) | $ 102,426.3 |

### Warner Chilcott Limited
### Consolidating Balance Sheets
### As of December 31, 2017
### ($ in millions)

| | Warner Chilcott Limited (Parent Guarantor) | Allergan Capital S.a.r.l. (Guarantor) | Allergan Funding SCS (Issuer) | Allergan Finance, LLC (Issuer and Guarantor) | Non-guarantors | Eliminations | Consolidated Warner Chilcott Limited |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current assets: | | | | | | | |
| Cash and cash equivalents | $ 0.1 | $ 593.1 | $ 0.1 | $ - | $ 1,223.0 | $ - | $ 1,816.3 |
| Marketable securities | - | 400.2 | - | - | 4,231.9 | - | 4,632.1 |
| Accounts receivable, net | - | - | - | - | 2,899.0 | - | 2,899.0 |
| Receivables from Parents | - | 4,223.5 | - | - | 1,573.9 | - | 5,797.4 |
| Inventories | - | - | - | - | 904.5 | - | 904.5 |
| Intercompany receivables | - | 8,118.7 | 5,507.6 | 19.6 | 25,417.0 | (39,062.9) | - |
| Prepaid expenses and other current assets | - | - | - | 85.0 | 1,038.0 | - | 1,123.0 |
| Total current assets | 0.1 | 13,335.5 | 5,507.7 | 104.6 | 37,287.3 | (39,062.9) | 17,172.3 |
| Property, plant and equipment, net | - | - | - | - | 1,785.4 | - | 1,785.4 |
| Investments and other assets | - | - | - | - | 267.9 | - | 267.9 |
| Investment in subsidiaries | 81,282.1 | 79,897.0 | - | 94,332.0 | - | (255,511.1) | - |
| Non current intercompany receivables | - | 27,518.7 | 20,985.0 | - | 30,544.0 | (79,047.7) | - |
| Non current receivables from Parents | - | - | - | - | 3,964.0 | - | 3,964.0 |
| Non current assets held for sale | - | - | - | - | 81.6 | - | 81.6 |
| Deferred tax assets | - | - | - | - | 316.0 | - | 316.0 |
| Product rights and other intangibles | - | - | - | - | 54,648.3 | - | 54,648.3 |
| Goodwill | - | - | - | - | 49,862.9 | - | 49,862.9 |
| Total assets | $ 81,282.2 | $ 120,751.2 | $ 26,492.7 | $ 94,436.6 | $ 178,757.4 | $ (373,621.7) | $ 128,098.4 |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Current liabilities: | | | | | | | |
| Accounts payable and accrued expenses | - | 0.6 | 202.9 | 89.3 | 5,222.8 | - | 5,515.6 |
| Intercompany payables | - | 12,186.2 | 1,828.5 | 11,402.3 | 13,645.9 | (39,062.9) | - |
| Payables to Parents | - | - | - | - | 2,340.6 | - | 2,340.6 |
| Income taxes payable | - | - | - | - | 74.9 | - | 74.9 |