# Exhibit 9

IN THE COURT OF COMMON PLEAS
ROSS COUNTY, OHIO
CIVIL DIVISION

| | |
|---|---|
| STATE OF OHIO *ex rel.* MIKE DEWINE, State,<br><br>      Plaintiff,<br>v.<br>PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; WATSON PHARMACEUTICALS, INC. n/k/A ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; AND DOES 1 THROUGH 100, INCLUSIVE.<br><br>      Defendants. | Case No. CV-17 CI 000261<br><br>JUDGE SCOTT W. NUSBAUM |

STATE OF NEW JERSEY  )
                              ) SS.
COUNTY OF MORRIS    )

**AFFIDAVIT OF JAMES C. D'AREECA IN SUPPORT OF THE ALLERGAN/ACTAVIS DEFENDANTS' MOTION TO DISMISS**

Before me, the undersigned, personally appeared JAMES C. D'ARECCA who being by me duly sworn, deposed as follows:

1. My name is James C. D'Arecca, I am over the age of 18 years, I am of sound mind, capable of making this affidavit, and am personally acquainted with the facts contained in this affidavit.

2. I am the Senior Vice President and Chief Accounting Officer at Allergan plc.

3. Based on my position, experience, and review of relevant corporate records and information, I have personal knowledge of the facts set forth below, which I believe to be truthful and accurate, and to which I could and would competently testify if called as a witness.

4. Allergan plc f/k/a Actavis plc ("Allergan plc") is a corporation incorporated under the laws of the Republic of Ireland. Allergan plc's headquarters, and its only offices, are located in Ireland.

5. Although it was originally incorporated under the name Actavis plc in Ireland on May 16, 2013, Actavis plc changed its corporate name to Allergan plc in June 2015.

6. Allergan plc is a holding company that exists for the purpose of holding shares of other companies that manufacture and distribute prescription drugs rather than producing its own goods or services. Allergan plc does not finance or control the daily affairs, including marketing or sales operations in Ohio, of those companies. Allergan plc also does not manufacture any goods or sell any products (including Kadian® or other opioids) or services either in the United States or anywhere else in the world.

7. Allergan plc operates separately and is independent of each of the companies in which it holds shares. For example, Allergan plc's corporate records, tax returns, and financial statements are kept separate from the companies in which it holds shares.

8. Allergan plc is not registered to do business anywhere in the United States. Allergan plc does not now conduct and has never conducted any business operations in the United

2

States. Allergan plc does not lease or own any offices or facilities in the United States, and it has no employees in the United States (other than certain corporate officers and members of its Board of Directors who reside in the United States). The administrative offices in the United States referenced on Allergan.com are not owned or leased by Allergan plc.[1]

9. Allergan plc does not now employ and has never employed any pharmaceutical sales representatives or marketing personnel. Allergan plc does not currently and has never manufactured, distributed, marketed, promoted, or sold any pharmaceutical products (including Kadian®) in the United States.

10. Allergan plc has no corporate filings on record with the Ohio Secretary of State. It has not designated an agent for service of process in Ohio, has no offices or employees in Ohio, and does not send agents to solicit or conduct business in Ohio.

11. Allergan plc does not now and has never participated in any U.S. federal or state government health care programs, including Medicaid, Medicare, CHAMPUS/TRICARE, CHAMPVA, the Federal Employee Health Benefit Program, and any other government health care program.

I declare under penalty of perjury under the laws of the United States and the laws of the State of Ohio that the foregoing is true and correct.

Executed this __7__ day of September, 2017, at _____,

_____.

---

[1] *See* http://www.allergan.com/about/global-locations/countries/united-states (last visited September 6, 2017).

3

_____
JAMES C. D'ARECCA

Subscribed and sworn to before me, this 7th day of September, 2017.

_____
Notary Public

My commission expires on: DANI T. WALKER
A Notary Public of New Jersey
My Commission Expires September 20, 2020

[Notary Seal]

4