# Exhibit 11

| | |
|---|---|
| From: | Barker, Brynn [Consulting] [Brynn.Barker@inventivhealth.com] |
| Sent: | 3/31/2017 2:22:03 PM |
| To: | Ali_Sanjida [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=30f3172cb43c4be286c71ede297c4d09-sali]; Braswell_Cody [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c78b36886c334e75bc6dd22c84378b39-Braswell_Co]; Brown_Beverly [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f19f8a01e0ca4da883fef2df6a0a2414-Brown_Bever]; Davar_Gudarz [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=da20254849e448e3b3f98f0de643888b-Davar_Gudar]; Damask_Michael [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c966aea6a5e44ed2acb3347471e79ee4-mdamaskm]; Linke-Schmidt_Anna [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b4971df79fec4fec95385921d15492b2-ALinke01]; Miao_Xin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=540bc8e031db4fd19ac43ddde655b203-xmiao]; Oades_Bernadette [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f2603f8affb84646a1fc1a36e7d54dd0-Oades_Berna]; Riordan_Jo-El [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fb81bcfc22c7421c8b1f96a0380a1836-jriordan]; Siccardi_Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=37133d04a0434db38be4339051948213-msiccard]; Vu_Kathy [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9509ac8c4cfa46a4aac45a98dcf3ab91-Vu_Kathy]; Walters_Nicola [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dd97f092b1e742c0b97def09ee35e596-nwalters]; cfavazza@collegiumpharma.com; jweet@collegiumpharma.com; kayan@constantinecannon.com; kallen@dsi.com; cfeiler@dsi.com; marjones@dsi.com; elagomarsino@dsi.com; mxie@dsi.com; jmccarthy@dsi.com; amohan@dsi.com; knagrod@dsi.com; cparker@dsi.com; wsnell@dsi.com; swhitaker@dsi.com; janders@depomed.com; kbennett@depomed.com; jcarrol@depomed.com; jchang@depomed.com; jkatz@depomed.com; ksakaue@depomed.com; msokolowska@depomed.com; gwaghmare@depomed.com; kstrittmatter@egalet.com; Chapman.Tara@Endo.com; Criniti.Maria@endo.com; Farkas.Kelly@endo.com; Malseed.Lisa2@endo.com; McGuire.Diana@Endo.com; Ohara.Richard@endo.com; passik.steven@endo.com; sellers.anita@endo.com; SCepeda@its.jnj.com; HCunning@its.jnj.com; dfife@its.JNJ.com; ggregory@its.jnj.com; JLull@its.jnj.com; DMeehan5@its.jnj.com; MMulliga@its.jnj.com; RPierson@its.jnj.com; SRodrig6@its.jnj.com; CStanto1@its.jnj.com; yyue@its.jnj.com; Henri.Boodee@mallinckrodt.com; Marie-Claude.Boudrias@mallinckrodt.com; alenda.branch@mallinckrodt.com; Billie.Caraos@mallinckrodt.com; Christine.Harrison@mallinckrodt.com; Lawrence.Hill@mallinckrodt.com; nilima.justice@mallinckrodt.com; Karen.Kopicko@mallinckrodt.com; felix.martinson@mallinckrodt.com; Julie.Maxwell@mallinckrodt.com; Kimberly.Moos@mallinckrodt.com; gail.tetzlaff@mallinckrodt.com; jason.tilly@mallinckrodt.com; ecarter@pernixtx.com; aepshinsky@pernixtx.com; egould@pernixtx.com; kpina@pernixtx.com; jruggiero@pernixtx.com; rschadt@pernixtx.com; gwhaley@pernixtx.com; Kim.Barch@pfizer.com; Alexandra.Barsdorf@Pfizer.com; Ulka.Campbell@pfizer.com; Robin.Carlin@Pfizer.com; MaryKay.DAlessandro@pfizer.com; timothy.j.highman@pfizer.com; David.S.Keller@pfizer.com; Tricia.Mohamed@pfizer.com; eliana.moranduzzo@pfizer.com; kenneth.r.petronis@pfizer.com; Kelly.Sclavounos@pfizer.com; Carolyn.Casti@pfizer.com; Lynley.K.Thinnes@pfizer.com; Gernot.Wolfram@pfizer.com; Truyen.Au@pharma.com; sanjukta.bhaduri@pharma.com; chris.brown@pharma.com; gail.cawkwell@pharma.com; Salvatore.Colucci@pharma.com; Paul.Coplan@pharma.com; Angela.DeVeaugh-Geiss@pharma.com; richard.fanelli@pharma.com; Cassandra.George@pharma.com; Lisa.Harding@pharma.com; Shweta.Jamdade@pharma.com; Mitchell.Katz@pharma.com; Gwen.Ouellette@pharma.com; steven.ripa@pharma.com; Orlanda.taylor@pharma.com; Ekaterina.Walker@pharma.com; andrew.wojcik@pharma.com; dberger@west-ward.com; whamilton@west-ward.com; rjewell@west-ward.com; nkumar@west-ward.com; smcleod@west-ward.com; snorton@west-ward.com; mstojic@west-ward.com |
| CC: | Moskatel, Elizabeth [Consulting] [Elizabeth.Moskatel@inventivhealth.com]; Jagannath, Ashwini [Consulting] [Ashwini.Jagannath@inventivhealth.com]; Ramadas, Sumati [Consulting] [Suma.Ramadas@inventivhealth.com]; West, John [Consulting] [John.West@inventivhealth.com]; Herron, Crissy [Consulting] [Crissy.Herron@inventivhealth.com]; Chu, Jennifer [Consulting] [Jennifer.Chu@inventivhealth.com] |

**Subject:** OPC | Status Memo 03_31_2017
**Attachments:** 2017_03_31_Status_memo (v4BB).pptx; OPC Contact List 2017-03-31 (v151BB).xlsx

Dear Opioid PMR Consortium,

We hope you are doing well. Attached is the weekly status memo for the ER/LA Opioid PMR Project. Please note the following changes were made to the contact list this week:

- Nancy Fetrow (Endo) was removed.
- Tom Barrett (Mallinckrodt) was removed.
- Kurt Strittmatter (Egalet) was added to SC.
- Neil Shusterman (Endo) was removed.

If any of the information contained within is incorrect, please let us know and we can incorporate any changes or updates.

Please let us know if you have any questions, and have a great weekend.

Kind regards,
Brynn


**Brynn Barker**
*Associate Program Manager*
inVentiv Health Consulting
Direct +1 919 844 7100 x7104
Mobile +1 336 328 5392
brynn.barker@inventivhealth.com

inVentivHealth.com/Consulting

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_04348721