# Exhibit 12

Document Produced in Native Format

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_04348759



A/R Aging History by Project by Terms
Summary by Company
As Of:  March 9, 2017

|  | Days Past Due | | | | |
|---|---|---|---|---|---|
|  | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
| Actavis, Inc. | $ (206,435) | $ - | $ 239,308 | $ - | $ - |
| Collegium | $ (360,502) | $ - | $ - | $ - | $ - |
| Depomed | $ (206,435) | $ - | $ - | $ - | $ - |
| Endo Pharmaceuticals, Inc. | $ - | $ - | $ - | $ - | $ - |
| Janssen Pharmaceuticals, Inc. | $ 29,479 | $ 72,045 | $ - | $ - | $ - |
| Mallinckrodt, Inc. | $ (360,502) | $ - | $ - | $ 196,161 | $ - |
| Pernix | $ 29,479 | $ 72,045 | $ - | $ - | $ - |
| Pfizer, Inc. | $ (174,785) | $ 40,395 | $ - | $ 88,430 | $ - |
| Purdue Pharma, L.P. | $ (206,435) | $ 72,045 | $ - | $ - | $ - |
| Roxane Laboratories, Inc. | $ (206,435) | $ 72,045 | $ - | $ - | $ - |
| **Total** | (1,662,570) | 328,575 | 239,308 | 284,591 | - |



**A/R Aging History by Project by Terms**
Detail As of:     March 9, 2017

| | Invoice | Date | Terms | Date | DPD | Amount | Current | 1-30 Days |
|---|---|---|---|---|---|---|---|---|
| Actavis, Inc. | 008840 | 11/11/16 | 45 | 12/26/16 | 73 | 239,308.40 | - | - |
| Actavis, Inc. | 009272 | 01/24/17 | 45 | 03/10/17 | -1 | 154,067.18 | 154,067.18 | - |
| Actavis, Inc. | 009355 | 02/07/17 | 45 | 03/24/17 | -15 | (303,102.70) | (303,102.70) | - |
| Actavis, Inc. | 009394 | 02/09/17 | 45 | 03/26/17 | -17 | (37,743.94) | (37,743.94) | - |
| Actavis, Inc. | 009416 | 02/14/17 | 45 | 03/31/17 | -22 | (103,376.72) | (103,376.72) | - |
| Actavis, Inc. | 009458 | 02/20/17 | 45 | 04/06/17 | -28 | 83,721.33 | 83,721.33 | - |
| Collegium | 009356 | 02/07/17 | 45 | 03/24/17 | -15 | (303,102.70) | (303,102.70) | - |
| Collegium | 009403 | 02/09/17 | 45 | 03/26/17 | -17 | (37,743.94) | (37,743.94) | - |
| Collegium | 009424 | 02/14/17 | 45 | 03/31/17 | -22 | (103,376.72) | (103,376.72) | - |
| Collegium | 009459 | 02/20/17 | 45 | 04/06/17 | -28 | 83,721.33 | 83,721.33 | - |
| Daicchi Sankyo | 009357 | 02/07/17 | 45 | 03/24/17 | -15 | 3,581,755.31 | 3,581,755.31 | - |
| Daicchi Sankyo | 009404 | 02/09/17 | 45 | 03/26/17 | -17 | 693,939.40 | 693,939.40 | - |
| Daicchi Sankyo | 009425 | 02/14/17 | 45 | 03/31/17 | -22 | 1,033,767.21 | 1,033,767.21 | - |
| Daicchi Sankyo | 009460 | 02/20/17 | 45 | 04/06/17 | -28 | 83,721.33 | 83,721.33 | - |
| Depomed | 009274 | 01/24/17 | 45 | 03/10/17 | -1 | 154,067.18 | 154,067.18 | - |
| Depomed | 009358 | 02/07/17 | 45 | 03/24/17 | -15 | (303,102.70) | (303,102.70) | - |
| Depomed | 009401 | 02/09/17 | 45 | 03/26/17 | -17 | (37,743.94) | (37,743.94) | - |
| Depomed | 009422 | 02/14/17 | 45 | 03/31/17 | -22 | (103,376.72) | (103,376.72) | - |
| Depomed | 009461 | 02/20/17 | 45 | 04/06/17 | -28 | 83,721.33 | 83,721.33 | - |
| Endo Pharmaceuticals Inc. | 009359 | 02/07/17 | 45 | 03/24/17 | -15 | (303,102.70) | (303,102.70) | - |
| Endo Pharmaceuticals Inc. | 009395 | 02/09/17 | 45 | 03/26/17 | -17 | (37,743.94) | (37,743.94) | - |
| Endo Pharmaceuticals Inc. | 009417 | 02/14/17 | 45 | 03/31/17 | -22 | (103,376.72) | (103,376.72) | - |
| Endo Pharmaceuticals Inc. | 009462 | 02/20/17 | 45 | 04/06/17 | -28 | 83,721.33 | 83,721.33 | - |
| Janssen Pharmaceuticals, Inc. | 009082 | 12/22/16 | 45 | 02/05/17 | 32 | 235,914.08 | 235,914.08 | - |
| Janssen Pharmaceuticals, Inc. | 009205 | 01/12/17 | 45 | 02/26/17 | 11 | 31,650.00 | - | 31,650.00 |
| Janssen Pharmaceuticals, Inc. | 009218 | 01/12/17 | 45 | 02/26/17 | 11 | 40,394.95 | - | 40,394.95 |
| Janssen Pharmaceuticals, Inc. | 009276 | 01/24/17 | 45 | 03/10/17 | -1 | 154,067.18 | 154,067.18 | - |