# Exhibit 13





# Allergan plc and Subsidiaries at March 31, 2018

*Prepared by Carina Sinclair, Tax Department*

[1] Allergan Finance S.à r.l. owns all 1,250 preference shares of Allergan Holdings B1, Inc.
[2] Allergan W.C. Holding Inc. owns 12.65% of the ordinary shares of Allergan Holdings B1, Inc.

Allergan

# Allergan plc and Subsidiaries
# Allergan W.C. Holding, Inc. and Subsidiaries
# at March 31, 2018

*Prepared by Carina Sinclair, Tax Department*

# Allergan plc and Subsidiaries
# Allergan Sales, LLC and Subsidiaries
## No 1. at March 31, 2018
*Prepared by Carina Sinclair, Tax Department*

**Legend:**
- Entity that has been removed during the calendar year by sale, liquidation, etc.
- Entity that has been added during the calendar year by incorporation or purchase
- Corporation
- Entity treated as a disregarded entity for US tax purposes
- Partnership
- Entity treated as a partnership for US tax purposes
- Entity treated as a corporation for US tax purposes

**Allergan Plc**
EIN: 98-1114402
(Ireland)

100% → **Allergan Finance, LLC** (Successor to Actavis, Inc.) (Nevada) EIN: 95-3872914  1021

100% → **Allergan, Inc.** EIN: 95-1622442 (Delaware)  0010
*LifeCell Corporation owns 380 nonvoting preferred shares.*

100% → **Tango US Holdings Inc.** EIN: 47-1224902 (Delaware)  1057
*1/1/2018 merged into Allergan, Inc.*

**Allergan Holdco US, Inc.** EIN: 81-3208062 (Delaware)  1055
*1/1/18 contributed to Allergan, Inc.  1122*

**Allergan Holdings, Inc.** EIN: 74-2726884 (Delaware)  0180

100% common shares / 1,000 non-voting preferred shares

**Allergan Sales, LLC** EIN: 46-0469784 (Delaware)  0120
*1/1/18 contributed to Allergan, Inc.  1122*

**Forest Laboratories, LLC** EIN: 47-1225595 (Delaware)  1077
*1/1/2018 merged into Allergan Sales, LLC*

**Warner Chilcott Corporation**
*On 1/1/2018: contributed to Allergan, Inc., then Allergan Sales, LLC, followed by merger into Allergan Sales, LLC*  1035

**Warner Chilcott (US), LLC**
*On 1/1/2018 merged into its parent Warner Chilcott Corporation*  1034

**Subsidiaries under Allergan Sales, LLC:**

- **Pharmax Holding Ltd.** EIN: 98-0036620 (Delaware/UK)  1316
  - 100% **Dogwood Pharmaceuticals, Inc.** EIN: 45-0980706 (Delaware)  1065
  - 100% **Forest Research Institute, Inc.** EIN: 26-2420176 (New Jersey)  1075
  - 100% **Cerexa Inc.** EIN: 81-0667674 (Delaware)  1059
  - 100% **Forest Pharmaceuticals, Inc.** EIN: 43-1363316 (Delaware)  1122
  - 100% **APBI Holdings, LLC** EIN: 27-1197863 (North Carolina)  1081

- 100% **FLI International LLC** EIN: 27-1173794 (Delaware)  1069
  - 99% Limited Partner / 1% General Partner
  - **FL Holding CV** EIN: 98-0648587 Netherlands Bermuda tax resident  0722
  - 100% **Allergan Furiex Ireland Ltd.** EIN: 98-1381219 (Ireland)  1324

- See pages 2, 4 & 5 **Allergan Holdings B1, Inc.** (f/k/a Unlimited) EIN: 98-1389208 PI: Delaware  1386
  - Approx. 85.80% / Approx. 14.20%
  - **Forest Laboratories Holdings Ltd.** (Ireland) Bermuda tax resident  1329
  - 100% **Forest Laboratories Ireland Ltd.** EIN: 98-0469299 (Ireland)  1330
  - 99% **Allergan UK LLP** EIN: 98-1245788 (UK)  0356
    *1% owned by Forest Finance BV. To be struck off in 2018*
  - Approx 6% **Trevena, Inc.** 3,393,466 shares

- **Additional Allergan Sales, LLC Subsidiaries pages 4 & 5**

- 100% **Repros Therapeutics, Inc.** (Delaware)  1068
  *Acquired Jan 31, 2018*
  - 100% **Renable Pharma Limited** (UK)

- Approx 1.4% **Ironwood Pharmaceuticals, Inc.** 2,083,333 shares

- 100% **Allergan USA, Inc.** EIN: 20-1843604 (Delaware)  0129
  - 100% **Warner Chilcott Sales (US), LLC** EIN: 80-0479718 (Delaware)  1038
    *On 1/1/2018 contributed by Allergan Sales, LLC to Allergan USA, Inc.*
  - 100% **Warner Chilcott Leasing Equipment Inc.** EIN: 27-2616174 (Delaware)  1037
    *On 1/1/2018 contributed by Allergan Sales, LLC to Allergan USA, Inc.*

