# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## DECLARATION OF STEVEN A. REED

Pursuant to 28 U.S.C. § 1746, I, Steven A. Reed, hereby declare as follows:

1. I am a partner in the Philadelphia, Pennsylvania office of Morgan, Lewis & Bockius LLP, counsel for specially-appearing Defendant Teva Pharmaceutical Industries Ltd. ("Teva Ltd.").

2. I submit this declaration on behalf of the Teva Ltd., in support of the Teva Ltd.'s Reply Memorandum in Support of its Motion to Dismiss, for the purpose of transmitting to the Court true and correct copies of the documents attached hereto.

3. Attached as Exhibit 1 is a true and correct copy of the Declaration of Doron Herman, SVP, Head of Tax at Teva Ltd.

4. Attached as Exhibit 2 is a true and correct copy of the Teva corporate family's Contract Review Policy, bearing BATES stamp TEVA_MDL_JD_00001128.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

- 2 -

Executed on this 30th day of July 2019.

                          */s/ Steven A. Reed*
                          Steven A. Reed
                          MORGAN, LEWIS & BOCKIUS LLP
                          1701 Market St.
                          Philadelphia, PA 19103-2921
                          Tel:  (215) 963-5000
                          steven.reed@morganlewis.com