# EXHIBIT 2



*Effective as of: July 15, 2014*[1]

| | |
|---|---|
| From: | **Richard S. Egosi** |
| | **Group Executive Vice President, Chief Legal Officer and Company Secretary** |
| To: | **All Teva Business Units** |
| Re: | **Contract Review Policy ("Contract Policy")** |

### I. Purpose/Scope:

Entering into any contractual arrangement on behalf of Teva Pharmaceutical Industries Ltd. or one of its affiliated companies or business units worldwide (collectively, "**Teva**" and individually, a "**Teva Contracting Party**") with a third party creates legally binding obligations for Teva. To help ensure appropriate management and legal oversight and effective decision making, it is the duty of every Teva employee and representative to ensure that the proper corporate supervisor, in conjunction with the relevant Teva Legal function and the Global Compliance Group, has considered and approved each contract before it is entered into.  This Contract Policy sets forth the specific requirements of the Legal Department for proper contract administration and execution.  For Compliance review and approval requirements, please refer to the relevant Global Compliance policies or the appropriate Compliance Officer.

For the purpose of this Contract Policy, a "contract" means any type of legally binding commitment, whether mutual or unilateral, financial or non-financial. For this purpose, any modification to an approved contract must be treated as a new contract that is subject to the procedures set forth herein.

### II. Procedure:

#### A. Signature Requirements

Every contract with a Teva Contracting Party must bear the signatures of at least two persons, who are authorized to sign the contract on behalf of the relevant Teva Contracting Party. The Legal function of the relevant Teva Contracting Party is responsible for maintaining the list of its authorized signatories ("**Authorized Signatory List**"). The persons signing the contract must be authorized to do so in accordance with any policies and

---

[1] This Contract Review Policy replaces and supersedes the Legal Department's "Contract Administration Policy" dated November 2011.

restrictions applicable to the relevant Teva Contracting Party, as well as any guidelines or authorizations concerning approval of expenditures (if applicable).

In addition, subject to certain exceptions, contracts must bear the stamp of the relevant Legal function, as further set forth in Section II.D below.

**B.      Prior Approvals**

1.      **Material Undertakings** – Signing a contract dealing with certain material matters may require the additional prior approval of local, regional or global functions, such as the managing director of the relevant Teva Contracting Party, the local board of directors, the global business unit manager, global management (such as the TEC), the CEO or the board of directors of Teva Pharmaceutical Industries Ltd. With respect to capital expenditures, the approval of TGO may also be required. The Legal Department will assist you in determining materiality and the need to obtain any additional approvals.

2.      **Related Party Transactions** – A related party transaction is a transaction between a Teva Contracting Party and a Teva director or employee, a relative of a Teva director or employee, or an entity affiliated with any such person. Any potential related party transaction should be brought to the attention of the reviewing legal professional as soon as possible, as it may require additional internal review and prior approval, and possibly public disclosure. The Legal Department will assist you in determining if any restrictions and/or notifications may apply to such a transaction.

**C.      Contract Administration Protocol**

The business unit, procurement unit or other functional area supporting a Teva Contracting Party that is seeking a potential contract will designate one of its employees to be responsible for the contract (the "**Responsible Professional**") prior to any negotiation with a third party. The identity of the employee will be communicated to the relevant Legal function.

The Responsible Professional must ensure that all appropriate functional and business stakeholders are aware of the scope and principal terms of the proposed contract, including all ancillary documentation and side arrangements, and that approval of these stakeholders is obtained during the negotiation process. Further, except as specifically set forth in Section D below, the Responsible Professional must involve the legal professional assigned by the relevant Legal function for the project, as will be communicated by the Legal function, as early as possible in the drafting and negotiating process in order to assure timely legal review and comment. The Responsible Professional must also ensure that the assigned legal professional (and compliance officer, if relevant) is fully aware of the business rationale and content of the project.

The Responsible Professional shall coordinate the execution of the final approved draft contract. If necessary, original execution copies should be prepared for each party to the contract to enable each party to retain one fully-executed agreement for its records.

HIGHLY CONFIDENTIAL   TEVA_MDL_JD_00001129

Promptly after execution of a contract, the Responsible Professional shall ensure that one fully-executed copy of the agreement is forwarded to the relevant Legal function for retention and entry into Teva's global contracts database.

### D. Legal Review and Stamp Requirements

1. Every contract with a Teva Contracting Party, subject to certain exceptions described below, must bear the stamp of the relevant Legal function, signed by the reviewing legal professional, prior to execution of the contract by the Teva Contracting Party.

2. Standard Teva purchase orders and contracts consisting of templates specifically pre-approved by both the relevant Legal function and business unit manager, including confidentiality agreements, may be executed by the Teva Contracting Party without the additional review and stamp of a Teva legal professional, *provided that* the standard legal terms and conditions contained in the templates remain unchanged from their approved form and no additional legal terms or conditions have been added.

*Changes to, deletions of, or additions to standard legal terms and conditions must be reviewed and receive the prior approval of the relevant Legal function.*

3. The following types of contracts do not require Legal review or stamp but must still be executed by two authorized persons in accordance with this Contract Policy (and remain subject to review and approval under the applicable Global Compliance policies):

- Pharmacovigilance Agreements and Safety Data Exchange Agreements that are based strictly on regulatory requirements.

- Statements of work ("**SOWs**") under master service agreements using a form SOW that has been approved by Legal, *provided that* the SOW does not introduce new legal terms to, or amend existing terms of, the master service agreement.

- Standard individual (i.e., non-union) employment agreements for hiring new employees that are expressly pre-approved by both the relevant Legal function and business unit manager (but not including severance or termination agreements), subject to applicable HR policies and procedures.

- Contracts committing a Teva Contracting Party to *de minimis* expenditures or obligations which relate to usual and customary business, goods and services (e.g., automobile or hotel / conference room rentals, catering services and office supplies).

    In the absence of express written approval from the relevant Legal function, "*de minimis*" shall mean:

    o with respect to monetary commitments, an aggregate amount of US$15,000 or less per contract or series of related contracts; and

HIGHLY CONFIDENTIAL

TEVA_MDL_JD_00001130

> o   with respect to non-financial commitments (e.g., indemnity, non-compete, exclusivity provisions), a commitment that applies only to the relevant Teva Contracting Party, and not to other Teva entities, and that terminates or may be terminated by the Teva Contracting Party within 90 days or less.

### E.   Applicability of Other Policies and Procedures

This Contract Policy sets forth the Legal Department processes and procedures for contract review, administration and execution.  Accordingly, any proposed contract remains subject to the separate review and approval, to the extent necessary, by the Global Compliance Group with respect to legal compliance issues, in accordance with relevant Global Compliance policies.

This Contract Policy is further subject to any additional restrictions set forth in other policies and procedures of the applicable Teva business unit and Legal Department, including, without limitation, the Finance Division with respect to expenditure authorization limits and by the Global Procurement Group with respect to procurement-related activities.

---

This Contract Policy is subject to applicable laws, rules and regulations in any applicable territory.

If you have any questions regarding this Contract Policy, please do not hesitate to contact your local Legal Department.

Teva will monitor and conduct regular audits to test compliance with this Contract Policy and to ensure that its policies, procedures and internal controls are effective in ensuring proper oversight of Teva's contracts.

---

HIGHLY CONFIDENTIAL                                                          TEVA_MDL_JD_00001131