# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## **DECLARATION OF STEVEN A. REED**

Pursuant to 28 U.S.C. § 1746, I, Steven A. Reed, hereby declare as follows:

1. I am a partner in the Philadelphia, Pennsylvania office of Morgan, Lewis & Bockius LLP, counsel for specially-appearing Defendant Teva Pharmaceutical Industries Ltd. ("Teva Ltd.").

2. I submit this declaration on behalf of the Teva Ltd., in support of the Teva Ltd.'s Motion to Strike the Expert Report of Alec Fahey, for the purpose of transmitting to the Court true and correct copies of the documents attached hereto.

3. Attached as Exhibit 1 is a true and correct copy of Plaintiffs' letter to Special Master Cohen, dated March 18, 2019.

4. Attached as Exhibit 2 is a true and correct copy of the Teva Defendants' (Teva Ltd., Teva Pharmaceuticals USA, Inc. and Cephalon, Inc.) letter to Special Master Cohen, dated March 21, 2019.

5. Attached as Exhibit 3 is a true and correct copy of Teva Ltd.'s production letter to Mark G. Crawford, dated May 1, 2019.

6. Attached as Exhibit 4 is a true and correct copy of Teva Ltd.'s production letter to

Mark G. Crawford, dated June 3, 2019.

7. Attached as Exhibit 5 is a true and correct copy of Teva Ltd.'s production letter to Mark G. Crawford, dated June 11, 2019.

8. Attached as Exhibit 6 is a true and correct copy of Teva Ltd.'s production letter to Mark G. Crawford, dated June 13, 2019.

9. Attached as Exhibit 7 is a true and correct copy of Teva Ltd.'s production letter to Mark G. Crawford, dated July 2, 2019.

10. Attached as Exhibit 8 is a true and correct copy of Mallinckrodt plc's letter to the Court, dated July 2, 2019.

11. Attached as Exhibit 9 is a true and correct copy of the Court's non-docketed Order, dated July 3, 2019 and entered at 10:27 AM EDT.

12. Attached as Exhibit 10 is a true and correct copy of the Court's non-docketed Order, dated July 8, 2019 and entered at 4:27 PM EDT.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 30th day of July 2019.

*/s/ Steven A. Reed*
Steven A. Reed
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
steven.reed@morganlewis.com

*Counsel for Specially-Appearing Defendant Teva Pharmaceutical Industries Ltd.*