# EXHIBIT 3

# Morgan Lewis

**Rebecca J. Hillyer**
Partner
+1.215.963.5160
rebecca.hillyer@morganlewis.com

May 1, 2019

**VIA E-MAIL**

Mark G. Crawford, Esq.
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

RE:   In Re National Prescription Opiate Litigation
      Case No. 1:17-MD-2804
      Production of Documents Regarding Jurisdictional Discovery

Dear Mark:

On behalf of Teva Pharmaceutical Industries, Ltd., we are producing to you via secure file transfer documents responsive to the six categories of documents identified in Special Master Cohen's April 3, 2019 Ruling Regarding Jurisdictional Discovery on Defendants Allergan, Teva and Mallinckrodt. These documents are Bates labeled TEVA_MDL_JD_000001 – TEVA_MDL_JD_006147.  To ensure timely compliance with the Special Master's Order, we are initially producing these documents in PDF format (with a handful of native files) and are in the process of making a full production of the same documents in native format to Ricoh.  These materials are being produced after a reasonable investigation by Teva Pharmaceutical Industries Ltd. for documents responsive to Special Master Cohen's order.  That investigation is continuing and we will produce any additional documents located by Teva Pharmaceutical Industries Ltd. if and when they are identified.

Teva Pharmaceutical Industries, Ltd. is producing the enclosed documents and information with the understanding that you will afford the protections provided by the Case Management Order Two: Protective Order (Docket No. 441), entered by the Court on May 15, 2018.

To that end, Teva Pharmaceutical Industries, Ltd. hereby designates materials in this production which contain proprietary, trade secret, and confidential business and commercial information as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."

May 1, 2019
Page 2

Please do not hesitate to contact me at the number above if you have any questions.

Very Truly Yours,

**/s/ Rebecca J. Hillyer**
Rebecca J. Hillyer

c:	*via e-mail*
	Steven Reed, Esq.
	Wendy West Feinstein, Esq.
	All Counsel