# EXHIBIT 5

# Morgan Lewis

**Rebecca J. Hillyer**
Partner
+1.215.963.5160
rebecca.hillyer@morganlewis.com

June 11, 2019

**VIA E-MAIL**

Mark G. Crawford, Esq.
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

RE:     In Re National Prescription Opiate Litigation
        Case No. 1:17-MD-2804
        Third Production of Documents Regarding Jurisdictional Discovery

Dear Mark:

On behalf of Teva Pharmaceutical Industries, Ltd., we are producing to you via secure file transfer documents responsive to Special Master Cohen's April 3, 2019 Ruling Regarding Jurisdictional Discovery on Defendants Allergan, Teva and Mallinckrodt and  Special Master Cohen's May 27, 2019 email directing the Teva Defendants to produce additional documents.  These documents are Bates labeled TEVA_MDL_JD_006243.  We are initially producing these documents in Excel format directly to you and will make a full production of the same documents in native format to Ricoh.  They consist of a ledger of accounts payable to Teva Pharmaceuticals Industries, Ltd. from subsidiaries of Teva Pharmaceutical Industries, Ltd. in the United States.

Teva Pharmaceutical Industries, Ltd. is producing the enclosed documents and information with the understanding that you will afford the protections provided by the Case Management Order Two: Protective Order (Docket No. 441), entered by the Court on May 15, 2018.

To that end, Teva Pharmaceutical Industries, Ltd. hereby designates materials in this production – which contain proprietary, trade secret, and confidential business and commercial information – as "HIGHLY CONFIDENTIAL."

Please do not hesitate to contact me at the number above if you have any questions.

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921     **T** +1.215.963.5000
United States                    **F** +1.215.963.5001

June 11, 2019
Page 2

Very Truly Yours,

**/s/ Rebecca J. Hillyer**
Rebecca J. Hillyer

c:       *via e-mail*
         Steven Reed, Esq.
         Wendy West Feinstein, Esq.
         All Counsel