# EXHIBIT 7

# Morgan Lewis

**Rebecca J. Hillyer**
Partner
+1.215.963.5160
rebecca.hillyer@morganlewis.com

July 2, 2019

**VIA E-MAIL**

Mark G. Crawford, Esq.
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street
Suite 2830
San Francisco, CA 94104

RE:  In Re National Prescription Opiate Litigation
  Case No. 1:17-MD-2804
  Fifth Production of Documents Regarding Jurisdictional Discovery

Dear Mark:

On behalf of Teva Pharmaceutical Industries, Ltd., we are producing to you via secure file transfer a document with additional guidance regarding how to interpret ledgers of accounts payable and receivable among Teva Pharmaceutical Industries Ltd. and its subsidiaries in the United States, which were produced in response to Special Master Cohen's April 3, 2019 Ruling Regarding Jurisdictional Discovery on Defendants Allergan, Teva and Mallinckrodt and Special Master Cohen's May 27, 2019 email directing the Teva Defendants to produce additional documents. This document is Bates labeled TEVA_MDL_JD_006419.

Teva Pharmaceutical Industries, Ltd. is producing the enclosed document and information with the understanding that you will afford the protections provided by the Case Management Order Two: Protective Order (Docket No. 441), entered by the Court on May 15, 2018.

To that end, Teva Pharmaceutical Industries, Ltd. hereby designates materials in this production – which contain proprietary, trade secret, and confidential business and commercial information – as "CONFIDENTIAL."

Please do not hesitate to contact me at the number above if you have any questions.

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921     ☏ +1.215.963.5000
United States     ✉ +1.215.963.5001

July 2, 2019
Page 2

Very Truly Yours,

**/s/ Rebecca J. Hillyer**
Rebecca J. Hillyer

c: *via e-mail*
 Steven Reed, Esq.
 Wendy West Feinstein, Esq.
 All Counsel