# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al., Case No. 18-OP-45090* | Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING SPECIALLY-APPEARING DEFENDANT TEVA PHARMACEUTICAL INDUSTRIES LTD.'S MOTION TO STRIKE THE EXPERT REPORT OF ALEC FAHEY

Upon consideration of specially-appearing Defendant Teva Pharmaceutical Industries Ltd.'s Motion to Strike the Expert Report of Alec Fahey ("Motion") and any opposition thereto, it is hereby ORDERED as follows:

1. Defendant's Motion is GRANTED.

2. The expert report of Mr. Alec Fahey is stricken in its entirety.

_____

Honorable Judge Dan A. Polster