# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-OP-45090<br><br>*The County of Cuyahoga v. Purdue Pharma L.P.*, *et al.*<br>Case No. 17-OP-45004 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF SERVICE OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO TRACK ONE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION OF THEIR EQUITABLE CLAIMS FOR ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Defendants hereby provide notice that on July 31, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Defendants' Memorandum in Opposition to Track One Plaintiffs' Motion for Partial Summary Adjudication of Their Equitable Claims for Abatement of an Absolute Public Nuisance ("Defendants' Opposition Brief").

- Declaration of Donna M. Welch in Support of Defendants' Opposition Brief, along with corresponding Exhibit 1.

- Summary Sheet for Defendants' Opposition Brief (also attached hereto as Exhibit A).

Dated:  July 31, 2019     Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Mark.Cheffo@dechert.com

*Co-Liaison Counsel for the Manufacturer Defendants*[1]

*/s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621- 0200
Fax: (216) 696-0740
crendon@bakerlaw.com

*Co-Liaison Counsel for the Manufacturer Defendants*

*/s/ Geoffrey E. Hobart*

---

[1] Teva Pharmaceutical Industries Ltd., Allergan plc f/k/a Actavis plc, and Mallinckrodt plc are respectively an Israeli corporation, Irish holding company, and Irish company that are not subject to and contest personal jurisdiction for the reasons explained in their pending motions to dismiss for lack of personal jurisdiction; along with H. D. Smith Holdings, LLC and H. D. Smith Holding Company (who have had a personal jurisdiction-based motion to dismiss pending since October 2, 2018, without opposition), they are specially appearing to join this Opposition as a result of the Court's deadline to file oppositions to dispositive and *Daubert* motions, and, thus, they do not waive and expressly preserve their pending personal jurisdiction challenges.

In the Complaints, Plaintiffs lump Defendant Noramco, Inc. ("Noramco") together with Johnson & Johnson and its other affiliated entities, all Marketing Defendants, or all Defendants collectively.  For this reason, Noramco joins this opposition even though it never manufactured, packaged, branded, marketed, promoted, distributed or sold the finished drug products that are at issue in this litigation.  Indeed, Noramco is an active pharmaceutical ingredient supplier, and not a finished drug product manufacturer. As such there is no evidence that Noramco, an active pharmaceutical ingredient supplier, engaged in any wrongful conduct that might give rise to liability (See Noramco's Memorandum in Support of Motion for Judgment on the Pleadings Or, in the Alternative, Summary Judgment, Dkt. 1902-1), let alone conduct that could impose liability under a theory of public nuisance.

2

Geoffrey E. Hobart
Mark H. Lynch
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
(202) 662-5281
ghobart@cov.com
mlynch@cov.com

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Robert A. Nicholas*

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Enu Mainigi*

*/s/ Enu Mainigi (consent)*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
emainigi@wc.com

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Kaspar J. Stoffelmayr*

3

        Kaspar J. Stoffelmayr
        BARTLIT BECK LLP
        54 West Hubbard Street
        Chicago, IL 60654
        (312) 494-4400
        kaspar.stoffelmayr@bartlitbeck.com

        *Liaison Counsel for the Chain Pharmacy Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31th day of July 2019, the foregoing was served upon all counsel of record via email.

                         */s/ Donna M. Welch*
                         Donna M. Welch, P.C.
                         KIRKLAND & ELLIS LLP
                         300 North LaSalle
                         Chicago, IL 60654
                         Tel: (312) 862-2000