CERTIFICATE OF SERVICE

    I hereby certify that on July 31, 2019, I caused a true and correct copy of the foregoing document to be served on all counsel of record by filing the document with this Court's CM/ECF system, which will cause notification of such filing to be sent to all counsel registered with that system.

*/s/ S. Alexandria Caron*