# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45090 (N.D. Ohio)<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al*.<br>Case No. 1:17-op-45004 (N.D. Ohio) | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

## NOTICE OF SERVICE FOR PHARMACY DEFENDANTS' RESPONSE TO PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT ON <u>ABATEMENT OF AN ABSOLUTE PUBLIC NUISANCE</u>

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF Nos. 1719 & 1813, Pharmacy Defendants hereby provide that on July 31, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Pharmacy Defendants' Response to Plaintiffs' Partial Motion for Summary Judgment on Abatement of an Absolute Public Nuisance;

- Summary Sheet for Pharmacy Defendants' Response to Plaintiffs' Partial Motion For Summary Judgment on Abatement of an Absolute Public Nuisance (also attached hereto as Exhibit A).

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Defendants also notified the following non-parties that their confidential information may be included in the filing: the federal Drug Enforcement Administration.

2

## CERTIFICATE OF SERVICE

I, Kelly A. Moore, hereby certify that the forgoing document was served via the Court's ECF system to all counsel of record.

*/s/* Kelly A. Moore

Kelly A. Moore
