# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Track One Cases | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

# NOTICE OF SERVICE

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs under Seal" issued by Special Master Cohen on June 24, 2019, Plaintiffs in the Track One Cases will accomplish service of the following documents on July 31, 2019, by email or other electronic means on the Defendants, the Court, and the Special Masters:

1. Plaintiffs' Opposition to Defendant Janssen Pharmaceutical, Inc.'s Motion For Summary Judgment (DKT. #1776-3), and accompanying exhibits.

A Summary Sheet describing the opposition is attached hereto as Attachment 1.

Dated: July 31, 2019

Respectfully submitted,

*/s/ Paul J. Hanly, Jr.*
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

1815638.1

(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

*Counsel for Plaintiff Cuyahoga County, Ohio*

Linda Singer
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
(202) 386-9626 x5626
(202) 386-9622 (Fax)
lsinger@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*

1815638.1                                2

*On the brief:*

Evan M. Janush
Ian S. Millican
Leila Ayachi
THE LANIER LAW FIRM
126 E. 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800
(917) 546-0450 (Fax)
evan.janush@lanierlawfirm.com

David Ackerman
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
(202) 386-9626 x5962
(202) 386-9622 (Fax)
dackerman@motleyrice.com

Sarah Burns
SIMMONS HANLY CONROY
One Court Street
Alton, Ill. 62002
(618) 259-2222
(616) 259-2251 (Fax)
sburns@simmonsfirm.com