UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | No. 1:17-md-2804 |
| | ) | Judge Dan A. Polster |
| This Document Relates To: | ) ) | |
| TRACK ONE CASES. | ) ) ) | |

**NOTICE OF SERVICE REGARDING PLAINTIFFS' OPPOSITION TO TEVA AND ACTAVIS GENERIC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs under Seal" issued by Special Master Cohen on June 24, 2019, the Plaintiffs in the Track One Cases served the Defendants, the Court, and the Special Masters by email on July 31, 2019, the following documents:

Plaintiffs' Memorandum in Opposition to Teva and Actavis Generic Defendants' Motion for Summary Judgment ("Plaintiffs' Opposition"); and

Exhibits 1-123 to Plaintiffs' Opposition:

| | |
|---|---|
| Exhibit 1: | The Teva Story, Our History; |
| Exhibit 2: | Press release entitled Teva Reports Fourth Quarter and Full year 2018 Forecast dated February 13, 2019; |
| Exhibit 3: | TEVA_MDL_A_00455086-94; |
| Exhibit 4: | TEVA_MDL_A_00455201-06; |
| Exhibit 5: | TEVA_MDL_A_00360982; |
| Exhibit 6: | TEVA_MDL_A_02893899-4031; |
| Exhibit 7: | TEVA_MDL_A_00375244-335; |
| Exhibit 8: | TEVA_MDL_A_00368405-625; |
| Exhibit 9: | TEVA_MDL_A_02376171; |
| Exhibit 10: | TEVA_MDL_A_07846839; |
| Exhibit 11: | TEV FE 00116840-43; |
| Exhibit 12: | TEVA_MDL_A_01060005-12; |
| Exhibit 13: | TEVA MDL A 02660925-31; |
| Exhibit 14: | TEVA MDL A 02660932-37; |
| Exhibit 15: | TEVA MDL A 02660892-99; |
| Exhibit 16: | TEVA_MDL_A_01061094-98; |
| Exhibit 17: | TEVA_MDL_A_02475564; |
| Exhibit 18: | TEVA_MDL_A_02419959.xlsx; |
| Exhibit 19: | TEVA_MDL_A_08242688-93; |
| Exhibit 20: | Teva press release entitled Teva Completes Acquisition of Cephalon dated October 11, 2011; |
| Exhibit 21: | Teva Press Release entitled Teva to Acquire Cephalon in $6.8 Billion Transaction May 2, 2011; |
| Exhibit 22: | Teva Press Release entitled U.S. Federal Trade Commission Clears Teva's Acquisition of Cephalon dated October 7, 2011; |
| Exhibit 23: | TEVA_MDL_JD_000839-80; |
| Exhibit 24: | Teva Press Release entitled Teva Completes Acquisition of Actavis Generics dated August 2, 2016; |
| Exhibit 25: | Teva Press Release entitled Teva Completes Acquisition of Anda, Inc. dated October 3, 2016; |
| Exhibit 26: | TEVA_MDL_A_03272088-117; |
| Exhibit 27: | Summary of RiskMAP accompanying FDA Fentora approval documentation; |
| Exhibit 28: | 2017 Fentora RiskMAP; |
| Exhibit 29: | TEVA_MDL_A_05666277-325; |

