# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Track One Cases | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs under Seal" issued by Special Master Cohen on June 24, 2019, Plaintiffs in the Track One Cases will accomplish service of the following documents on July 31, 2019, by email or other electronic means on the Defendants, the Court, and the Special Masters:

> Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude Lacey Keller's Opinions and Proposed Testimony and accompanying exhibits.

A Summary Sheet describing the opposition is attached hereto as Attachment 1.

Dated: July 31, 2019

                                                    Respectfully submitted,

                                                    */s/ Paul J. Hanly, Jr.*
                                                    Paul J. Hanly, Jr.
                                                    SIMMONS HANLY CONROY
                                                    112 Madison Avenue, 7th Floor
                                                    New York, NY 10016
                                                    (212) 784-6400
                                                    phanly@simmonsfirm.com

                                                    */s/ Joseph F. Rice*
                                                    Joseph F. Rice
                                                    MOTLEY RICE
                                                    28 Bridgeside Blvd.
                                                    Mt. Pleasant, SC 29464

(843) 216-9000
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*


/s/ *Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*


Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY 10017
(212) 397-1000
hunter@napolilaw.com

*Counsel for Plaintiff Cuyahoga County, Ohio*


Linda Singer
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
(202) 386-9626 x5626
lsinger@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*

2