# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Civ. No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO:<br>**ALL CASES** | JUDGE POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Sonya D. Winner of Covington & Burling LLP, Salesforce Tower, 415 Mission Street, Suite 5400, San Francisco, California 94105, hereby enters her appearance as counsel of record for Defendant, McKesson Corporation in the above-captioned action.

Respectfully submitted,

/s/ Sonya D. Winner
Sonya D. Winner (CA Bar No. 200348)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105
(415) 591-6000 (Telephone)
swinner@cov.com

*Counsel for Defendant McKesson Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing *Notice of Appearance* was sent by the Court's electronic case filing system July 31, 2019, and served upon all those participating therein.

    /s/Sonya D. Winner
    Sonya D. Winner