# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*, Case No. 1:18-op-45004 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANTS' NOTICE OF FILING CORRECTED DEPOSITION TRANSCRIPT

Pursuant to the Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal, dated July 5, 2019 [Dkt. 1813], Defendants provide this notice of corrected filing to Dkt. 1982-10. Dkt. 1982-10, as corrected, is the redacted deposition of David Myers, which was filed an exhibit to the parties' motions for summary judgment and *Daubert* motions.

Dated: August 2, 2019                    Respectfully submitted,

*/s/ Geoffrey Hobart*
Geoffrey Hobart
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5281
ghobart@cov.com

*Counsel for Defendant McKesson Corporation*

*Co-Liaison Counsel for the Distributor Defendants*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record on August 2, 2019.

>
> */s/ Geoffrey Hobart*
> Geoffrey E. Hobart
> Mark Lynch
> **COVINGTON & BURLING LLP**
> One CityCenter
> 850 Tenth Street NW
> Washington, DC 20001
> Tel: (202) 662-5281
> ghobart@cov.com
> mlynch@cov.com
>
> *Counsel for McKesson Corporation*
>
> *Co-Liaison Counsel for the Distributor Defendants*