## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Civ. No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: | JUDGE POLSTER |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Emily S. Ullman of Covington & Burling LLP, One CityCenter, 850 Tenth Street, NW, Washington, DC 20001, hereby enters his appearance as counsel of record for Defendant, McKesson Corporation in the above-captioned action.

Respectfully submitted,

 /s/ Emily S. Ullman
Emily S. Ullman (D.C. Bar No. 1001677)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000 (Telephone)
eullman@cov.com

*Counsel for Defendant McKesson Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing ***Notice of Appearance*** was sent by the Court's

electronic case filing system August 5, 2019, and served upon all those participating therein.


 /s/ Emily S. Ullman
Emily S. Ullman (D.C. Bar No. 1001677)