**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | Hon. Dan Aaron Polster |
| *"Track One Cases"* | |

**NOTICE OF SERVICE OF DEFENDANT MALLINCKRODT'S
MOTION FOR SEVERANCE OR A SEPARATE TRIAL**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Mallinckrodt LLC, SpecGx LLC, and Mallinckrodt plc[1] ("Mallinckrodt") hereby provide notice that on August 5, 2019, it served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Defendant Mallinckrodt's Motion for Severance or a Separate Trial;
- Defendant Mallinckrodt's Memorandum in Support of its Motion for Severance or a Separate Trial;
- Declaration of Erin R. Macgowan in Support of Defendant Mallinckrodt's Motion for Severance or a Separate Trial along with corresponding Exhibits 1 to 10;
- [Proposed] Order Granting Mallinckrodt's Motion for Severance or a Separate Trial; and
- Summary Sheet for Defendant Mallinckrodt's Motion for Severance or a Separate Trial (also attached hereto as Exhibit A).

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction. It is specially appearing to join this motion and does not waive and expressly preserves its personal jurisdiction challenge; pursuant to Plaintiffs' representation before the Court, foreign parent companies' participation in pretrial briefing does not prejudice their jurisdictional arguments.

Dated:  August 5, 2019                    Respectfully submitted,

*/s/ Brien O'Connor*
Brien T. O'Connor
Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 235-4650
brien.o'connor@ropesgray.com
andrew.o'connor@ropesgray.com

*Counsel for Defendants*
*Mallinckrodt LLC and SpecGx LLC, and*
*appearing specially for Mallinckrodt plc*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

/s/ Brien T. O'Connor

Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com