# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | Hon. Dan Aaron Polster |
| *"Track One Cases"* | |

**SUMMARY SHEET FOR DEFENDANT MALLINCKRODT'S
MOTION FOR SEVERANCE OR A SEPARATE TRIAL**

**Motion Name**: Defendant Mallinckrodt's Motion for Severance or a Separate Trial

**Moving Parties**: Mallinckrodt LLC, SpecGx LLC, and Mallinckrodt plc[1]

**Summary**: The planned mass trial of dozens of defendants will taint the jury and deprive Mallinckrodt of its Constitutional right to a fair trial.

      1.     A joint trial would require a jury to keep track of two Plaintiffs' claims against more than 45 individual defendants and resolve nearly 1,000 questions of law and fact.  This would result in significant jury confusion.

      2.     Plaintiffs would likely introduce inflammatory evidence relevant only to Mallinckrodt's co-defendants and wholly unrelated to Mallinckrodt, which would result in severe "spillover" prejudice and increase the likelihood of a "guilt by association" verdict.  Mallinckrodt would likely also need to defend itself against divergent and even antagonistic trial strategies and potential "finger pointing" aimed at Mallinckrodt by its co-defendants.

      3.     Limiting instructions cannot remedy the severe and irreparable prejudice Mallinckrodt would incur during the mass trial.

      The Court should sever the claims against Mallinckrodt or order a separate trial of these claims.

**Motion Date**: August 5, 2019

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction.  It is specially appearing to join this motion and does not waive and expressly preserves its personal jurisdiction challenge; pursuant to Plaintiffs' representation before the Court, foreign parent companies' participation in pretrial briefing does not prejudice their jurisdictional arguments.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of August 2019, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon

counsel of record by, and may be obtained through, the Court CM/ECF System.

*/s/ Brien T. O'Connor*

Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com