# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | Case No. 1:17-md-2804-DAP<br><br>Honorable Dan Aaron Polster |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Padraic W. Foran of Hueston Hennigan LLP enters his appearance in this matter as additional counsel on behalf of Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.

Padraic W. Foran may receive all communications from the Court and from other parties at Hueston Hennigan LLP, 523 W. 6th Street, Suite 400, Los Angeles, California 90014; Telephone: (213) 788-4340; Facsimile: (888) 775-0898; Email: pforan@hueston.com.

Dated:  August 5, 2019  

Respectfully Submitted,

By: */s/ Padraic W. Foran*
Padraic W. Foran
(CA SBN 268278)
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (323) 788-4340
Facsimile: (888) 775-0898
pforan@hueston.com

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

5602235

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | Case No. 1:17-md-2804-DAP<br><br>Honorable Dan Aaron Polster |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Joshua D. Burk of Hueston Hennigan LLP enters his appearance in this matter as additional counsel on behalf of Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.

Joshua D. Burk may receive all communications from the Court and from other parties at Hueston Hennigan LLP, 523 W. 6th Street, Suite 400, Los Angeles, California 90014; Telephone: (213) 788-4281; Facsimile: (888) 775-0898; Email: jburk@hueston.com.

Dated:  August 5, 2019

Respectfully Submitted,

By: */s/ Joshua D. Burk*
    Joshua D. Burk
    (CA SBN 313869)
    HUESTON HENNIGAN LLP
    523 W. 6th Street, Suite 400
    Los Angeles, CA 90014
    Telephone: (323) 788-4281
    Facsimile:  (888) 775-0898
    jburk@hueston.com

    *Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*