## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the attached **NOTICE ON BEHALF OF PLAINTIFF CITY OF MANCHESTER, NEW HAMPSHIRE SUPPLEMENTING PLAINTIFFS' RENEWED AND AMENDED MOTION FOR CERTIFICATION OF RULE 23(B)(3) CITIES/COUNTIES NEGOTIATION CLASS** using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/Hunter J. Shkolnik