# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | |
| | ) | **Case No. 1:17-md-2804** |
| This filing applies to:  All Cases | ) ) | |
| | ) | **Judge Dan Aaron Polster** |
| | ) ) | |

## SECOND AMENDED NOTICE OF FORM OF WAIVER REQUEST

Pursuant to Paragraph 6(d) of Case Management Order One (ECF #232), attached at

**Exhibit A** is a proper form of waiver request for Defendant Anda, Inc., and attached at

**Exhibit B** is a proper form of waiver request for Defendant Anda Pharmaceuticals, Inc.

Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. hereby designate James W.

Matthews (jmatthews@foley.com) as the person to electronically accept waiver requests in the

above-referenced action, with copies also to be provided electronically to Katy E. Koski

(kkoski@foley.com), Ana M. Francisco (afrancisco@foley.com), and Kristina Matic

(kmatic@foley.com).

Dated:  August 6, 2019                          Respectfully submitted,

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
Ana M. Francisco
Kristina Matic
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Tel:    617.342.4000
Fax:    617.342.4001
Email: jmatthews@foley.com
          kkoski@foley.com
          afrancisco@foley.com
          kmatic@foley.com

*Counsel for Defendants Anda, Inc. and Anda
Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August 2019, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James W. Matthews
James W. Matthews