Sean O. Morris (State Bar No. 200368)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Email: sean.morris@arnoldporter.com

Attorneys for Defendants
ENDO HEALTH SOLUTIONS INC. and
ENDO PHARMACEUTICALS INC.

[Names and addresses of additional counsel appear on the signature pages]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| **IN RE:** National Prescription Opiate Litigation | MDL No. 2804 |
| | *Consolidated Tribal Health Project, Inc. vs. McKesson Corporation, et. al.,* No. 1:18-op-45919; |
| | *R.D. Burns v. Purdue Pharma L.P. et. al.,* No. 1:18-op-45934 |

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Tiffany M. Ikeda, formerly of the law firm Arnold & Porter Kaye Scholer LLP, withdraws as counsel for Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. (collectively "Endo") in the above-referenced actions, effective immediately.

Other counsel at Arnold & Porter Kaye Scholer LLP and Hueston Hennigan LLP (listed in the signature block) shall continue to serve as counsel of record for Endo in this action.

Dated:  August 6, 2019

By: */s/ Sean O. Morris*
Sean O. Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone:  (213)-243-4000
Facsimile:  (213) 243-4199
Email: sean.morris@arnoldporter.com

John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone:  (213)-243-4000
Facsimile:  (213) 243-4199
Email: john.lombardo@arnoldporter.com

John C. Hueston
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640
Facsimile: (888) 775-0898
jhueston@hueston.com

Marshall A. Camp
Moez M. Kaba
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
mcamp@hueston.com
mkaba@hueston.com

*Attorneys for Defendants*
*ENDO HEALTH SOLUTIONS INC. and ENDO PHARMACEUTICALS INC.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2019, a true and correct copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system.

Signature:     */s/ Sean O. Morris*
                         Sean O. Morris