# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL Case No. 17-MD-2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Dan Aaron Polster |
| ALL CASES | ) ) ) | **NOTICE** and **ORDER** |

It has come to the Court's attention that an electronic recording device was used to record the Court's August 6, 2019 Hearing on Plaintiffs' Renewed and Amended Motion for Class Certification of Rule 23(b)(3) Cities/Counties' Negotiation Class.  Doc #: 1820.  Such recordings are strictly prohibited pursuant to Paragraph 3 of the Media Guidelines for the U.S. District Court for the Northern District of Ohio's Cleveland Court House.[1]  Any such recording, if made, shall be destroyed immediately and may not, in any way, be disseminated or kept for personal use.  Pursuant to Paragraph No. 13 of the Guidelines, "[f]ailure to comply with these Guidelines may result in sanctions for a media representative and/or the organization he or she represents.  The Court and the U.S. Marshal will enforce the Guidelines."

The Court notes that it has allowed members of the media and public to attend hearings in this MDL by telephone due to the cost of appearing in person, and has posted the call-in instructions for convenience.  Do not interpret the Court's effort to provide access to these hearings as its assent to recording those hearings.

**IT IS SO ORDERED.**

                                            */s/ Dan A. Polster    August 6, 2019*
                                            **Dan Aaron Polster**
                                            **United States District Judge**

---

[1] See https://www.ohnd.uscourts.gov/sites/ohnd/files/MediaGuidelinesCleveland.pdf (attached).