United States District Court
Northern District of Ohio at Cleveland
Carl B. Stokes United States Court House
801 W. Superior Avenue
Cleveland, OH 44113

## **MEDIA GUIDELINES**

1. **Web Page**: Check the Court's web site (www.ohnd.uscourts.gov)  frequently for information pertaining to schedules, notices, and orders and filings.  Many case related documents can be obtained over the Internet through the Court's electronic filing system.  See Section 8 below for more details.

2. **Press Room**:  Room 109 has been designated as the Press Room in this court house.  The room is basic and is not equipped with any special facilities.  The Press Room will be open between the hours of 8 a.m. to  6 p.m., Monday through Friday, unless specified otherwise by the Court.  Absent court order, media representatives are not permitted in the Court House, including the Press Room, outside of normal court hours.

3.  **Equipment**:  Media representatives may store approved equipment in the Press Room, subject to available space and to the court rules.  Media representatives are solely responsible for the safety of their own equipment.  Cameras and recording equipment of any kind are not permitted anywhere in the Court House.  See *Local Criminal Rule 53.1*.  Cellular phones, palm pilots, pagers, computers and all other electronic and

telecommunications equipment must be turned off and kept off in, or in the vicinity of, the courtrooms.

4. **Location of Media Communication Vehicles**:  Because no parking (except for authorized law enforcement vehicles) is permitted around the perimeter of the Carl B. Stokes U.S. Court House, parking locations of communication vehicles and other media vehicles should be arranged by  media organizations through the Cleveland Police Department.

5. **Interviews**:  Interviews may be conducted on the Huron Road sidewalk to the right of the Court House steps as you exit the building.  No cameras or cables may block entrance or exit from the Court House, including the main entrance, all emergency exits and all vehicle driveways.  Care should be taken that pedestrian traffic along the sidewalks is not impeded.  Interviews are not permitted in the Cleveland Court House.

6. **Communications with Jurors**:  Media representatives shall not communicate with jurors or their families during any jury selection or trial **and are prohibited from communicating at any time with grand jurors about any matter which occurred or may occur before the grand jury, including after the grand jury has completed its service**. Media representatives are prohibited from entering the jury department, the jury assembly areas**, grand jury areas** and the jury deliberation room at any time during jury selection and trial.

7. **Court Transcripts**: Same-day transcripts of proceedings may be obtained if arranged 24 hours in advance, including payment of charges, with the Court Reporter assigned to

the proceeding. You may call the Court Reporter Supervisor at 357-7034 for information. *Transcript Order Forms* are available on the Court's web site or from the Clerk's Office. *Local Criminal Rule 57.20.*

8. **Electronic Access to Court Records**: Up-to-the-second docket sheets and documents for most pending civil cases are available electronically over the Internet through the Court's Case Management / Electronic Case Files (CM/ECF) system. The CM/ECF system includes documents for nearly all civil cases filed on or after July 1, 2000 as well as for many cases filed prior to that date. In order to access the system you will need a national PACER (Public Access to Court Electronic Records) account. In general, the cost for retrieving documents from the CM/ECF system is ten cents per page, maximum $3.00 per document. To obtain a PACER account, and for more detailed billing information, contact the PACER Service Center at:

> PACER Service Center, P.O. Box 780549, San Antonio, TX 78278
> (800) 676-6856 or (210) 301-6440
> http://pacer.psc.uscourts.gov/

9. **Copy Request:** Requests for copies of orders, pleadings, etc. can be made on line at the Court's web site, by mail, or in person at all of our court locations. The cost is 50 cents per page.

10. **Messages**: Court staff will not take or deliver messages for media representatives.

11. **Security in the Court House**: For security purposes, all persons entering the Court House are required to pass through an electronic metal detector before gaining access to

the building and to submit to a reasonable search of person or property.  Presentation of photo identification will be required.

All packages, bags, parcels, brief cases and other items shall be submitted for inspection upon entry to the Court House.  See *Local Criminal Rule 57.4*.

12. **Courtroom and Court House Decorum**:

*Local Criminal Rule 57.3*:

    (a)    No loitering, sleeping, or disorderly conduct is permitted in any Court buildings.

    (b)    No food, drink, cards, placards, signs or banners are permitted in any courtroom or adjoining areas, except as permitted by the Court.

13. **Compliance**:  Failure to comply with these Guidelines may result in sanctions for a media representative and/or the organization he or she represents.

The Court and the U.S. Marshal will enforce these Guidelines.  See *Local Criminal Rule 57.4*.