# Exhibit A

**From:** Joseph L. Ciaccio [mailto:JCiaccio@NapoliLaw.com]
**Sent:** Friday, May 11, 2018 4:44 PM
**To:** Jarcho, Dan <Daniel.Jarcho@alston.com>
**Cc:** Salvatore C. Badala <SBadala@NapoliLaw.com>
**Subject:** Cuyahoga County v. Norarmco, Inc.

Counselors:

Attached you will find Cuyahoga County's Amended Complaint.  We ask that you please sign and return the attached waiver of service.

Best,

Joe

**Joseph L. Ciaccio**
Senior Associate



(212) 397-1000 Ext. 1039 | JCiaccio@NapoliLaw.com
400 Broadhollow Drive, Suite 305, Melville, NY 11747 | vCard

Our Mission Statement

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

**From:** Forster, Jenna [mailto:jforster@motleyrice.com]
**Sent:** Thursday, May 17, 2018 9:19 AM
**To:** Jarcho, Dan <Daniel.Jarcho@alston.com>
**Cc:** Singer, Linda <lsinger@motleyrice.com>; Saltzburg, Lisa M. <lsaltzburg@motleyrice.com>
**Subject:** County of Summit, Ohio, et al v. Purdue Pharma, et al., Case No. 18-op-45090


Counsel:

Attached for service upon you please find a copy of the amended complaint, filed under seal on April 25, 2018. Also attached is the requested waiver of service.

Best,

**Jenna Forster** | Paralegal | Motley Rice LLC
401 9th St. NW, Suite 1001 | Washington, DC 20004
o. 202.849.4960 x5960 | f. 202.386.9622 | jforster@motleyrice.com


Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.