# Exhibit D

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF OHIO

3                      EASTERN DIVISION

4

5

6

7      IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION VS.

8                  Case No: 1:17-md-2804-DAP

9

10    This document relates to:

11    All cases

12

13                    AUDIO TRANSCRIPTION

14        2/8/2019 Discovery Telephonic Conference

15

16              Transcribed February 11, 2019

17

18

19

20

21

22

23

24

25

Page 31

1   bit of a digression and talk about the parties are

2   working on essentially an agreement to amend the CMO,

3   CMO1 that would extend deadlines and talk about what

4   it is that the parties will do, which I understand

5   includes supplementation of interrogatories,

6   supplementation of 30(b)(6) written topics, and so on.

7          I've reviewed the last submission I got on

8   that, which was defendants' redline to plaintiffs'

9   proposal.  And we had talked, also, about getting

10  together Tuesday to get in a room and see if we can

11  negotiate this out.  Frankly, what I received is --

12  it's all in code.  I'm sure that plaintiffs and

13  defendants understand what they're saying when they're

14  saying the things they're saying in their proposal,

15  but to the extent that I'm sure it will have to

16  happen, that I have to settle a dispute over what any

17  of that means, I don't know.  It's literally code.

18         And so what I think we need to do is sit in a

19  room and figure out what additional discovery will be

20  allowed exactly, and what the deadlines for that

21  discovery will be, and give examples and state it

22  specifically, whether it's by agenda item number or

23  anything else.  And come to a very clear understanding

24  of what's left and what will be allowed going forward,

25  and deadlines for it, and that kind of thing.  And as