UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Track One Cases | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

**PROPOSED SEVERED DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO SEVER**

Plaintiffs' goals of facilitating judicial economy and reducing expected litigation costs would be most appropriately achieved through dismissal or judgment for Proposed Severed Defendants.[1]  Plaintiffs have acknowledged that, for any defendant to be held liable, Plaintiffs must prove that it played a "substantial rather than negligible" role in causing Plaintiffs' alleged harms.  *See* ECF No. 2085 at 34 (Plaintiffs' opposition brief on proof of causation).  But Plaintiffs will not be able to make that showing as to Proposed Severed Defendants.  Their own expert report shows that Proposed Severed Defendants' role in opioid distribution in Cuyahoga and Summit Counties was negligible at most, *see* ECF No. 1769 Ex. V at Bates 3779 & 3849 (McCann report presenting company market share in Summit and Cuyahoga Counties), and Plaintiffs offer no expert opinions regarding any of Proposed Severed Defendants' suspicious order monitoring programs.

If the Court instead is inclined to grant Plaintiffs' Motion to Sever, these Defendants respectfully request that any severance order ensure that Proposed Severed Defendants' interests

---

[1] "Proposed Severed Defendants" are Anda, Inc.; Discount Drug Mart, Inc.; HBC Service Company; H.D. Smith, LLC (defendant in the Cuyahoga County suit in Track One); Prescription Supply, Inc.; Rite Aid of Maryland, Inc. (mistakenly listed as "Rite Aid Corp." in Plaintiffs' Motion to Sever); and Walmart Inc.  Plaintiffs have not alleged a RICO claim against any Proposed Severed Defendant.  Noramco, Inc. is filing a separate response to Plaintiffs' motion.

are not prejudiced by either severance or the intervening trial.  Those interests can be protected by an order that includes the following:

    1.    Summary judgment briefing, which is nearly complete, will be completed on the current schedule.  *See* ECF No. 1813.

    2.    Pleadings, discovery, and expert productions remain closed.  There will be no amended complaints or additional causes of action in Track One, and Plaintiffs will not be permitted to amend or supplement their Track One expert reports as to any Proposed Severed Defendant.

    3.    The Track One trial and trial-related rulings and proceedings can carry no preclusive effect against or otherwise prejudice Proposed Severed Defendants.  Proposed Severed Defendants reserve the right to request all necessary and appropriate procedural safeguards to avoid prejudice in connection with any severance.

    4.    After the conclusion of the Track One trial currently set to begin on October 21, 2019, Proposed Severed Defendants will be given ample opportunity to negotiate and address any renewed pre-trial schedule and not be set for trial until after remaining motions for summary judgment involving the Proposed Severed Defendants have been decided.

Dated:  August 7, 2019

    Respectfully submitted,

/s/    Tara A. Fumerton
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

/s/    James W. Matthews (consent)
James W. Matthews
Katy E. Koski
Kristina Matic
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: 617.342.4000
Fax: 617.342.4001
Email: jmatthews@foley.com
kkoski@foley.com
kmatic@foley.com

*Attorneys for Anda, Inc.*

/s/    Timothy D. Johnson (consent)
Timothy D. Johnson
CAVITCH FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, OH 44114
Phone: (216) 621-7860
Fax: (216) 621-3415
tjohnson@cavitch.com
*Attorney for Discount Drug Mart, Inc.*

/s/   Robert M. Barnes (consent)
Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA LLP
35th Floor, One Oxford Center
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
rbarnes@marcus-shapira.com
livingston@marcus-shapira.com
kobrin@marchus-shapira.com

*Attorneys for HBC Service Company*

/s/   William E. Padgett (consent)
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 236-1313
Fax: (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Attorneys for H. D. Smith,*
*LLC f/k/a H. D. Smith Wholesale*
*Drug Co., H. D. Smith Holdings, LLC*
*and H. D. Smith Holding Company*

/s/   John J. Haggerty (consent)
John J. Haggerty (0073572)
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

*Attorney for Prescription*
*Supply, Inc.*

4

/s/   Kelly A. Moore (consent)
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center*

5

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Track One Cases | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

## **PROPOSED ORDER**

AND NOW, this _____ day of _____, 2019, Plaintiffs' Motion to Sever Defendants Anda, Inc.; Discount Drug Mart, Inc.; HBC Service Company; H. D. Smith, LLC; Prescription Supply, Inc.; Rite Aid of Maryland, Inc.; and Walmart Inc. (the "Severed Defendants") is hereby GRANTED.  Summary judgment briefing with respect to the Severed Defendants will continue to completion on the current schedule as previously ordered.  Pleadings, discovery, and expert productions remain closed.  There will be no amended complaints or additional causes of action in Track One, and Plaintiffs will not be permitted to amend or supplement their Track One expert reports as to any Severed Defendant.  The Track One trial and trial-related rulings and proceedings will carry no preclusive effect against or otherwise prejudice any Severed Defendant.

It is FURTHER ORDERED that:  After the conclusion of the Track One trial set to begin on October 21, 2019, the Severed Defendants will be afforded the opportunity to negotiate and address any renewed pre-trial schedule, and will not be set for trial until after all pending motions for summary judgment involving the Severed Defendants have been decided.

By the Court:

_____

J. Dan Aaron Polster

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(f)

Pursuant to Local Rule 7.1(f), I hereby certify that the foregoing brief complies with this Court's order that length limitations applicable to complex cases apply to this matter, ECF No. 232 at 4 (No. 1:17-MD-2804).

/s/   Tara A. Fumerton
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, this brief was filed electronically on the master docket for this matter.  This Court has ordered that "[e]lectronic case filing of a document, other than an initial pleading, in the master docket shall be deemed to constitute proper service on all parties."  ECF No. 232 at 8 (No. 1:17-MD-2804).

/ s/   Tara A. Fumerton

Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com