**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) ) ) ) ) ) ) ) ) ) | MDL No. 2804 Individual Action: Civil Case No. 1:17-md-02804-DAP JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: Wayne County v. AmerisourceBergen Drug Corporation, *et. al.*, No. 1:18-op-45585-DAP | | |

**NOTICE OF WITHRDRAWAL OF APPEARANCE**

TO THE CLERK AND ALL PARTIES:

NOW COMES Gordon Dobie, who represents to this Court that Katie DeBoer is no longer associated with Winston & Strawn LLP, and therefore will no longer be performing work in this matter. As such, the undersigned respectfully requests that Katie DeBoer be withdrawn as counsel of record for Defendant Medisca, Inc. in the above-captioned matter.  The undersigned shall remain as the attorney of record for Defendant Medisca, Inc. in this action.

Respectfully Submitted,

*/s/ W. Gordon Dobie*
W. Gordon Dobie
**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5691
WDobie@winston.com

*Attorney for Medisca, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, the foregoing **Notice of Appearance** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

>*/s/ W. Gordon Dobie*
>W. Gordon Dobie
>*Attorney for Medisca, Inc.*