UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DEFENDANT MALLINCKRODT'S MOTION
FOR SEVERANCE OR A SEPARATE TRIAL**

Pursuant to Rule 20 of the Federal Rules of Civil Procedure, Rule 21 of the Federal Rules of Civil Procedure, or Rule 42 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum in Support of this motion, Mallinckrodt LLC, SpecGx LLC, and Mallinckrodt plc[1] ("Mallinckrodt") move either (i) to sever the claims against it or (ii) for an order providing a separate trial for Mallinckrodt.

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction. It is specially appearing to join this motion and does not waive and expressly preserves its personal jurisdiction challenge; pursuant to Plaintiffs' representation before the Court, foreign parent companies' participation in pretrial briefing does not prejudice their jurisdictional arguments.

-2-

Dated:  August 5, 2019	Respectfully submitted,

> */s/ Brien O'Connor*
> Brien T. O'Connor
> Andrew J. O'Connor
> ROPES & GRAY LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> (617) 235-4650
> brien.o'connor@ropesgray.com
> andrew.o'connor@ropesgray.com
>
> *Counsel for Defendants*
> *Mallinckrodt LLC and SpecGx LLC, and*
> *appearing specially for Mallinckrodt plc*

## CERTIFICATE OF SERVICE

  I, Brien T. O'Connor, hereby certify that the foregoing document was served via file transfer protocol and email to all counsel of record.

                */s/ Brien T. O'Connor*
                Brien T. O'Connor