# EXHIBIT 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION
 3
      IN RE: NATIONAL           )
 4    PRESCRIPTION              )  MDL No. 2804
      OPIATE LITIGATION         )
 5    _____    )  Case No.
                                )  1:17-MD-2804
 6                              )
      THIS DOCUMENT RELATES     )  Hon. Dan A.
 7    TO ALL CASES              )  Polster
 8
              THURSDAY, JANUARY 17, 2019
 9
       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10              CONFIDENTIALITY REVIEW
11                     - - -
12         Videotaped deposition of Kevin Webb
13    30(b)(6), held at the offices of STINSON
14    LEONARD STREET LLP, 7700 Forsyth Boulevard,
15    Suite 1000, St. Louis, Missouri, commencing
16    at 9:06 a.m., on the above date, before
17    Carrie A. Campbell, Registered Diplomate
18    Reporter and Certified Realtime Reporter.
19
20
21
22                     - - -
              GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    material to educate doctors?                      09:48:42
 2              MR. O'CONNOR:  Objection.               09:48:43
 3              THE WITNESS:  The national              09:48:44
 4         account managers did not call on             09:48:46
 5         physicians.  They only called on --          09:48:48
 6         their customers were wholesalers and         09:48:50
 7         distributors.                                09:48:52
 8    QUESTIONS BY MR. KAWAMOTO:                        09:48:52
 9         Q.   But wholesalers and                     09:48:53
10    distributors could have provided this             09:48:54
11    information to their customers, which would       09:48:56
12    have included doctors and pharmacists?            09:48:59
13              MR. O'CONNOR:  Objection.               09:49:01
14              THE WITNESS:  I do not know how         09:49:02
15         the wholesalers or distributors would        09:49:04
16         use this piece.                              09:49:07
17    QUESTIONS BY MR. KAWAMOTO:                        09:49:08
18         Q.   But presumably wholesalers and          09:49:08
19    distributors would use this information to        09:49:10
20    encourage sales of their products, would they     09:49:12
21    not?                                              09:49:14
22              MR. O'CONNOR:  Objection.               09:49:14
23              THE WITNESS:  The sales of              09:49:15
24         their products?                              09:49:17
25
```