# Drugs@FDA: FDA Approved Drug Products

**f  SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&APPLNO=021217)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&APPLNO=021217)**

±

**✉ EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&APPLNO=021217)**

**Home (index.cfm) | Previous Page**

**New Drug Application (NDA):** 021217
**Company:** SPECGX LLC

**✉ EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&BODY=HTTP://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS%26VARAPPLNO=021217)**

- **Medication Guide (https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/021217s023s024lbl.pdf#page=30)**
- **REMS (http://www.accessdata.fda.gov/scripts/cder/rems/index.cfm?event=RemsDetails.page&REMS=17)**
- **Summary Review (http://www.accessdata.fda.gov/drugsatfda_docs/nda/2010/021217s000SumR.pdf)**

**Products on NDA 021217**                                                             ⌄

CSV    Excel    Print

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | TE Code | R |
|---|---|---|---|---|---|---|
| EXALGO | HYDROMORPHONE HYDROCHLORIDE | 8MG | TABLET, EXTENDED RELEASE;ORAL | Discontinued | None | Yes |

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | TE Code | R |
|---|---|---|---|---|---|---|
| EXALGO | HYDROMORPHONE HYDROCHLORIDE | 12MG | TABLET, EXTENDED RELEASE;ORAL | Discontinued | None | Yes |
| EXALGO | HYDROMORPHONE HYDROCHLORIDE | 16MG | TABLET, EXTENDED RELEASE;ORAL | Discontinued | None | Yes |
| EXALGO | HYDROMORPHONE HYDROCHLORIDE | 32MG | TABLET, EXTENDED RELEASE;ORAL | Discontinued | None | Yes |

Showing 1 to 4 of 4 entries

**Approval Date(s) and History, Letters, Labels, Reviews for NDA 021217**

### Original Approvals or Tentative Approvals

CSV  Excel  Print

| Action Date | Submission | Action Type | Submission Classification | Review Priority; Orphan Status | Letters, Review |
|---|---|---|---|---|---|
| 03/01/2010 | ORIG-1 | Approval | Type 3 - New Dosage Form | STANDARD | Label (PDF) (https Letter (PDF) (https Review (https://wv Summary Review |

Showing 1 to 1 of 1 entries

### Supplements

CSV  Excel  Print

| Action Date | Submission | Supplement Categories or Approval Type | Letters, Reviews, Labels, Patient Package |
|---|---|---|---|

| Action Date | Submission | Supplement Categories or Approval Type | Letters, Reviews, Labels, Patient Package |
|---|---|---|---|
| 09/18/2018 | SUPPL-24 | Labeling-Package Insert | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 09/18/2018 | SUPPL-23 | REMS - MODIFIED - D-N-A | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 05/26/2017 | SUPPL-21 | REMS-Modified | **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 12/16/2016 | SUPPL-19 | Labeling-Package Insert | **Label (PDF) (https://www.accessdata.fda.gov/dru** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 09/30/2016 | SUPPL-20 | REMS - MODIFIED - D-N-A | **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 04/20/2016 | SUPPL-17 | REMS-Modified | **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 06/26/2015 | SUPPL-15 | REMS-Modified | **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 06/02/2015 | SUPPL-9 | Labeling-Package Insert | **Label (PDF) (https://www.accessdata.fda.gov/dru** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |

| Action Date | Submission | Supplement Categories or Approval Type | Letters, Reviews, Labels, Patient Package |
|---|---|---|---|
| 08/19/2014 | SUPPL-14 | REMS-Modified | **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 06/17/2014 | SUPPL-12 | Labeling-Medication Guide, REMS-Proposal, Labeling-Package Insert | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 04/16/2014 | SUPPL-13 | Labeling-Package Insert | **Label (PDF) (https://www.accessdata.fda.gov/dru** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 04/15/2013 | SUPPL-6 | REMS-Modified | **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 03/18/2013 | SUPPL-5 | Labeling-Package Insert | **Label (PDF) (https://www.accessdata.fda.gov/dru** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 08/24/2012 | SUPPL-4 | Labeling-Package Insert, REMS-Modified | **Label (PDF) (https://www.accessdata.fda.gov/dru** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 07/09/2012 | SUPPL-2 | Labeling, REMS-Modified | **Label (PDF) (https://www.accessdata.fda.gov/dru** **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 03/24/2010 | SUPPL-1 | REMS-Modified | **Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |

Showing 1 to 16 of 16 entries

### Labels for NDA 021217　　　　　　　　　　　　　　　⌄