# Drugs@FDA: FDA Approved Drug Products

**f SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&APPLNO=204031)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&APPLNO=204031)**

±

**EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS&APPLNO=204031)**

**Home (index.cfm)** | **Previous Page**

**New Drug Application (NDA):** 204031
**Company:** MALLINCKRODT INC

**EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&BODY=HTTP://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS%26VARAPPLNO=204031)**

- **Medication Guide (https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/204031s004s005lbl.pdf#page=34)**

### Products on NDA 204031

CSV | Excel | Print

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | TE Code | R |
|---|---|---|---|---|---|---|
| XARTEMIS XR | ACETAMINOPHEN; OXYCODONE HYDROCHLORIDE | 325MG;7.5MG | TABLET, EXTENDED RELEASE;ORAL | Discontinued | None | Yes |

Showing 1 to 1 of 1 entries

### Approval Date(s) and History, Letters, Labels, Reviews for NDA 204031

**Original Approvals or Tentative Approvals**

CSV | Excel | Print

| Action Date | Submission | Action Type | Submission Classification | Review Priority; Orphan Status | Letters, Review |
|---|---|---|---|---|---|
| 03/11/2014 | ORIG-1 | Approval | Type 3 - New Dosage Form | PRIORITY | Label (PDF) (https<br>Letter (PDF) (https<br>Review (https://wv |

Showing 1 to 1 of 1 entries

**Supplements**

CSV | Excel | Print

| Action Date | Submission | Supplement Categories or Approval Type | Letters, Reviews, Labels, Patient Package |
|---|---|---|---|
| 09/18/2018 | SUPPL-5 | Labeling-Package Insert | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc<br>Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 09/18/2018 | SUPPL-4 | REMS - PROPOSAL - D-N-A | **Label (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc<br>Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 12/16/2016 | SUPPL-3 | Labeling-Package Insert, Labeling-Medication Guide | **Label (PDF) (https://www.accessdata.fda.gov/dru<br>Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |
| 03/12/2015 | SUPPL-1 | Labeling-Container/Carton Labels | **Label (PDF) (https://www.accessdata.fda.gov/dru<br>Letter (PDF) (https://www.accessdata.fda.gov/drugsatfda_doc** |

| Action Date | Submission | Supplement Categories or Approval Type | Letters, Reviews, Labels, Patient Package |
|---|---|---|---|
| 01/26/2015 | SUPPL-2 | Manufacturing (CMC) | |

Showing 1 to 5 of 5 entries

**Labels for NDA 204031**                                                                                                ⌄