# EXHIBIT 9

Document Produced in Native Format

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                    MNK-T1_0002250046



# Mallinckrodt Controlled Substance Suspicious Order Monitoring Program

Introductory Training for Field Sales
June 5, 2008

# Mallinckrodt Suspicious Order Monitoring Introductory Training Goals

- Suspicious Order Monitoring Team Membership

- Regulatory background

- Overview of draft procedure

- Field Sales future participation in program



# Mallinckrodt Suspicious Order Monitoring Procedure Team

- JoAnne Levy, V-P Corporate Logistics
- John Adams, Sales Director
- Bill Ratliff, Security Director
- Kimberly France, Business Development Director
- Karen Harper, DEA Compliance Manager
- Michael Pheney, Logistics Manager
- Jim Rausch, Customer Service Manager
- Cathy Stewart, Customer Service Manager
- Susan Marlatt, Credit/Collections Manager

Team Advisors:
Jerry Moss, V-P Sales
Jason Jones, V-P Sales
Jeff Burd, Marketing Director
Bob Lesnak, Sales & Marketing Director
Eileen Spaulding, Hobart



3   |   Covidien   |   July 29, 2019   |   Confidential

# DEA Policy on Suspicious Orders

*DEA Regulation 21 CFR 1301.74*

- Requires registrants to **design** and **operate** a suspicious order identification system

- Requires that registrants **report** suspicious orders to DEA when discovered through monitoring

- Registrant is reminded that their responsibility does not end merely with the filing of suspicious order report

- DEA does not approve or otherwise endorse any specific program for reporting suspicious orders

- *Registrant must conduct an independent analysis of suspicious orders prior to completing a sale to determine whether the controlled substances are likely to be diverted.*

COVIDIEN

4   |   Covidien   |   July 29, 2019   |   Confidential

# Consequences of Monitoring Failure

*DEA reiterates responsibilities in light of the growing Rx drug abuse problem*

- Failure to maintain effective controls against diversion is inconsistent with the public interest and may result in the revocation of the registrant's DEA Certificate of Registration.

- Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency



**DEA can immediately suspend or revoke registration for violations of the Controlled Substances Act and regulations.**



# Recent DEA Actions Involving Distributors

*DEA suspends licenses of distributors for not maintaininig effective controls against diversion of controlled substances*

**Amerisource Bergen**
- Orlando, FL (4/07)

**Cardinal**
- Auburn, WA (12/07)
- Lakeland, FL (12/07)
- Swedesboro, NJ (12/07)
- Stafford, TX (2/08) under investigation-order to show cause
- Company estimates $30 million loss due to enforcement actions.

**McKesson**
- McKesson Corporation Agrees to Pay More than $13 Million to settle claims that it failed to report suspicious sales of prescription medications



# Bulk Narcotics Compounding Pharmacy Case Study

– DEA was investigating customer for their distribution of human growth harmone and observed Mallinckrodt NaI product at pharmacy

– DEA contacted Mallinckrodt and suggested we review our relationship with the customer and future order shipment

– DEA commented on the presence of Ketamine/Fentanyl in the illicit market

– Customer had placed an order for 4 x 25 grams Fentanyl using Research Registration

– Customer was informed by Mallinckrodt that their pending Fentanyl order had been put on hold

– Customer decreased their order

– Customer cancelled their order



# Revised Controlled Substance Suspicious Order Monitoring Procedure Highlights

- Field Sales completes customer checklist
- Credit performs Dun & Bradstreet and other information checks
- CSRs follow existing procedure on verifying customer DEA registration, quota, DEA 222 Form
- Order entry system flags "peculiar" orders of unusual size, frequency based upon algorithm
- Algorithm is customized by customer category, class of trade
- Customer accounts or customer orders that appear "peculiar" based on customer checklist results, credit checks, CSR interaction, order entry system flag are referred to Security Director and DEA Compliance Manager
- Security Director and DEA Compliance Manager consult with business rep regarding ship or no ship decision
- Security Director and DEA Compliance Manager report suspicious orders to DEA



# Revised Controlled Substance Suspicious Order Customer Checklist

- To be completed by Field Sales
- Know your customer is the goal
- Description of neighborhood (high crime area, etc.)
- Requires on-site visit, inside and out
- Physical description of facility or photos
- Includes a list of indicators (watch outs) that require further review by Security Director



9  |  Covidien  |  July 29, 2019  |  Confidential