**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *"Track One Cases"* | Hon. Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING MALLINCKRODT'S**
**MOTION FOR SEVERANCE OR A SEPARATE TRIAL**

Upon consideration of Defendant Mallinckrodt's[1] Motion for Severance or a Separate Trial and any opposition thereto, it is hereby:

**ORDERED** that Defendant Mallinckrodt's Motion for Severance or a Separate Trial is **GRANTED**.

The claims against Mallinckrodt will be severed pursuant to Federal Rule of Civil Procedure 21.  All claims against Mallinckrodt will be heard at a separate trial.

_____

Honorable Judge Dan A. Polster

---

[1] Mallinckrodt LLC, SpecGx LLC, and Mallinckrodt plc.

## CERTIFICATE OF SERVICE

I, Brien T. O'Connor, hereby certify that the foregoing document was served via file transfer protocol to all counsel of record.


*/s/ Brien T. O'Connor*
Brien T. O'Connor