# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF SERVICE OF DEFENDANT MALLINCKRODT'S MOTION FOR SEVERANCE OR A SEPARATE TRIAL

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Mallinckrodt LLC, SpecGx LLC, and Mallinckrodt plc[1] ("Mallinckrodt") hereby provide notice that on August 5, 2019, it served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Defendant Mallinckrodt's Motion for Severance or a Separate Trial;
- Defendant Mallinckrodt's Memorandum in Support of its Motion for Severance or a Separate Trial;
- Declaration of Erin R. Macgowan in Support of Defendant Mallinckrodt's Motion for Severance or a Separate Trial along with corresponding Exhibits 1 to 10;
- [Proposed] Order Granting Mallinckrodt's Motion for Severance or a Separate Trial; and
- Summary Sheet for Defendant Mallinckrodt's Motion for Severance or a Separate Trial (also attached hereto as Exhibit A).

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction. It is specially appearing to join this motion and does not waive and expressly preserves its personal jurisdiction challenge; pursuant to Plaintiffs' representation before the Court, foreign parent companies' participation in pretrial briefing does not prejudice their jurisdictional arguments.

Case: 1:17-md-02804-DAR Doc #: 2152-14 Filed: 08/08/19 2 of 6. PageID #: 288442
Case: 1:17-md-02804-DAP Doc #: 2132 Filed: 08/05/19 2 of 3. PageID #: 287962

-2-

Dated: August 5, 2019                  Respectfully submitted,

                                               */s/ Brien O'Connor*
                                               Brien T. O'Connor
                                               Andrew J. O'Connor
                                               ROPES & GRAY LLP
                                               Prudential Tower
                                               800 Boylston Street
                                               Boston, MA 02199-3600
                                               (617) 235-4650
                                               brien.o'connor@ropesgray.com
                                               andrew.o'connor@ropesgray.com

                                               *Counsel for Defendants*
                                               *Mallinckrodt LLC and SpecGx LLC, and*
                                               *appearing specially for Mallinckrodt plc*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

*/s/ Brien T. O'Connor*

Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com

Case: 1:17-md-02804-DAP Doc #: 2132-14 Filed: 08/05/19 1 of 3. PageID #: 287964

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *"Track One Cases"* | Hon. Dan Aaron Polster |

## SUMMARY SHEET FOR DEFENDANT MALLINCKRODT'S
## MOTION FOR SEVERANCE OR A SEPARATE TRIAL

**Motion Name**: Defendant Mallinckrodt's Motion for Severance or a Separate Trial

**Moving Parties**: Mallinckrodt LLC, SpecGx LLC, and Mallinckrodt plc[1]

**Summary**: The planned mass trial of dozens of defendants will taint the jury and deprive Mallinckrodt of its Constitutional right to a fair trial.

     1.     A joint trial would require a jury to keep track of two Plaintiffs' claims against more than 45 individual defendants and resolve nearly 1,000 questions of law and fact. This would result in significant jury confusion.

     2.     Plaintiffs would likely introduce inflammatory evidence relevant only to Mallinckrodt's co-defendants and wholly unrelated to Mallinckrodt, which would result in severe "spillover" prejudice and increase the likelihood of a "guilt by association" verdict. Mallinckrodt would likely also need to defend itself against divergent and even antagonistic trial strategies and potential "finger pointing" aimed at Mallinckrodt by its co-defendants.

     3.     Limiting instructions cannot remedy the severe and irreparable prejudice Mallinckrodt would incur during the mass trial.

     The Court should sever the claims against Mallinckrodt or order a separate trial of these claims.

**Motion Date**: August 5, 2019

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction. It is specially appearing to join this motion and does not waive and expressly preserves its personal jurisdiction challenge; pursuant to Plaintiffs' representation before the Court, foreign parent companies' participation in pretrial briefing does not prejudice their jurisdictional arguments.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

                */s/ Brien T. O'Connor*

                Brien T. O'Connor
                ROPES & GRAY LLP
                Prudential Tower
                800 Boylston St.
                Boston, MA 02199-3600
                (617) 235-4650
                Brien.O'Connor@ropesgray.com