UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIOID LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*In Re: National Prescription Opioid Litigation* (17-mdl-2804)<br><br>*City of Geneva, New York v. Purdue Pharma, L.P. et al.* (19-op-45214)<br><br>*City of Rome, New York v. Purdue Pharma, L.P. et al.* (19-op-45284)<br><br>*City of Lackawanna, New York v. Purdue Pharma, L.P. et al.* (19-op-45303)<br><br>*County of Northumberland, Pennsylvania v. Purdue Pharma, L.P. et al.* (19-op-45555)<br><br>*Wright Township, Pennsylvania v. Purdue Pharma, L.P. et al.* (19-op-45574)<br><br>*County of Lycoming, Pennsylvania v. Purdue Pharma, L.P. et al.* (19-op-45655)<br><br>*Hanover Township, Pennsylvania v. Purdue Pharma, L.P. et al.* (19-op-01055)<br><br>*Wilkes-Barre Township, Pennsylvania v. Purdue Pharma, L.P., et al.* (19-op-45325) | MDL No. 2804<br><br>Case No. 1:17-MDL-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF APPEARANCE** |

    The attorneys listed below enter their appearance as counsel for Defendants Pharmaceutical Research Associates L.P. f/k/a Purdue Holdings L.P.; BR Holdings Associates Inc.; PLP Associates Holdings L.P.; PLP Associates Holdings Inc., and BR Holdings Associates L.P. in the following cases:

| | |
|---|---|
| *In re: National Prescription Opioid Litigation* (17-mdl-2804) | *City of Geneva, New York v. Purdue Pharma, L.P. et al.* (19-op-45214) |

*City of Rome, New York v. Purdue Pharma, L.P. et al.* (19-op-45284)

*City of Lackawanna, New York v. Purdue Pharma, L.P. et al.* (19-op-45303)

*County of Northumberland, Pennsylvania v. Purdue Pharma, L.P. et al.* (19-op-45555)

*Wright Township, Pennsylvania v. Purdue Pharma, L.P. et al.* (19-op-45574)

*County of Lycoming, Pennsylvania v. Purdue Pharma, L.P. et al.* (19-op-45655)

*Hanover Township, Pennsylvania v. Purdue Pharma, L.P. et al.* (19-op-01055)

*Wilkes-Barre Township, Pennsylvania v. Purdue Pharma, L.P., et al.* (19-op-45325)

The attorneys listed below respectfully request that their names be added to the docket sheet maintained by the Clerk of Courts and that service of all further pleadings, notices, filings, correspondence, orders, and other documents in the above-captioned cases be made upon the following attorneys at the following address and/or through the Court ECF filing system as registered:

> John J. Kenney, jkenney@hnrklaw.com
> Helene R. Hechtkopf, hhechtkopf@hnrklaw.com
> Emily Hogan, ehogan@hnrklaw.com
> Steven M. Silverberg, ssilverberg@hnrklaw.com
> Hoguet Newman Regal & Kenney, LLP
> 60 East 42nd Street
> 48th Floor
> New York, NY 10165
> Telephone: (212) 689-8808
> Facsimile: (212) 689-5101

Dated: New York, New York
August   , 2019

Respectfully submitted,

HOGUET, NEWMAN, REGAL & KENNEY, LLP

_____
John J. Kenney
Helene R. Hechtkopf
Emily Hogan
Steven M. Silverberg
60 East 42nd Street, 48th Floor

New York, NY 10165
Telephone: (212) 689-8808
Facsimile: (212) 689-5101
jkenney@hnrklaw.com
Hhechtkopf@Hnrklaw.Com

*Attorneys for Defendants:*
*Pharmaceutical Research Associates L.P., f/k/a*
*Purdue Holdings L.P.*
*BR Holdings Associates Inc.*
*BR Holdings Associates L.P.*
*PLP Associates Holdings L.P.*
*PLP Associates Holdings Inc.*