UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) ) Case No. 17-md-2804 ) ) Judge Dan Aaron Polster ) |
| This document relates to:<br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:17-op-45004-DAP | ) ) ) ) ) |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Robin W. Wilson hereby withdraws as counsel of record for Plaintiff The County of Cuyahoga, Ohio ("Cuyahoga") in the above-captioned action.  Cuyahoga continues to be represented by David G. Lambert, Aelish Marie Baig, Frank L. Gallucci, III, Hunter Shkolnik, Joseph W. Boatwright, IV, Joseph L. Ciacco, Leo M. Spellacy, Jr., Paul B. Maslo, Paul J. Napoli, Salvatore C. Badala, Scott Elliot Smith, and Shayna Erin Sacks in the above-captioned action.

Dated: August 9, 2019

Respectfully submitted,

*/s/ Robin M. Wilson*
Robin M. Wilson (OH 0066604)
Kaufman & Company
1001 Lakeside Avenue, Suite 1710
Cleveland, OH  44114
Telephone: (216) 912-5516
Facsimile: (216) 912-5501
Email: robin.wilson@kaufman-company.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2019, I electronically filed the foregoing Notice of Withdrawal with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Robin M. Wilson*
