# EXHIBIT 4

# Laxmaiah Manchikanti, MD

thepainmd.com/manchikanti

## PROFESSIONALS

Laxmaiah Manchikanti, MD

- Chairman of the Board and Chief Executive Officer, ASIPP and SIPMS

- Clinical Professor of Anesthesiology and Perioperative Medicine, University of Louisville, Louisville, Kentucky

- Professor of Anesthesiology in the Research Department of Anesthesiology at the LSU School of Medicine Health Sciences Center in New Orleans, LA

- Medical Director, Pain Management Center of Paducah and Ambulatory Surgery Center, Paducah Kentucky; Pain Management Center of Marion and Pain Care Surgery, Marion, Illinois

Laxmaiah Manchikanti, M.D., is the Medical Director of the Pain Management Centers of Paducah, KY, and Marion, IL, and the Ambulatory Surgery Center in Paducah, KY, and Pain Care Surgery in Marion, IL. He is also Clinical Professor of Anesthesiology and Perioperative Medicine at the University of Louisville in Louisville, KY and A Professor of Anesthesiology in the Research Department of Anesthesiology at the LSU School of Medicine Health Sciences Center in New Orleans, LA.

He has been in practice in Paducah, KY, since completion of a fellowship in anesthesiology and critical care medicine in 1980. He graduated from Gandhi Medical College, Osmania University, Hyderabad, India. He completed his internship and residency in anesthesiology at Gandhi Hospital, Youngstown Hospital Association, (North Eastern Ohio School of Medicine), Allegheny General Hospital, and his fellowship in anesthesiology and critical care medicine at the University of Pittsburgh School of Medicine.

Dr. Manchikanti is certified by the American Board of Anesthesiology along with subspecialty certification in Pain Medicine and the American Board of Interventional Pain Physicians (ABIPP), American Board of Pain Medicine (ABPM), and is a Fellow in Interventional Pain Practice (FIPP). Dr. Manchikanti is a member of numerous professional societies and associations. He is the founder, Chairman of the Board and Chief Executive Officer of the American Society of Interventional Pain Physicians (ASIPP), and many State Societies of Interventional Pain Physicians. He is also the founder of the Pain Physician Journal, ABIPP, and the ASIPP Foundation.

He serves as a member on the Kentucky Carrier Advisory Committee and the Kentucky All Schedule Prescription Electronic Reporting (KASPER) Task Force. He also served as a member on the Murray State University Board of Regents, Kentucky Board of Medical Licensure (KBML), Medicare Carrier Advisory Committee (MCAC), American Medical Association (AMA) House of Delegates, and the Carrier Advisory Committee (CAC) of the National Government Services. Through his work with various organizations, Manchikanti has been instrumental in the preservation of Interventional Pain Management through specialty designation, mandatory Carrier Advisory Committee (CAC) representation, reimbursement, and the passage of NASPER. Manchikanti has testified before Congress on various occasions as an expert witness on controlled substance management and interventional pain management.

Dr. Manchikanti has published over 490 publications and serves on several editorial boards. Dr. Manchikanti is also the editor of 11 books designed for interventionalists:

- Interventional Pain Management: Low Back Pain - Diagnosis and Treatment. 2002

- Interventional Pain Management: Documentation, Coding, and Billing  - A Practical Guide for Physicians and ASCs. 2002

- Principles of Documentation, Billing, Coding & Practice Management for the Interventional Pain Professional. 2004

- Interventional Techniques in Chronic Spinal Pain. 2008

- Interventional Techniques in Chronic Non-Spinal Pain. 2009

- Foundations of Pain Medicine and Interventional Pain Management: A Comprehensive Review. 2011

- Clinical Aspects of Pain Medicine and Interventional Pain Management: A Comprehensive Review. 2011

- Pain Medicine & Interventional Pain Management Board Review Self-Assessment. 2011

- Essentials of Practice Management: Billing, Coding, and Compliance in Interventional Pain Management. 2012

- ICD-10-CM for Interventional Pain Management: A Practical Guide. 2016

- Essentials of Interventional Techniques in Managing Chronic Spinal Pain. 2018

