# EXHIBIT B

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4
 5     ------------------------------x
 6     IN RE: NATIONAL PRESCRIPTION ) MDL No. 2804
 7     LITIGATION                    ) Case No. 17-md-2804
 8     This document relates to:     ) Hon. Dan A. Polster
 9     All Cases                     )
10     ------------------------------x
11         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                     CONFIDENTIALITY REVIEW
12                      V O L U M E  I I
13    VIDEOTAPED DEPOSITION OF RICHARD SACKLER, M.D.
14                     STAMFORD, CONNECTICUT
15                     FRIDAY, MARCH 8, 2019
16                          9:37 A.M.
17
18
19
20
21
22
23
24    Reported by: Leslie A. Todd
```

```
 1   finished with that.
 2       A    Oh.
 3       Q    Let me start again.
 4            Can we agree that the potency
 5   relationship between morphine and oxycodone is
 6   believed -- generally accepted to be a 2-to-1
 7   ratio such that oxycodone is twice as powerful as
 8   morphine?
 9       A    We believe, and I still believe, that it
10   is approximately, on average, twice as potent as
11   morphine.
12       Q    And you and your company were in the
13   year 1996 engaged in a scheme to persuade
14   physicians that indeed morphine was more powerful
15   than oxycodone.  True?
16            MR. CHEFFO:  Object to form.
17            THE WITNESS:  Untrue.
18            MR. HANLY:  Let's mark as the next
19   exhibit --
20            THE WITNESS:  I wish I could ask you
21   questions.
22            MR. BERNICK:  No, no, no.
23            THE WITNESS:  I'm trying to lighten --
24            MR. BERNICK:  You can ask him all you
```

```
 1   want after the deposition is over.
 2            THE WITNESS:  -- to lighten the -- no, I
 3   wasn't going to --
 4            MR. BERNICK:  No, no, no, let's save it.
 5            THE WITNESS:  Okay.  I would be happy to
 6   do that if you want.
 7            (Sackler Exhibit No. 58 was marked
 8            for identification.)
 9   BY MR. HANLY:
10       Q    All right.  Now, Doctor, I've placed
11   before you a two-page document that appears to be
12   an e-mail from you at the top.  Do you see that?
13       A    Yes.
14       Q    To Michael Friedman.  And below that is
15   a rather long e-mail from Michael Friedman.
16       A    Yes.
17       Q    Do you see that?
18       A    Yes.
19       Q    Okay.  Now, directing your attention to
20   the second paragraph in the Michael Friedman
21   e-mail, it reads as follows -- are you on that --
22   are you with me there?
23       A    Yes.
24       Q    Do you see the words "We are well
```

Highly Confidential - Subject to Further Confidentiality Review

1  aware"?

2      A   Yep.

3      Q   Okay.  So there it reads:  "We are well

4  aware of the view, held by many physicians, that

5  oxycodone is weaker than morphine."

6          Did I read that correctly?

7      A   You did.

8      Q   Now, you and I can agree, can we not,

9  Doctor, that that statement, "oxycodone is weaker

10 than morphine," that part of the statement is

11 scientifically false?  We just -- we just agreed

12 on that, right?

13         MR. BERNICK:  Objection to the form of

14 the question.

15 BY MR. HANLY:

16     Q   That oxycodone is in fact twice as

17 powerful as morphine.  Right?

18     A   It is -- of course, we agree that when

19 you switch a patient from morphine to oxycodone,

20 you will cut the dose milligram in half.

21         I didn't read carefully enough, because

22 when he said weaker, I was thinking of the

23 associations and the profile -- relative profiles

24 of morphine and oxycodone.  And I wish I had made

1    for the high dose patient."

2           Did I read that correctly?

3       A   Yes.  You read what is -- what is

4    written on this page correctly.

5       Q   Right.  And then in the next paragraph,

6    the last full paragraph on that page, the second

7    sentence reads:  "Doctors use the drug in

8    non-malignant pain because it is effective and

9    the," quote, "'personality,'" unquote, "of

10   OxyContin is less threatening to them, and their

11   patients, than that of the morphine alternatives."

12          Did I read that correctly?

13      A   You did.

14      Q   And then further down in that paragraph,

15   do you see a sentence that begins "While we

16   might"?

17      A   Yes.

18      Q   So that reads:  "While we might wish to

19   see more of this product sold for cancer pain, it

20   would be extremely dangerous, at this early stage

21   in the life of this product, to tamper with this,"

22   quote, "'personality,'" unquote, "to make

23   physicians think the drug is stronger or equal to

24   morphine."

