Page 1

1          IN THE UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF OHIO
3                 EASTERN DIVISION
4
             ~~~~~~~~~~~~~~~~~~~~
5
6    IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804
     OPIATE LITIGATION
7                                Case No. 17-md-2804
8                                Judge Dan Aaron
     This document relates to:      Polster
9
     The County of Summit, Ohio, et al.
10   v. Purdue Pharma L.P., et al.
     Case No. 17-OP-45004
11
     The County of Cuyahoga v. Purdue
12   Pharma L.P., et al.
     Case No. 18-OP-45090
13
     City of Cleveland, Ohio v. Purdue
14   Pharma L.P., et al
     Case No. 18-OP-45132
15
             ~~~~~~~~~~~~~~~~~~~~
16
               Videotaped deposition of
17                 TERRY ALBANESE
18
                 January 4, 2019
19                   9:04 a.m.
20
21                  Taken at:
          Sheraton Suites - Cuyahoga Falls
22              1989 Front Street
               Cuyahoga Falls, Ohio
23
24
          Renee L. Pellegrino, RPR, CLR

```
 1    APPEARANCES:
 2    On behalf of Summit County and City of Akron:
         Motley Rice
 3       TOPE O. LEYIMU, ESQ.
         TAMMY RIVERS, ESQ.
 4       28 Bridgeside Boulevard
         Mt. Pleasant, South Carolina  29464
 5       (843) 216-9343
         tleyimu@motleyrice.com
 6       trivers@motleyrice.com
 7    On behalf of Walmart, Inc.:
         Jones Day
 8       ALAN HOLLINGSWORTH, ESQ.
         North Point, 901 Lakeside Avenue
 9       Cleveland, Ohio  44114-1190
         (216) 586-3939
10       ahollingsworth@jonesday.com
11    On behalf of Endo Pharmaceuticals, Inc., Endo
      Health Solutions, Inc., Par Pharmaceuticals,
12    Inc. and Par Pharmaceutical Companies, Inc.:
         Baker & Hostetler
13       RUTH HARTMAN, ESQ.
         127 Public Square
14       Suite 2000
         Cleveland, Ohio  44114-1214
15       (216) 621-0200
         rhartman@bakerlaw.com
16
      On behalf of Cardinal Health:
17       Williams & Connolly
         COLLEEN McNAMARA, ESQ.
18       725 12th Street, N.W.
         Washington, D.C.  20005
19       (202) 434-5186
         cmcnamara@wc.com
20
21                      ~ ~ ~ ~ ~
22
23
24
25
```

1   APPEARANCES, CONT'D:

2   On behalf of McKesson Corporation:
       (Via Telephone)

3       Covington & Burling LLP
       ASEEM P. PADUKONE, ESQ.

4       One Front Street
       San Francisco, California  94111-5356

5       (415) 591-7059
       apadukone@cov.com

6

    On behalf of AmerisourceBergen:

7       (Via Telephone)
       Jackson Kelly

8       ANDREW N. SCHOCK, ESQ.
       50 South Main Street

9       Suite 201
       Akron, Ohio  44308

10      (330) 252-9060
       anschock@jacksonkelly.com

11

12  ALSO PRESENT:  Shaun Crum, Videographer

13
                        ~ ~ ~ ~ ~

14

15

16

17

18

19

20

21

22

23

24

25

1                    TRANSCRIPT INDEX

2

3    APPEARANCES .....................................2

4    INDEX OF EXHIBITS ...............................5

5    INDEX OF OBJECTIONS ............................6

6

7    EXAMINATION OF TERRY ALBANESE:

8    BY MS. MCNAMARA .................................9

9    BY MS. HARTMAN ...............................101

10   BY MR. HOLLINGSWORTH .........................110

11

12   REPORTER'S CERTIFICATE .......................117

13

14   EXHIBIT CUSTODY - RETAINED BY COURT REPORTER

15

16

17

18

19

20

21

22

23

24

25

Page 5

1                        INDEX OF EXHIBITS
2
3     Number              Description              Marked
4
5    Exhibit 1     Notice of Videotaped Deposition    15
                   of Terry Albanese
6
     Exhibit 2     Teresa (Terry) Heiselman           16
7                  Albanese, Ph.D. Resume,
                   Beginning Bates Number
8                  AKRON_000316484
9    Exhibit 3     Document Entitled "Community       56
                   Health Needs Assessment Year
10                 2013, Summa Health System,"
                   Beginning Bates Number
11                 AKRON_000316728
12   Exhibit 4     Document Entitled                  58
                   "Implementation Strategy
13                 2013-2015 Summa Health System,"
                   Beginning Bates Number
14                 AKRON_000316756
15   Exhibit 5     E-Mail String, Beginning Bates     60
                   Number AKRON_000316317
16
     Exhibit 6     E-Mail String Beginning Bates      64
17                 Number AKRON_000315875
18   Exhibit 7     E-Mail String Beginning Bates      90
                   Number AKRON_000310062
19
     Exhibit 8     E-Mail String Bates Numbered       91
20                 AKRON_000315364
21   Exhibit 9     E-Mail String Beginning Bates      92
                   Number AKRON_000310913
22
     Exhibit 10    E-Mail String Bates Numbered      105
23                 AKRON_000316646
24
25

1                    INDEX OF OBJECTIONS
2
3    Objection .....................................12
     Objection .....................................13
4    Objection .....................................15
     Objection .....................................24
5    Objection .....................................29
     Objection .....................................33
6    Objection .....................................35
     Objection .....................................36
7    Objection .....................................37
     Objection .....................................45
8    Objection .....................................46
     Objection .....................................46
9    Objection .....................................47
     Objection .....................................49
10   Objection .....................................49
     Objection .....................................49
11   Objection .....................................49
     Objection .....................................50
12   Objection .....................................50
     Objection .....................................51
13   Objection .....................................51
     Objection .....................................51
14   Objection .....................................52
     Objection .....................................52
15   Objection .....................................52
     Objection .....................................53
16   Objection .....................................53
     Objection .....................................54
17   Objection .....................................55
     Objection .....................................59
18   Objection .....................................59
     Objection .....................................61
19   Objection .....................................61
     Objection .....................................62
20   Objection .....................................64
     Objection .....................................65
21   Objection .....................................65
     Objection .....................................65
22   Objection .....................................67
     Objection .....................................72
23   Objection .....................................72
     Objection .....................................73
24   Objection .....................................75
     Objection .....................................75
25   Objection .....................................76

1                    INDEX OF OBJECTIONS, CONT'D
2
3     Objection ......................................77
      Objection ......................................81
4     Objection ......................................82
      Objection ......................................83
5     Objection ......................................83
      Objection......................................83
6     Objection ......................................85
      Objection ......................................87
7     Objection ......................................90
      Objection ......................................94
8     Objection ......................................94
      Objection ......................................95
9     Objection ......................................96
      Objection ......................................97
10    Objection ......................................97
      Objection ......................................97
11    Objection ......................................98
      Objection ......................................98
12    Objection ......................................98
      Objection ......................................99
13    Objection ......................................99
      Objection ......................................99
14    Objection .....................................100
      Objection .....................................101
15    Objection .....................................105
      Objection .....................................105
16    Objection .....................................107
      Objection .....................................108
17    Objection .....................................109
      Objection .....................................111
18    Objection .....................................111
      Objection .....................................111
19    Objection .....................................112
      Objection .....................................112
20    Objection .....................................113
      Objection .....................................113
21    Objection .....................................113
      Objection .....................................114
22    Objection .....................................114
      Objection .....................................114
23    Objection .....................................114
24
25

1              THE VIDEOGRAPHER:  The date is

2    January 4th, 2019.  We're on the record at 9:04

3    a.m.  This is the deposition of Terry Albanese

4    in the matter of In Re: National Prescription

5    Opiate Litigation, in the United States District

6    Court, Northern District of Ohio, Eastern

7    Division.

8              Will counsel please state

9    appearances for the record?

10             MS. LEYIMU:  Tope Leyimu with Motley

11   Rice, here for the witness, City of Akron and

12   Summit County.

13             MS. RIVERS:  Tammy Rivers, Motley

14   Rice, City of Akron and Summit County.

15             MS. McNAMARA:  Colleen McNamara,

16   Williams & Connolly, on behalf of Cardinal

17   Health.

18             MS. HARTMAN:  Ruth Hartman, Baker

19   Hostetler, on behalf of the Endo Defendants.

20             MR. HOLLINGSWORTH:  Adam

21   Hollingsworth, Jones Day, on behalf of Walmart.

22             THE VIDEOGRAPHER:  Will counsel on

23   the phone please state appearances for the

24   record?

25             MR. SCHOCK:  Yes.  Andrew Schock of

Page 9

1   Jackson Kelly for AmerisourceBergen Drug

2   Corporation.

3               MR. PADUKONE:  Aseem Padukone,

4   Covington & Burling, on behalf of McKesson

5   Corporation.

6               THE VIDEOGRAPHER:  Will the court

7   reporter please swear in the witness?

8       TERRY ALBANESE, of lawful age, called

9   for examination, as provided by the Federal

10  Rules of Civil Procedure, being by me first duly

11  sworn, as hereinafter certified, deposed and

12  said as follows:

13              EXAMINATION OF TERRY ALBANESE

14  BY MS. McNAMARA:

15      Q.    Good morning, ma'am.

16      A.    Good morning.

17      Q.    Could you please state your name for

18  the record?

19      A.    Terry Albanese.

20      Q.    And what's your current address?

21      A.    2530 Cedar Creek Lane, Akron, Ohio

22  44312.

23      Q.    Have you ever been deposed before?

24      A.    No.  Well, I was a -- I'm sorry --

25  an expert witness many, many years ago, and I

1   did go through a deposition prior to that.

2          Q.    And what topic were you an expert

3   witness on?

4          A.    It was a nursing home case.

5          Q.    And you were deposed in that matter?

6          A.    Um-hum.

7          Q.    Did you testify at trial?

8          A.    Yes.

9          Q.    And who -- who was your client in

10  that case?

11         A.    This was back in the 1980s when I

12  was in graduate school, and so I don't remember

13  the details.

14         Q.    No problem.

15               Well, since it's been a while, let's

16  just start off with a few basic ground rules to

17  help today go as smoothly as possible.

18               The most important thing probably is

19  that we avoid talking over each other so we can

20  get a clean record of your testimony.  So I will

21  do my best to wait for you to finish answering

22  before I start asking my next question, and I'd

23  appreciate if you do the same for me.  Fair?

24         A.    Okay.

25         Q.    And since the record is being

1   transcribed, it's also important that you answer

2   everything audibly, in words, rather than

3   uh-huhs or unh-unhs, so we don't get any

4   confusion on the record.  Fair?

5        A.   Okay.

6        Q.   And I will try to take breaks

7   periodically, but if at any time you want a

8   break, I'm happy to do that.  My only request is

9   that if I've asked you a question, that you

10  answer it before we go off the record, okay?

11       A.   Okay.

12       Q.   Is there any reason that you won't

13  be able to provide truthful and accurate

14  testimony today?

15       A.   No.

16       Q.   Are you on any medications that

17  might affect your ability to recall anything?

18       A.   No.

19       Q.   Great.

20            So did you do anything to prepare

21  for your deposition today?

22       A.   I met with the team from Motley Rice

23  a couple of times.

24       Q.   And how many times did you meet?

25       A.   Three.

Page 12

1          Q.     And when was your first meeting?

2          A.     It's the holidays.  I know the

3   second -- the third one was yesterday.  I'd have

4   to look at my phone to tell you which days the

5   others were.

6          Q.     Were they within the last month or

7   so?

8          A.     Oh, yes.  Yeah.

9          Q.     And how long were each of those

10  meetings?

11         A.     About two hours.

12         Q.     Did you review documents during

13  those meetings?

14         A.     A few.

15         Q.     Did you review any that refreshed

16  your recollection about the issues in this case?

17              MS. LEYIMU:  Object to the form of

18  the question.

19         A.     Not necessarily, no.

20         Q.     Have you discussed this deposition

21  with anyone other than your lawyers?

22         A.     No.  I mean, my husband knows that

23  I'm giving it, but he's not that interested.

24         Q.     Fair enough.

25              So nothing substantive, I take it?

1        A.      Right.

2        Q.      Okay.  And did you review any

3    documents on your own outside of your meetings

4    with the lawyers in preparation for today?

5        A.      No.  No.

6        Q.      So how long have you lived in Akron?

7        A.      My whole life minus four years.

8        Q.      And have you lived there -- have you

9    lived in Akron since at least 1996?

10       A.      Oh, yes.  I moved back in January of

11   '88.

12       Q.      And you understand that you're being

13   deposed today in connection with some ongoing

14   litigation, correct?

15       A.      Yes.

16       Q.      And what's your understanding of the

17   subject matter of that litigation?

18       A.      That the city and the county are

19   suing manufacturers, distributors and some of

20   the companies that sell opioids.

21       Q.      And what's your understanding of why

22   the city and county are suing?

23            MS. LEYIMU:  Object to the form of

24   the question.

25            You can answer.

1      A.    Because of the crisis that we have

2    experienced as a result of so many individuals

3    being addicted to drugs.

4      Q.    And when you say "addicted to

5    drugs," what drugs are you referring to?

6      A.    All kinds of opioids.  That's what

7    people have been overdosing from is opioids.

8      Q.    And when you say "opioids," to back

9    up for a minute, what is an opioid?

10      A.    A pain-relieving drug.

11      Q.    And what are some examples of

12    opioids?

13      A.    OxyContin, hydrocodone, fentanyl,

14    heroin.

15      Q.    Is Xanax an opioid?

16      A.    I don't think so, but I don't know.

17      Q.    Is methamphetamine an opioid?

18      A.    I don't think so.

19      Q.    What about cocaine?

20      A.    I'm not sure.

21      Q.    Okay.  And what's your understanding

22    of why you specifically have been asked to

23    testify today?

24            MS. LEYIMU:  Object to the form of

25    the question.

Page 15

1    A.    Because I worked for the city during

2  that time period.

3    Q.    And are you aware that the city has

4  identified you as somebody who has knowledge

5  relevant to the issues in this case?

6    A.    I'm not surprised.

7    Q.    And why are you not surprised?

8    A.    Because I was involved in some of

9  the work that we did to address the problem.

10    Q.    And we'll circle back and talk more

11  about that throughout the day.

12                    -    -    -    -    -

13                (Thereupon, Albanese Deposition

14                Exhibit 1, Notice of Videotaped

15                Deposition of Terry Albanese, was

16                marked for purposes of

17                identification.)

18                    -    -    -    -    -

19    Q.    I'll start off by just handing you,

20  as a housekeeping matter, Exhibit 1, which is a

21  copy of your deposition notice.  I'm not going

22  to ask any questions about that, so you can just

23  set that to the side.

24                    -    -    -    -    -

25                (Thereupon, Albanese Deposition

Page 16

```
 1              Exhibit 2, Teresa (Terry) Heiselman
 2              Albanese, Ph.D. Resume, Beginning
 3              Bates Number AKRON_000316484, was
 4              marked for purposes of
 5              identification.)
 6                   -   -   -   -   -
 7         Q.    And here is Exhibit 2.  For the
 8   record, this is a document Bates numbered
 9   Akron_000316484.  And just let me know when you
10   have had a chance to review it and are ready to
11   go.
12         A.    Okay.
13         Q.    So do you recognize this document?
14         A.    Yes.
15         Q.    What is it?
16         A.    It's an old version of my vita.
17         Q.    Your resume?
18         A.    Yes.  You can call it a resume.
19         Q.    You mentioned that it's old, but is
20   the information that it does contain accurate as
21   of the day --
22         A.    Yes.
23         Q.    Okay.  And did you personally write
24   this?
25         A.    Yes.
```

1          Q.     So I want to start out by talking
2     about your background, and we'll go from kind of
3     the beginning of your career and walk forward
4     through the present.
5          A.     Okay.
6          Q.     So where did you go to undergrad?
7          A.     University of Akron.
8          Q.     And did you graduate?
9          A.     Yes.
10         Q.     What was your degree?
11         A.     Psychology.
12         Q.     And after you graduated from the
13    University of Akron, what did you do?
14         A.     I went to graduate school.
15         Q.     And it looks like, from your resume,
16    you got a Master's?
17         A.     Yes.
18         Q.     And what was that Master's in?
19         A.     Master of Gerontological Studies,
20    Master of Arts.
21         Q.     And what is gerontological studies?
22         A.     Gerontology is the study of aging.
23         Q.     And did you do any research or
24    produce a paper in order to get your Master's?
25         A.     The Master's was an applied program

```
 1   toward a license for nursing home
 2   administration.
 3        Q.    And did you obtain a license in
 4   nursing home administration?
 5        A.    I did.
 6        Q.    And after you got your Master's,
 7   what did you do?
 8        A.    I worked for a nursing home in Xenia
 9   and Jamestown, Ohio.
10        Q.    And where are Xenia and Jamestown
11   located in Ohio?
12        A.    Xenia is about an hour and 15
13   minutes west of Columbus and Jamestown is within
14   a half hour south of Columbus.
15        Q.    And what was your title while
16   working for those nursing homes?
17        A.    Nursing home administrator.
18        Q.    And what did you do as a nursing
19   home administrator?
20        A.    Everything involved in
21   administration, in terms of staffing and
22   assuring that we were following the rules of the
23   State of Ohio for nursing homes.  And I
24   developed a program around caring for older
25   adults with Alzheimer's disease or related
```

```
 1   dementias.
 2        Q.    And at least some of the residents
 3   of those nursing homes were on prescription
 4   drugs; is that fair?
 5        A.    Yes.
 6        Q.    How did they get their prescription
 7   drugs while they were living at the nursing
 8   home?
 9        A.    In nursing homes the nurses must
10   provide them.
11        Q.    Do the nurses prescribe them as
12   well?
13        A.    No.
14        Q.    So prescribed by doctors?
15        A.    By doctors, yes.
16        Q.    But provided by the nurses?
17        A.    Um-hum.
18        Q.    And did any of your responsibilities
19   as a nursing home administrator relate at all to
20   the prescription drugs or overseeing the
21   prescription drugs that the residents were
22   taking?
23        A.    Not that I recall.  I don't remember
24   having involvement in that.  I'm not clinical,
25   and there's a director of nursing and a pharmacy
```

Page 20

1    consultant.

2         Q.    And it looks like, from your resume,

3    you worked for those nursing homes from 1985 to

4    1988?

5         A.    Um-hum.

6         Q.    Is that correct?

7         A.    Yes.

8         Q.    So what did you do -- so why did you

9    leave the nursing homes?

10        A.    I wanted to go to graduate school to

11   get my Doctorate in sociology.

12        Q.    And is that what you wound up doing?

13        A.    Yes.

14        Q.    And where did you go to get your

15   Doctorate?

16        A.    University of Akron.

17        Q.    And you did get your Doctorate

18   ultimately, correct?

19        A.    Yes.

20        Q.    And it looks like you got it in

21   1995?

22        A.    Yes.

23        Q.    And what was your doctorate in?

24        A.    Sociology.

25        Q.    And did you have a particular

Page 21

1   specialty?

2          A.      Medical sociology.

3          Q.      And what is medical sociology?

4          A.      Well, you can study the sociology of

5   medicine and sociology in medicine.  Because of

6   my work in the nursing home, I focused on the

7   relationships between the residents who live in

8   nursing homes and the staff who worked there.

9          Q.      And when you say "staff," what are

10  you referring to?

11         A.      Primarily the nurse's aides, but the

12  nurses as well.

13         Q.      And those nurse's aides and nurses,

14  are they typically employed by the nursing home?

15         A.      Yes.

16         Q.      And do nursing homes also typically

17  employ doctors?

18         A.      No.  We had doctors, at least where

19  I worked, who were contracted as our medical

20  director, and each patient had their own

21  physician unless they chose to go with the

22  contracted medical director.

23         Q.      And did you write a thesis in the

24  course of obtaining your Doctorate?

25         A.      Yes.

Page 22

1          Q.     And what was your thesis on?

2          A.     The relationships between nursing

3    home residents and nurse's aides.

4          Q.     And while you were getting your

5    Doctorate, did you work?

6          A.     I got scholarships and I taught and

7    I did research with the Benjamin Rose Institute.

8          Q.     And what's the Benjamin Rose

9    Institute?

10         A.     It's an organization in Cleveland

11   that focuses on research and services for older

12   adults.

13         Q.     And you mentioned that you taught as

14   well, correct?

15         A.     Um-hum.

16         Q.     What kind of courses did you teach?

17         A.     Introduction to Sociology and Family

18   Sociology.  I'd have to look at my list of what

19   I put because it's been a long time.

20         Q.     It says, "Medical Sociology" and

21   "Sociology of Aging."

22         A.     Yes.

23         Q.     And were those undergraduate

24   courses?

25         A.     Yes.

Page 23

1          Q.    And after you obtained your
2    doctorate, what did you do next?
3          A.    I taught part time.
4          Q.    And did you continue to teach the
5    same type of courses that you did while you were
6    a student?
7          A.    Yes, but --
8          Q.    Your resume indicates you were the
9    campus course director for the BS/MD program?
10         A.    Um-hum.
11         Q.    What did that entail?
12         A.    Northeast Ohio University's Colleges
13   of Medicine, as it was called at the time, had a
14   BS/MD program in which students could get
15   accepted into medical school right out of high
16   school.  So they spent an accelerated two years
17   at either Akron U, Youngstown State University
18   or Kent State University.  And their very first
19   course in the summer after they graduated from
20   high school was a course out at NEOMED, and it
21   was a community health sciences course and I was
22   the course director for that.
23         Q.    And this also mentions that you were
24   the undergraduate program and practicum
25   coordinator for the Institute for Life Span

Page 24

1    Development and Gerontology.

2         A.    Yes.

3         Q.    And what did that entail?

4         A.    Helping students find internships

5    and monitoring those internship programs.

6         Q.    Did any of the courses that you

7    taught at the University of Akron relate in any

8    way to -- to prescription opioids?

9         A.    No, not that I recall.

10        Q.    Did they relate in any way to the

11   prescribing of medication in general?

12        A.    No.

13        Q.    And you yourself are not a licensed

14   prescriber, correct?

15        A.    No.  I do nothing clinical.

16        Q.    During the course of your education

17   from undergrad through your Doctorate, did you

18   ever learn anything about opioids?

19             MS. LEYIMU:  Object to the form.

20        A.    You know, I really don't recall the

21   specifics.

22        Q.    And you never did any research

23   involving prescription opioids, correct?

24        A.    I did not.

25        Q.    And did you ever do any research

Page 25

1    involving substance abuse more generally?

2         A.    No.

3         Q.    And it looks like you taught at the

4    University of Akron from 1991 to 2006, correct?

5         A.    I still teach there on a part-time

6    basis.

7         Q.    And 2013 and 2014 on your resume,

8    was that also part time?

9         A.    Yes.

10        Q.    And it looks like you were, for a

11   period of time, a member of the Akron City

12   Council, correct?

13        A.    Yes.

14        Q.    And that was Ward 6?

15        A.    Yes.

16        Q.    Where is Ward 6?

17        A.    The east side of Akron, in the Ellet

18   neighborhood.

19        Q.    And how did you initially get on the

20   council?

21        A.    A friend of mine who was on the

22   council was going to be appointed as an at-large

23   member and he was our ward representative, and

24   he suggested that I would be a good person to do

25   that.

1        Q.     And you accepted?

2        A.     I applied, had to apply and go

3    through the interview process and get appointed

4    before the next election, and yes.

5        Q.     So it looks like you were appointed

6    in 2001 and then ran in 2001; is that correct?

7        A.     Yes.  My first election was

8    9-11-2001.

9        Q.     Oh, that's memorable.

10       A.     So that's memorable, yes.

11       Q.     And so did you campaign for that

12   position in 2001?

13       A.     Yes.

14       Q.     And what were the issues you

15   campaigned on?

16       A.     I'm not sure that I remember what

17   was -- what I thought was important at the time.

18   I remember housing was an issue and cleaning up

19   old businesses that were broken down, abandoned

20   buildings, that sort of thing, quality of life

21   issues in the neighborhood.

22       Q.     And it looks like there was a

23   two-year term for city council?

24       A.     Yes.

25       Q.     And you were elected again in 2003,

Page 27

1  2005 and 2007?

2        A.    Yes.

3        Q.    And do you remember any of your main

4  campaign issues in those elections?

5        A.    No.  I can't say that I do.

6  Campaigning was not my favorite part of the job,

7  so --

8        Q.    Did you campaign on anything related

9  to substance abuse?

10        A.    No.

11        Q.    And so your final term ended in

12  2009; is that correct?

