Highly Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL ) MDL No. 2804
PRESCRIPTION OPIATE )
LITIGATION ) Case No.
) 1:17-MD-2804
)
THIS DOCUMENT RELATES TO ) Hon. Dan A. Polster
ALL CASES )
)

—— —— ——

Thursday, February 14, 2019
—— —— ——

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW
—— —— ——

Videotaped Deposition of BILL BRANDT,
held at Locke Lord LLP, 2200 Ross Avenue,
Suite 2800, Dallas, Texas, commencing at
9:07 a.m., on the above date, before
Michael E. Miller, Fellow of the Academy of
Professional Reporters, Registered Diplomate
Reporter, Certified Realtime Reporter and
Notary Public.

—— —— ——

GOLKOW LITIGATION SERVICES
877.370.3377 ph | fax 917.591.5672
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

| Page 2 |
| --- |

```
 1    A P P E A R A N C E S :
 2    MOTLEY RICE LLC
        BY:  DAVID I. ACKERMAN, ESQUIRE
 3         dackerman@motleyrice.com
        401 9th Street N.W.
 4      Suite 1001
        Washington, D.C. 20004
 5      (202) 232-5504
        Counsel for MDL Plaintiffs
 6
 7    LOCKE LORD LLP
        BY:  C. SCOTT JONES, ESQUIRE
 8         sjones@lockelord.com
           MADELEINE BRUNNER, ESQUIRE
 9         maddie.brunner@lockelord.com
        2200 Ross Avenue
10      Suite 2200
        Dallas, Texas 75201-6776
11      (214) 740-8000
        Counsel for Henry Schein Inc.
12
13    REED SMITH LLP
        BY:  STAN PERRY, ESQUIRE
14         sperry@reedsmith.com
        811 Main Street
15      Suite 1700
        Houston, Texas 77002-6110
16      (713) 469-3842
        Counsel for AmerisourceBergen Drug
17    Corporation
18
19    BAKER HOSTETLER LLP
        BY:  MICHAEL W. MENGIS, ESQUIRE
20         mmengis@bakerlaw.com
        811 Main Street
21      Suite 1100
        Houston, Texas 77002
22      (713) 646-1392
        Counsel for Cardinal Health
23
24
25
```

| Page 3 |
| --- |

```
 1    A P P E A R A N C E S :
 2    JONES DAY
        BY:  CASTEEL E. BORSAY, ESQUIRE
 3         cborsay@jonesday.com
           (via teleconference)
 4      325 John H. McConnell Boulevard
        Suite 600
 5      Columbus, Ohio 43215-2673
        (614) 469-3939
 6      Counsel for Walmart Corporation
 7
 8    MARCUS & SHAPIRA LLP
        BY:  PAUL MANNIX, ESQUIRE
 9         pmannix@marcus-shapira.com
           (via teleconference)
10      One Oxford Center
        35th Floor
11      Pittsburgh, Pennsylvania 15219
        (412) 471-3490
12      Counsel for HBC Services
13
        ARNOLD & PORTER KAYE SCHOLER LLP
14      BY:  ZENO HOUSTON, ESQUIRE
           zeno.houston@arnoldporter.com
15         (via teleconference)
        250 West 55th Street
16      New York, New York 10019-1710
        (212) 836-8000
17      Counsel for Endo Health Solutions
        Inc., Endo Pharmaceuticals Inc. and Par
18    Pharmaceutical, Inc. and Par
        Pharmaceutical Companies, Inc.
19
20
        VIDEOGRAPHER:
21
        DARNELL BROWN,
22      Golkow Litigation Services
23
24
25
```

| Page 4 |
| --- |

```
 1                    INDEX
 2
      APPEARANCES                     2
 3
      PROCEEDINGS                     7
 4
 5
      EXAMINATION OF BILL BRANDT:
 6
        BY MR. ACKERMAN                9
 7
 8
      CERTIFICATE              265
 9
      ERRATA             267
10
      ACKNOWLEDGMENT OF DEPONENT       268
11
      LAWYER'S NOTES            269
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| Page 5 |
| --- |

```
 1          DEPOSITION EXHIBITS
                BILL BRANDT
 2           February 14, 2019
 3    HENRY SCHEIN, INC.-BRANDT EXHIBITS   PAGE
 4    Exhibit 1   Verifications Department      37
               Profile, Melville and Reno
 5             HSI-MDL-00022669 - 670
 6    Exhibit 2   HSI Verification Procedures    86
               for Controlled Drug Orders
 7             issued February 5, 1998
               HSI-MDL-00404226 - 228
 8
      Exhibit 3   Controlled Substance        101
 9             Monitoring Procedure Issued
               December 3, 2012
10             HSI-MDL-00000194 - 204
11    Exhibit 4   DEA Know Your Customer Due   120
               Diligence Procedure,
12             Revised March 31, 2016,
               Rev. I
13             HSI-MDL-00000184 - 193
14    Exhibit 5   Bill Brandt LinkedIn        134
               Profile Printout
15
16    Exhibit 6   Interoffice Memorandum to    137
               Mullins, Brandt, Matalon,
17             dated October 15, 2012
               HSI-MDL-00021781 - 782
18    Exhibit 7   E-mail from Abreu to        142
               Brandt, June 06, 2018
19             HSI-MDL-00486513 - 514
20    Exhibit 8   U.S. Department of Justice,   152
               Drug Enforcement
21             Administration letter dated
               September 27, 2006, from
22             Rannazzisi
               HSI-MDL-00387177 - 180
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

Page 6

HENRY SCHEIN, INC.-BRANDT EXHIBITS          PAGE

Exhibit 9   U.S. Department of Justice,     155
            Drug Enforcement
            Administration letter to
            Henry Schein Inc.,
            December 27, 2007, from
            Rannazzisi
Exhibit 10  Executive Summary               159
            HSI-MDL-00404203 - 209

Exhibit 11  Cegedim Dendrite Henry          169
            Schein Visit Overview
            HSI-MDL-00386875 - 879

Exhibit 12  Cegedim Dendrite "New           177
            Account Issues Involving
            Controlled Substances"
            Discussion
            HSI-MDL-00231217 - 218

Exhibit 13  Cegedim Dendrite Draft          182
            Schein SOM Procedural
            Review
            HSI-MDL-00404369 - 373
Exhibit 14  Presentation, "Individual       192
            Opportunity/Issue,"
            presented by Tina
            Steffanie-Oak
            HSI-MDL-00072607
Exhibit 15  Interoffice Memorandum from     202
            Steffanie-Oak, February 17,
            2014
            HSI-MDL-00499366 - 371

Exhibit 16  E-mail Chain ending with        225
            Meeting Invitation,
            Subject: Suspicious item
            thresholds/Regulatory
            support and availability
            HSI-MDL-00019701 - 704

Page 7

HENRY SCHEIN, INC.-BRANDT EXHIBITS          PAGE

Exhibit 17  E-mail with Meeting             234
            Invitation, Subject:
            Scheduling a Team Meeting
            HSI-MDL-00002760
Exhibit 18  E-mail Chain ending with        238
            Meeting Invitation,
            Subject: Shipping controls
            to residences
            HSI-MDL-00002667 - 668
Exhibit 19  E-mail Chain ending with        242
            E-mail from Abreu to
            Schiavo and Brandt,
            February 01, 2012
            HSI-MDL-00020069 - 070
Exhibit 20  E-mail Chain ending with        245
            E-mail from Brandt to Abreu
            and Matalon, June 03, 2014
            HSI-MDL-00046124 - 127

Exhibit 21  e-mail Chain ending with        253
            e-mail from Steffanie-Oak
            to Butcher, January 26,
            2016
            HSI-MDL-00156897 - 899

Page 8

PROCEEDINGS

(February 14, 2019 at 9:07 a.m.)

THE VIDEOGRAPHER:  Good morning.  We are now on the record.  My name is Darnell Brown.  I'm the videographer with Golkow Litigation Services.  Today's date is February 14th, 2019, and the time is 9:07 a.m.

This video deposition is being held in Dallas, Texas in the matter of In Re: National Prescription Opioid Litigation before the United States District Court for the Northern District of Ohio.

The deponent is Bill Brandt.  Counsel, please identify yourselves for the record.

MR. ACKERMAN:  David Ackerman, Motley Rice, for the plaintiffs.

MR. JONES:  Scott Jones for defendant Henry Schein Inc. and the witness, and Maddie Brunner.

MR. MENGIS:  Michael Mengis, BakerHostetler, for Cardinal Health.

Page 9

MR. PERRY:  Stan Perry, Reed Smith, for AmerisourceBergen Drug Corporation.

THE VIDEOGRAPHER:  Those on the phone.

MS. BORSAY:  Casteel Borsay with Jones Day on behalf of Walmart.

MR. MANNIX:  Paul Mannix of Marcus & Shapira here on behalf of HBC Services.

MR. HOUSTON:  Zeno Houston from Arnold & Porter on behalf of Endo and Par.

BILL BRANDT, having been duly sworn, testified as follows:

EXAMINATION

BY MR. ACKERMAN:

Q.  Good morning, Mr. Brandt.

A.  Good morning.

Q.  We met off the record.  My name is David Ackerman.  I'm an attorney with Motley Rice representing the plaintiffs in this action.

Have you ever had your

deposition taken before?
A. No.
Q. Okay. Let me walk you through -- I'm sure your counsel told you a little bit about what's going to happen. I'll tell you a little bit as well.
A. Okay.
Q. So we are here. As you can see, there's a court reporter next to you, and a videographer. The court reporter, I think, is probably the most talented person in the room, because he will take down everything that's said. But as talented as he is, he cannot transcribe verbal -- or nonverbal actions.
A. Okay.
Q. So I'll be asking questions. Hopefully you'll be giving answers. I'd ask that you answer each question with a yes or a no and try to avoid uh-huhs or huh-uhs or shrugs or shakes of the head.
A. Okay.
Q. Also, he cannot transcribe when we speak over each other. He can only catch one person at a time. So even though it may

be painfully obvious where my question is going, I ask that you allow me to finish my question before you start your answer.
A. Okay.
Q. And I will try to do the same. I don't want to cut you off of any of your answers, and if I do cut you off, please let me know.
A. Okay.
Q. I don't know how long we'll go today, but we can take a break probably every hour, hour and a half. If at any time you want to take a break, let me know. We'll try to finish up the topic or questioning and then we'll go ahead and take a break.
A. Okay.
Q. I just ask that we don't take a break while a question is pending. I think these are the primary ground rules.
A. Okay.
Q. Have you taken any substance or under the influence of any medication that would affect your ability to testify truthfully today?
A. No.

Q. Okay. We can go ahead and step in and get started.
Would you state your name for the record, please?
A. Bill Brandt.
Q. How do you spell your last name?
A. B-R-A-N-D-T.
Q. And, Mr. Brandt, are you currently employed?
A. Yes.
Q. Where?
A. Henry Schein.
Q. And when did you start with Henry Schein?
A. October 1992.
Q. Prior to becoming employed with Henry Schein, did you have a job previous to that?
A. Yes.
Q. And what was that?
A. JCPenney.
Q. What was your position at JCPenney?
A. I was an operations supervisor.

Q. For how long were you at JCPenney?
A. I believe it was just shy of three years.
Q. And prior to JCPenney, were you employed anywhere?
A. I was in college.
Q. Do you have a college degree?
A. I do.
Q. From what college?
A. Chico State University.
Q. Where is Chico State University?
A. Northern California.
Q. Is it a bachelor's degree?
A. Yes.
Q. Did you have a major?
A. Psychology.
Q. Do you have any advanced degrees?
A. No.
Q. Your job at JCPenney, I assume it did not involve the distribution of controlled substances; is that correct?
A. That's correct.

Highly Confidential - Subject to Further Confidentiality Review

Page 14

1      Q.    All right.  I had to check that
2  box.  Thank you.
3           When you started with
4  Henry Schein in October of 1992, what was the
5  first position that you held?
6      A.    The first position was
7  inventory control supervisor.
8      Q.    And where were you located?
9      A.    That was in Reno, Nevada.
10     Q.    For how long were you an
11 inventory control supervisor?
12     A.    For about a year.
13     Q.    And after that year, did you
14 assume another position at Henry Schein?
15     A.    At JCPenney or --
16     Q.    I'm sorry.  I was talking about
17 Henry Schein.
18     A.    Oh, I'm sorry, I apologize.
19     Q.    I think -- let me just make
20 sure I've got the timeline right.
21          You said you started as
22 inventory control supervisor at Henry Schein?
23     A.    I did.
24     Q.    And how long did you hold that
25 position?

Page 15

1      A.    I held that position for about
2  a year or so, yeah.
3      Q.    And then what was the next
4  position you held at Henry Schein?
5      A.    I believe it was in production,
6  picking and packing.
7      Q.    And for how long were you in
8  production?
9      A.    About a year as well.
10     Q.    Was that also in Reno?
11     A.    That was in Reno.
12     Q.    And when you say Reno, I assume
13 it's Reno, Nevada?
14     A.    Yes.  Yes.
15     Q.    After that, what was the next
16 position you held at Henry Schein?
17     A.    I believe for a little under a
18 year, I moved into a shipping supervisor
19 role, shipping and receiving I believe it
20 was.  Case pick.
21     Q.    And for how long were you in
22 that shipping and receiving role?
23     A.    I think that was about a year
24 as well.
25     Q.    Also in Reno?

Page 16

1      A.    Yes.
2      Q.    And after that, what was the
3  next position you held at Henry Schein?
4      A.    After that I had an opportunity
5  to go to France and help open a warehouse in
6  a city named Tours, France.
7      Q.    So for how long were you in
8  France?
9      A.    That was just shy of a year.
10     Q.    Well, I hope every position
11 hasn't been one year; otherwise, we might go
12 into lunch.  But we'll keep going.
13     A.    Okay.
14     Q.    After opening the warehouse in
15 France, did you hold another position with
16 Henry Schein?
17     A.    I returned to Reno, Nevada as
18 supervisor of -- I believe it was production
19 for a short time.
20     Q.    And when you say a short time,
21 is that -- about how long?
22     A.    About six months.
23     Q.    And after that, what was the
24 next position that you held at Henry Schein?
25     A.    I took a transfer to

Page 17

1  Indianapolis, our Indianapolis distribution
2  center.
3      Q.    And what did you do at the
4  Indianapolis distribution center?
5      A.    I managed a case pick building.
6      Q.    What is a case pick building?
7      A.    It's a separate building from
8  the main warehouse, and everything in the
9  warehouse is in full vendor cases, so no
10 individual loose pick items.
11     Q.    And so for how long were you
12 managing the case pick building in
13 Indianapolis?
14     A.    About a year.
15     Q.    And then after that?
16     A.    Customer service.  Back to Reno
17 to start a customer service team in Reno.
18     Q.    All right.  Let's take a break
19 there.  Let's -- because I think there's a
20 bunch of positions that I think I can just
21 ask a few questions about each time and we
22 can move on.
23     A.    Okay.
24     Q.    As inventory control
25 supervisor, which I believe is your first

5 (Pages 14 to 17)

Highly Confidential - Subject to Further Confidentiality Review

Page 18

1    position at Henry Schein --
2       A.    Yes.
3       Q.    -- who did you report to?
4       A.    I reported to Ric Spellerberg,
5    the director of the facility.
6       Q.    And what were your
7    responsibilities?
8       A.    To maintain the inventory, to
9    check inventory accuracy, to set up the
10   inventory.  I was -- I was one of the
11   first -- first hired there, so it was my job
12   to help set up the inventory and make sure
13   that it was optimized for, you know,
14   production, for picking and that.
15      Q.    When you say inventory,
16   inventory of what?
17      A.    Inventory of all the products
18   that we sell, so -- that were stocked in
19   Reno.  I don't remember the exact number of
20   products, but it's a lot of -- a lot of
21   products.
22      Q.    And that includes prescription
23   drugs, correct?
24      A.    Yes.
25      Q.    Are there any other products

Page 19

1    that were stocked in Reno aside from
2    prescription drugs?
3       A.    Yes, consumable products.
4       Q.    When you say consumable
5    products, what do you mean?
6       A.    Toothbrushes, cotton balls,
7    gloves, cleaning supplies, anything a doctor
8    or a dentist might use.
9       Q.    Okay.  So was -- is that just
10   dental supplies or supplies for other medical
11   as well?
12      A.    No, it was medical, dental and
13   animal health.
14      Q.    Did you have any responsibility
15   as an inventory control supervisor for --
16   with respect to controlled substances?
17      A.    Yes.
18      Q.    Describe that.
19      A.    I was in charge of the drug
20   cage, so I supervised the drug cage.
21      Q.    And what is the drug cage?
22      A.    It's -- the cage is where we
23   keep controlled substances.  In Reno it was
24   class III through V.
25      Q.    Is that still the case today?

Page 20

1       A.    Yes, I believe so.
2       Q.    Were class II controlled
3    substances stored somewhere else?
4       A.    Yes.
5       Q.    Where were they stored?
6       A.    Indianapolis.
7       Q.    So there were no class II
8    controlled substances in Reno?
9       A.    That's right.
10      Q.    Is that still the case today?
11      A.    Yes, I believe so.
12      Q.    Okay.  The next position you
13   said was something having to do with
14   production.  Generally what were your job
15   responsibilities in that position?
16      A.    To manage -- to help manage the
17   pickers and the packers, people who would
18   pick the orders and people who would package
19   them up to ship to customers.
20      Q.    And I assume as inventory --
21   going back to inventory control supervisor,
22   did you have any responsibility for detecting
23   suspicious orders?
24      A.    No.
25      Q.    Did you have any responsibility

Page 21

1    for customer due diligence?
2       A.    No.
3       Q.    In your role as -- in that role
4    in production, to whom did you report?
5       A.    I believe it was Nora -- I
6    can't remember her last name.  Nora was the
7    manager, ops manager that reported to
8    Ric Spellerberg, the director.  I forget her
9    last name.
10      Q.    And in production, did you have
11   any responsibility for detecting suspicious
12   orders?
13      A.    No.
14      Q.    Did you have any responsibility
15   for conducting customer due diligence?
16      A.    No.
17      Q.    The next role you said was
18   shipping and receiving?
19      A.    Uh-huh.
20      Q.    And what were your
21   responsibilities in that role?
22      A.    Again, to manage a team of
23   people who would load trucks, to manage the
24   shipping schedule, to assist with the
25   receiving and freight coming in.

6 (Pages 18 to 21)

Highly Confidential - Subject to Further Confidentiality Review

Page 22

1      Q.    And did you -- who did you
2  report in that role?
3      A.    I believe Ric Spellerberg
4  still.
5      Q.    Did you have any responsibility
6  with respect to identifying or detecting
7  suspicious orders of controlled substances?
8      A.    No.
9      Q.    And in that role as -- in
10  shipping and receiving, did you have any
11  responsibility with respect to conducting
12  customer due diligence?
13      A.    No.
14      Q.    The next role I have is opening
15  the warehouse in France.  Who did you report
16  to while you were in France?
17      A.    While in France, Bob Minowitz.
18      Q.    From France, you came -- you
19  came back to Reno?
20      A.    Yes.
21      Q.    And the next role I have is
22  supervisor of production; is that right?
23      A.    Yes.
24      Q.    Why did you leave France to
25  come back to Reno?

Page 23

1      A.    The assignment was complete.  I
2  went to set up the -- help set up the
3  warehouse and the inventory, so the
4  assignment was complete.  So I -- naturally I
5  came back to Reno, where I lived for a short
6  time, and then had an opportunity to transfer
7  to Indianapolis.
8      Q.    All right.  As the supervisor
9  in production, were your job responsibilities
10  generally the same as the production role
11  that you had held previously in Reno?
12      A.    Yes.
13      Q.    And did you also -- to whom did
14  you report during that period there?
15      A.    I believe it was still
16  Ric Spellerberg.
17      Q.    And did you have any
18  responsibilities for identifying or
19  investigating suspicious orders of controlled
20  substances?
21      A.    No, not at that time.
22      Q.    And did you have any
23  responsibility for conducting customer due
24  diligence?
25      A.    No.

Page 24

1      Q.    And then the next role you said
2  was in the Indianapolis distribution center?
3      A.    That's right.
4      Q.    So here, if I remember your
5  testimony correctly, there are class II
6  substances stored in the Indianapolis
7  distribution center; is that correct?
8      A.    That's correct.
9      Q.    And how were those stored at
10  the time in the distribution center?
11      A.    In a -- I apologize.
12      Q.    Sure.
13      A.    In a cement vault.
14      Q.    Was the vault locked?
15      A.    Yes.
16      Q.    Okay.
17      A.    And I wasn't in charge of --
18  that wasn't part of my role.
19      Q.    You read my next question.
20          Did you have any responsibility
21  with respect to class II controlled
22  substances?
23      A.    No.
24      Q.    So what were your
25  responsibilities during the time at the

Page 25

1  Indianapolis distribution center?
2      A.    My responsibilities were to
3  manage a case pick, vendor case pick
4  warehouse that was several miles from the
5  main warehouse.
6      Q.    Was the cement vault that you
7  described in the main warehouse or in the
8  case pick warehouse?
9      A.    It was in the main warehouse.
10      Q.    So it was not in the warehouse
11  where you worked?
12      A.    That's right.
13      Q.    What types of materials were
14  stored in the case pick warehouse that you
15  managed?
16      A.    Cases of gloves, cases of
17  towels, cases of drape sheets, some
18  equipment, things like that.
19      Q.    All right.  And that I think
20  then brings us to where you said you joined
21  the Reno customer service team; is that
22  correct?
23      A.    So I actually separated from
24  the company for a short time, a couple of
25  weeks, drove back to Reno, and the company

Highly Confidential - Subject to Further Confidentiality Review

Page 26

1    contacted me and advised that they had an
2    opportunity to -- they wanted to start a
3    customer service team in Reno, and they asked
4    if I was interested in interviewing for that.
5        Q.   All right.  So when did you
6    separate from the company?
7        A.   I believe it was February
8    of '96.
9        Q.   And why did you separate from
10   Henry Schein?
11       A.   Because my wife and I are both
12   from Northern California.  My wife was
13   pregnant at the time that I took the
14   transfer.  We had our first son in
15   Indianapolis, and we just weren't happy being
16   that far away from our family.
17       Q.   Approximately how long from
18   when you left Henry Schein was it until
19   someone contacted you about the opportunity
20   in Reno?
21       A.   I believe about two weeks.
22       Q.   Did you find new employment at
23   that time, or during those two weeks?
24       A.   No, I was looking, but I didn't
25   find anything.

Page 27

1        Q.   So who contacted you about the
2    new opportunity at Henry Schein?
3        A.   Peter Dellacroce.
4        Q.   And who is Peter Dellacroce?
5        A.   Peter -- now?  His role now or
6    then?
7        Q.   So then, and then we'll go to
8    now.
9        A.   I believe -- at that time I
10   believe he was -- I believe he might have
11   been the director of customer service.
12       Q.   And it sounds like he's still
13   with Henry Schein today?
14       A.   Yes.
15       Q.   And what is his role today?
16       A.   He's vice president of global
17   services.
18       Q.   When Mr. Dellacroce contacted
19   you, what did he say?
20       A.   He said that they were
21   thinking -- they had been thinking about
22   opening a call center in Reno.  We had worked
23   together in the past from an operations
24   standpoint because he was also in operations,
25   and they were very interested in just talking

Page 28

1    to me to see if I might have interest in
2    starting that team in Reno.
3        Q.   Had you ever worked in a call
4    center before?
5        A.   No.
6        Q.   I assume you accepted the
7    position?
8        A.   Yes.
9        Q.   And so what was your role at
10   that time?  What was your job title?
11       A.   Supervisor of customer service.
12       Q.   Did you have individuals who
13   reported to you?
14       A.   Yes.
15       Q.   How many?
16       A.   Five.
17       Q.   And what were your
18   responsibilities as supervisor of customer
19   service?
20       A.   To make sure that we answer the
21   phone, to make sure that the team was
22   trained, to provide support to the team of
23   agents.
24       Q.   At the time that you joined --
25   or you rejoined Henry Schein, was there

Page 29

1    already a customer service call center
2    anywhere?
3        A.   Yes.
4        Q.   Where?
5        A.   In Melville, New York.
6        Q.   So was this moving the call
7    center from Melville to Reno, or did they
8    start up a second call center?
9        A.   They started up a second call
10   center.
11       Q.   So were you involved with
12   designing the training materials?
13       A.   No, not at that time.
14       Q.   Yeah.  And I'm just talking
15   about at that -- during this period.
16       A.   At that period, no.  I was
17   trained.  I got -- I was trained on the
18   existing materials.
19       Q.   The role of supervisor of
20   customer service, who at that time were
21   Henry Schein's customers?
22           MR. JONES:  Object to the form.
23           MR. ACKERMAN:  You can answer.
24           So from time to time, Mr. Jones
25   may object to a question.  You can

8 (Pages 26 to 29)

Highly Confidential - Subject to Further Confidentiality Review

Page 30

1      answer unless he instructs you not to
2    object -- not to answer.
3      A.    My understanding, dentists,
4    doctors, veterinarians.
5    BY MR. ACKERMAN:
6      Q.    For how long were you
7    supervisor of customer service?
8      A.    I believe -- I believe several
9    years, maybe two or three years.
10     Q.    Who did you report to?
11     A.    Jim Mullins.
12     Q.    And what was Mr. Mullins' title
13   at the time?
14     A.    At the time Jim was probably
15   the manager of customer service.
16     Q.    Was he located in Reno?
17     A.    No.  Melville, New York.
18     Q.    Is Mr. Mullins still with the
19   company?
20     A.    Yes.
21     Q.    And what is his title now?
22     A.    Senior vice president, global
23   services.
24     Q.    After the two to three years
25   you were supervisor of customer service --

Page 31

1    I've lost track of my timeline so I'm not
2    going to guess the year, but what was the
3    next job you held at Henry Schein?
4      A.    It was manager of customer
5    service.  I was promoted.
6      Q.    Were there additional
7    responsibilities that came with that
8    promotion?
9      A.    I think so.  A bigger team,
10   managing more people, handling more call
11   volume.
12     Q.    As manager -- first of all, how
13   long were you manager of customer service?
14     A.    I believe until 2003.  That's
15   when I was promoted to director.
16     Q.    About how long is that?  Just
17   because I haven't added up the years that
18   we've been going through.
19     A.    I think about four or five
20   years, something like that.
21     Q.    Did you oversee the team, the
22   customer service team in Melville, as well as
23   manager of customer service?
24     A.    No, just the Reno team.
25     Q.    At that time how many customer

Page 32

1    service representatives reported to you -- or
2    let me ask the question differently.
3      At that time how many customer
4    service representatives did you oversee?
5      A.    I would -- I would estimate 20.
6      Q.    Did the customer service
7    representatives take orders for Henry Schein?
8      A.    No.
9      Q.    The training materials for the
10   customer service representatives, did they
11   address potential diversion of controlled
12   substances?
13     A.    No.
14     Q.    Did the training materials
15   address due diligence or customer due
16   diligence?
17     A.    In customer service, no.
18     Q.    And thank you for clarifying.
19   Yeah.
20     Did the training materials in
21   customer service address identification or
22   investigation of suspicious orders of
23   controlled substances?
24     A.    No.
25     Q.    Generally what types of

Page 33

1    inquiries were the customer service
2    representatives receiving in this time
3    period?
4      A.    Post sales, so things like
5    returns, order tracking, billing questions,
6    things like that.  Anything that would happen
7    after a sale was what the team handles.
8      Q.    Did the training materials for
9    customer service representatives address
10   reports of abuse of controlled substances?
11     MR. JONES:  Object to the form.
12     A.    No, not that I'm aware of.
13   BY MR. ACKERMAN:
14     Q.    Are you aware of customer
15   service representatives at this time
16   receiving calls or inquiries reporting abuse
17   of controlled substances?
18     A.    Not that I'm aware of.
19     Q.    As manager of customer service,
20   who did you report to?
21     A.    Jim Mullins.
22     Q.    Did Mr. Mullins have a
23   different title at that time?
24     A.    Probably director of customer
25   service.  I'm guessing.

9 (Pages 30 to 33)

Highly Confidential - Subject to Further Confidentiality Review

Page 34

1    Q.    You said you held that
2  position, manager of customer service, until
3  about 2003; is that right?
4    A.    I believe so.
5    Q.    What was the next position at
6  Henry Schein that you held?
7    A.    Director of customer service.
8    Q.    And for how long were you
9  director of customer service?
10   A.    I believe 13 years.
11   Q.    So roughly until 2006?
12       MR. JONES:  Object to the form.
13  I think it's 2016.
14       MR. ACKERMAN:  I'm sorry, thank
15  you, yes.
16       THE WITNESS:  Yes.
17       MR. ACKERMAN:  It's early for
18  my math.
19   A.    Yes, about 2016 or '17 is when
20  I was promoted again.
21  BY MR. ACKERMAN:
22   Q.    What were your job
23  responsibilities as director of customer
24  service?
25   A.    Director of customer service,

Page 35

1  the added responsibilities, the increased
2  size of the team, so the team was getting
3  bigger in Reno.  And I also took
4  responsibility for the customer service team
5  in Melville, New York.
6    Q.    How large did the team get in
7  Reno?
8    A.    At that time, maybe 25 or so.
9    Q.    The customer service team in
10  Melville, did they handle the same types of
11  inquiries as the team in Reno, or were there
12  different inquiries that were routed to
13  Melville?
14       MR. JONES:  Object to form.
15   A.    Yes, the same.  Customer
16  service, the same.
17  BY MR. ACKERMAN:
18   Q.    As director of customer
19  service, did you have any responsibilities
20  related to suspicious order monitoring?
21   A.    Not originally, but that did
22  become part.  That did become part of my
23  responsibility.
24   Q.    When did suspicious order
25  monitoring become part of your

Page 36

1  responsibility?
2    A.    I don't recall exactly the
3  year, but it was sometime in the -- it was
4  sometime in the mid 2000s, I think.
5    Q.    And what responsibilities did
6  you assume with respect to suspicious order
7  monitoring at that time?
8    A.    I assumed the oversight of the
9  license verifications team in Melville and
10  Reno.
11   Q.    What is the license
12  verifications team?
13   A.    The license verifications team
14  is the team that checks orders that pend,
15  things that our system deems suspicious.
16   Q.    So you used a term there,
17  "orders that pend."  What does that mean?
18   A.    Orders that pend are orders
19  that are deemed as potentially suspicious
20  that we should review further.
21   Q.    And how do those orders get
22  deemed as potentially suspicious?
23   A.    Through a -- through a
24  threshold system that's built into our --
25  into our systems that would flag an order for

Page 37

1  unusual size, unusual frequency, unusual
2  pattern.
3        MR. ACKERMAN:  Let's mark this
4  as Exhibit 1.
5        (HenrySchein-Brandt Deposition
6  Exhibit 1 marked.)
7  BY MR. ACKERMAN:
8    Q.    So, Mr. Brandt, the court
9  reporter has handed you what's been marked as
10  Exhibit 1.
11   A.    Uh-huh.
12   Q.    Which is a two-page document
13  numbered HSI-MDL_00022669.  Take a moment to
14  review this document and let me know if
15  you've seen it before.
16       (Document review.)
17   A.    I don't recall seeing it, but I
18  clearly -- I'm sure I did.
19  BY MR. ACKERMAN:
20   Q.    Okay.  The title of the
21  document is Verifications Department Profile.
22  Is that the license verifications team that
23  you were just discussing?
24   A.    That's correct.
25   Q.    About midway down the page on

10 (Pages 34 to 37)

Highly Confidential - Subject to Further Confidentiality Review

Page 38

1    the left-hand side, it says number of TSMs.
2         Do you see that?
3    A.   Yes.
4    Q.   What does TSM stand for?
5    A.   TSM is Team Schein Member.
6    Q.   Is that employees who were
7    assigned to the team?
8    A.   Yes, yes.
9    Q.   And then above that it says
10   number of prompts.  What does that mean?
11   A.   Prompts would, I believe, refer
12   to phone prompts, so maybe -- I'm
13   speculating, but that could mean phone
14   prompts, 800 numbers coming in possibly.
15   Q.   Okay.
16   A.   Yeah.
17   Q.   Then this first sentence under
18   department scope of responsibility is:  The
19   verifications team is responsible for
20   ensuring compliance with all state and
21   federal licensure requirements for the
22   shipment of medical devices, prescription
23   drugs and controlled substances.
24        Is that an accurate description
25   of the responsibilities of the verifications

Page 39

1    department at Henry Schein?
2    A.   I think -- I think it's an okay
3    description.  It's to review orders and to
4    make sure that we as a company stay in
5    compliance, yeah, with regulations.
6    Q.   And was that an accurate
7    description from the time that you assumed
8    responsibilities for suspicious order
9    monitoring?
10   A.   I believe so, yes.
11   Q.   Before you -- the suspicious
12   order monitoring responsibilities were in
13   your bailiwick, before you had those
14   responsibilities, who was responsible for
15   that aspect of Henry Schein's business?
16   A.   You know, I don't recall.  I
17   don't recall who managed that prior to me.
18   Q.   How did you become aware that
19   you were going to be assuming
20   responsibilities with respect to suspicious
21   order monitoring?
22   A.   I believe my boss, Jim Mullins,
23   advised that that would be included in my
24   scope.
25   Q.   And do you recall what he told

Page 40

1    you at that time?
2    A.   No.  I think -- I mean, I don't
3    remember exactly, no, but it was probably an
4    overview of the department and everything
5    that it -- everything that goes along with
6    it, and I'm sure we had many discussions
7    about that, I would assume.
8    Q.   Was there a verifications
9    department in existence at the time that you
10   assumed responsibility?
11   A.   Yes.
12   Q.   When you assumed responsibility
13   for the verifications department, did you
14   receive any training on state and federal
15   licensure requirements for the shipment of
16   medical devices, prescription drugs and
17   controlled substances?
18   A.   Probably the SOP, so whatever
19   the standard operating procedures were at the
20   time, I'm sure I reviewed those; and then
21   conversations with Jim Mullins and with the
22   team.
23   Q.   Has that SOP evolved over time?
24   A.   Yes.
25   Q.   What do you recall about the

Page 41

1    version of the SOP that you reviewed at the
2    time that you assumed responsibility for the
3    verifications department?
4    A.   I don't remember it exactly,
5    but I'm sure it included how to approach
6    orders that pend, what the process was for
7    the representatives and the things that
8    they -- guidance for them on how they should
9    conduct their due diligence.
10   Q.   If you look back at this
11   Exhibit 1, the next sentence under this
12   section, Department Scope of Responsibility,
13   says:  In addition, we are required to "know
14   our customer," when shipping controlled
15   substances according to Federal DEA
16   regulations.
17        Do you see that?
18   A.   I do.
19   Q.   Do you know why the phrase
20   "know our customer" appears in quotation
21   marks?
22   A.   Do I know why it's in quotes?
23   I guess because it's a wide -- at the time --
24   I don't know what the timing was of this
25   particular memo, but at the time I think that

Highly Confidential - Subject to Further Confidentiality Review

Page 42

1    was -- if I wrote this memo, which I may
2    have, it was because maybe it wasn't as
3    defined.  Maybe it wasn't clearly defined at
4    that time.
5        Q.   Is it clearly defined today?
6        A.   I believe so.  I believe we've
7    put -- we've worked with our regulatory team
8    who really focuses on this type of thing, and
9    we've partnered with them as we always do,
10   and I believe we have a good process in place
11   now for that and a good understanding.
12       Q.   At the time that you assumed
13   responsibility for the verifications
14   department, was the verifications department
15   responsible for -- was the verifications
16   department required to know our customer when
17   shipping controlled substances?
18       MR. JONES:  Object to the form.
19       A.   Not -- not formally, like we do
20   today.  I think that has -- that has
21   definitely been an evolving requirement from
22   the government.
23   BY MR. ACKERMAN:
24       Q.   So when you say not formally,
25   was there an informal process in place when

Page 43

1    you first assumed responsibility for the
2    verifications department?
3        A.   Well, not informal, but we
4    didn't have a questionnaire.  But we did have
5    things.  Customers were -- had a segment, a
6    market segment and things like that that --
7    so we knew what type of practice the doctor
8    had, but we didn't have our questionnaire at
9    that time when I first started.
10       Q.   And what is the questionnaire
11   that you're referring to?
12       A.   It's our Know Your Customer
13   questionnaire.
14       Q.   When did the Know Your Customer
15   questionnaire get implemented?
16       A.   I don't recall exactly.  I
17   would -- I would estimate 2014, around that
18   time.
19       Q.   How long is the questionnaire?
20       A.   How long?  Two pages.
21       Q.   How many questions are on the
22   questionnaire?
23       MR. JONES:  Object to the form.
24       A.   I believe around 20 questions.
25         ///

Page 44

1    BY MR. ACKERMAN:
2        Q.   Today does Henry Schein use the
3    questionnaire?
4        A.   Yes.
5        Q.   And how long is the
6    questionnaire that is in use today?
7        A.   I believe about 20 questions.
8        Q.   In 2014 or approximately 2014,
9    when the questionnaire was implemented, how
10   many questions were on the questionnaire?
11       A.   My recollection, a few short of
12   what we are today, so maybe 15 or 16
13   questions.  I think we've added a few over
14   the last few years.  When I say we, I'm
15   referring to regulatory.
16       Q.   And under what circumstances --
17   today, under what circumstances is the
18   questionnaire -- I assume the questionnaire
19   gets sent out to customers; is that correct?
20       A.   They can access it online, or
21   we can fax it to them, send it to them.
22       Q.   And so when does a customer
23   complete the questionnaire today?
24       A.   Just when we --
25       MR. JONES:  Object to the form.

