# PD11
# Exhibit A

Page 1

1              IN THE UNITED STATES COURT
2               NORTHERN DISTRICT OF OHIO
3                     EASTERN DIVISION
4               ~~~~~~~~~~~~~~~~~~~~
5   IN RE:  NATIONAL PRESCRIPTION
6   OPIATE LITIGATION                    MDL No. 2804
7                                        Case No. 17-md-2804
8                                        Judge Dan Polster
9   This document relates to:
10  The County of Summit, Ohio, et al.,
11  v.  Purdue Pharma L.P., et al.,
12  Case No. 1:18-OP-45090 (N.D. Ohio)
13  _____/
14
15
16        VIDEOTAPED DEPOSITION OF DARIN C. KEARNS
17            December 05, 2018, at 9:00 a.m.
18                     Akron, Ohio
19
20
21
22
23  Reported by:
24  Anne E. Vosburgh, CSR-6804
25  Job No. 3150798

Page 246

1  Q. So the extension that you sought
2  in 2017, that was to utilize the unspent
3  money that did not carry over from those
4  years, 2013 to 2017, correct?
5  A. Yes, that is correct, so we could
6  utilize the unspent grant funds from previous
7  years.
8  Q. What was that extension
9  request -- what did that entail?
10  A. My responsibility was essentially
11  to calculate the unspent grant amount. That
12  was the extent of my responsibility.
13  Q. Did you participate in drafting
14  any forms or submissions for that extension?
15  A. No, I did not.
16  Q. Do you know who was responsible
17  for putting together the package for that
18  extension?
19  A. I believe Kevin Brown was
20  responsible for putting together that packet.
21  Q. And what was Kevin Brown's title?
22  A. I don't know.
23  Q. Do you know what department he
24  was in?
25  A. I believe he works in quality

Page 247

1  improvement -- worked.
2  Q. He's deceased now, correct?
3  A. He is.
4  Q. And when did he pass away? Do
5  you know?
6  A. No. I want to say 2017, but I
7  don't know when.
8  Q. Now, the extension request was
9  submitted, to your knowledge, in 2017,
10  correct?
11  A. Yes. So Kevin probably passed in
12  2018, but I'm a little foggy on that.
13  Q. I'm not going to hold you to
14  that.
15  Do you know whether or not SCCS
16  received the approval for the extension
17  request?
18  A. Yes, we did.
19  Q. You did.
20  When did you receive that
21  approval?
22  A. I don't recall specifically when
23  we received it, but it was late 2017.
24  Q. The extension request, is that
25  different than what I've seen referenced as a

Page 248

1  Regional Partnership Grant 4?
2  A. I don't know.
3  Q. You don't ever recall hearing
4  that, a regional partnership grant?
5  A. I think the STARS grant was
6  referred to that. That RPG4 sounds familiar,
7  but I'm not certain.
8  Q. The $485,000 carryover funds,
9  have those been incorporated into -- were
10  those incorporated into the budget for 2018?
11  A. Yes, they were.
12  Q. Was SCCS already supposed to
13  get -- were they already awarded grant money
14  for 2018 under the five-year period of the
15  original grant approval?
16  A. Were we supposed to get money in
17  '18 under the original? Is that the
18  question?
19  Q. Right. The grant was set to
20  expire in 2017; is that right?
21  A. The grant was set to expire in
22  2017. We knew that we had made the request
23  to expend the unused funds, so because of the
24  budgetary process that, you know, we've
25  discussed earlier, if we don't budget for it,

Page 249

1  then we can't spend it. So we went ahead and
2  added it into the 2018 budget, really before
3  we knew whether or not we were going to
4  receive the extension.
5  (Summit County Children Services
6  2018 Budget, Bates
7  SUMMIT_000990286 through
8  SUMMIT_000990324, marked as
9  Deposition Exhibit 9.)
10  BY MS. HIBBERT:
11  Q. I'm going to show you what I'm
12  marking as Exhibit Number 9.
13  A. Thank you.
14  Q. Do you recognize that document?
15  A. Yes, I do.
16  Q. This is the 2018 budget, for the
17  record, Bates Number 990286.
18  Did you take part in the
19  preparation of this document?
20  A. Yes, I did.
21  Q. Turning to page 19 of the 2018
22  budget marked as Exhibit 9 -- let me know
23  when you're there.
24  A. I am.
25  Q. The STARS grant revenue budget

63 (Pages 246 - 249)

Page 362

1  Mr. Kearns. And I'm sorry about your
2  brother-in-law.
3      MS. HIBBERT: We can stay on the
4  record for my part, and I don't need
5  opposing counsel in the room for this.
6      I disagree with the objection and
7  the basis of the objection raised by
8  opposing counsel. It's not appropriate.
9      It's not appropriate to instruct
10 your witness not to answer when there's
11 no privilege objection or privileged
12 information on the table or being asked
13 about. And we will file a motion on
14 this issue.
15     Thank you.
16     THE VIDEOGRAPHER: Off the
17 record?
18     MR. HALLER: All set.
19     THE VIDEOGRAPHER: Off the
20 record, 6:47.
21     (Time noted: 6:47 p.m.)

Page 363

4      Whereupon, counsel was requested to give
5  instruction regarding the witness's review of
6  the transcript pursuant to the Civil Rules.

9      SIGNATURE:
10     Transcript review was requested pursuant
11 to the applicable Rules of Civil Procedure.

14     TRANSCRIPT DELIVERY:
15     Counsel was requested to give
16 instruction regarding delivery date of
17 transcript.

Page 364

1           C E R T I F I C A T E

3      I, ANNE E. VOSBURGH, Certified Shorthand
4  Reporter, Registered Professional Reporter,
5  Certified Realtime Reporter, and Notary
6  Public, hereby certify:
7      That DARIN KEARNS was duly sworn by me,
8  an authorized Notary Public, and that this
9  deposition is a true and correct record of
10 the testimony given by such witness to the
11 best of my knowledge and ability.
12     I further certify that I am not related
13 to any of the parties to this action and that
14 I am in no way interested in the outcome of
15 this matter.
16     In witness whereof, I have hereunto set
17 my hand this day, December 10, 2018.

20 Anne E. Vosburgh, CSR-6804, RPR, CRR

Page 365

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

December 10, 2018

To: Michael J. Pendell

Case Name: In Re: National Prescription Opiate Litigation v.

Veritext Reference Number: 3150798

Witness: Darin C. Kearns    Deposition Date: 12/5/2018

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department

NO NOTARY REQUIRED IN CA

92 (Pages 362 - 365)