- 100% **Allergan Property Holdings, LLC** EIN: 26-4479965 (Delaware)  0121

- 100% **MPEX Pharmaceuticals, Inc.** EIN: 71-0972523 (Delaware)  1051
  *Distributed in merger of 1077 into 0120*
  - 100% **MPEX London Ltd.** (UK) Dormant  *In Liquidation*

- 100% **Aptalis Pharma US, Inc.** EIN: 23-2639766 (Delaware)  1048
  *1/1/2018 plan of liquidation*
  - 100% **Varioraw Percutive S.à r.l.** (Switzerland)  1270  *in liquidation*

- Approx. 5.65% **Regener-Eyes, LLC** (Michigan) *Allergan Sales, LLC owns 80,000 units Approx. 5.65%*
  - 100% **SourceCF Inhalation Systems, LLC** EIN: 82-0572671 (Delaware)

- 100% **Allergan Europe S.à r.l.** EIN: 98-1390020 9/21/2017 (Luxembourg)  1313
  - 100% **Allergan Holdings S.à r.l.** EIN: DI: 6/22/2015 PI: Luxembourg  0478
    - 100% **Allergan Holdings 2 BV** EIN: 98-1260364 DI: 6/24/2015 PI: Netherlands  0386
    - 100% **Allergan Ireland Holdings Ltd.** EIN: 98-1250988 DI: 6/11/2015 PI: Ireland  0345
    - **Aptalis Holding BV** EIN: 98-0686936 PI: Netherlands  1391
    - **Allergan Holdings Limited** EIN: 98-0405347 DI: 10/10/88 PI: U.K.  0350
      - **Allergan Hellas Pharmaceuticals S.A.** EIN: 98-0405344 DI: 03/25/10 PI: Greece  0293
      - **Allergan Norden AB** EIN: 98-0405370 DI: 01/07/82 PI: Sweden  0320
        - **Finland Branch**  0271
      - **Pharm - Allergan GmbH** EIN: 98-0405370 DI: 05/18/71 PI: Germany  0460
        - **Austria Branch**  0440
      - **Allergan Limited** EIN: 98-0371449 DI: 04/13/72 PI: U.K.  0330
        *CTB effective Jan 1, 2017*
    - **Forest Holdings France S.A.S.** EIN: 98-1261800 DI: 6/29/2015 PI: France  0256
    - **Allergan Holdings France S.A.S.** EIN: 98-0522496 DI: 11/24/06 PI: France  0377
      *CTB effective Jan 1, 2017*
      - **Allergan France S.A.S.** EIN: 98-0405369 DI: 05/18/78 PI: France  0250 & 0251
      - **Allergan Industrie S.A.S.** EIN: 98-0522516 DI: 03/21/88 PI: France  0253

- 100% **Keller Medical, Inc.** EIN: 26-2093764 (Delaware)  1056

- 100% **Allergan Equities Limited** EIN: 98-1403774 (Ireland)  0344

**Bottom row (100% each):**
- **Allergan İlaçları Tjcaret Anonim Şirketi** DI: 06/08/09 PI: Turkey  0291
  *Transferred April 10, 2015 from Allergan Holdings, Inc.*
- **Allergan Produtos Farmaceuticos Ltda.** EIN: 48-1263886 DI: 07/27/72 PI: Brazil  0525
- **Allergan de Venezuela, C.A.** DI: 11/27/09 PI: Venezuela  0565
- **Allergan Middle East Limited** (f/k/a Allergan Middle East FZ-LLC) EIN: N/A, DI: 10/10/13 PI: UAE  0660
- **Allergan N.V.** EIN: 98-0405363 DI: 12/08/88 PI: Belgium  0450
- **Allergan ApS** EIN: 98-0405368 DI: 02/02/81 PI: Denmark  0300
- **Allergan B.V.** EIN: 98-0405321 DI: 06/24/77 PI: Netherlands  0480
  *CTB effective Jan 1, 2017*
- **Allergan AS** EIN: 98-0405341 DI: 11/27/85 PI: Norway  0310
  *CTB effective Jan 1, 2017*
- **Allergan S.p.A.** EIN: 98-0405316 DI: 01/12/67 PI: Italy  0430
  *CTB effective Jan 1, 2017*
- **Allergan Sp. z o.o.** DI: 03/25/10 PI: Poland  0463
- **Allergan AG** DI: 10/25/88 PI: Switzerland  0490

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_00000036






# Allergan plc and Subsidiaries
## Allergan Sales, LLC No 2. and AHI CV Subsidiaries at March 31, 2018

*Prepared by Carina Sinclair, Tax Department*

*Note: Allergan Acquisition 1 S.à r.l owns one single share of each of:*
- *Uteron Pharma SPRL (Belgium)*
- *Femalon SPRL (Belgium)*
- *Odyssea Pharma SPRL (Belgium)*

Footnote:
8 1 share is held by Allergan, Inc. in trust for APHI.

Case: 1:17-md-02804-DAP  Doc #: 2387-18 Filed: 07/30/19  6 of 6.  PageID #: 286607

Allergan plc and Subsidiaries
Allergan, Inc. and Allergan Holdings, Inc.
Subsidiaries at March 31, 2018
Carina Sinclair, Tax Department

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_00000038