| | |
|---|---|
| Exhibit 30: | *Cephalon to buy Anesta for $444 million*, Marketwatch, July 17, 2000; |
| Exhibit 31: | DOJ Press Release entitled Pharmaceutical Company Cephalon to Pay $425 Million for Off-Label Drug Marketing dated September 29, 2008; |
| Exhibit 32: | Cephalon Guilty Plea Agreement; |
| Exhibit 33: | Corporate Integrity Agreement; |
| Exhibit 34: | Government's Memorandum for Entry of Plea and Sentencing; |
| Exhibit 35: | DOJ Press Release entitled Biopharmaceutical Company, Cephalon, to Pay $425 Million & Enter Plea to Resolve Allegations of Off-Label Marketing dated September 29, 2008; |
| Exhibit 36: | TEVA_MDL_A_01159082-142; |
| Exhibit 37: | TEVA_MDL_A_01159143-93; |
| Exhibit 38: | TEVA_MDL_A_05313123-82; |
| Exhibit 39: | TEVA_MDL_A_00454816-959; |
| Exhibit 40: | TEVA_MDL_A_05965744-72; |
| Exhibit 41: | TEVA_MDL_A_05734046-97; |
| Exhibit 42: | TEVA_CHI_00042882-950; |
| Exhibit 43: | TEVA_CHI_00042951-2009; |
| Exhibit 44: | TEVA_CHI_00043010-93; |
| Exhibit 45: | TEVA_MDL_A_09591982-87; |
| Exhibit 46: | Relevant excerpts from the transcript to the videotaped Deposition of Stacey Beckhardt taken on February 1, 2019; |
| Exhibit 47: | TEVA_MDL_A_01159577-84; |
| Exhibit 48: | Relevant excerpts from the transcript to the videotaped Deposition of Carol Marchione taken on January 18, 2019; |
| Exhibit 49: | TEVA_MDL_A_04578988-017; |
| Exhibit 50: | Brennan_002128-29; |
| Exhibit 51: | Brennan_002235-37; |
| Exhibit 52: | Letter from Dave Brennan to the FDA dated February 23, 2004; |
| Exhibit 53: | TEVA_MDL_A_08242371-73; |
| Exhibit 54: | TEVA_MDL_A_03317918-21; |
| Exhibit 55: | TEVA_MDL_A_01584978-87; |
| Exhibit 56: | TEVA_MDL_A_07424105-09; |
| Exhibit 57: | TEVA_MDL_A_00267691-94; |
| Exhibit 58: | TEVA_MDL_A_01583546-50; |
| Exhibit 59: | Relevant excerpts from the transcript to the videotaped Deposition of Laura Sippial taken on January 22, 2019; |
| Exhibit 60: | TEVA_MDL_A_01090496-579; |
| Exhibit 61: | TEVA_MDL_A_08653780 |
| Exhibit 62: | TEVA MDL A_01207133; |
| Exhibit 63: | TEVA_MDL_A06788866 |
| Exhibit 64: | TEVA_MDL_A02481967 |
| Exhibit 65: | TEVA_MDL_A_08652122 |
| Exhibit 66: | TEVA MDL A_00694962-63; |
| Exhibit 67: | [intentionally omitted] |
| Exhibit 68: | TEVA MDL A_01088080-81; |
| Exhibit 69: | [intentionally omitted] |