```
 1        A     Yes --
 2        Q     Right?
 3        A     -- I see that.  No, I don't agree with
 4   it, but --
 5        Q     Well, we'll get to that, Doctor.
 6        A     Okay.
 7        Q     And the last sentence on that paragraph
 8   says:  "We are better off expanding use of
 9   OxyContin in the non-malignant pain states and
10   waiting for hydromorphone OD in 1999 to relaunch
11   into cancers -- cancer pain."
12              Did I read that correctly?
13        A     I believe you did.
14        Q     Right.  And then if you turn to the next
15   page, top of the page, it reads, does it not:
16   "For the time being I" -- that's Michael
17   Friedman -- "do not plan to try to change the,"
18   quote, "'personality,'" unquote, "of OxyContin.
19   We will continue to FOCUS," all caps, "on
20   expanding the non-malignant pain usage.  In this
21   group of patients, morphine is not an alternative
22   and the price is correct."
23              Did I read that correctly?
24        A     You read what is here on the page.
```

```
 1         Q    Right.  And you already told me you
 2   already looked at your response, which is at the
 3   top of the first page:  "I agree with you.  Is
 4   there general agreement or are there some
 5   holdouts?"
 6              That was your response in 1997 to this
 7   e-mail, true?
 8         A    But you're misinterpreting it.
 9         Q    Well, I didn't ask you about --
10         A    Yes, that is -- okay, fine.
11         Q    -- my intention.
12         A    Fine.  That are the words I used.
13         Q    Right.
14         A    Yes.
15         Q    And that -- that's what you told
16   Mr. Friedman -- by the way, was Mr. Friedman the
17   CEO in 1997?
18         A    No.
19         Q    He was in what position at Purdue
20   Pharma?
21         A    He was head of marketing and sales, I
22   believe, at that point.  And also head of
23   corporate development.
24         Q    Okay.  Let's mark as the next exhibit --
```

```
 1                 (Sackler Exhibit No. 59 was marked
 2                 for identification.)
 3      BY MR. HANLY:
 4           Q    -- another e-mail chain.
 5                I'm finished with that, Doctor.  Thank
 6      you very much.
 7                MR. HANLY:  David, would you put the
 8      exhibit before the witness?
 9                MR. BERNICK:  Oh, yes.  Sorry.
10      BY MR. HANLY:
11           Q    Now, here is an e-mail chain a little
12      later in 1997, June 12th, between you, Dr. Richard
13      Sackler, and Michael Friedman.
14                Do you see that, Doctor?
15           A    Yes.
16           Q    Okay.  Now, the big e-mail on that page
17      appears to be written by someone named Michael
18      Cullen.
19                Do you see that?  Do you see the top --
20           A    Yes.
21           Q    -- of the big e-mail?  Okay.
22                And that e-mail reads or in part reads:
23      "In recent team meetings, we have discussed the
24      issue that OxyContin is perceived by some
```

Highly Confidential - Subject to Further Confidentiality Review

 1   physicians, particularly oncologists, as not being

 2   as strong as MS Contin."

 3           By the way, MS Contin is morphine

 4   sulfate continuous, correct?

 5       A    Yes.

 6       Q    "Although this perception has had some

 7   effect with patients switching to MS Contin" --

 8   sorry -- "physicians switching to MS Contin with

 9   more severe cancer pain patients, it has actually

10   had a positive effect with physicians' use in

11   non-cancer pain."

12           Continuing:  "Since oxycodone is

13   perceived" --

14       A    Just a quick question.  I want to see

15   the sequence here.  5/28.  6/12.  Okay.

16       Q    So a month later, right?

17       A    Whatever.  Two weeks.  I don't know.  I

18   didn't --

19       Q    Sorry, a few days.

20       A    I didn't calculate it.  I saw it was

21   meaningfully later, so it was in sequence, yes.

22       Q    Okay.  So I read the first paragraph of

23   Cullen's e-mail.

24       A    Yes.

Highly Confidential - Subject to Further Confidentiality Review

```
 1      Q    I want to continue, please.  It reads:
 2   "Since oxycodone is perceived as being a 'weaker'
 3   opioid than morphine," -- "weaker" in
 4   quotations -- "it has resulted -- resulted in
 5   OxyContin being used much earlier for non-cancer
 6   pain.  Physicians are positioning this product
 7   where Percocet, hydrocodone and Tylenol with
 8   codeine have been traditionally used."
 9           Did I read that correctly?
10      A    You did.
11      Q    Okay.  And then the next paragraph
12   reads:  "Since the non-cancer pain market is much
13   greater than the cancer pain market, it is
14   important that we allow this product to be
15   positioned where it currently is in the
16   physician's mind.  If we stress the," quote,
17   "'Power of OxyContin,'" unquote, "versus morphine,
18   it may help us in the smaller cancer pain market,
19   but hurt us in the larger potential non-cancer
20   pain market.  Some physicians may start
21   positioning this product where it -- where
22   morphine is used and wait until pain is severe
23   before using it."
24           Did I read that correctly?
```