13        A.    Correct.

14        Q.    And why did you leave the council?

15        A.    Ten years or nine years is a long

16  time, and -- to represent a ward, and I wasn't

17  going to run, and then I was asked to run for an

18  at-large -- there are three at-large

19  positions -- as part of a trio of three, to run

20  together, and I agreed to do that, and -- but I

21  did not win that election.

22        Q.    While you were on the council, you

23  were the committee chair of the Economic

24  Development and Job Creation Committee, correct?

25        A.    Correct.

Page 28

1         Q.    And what did that entail?

2         A.    Well, as committee chair, you lead

3    the meeting.

4         Q.    And what kind of issues did the

5    Economic Development and Job Creation Committee

6    address?

7         A.    During that time we were struggling

8    with the rubber companies leaving, and Goodyear

9    was -- had their world headquarters in Akron,

10   and so a big project was working with them to

11   stay, and they have stayed and rebuilt their

12   world headquarters here in Akron and maintain a

13   strong presence.  That was a very big part of

14   it.

15        Q.    And you were also on the Planning,

16   Public Service, Housing and Parks and Recreation

17   Committees, correct?

18        A.    Correct.

19        Q.    Did any of your work on any of these

20   committees ever touch on substance abuse issues?

21        A.    Not that I recall.

22        Q.    Did opiate abuse or opiate addiction

23   ever come up in the context of your work on

24   these committees?

25        A.    Not on these committees.

Page 29

1      Q.    Do you recall opiate abuse or

2  addiction coming up at any point during your

3  tenure on the city council?

4      A.    No.  During those years I think that

5  there was a methamphetamine problem.  We got

6  dubbed the meth capital, but what other

7  communities came to understand is that they had

8  meth problems as much as we did, we were just

9  proactive in finding the meth labs and getting

10  rid of them.  And I believe that was an issue

11  during the years when I was on council.

12      Q.    So you don't recall there being an

13  opiate abuse problem or an opiate abuse crisis

14  while you were on the council?

15           MS. LEYIMU:  Object to the form.

16      A.    Not that I'm aware of.

17      Q.    So the next item up on your resume

18  is your experience at NEOMED?

19      A.    Correct.  Yes.

20      Q.    And you were an assistant professor

21  and adjunct assistant professor there, correct?

22      A.    Correct.

23      Q.    What was your course load while you

24  were an assistant professor at NEOMED?

25      A.    I was part time, and we -- I was

1  still involved in the BS/MD community health

2  practicum for the undergraduates as well as the

3  M4 year community health medicine clerkship when

4  students were ready to graduate.  I assisted

5  with teaching epidemiology courses and being a

6  PBL, problem-based learning facilitator, for the

7  first-year medical students.

8       Q.    And did any of your courses that you

9  taught at NEOMED touch on opiates or

10  prescription opioids at all?

11      A.    Not that I recall.

12      Q.    Did any of them touch on substance

13  abuse more generally?

14      A.    There would have been some where

15  there was some education about physicians in

16  asking patients about substance abuse, alcohol

17  abuse.  As I recall, there was more focus at the

18  time on alcoholism.

19           During that period of time post

20  9-11, there was a lot of effort to focus on

21  emergency preparedness.

22      Q.    And you were an assistant professor

23  part time from 2000 to 2006, correct?

24      A.    Correct.

25      Q.    And then in 2006 you became an

Page 31

1    adjunct assistant professor?

2         A.    Correct.

3         Q.    And it says here you were a capstone

4    preceptor for the Consortium of Eastern Ohio

5    Master of Public Health Program, correct?

6         A.    Yes.

7         Q.    What did that involve?

8         A.    Working with students who were

9    finishing up their coursework in public health

10   as a reader and advisor to their capstone

11   project.

12        Q.    And what type of courses did you

13   teach during this period?

14        A.    I didn't teach in the Master of

15   Public Health program.

16        Q.    Did you teach any other courses for

17   the university?

18        A.    No.

19        Q.    Are you still an adjunct assistant

20   professor?

21        A.    I think it's -- my tenure has ended.

22        Q.    When did it end?

23        A.    I'd have to look at the paper that I

24   used to have on the wall that said -- I want to

25   say it was 2017 or '18 it probably ended.  Since

1    I'm not working in the field, I don't have an

2    adjunct position there.

3         Q.    And in 2006 you started working at

4    Summa Health System?

5         A.    Summa Health System.

6         Q.    And that was 2006 to 2013?

7         A.    Correct.

8         Q.    And you were a research associate

9    there, correct?

10        A.    Correct.

11        Q.    And what did that involve?

12        A.    I conducted research, mostly with

13   hospice and palliative medicine but with the

14   geriatrics department as well.  I worked with

15   the internal medicine residents.  I would get

16   called in occasionally to assist with research

17   for other residents, ophthalmology.  I'm trying

18   to think of what else.

19             We had a physician who came to us

20   from Hungary, who was initiating the first

21   hospice in Hungary, and so she came to learn

22   from us.  So I spent a year working with her and

23   her research projects while she was at Summa.

24        Q.    When you mentioned research

25   involving hospice and palliative care, was that

Page 33

1    your personal research or were you assisting

2    other people?

3         A.    It was all team research.  There was

4    very little that's done as an individual.

5         Q.    And what kind of subjects did you

6    research within those fields?

7         A.    Much of it was around cost

8    effectiveness of palliative care, of having a

9    palliative care unit, a palliative care service.

10        Q.    And just to back up for a minute,

11   what is palliative care?

12        A.    Palliative care is most simply known

13   as comfort care.  We often associate it with

14   end-of-life care, with hospice care.  When the

15   goal is no longer a cure but comfort, maximizing

16   quality of life for as long as life lasts.

17        Q.    So these are patients that are often

18   in severe pain?

19             MS. LEYIMU:  Object to the form.

20        A.    Not all cancer patients and dying

21   patients have pain, so I don't know that you

22   could say that this is something that all

23   patients experience.

24        Q.    And did you ever, in the context of

25   researching cost effectiveness -- can you talk a

1    little bit more about what that means in the

2    context of palliative care?

3         A.    Okay.

4              So in the work that I did, we would

5    have a list of patient numbers; patients, for

6    example -- this is one of the studies -- where

7    they were in the ICU and had a palliative care

8    consult and transferred to the palliative care

9    unit, and we compared those patients with

10   similar patients who did not have a palliative

11   care consult but died in the intensive care

12   unit.

13        Q.    So if I'm understanding at a general

14   level, it was cost effectiveness of a dedicated

15   palliative care unit versus the ICU?

16        A.    Um-hum.  In a palliative care unit,

17   you can focus on the comfort of the patient and

18   the family for whatever life they have left.

19   It's harder to do in an intensive care unit that

20   isn't designed to have family around, and it's

21   difficult to have that same level of comfort for

22   both the patient and the family in that kind of

23   environment.  It's designed to save lives.

24   Palliative care units are designed for comfort.

25        Q.    In your research did you ever

Page 35

```
 1   compare the cost effectiveness of different
 2   options for increasing the patient's comfort,
 3   for example, different medications?
 4        A.    No.  No.  It was the -- the focus
 5   was more on the total cost.
 6        Q.    Did you ever look into total cost in
 7   terms of providing the patients with medication
 8   versus other options for providing palliative
 9   care?
10             MS. LEYIMU:  Object to the form.
11        A.    I'm not sure what you mean by
12   other -- can you restate the question?
13        Q.    Yes.  That was a -- I think I
14   confused myself with the question, too.
15             When you talk about making patients
16   more comfortable in the palliative care context,
17   what does that involve in terms of what's being
18   done for those patients?
19        A.    That can mean many things.  That can
20   mean pain management obviously, but it can mean
21   massage therapy, it can mean music, it can mean
22   having pets come and visit.  It means what it
23   means to each patient, so it can be whatever.
24             I had a friend who was on the unit,
25   and what he wanted was a McDonald's breakfast
```

Page 36

```
 1   sandwich every morning, so when I came to work,

 2   I stopped at McDonald's and I brought him one.

 3   So it can be all kinds of things.  My aunt had

 4   her granddaughter singing show tunes.  So yeah,

 5   it can mean a variety of things as well as pain

 6   management and things that we think of more

 7   traditionally in medical care.

 8        Q.    So if I'm understanding correctly,

 9   palliative care would involve a pain management

10   component and then also individual -- also

11   individual things that are customized to every

12   patient?

13        A.    It was all customized.

14             MS. LEYIMU:  I'm going to object to

15   the form.

16             You can answer.

17        Q.    Did any of your palliative care

18   research relate to or examine the use of

19   prescription opioids in palliative care?

20        A.    No.

21        Q.    And have you -- my question was

22   specific to palliative care, but to back up, any

23   of your research in any context relate to

24   prescription opioids?

25             MS. LEYIMU:  Object to the form.
```

Page 37

1          A.      No.

2          Q.      Your resume says you were appointed

3    the chair of the Interdisciplinary Consortium on

4    Aging Research and Education; is that correct?

5          A.      Where is that?

6          Q.      That is the third bullet point.

7          A.      Oh, yes, ICARE.

8          Q.      What's ICARE?

9          A.      It was our Interdisciplinary

10   Consortium on Aging Research and Education.  It

11   was a group of individuals from Summa, from

12   NEOMED, and I don't remember all the

13   organizations, who were interested in advancing

14   research in care of the older adults.

15         Q.      And is ICARE run by Summa?

16         A.      It doesn't exist anymore.

17         Q.      Okay.  When it did, was it run by

18   Summa?

19         A.      What do you mean by "run by"?  There

20   was no funding -- let's put it that way -- but

21   it was initiated by the physician who was the

22   head of geriatrics at the time at Summa.  But it

23   was a collaborative group, not a formal group,

24   in terms of a group that had a budget.

25         Q.      The last bullet point under Summa

Page 38

```
 1   says that -- under your experience at Summa says
 2   that you were on the Home Health and Hospice
 3   Professional Advisory Board,
 4   Quality/Professional Practice Committee.
 5             Do you see that?
 6        A.    Yes.
 7        Q.    And what did that involve?
 8        A.    Attending meetings -- I don't
 9   remember if it was a quarterly basis or not --
10   in which they would report out on their status
11   and various factors and quality to the extent
12   that they were meeting the goals of the
13   organization.
14        Q.    And what does professional practice
15   refer to in this context?
16        A.    I'm not really sure.  I don't
17   remember.
18        Q.    Did this committee handle anything
19   related to compliance with prescribing
20   guidelines?
21        A.    Not that I recall.
22        Q.    And then in 2014 you became the
23   manager of medical education for Summa; is that
24   correct?
25        A.    Correct.
```

1      Q.    And what did that involve?

2      A.    Managing their residency program

3  from the time that residents -- medical

4  residents are selected to come to Summa, to do

5  their program, to provide the orientation -- not

6  provide.  Our department organized the

7  orientation, and we organized their graduation

8  at the end, and we also managed the students who

9  did rotations from the medical schools, and

10  continuing medical education was also a part of

11  our department.

12      Q.    And that was not a clinical role,

13  correct?

14      A.    No, it was not a clinical role.

15      Q.    And you did that for about one year?

16      A.    No.  It was about four months, maybe

17  five months, January until -- January until May.

18      Q.    And then in May 2014 what did you

19  do?

20      A.    In June of 2014 I started working

21  for the mayor of Akron.

22      Q.    And how did you -- what was your

23  title when you started working for the mayor?

24      A.    Assistant to the mayor for

25  education, health and families.

Page 40

1          Q.    And how did you get the job?

2          A.    I've known the mayor for many years,

3     and in 2013, when I was laid off from Summa, at

4     the end of 2013, when I did not have a job, I

5     called upon him to ask him if he could kind of

6     help guide me, if he heard of anything, if he

7     could be a resource for me, and -- and then I

8     got the call from Summa that I was hired.  So I

9     canceled my appointment with him because I

10    didn't need that anymore, I had a job.

11           And he called me back anyway and

12    said, "I think we should talk about your

13    employment."  So we did, and decided to give it

14    some time.  And then in April he called me and

15    asked me if I would come and work in the mayor's

16    office for him, and I agreed to do that.

17         Q.    And your position as assistant for

18    education, health and families, was that a new

19    position or --

20         A.    Yes.

21         Q.    And did you -- at the time you took

22    the position did you have an understanding of

23    why the mayor was creating that position?

24         A.    That mayor, Plusquellic, was very

25    much interested in education, and having a

Page 41

1    scholarship program, like some communities have,

2    in which all students have access to college

3    scholarships by virtue of being Akron residents.

4    And while I was on council he had an idea -- I

5    didn't support it -- and -- which is why

6    everyone was surprised when he hired me, because

7    once you cross him, you don't often get back

8    into his good graces.

9            So when I came on, one of my -- the

10   responsibilities that I took on was to try to

11   fix the holes that I thought that he had in his

12   idea about how to fund and how to manage a

13   scholarship like that.  And so, yeah, that was a

14   big part of my return, at least in my eyes, was

15   to help him to further that in a way that I

16   could support.

17       Q.    And were you able to get that

18   scholarship program off the ground?

19       A.    We did not.  We -- I put together a

20   lot of work.  I did a lot of research.  I met

21   with Para Jones from Stark State and talked to

22   her about it.  And getting the funding for it

23   was the bigger problem.

24            As it -- I also shared the

25   information that I had with the LeBron James

Page 42

1    Family Foundation, and they have since created
2    one that looks very similar to the work I did
3    for the young people who are a part of the
4    LeBron James Family Foundation.
5              So my work wasn't totally wasted.
6    Other people were able to use it.  And yeah.
7    So -- but it just didn't happen in the way the
8    mayor had hoped.
9         Q.    And it was Mayor Plusquellic you
10   said who initially brought you into the cabinet?
11        A.    Um-hum.
12        Q.    And how much longer after you joined
13   the cabinet was he the mayor?
14        A.    He left in -- gosh -- oh, gosh.
15   Well, if Danny came on in '16, he left in '15.
16        Q.    And -- sorry.
17        A.    I believe that he announced that he
18   was going to retire in May of 2015.
19        Q.    And then it looked like from my
20   research, there were a couple of people who held
21   the position or responsibilities for a short
22   period of time?
23        A.    Yes.  We had our struggles for a few
24   months there.
25        Q.    And I think it was Garry Moneypenny

Page 43

1   and Jeff Fusco were the two?

2        A.    Correct.

3        Q.    And then Mayor Horrigan was elected?

4        A.    Was elected.

5        Q.    And he's been the mayor ever since

6   then?

7        A.    Correct.

8        Q.    So when Mayor Horrigan took office,

9   did you have to do anything to retain your

10  position?

11       A.    I sent him my resume and indicated

12  my interest in working for him.  This was not a

13  surprise to him.  We've known each other since

14  we served on council together.  I always thought

15  he would make a good next mayor.  So it was a

16  pleasure to be able to work with him.

17       Q.    And did he have any specific

18  projects in mind for you when -- or did he task

19  you with any specific projects when he took

20  office?

21       A.    Early on -- he had a blue ribbon

22  committee that guided him on a lot of issues,

23  but a lot that focused around economic

24  development and strengthening the city's

25  financial situation and -- so early on it was a

Page 44

1    lot of figuring it out.  He had not been in the

2    mayor's office.  He was the clerk of courts.  So

3    figuring out what it was we really needed to be

4    doing.

5              One of the things that I had worked

6    on prior to his becoming mayor was infant

7    mortality, and there was a demand from the

8    community, even before he became mayor, to do

9    something about the high rates of infant

10   mortality among black infants in the City of

11   Akron, so that was one very specific and clear

12   issue that we knew we would be addressing.

13        Q.   Were there any other specific issues

14   that you can recall as of 2016 as things that

15   you, as the assistant for education, health and

16   families, would be addressing?

17        A.   There were a lot of things that I

18   was involved in with the former mayor with

19   regard to the hospitals, education, the

20   non-profits around the social determinants of

21   health, and particularly for me, with the former

22   mayors, with minority health.  But early on I

23   think it was to figure out what we should be

24   doing, not just doing it the way -- things the

25   way they've always been done before, but

Page 45

1    figuring out where we needed to focus our

2    attention.

3           Q.    And are you currently employed?

4           A.    I will be teaching part time at the

5    University of Akron this month.  Outside of

6    that, no.

7           Q.    And when did you leave the mayor's

8    office?

9           A.    One year ago today.

10          Q.    And why did you leave?

11          A.    It was a layoff.

12          Q.    And when you begin teaching at

13   Akron, what will you be teaching?

14          A.    The interdisciplinary course on life

15   span development and gerontology.

16          Q.    So I understand from our discussion

17   about your background that you have not done

18   clinical work; is that fair?

19          A.    Correct.

20          Q.    But during the course of your career

21   have you ever -- have you become familiar at all

22   with the closed system of distribution for

23   controlled substances like prescription opioids?

24               MS. LEYIMU:  Object to the form.

25          A.    I'm not sure what that means.

Page 46

1          Q.    Do you know what a wholesale

2    pharmaceutical distributor does?

3          A.    No.

4          Q.    Do you know whether there are any

5    constraints or limits on a drug manufacturer's

6    manufacturing of prescription opioids?

7                MS. LEYIMU:  Object to the form.

8          A.    You'd have to ask the question

9    again.

10         Q.    Do you know whether any entity

11   places limits on the amount of prescription

12   opioids that can be manufactured?

13               MS. LEYIMU:  Same objection.

14         A.    That's not something that I have

15   knowledge of.

16         Q.    Have you ever heard the term

17   "suspicious order" in the context of controlled

18   substance distribution?

19         A.    No.

20         Q.    So I have a long list of names, and

21   all I want to know is whether you, in the

22   context of your professional career, have had

23   any dealings with any of these entities, okay?

24         A.    Okay.

25         Q.    Cardinal Health?

Page 47

```
 1        A.    I don't think so.
 2        Q.    Let me -- I'll back up and say, have
 3   you ever heard of an entity called
 4   AmerisourceBergen?
 5        A.    No.
 6        Q.    So no dealings with anyone from
 7   AmerisourceBergen?
 8             MS. LEYIMU:  I'll object to the
 9   form.
10        A.    That doesn't mean anything to me, so
11   if I did, I don't remember, but no.
12        Q.    Any dealings with any employee of
13   McKesson Corporation?
14        A.    No.
15        Q.    What about Prescription Supply,
16   Inc.?
17        A.    No.
18        Q.    H.D. Smith?
19        A.    No.
20        Q.    Anda, A-n-d-a?
21        A.    No.
22        Q.    Miami Luken?
23        A.    No.
24        Q.    Henry Schein?
25        A.    No.
```

Page 48

```
 1        Q.    Purdue Pharmaceuticals?
 2        A.    No.
 3        Q.    Teva?
 4        A.    No.
 5        Q.    Cephalon?
 6        A.    No.
 7        Q.    Johnson & Johnson?
 8        A.    No.
 9        Q.    Janssen?
10        A.    No.
11        Q.    Noramco?
12        A.    No.
13        Q.    Endo?
14        A.    No.
15        Q.    Par?
16        A.    No.
17        Q.    Allergan?
18        A.    No.
19        Q.    Actavis?
20        A.    No.
21        Q.    Watson Pharmaceuticals?
22        A.    No.
23        Q.    SpecGx?
24        A.    No.
25        Q.    Insys?
```

```
                                            Page 49

 1          A.      No.

 2          Q.      Mallinckrodt?

 3          A.      No.

 4          Q.      So a few more that you have probably

 5   heard of.

 6                  You're familiar with Walmart?

 7          A.      Correct.

 8          Q.      Have you ever had any professional

 9   dealings with anyone from Walmart in the context

10   of Walmart's pharmacy or pharmaceutical

11   distribution?

12                  MS. LEYIMU:  Object to the form of

13   the question.

14          A.      No.

15          Q.      Any professional dealings with

16   anyone from Walgreens?

17          A.      No.

18                  MS. LEYIMU:  Same objection.

19          Q.      Rite-Aid?

20                  MS. LEYIMU:  Same objection.

21          A.      No.

22          Q.      CVS?

23                  MS. LEYIMU:  Same objection.

24          A.      No.

25          Q.      That's my list.  Thank you.
```

1           So earlier on I think you referred

2    to an opiate crisis.  Am I recalling that

3    correctly?

4           MS. LEYIMU:  Object to the form.

5       A.    I don't know if I said that or not.

6       Q.    Fair enough.

7           So have you ever heard the phrase

8    "opiate epidemic" before?

9       A.    Yes.

10      Q.    And when you hear that phrase,

11   "opiate epidemic," what do you understand that

12   to mean?

13      A.    We have had a very large, and

14   through 2016 especially, but into '17, number of

15   people who have overdosed in the City of Akron

16   as a result of opioids.

17      Q.    So in your mind do you equate the

18   epidemic with the overdoses?

19           MS. LEYIMU:  Object to the form.

20      A.    I think that it's more than just

21   overdosing; it's people who are addicted.

22      Q.    And are there any opioids in

23   particular that have caused people in Akron to

24   overdose since 2016, 2017?

25           MS. LEYIMU:  Object to the form of

Page 51

1    the question.

2           A.    I don't have that information.

3           Q.    Do you know whether the overdoses

4    are attributable to prescription opioids versus

5    illegal opioids?

6                 MS. LEYIMU:  Object to the form.

7           A.    I wouldn't have that information

8    either.

9           Q.    And when you said that we are

10   experiencing an opioid epidemic, who is the

11   "we"?

12          A.    The City of Akron and Summit County.

13          Q.    And you mentioned 2016 and 2017.

14   What are the significance of those years in

15   particular?

16          A.    I think in the summer of 2016 was

17   when we saw the increase, the dramatic increase

18   in EMS calls for overdoses.

19          Q.    And how did you become aware of

20   that?

21                MS. LEYIMU:  Object to the form.

22          A.    At some point, and I don't recall

23   exactly when, as we learned about this problem

24   and its growth, the Summit County Health

25   Department provided us with updates on the

1  number of overdoses and deaths that were

2  occurring on an at least weekly basis.

3       Q.   Do you believe that there was an

4  opioid epidemic in the City of Akron before

5  2016?

6            MS. LEYIMU:  Object to the form.

7            You can answer.

8       A.   We were working on -- there was an

9  opiate task force as early as 2014.

10      Q.   But was there an epidemic before

11  2016?

12           MS. LEYIMU:  Object to the form.

13      A.   I don't recall when we began to call

14  it an epidemic.

15      Q.   Based on what you saw from your

16  position in the mayor's office, did you think

17  there was an epidemic before 2016?

18           MS. LEYIMU:  Object to the form of

19  the question.

20      A.   Yeah.  I don't know when I came to

21  that understanding or that thought.  I knew that

22  there were people who were working on it, our

23  police, Akron fire and paramedics, Summit

24  County, the ADM Board.  But when anyone decides

25  to call something an epidemic is --

1      Q.    I understand that different people

2  might have different opinions on when exactly it

3  became an epidemic, but from your perspective,

4  when did it rise to the level of an epidemic in

5  Akron?

6            MS. LEYIMU:  Object to the form.

7  Asked and answered.

8      A.    I don't have a date for you on that.

9  I don't know.

10     Q.    What was the triggering event that

11 made it an epidemic?

12            MS. LEYIMU:  Object to the form of

13 the question.

14     A.    I can't say that there was such an

15 event.  There was a growth over time, and

16 without the data in front of me, I can't give

17 you an exact time.

18            MS. LEYIMU:  We've been going for

19 over an hour now.  Can we take our first break?

20            THE VIDEOGRAPHER:  Off the record at

21 10:08 a.m.

22                  (Recess had.)

23            THE VIDEOGRAPHER:  Back on the

24 record at 10:21 a.m.

25 BY MS. McNAMARA:

Page 54

1        Q.    Welcome back.

2        A.    Thank you.

3        Q.    Before we went on break, we were

4    talking about an opiate epidemic in Akron.  Do

5    you recall that?

6        A.    Um-hum.  Yes.

7        Q.    While you were in the mayor's

8    office -- so to set aside the term "epidemic"

9    for a moment, while you were in the mayor's

10   office, did you see any indication that there

11   was an opiate abuse problem in Akron before

12   2016?

13            MS. LEYIMU:  Object to the form.

14        A.    Under Mayor Plusquellic an opiate --

15   not in his administration but during that time

16   period an opiate task force had been convened,

17   and I would attend those meetings, and Akron

18   Police and Akron Fire attended those as well.

19   At the time I understood the problem to be one

20   that was a problem of law enforcement, and so

21   that was at the -- early on.  The efforts that

22   were being done that I was aware of were through

23   mostly police and fire.  And when I say police

24   and fire, that also means the paramedics.

25        Q.    And when you say you understood it

Page 55

1    to be a problem of law enforcement, what do you

2    mean by that?