Page 45

1        A.   When we send it to them, so...
2    BY MR. ACKERMAN:
3        Q.   And when does it get sent to
4    them?
5        A.   If they're ordering controlled
6    substances, normally that would be the first
7    flag that would do that.
8        Q.   So at that time of a first
9    order of controlled substances; is that
10   correct?
11       A.   Not always, but depends what
12   they're ordering and upon -- you know, we
13   would review the account and when we deem --
14   when the team deems that it's necessary.
15       Q.   Are there procedures in place
16   today that specify when a questionnaire
17   should be sent to a customer?
18       A.   I believe so.
19       Q.   Well, since we skipped to
20   today, let me ask a couple of questions that
21   I haven't asked yet, which is:  What is your
22   current role at Henry Schein?
23       A.   My current role, I was just
24   promoted to vice president.
25       Q.   And congratulations.

12 (Pages 42 to 45)

Highly Confidential - Subject to Further Confidentiality Review

Page 46

1    A.   Thank you.
2    Q.   When was the promotion?
3    A.   It was announced yesterday,
4  actually.
5    Q.   So prior to that promotion or
6  two days ago, what was the role that you held
7  at Henry Schein?
8    A.   Executive director.
9    Q.   And for how long were you
10  executive director?
11   A.   Just about a year, a little
12  over a year.
13   Q.   What were your responsibilities
14  as executive director?
15   A.   Pretty much the same as
16  director, just managing both customer service
17  teams, oversight of license verifications
18  team, Reno/Melville, and our gatekeeping
19  team, Reno/Melville.
20   Q.   I see.  So you were director of
21  customer service for a long period, 13 years;
22  is that right?
23   A.   Yes.
24   Q.   And then you were executive
25  director for about a year?

Page 47

1    A.   Uh-huh.
2    Q.   And as of yesterday, you are
3  now vice president?
4    A.   Yes.
5    Q.   Understood.  Let's keep looking
6  at this verifications department profile
7  document.
8    A.   Okay.
9    Q.   The next -- actually that
10  sentence that I just read that said:  In
11  addition, we are required to know our
12  customer when shipping controlled substances
13  according to Federal DEA regulations.
14     Do you see that?
15   A.   Uh-huh.  Yes.
16   Q.   Have you received any training
17  on the federal DEA regulations referenced in
18  that sentence?
19   A.   Not -- I haven't personally,
20  no.
21   Q.   Have the members of the
22  verifications department received training on
23  the federal DEA regulations that are
24  referenced in that sentence?
25   A.   Yes, through our standard

Page 48

1  operating procedures and through training
2  courses with our regulatory team.
3    Q.   How many training courses with
4  the regulatory team do members of the
5  verifications department receive?
6      MR. JONES:  Object to the form.
7    A.   You know, I don't know the
8  exact number, but our manager, the manager of
9  the department, now the director, Shaun
10  Abreu, attends annual seminars, so DEA
11  seminars to stay up with the latest and
12  greatest, and we -- like I said, we work with
13  our regulatory team, and Shaun and our
14  regulatory team partner and, you know, try to
15  provide at least one annual training with the
16  team.  Like I said, we do use our procedures
17  to help the team, to help guide the team.
18  BY MR. ACKERMAN:
19   Q.   When you first assumed
20  responsibility for the verifications
21  department, was there training courses from
22  the regulatory team?
23   A.   I don't recall back then.
24  There certainly may have been.  I don't think
25  there's ever been anything overly formal.

Page 49

1  They may have come out to do a -- a
2  PowerPoint presentation or something like
3  that, but I don't recall specifically.
4    Q.   Are the training courses today
5  more formal?
6      MR. JONES:  Object to the form.
7    A.   No, just PowerPoint training,
8  so I would -- I wouldn't say so, no.
9  BY MR. ACKERMAN:
10   Q.   And have you ever attended one
11  of those training courses?
12   A.   I have.
13   Q.   When?
14   A.   I attended one probably in the
15  late 2000s, maybe 2010.  I attended one last
16  year.  I think those are the two I've sat in
17  on.
18   Q.   I'm sorry, I didn't want to
19  interrupt you.
20   A.   Those are the two I sat in on.
21   Q.   You did not attend the training
22  courses annually; is that correct?
23   A.   No.
24   Q.   Are the training courses an
25  annual requirement for members of the

13 (Pages 46 to 49)

Highly Confidential - Subject to Further Confidentiality Review

Page 50

1  verifications department?
2      MR. JONES:  Object to the form.
3      A.    No, the courses I'm speaking
4  of, no.  The company does have some ethics
5  and courses like that that go through our
6  compliance department that everybody -- that
7  most Team Schein members are responsible to
8  formally take every year and to update,
9  things like ethics and harassment and things
10  like that.  So I'm not speaking of that.
11      I'm speaking of the partnership
12  that our team has with the regulatory team
13  and information they put together to help --
14  to help our verifications reps understand a
15  little bit more about the industry and about
16  how they should be looking at and conducting
17  some of their due diligence.
18  BY MR. ACKERMAN:
19      Q.    Okay.  So there are required
20  training -- annual required training courses
21  for Henry Schein employees; is that correct?
22      A.    Yes.
23      Q.    But those required annual
24  training courses don't include training on
25  identification and investigation of

Page 51

1  suspicious orders; is that right?
2      A.    I would say so.  I think that's
3  correct.
4      Q.    And they don't include training
5  on the DEA's Know Your Customer regulations?
6      MR. JONES:  Object to the form.
7      A.    Yeah, I don't believe that it
8  includes that.  It certainly may.  Like I
9  said, it's usually larger topics like ethics
10  and things like that.
11  BY MR. ACKERMAN:
12      Q.    Are you required to --
13      A.    Yes.
14      Q.    -- take the annual training
15  courses?
16      A.    Yes.
17      Q.    And have you taken them for
18  this year?
19      A.    Possibly.  I don't recall.
20      Q.    You took them for last year,
21  though, right?
22      A.    Yes.  Yes.
23      Q.    So what training courses did
24  you take last year that were required by
25  Henry Schein?

Page 52

1      A.    So harassment, antiharassment,
2  ethics.  I don't remember all of the topics
3  that are included, but those are pretty wide
4  topics that usually are about 45 minutes, and
5  it's a Corpedia type of training that has a
6  test at the end.
7      Q.    When you say Corpedia, is that
8  like an online training?
9      A.    Yeah, it's a delivery service.
10      Q.    Okay.  If you skip to the next
11  page of Exhibit 1, there's a header -- well,
12  first, I want to understand what some of the
13  acronyms are on the left side of this page at
14  the top, so -- or terms, because they're not
15  all acronyms.
16      The first one says abandonment
17  rate.  What is that?
18      A.    Abandonment rate is when a
19  customer calls in through our 800 number, and
20  we don't pick up the call before they hang
21  up.
22      Q.    So it's an abandoned call?
23      A.    Yes.
24      Q.    Understood.
25      Quality average?  What does

Page 53

1  that mean?
2      A.    Yes, we have a quality -- we
3  have a quality process.  We record phone
4  calls, and we score usually between five and
5  ten per agent per month, and have our -- we
6  have QA people who coach and who score the
7  calls.  We have an evaluation sheet and they
8  basically provide a final score for the call.
9      Q.    What metrics are used to score
10  the agent's performance?
11      A.    An evaluation sheet that has
12  some of the key -- you know, how they
13  answered the phone, phone etiquette, how well
14  they solved the problem for the customer.
15  It's around those types of things.
16      Q.    Are these written down
17  somewhere?
18      A.    Yes.
19      MR. ACKERMAN:  I don't know,
20  Scott, whether that's been produced or
21  not, but if it hasn't been, we'd ask
22  for that production.
23      MR. JONES:  We'll look at that.
24      MR. ACKERMAN:  Thank you.
25      ///

14  (Pages 50 to 53)

Highly Confidential - Subject to Further Confidentiality Review

Page 54

1    BY MR. ACKERMAN:
2        Q.    The next heading says HA Pends.
3    What does that mean?
4        A.    HA Pends refers to orders that
5    pend due to state licensing.
6        Q.    HA, does that -- is that short
7    for something?
8        A.    I don't think so. I don't know
9    what the -- it's a pend code. It's just a
10   code.
11       Q.    I see. So there are three
12   headings here, right? It says HA Pends, HS
13   Pends and HK Pends?
14       A.    Uh-huh.
15       Q.    What's the difference between
16   HA Pends, HS Pends and HK Pends?
17       A.    I believe HA refers to state
18   licensing, and HS refers to more of the
19   controls in suspicious order monitoring.
20       Q.    And then HK?
21       A.    HK I believe is -- HK might be
22   like a first time order. I'm not exactly
23   sure, to be honest with you.
24       Q.    So do I understand it correctly
25   that these letters refer to different reasons

Page 55

1    for why an order might pend?
2        A.    Yeah. They're pend codes, so
3    yes, I believe so.
4        Q.    The next heading says:
5    Customer facing projects for 2014, and then
6    underneath it says: Develop an online tool
7    for Know Your Customer, currently faxing the
8    information to them. The online version will
9    provide an improved customer experience and
10   minimize the number of incorrect responses.
11            What is that referring to?
12       A.    So that refers to when we used
13   to fax -- and we still do to this day. We do
14   some of these -- when we fax a form to a
15   customer, sometimes customers don't fill it
16   out completely, so the online -- the idea
17   with the online form is that we would make
18   all of the -- all of the boxes mandatory so
19   that they couldn't submit an incomplete form.
20       Q.    And when you're talking about a
21   form, is that the questionnaire that you were
22   describing earlier?
23       A.    Yes.
24       Q.    So once let's talk about
25   this time period, which I'm guessing is

Page 56

1    roughly 2014 based on this document, on that
2    heading.
3        A.    Uh-huh.
4        Q.    Once the questionnaire was
5    faxed to the customer and the customer faxes
6    back or returns the questionnaire to
7    Henry Schein in some form or manner, what's
8    the next step in the verification process?
9        A.    The next step is for the form
10   to be reviewed.
11       Q.    And who reviews the form?
12       A.    We have -- we have people on
13   the verifications team that are reviewers
14   that are in that role.
15       Q.    How many?
16       A.    Today, I don't know the exact
17   number. I think we might have between five
18   and ten, somewhere in that range.
19       Q.    How many in 2014?
20       A.    I don't know, probably between
21   three and six. It was probably lower than it
22   is today.
23       Q.    And are there written
24   guidelines for that review of the
25   questionnaire?

Page 57

1        A.    Just there's -- I believe
2    there's a work instruction.
3        Q.    When you say a work
4    instruction, is that -- is that a type of
5    document at Henry Schein?
6        A.    Yeah, like a training guide or
7    something like that.
8        Q.    Do you know what that might be
9    called or titled?
10       A.    I don't.
11       Q.    If you were looking to get a
12   copy of it, how would you get a copy?
13       A.    I would ask -- I would ask the
14   regulatory department or I would ask Shaun
15   Abreu.
16       Q.    Did you draft that work
17   instruction?
18       A.    Did I?
19       Q.    Yes.
20       A.    No. I don't believe so.
21       Q.    Have you reviewed that work
22   instruction?
23       A.    Yeah, I believe I've seen it
24   before. I've reviewed it. I don't -- I
25   wouldn't pretend to be an expert on it or

15 (Pages 54 to 57)

Highly Confidential - Subject to Further Confidentiality Review

Page 58

1  anything like that.
2      Q.   Did you have any input to -- or
3  did you suggest any changes to the work
4  instruction when you reviewed it?
5      A.   Not that I -- not that I
6  recall.  I mean, it's possible I may have
7  over the years if something stood out to me
8  or if something was brought to my attention
9  that was -- that needed to be changed, I
10  certainly may have, but I don't recall
11  anything specific.
12      Q.   Do you know who drafted the
13  work instruction?
14      A.   My -- I would -- I would assume
15  regulatory.  I would assume -- I shouldn't be
16  saying assume, but I think Shaun Abreu
17  probably had a hand in that.
18      Q.   And understanding you're
19  assuming, but that assumption is based on
20  your almost 30 years of experience at
21  Henry Schein; is that right?
22      MR. JONES:  Object to the form.
23  BY MR. ACKERMAN:
24      Q.   What's the basis for your
25  assumption?

Page 59

1      A.   Yeah, well, because I -- I
2  haven't been in this role for as long, of
3  course.  Regulatory is really responsible for
4  helping to shape the rules, so to speak, the
5  guidelines, and the verifications team is
6  really responsible for enforcement.
7      So I don't think anything would
8  ever be created by our team without --
9  without the regulatory team being the ones to
10  initiate it or, you know, to review it and
11  approve it.
12  BY MR. ACKERMAN:
13      Q.   All right.  The next heading on
14  this document says Best Practice Sharing.
15  Do you see that?
16      A.   Uh-huh.
17      Q.   And then it says to share
18  verifications tip sheet?
19      A.   Uh-huh.
20      Q.   Does that term ring a bell,
21  "verifications tip sheet"?
22      A.   It doesn't.  It doesn't.  Best
23  practice sharing is something -- it's a
24  company philosophy.  We do that throughout
25  the organization, just to make sure that

Page 60

1  we're all sharing and collaborating and
2  making sure that we're sharing.
3      So that -- it doesn't ring a
4  bell, to be honest with you, but...
5      Q.   And you sort of anticipated my
6  next question, which was what best practice
7  sharing means.  But is there -- sharing with
8  whom?
9      A.   Each other.  It could be a
10  manager to a manager.  It could be
11  supervisors.  It could be -- it could be
12  other Team Schein members, so...
13      MR. JONES:  If you get to a
14  transition point, can we take a short
15  break?
16      MR. ACKERMAN:  I was about to
17  say I think it's a good point for a
18  short break, yeah.
19      THE WITNESS:  Sure.
20      THE VIDEOGRAPHER:  The time is
21  now 10:08.  Going off the record.
22      (Recess taken, 10:08?a.m. to
23  10:30?a.m.)
24      THE VIDEOGRAPHER:  Time is now
25  10:30.  Back on the record.

Page 61

1  BY MR. ACKERMAN:
2      Q.   Thank you, Mr. Brandt.
3      A.   Sure.
4      Q.   I want to ask you a couple more
5  questions about the verifications department.
6  So if you look back at the first page of
7  Exhibit 1, it shows that there are 18
8  representatives in Melville, nine
9  representatives in Reno, or at least there
10  were at the time of this document.  I don't
11  know what the numbers are today.
12      But is there any difference in
13  the job responsibilities between the
14  representatives in Melville and the
15  representatives in Reno?
16      MR. JONES:  Object to the form.
17      A.   I don't know.  I don't know.  I
18  don't believe so.  I don't know.
19  BY MR. ACKERMAN:
20      Q.   Okay.  At the time you were
21  overseeing -- at the time of this document,
22  which is around 2014, you were overseeing
23  both the Melville team and the Reno team; is
24  that correct?
25      A.   I believe so.  I'm not a

Highly Confidential - Subject to Further Confidentiality Review

Page 62

1    hundred percent sure on that, but I believe
2    so.
3        Q.    And why aren't -- is there --
4    what causes you not to be a hundred percent
5    sure?
6        A.    That I was over -- I'm not
7    exactly sure when I took responsibility for
8    the -- when I was granted the oversight of
9    that, of the team.  Is that what you're
10   asking me?  I'm not sure I understand your
11   question.
12       Q.    Yeah, sure.  So going back to
13   this verifications department profile
14   document.
15       A.    Uh-huh.
16       Q.    It listed as -- the manager is
17   Shaun Abreu.  Do you see that?
18       A.    Uh-huh.
19       Q.    And then the director has your
20   name; is that correct?
21       A.    Yes.
22       Q.    And is it correct at this time
23   that Shaun Abreu reported to you?
24       A.    Yes.
25       Q.    So at the time of this

Page 63

1    document, who was overseeing the Melville
2    verifications department team?
3        A.    Shaun.
4        Q.    And who was overseeing the Reno
5    verifications department team?
6        A.    Shaun, I believe.  I believe
7    Shaun had responsibility for both.
8        Q.    And then you were overseeing
9    Shaun?
10       A.    Correct.
11       Q.    Thank you.
12            To your knowledge, was there
13   any difference in the responsibilities
14   assigned to the Melville verifications
15   department team at the time of this document
16   from the responsibilities assigned to the
17   Reno verifications department team?
18       A.    I don't know.  Going back to
19   that year, I don't know.
20       Q.    Okay.  At any point in your
21   tenure overseeing the verifications
22   department, has there been any distinction
23   between the responsibilities assigned to the
24   Melville verifications department team and
25   the responsibilities assigned to the Reno

Page 64

1    verifications department team?
2        A.    Not to my knowledge.  Not to
3    my -- not that I...
4        Q.    When you say not to your
5    knowledge, does that mean that both the
6    Melville team and the Reno team were doing
7    the same thing --
8            MR. JONES:  Object to the form.
9    BY MR. ACKERMAN:
10       Q.    -- to your knowledge?
11       A.    I wouldn't say that
12   necessarily.  I just don't know that they
13   were doing the same -- if they were doing the
14   same thing.
15       Q.    Did the Melville verifications
16   department team have responsibility for
17   activities relating to orders of class II
18   controlled substances?
19           MR. JONES:  Object to the form.
20       A.    I'm not sure I understand the
21   question.
22   BY MR. ACKERMAN:
23       Q.    Sure.
24            At the time of this document --
25       A.    Okay.

Page 65

1        Q.    -- roughly 2014 --
2        A.    Right.
3        Q.    -- it says:  The verifications
4    team is responsible for ensuring compliance
5    with all state and federal licensure
6    requirements, correct?
7        A.    Correct.
8        Q.    Did the Melville -- the members
9    of the team who were assigned to Melville
10   have responsibility for ensuring compliance
11   with all state and federal licensure
12   regulations -- I'm sorry, state and federal
13   licensure requirements for class II
14   controlled substances?
15       A.    Yes, I believe so.
16       Q.    Did the -- at the time of this
17   document, the Reno verifications department
18   team have responsibility for ensuring
19   compliance with all state and federal
20   licensure requirements with respect to
21   class II controlled substances?
22       A.    Yes.
23       Q.    Has there ever -- during your
24   tenure has there ever been a point in time
25   during which either the Melville

17 (Pages 62 to 65)

Highly Confidential - Subject to Further Confidentiality Review

Page 66

1  verifications department team or the Reno
2  verifications department team did not have
3  responsibility for ensuring compliance with
4  all state and federal licensure requirements
5  with respect to class II controlled
6  substances?
7      A.   I don't know.  I don't know.
8  Are you asking during my oversight of the
9  department?
10     Q.   Correct.
11     A.   Then -- so can you ask it
12 again.
13     Q.   Sure.
14     A.   I'm sorry, I just don't want to
15 make a mistake here.
16     Q.   No, that's fair.
17     A.   Okay.
18     Q.   During your oversight of the
19 department --
20     A.   Okay.
21     Q.   -- which -- let me just
22 establish this.
23          I believe based on prior
24 testimony, your oversight of the department
25 is approximately a 15-year period; is that

Page 67

1  correct?
2      A.   15 years?  I don't believe it's
3  been that long.
4      Q.   So it was 13 years as director?
5      A.   Uh-huh.
6      Q.   Is that right?
7      A.   Yes.
8      Q.   And then one to two years as
9  executive director?
10     A.   Yes.
11     Q.   So 14 to 15 years is
12 approximately the tenure of your oversight of
13 the department; would you agree with that?
14     A.   Approximately, yes.
15     Q.   So during that 14- or 15-year
16 period, was there ever a point in time during
17 which either the Melville verifications
18 department team or the Reno verifications
19 department team did not have responsibility
20 for ensuring compliance with all state and
21 federal licensure requirements with respect
22 to class II controlled substances?
23     A.   No.
24     Q.   I apologize if I asked this
25 earlier, but did your job responsibilities

Page 68

1  change at the time you were promoted from
2  director of customer service to executive
3  director?
4      A.   Not -- not -- no, not much.
5      Q.   When you say not much, was
6  there any change?
7      A.   Nothing I can think of here,
8  yeah.
9      Q.   And then you went from
10 executive director to vice president --
11     A.   Yesterday.
12     Q.   -- yesterday, so...
13          Will your job responsibilities
14 change or have they changed already?
15     A.   They haven't changed yet.  I'm
16 sure they probably will evolve.  It's usually
17 more of an evolvement than a direct -- when
18 you get the title, you don't -- there's not
19 always change.  Usually it's more of a
20 grooming situation, where you're -- by the
21 time you get promoted, it's -- you're --
22 normally you're already kind of doing what
23 they would like you to do.
24     Q.   During the period that you were
25 director of customer service and your -- or

Page 69

1  executive director of customer service, was
2  Mr. Abreu always within the department?
3      A.   Yes.
4      Q.   And did he have the same
5  general role during that time period?
6      A.   Yes.
7      Q.   So what were Mr. Abreu's
8  responsibilities with respect to the
9  verifications department during that 14-,
10 15-year time period?
11          MR. JONES:  Object to the form.
12     A.   Yeah, because it -- there's
13 been -- there's been changes over that time
14 period.
15 BY MR. ACKERMAN:
16     Q.   Okay.  So at the beginning,
17 what were Mr. Abreu's job responsibilities?
18     A.   Can you -- I don't know what
19 that means.
20     Q.   Sure.
21     A.   The beginning.
22     Q.   At the time that -- whenever it
23 was that you assumed responsibility for the
24 verifications department which was at some
25 point after you became director of customer

18 (Pages 66 to 69)

Highly Confidential - Subject to Further Confidentiality Review

Page 70

1    service, correct?
2        A.    Correct.
3        Q.    Was Mr. -- did Mr. Abreu have
4    responsibility for the verifications
5    department at that same time?
6        A.    No.
7        Q.    For approximately how long were
8    you overseeing the verifications department
9    before Mr. Abreu had responsibility for that
10   department?
11       A.    Several years.
12       Q.    So during that -- we'll call it
13   that initial several-year period, what were
14   your job responsibilities with respect to the
15   verifications department?
16       A.    Just general oversight of
17   support, more of a supportive role, I guess,
18   and trying to make sure that they had what
19   they need to do their jobs effectively.
20       Q.    So does general oversight mean
21   ensuring that individuals complied with
22   company policies?
23             MR. JONES:  Object to the form.
24   BY MR. ACKERMAN:
25       Q.    Let me ask the question

Page 71

1    differently.
2        A.    Yeah.
3        Q.    During that -- you said you had
4    general oversight.  What does general
5    oversight mean?
6             MR. JONES:  Objection, asked
7         and answered.
8        A.    Making sure that the team is --
9    has what they need to do -- to do their job;
10   supporting the manager of the department,
11   collaborating with the regulatory department.
12   BY MR. ACKERMAN:
13       Q.    Who was the manager during that
14   initial several-year period?
15       A.    Lisa Matalon.
16       Q.    And is Lisa Matalon still with
17   Henry Schein?
18       A.    Yes.
19       Q.    And what position is she now?
20       A.    Lisa is the director of
21   customer service.
22       Q.    Before the break, you made a
23   distinction between the regulatory department
24   and the verification department.
25       A.    (Nods head.)

Page 72

1        Q.    I'm going to ask a few more
2    questions about that.
3        A.    Okay.
4        Q.    What is the difference at
5    Henry Schein between the regulatory -- the
6    regulatory department and the verifications
7    department?
8             MR. JONES:  Object to the form.
9        A.    The regulatory department is
10   comprised of primarily lawyers, and they're
11   responsible for establishing the business
12   rules and regulations.
13             The license verifications team
14   is responsible really for the enforcement of
15   the business rules.  We collaborate -- we
16   collaborate quite closely with them.
17   BY MR. ACKERMAN:
18       Q.    During that initial
19   several-year period before Mr. Abreu became
20   manager of customer service, did your job
21   responsibilities include ensuring that the
22   representatives that you oversaw were
23   enforcing the rules correctly?
24             MR. JONES:  Objection.
25       A.    No.

Page 73

1    BY MR. ACKERMAN:
2        Q.    Was there anyone else at
3    Henry Schein who was responsible for
4    determining whether -- during that
5    several-year period, was there anyone else at
6    Henry Schein who was responsible for
7    determining whether the representatives were
8    enforcing the rules correctly?
9             MR. JONES:  Same objection.
10       A.    Yes.
11   BY MR. ACKERMAN:
12       Q.    And who was that?
13       A.    The regulatory department; the
14   manager, our manager.
15       Q.    The manager meaning
16   Lisa Matalon?
17       A.    Uh-huh.
18       Q.    Is that a yes?
19       A.    Yes.  Yes.  Sure.
20       Q.    And then once Mr. Abreu
21   joined -- at some point in time, Mr. Abreu
22   joined the verifications department; is that
23   correct?
24       A.    He started as the supervisor of
25   verifications, I believe.

19 (Pages 70 to 73)

Highly Confidential - Subject to Further Confidentiality Review

Page 74

1      Q.    Okay.  Maybe we should make it
2   even more elementary probably for me.
3      A.    Okay.
4      Q.    But what is the leadership --
5   or in -- when you started with the
6   verifications department, what was the
7   leadership structure of the verifications
8   department?
9          MR. JONES:  Object to the form.
10     A.    At the time I took
11  responsibility --
12  BY MR. ACKERMAN:
13     Q.    Yes.
14     A.    -- for it, it was included in
15  my other scope of managing the customer
16  service teams.  Lisa Matalon was hired as the
17  manager of customer service for Melville,
18  New York, and she also had responsibility, I
19  believe, for the verifications team in
20  Melville, New York.
21     Q.    When you assumed responsibility
22  for the verifications department, was there
23  any verifications department in Reno?
24     A.    Yes.
25     Q.    And who had responsibility for

Page 75

1   the verifications department in Reno before
2   you assumed responsibility for that
3   department?
4      A.    It was from New York, so I
5   believe it was Donna Remondino, Lisa Matalon.
6      Q.    So at some point in time -- and
7   we're not quite sure of the year -- you
8   assumed responsibility for the verifications
9   department, correct?
10     A.    Yes.
11     Q.    Did you have direct oversight
12  responsibility over the sales
13  representatives?
14     A.    No.
15     Q.    Who had direct oversight
16  responsibility over the sales representatives
17  at that point in time?
18         MR. JONES:  Object to the form.
19     A.    I need more specifics.  I need
20  you to tell me what -- I don't know.  We have
21  multiple divisions of sales.
22  BY MR. ACKERMAN:
23     Q.    Okay.  So I'm talking about
24  just the verifications department.  And so
25  there was a point when you became -- or when

Page 76

1   your role as director of customer service
2   included oversight of the verifications
3   department?
4      A.    Yes.
5      Q.    And the -- it looks here there
6   were the verifications department -- if you
7   look at Exhibit 1, there are in Reno
8   representatives and a supervisor; is that
9   correct?
10     A.    Yes.
11     Q.    At the time that you assumed
12  responsibility for the verification
13  department, were there representatives and a
14  supervisor in Reno?
15     A.    Yes.
16     Q.    And who was the supervisor in
17  Reno?
18     A.    Maggie Koromi.
19     Q.    And is Ms. Koromi still with
20  Henry Schein?
21     A.    Yes.
22     Q.    And what is her position?
23     A.    Supervisor of verifications in
24  Reno.
25     Q.    Has she held that position

Page 77

1   throughout the entire time?
2      A.    She started as a customer
3   service rep.
4      Q.    So Ms. Koromi had a direct
5   supervisor, correct?
6      A.    Yes.
7      Q.    And when you first assumed
8   responsibility for the verifications
9   department, who was Ms. Koromi's direct
10  supervisor?
11     A.    I believe it was Donna
12  Remondino or Shaun.
13     Q.    And what was Donna Remondino's
14  position at --
15     A.    She was -- I apologize.
16     Q.    Yeah.
17         -- at that time?
18     A.    I apologize.
19         I believe supervisor of
20  verifications.
21     Q.    And what was Mr. Abreu's
22  position at that time?
23     A.    At that time I believe Shaun
24  was in gatekeeping.  I believe he was a team
25  leader in our gatekeeping group.

20  (Pages 74 to 77)

Highly Confidential - Subject to Further Confidentiality Review

Page 78

1      Q.    And then I assume that
2  Ms. Remondino or Mr. Abreu had a direct
3  supervisor with respect to their
4  responsibility with the verifications
5  department; is that right?
6      A.    Uh-huh.  Yeah.  Can you clarify
7  what year?
8      Q.    Yeah.
9      A.    Okay.
10     Q.    I'm still talking about the
11  initial period when you took over the -- or
12  when you assumed responsibility --
13     A.    Okay.
14     Q.    -- for the verifications
15  department.
16         MR. JONES:  Let me just jump
17     in.  I know we produced it.  I don't
18     know if you have it, but the org
19     charts, that might facilitate some of
20     this.
21         MR. ACKERMAN:  Okay.
22         MR. JONES:  But I don't know if
23     you've got them.
24         MR. ACKERMAN:  Yeah, I don't
25     have them with me.

Page 79

1         MR. JONES:  Never mind.  I was
2     going to say if you have them in
3     there, wheel them out and probably --
4         MR. ACKERMAN:  No, I
5     understand.
6  BY MR. ACKERMAN:
7      Q.    That initial period, to whom
8  did Ms. Remondino report?
9      A.    I believe Lisa.
10     Q.    Lisa Matalon?
11     A.    I believe so.
12     Q.    And then Lisa Matalon reported
13  to you?
14     A.    Yes.
15     Q.    Understood.
16         And that reporting structure,
17  I'll call it, where you have -- it looks like
18  a supervisor to a manager; is that right?
19     A.    Uh-huh.  Yes.
20     Q.    And then a manager to a
21  director; is that right?
22     A.    Yes.  Yes.
23     Q.    Is that still in place today?
24     A.    Shaun is director today, and
25  Maggie is the supervisor of the Reno team,

Page 80

1  and we have a supervisor in Melville now,
2  Christine Stratton, and they both report to
3  Shaun directly.
4      Q.    Okay.  Thank you.
5         So going back to kind of my
6  original line of questioning on this, which
7  is it's your testimony that the regulatory
8  department is responsible for writing the
9  rules and the verifications department is
10  responsible for enforcing the rules; is that
11  right?
12         MR. JONES:  Object to the form.
13     A.    I believe so.
14  BY MR. ACKERMAN:
15     Q.    And that's with respect to
16  suspicious order monitoring, correct?
17     A.    Regulatory is responsible for
18  the -- for the creation of the policies.
19     Q.    For suspicious order
20  monitoring?
21     A.    Right.
22     Q.    Then the verifications
23  department is responsible for enforcing those
24  policies with respect to suspicious order
25  monitoring; is that right?

Page 81

1      A.    Yes.
2      Q.    So the question I have is:  Who
3  is responsible for ensuring that the policies
4  with respect to suspicious order monitoring
5  that are written by the regulatory department
6  are enforced correctly?
7         MR. JONES:  Object to the form.
8      A.    Regulatory.  We partner with
9  regulatory, and it's -- I guess I suppose
10  it's all of our responsibilities.
11  BY MR. ACKERMAN:
12     Q.    Okay.  And how does -- has
13  regulatory -- let's talk about today.
14         Is regulatory responsible for
15  ensuring that policies concerning suspicious
16  order monitoring of controlled substances are
17  enforced correctly?
18         MR. JONES:  Object to the form.
19     A.    I don't know.  Yeah, I don't
20  know.
21  BY MR. ACKERMAN:
22     Q.    Okay.  Today who is responsible
23  for ensuring that the sales representatives
24  in the verifications department are correctly
25  enforcing policies concerning suspicious

21 (Pages 78 to 81)

Highly Confidential - Subject to Further Confidentiality Review

Page 82

1    order monitoring of controlled substances?
2         MR. JONES:  Object to the form.
3         A.    There's no salespeople in
4    verifications.
5    BY MR. ACKERMAN:
6         Q.    Okay.  So I'll state it
7    differently.  Thank you.
8         A.    Okay.
9         Q.    Today at Henry Schein, who or
10   what department is responsible for ensuring
11   that the representatives in the verifications
12   department are correctly enforcing policies
13   concerning suspicious order monitoring of
14   controlled substances?
15        MR. JONES:  Object to the form.
16        A.    Our regulatory department and
17   our -- and our verifications management team.
18   BY MR. ACKERMAN:
19        Q.    And how does the regulatory
20   department go about ensuring that the
21   policy -- that the verifications department
22   is correctly enforcing policies related to
23   suspicious order monitoring of controlled
24   substances?
25        MR. JONES:  Object to the form.