- 2 -

Exhibit 70:       TEVA MDL A_01136278;
Exhibit 71:       TEVA MDL A_0886736;
Exhibit 72:       TEVA MDL A_00877813-15;
Exhibit 73:       [intentionally omitted]
Exhibit 74:       TEVA MDL A_00499645;
Exhibit 75:       TEVA_MDL_A00499646;
Exhibit 76:       TEVA_MDL_A_03237316;
Exhibit 77:       TEVA_MDL_A_02074924-69;
Exhibit 78:       TEVA_MDL_A_00556885;
Exhibit 79:       TEVA_MDL_A_00454816-71;
Exhibit 80:       TEVA_MDL_A_0890304-82;
Exhibit 81:       TEVA_MDL_A_06570130-37;
Exhibit 82:       TEVA_MDL_A_04183493-97;
Exhibit 83:       TEV_FE00037945-8012;
Exhibit 84:       TEVA_MDL_A_00363031-99;
Exhibit 85:       TEVA_MDL_A_00556008;
Exhibit 86:       TEVA_MDL_A_01211474;
Exhibit 87:       TEVA_MDL_A_02767666-83;
Exhibit 88:       TEVA_MDL_A_11196054-55;
Exhibit 89:       TEVA_CHI_00006142;
Exhibit 90:       TEVA_MDL_A_09667462-63;
Exhibit 91:       TEVA_MDL_A_01399742-50;
Exhibit 92:       TEVA_MDL_A_01174115- 47;
Exhibit 93:       TEVA_MDL_A_01089593-96;
Exhibit 94:       TEVA_MDL_A_02935839-41;
Exhibit 95:       TEVA_MDL_A_01089587-89;
Exhibit 96:       TEVA_CHI_00001939-40;
Exhibit 97:       TEVA_CHI_00001941;
Exhibit 98:       TEVA_CHI_00001967-75;
Exhibit 99:       TEVA_CHI_00001976-83;
Exhibit 100:      TEVA_MDL_A_01065540-41;
Exhibit 101:      TEVA_CHI_00003304-05;
Exhibit 102:      TEVA_MDL_A_01208119-30;
Exhibit 103:      TEVA_MDL_A_08649866-67;
Exhibit 104:      Relevant excerpts from the transcript to the videotaped Deposition of Matthew
                  Day taken on January 4, 2019;
Exhibit 105:      TEVA_MDL_A_02296564;
Exhibit 106:      TEVA_MDL_A_08657349;
Exhibit 107:      TEVA_MDL_A_08657218-24;
Exhibit 108:      Pain Matters materials from Teva's website;
Exhibit 109:      TEVA_MDL_A_08657940-67;
Exhibit 110:      TEVA_MDL_A_00763717;
Exhibit 111:      Relevant excerpts from the transcript to the videotaped Deposition of Valerie
                  Kaisen taken on January 18, 2019;
Exhibit 112:      Relevant excerpts from the transcript to the videotaped Deposition of Colleen
                  McGinn taken on December 14, 2018;

- 3 -

| | |
|---|---|
| Exhibit 113: | TEVA_MDL_A_02336504; |
| Exhibit 114: | Relevant excerpts from the transcript to the videotaped Deposition of Joseph Tomkiewicz taken on November 28, 2018; |
| Exhibit 115: | TEVA_MDL_A_00886031; |
| Exhibit 116: | TEVA_MDL_A_02400068; |
| Exhibit 117: | TEVA_MDL_A_02063728; |
| Exhibit 118: | Responses and Objections of Defendants Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, Actavis Pharma, Inc., and Watson Laboratories, Inc. to Plaintiffs' Third Set of Interrogatories dated January 7, 2019; |
| Exhibit 119: | TEVA_MDL_A_01158453-62; |
| Exhibit 120: | TEVA_MDL_A_01158463-69; |
| Exhibit 121: | TEVA_MDL_A_01158470-78; |
| Exhibit 122: | TEVA_MDL_A_01158479-90; and |
| Exhibit 123: | TEVA_MDL_A_00556014. |

A Summary Sheet describing the motion is attached hereto as Attachment 1.

Dated:  July 31, 2019

Respectfully submitted,

/s/Paul J. Hanly, Jr.
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

/s/ Joseph F. Rice
Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

PAUL T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*

- 4 -

/s/ Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY  10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

*Counsel for Plaintiff Cuyahoga County, Ohio*

Linda Singer
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
(202) 386-9626 x5626
(202) 386-9622 (Fax)
lsinger@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*

*On the Brief:*

Paul J. Geller
Mark J. Dearman
Dorothy P. Antullis
ROBBINS GELLER RUDMAN
   & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
(561) 750-3000
(561) 750-3364 (Fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

Aelish M. Baig
Matthew S. Melamed
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
(415) 288-4545
(415) 288-4534 (Fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com

Thomas E. Egler
Carissa J. Dolan
ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
(619) 231-1058
(619) 231-7423 (Fax)
tome@rgrdlaw.com
cdolan@rgrdlaw.com

Steven Skikos
Mark G. Crawford
SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA  94104
(415) 546-7300
(415) 546-7301 (Fax)
sskikos@skikos.com
mcrawford@skikos.com

Thomas P. Cartmell
Jonathan P. Kieffer
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
(816) 531-2372 (Fax)
tcartmell@wcllp.com
jpkieffer@wcllp.com

Attorneys for Plaintiffs