```
 1         A    Can I just -- I think you read it
 2    correctly, but I'm not sure I am -- can -- are you
 3    going to ask me what this means --
 4         Q    No.
 5         A    -- or not?  You're just reading from the
 6    e-mail.  Okay.
 7         Q    Well, and I'm establishing, Doctor, am
 8    I not, that you -- this was an e-mail chain that
 9    you received and apparently are familiar with,
10    true?
11              MR. BERNICK:  Objection to form.  Move
12    to strike the prefatory statement.
13              THE WITNESS:  I -- I'm not certain what
14    your purpose was or what you've done.
15    BY MR. HANLY:
16         Q    Can you listen to my question, Doctor?
17              MR. BERNICK:  I'm sorry.  Please don't
18    interrupt him.
19              THE WITNESS:  I'm sorry.  I apologize if
20    I didn't listen to your question, so...
21    BY MR. HANLY:
22         Q    Okay.  So, my question is, did I read
23    that paragraph correctly?  The paragraph that
24    begins "Since the non-cancer pain market is much
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    greater than the cancer pain," I read that into
 2    the record.
 3          A    Yes.  Okay.
 4          Q    Okay?
 5          A    I think you did, yes.
 6          Q    All right.
 7          A    I don't remember exactly the words you
 8    used, but you haven't made a mistake yet.  That's
 9    fine.
10          Q    And the second to last paragraph in that
11    big e-mail reads, does it not:  "It is important
12    that we be careful not to change the perception of
13    physicians toward oxycodone when developing
14    promotional pieces, symposia, review articles,
15    studies, etc."
16               Did I read that correctly?
17          A    Yes.
18          Q    Promotional pieces, those are -- those
19    are marketing pieces, right?
20          A    Yes.  That --
21          Q    Okay.
22          A    -- conform to the package insert or
23    should always conform to it, I --
24          Q    Should do so, correct?
```

```
 1   with,'" unquote, "in cancer pain (instead of

 2   Percocet, Vicodin, etc.) and" --

 3       A    Step -- step -- I'm sorry to interrupt

 4   you, but that's step 2.

 5       Q    Yes.

 6       A    Okay.

 7       Q    If you'd let me ask the question,

 8   Doctor --

 9       A    Certainly.

10       Q    -- we can move quickly through this.

11       A    I am sorry for the interruption.

12       Q    I'm going to start again.

13            "Mike Cullen discussed in detail

14   Marketing's positioning of OxyContin.  He

15   explained that we want to expand extensively in

16   the non-cancer market segment while promoting

17   OxyContin as," quote, "'the one to start with,'"

18   unquote, "in cancer pain (instead of Percocet,

19   Vicodin, etc.) and," quote, "'the one to stay

20   with,'" unquote, "through proper titration."

21            Next paragraph:  "We can show that we

22   are as," quote, "'effective,'" unquote, "as

23   morphine, but do not want to say OxyContin is as,"

24   quote, "'powerful,'" unquote, "as morphine.  Words
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   such as," quote, "'powerful,'" unquote, "may make
 2   some people think the drug is dangerous and should
 3   be reserved for the more severe pain.  This could
 4   have a negative effect in the much larger
 5   non-cancer pain market.  Mike reminded the team
 6   that we should keep this positioning in mind as we
 7   develop future marketing programs, symposia,
 8   clinical study, manuscripts, and any other items
 9   that discuss the use of OxyContin."
10            Did I read that correctly?
11       A   You did.
12       Q   And there's a reference there to
13   "marketing programs," right?  Do you see that?
14       A   I'm -- I'm looking for "marketing
15   programs."
16       Q   Second to last sentence.
17       A   Sentence?
18       Q   Yes, sir.
19       A   Okay.  Thank you.
20       Q   Or the last sentence on the second
21   paragraph.  I --
22       A   Oh, the last sentence.
23       Q   Yes, sir.
24       A   Okay.  (Peruses document.)  Okay.
```

```
 1        Q    All right.  So I -- I read that all
 2   correctly, did I not?
 3        A    I think you did.
 4        Q    Now, marketing -- the marketing
 5   activities of Purdue Pharma LP, between the launch
 6   in early 1996 over the next five years, was in
 7   part an attempt to influence the prescribing
 8   habits of physicians.  True?
 9             MR. BERNICK:  Objection to form.  Lack
10   of foundation.
11             THE WITNESS:  To affect it.  I think
12   that's a fair statement.  It's not one I'm used
13   to, but I think that's fair.
14   BY MR. HANLY:
15        Q    Because at the end of the day, Doctor,
16   sales of OxyContin are a function of the extent to
17   which a physician is willing to prescribe the
18   drug.  True?
19        A    To which he prescribes it.
20        Q    True.
21        A    Okay.
22             MR. HANLY:  How much time have I got
23   left?
24             MR. BERNICK:  15.
```