3         A.     When I think of people who abuse

4    drugs, I think of that as an illegal activity.

5              I also had a neighbor -- I think it

6    was before I began working in the mayor's office

7    -- who was an Akron police officer who had a

8    canine, he was training a puppy for the K9 unit,

9    and when he was out in the back, I had to go out

10   and see the dog and asked him about what he was

11   doing, and he was training the dog to be able to

12   sniff out heroin, and that was one of the first

13   times that I learned that heroin was a problem

14   on the streets.  And so that was my earliest

15   knowledge of when the problem began.

16        Q.     And about when was that?

17        A.     Sometime between 2010 and 2013, I'm

18   thinking.

19        Q.     And when you said abusing drugs is

20   an illegal activity, is that true even if the

21   drugs are available through a prescription?

22             MS. LEYIMU:  Object to the form of

23   the question.

24        A.     It's -- I guess I don't know that

25   much about the law.  If you're selling

Page 56

1    prescription drugs on the streets, that's an
2    illegal activity.  What one does with the
3    prescriptions the doctor gives them, I don't
4    know when it becomes legal or not.  That's not
5    my area of expertise.
6                        -   -   -   -   -
7                  (Thereupon, Albanese Deposition
8                  Exhibit 3, Document Entitled
9                  "Community Health Needs Assessment
10                 Year 2013, Summa Health System,"
11                 Beginning Bates Number
12                 AKRON_000316728, was marked for
13                 purposes of identification.)
14                       -   -   -   -   -
15       Q.    I'm handing you Exhibit 3.  This is
16   a document that's Bates labeled Akron_000316728,
17   and the cover page says, "Community Health Needs
18   Assessment Year 2013, Summa Health System."
19                 Have you seen this document before?
20       A.    I don't recall.  I don't think I
21   have.
22       Q.    Did you -- so the document, the
23   front page of the document indicates that it was
24   created in -- or it relates to year 2013.  Do
25   you see that?

Page 57

1          A.     Um-hum.

2          Q.     And that's while you were employed

3    by Summa Health System?

4          A.     Correct.

5          Q.     And do you know what department or

6    group within Summa would have put this document

7    together?

8          A.     No.  It says in here for copies --

9    it may have been Roxia Boykin, because that's

10   who you go to for copies, but I don't know who

11   led it.

12         Q.     And did you have any input into the

13   community health needs assessment described in

14   this document?

15         A.     No.

16         Q.     This is going to be Exhibit 4, which

17   is Bates labeled Akron_000316756, and the cover

18   page says, "Implementation Strategy 2013 to

19   2015, Summa Health System."  And my first

20   question is just going to be if you've seen it

21   before.

22                      -   -   -   -   -

23                (Thereupon, Albanese Deposition

24                Exhibit 4, Document Entitled

25                "Implementation Strategy 2013-2015

1              Summa Health System," Beginning

2              Bates Number AKRON_000316756, was

3              marked for purposes of

4              identification.)

5                   -   -   -   -   -

6         A.    Let me look through and see if -- I

7    don't recall seeing it before.

8         Q.    And did you have any input into the

9    contents of the implementation strategy

10   described in Exhibit 4?

11        A.    No.

12        Q.    You had mentioned that Summit County

13   had an opiate task force.  Were you a member of

14   that task force?

15        A.    I attended.  I don't know what

16   membership would have entailed, but I was on the

17   list to become aware of it and to attend.

18        Q.    And how often did you attend?

19        A.    I don't recall.  I don't recall how

20   often they had the meetings, if it was monthly

21   or quarterly, so --

22        Q.    Did you try to attend every meeting?

23        A.    I tried to attend those that I

24   could, and we had -- there's always a meeting

25   and lots of competing meetings.

1      Q.     About how many meetings do you

2   recall attending?

3           MS. LEYIMU:  Object to the form.

4      A.     Yeah.  I don't know, honestly.

5      Q.     More than ten?

6           MS. LEYIMU:  Same objection.

7      A.     I don't know, honestly.

8      Q.     Have you attended any meetings since

9   you left the mayor's office?

10     A.     No.

11     Q.     And when you were attending

12  meetings, were you there as a representative of

13  the mayor's office or were you there in your

14  personal capacity?

15     A.     I was there as a representative of

16  the mayor's office.

17     Q.     Did you participate in any specific

18  initiatives run by the opiate task force?

19     A.     No.

20           Akron police and fire were also

21  involved, and their role was more specific to

22  the initiatives of the task force it seemed.

23  For me it was -- to attend was more to keep up

24  to date on what was going on rather than

25  participating in anything specific.

Page 60

1          Q.     Were you a member of any committees

2     of the opiate task force?

3          A.     No.

4          Q.     This will be Exhibit 5.

5                        -    -    -    -    -

6                 (Thereupon, Albanese Deposition

7                 Exhibit 5, E-Mail String, Beginning

8                 Bates Number AKRON_000316317, was

9                 marked for purposes of

10                identification.)

11                       -    -    -    -    -

12         Q.     This is a document Bates labeled

13    Akron_000316317.  The top e-mail in this chain

14    is from Terry Albanese to Mary Alice Sonnhalter

15    dated July 15th, 2014.

16                Do you see that?

17         A.     Um-hum.

18         Q.     And do you remember this particular

19    e-mail chain?

20         A.     Vaguely, yes.

21         Q.     And the subject line is "Re:  Heroin

22    task force."  Do you see that?

23         A.     Um-hum.

24         Q.     Now, who is Ms. Sonnhalter?

25         A.     She's -- it says on here she's the

Page 61

1    manager of community relations at the ADM Board.

2         Q.    And the first e-mail in this chain

3    went from you to her, correct?

4         A.    Yes.

5         Q.    So you wrote the subject line

6    "Heroin task force," correct?

7         A.    Um-hum.

8         Q.    Why did you refer to it as a heroin

9    task force?

10              MS. LEYIMU:  Object to the form.

11        A.    It's probably my shorthand.  You

12   know, we used heroin and opiate task force

13   and -- as interchangeable.  Yeah.  It was just a

14   matter of selection of words.

15        Q.    So do you view heroin and opiate as

16   interchangeable?

17              MS. LEYIMU:  Object to the form.

18        A.    They're both opiates.  So, I mean,

19   heroin is an opiate.  So yeah.  It's just kind

20   of shorthand.

21        Q.    There are other types of opiates

22   other than heroin, correct?

23        A.    Um-hum.

24        Q.    And were you mentioning heroin task

25   force here because heroin was a particular

Page 62

1    concern as of July 2014?

2              MS. LEYIMU:  Object to the form of

3    the question.

4         A.    Heroin is the street drug that I was

5    most familiar with in terms of being a problem.

6    So it would make sense that I would use that

7    term because I didn't know, you know, what all

8    others might have been out there, but heroin was

9    one I was familiar with.

10        Q.    In the first paragraph of your

11   initial e-mail you say, "It was a pleasure

12   meeting with you -- it was a pleasure meeting

13   you yesterday.  I spoke with Dr. Radwany about

14   the Schwartz rounds and they just did a heroin

15   case a couple of months ago."

16             What are the Schwartz rounds?

17        A.    The Schwartz rounds are lunchtime

18   meetings open to everyone at Summa that usually

19   addressed some issue in medicine or some ethical

20   issue, that was a way of sharing information,

21   educating staff members who wanted to attend

22   about various issues that the hospital was

23   facing.

24        Q.    If I understand your e-mail

25   correctly, Dr. Radwany said they had a Schwartz

Page 63

1    round meeting about a heroin case?

2         A.    Yes.

3         Q.    And did you attend the Schwartz

4    rounds while you were employed by Summa?

5         A.    Some of them, yes.

6         Q.    Do you recall ever attending one

7    that discussed heroin?

8         A.    I was not at that one, no.

9         Q.    Do you recall attending one that

10   discussed prescription drug abuse?

11        A.    No.  I did not attend any like that.

12        Q.    Or prescription drug overdose?

13        A.    No.

14        Q.    And beginning in or around July

15   2016, do you recall receiving periodic reports

16   on overdoses?

17        A.    We would get reports from Rick

18   Marountas from Summit County Health Department.

19                   -    -    -    -    -

20              (Thereupon, Albanese Deposition

21              Exhibit 6, E-Mail String Beginning

22              Bates Number AKRON_000315875, was

23              marked for purposes of

24              identification.)

25                   -    -    -    -    -

Page 64

1          Q.     This will be Exhibit 6.  This is an

2     e-mail Bates numbered Akron_000315875.  So the

3     top e-mail in this chain looks like an e-mail

4     from you at Akron Ohio to a Yahoo account; is

5     that correct?

6          A.     Um-hum.

7          Q.     And is that your personal e-mail

8     account?

9          A.     Yes.

10          Q.     So you forwarded this report from

11     your work e-mail to your personal e-mail?

12          A.     Yes.

13          Q.     And was that a typical practice for

14     you?

15               MS. LEYIMU:  Object to the form.

16          A.     I'm embarrassed to say that I didn't

17     know for a very long time that I could get to my

18     work e-mails from home, and so when there was

19     something that I might have wanted to read after

20     hours, I would send it to myself so that I could

21     read it after hours.  So it was something I did

22     on occasion, until I learned otherwise.

23          Q.     And was it something that you did

24     before you joined the mayor's office?

25               MS. LEYIMU:  Object to the form of

Page 65

1   the question.

2          A.    I don't understand the question.

3          Q.    Sorry.  So did you start to do this

4   after you joined the mayor's office?

5                MS. LEYIMU:  Object to the form.

6          A.    Before I joined the mayor's office

7   there would be no reason.  I wouldn't have

8   e-mails in the mayor's office to forward.  So

9   that question makes no sense to me.

10         Q.    Fair enough.

11               When you were employed by Summa, did

12  you have a Summa e-mail address?

13         A.    Yes.

14         Q.    And did you ever forward e-mails

15  from your Summa e-mail address to your Yahoo

16  account?

17         A.    I had access to them from home, so I

18  didn't need to do that.

19         Q.    For how long approximately were you

20  forwarding e-mails from your work e-mail at the

21  mayor's office to your Yahoo account?

22               MS. LEYIMU:  Object to the form of

23  the question.

24         A.    I mean, I don't know.  Yeah.  I

25  don't know when I got that access.  Just on

Page 66

1   occasion, and if I wanted to read something,

2   like I said, after hours.

3       Q.    And in this case the e-mail you

4   forwarded was a daily and weekly overdose update

5   report from Rick Marountas, correct?

6       A.    Right.

7       Q.    And is this -- and is the report an

8   example of the type of reports you would receive

9   during that time period?

10      A.    Yes.

11      Q.    So this is typical of the

12  information you were receiving?

13      A.    Yeah.  Well, this one was -- from

14  Rich was more of a summary.  The ones that we

15  got more frequently were -- didn't include all

16  of this, as I recall.  It was just a daily

17  update or a weekly update.  This happened to be

18  one that he prepared that covered a longer

19  period of time, with the four-page document with

20  additional details.  He didn't send those every

21  week.

22      Q.    Was there any information in these

23  overdose reports that you specifically were

24  interested in in your capacity as assistant to

25  the mayor?

Page 67

1      A.    I don't think so.  I think in their

2  entirety, just to read what information he had

3  to try to understand the issues and the problem

4  at hand.

5      Q.    And were you doing any work specific

6  to or relating to these overdoses?

7            MS. LEYIMU:  Object to the form of

8  the question.

9      A.    At the latter half of 2016 Charles

10 Brown and representatives from police and fire,

11 we would meet to look at the things that came

12 our way around solutions, ideas.  Occasionally

13 there would be somebody who would say, "I've got

14 this great idea for a treatment program.  I only

15 need 4 million dollars.  The city doesn't have

16 money for this."

17            And then everybody who has a problem

18 suggests going to the LeBron James Family

19 Foundation.  They have their -- they have their

20 own plan.  But people think that we have access

21 to the LeBron James Family Foundation folks, and

22 we don't direct what they do with their funds

23 and their programs.

24            But we needed to vet what ideas

25 coming before us might be good ideas, might not

Page 68

1    be good ideas, was there evidence of their

2    effectiveness, just looking for somebody who had

3    a great idea, looking for money to start a

4    business and capitalize on the issue.  And so we

5    began to look at those things because we wanted

6    to do more in the city to address the issue, and

7    it was through that that we began the quick

8    response teams.

9         Q.    So when you were looking at issues,

10   you were considering ideas and whether or not

11   they might be effective in combating the opiate

12   epidemic in Akron?

13        A.    There were a number of issues that

14   came up.  People were seeking help with getting

15   treatment.  There were a lot of complaints about

16   not having access to treatment.  So yeah, there

17   were a number of things that could come our way,

18   people had ideas about how to solve the problem.

19        Q.    And would you help people get

20   funding for those ideas?

21        A.    No.  That's not our role.  But we

22   did want to look at them to see what was

23   something that was within our realm to

24   implement.  We're not providers of healthcare,

25   and so a lot of times it could be a referral to

Page 69

1    others.  That's not a surprise.  People came to

2    us with solutions about youth violence, about

3    infant mortality.  People want to solve

4    problems, and we're a stopping point to pass

5    ideas along to.

6         Q.    So you would try to refer people who

7    brought ideas to the relevant entities?

8         A.    Yes.  Depending on what it was,

9    yeah.

10        Q.    And what particular expertise did

11   you bring to that group?

12        A.    What group?

13        Q.    You mentioned in the latter half of

14   2016 Charles Brown, yourself, representatives of

15   the police department and fire department would

16   meet.

17        A.    If there were programs or anything

18   that there was some research evidence that

19   needed to be vetted, that would have been

20   something that was within my expertise.

21        Q.    And were those meetings with Charles

22   Brown and police and fire specific to opiates?

23        A.    Yes.

24        Q.    And how often did that group meet?

25        A.    I don't recall.  Maybe once a month.

Page 70

1       Q.      And when was the group first
2   convened?
3       A.      Sometime in the latter half of 2016.
4       Q.      And did you continue to meet
5   throughout the remainder of your tenure in the
6   mayor's office?
7       A.      I don't recall exactly.  Once we
8   started the quick response teams, I think the
9   focus was then on monitoring that for
10  effectiveness.
11      Q.      And what are quick response teams?
12      A.      Quick response teams are within so
13  many days of an overdose, a representative from
14  police, EMS and then a mental health counselor,
15  somebody from the mental health field knock on
16  the door and offer assistance and help.
17          It was our understanding from the
18  other communities who used those that this was
19  the time when people were most vulnerable and
20  open to help, and so it was important to try to
21  reach them when they were most open to receiving
22  help, and to be there as an offer of help, not
23  law enforcement, but merely to be helpful.  They
24  did not have any arrest powers.  They did not
25  have -- they were not there for law enforcement.

Page 71

1   They were there simply to offer help and

2   support -- to help get people into treatment.

3        Q.    And you mentioned other communities

4   having those programs.  Were there any other

5   communities in Summit County that had quick

6   response teams?

7        A.    I don't remember which others, but

8   there were others who started them around the

9   same time.  We went to a training in Green at

10  the end of 2016, I believe it was, and from that

11  I think there were several communities who

12  looked into doing that.

13       Q.    And were the quick response teams an

14  initiative that was offered or provided by the

15  City of Akron?

16       A.    Yes, in collaboration with Summit

17  County Public Health and the ADM Board.

18       Q.    Were they funded by the City of

19  Akron?

20       A.    Our staff members were.

21       Q.    And which of the staff members would

22  be considered Akron staff members?

23       A.    The police, fire.

24       Q.    And so the mental health counselor

25  would be from some other entity?

Page 72

1        A.    I can't say who funded them.  I

2   don't know where the total funding came.  I just

3   know that, for certain, it would have been Akron

4   police and Akron EMS and fire that Akron

5   covered.

6        Q.    Do you know for sure that Akron did

7   not cover the mental health counselor?

8             MS. LEYIMU:  Object to the form of

9   the question.

10        A.    I don't know who paid for the mental

11   health counselor.

12        Q.    The quick response teams --

13        A.    I may have used the wrong term,

14   "mental health counselor."  It might have

15   been -- addiction counselor is probably the

16   better term.  But they were from Summit County

17   Public Health and the ADM Board.  It would have

18   been an appropriate professional.

19        Q.    And quick response teams, they

20   weren't limited to opiate overdoses, correct?

21             MS. LEYIMU:  Object to the form.

22        A.    Anyone who overdosed, and there were

23   other criteria.  We did not interfere with

24   people who already had a relationship with the

25   courts for treatment, so the -- they had a

Page 73

1    criteria for vetting who was appropriate for a

2    visit from the quick response team and who

3    wasn't.

4         Q.    The quick response teams visited

5    both opiate overdose victims and non-opiate

6    overdose victims, correct?

7              MS. LEYIMU:  Object to the form of

8    the question.

9         A.    You would have to ask them about the

10   specific criteria that they used to determine

11   who they visited.

12        Q.    And who would be the most

13   knowledgeable people about the criteria?

14        A.    Chief Natko, Deputy Chief Natko.

15        Q.    I neglected to mention something on

16   your resume, but you were also a member of the

17   board for community support services; is that

18   correct?

19        A.    Yes.

20        Q.    And are you still a board member?

21        A.    No.

22        Q.    How long were you a board member?

23        A.    I think two years.

24        Q.    And what is Community Support

25   Services?

Page 74

1        A.    It is a program for people with
2   severe and persistent mental health disorders.
3        Q.    And Community Support Services is an
4   agency that contracts with the Summit ADM Board,
5   correct?
6        A.    Yes.
7        Q.    Did CSS, when you were a board
8   member, provide treatment for people suffering
9   from opiate use disorder?
10        A.    I don't know the diagnoses of
11   people, you know.  I know that there are folks
12   who have dual diagnosis of substance abuse and
13   mental health disorders.  Who actually provided
14   services and what their expertise was to their
15   clients, I don't know.
16        Q.    Do you recall any discussions about
17   the opiate epidemic coming up during board
18   meetings for CSS?
19        A.    I know that they did have clients
20   who overdosed.
21        Q.    And were those overdoses discussed
22   at board meetings?
23        A.    No.  We don't discuss particular
24   patients in detail, but because of the issue in
25   the county, this was yet another population that

1  it touched upon.

2      Q.    Have you kept up with any statewide

3  efforts to address the opioid epidemic?

4          MS. LEYIMU:  Object to the form of

5  the question.

6      A.    No.

7      Q.    Are you aware that in 2010 then

8  Governor Strickland signed an executive order

9  establishing the Ohio Prescription Drug Abuse

10  Task Force?

11         MS. LEYIMU:  Object to the form of

12  the question.

13     A.    That was in 2010?

14     Q.    Yes.

15     A.    No.  I wouldn't have paid attention

16  to that back then.

17     Q.    Why not?

18     A.    I was working at Summa and focused

19  on other health issues.

20     Q.    Are you aware that Cuyahoga County

21  established an opiate task force in 2010?

22     A.    No.

23     Q.    Do you know anyone who's on the

24  Cuyahoga County Opiate Task Force?

25     A.    Not that I'm aware of.

1        Q.     Have you ever attended any meetings

2    of Cuyahoga County's Opiate Task Force?

3        A.     No.

4        Q.     Back in 2011 were you aware that

5    Governor Kasich established the Governor's

6    Opiate Action Committee Task Force?

7        A.     No.

8        Q.     Are you aware that in 2013 the Ohio

9    House of Representatives published a report

10   about prescription drug abuse in Ohio?

11            MS. LEYIMU:  Object to the form.

12       A.     I don't recall that, no, but a lot

13   of that occurred, I mean, when I was working at

14   Summa on other things.  I know a lot more about

15   infant mortality now; that during that time

16   period things may have been happening in the

17   state around infant mortality but I wasn't

18   paying attention to that either because that was

19   not part of my work at the time.

20       Q.     So through your professional

21   experience at the mayor's office and your

22   participation or attendance at opiate task force

23   meetings, have you developed an understanding of

24   the causes of the opioid epidemic in Akron?

25            MS. LEYIMU:  Object to the form.

Page 77

```
 1        A.    I don't know about the causes itself
 2    of the epidemic, but that some people -- I
 3    understand that some folks get addicted to drugs
 4    through prescription abuse and others started
 5    with street drugs.
 6        Q.    So when you say some folks get
 7    addicted through prescriptions, do you mean they
 8    first get addicted to prescription drugs and
 9    then transition to something else?
10        A.    That's the way I understand it.
11        Q.    And how did you develop that
12    understanding?
13        A.    Through the -- what we were hearing
14    from families, from the opiate task force.  You
15    hear a lot from people in the community.  Even
16    initially from people outside of Akron, in
17    Summit County, who it seems like they were the
18    first to demand action from the mayor, even
19    though it wasn't their mayor.  But after a
20    while, the stories have a similar thread because
21    our initial understanding, like I told you
22    before, is that this was a street drug problem.
23    We didn't know how many people were addicted
24    until more and more people began to overdose.
25    So we learned a lot through those first couple
```

Page 78

1   of years about the problem.  And it was not what

2   I originally thought it was.  But we knew that,

3   just thinking about growing up in the '70s, and

4   some of the '80s, who are younger, that that

5   small population of kids in high school who were

6   doing illegal drugs somehow didn't balloon into

7   these large numbers of addicts that we were

8   seeing in the 2000s and where did that come

9   from.  You know, people don't just wake up in

10  their 40s and say, gee, I'm going to try heroin

11  for the first time.  So we had to do the

12  research and really learn about why -- why we

13  were seeing this increase.  It didn't make

14  sense.

15       Q.    So what kind of -- so when you say

16  we had to do the research, who is the "we"?

17       A.    I think any -- our community and our

18  city employees that are working in this, to try

19  to understand what was happening, to get the

20  information that would help us understand what

21  was happening.  You don't begin to solve a

22  problem until you really understand the sources.

23            We went through this process -- and

24  I can speak easily about it with infant

25  mortality because that was my primary

Page 79

1    responsibility area.  We started out knowing

2    that African-American babies in particular zip

3    codes were dying at twice the rate of white

4    babies within the first year of life.  We had to

5    find out why that was before we could start to

6    solve the problem.

7              Similarly, people's assumptions was

8    that babies were dying of one of two things,

9    either shaken baby syndrome or drug addiction.

10   Once we went to the hospitals and we had

11   information, we found out that wasn't at all why

12   babies were dying.  The issues were premature

13   birth.  That was the primary issue was premature

14   birth.  So then we had to go through, why are

15   black babies more likely to be born prematurely.

16   And it took a year of this for us to really

17   understand what was happening because it's just

18   not one cause of prematurity.  So it went

19   through a process of not just our education, but

20   community education, about why we were seeing

21   this high rate of infant mortality among black

22   infants in the city of Akron.

23             So with the opiate epidemic, I was

24   not the lead on that because that was a police

25   and fire, and initially didn't think that that

Page 80

1    was my role because it was an issue of police

2    and fire, because I had the same understanding,

3    that these were people doing street drugs, not

4    realizing, until we had more data, that this

5    problem was bigger than that, that this didn't

6    make sense, this large number of people who are

7    addicted and this large number of people who are

8    overdosing.

9            So it was that process of having to

10   learn what was really happening.  Like I said, I

11   wasn't the lead the way I was in infant

12   mortality.  From the city I was the face of

13   dealing with the issue of infant mortality, but

14   for the opiate epidemic, it was really police

15   and fire, and I had that supportive role.

16           But when bad things happen in your

17   city, there's a process of trying to understand

18   what happened why before we can think about

19   solutions.  It doesn't change anything if we

20   focus on shaken baby syndrome when that's not

21   why babies are dying.  So we needed to learn a

22   lot about opiate addiction, and we relied on the

23   ADM Board, Summit County Public Health, what we

24   were learning from police and fire, and -- to

25   help us.  I wasn't in the center of it as much

Page 81

1  as they were.

2       Q.    So how did the city go about

3  collecting the data?

4       A.    Some of it was what you saw here

5  from Rich Marountas from Summit County Public

6  Health.  Police and fire have their own data

7  records.  We recently went to electronic health

8  records for EMS providers, and that was really

9  their first opportunity to easily get data as

10  opposed to from paper reports.  So that was part

11  of it.  And I don't know the expertise that they

12  pulled in and that they might have received

13  through the ADM Board, through Jerry Craig or

14  through Summit County Public Health.

15       Q.    What data did they collect that shed

16  light on how people became addicted in the first

17  place?