Page 83

1         Answer, if you know.
2         A.    I don't know.  I don't know.
3    BY MR. ACKERMAN:
4         Q.    How does the verifications
5    department management team go about ensuring
6    that the verifications department
7    representatives are correctly enforcing
8    policies related to suspicious order
9    monitoring of controlled substances?
10        MR. JONES:  Object to the form.
11        A.    Yeah, I really don't know.
12   BY MR. ACKERMAN:
13        Q.    Okay.  If you wanted to find
14   out how the regulatory department goes about
15   ensuring that those policies are correctly
16   enforced, how would you do it?
17        A.    I would ask Shaun or our
18   regulatory department.
19        Q.    Who in the regulatory
20   department would you ask?
21        A.    Normally Sergio Tejeda or
22   Jeff Peacock.
23        Q.    And if you wanted to find out
24   how the verification management team goes
25   about ensuring that those policies are

Page 84

1    correctly enforced, how would you find out?
2         A.    I would ask Shaun, Maggie or
3    Christine.
4         Q.    I'm sorry, the last name was
5    Christine?
6         A.    Christine Stratton.  She's the
7    supervisor in Melville.
8         Q.    During your entire tenure of
9    overseeing the verifications department, have
10   your job responsibilities ever included
11   ensuring that the verifications department
12   representatives are correctly following
13   policies related to suspicious order
14   monitoring of controlled substances?
15        MR. JONES:  Object to the form.
16        A.    I don't -- I don't think so.
17   BY MR. ACKERMAN:
18        Q.    During your entire tenure at
19   Henry Schein, have you ever been involved in
20   the development of suspicious order
21   monitoring policies at the company?
22        A.    No.
23        MR. JONES:  Object to the form.
24        A.    No.
25        MR. JONES:  Just pause so that

Page 85

1    I don't interrupt you --
2         THE WITNESS:  I'm sorry.
3         MR. JONES:  -- or him.  Thank
4    you.
5    BY MR. ACKERMAN:
6         Q.    During your tenure, your entire
7    tenure at Henry Schein, have you been
8    involved in any disciplinary actions against
9    any verifications department representatives
10   for failing to properly follow Henry Schein's
11   suspicious order monitoring policies?
12        MR. JONES:  Object to the form.
13        MR. ACKERMAN:  What's the basis
14   for that objection?
15        MR. JONES:  It's overly broad,
16   vague and ambiguous as to disciplinary
17   actions, to failing to properly --
18   whatever properly means -- follow
19   Henry Schein's suspicious order
20   monitoring policies.  Which policies
21   are these specific SOPs?  Are they
22   pertaining to regulatory policies?
23   Are they pertaining to verifications
24   policies, and what time period?
25        MR. ACKERMAN:  Well, the time

22 (Pages 82 to 85)

Highly Confidential - Subject to Further Confidentiality Review

Page 86

```
 1        period is in the -- it's not even
 2    worth the argument.
 3    BY MR. ACKERMAN:
 4        Q.    During your tenure overseeing
 5    the verifications department, were you
 6    involved in any disciplinary actions against
 7    verifications department representatives?
 8        A.    Nothing specifically that I
 9    recall.
10        Q.    Did disciplinary actions for
11    verifications department representatives fall
12    within your job responsibilities?
13        A.    Not directly, no.
14        Q.    There were others who would
15    have been responsible for that?
16        A.    Yes.
17        Q.    And who would those people have
18    been?
19        A.    The department manager,
20    department supervisors.
21        MR. ACKERMAN:  Let's mark this
22    as Exhibit 2.
23        (HenrySchein-Brandt Deposition
24    Exhibit 2 marked.)
25        ///
```

Page 87

```
 1    BY MR. ACKERMAN:
 2        Q.    Mr. Brandt, the court reporter
 3    has handed you what's been marked as
 4    Exhibit 2, which is a multipage document
 5    numbered HSI-MDL_00404226 through 00404228.
 6        I just noticed my copy of the
 7    pages are out of order.  Are they out of
 8    order on your copy as well?
 9        A.    I'm not sure.
10        Q.    No, it looks like yours --
11        MR. JONES:  Mine's in order.
12        MR. ACKERMAN:  Yeah, so let me
13    rearrange mine so that we're talking
14    about the same document.
15        THE WITNESS:  Okay.
16    BY MR. ACKERMAN:
17        Q.    Take a moment to review this
18    document, let me know when you've had a
19    chance to review it.
20        A.    Okay.
21        (Document review.)
22        A.    Okay.
23    BY MR. ACKERMAN:
24        Q.    You've reviewed it?
25        A.    Yes.
```

Page 88



```
15        Q.    Are you aware of written
16    procedures for controlled drug orders that
17    were in existence during your oversight, the
18    time period that you oversaw the
19    verifications department?
20        A.    Yes.
21        Q.    Were they similar to these
22    procedures?
23        MR. JONES:  Object to the form.
24        A.    I don't know.  I don't know.
25    It's an evolution, so we update.  The
```

Page 89

```
 1    regulatory team from time to time updates
 2    these, and we partner with them to help
 3    update.  Hence, they can try to keep them
 4    consistent.
 5    BY MR. ACKERMAN:
 6        Q.    Are you involved with the
 7    updating of the verification procedures --
 8    let me reask that question.
 9        A.    Okay.
10        Q.    Were you involved during your
11    tenure overseeing the verifications
12    department with updates to the verification
13    procedures for controlled drug orders?
14        A.    No, I don't believe so.
24        Q.    Was that Henry Schein's policy
25    during your tenure overseeing the
```

Highly Confidential - Subject to Further Confidentiality Review

Page 90

```
 1    verifications department?
 2        A.    Like I said, I -- the policies
 3    have -- they're updated regularly, and it
 4    happen -- it comes from the regulatory
 5    department.  So I would say generally yes,
 6    but it has -- the policies and procedures
 7    have evolved significantly since this time.
```

[black redaction box]

```
11            Have you at any point during
12    your tenure at Henry Schein had any role in
13    reporting orders to the local DEA office of
14    controlled substances?
15        A.    Myself, no.
16        Q.    Okay.  Who at Henry Schein
17    had -- was responsible for reporting orders
18    of controlled substances to the local DEA
19    office?
20            MR. JONES:  Object to the form.
21            Is there a time period that
22        you're wanting to focus on?
23            MR. ACKERMAN:  Sure.
24    BY MR. ACKERMAN:
25        Q.    During your tenure at
```

Page 91

```
 1    Henry Schein.
 2        A.    So the regulatory team, the
 3    department manager.  So I think it -- those
 4    would be the two that primarily were probably
 5    responsible for that.
```

[black redaction box]

```
 9            Do you see that phrase?
10        A.    Uh-huh.
11        Q.    During your tenure at
12    Henry Schein overseeing the verifications
13    department, did you have any role in
14    conducting the review as to whether an order
15    was suspicious or not?
16        A.    No.
17        Q.    And during that same time
18    period, who generally was responsible for
19    conducting that review?
20        A.    The representatives, so it
21    would be the verifications representatives.
22        Q.    Thanks.
23            So here's what I'm trying to
24    understand.
25        A.    Okay.
```

Page 92

```
 1        Q.    What other responsibilities did
 2    the verifications representatives have?
 3            MR. JONES:  What time period?
 4    BY MR. ACKERMAN:
 5        Q.    During your tenure overseeing
 6    the verifications department --
 7            MR. JONES:  Object to the form.
 8    BY MR. ACKERMAN:
 9        Q.    -- did the verifications
10    representatives do anything other than
11    reviewing orders to determine whether they
12    were suspicious?
13            MR. JONES:  Object to the form.
14        A.    Answer phone calls to do the
15    same.
16    BY MR. ACKERMAN:
17        Q.    Answer phone calls from --
18        A.    From customers, yeah.
19        Q.    Regarding special suspicious
20    orders?
21        A.    Yeah, reaching out to customers
22    to get a copy of the license, answering a
23    question if there was a question, advising
24    them that an order was pending for review.
25        Q.    So if your job responsibility
```

Page 93

```
 1    as director of customer service included
 2    oversight of the verifications department,
 3    what aspects of the -- what aspects of the
 4    verifications department were you overseeing
 5    if you weren't involved in the review of
 6    orders as to whether they were suspicious or
 7    if you weren't involved in reporting orders
 8    to the local DEA office?
 9            MR. JONES:  Object to the form,
10        asked and answered.
11        A.    So it wasn't my direct
12    responsibility.  It was the responsibility of
13    the agents or supervisor and manager.
14    BY MR. ACKERMAN:
15        Q.    So what was your direct
16    responsibility?
17        A.    I had a responsibility for
18    customer service.  I had responsibility for
19    the gatekeeping team and for the license
20    verification team overall, to provide support
21    to ensure that they had what they needed to
22    do their job, to collaborate with the
23    regulatory team when it comes to license
24    verifications.
25        Q.    When you say for the
```

24 (Pages 90 to 93)

Highly Confidential - Subject to Further Confidentiality Review

Page 94

1  verifications -- let's just focus on the
2  verifications team.
3       A.    Okay.
4       Q.    To have what they needed to do
5  to perform their job, what does that mean?
6       A.    To make sure that the manager
7  and the supervisors were managing the
8  department the right way, that they had the
9  staffing that they needed to help establish
10  goals, things like that.
11       Q.    Were you involved in
12  establishing goals for the department?
13       A.    Generally not.  Generally it
14  was the manager and the supervisors doing
15  that.
16       Q.    Were you aware during your
17  tenure of the goals for the department?
18       A.    Generally, yes.
19       Q.    And was part of your job
20  responsibility ensuring that those goals were
21  met?
22       A.    I would say yes.
23       Q.    Did the goals for the
24  verifications department include compliance
25  with Henry Schein's suspicious order

Page 95

1  procedures?
2       A.    The goals?  I don't think there
3  was ever a goal that specifically said that,
4  no.
5       Q.    What were some of the goals
6  that the verifications department sought to
7  meet during your tenure?
8       A.    Abandonment rate, making sure
9  we're answering the phones quickly, making
10  sure we're reviewing orders correctly and
11  accurately and making sure that the orders
12  were released timely so they could get
13  shipped on time to the customers once they
14  were cleared.  Those are some of the key
15  goals.
16       Q.    All right.  Let's talk through
17  some of those key goals.
18            The abandonment rate, why was
19  that a key goal?
20       A.    Why was it a key goal?
21       Q.    Yeah.
22       A.    It's a key goal in all of the
23  three departments that we -- that I oversee,
24  so it's important to us that when customers
25  call, that we try to pick up their phone

Page 96

1  calls quickly as we can.  We have to provide
2  good service.
3       Q.    Because if you don't meet that
4  goal, what could happen?
5       A.    If we don't meet that goal, the
6  abandonment rate would be high.  We could
7  lose customers.  We could cause customers to
8  be dissatisfied.
9       Q.    Okay.  So the next one you said
10  is: Making sure we're reviewing orders
11  correctly and accurately.
12       A.    Uh-huh.
13       Q.    Is that right?
14            MR. JONES:  You have to say
15  yes, no.
16       A.    No, I'd say no to -- can you --
17  BY MR. ACKERMAN:
18       Q.    Yeah.  So I'm reading this off
19  the screen, so I want to make sure I
20  understand what this goal is.
21       A.    Okay.  Okay.  Okay.
22       Q.    So the next one I have on this
23  screen is: Making sure we're reviewing
24  orders correctly and accurately and making
25  sure that the orders were released timely so

Page 97

1  they could get shipped on time.
2       A.    Uh-huh.
3       Q.    I think those might be two
4  different goals or maybe it's one goal.  I
5  don't know.  But that's my question.
6            First of all, is that one goal
7  or is that separate goals?
8       A.    That's two separate goals.
9       Q.    Okay.  So what is the first
10  goal there?
11       A.    The first goal is an
12  accuracy -- overall accuracy rating for a
13  rep.
14       Q.    All right.  And what does the
15  accuracy rating measure?
16       A.    I don't know.  I know that's a
17  goal, but it's really administered by the
18  department manager and the supervisor.
19       Q.    Okay.  And then the second goal
20  is the timely release, is that right, of
21  orders, right?
22       A.    Yes.  Yes.
23       Q.    And what cause -- what would
24  cause an order to not be released timely?
25            MR. JONES:  Object to the form.

25 (Pages 94 to 97)

Highly Confidential - Subject to Further Confidentiality Review

Page 98

1      A.    There's a lot of different
2  variables.
3  BY MR. ACKERMAN:
4      Q.    What are some of them?
5      A.    To not be released timely?
6      Q.    Yes.
7      A.    If it's being reviewed, if
8  it's -- there's different reviews, so it
9  could be being reviewed in credit.  It could
10 be reviewed in verifications.  It could be a
11 new account that we're doing additional due
12 diligence.
13     Q.    But in terms of a goal for the
14 verifications department, right?
15     A.    Uh-huh.
16     Q.    How would the verifications
17 department measure whether it met its goal
18 for orders being released timely?
19     A.    We have a metric.  There's a
20 metric that Shaun and the team use to
21 measure -- to measure getting the amount of
22 orders that we're able to get to the
23 distribution center in time to ship.
24     Q.    And do you know what that
25 metric is?

Page 99

1      A.    I believe 98% currently.
2      Q.    And that means 98% of what?
3      A.    98% of the orders that come in
4  that we're able to -- that we're able to
5  validate and approve, that we get those to
6  the shipping distribution center in time for
7  them to pick, pack and ship so that it will
8  make it to the customer.
9      Q.    Does the verifications
10 department review every order?
11     A.    No.
12     Q.    What is the subset of orders
13 that are reviewed by the verifications
14 department?
15     A.    The orders that pend to us.
16     Q.    All right.  Is the timely
17 release metric measured against all orders
18 that are reviewed by the verifications
19 department?
20         MR. JONES:  Object to the form.
21     A.    It's a metric against the
22 orders that get released.
23     BY MR. ACKERMAN:



Page 100

18     Q.    Okay.  Are you familiar with
19 that process at Henry Schein?
20     A.    No.
21     Q.    Was that process -- are you
22 aware during your tenure overseeing the
23 verifications department of any instance in
24 which a division head of the medical, dental
25 or veterinarian department reviewed the

Page 101

1  customer's account to determine if the orders
2  are compatible with the practitioner's type
3  of practice and the customer's purchasing
4  pattern?
5      A.    No.
6         MR. ACKERMAN:  All right.  You
7  can put that one aside.
8         Let's mark this as Exhibit 3.
9         (HenrySchein-Brandt Deposition
10 Exhibit 3 marked.)
11 BY MR. ACKERMAN:
12     Q.    Mr. Brandt, the court reporter
13 has handed you what's been marked as
14 Deposition Exhibit 3.  It's a multipage
15 document numbered HSI-MDL_194 through 204.
16     Take a moment to just review
17 this document.  Let me know if you've -- and
18 let me know when you've had a chance to
19 review it.
20     A.    Okay.
21         (Document review.)
22 BY MR. ACKERMAN:
23     Q.    Have you reviewed the document?
24     A.    Yes.
25     Q.    Have you seen this document

26 (Pages 98 to 101)

Highly Confidential - Subject to Further Confidentiality Review

Page 102

1    before?
2         A.    I guess I would say no.  I
3    don't recall.  I may have, but I don't recall
4    anything specifically.  It's from 2012, so
5    just prior to my -- I think prior to my
6    involvement with verifications.
7         Q.    Okay.  You testified earlier
8    that you reviewed SOPs, when you assumed
9    responsibility for the verifications
10   department; is that right?
11        A.    I probably did, yes.
12        Q.    Okay.
13        A.    Yeah.
14        Q.    Do you recall the names or
15   subjects of any of the SOPs that you
16   reviewed?
17        A.    I don't.  I don't recall the
18   exact document names.  Probably would have
19   been something like this.
20        Q.    In 2012, you were still
21   director of the customer service department,
22   correct?
23        A.    Uh-huh.
24        Q.    Did you -- yes?
25        A.    Yeah.

Page 104



14        A.    He was one of the approves,
15   yes, in regulatory.
16        Q.    Did you have any -- did you
17   have any input into the drafting of this SOP?
18        A.    Not that I recall.
19        Q.    Did you draft the SOP?
20        A.    Not that I recall, no.
21        Q.    Were you involved in any
22   discussion concerning the drafting of this
23   SOP?
24        A.    Nothing specific that I recall,
25   but possibly.

Page 103

1         Q.    And this Exhibit 3 is an
2    example of an SOP; is that right?
3         A.    Yes.
4         Q.    Did you review this SOP in
5    December 2012 or anytime thereafter?
6         A.    I don't know.  I didn't sign
7    it, so yeah, I don't know.
8         Q.    And so that was -- one of the
9    questions I had, so we can just go there.
10        A.    Yeah.

Page 105

1         Q.    Were you involved in any
2    discussions concerning the need for revisions
3    to an SOP?
4         A.    Possibly.  I don't recall from
5    back here, though.
6         Q.    Okay.
7         A.    Yeah.

27 (Pages 102 to 105)

Highly Confidential - Subject to Further Confidentiality Review



Page 106

14    Q.    Is this document the first time
15  that Henry Schein's suspicious order
16  monitoring process was put in writing?
17    A.    I don't know.
18    Q.    If you wanted to know what the
19  first time was that Henry Schein's suspicious
20  order monitoring policy was put in writing,
21  how would you find out?
22    A.    I would ask regulatory.
23    Q.    Who in regulatory?
24    A.    Probably Sergio Tejeda or
25  Jeff Peacock.

Page 107

1    Q.    Look at page -- I guess it's
2  page 3 of this exhibit.
3    A.    Okay.

14            Do you see that, that sentence?
15    A.    I do, uh-huh.
16    Q.    And I think we talked before:
17  Who at Henry Schein was responsible for
18  enforcing the system process or
19  system/process to monitor orders of unusual
20  size and frequency?
21    A.    Who's responsible?
22    Q.    Yes.
23    A.    The team that's responsible?
24    Q.    Yes.
25    A.    Would be the verifications

Page 108

1  team.

10    Q.    Okay.  Were you involved with
11  Henry Schein -- or did you have any
12  involvement in Henry Schein engaging a DEA
13  consulting firm to help design and implement
14  an enhanced suspicious order monitoring
15  system?
16    A.    I'm aware of it, yeah.
17    Q.    Were you involved in the
18  process?
19    A.    No.
20    Q.    How were you aware or how did
21  you become aware that Henry Schein engaged a
22  DEA consulting firm in 2008?
23    A.    Conversations with regulatory.
24    Q.    Were you told why Henry Schein
25  engaged a DEA consulting firm in 2008?

Page 109

1    A.    Yes.
2    Q.    And what were you told?
3    A.    My understanding was to help
4  create a threshold, systemic algorithm for
5  the order pend process.
6    Q.    Do you know who the DEA
7  consulting firm is or was?
8    A.    I believe Buzzeo, Ron Buzzeo.
9        MR. JONES:  Dave has never
10  heard of them.
11        MR. ACKERMAN:  Oh, I think we
12  will by the end of today.
13  BY MR. ACKERMAN:
14    Q.    Let's go to page that's Bates
15  numbered HSI-MDL_198.
16    A.    Okay.

19            Do you see that?
20    A.    I do, yeah.
21    Q.    Is this the process that would
22  be -- or should be followed by the
23  verifications team to determine whether to
24  ship a pended order?
25        MR. JONES:  Object to the form.

28 (Pages 106 to 109)

Highly Confidential - Subject to Further Confidentiality Review

Page 110

1     A.    Can you ask your question
2  again?
3  BY MR. ACKERMAN:
4     Q.    Yeah.  Sure.  What -- let's
5  just ask it this way.

14  BY MR. ACKERMAN:
15     Q.    And the Know Your Customer
16  questions are contained in the questionnaire
17  that you described earlier, right?
18     A.    Yes.
19     Q.    And the verifications
20  department was the department responsible for
21  sending out that questionnaire, correct?
22     A.    Yes.
23     Q.    And the verifications
24  department is the department responsible for
25  reviewing the returned questionnaires, right?

Page 111

1     A.    Yes.

17     Q.    Who conducts the review of the
18  questionnaire to see if the information the
19  customer provided will justify the release of
20  current and future orders?
21     A.    Our verifications -- we have a
22  position called reviewer, so we have people
23  who do that.
24     Q.    Okay.  Is anyone else
25  responsible for reviewing that questionnaire?

Page 112

1     A.    The manager can get involved.
2  The supervisor may assist.  But generally
3  it's the reviewers that would be reviewing
4  the questionnaires when they come back.
5     Q.    And the reviewers, the manager,
6  the supervisor, they're all members of the
7  verifications department, right?
8     A.    Yes.

18           And what does the reviewer look
19  at to determine whether the customer is
20  self-medicating?
21     A.    We specifically ask that
22  question on the questionnaire, if they are
23  self-medicating, if they're using the
24  controlled substances for their own -- for
25  themselves.

Page 113

1     Q.    And the customer is required to
2  respond to that question?
3     A.    Yes.
4     Q.    Other than the customer's
5  response, does the reviewer -- or let's say
6  at this time in 2012, did the reviewer look
7  at anything else to determine whether the
8  customer might be self-medicating?
9     A.    I don't know.
10     Q.    If you wanted to know, how
11  would you find out?
12     A.    Ask regulatory or Shaun.

18     Q.    How does the reviewer determine
19  whether the customer is treating family and
20  friends?
21     A.    There's a specific question
22  that asks that, asks the customer that
23  question.
24     Q.    On the questionnaire, right?
25     A.    On the questionnaire.



29 (Pages 110 to 113)

Highly Confidential - Subject to Further Confidentiality Review

Page 114

1       Q.    And the customer has to answer
2    that question and return the questionnaire to
3    Henry Schein, correct?
4       A.    Yes.
5       Q.    Does the reviewer look at
6    anything other than the questionnaire to
7    determine whether the customer is treating
8    family and friends as part of the review
9    process?
10      A.    I don't know.
11      Q.    And if you wanted to know, how
12   would you find out?
13      A.    I would ask Shaun or
14   regulatory.
15      Q.    Okay.  The next one says:  Do
16   they accept insurance.
17           Do you see that?
18      A.    Uh-huh.
19      Q.    Is that also a question on the
20   questionnaire?
21      A.    I believe it is.



Page 116

1       BY MR. ACKERMAN:

Page 115

8       A.    I do believe they are.
9       Q.    All right.  And the customer is
10   required to answer those questions on the
11   questionnaire and return it to the company,
12   correct?
13      A.    Yes.
14      Q.    And then does the reviewer look
15   at any information aside from the answer on
16   the questionnaire to determine whether the
17   answers are accurate?
18           MR. JONES:  Object to the form.
19           I assume you're asking him as
20   of the time of this SOP?
21           MR. ACKERMAN:  Yeah, at the
22   time of the SOP.
23      A.    Yeah.  I don't know.  I don't
24   know.
25           ///

Page 117

Highly Confidential - Subject to Further Confidentiality Review



Page 118

Page 120

1    I'll call second-level reviewing of the -- of
2    the review process, the verifications review
3    process?
4        A.   No.
5        MR. ACKERMAN:  I tell you what.
6    Let's take a -- let's go off the
7    record for a moment.
8        THE VIDEOGRAPHER:  The time is
9    now 11:45.  Going off the record.
10       (Recess taken, 11:45?a.m. to
11   12:37?p.m.)
12       (HenrySchein-Brandt Deposition
13   Exhibit 4 marked.)
14       THE VIDEOGRAPHER:  The time is
15   now 12:37.  Back on the record.
16   BY MR. ACKERMAN:
17       Q.   All right.  Mr. Brandt, we're
18   back on the record.
19       A.   Okay.
20       Q.   The court reporter has handed
21   you what's been marked as Exhibit 4.  It's a
22   multipage document beginning at Bates number
23   HSI-MDL_184 through 193.
24       Take a moment to review this
25   document.  Let me know when you've had a

Page 119

5        Q.   And what is the justification
6    letter?
7        A.   I don't know specifically.  I
8    know that it's a letter to get additional
9    information from a customer.
10       Q.   Okay.  And if you skip down a
11   little bit, it's -- there's a sentence that
12   begins:  If the justification letter does not
13   satisfy our concerns.
14       Do you see that?
15       A.   Yes.
16       Q.   It says:  Then the customer's
17   file will be escalated to the verifications
18   management team for additional review.
19       Do you see that?
20       A.   I do.  Yeah.
21       Q.   Who is the verifications
22   management team?
23       A.   The supervisor and the manager.
24       Q.   Okay.  So you as the director
25   didn't play any role in reviewing or what

Page 121

1    chance to review it.
2        A.   Okay.
3        (Document review.)
4    BY MR. ACKERMAN:
5        Q.   All right.  You've reviewed it?
6        A.   Yes.
7        Q.   Do you recognize Exhibit 4?

31 (Pages 118 to 121)



Page 122

Page 123

Page 124

```
 1      A.   Okay.  Okay.
 2      Q.   So it might help to have them
 3 side by side.
 4      A.   All right.
```

Page 125

```
 8      Q.   Neither of those signatures are
 9 yours, are they?
10      A.   No.
11      Q.   Did you have any involvement in
12 the drafting of Exhibit 4?
13      A.   No.
14      Q.   Were you in -- involved in any
15 discussions regarding any revisions to this
16 SOP that resulted in Exhibit 4?
17      A.   No, not that I recall.
18      Q.   Did you have any input into the
19 creation of Exhibit 4?
20      A.   I don't think so, no.
21      Q.   Or the document of Exhibit 4?
22      A.   No.
23      Q.   I'm going to ask you a couple
24 of questions about some changes from
25 Exhibit 3 to Exhibit 4.
```

```
23      Q.   What was the concern about --
24 what concerns were expressed about the use of
25 the term "questionnaire"?
```

Page 126

1       A.    My recollection of that is the
2   term "questionnaire" is like a survey, so
3   customers -- it didn't always -- in our
4   opinion, it didn't always reflect that -- you
5   know, the urgency of it or -- there was --
6   you know, or that they wouldn't complete it.
7   Yeah.
8       Q.    At what point in time did the
9   title of the document change?
10      A.    Oh, I don't know.  So
11  apparently between 2012 and 2016 sometime.  I
12  don't know the exact date.



Highly Confidential - Subject to Further Confidentiality Review

|  |  |
|---|---|
| Page 130 | Page 132 |



**Page 132**

1    A.   I don't know.  I -- yeah, I
2  would have to defer that to Shaun or
3  somebody.
4    Q.   Okay.
5    A.   Yeah, I don't know.
6    MR. JONES:  Are you just asking
7  him as far as what's in print?
8    MR. ACKERMAN:  No, no.  I'm
9  asking in terms of what the
10  representatives were doing.
11    MR. JONES:  Okay.
12    MR. ACKERMAN:  Yeah.
13    MR. JONES:  Object to form.
14    MR. ACKERMAN:  What's the basis
15  for that objection?
16    MR. JONES:  Lack of foundation,
17  calls for speculation, vague and
18  ambiguous, overly broad.
19    You're asking him what the
20  difference was that people were doing
21  under Exhibit 4 versus Exhibit 3?
22    MR. ACKERMAN:  Correct, people
23  in the department that he oversaw.
24    MR. JONES:  No, I understand
25  that.  It's still overly broad as to

**Page 131**

18    A.   Okay.
19    Q.   But my question for you this
20  time is:  Is there any -- between 2012 when
21  Exhibit 3 was issued and 2016 when Exhibit 4
22  was issued, is there any change in the method
23  or the procedures that the reviewers used to
24  evaluate the categories of information that
25  are listed here in Exhibit 4?

**Page 133**

1  what they were doing.  It's vague and
2  ambiguous.
3    MR. ACKERMAN:  I think that's
4  misstating the question.
5    MR. JONES:  Well, I asked you
6  if that was your question, David, and
7  you said yes.  I'm not trying to
8  mischaracterize your question.
9    MR. ACKERMAN:  I understand
10  that, but the question was not what
11  they were doing.  The question is what
12  they were doing to review the
13  information that's listed in the
14  procedure.  So --
15    MR. JONES:  Okay.  All right.
16    MR. ACKERMAN:  It's not an
17  argument worth having.
18    MR. JONES:  No, I don't want to
19  argue.  I'm just trying to make sure
20  the record is clear.  I mean, if you
21  want to reask your question, that's
22  fine.
23    MR. ACKERMAN:  Don't need to.
24    Let's mark the next document as
25  Exhibit 5.

Highly Confidential - Subject to Further Confidentiality Review

Page 134

1           (HenrySchein-Brandt Deposition
2       Exhibit 5 marked.)
3   BY MR. ACKERMAN:
4       Q.    Mr. Brandt, the court reporter
5   has handed you what's been marked as
6   Exhibit 5, which I'll represent is a printout
7   from the website LinkedIn --
8       A.    Yes.
9       Q.    -- of your profile.
10      A.    Yes.
11      Q.    Take a moment to review this
12  document and let me know when you've had a
13  chance to review it.
14      A.    Okay.
15          (Document review.)
16      A.    Okay.
17  BY MR. ACKERMAN:
18      Q.    Do you recognize this document?
19      A.    Yes.
20      Q.    Is this document something that
21  you drafted?
22      A.    Yes.
23      Q.    Let me direct your attention to
24  the top of the second page.
25      A.    Okay.

Page 135

1       Q.    And just -- actually, before
2   you do that, stay on the first page.
3           Here it lists the job titles
4   you've held, correct?
5       A.    Yes.
6       Q.    And then it lists underneath
7   the job titles your responsibilities at each
8   of those job titles, right?
9       A.    Yes.
10      Q.    And so if you look on page 1,
11  it says Director of Customer Service, right,
12  and that's that position that you held for a
13  long time?
14      A.    Uh-huh.
15      Q.    And then the description of the
16  responsibilities carries over to page 2.
17      A.    Uh-huh.
18      Q.    In the second-to-last sentence
19  there says:  Helped develop our suspicious
20  order monitoring system and standard
21  operating procedures.
22          Do you see that?
23      A.    I do.
24      Q.    Is that an accurate description
25  of your job responsibilities as director of

Page 136

1   customer service?
2       A.    Well, I over -- the people that
3   worked for me helped develop that, so I
4   reviewed it, I'm sure, and yeah.  So -- maybe
5   develop isn't a great word, but it was under
6   my -- it was people that were working for me
7   that were part of that.
8       Q.    So what did you do to help
9   develop Henry Schein's suspicious order
10  monitoring system and standard operating
11  procedures?
12      A.    Just overseeing the manager and
13  the supervisors that were involved in
14  partnering with regulatory to create -- you
15  know, create those documents and create those
16  procedures.
17      Q.    Okay.  There have been two
18  procedures, Exhibits 3 and Exhibit 4.
19      A.    Uh-huh.
20      Q.    Were there any other suspicious
21  order monitoring system and standard
22  operating procedures that you helped develop
23  during your tenure as director of customer
24  service?
25      A.    No.  I don't believe so.

Page 137

1   Overseeing them and reviewing them when it's
2   done would be more my -- that's kind of more
3   my role.
4       Q.    So your role is to make sure it
5   was limited to oversight of the individuals
6   and reviewing the completed work product; is
7   that right?
8       A.    Right.  I'm not the subject
9   expert, so I rely on the manager and the
10  supervisor to partner with our regulatory
11  team to come up with everything.  I would
12  read it to make sure I had a little bit of an
13  understanding of it and to see if there was
14  anything that I -- if I had a question about
15  anything.
16      Q.    Okay.
17      A.    I trusted the team.
18          MR. ACKERMAN:  All right.  You
19  can put that one aside.
20          THE WITNESS:  Okay.
21          MR. ACKERMAN:  Let's mark this
22  next one as Exhibit 6.
23          (HenrySchein-Brandt Deposition
24      Exhibit 6 marked.)
25          ///

35 (Pages 134 to 137)

Highly Confidential - Subject to Further Confidentiality Review

Page 138

1    BY MR. ACKERMAN:
2        Q.    Mr. Brandt, the court reporter
3    has handed you what's been marked as
4    Exhibit 6.
5        A.    Yes.
6        Q.    It's a two-page document
7    numbered HSI-MDL_21781 through 21782.  Take a
8    moment to review this document and let me
9    know when you've had a chance to review it.
10       A.    Sure.  Okay.
11           (Document review.)
12   BY MR. ACKERMAN:
13       Q.    Have you reviewed it?
14       A.    Yes.  Yes.
15       Q.    Okay.  Do you recognize this
16   document?
17       A.    It was to me, so I'm -- it was
18   six years ago, so -- but yeah, I -- vaguely,
19   I guess.
20       Q.    I understand that your name's
21   on it.
22       A.    Yeah.
23       Q.    I'm just saying sitting here
24   today, do you recognize the document?
25       A.    Yeah.  Yeah.

Page 140

1    then Lisa reported to me.
2        Q.    I understand.  Okay.  Thank
3    you.
4        A.    Uh-huh.



Page 139

1        Q.    All right.
2        A.    Seems like a -- yeah.

14       A.    Did I have discussions?
15       Q.    Uh-huh.
16       A.    I'm sure I did.
17       Q.    Do you recall any of the
18   discussions?
19       A.    No.
20       Q.    And at the time Mr. Abreu and
21   Ms. Stratton reported -- reported to you,
22   correct?
23       A.    No.  I think at the time they
24   reported to -- Shaun reported to Lisa
25   directly, Christine reported to Shaun, and

Page 141

Highly Confidential - Subject to Further Confidentiality Review

Page 142

```
1        Q.    Did you have any involvement in
2    determining which orders would be reported to
3    the DEA as suspicious?
4        A.    No.
5            MR. ACKERMAN:  Let's mark this
6    next one as Exhibit 7.
7            (HenrySchein-Brandt Deposition
8    Exhibit 7 marked.)
9    BY MR. ACKERMAN:
10       Q.    Mr. Brandt.
11       A.    Yes.
```

Page 144

```
1        Q.    A court decision, right?
2        A.    A court decision, that's right.
3        Q.    Regarding the reporting of
4    suspicious orders of controlled substances,
5    correct?
6        A.    That's my understanding, yes.
```

```
12       Q.    Did you have any discussions
13   with Mr. Abreu about the Masters decision
14   around that time, June of 2018?
15       A.    I'm sure we did, yeah.  I'm
16   sure we had discussions.
17       Q.    Why?  Why are you sure that you
18   had discussions?
19       A.    It was a relevant -- it was a
20   relevant change and, yeah, I remember
21   discussions with Shaun and with Jim and
22   regulatory to try to figure out how we were
23   going to comply and do what we needed to do.
```

Page 143

```
20       Q.    Okay.
21       A.    Uh-huh.
22       Q.    Do you have an understanding of
23   what the reference to Masters is?
24       A.    It was a decision.  It was a
25   court case.
```

Page 145

```
25       Q.    Is it your understanding that
```



37 (Pages 142 to 145)

Highly Confidential - Subject to Further Confidentiality Review

Page 146

1    prior to October 2017, Henry Schein was not
2    reporting orders when discovered --
3    suspicious orders when discovered to the DEA?
4         MR. JONES:  Object to the form.
5         A.   Yeah, I don't know the exact
6    date that we changed, but we did change.  I
7    just don't know the date that we formally
8    did -- made that change.
9    BY MR. ACKERMAN:
10        Q.   Would Shaun Abreu have been
11   more knowledgeable about the date that
12   Henry Schein made that change?
13        A.   Yes, I'm sure he would be.
14        Q.   So if in October 2017, Shaun
15   Abreu writes we should start reporting orders
16   when discovered as a result, does that
17   indicate to you that at that time,
18   Henry Schein was not reporting suspicious
19   orders when discovered to the DEA?
20        A.   I guess --
21        MR. JONES:  Object to form.
22        A.   I don't know.  I don't know if
23   we were or not at that time.
24   BY MR. ACKERMAN:
25        Q.   Okay.

Page 147

1         A.   Yeah.
2         Q.   Sitting here today do you know
3    when Henry Schein reports suspicious orders
4    to the DEA?
5         A.   When we do?
6         Q.   Yes.
7         A.   Yes.
8         Q.   When?
9         A.   When it pends, when the order
10   pends prior to us doing our due diligence.
11        Q.   And how is it that you were
12   aware of the procedure now?  How did you
13   become aware of that procedure?
14        A.   Because it required additional
15   resource and just working with Shaun and
16   regulatory to make sure that we were in
17   compliance with the Masters ruling.
18        Q.   How did it require additional
19   resource?
20        A.   Just more people for the
21   letters.  We have to generate letters and
22   mail them to the local offices, I believe,
23   now.
24        Q.   So were you involved in -- I
25   assume it's hiring more people or bringing

Page 148

1    more people on to the verifications
2    department for that process?
3         A.   I was -- yeah, I probably
4    worked with Shaun to figure out how we were
5    going to do that.
6         Q.   And in what time frame did that
7    effort occur?
8         A.   It looks probably 2017
9    sometime.  Again, I don't know the exact
10   date.

16        Q.   How many more people did the
17   verification department add in order to
18   effect this change in the manner in which
19   Henry Schein was reporting suspicious orders
20   to the DEA?
21        A.   I don't remember exactly what
22   we did.  I don't remember if we brought
23   somebody new or if we changed a role of an
24   existing person that -- it may have been
25   something to do with that, yeah.  And I know

Page 149

1    we did some automation to try to speed up the
2    process a little bit too.
3         Q.   Who else was involved in the
4    changes that you're describing to the
5    verifications department?
6         A.   It would have been Shaun Abreu.
7    I'm sure Maggie Koromi and Christine
8    Stratton, the supervisors may have been --
9    may have given ideas or suggestions.  And I'm
10   sure regulatory, the regulatory team, I'm
11   sure.
12        Q.   Is there a database of
13   suspicious orders at Henry Schein?
14        MR. JONES:  Object to the form.
15        A.   A database?
16   BY MR. ACKERMAN:
17        Q.   Does Henry Schein maintain a
18   list or a collection of the suspicious orders
19   that it had reported to the DEA?
20        MR. JONES:  Object to the form.
21   BY MR. ACKERMAN:
22        Q.   Does Henry Schein track the
23   suspicious orders that it has reported to the
24   DEA?
25        A.   Yes, we keep records, yes.

38 (Pages 146 to 149)

Highly Confidential - Subject to Further Confidentiality Review

Page 150

1    Q.    And in what form are those
2  records maintained?
3    A.    I don't know.
4    Q.    Have you personally ever looked
5  up whether a customer was the subject of a
6  suspicious order reported to the DEA?
7    A.    Have I ever looked it up in our
8  system?
9    Q.    Correct.
10    A.    I don't think so, no.
11    Q.    Would you know how to do it, if
12  you wanted to?
13        MR. JONES:  Object to the form.
14    A.    I have visibility -- I have
15  visibility to the pends screens, so I could
16  go in and check an order.  I'm not an expert
17  on whether or not it's suspicious or not.
18  BY MR. ACKERMAN:
19    Q.    So you can check and see
20  whether an order pended, right?
21    A.    (Nods head.)
22    Q.    Would that screen indicate
23  whether an order was reported to the DEA?
24    A.    No.  Not that I -- not that I'm
25  aware.

Page 151

1    Q.    I understand.
2    A.    Yeah.
3    Q.    If an order pended and then was
4  later cleared as not being suspicious by a
5  member of the verifications department, say,
6  would the pend screen still indicate that the
7  order had pended in the first place?
8    A.    Yes.
9    Q.    During your time at
10  Henry Schein, have you ever been involved in
11  customer due diligence?
12    A.    Have I ever personally been
13  involved in that?
14    Q.    Yes.
15    A.    I don't think directly.  The
16  team -- the team does that.
17    Q.    You've overseen the team that
18  performs that aspect, right?
19    A.    Right.
20    Q.    But you personally have never
21  conducted customer due diligence?
22    A.    No, I don't think so, yeah.
23    Q.    As part of overseeing the team
24  that conducted the due diligence, were you
25  ever involved in that due diligence process?