18            MS. LEYIMU:  Object to the form.

19       A.    I cannot say necessarily about how,

20  but when we looked at -- for me as a

21  sociologist, I'm always looking at the

22  demographics.  What we were seeing didn't make

23  sense, that people between the age of 25 and 50,

24  white, more male than female -- this was

25  puzzling.  Our stereotypes are that illicit drug

Page 82

1    users tend to be young, and -- but the people

2    who were overdosing weren't necessarily young,

3    and just like people assumed that the problem of

4    infant mortality was the drug issue, that wasn't

5    the case because you didn't see very many black

6    women overdosing on opioids.  There might be

7    babies born addicted, and that is a problem, but

8    that's not why babies die.

9            So, for me, it was making sense of

10   it by looking at the demographics and trying to

11   figure out what is it that we know and what is

12   it that we're operating on stereotypes because

13   we haven't had the data before.

14       Q.    So after you noticed this puzzling

15   phenomenon of the predominantly white, 25 to 50

16   year old, predominantly male, drug addicts, what

17   data did you collect to help you get to the root

18   cause of that addiction?

19       A.    I didn't collect data.

20            MS. LEYIMU:  I'll object to the form

21   of the question.

22            Go ahead.

23       A.    I did not collect data.  That was

24   more of a research effort that I relied on the

25   experts, the people who are at least more expert

Page 83

1    than I at the ADM Board.

2         Q.    And what data specifically were you

3    relying on?  What were you looking at?

4              MS. LEYIMU:  Object to the form of

5    the question.  Asked and answered.

6              THE WITNESS:  Pardon?

7              MS. LEYIMU:  I was just making my

8    objection.

9              THE WITNESS:  Okay.

10        A.    I had the data that was sent to me

11   through Rich and the information.  The other is

12   more of what we learned in discussion.  I don't

13   have any particular reports that I recall.

14        Q.    So are you saying that Mr. Marountas

15   sent you reports containing data about or

16   relating to how people initially got addicted to

17   drugs?

18             MS. LEYIMU:  Object to the form.

19        A.    No, not at all.

20        Q.    Did you look at any data relating to

21   that issue specifically?

22             MS. LEYIMU:  Object to the form.

23   Asked and answered.

24             THE WITNESS:  I didn't hear you.

25   I'm sorry.

1            MS. LEYIMU:  Go ahead.  You can

2     repeat the question if you need.

3          A.    Yes.  Go ahead.

4          Q.    Did you look at any data relating

5     specifically to the issue of how people were

6     getting addicted to drugs?

7          A.    Not specifically that I can recall

8     at this time, no.

9          Q.    Do you recall reviewing any research

10    relating to how people who overdosed initially

11    got addicted to drugs?

12         A.    I don't believe so.  There's nothing

13    that stands out in my mind as a single document

14    or anything like that, no.

15            We spent a lot of time talking about

16    what they were experiencing at the police

17    department, in the EMS, what the hospitals were

18    seeing.  So, you know, there was -- there was a

19    widespread community impact, and I think we just

20    learned a lot through all the different ways

21    that different organizations were impacted.

22            So how I came to that -- that

23    specific understanding of how people did, yeah,

24    I don't really know.

25         Q.    Is there any data or any research on

Page 85

1   which you based your opinion that people who

2   were overdosing on opiates initially started

3   with prescription drugs?

4               MS. LEYIMU:  Object to the form.

5   Asked and answered several times.

6        A.   I don't have a report to that.  I

7   don't have that kind of information to know who

8   does and how many overdosed because of a history

9   of illicit drug abuse versus a history of

10  becoming addicted from prescription meds.

11              MS. McNAMARA:  I don't know how long

12  we've been going, but it's a good stopping

13  point.

14              THE VIDEOGRAPHER:  Off the record at

15  11:17 a.m.

16                   (Recess had.)

17              THE VIDEOGRAPHER:  Back on the

18  record at 11:36 a.m.

19  BY MS. McNAMARA:

20       Q.   Welcome back.

21       A.   Okay.

22       Q.   So you initially joined the cabinet

23  of Mayor Plusquellic, correct?

24       A.   Yes.

25       Q.   And outside of attending opiate task

```
                                          Page 86
 1   force meetings, did you work on any
 2   opiate-related initiatives or projects during
 3   his administration?
 4          A.    I don't recall, no.
 5          Q.    Do you recall discussing any
 6   opiate-related issues with him?
 7          A.    Not with him, no.
 8          Q.    And then after he resigned, Garry
 9   Moneypenny briefly took over?
10          A.    Um-hum.
11          Q.    Do you recall discussing any
12   opiate-related issues with him?
13          A.    Not that I recall.
14          Q.    And then he resigned and Jeff Fusco
15   took over?
16          A.    Um-hum.
17          Q.    And do you recall discussing any
18   opiate-related issues with him?
19          A.    No.
20          Q.    And did you start work on any
21   opiate-related initiatives or projects during
22   Mr. Moneypenny or Mr. Fusco's administrations?
23          A.    Well, Mr. Moneypenny's was too
24   short, but under Mr. Fusco's, because he was not
25   going to run for election, he was just there,
```

1  there was a lot of effort to maintain stability.

2  So what we were working on was to continue.  So

3  anything that we were doing, we stayed the

4  course until the next mayor.

5       Q.    And for you that meant continuing to

6  represent the mayor on the opiate task force?

7       A.    Yes, as well as others from Akron

8  police and fire.

9       Q.    And then in 2016 Mr. Horrigan was

10  elected as mayor?

11       A.    Yes.

12       Q.    And fair to say that addressing the

13  opiate epidemic has been a priority for

14  Mr. Horrigan over the past few years?

15       A.    Yes.  It has developed as that

16  pretty quickly.

17       Q.    And about when did it start to

18  become a priority?

19            MS. LEYIMU:  Object to the form.

20       A.    I think early on.  As I had

21  mentioned before, we heard from outside

22  communities more about the problem, and people

23  wanted the mayor of Akron to do something about

24  it, so that spurred action for us to learn more,

25  and one of the things that he initiated was

1  visiting every senior class from every high

2  school in the City of Akron, along with a team

3  that included me and Christine Curry, Charles

4  Brown and Chief Natko, Billy Sole, to talk to

5  them specifically about the opioid epidemic.

6        Q.    And why was it important to talk to

7  high school seniors?

8        A.    If they haven't done them yet, this

9  is the time to prevent.  Many of them will have

10  sports injuries.  Many of them will have their

11  wisdom teeth out.  Many of them will be tempted

12  to do illicit drugs in their senior year and in

13  college.  And if we can get them to understand

14  the dangers of any medication, the dangers of

15  addiction, and specifically the dangers of

16  illicit drugs, because at that time we started

17  to see the carfentanil -- so we were taking

18  every approach we could to help them so that

19  they didn't end up addicted, however it might

20  occur, however they might be at risk.

21        Q.    And you've mentioned your

22  involvement with various initiatives as part of

23  the mayor's office.  Is there anyone else within

24  the mayor's cabinet that's been involved with

25  him with respect to opiate-related issues?

Page 89

1          A.     With the mayor?

2          Q.     Yes.  Let me reask that very

3    confusing question.

4                 Is there anyone else in the mayor's

5    cabinet who worked on opiate-related issues

6    other than yourself?

7          A.     Well, Charles Brown is the deputy

8    mayor for public safety.  He was the lead person

9    because he's technically over the police and

10   fire chiefs as well, so he was our lead on that

11   topic.

12         Q.     And over the years did Mr. Horrigan

13   attend any meetings or press conferences about

14   the opiate epidemic that you did not also

15   attend?

16         A.     I don't recall the mayor's schedule

17   so I can't even answer that.

18         Q.     This is going to be Exhibit 7, which

19   is an e-mail chain Bates stamped

20   AKRON_000310062.

21                    -    -    -    -    -

22                 (Thereupon, Albanese Deposition

23                 Exhibit 7, E-Mail String Beginning

24                 Bates Number AKRON_000310062, was

25                 marked for purposes of

Page 90

                  identification.)

                       -    -    -    -    -

     A.    Okay.

     Q.    And the top e-mail here is from you
to a number of people, with the subject line
"FW: Governor Kasich's Start Talking campaign";
is that correct?

     A.    Yes.

     Q.    And the e-mail describes in the
first line a meeting between Mayor Horrigan and
Governor Kasich on a number of issues, one of
which was heroin and the overdose epidemic.  Do
you see that?

     A.    Yes.

     Q.    Did you attend that meeting?

     A.    No.

     Q.    Do you recall Mayor Horrigan
forwarding along to you news articles and tweets
relating to the opioid epidemic?

                  MS. LEYIMU:  Object to the form.

     A.    I don't recall the mayor ever
tweeting unless a staff member was doing it on
his behalf.  But no.  What you see is an example
of, you know, what he's forwarded.

     Q.    This one is going to be Exhibit 8,

Page 91

```
 1   which is an e-mail chain Bates numbered
 2   AKRON_000315364.
 3                    -   -   -   -   -
 4              (Thereupon, Albanese Deposition
 5              Exhibit 8, E-Mail String Bates
 6              Numbered AKRON_000315364, was marked
 7              for purposes of identification.)
 8                    -   -   -   -   -
 9         Q.    So the first e-mail in this chain --
10   actually, the middle e-mail is from Mayor
11   Horrigan to _PDL_Cabinetmembers.  Do you see
12   that?
13         A.    Um-hum.
14         Q.    And the PDL Cabinet Members, is that
15   a listserv?
16         A.    Yes.  Of members of his cabinet,
17   yes.
18         Q.    Including yourself?
19         A.    Yes.
20         Q.    And do you remember receiving this
21   forwarded -- strike that.
22              And Mr. Horrigan -- Mayor Horrigan
23   is forwarding here a tweet by the Washington
24   Post.  Do you see that?
25         A.    Um-hum.
```

```
                                           Page 92
 1        Q.    And the tweet is -- the tweet says,
 2    "Where opiates killed the most people in 2015."
 3            Do you see that?
 4        A.    Um-hum.
 5        Q.    Do you recall receiving this
 6    forwarded tweet?
 7        A.    No.  Right around that time I was
 8    traveling.  My daughter graduated from college.
 9    So I don't know if I was even back from Florida
10    yet.  So no.
11        Q.    The very first e-mail in the chain
12    is a forwarded message from Travismacgee62.  Do
13    you know who that is?
14        A.    No.  I have no idea.
15                  -    -    -    -    -
16            (Thereupon, Albanese Deposition
17            Exhibit 9, E-Mail String Beginning
18            Bates Number AKRON_000310913, was
19            marked for purposes of
20            identification.)
21                  -    -    -    -    -
22        Q.    This one is Exhibit 9.  It's an
23    e-mail Bates stamped AKRON_000310913.  The top
24    e-mail in this chain is from James Hardy to Dan
25    Horrigan, copying you.
```

Page 93

1          A.     Um-hum.

2          Q.     The subject line, regarding tweet by

3    ProPublica on Twitter, do you see that?

4          A.     Yes.

5          Q.     And the tweet says, "New:  Let's

6    talk about the role insurers play in the opioid

7    crisis."  Do you see that?

8          A.     Um-hum.

9          Q.     Do you recall receiving this e-mail?

10         A.     No.  I believe at the end of

11   September I was traveling with an Invest Health

12   grant, and so -- yeah, I don't remember this

13   one.

14         Q.     Do you recall ever reading an

15   article about the role insurers play in the

16   opioid crisis?

17         A.     No.  I don't think I read that.

18         Q.     Do you recall discussing the role of

19   the insurers in the opioid crisis with Mayor

20   Horrigan.

21         A.     No.

22         Q.     Do you know why Mayor Horrigan sent

23   this tweet?

24                MS. LEYIMU:  Object to the form of

25   the question.

Page 94

1      A.    If it's information sharing, that's

2  a lot of what we did.

3      Q.    Do you know whether he has an

4  opinion on the role of insurers in the opioid

5  crisis?

6           MS. LEYIMU:  Object to the form.

7      A.    I do not know.

8      Q.    So to switch gears now completely to

9  talk briefly about budget issues, you're aware

10  Akron has an annual budget, correct?

11      A.    Correct.

12      Q.    And who has the ultimate

13  responsibility for approving Akron's annual

14  budget?

15      A.    Akron city council.

16      Q.    And the mayor's office has its own

17  specific budget, correct?

18      A.    Yes.

19      Q.    And does the mayor's office

20  initially propose that budget?

21      A.    That would have been, my

22  understanding is, the mayor working with the

23  director, his director of finance, deputy mayor

24  for finance, Diane Miller Dawson.  I was not

25  involved in budgeting.

Page 95

1        Q.    So no personal involvement in the
2   development of the mayor's office annual budget?
3        A.    No.
4        Q.    Do you know whether, within the
5   budget, there were any specific allocations for
6   your work as assistant to the mayor for health,
7   education and families?
8        A.    I had no budget, so outside of my
9   salary, no.
10       Q.    And when you say you had no budget,
11  what do you mean?
12       A.    I had no budget over which I was
13  responsible.
14       Q.    Did you have any staff under you?
15       A.    Through part of the time, there was
16  a part-time employee who was hired with
17  assistance from the hospitals.  Her salary was
18  half paid by the hospitals to help with the
19  infant mortality issue.
20       Q.    Did you have any input into how much
21  money the mayor's office would spend on
22  opiate-related issues?
23            MS. LEYIMU:  Object to the form.
24       A.    No.
25       Q.    And you had no personal involvement

Page 96

1    in developing the budget for public safety,

2    correct?

3         A.    That is correct.

4         Q.    No involvement with the EMS budget?

5         A.    That is correct.

6         Q.    Or the police budget?

7         A.    That is correct.

8         Q.    Or the fire budget?

9         A.    I did not have involvement with

10   those.

11        Q.    Or the budget for the Summit County

12   ADM Board?

13        A.    Certainly not.

14        Q.    Summit County ADM is separate from

15   the City of Akron?

16        A.    Yes.  It's a separate organization.

17        Q.    Are you aware of the mayor's office

18   having made any funding requests specifically

19   related to opiate issues?

20              MS. LEYIMU:  Object to the form.

21        A.    Request of who?

22        Q.    Let me rephrase that.

23              Are you aware of the mayor's office

24   including in its budget any items specifically

25   related to opiate issues?

1             MS. LEYIMU:  Object to the form.

2       A.    I said I wasn't involved in any of

3    the budget planning, so that would include

4    opiate issues.

5       Q.    So I take it you're also not aware

6    of any other departments within the city

7    including line items in their budgets

8    specifically related to opiate issues?

9             MS. LEYIMU:  Object to the form.

10      A.    Yes.  I was not involved in any

11   budgeting.

12      Q.    Do you know whether the mayor's

13   office specifically tracks the city's

14   expenditures related to opiates?

15            MS. LEYIMU:  Object to the form.

16      A.    I wouldn't have -- I've been away

17   from the city.  Whether they do now, I don't

18   know, but I was -- I'm not aware of that.

19   Again, Diane Miller Dawson --

20      Q.    And during your time in the mayor's

21   office, did you know whether any other

22   department within the city specifically tracked

23   expenditures related to opiates?

24            MS. LEYIMU:  Object to the form of

25   the question.

Page 98

1      A.    No.  I wasn't involved in any of

2   their finances, so I would not -- if they did

3   that, I wouldn't necessarily know about it.

4      Q.    And you're aware that funding for

5   opiate-related expenditures can come from

6   sources other than the city, correct?

7           MS. LEYIMU:  Object to the form of

8   the question.

9      A.    I don't know what you mean by other

10  sources, so -- but -- yeah.  Can you explain?

11     Q.    Sure.

12          So, for example, Medicaid might pay

13  for treatment for opiate-related issues?

14          MS. LEYIMU:  Object to the form.

15     A.    Okay.  No, I do not know how the

16  city would spend funding from the Medicaid

17  office directly.  That seems to be the -- my

18  understanding of Medicaid is that they would pay

19  providers.  They wouldn't pay a city.  And we

20  were not direct providers of care.  There are no

21  staff members who provide addiction counseling.

22     Q.    Were you involved in applying -- in

23  helping the city apply for any grants related to

24  the opiate epidemic?

25     A.    No.

Page 99

1       Q.    Do you know approximately how much
2   money the city receives from private grants for
3   dealing with the opiate epidemic?
4               MS. LEYIMU:  Object to the form.
5       A.    No.  I didn't know -- yeah.  I don't
6   know if they do or they don't because the grants
7   that come out of police and fire come out of
8   police and fire.  They're separate.
9       Q.    Earlier on in the deposition you
10  testified about learning about the heroin
11  problem through a conversation with your
12  neighbor who's a police officer, correct?
13      A.    Um-hum.
14      Q.    Do you recall having a similar
15  moment or experience where you learned about a
16  prescription drug abuse problem in Akron?
17              MS. LEYIMU:  Object to the form of
18  the question.
19      A.    With him?
20      Q.    Anybody.
21              MS. LEYIMU:  Object to the form.
22      A.    I most specifically remember about a
23  family member who had an issue, but there were
24  so many conversations.  Probably the one I
25  remember about the dog is because of the dog.

Page 100

1    But there were a lot of conversations about

2    things that were going on, but as far as a

3    single one that stands out, I don't really have

4    that.

5         Q.    And when do you recall those

6    conversations, and, again, specifically about

7    prescription drug abuse, occurring?

8              MS. LEYIMU:  Object to the form.

9         A.    I can't place a particular

10   conversation, so I can't answer that.

11        Q.    What's the earliest one you recall?

12        A.    I don't have a specific conversation

13   to place in context.

14        Q.    But you just testified that you

15   recall a number of conversations, so I'm trying

16   to get an idea of the time frame of those.  When

17   did they occur?

18        A.    It would have been around the opiate

19   task force meetings.  It could have been in

20   passing.  This was an issue that was affecting

21   our city in lots of ways, affecting our

22   hospitals.  So there were conversations all the

23   time, but not necessarily ones that stand out as

24   memorable.

25        Q.    But the ones you're thinking of

                                    Page 101

1    happened in the context of the opiate task

2    force?

3          A.    Many of them have, but many of them

4    could have also been from opportunities to speak

5    with people from the hospitals.  Akron is small.

6    Lots of us attend meetings and see each other at

7    other meetings and so conversations overlap.

8    That's not uncommon.

9          Q.    Did these conversations occur after

10   you joined the mayor's office?

11              MS. LEYIMU:  Object to the form.

12         A.    I was not working in the area, so I

13   would think that I would have any of those

14   conversations before I was in the mayor's office

15   because that was not anything I was working on.

16              MS. McNAMARA:  I do not have

17   anything further.  Thank you very much.

18              THE VIDEOGRAPHER:  Off the record at

19   12:01.

20                    (Recess had.)

21              THE VIDEOGRAPHER:  Back on the

22   record at 12:02 p.m.

23              EXAMINATION OF TERRY ALBANESE

24   BY MS. HARTMAN:

25         Q.    Hello.  My name is Ruth Hartman.  I

                                              Page 102

1    represent the Endo Defendants in this matter and

2    I just have a few follow-up questions for you.

3         A.    Okay.

4         Q.    I believe you testified earlier that

5    in the latter half of 2016 you started meeting

6    with Charles Brown and another group of people

7    to discuss opioid issues; is that correct?

8         A.    Yes, to look at the ways that we

9    could address it in the city.

10        Q.    And did that group have a name?

11        A.    Not that I'm aware of.

12        Q.    And how many people were part of

13   that group?

14        A.    Initially, Charles Brown, myself,

15   Deputy Chief Natko, Deputy Chief Twigg, Chief

16   Ball, and there may have been a few others from

17   Akron Fire and Police.  Initially it was just

18   us.

19        Q.    And how did you set an agenda for

20   those meetings?

21        A.    That was -- Charles Brown led the

22   meetings.  It was initially just to talk about

23   what -- the first meeting, about what our charge

24   was going to be and to figure out a plan.

25        Q.    When you say "what our charge is

                                        Page 103

1    going to be," do you mean what your objective

2    is?

3           A.    Right.  What is it that Charles

4    wanted to accomplish and what the purpose of our

5    getting together was.  There are so many

6    meetings.  No one needs another one without a

7    clear objective.

8           Q.    Could you summarize what the

9    objective was of those meetings?

10          A.    As I recall, to vet the various

11   programs and ideas that came our way, to

12   determine how the city could best respond to the

13   opiate crisis.

14          Q.    Do you know if there were ever any

15   minutes of those meetings?

16          A.    I don't know if Charles had anyone

17   take minutes or not.

18          Q.    Did you take notes about those

19   meetings?

20          A.    I don't think I did.

21          Q.    And you said you met on a monthly

22   basis?

23          A.    Possibly, yeah.

24          Q.    Where did you meet?

25          A.    At the Akron Fire Department.

Page 104

1          Q.    Did the mayor ever attend any of

2     those meetings?

3          A.    Not when I was there, no.  Not that

4     I recall, no.

5          Q.    And those meetings, am I correct in

6     understanding the quick response team came out

7     of those meetings?

8          A.    Yes.  Yes.

9          Q.    And you testified earlier that you

10    attended opioid task force meetings in your

11    capacity as a representative of the mayor's

12    office, correct?

13         A.    Yes.

14         Q.    Did you ever report back to anyone

15    about the substance of the opioid task force

16    meetings?

17         A.    Not specifically.

18         Q.    Did you take notes at those

19    meetings?

20         A.    They always sent us minutes, so it

21    wasn't necessary.

22         Q.    Did you keep track of your time on a

23    daily basis when you worked for the mayor?

24         A.    No.  That would be so difficult.

25         Q.    Can you estimate how much of your

Page 105

1  time was spent devoted to opioid issues?

2            MS. LEYIMU:  Object to the form of

3  the question.

4       A.    No.  It varied.  I mean, so there

5  may be weeks where I spent very little time and

6  there may have been a week where I spent a lot

7  of time, because responsibilities vary, so does

8  time commitment.  So I really -- there isn't an

9  average.

10       Q.    But there's no way you could

11  re-create your time and explain how you spent it

12  during those four years you worked for the

13  mayor?

14            MS. LEYIMU:  Object to the form of

15  the question.

16       A.    No.

17                 -   -   -   -   -

18            (Thereupon, Albanese Deposition

19            Exhibit 10, E-Mail String Bates

20            Numbered AKRON_000316646, was marked

21            for purposes of identification.)

22                 -   -   -   -   -

23       Q.    Can you take a moment and review

24  this e-mail, please?  Do you recognize this

25  e-mail?

1         A.    Yes.

2         Q.    Can you describe what the substance

3    of this e-mail is?

4         A.    Which one?

5         Q.    Just the first -- the e-mail from

6    Leah Jones.

7         A.    The Monday, January 25th, at 2:03?

8         Q.    Yes.

9         A.    She was simply thanking us for

10   attending a meeting that Senator Brown held at

11   Summit County Public Health.

12        Q.    And did you present anything at this

13   meeting?

14        A.    No.

15        Q.    Do you recall this meeting?

16        A.    Yes.

17        Q.    Okay.  Did anyone present about

18   Akron programs at this meeting?

19        A.    Not about Akron programs that I

20   recall.  We initially -- or I initially was

21   not -- I didn't get invited from Leah initially

22   to this meeting.  I found out about it from

23   Summit County Health Department and asked her

24   about it.  So I was not around the table but

25   outside of the table at this meeting.

Page 107

1        Q.    So Summit County Health Department

2   presented on their programs?

3        A.    I don't recall who presented

4   exactly.  I just know that Senator Brown had

5   some presenters but he wanted to hear from

6   people and talk about it.

7        Q.    In your role in the mayor's office,

8   did you ever reach out to any of Ohio's senators

9   about the opioid issues?

10        A.    Not directly, no.  Leah and I talked

11   about a lot of things, but most of our work was

12   around infant mortality and My Brother's Keeper

13   initiatives, and so I don't think Leah equated

14   me with that topic.

15        Q.    And Leah is a staff member for

16   Senator Brown; is that correct?

17        A.    Yes.  She was.  I don't know if she

18   still is.

19        Q.    Did you ever consider reaching out

20   to the senator's office about opioid issues

21   during your tenure at the mayor's office?

22             MS. LEYIMU:  Object to the form.

23        A.    I don't know if I considered it or

24   not.  I think -- yeah.  We were in the process

25   of trying to learn, and I don't know that they

Page 108

1  had anything to offer us, and if it was seeking

2  state funding, that would have come from someone

3  else other than me.

4       Q.    When you say we were in the process

5  of trying to learn, what do you mean by that?

6       A.    Always trying to understand what was

7  going on and how do we best stop it, how can --

8  I mean, at some point you realize that we have

9  so many people addicted and it's not going to be

10  over any time soon because you don't get cured

11  from an addiction, so we had a lot to really

12  look at to figure out how are we to best respond

13  to this, from prevention to making sure that

14  people had access to treatment and what about

15  the ongoing treatment.  So it was a bit

16  overwhelming to try to tackle it all at once.