Page 152

1    A.    In what way?
2    Q.    Somebody come to you with a
3  question?
4        MR. JONES:  Object to the form.
5    A.    Yeah, I'm not an expert on it,
6  so I -- if I did get that type of question, I
7  would probably pretty quickly defer to Shaun
8  or one of the supervisors.
9  BY MR. ACKERMAN:
10    Q.    I'm not asking if you're an
11  expert.  I'm just trying to find out the
12  nature and extent of your involvement, if
13  any, in the process.
14    A.    Yeah.  Yeah.  It's low.
15    Q.    Okay.
16    A.    Yeah.
17        MR. ACKERMAN:  I suspect these
18  next two exhibits might go pretty
19  quickly.
20        THE WITNESS:  Okay.
21        MR. ACKERMAN:  Let's mark this
22  one as Exhibit 8.
23        (HenrySchein-Brandt Deposition
24  Exhibit 8 marked.)
25        ///

Page 153

1  BY MR. ACKERMAN:



Highly Confidential - Subject to Further Confidentiality Review



Page 154

Page 156

Page 155

Page 157

Page 158



| | |
|---|---|
| 19 | Q.    Thank you. |
| 20 | MR. ACKERMAN:  You can put that |
| 21 | aside. |
| 22 | THE WITNESS:  Okay. |
| 23 | BY MR. ACKERMAN: |
| 24 | Q.    So we talked earlier about |
| 25 | Buzzeo, right? |

Page 159

| | |
|---|---|
| 1 | A.    Uh-huh. |
| 2 | Q.    And remind me again what your |
| 3 | understanding as to Buzzeo's role. |
| 4 | A.    My understanding -- |
| 5 | Q.    With Henry Schein. |
| 6 | Yeah. |
| 7 | A.    I don't know much about him.  I |
| 8 | know that he was an ex-DEA guy.  What |
| 9 | capacity, I'm not sure.  And I know that |
| 10 | we -- he led some conferences on this topic |
| 11 | that Shaun attended and our regulatory team |
| 12 | attended, and we contracted with him I |
| 13 | believe to create our suspicious order |
| 14 | monitoring system or part of it.  That's my |
| 15 | understanding. |
| 16 | Q.    Is Buzzeo a person or a |
| 17 | company? |
| 18 | A.    I think both.  I don't know for |
| 19 | sure, but I think he does have his own |
| 20 | company that carries his name. |
| 21 | MR. ACKERMAN:  Okay.  Let me |
| 22 | mark this as Exhibit 10. |
| 23 | (HenrySchein-Brandt Deposition |
| 24 | Exhibit 10 marked.) |
| 25 | /// |

Page 160

| | |
|---|---|
| 1 | BY MR. ACKERMAN: |
| 24 | Q.    Do you know who Kathleen Malone |
| 25 | is? |

Page 161

| | |
|---|---|
| 1 | A.    I don't believe so. |
| 2 | Q.    Have you ever spoken with |
| 3 | Kathleen Malone? |
| 4 | A.    Not that I remember, if I did. |
| 5 | Q.    The answer to the first |
| 6 | question probably answered the second. |
| 14 | A.    Uh-huh, yes. |
| 15 | Q.    Do you know who Jay Schein RPh |
| 16 | is? |
| 17 | A.    I don't. |
| 18 | Q.    Do you know anything about the |
| 19 | study that's referenced in this letter? |
| 20 | A.    No, I don't think I -- I don't |
| 21 | think I have any specifics about it. |
| 22 | Q.    Did you ever hear about the |
| 23 | study before sitting here today? |
| 24 | A.    No. |
| 25 | Q.    Now, just to -- in 2005 had you |

Highly Confidential - Subject to Further Confidentiality Review

Page 162

```
 1    assumed responsibilities for the verification
 2    team?
 3        A.    It's right around that time.  I
 4    couldn't honestly tell you.  It was right in
 5    that time frame --
 6        Q.    Okay.
 7        A.    -- when I -- I became director,
 8    I believe -- what was it, 2003-ish?  So
 9    Jim -- it was -- Jim -- kind of reported to
10    Jim for a while, and then I took that over.
11    It was right in those years, 2005, '6, or '7,
12    somewhere in that time frame I think I did.
```

Page 164

```
 5        Q.    When you assumed responsibility
 6    for the verification department, verification
 7    team, was there a formal process in place to
 8    assess the appropriateness of the customer's
 9    medical practice in relation to the drug
10    product being ordered?
11        MR. JONES:  Object to the form.
12        A.    Yeah, I don't know.
13    BY MR. ACKERMAN:
14        Q.    By the way, there's handwriting
15    on the side of this.
16        A.    Uh-huh.
17        Q.    Is that your handwriting?
18        A.    No.
19        Q.    Do you recognize the
20    handwriting?
21        A.    No.
22        Q.    Go to finding number 5, if you
23    would, on page -- it's the page that ends in
24    Bates number 206.
25        A.    Okay.
```

Page 163

Page 165

```
 1        Q.    And then it says:  When an
 2    order pends as suspicious, the order and the
 3    customer patterns are reviewed.  If it still
 4    remains suspicious, a letter is sent to the
 5    customer requiring an explanation of the
 6    order.
 7        Do you see that?
 8        A.    I do.
 9        Q.    The next sentence says:  A
10    pending order will not be released without a
11    return letter from the customer.
12        Is that an accurate description
13    of the process, of the review process for the
14    verification department --
15        MR. JONES:  Object to the form.
16    BY MR. ACKERMAN:
17        Q.    -- during your tenure?
18        MR. JONES:  Object to the form.
19        A.    Back at this time?
20    BY MR. ACKERMAN:
21        Q.    So let's start with back at
22    this time, sure.
23        MR. JONES:  Same objection.
24        A.    No.  No, I don't know.  I don't
25    know.
```

42 (Pages 162 to 165)

Highly Confidential - Subject to Further Confidentiality Review



Page 166

```
1     BY MR. ACKERMAN:
2         Q.   You don't know whether it's
3     accurate?
4         A.   I don't know, no.
5         Q.   Okay.  In 2012, is this an
6     accurate description of the -- let me ask the
7     question this way.
8             In 2012, if following a review
9     the record still remains suspicious, did the
10    verification team send a letter to the
11    customer requiring an explanation of the
12    order?
13            MR. JONES:  Object to the form,
14    misleading.
15        A.   I don't know.  I don't know
16    that.
17    BY MR. ACKERMAN:
18        Q.   Take a look at Exhibit 3.
19        A.   Okay.
20        Q.   And go to page 6 of Exhibit 3.
21        A.   Okay.
```

Page 168

```
1         Q.   Are you aware of any change in
2     procedure between 2005 and 2012 concerning
3     requiring that a customer explain or justify
4     an order?
5             MR. JONES:  Object to the form.
6         A.   I don't know.  Our -- the
7     procedures evolve, so...
8     BY MR. ACKERMAN:
9         Q.   Okay.
10        A.   Yeah.
```

Page 167

Page 169

```
15            THE WITNESS:  Okay.
16            MR. ACKERMAN:  Let's mark this
17    as Exhibit 11.
18            (HenrySchein-Brandt Deposition
19    Exhibit 11 marked.)
20    BY MR. ACKERMAN:
```

43 (Pages 166 to 169)

Page 170

Page 172



```
14        Q.    You oversaw the verifications
15   department at this time, right?
16        A.    I don't know.
17        Q.    In 2008?
18        A.    Right around that time.
19        Q.    Okay.
20        A.    Yeah, I may have.  I may not
21   have.
22        Q.    Were you in part of this
23   smaller workgroup?
24        A.    I don't recall if I was.  I may
25   have been.  I honestly don't recall.
```

Page 171

Page 173

Highly Confidential - Subject to Further Confidentiality Review

Page 174



Page 175

10    Q.    Prior to this meeting, did the
11  verification department speak with someone
12  other than the physician or their registrant
13  when placing telephone calls to the
14  physician's office regarding controlled
15  substance ordering procedures?
16    A.    I don't know.  I don't know.
17    Q.    Independent of what's in this
18  Exhibit 11, do you remember any discussion
19  that occurred at this meeting?
20    A.    No.
21    Q.    Okay.  Do you -- I didn't mean
22  to cut you off if you were going to say
23  something.
24    A.    No, I wasn't going to say
25  something.

Page 176

1    Q.    Okay.  Were you involved in
2  changes to the procedures of the verification
3  department that -- well, strike that.  Let me
4  ask the question differently.
5          Were you involved in any
6  discussions following this meeting concerning
7  changes to the verification department's
8  procedures as a result of the discussions in
9  this meeting?
10    A.    Probably.  I probably was.  I
11  was an attendee.  I was part of the group, so
12  I --
13    Q.    Do you recall any of those
14  discussions?
15    A.    Not specifically, no.
16    Q.    All right.  Do you recall
17  whether anyone disagreed with the
18  recommendations of Cegedim Dendrite as
19  reflected in the document?
20    A.    I don't.
21    Q.    Did you have any opinion
22  regarding the recommendations of Cegedim
23  Dendrite?
24    A.    Did I at the time?
25    Q.    Yes.

Page 177

1    A.    I don't recall if I did.  I may
2  have.
3    Q.    Okay.
4          MR. JONES:  Since you're
5  getting between exhibits, can we
6  break?
7          MR. ACKERMAN:  Yeah, it's a
8  good time.  Let's take a break.
9          THE VIDEOGRAPHER:  The time is
10  now 2:00 p.m.  Going off the record.
11          (Recess taken, 2:00?p.m. to
12  2:16?p.m.)
13          THE VIDEOGRAPHER:  The time is
14  now 2:16.  Back on the record.
15          MR. ACKERMAN:  Let's mark this
16  one as Exhibit 12.
17          (HenrySchein-Brandt Deposition
18  Exhibit 12 marked.)
19  BY MR. ACKERMAN:
20    Q.    Mr. Brandt, the court reporter
21  has handed you what's been marked as
22  Exhibit 12.
23    A.    Uh-huh.

45 (Pages 174 to 177)

Highly Confidential - Subject to Further Confidentiality Review

Page 178

Page 180

12    Q.    Were customer -- did
13    Henry Schein provide customers with a
14    document with information pertaining to
15    controlled substances that addressed basic
16    legal issues such as legitimate medical use?
17         MR. JONES:  Object to the form.
18    A.  I don't know.
19    BY MR. ACKERMAN:
20    Q.    At any point during the period
21    at which you oversaw the verifications
22    department, did representatives conduct
23    background investigations on new customers to
24    determine whether those customers were the
25    subject of any convictions or regulatory

Page 179

Page 181

1     actions?
2     A.    Yes.
3     Q.    Was that the practice
4     throughout the entire period?
5     A.    That, I don't know.
6     Q.    Okay.  And how do you know that
7     those investigations were conducted?
8     A.    Speaking with Shaun and the
9     regulatory team.
10    Q.    At any point during your tenure
11    where you oversaw the verifications
12    department, the licensing department -- just
13    to be clear, when I say verifications
14    department, I understand that to also refer
15    to the licensing department.  Do you
16    understand that the same way?
17    A.  I do.  I do.
18    Q.    Okay.  I just want to make sure
19    that I didn't need to revisit a couple of
20    hours of questions.
21         MR. JONES:  I'm sure we can
22         reach a stipulation.
23         MR. ACKERMAN:  Yeah.
24    BY MR. ACKERMAN:
25    Q.    So at any point during your

Highly Confidential - Subject to Further Confidentiality Review

Page 182

1    tenure of overseeing the verification
2    department, did representatives conduct
3    onsite visits as part of their due diligence
4    efforts with respect to Henry Schein
5    customers?
6        A.    None of -- none of our
7    representatives.  I don't believe any of our
8    representatives ever did.
9            MR. ACKERMAN:  Okay.  This
10       might be the last one on this topic.
11       Let's mark this as Exhibit 13.
12           (HenrySchein-Brandt Deposition
13       Exhibit 13 marked.)
14   BY MR. ACKERMAN:



Page 184

Page 183

Page 185

14       Q.    First of all, the customer
15   service department was you.  You were the
16   director of the customer service department
17   at this time; is that correct?
18       A.    That's right, yes.
19       Q.    You heard the use of the word
20   "gatekeepers" --
21       A.    Yes.
22       Q.    -- to describe individuals in
23   the customer service department?
24           And in what manner is that term
25   used at Henry Schein?

47 (Pages 182 to 185)

Highly Confidential - Subject to Further Confidentiality Review

Page 186

1     A.    The gatekeepers are a small
2  group within the customer service team, and
3  they are responsible for the database
4  management, changes to account numbers,
5  changes to addresses, changes to phone
6  numbers, and initial vetting of new accounts
7  that get set up in the system, like it says
8  here.
9     Q.    Okay.  In terms of initial
10  vetting of new accounts, what is it that the
11  gatekeeper -- first of all, are there still
12  gatekeepers today at Henry Schein?
13     A.    Yes.
14     Q.    Are those gatekeepers -- do
15  those gatekeepers still have responsibility
16  for initial vetting of new accounts today?
17     A.    Yeah, reviewing new accounts,
18  yeah.
19     Q.    In 2009 what were the
20  gatekeepers' responsibility with respect to
21  the initial vetting of new accounts?

Page 188

Page 187

Page 189

Golkow Litigation Services - 877.370.DEPS

Highly Confidential - Subject to Further Confidentiality Review



Page 190

Page 192

19          MR. JONES:  Object to the form.
20      A.    I don't recall seeing it.
21          MR. ACKERMAN:  Okay.  You can
22      put that one aside.
23          Let's mark this Exhibit 14.
24          (HenrySchein-Brandt Deposition
25      Exhibit 14 marked.)

Page 191

Page 193

1      BY MR. ACKERMAN:
2      Q.    Mr. Brandt.
3      A.    Yes.

Highly Confidential - Subject to Further Confidentiality Review



Page 194

Page 196

| 1 | this presentation, who it was given to, so |
| 2 | no.  But I don't recall being told that. |
| 3 | Q.    Okay.  Were you ever involved |
| 4 | in an effort to generate or conduct due |
| 5 | diligence for a large number of existing |
| 6 | Henry Schein customers? |
| 7 | A.    Yes. |
| 8 | Q.    And when was that? |
| 9 | A.    I don't recall the exact dates. |
| 10 | Q.    Was it more than ten years ago? |
| 11 | A.    Probably not. |
| 12 | Q.    All right.  So it was within |
| 13 | the last ten years? |
| 14 | A.    Yes. |
| 15 | Q.    Was it after 2012, within the |
| 16 | last five years? |
| 17 | A.    Possibly, yes. |
| 18 | Q.    And that was two different time |
| 19 | periods because my math was bad again, so let |
| 20 | me try that again. |
| 21 | Was it within the past five |
| 22 | years? |
| 23 | A.    Yeah, I don't recall the exact |
| 24 | dates. |
| 25 | Q.    Okay.  And what is it that you |

Page 195

| 8 | Q.    What department at Henry Schein |
| 9 | was responsible for conducting Know Your |
| 10 | Customer due diligence? |
| 11 | A.    The license verifications team. |
| 12 | Q.    And what department at |
| 13 | Henry Schein was responsible for maintaining |
| 14 | the Know Your Customer due diligence files at |
| 15 | Henry Schein? |
| 16 | A.    The license verifications team. |
| 17 | Q.    And you oversaw the license |
| 18 | verification team? |
| 19 | A.    Yes. |
| 20 | Q.    Does it strike you as odd that |
| 21 | no one ever mentioned to you that |
| 22 | Henry Schein did not have Know Your Customer |
| 23 | due diligence files for approximately 60% of |
| 24 | its customers? |
| 25 | A.    No, I don't know the context of |

Page 197

| 1 | recall about that effort? |
| 2 | A.    I recall Shaun and the -- and |
| 3 | our team working with the regulatory team, |
| 4 | the team that Tina was on, to identify |
| 5 | accounts that they believed required |
| 6 | additional due diligence and a plan to |
| 7 | address that. |
| 8 | Q.    Were you part of that effort? |
| 9 | A.    I don't believe so. |
| 10 | Q.    You were just aware that it was |
| 11 | occurring? |
| 12 | A.    That's my -- that's my |
| 13 | recollection of it, yes. |

Highly Confidential - Subject to Further Confidentiality Review

Page 198

13      Q.    Okay.  Putting aside whether
14  you participated in those conversations, are
15  you aware of any conversations that occurred
16  regarding that topic?
17      A.    At what level?  I'm not sure I
18  understand the question.
19      Q.    At any level.  Did you ever
20  hear --
21          MR. JONES:  Object to the form.
22      A.    No, I don't recall that --
23  BY MR. ACKERMAN:
24      Q.    Did you hear that people at
25  Henry Schein were concerned that they were --

Page 199

1   they were vulnerable to DEA regulatory action
2   because of the status of due diligence files
3   on customers purchasing controlled
4   substances?
5          MR. JONES:  Object to the form,
6       mischaracterizes the document.
7       A.    I don't recall.  I don't recall
8   that.
9   BY MR. ACKERMAN:

Page 200

4       Q.    Were you involved in any
5   efforts to amass additional resources in
6   order to prepare, review and complete
7   customer due diligence?
8       A.    Not that I recall, and
9   regulatory didn't fall under my scope,
10  doesn't fall under my scope.
11      Q.    But due diligence was performed
12  by the verification department, correct?
13      A.    Uh-huh, yes.
14      Q.    And that was within your scope?
15      A.    Yes.
16      Q.    You mentioned that you were
17  aware that Mr. Abreu and the regulatory team
18  were undergoing an effort to identify
19  accounts that required additional due
20  diligence?
21      A.    Uh-huh.
22      Q.    How long did that effort last?
23      A.    Oh, I don't recall the exact
24  time, the time frame.
25      Q.    Did that effort identify any

Page 201

1   problem customers?
2       A.    I don't recall specifically.
3       Q.    Understanding you may not
4   recall the exact time frame of how long the
5   effort lasted, do you recall generally the
6   time frame?
7       A.    I don't.  I don't.
8       Q.    Was it more than a year?
9          MR. JONES:  Objection, form,
10      asked and answered.
11      A.    Yeah, I don't recall if it was
12  longer than a year.
13  BY MR. ACKERMAN:
14      Q.    Okay.  Was it longer than six
15  months?
16          MR. JONES:  Objection, form,
17      asked and answered.  He's already told
18      you that he doesn't have any specific
19      understanding or recollection.
20      A.    Yeah, I don't recall.
21          MR. ACKERMAN:  And I'm probing
22      it.
23          MR. JONES:  I know.  But he's
24      already answered your question, David.
25          MR. ACKERMAN:  That's fine.



51 (Pages 198 to 201)

Highly Confidential - Subject to Further Confidentiality Review

Page 202

```
 1          Just say objection to form.
 2   BY MR. ACKERMAN:
 3      Q.   Was it longer than six months?
 4          MR. JONES:  Objection, form,
 5   asked and answered twice.
 6      A.   I don't recall if it was.
 7   BY MR. ACKERMAN:
 8      Q.   Was it longer than a month?
 9          MR. JONES:  Objection, form,
10   bordering on harassing.
11      A.   I don't recall.
12          MR. ACKERMAN:  Let's mark this
13   next one as Exhibit 15.
14          (HenrySchein-Brandt Deposition
15   Exhibit 15 marked.)
16   BY MR. ACKERMAN:
```

Page 203

```
12      Q.   And did you attend this
13   meeting?
14      A.   I believe I did.  I'm listed as
15   an attendee.
16      Q.   Do you recall attending the
17   meeting?
18      A.   I don't recall if I attended.
19      Q.   All right.  Some of the
20   attendees I think we've identified here, but
21   I just want to make sure that I understand
22   who they are.
23      A.   Okay.
24      Q.   The first one listed is
25   L. David?
```

Page 204

```
 1      A.   Len David.
 2      Q.   And what position did Len David
 3   have in 2014?
 4      A.   I believe he was our chief
 5   compliance officer.
 6      Q.   J. Peacock?
 7      A.   Jeff Peacock.
 8      Q.   And what position did
 9   Jeff Peacock hold in 2014?
10      A.   Regulatory, may have been
11   director.
12      Q.   Okay.
13          Mr. Mullins, I think we've
14   discussed.  Mr. Tejeda.  The next one is you,
15   right?
16      A.   Yes.
17      Q.   L. Matalon?
18      A.   Lisa Matalon was the manager of
19   customer service at that time.
20      Q.   The next one is Mr. Abreu,
21   correct?
22      A.   Yes, Shaun reported to Lisa.
23   Lisa reported to me.
24      Q.   Okay.  And then the last one is
25   K. Romeo?
```

Page 205

```
 1      A.   Ken Romeo.
 2      Q.   Who was that?
 3      A.   Ken was a regulatory associate
 4   based out of Reno.
 5      Q.   And the minutes were prepared
 6   by Tina Steffanie-Oak?
 7      A.   Yes.
 8      Q.   Do you recall any of the
 9   discussion at this meeting?
10      A.   Not specifically, no.
11      Q.   Okay.  Do you recall just
12   generally?
13      A.   Generally, yeah.
14      Q.   What do you recall?
15      A.   Just reviewing her findings and
16   listening to the opportunities and discussing
17   at a high level, you know, plans of action,
18   things that, you know, we would do.
19      Q.   Who did most of the talking?
20      A.   Tina Steffanie-Oak and
21   Ken Romeo would.
22      Q.   Was Ms. Steffanie-Oak tasked
23   with conducting an audit of the --
24   Henry Schein's SOM system?
25      A.   I don't recall.
```

Highly Confidential - Subject to Further Confidentiality Review



Page 206

19        Do you see that?
20        A.   I do.
21        Q.   Do you recall any specific
22   discussion regarding the fact that the
23   current -- that Henry Schein's current SOM
24   system was dated?
25        A.   Nothing other than general

Page 207

1   discussion.  I don't remember any specifics
2   of it.
3        Q.   Were you involved in any
4   efforts following this meeting to update
5   Henry Schein's computerized suspicious order
6   monitoring system?
7        A.   Just on an oversight level.
8   Shaun -- Shaun and Lisa would have been more
9   into the details of that.
10        Q.   Okay.  At this point in 2014,
11   how long had Lisa Matalon been the manager of
12   the -- was she the manager of the customer
13   service division or of the verifications
14   department?
15        A.   Both.
16        Q.   Okay.
17        A.   Yeah.
18        Q.   So in 2014, how long had
19   Lisa Matalon been the manager of the
20   verifications department?
21        A.   Five years.
22        Q.   And in 2014, what was
23   Mr. Abreu's title with respect to the
24   verification department?
25        A.   Verifications supervisor, I

Page 208

1   believe.
2        Q.   How long had he been the
3   supervisor of the verifications department?
4        A.   I believe about four or five
5   years.
6        Q.   What department at Henry Schein
7   was responsible for the computerized
8   suspicious order monitoring system?
9        A.   Regulatory.
10        Q.   They were responsible for
11   designing it?
12        A.   Yeah, I believe.

Page 209

1        Q.   So my first question:  Do you
2   recall any discussion at the meeting
3   concerning this topic?
4        A.   I don't.  Nothing -- not
5   specifically, no.
6        Q.   Okay.
7        A.   No.

53 (Pages 206 to 209)

Highly Confidential - Subject to Further Confidentiality Review

Page 210

4     Q.    Was there any discussion as to
5  who the decision-makers in the verifications
6  department were?
7     A.    I'm sorry, can you repeat it?
8     Q.    Sure.  So the word
9  "decision-makers" is in quotes there, right?
10    A.    Right, uh-huh.
11    Q.    Was there discussion during
12  this meeting as to who the decision-makers in
13  the verification -- who were the
14  decision-makers in the verifications
15  department?
16    A.    Yeah, that -- that's a title,
17  so it's a job title, the SOM decision-makers.
18  I don't recall exactly who they were in 2014,
19  but it was probably a handful of
20  representatives.
21    Q.    And how are the decision-makers
22  different from representatives in the
23  verifications department?
24    A.    Their role.  The role of their
25  position is different.

Page 211

1     Q.    So there -- if I understand the
2  verifications department, there are
3  representatives and then there are
4  decision-makers?
5     A.    Yes.
6     Q.    Was that the case throughout
7  your entire tenure overseeing the
8  verifications department?
9     A.    No.
10    Q.    And when did the verifications
11  department create the decision-maker role?
12    A.    When we implemented the
13  questionnaire.
14    Q.    In what way -- what
15  responsibilities did the decision-makers have
16  that differentiated them from regular
17  representatives in the verifications
18  department?
19    A.    I couldn't -- I couldn't
20  specify with any degree of accuracy.  That
21  would have been Shaun and Lisa's expertise.
22    Q.    Were the decision-makers the
23  ones who reviewed the completed
24  questionnaires that came in from customers?
25    A.    Yes.

Page 212

1     Q.    So if the decision-makers were
2  reviewing the completed questionnaires, what
3  were the verifications department
4  representatives doing?
5     A.    Reviewing orders that were
6  pending in our system, but it may not have --
7  may or may not have included a controlled
8  substance.  May have just been an Rx item,
9  may have been a -- it may have had a
10  controlled substance; it may have not.
11    Q.    Okay.  Then there's a reference
12  here to -- so before we move on to there:
13  Did the decision-makers in the verifications
14  department ever receive additional
15  medical-related training to release
16  controlled substances orders?
17    A.    Yes.
18    Q.    When was that?
19    A.    I don't recall the exact date.
20    Q.    And what training did they
21  receive?
22    A.    It was a presentation from --
23  that Ken Romeo put together.
24    Q.    And was Mr. Romeo the one who
25  presented that presentation to the

Page 213

1  verifications department?
2     A.    Yes.  Yes.
3     Q.    Did you attend that
4  presentation?
5     A.    I don't -- I don't believe I
6  did.  I don't believe I attended his.
7     Q.    Were the decision-makers
8  located in both Melville and Reno, or were
9  they only in one location as opposed to the
10  other?
11    A.    At this time?
12    Q.    Yes.
13    A.    I believe only in Melville.
14    Q.    Is Henry Schein's headquarters
15  in Melville?
16    A.    Yes.
17    Q.    Did Mr. Romeo -- Mr. Romeo's
18  medical training presentation, how many times
19  did he give that presentation?
20    A.    Gosh, I don't recall if he did
21  the entire team in one sitting.  He probably
22  didn't, so -- because we had to cover the
23  phones, so probably multiple times in each
24  location.
25    Q.    Was it a regular presentation

54 (Pages 210 to 213)

Highly Confidential - Subject to Further Confidentiality Review

Page 214

1   that occurred, you know, every six months, or
2   was it just done multiple times in a
3   relatively short time span?
4        A.   I don't know.  I don't recall.
5   I don't recall.  Shaun would probably know
6   that.
7        Q.    Okay.  Did the verification
8   department hire new decision-makers or task
9   different individuals with being
10  decision-makers after Mr. Romeo gave his
11  medical presentation?
12           MR. JONES:  Object to the form.
13       A.   I'm not sure I understand it,
14  understand what you're asking, so...
15  BY MR. ACKERMAN:
16       Q.   Mr. Romeo gave a medical
17  presentation at some point in time following
18  this meeting, correct?
19       A.   Yes.
20       Q.    Subsequent to that
21  presentation, were there additional people
22  who became decision-makers?
23       A.   Yes.
24       Q.    Did those additional people who
25  became decision-makers receive Mr. Romeo's

Page 215

1   presentation?
2        A.   I believe so.
3        Q.    If you wanted to find out
4   whether they had received it or not, how
5   would you do that?
6        A.   I would confirm with Sergio in
7   regulatory.  Ken was part of the regulatory
8   team.
9        Q.    Moving on to the next page,
10  ends in 368.
11       A.   Uh-huh.

Page 216

Page 217

1   BY MR. ACKERMAN:
2        Q.    Did you have any discussions
3   with Ms. Matalon or Mr. Abreu regarding this?
4        A.   Yes.
5        Q.    What did you discuss with them?
6        A.   What did I discuss?
7        Q.    Yes.
8        A.   I don't recall exactly what we
9   discussed.
10       Q.    Do you recall generally what
11  you discussed?
12       A.    No.  I know we reviewed this.
13  We reviewed this in the meeting, but that's
14  all I remember.
15       Q.    You reviewed the minutes?
16       A.    The minutes.
17       Q.    In a separate meeting with
18  Ms. Matalon and Mr. Abreu?
19       A.    I don't recall if it was a
20  separate meeting or one meeting with
21  everybody, but there were -- I really don't
22  recall it at all, to be honest with you.

55  (Pages 214 to 217)

Highly Confidential - Subject to Further Confidentiality Review

Page 218

Page 220

Page 219

Page 221



Highly Confidential - Subject to Further Confidentiality Review



Page 222

Page 224

Page 223

Page 225

```
 9          MR. ACKERMAN:  Good time for a
10     break?
11          MR. JONES:  Sure.
12          THE VIDEOGRAPHER:  The time is
13     now 3:22.  Going off the record.
14          (Recess taken, 3:22?p.m. to
15     3:35?p.m.)
16          THE VIDEOGRAPHER:  The time is
17     now 3:35, back on the record.
18          MR. ACKERMAN:  We've got a few
19     more documents to go.
20          THE WITNESS:  Sure.
21          MR. ACKERMAN:  Let's mark this
22     as Exhibit 16.
23          (HenrySchein-Brandt Deposition
24     Exhibit 16 marked.)
25          ///
```

Page 226

1      BY MR. ACKERMAN:



Page 228

Page 227

Page 229

Page 230

Page 232

Page 231

Page 233



Highly Confidential - Subject to Further Confidentiality Review



Page 234

| | |
|---|---|
| 19 | MR. ACKERMAN:  You can put that |
| 20 | one aside. |
| 21 | THE WITNESS:  Okay. |
| 22 | MR. ACKERMAN:  Let's mark this |
| 23 | as Exhibit 17. |
| 24 | (HenrySchein-Brandt Deposition |
| 25 | Exhibit 17 marked.) |

Page 235

1    BY MR. ACKERMAN:

Page 236

| | |
|---|---|
| 2 | Q.    Who is Maggie Wilding? |
| 3 | A.    Maggie Wilding is now |
| 4 | Maggie Koromi, she's the supervisor in Reno. |
| 5 | Q.    In the verifications |
| 6 | department? |
| 7 | A.    In the verifications |
| 8 | department. |
| 9 | Q.    And who is or was |
| 10 | Judy LaBarbera? |
| 11 | A.    She was the team leader in |
| 12 | Melville for verifications. |

Page 237

Highly Confidential - Subject to Further Confidentiality Review

Page 238

Page 240

Page 239

Page 241



Highly Confidential - Subject to Further Confidentiality Review

Page 242



```
 9          MR. ACKERMAN:  Okay.  Let's
10     mark this next one as Exhibit 19.
11          (HenrySchein-Brandt Deposition
12     Exhibit 19 marked.)
13      BY MR. ACKERMAN:
```

Page 244

Page 243

Page 245

```
 8          MR. ACKERMAN:  Let's mark this
 9     as Exhibit 20.
10          (HenrySchein-Brandt Deposition
11     Exhibit 20 marked.)
12      BY MR. ACKERMAN:
```

Golkow Litigation Services - 877.370.DEPS

Highly Confidential - Subject to Further Confidentiality Review



Page 246

Page 248

Page 247

Page 249

Highly Confidential - Subject to Further Confidentiality Review



Page 250

Page 252

| | |
|---|---|
| 22 | MR. ACKERMAN:  Let's take a |
| 23 | break. |
| 24 | THE VIDEOGRAPHER:  The time is |
| 25 | now 4:12, going off the record. |

Page 251

Page 253

| | |
|---|---|
| 1 | (Recess taken, 4:12?p.m. to |
| 2 | 4:31?p.m.) |
| 3 | THE VIDEOGRAPHER:  The time is |
| 4 | now 4:31.  Back on the record. |
| 5 | MR. ACKERMAN:  I believe this |
| 6 | is Exhibit 21. |
| 7 | (HenrySchein-Brandt Deposition |
| 8 | Exhibit 21 marked.) |
| 9 | BY MR. ACKERMAN: |

64 (Pages 250 to 253)

Page 254

Page 256

Page 255

Page 257



Highly Confidential - Subject to Further Confidentiality Review



Page 258

Page 260

17        MR. JONES:  Objection, form,
18    document speaks for itself.
19    BY MR. ACKERMAN:

Page 259

4        Q.    Okay.  We can put that one
5    aside.
6        A.    Okay.
7        Q.    I want to just go through three
8    exhibits that we've already talked about.
9        A.    Okay.
10        Q.    Okay.  And let's start with
11    Exhibit 16.  Okay?
12        A.    Uh-huh.
13        Q.    Do you have that in front of
14    you?
15        A.    I do.

Page 261

66 (Pages 258 to 261)

Highly Confidential - Subject to Further Confidentiality Review

| | |
|---|---|
| Page 262 | Page 264 |

Page 264

1      MR. MENGIS:  I'll reserve my
2  questions.
3      MR. JONES:  We'll reserve our
4  questions.
5      MR. PERRY:  Reserve.
6      THE VIDEOGRAPHER:  The time is
7  now 4:45.  This concludes the
8  deposition.  Going off the record.
9      (Proceedings recessed at
10  4:45 p.m.)
11      --o0o--
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 263

24      MR. ACKERMAN:  I have nothing
25  further.

Page 265

1              CERTIFICATE
2      I, MICHAEL E. MILLER, Fellow of
  the Academy of Professional Reporters,
3  Registered Diplomate Reporter, Certified
  Realtime Reporter, Certified Court Reporter
4  and Notary Public, do hereby certify that
  prior to the commencement of the examination,
5  BILL BRANDT was duly sworn by me to testify
  to the truth, the whole truth and nothing but
6  the truth.
7      I DO FURTHER CERTIFY that the
  foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
  before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
  ability.
10
      I DO FURTHER CERTIFY that pursuant
11  to FRCP Rule 30, signature of the witness was
  requested by the witness or other party
12  before the conclusion of the deposition.
13      I DO FURTHER CERTIFY that I am
  neither a relative nor employee nor attorney
14  nor counsel of any of the parties to this
  action, and that I am neither a relative nor
15  employee of such attorney or counsel, and
  that I am not financially interested in the
16  action.
17
18
  MICHAEL E. MILLER, FAPR, RDR, CRR
19  Fellow of the Academy of Professional Reporters
  NCRA Registered Diplomate Reporter
20  NCRA Certified Realtime Reporter
  Certified Court Reporter
21
  Notary Public in and for the
22  State of Texas
  My Commission Expires:  7/9/2020
23
  Dated: 19th day of February, 2019
24
25

Highly Confidential - Subject to Further Confidentiality Review

Page 266

1  INSTRUCTIONS TO WITNESS
2
3       Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8       After doing so, please sign the
9  errata sheet and date it.
10      You are signing same subject to
11 the changes you have noted on the errata
12 sheet, which will be attached to your
13 deposition.
14      It is imperative that you return
15 the original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24
25

Page 268

1  ACKNOWLEDGMENT OF DEPONENT
2
3
4       I, BILL BRANDT, do hereby certify
that I have read the foregoing pages and that
5  the same is a correct transcription of the
answers given by me to the questions therein
6  propounded, except for the corrections or
changes in form or substance, if any, noted
7  in the attached
Errata Sheet.
8
9
10
11
12  _____
13  BILL BRANDT                DATE
14
15  Subscribed and sworn to before me this
16  _____ day of _____, 20 _____.
17  My commission expires: _____
18
19  _____
20  Notary Public
21
22
23
24
25

Page 267

1       ERRATA
2  PAGE LINE  CHANGE
3  ____ ____ _____
4       REASON: _____
5  ____ ____ _____
6       REASON: _____
7  ____ ____ _____
8       REASON: _____
9  ____ ____ _____
10      REASON: _____
11 ____ ____ _____
12      REASON: _____
13 ____ ____ _____
14      REASON: _____
15 ____ ____ _____
16      REASON: _____
17 ____ ____ _____
18      REASON: _____
19 ____ ____ _____
20      REASON: _____
21 ____ ____ _____
22      REASON: _____
23 ____ ____ _____
24      REASON: _____
25

Page 269

1       LAWYER'S NOTES
2
3  PAGE  LINE
4  ____ ____ _____
5  ____ ____ _____
6  ____ ____ _____
7  ____ ____ _____
8  ____ ____ _____
9  ____ ____ _____
10 ____ ____ _____
11 ____ ____ _____
12 ____ ____ _____
13 ____ ____ _____
14 ____ ____ _____
15 ____ ____ _____
16 ____ ____ _____
17 ____ ____ _____
18 ____ ____ _____
19 ____ ____ _____
20 ____ ____ _____
21 ____ ____ _____
22 ____ ____ _____
23 ____ ____ _____
24 ____ ____ _____
25

68 (Pages 266 to 269)

Highly Confidential - Subject to Further Confidentiality Review

| **A** | | | | |
|---|---|---|---|---|
| **a.m** 1:18 8:2,9 | 100:12 101:1 | 35:17 37:3,7 | 166:1,17 168:8 | 251:4 265:14 |
| **abandoned** | 118:20 167:2 | 37:19 42:23 | 169:8,13,16,20 | 265:16 |
| 52:22 | 167:13 179:16 | 44:1 45:2 | 170:9 174:17 | **actions** 10:15 |
| **abandonment** | 179:18,25 | 48:18 49:9 | 177:7,15,19 | 85:8,17 86:6 |
| 52:16,18 95:8 | 184:19 186:4 | 50:18 51:11 | 178:7 180:19 | 86:10 162:14 |
| 95:18 96:6 | 190:6 208:16 | 53:19,24 54:1 | 181:23,24 | 181:1 221:24 |
| **ability** 11:23 | 219:17 220:3 | 58:23 59:12 | 182:9,14 183:1 | **active** 199:13,20 |
| 265:9 | 221:12 223:6 | 60:16 61:1,19 | 185:6 192:21 | **activities** 64:17 |
| **able** 98:22 99:4 | 223:14 248:12 | 64:9,22 69:15 | 193:1,16 | **add** 148:17 |
| 99:4 | 248:21 249:16 | 70:24 71:12 | 198:23 199:9 | **added** 31:17 |
| **Abreu** 5:18 7:8 | 249:21,24 | 72:17 73:1,11 | 201:13,21,25 | 35:1 44:13 |
| 7:11 48:10 | 250:18 251:6 | 74:12 75:22 | 202:2,7,12,16 | 127:11 130:10 |
| 57:15 58:16 | 252:4,13 | 78:21,24 79:4 | 203:3 214:15 | **addendum** |
| 62:17,23 69:2 | 256:24 262:21 | 79:6 80:14 | 216:12 217:1 | 126:16,17,18 |
| 70:3,9 72:19 | 263:4 | 81:11,21 82:5 | 218:18,21 | 126:19 |
| 73:20,21 78:2 | **accounting** | 82:18 83:3,12 | 219:4,12 | **addendums** |
| 104:1 122:11 | 217:24 218:5 | 84:17 85:5,13 | 220:19 224:14 | 126:24 |
| 122:12 139:4 | 219:1 | 85:25 86:3,21 | 225:9,18,21 | **addicted** 255:4 |
| 139:11,20 | **accounts** 178:18 | 87:1,12,16,23 | 226:1,14 227:9 | 256:18 |
| 144:7,13 145:7 | 178:25 179:8 | 89:5 90:23,24 | 227:16,19 | **addition** 41:13 |
| 145:8,16 | 179:24 184:10 | 92:4,8,16 | 231:12 233:1 | 47:11 130:7 |
| 146:10,15 | 184:15 185:3,9 | 93:14 96:17 | 234:19,22 | **additional** 31:6 |
| 148:12 149:6 | 186:6,10,16,17 | 98:3 99:23 | 235:1,13 | 98:11 119:8,18 |
| 200:17 204:20 | 186:21 187:8 | 101:6,11,22 | 237:16 238:7 | 126:25 127:3,7 |
| 217:3,18 | 189:5,7,13,21 | 109:11,13 | 238:11,23 | 147:14,18 |
| 235:24 243:8 | 190:3 197:5 | 110:3,14 | 240:5,12 242:9 | 168:21 169:4 |
| 243:16 245:4 | 200:19 215:17 | 115:21 116:1 | 242:13 243:1 | 197:6 199:24 |
| 246:25 250:11 | 251:14 252:5,8 | 120:5,16 121:4 | 244:12 245:8 | 200:5,19 |
| 251:10 | 252:17 | 129:1,3 130:20 | 245:12 246:1 | 209:11,21 |
| **Abreu's** 69:7,17 | **accuracy** 18:9 | 132:8,12,14,22 | 252:22 253:5,9 | 212:14 214:21 |
| 77:21 207:23 | 97:12,12,15 | 133:3,9,16,23 | 253:21 255:21 | 214:24 223:18 |
| **absolutely** 210:3 | 211:20 | 134:3,17 | 256:5 257:12 | 223:23 224:6 |
| **abundance** | **accurate** 38:24 | 137:18,21 | 257:24 258:9 | 224:10 255:7 |
| 141:4 | 39:6 104:13 | 138:1,12 142:5 | 260:6,19 261:4 | **address** 32:11 |
| **abuse** 33:10,16 | 115:17 135:24 | 142:9 143:1 | 261:15 263:13 | 32:15,21 33:9 |
| **Academy** 1:19 | 165:12 166:3,6 | 146:9,24 | 263:24 | 118:10 153:23 |
| 265:2,19 | 167:8 184:19 | 149:16,21 | **ACKNOWLE...** | 187:1,3,5 |
| **accept** 114:16 | 185:1 188:7 | 150:18 152:9 | 4:10 268:1 | 197:7 220:8 |
| **Acceptable** | 266:19 | 152:17,21 | **acronym** 194:15 | 241:24 |
| 221:8 | **accurately** 95:11 | 153:1,13 | **acronyms** 52:13 | **addressed** |
| **accepted** 28:6 | 96:11,24 | 155:12,15 | 52:15 | 180:15 220:3 |
| **access** 44:20 | **Ackerman** 2:2 | 156:2 158:20 | **Act** 107:10 | **addresses** 180:7 |
| 188:18 | 4:6 8:19,19 | 158:23 159:21 | 129:22 158:2 | 184:17 186:5 |
| **account** 6:10 | 9:18,22 29:23 | 160:1,12 | **action** 9:24 | **adds** 130:4 |
| 45:13 98:11 | 30:5 33:13 | 162:24 164:13 | 197:25 198:8 | **adequate** 189:9 |
| | 34:14,17,21 | 165:16,20 | 199:1 205:17 | **adjusted** 174:8 |