17       Q.    And you didn't think the senator or

18  his office would have anything to offer?

19            MS. LEYIMU:  Object to the form of

20  the question.

21       A.    I did not have -- I was not the

22  contact person.  That would have been our chief

23  of staff for the senator's office or for state

24  government.  So yeah, I would not have thought

25  about that in my role because that would have

Page 109

1    come from James Hardy or chief of staff or the

2    mayor himself, not necessarily from me.

3         Q.   Did you interact with any federal

4    agencies about opioid issues during your tenure

5    at the mayor's office?

6         A.   No.

7         Q.   Did you ever confer with your

8    counterparts in other Summit County mayor's

9    offices about the opioid problem?

10              MS. LEYIMU:  Object to the form.

11         A.   I don't know who my counterpart

12   would be in other cities because it was a unique

13   title.  So, yeah, I was kind of alone, in an

14   alone position.

15         Q.   Did other mayor's offices in Summit

16   County have cabinets?

17         A.   Yes.

18         Q.   But they never -- they did not have

19   anyone equivalent to you?

20         A.   No.  This is -- and I don't know

21   what other cities have in their charter, but my

22   position was not a chartered position, so it's

23   not a required position.  There are very few

24   that are required, and -- but it was something

25   that the mayor felt was important.

```
                                            Page 110
 1              MS. HARTMAN:  I don't have any
 2   further questions.
 3              EXAMINATION OF TERRY ALBANESE
 4   BY MR. HOLLINGSWORTH:
 5         Q.    Good afternoon.
 6         A.    Good afternoon.
 7         Q.    My name is Adam Hollingsworth.  I'm
 8   with the law firm of Jones Day up in Cleveland,
 9   Ohio and we represent Walmart in this matter.
10   So I just have a few follow-up questions related
11   to the retail pharmacies that Attorney McNamara
12   mentioned earlier in your deposition.
13              Are you aware that the City of Akron
14   sued Walmart in this lawsuit?
15         A.    I believe they were a part of it,
16   yes.
17         Q.    And are you aware that the City of
18   Akron also sued Walgreens, Rite-Aid and CVS?
19         A.    I believe those were all included,
20   yes.
21         Q.    Okay.  Did you have any role in
22   deciding who were the defendants that the City
23   of Akron was going to sue in this case?
24         A.    Not at all.  I've been away from the
25   city for a year now.
```

```
                                        Page 111

 1         Q.    Did you have any discussions with

 2   anyone who currently is with the City of Akron

 3   about that decision, about which defendants were

 4   going to be sued?

 5         A.    No, not at all.

 6         Q.    Do you know why the City of Akron

 7   sued Walmart?

 8              MS. LEYIMU:  Object to the form of

 9   the question.

10         A.    I don't know that much about the

11   lawsuit to answer in any detail.

12         Q.    And specifically about Walmart, do

13   you have any knowledge about Walmart's role in

14   the lawsuit?

15              MS. LEYIMU:  Object to the form.

16         A.    No.

17         Q.    Same question for Walgreens,

18   Rite-Aid and CVS; do you know why the City of

19   Akron sued them?

20              MS. LEYIMU:  Same objection.

21         A.    I don't have -- yeah, I don't have

22   access to that information.

23         Q.    What is -- what's your understanding

24   of Walmart's role in opioid-related issues?

25              MS. LEYIMU:  Object to the form.
```

Page 112

1          A.    I can't necessarily say that I have
2     any -- any thoughts about that at all.
3          Q.    Same question for --
4          A.    I have not been involved with
5     pharmaceutical services or care or anything like
6     that, so I can't answer that.
7          Q.    Same question for Walgreens,
8     Rite-Aid and CVS?
9          A.    Same answer.
10               MS. LEYIMU:  Same objection.
11          Q.    Are you aware that the City of Akron
12     is seeking monetary damages from Walmart?
13          A.    I might have heard that.  I don't
14     recall.
15          Q.    Do you recall from whom you might
16     have heard that?
17          A.    No.  I think it might be an
18     assumption on my part because when you hear a
19     lawsuit, you automatically think that there's
20     probably some money involved, so it could have
21     been simply my assumption.
22          Q.    And from your time when you worked
23     for the City of Akron, are you able to identify
24     any specific conduct by Walmart relating to
25     opioids that caused any type of monetary loss to

1    the City of Akron?

2              MS. LEYIMU:  Object to the form of

3    the question.

4         A.    I can't answer that.  I mean, I

5    don't know.

6         Q.    So you don't know of any specific

7    conduct by Walmart that caused a loss to the

8    City of Akron?

9              MS. LEYIMU:  Object to the form.

10   Asked and answered.

11        A.    I don't have that information.  I

12   don't know.

13        Q.    Same question for Walgreens,

14   Rite-Aid and CVS?

15             MS. LEYIMU:  Same objection.

16        A.    Same answer.

17        Q.    Based on your previous answer, I'm

18   not sure that you're going to have an answer to

19   this one either, but I'll ask just to see.

20   Could you quantify in dollars the amount that

21   the City of Akron's expenditures increased

22   because of any conduct or any actions by

23   Walmart?

24             MS. LEYIMU:  Object to the form of

25   the question.

Page 114

1       A.    I wouldn't have any information like

2  that.

3       Q.    Same question for Walgreens,

4  Rite-Aid and CVS?

5            MS. LEYIMU:  Same objection.

6       A.    Same answer.

7       Q.    Do you know whether the City of

8  Akron has ever contacted Walmart to discuss ways

9  to mitigate the harm caused by the opioid

10  issues?

11            MS. LEYIMU:  Object to the form of

12  the question.

13       A.    I do not know if they did or they

14  didn't.

15       Q.    Same question for Rite-Aid, CVS and

16  Walgreens?

17            MS. LEYIMU:  Same objection.

18       A.    I do not know if they did or they

19  didn't.

20            MR. HOLLINGSWORTH:  That's all the

21  questions that I have.  Thank you.

22            MS. LEYIMU:  Anyone on the phone?

23  Anybody else?  I have no further questions for

24  this witness.

25            THE VIDEOGRAPHER:  Going off the

1    record at 12:18 p.m.

2

3         (Deposition concluded at 12:18 p.m.)

4                    - - - - -

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 116

1  Whereupon, counsel was requested to give

2  instruction regarding the witness' review of

3  the transcript pursuant to the Civil Rules.

4

5                    SIGNATURE:

6  Transcript review was requested pursuant to

7  the applicable Rules of Civil Procedure.

8

9                 TRANSCRIPT DELIVERY:

10  Counsel was requested to give instruction

11  regarding delivery date of transcript.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 117

1            REPORTER'S CERTIFICATE

2    The State of Ohio,    )

3                          ) SS:

4    County of Cuyahoga.   )

5

6           I, Renee L. Pellegrino, a Notary Public

7    within and for the State of Ohio, duly

8    commissioned and qualified, do hereby certify

9    that the within named witness, TERRY ALBANESE, was

10   by me first duly sworn to testify the truth, the

11   whole truth and nothing but the truth in the cause

12   aforesaid; that the testimony then given by the

13   above referenced witness was by me reduced to

14   stenotypy in the presence of said witness;

15   afterwards transcribed, and that the foregoing is a

16   true and correct transcription of the testimony so

17   given by the above referenced witness.

18           I do further certify that this

19   deposition was taken at the time and place in the

20   foregoing caption specified and was completed

21   without adjournment.

22

23

24

25

Page 118

1          I do further certify that I am not a

2    relative, counsel or attorney for either party,

3    or otherwise interested in the event of this

4    action.

5          IN WITNESS WHEREOF, I have hereunto set

6    my hand and affixed my seal of office at

7    Cleveland, Ohio, on this 9th day of January, 2019.

8

9

10

11          _Renee L. Pellegrino_

12

13    Renee L. Pellegrino, Notary Public

14    within and for the State of Ohio

15

16    My commission expires October 12, 2020.

17

18

19

20

21

22

23

24

25

```
                                                        Page 119
 1                       Veritext Legal Solutions
                           1100 Superior Ave
 2                             Suite 1820
                          Cleveland, Ohio 44114
 3                        Phone: 216-523-1313
 4
     January 9, 2019
 5
     To: TOPE O. LEYIMU
 6
     Case Name: In Re: National Prescription Opiate Litigation v.
 7
     Veritext Reference Number: 3182255
 8
     Witness:  Terry Albanese        Deposition Date:  1/4/2019
 9
10   Dear Sir/Madam:
11
     Enclosed please find a deposition transcript.  Please have the witness
12
     review the transcript and note any changes or corrections on the
13
     included errata sheet, indicating the page, line number, change, and
14
     the reason for the change.  Have the witness' signature notarized and
15
     forward the completed page(s) back to us at the Production address
16   shown
17   above, or email to production-midwest@veritext.com.
18
     If the errata is not returned within thirty days of your receipt of
19
     this letter, the reading and signing will be deemed waived.
20
21   Sincerely,
22   Production Department
23
24
25   NO NOTARY REQUIRED IN CA
```

1               DEPOSITION REVIEW
             CERTIFICATION OF WITNESS
2

   ASSIGNMENT REFERENCE NO: 3182255
3  CASE NAME: In Re: National Prescription Opiate Litigation v.
   DATE OF DEPOSITION: 1/4/2019
4  WITNESS' NAME: Terry Albanese
5       In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have made no changes to the testimony
   as transcribed by the court reporter.
8

   _____        _____
9  Date                             Terry Albanese
10      Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12

        They have read the transcript;
13      They signed the foregoing Sworn
        Statement; and
14      Their execution of this Statement is of
        their free act and deed.
15

        I have affixed my name and official seal
16
   this _____ day of_____, 20_____.
17

                   _____
18                 Notary Public
19                 _____
                   Commission Expiration Date
20
21
22
23
24
25

```
 1              DEPOSITION REVIEW
              CERTIFICATION OF WITNESS
 2
      ASSIGNMENT REFERENCE NO: 3182255
 3    CASE NAME: In Re: National Prescription Opiate Litigation v.
      DATE OF DEPOSITION: 1/4/2019
 4    WITNESS' NAME: Terry Albanese
 5         In accordance with the Rules of Civil
      Procedure, I have read the entire transcript of
 6    my testimony or it has been read to me.
 7         I have listed my changes on the attached
      Errata Sheet, listing page and line numbers as
 8    well as the reason(s) for the change(s).
 9         I request that these changes be entered
      as part of the record of my testimony.
10
           I have executed the Errata Sheet, as well
11    as this Certificate, and request and authorize
      that both be appended to the transcript of my
12    testimony and be incorporated therein.
13    _____        _____
      Date                        Terry Albanese
14
           Sworn to and subscribed before me, a
15    Notary Public in and for the State and County,
      the referenced witness did personally appear
16    and acknowledge that:
17         They have read the transcript;
           They have listed all of their corrections
18         in the appended Errata Sheet;
           They signed the foregoing Sworn
19         Statement; and
           Their execution of this Statement is of
20         their free act and deed.
21         I have affixed my name and official seal
22    this _____ day of_____, 20____.
23         _____
           Notary Public
24
           _____
25         Commission Expiration Date
```

Page 122

1                    ERRATA SHEET
           VERITEXT LEGAL SOLUTIONS MIDWEST
2              ASSIGNMENT NO: 1/4/2019
3    PAGE/LINE(S) /        CHANGE        /REASON
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19

     _____        _____
20   Date                         Terry Albanese
21   SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22   DAY OF _____, 20_____ .
23                    _____
                      Notary Public
24
                      _____
25                    Commission Expiration Date

| **&** |
| --- |
| **&** 2:12,17 3:3 8:16 9:4 48:7 |

| **0** |
| --- |
| **000310062** 5:18 89:20,24 |
| **000310913** 5:21 92:18,23 |
| **000315364** 5:20 91:2,6 |
| **000315875** 5:17 63:22 64:2 |
| **000316317** 5:15 60:8,13 |
| **000316484** 5:8 16:3,9 |
| **000316646** 5:23 105:20 |
| **000316728** 5:11 56:12,16 |
| **000316756** 5:14 57:17 58:2 |

| **1** |
| --- |
| **1** 5:5 15:14,20 |
| **1/4/2019** 119:8 120:3 121:3 122:2 |
| **10** 5:22 105:19 |
| **100** 7:14 |
| **101** 4:9 7:14 |
| **105** 5:22 7:15,15 |
| **107** 7:16 |
| **108** 7:16 |
| **109** 7:17 |
| **10:08** 53:21 |
| **10:21** 53:24 |
| **110** 4:10 |
| **1100** 119:1 |
| **111** 7:17,18,18 |
| **112** 7:19,19 |

| **113** 7:20,20,21 |
| --- |
| **114** 7:21,22,22,23 |
| **117** 4:12 |
| **11:17** 85:15 |
| **11:36** 85:18 |
| **12** 6:3 118:16 |
| **127** 2:13 |
| **12:01** 101:19 |
| **12:02** 101:22 |
| **12:18** 115:1,3 |
| **12th** 2:18 |
| **13** 6:3 |
| **15** 5:5 6:4 18:12 42:15 |
| **15th** 60:15 |
| **16** 5:6 42:15 |
| **17** 1:7,10 50:14 |
| **18** 1:12,14 31:25 |
| **1820** 119:2 |
| **1980s** 10:11 |
| **1985** 20:3 |
| **1988** 20:4 |
| **1989** 1:22 |
| **1991** 25:4 |
| **1995** 20:21 |
| **1996** 13:9 |

| **2** |
| --- |
| **2** 4:3 5:6 16:1,7 |
| **20** 120:16 121:22 122:22 |
| **2000** 2:14 30:23 |
| **20005** 2:18 |
| **2000s** 78:8 |
| **2001** 26:6,6,12 |
| **2003** 26:25 |
| **2005** 27:1 |
| **2006** 25:4 30:23,25 32:3,6 |
| **2007** 27:1 |
| **2009** 27:12 |

| **201** 3:9 |
| --- |
| **2010** 55:17 75:7,13 75:21 |
| **2011** 76:4 |
| **2013** 5:10 25:7 32:6 40:3,4 55:17 56:10,18,24 57:18 76:8 |
| **2013-2015** 5:13 57:25 |
| **2014** 25:7 38:22 39:18,20 52:9 60:15 62:1 |
| **2015** 42:18 57:19 92:2 |
| **2016** 44:14 50:14 50:24 51:13,16 52:5,11,17 54:12 63:15 67:9 69:14 70:3 71:10 87:9 102:5 |
| **2017** 31:25 50:24 51:13 |
| **2019** 1:18 8:2 118:7 119:4 |
| **202** 2:19 |
| **2020** 118:16 |
| **216** 2:9,15 |
| **216-523-1313** 119:3 |
| **216-9343** 2:5 |
| **2227** 118:12 |
| **24** 6:4 |
| **25** 81:23 82:15 |
| **252-9060** 3:10 |
| **2530** 9:21 |
| **25th** 106:7 |
| **28** 2:4 |
| **2804** 1:6,7 |
| **29** 6:5 |

| **29464** 2:4 |
| --- |
| **2:03** 106:7 |

| **3** |
| --- |
| **3** 5:9 56:8,15 |
| **3182255** 119:7 120:2 121:2 |
| **33** 6:5 |
| **330** 3:10 |
| **35** 6:6 |
| **36** 6:6 |
| **37** 6:7 |

| **4** |
| --- |
| **4** 1:18 5:12 57:16 57:24 58:10 67:15 |
| **40s** 78:10 |
| **415** 3:5 |
| **434-5186** 2:19 |
| **44114** 119:2 |
| **44114-1190** 2:9 |
| **44114-1214** 2:14 |
| **44308** 3:9 |
| **44312** 9:22 |
| **45** 6:7 |
| **45004** 1:10 |
| **45090** 1:12 |
| **45132** 1:14 |
| **46** 6:8,8 |
| **47** 6:9 |
| **49** 6:9,10,10,11 |
| **4th** 8:2 |

| **5** |
| --- |
| **5** 4:4 5:15 60:4,7 |
| **50** 3:8 6:11,12 81:23 82:15 |
| **51** 6:12,13,13 |
| **52** 6:14,14,15 |
| **53** 6:15,16 |
| **54** 6:16 |
| **55** 6:17 |

**56** 5:9
**58** 5:12
**586-3939** 2:9
**59** 6:17,18
**591-7059** 3:5

**6**

**6** 4:5 5:16 25:14
25:16 63:21 64:1
**60** 5:15
**61** 6:18,19
**62** 6:19
**621-0200** 2:15
**64** 5:16 6:20
**65** 6:20,21,21
**67** 6:22

**7**

**7** 5:18 89:18,23
**70s** 78:3
**72** 6:22,23
**725** 2:18
**73** 6:23
**75** 6:24,24
**76** 6:25
**77** 7:3

**8**

**8** 5:19 90:25 91:5
**80s** 78:4
**81** 7:3
**82** 7:4
**83** 7:4,5,5
**843** 2:5
**85** 7:6
**87** 7:6
**88** 13:11

**9**

**9** 4:8 5:21 92:17
92:22 119:4
**9-11** 30:20

**9-11-2001** 26:8
**90** 5:18 7:7
**901** 2:8
**91** 5:19
**92** 5:21
**94** 7:7,8
**94111-5356** 3:4
**95** 7:8
**96** 7:9
**97** 7:9,10,10
**98** 7:11,11,12
**99** 7:12,13,13
**9th** 118:7

**a**

**a.m.** 1:19 8:3
53:21,24 85:15,18
**aaron** 1:8
**abandoned** 26:19
**ability** 11:17
**able** 11:13 41:17
42:6 43:16 55:11
112:23
**abuse** 25:1 27:9
28:20,22 29:1,13
29:13 30:13,16,17
54:11 55:3 63:10
74:12 75:9 76:10
77:4 85:9 99:16
100:7
**abusing** 55:19
**accelerated** 23:16
**accepted** 23:15
26:1
**access** 41:2 65:17
65:25 67:20 68:16
108:14 111:22
**accomplish** 103:4
**account** 64:4,8
65:16,21
**accurate** 11:13
16:20

**acknowledge**
120:11 121:16
**act** 120:14 121:20
**actavis** 48:19
**action** 76:6 77:18
87:24 118:4
**actions** 113:22
**activity** 55:4,20
56:2
**adam** 8:20 110:7
**addicted** 14:3,4
50:21 77:3,7,8,23
80:7 81:16 82:7
83:16 84:6,11
85:10 88:19 108:9
**addiction** 28:22
29:2 72:15 79:9
80:22 82:18 88:15
98:21 108:11
**addicts** 78:7 82:16
**additional** 66:20
**address** 9:20 15:9
28:6 65:12,15
68:6 75:3 102:9
119:15
**addressed** 62:19
**addressing** 44:12
44:16 87:12
**adjournment**
117:21
**adjunct** 29:21
31:1,19 32:2
**adm** 52:24 61:1
71:17 72:17 74:4
80:23 81:13 83:1
96:12,14
**administration**
18:2,4,21 54:15
86:3
**administrations**
86:22

**administrator**
18:17,19 19:19
**adults** 18:25 22:12
37:14
**advancing** 37:13
**advisor** 31:10
**advisory** 38:3
**affect** 11:17
**affixed** 118:6
120:15 121:21
**aforesaid** 117:12
**african** 79:2
**afternoon** 110:5,6
**age** 9:8 81:23
**agencies** 109:4
**agency** 74:4
**agenda** 102:19
**aging** 17:22 22:21
37:4,10
**ago** 9:25 45:9
62:15
**agreed** 27:20
40:16
**ahead** 82:22 84:1
84:3
**ahollingsworth**
2:10
**aid** 49:19 110:18
111:18 112:8
113:14 114:4,15
**aides** 21:11,13
22:3
**akron** 2:2 3:9 5:8
5:11,14,15,17,18
5:20,21,23 8:11,14
9:21 13:6,9 16:3,9
17:7,13 20:16
23:17 24:7 25:4
25:11,17 28:9,12
39:21 41:3 44:11
45:5,13 50:15,23

51:12 52:4,23
53:5 54:4,11,17,18
55:7 56:12,16
57:17 58:2 59:20
60:8,13 63:22
64:2,4 68:12
71:15,19,22 72:3,4
72:4,6 76:24
77:16 79:22 87:7
87:23 88:2 89:20
89:24 91:2,6
92:18,23 94:10,15
96:15 99:16 101:5
102:17 103:25
105:20 106:18,19
110:13,18,23
111:2,6,19 112:11
112:23 113:1,8
114:8
**akron's** 94:13
113:21
**al** 1:9,10,12,14
**alan** 2:8
**albanese** 1:17 4:7
5:5,7 8:3 9:8,13
9:19 15:13,15,25
16:2 56:7 57:23
60:6,14 63:20
89:22 91:4 92:16
101:23 105:18
110:3 117:9 119:8
120:4,9 121:4,13
122:20
**alcohol** 30:16
**alcoholism** 30:18
**alice** 60:14
**allergan** 48:17
**allocations** 95:5
**alzheimer's** 18:25
**american** 79:2

**amerisourceberg...**
3:6 9:1 47:4,7
**amount** 46:11
113:20
**anda** 47:20
**andrew** 3:8 8:25
**announced** 42:17
**annual** 94:10,13
95:2
**anschock** 3:10
**answer** 11:1,10
13:25 36:16 52:7
89:17 100:10
111:11 112:6,9
113:4,16,17,18
114:6
**answered** 53:7
83:5,23 85:5
113:10
**answering** 10:21
**anybody** 99:20
114:23
**anymore** 37:16
40:10
**anyway** 40:11
**apadukone** 3:5
**appear** 120:11
121:15
**appearances** 2:1
3:1 4:3 8:9,23
**appended** 121:11
121:18
**applicable** 116:7
**applied** 17:25 26:2
**apply** 26:2 98:23
**applying** 98:22
**appointed** 25:22
26:3,5 37:2
**appointment** 40:9
**appreciate** 10:23

**approach** 88:18
**appropriate** 72:18
73:1
**approving** 94:13
**approximately**
65:19 99:1
**april** 40:14
**area** 56:5 79:1
101:12
**arrest** 70:24
**article** 93:15
**articles** 90:18
**arts** 17:20
**aseem** 3:3 9:3
**aside** 54:8
**asked** 11:9 14:22
27:17 40:15 53:7
55:10 83:5,23
85:5 106:23
113:10
**asking** 10:22
30:16
**assessment** 5:9
56:9,18 57:13
**assignment** 120:2
121:2 122:2
**assist** 32:16
**assistance** 70:16
95:17
**assistant** 29:20,21
29:24 30:22 31:1
31:19 39:24 40:17
44:15 66:24 95:6
**assisted** 30:4
**assisting** 33:1
**associate** 32:8
33:13
**assumed** 82:3
**assumption**
112:18,21

**assumptions** 79:7
**assuring** 18:22
**attached** 121:7
**attend** 54:17 58:17
58:18,22,23 59:23
62:21 63:3,11
89:13,15 90:15
101:6 104:1
**attendance** 76:22
**attended** 54:18
58:15 59:8 76:1
104:10
**attending** 38:8
59:2,11 63:6,9
85:25 106:10
**attention** 45:2
75:15 76:18
**attorney** 110:11
118:2
**attributable** 51:4
**audibly** 11:2
**aunt** 36:3
**authorize** 121:11
**automatically**
112:19
**available** 55:21
**ave** 119:1
**avenue** 2:8
**average** 105:9
**avoid** 10:19
**aware** 15:3 29:16
51:19 54:22 58:17
75:7,20,25 76:4,8
94:9 96:17,23
97:5,18 98:4
102:11 110:13,17
112:11

**b**

**babies** 79:2,4,8,12
79:15 80:21 82:7
82:8

**baby** 79:9 80:20
**back** 10:11 13:10
14:8 15:10 33:10
36:22 40:11 41:7
47:2 53:23 54:1
55:9 75:16 76:4
85:17,20 92:9
101:21 104:14
119:15
**background** 17:2
45:17
**bad** 80:16
**baker** 2:12 8:18
**bakerlaw.com**
2:15
**ball** 102:16
**balloon** 78:6
**based** 30:6 52:15
85:1 113:17
**basic** 10:16
**basis** 25:6 38:9
52:2 103:22
104:23
**bates** 5:7,10,13,15
5:16,18,19,21,22
16:3,8 56:11,16
57:17 58:2 60:8
60:12 63:22 64:2
89:19,24 91:1,5
92:18,23 105:19
**becoming** 44:6
85:10
**began** 52:13 55:6
55:15 68:5,7
77:24
**beginning** 5:7,10
5:13,15,16,18,21
16:2 17:3 56:11
58:1 60:7 63:14
63:21 89:23 92:17