174:14 208:18
**adjusting**
173:21
**adjustment**
173:15 174:8
**admin** 246:23
**administered**
97:17
**Administration**
5:21 6:3 254:3
**administrator**
246:23
**admitted** 255:2
256:16
**advanced** 13:19
**advise** 249:13,21
251:3
**advised** 26:1
39:23 140:22
247:6
**advising** 92:23
247:13
**affect** 11:23
**agenda** 236:20
**agent** 53:5
**agent's** 53:10
**agents** 28:23
93:13
**ago** 46:6 138:18
170:13 196:10
**agree** 67:13
104:8 227:5
234:3 235:21
263:22
**agreement**
261:24
**ahead** 11:15
12:1
**Al** 228:14
**Albert** 228:12
**algorithm** 109:4
**allow** 11:2
219:15
**altogether** 125:1
**amass** 200:5
**ambiguous**

85:16 132:18
133:2
**AmerisourceB...**
2:16 9:2
**amount** 98:21
**analyst** 243:14
**and/or** 208:19
**animal** 19:13
**announced** 46:3
**annual** 48:10,15
49:25 50:20,23
51:14
**annually** 49:22
**answer** 10:19
11:3 28:20
29:23 30:1,2
83:1 92:14,17
114:1 115:10
115:15 161:5
218:18 258:3
258:25 259:1
**answered** 53:13
71:7 93:10
130:18 161:6
201:10,17,24
202:5
**answering** 92:22
95:9
**answers** 10:18
11:7 115:17
268:5
**anticipated** 60:5
**antiharassment**
52:1
**anytime** 103:5
**apologize** 14:18
24:11 67:24
77:15,18 170:1
261:21
**apparently**
126:11
**appear** 103:19
190:24 192:12
262:7
**APPEARAN...**
4:2

**appeared**
179:25
**appears** 41:20
110:11 179:18
183:15 226:18
230:11 234:2
235:18,22
**approach** 41:5
215:14,25
216:5,22
**appropriate**
208:19 249:10
249:12 266:6
**appropriateness**
163:25 164:8
**approval** 123:4
191:3 192:16
**approve** 59:11
99:5
**approved**
103:13,20
104:11
**approves** 104:14
**approximately**
26:17 44:8
66:25 67:12,14
70:7 145:3
194:23 195:5
195:23
**April** 246:22
263:18
**ARCOS** 254:19
256:7
**argue** 133:19
**argument** 86:2
133:17
**Arnold** 3:13
9:12
**arrange** 254:23
**arrow** 173:14
174:20
**arrows** 173:2,11
**ASAP** 251:16
**aside** 19:1 101:7
115:15 137:19
158:21 169:14

192:22 198:13
234:20 259:5
**asked** 26:3
45:21 67:24
71:6 93:10
130:18 133:5
144:11 145:14
201:10,17
202:5 250:15
**asking** 10:17
62:10 66:8
88:8 115:19
132:6,9,19
152:10 214:14
**asks** 113:22,22
240:19
**aspect** 39:15
151:18
**aspects** 93:3,3
**assess** 163:25
164:8
**assessment**
118:20 167:2
167:12 215:17
**assigned** 38:7
63:14,16,23,25
65:9
**assignment** 23:1
23:4
**assist** 21:24
112:2
**associate** 205:3
**assume** 13:22
14:14 15:12
20:20 28:6
36:6 40:7
44:18 58:14,15
58:16 78:1
115:19 127:25
128:20 147:25
**assumed** 36:8
39:7 40:10,12
41:2 42:12
43:1 48:19
69:23 74:21
75:2,8 76:11

77:7 78:12
102:8 162:1
164:5
**assuming** 39:19
58:19 255:16
**assumption**
58:19,25
**assure** 184:18
**attached** 243:17
247:4 266:12
268:7
**attend** 49:21
170:18 203:12
213:3
**attended** 49:10
49:14,15
159:11,12
203:18 213:6
**attendee** 176:11
203:15
**attendees**
170:22 171:1
203:20 234:7
**attending** 194:2
203:16
**attends** 48:10
**attention** 58:8
134:23
**attorney** 9:22
265:13,15
266:16
**attorneys**
145:19
**atypical** 263:4
**audit** 205:23
206:3,4,12,13
**authority** 232:9
232:20
**automation**
149:1
**availability** 6:22
**available** 163:8
**Avenue** 1:17 2:9
**average** 52:25
**averaging** 161:9
**avoid** 10:20

237:4,11,19
250:17
**aware** 33:12,14
33:18 39:18
88:15 94:16
100:22 108:16
108:20,21
118:3 125:17
147:12,13
150:25 154:21
168:1 187:9
197:10 198:15
200:17 220:7
220:10,11
224:13 250:7
251:16,25
**awareness** 118:6

**B**
**b** 215:12 263:3
**B-R-A-N-D-T**
12:8
**bachelor's** 13:15
**back** 17:16
20:21 22:19,25
23:5 25:25
41:10 48:23
56:6 60:25
61:6 62:12
63:18 80:5
105:5 112:4
120:15,18
153:18 160:17
165:19,21
167:16 168:11
170:23 177:14
203:8 225:17
230:24 233:5
246:9 253:4
259:23
**back-and-forth**
240:24
**background**
180:23
**bad** 196:19
**bailiwick** 39:13

**BAKER** 2:18
**BakerHostetler**
8:25
**balls** 19:6
**base** 184:18
**based** 56:1
58:19 66:23
107:8 118:21
125:4,5 129:20
141:2 158:1
167:3 189:7,21
189:23 205:4
249:7 261:9
**basic** 180:8,15
**basically** 53:8
**basis** 58:24
85:13 132:14
163:7 262:24
**Bates** 89:16
109:14 120:22
155:18 164:24
193:7 226:6
**becoming** 12:17
**began** 255:17
**beginning** 69:16
69:21 120:22
**begins** 119:12
173:7 187:11
188:1 246:10
**behalf** 9:7,9,12
**believe** 13:3
15:5,17,19
16:18 17:25
20:1,11 21:5
22:3 23:15
26:7,21 27:9
27:10,10 30:8
30:8 31:14
34:4,10 38:11
39:10,22 42:6
42:6,10 43:24
44:7 45:18
51:7 54:17,21
55:3 57:1,20
57:23 61:18,25
62:1 63:6,6

65:15 66:23
67:2 73:25
74:19 75:5
77:11,19,23,24
79:9,11 80:13
89:14 99:1
103:18 109:8
114:21 115:8
116:11 130:19
136:25 147:22
153:24 157:9
159:13 161:1
162:8 174:4
179:2 182:7
186:24 197:9
203:14 204:4
206:15 208:1,4
208:12 209:25
213:5,6,13
215:2 221:6
228:7 241:10
241:12 244:20
245:2 246:19
253:5
**believed** 197:5
**bell** 59:20 60:4
155:6
**Benjamin**
220:18
**best** 59:14,22
60:6 265:9
**Better** 263:3
**big** 248:11
249:15,21,24
**bigger** 31:9 35:3
244:18
**Bill** 1:17 4:5 5:1
5:14 8:16 9:14
12:5 143:16
231:21 247:4
265:5 268:4,12
**billing** 33:5
**bit** 10:5,6 50:15
114:24 119:11
137:12 149:2
171:6 180:3

**blacked** 153:23
**board** 255:1
**Bob** 22:17
**bordering**
202:10
**Borsay** 3:2 9:6,6
**boss** 39:22
**bottom** 111:3
131:14 171:17
183:12 190:20
217:23 228:2
232:14 233:3
236:23 261:17
262:3,19
**Boulevard** 3:4
**box** 14:2
**boxes** 55:18
**Brandt** 1:17 4:5
5:1,14,16,18
7:9,11 8:16
9:14,19 12:5,9
37:8 61:2 87:2
101:12 120:17
134:4 138:2
142:10 153:2
155:16 160:2
169:21 177:20
182:15 193:2
202:17 226:2
235:2 238:12
242:14 245:13
253:10 265:5
268:4,12
**break** 11:11,13
11:15,18 17:18
60:15,18 71:22
177:6,8 225:10
252:23
**bringing** 147:25
**brings** 25:20
**broad** 85:15
132:18,25
**brought** 58:8
148:22
**Brown** 3:21 8:5
**Brunner** 2:8

8:23
**building** 17:5,6
17:7,12 118:9
241:25 242:2,4
242:5
**built** 36:24
**bullet** 113:13
116:2,20 117:7
127:20 131:15
145:15,17
180:4 188:15
194:10,21
197:23 199:11
199:23
**bunch** 17:20
**business** 39:15
72:11,15
240:22
**Butcher** 7:14
**Buzzeo** 109:8,8
158:25 159:16
160:20
**Buzzeo's** 159:3

**C**
**C** 2:1,7 3:1
**cage** 19:20,20,21
19:22
**California** 13:14
26:12
**call** 27:22 28:3
29:1,6,8,9
31:10 52:20,22
53:8 70:12
79:17 95:25
120:1 224:17
224:24 225:3,6
241:2
**called** 57:9
111:22 127:11
**calls** 33:16 52:19
53:4,7 92:14
92:17 96:1
132:17 174:21
174:25 175:13
261:12

cancel 247:6
canceled 249:8
capacity 159:9
capitalized
  119:2
Cardinal 2:22
  8:25
carefully 266:4
carries 135:16
  159:20
carrying 226:23
case 1:4 15:20
  17:5,6,12
  19:25 20:10
  25:3,3,8,14
  143:25 211:6
  251:16
cases 1:6 17:9
  25:16,16,17
Casteel 3:2 9:6
catch 10:24
categories
  131:24
cause 96:7 97:23
  97:24 216:23
causes 62:4
caution 141:4
cborsay@jone...
  3:3
CDCS 261:25
Cegedim 6:7,9
  6:12 176:18,22
  178:12 183:25
  188:25 260:21
cement 24:13
  25:6
center 3:10 17:2
  17:4 24:2,7,10
  25:1 27:22
  28:4 29:1,7,8
  29:10 98:23
  99:6 128:12,15
  128:17 156:13
  225:4,6
certain 188:2
  235:23

certainly 48:24
  51:8 58:10
CERTIFICA...
  4:8 265:1
Certified 1:20
  265:3,3,20,20
certify 265:4,7
  265:10,13
  268:4
chain 6:20 7:5,8
  7:11,13 227:13
  227:22 239:2
  243:4 246:3,10
  251:11
chains 226:19
chance 87:19
  101:18 121:1
  134:13 138:9
  142:21 143:2
  153:9 155:23
  160:8 170:5
  178:3 193:12
  202:24 226:11
  235:10 238:19
  242:22 245:22
change 68:1,6
  68:14,19 125:2
  125:4,15 126:9
  129:16 131:22
  144:20 146:6,8
  146:12 148:18
  168:1 267:2
changed 58:9
  68:14,15
  124:20 146:6
  148:23 187:7
  220:8
changes 58:3
  69:13 123:24
  149:4 176:2,7
  186:4,5,5
  216:2 220:2
  266:11 268:6
charge 19:19
  24:17
chart 105:9

charts 78:19
check 14:1 18:9
  150:16,19
  184:17
checked 184:20
  229:18
checks 36:14
Chico 13:11,12
chief 204:4
Christine 80:2
  84:3,5,6 139:5
  139:25 149:7
  246:14,17
  247:3 248:9
circumstances
  44:16,17
city 16:6
civil 140:25
Clancy 228:12
  234:8
Clancy's 228:13
clarify 78:6
clarifying 32:18
class 19:24 20:2
  20:7 24:5,21
  64:17 65:13,21
  66:5 67:22
  231:16
classified 157:8
  187:22
cleaning 19:7
clear 111:8
  133:20 157:20
  168:20 169:4
  173:17 181:13
  189:25 218:25
  256:10 261:1
cleared 95:14
  151:4
clearly 37:18
  42:3,5 191:15
close 171:17
  225:1
closed 215:15,19
  262:15
closely 72:16

coach 53:6
code 54:9,10
codes 55:2
  188:19
coincide 127:24
collaborate
  72:15,16 93:22
collaborating
  60:1 71:11
collection
  149:18
college 13:7,8,10
Columbus 3:5
come 22:25 49:1
  99:3 112:4
  137:11 152:2
comes 90:4
  93:23 154:25
  230:8 233:5
  259:23
coming 21:25
  38:14
commencement
  265:4
commencing
  1:18
comments
  162:13
commission
  265:22 268:17
communicate
  175:3 250:15
communication
  171:13 250:13
Companies 3:18
company 25:24
  25:25 26:6
  30:19 39:4
  50:4 59:24
  70:22 84:21
  115:11 159:17
  159:20 240:9
  240:19 244:19
  255:6 256:19
company's
  198:7 216:14

compare 126:14
compatible
  100:13 101:2
complete 23:1,4
  44:23 126:6
  198:1,9 199:25
  200:6 222:3,11
  257:7
completed 137:6
  211:23 212:2
  255:24 257:16
  257:25
completely
  55:16 210:2
completing
  118:19 167:1
compliance
  38:20 39:5
  50:6 65:4,10
  65:19 66:3
  67:20 94:24
  147:17 194:11
  204:5 216:14
complied 70:21
comply 108:6
  144:23
comprised 72:10
computer
  188:19 221:11
computerized
  206:17 207:5
  208:7
concern 125:23
  216:23 260:10
concerned
  198:25 237:22
  240:1,6
concerning
  81:15,25 82:13
  104:22 105:2
  154:23 155:3
  157:21 168:2
  176:6 194:3
  198:7 209:3,19
  215:23 233:19
concerns 119:13

125:24 139:7
258:4
concludes 264:7
conclusion
265:12
Conclusions
188:11
conduct 41:9
140:20 179:23
180:22 182:2
196:4 219:5
conducted
151:21,24
161:8 181:7
206:13
conducting
21:15 22:11
23:23 50:16
91:14,19
118:10 179:7
190:2 195:9
205:23
conducts 111:17
conference
234:13,16
conferences
159:10
confidential
1:12 142:17
226:6 235:6
CONFIDENT...
1:12
confirm 215:6
congratulations
45:25
connect 251:15
consideration
245:1
considered
189:9
considering
244:22
consistent 89:4
162:17 194:25
consisting 172:8
consists 193:8

consultant
248:16,18
249:4 250:25
consultants
140:22 141:3
249:2
consulting 108:4
108:13,22,25
109:7 130:23
131:4,8
consumable
19:3,4
contacted 26:1
26:19 27:1,18
contained
110:16
context 195:25
continuing
111:3
contract 190:11
contracted
159:12
control 14:7,11
14:22 17:24
19:15 20:21
188:18
controlled 5:6,8
6:10 13:24
19:16,23 20:2
20:8 22:7
23:19 24:21
32:11,23 33:10
33:17 38:23
40:17 41:14
42:17 45:5,9
47:12 64:18
65:14,21 66:5
67:22 81:16
82:1,14,23
83:9 84:14
88:12,16 89:13
90:14,18 107:4
107:9,10
112:24 116:7
117:18 124:21
129:8,21,22

144:4 155:4
158:2,3 175:1
175:14 178:19
178:25 179:9
179:19 180:1,7
180:15 184:14
187:23 190:11
190:12 198:2
198:11 199:3
199:14,21
208:17 209:13
212:7,10,16
219:16,19
222:4,5,12,13
222:18,22
231:16 239:18
240:2,8 244:2
244:22
controlling
171:14
controls 7:6
54:19 239:10
239:17
convene 234:10
conversations
40:21 108:23
156:9 198:14
198:15
convictions
180:25
convinced 210:2
copied 170:12
243:5
copy 57:12,12
87:6,8 92:22
246:24
Corpedia 52:5,7
Corporation
2:17 3:6 9:3
correct 13:24,25
18:23 24:7,8
25:22 37:24
44:19 45:10
49:22 50:21
51:3 61:24
62:20,22 63:10

65:6,7 66:10
67:1 70:1,2
73:23 75:9
76:9 77:5
80:16 102:22
103:14,23
110:21 114:3
115:12 124:17
132:22 135:4
139:6,22
143:14 144:5
150:9 153:20
157:8,22
158:10 167:6
167:24 170:16
170:17 184:2
185:17 192:1
200:12 204:21
214:18 239:3
240:17,25
243:5 248:7
256:12,25
258:5,20 259:2
259:18 260:2
260:15,23
261:10,25
262:11,17,25
263:6,9,15,18
263:19 268:5
corrections
266:4,7 268:6
correctly 24:5
54:24 72:23
73:8 81:6,17
81:24 82:12,22
83:7,15 84:1
84:12 95:10
96:11,24 260:4
cotton 19:6
counsel 2:5,11
2:16,22 3:6,12
3:17 8:17 10:4
265:14,15
couple 25:24
45:20 61:4
116:2 123:23

168:12 181:19
184:4 229:4
253:16,23
course 59:3
251:4
courses 48:2,3
48:21 49:4,11
49:22,24 50:3
50:5,20,24
51:15,23
court 1:1 8:14
10:9,10 37:8
87:2 101:12
120:20 134:4
138:2 142:12
143:25 144:1,2
153:2 155:16
160:2 169:21
177:20 182:15
193:4 202:17
226:2 235:2
238:12 242:14
245:13 253:10
265:3,20
266:20
courtesy 221:9
221:17,20
cover 213:22
Craig 243:9
Crawford 254:2
create 109:4
136:14,15,15
159:13 211:11
created 59:8
creation 80:18
123:19
credit 98:9
CRR 265:18
cumulative
161:12
current 45:22
45:23 111:13
111:20 116:19
206:17,23,23
215:13 219:14
223:4,13

currently 12:10
55:7 99:1
140:12 163:7
163:24 222:6
228:21 229:1
customer 5:11
17:16,17 21:1
21:15 22:12
23:23 25:21
26:3 27:17
28:11,18 29:1
29:20 30:7,15
30:25 31:4,13
31:22,23,25
32:3,6,10,15
32:17,21 33:1
33:9,14,19,24
34:2,7,9,23,25
35:4,9,15,18
41:14,20 42:16
43:12,14 44:22
45:17 46:16,21
47:12 51:5
52:19 53:14
55:5,7,9,15
56:5,5 68:2,25
69:1,25 71:21
72:20 74:15,17
76:1 77:2 93:1
93:18 99:8
102:21 107:12
108:7 110:12
110:13,15
111:11,19
112:17,19
113:1,8,14,19
113:22 114:1,7
115:9 118:1,23
119:9 124:11
127:1,3,7
129:13,23
135:11 136:1
136:23 150:5
151:11,21
158:4 163:25
165:3,5,11

166:11 167:5
167:12,20,22
168:3,22 169:5
180:5,12
184:10,16,22
185:3,9,14,16
185:23 186:2
190:22 191:9
191:21 192:10
194:4,20 195:4
195:10,14,22
200:1,7 204:19
207:12 222:7
222:19 231:15
239:9,9 243:20
248:4 249:8
customer's
100:12,14
101:1,3 113:4
117:16 119:16
164:8 189:8,22
230:22
customers 20:19
29:21 43:5
44:19 55:15
92:18,21 95:13
95:24 96:7,7
124:17 126:3
180:13,23,24
182:5 194:23
195:6,24 196:6
198:1,10 199:3
199:13,20
201:1 211:24
219:15 237:4
237:10,18
240:20 247:12
customers'
184:17
cut 11:6,7
175:22

_____ D _____
D.C 2:4
dackerman@...

2:3
Dallas 1:18 2:10
8:11
Dan 1:5
dangerous
215:16
Darnell 3:21 8:5
data 163:6
184:18 217:24
218:5,13 219:1
database 149:12
149:15 184:21
186:3,23 187:4
databases
184:19
date 1:18 8:7
88:5 106:1,4
121:12 126:12
146:6,7,11
148:10 171:23
183:8,9,19
187:25 212:19
226:25 227:1
261:9 265:8
266:9 268:12
dated 5:16,21
144:25 157:11
206:18,24
263:14,17
265:23
dates 196:9,24
Dave 109:9
David 2:2 8:19
9:22 133:6
201:24 203:25
204:1,2 219:2
day 3:2 9:7
55:13 265:23
268:16
days 46:6 230:2
230:3 254:25
266:16
DEA 5:11 41:15
47:13,17,23
48:10 89:19
90:10,13,18

93:8 107:9
108:3,6,12,22
108:25 109:6
129:20 130:23
131:4,8 140:14
140:18,23
141:1,11,21
142:3 146:3,19
147:4 148:20
149:19,24
150:6,23
153:19 158:1
158:14 172:3
189:8,9,22
194:12 197:25
198:8 199:1
229:18 239:7
239:13 240:1
240:22 247:8
256:6
DEA's 51:5
171:13
December 5:9
6:4 103:5
105:23 171:14
171:25 183:11
183:21 261:8
261:22
decide 248:11
249:5
decision 125:14
130:14 143:24
144:1,2,13
145:6,22 248:1
decision-maker
211:11 224:16
224:24
decision-make...
209:10 210:5,9
210:12,14,17
210:21 211:4
211:15,22
212:1,13 213:7
214:8,10,22,25
225:6 258:13
258:14,16

decision-maki...
112:11 116:17
deem 45:13
deemed 36:19
36:22 266:19
deems 36:15
45:14
defendant 8:22
defer 132:2
152:7
define 191:15
263:3
defined 42:3,3,5
190:24 191:12
192:13 262:7
definitely 42:21
degree 13:8,15
211:20
degrees 13:20
194:24
deleted 126:17
131:8
deliveries
231:15
delivery 52:9
187:3 230:22
Dellacroce 27:3
27:4,18
Dendrite 6:7,9
6:12 176:18,23
178:12 184:1
260:22
Dendrite's
188:25
dental 19:10,12
100:10,24
dentist 19:8
dentists 30:3
department 5:4
5:20 6:2 37:21
38:18 39:1
40:4,9,13 41:3
41:12 42:14,14
42:16 43:2
47:6,22 48:5,9
48:21 50:1,6

57:14 61:5
62:13 63:2,5
63:15,17,22,24
64:1,16 65:17
66:1,2,9,19,24
67:13,18,19
69:2,9,24 70:5
70:8,10,15
71:10,11,23,24
72:6,7,9 73:13
73:22 74:6,8
74:22,23 75:1
75:3,9,24 76:3
76:6,13 77:9
78:5,15 80:8,9
80:23 81:5,24
82:10,12,16,20
82:21 83:5,6
83:14,18,20
84:9,11 85:9
86:5,7,11,19
86:20 88:19
89:12 90:1,5
91:3,13 92:6
93:2,4 94:8,12
94:17,24 95:6
97:18 98:14,17
99:10,14,19
100:11,23,25
102:10,21
110:20,20,24
110:24 111:6
112:7 119:3
122:20 123:1,3
132:23 148:2
148:17 149:5
151:5 154:3
164:6 165:14
172:10,15
174:13 175:2
175:11 176:3
179:5,6,23
180:22 181:12
181:12,14,15
182:2 183:23
184:16 185:10

185:15,16,23
187:20 188:4
190:1,17,22,23
190:24 191:10
191:11,11,21
191:24 192:11
192:11,12
195:8,12
200:12 207:14
207:20,24
208:3,6 209:11
209:20 210:6
210:15,23
211:2,8,11,18
212:3,14 213:1
214:8 216:19
216:21 218:13
219:8 223:10
232:9,11,23
233:21,23
236:6,8 237:9
252:20 260:13
260:15 262:5,6
262:7
**department's**
176:7
**departments**
95:23 191:16
192:4
**depends** 45:11
231:8,10
**deponent** 4:10
8:16 268:1
**deposing** 266:15
**deposition** 1:17
5:1 8:10 10:1
37:5 86:23
101:9,14
120:12 134:1
137:23 142:7
142:14 152:23
153:4 155:13
159:23 169:18
177:17 182:12
192:24 202:14
225:23 234:24

238:9 242:11
245:10,15
253:7,12 264:8
265:12 266:3
266:13,17,18
**deps@golkow...**
1:25
**describe** 19:18
111:5 185:22
**described** 25:7
110:6,17
139:13 174:14
228:5
**describes** 140:15
170:14
**describing** 55:22
149:4
**description**
38:24 39:3,7
135:15,24
165:12 166:6
185:1 188:7
**design** 108:4,13
130:24
**designated**
226:5 235:5
**designing** 29:12
208:11
**detail** 131:16
237:3,10
**details** 207:9
237:18
**detecting** 20:22
21:11 22:6
**determine** 92:11
100:12 101:1
109:23 112:19
113:7,18 114:7
115:16 117:16
161:10 179:17
179:25 180:24
184:22 219:6
222:6,18
**determines**
89:20 91:7
**determining**

73:4,7 142:2
**develop** 55:6
135:19 136:3,5
136:9,22
184:13 199:12
**development**
84:20 188:17
199:19
**deviant** 223:6,14
**deviating** 130:5
157:1 158:14
**devices** 38:22
40:16
**dialogue** 248:12
249:9,11 252:2
**DiBello** 239:8
**difference** 54:15
61:12 63:13
72:4 132:20
**different** 33:23
35:12 54:25
97:4 98:1,8
125:1 174:10
196:18 206:11
210:22,25
214:9 226:19
227:2,20 252:1
**differentiated**
211:16
**differently** 32:2
71:1 82:7
176:4 244:18
**diligence** 5:11
21:1,15 22:12
23:24 32:15,16
41:9 50:17
98:12 118:11
118:19 124:11
129:13 140:20
147:10 151:11
151:21,24,25
154:7,23
156:10 167:1
178:20,24
179:8,15 182:3
189:6,14,23

190:2,5,14
194:4,22,25
195:5,10,14,23
196:5 197:6
198:1,10 199:2
199:13,20
200:1,7,11,20
220:25
**Diplomate** 1:19
265:3,19
**direct** 68:17
75:11,15 77:4
77:9 78:2
93:11,15
134:23
**directed** 128:17
128:21
**directly** 80:3
86:13 103:25
104:5,9,12
125:17 139:25
151:15 156:16
221:24 231:22
**director** 18:5
21:8 27:11
31:15 33:24
34:7,9,23,25
35:18 46:8,10
46:14,16,20,25
48:9 62:19
67:4,9 68:2,3
68:10,25 69:1
69:25 71:20
76:1 79:21,24
93:1 102:21
119:24 135:11
135:25 136:23
162:7 185:16
191:20 204:11
**disagreed**
176:17
**disciplinary**
85:8,16 86:6
86:10
**discovered**
145:21 146:2,3

146:16,19
**discuss** 191:8
  217:5,6 231:22
  236:24 241:3,4
  248:10
**discussed**
  122:12 172:10
  204:14 217:9
  217:11
**discussing** 37:23
  122:7 145:6
  205:16 236:19
  241:3 249:4
**discussion** 6:11
  104:22 141:18
  171:15 172:2
  173:20 175:7
  175:18 205:9
  206:22 207:1
  209:2,18,23
  210:4,11
  215:22 218:4,9
  219:22 222:10
  223:12,22
  224:2,20 237:9
**discussions** 40:6
  105:2 123:15
  125:14,18,20
  125:22 139:10
  139:14,18
  141:9,13
  144:12,16,18
  144:21 154:5,6
  154:11 155:2
  176:6,8,14
  178:24 188:24
  189:13 191:15
  198:6 217:2
  231:18 232:2,6
  233:11,18
**dispense** 254:15
**dispensing**
  254:18 255:3
  256:17
**dissatisfied** 96:8
**distinction**

63:22 71:23
**distribution**
  13:23 17:1,4
  24:2,7,10 25:1
  98:23 99:6
  156:13
**distributors**
  107:10 129:22
  158:3
**District** 1:1,1
  8:14,15
**diversion** 32:11
  254:4
**division** 1:2
  100:10,24
  207:13
**divisions** 75:21
**doctor** 19:7 43:7
  209:24 230:5
  232:15 243:22
  244:7,13,14,25
  247:4,5 250:5
  250:21 251:1
**doctor's** 229:18
**doctors** 30:4
  240:1,7 244:17
  254:15
**document** 1:5
  37:12,14,16,21
  47:7 56:1 57:5
  59:14 61:10,21
  62:14 63:1,15
  64:24 65:17
  87:4,14,18,21
  88:1,10 89:16
  101:15,17,21
  101:23,25
  102:18 103:12
  104:7 105:9,21
  105:22 106:4
  106:14 110:10
  111:11 120:22
  120:25 121:3
  123:21 124:20
  125:1,15 126:9
  133:24 134:12

134:15,18,20
  138:6,8,11,16
  138:24 140:6
  142:15,17,20
  142:23 143:3
  153:5,8,11,14
  155:18,22,25
  156:3,7 160:4
  160:7,10,13
  162:14 169:23
  170:4,7,10,14
  171:15,24
  173:4 174:14
  176:19 177:24
  178:2,5,9,13
  180:6,14
  182:17,21,23
  183:2,15 184:1
  193:6,11,14,18
  194:16 199:6
  202:19,23
  203:1,4 206:14
  226:4,10,13,15
  226:17,20
  227:17 234:2
  235:4,9,11,15
  235:19,21
  238:14,18,21
  238:24 242:18
  242:21,24
  243:2 245:16
  245:21,24
  253:13,19,25
  254:3 260:18
  260:22 261:7
  262:4,13
**documentation**
  219:18 220:4
  221:12 222:7
  222:19 262:21
**documents**
  124:7 126:15
  136:15 220:25
  225:19 261:2
  263:21
**doing** 64:6,13,15

68:22 94:14
  98:11 118:7
  132:10,20
  133:1,11,12
  147:10 212:4
  233:7 244:15
  259:25 266:8
**Donna** 75:5
  77:11,13 228:3
  235:22 237:22
  257:15
**door** 229:22
  230:21 231:4
**Doug** 254:1,10
**Dr** 254:18,19
  255:2,15,23
  256:16 257:3,7
  257:16,25
**draft** 6:12 57:16
  104:19 261:1
**drafted** 58:12
  134:21
**drafting** 104:17
  104:22 123:12
**drape** 25:17
**drove** 25:25
**drug** 2:16 5:6,20
  6:3 9:2 19:19
  19:20,21 88:12
  88:16 89:13
  164:1,9 254:3
  254:16
**drugs** 18:23
  19:2 38:23
  40:16 239:11
**due** 5:11 21:1,15
  22:12 23:23
  32:15,15 41:9
  50:17 54:5
  98:11 118:10
  118:19 124:11
  129:13 140:20
  147:10 151:11
  151:21,24,25
  154:7,23
  156:10 167:1

178:20,24
  179:8,15 182:3
  189:5,14,23
  190:2,5,14
  194:4,22,24
  195:5,10,14,23
  196:4 197:6
  198:1,9 199:2
  199:13,20
  200:1,7,11,19
  220:25
**duly** 9:15 265:5

———————
     **E**
**E** 1:19 2:1,1 3:1
  3:1,2 229:5
  265:2,18
**e-mail** 5:18 6:20
  7:2,5,8,8,11,11
  7:13,14 143:9
  143:11,13
  144:8,24 145:8
  148:12 226:19
  227:13,22
  228:2,3,11
  230:1,9,12
  233:2 239:2,6
  243:4,7,12
  245:5 246:3,13
  246:21 248:6
  249:20 250:3
  251:7,9,10
  252:7 253:24
  253:24 254:1
  255:9,13
  259:17,17,20
  260:11
**e-mails** 143:17
  226:21 230:3
  246:6 250:2
**earlier** 55:22
  67:25 102:7
  110:17 124:17
  127:22 144:25
  158:24 193:24
  240:14

early 34:17
EASTERN 1:2
effect 148:18
effectively 70:19
effort 148:7
    196:4 197:1,8
    200:18,22,25
    201:5
efforts 182:4
    191:15 200:5
    207:4 218:12
eight 239:1
either 65:25
    67:17 140:24
elapsed 263:21
electronically
    184:11
elementary 74:2
Emily 250:5
employed 12:10
    12:17 13:6
employee
    246:18 265:13
    265:15
employees 38:6
    50:21 191:1
    192:14
employing 216:4
employment
    26:22
empty 118:11
EMS 128:19,21
encouraged
    252:18
ended 130:15
Endo 3:17,17
    9:12
ends 164:23
    173:3 215:10
    219:14
enforced 81:6
    81:17 83:16
    84:1
enforcement
    5:20 6:3 59:6
    72:14 254:3

enforcing 72:23
    73:8 80:10,23
    81:25 82:12,22
    83:7 107:18
engaged 108:3
    108:21,25
    130:23
engaging 108:12
enhanced 108:5
    108:14 130:24
ensure 93:21
    216:3 218:12
    239:10
ensuring 38:20
    65:4,10,18
    66:3 67:20
    70:21 72:21
    81:3,15,23
    82:10,20 83:5
    83:15,25 84:11
    94:20 216:14
entire 77:1 84:8
    84:18 85:6
    181:4 211:7
    213:21
entitled 184:1
    260:22
equipment
    25:18
errata 4:9 266:6
    266:9,11,15
    267:1 268:7
escalated 119:17
ESQUIRE 2:2,7
    2:8,13,19 3:2,8
    3:14
establish 66:22
    94:9 107:12
    129:24 158:4
    224:23
established
    184:10 225:3
    261:5
establishing
    72:11 94:12
    185:3

estimate 32:5
    43:17
ethics 50:4,9
    51:9 52:2
etiquette 53:13
evaluate 131:24
    221:17,19
evaluated 221:9
evaluation 53:7
    53:11
everybody 50:6
    217:21
evolution 88:25
evolve 68:16
    168:7
evolved 40:23
    90:7
evolvement
    68:17
evolving 42:21
ex-DEA 159:8
exact 18:19 48:8
    56:16 102:18
    126:12 146:5
    148:9 196:9,23
    200:23 201:4
    212:19
exactly 36:2
    40:3 41:4
    43:16 54:22
    62:7 125:3
    148:21 210:18
    217:8 241:17
    241:21 251:23
examination 4:5
    9:17 265:4
example 103:2
excessive 168:21
    169:5
execute 199:12
execution
    199:19
executive 6:6
    46:8,10,14,24
    67:9 68:2,10
    69:1

exhibit 5:4,6,8
    5:11,14,15,18
    5:20 6:2,6,7,9
    6:12,15,18,20
    7:2,5,8,11,13
    37:4,6,10
    41:11 52:11
    61:7 76:7
    86:22,24 87:4
    99:25 101:8,10
    101:14 103:1
    103:12 107:2
    120:13,21
    121:7,15,17,20
    121:21,24
    122:4,4,8
    123:5,12,16,19
    123:21,25,25
    124:5,19 125:8
    125:9 126:19
    127:11 128:25
    129:2,4,5,7,12
    129:20 130:3,8
    130:11,15,22
    131:3,12,21,21
    131:25 132:21
    132:21 133:25
    134:2,6 136:18
    137:22,24
    138:4 142:6,8
    142:14 148:13
    152:22,24
    153:4 155:14
    155:18 157:14
    157:20,21
    159:22,24
    160:4 166:18
    166:20 167:17
    168:11 169:17
    169:19,23
    171:20 172:4
    175:18 177:16
    177:18,22
    182:11,13,17
    192:23,25
    193:5,8 202:13

202:15,18
    225:22,24
    226:4 227:7
    234:23,25
    235:4 238:8,10
    238:14 242:10
    242:12,16
    245:9,11,15
    253:6,8,12
    259:11,16
    260:21,21
    261:17,19
    262:2,9,10
    263:8,9,14,17
exhibits 5:1,3
    6:1 7:1 136:18
    152:18 177:5
    259:8
exist 224:17
existence 40:9
    88:17
existing 29:18
    148:24 196:5
    219:15
expected 237:25
experience 55:9
    58:20 231:7
expert 57:25
    137:9 150:16
    152:5,11
expertise 211:21
expires 265:22
    268:17
explain 168:3
explanation
    165:5 166:11
    167:23 168:16
explanatory
    243:11
exposed 215:15
expressed
    125:24
extent 152:12
    162:17 190:25
    192:13

**F**

facilitate 78:19
facility 18:5
  224:17,25
facing 55:5
fact 206:22
  240:13 244:7
factor 244:25
fail 266:18
failing 85:10,17
  223:14
fails 223:5
fair 66:16
fall 86:11 200:9
  200:10
falls 223:9
familiar 100:18
  154:19
family 26:16
  113:14,19
  114:8
FAPR 265:18
far 26:16 132:7
fax 1:24 44:21
  55:13,14
faxed 56:5
faxes 56:5
faxing 55:7
February 1:10
  5:2,7 6:18 7:9
  8:2,8 26:7
  203:11 206:2
  215:23 262:11
  263:15 265:23
federal 38:21
  40:14 41:15
  47:13,17,23
  65:5,11,12,19
  66:4 67:21
  107:8 129:20
  158:1 216:15
feedback 118:1
feel 233:7
  259:25
feeling 215:14
  215:24 216:5