**behalf** 2:2,7,11,16
3:2,6 8:16,19,21
9:4 90:23
**believe** 29:10
42:17 52:3 71:10
84:12 93:10 102:4
110:15,19
**benjamin** 22:7,8
**best** 10:21 103:12
108:7,12
**better** 72:16
**big** 28:10,13 41:14
**bigger** 41:23 80:5
**billy** 88:4
**birth** 79:13,14
**bit** 34:1 108:15
**black** 44:10 79:15
79:21 82:5
**blue** 43:21
**board** 38:3 52:24
61:1 71:17 72:17
73:17,20,22 74:4,7
74:17,22 80:23
81:13 83:1 96:12
**born** 79:15 82:7
**boulevard** 2:4
**boykin** 57:9
**break** 11:8 53:19
54:3
**breakfast** 35:25
**breaks** 11:6
**bridgeside** 2:4
**briefly** 86:9 94:9
**bring** 69:11
**broken** 26:19
**brother's** 107:12
**brought** 36:2
42:10 69:7
**brown** 67:10
69:14,22 88:4
89:7 102:6,14,21

106:10 107:4,16
**bs** 23:9,14 30:1
**budget** 37:24 94:9
94:10,14,17,20
95:2,5,8,10,12
96:1,4,6,8,11,24
97:3
**budgeting** 94:25
97:11
**budgets** 97:7
**buildings** 26:20
**bullet** 37:6,25
**burling** 3:3 9:4
**business** 68:4
**businesses** 26:19

**c**

**ca** 119:25
**cabinet** 42:10,13
85:22 88:24 89:5
91:14,16
**cabinetmembers**
91:11
**cabinets** 109:16
**california** 3:4
**call** 16:18 40:8
52:13,25
**called** 9:8 23:13
32:16 40:5,11,14
47:3
**calls** 51:18
**campaign** 26:11
27:4,8 90:6
**campaigned** 26:15
**campaigning** 27:6
**campus** 23:9
**canceled** 40:9
**cancer** 33:20
**canine** 55:8
**capacity** 59:14
66:24 104:11

**capital** 29:6
**capitalize** 68:4
**capstone** 31:3,10
**caption** 117:20
**cardinal** 2:16 8:16
46:25
**care** 32:25 33:8,9
33:9,11,12,13,14
33:14 34:2,7,8,11
34:11,15,16,19,24
35:9,16 36:7,9,17
36:19,22 37:14
98:20 112:5
**career** 17:3 45:20
46:22
**carfentanil** 88:17
**caring** 18:24
**carolina** 2:4
**case** 1:7,10,12,14
10:4,10 12:16
15:5 62:15 63:1
66:3 82:5 110:23
119:6 120:3 121:3
**cause** 79:18 82:18
117:11
**caused** 50:23
112:25 113:7
114:9
**causes** 76:24 77:1
**cedar** 9:21
**center** 80:25
**cephalon** 48:5
**certain** 72:3
**certainly** 96:13
**certificate** 4:12
117:1 121:11
**certification** 120:1
121:1
**certified** 9:11
**certify** 117:8,18
118:1

chain  60:13,19
61:2 64:3 89:19
91:1,9 92:11,24
chair  27:23 28:2
37:3
chance  16:10
change  80:19
119:13,14 121:8
122:3
changes  119:12
120:7 121:7,9
charge  102:23,25
charles  67:9 69:14
69:21 88:3 89:7
102:6,14,21 103:3
103:16
charter  109:21
chartered  109:22
chief  73:14,14
88:4 102:15,15,15
108:22 109:1
chiefs  89:10
chose  21:21
christine  88:3
circle  15:10
cities  109:12,21
city  1:13 2:2 8:11
8:14 13:18,22
15:1,3 25:11
26:23 29:3 44:10
50:15 51:12 52:4
67:15 68:6 71:15
71:18 78:18 79:22
80:12,17 81:2
88:2 94:15 96:15
97:6,17,22 98:6,16
98:19,23 99:2
100:21 102:9
103:12 110:13,17
110:22,25 111:2,6
111:18 112:11,23

113:1,8,21 114:7
city's  43:24 97:13
civil  9:10 116:3,7
120:5 121:5
class  88:1
clean  10:20
cleaning  26:18
clear  44:11 103:7
clerk  44:2
clerkship  30:3
cleveland  1:13 2:9
2:14 22:10 110:8
118:7 119:2
client  10:9
clients  74:15,19
clinical  19:24
24:15 39:12,14
45:18
closed  45:22
clr  1:25
cmcnamara  2:19
cocaine  14:19
codes  79:3
collaboration
71:16
collaborative
37:23
collect  81:15 82:17
82:19,23
collecting  81:3
colleen  2:17 8:15
college  41:2 88:13
92:8
colleges  23:12
columbus  18:13
18:14
combating  68:11
come  28:23 35:22
39:4 40:15 68:17
78:8 98:5 99:7,7
108:2 109:1

comfort  33:13,15
34:17,21,24 35:2
comfortable  35:16
coming  29:2 67:25
74:17
commission
118:16 120:19
121:25 122:25
commissioned
117:8
commitment
105:8
committee  27:23
27:24 28:2,5 38:4
38:18 43:22 76:6
committees  28:17
28:20,24,25 60:1
communities  29:7
41:1 70:18 71:3,5
71:11 87:22
community  5:9
23:21 30:1,3 44:8
56:9,17 57:13
61:1 73:17,24
74:3 77:15 78:17
79:20 84:19
companies  2:12
13:20 28:8
compare  35:1
compared  34:9
competing  58:25
complaints  68:15
completed  117:20
119:15
completely  94:8
compliance  38:19
component  36:10
concern  62:1
concluded  115:3
conduct  112:24
113:7,22

conducted  32:12
confer  109:7
conferences  89:13
confused  35:14
confusing  89:3
confusion  11:4
connection  13:13
connolly  2:17 8:16
consider  107:19
considered  71:22
107:23
considering  68:10
consortium  31:4
37:3,10
constraints  46:5
consult  34:8,11
consultant  20:1
cont'd  3:1 7:1
contact  108:22
contacted  114:8
contain  16:20
containing  83:15
contents  58:9
context  28:23
33:24 34:2 35:16
36:23 38:15 46:17
46:22 49:9 100:13
101:1
continue  23:4 70:4
87:2
continuing  39:10
87:5
contracted  21:19
21:22
contracts  74:4
controlled  45:23
46:17
convened  54:16
70:2
conversation
99:11 100:10,12

conversations 99:24 100:1,6,15 100:22 101:7,9,14

coordinator 23:25

copies 57:8,10

copy 15:21

copying 92:25

corporation 3:2 9:2,5 47:13

correct 13:14 20:6 20:18 22:14 24:14 24:23 25:4,12 26:6 27:12,13,24 27:25 28:17,18 29:19,21,22 30:23 30:24 31:2,5 32:7 32:9,10 37:4 38:24,25 39:13 43:2,7 45:19 49:7 57:4 61:3,6,22 64:5 66:5 72:20 73:6,18 74:5 85:23 90:7 94:10 94:11,17 96:2,3,5 96:7 98:6 99:12 102:7 104:5,12 107:16 117:16

corrections 119:12 121:17

correctly 36:8 50:3 62:25

cost 33:7,25 34:14 35:1,5,6

council 25:12,20 25:22 26:23 27:14 27:22 29:3,11,14 41:4 43:14 94:15

counsel 8:8,22 116:1,10 118:2

counseling 98:21

counselor 70:14 71:24 72:7,11,14 72:15

counterpart 109:11

counterparts 109:8

county 1:9,11 2:2 8:12,14 13:18,22 51:12,24 52:24 58:12 63:18 71:5 71:17 72:16 74:25 75:20,24 77:17 80:23 81:5,14 96:11,14 106:11 106:23 107:1 109:8,16 117:4 120:10 121:15

county's 76:2

couple 11:23 42:20 62:15 77:25

course 21:24 23:9 23:19,20,21,22 24:16 29:23 45:14 45:20 87:4

courses 22:16,24 23:5 24:6 30:5,8 31:12,16

coursework 31:9

court 1:1 4:14 8:6 9:6 120:7

courts 44:2 72:25

cov.com 3:5

cover 56:17 57:17 72:7

covered 66:18 72:5

covington 3:3 9:4

craig 81:13

create 105:11

created 42:1 56:24

creating 40:23

creation 27:24 28:5

creek 9:21

crisis 14:1 29:13 50:2 93:7,16,19 94:5 103:13

criteria 72:23 73:1 73:10,13

cross 41:7

crum 3:12

css 74:7,18

cure 33:15

cured 108:10

current 9:20

currently 45:3 111:2

curry 88:3

custody 4:14

customized 36:11 36:13

cuyahoga 1:11,21 1:22 75:20,24 76:2 117:4

cvs 49:22 110:18 111:18 112:8 113:14 114:4,15

**d**

d 47:20

d.c. 2:18

daily 66:4,16 104:23

damages 112:12

dan 1:8 92:24

dangers 88:14,14 88:15

danny 42:15

data 53:16 80:4 81:3,6,9,15 82:13 82:17,19,23 83:2

83:10,15,20 84:4 84:25

date 8:1 53:8 59:24 116:11 119:8 120:3,9,19 121:3,13,25 122:20,25

dated 60:15

daughter 92:8

dawson 94:24 97:19

day 2:7 8:21 15:11 16:21 110:8 118:7 120:16 121:22 122:22

days 12:4 70:13 119:18

dealing 80:13 99:3

dealings 46:23 47:6,12 49:9,15

dear 119:10

deaths 52:1

decided 40:13

decides 52:24

deciding 110:22

decision 111:3

dedicated 34:14

deed 120:14 121:20

deemed 119:19

defendants 8:19 102:1 110:22 111:3

degree 17:10

delivery 116:9,11

demand 44:7 77:18

dementias 19:1

demographics 81:22 82:10

**department** 32:14
39:6,11 51:25
57:5 63:18 69:15
69:15 84:17 97:22
103:25 106:23
107:1 119:22
**departments** 97:6
**depending** 69:8
**deposed** 9:11,23
10:5 13:13
**deposition** 1:16
5:5 8:3 10:1 11:21
12:20 15:13,15,21
15:25 56:7 57:23
60:6 63:20 89:22
91:4 92:16 99:9
105:18 110:12
115:3 117:19
119:8,11 120:1,3
121:1,3
**deputy** 73:14 89:7
94:23 102:15,15
**describe** 106:2
**described** 57:13
58:10
**describes** 90:9
**description** 5:3
**designed** 34:20,23
34:24
**detail** 74:24
111:11
**details** 10:13
66:20
**determinants**
44:20
**determine** 73:10
103:12
**develop** 77:11
**developed** 18:24
76:23 87:15

**developing** 96:1
**development** 24:1
27:24 28:5 43:24
45:15 95:2
**devoted** 105:1
**diagnoses** 74:10
**diagnosis** 74:12
**diane** 94:24 97:19
**die** 82:8
**died** 34:11
**different** 35:1,3
53:1,2 84:20,21
**difficult** 34:21
104:24
**direct** 67:22 98:20
**directly** 98:17
107:10
**director** 19:25
21:20,22 23:9,22
94:23,23
**discuss** 74:23
102:7 114:8
**discussed** 12:20
63:7,10 74:21
**discussing** 86:5,11
86:17 93:18
**discussion** 45:16
83:12
**discussions** 74:16
111:1
**disease** 18:25
**disorder** 74:9
**disorders** 74:2,13
**distribution** 45:22
46:18 49:11
**distributor** 46:2
**distributors** 13:19
**district** 1:1,2 8:5,6
**division** 1:3 8:7
**doctor** 56:3

**doctorate** 20:11
20:15,17,23 21:24
22:5 23:2 24:17
**doctors** 19:14,15
21:17,18
**document** 1:8 5:9
5:12 16:8,13 56:8
56:16,19,22,23
57:6,14,24 60:12
66:19 84:13
**documents** 12:12
13:3
**dog** 55:10,11
99:25,25
**doing** 20:12 44:4
44:24,24 55:11
67:5 71:12 78:6
80:3 87:3 90:22
**dollars** 67:15
113:20
**door** 70:16
**dr** 62:13,25
**dramatic** 51:17
**drug** 9:1 14:10
46:5 62:4 63:10
63:12 75:9 76:10
77:22 79:9 81:25
82:4,16 85:9
99:16 100:7
**drugs** 14:3,5,5
19:4,7,20,21 55:4
55:19,21 56:1
77:3,5,8 78:6 80:3
83:17 84:6,11
85:3 88:12,16
**dual** 74:12
**dubbed** 29:6
**duly** 9:10 117:7,10
**dying** 33:20 79:3,8
79:12 80:21

**e**

**e** 5:15,16,18,19,21
5:22 60:7,13,19
61:2 62:11,24
63:21 64:2,3,3,7
64:11,11,18 65:8
65:12,14,15,20,20
66:3 89:19,23
90:4,9 91:1,5,9,10
92:11,17,23,24
93:9 105:19,24,25
106:3,5
**earlier** 50:1 99:9
102:4 104:9
110:12
**earliest** 55:14
100:11
**early** 43:21,25
44:22 52:9 54:21
87:20
**easily** 78:24 81:9
**east** 25:17
**eastern** 1:3 8:6
31:4
**economic** 27:23
28:5 43:23
**educating** 62:21
**education** 24:16
30:15 37:4,10
38:23 39:10,25
40:18,25 44:15,19
79:19,20 95:7
**effective** 68:11
**effectiveness** 33:8
33:25 34:14 35:1
68:2 70:10
**effort** 30:20 82:24
87:1
**efforts** 54:21 75:3
**either** 23:17 51:8
76:18 79:9 113:19

118:2
elected 26:25 43:3
43:4 87:10
election 26:4,7
27:21 86:25
elections 27:4
electronic 81:7
ellet 25:17
email 119:17
embarrassed
64:16
emergency 30:21
employ 21:17
employed 21:14
45:3 57:2 63:4
65:11
employee 47:12
95:16
employees 78:18
employment 40:13
ems 51:18 70:14
72:4 81:8 84:17
96:4
enclosed 119:11
ended 27:11 31:21
31:25
endo 2:11,11 8:19
48:13 102:1
enforcement
54:20 55:1 70:23
70:25
entail 23:11 24:3
28:1
entailed 58:16
entered 121:9
entire 120:5 121:5
entirety 67:2
entities 46:23 69:7
entitled 5:9,12
56:8 57:24

entity 46:10 47:3
71:25
environment
34:23
epidemic 50:8,11
50:18 51:10 52:4
52:10,14,17,25
53:3,4,11 54:4,8
68:12 74:17 75:3
76:24 77:2 79:23
80:14 87:13 88:5
89:14 90:12,19
98:24 99:3
epidemiology 30:5
equate 50:17
equated 107:13
equivalent 109:19
errata 119:13,18
121:7,10,18 122:1
especially 50:14
esq 2:3,3,8,13,17
3:3,8
established 75:21
76:5
establishing 75:9
estimate 104:25
et 1:9,10,12,14
ethical 62:19
event 53:10,15
118:3
everybody 67:17
evidence 68:1
69:18
exact 53:17
exactly 51:23 53:2
70:7 107:4
examination 4:7
9:9,13 101:23
110:3
examine 36:18

example 34:6 35:3
66:8 90:23 98:12
examples 14:11
executed 121:10
execution 120:14
121:19
executive 75:8
exhibit 4:14 5:5,6
5:9,12,15,16,18,19
5:21,22 15:14,20
16:1,7 56:8,15
57:16,24 58:10
60:4,7 63:21 64:1
89:18,23 90:25
91:5 92:17,22
105:19
exhibits 4:4 5:1
exist 37:16
expenditures
97:14,23 98:5
113:21
experience 29:18
33:23 38:1 76:21
99:15
experienced 14:2
experiencing
51:10 84:16
expert 9:25 10:2
82:25
expertise 56:5
69:10,20 74:14
81:11
experts 82:25
expiration 120:19
121:25 122:25
expires 118:16
explain 98:10
105:11
extent 38:11
eyes 41:14

**f**

face 80:12
facilitator 30:6
facing 62:23
factors 38:11
fair 10:23 11:4
12:24 19:4 45:18
50:6 65:10 87:12
falls 1:21,22
familiar 45:21
49:6 62:5,9
families 39:25
40:18 44:16 77:14
95:7
family 22:17 34:18
34:20,22 42:1,4
67:18,21 99:23
far 100:2
favorite 27:6
federal 9:9 109:3
felt 109:25
female 81:24
fentanyl 14:13
field 32:1 70:15
fields 33:6
figure 44:23 82:11
102:24 108:12
figuring 44:1,3
45:1
final 27:11
finance 94:23,24
finances 98:2
financial 43:25
find 24:4 79:5
119:11
finding 29:9
finish 10:21
finishing 31:9
fire 52:23 54:18,23
54:24 59:20 67:10
69:15,22 71:23

72:4 79:25 80:2
80:15,24 81:6
87:8 89:10 96:8
99:7,8 102:17
103:25
**firm** 110:8
**first** 9:10 12:1
23:18 26:7 30:7
32:20 53:19 55:12
57:19 61:2 62:10
70:1 77:8,18,25
78:11 79:4 81:9
81:16 90:10 91:9
92:11 102:23
106:5 117:10
**five** 39:17
**fix** 41:11
**florida** 92:9
**focus** 30:17,20
34:17 35:4 45:1
70:9 80:20
**focused** 21:6 43:23
75:18
**focuses** 22:11
**folks** 67:21 74:11
77:3,6
**follow** 102:2
110:10
**following** 18:22
**follows** 9:12
**force** 52:9 54:16
58:13,14 59:18,22
60:2,22 61:6,9,12
61:25 75:10,21,24
76:2,6,22 77:14
86:1 87:6 100:19
101:2 104:10,15
**foregoing** 117:15
117:20 120:13
121:18

**form** 12:17 13:23
14:24 24:19 29:15
33:19 35:10 36:15
36:25 45:24 46:7
47:9 49:12 50:4
50:19,25 51:6,21
52:6,12,18 53:6,12
54:13 55:22 59:3
61:10,17 62:2
64:15,25 65:5,22
67:7 72:8,21 73:7
75:4,11 76:11,25
81:18 82:20 83:4
83:18,22 85:4
87:19 90:20 93:24
94:6 95:23 96:20
97:1,9,15,24 98:7
98:14 99:4,17,21
100:8 101:11
105:2,14 107:22
108:19 109:10
111:8,15,25 113:2
113:9,24 114:11
**formal** 37:23
**former** 44:18,21
**forward** 17:3 65:8
65:14 119:15
**forwarded** 64:10
66:4 90:24 91:21
92:6,12
**forwarding** 65:20
90:18 91:23
**found** 79:11
106:22
**foundation** 42:1,4
67:19,21
**four** 13:7 39:16
66:19 105:12
**frame** 100:16
**francisco** 3:4

**free** 120:14 121:20
**frequently** 66:15
**friend** 25:21 35:24
**front** 1:22 3:4
53:16 56:23
**fund** 41:12
**funded** 71:18 72:1
**funding** 37:20
41:22 68:20 72:2
96:18 98:4,16
108:2
**funds** 67:22
**further** 41:15
101:17 110:2
114:23 117:18
118:1
**fusco** 43:1 86:14
**fusco's** 86:22,24
**fw** 90:6

**g**

**garry** 42:25 86:8
**gears** 94:8
**gee** 78:10
**general** 24:11
34:13
**generally** 25:1
30:13
**geriatrics** 32:14
37:22
**gerontological**
17:19,21
**gerontology** 17:22
24:1 45:15
**getting** 22:4 29:9
41:22 68:14 84:6
103:5
**give** 40:13 53:16
116:1,10
**given** 117:12,17
**gives** 56:3

**giving** 12:23
**go** 10:1,17 11:10
16:11 17:2,6
20:10,14 21:21
26:2 55:9 57:10
79:14 81:2 82:22
84:1,3
**goal** 33:15
**goals** 38:12
**going** 15:21 25:22
27:17 36:14 42:18
53:18 57:16,20
59:24 67:18 78:10
85:12 86:25 89:18
90:25 100:2
102:24 103:1
108:7,9 110:23
111:4 113:18
114:25
**good** 9:15,16
25:24 41:8 43:15
67:25 68:1 85:12
110:5,6
**goodyear** 28:8
**gosh** 42:14,14
**government**
108:24
**governor** 75:8
76:5 90:6,11
**governor's** 76:5
**graces** 41:8
**graduate** 10:12
17:8,14 20:10
30:4
**graduated** 17:12
23:19 92:8
**graduation** 39:7
**granddaughter**
36:4
**grant** 93:12

grants 98:23 99:2
    99:6
great 11:19 67:14
    68:3
green 71:9
ground 10:16
    41:18
group 37:11,23,23
    37:24 57:6 69:11
    69:12,24 70:1
    102:6,10,13
growing 78:3
growth 51:24
    53:15
guess 55:24
guide 40:6
guided 43:22
guidelines 38:20

**h**

h.d. 47:18
half 18:14 67:9
    69:13 70:3 95:18
    102:5
hand 67:4 118:6
handing 15:19
    56:15
handle 38:18
happen 42:7 80:16
happened 66:17
    80:18 101:1
happening 76:16
    78:19,21 79:17
    80:10
happy 11:8
harder 34:19
hardy 92:24 109:1
harm 114:9
hartman 2:13 4:9
    8:18,18 101:24,25
    110:1

head 37:22
headquarters 28:9
    28:12
health 2:11,16 5:9
    5:10,13 8:17
    23:21 30:1,3 31:5
    31:9,15 32:4,5
    38:2 39:25 40:18
    44:15,21,22 46:25
    51:24 56:9,10,17
    56:18 57:3,13,19
    58:1 63:18 70:14
    70:15 71:17,24
    72:7,11,14,17 74:2
    74:13 75:19 80:23
    81:6,7,14 93:11
    95:6 106:11,23
    107:1
healthcare 68:24
hear 50:10 77:15
    83:24 107:5
    112:18
heard 40:6 46:16
    47:3 49:5 50:7
    87:21 112:13,16
hearing 77:13
heiselman 5:6
    16:1
held 42:20 106:10
hello 101:25
help 10:17 40:6
    41:15 68:14,19
    70:16,20,22,22
    71:1,2 78:20
    80:25 82:17 88:18
    95:18
helpful 70:23
helping 24:4 98:23
henry 47:24
hereinafter 9:11

hereunto 118:5
heroin 14:14
    55:12,13 60:21
    61:6,8,12,15,19,22
    61:24,25 62:4,8,14
    63:1,7 78:10
    90:12 99:10
high 23:15,20 44:9
    78:5 79:21 88:1,7
hired 40:8 41:6
    95:16
history 85:8,9
holes 41:11
holidays 12:2
hollingsworth 2:8
    4:10 8:20,21
    110:4,7 114:20
home 10:4 18:1,4
    18:8,17,19 19:8,19
    21:6,14 22:3 38:2
    64:18 65:17
homes 18:16,23
    19:3,9 20:3,9 21:8
    21:16
honestly 59:4,7
hoped 42:8
horrigan 43:3,8
    87:9,14 89:12
    90:10,17 91:11,22
    91:22 92:25 93:20
    93:22
hospice 32:13,21
    32:25 33:14 38:2
hospital 62:22
hospitals 44:19
    79:10 84:17 95:17
    95:18 100:22
    101:5
hostetler 2:12 8:19
hour 18:12,14
    53:19

hours 12:11 64:20
    64:21 66:2
house 76:9
housekeeping
    15:20
housing 26:18
    28:16
huhs 11:3
hum 10:6 19:17
    20:5 22:15 23:10
    34:16 42:11 54:6
    57:1 60:17,23
    61:7,23 64:6
    86:10,16 91:13,25
    92:4 93:1,8 99:13
hungary 32:20,21
husband 12:22
hydrocodone
    14:13

**i**

icare 37:7,8,15
icu 34:7,15
idea 41:4,12 67:14
    68:3 92:14 100:16
ideas 67:12,24,25
    68:1,10,18,20 69:5
    69:7 103:11
identification
    15:17 16:5 56:13
    58:4 60:10 63:24
    90:1 91:7 92:20
    105:21
identified 15:4
identify 112:23
illegal 51:5 55:4
    55:20 56:2 78:6
illicit 81:25 85:9
    88:12,16
impact 84:19
impacted 84:21

**implement** 68:24
**implementation**
5:12 57:18,25
58:9
**important** 10:18
11:1 26:17 70:20
88:6 109:25
**include** 66:15 97:3
**included** 88:3
110:19 119:13
**including** 91:18
96:24 97:7
**incorporated**
121:17
**increase** 51:17,17
78:13
**increased** 113:21
**increasing** 35:2
**index** 4:1,4,5 5:1
6:1 7:1
**indicated** 43:11
**indicates** 23:8
56:23
**indicating** 119:13
**indication** 54:10
**individual** 33:4
36:10,11
**individuals** 14:2
37:11
**infant** 44:6,9 69:3
76:15,17 78:24
79:21 80:11,13
82:4 95:19 107:12
**infants** 44:10
79:22
**information** 16:20
41:25 51:2,7
62:20 66:12,22
67:2 78:20 79:11
83:11 85:7 94:1
111:22 113:11