216:22
Fellow 1:19
  265:2,19
field 248:16,17
  248:18,20
  249:2,4 250:25
figure 144:22
  148:4 233:5
  259:23 260:11
figures 244:19
  244:25
figuring 233:12
file 109:18 110:7
  119:17 168:18
  193:9 243:17
files 194:25
  195:14,23
  199:2
fill 55:15
filled 111:10
  173:8
final 53:8
financially
  265:15
find 26:22,25
  83:13,23 84:1
  106:21 113:11
  114:12 117:21
  152:11 215:3
  222:25 223:1
  254:22 257:14
finding 163:4,5
  163:22 164:22
  167:17 168:12
  206:16 208:13
  217:23 218:22
  219:13
findings 184:5
  205:15 206:3
fine 133:22
  201:25
finish 11:2,14
firm 108:4,13,22
  108:25 109:7
  130:24 131:5,8
first 14:5,6

17:25 18:11,11
  26:14 31:12
  38:17 43:1,9
  45:6,8 48:19
  52:12,16 54:22
  61:6 77:7 90:8
  97:6,9,11
  103:11 106:5
  106:14,19
  111:9 112:16
  118:18 122:10
  126:15 127:20
  135:2 140:15
  141:19 151:7
  156:19 160:19
  161:5 166:25
  171:12 173:14
  178:11,15,16
  185:14 186:11
  188:15 193:20
  194:10 199:11
  203:24 206:16
  209:1 226:23
  239:6 243:8
  248:15 253:23
  254:7 259:19
five 28:16 31:19
  53:4 56:17
  196:16,21
  207:21 208:4
flag 36:25 45:7
  259:2
Floor 3:10
Florida 128:1,3
  128:6,6,9
  156:13 239:8
focus 90:22 94:1
  100:3
focuses 42:8
follow 85:10,18
follow-up 188:4
followed 109:22
  111:5
following 84:12
  100:6 166:8
  176:6 207:4

214:17 218:12
  220:2 221:16
  221:20 224:3,5
  224:9,25
  257:20
follows 9:16
foregoing 265:7
  268:4
forget 21:8
form 29:22
  33:11 34:12
  35:14 42:18
  43:23 44:25
  48:6 49:6 50:2
  51:6 55:14,17
  55:19,21 56:7
  56:9,11 58:22
  61:16 64:8,19
  69:11 70:23
  72:8 74:9
  75:18 80:12
  81:7,18 82:2
  82:15,25 83:10
  84:15,23 85:12
  88:23 90:20
  92:7,13 93:9
  97:25 99:20
  109:25 110:9
  115:18 125:10
  125:16,22
  126:13 127:10
  127:11,14,19
  128:1,4,9,10
  128:12,15,16
  128:19 130:17
  132:13 146:4
  146:21 149:14
  149:20 150:1
  150:13 152:4
  164:11 165:15
  165:18 166:13
  168:5 169:6
  174:15 180:17
  185:4 192:19
  198:21 199:5
  201:9,16 202:1

202:4,9 214:12
  216:6,25
  218:17 219:10
  220:16 224:12
  231:9 232:24
  237:14 240:3
  240:10,13
  244:9 255:18
  256:1 257:10
  257:22 258:6
  260:17 261:11
  263:10 268:6
formal 48:25
  49:5 163:5,24
  164:7
formally 42:19
  42:24 50:8
  146:7
format 193:7
forms 124:22
  127:17
forth 265:9
forward 144:7
  222:16
forwarded
  148:12 184:15
  185:9 188:3
  191:3 192:16
forwarding
  143:12
forwards 145:8
  230:12
found 168:17
  254:19 256:7
foundation
  132:16
four 31:19 100:2
  208:4 222:5,13
  222:17,21
  246:4
fourth 100:3
  197:18
frame 148:6
  162:5,12
  199:15 200:24
  201:4,6

Highly Confidential - Subject to Further Confidentiality Review

**France** 16:5,6,8
  16:15 22:15,16
  22:17,18,24
**FRCP** 265:11
**freight** 21:25
**frequency** 37:1
  107:13,20
  129:25 157:2
  158:6,10,16
**friends** 113:15
  113:20 114:8
**front** 121:15,18
  229:22 230:21
  231:4 259:13
**FSC** 248:10,15
  250:5
**full** 17:9 219:18
  220:4
**function** 187:1
**further** 1:12
  36:20 188:4
  215:18 221:12
  229:20 256:15
  263:25 265:7
  265:10,13
**future** 111:14,20
  116:19 244:1

**G**

**gatekeeper**
  186:11 190:13
**gatekeepers**
  184:17 185:10
  185:11,20
  186:1,12,14,15
  190:4,4
**gatekeepers'**
  186:20
**gatekeeping**
  46:18 77:24,25
  93:19 187:2
**general** 69:5
  70:16,20 71:4
  71:4 118:5
  125:20 171:5,6
  191:18 206:25

241:22
**generally** 20:14
  23:10 32:25
  90:5 91:18
  94:13,13,18
  112:2 118:3
  201:5 205:12
  205:13 217:10
  227:21 230:17
  241:18
**generate** 147:21
  196:4
**generated**
  244:18
**getting** 35:2
  98:21 177:5
**give** 213:19
**given** 149:9
  196:1 268:5
**giving** 10:18
  237:2,3,10,18
**global** 27:16
  30:22
**gloves** 19:7
  25:16
**go** 11:10,15 12:1
  16:5,11 27:7
  50:5 82:20
  83:5 103:9
  109:14 117:25
  120:6 124:17
  150:16 152:18
  162:15 163:2
  163:22 164:22
  166:20 172:6
  225:19 251:7
  259:7
**goal** 95:3,19,20
  95:22 96:4,5
  96:20 97:4,6
  97:10,11,17,19
  98:13,17
**goals** 94:10,12
  94:17,20,23
  95:2,5,15,17
  97:4,7,8

**goes** 40:5 83:14
  83:24 230:10
  248:20
**going** 10:5 11:2
  16:12 20:21
  31:2,18 39:19
  60:21 62:12
  63:18 72:1
  79:2 80:5
  100:3 114:23
  115:2 120:9
  123:23 129:5
  131:17 144:23
  148:5 155:9
  163:1 167:16
  168:11 175:22
  175:24 177:10
  222:15 225:13
  227:10 230:24
  252:25 253:22
  264:8
**Golkow** 1:24
  3:22 8:6
**good** 8:3 9:19,20
  42:10,11 60:17
  96:2 177:8
  210:1 225:9
**Google** 117:25
  118:8 241:13
  241:14,15,24
**Gosh** 213:20
**gotten** 230:6
**govern** 188:18
**government**
  42:22
**granted** 62:8
**great** 136:5
**greatest** 48:12
**grooming** 68:20
**ground** 11:19
**group** 77:25
  176:11 186:2
**guess** 31:2 41:23
  70:17 81:9
  102:2 107:1
  138:19 146:20

238:4 246:10
  252:1
**guessing** 33:25
  55:25
**guidance** 41:8
  141:3 145:18
  208:20 209:14
**guide** 48:17 57:6
**guidelines** 56:24
  59:5
**gut** 215:13,24
  216:4,22
**guy** 159:8
  162:20
**guys** 250:15
  251:16

**H**

**H** 3:4
**HA** 54:2,4,6,12
  54:16,17
**half** 11:12 91:7
**halfway** 172:7
  189:4 259:21
**hand** 58:17
**handed** 37:9
  87:3 101:13
  120:20 134:5
  138:3 142:12
  153:3 155:17
  160:3 169:22
  177:21 182:16
  193:4 202:18
  226:3 235:3
  238:13 242:15
  245:14 253:11
**handful** 210:19
**handle** 35:10
  178:19,25
  179:9,18 180:1
**handles** 33:7
**handling** 31:10
**handwriting**
  164:14,17,20
**hang** 52:20
  218:16

**happen** 10:5
  33:6 90:4 96:4
**happened**
  241:11
**happening**
  251:5
**happy** 26:15
**harassing**
  202:10
**harassment** 50:9
  52:1
**HBC** 3:12 9:9
**HCl** 229:5
  230:20
**head** 10:21
  71:25 100:10
  100:24 150:21
  192:2 209:17
**header** 52:11
  188:11
**heading** 54:2
  55:4 56:2
  59:13 106:6
  107:4 109:17
  110:7 118:15
  124:6 129:7
  140:9 166:22
  220:21 221:23
**headings** 54:12
  125:7
**headquarters**
  213:14
**health** 2:22 3:17
  8:25 19:13
**hear** 161:22
  198:20,24
  237:1,17
**heard** 109:10
  185:19 237:23
**held** 1:17 8:11
  14:5 15:1,4,16
  16:3,24 23:11
  31:3 34:1,6
  46:6 76:25
  135:4,12
**Hello** 247:4

Highly Confidential - Subject to Further Confidentiality Review

**help** 16:5 18:12
20:16 23:2
48:17,17 50:13
50:14 89:2
94:9 108:4,13
109:3 124:2
130:24 136:8
227:2
**helped** 135:19
136:3,22
**helping** 59:4
**Henry** 2:11 5:3
6:1,4,7 7:1
8:22 12:13,15
12:18 14:4,14
14:17,22 15:4
15:16 16:3,16
16:24 18:1
26:10,18 27:2
27:13 28:25
29:21 31:3
32:7 34:6 39:1
39:15 44:2
45:22 46:7
50:21 51:25
56:7 57:5
58:21 71:17
72:5 73:3,6
76:20 82:9
84:19 85:7,10
85:19 88:11
89:24 90:12,16
91:1,12 94:25
100:19 106:15
106:19 107:17
108:3,11,12,21
108:24 114:3
122:22 127:2,6
130:23 136:9
141:19 146:1
146:12,18
147:3 148:19
149:13,17,22
151:10 153:25
154:6,23 156:9
159:5 167:9

169:3,9 178:17
179:3,7 180:13
182:4 185:25
186:12 195:4,8
195:13,15,22
196:6 197:16
198:6,25
205:24 206:23
207:5 208:6
213:14 216:19
224:23 240:6
242:6 244:15
244:17,21
246:18 252:17
255:22 257:8
257:19 258:5
**HenrySchein-...**
37:5 86:23
101:9 120:12
134:1 137:23
142:7 152:23
155:13 159:23
169:18 177:17
182:12 192:24
202:14 225:23
234:24 238:9
242:11 245:10
253:7
**hereinbefore**
265:9
**hesitant** 229:23
**Hi** 143:16
**high** 96:6 145:19
205:17 206:18
208:24 216:20
**high-risk** 222:4
222:12
**highly** 1:12
142:17 226:5
235:6
**hire** 214:8
**hired** 18:11
74:16
**hiring** 147:25
**history** 105:10
121:25 122:2

**HK** 54:13,16,20
54:21,21
**hold** 14:24 16:15
204:9 221:12
230:6 232:15
**holder** 179:16
184:19
**Hon** 1:5
**honest** 54:23
60:4 217:22
**honestly** 162:4
172:25
**hope** 16:10
**Hopefully** 10:18
**HOSTETLER**
2:18
**hour** 11:12,12
**hours** 181:20
**Houston** 2:15,21
3:14 9:11,11
**HS** 54:12,16,18
226:22 227:14
228:18 259:18
262:22
**HSI** 5:6 89:18
89:20 90:9
91:7 184:12,16
185:10 187:11
261:25
**HSI-MDL-00-...**
5:13
**HSI-MDL-00-...**
5:10
**HSI-MDL-00-...**
7:7
**HSI-MDL-00-...**
7:4
**HSI-MDL-00-...**
6:23
**HSI-MDL-00-...**
7:10
**HSI-MDL-00-...**
5:17
**HSI-MDL-00-...**
5:5
**HSI-MDL-00-...**

7:12
**HSI-MDL-00...**
6:17
**HSI-MDL-00...**
7:15
**HSI-MDL-00...**
6:11
**HSI-MDL-00...**
6:8
**HSI-MDL-00...**
5:22
**HSI-MDL-00...**
6:6
**HSI-MDL-00...**
5:7
**HSI-MDL-00...**
6:14
**HSI-MDL-00...**
5:19
**HSI-MDL-00...**
6:19
**HSI-MDL-00...**
37:13
**HSI-MDL-00...**
245:16
**HSI-MDL-00...**
253:13
**HSI-MDL-00...**
169:24
**HSI-MDL-00...**
87:5
**HSI-MDL-00...**
202:20
**HSI-MDL_184**
120:23
**HSI-MDL_194**
101:15
**HSI-MDL_19...**
226:7
**HSI-MDL_198**
109:15
**HSI-MDL_20...**
242:19
**HSI-MDL_21...**
138:7
**HSI-MDL_23...**

177:25
**HSI-MDL_2667**
238:15
**HSI-MDL_2760**
235:5
**HSI-MDL_38...**
153:5
**HSI-MDL_40...**
155:19
**HSI-MDL_40...**
160:5
**HSI-MDL_40...**
160:5
**HSI-MDL_40...**
182:18
**HSI-MDL_48...**
142:15
**HSI-MDL_72...**
193:7
**huh-uhs** 10:20
**hundred** 62:1,4
**hydrocodone**
255:4,5,17,23
256:18,19
257:9,20
**hydrocodones**
254:20 256:8
**hydromorpho...**
229:5 230:20

**I**
**idea** 55:16 210:1
**ideas** 149:9
**identification**
32:21 50:25
**identified**
203:20 215:17
**identify** 8:17
197:4 200:18
200:25
**identifying** 22:6
23:18 216:20
240:24
**II** 20:2,7 24:5,21
64:17 65:13,21
66:5 67:22

Highly Confidential - Subject to Further Confidentiality Review

231:16
**III** 19:24
**imagine** 141:14
**immediate**
  173:15
**impact** 187:25
**imperative**
  266:14
**implement**
  108:4,13
  130:24
**implemented**
  43:15 44:9
  211:12 216:3
  221:5
**important** 95:24
  251:15
**improve** 171:11
**improved** 55:9
**inappropriate**
  208:21
**INC.-BRANDT**
  5:3 6:1 7:1
**include** 50:24
  51:4 72:21
  94:24 156:25
**included** 39:23
  41:5 52:3
  74:14 76:2
  84:10 93:1
  212:7 220:13
  236:16
**includes** 18:22
  51:8
**including**
  188:17 235:24
**incomplete**
  55:19
**inconclusive**
  118:21 167:3
  167:13
**incorrect** 55:10
**increased** 35:1
**incurred** 140:25
**Independent**
  175:17

**INDEX** 4:1
**Indianapolis**
  17:1,1,4,13
  20:6 23:7 24:2
  24:6 25:1
  26:15
**indicate** 122:2
  146:17 150:22
  151:6 239:25
**indicated** 184:12
  257:17 258:1
**individual** 6:15
  17:10 191:1
  192:14 193:21
  208:16
**individuals**
  28:12 70:21
  104:4,8 137:5
  185:22 209:20
  214:9 232:8
  235:23 236:17
**industry** 50:15
  140:13
**influence** 11:22
**informal** 42:25
  43:3
**information**
  50:13 55:8
  100:4 111:12
  111:18 115:15
  116:15,18
  117:9,15
  118:21 119:9
  126:25 127:3,7
  131:24 133:13
  167:3 180:6,14
  184:14 219:7
  237:2 255:7
**informed** 189:20
  195:3 237:25
**initial** 70:13
  71:14 72:18
  78:11 79:7
  184:12 186:6,9
  186:16,21
  190:5

**initiate** 59:10
**input** 58:2
  104:17 123:18
**inquiries** 33:1
  33:16 35:11,12
  178:24 179:8
  189:6,15
**inquiry** 178:20
  179:15 232:23
**inspect** 254:21
  255:1
**inspection**
  254:24
**instance** 100:23
**instances** 188:2
  209:15
**instruct** 252:11
**instruction** 57:2
  57:4,17,22
  58:4,13 105:21
**instructions**
  111:7 266:1
**instructs** 30:1
**insurance**
  114:16
**intend** 227:11
**intent** 251:2
**interest** 28:1
  140:16
**interested** 26:4
  27:25 265:15
**internal** 262:20
**Interoffice** 5:15
  6:18
**interrupt** 49:19
  85:1
**interview** 180:5
**interviewed**
  179:16
**interviewing**
  26:4
**interviews**
  179:23
**inventory** 14:7
  14:11,22 17:24
  18:8,9,10,12

18:15,16,17
  19:15 20:20,21
  23:3
**investigate**
  173:17
**investigating**
  23:19 174:2
  187:20
**investigation**
  32:22 50:25
  140:19 191:4
  192:17 219:6
  247:20
**investigations**
  180:23 181:7
  189:6,15
**investigator**
  254:4 256:7
**invitation** 6:21
  7:3,5 234:3
  235:22
**involve** 13:23
  190:8
**involved** 29:11
  84:19 85:8
  86:6 89:6,10
  93:5,7 94:11
  104:21 105:1
  108:10,17
  112:1 123:14
  125:13 130:13
  130:14 136:13
  141:8 147:24
  149:3 151:10
  151:13,25
  154:5 155:1
  156:8,15 176:1
  176:5 178:23
  189:12 191:14
  196:3 198:5
  199:18 200:4
  207:3 218:11
  220:1 237:8
  239:3 247:25
**involvement**
  102:6 108:12

123:11 142:1
  152:12 247:12
  247:16
**involves** 190:10
  190:12
**Involving** 6:10
**issue** 106:1,3,9
  106:12 193:22
  194:7 230:8
  241:4,8
**issued** 5:7,9
  105:23 131:21
  131:22
**issues** 6:10
  180:8,16
**item** 6:21 212:8
  229:6,11,23
**items** 17:10
  100:3 112:10
  112:13

**J**
**J** 204:6
**Janet** 233:5
  259:23
**January** 7:14
  170:15 172:2
**Jay** 161:8,15
**JCPenney** 12:22
  12:24 13:2,5
  13:22 14:15
**Jeff** 83:22
  106:25 204:7,9
**Jerry** 220:17
**Jim** 30:11,14
  33:21 39:22
  40:21 103:21
  103:23 143:13
  144:21,25
  162:9,9,10
  220:17
**job** 12:18 13:22
  18:11 20:14
  23:9 28:10
  31:3 34:22
  61:13 67:25

Highly Confidential - Subject to Further Confidentiality Review

68:13 69:17
70:14 71:9
72:20 84:10
86:12 92:25
93:22 94:5,19
135:3,7,8,25
210:17 224:16
224:24
**jobs** 70:19
**John** 3:4
**joined** 25:20
28:24 73:21,22
**Jones** 2:7 3:2
8:21,21 9:7
29:22,24 33:11
34:12 35:14
42:18 43:23
44:25 48:6
49:6 50:2 51:6
53:23 58:22
60:13 61:16
64:8,19 69:11
70:23 71:6
72:8,24 73:9
74:9 75:18
78:16,22 79:1
80:12 81:7,18
82:2,15,25
83:10 84:15,23
84:25 85:3,12
85:15 87:11
88:23 90:20
92:3,7,13 93:9
96:14 97:25
99:20 109:9,25
110:9 115:18
128:24 130:17
132:6,11,13,16
132:24 133:5
133:15,18
146:4,21
149:14,20
150:13 152:4
155:9 162:21
164:11 165:15
165:18,23

166:13 168:5
169:6,11
174:15 177:4
180:17 181:21
185:4 192:19
198:21 199:5
201:9,16,23
202:4,9 214:12
216:6,25
218:16,25
219:10 220:16
224:12 225:11
227:5 231:9
232:24 237:13
240:3,10 244:9
255:18 256:1
257:10,22
258:6 260:3,17
260:25 261:11
263:10 264:3
**Joseph** 154:16
**judgment**
190:25 192:14
**Judy** 236:10
**jump** 78:16
160:16
**June** 5:18 7:12
144:8,14 145:7
241:3 250:4
**Justice** 5:20 6:2
**justification**
118:16,23
119:5,12
166:23 167:5
167:11 169:4
223:18,24
224:6,11
243:24
**justified** 117:17
**justifies** 116:18
**justify** 111:13
111:19 117:6
117:13 168:3

― K ―
**K** 204:25

**Kathleen** 160:19
160:20,24
161:3
**KAYE** 3:13
**keep** 16:12
19:23 47:5
89:3 149:25
**Ken** 205:1,3,21
209:24 212:23
215:7
**key** 53:12 95:14
95:17,19,20,22
**kind** 68:22 80:5
137:2 162:9
**knew** 43:7
**know** 5:11 11:8
11:10,13 18:13
37:14 39:16
41:13,19,20,22
41:24 42:16
43:12,14 45:12
47:11 48:7,7
48:14 51:5
53:12,19 54:8
55:7 56:16,20
57:8 58:12
59:10 61:11,17
61:17,18 63:18
63:19 64:12
66:7,7 69:18
75:20 78:17,18
78:22 81:19,20
83:1,2,2,11
87:18 88:24,24
97:5,16,16
98:24 101:17
101:18 103:6,7
105:19 106:12
106:17,18
107:11 108:6
109:6 110:11
110:12,15
111:7 113:9,10
114:10,11
115:23,24
116:14,23

117:19,20
118:2 119:7,8
120:25 123:2,2
124:25 125:3
126:5,6,10,12
126:17 127:5,9
127:15,23
128:11 129:13
129:16,23
130:10 131:7
132:1,5 134:12
136:15 138:9
142:20 144:10
144:11 145:12
146:5,7,22,22
147:2 148:9,25
150:3,11 153:8
154:1 155:22
156:5 158:4
159:7,8,9,18
160:7,24
161:15,18
162:19 163:13
163:16,18,20
164:12 165:24
165:25 166:2,4
166:15,15
168:6 169:7,12
170:4 172:16
174:7,16,19
175:16,16
178:2 180:2,18
181:5,6 182:21
183:7 185:5
186:22 188:9,9
192:18 193:11
194:3,20 195:4
195:9,14,22,25
201:23 202:23
205:17,18
206:4 214:1,4
214:5 217:12
220:9 221:4,22
222:15,16,21
225:1,7,8
226:10 231:17

231:17 232:12
232:25 235:9
238:18 239:8
239:20,23
240:4 241:7,17
241:21 242:7,8
242:21 243:19
244:10,11
245:21 249:1
249:13,19,23
249:25 251:24
252:1 255:8,19
256:2,2,3
257:11,13
258:13 261:13
261:14
**knowing** 238:3
**knowledge**
63:12 64:2,5
64:10
**knowledgeable**
146:11
**Koromi** 76:18
76:19 77:4
149:7 236:4
**Koromi's** 77:9
**KYC** 194:22
243:17,19

― L ―
**L** 203:25 204:17
**LaBarbera**
236:10
**labeled** 169:24
**Lack** 132:16
**language** 129:19
130:4
**large** 35:6 196:5
251:14 252:5,8
252:17
**larger** 51:9
**lasted** 201:5
**late** 49:15
250:13
**latent** 262:15
**latest** 48:11

Highly Confidential - Subject to Further Confidentiality Review

laudable 215:14
**LAWYER'S**
    4:11 269:1
lawyers 72:10
lead 246:20
    247:1
lead-in 100:4,5
leader 77:25
    236:11
leadership 74:4
    74:7
Leah 246:25
    247:1
Leal 246:22
learned 184:9
leave 22:24
leaves 215:14
led 159:10
left 26:18 52:13
    229:22 230:20
    231:4
left-hand 38:1
legal 145:18
    180:8,16
legitimate 180:8
    180:16 244:24
Len 204:1,2
let's 17:18,19
    37:3 47:5
    55:24 81:13
    86:21 94:1
    95:16 101:8
    109:14 110:4
    113:5 118:12
    120:6,6 133:24
    137:21 142:5
    152:21 163:2,4
    165:21 169:16
    177:8,15
    182:11 192:23
    202:12 225:21
    234:22 242:9
    245:8 248:9
    252:22 259:10
letter 5:21 6:3
    118:16,23

119:6,8,12
153:19,24
154:8,14 155:3
155:10 156:11
157:11 158:13
161:19 165:4
165:11 166:10
166:23 167:5
167:11,22
168:15,18,19
168:20 169:4
172:3 215:12
224:7,11 239:9
247:8,17,20,21
247:24 250:16
250:21 251:1
263:3
letters 54:25
147:21,21
154:22 223:18
223:24 247:12
level 198:17,19
205:17 206:18
207:7 208:24
216:20 221:8
**LexisNexis**
186:23
**Lexus** 184:20
license 36:9,11
36:13 37:22
46:17 72:13
92:22 93:19,23
179:10 190:15
195:11,16,17
licensing 54:5
54:18 181:12
181:15 190:9
licensure 38:21
40:15 65:5,11
65:13,20 66:4
67:21
lied 255:3
256:16
limited 137:5
limits 263:4
line 80:6 103:20

103:25 226:22
227:1,14
228:17 267:2
269:3
lines 129:5
227:21
**LinkedIn** 5:14
134:7
**Lisa** 71:15,16,20
73:16 74:16
75:5 79:9,10
79:12 104:2
139:24 140:1
170:21 204:18
204:22,23
207:8,11,19
216:9 228:15
**Lisa's** 211:21
list 149:18
170:22 184:23
186:25 222:3,5
222:11,13,17
listed 62:16
126:14 131:25
133:13 170:25
203:14,24
229:19
listening 205:16
lists 135:3,6
**Litigation** 1:4
1:24 3:22 8:6
8:13
little 10:5,6
15:17 46:11
50:15 114:24
119:11 137:12
149:2 171:6
180:3 206:10
229:20 259:20
lived 23:5
**LLC** 2:2
**LLP** 1:17 2:7,13
2:18 3:8,13
load 21:23
local 89:19
90:10,13,18

93:8 147:22
located 14:8
30:16 213:8
location 213:9
213:24 230:22
**Locke** 1:17 2:7
locked 24:14
long 11:10 13:1
14:10,24 15:7
15:21 16:7,21
17:11 26:17
30:6 31:13,16
34:8 43:19,20
44:5 46:9,21
59:2 67:3 70:7
135:13 200:22
201:4 207:11
207:18 208:2
229:5
longer 131:4
201:12,14
202:3,8 243:25
look 41:10 53:23
61:6 76:7
99:24 106:5
107:1 112:18
113:6 114:5
115:14 116:16
116:24 121:24
122:5 124:5
130:3 135:10
145:15 154:13
156:18 163:4
166:18 171:12
173:1 183:10
190:19 220:20
249:22 260:20
261:16
looked 112:10
150:4,7 171:21
242:3
looking 26:24
47:5 50:16
57:11 112:14
122:7 170:20
241:24 243:7

looks 76:5 79:17
87:10 106:3
121:12 124:18
124:19 125:8
126:15 148:8
153:22 156:12
157:23 167:14
183:4 226:25
234:12 236:13
236:20 242:1
loop 215:16,19
262:15
loose 17:10
**Lord** 1:17 2:7
lose 96:7
loss 126:16,18
127:4
lost 31:1 117:2
lot 18:20,20 98:1
118:11
low 152:14
lower 56:21
lunch 16:12

───────────
**M**
───────────
**Maddie** 8:23
maddie.brunn...
2:9
**MADELEINE**
2:8
**Maggie** 76:18
79:25 84:2
149:7 236:2,3
236:4
mail 147:22
main 2:14,20
17:8 25:5,7,9
maintain 18:8
149:17
maintained
150:2
maintaining
195:13
major 13:17
making 60:2
71:8 95:8,9,11

96:10,23,24
186:25 187:2
251:24
**Malone** 160:19
160:20,24
161:3
**man** 154:16
**manage** 20:16
20:16 21:22,23
25:3 249:1
**managed** 17:5
25:15 39:17
**management**
82:17 83:5,24
119:18,22
186:4 191:2
192:16 220:13
220:14 221:10
223:19,25
**manager** 21:7,7
30:15 31:4,12
31:13,23 33:19
34:2 48:8,8
60:10,10 62:16
71:10,13 72:20
73:14,14,15
74:17 79:18,20
86:19 91:3
93:13 94:6,14
97:18 112:1,5
119:23 136:12
137:9 160:20
204:18 207:11
207:12,19
248:23,25
249:5 251:3
**managing** 17:12
31:10 46:16
74:15 94:7
**mandatory**
55:18
**manner** 56:7
148:18 173:22
185:24
**Mannino** 246:25
**Mannix** 3:8 9:8

9:8
**March** 5:12
121:13 230:2
**Marcus** 3:8 9:9
**mark** 37:3 86:21
101:8 133:24
137:21 142:5
152:21 155:12
159:22 169:16
177:15 182:11
192:23 202:12
225:21 234:22
238:7 242:10
245:8
**marked** 37:6,9
86:24 87:3
101:10,13
120:13,21
134:2,5 137:24
138:3 142:8,13
142:17 152:24
153:3 155:14
155:17 159:24
160:3 169:19
169:22 172:4
177:18,21
182:13,16
192:25 193:5
202:15,18
225:24 226:3
234:25 235:3
238:10,13
242:12,15
245:11,14
253:8,11
**market** 43:6
**marks** 41:21
**Mason** 254:14
254:18,19
255:2,15,23
256:8,16 257:3
257:7,16,25
**Mason's** 254:21
**Masters** 143:17
143:23 144:13
145:6,22

147:17
**Matalon** 5:16
7:12 71:15,16
73:16 74:16
75:5 79:10,12
104:2 204:17
204:18 207:11
207:19 217:3
217:18 228:15
230:4,11
233:12 234:8
239:6 241:5
250:12 251:11
259:21 260:7
**Matalon's** 233:2
260:10
**materially** 218:1
218:7,14 219:8
**materials** 25:13
29:12,18 32:9
32:14,20 33:8
**math** 34:18
196:19
**matter** 8:11
244:14
**McConnell** 3:4
**MD** 229:19
**MDL** 1:3 2:5
**mean** 19:5 36:17
38:10,13 40:2
53:1 54:3 58:6
64:5 70:20
71:5 94:5
105:20 106:11
133:20 160:15
175:21 179:4
219:2 229:10
248:18 251:21
252:6
**meaning** 73:15
**means** 60:7
69:19 85:18
99:2 105:19
106:12 118:2
229:1,14
**meant** 244:11

**measure** 97:15
98:17,21,21
**measured** 99:17
**medical** 19:10
19:12 38:22
40:16 100:10
100:24 164:1,9
180:8,16
208:19 213:18
214:11,16
219:18 220:5
244:24
**medical-related**
209:12,21
212:15
**medication**
11:22
**meet** 95:7 96:3,5
233:4 259:23
**meeting** 6:21 7:2
7:3,5 156:15
170:15,18
171:4 172:3
174:1 175:8,10
175:19 176:6,9
183:11 203:10
203:11,13,17
205:9 206:1,2
207:4 209:2,19
210:12 214:18
215:23 217:13
217:17,20,20
218:5,12
219:23 220:2
221:17,21
223:13,23
224:3,5,9,25
225:2 234:2,10
235:25 236:14
241:2 262:10
262:11
**meetings** 141:13
**Melville** 5:4
29:5,7 30:17
31:22 35:5,10
35:13 36:9

61:8,14,23
63:1,14,24
64:6,15 65:8,9
65:25 67:17
74:17,20 80:1
84:7 213:8,13
213:15 228:10
236:12,15,18
247:2
**member** 38:5
151:5 216:19
**members** 47:21
48:4 49:25
50:7 60:12
65:8 112:6
172:9 216:21
237:2
**memo** 41:25
42:1 143:8
**memorandum**
5:15 6:18
139:3,13
141:23 222:23
**memory** 171:6,9
**Mengis** 2:19
8:24,24 264:1
**mentioned**
195:21 200:16
**merged** 226:19
**Messrs** 261:23
**met** 9:21 94:21
98:17
**method** 131:22
140:15,17,24
141:2,19,20,20
**methods** 140:13
141:10
**metric** 98:19,20
98:25 99:17,21
**metrics** 53:9
**Michael** 1:19
2:19 8:24
265:2,18
**mid** 36:4
**midway** 37:25
187:10

**Mike** 239:7
**miles** 25:4
**Miller** 1:19
  265:2,18
**mind** 79:1
  154:25 251:24
**mine** 87:13
**Mine's** 87:11
**minimize** 55:10
**Minowitz** 22:17
**minutes** 52:4
  203:11 205:5
  206:2 217:15
  217:16 262:10
**mischaracterize** 133:8
**mischaracteri...** 199:6
**misleading** 166:14 219:3
**misstated** 218:1
  218:8,14 219:9
**misstating** 133:4
**mistake** 66:15
**mmengis@ba...** 2:19
**moment** 37:13
  87:17 101:16
  120:7,24
  134:11 138:8
  142:19 153:7
  155:21 157:15
  160:6 170:3
  178:1 182:20
  193:10 202:22
  226:9 235:8
  238:17 242:20
  245:20 253:15
**monitor** 107:13
  107:19 129:24
  158:5
**monitoring** 5:9
  35:20,25 36:7
  39:9,12,21
  54:19 80:16,20
  80:25 81:4,16

82:1,13,23
83:9 84:14,21
85:11,20
105:15 106:16
106:20 107:5
108:5,14 129:9
130:25 135:20
136:10,21
139:8,12
154:24 155:4
156:10 157:22
159:14 178:18
194:19 206:8
206:18 207:6
208:8 223:5,9
254:17
**month** 53:5
202:8 250:16
**months** 16:22
144:25 145:7
161:12 201:15
202:3 214:1
**morning** 8:4
9:19,20 171:15
**Motley** 2:2 8:20
9:23
**move** 17:22
163:1 212:12
**moved** 15:18
**moving** 29:6
215:9
**Mullins** 5:16
30:11,18 33:21
33:22 39:22
40:21 103:21
103:23 143:13
144:25 204:13
220:17 221:19
224:10 231:19
231:21
**Mullins'** 30:12
**multipage** 87:4
101:14 120:22
153:4 169:23
182:17 202:19
226:4 245:15

253:12
**multiple** 75:21
213:23 214:2

_____
**N**

**N** 2:1 3:1
**N.W** 2:3
**name** 8:5 9:21
12:3,7 21:6,9
62:20 84:4
122:15 154:19
159:20 170:20
**name's** 138:20
**named** 16:6
154:16
**names** 102:14
102:18
**National** 1:3
8:12
**native** 193:6,9
**naturally** 23:4
**nature** 152:12
**NCRA** 265:19
265:20
**near** 236:23
**necessarily**
64:12 238:2,3
252:6
**necessary** 45:14
210:3 266:4
**need** 70:19 71:9
75:19,19 105:2
133:23 171:11
181:19 209:11
209:19 219:18
220:5 233:4
248:12 255:6
259:22
**needed** 58:9
93:21 94:4,9
144:23 174:13
199:25 215:18
222:7,19
**neither** 123:8
265:13,14
**Nevada** 14:9

15:13 16:17
**never** 79:1 109:9
151:20 230:7
254:18
**new** 3:16,16 6:9
26:22 27:2
29:5 30:17
35:5 74:18,20
75:4 98:11
126:13 127:10
148:23 178:18
178:25 179:8
179:15,18,24
180:23 184:15
185:8 186:6,10
186:16,17,21
187:8 189:4,7
189:13,20
190:3,6,11
214:8
**newly** 190:6
**Nexus** 184:20
**nicely** 129:6
**nine** 61:8 230:2
230:3
**Nods** 71:25
150:21 192:2
209:17
**nonverbal** 10:15
**Nora** 21:5,6
**normal** 130:6
157:1 158:15
**normally** 45:6
68:22 83:21
**Northern** 1:1
8:14 13:14
26:12
**Notary** 1:20
265:4,21
268:20
**notation** 168:18
**notations** 262:21
**note** 142:16
226:5
**noted** 266:11
268:6

**notes** 4:11
221:13 269:1
**noticed** 87:6
**number** 18:19
38:1,10 48:8
52:19 55:10
56:17 89:17,18
100:9 103:12
120:22 124:6
145:16,18
163:4,23
164:22,24
167:17 189:8
189:22 193:7
196:5 208:13
208:14,15
217:23 218:23
219:13 220:24
221:7 223:4,17
224:15 226:6
245:4
**numbered** 37:13
87:5 100:2
101:15 109:15
111:4 138:7
142:15 153:5
155:19 160:4
168:13 177:25
182:18 202:19
235:5 238:14
242:18 245:16
253:13
**numbers** 38:14
61:11 186:4,6

_____
**O**

**o0o--** 264:11
**object** 29:22,25
30:2 33:11
34:12 35:14
42:18 43:23
44:25 48:6
49:6 50:2 51:6
58:22 61:16
64:8,19 69:11
70:23 72:8

Highly Confidential - Subject to Further Confidentiality Review

74:9 75:18
80:12 81:7,18
82:2,15,25
83:10 84:15,23
85:12 88:23
90:20 92:7,13
93:9 97:25
99:20 109:25
110:9 115:18
132:13 146:4
146:21 149:14
149:20 150:13
152:4 164:11
165:15,18
166:13 168:5
169:6 180:17
185:4 192:19
198:21 199:5
214:12 216:6
216:25 218:17
224:12 231:9
232:24 237:13
237:13 240:3
240:10 244:9
255:18 256:1
257:10,22
258:6 263:10
**objection** 71:6
72:24 73:9
85:14 130:17
132:15 165:23
169:11 174:15
201:9,16 202:1
202:4,9 219:10
220:16 260:17
260:25 261:11
**obtain** 199:12
199:19
**obvious** 11:1
**obviously** 246:5
**occur** 100:6
148:7
**occurred** 122:4
170:15 175:19
198:15 214:1
237:24

**occurrence**
231:6 238:1
239:13,22
**occurring**
197:11
**October** 5:16
12:16 14:4
141:24 143:14
144:8 145:9
146:1,14
148:12
**odd** 195:20
**office** 89:19
90:10,13,19
93:8 116:8
174:23,25
175:14
**officer** 204:5
**offices** 147:22
240:25
**Oh** 14:18 109:11
126:10 200:23
**Ohio** 1:1 3:5
8:15 254:15,16
**okay** 10:3,7,16
10:22 11:4,9
11:16,20 12:1
16:13 17:23
19:9 20:12
24:16 37:20
38:15 39:2
47:8 50:19
52:10 61:20
63:20 64:25
66:17,20 69:16
72:3 74:1,3
75:23 78:9,13
78:21 80:4
81:12,22 82:6
82:8 83:13
87:15,20,22
89:9 90:8,16
91:25 94:3
96:9,21,21,21
97:9,19 100:18
101:20 102:7