114:1
**initial** 62:11 77:21
**initially** 25:19
42:10 77:16 79:25
83:16 84:10 85:2
85:22 94:20
102:14,17,22
106:20,20,21
**initiated** 37:21
87:25
**initiating** 32:20
**initiative** 71:14
**initiatives** 59:18
59:22 86:2,21
88:22 107:13
**injuries** 88:10
**input** 57:12 58:8
95:20
**institute** 22:7,9
23:25
**instruction** 116:2
116:10
**insurers** 93:6,15
93:19 94:4
**insys** 48:25
**intensive** 34:11,19
**interact** 109:3
**interchangeable**
61:13,16
**interdisciplinary**
37:3,9 45:14
**interest** 43:12
**interested** 12:23
37:13 40:25 66:24
118:3
**interfere** 72:23
**internal** 32:15
**internship** 24:5
**internships** 24:4
**interview** 26:3

**introduction**
22:17
**invest** 93:11
**invited** 106:21
**involve** 31:7 32:11
35:17 36:9 38:7
39:1
**involved** 15:8
18:20 30:1 44:18
59:21 88:24 94:25
97:2,10 98:1,22
112:4,20
**involvement** 19:24
88:22 95:1,25
96:4,9
**involving** 24:23
25:1 32:25
**issue** 26:18 29:10
44:12 62:19,20
68:4,6 74:24
79:13 80:1,13
82:4 83:21 84:5
95:19 99:23
100:20
**issues** 12:16 15:5
26:14,21 27:4
28:4,20 43:22
44:13 62:22 67:3
68:9,13 75:19
79:12 86:6,12,18
88:25 89:5 90:11
94:9 95:22 96:19
96:25 97:4,8
98:13 102:7 105:1
107:9,20 109:4
111:24 114:10
**item** 29:17
**items** 96:24 97:7

**j**

**jackson** 3:7 9:1
**jacksonkelly.com**
3:10
**james** 41:25 42:4
67:18,21 92:24
109:1
**jamestown** 18:9
18:10,13
**janssen** 48:9
**january** 1:18 8:2
13:10 39:17,17
106:7 118:7 119:4
**jeff** 43:1 86:14
**jerry** 81:13
**job** 27:6,24 28:5
40:1,4,10
**johnson** 48:7,7
**joined** 42:12 64:24
65:4,6 85:22
101:10
**jones** 2:7 8:21
41:21 106:6 110:8
**jonesday.com**
2:10
**judge** 1:8
**july** 60:15 62:1
63:14
**june** 39:20

**k**

**k9** 55:8
**kasich** 76:5 90:11
**kasich's** 90:6
**keep** 59:23 104:22
**keeper** 107:12
**kelly** 3:7 9:1
**kent** 23:18
**kept** 75:2
**kids** 78:5

**killed** 92:2
**kind** 17:2 22:16
28:4 33:5 34:22
40:5 61:19 78:15
85:7 109:13
**kinds** 14:6 36:3
**knew** 44:12 52:21
78:2
**knock** 70:15
**know** 12:2 14:16
16:9 24:20 33:21
46:1,4,10,21 50:5
51:3 52:20 53:9
55:24 56:4 57:5
57:10 58:15 59:4
59:7 61:12 62:7,7
64:17 65:24,25
72:2,3,6,10 74:10
74:11,11,15,19
75:23 76:14 77:1
77:23 78:9 81:11
82:11 84:18,24
85:7,11 90:24
92:9,13 93:22
94:3,7 95:4 97:12
97:18,21 98:3,9,15
99:1,5,6 103:14,16
107:4,17,23,25
109:11,20 111:6
111:10,18 113:5,6
113:12 114:7,13
114:18
**knowing** 79:1
**knowledge** 15:4
46:15 55:15
111:13
**knowledgeable**
73:13
**known** 33:12 40:2
43:13

**knows** 12:22

**l**

**l** 1:25 117:6
118:13
**l.p.** 1:10,12,14
**labeled** 56:16
57:17 60:12
**labs** 29:9
**laid** 40:3
**lakeside** 2:8
**lane** 9:21
**large** 25:22 27:18
27:18 50:13 78:7
80:6,7
**lasts** 33:16
**law** 54:20 55:1,25
70:23,25 110:8
**lawful** 9:8
**lawsuit** 110:14
111:11,14 112:19
**lawyers** 12:21
13:4
**layoff** 45:11
**lead** 28:2 79:24
80:11 89:8,10
**leah** 106:6,21
107:10,13,15
**learn** 24:18 32:21
78:12 80:10,21
87:24 107:25
108:5
**learned** 51:23
55:13 64:22 77:25
83:12 84:20 99:15
**learning** 30:6
80:24 99:10
**leave** 20:9 27:14
45:7,10
**leaving** 28:8
**lebron** 41:25 42:4
67:18,21

**led** 57:11 102:21
**left** 34:18 42:14,15
59:9
**legal** 56:4 119:1
122:1
**letter** 119:19
**level** 34:14,21 53:4
**leyimu** 2:3 8:10,10
12:17 13:23 14:24
24:19 29:15 33:19
35:10 36:14,25
45:24 46:7,13
47:8 49:12,18,20
49:23 50:4,19,25
51:6,21 52:6,12,18
53:6,12,18 54:13
55:22 59:3,6
61:10,17 62:2
64:15,25 65:5,22
67:7 72:8,21 73:7
75:4,11 76:11,25
81:18 82:20 83:4
83:7,18,22 84:1
85:4 87:19 90:20
93:24 94:6 95:23
96:20 97:1,9,15,24
98:7,14 99:4,17,21
100:8 101:11
105:2,14 107:22
108:19 109:10
111:8,15,20,25
112:10 113:2,9,15
113:24 114:5,11
114:17,22 119:5
**license** 18:1,3
**licensed** 24:13
**life** 13:7 23:25
26:20 33:14,16,16
34:18 45:14 79:4
**light** 81:16

**limited** 72:20
**limits** 46:5,11
**line** 60:21 61:5
90:5,10 93:2 97:7
119:13 121:7
122:3
**list** 22:18 34:5
46:20 49:25 58:17
**listed** 121:7,17
**listing** 121:7
**listserv** 91:15
**litigation** 1:6 8:5
13:14,17 119:6
120:3 121:3
**little** 33:4 34:1
105:5
**live** 21:7
**lived** 13:6,8,9
**lives** 34:23
**living** 19:7
**llp** 3:3
**load** 29:23
**located** 18:11
**long** 12:9 13:6
22:19 27:15 33:16
46:20 64:17 65:19
73:22 85:11
**longer** 33:15 42:12
66:18
**look** 12:4 22:18
31:23 35:6 58:6
67:11 68:5,22
83:20 84:4 102:8
108:12
**looked** 42:19
71:12 81:20
**looking** 68:2,3,9
81:21 82:10 83:3
**looks** 17:15 20:2
20:20 25:3,10
26:5,22 42:2 64:3

**loss** 112:25 113:7
**lot** 30:20 41:20,20
  43:22,23 44:1,17
  68:15,25 76:12,14
  77:15,25 80:22
  84:15,20 87:1
  94:2 100:1 105:6
  107:11 108:11
**lots** 58:25 100:21
  101:6
**luken** 47:22
**lunchtime** 62:17

**m**

**m4** 30:3
**ma'am** 9:15
**madam** 119:10
**mail** 5:15,16,18,19
  5:21,22 60:7,13,19
  61:2 62:11,24
  63:21 64:2,3,3,7
  64:11,11 65:12,15
  65:20 66:3 89:19
  89:23 90:4,9 91:1
  91:5,9,10 92:11,17
  92:23,24 93:9
  105:19,24,25
  106:3,5
**mails** 64:18 65:8
  65:14,20
**main** 3:8 27:3
**maintain** 28:12
  87:1
**making** 35:15 82:9
  83:7 108:13
**male** 81:24 82:16
**mallinckrodt** 49:2
**manage** 41:12
**managed** 39:8
**management**
  35:20 36:6,9

**manager** 38:23
  61:1
**managing** 39:2
**manufactured**
  46:12
**manufacturer's**
  46:5
**manufacturers**
  13:19
**manufacturing**
  46:6
**marked** 5:3 15:16
  16:4 56:12 58:3
  60:9 63:23 89:25
  91:6 92:19 105:20
**marountas** 63:18
  66:5 81:5 83:14
**mary** 60:14
**massage** 35:21
**master** 17:19,20
  31:5,14
**master's** 17:16,18
  17:24,25 18:6
**matter** 8:4 10:5
  13:17 15:20 61:14
  102:1 110:9
**maximizing** 33:15
**mayor** 39:21,23,24
  40:2,23,24 42:8,9
  42:13 43:3,5,8,15
  44:6,8,18 54:14
  66:25 77:18,19
  85:23 87:4,6,10,23
  89:1,8 90:10,17,21
  91:10,22 93:19,22
  94:22,23 95:6
  104:1,23 105:13
  109:2,25
**mayor's** 40:15
  44:2 45:7 52:16
  54:7,9 55:6 59:9

59:13,16 64:24
  65:4,6,8,21 70:6
  76:21 88:23,24
  89:4,16 94:16,19
  95:2,21 96:17,23
  97:12,20 101:10
  101:14 104:11
  107:7,21 109:5,8
  109:15
**mayors** 44:22
**mcdonald's** 35:25
  36:2
**mckesson** 3:2 9:4
  47:13
**mcnamara** 2:17
  4:8 8:15,15 9:14
  53:25 85:11,19
  101:16 110:11
**md** 1:7 23:9,14
  30:1
**mdl** 1:6
**mean** 12:22 35:11
  35:19,20,20,21,21
  36:5 37:19 47:10
  50:12 55:2 61:18
  65:24 76:13 77:7
  95:11 98:9 103:1
  105:4 108:5,8
  113:4
**means** 34:1 35:22
  35:23 45:25 54:24
**meant** 87:5
**medicaid** 98:12,16
  98:18
**medical** 21:2,3,19
  21:22 22:20 23:15
  30:7 36:7 38:23
  39:3,9,10
**medication** 24:11
  35:7 88:14

**medications** 11:16
  35:3
**medicine** 21:5,5
  23:13 30:3 32:13
  32:15 62:19
**meds** 85:10
**meet** 11:24 67:11
  69:16,24 70:4
  103:24
**meeting** 12:1 28:3
  38:12 58:22,24
  62:12,12 63:1
  90:10,15 102:5,23
  106:10,13,15,18
  106:22,25
**meetings** 12:10,13
  13:3 38:8 54:17
  58:20,25 59:1,8,12
  62:18 69:21 74:18
  74:22 76:1,23
  86:1 89:13 100:19
  101:6,7 102:20,22
  103:6,9,15,19
  104:2,5,7,10,16,19
**member** 25:11,23
  58:13 60:1 73:16
  73:20,22 74:8
  90:22 99:23
  107:15
**members** 62:21
  71:20,21,22 91:14
  91:16 98:21
**membership**
  58:16
**memorable** 26:9
  26:10 100:24
**mental** 70:14,15
  71:24 72:7,10,14
  74:2,13
**mention** 73:15

**mentioned** 16:19 22:13 32:24 51:13 58:12 69:13 71:3 87:21 88:21 110:12
**mentioning** 61:24
**mentions** 23:23
**merely** 70:23
**message** 92:12
**met** 11:22 41:20 103:21
**meth** 29:6,8,9
**methamphetamine** 14:17 29:5
**miami** 47:22
**middle** 91:10
**midwest** 119:17 122:1
**miller** 94:24 97:19
**million** 67:15
**mind** 43:18 50:17 84:13
**mine** 25:21
**minority** 44:22
**minus** 13:7
**minute** 14:9 33:10
**minutes** 18:13 103:15,17 104:20
**mitigate** 114:9
**moment** 54:9 99:15 105:23
**monday** 106:7
**monetary** 112:12 112:25
**money** 67:16 68:3 95:21 99:2 112:20
**moneypenny** 42:25 86:9,22
**moneypenny's** 86:23

**monitoring** 24:5 70:9
**month** 12:6 45:5 69:25
**monthly** 58:20 103:21
**months** 39:16,17 42:24 62:15
**morning** 9:15,16 36:1
**mortality** 44:7,10 69:3 76:15,17 78:25 79:21 80:12 80:13 82:4 95:19 107:12
**motley** 2:2 8:10,13 11:22
**motleyrice.com** 2:5,6
**moved** 13:10
**mt** 2:4
**music** 35:21

**n**

**n** 3:8 47:20
**n.w.** 2:18
**name** 9:17 101:25 102:10 110:7 119:6 120:3,4,15 121:3,4,21
**named** 117:9
**names** 46:20
**national** 1:6 8:4 119:6 120:3 121:3
**natko** 73:14,14 88:4 102:15
**necessarily** 12:19 81:19 82:2 98:3 100:23 109:2 112:1
**necessary** 104:21

**need** 40:10 65:18 67:15 84:2
**needed** 44:3 45:1 67:24 69:19 80:21
**needs** 5:9 56:9,17 57:13 103:6
**neglected** 73:15
**neighbor** 55:5 99:12
**neighborhood** 25:18 26:21
**neomed** 23:20 29:18,24 30:9 37:12
**never** 24:22 109:18
**new** 40:18 93:5
**news** 90:18
**nine** 27:15
**non** 44:20 73:5
**noramco** 48:11
**north** 2:8
**northeast** 23:12
**northern** 1:2 8:6
**notarized** 119:14
**notary** 117:6 118:13 119:25 120:10,18 121:15 121:23 122:23
**note** 119:12
**notes** 103:18 104:18
**notice** 5:5 15:14 15:21
**noticed** 82:14
**number** 5:3,7,10 5:13,15,17,18,21 16:3 50:14 52:1 56:11 58:2 60:8 63:22 68:13,17 80:6,7 89:24 90:5

90:11 92:18 100:15 119:7,13
**numbered** 5:19,22 16:8 64:2 91:1,6 105:20
**numbers** 34:5 78:7 121:7
**nurse's** 21:11,13 22:3
**nurses** 19:9,11,16 21:12,13
**nursing** 10:4 18:1 18:4,8,16,17,18,23 19:3,7,9,19,25 20:3,9 21:6,8,14 21:16 22:2

**o**

**o** 2:3 119:5
**object** 12:17 13:23 14:24 24:19 29:15 33:19 35:10 36:14 36:25 45:24 46:7 47:8 49:12 50:4 50:19,25 51:6,21 52:6,12,18 53:6,12 54:13 55:22 59:3 61:10,17 62:2 64:15,25 65:5,22 67:7 72:8,21 73:7 75:4,11 76:11,25 81:18 82:20 83:4 83:18,22 85:4 87:19 90:20 93:24 94:6 95:23 96:20 97:1,9,15,24 98:7 98:14 99:4,17,21 100:8 101:11 105:2,14 107:22 108:19 109:10 111:8,15,25 113:2 113:9,24 114:11

**objection** 6:3,3,4,4
6:5,5,6,6,7,7,8,8,9
6:9,10,10,11,11,12
6:12,13,13,14,14
6:15,15,16,16,17
6:17,18,18,19,19
6:20,20,21,21,22
6:22,23,23,24,24
6:25 7:3,3,4,4,5,5
7:6,6,7,7,8,8,9,9
7:10,10,11,11,12
7:12,13,13,14,14
7:15,15,16,16,17
7:17,18,18,19,19
7:20,20,21,21,22
7:22,23 46:13
49:18,20,23 59:6
83:8 111:20
112:10 113:15
114:5,17
**objections** 4:5 6:1
7:1
**objective** 103:1,7
103:9
**obtain** 18:3
**obtained** 23:1
**obtaining** 21:24
**obviously** 35:20
**occasion** 64:22
66:1
**occasionally** 32:16
67:12
**occur** 88:20
100:17 101:9
**occurred** 76:13
**occurring** 52:2
100:7
**october** 118:16
**offer** 70:16,22
71:1 108:1,18

**offered** 71:14
**office** 40:16 43:8
43:20 44:2 45:8
52:16 54:8,10
55:6 59:9,13,16
64:24 65:4,6,8,21
70:6 76:21 88:23
94:16,19 95:2,21
96:17,23 97:13,21
98:17 101:10,14
104:12 107:7,20
107:21 108:18,23
109:5 118:6
**officer** 55:7 99:12
**offices** 109:9,15
**official** 120:15
121:21
**oh** 12:8 13:10 26:9
37:7 42:14
**ohio** 1:2,9,13,22
2:9,14 3:9 8:6
9:21 18:9,11,23
23:12 31:4 64:4
75:9 76:8,10
110:9 117:2,7
118:7,14 119:2
**ohio's** 107:8
**okay** 10:24 11:5
11:10,11 13:2
14:21 16:12,23
17:5 34:3 37:17
46:23,24 83:9
85:21 90:3 98:15
102:3 106:17
110:21
**old** 16:16,19 26:19
82:16
**older** 18:24 22:11
37:14
**once** 41:7 69:25
70:7 79:10 108:16

**ones** 66:14 100:23
100:25
**ongoing** 13:13
108:15
**op** 1:10,12,14
**open** 62:18 70:20
70:21
**operating** 82:12
**ophthalmology**
32:17
**opiate** 1:6 8:5
28:22,22 29:1,13
29:13 50:2,8,11
52:9 54:4,11,14,16
58:13 59:18 60:2
61:12,15,19 68:11
72:20 73:5,5 74:9
74:17 75:21,24
76:2,6,22 77:14
79:23 80:14,22
85:25 86:2,6,12,18
86:21 87:6,13
88:25 89:5,14
95:22 96:19,25
97:4,8 98:5,13,24
99:3 100:18 101:1
103:13 119:6
120:3 121:3
**opiates** 30:9 61:18
61:21 69:22 85:2
92:2 97:14,23
**opinion** 85:1 94:4
**opinions** 53:2
**opioid** 14:9,15,17
51:10 52:4 75:3
76:24 88:5 90:19
93:6,16,19 94:4
102:7 104:10,15
105:1 107:9,20
109:4,9 111:24
114:9

**opioids** 13:20 14:6
14:7,8,12 24:8,18
24:23 30:10 36:19
36:24 45:23 46:6
46:12 50:16,22
51:4,5 82:6
112:25
**opportunities**
101:4
**opportunity** 81:9
**opposed** 81:10
**options** 35:2,8
**order** 17:24 46:17
75:8
**organization**
22:10 38:13 96:16
**organizations**
37:13 84:21
**organized** 39:6,7
**orientation** 39:5,7
**originally** 78:2
**outside** 13:3 45:5
77:16 85:25 87:21
95:8 106:25
**overdose** 50:24
63:12 66:4,23
70:13 73:5,6
77:24 90:12
**overdosed** 50:15
72:22 74:20 84:10
85:8
**overdoses** 50:18
51:3,18 52:1
63:16 67:6 72:20
74:21
**overdosing** 14:7
50:21 80:8 82:2,6
85:2
**overlap** 101:7
**overseeing** 19:20

**overwhelming**
  108:16
**oxycontin**  14:13

**p**

**p**  3:3
**p.m.**  101:22 115:1
  115:3
**padukone**  3:3 9:3
  9:3
**page**  56:17,23
  57:18 66:19
  119:13,15 121:7
  122:3
**paid**  72:10 75:15
  95:18
**pain**  14:10 33:18
  33:21 35:20 36:5
  36:9
**palliative**  32:13,25
  33:8,9,9,11,12
  34:2,7,8,10,15,16
  34:24 35:8,16
  36:9,17,19,22
**paper**  17:24 31:23
  81:10
**par**  2:11,12 48:15
**para**  41:21
**paragraph**  62:10
**paramedics**  52:23
  54:24
**pardon**  83:6
**parks**  28:16
**part**  23:3 25:5,8
  27:6,19 28:13
  29:25 30:23 39:10
  41:14 42:3 45:4
  76:19 81:10 88:22
  95:15,16 102:12
  110:15 112:18
  121:9

**participate**  59:17
**participating**
  59:25
**participation**
  76:22
**particular**  20:25
  50:23 51:15 60:18
  61:25 69:10 74:23
  79:2 83:13 100:9
**particularly**  44:21
**party**  118:2
**pass**  69:4
**passing**  100:20
**patient**  21:20 34:5
  34:17,22 35:23
  36:12
**patient's**  35:2
**patients**  30:16
  33:17,20,21,23
  34:5,9,10 35:7,15
  35:18 74:24
**pay**  98:12,18,19
**paying**  76:18
**pbl**  30:6
**pdl**  91:11,14
**pellegrino**  1:25
  117:6 118:13
**people**  14:7 33:2
  42:3,6,20 50:15,21
  50:23 52:22 53:1
  55:3 67:20 68:14
  68:18,19 69:1,3,6
  70:19 71:2 72:24
  73:13 74:1,8,11
  77:2,15,16,23,24
  78:9 80:3,6,7
  81:16,23 82:1,3,25
  83:16 84:5,10,23
  85:1 87:22 90:5
  92:2 101:5 102:6
  102:12 107:6

  108:9,14
**people's**  79:7
**period**  15:2 25:11
  30:19 31:13 42:22
  54:16 66:9,19
  76:16
**periodic**  63:15
**periodically**  11:7
**persistent**  74:2
**person**  25:24 89:8
  108:22
**personal**  33:1
  59:14 64:7,11
  95:1,25
**personally**  16:23
  120:11 121:15
**perspective**  53:3
**pets**  35:22
**ph.d.**  5:7 16:2
**pharma**  1:10,12
  1:14
**pharmaceutical**
  2:12 46:2 49:10
  112:5
**pharmaceuticals**
  2:11,11 48:1,21
**pharmacies**
  110:11
**pharmacy**  19:25
  49:10
**phenomenon**
  82:15
**phone**  8:23 12:4
  114:22 119:3
**phrase**  50:7,10
**physician**  21:21
  32:19 37:21
**physicians**  30:15
**place**  81:17 100:9
  100:13 117:19

**places**  46:11
**plan**  67:20 102:24
**planning**  28:15
  97:3
**play**  93:6,15
**pleasant**  2:4
**please**  8:8,23 9:7
  9:17 105:24
  119:11,11
**pleasure**  43:16
  62:11,12
**plusquellic**  40:24
  42:9 54:14 85:23
**point**  2:8 29:2 37:6
  37:25 51:22 69:4
  85:13 108:8
**police**  52:23 54:18
  54:23,23 55:7
  59:20 67:10 69:15
  69:22 70:14 71:23
  72:4 79:24 80:1
  80:14,24 81:6
  84:16 87:8 89:9
  96:6 99:7,8,12
  102:17
**polster**  1:8
**population**  74:25
  78:5
**position**  26:12
  32:2 40:17,19,22
  40:23 42:21 43:10
  52:16 109:14,22
  109:22,23
**positions**  27:19
**possible**  10:17
**possibly**  103:23
**post**  30:19 91:24
**powers**  70:24
**practice**  38:4,14
  64:13

**practicum** 23:24
30:2
**preceptor** 31:4
**predominantly**
82:15,16
**premature** 79:12
79:13
**prematurely**
79:15
**prematurity** 79:18
**preparation** 13:4
**prepare** 11:20
**prepared** 66:18
**preparedness**
30:21
**prescribe** 19:11
**prescribed** 19:14
**prescriber** 24:14
**prescribing** 24:11
38:19
**prescription** 1:6
8:4 19:3,6,20,21
24:8,23 30:10
36:19,24 45:23
46:6,11 47:15
51:4 55:21 56:1
63:10,12 75:9
76:10 77:4,8 85:3
85:10 99:16 100:7
119:6 120:3 121:3
**prescriptions** 56:3
77:7
**presence** 28:13
117:14
**present** 3:12 17:4
106:12,17
**presented** 107:2,3
**presenters** 107:5
**press** 89:13
**pretty** 87:16

**prevent** 88:9
**prevention** 108:13
**previous** 113:17
**primarily** 21:11
**primary** 78:25
79:13
**prior** 10:1 44:6
**priority** 87:13,18
**private** 99:2
**proactive** 29:9
**probably** 10:18
31:25 49:4 61:11
72:15 99:24
112:20
**problem** 10:14
15:9 29:5,13 30:6
41:23 51:23 54:11
54:19,20 55:1,13
55:15 62:5 67:3
67:17 68:18 77:22
78:1,22 79:6 80:5
82:3,7 87:22
99:11,16 109:9
**problems** 29:8
69:4
**procedure** 9:10
116:7 120:5 121:5
**process** 26:3 78:23
79:19 80:9,17
107:24 108:4
**produce** 17:24
**production** 119:15
119:17,22
**professional** 38:3
38:4,14 46:22
49:8,15 72:18
76:20
**professor** 29:20,21
29:24 30:22 31:1
31:20