102:12 105:6
107:3 108:2,10
109:16 111:24
112:15 114:15
114:22,25
115:3 116:2,4
117:4,12
118:14 119:10
119:24 120:19
121:2,10 122:9
122:21 124:1,1
126:13 127:10
128:22 131:10
131:13,18
132:4,11
133:15 134:14
134:16,25
136:17 137:16
137:20 138:10
138:15 140:2,7
143:20 144:24
145:15 146:25
152:15,20
153:10 154:4
154:13 155:7
155:24 156:1
158:22 159:21
160:9,11 162:6
162:23 163:3
163:19 164:25
166:5,19,21
168:9 169:9,15
170:6,8 172:19
173:5,24 174:5
174:18 175:21
176:1 177:3
178:4,6,11
179:14 181:6
181:18 182:9
182:24 185:7
186:9 187:24
189:18 190:7
192:21 193:13
193:15,20
196:3,25
197:14,22

198:13 199:10
201:14 202:25
203:2,9,23
204:12,24
205:11 207:10
207:16 208:15
209:6 212:11
214:7 218:24
220:20 223:4
225:5 226:8
227:15,18
228:1 230:17
233:16 234:21
235:7,12,14,16
235:20 238:5
238:16,20,22
239:25 241:22
242:9,17,23,25
245:3,7,18,25
246:9,24
247:19 249:3
251:7 253:18
253:20,22
254:10 255:22
256:14 258:11
259:4,6,9,10
259:11 260:20
**onboarding**
185:2
**once** 55:24 56:4
73:20 95:13
111:10
**one-page** 235:4
**ones** 59:9 211:23
**ongoing** 172:10
**online** 44:20
52:8 55:6,8,16
55:17
**onsite** 182:3
**open** 16:5
188:17 189:1
**opened** 189:5,7
189:14,21
190:6
**opening** 16:14
22:14 27:22

**operated** 162:18
**operating** 40:19
48:1 135:21
136:10,22
163:10 167:9
215:15 262:15
**operations**
12:25 27:23,24
**OPIATE** 1:3
**opinion** 126:4
145:20 176:21
**Opioid** 8:12
**opportunities**
205:16 220:22
221:25
**opportunity**
16:4 23:6 26:2
26:19 27:2
193:22 194:7
220:24 221:7
**Opportunity/I...**
6:15
**opposed** 213:9
222:12 242:4
**ops** 21:7
**optimized** 18:13
**order** 33:5 35:20
35:24 36:6,25
39:8,12,21
45:9 54:19,22
55:1 80:16,19
80:24 81:4,16
82:1,13,23
83:8 84:13,20
85:11,19 87:7
87:8,11 89:21
91:8,14 92:24
94:25 97:24
99:10 106:15
106:20 108:5
108:14 109:5
109:24 130:25
135:20 136:9
136:21 139:7
139:12 140:18
147:9 148:17

150:6,16,20,23
151:3,7 154:24
155:4 156:10
157:22 159:13
165:2,2,6,10
166:12 167:19
167:20,23
168:4,17
174:22 178:17
188:2 194:19
200:6 206:8,17
207:5 208:8
216:3 223:5,6
223:8,15
226:23 227:14
228:18,20
229:1,14 230:4
232:14,21
237:11,12,20
243:25 247:6
248:2 249:8,9
259:18 262:22
**ordered** 117:18
164:2,10
229:15 254:19
256:8,11,13
**ordering** 45:5
45:12 175:1,15
229:5 255:5,17
256:18
**orders** 5:6 20:18
20:23 21:12
22:7 23:19
32:7,22 36:14
36:17,18,18,21
39:3 41:6 51:1
54:4 64:17
88:12,16 89:13
89:19 90:9,13
90:17 92:11,20
93:6,7 95:10
95:11 96:10,24
96:25 97:21
98:18,22 99:3
99:12,15,17,22
100:13 101:1

105:14 107:13
107:19 111:14
111:20 116:19
129:25 140:9
140:14,16
141:4,11,21
142:2 144:4
145:21 146:2,3
146:15,19
147:3 148:19
149:13,18,23
156:24,25,25
157:2,7,8
158:5,14,16
161:9 168:21
169:5 173:7,16
174:2,3 187:15
187:21 209:13
212:5,16
229:21 230:19
231:3 232:10
237:2 244:2
247:13
**org** 78:18
**organization**
59:25
**organizer** 234:5
**original** 80:6
105:13 106:9
106:11,12
188:16,25
266:15
**originally** 35:21
**ORS** 254:17,17
**out-of-state**
115:4
**outstanding**
184:21
**overall** 93:20
97:12
**overly** 48:25
85:15 132:18
132:25
**oversaw** 72:22
88:18 132:23
172:14 179:11

180:21 181:11
195:17 219:8
**oversee** 31:21
32:4 95:23
**overseeing**
61:21,22 63:1
63:4,8,21 70:8
84:9 86:4
89:11,25 91:12
92:5 93:4
100:22 136:12
137:1 151:23
182:1 191:24
211:7
**overseen** 151:17
**oversight** 36:8
46:17 62:8
66:8,18,24
67:12 70:16,20
71:4,5 75:11
75:15 76:2
88:17 93:2
137:5 192:5
207:7 216:8,13
216:18
**overview** 6:8
40:4 130:21
**Owen** 261:23
**Oxford** 3:10

---

**P**
**P** 2:1,1 3:1,1
**p.m** 177:10
264:10
**pack** 99:7
**package** 20:18
**packers** 20:17
**packing** 15:6
**page** 5:3 6:1 7:1
37:25 52:11,13
61:6 89:15
99:24 103:11
105:8 106:5
107:1,2 109:14
111:3,4 118:13
121:25 122:10

126:21,21
128:23 129:4,5
131:12,14
134:24 135:2
135:10,16
140:5 154:13
156:19 157:17
157:19,25
160:19 163:2
164:23,23
166:20 168:13
171:12,17
172:6,7 173:3
173:3,4 178:11
178:15 180:3
183:10 184:8,9
187:10 188:10
189:4 190:20
190:21 193:20
194:6 197:14
197:18,19,21
199:10 208:14
215:9 217:24
218:22 219:13
224:15 227:25
230:25 232:14
236:24 239:6
243:8 246:10
253:24 254:7,9
259:20 261:10
261:16 262:2,3
262:13 263:2
267:2 269:3
**pages** 43:20 87:7
226:23 268:4
**painfully** 11:1
**painstaking**
131:16
**Par** 3:17,18 9:13
**paragraph**
108:2 140:22
156:19 161:7
173:3,7 178:16
187:11 188:1
262:20
**part** 24:18 35:22

35:22,25 90:8
94:19 114:8
136:7 151:23
159:14 172:22
176:11 178:16
182:3 189:7
197:8 215:7
216:2,13
**partial** 222:13
**participated**
198:14
**participating**
188:23
**particular** 41:25
**parties** 265:14
**partner** 48:14
81:8 89:2
137:10
**partnered** 42:9
**partnering**
136:14
**partnership**
50:11
**party** 265:11
**patient** 117:25
244:3
**patients** 115:5
116:6
**pattern** 37:2
100:15 101:4
130:6 157:1
158:15
**patterns** 165:3
167:21 223:7
223:15
**Paul** 3:8 9:8
**pause** 84:25
**PDMA** 160:21
**Peacock** 83:22
106:25 204:6,7
204:9
**penalties** 140:25
**penalty** 221:1
239:14
**pend** 36:14,17
36:18 41:6

Highly Confidential - Subject to Further Confidentiality Review

54:5,9 55:1,2
99:15 109:5
151:6 173:16
219:16 229:7
229:13,15
237:5
**pended** 109:24
150:20 151:3,7
174:3 187:15
**pending** 11:18
92:24 162:22
165:10 212:6
226:22 227:14
228:18,21
229:2 237:2,12
237:19 249:9
259:17
**pends** 54:2,4,12
54:13,13,16,16
54:16 140:18
147:9,10
150:15 165:2
167:19
**Pennsylvania**
3:11
**people** 20:17,18
21:23 31:10
53:6 56:12
86:17 111:22
132:20,22
136:2,6 147:20
147:25 148:1
148:16 198:24
214:21,24
**percent** 62:1,4
**percentage**
114:23 115:4
116:6
**perform** 94:5
**performance**
53:10
**performed**
200:11 262:22
**performs** 151:18
**period** 23:14
29:15,16 33:3

46:21 55:25
66:25 67:16
68:24 69:5,10
69:14 70:13
71:14 72:19
73:5 78:11
79:7 85:24
86:1 88:18
90:21 91:18
92:3 180:20
181:4 216:17
**periodic** 163:7
**periods** 196:19
**perjury** 221:2
**Perry** 2:13 9:1,1
264:5
**person** 10:11,25
104:12 112:14
148:24 159:16
**personal** 255:6
256:20
**personally** 47:19
150:4 151:12
151:20
**pertaining** 85:22
85:23 180:6,14
**Peter** 27:3,4,5
**ph** 1:24
**Pharmaceutical**
3:18,18
**Pharmaceutic...**
3:17
**pharmacist**
163:8
**pharmacy** 255:1
**philosophy**
59:24
**phone** 9:5 28:21
38:12,13 53:3
53:13,13 92:14
92:17 95:25
184:11 186:5
**phones** 95:9
213:23
**phrase** 41:19
91:9 141:7

168:25
**physical** 118:9,9
241:25
**physically**
231:15
**physician** 175:3
175:12
**physician's**
174:21,25
175:14
**pick** 15:20 17:5
17:6,10,12
20:18 25:3,3,8
25:14 52:20
95:25 99:7
**pickers** 20:17
**picking** 15:6
18:14
**Pittsburgh** 3:11
**place** 42:10,25
45:15 79:23
117:2 151:7
163:6,24 164:7
231:14 265:8
**placed** 161:9
**placing** 174:21
174:24 175:13
**plaintiffs** 2:5
8:20 9:23
**plan** 197:6
199:12,19
**plans** 205:17
**play** 119:25
**please** 8:17 11:7
12:4 157:18
231:22 243:16
247:7 255:7
262:3 266:3,8
**pmannix@ma...**
3:9
**point** 60:14,17
63:20 65:24
67:16 69:25
73:21 75:6,17
75:25 90:11
113:14 117:7

126:8 127:20
145:16,17
175:8 179:12
180:20 181:10
181:25 188:15
194:10,21
197:23 199:11
199:23 207:10
214:17
**points** 116:3,20
131:15 180:4
**policies** 70:22
80:18,24 81:3
81:15,25 82:12
82:22 83:8,15
83:25 84:13,21
85:11,20,20,22
85:24 90:2,6
**policy** 82:21
89:24 106:20
122:3
**Polster** 1:5
**poorly** 190:24
191:12 192:12
262:7
**Porter** 3:13 9:12
**portion** 227:12
**position** 12:23
14:5,6,14,25
15:1,4,16 16:3
16:10,15,24
18:1 20:12,15
28:7 34:2,5
71:19 76:22,25
77:14,22
111:22 122:24
122:25 135:12
204:2,8 210:25
216:8,8,13
224:16,24
225:3 228:8,13
243:13
**positions** 17:20
**possible** 58:6
154:10
**possibly** 38:14

51:19 104:25
105:4 196:17
251:25
**Post** 33:4
**potential** 32:11
197:15,20,25
198:7 223:6,14
**potentially**
36:19,22
**PowerPoint**
49:2,7
**practice** 43:7
59:14,23 60:6
100:14 101:3
115:5 116:5,6
117:5,13,17
128:21 164:1,9
169:3,10
174:12 181:3
252:16 254:21
**practiced**
140:13
**practitioner**
125:9,10
127:19,24
128:9 255:16
255:24 257:7
257:17
**practitioner's**
100:13 101:2
**practitioners**
116:8
**pregnant** 26:13
**Preliminary**
221:24
**prepare** 199:25
200:6
**prepared** 103:13
104:1,8 122:11
183:18 205:5
**prescription** 1:3
8:12 18:22
19:2 38:22
40:16 254:16
**presentation**
6:15 49:2

193:21 196:1
197:15 212:22
212:25 213:4
213:18,19,25
214:11,17,21
215:1
**presentations**
194:3
**presented** 6:16
193:22 212:25
**preserve** 252:3
**president** 27:16
30:22 45:24
47:3 68:10
**pretend** 57:25
**pretty** 46:15
52:3 152:7,18
171:16
**previous** 12:18
**previously** 23:11
**primarily** 72:10
91:4
**primary** 11:19
187:1
**print** 132:7
**printout** 5:14
134:6
**prior** 12:17 13:5
39:17 46:5
66:23 89:19
102:5,5 105:21
106:2 146:1
147:10 148:15
169:3 173:17
174:1,2,9,12
175:10 265:4
**proactive**
243:17
**probably** 10:11
11:11 30:14
33:24 40:3,18
49:14 56:20,21
58:17 68:16
74:2 79:3 91:4
102:11,18
106:24 141:13

148:3,8 152:7
156:5 161:6
170:11,19
176:10,10
196:11 197:18
210:19 213:21
213:23 214:5
**probing** 201:21
**problem** 53:14
201:1
**Procedural** 6:13
184:2 260:23
**procedure** 5:9
5:11 105:16
107:5 121:9,20
129:9,13
133:14 147:12
147:13 163:10
167:10 168:2
184:13
**procedures** 5:6
40:19 45:15
48:1,16 88:11
88:16,22 89:7
89:13 90:6
95:1 131:23
135:21 136:11
136:16,18,22
154:7,24 168:7
172:11 173:16
173:21 174:9
175:1,15 176:2
176:8 188:18
231:13
**Proceedings** 4:3
8:1 264:9
**process** 41:6
42:10,25 53:3
56:8 100:19,21
106:16 107:12
107:18 108:18
109:5,18,21
110:6,8 111:5
112:11 114:9
116:17 120:2,3
148:2 149:2

151:25 152:13
163:6,24 164:7
165:13,13
184:12 185:2
188:8 215:17
243:18
**processed** 263:5
**processes**
156:11
**produce** 219:18
220:4 254:22
**produced** 53:20
78:17 193:6
226:17
**product** 137:6
161:9,11 164:2
164:10 208:21
244:1
**production** 15:5
15:8 16:18
18:14 20:14
21:4,10 22:22
23:9,10 53:22
**products** 18:17
18:20,21,25
19:3,5
**professional**
1:19 242:2,5
265:2,19
**profile** 5:4,14
37:21 47:6
62:13 134:9
145:19
**program** 254:17
**programmed**
221:10
**Project** 160:20
**projects** 55:5
**promise** 131:16
**promoted** 31:5
31:15 34:20
45:24 68:1,21
**promotion** 31:8
46:2,5
**prompts** 38:10
38:11,12,14

**properly** 85:10
85:17,18
**Proposed**
221:24
**propounded**
268:6
**prosecuted**
140:25
**protocol** 241:13
241:16,19
**provide** 28:22
48:15 53:8
55:9 93:20
96:1 180:13
**provided** 111:12
111:19 116:18
118:22 167:4
180:5 220:25
261:24
**provision** 128:5
**pseudoephedr...**
187:16,21
**Psychology**
13:18
**public** 1:20
184:18 265:4
265:21 268:20
**pull** 157:14
171:21
**purchase** 208:17
**purchased** 240:8
**purchasing**
100:15 101:3
198:2,10 199:3
199:14,21
239:9
**pursuant** 117:14
265:10
**put** 42:7 50:13
101:7 106:16
106:20 137:19
158:20 169:13
192:22 212:23
234:19 259:4
**putting** 145:13
198:13

| Q |
| --- |

**QA** 53:6
**qualified** 179:18
180:1
**quality** 52:25
53:2,3
**quantifications**
209:12
**quantities** 117:6
117:14,17
**question** 10:19
11:1,3,18
24:19 29:25
32:2 60:6
62:11 64:21
70:25 81:2
89:8 92:23,23
97:5 110:1
112:22 113:2
113:21,23
114:2,19
117:10 131:19
133:4,6,8,10
133:11,21
137:14 145:5
152:3,6 161:6
162:21 166:7
174:11 176:4
179:5 198:18
201:24 206:10
209:1 219:2
228:19 230:14
235:18 240:19
248:15 257:6
263:12
**questionable**
173:7
**questioning**
11:14 80:6
**questionnaire**
43:4,8,10,13
43:15,19,22
44:3,6,9,10,18
44:18,23 45:16
55:21 56:4,6
56:25 110:16

110:21 111:10
111:18,25
112:22 113:24
113:25 114:2,6
114:20 115:7
115:11,16
116:10,13,21
116:22,25
125:9,16,19,21
125:25 126:2
127:21,24
128:16 211:13
240:13 255:16
255:25 257:8
257:17,18,21
258:1
**questionnaires**
110:25 112:4
124:12,16
211:24 212:2
258:17
**questions** 10:17
17:21 33:5
43:21,24 44:7
44:10,13 45:20
61:5 72:2
103:9 110:12
110:13,16
115:6,10
116:10,12
123:24 125:5
128:8 163:1
181:20 227:8
227:11 240:15
253:17,23
258:18 264:2,4
268:5
**quick** 253:17
**quickly** 95:9
96:1 152:7,19
**quite** 72:16 75:7
**quotation** 41:20
**quotations**
185:11
**quotes** 41:22
210:9

**R**

**R** 2:1 3:1
**R-03.10** 105:14
**raise** 259:2
**raised** 241:5
258:4
**ran** 254:19
256:7
**range** 56:18
**Rannazzisi** 5:22
6:5 154:17,22
155:3
**rare** 188:2
**rate** 52:17,18
95:8,18 96:6
**rating** 97:12,15
**RDR** 265:18
**reach** 181:22
250:20 252:12
**reached** 250:25
**reaching** 92:21
**read** 24:19
47:10 137:12
160:16 170:12
260:3 266:3
268:4
**reading** 96:18
171:7
**real** 249:15
**really** 42:8 59:3
59:6 72:14
83:11 97:17
123:6 186:25
217:21 248:11
250:6
**Realtime** 1:20
265:3,20
**rearrange** 87:13
**reask** 89:8
133:21
**reason** 88:7
240:18 266:5
267:4,6,8,10
267:12,14,16
267:18,20,22
267:24

**reasonable**
168:17 199:15
**reasons** 54:25
**recall** 36:2 37:17
39:16,17,25
40:25 43:16
48:23 49:3
51:19 58:6,10
86:9 88:3
102:3,3,14,17
104:18,20,24
105:4 123:17
125:19 139:17
141:15,17
145:14 148:14
148:15 153:17
154:4,10 155:2
156:14,16
171:3 172:1,5
172:24,25
173:20 175:7
176:13,16
177:1 183:4
187:25 188:23
189:17,24
191:13,17,19
192:20 193:19
194:2 195:7
196:2,9,23
197:1,2 198:12
198:22 199:7,7
199:22 200:8
200:23 201:2,4
201:5,11,20
202:6,11
203:16,18
205:8,11,14,25
206:21 209:2
209:18,23
210:18 212:19
213:20 214:4,5
215:22 216:7
216:10 217:8
217:10,19,22
218:4,9 219:11
219:22 221:18

222:10 223:12
223:22 224:2
224:20 231:20
232:5 233:11
233:24 234:15
234:16 237:15
237:21 245:6
249:19 250:1
251:23
**receipt** 266:16
**receive** 40:14
48:5 209:21
212:14,21
214:25
**received** 47:16
47:22 145:19
153:25 168:16
168:20 215:4
232:10,22
255:15
**receives** 116:7
**receiving** 15:19
15:22 21:18,25
22:10 33:2,16
**Recess** 60:22
120:10 177:11
225:14 253:1
**recessed** 264:9
**recipient** 153:22
**recognize**
103:16 121:7
123:4 134:18
138:15,24
143:5 164:19
170:10 243:2
246:2
**recollection**
44:11 126:1
156:8 162:18
197:13 201:19
230:15
**recommendati...**
176:18,22
188:12,16,25
**recommended**
239:7

**record** 8:4,18
9:21 12:4 53:3
60:21,25 120:7
120:9,15,18
133:20 142:16
166:9 177:10
177:14 225:13
225:17 226:16
252:25 253:4
257:3 264:8
**records** 149:25
150:2 254:21
254:23 255:1,3
256:17
**red** 259:2
**Reed** 2:13 9:1
**refer** 38:11
54:25 119:2
181:14 239:18
**reference**
124:13,15
126:19 131:4,7
143:23 154:7
156:11 160:18
183:10 212:11
227:2 236:25
261:9
**referenced**
47:17,24
127:20 161:19
172:3 192:4
206:13 222:23
245:4
**references** 158:9
158:14
**referred** 191:2
192:15 206:5
**referring** 43:11
44:15 55:11
239:21,24
**refers** 54:4,17
54:18 55:12
194:16
**reflect** 126:4
**reflected** 176:19
**refresh** 156:7

171:8
**refreshes** 171:6
**regarding** 92:19
123:15 125:14
127:4,8 139:11
141:9 143:17
144:3 154:6
156:9 162:14
173:21 174:25
175:8,14
176:22 178:24
184:14 188:24
189:13 191:1
192:14 198:16
206:22 217:3
218:5 219:23
222:11 223:13
223:23 224:3
224:21 226:22
231:19 232:3
232:23 233:12
237:9 254:14
259:17
**regional** 248:23
248:25 249:5
251:3
**Registered** 1:19
265:3,19
**registrant**
140:24 175:4
175:12
**regular** 211:16
213:25 262:23
**regularly** 90:3
**regulation**
156:23
**regulations** 39:5
41:16 47:13,17
47:23 51:5
65:12 72:12
194:12 216:15
240:22
**regulatory** 42:7
44:15 48:2,4
48:13,14,22
50:12 57:14

58:15 59:3,9
71:11,23 72:5
72:6,9 73:13
80:7,17 81:5,8
81:9,13,14
82:16,19 83:14
83:18,19 85:22
89:1 90:4 91:2
93:23 104:15
106:22,23
108:23 113:12
114:14 117:23
122:20 123:1
136:14 137:10
141:12 144:22
147:16 149:10
149:10 154:2
154:11 159:11
172:8 180:25
181:9 188:3
190:23 191:3
191:11 192:12
192:17 197:3
197:25 198:8
199:1,24 200:9
200:17 204:10
205:3 208:9,19
215:7,7,18
216:9 217:25
218:6 222:2
223:3,9 228:14
232:11,22
233:4,22
243:14 251:18
251:22 252:19
259:22 260:14
262:6,23 263:5
**regulatory's**
233:14
**regulatory/me...**
209:14
**rejoined** 28:25
**related** 35:20
82:22 83:8
84:13 124:7
155:2 156:16

**RELATES** 1:5
**relating** 64:17
**relation** 164:1,9
225:2
**relationship**
252:4
**relative** 265:13
265:14
**relatively** 188:2
214:3
**release** 97:20
99:17 105:15
111:13,19
116:19 208:21
209:13 212:15
219:16 221:9
221:17,20
229:23 232:10
232:21
**released** 95:12
96:25 97:24
98:5,18 99:22
165:10 168:17
230:4 232:14
**relevance** 244:6
**relevant** 144:19
144:20
**reliant** 190:25
192:13
**rely** 137:9
**Remaining**
194:24
**remains** 165:4
166:9 167:21
**remember** 18:19
21:6 24:4 40:3
41:4 52:2
125:22 144:20
148:21,22
161:4 162:17
175:18 207:1
217:14 218:20
219:25 220:6
234:11
**remind** 159:2
**Remondino** 75:5

77:12 78:2
79:8 228:3,6
229:17 230:3
231:2 232:13
232:20 235:23
**Remondino's**
77:13
**Reno** 5:4 14:9
15:10,11,12,13
15:25 16:17
17:16,17 18:19
19:1,23 20:8
22:19,25 23:5
23:11 25:21,25
26:3,20 27:22
28:2 29:7
30:16 31:24
35:3,7,11
36:10 61:9,15
61:23 63:4,17
63:25 64:6
65:17 66:1
67:18 74:23
75:1 76:7,14
76:17,24 79:25
205:4 213:8
224:17,24
225:3,6 236:4
236:18
**Reno/Melville**
46:18,19
**rep** 77:3 97:13
237:4
**repeat** 210:7
**replaced** 105:21
**replaces** 105:14
**replied** 250:11
**report** 18:3 21:4
22:2,15 23:14
30:10 33:20
79:8 80:2
140:17 141:3
141:20 254:16
**reported** 18:4
21:7 28:13
32:1 62:23

79:12 103:23
104:5,9,12
139:21,21,24
139:24,25
140:1 142:2
149:19,23
150:6,23 162:9
204:22,23
217:24 218:6
218:13 219:7
254:18
**reporter** 1:20,20
10:9,10 37:9
87:2 101:12
120:20 134:4
138:2 142:12
153:2 155:16
160:2 169:21
177:20 182:15
193:4 202:17
226:2 235:2
238:12 242:14
245:13 253:10
265:3,3,3,19
265:20,20
**Reporters** 1:19
265:2,19
**reporting** 33:16
79:16 90:13,17
93:7 140:9,14
141:2,10 144:3
145:21 146:2
146:15,18
148:19
**reports** 33:10
89:18 90:9
147:3 254:17
**represent** 134:6
**representatives**
32:1,4,7,10
33:2,9,15 41:7
61:8,9,14,15
72:22 73:7
75:13,16 76:8
76:13 81:23
82:11 83:7

Highly Confidential - Subject to Further Confidentiality Review

84:12 85:9
86:7,11 91:20
91:21 92:2,10
132:10 179:22
180:22 182:2,7
182:8 210:20
210:22 211:3
211:17 212:4
237:10,11,18
237:19
**representing**
9:23 216:21
**reps** 50:14 237:3
249:2 252:18
**request** 118:22
167:4,11
**requested**
144:11 222:2
265:11
**require** 147:18
**required** 41:13
42:16 47:11
50:19,20,23
51:12,24
107:11 113:1
115:10 129:23
141:1 147:14
158:4 167:10
197:5 200:19
219:17 220:4
231:14 254:15
**requirement**
42:21 49:25
108:7
**requirements**
38:21 40:15
65:6,13,20
66:4 67:21
107:9 129:21
158:1
**requiring** 165:5
166:11 167:23
168:3
**researcher**
127:11,14
**reserve** 264:1,3

264:5
**residence**
231:11
**residences** 7:6
239:12 241:14
**residential**
240:24 241:4
242:1,4
**resolved** 241:9
**resource** 147:15
147:19
**resources**
199:24 200:5
**respect** 19:16
22:6,11 24:21
36:6 39:20
65:20 66:5
67:21 69:8
70:14 78:3
80:15,24 81:4
182:4 186:20
187:7 207:23
248:1 252:13
**respond** 113:2
257:2
**responded**
250:10
**responds** 256:23
**response** 113:5
230:6,7,8
232:11,16,22
248:7
**responses** 55:10
**responsibilities**
18:7 20:15
21:21 23:9,18
24:25 25:2
28:18 31:7
34:23 35:1,19
36:5 38:25
39:8,12,14,20
46:13 61:13
63:13,16,23,25
67:25 68:13
69:8,17 70:14
72:21 81:10

84:10 86:12
92:1 135:7,16
135:25 162:1
187:7 190:21
191:9,16 192:5
192:10 211:15
233:6,13,14,20
233:22 259:24
260:12,14
262:4
**responsibility**
19:14 20:22,25
21:11,14 22:5
22:11 23:23
24:20 35:4,23
36:1 38:18
40:10,12 41:2
41:12 42:13
43:1 48:20
62:7 63:7
64:16 65:10,18
66:3 67:19
69:23 70:4,9
74:11,18,21,25
75:2,8,12,16
76:12 77:8
78:4,12 92:25
93:12,12,16,17
93:18 94:20
102:9 164:5
183:22 186:15
186:20 191:23
248:24
**responsible**
38:19 39:14
42:15 50:7
59:3,6 65:4
72:11,14 73:3
73:6 80:8,10
80:17,23 81:3
81:14,22 82:10
86:15 90:17
91:5,18 107:17
107:21,23
110:20,24
111:25 179:4,7

186:3 187:20
190:2,5,13
195:9,13 208:7
208:10
**restate** 258:7
**restrict** 248:2,11
249:6 256:24
**restricted** 247:5
247:14 251:14
252:8,14,18
**result** 145:21
146:16 176:8
208:20
**resulted** 123:16
241:20
**retained** 168:18
**return** 114:2
115:11 165:11
254:23 266:14
**returned** 16:17
110:25 261:23
**returns** 33:5
56:6
**Rev** 5:12
**revealed** 262:23
**review** 1:12 6:13
36:20 37:14,16
39:3 45:13
56:24 59:10
87:17,19,21
89:20 91:8,14
91:19 92:24
93:5 99:10
100:11 101:16
101:19,21
103:4 105:15
109:18 110:7
111:17 114:8
116:17 117:15
119:18 120:2,2
120:24 121:1,3
133:12 134:11
134:13,15
138:8,9,11
142:18,19,21
142:23 143:2

153:7,9,11
155:21,23,25
160:6,8,10
163:6,8 165:13
166:8 170:3,5
170:7,13 178:1
178:3,5 182:20
182:23 184:2
188:4 193:10
193:12,14
199:25 200:6
202:22,24
203:1,11 206:3
224:6,10 226:9
226:11,13
227:17 229:16
235:8,10,11
238:17,19,21
242:20,22,24
245:20,22,24
253:15,19
258:18 260:23
**reviewed** 40:20
41:1 56:10
57:21,24 58:4
87:24 98:7,9
98:10 99:13,18
100:25 101:23
102:8,16
111:11 121:5
136:4 138:13
153:14 165:3
167:21 168:16
211:23 217:12
217:13,15
223:19,24
258:17
**reviewer** 111:22
112:18 113:5,6
113:18 114:5
115:14 116:16
116:24 117:15
**reviewer's**
118:20 167:2
167:12
**reviewers** 56:13

112:3,5 131:23
258:12
**reviewing** 92:11
95:10 96:10,23
110:25 111:25
112:3 119:25
120:1 137:1,6
186:17 205:15
212:2,5 226:15
**reviews** 56:11
98:8 117:25
**revised** 5:12
106:6 121:9,11
121:13,21
178:17
**Revision** 105:10
121:25 127:25
**revisions** 105:2
122:3 123:15
130:15
**revisit** 181:19
**Ric** 18:4 21:8
22:3 23:16
**Rice** 2:2 8:20
9:23
**Richard** 254:14
**right** 14:1,20
17:18 20:9
22:22 23:8
24:3 25:12,19
26:5 34:3
46:22 51:1,21
54:12 58:21
59:13 65:2
67:6 78:5
79:18,21 80:11
80:21,25 91:6
94:8 95:16
96:13 97:14,20
97:21 98:14
99:16 101:6
102:10 103:2
104:2,5 110:17
110:25 112:7
113:13,24
115:2,9 116:3

116:22 117:24
118:16 120:17
121:5,13 124:4
124:12,21
125:7,19,21
126:22 133:15
135:8,11 137:7
137:8,18 139:1
139:5,8 141:17
143:10 144:1,2
145:1 150:20
151:18,19
153:25 156:17
157:12 158:25
162:3,4,11
167:13 170:23
171:1,16
172:15,18
173:6 176:16
178:8,13,14
179:12 183:7
185:12,18
189:3 190:3,19
191:20,21
192:6 193:21
194:6,12,13
196:12 203:19
204:15 206:9
208:24 209:8
209:16 210:9
210:10 216:15
220:12 221:2
221:25 223:10
226:12 227:16
231:23,24
236:18 240:16
241:5 243:20
245:23 250:12
251:11 252:5
253:25 256:21
258:21 261:17
**ring** 59:20 60:3
155:6
**risk** 206:18
208:24 216:20
221:8

**Risks** 197:15,20
**role** 15:19,22
21:3,3,17,21
22:2,9,14,21
23:10 24:1,18
27:5,15 28:9
29:19 45:22,23
46:6 56:14
59:2 69:5
70:17 76:1
90:12 91:13
119:25 137:3,4
148:23 159:3
210:24,24
211:11
**Romeo** 204:25
205:1,21
209:24 212:23
212:24 213:17
214:10,16
**Romeo's** 213:17
214:25
**Ron** 109:8
**room** 10:12
209:25
**Ross** 1:17 2:9
**roughly** 34:11
56:1 65:1
**routed** 35:12
**RPh** 161:8,15
**RSM** 248:10,22
**Rule** 265:11
**rules** 11:19 59:4
72:12,15,23
73:8 80:9,10
240:22
**ruling** 147:17
**Rx** 212:8

_____

**S**

**S** 2:1 3:1
**sale** 33:7
**sales** 33:4 75:12
75:16,21 81:23
218:1 237:4,11
237:19 243:23

244:7,14,18,24
245:5 248:16
248:18,23,25
249:2,4,5
250:25 251:16
252:18
**salespeople** 82:3
**salesperson**
248:19 252:12
**sanctioned**
140:23
**sat** 49:16,20
**satisfy** 119:13
**saying** 58:16
138:23
**says** 38:1,9
41:13 52:16
54:2,12 55:4,6
59:14,17 65:3
89:18 90:9
91:7 100:4,5,9
103:12 104:1
105:9,13,23
106:9 107:8
108:2 109:17
111:9 112:9,16
113:14 114:15
118:15,19
119:16 121:22
122:10 124:6
124:11,21
125:8,10 129:8
129:12,20
130:22 135:11
135:19 140:9
140:12,17,22
145:17 153:24
156:23 157:10
157:20 158:1
158:12 163:5
163:23 165:1,9
166:22,25
167:15,19,25
168:15 171:13
172:7 173:14
174:20 178:16

179:14 180:4
184:9 185:8
186:7,23
187:15 188:11
188:15 189:4
190:21 193:21
194:7,11,21
197:24 199:11
199:12,24
206:1,16
208:16,24
209:10 215:13
217:24 219:14
220:22,25
221:8,24 222:2
223:4,17
224:15 229:4
230:4 236:24
237:1 239:17
239:21 248:9
250:4 252:7
256:22 261:1
261:22 262:20
**schedule** 21:24
**scheduling** 7:3
235:24
**Schein** 2:11 5:3
6:1,4,8,13 7:1
8:22 12:13,15
12:18 14:4,14
14:17,22 15:4
15:16 16:3,16
16:24 18:1
26:10,18 27:2
27:13 28:25
31:3 32:7 34:6
38:5 39:1 44:2
45:22 46:7
50:7,21 51:25
56:7 57:5
58:21 60:12
71:17 72:5
73:3,6 76:20
82:9 84:19
85:7 88:11
90:12,16 91:1

91:12 100:19
107:17 108:3
108:11,12,21
108:24 114:3
122:22 127:2,6
130:23 141:19
146:1,12,18
147:3 148:19
149:13,17,22
151:10 153:25
154:23 159:5
161:8,15 172:8
174:2 179:3,7
179:16 180:13
182:4 184:1
185:25 186:12
195:4,8,13,15
195:22 196:6
197:16 198:6
198:25 208:6
215:15 216:19
219:14 221:1
224:23 231:7
231:13 240:6,9
240:19 242:6
244:15,17,21
246:18 252:17
255:22 257:8
257:19 258:5
260:22
**Schein's** 29:21
39:15 85:10,19
89:24 94:25
106:15,19
136:9 154:6
156:9 167:9
169:3,9 172:10
173:15,21
174:9 175:2
178:17 205:24
206:23 207:5
213:14
**Schiavo** 7:9
243:9,10
**Schiavo's**
243:13

**SCHOLER** 3:13
**scope** 38:18
39:24 41:12
74:15 115:5
116:5 200:9,10
200:14
**score** 53:4,6,8,9
**Scott** 2:7 8:21
53:20
**screen** 96:19,23
150:22 151:6
**screens** 150:15
**scroll** 117:3
**scrutiny** 215:18
**search** 117:25
118:8 241:13
241:16
**searching**
241:13
**second** 29:8,9
91:6 97:19
105:8 134:24
140:5,17
141:20 145:17
161:6,7 163:2
172:6 173:4
174:20 199:23
208:14 215:13
218:16 221:8
221:17,20
227:25 230:25
239:5 261:24
**second-level**
120:1
**second-to-last**
135:18
**section** 41:12
111:2,4
**see** 10:9 28:1
38:2 41:17
46:20 47:14
54:11 59:15
62:17 88:5,13
89:22 91:9
100:7,16
105:11,17

106:7 107:6,14
108:8 109:19
111:12,15,18
113:16 114:17
115:1 117:7,25
118:18,24
119:14,19
122:15 124:8
124:13,23
125:11 127:12
128:1,12
129:10,14
130:1,7 131:1
135:22 137:13
140:10 141:5
143:18 145:23
150:19 154:1
156:21 157:4
158:7,17
160:22 161:13
162:16 163:11
164:3 165:7
166:22 168:23
170:20 171:18
172:12 173:9
173:18 175:5
178:21 179:20
180:10 183:13
184:24 185:7
187:12,17
188:5,13,21
189:10 191:6
194:8 195:1
197:17 198:3
199:16 200:2
206:19 208:22
215:20 218:2
219:20 220:21
221:14 222:8
223:20 224:18
228:23 229:8
229:24 231:25
232:17 233:9
237:6 239:15
241:25 243:17
244:4 246:15