**profits** 44:20
**program** 17:25
18:24 23:9,14,24
31:5,15 39:2,5
41:1,18 67:14
74:1
**programs** 24:5
67:23 69:17 71:4
103:11 106:18,19
107:2
**project** 28:10
31:11
**projects** 32:23
43:18,19 86:2,21
**propose** 94:20
**propublica** 93:3
**provide** 11:13
19:10 39:5,6 74:8
98:21
**provided** 9:9
19:16 51:25 71:14
74:13
**providers** 68:24
81:8 98:19,20
**providing** 35:7,8
**psychology** 17:11
**public** 2:13 28:16
31:5,9,15 71:17
72:17 80:23 81:5
81:14 89:8 96:1
106:11 117:6
118:13 120:10,18
121:15,23 122:23
**published** 76:9
**pulled** 81:12
**puppy** 55:8
**purdue** 1:10,11,13
48:1
**purpose** 103:4
**purposes** 15:16
16:4 56:13 58:3

60:9 63:23 89:25
91:7 92:19 105:21
**pursuant** 116:3,6
**put** 22:19 37:20
41:19 57:6
**puzzling** 81:25
82:14

**q**

**qualified** 117:8
**quality** 26:20
33:16 38:4,11
**quantify** 113:20
**quarterly** 38:9
58:21
**question** 10:22
11:9 12:18 13:24
14:25 35:12,14
36:21 46:8 49:13
51:1 52:19 53:13
55:23 57:20 62:3
65:1,2,9,23 67:8
72:9 73:8 75:5,12
82:21 83:5 84:2
89:3 93:25 97:25
98:8 99:18 105:3
105:15 108:20
111:9,17 112:3,7
113:3,13,25 114:3
114:12,15
**questions** 15:22
102:2 110:2,10
114:21,23
**quick** 68:7 70:8,11
70:12 71:5,13
72:12,19 73:2,4
104:6
**quickly** 87:16

**r**

**radwany** 62:13,25

**ran**  26:6
**rate**  79:3,21
**rates**  44:9
**reach**  70:21 107:8
**reaching**  107:19
**read**  64:19,21 66:1
  67:2 93:17 120:5
  120:6,12 121:5,6
  121:17
**reader**  31:10
**reading**  93:14
  119:19
**ready**  16:10 30:4
**realize**  108:8
**realizing**  80:4
**really**  24:20 38:16
  44:3 78:12,22
  79:16 80:10,14
  81:8 84:24 100:3
  105:8 108:11
**realm**  68:23
**reask**  89:2
**reason**  11:12 65:7
  119:14 121:8
  122:3
**rebuilt**  28:11
**recall**  11:17 19:23
  24:9,20 28:21
  29:1,12 30:11,17
  38:21 44:14 51:22
  52:13 54:5 56:20
  58:7,19,19 59:2
  63:6,9,15 66:16
  69:25 70:7 74:16
  76:12 83:13 84:7
  84:9 86:4,5,11,13
  86:17 89:16 90:17
  90:21 92:5 93:9
  93:14,18 99:14
  100:5,11,15
  103:10 104:4

106:15,20 107:3
  112:14,15
**recalling**  50:2
**receipt**  119:18
**receive**  66:8
**received**  81:12
**receives**  99:2
**receiving**  63:15
  66:12 70:21 91:20
  92:5 93:9
**recess**  53:22 85:16
  101:20
**recognize**  16:13
  105:24
**recollection**  12:16
**record**  8:2,9,24
  9:18 10:20,25
  11:4,10 16:8
  53:20,24 85:14,18
  101:18,22 115:1
  121:9
**records**  81:7,8
**recreation**  28:16
**reduced**  117:13
**refer**  38:15 61:8
  69:6
**reference**  119:7
  120:2 121:2
**referenced**  117:13
  117:17 120:11
  121:15
**referral**  68:25
**referred**  50:1
**referring**  14:5
  21:10
**refreshed**  12:15
**regard**  44:19
**regarding**  93:2
  116:2,11
**relate**  19:19 24:7
  24:10 36:18,23

**related**  18:25 27:8
  38:19 86:2,6,12,18
  86:21 88:25 89:5
  95:22 96:19,25
  97:8,14,23 98:5,13
  98:23 110:10
  111:24
**relates**  1:8 56:24
**relating**  67:6
  83:16,20 84:4,10
  90:19 112:24
**relations**  61:1
**relationship**  72:24
**relationships**  21:7
  22:2
**relative**  118:2
**relevant**  15:5 69:7
**relied**  80:22 82:24
**relieving**  14:10
**relying**  83:3
**remainder**  70:5
**remember**  10:12
  19:23 26:16,18
  27:3 37:12 38:9
  38:17 47:11 60:18
  71:7 91:20 93:12
  99:22,25
**renee**  1:25 117:6
  118:13
**repeat**  84:2
**rephrase**  96:22
**report**  38:10 64:10
  66:5,7 76:9 85:6
  104:14
**reporter**  4:14 9:7
  120:7
**reporter's**  4:12
  117:1
**reports**  63:15,17
  66:8,23 81:10
  83:13,15

**represent**  27:16
  87:6 102:1 110:9
**representative**
  25:23 59:12,15
  70:13 104:11
**representatives**
  67:10 69:14 76:9
**request**  11:8 96:21
  121:9,11
**requested**  116:1,6
  116:10
**requests**  96:18
**required**  109:23
  109:24 119:25
**research**  17:23
  22:7,11 24:22,25
  32:8,12,16,23,24
  33:1,3,6 34:25
  36:18,23 37:4,10
  37:14 41:20 42:20
  69:18 78:12,16
  82:24 84:9,25
**researching**  33:25
**residency**  39:2
**residents**  19:2,21
  21:7 22:3 32:15
  32:17 39:3,4 41:3
**resigned**  86:8,14
**resource**  40:7
**respect**  88:25
**respond**  103:12
  108:12
**response**  68:8 70:8
  70:11,12 71:6,13
  72:12,19 73:2,4
  104:6
**responsibilities**
  19:18 41:10 42:21
  105:7
**responsibility**
  79:1 94:13

**responsible** 95:13
**restate** 35:12
**result** 14:2 50:16
**resume** 5:7 16:2
  16:17,18 17:15
  20:2 23:15 25:7
  29:17 37:2 43:11
  73:16
**retail** 110:11
**retain** 43:9
**retained** 4:14
**retire** 42:18
**return** 41:14
**returned** 119:18
**review** 12:12,15
  13:2 16:10 105:23
  116:2,6 119:12
  120:1 121:1
**reviewing** 84:9
**rhartman** 2:15
**ribbon** 43:21
**rice** 2:2 8:11,14
  11:22
**rich** 66:14 81:5
  83:11
**rick** 63:17 66:5
**rid** 29:10
**right** 13:1 23:15
  66:6 92:7 103:3
**rise** 53:4
**risk** 88:20
**rite** 49:19 110:18
  111:18 112:8
  113:14 114:4,15
**rivers** 2:3 8:13,13
**role** 39:12,14
  59:21 68:21 80:1
  80:15 93:6,15,18
  94:4 107:7 108:25
  110:21 111:13,24

**root** 82:17
**rose** 22:7,8
**rotations** 39:9
**round** 63:1
**rounds** 62:14,16
  62:17 63:4
**roxia** 57:9
**rpr** 1:25
**rubber** 28:8
**rules** 9:10 10:16
  18:22 116:3,7
  120:5 121:5
**run** 27:17,17,19
  37:15,17,19 59:18
  86:25
**ruth** 2:13 8:18
  101:25

**s**

**s** 119:15 121:8,8
  122:3
**safety** 89:8 96:1
**salary** 95:9,17
**san** 3:4
**sandwich** 36:1
**save** 34:23
**saw** 51:17 52:15
  81:4
**saying** 83:14
**says** 22:20 31:3
  37:2 38:1,1 56:17
  57:8,18 60:25
  92:1 93:5
**schedule** 89:16
**schein** 47:24
**schock** 3:8 8:25,25
**scholarship** 41:1
  41:13,18
**scholarships** 22:6
  41:3
**school** 10:12 17:14
  20:10 23:15,16,20

78:5 88:2,7
**schools** 39:9
**schwartz** 62:14,16
  62:17,25 63:3
**sciences** 23:21
**seal** 118:6 120:15
  121:21
**second** 12:3
**see** 38:5 54:10
  55:10 56:25 58:6
  60:16,22 68:22
  82:5 88:17 90:13
  90:23 91:11,24
  92:3 93:3,7 101:6
  113:19
**seeing** 58:7 78:8
  78:13 79:20 81:22
  84:18
**seeking** 68:14
  108:1 112:12
**seen** 56:19 57:20
**selected** 39:4
**selection** 61:14
**sell** 13:20
**selling** 55:25
**senator** 106:10
  107:4,16 108:17
**senator's** 107:20
  108:23
**senators** 107:8
**send** 64:20 66:20
**senior** 88:1,12
**seniors** 88:7
**sense** 62:6 65:9
  78:14 80:6 81:23
  82:9
**sent** 43:11 83:10
  83:15 93:22
  104:20
**separate** 96:14,16
  99:8

**september** 93:11
**served** 43:14
**service** 28:16 33:9
**services** 22:11
  73:17,25 74:3,14
  112:5
**set** 15:23 54:8
  102:19 118:5
**severe** 33:18 74:2
**shaken** 79:9 80:20
**shared** 41:24
**sharing** 62:20 94:1
**shaun** 3:12
**shed** 81:15
**sheet** 119:13 121:7
  121:10,18 122:1
**sheraton** 1:21
**short** 42:21 86:24
**shorthand** 61:11
  61:20
**show** 36:4
**shown** 119:16
**side** 15:23 25:17
**signature** 116:5
  118:12 119:14
**signed** 75:8 120:13
  121:18
**significance** 51:14
**signing** 119:19
**similar** 34:10 42:2
  77:20 99:14
**similarly** 79:7
**simply** 33:12 71:1
  106:9 112:21
**sincerely** 119:21
**singing** 36:4
**single** 84:13 100:3
**sir** 119:10
**situation** 43:25
**small** 78:5 101:5

smith 47:18
smoothly 10:17
sniff 55:12
social 44:20
sociologist 81:21
sociology 20:11,24
  21:2,3,4,5 22:17
  22:18,20,21
sole 88:4
solutions 2:11
  67:12 69:2 80:19
  119:1 122:1
solve 68:18 69:3
  78:21 79:6
somebody 15:4
  67:13 68:2 70:15
sonnhalter 60:14
  60:24
soon 108:10
sorry 9:24 42:16
  65:3 83:25
sort 26:20
sources 78:22 98:6
  98:10
south 2:4 3:8
  18:14
span 23:25 45:15
speak 78:24 101:4
specgx 48:23
specialty 21:1
specific 36:22
  43:17,19 44:11,13
  59:17,21,25 67:5
  69:22 73:10 84:23
  94:17 95:5 100:12
  112:24 113:6
specifically 14:22
  66:23 83:2,21
  84:5,7 88:5,15
  96:18,24 97:8,13
  97:22 99:22 100:6

104:17 111:12
specifics 24:21
specified 117:20
spend 95:21 98:16
spent 23:16 32:22
  84:15 105:1,5,6,11
spoke 62:13
sports 88:10
spurred 87:24
square 2:13
ss 117:3
stability 87:1
staff 21:8,9 62:21
  71:20,21,22 90:22
  95:14 98:21
  107:15 108:23
  109:1
staffing 18:21
stamped 89:19
  92:23
stand 100:23
stands 84:13 100:3
stark 41:21
start 10:16,22
  15:19 17:1 65:3
  68:3 79:5 86:20
  87:17 90:6
started 32:3 39:20
  39:23 70:8 71:8
  77:4 79:1 85:2
  88:16 102:5
state 8:8,23 9:17
  18:23 23:17,18
  41:21 76:17 108:2
  108:23 117:2,7
  118:14 120:10
  121:15
statement 120:13
  120:14 121:19,19
states 1:1 8:5

statewide 75:2
status 38:10
stay 28:11
stayed 28:11 87:3
stenotypy 117:14
stereotypes 81:25
  82:12
stop 108:7
stopped 36:2
stopping 69:4
  85:12
stories 77:20
strategy 5:12
  57:18,25 58:9
street 1:22 2:18
  3:4,8 62:4 77:5,22
  80:3
streets 55:14 56:1
strengthening
  43:24
strickland 75:8
strike 91:21
string 5:15,16,18
  5:19,21,22 60:7
  63:21 89:23 91:5
  92:17 105:19
strong 28:13
struggles 42:23
struggling 28:7
student 23:6
students 23:14
  24:4 30:4,7 31:8
  39:8 41:2
studies 17:19,21
  34:6
study 17:22 21:4
subject 13:17
  60:21 61:5 90:5
  93:2
subjects 33:5

subscribed 120:10
  121:14 122:21
substance 25:1
  27:9 28:20 30:12
  30:16 46:18 74:12
  104:15 106:2
substances 45:23
substantive 12:25
sue 110:23
sued 110:14,18
  111:4,7,19
suffering 74:8
suggested 25:24
suggests 67:18
suing 13:19,22
suite 2:14 3:9
  119:2
suites 1:21
summa 5:10,13
  32:4,5,23 37:11,15
  37:18,22,25 38:11
  38:23 39:4 40:3,8
  56:10,18 57:3,6,19
  58:1 62:18 63:4
  65:11,12,15 75:18
  76:14
summarize 103:8
summary 66:14
summer 23:19
  51:16
summit 1:9 2:2
  8:12,14 51:12,24
  52:23 58:12 63:18
  71:5,16 72:16
  74:4 77:17 80:23
  81:5,14 96:11,14
  106:11,23 107:1
  109:8,15
superior 119:1
supply 47:15

**support** 41:5,16
71:2 73:17,24
74:3
**supportive** 80:15
**sure** 14:20 26:16
35:11 38:16 45:25
72:6 98:11 108:13
113:18
**surprise** 43:13
69:1
**surprised** 15:6,7
41:6
**suspicious** 46:17
**swear** 9:7
**switch** 94:8
**sworn** 9:11 117:10
120:10,13 121:14
121:18 122:21
**syndrome** 79:9
80:20
**system** 5:10,13
32:4,5 45:22
56:10,18 57:3,19
58:1

**t**

**table** 106:24,25
**tackle** 108:16
**take** 11:6 12:25
53:19 97:5 103:17
103:18 104:18
105:23
**taken** 1:21 117:19
**talk** 15:10 33:25
35:15 40:12 88:4
88:6 93:6 94:9
102:22 107:6
**talked** 41:21
107:10
**talking** 10:19 17:1
54:4 84:15 90:6

**tammy** 2:3 8:13
**task** 43:18 52:9
54:16 58:13,14
59:18,22 60:2,22
61:6,9,12,24 75:10
75:21,24 76:2,6,22
77:14 85:25 87:6
100:19 101:1
104:10,15
**taught** 22:6,13
23:3 24:7 25:3
30:9
**teach** 22:16 23:4
25:5 31:13,14,16
**teaching** 30:5 45:4
45:12,13
**team** 11:22 33:3
73:2 88:2 104:6
**teams** 68:8 70:8,11
70:12 71:6,13
72:12,19 73:4
**technically** 89:9
**teeth** 88:11
**telephone** 3:2,7
**tell** 12:4
**tempted** 88:11
**ten** 27:15 59:5
**tend** 82:1
**tenure** 29:3 31:21
70:5 107:21 109:4
**teresa** 5:6 16:1
**term** 26:23 27:11
46:16 54:8 62:7
72:13,16
**terms** 18:21 35:7
35:17 37:24 62:5
**terry** 1:17 4:7 5:5
5:6 8:3 9:8,13,19
15:15 16:1 60:14
101:23 110:3
117:9 119:8 120:4

120:9 121:4,13
122:20
**testified** 99:10
100:14 102:4
104:9
**testify** 10:7 14:23
117:10
**testimony** 10:20
11:14 117:12,16
120:6,7 121:6,9,12
**teva** 48:3
**thank** 49:25 54:2
101:17 114:21
**thanking** 106:9
**therapy** 35:21
**thesis** 21:23 22:1
**thing** 10:18 26:20
**things** 35:19 36:3
36:5,6,11 44:5,14
44:17,24 67:11
68:5,17 76:14,16
79:8 80:16 87:25
100:2 107:11
**think** 14:16,18
29:4 31:21 32:18
35:13 36:6 40:12
42:25 44:23 47:1
50:1,20 51:16
52:16 55:3,4,5
56:20 67:1,1,20
70:8 71:11 73:23
78:17 79:25 80:18
84:19 87:20 93:17
101:13 103:20
107:13,24 108:17
112:17,19
**thinking** 55:18
78:3 100:25
**third** 12:3 37:6
**thirty** 119:18

**thought** 26:17
41:11 43:14 52:21
78:2 108:24
**thoughts** 112:2
**thread** 77:20
**three** 11:25 27:18
27:19
**time** 11:7 15:2
22:19 23:3,13
25:5,8,11 26:17
27:16 28:7 29:25
30:18,19,23 37:22
39:3 40:14,21
42:22 45:4 53:15
53:17 54:15,19
64:17 66:9,19
70:19 71:9 76:15
76:19 78:11 84:8
84:15 88:9,16
92:7 95:15,16
97:20 100:16,23
104:22 105:1,5,7,8
105:11 108:10
112:22 117:19
**times** 11:23,24
55:13 68:25 85:5
**title** 18:15 39:23
109:13
**tleyimu** 2:5
**today** 10:17 11:14
11:21 13:4,13
14:23 45:9
**told** 77:21
**top** 60:13 64:3
90:4 92:23
**tope** 2:3 8:10
119:5
**topic** 10:2 89:11
107:14
**total** 35:5,6 72:2

**totally** 42:5
**touch** 28:20 30:9
  30:12
**touched** 75:1
**track** 104:22
**tracked** 97:22
**tracks** 97:13
**traditionally** 36:7
**training** 55:8,11
  71:9
**transcribed** 11:1
  117:15 120:7
**transcript** 4:1
  116:3,6,9,11
  119:11,12 120:5
  120:12 121:5,11
  121:17
**transcription**
  117:16
**transferred** 34:8
**transition** 77:9
**traveling** 92:8
  93:11
**travismacgee62**
  92:12
**treatment** 67:14
  68:15,16 71:2
  72:25 74:8 98:13
  108:14,15
**trial** 10:7
**tried** 58:23
**triggering** 53:10
**trio** 27:19
**trivers** 2:6
**true** 55:20 117:16
**truth** 117:10,11,11
**truthful** 11:13
**try** 11:6 41:10
  58:22 67:3 69:6
  70:20 78:10,18
  108:16

**trying** 32:17 80:17
  82:10 100:15
  107:25 108:5,6
**tunes** 36:4
**tweet** 91:23 92:1,1
  92:6 93:2,5,23
**tweeting** 90:22
**tweets** 90:18
**twice** 79:3
**twigg** 102:15
**twitter** 93:3
**two** 12:11 23:16
  26:23 43:1 73:23
  79:8
**type** 23:5 31:12
  66:8 112:25
**types** 61:21
**typical** 64:13
  66:11
**typically** 21:14,16

### u

**u** 23:17
**uh** 11:3
**ultimate** 94:12
**ultimately** 20:18
**um** 10:6 19:17
  20:5 22:15 23:10
  34:16 42:11 54:6
  57:1 60:17,23
  61:7,23 64:6
  86:10,16 91:13,25
  92:4 93:1,8 99:13
**uncommon** 101:8
**undergrad** 17:6
  24:17
**undergraduate**
  22:23 23:24
**undergraduates**
  30:2
**understand** 13:12
  29:7 45:16 50:11

53:1 62:24 65:2
  67:3 77:3,10
  78:19,20,22 79:17
  80:17 88:13 108:6
**understanding**
  13:16,21 14:21
  34:13 36:8 40:22
  52:21 70:17 76:23
  77:12,21 80:2
  84:23 94:22 98:18
  104:6 111:23
**understood** 54:19
  54:25
**unh** 11:3
**unhs** 11:3
**unique** 109:12
**unit** 33:9 34:9,12
  34:15,16,19 35:24
  55:8
**united** 1:1 8:5
**units** 34:24
**university** 17:7,13
  20:16 23:17,18
  24:7 25:4 31:17
  45:5
**university's** 23:12
**update** 66:4,17,17
**updates** 51:25
**use** 36:18 42:6
  62:6 74:9
**users** 82:1
**usually** 62:18

### v

**v** 1:10,11,13 119:6
  120:3 121:3
**vaguely** 60:20
**varied** 105:4
**variety** 36:5
**various** 38:11
  62:22 88:22
  103:10

**vary** 105:7
**veritext** 119:1,7
  122:1
**veritext.com.**
  119:17
**version** 16:16
**versus** 34:15 35:8
  51:4 85:9
**vet** 67:24 103:10
**vetted** 69:19
**vetting** 73:1
**victims** 73:5,6
**videographer** 3:12
  8:1,22 9:6 53:20
  53:23 85:14,17
  101:18,21 114:25
**videotaped** 1:16
  5:5 15:14
**view** 61:15
**violence** 69:2
**virtue** 41:3
**visit** 35:22 73:2
**visited** 73:4,11
**visiting** 88:1
**vita** 16:16
**vulnerable** 70:19

### w

**wait** 10:21
**waived** 119:19
**wake** 78:9
**walgreens** 49:16
  110:18 111:17
  112:7 113:13
  114:3,16
**walk** 17:3
**wall** 31:24
**walmart** 2:7 8:21
  49:6,9 110:9,14
  111:7,12 112:12
  112:24 113:7,23
  114:8

**walmart's** 49:10
111:13,24

**want** 11:7 17:1
31:24 46:21 68:22
69:3

**wanted** 20:10
35:25 62:21 64:19
66:1 68:5 87:23
103:4 107:5

**ward** 25:14,16,23
27:16

**washington** 2:18
91:23

**wasted** 42:5

**watson** 48:21

**way** 24:8,10 37:20
41:15 42:7 44:24
44:25 62:20 67:12
68:17 77:10 80:11
103:11 105:10

**ways** 84:20 100:21
102:8 114:8

**wc.com** 2:19

**we've** 43:13 53:18
85:12

**week** 66:21 105:6

**weekly** 52:2 66:4
66:17

**weeks** 105:5

**welcome** 54:1
85:20

**went** 17:14 54:3
61:3 71:9 78:23
79:10,18 81:7

**west** 18:13

**whereof** 118:5

**white** 79:3 81:24
82:15

**wholesale** 46:1

**widespread** 84:19

**williams** 2:17 8:16

**win** 27:21

**wisdom** 88:11

**witness** 8:11 9:7
9:25 10:3 83:6,9
83:24 114:24
116:2 117:9,13,14
117:17 118:5
119:8,11 120:1,4
120:11 121:1,4,15

**witness'** 119:14

**women** 82:6

**words** 11:2 61:14

**work** 15:9 21:6
22:5 28:19,23
34:4 36:1 40:15
41:20 42:2,5
43:16 45:18 64:11
64:18 65:20 67:5
76:19 86:1,20
95:6 107:11

**worked** 15:1 18:8
20:3 21:8,19
32:14 44:5 89:5
104:23 105:12
112:22

**working** 18:16
28:10 31:8 32:1,3
32:22 39:20,23
43:12 52:8,22
55:6 75:18 76:13
78:18 87:2 94:22
101:12,15

**world** 28:9,12

**wound** 20:12

**write** 16:23 21:23

**wrong** 72:13

**wrote** 61:5

**x**

**xanax** 14:15

**xenia** 18:8,10,12

**y**

**yahoo** 64:4 65:15
65:21

**yeah** 12:8 36:4
41:13 42:6 52:20
59:4 61:13,19
65:24 66:13 68:16
69:9 84:23 93:12
98:10 99:5 103:23
107:24 108:24
109:13 111:21

**year** 5:9 26:23
30:3,7 32:22
39:15 45:9 56:10
56:18,24 79:4,16
82:16 88:12
110:25

**years** 9:25 13:7
23:16 27:15,15
29:4,11 40:2
51:14 73:23 78:1
87:14 89:12
105:12

**yesterday** 12:3
62:13

**young** 42:3 82:1,2

**younger** 78:4

**youngstown** 23:17

**youth** 69:2

**z**

**zip** 79:2

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.