247:9 248:13
250:8,22
251:19 252:2
254:5 255:9,14
**seeing** 37:17
153:17 183:4
192:20 251:25
**seen** 37:15 57:23
88:1 101:25
121:8 153:16
156:3 160:13
178:8 182:21
183:2 192:9
193:17 203:4,7
227:21 238:24
255:10
**sees** 116:6
**segment** 43:5,6
**self-medicate**
240:16 244:1
**self-medicated**
240:7
**self-medicating**
112:17,20,23
113:8 239:11
240:2 243:23
244:13 247:5
257:19 258:2
258:19 259:1
**sell** 18:18
**seminar** 139:8
139:12
**seminars** 48:10
48:11
**send** 44:21 45:1
166:10 239:8
243:24 247:7,8
**sending** 110:21
239:11 247:12
**sends** 145:16
228:11 246:21
**Senior** 30:22
**sent** 44:19 45:3
45:17 139:3
143:13 154:22
165:4 167:22

230:1 247:20
247:21
**sentence** 38:17
41:11 47:10,18
47:24 89:22
90:9 91:7
100:5,16
107:14 108:8
111:9,15 112:9
118:18,24
119:11 131:5
135:18 145:17
157:6 163:23
165:9 166:25
179:14,20
180:10 185:8
187:14 188:5
189:10 190:20
191:6 192:4,9
198:3 215:13
**sentences**
168:12 215:20
**separate** 17:7
26:6,9 97:7,8
128:3,5 217:17
217:20
**separated** 25:23
**September** 5:21
157:12
**Sergio** 83:21
103:21 106:24
215:6 223:2
228:12,20
230:7,8 231:22
**service** 17:16,17
25:21 26:3
27:11 28:11,19
29:1,20 30:7
30:15,25 31:5
31:13,22,23
32:1,4,6,10,17
32:21 33:1,9
33:15,19,25
34:2,7,9,24,25
35:4,9,16,19
46:16,21 52:9

68:2,25 69:1
70:1 71:21
72:20 74:16,17
76:1 77:3 93:1
93:18 96:2
102:21 135:11
136:1,24
184:16 185:10
185:15,16,23
186:2 190:22
191:10,21
192:10 204:19
207:13 262:5
**services** 1:24
3:12,22 8:7
9:10 27:17
30:23
**set** 18:9,12 23:2
23:2 186:7
265:9
**setting** 128:18
**setup** 184:12
**seven** 144:25
145:7 263:8,20
**several-year**
70:13 71:14
72:19 73:5
**severity** 238:3
**shakes** 10:21
**shape** 59:4
**Shapira** 3:8 9:9
**share** 59:17
**sharing** 59:14
59:23 60:1,2,7
60:7
**Shaun** 48:9,13
57:14 58:16
62:17,23 63:3
63:6,7,9 77:12
77:23 79:24
80:3 83:17
84:2 98:20
104:1 113:12
114:13 117:22
117:22 122:11
132:2 139:4,24

139:25 143:8
143:10,11,12
143:16 144:7
144:21,24
145:7,8,16
146:10,14
147:15 148:4
149:6 152:7
154:12 159:11
181:8 197:2
204:22 207:8,8
211:21 214:5
216:9 223:2
235:24 246:25
251:13 252:11
257:15
**Shaun's** 170:20
**sheet** 53:7,11
59:18,21 193:8
266:6,9,12,15
268:7
**sheets** 25:17
**ship** 20:19 98:23
99:7 109:24
187:4 230:5
232:15
**shipment** 38:22
40:15 89:20
173:17
**shipped** 95:13
97:1 257:8,20
**shipping** 7:6
15:18,19,22
21:18,24 22:10
41:14 42:17
47:12 99:6
174:2 239:17
244:23 255:23
257:3
**shock** 251:6
**short** 16:19,20
23:5 25:24
44:11 54:6
60:14,18 214:3
**shortcut** 114:23
**show** 155:10

229:18,21
231:3
**shows** 61:7
234:5
**shrugs** 10:21
**shy** 13:3 16:9
**side** 38:1 52:13
124:3,3 164:15
**sign** 103:6
231:15 266:8
**signature**
247:18,25
265:11
**signatures**
103:14,17,19
123:5,8
**signed** 154:16
221:1
**significant**
161:11
**significantly**
90:7
**signing** 266:10
**similar** 88:21
**sitting** 138:23
147:2 161:23
213:21
**situation** 68:20
230:15 231:19
232:3 241:20
249:14 250:6
**situations** 100:6
191:2 192:15
**six** 16:22 56:21
138:18 161:12
201:14 202:3
214:1
**size** 35:2 37:1
107:13,20
117:5,13,16
129:25 156:25
158:6,10,14
**sjones@lockel...**
2:8
**skip** 52:10 89:15
117:24 118:12

119:10 189:3
208:13
**skipped** 45:19
**slap** 239:12,21
**slip** 193:8
**SLM** 184:1
**small** 186:1
**smaller** 172:7,23
**Smith** 2:13 9:2
**Solution** 199:11
**Solutions** 3:17
**solved** 53:14
**SOM** 6:13
140:19 205:24
206:3,4,9,12
206:13,23
210:17 223:13
236:25 237:3
260:22
**SOM/KYC**
194:12,15
**somebody** 132:3
148:23 152:2
154:12
**son** 26:14
**soon** 140:18
**SOP** 40:18,23
41:1 103:2,4
104:17,19,23
105:3 106:2
115:20,22
117:14 123:16
157:21 158:9
**SOPs** 85:21
102:8,15
219:15 220:2,8
**sorry** 14:16,18
34:14 49:18
65:12 66:14
84:4 85:2
117:2 121:10
173:6 174:22
197:17 210:7
245:19 254:7
261:19
**sort** 60:5

**sorting** 227:3
**sought** 95:6
145:18
**sounds** 27:12
**space** 266:6
**span** 214:3
**speak** 10:24
59:4 175:11
**speaking** 50:3
50:10,11 181:8
**speaks** 110:10
260:18
**special** 92:19
**specific** 58:11
85:21 104:24
113:21 128:7
156:14 191:17
201:18 206:21
216:11 219:25
222:14 233:15
**specifically** 49:3
86:8 95:3
102:4 112:21
119:7 127:5
128:17 141:16
154:9 156:24
173:23 175:9
176:15 194:5
201:2 205:10
209:5 218:15
218:19 221:18
224:4,22
230:16 233:24
240:15
**specifics** 75:19
161:21 207:1
**specify** 45:16
211:20
**speculate** 255:20
**speculating**
38:13
**speculation**
132:17 261:12
**speed** 149:1
**spell** 12:6
**Spellerberg** 18:4

21:8 22:3
23:16
sperry@reeds...
2:14
spoke 250:4
spoken 161:2
spreadsheet
227:3
staff 163:8 172:9
175:2 179:17
184:12
staffing 94:9
Stan 2:13 9:1
stand 38:4
standard 40:19
47:25 135:20
136:10,21
163:9
standpoint
27:24
stands 206:9
243:19
start 11:3 12:14
17:17 26:2
29:8 117:11
145:20 146:15
165:21 246:9
259:10
started 12:2
14:3,21 29:9
43:9 73:24
74:5 77:2
140:19 241:12
starting 28:2
state 12:3 13:11
13:12 38:20
40:14 54:5,17
65:5,11,12,19
66:4 67:20
82:6 128:6,7
216:15 226:16
254:25 265:22
266:5
stated 163:9
258:21 260:5
statement

163:14
states 1:1 8:13
156:24 157:6
161:7
stating 228:17
243:25
status 199:2
stay 39:4 48:11
135:2
Steffanie-Oak
6:16,18 7:14
122:14,18,19
122:25 193:23
193:25 205:6
205:20,22
206:15 262:14
stenographica...
265:8
step 12:1 56:8,9
stipulate 235:15
stipulation
181:22 227:6
227:10
stocked 18:18
19:1
stood 58:7
stop 173:16
stored 20:3,5
24:6,9 25:14
strange 170:21
Stratton 80:2
84:6 139:5,11
139:21 149:8
246:14,18
247:3 250:3
Stratton's
249:20
Street 2:3,14,20
3:15
strike 174:10
176:3 195:20
structure 74:7
79:16
study 161:8,19
161:23
sub 209:8

subheading
220:21
subheadings
125:5
subject 1:12
6:21 7:3,6
137:8 150:5
178:20 180:25
226:22 227:1
227:13,21
228:17 234:17
266:10
subjects 102:15
submit 55:19
Subscribed
268:15
Subsequent
214:20
subset 99:12
substance 5:8
11:21 124:21
129:8 175:1,15
187:23 190:11
190:12 208:17
212:8,10 268:6
substances 6:10
13:24 19:16,23
20:3,8 22:7
23:20 24:6,22
32:12,23 33:10
33:17 38:23
40:17 41:15
42:17 45:6,9
47:12 64:18
65:14,21 66:6
67:22 81:16
82:1,14,24
83:9 84:14
90:14,18 107:5
107:9,11
112:24 116:7
117:18 129:21
129:23 144:4
155:5 158:2,3
178:19 179:1,9
179:19 180:1,7

180:15 184:14
198:2,11 199:4
199:14,21
209:13 212:16
219:17,19
222:4,5,12,13
222:18,22
231:16 239:18
240:2,8 244:2
244:22
substantial
194:11
substantially
130:5 157:1
158:15
substantive
197:19
sufficient 189:5
189:14
suggest 58:3
232:19 249:3
suggestions
149:9
Suite 1:18 2:4,10
2:15,20 3:4
summarizing
258:24
summary 6:6
203:10
supervised
19:20
supervisor
12:25 14:7,11
14:22 15:18
16:18 17:25
19:15 20:21
22:22 23:8
28:11,18 29:19
30:7,25 73:24
76:8,14,16,23
77:5,10,19
78:3 79:18,25
80:1 84:7
93:13 97:18
112:2,6 119:23
137:10 207:25

208:3 228:9
236:4
supervisors
60:11 86:20
94:7,14 136:13
149:8 152:8
supplies 19:7,10
19:10
support 6:22
28:22 70:17
93:20
supporting
71:10
supportive
70:17
suppose 81:9
sure 10:4 14:20
18:12 24:12
28:20,21 37:18
39:4 40:6,20
41:5 54:23
59:25 60:2,19
61:3 62:1,5,7
62:10,12 64:20
64:23 66:13
68:16 69:20
70:18 71:8
73:19 75:7
87:9 90:23
94:6 95:8,10
95:11 96:10,19
96:23,25 110:4
118:8 127:18
127:23 133:19
136:4 137:4,12
138:10 139:16
142:22 144:15
144:16,17
146:13 147:16
149:7,10,11
156:6 159:9,19
163:21 165:22
170:11,13
181:18,21
184:7 186:24
186:25 187:2

Highly Confidential - Subject to Further Confidentiality Review

Page 298

198:17 203:21
210:8 214:13
225:11,20
227:4 230:24
232:4 258:10
**surgery** 128:12
128:15,17
**survey** 126:2
**suspect** 152:17
**suspicious** 6:21
20:23 21:11
22:7 23:19
32:22 35:20,24
36:6,15,19,22
39:8,11,20
51:1 54:19
80:16,19,24
81:4,15,25
82:13,23 83:8
84:13,20 85:11
85:19 89:21
91:8,15 92:12
92:19 93:6
94:25 105:14
106:15,19
108:5,14
130:25 135:19
136:9,20 139:7
139:12 140:9
140:14 141:10
142:3 144:4
146:3,18 147:3
148:19 149:13
149:18,23
150:6,17 151:4
154:24 155:4
156:10,24
157:8,22
159:13 165:2,4
166:9 167:20
167:22 178:17
194:19 206:8
206:17 207:5
208:8 223:5,8
228:21 229:2
262:22

**switch** 128:22
**switches** 226:25
**sworn** 9:15
265:5 268:15
**system** 36:15,24
105:15 107:12
107:18 108:6
108:15 130:21
130:25 135:20
136:10,21
140:19 150:8
159:14 163:9
168:19 171:10
178:18 186:7
188:20 205:24
206:18,24
207:6 208:8
212:6 221:11
223:5,9,13
229:6,11,21
231:3 262:16
263:5
**system/process**
107:19 129:24
158:5
**systemic** 109:4
**systems** 36:25

─── **T** ───

**T** 154:16
**tablets** 229:6
230:20
**take** 10:12 11:11
11:13,15,17
17:18 32:7
37:13 50:8
51:14,24 60:14
87:17 99:24
101:16 105:20
120:6,24
134:11 138:7
142:19 153:7
155:21 156:18
160:6 166:18
170:3 177:8
178:1 182:20

193:10 202:22
226:9 235:8
238:17 242:20
245:20 252:22
253:15 260:20
261:16
**taken** 10:1 11:21
51:17 60:22
120:10 177:11
225:14 253:1
265:8
**talented** 10:11
10:13
**talk** 55:24 81:13
95:16
**talked** 107:16
158:24 240:14
259:8
**talking** 14:16
27:25 29:14
55:20 75:23
78:10 87:13
127:22 171:10
205:19 219:1
**task** 214:8
**tasked** 205:22
**team** 7:3 17:17
21:22 25:21
26:3 28:2,21
28:22 31:9,21
31:22,24 33:7
35:2,2,4,6,9,11
36:9,12,13,14
37:22 38:5,7
38:19 40:22
42:7 45:14
46:18,19 48:2
48:4,13,14,16
48:17,17,22
50:7,12,12
56:13 59:5,8,9
60:12 61:23,23
62:9 63:2,5,15
63:17,24 64:1
64:6,6,16 65:4
65:9,18 66:1,2

67:18,19 71:8
72:13 74:19
77:24 79:25
82:17 83:5,24
89:1 91:2
93:19,20,23
94:2 98:20
107:23 108:1
109:23 119:18
119:22 137:11
137:17 149:10
151:16,16,17
151:23 159:11
162:2,15,18
164:7 166:10
167:11 179:10
179:11 181:9
186:2 187:2
195:11,16,18
197:3,3,4
200:17 213:21
215:8,24 216:4
235:25 236:11
236:13 237:1
246:20 247:1
262:15
**teams** 46:17
74:16 236:15
236:17 262:22
**Tejeda** 83:21
103:21 106:24
204:14 228:12
232:3 234:8
**teleconference**
3:3,9,15
**telephone**
174:21,24
175:13 179:17
179:24 234:13
234:16
**tell** 10:6 75:20
120:5 162:4
241:15
**ten** 53:5 56:18
170:13 196:10
196:13 227:23

**tenure** 63:21
65:24 67:12
84:8,18 85:6,7
86:4 89:11,25
90:12,25 91:11
92:5 94:17
95:7 100:22
136:23 165:17
181:10 182:1
211:7
**term** 36:16
59:20 125:25
126:2 140:16
185:7,24
**terms** 52:14
98:13 132:9
186:9 241:22
**terror** 186:25
**Terrorist** 184:23
**test** 52:6
**testified** 9:16
102:7 124:16
193:24 261:6
**testify** 11:23
265:5
**testimony** 24:5
66:24 80:7
265:8
**testosterone**
126:16,18
127:8
**Texas** 1:18 2:10
2:15,21 8:11
265:22
**thank** 14:2
32:18 34:14
46:1 53:24
61:2 63:11
80:4 82:7 85:3
122:6 140:2
158:19 245:19
**Thanks** 91:22
251:13
**theirs** 233:6
259:25
**thing** 42:8 64:7

64:14
things 25:18
  33:4,6 36:15
  41:7 43:5,6
  50:9,9 51:10
  53:15 94:10
  171:11 205:18
  236:24
think 10:11
  11:18 14:19
  15:23 17:19,20
  25:19 31:9,19
  34:13 36:4
  39:2,2 40:2
  41:25 42:20
  44:13 48:24
  49:16 51:2
  54:8 56:17
  58:16 59:7
  60:17 68:7
  84:16 91:3
  95:2 97:3
  102:5 107:16
  109:11 115:1
  123:20 126:20
  133:3 139:23
  150:10 151:15
  151:22 154:3
  159:18,19
  161:20,21
  162:12 178:10
  193:24 203:20
  204:13 206:10
  210:1 219:2
  233:4 243:11
  244:16 248:12
  249:11 251:2
  259:22 261:6
thinking 27:21
  27:21
third 89:15
  99:24 121:25
  163:23 185:8
  187:14 197:14
  197:18 226:24
thirty 266:16

Thomas 229:5
thought 209:25
  249:9
three 13:4 30:9
  30:24 54:11
  56:21 95:23
  115:5 116:9,20
  157:7 192:3
  259:7
three-time
  219:16
threshold 36:24
  109:4 161:11
  163:6 228:22
  229:2,7,12
thresholds 163:9
  208:17
thresholds/Re...
  6:22
Thursday 1:10
time 8:8 10:25
  11:12 16:19,20
  17:21 23:6,21
  24:10,25 25:24
  26:13,23 27:9
  28:10,24 29:13
  29:20,24,24
  30:13,14 31:25
  32:3 33:2,15
  33:23 35:8
  36:7 39:7 40:1
  40:9,20,23
  41:2,23,25
  42:4,12 43:9
  43:18 45:8
  54:22 55:25
  60:20,24 61:10
  61:20,21 62:22
  62:25 63:15
  64:24 65:16,24
  67:16 68:1,21
  69:5,10,13,22
  70:5 73:21
  74:10 75:6,17
  76:11 77:1,17
  77:22,23 85:24

85:25 88:18
89:1,1 90:7,21
91:17 92:3
95:13 97:1
98:23 99:6
103:22 106:14
106:19 113:6
115:20,22
120:8,14 126:8
131:20 135:13
139:20,23
141:14,18,23
144:14 146:17
146:23 148:6
151:9 161:10
162:3,5,12,20
165:19,22
172:15,18
176:24 177:8,9
177:13 185:17
196:18 198:7
199:15 200:24
200:24 201:4,6
204:19 213:11
214:3,17
222:17 225:9
225:12,16
229:15 239:14
243:13 252:24
253:3 254:22
254:23 255:2
258:14 264:6
265:8
timeline 14:20
  31:1
timely 95:12
  96:25 97:20,24
  98:5,18 99:16
times 213:18,23
  214:2
timing 41:24
Tina 6:16
  122:14,17,19
  193:22,25
  197:4 205:6,20
  206:15

tip 59:18,21
title 28:10 30:12
  30:21 33:23
  37:20 68:18
  103:12 124:20
  125:2,4,15
  126:9 206:1,5
  206:14 207:23
  210:16,17
titled 57:9 88:10
  194:7 197:15
titles 135:3,7,8
today 11:11,24
  19:25 20:10
  27:13,15 42:5
  42:20 44:2,6
  44:12,17,23
  45:16,20 49:4
  56:16,22 61:11
  79:23,24 81:13
  81:22 82:9
  109:12 138:24
  140:13 147:2
  161:23 169:10
  171:21 186:12
  186:16 187:6
  192:8 225:5
  230:5 232:14
  256:24
Today's 8:7
told 10:4 39:25
  108:24 109:2
  196:2 201:17
Tomaselli
  235:23 254:11
  256:23
tool 55:6
Toothbrushes
  19:6
top 52:14 103:11
  126:21 129:8
  134:24 157:19
  157:25 160:18
  184:8 234:1
  251:9 254:9
topic 11:14

159:10 182:10
198:16 209:3
219:23 220:8
224:3,21
topics 51:9 52:2
  52:4 115:6
total 116:5
  218:1 245:4
Tours 16:6
towels 25:17
track 31:1
  149:22
tracked 229:21
  231:3
tracking 33:5
trained 28:22
  29:17,17
training 29:12
  32:9,14,20
  33:8 40:14
  47:16,22 48:1
  48:3,15,21
  49:4,7,11,21
  49:24 50:20,20
  50:24,24 51:4
  51:14,23 52:5
  52:8 57:6
  209:12,22
  212:15,20
  213:18
transcribe 10:14
  10:23
transcript 265:7
  266:17,18
transcription
  268:5
transfer 16:25
  23:6 26:14
transition 60:14
trapped 215:19
treat 244:17
treating 113:14
  113:19 114:7
tripped 258:2
trucks 21:23
true 163:14,17

**trusted** 137:17
**truth** 265:5,5,6
**truthfully** 11:24
**try** 10:20 11:5
  11:13 48:14
  89:3 95:25
  114:23 144:22
  149:1 196:20
  250:16 251:17
  251:21 252:19
**trying** 70:18
  91:23 133:7,19
  152:11
**TSM** 38:4,5
**TSMs** 38:1
**turn** 105:8
  128:23 131:12
  140:5 157:17
  184:8 188:10
  199:10 218:22
  262:2,9
**turning** 227:25
**twice** 202:5
**two** 26:21,23
  30:9,24 43:20
  46:6 49:16,20
  67:8 91:4 97:3
  97:8 126:14
  136:17 140:13
  152:18 173:2
  173:11 192:3
  196:18 223:6
  223:14 226:18
  226:23 263:21
**two-page** 37:12
  138:6 142:14
  155:18 177:24
**type** 42:8 43:7
  52:5 57:4
  100:14 101:2
  152:6
**types** 25:13
  32:25 35:10
  53:15 157:7
  191:1 192:15
**Typically** 259:3

**U**

**U.S** 5:20 6:2
**uh-huh** 21:19
  37:11 47:1,15
  54:14 56:3
  59:16,19 62:15
  62:18 67:5
  73:17 78:6
  79:19 89:23
  91:10 96:12
  97:2 98:15
  100:1,8 102:23
  106:8,10
  107:15 114:18
  122:13 131:6
  135:14,17
  136:19 139:9
  139:15 140:4
  141:25 143:21
  145:2 153:21
  154:15,18
  156:20 157:3
  157:24 159:1
  161:14 164:16
  166:24 167:18
  168:24 171:2
  171:19 172:13
  173:19 177:23
  183:20 185:13
  191:5 194:1
  200:13,21
  208:25 209:9
  210:10 215:11
  218:3 222:1
  228:16,24
  229:25 230:13
  231:5 234:14
  241:1,6 243:21
  247:10 248:8
  249:17 250:14
  250:19 251:8
  258:15,15
  259:12
**uh-huhs** 10:20
**undated** 261:7
**undergoing**

200:18
**underline**
  124:10
**underneath** 55:6
  135:6 173:2,12
**understand**
  50:14 52:12
  54:24 62:10
  64:20 79:5
  91:24 96:20
  132:24 133:9
  138:20 140:2
  151:1 181:14
  181:16 198:18
  203:21 211:1
  214:13,14
  227:24 255:12
**understanding**
  30:3 42:11
  58:18 109:3
  118:7 127:1
  137:13 143:22
  144:6 145:25
  159:3,4,15
  194:15 201:3
  201:19 227:20
  228:25 229:12
**Understood**
  47:5 52:24
  79:15
**underwriters**
  217:25 218:7
**United** 1:1 8:13
**University** 13:11
  13:13
**unreliable** 227:7
**unusual** 37:1,1,1
  107:13,19
  129:25 156:25
  157:2 158:5,10
  158:14,16
  230:19 231:6
**update** 50:8
  88:25 89:3
  207:4
**updated** 90:3

**updates** 89:1,12
**updating** 89:7
**upper** 220:13,14
  221:10
**UPS** 187:3
**upset** 250:24
**upset/mad** 250:6
**upsetting** 250:17
**urgency** 126:5
**use** 19:8 44:2,6
  48:16 98:20
  125:24 169:3
  180:9,16
  185:19 222:3
  244:3 255:6
  256:20
**uses** 187:11
  244:24
**USPS** 187:3
**usually** 51:9
  52:4 53:4
  68:16,19
  215:16
**utilize** 141:1
**utilizing** 140:15
  141:9

**V**

**V** 19:24
**vague** 85:16
  132:17 133:1
**vaguely** 138:18
**valid** 187:1,4
**validate** 99:5
**validation**
  188:19
**variables** 98:2
**varying** 194:24
**vault** 24:13,14
  25:6
**vendor** 17:9
  25:3
**verbal** 10:14
**verbatim** 265:7
**verification** 5:6
  56:8 71:24

76:12 83:24
  88:11 89:7,12
  93:20 148:17
  162:1 164:6,6
  165:14 166:10
  175:11 176:2,7
  179:23 182:1
  187:19 189:8
  189:22 190:1
  195:18 200:12
  207:24 210:13
  214:7 215:24
  216:4 217:25
  218:6 236:14
  236:16,17
  237:9 260:13
**verifications** 5:4
  36:9,12,13
  37:21,22 38:19
  38:25 40:8,13
  41:3 42:13,14
  42:15 43:2
  46:17 47:6,22
  48:5,20 50:1
  50:14 56:13
  59:5,18,21
  61:5 62:13
  63:2,5,14,17
  63:21,24 64:17
  64:15 65:3,17
  66:1,2 67:17
  67:18 69:9,24
  70:4,8,15 72:6
  72:13 73:22,25
  74:6,7,19,22
  74:23 75:1,8
  75:24 76:2,6
  76:23 77:8,20
  78:4,14 80:9
  80:22 81:24
  82:4,11,17,21
  83:4,6 84:9,11
  85:9,23 86:5,7
  86:11 88:19
  89:11 90:1
  91:12,21 92:2

Highly Confidential - Subject to Further Confidentiality Review

92:6,9 93:2,4
93:24 94:1,2
94:24 95:6
98:10,14,16
99:9,13,18
100:23 102:6,9
107:25 109:18
109:23 110:7
110:19,23
111:6,21 112:7
118:22 119:1,3
119:17,21
120:2 148:1
149:5 151:5
162:15 167:4
167:10 172:9
172:14 174:13
175:2 179:10
180:21 181:11
181:13 183:22
190:15,17,23
191:10,24
192:11 195:11
195:16 207:13
207:20,25
208:3,18
209:11,20
210:5,14,23
211:2,8,10,17
212:3,13 213:1
216:18 218:13
219:7 220:13
220:14 221:10
222:3,17
228:10 230:9
232:9 233:8,20
236:5,7,12
246:20 247:2
260:1 262:6,14
**verifications'**
233:13
**version** 41:1
55:8
**versus** 132:21
242:1
**veterinarian**

100:25
**veterinarians**
30:4
**veterinary**
100:11
**vetting** 186:6,10
186:16,21
187:8
**vice** 27:16 30:22
45:24 47:3
68:10
**video** 8:10
**videographer**
3:20 8:3,6 9:4
10:10 60:20,24
120:8,14 177:9
177:13 225:12
225:16 252:24
253:3 264:6
**Videotaped** 1:17
**violates** 240:21
**virtue** 198:9
**vis-?-vis** 233:21
**visibility** 150:14
150:15
**visit** 6:8 248:20
261:24
**visits** 182:3
**volume** 31:11
**vulnerability**
198:8
**vulnerable**
197:24 199:1

_____
**W**
_____
**W** 2:19
**walk** 10:3
112:12
**Walmart** 3:6 9:7
**want** 11:6,13
49:18 52:12
61:4 66:14
96:19 112:12
127:2,6 133:18
133:21 142:16
181:18 203:21

226:16 235:17
237:3 247:6
251:17 255:20
259:7
**wanted** 26:2
83:13,23
106:18 113:10
114:11 117:20
150:12 162:15
215:3 222:25
257:13
**wanting** 90:22
**wants** 260:11
**warehouse** 16:5
16:14 17:8,9
22:15 23:3
25:4,5,7,8,9,10
25:14
**warrant** 184:21
**Washington** 2:4
**wasn't** 24:17,18
42:2,3 93:11
175:24 258:1
**watch** 184:23
186:25
**way** 94:8 110:5
129:6 152:1
164:14 166:7
181:16 211:14
252:1 258:22
**we'll** 11:10,13
11:15 16:12
27:7 53:23
70:12 155:12
264:3
**we're** 60:1,2
75:7 87:13
95:9,10 96:10
96:23 98:11,22
99:4,4 118:10
120:17 219:1
**we've** 31:18 42:6
42:7,9 44:13
171:20 203:20
204:13 225:18
259:8

**website** 134:7
**weeks** 25:25
26:21,23
**weight** 126:16
126:18 127:4
**went** 23:2 68:9
131:15 156:12
250:16,21
251:1 254:20
255:1 261:2
**weren't** 26:15
93:5,7
**West** 3:15
**wheel** 79:3
**wide** 41:23 52:3
**wife** 26:11,12
**Wilding** 236:2,3
**Williams** 261:23
**witness** 8:23
34:16 60:19
85:2 87:15
137:20 152:20
155:11 158:22
162:23 169:15
225:20 226:15
227:15,18
234:21 265:11
265:11 266:1
**word** 119:1
125:21 136:5
185:11,19
210:8
**work** 48:12 57:2
57:3,16,21
58:3,13 105:21
137:6 250:17
251:17,22
252:19
**worked** 25:11
27:22 28:3
42:7 136:3
148:4 216:9
**workgroup**
172:8,23
**working** 136:6
147:15 197:3

**worth** 86:2
133:17
**wouldn't** 49:8
57:25 64:11
126:6 251:6
**wrist** 239:12,22
**write** 249:18
251:13
**writes** 143:16
146:15 228:20
231:2,21
232:13 233:3,3
239:6 243:16
247:3 254:11
254:13,14
256:7 259:21
**writing** 80:8
106:16,20
247:7
**written** 53:16
56:23 81:5
88:15 261:8
**wrote** 42:1
246:5 249:15
260:7 262:14
263:3

_____
**X**
_____

_____
**Y**
_____
**yeah** 15:2 29:14
32:19 38:16
39:5 51:7 52:9
55:2 57:6,23
59:1 60:18
62:12 68:8
69:12 71:2
77:16 78:6,8
78:24 81:19
83:11 87:12
88:5,6,6,9
92:18,21 95:21
96:18 100:8
102:13,25
103:7,10 105:7
108:16 109:20
110:4 115:21

115:23 116:22
118:25 119:20
124:9,18 126:7
128:14,21
129:1 132:1,5
132:12 136:4
138:18,22,25
138:25 139:2
141:6 142:19
143:11 144:15
144:20 145:4
145:24 146:5
147:1 148:3,14
148:25 151:2
151:22 152:5
152:14,14,16
153:18 157:17
159:6 162:19
164:12 168:10
168:14 169:25
170:24 171:19
171:22 172:20
174:24 177:7
181:23 183:14
183:17 186:17
186:18 196:23
201:11,20
202:21 205:13
207:17 208:12
210:16 216:7
218:19 230:24
231:1 233:17
238:6 241:18
242:7 246:4,12
247:22 254:8
254:10 255:14
255:19 256:3
256:22 258:23
261:13,21
year 14:12,13
15:2,9,18,23
16:9,11 17:14
31:2 36:3
46:11,12,25
49:16 50:8
51:18,20,24

63:19 75:7
78:7 161:8
201:8,12
year's 161:10
years 13:4 30:9
30:9,24 31:17
31:20 34:10
44:14 46:21
58:7,20 67:2,4
67:8,11 70:11
138:18 162:11
170:13 196:10
196:13,16,22
207:21 208:5
227:23 239:1
246:4 263:8,20
Yep 153:12,15
155:20 156:22
163:21 197:22
246:16
yesterday 46:3
47:2 68:11,12
York 3:16,16
29:5 30:17
35:5 74:18,20
75:4

Z
Zeno 3:14 9:11
zeno.houston...
3:14
zero 228:21
229:2,6,12

0
00386879
169:24
00404228 87:5
00499371
202:20
01 7:9
03 7:12
06 5:18
070 7:10

1
1 5:4,12 37:4,6

37:10 41:11
52:11 61:7
76:7 135:10
220:24 232:14
1:17-MD-2804
1:4
10 6:6 159:22,24
160:4 167:17
168:11
10,000 254:20
256:8
10:08 60:21
10:08?a.m 60:22
10:30 60:25
10:30?a.m 60:23
1001 2:4
10019-1710 3:16
101 5:8
11 6:7 169:17,19
169:23 175:18
206:2
11:45 120:9
11:45?a.m
120:10
1100 2:20
11th 203:11
12 6:9 177:16,18
177:22
12:37 120:15
12:37?p.m
120:11
120 5:11
126 246:11
127 7:12 246:10
13 6:12 34:10
46:21 67:4
182:11,13,17
260:21,21
261:19,20
134 5:14
137 5:15
14 1:10 5:2 6:15
8:2 67:11
192:23,25
193:5
14- 67:15 69:9

142 5:18
14th 8:8 241:3
15 5:16 6:18
44:12 67:2,11
202:13,15,18
262:9,10 263:8
263:14
15-year 66:25
67:15 69:10
152 5:20
15219 3:11
155 6:2
159 6:6
16 6:20 44:12
222:4,11
225:22,24
226:4 259:11
259:16 261:17
261:18,22
263:9,17
169 6:7
16th 183:11,21
261:8
17 6:18 7:2
34:19 234:23
234:25 235:4
1700 2:15
177 6:9
17th 170:15
172:2 263:15
18 7:5 61:7
238:8,10,14
180 5:22
182 6:12
18th 170:16
172:2
19 7:8 242:10,12
242:16
192 6:15
193 5:13 120:23
19704 226:7
198 111:3
199 111:4
1992 12:16 14:4
1998 5:7 88:3
19th 265:23

2
2 4:2 5:6 86:22
86:24 87:4
99:25 126:21
135:16 163:4
183:10 208:13
208:14,15
221:7 261:10
261:16 262:13
2:00 177:10
2:00?p.m
177:11
2:16 177:14
2:16?p.m
177:12
20 7:11 32:5
43:24 44:7
245:9,11,15
268:16
20004 2:4
2000s 36:4 49:15
2002 161:8
2003 31:14 34:3
2003-ish 162:8
2005 160:17
161:25 162:11
163:14 168:2
2006 5:21 34:11
153:18 154:6
2007 6:4 155:2
157:12 158:13
171:25 183:5
228:8,13 230:2
231:14 232:8
259:16 263:18
20070 242:19
2008 108:3,22
108:25 130:22
170:16 172:3
172:17 179:3,6
2009 183:11,21
185:3 186:19
188:8 189:1,16
261:8,22
2010 49:15
2011 241:3

Highly Confidential - Subject to Further Confidentiality Review

Page 303

243:24 244:8
**2012** 5:9,16 7:9
102:4,20 103:5
103:22 105:24
113:6 116:13
117:14 121:9
121:12 126:11
131:20 141:24
157:21 166:5,8
167:8 168:2
169:2 196:15
254:20 255:16
255:17 256:3,3
256:6,9
**2014** 6:19 7:12
43:17 44:8,8
55:5 56:1,19
61:22 65:1
203:8 204:3,9
206:2 207:10
207:18,22
210:18 215:23
246:17 247:11
250:4 262:11
263:15
**2016** 5:12 7:15
34:13,19
121:13 122:24
126:11 131:21
**2017** 143:14
144:8 145:9
146:1,14 148:8
148:12
**2018** 5:18 144:9
144:14 145:7
**2019** 1:10 5:2
8:2,8 265:23
**202** 2:5 6:18
**204** 5:10 101:15
**206** 164:24
168:13
**209** 6:6
**21** 7:13 230:2
253:6,8,12
**212** 3:16
**214** 2:11

**21782** 138:7
**218** 6:11 177:25
**2200** 1:17 2:9,10
**225** 6:20
**228** 5:7
**232-5504** 2:5
**234** 7:2
**238** 7:5
**23rd** 143:14
**242** 7:8
**245** 7:11
**25** 35:8
**250** 3:15
**253** 7:13
**26** 7:14 246:12
**265** 4:8
**2668** 238:15
**267** 4:9
**268** 4:10
**269** 4:11
**27** 5:21 6:4
157:12 245:18
245:19
**27th** 171:14,25
**2800** 1:18
**2804** 1:3

**3**

**3** 5:8,9 101:8,10
101:14 103:1
103:12 107:2
121:17,21
122:4 123:25
124:5 125:8
126:19 127:25
129:5,5,7,20
130:22 131:21
132:21 136:18
145:16 157:14
157:16,17,19
157:20,21,25
163:23 166:18
166:20 184:8
217:23
**3:22** 225:13
**3:22?p.m**

225:14
**3:35** 225:17
**3:35?p.m**
225:15
**30** 58:20 265:11
266:16
**31** 5:12
**31,000** 243:23
244:7
**31st** 121:13
**325** 3:4
**35th** 3:10
**368** 215:10
**37** 5:4
**371** 6:19
**373** 6:14
**386875** 170:1
**386879** 170:2
**387180** 153:6
**3rd** 105:23
250:4

**4**

**4** 5:11 100:9
120:13,21
121:7,15,20,24
122:4,8 123:5
123:12,16,19
123:21,25
124:19 125:9
127:11 128:23
128:25 129:2,4
129:4,12 130:3
130:8,11,15
131:3,12,21,25
132:21 136:18
218:23 219:13
220:21 262:2,3
**4:12** 252:25
**4:12?p.m** 253:1
**4:31** 253:4
**4:31?p.m** 253:2
**4:45** 264:7,10
**40%** 194:24
**401** 2:3
**404080** 155:19

**404373** 182:18
**412** 3:11
**4228** 89:17
**43215-2673** 3:5
**45** 52:4
**46126** 245:17
**469-3842** 2:16
**469-3939** 3:5
**471-3490** 3:11
**499369** 219:14

**5**

**5** 5:7,14 124:6
133:25 134:2,6
164:22 167:17
168:12 223:4
**514** 5:19 142:15
**55th** 3:15

**6**

**6** 5:15 131:12,14
137:22,24
138:4 162:11
166:20 223:17
**60%** 194:23
195:5,23
**600** 3:4
**614** 3:5
**646-1392** 2:21
**668** 7:7
**670** 5:5

**7**

**7** 4:3 5:18 142:6
142:8,14
148:13 162:11
**7/9/2020** 265:22
**704** 6:23
**713** 2:16,21
**740-8000** 2:11
**75201-6776** 2:10
**76** 173:4
**77002** 2:21
**77002-6110** 2:15
**782** 5:17

**8**

**8** 5:20 152:22,24
153:4
**800** 38:14 52:19
**811** 2:14,20
**836-8000** 3:16
**86** 5:6
**877.370.3377**
1:24
**879** 6:8
**899** 7:15 253:14

**9**

**9** 4:6 6:2 155:14
155:18 171:20
172:4 224:15
**9:07** 1:18 8:2,9
**917.591.5672**
1:24
**96** 26:8
**98%** 99:1,2,3
**9th** 2:3 263:18