# PD7 Exhibit 2

Declaration of Dr. Sherry Glied

1.      I am a health economist.  I am the author of two books and over 180 articles on health economics and health policy and I am a co-editor of the Oxford Handbook of Health Economics.  I am currently Dean of the Robert F. Wagner Graduate School of Public Service of New York University.

2.      I am an elected member of the National Academy of Medicine and the National Academy of Social Insurance.

3.      I served in the U.S. government as Assistant Secretary for Planning and Evaluation (ASPE) in the administration of President Barack Obama, and as a Senior Economist on the Council of Economic Advisers in the administrations of President Bill Clinton and President George H.W. Bush.  I also served as a member of the Federal Commission on Evidence-Based Policymaking.  My curriculum vitae appears in Attachment A.  My hourly rate of compensation in this matter is $800.

4.      Through my experiences as ASPE and as a member of the Commission on Evidence-Based Policymaking, as well as through my expertise as a scholar of simulation modeling, I am an expert in the assessment of scholarly research for the purposes of drawing policy conclusions, including around forecasting and the use of addictive substances.

5.      I have been asked by counsel for the Plaintiffs to review the report submitted by Professor Rosenthal on March 25, 2019,[1] and offer an opinion as to the appropriateness of her methodology.

6.      I have reviewed Professor Rosenthal's report and selected reports of the opposing experts.[2]  I have also reviewed the principal papers that they rely on in their reports.  A listing of the materials that I have reviewed in the preparation of this declaration appears in Attachment B.

7.      Professor Rosenthal's analysis seeks to assess the contributions of (aggregate) pharmaceutical company marketing, some or most of which may have been deceptive (depending on the evidence

---

[1] Expert Report of Professor Meredith Rosenthal, *In Re National Prescription Opiate Litigation*, MDL No. 2804, Case No. 17-md-2804, United States District Court for the Northern District of Ohio, Eastern Division, March 25, 2019.

[2] Expert Report of Laurence C. Baker, Ph.D., May 10, 2019 (hereafter Baker Report); Expert Report of Pradeep K. Chintagunta, Ph.D., May 10, 2019 (hereafter Chintagunta Report); Expert Report of Professor Iain Cockburn, May 10, 2019 (hereafter Cockburn Report); Expert Report of Henry Grabowski, Ph.D., May 10, 2019 (hereafter Grabowski Report); and Expert Report of Professor Margaret K. Kyle, May 10, 2019 (hereafter Kyle Report), all *In Re National Prescription Opiate Litigation*, MDL No. 2804, Case No. 17-md-2804, United States District Court for the Northern District of Ohio, Eastern Division.

presented by the Plaintiffs), to the prescribing of opioid drugs in general.  Professor Rosenthal explicitly does not assess what portion of marketing was or was not deceptive, either in aggregate or for a particular firm.

8.      In my professional opinion, the approach Professor Rosenthal has taken to this problem is reasonable and appropriate.

9.      Professor Rosenthal conducted a triad of linked analyses that should be assessed together.  Her main "direct" analysis is better understood in light of the two "indirect" analyses she subsequently conducts, which show that plausible explanations for changes in opioid prescribing other than marketing and promotion can explain only a small fraction of the rise actually observed.  The first analysis suggests that marketing and promotion activities account for about 67% of the level of prescribing observed in 2016.  The second analysis suggests that marketing and promotion activities, beyond better control of pain, account for about 93% of the level of prescribing observed in 2016.

10.     To reach these conclusions, in her first indirect analysis, she examines to what extent changes in the social and economic environment (such as changes in the economy and in insurance coverage) other than marketing and promotion practices explain the increase in opioid prescriptions over this period.  To do this, she uses a very standard method that has been applied in many other contexts, making conservative assumptions.  This model assumes that, but for changes in marketing and promotion, prescribing rates would have grown based on changes in a set of very plausible included variables.  Consistent with the findings in this analysis, several of the studies that opposing experts point to suggest that changes in prescribing patterns for a broad array of drugs are largely a consequence of changes in marketing and promotional practices.[3]

11.      Opposing experts do not identify available variables that could be added to the included list that would be likely to have much effect on the size of the residuals from this analysis (i.e., on the share of prescribing that cannot be attributed to factors other than marketing and promotion).  Those they do identify (such as changes in insurance coverage generosity or increased rates of cancer survivorship or

---

[3] S. Kremer, T. Bijmolt, P. Leeflang, and J. Wieringa, "Generalizations on the effectiveness of pharmaceutical promotional expenditures," *International Journal of Research in Marketing*, 25, 2008, pp. 234-246; B.T. Shapiro, "Positive Spillovers and Free Riding in Advertising of Prescription Pharmaceuticals: The Case of Antidepressants," *Journal of Political Economy*, 126(1), 2018, pp. 381-437; S.R. Majumdar, F.A. McAlister, and S.B. Soumerai, "Synergy between publication and promotion: comparing adoption of new evidence in Canada and the United States," *The American Journal of Medicine*, 115(6), 2003, pp. 467-472; S.R. Majumdar and S.B. Soumerai "Why most interventions to improve physician prescribing do not seem to work," *Canadian Medical Association Journal (CMAJ),* 169(1), 2003, pp. 30-31.

disability rates) are likely highly correlated with the included variables (uninsurance, cancer deaths, and the employment-to-population ratio, respectively), so they would not be expected to substantially change the prediction of the time trend.

12.     The second indirect analysis examines how much opioid prescribing might have grown to treat undertreated pain.  Professor Rosenthal points out that the prevalence of conditions associated with untreated pain has been declining over time, and that all patients with these conditions constitute at most a tiny fraction of the share treated.  Some opposing experts argue that additional conditions should be added to the list Professor Rosenthal considers.  I cannot speak to the clinical appropriateness of expanding the list, but note that the fraction explained by untreated pain is so small that, even were this list to double, it would amount to a very small proportion of the actual cases.

13.     Professor Rosenthal's preferred analysis is her direct analysis, which is very conservative in light of these indirect analyses – that is, it attributes a much *smaller* share of prescribing to promotion and marketing than do these highly plausible indirect analyses.

14.     Her direct analysis asks:  How closely do patterns of detailing come to describing the aggregate pattern of prescribing?  She uses a time series model to estimate this effect.  Her model is specified with endogenously determined break points, so that the effect of marketing on opioid prescribing can vary over time.  This is an approach that is consistent with much forecasting practice across many fields of economics.  The time-series specification Professor Rosenthal uses is explicitly designed to provide the closest possible match between the flow and stock of marketing contacts and prescriptions.  It does not purport to relate the behavior of any single manufacturer to the number of MMEs prescribed by a particular doctor (although she does later present modifications to the model in the event the evidence is found lacking against a particular manufacturer).

15.     The various opposing economists raise a range of different objections to this analysis.  Notably, there is limited overlap among their critiques.  There are multiple acceptable approaches to modeling;[4] scholars have preferences about these choices and are adept at pointing out minor flaws in modeling choices that they don't like.  At the same time, there is ordinarily broad agreement about what constitutes a serious error.  Across the opposing experts, only a very few issues are identified consistently.  In my discussion below, I focus on these issues.

---

[4] D. Remler, J.G. Zivin, and S. Glied, "Modeling Health Insurance Expansions: Effects of Alternate Approaches," *Journal of Policy Analysis and Management*, 23(2), 2004, pp. 291-313.

16.     One objection raised by the opposing experts is that Rosenthal's aggregate time series analysis does not assess the individual contributions of each producer, including the marketing strategies of these producers and the possibility that pharmaceutical marketing had the intent of brand substitution. These questions have been of interest in the pharmaceutical marketing literature, including that referenced by the opposing experts.  This is not surprising – economists and manufacturers are interested in the question of how much return is obtained from a firm's own marketing dollars.  But it is, correctly, not the question that Professor Rosenthal addresses.  Rather, the relevant question here is: How much did the detailing (or marketing) of drugs in class X affect the number of prescriptions written for all opioids – that is, for *the entire class of drugs* X?  For Rosenthal's question, parsing how much of a drug's detailing was intended to generate brand substitution is irrelevant.  The question is how much all detailing and marketing contributed to the growth of overall opioid prescribing.

17.     Most of the studies cited by the opposing experts were deliberately intended to isolate the effects of a *particular* brand's marketing on the use of *that* brand.  To achieve this, many of the studies include time-specific parameters or time trends (e.g., Mizik[5]).  The inclusion of such time trends removes the effect of aggregate marketing across a class of drugs from the effects of brand-specific marketing. Professor Cockburn, in the analysis included in his opinion, likewise includes year fixed effects in his analysis of marketing in Ohio.  By contrast, Professor Rosenthal appropriately allows the effects of marketing across brands to affect growth in the overall use of the class of drugs.  This modeling choice is consistent with the literature cited by all experts showing that, in the absence of marketing, there is little growth in the use of drugs.[6]

18.     This emphasis on the role of marketing in affecting the demand for an entire class of drugs is also consistent with the literature cited by the opposing experts that the relationship between marketing and prescribing is highly variable across classes of drugs.[7]  The case of opioids is one in which there was potential for class-wide growth – the claim here is that *indications for treatment* were themselves very much affected by marketing.  That makes it quite different, for example, from the often-cited paper by Datta and Dave, which finds that marketing affected only brand choice and not

---

[5] N. Mizik and R. Jacobson, "Are Physicians 'Easy Marks'? Quantifying the Effects of Detailing and Sampling on New Prescriptions," *Management Science*, 50(12), 2004, pp. 1704-1715.

[6] For example, see Shapiro, *op. cit.*

[7] For example, see Kremer, *et al.*, *op. cit.*

class-wide sales.[8]  Datta and Dave's study examines the marketing and use of an anti-viral herpes drug –
a case where the potential size of the market is highly limited and likely virtually all potential patients
were treated with a drug prior to the introduction of the newly-marketed drug.  As they write, they are
studying whether marketing "can influence physicians to prescribe the advertised drug *in lieu of*
alternate generic or branded drugs in the same therapeutic class" (italics added).[9]  Similarly,
Chintagunta, *et al.*'s theoretical model and their analyses of Cox-2 inhibitor diffusion (both cited by
several opposing experts) assume that market size is fixed.[10]  Rosenthal's analysis, by contrast, is,
appropriately, directly focused on estimating the effects of promotion on market size for the class of
drugs.

19.     A second, related objection raised by several opposing experts is that Rosenthal does not
consider individual physician characteristics in her analysis. The literature indicates that physician
characteristics influence marketing decisions and prescribing decisions.  That is, physician characteristics
help determine which doctors are visited by detailers, for example.  Again, however, this critique is
irrelevant to Rosenthal's question, which is about the effects of marketing and promotion on class-wide
growth, regardless of which specific physicians were prescribing.

20.     A third issue that is flagged across several of the opposing expert reports[11] is that Rosenthal
finds that the depreciation rate on drug marketing is negative, a result that, according to these experts,
is at odds with the existing literature on the depreciation rate for pharmaceutical marketing.  Here too,
the criticisms are off the mark in this situation.  Depreciation rates estimated in prior analyses have
measured the depreciation of the effect of a brand's prior marketing on its current sales. To isolate this
effect, some studies control for prior period prescribing of the drug, or estimate models in first
differences, to separate the effects of the stock and flow of advertising from the effects of persistence in

---

[8] A. Datta and D. Dave, "Effects of Physician-Directed Pharmaceutical Promotion on Prescription Behaviors:
Longitudinal Evidence," *Health Economics*, 26, 2017, pp. 450-468.

[9] *Ibid.*, p. 453.

[10] P.K. Chintagunta, R. Jiang, and G.Z. Jin. "Information, learning, and drug diffusion: The case of Cox-2
inhibitors," *Quantitative Marketing and Economics*, 7(4), 2009, pp. 399-443.  See also, P.K. Chintagunta, V. Kadiyali,
and N.J. Vilcassim, "Endogeneity and simultaneity in competitive pricing and advertising: A logit demand
analysis," *The Journal of Business*, 79(6), 2006, PP. 2761-2787.

[11] Chintagunta Report, ¶¶ 125-130; Cockburn Report, ¶¶ 42-52; Grabowski Report, ¶¶ 88-94; Kyle Report, ¶¶ 125-
136.

prescribing.[12]  This is the typical approach in studies of marketing of cigarettes.[13]  Other analyses include separate time trend variables, to remove the effects of trends in use from those of brand-specific advertising.  But these modeling choices are not appropriate in this context.  The question here is how the total amount of opioids prescribed today relates to the total stock of (potentially deceptive) opioid marketing in the past.  Therefore, Professor Rosenthal makes the correct choice in *not* controlling for the level of consumption in the prior period.  Rather, her model appropriately attributes persistence in opioid use to prior opioid marketing.

21.     A simple model of opioid addiction in which addicted people do not quit but rather increase their use over time as they develop tolerance, switching among opioids from time to time, would generate a negative depreciation rate for opioids overall, even if each specific brand's advertising stock had a positive depreciation rate for that particular drug.

22.     This is exactly what Qi finds in the study of smoking[14] cited by the opposing experts to make the reverse point.[15]  He finds that aggregate smoking rates continued to grow after the advertising ban, which he attributes to "the addictive nature of cigarette smoking."  This happens even though it is hard to recruit new smokers post-ban (the newly addicted smokers smoke more).  Similarly, Baltagi and Levin[16] and Seldon and Boyd[17] include lagged smoking terms in their analyses and find very strong persistence in tobacco use.  The inclusion of these lagged smoking terms removes the addictive component of tobacco use from the depreciation rate on marketing.  Note that Dave and Saffer[18] look at smokeless tobacco only (which has many substitutes, including cigarettes) – and note that many people use smokeless tobacco as a means to quit using tobacco – which would suggest that it is not an appropriate study to consider in the context of an entire class of addictive substances.

---

[12] See, for example, F. Windmeijer, E. de Laat, R. Douven, and E. Mot, "Pharmaceutical promotion and GP prescription behavior," *Health Economics*, 15(1), 2006, pp. 5-18.

[13] B. Baltagi and D. Levin, "Estimating Dynamic Demand for Cigarettes Using Panel Data: The Effects of Bootlegging, Taxation and Advertising Reconsidered," *Review of Economics and Statistics*, 68(1), 1986, pp. 148-155; B.J. Seldon and R. Boyd, "The stability of cigarette demand," *Applied Economics*, 23, 1991, pp. 319-326.

[14] S. Qi, "The impact of advertising regulation on industry: the cigarette advertising ban of 1971," *RAND Journal of Economics*, 44(2), 2013, pp. 215-248.

[15] *Ibid.*, p. 216; cited in the Kyle report.

[16] Baltagi and Levin, *op. cit.*

[17] Seldon and Boyd, *op. cit.*

[18] D. Dave and H. Saffer, "Demand for Smokeless Tobacco: Role of Advertising," *Journal of Health Economics*, 32(4), July 2013, pp. 682-697.

23.     A fourth concern raised by some of the opposing experts is that Professor Rosenthal's explicit curve-fitting approach could be used to establish a relationship – real or artificial – between any two variables.  It is true that the flexible approach Professor Rosenthal uses could (at least if it were made infinitely flexible) describe a relationship between any two variables.  In this case, however, the two indirect analyses and the substantial literature cited by Professor Rosenthal and the opposing experts all indicate that marketing and promotion, both through direct detailing and through funding patient organizations or marketing in other ways, are the only plausible explanation for the relationship identified here.  Notably, the curve-fitting exercise produces smaller estimates of the likely contribution of marketing and promotion to the use of opioids than do either of the indirect analyses.  Thus, the results of the direct curve-fitting analysis are conservative.  The flexible approach she uses, by construction, provides the best possible forecast of the contributions of marketing to opioid prescribing over time.[19]

24.     Finally, the opposing experts assert that Professor Rosenthal should have used more disaggregated data (perhaps at the level of the individual drug or the individual county or the individual physician).  This approach could not be appropriately conducted in this case.  First, these data do not exist uniformly.  Gaps in the data would make it impossible to compute the aggregate effect of detailing on prescribing behavior at a more disaggregated level.  Second, in the case of an addictive drug used in a broadening set of indications, it is not clear what geographic area or time scale would be the correct unit of analysis.  For example, if a patient became addicted because of an inappropriate prescription of opioid A prescribed by doctor X influenced by detailing from brand A, to whom should the subsequent prescription of opioid B by doctor Y be attributed?  Professor Rosenthal's aggregated estimate avoids these problems of missing data and inappropriate attribution.

Dr. Sherry Glied

July 29, 2019

---

[19] F.X. Diebold and L. Killian, "Unit-Root Tests are Useful for Selecting Forecasting Models," *Journal of Business & Economic Statistics*, July 2000, pp. 265-273.

**Attachment A**

# CURRICULUM VITAE

## SHERRY A. GLIED

July 29, 2019

Dean
Robert F. Wagner Graduate School of Public Service
New York University
295 Lafayette Street, 2nd Floor
New York, NY 10012
sherry.glied@nyu.edu
212-998-7527

### ACADEMIC TRAINING

Harvard University, Ph.D., Economics, 1990
Dissertation:  The Economics of Health Status and Labor Market Outcomes.
Ann Arbor, Michigan: University Microfilms International, 1991.
Sponsor:  David E. Bloom

University of Toronto, M.A., Economics, 1985

Yale University, B.A., Economics, 1982

### ACADEMIC AND PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| August 2013-Current | Dean<br>Robert F. Wagner Graduate School of Public Service<br>New York University |
| August 2012-August 2013 | Professor<br>Mailman School of Public Health<br>Columbia University |
| July 2010-August 2012 | Assistant Secretary for Planning and Evaluation<br>Office of the Secretary<br>U.S. Department of Health and Human Services |

Glied

| | |
|---|---|
| July 2002-June 2010 | Professor and Chair (through September 2009)<br>Department of Health Policy and Management<br>Mailman School of Public Health<br>Columbia University |
| July 1998-July 2002 | Associate Professor and Chair<br>Department of Health Policy and Management<br>Mailman School of Public Health<br>Columbia University |
| September 2000 | Visiting Faculty<br>University of Toronto Law School |
| January 1991-June 1998 | Assistant Professor of Public Health<br>Division of Health Policy and Management<br>Columbia School of Public Health |
| July 1991-June 1998 | Assistant Professor of Economics<br>Columbia University |
| August 1996-July 1997 | Visiting Assistant Professor<br>Department of Health Care Policy<br>Harvard Medical School |
| September 1989-<br>December 1990 | Associate in Public Health<br>Division of Health Policy and Management<br>Columbia School of Public Health |

## PROFESSIONAL ORGANIZATIONS AND SOCIETIES

National Academy of Medicine (formerly Institute of Medicine)
National Academy of Social Insurance
American Economics Association
Academy Health
American Public Health Association
Association for Public Policy and Management
NASPAA

Glied

## HONORS AND SPECIAL APPOINTMENTS

2016:  Member, Commission on Evidence Based Policymaking

2016:  Member, Board of Scientific Counselors, National Center for Health Statistics

2006:  Member, National Academy of Social Insurance

2006:  Member, National Academy of Medicine (formerly Institute of Medicine)

2004:  Research!America Eugene Garfield Economic Impact of Medical and Health Research
        Award

        Chair, AcademyHealth Annual Research Meeting

2001:  Outstanding Advisor, Department of Economics, Columbia University

2000:  Research Associate, Health Economics, National Bureau of Economic Research

1999- 2009: Member, MacArthur Foundation Initiative on Mental Health Policy Research

1999:  Fellow, New York Academy of Medicine

February 1993 – May 1993:  Co-Chair, Global Budgets and Economic Impacts Working Groups,
The President's Health Care Task Force, Washington, D.C.

August 1992 – July 1993:  Senior Economist, The President's Council of Economic Advisers,
Executive Office of the President, Washington, D.C.

1990:  Faculty Research Fellow, Health Economics, National Bureau of Economic Research

1989:  Dissertation Fellowship, Social Science and Humanities Research Council of Canada

Glied

**PUBLICATIONS**

**(*BOOKS*)**

Glied, Sherry A. and Peter C. Smith. The Oxford Handbook of Health Economics. Oxford
      University Press, 2011.

Frank, Richard G. and Sherry A. Glied. Better but Not Well: Mental Health Policy in the United
      States since 1950. The Johns Hopkins University Press, 2006.

Glied, Sherry A. Chronic Condition:  Why Health Reform Fails. Harvard University Press,1998.

**(*ARTICLES, CHAPTERS, MONOGRAPHS*)**

Glied, Sherry A., Richard G. Frank, and Joanna Wexler. "Mental Health Disability,
      Employment, and Income Support in the Twenty-First Century." In *The Palgrave
      Handbook of American Mental Health Policy*, pp. 659-677. Palgrave Macmillan, Cham,
      2020.

Glied, Sherry A., and Richard G. Frank. "Economic Perspectives on the Organization and
      Governance of Mental Health Care." In *The Palgrave Handbook of American Mental
      Health Policy*, pp. 49-68. Palgrave Macmillan, Cham, 2020.

Dragan, Kacie, Ingrid Ellen, and Sherry A. Glied. *Does Gentrification Displace Poor Children?
      New Evidence from New York City Medicaid Data*. No. w25809. National Bureau of
      Economic Research, 2019.

Glied, S., Black, M., Lauerman, W. and Snowden, S., 2019. Considering "Single Payer"
      Proposals in the US: Lessons from Abroad. *Issue brief (Commonwealth Fund)*, *2019*,
      pp.1-10.

Anderson, B.R., Kumar, S.R., Gottlieb-Sen, D., Liava'a, M.H., Hill, K.D., Jacobs, J.P., Moga,
      F.X., Overman, D.M., Newburger, J.W., Glied, S.A. and Bacha, E.A., 2019. The
      Congenital Heart Technical Skill Study: Rationale and Design. *World Journal for
      Pediatric and Congenital Heart Surgery*, *10*(2), pp.137-144.

Anderson, B.R., Dragan, K., Glied, S., Woo, J., LaPar, D. and Billings, J., 2019. Building
      Capacity to Assess Longitudinal Outcomes and Health Expenditures for Children with
      Congenital Heart Disease. *Journal of the American College of Cardiology*, *73*(9
      Supplement 1), p.649.

Glied, Sherry A., and Adlan Jackson. "Who Entered and Exited the Individual Health Insurance
      Market Before and After the Affordable Care Act?" *Issue brief (Commonwealth
      Fund)*,  2018.

4

Glied, S.A. and Lambrew, J.M., 2018. How Democratic Candidates For The Presidency In 2020 Could Choose Among Public Health Insurance Plans. *Health Affairs*, *37*(12), pp.2084-2091.

Glied, Sherry A., and Adlan Jackson. "How would Americans' out-of-pocket costs change if insurance plans were allowed to exclude coverage for preexisting conditions?." *Issue Brief (Commonwealth Fund)* 2018 (2018): 1-9.

Frank, R.G. and Glied, S.A.,  Employing People with Mental Illness in the 21st Century: Labor Market Changes and Policy Challenges. *Issue Brief (Scattergood Foundation),* 2018.

Collins, Sara R., Sherry A. Glied, and Adlan Jackson. "The Potential Implications of Work Requirements for the Insurance Coverage of Medicaid Beneficiaries: The Case of Kentucky." *Issue brief (Commonwealth Fund)* (2018): 1.

Glied, Sherry, Raphael Wittenberg, and Avi Israeli. "Research in government and academia: the case of health policy." *Israel journal of health policy research* 7, no. 1 (2018): 35.

Glied, S.A. and Kai Hong. "Health Care in a Multi-Payer System: Spillovers of Health Care Service Demand among Adults under 65 on Utilization and Outcomes in Medicare." *Journal of Health Economics* (2018).

Glied, Sherry A. "Financing Medicare Into The Future: Premium Support Fails The Risk-Bearing Test." *Health Affairs* 37.7 (2018): 1073-1078.

Glied, S.A. and Adam Sacarny. "Is the US Health Care System Wasteful and Inefficient? A Review of the Evidence." *Journal of Health Politics, Policy and Law* 43.5 (2018).

Frank, Richard G., and Sherry A. Glied. "Work Requirements in Medicaid for People With Mental Illnesses and Substance Use Disorders." *Psychiatric Services* 69.6 (2018): 626-627.

Anderson, Brett R., Evan S. Fieldston, Jane W. Newburger, Emile A. Bacha, and Sherry A. Glied. "Disparities in Outcomes and Resource Use After Hospitalization for Cardiac Surgery by Neighborhood Income." *Pediatrics* (2018): e20172432.

Glied, Sherry A. "Implications of the 2017 Tax Cuts and Jobs Act for public health." *American Journal of Public Health,* 108.6 (2018): 734-736.

Glied, Sherry A. "Introduction: Policy Analysis and the Politics of Health Policy." (2018): 335-339.

Glied, Sherry A. "Policy Analysis in Government and Academia: Two Cultures." *Journal of Health Politics, Policy and Law* 43.3 (2018): 537-542.

Glied, S.A. and Ougni Chakraborty. "How the Affordable Care Act Has Affected Health Coverage for Young Men with Higher Incomes." *Issue Brief Commonwealth Fund. http://www. commonwealthfund. org/publications/issue-briefs/2018/apr/aca-health-coverageyoung-men* (2018).

Cohen, Catherine Crawford, Jianfang Liu, Bevin Cohen, Elaine L. Larson, and Sherry Glied. "Financial Incentives to Reduce Hospital-Acquired Infections Under Alternative Payment Arrangements." *Infection Control & Hospital Epidemiology* (2018): 1-7.

Chait, Nadia, and Sherry A. Glied. "Promoting Prevention Under the Affordable Care Act." *Annual Review of Public Health* 39 (2018): 507-524.

Glied, S.A., and Peter Muennig. "Reforming Reform: public assessments of the affordability of health insurance policies." SocArXiv (2017).

Schakel, H. C., Jeurissen, P., and Sherry A. Glied. "The influence of fiscal rules on healthcare policy in the United States and the Netherlands." *International Journal of Health Planning & Management*, *32*.4 (2017): 595-607.

Glied, S.A. and Altman, S.H., 2017. "Beyond antitrust: health care and health insurance market trends and the future of competition." *Health Affairs* 36.9: 1572-1577 and "Competition in Health Care: The Authors Reply." *Health Affairs* 36.12 (2017): 2212-2212.

Glied, S., Chakraborty, O. and Russo, T., 2017. "How Medicaid Expansion Affected Out-of-Pocket Health Care Spending for Low-Income Families." *Issue Brief Commonwealth Fund* (2017): 1-9.

Glied, S. A. and A. Jackson. "The Future of the Affordable Care Act and Insurance Coverage." *American Journal of Public Health* (2017): e1-e3.

Anderson, B R., AS. Wallace, KD. Hill, BC. Gulack, R Matsouaka, JP. Jacobs, EA. Bacha, SA. Glied, and ML. Jacobs. "The Impact of Surgeon Experience on Congenital Heart Surgery Outcomes." (2016): A19400-A19400.

Glied, S.A., S. Ma, and S. Verbofsky. "How Much of a Factor Is the Affordable Care Act in the Declining Uninsured Rate?" *Issue Brief Commonwealth Fund* (2016).

Glied, S.A., S. Ma, and C. Solis-Roman. "Where The Money Goes: The Evolving Expenses Of The US Health Care System." *Health Affairs* 35.7 (2016): 1197-1203.

Glied, S.A. and A. Striar. "Looking Under the Hood of the Cadillac Tax." *Issue Brief Commonwealth Fund* (2016).

Glied, S, and RG. Frank. "Economics and the Transformation of the Mental Health System." *Journal of Health Politics, Policy and Law* 41.4 (2016): 541-558.

6

Scheffler, RM., DR. Arnold, BD. Fulton, and Sherry A. Glied. "Differing Impacts of Market Concentration on Affordable Care Act Marketplace Premiums." *Health Affairs* 35.5 (2016): 880-888.

Friedman, B. G.I. Barbash, S.A. Glied, and C.A. Steiner. "Hospital Revisits Within 30 Days After Conventional and Robotically Assisted Hysterectomy." *Medical Care* 54.3 (2016): 311-318.

Glied, S.A., B. Cohen, J. Liu, M.Neidell, and E.Larson. "Trends in mortality, length of stay, and hospital charges associated with health care–associated infections, 2006-2012." *American Journal of Infection Control* (2016).

Teutsch, S. M., S. Glied, and K.Roy. "Strengthening the Use of Economics in Informing US Public Health Policy." *American Journal of Preventive Medicine* 50.5 Suppl 1 (2016): S1-3.

Glied, S. A., and S.M. Teutsch. "How can economics advance prevention?." *American Journal of Preventive Medicine* 50.5 Suppl 1 (2016): S4-5.

Glied, S.A., A. Arora, and C. Solis-Roman. "The CBO's Crystal Ball: How Well Did It Forecast the Effects of the Affordable Care Act?" *Issue Brief Commonwealth Fund* (2015).

Anderson, B.R., A.J. Ciarleglio, D.J. Cohen, W.W. Lai, M. Neidell, M. Hall, S.A. Glied, and E.A. Bacha. "The Norwood operation: Relative effects of surgeon and institutional volumes on outcomes and resource utilization." *Cardiology in the Young* 26.4 (2015): 683-692.

Glied, Sherry A. "Strong versus Weak Incentives: The Role of Policy, Management, and Theory in a New Research Agenda." *Health Services Research* 50.S2 (2015): 2223-2228.

Gross, T., S.A. Glied, and P. Muennig. "Widening mortality disparities by educational attainment among native-born Americans adults over 3 decades of follow up: the mystery deepens." *International Journal of Healthcare* 1.1 (2015): 40-47.

Glied, S.A., S. Ma, and I. Pearlstein. "Understanding pay differentials among health professionals, nonprofessionals, and their counterparts in other sectors." *Health Affairs* 34.6 (2015): 929-935.

Glied, S.A. and A. Zaylor.  "Predictable Unpredictability: The Problem with Basing Medicare Policy on LongTerm Financial Forecasting" *Commonwealth Fund Issue Brief* (2015).

Gould, I.E., and S.A. Glied. "Housing, Neighborhoods, and Children's Health." *The Future of Children* 25.1 (2015): 135.

Glied

Glied, S. A., Stein, B. D., McGuire, T. G., Beale, R. R., Duffy, F. F., Shugarman, S., and Goldman, and  H. H."Measuring Performance in Psychiatry: A Call to Action". *Psychiatric Services* 66.8 (2015): 872-8

Glied, S.A., and E. Miller. "Economics and Health Reform Academic Research and Public Policy." *Medical Care Research and Review* 72.4 (2015): 379-394.

Anderson, B. R., A. J. Ciarleglio, G. Krishnamurthy, S.A. Glied, and  E.A. Bacha. "Neonatal Hypoplastic Left Heart Syndrome: Effects of Bloodstream Infections on Outcomes and Costs". *The Annals of Thoracic Surgery*, 99.5, (2015): 1648-1654.

Muennig, P. A., R. Quan, C. Chiuzan, and  S.A. Glied. "Considering Whether Medicaid Is Worth the Cost: Revisiting the Oregon Health Study". *American Journal of Public Health*, 105.5 (2015): 866-871.

Glied, S.A., and S. Ma. "How will the Affordable Care Act affect the use of health care services?" *Issue Brief Commonwealth Fund* (2015).

Frank, R.G., S. A. Glied, and T.G. McGuire. "Paying for early interventions in psychoses: a three-part model." *Psychiatric Services* 66.7 (2014): 677-679.

Glied, S.A., and C.Solís-Román. "What will be the impact of the employer mandate on the US workforce?" *Issue Brief Commonwealth Fund* (2014): 1-10.

Thorpe, L.E., S. Assari, S. Deppen, S. Glied, N. Lurie, M.P. Mauer, V. M. Mays, and E. Trapido. "The role of epidemiology in disaster response policy development." *Annals of Epidemiology* 25, no. 5 (2015): 377-386.

Barbash, G.I., B. Friedman, S.A. Glied, and C.A. Steiner. "Factors associated with adoption of robotic surgical technology in US hospitals and relationship to radical prostatectomy procedure volume." *Annals of Surgery* 259.1 (2014): 1-6.

Dorsey, R, G. Graham, S.A. Glied, D. Meyers, C. Clancy, and H. Koh. "Implementing Health Reform: Improved Data Collection and the Monitoring of Health Disparities." *Annual Review of Public Health* Vol. 35 (2014): 123-138

Ly, D.P., and S.A. Glied. "The Impact of Managed Care Contracting on Physicians." *Journal of General Internal Medicine* 29.1 (2014): 237-242.

Beronio, K., S.A. Glied, and R.G. Frank. "How the Affordable Care Act and Mental Health Parity and Addiction Equity Act Greatly Expand Coverage of Behavioral Health Care." *The Journal of Behavioral Health Services and Research* (2014): 1-19.

Glied, S.A., and RG. Frank. "Mental illness and violence: Lessons from the evidence." *American Journal of Public Health* 104.2 (2014): e5-e6.

8

Glied, S.A. and D Oellerich.  "Two Generation Programs and Health". *The Future of Children* 24.1 (2014): 79-97.

Wright, J.D., C.V. Ananth, J. Tsui, S.A. Glied, W.M. Burke, Y. Lu, A.I. Neugut, T.J. Herzog, and D.L. Hershman. "Comparative effectiveness of upfront treatment strategies in elderly women with ovarian cancer." *Cancer.* 120.8 (2014): 1246-1254.

Hershman, D.L., A.I. Neugut, J.J. Shim, S.A. Glied, W.Y. Tsai, and J.D. Wright. "Erythropoiesis-Stimulating Agent Use After Changes in Medicare Reimbursement Policies." *Journal of Oncology Practice* (2014): JOP-2013.

Glied, S, and D.R. Schachter. "Three Part Harmony." *Public Administration Review* 74.1 (2014): 112-113.

Glied, S.A., and S. Ma. "How States Stand to Gain or lose federal funds by opting in or out of the Medicaid Expansion." *Issue Brief Commonwealth Fund* (2013): 1-12.

Clancy, C., S. A. Glied and N. Lurie.  "From Research to Health Policy Impact." *Health Services Research*, 47.1 (2012): 337-343.

Glied, S.A. and  M. Laugesen "Higher Fees Paid to US Physicians Drive Higher Spending for Physician Services Compared to Other Countries." *Health Affairs.* 30.9 (2011): 1647-1656.

Apte, M., M. Neidell, E. Y. Furuya, D. Caplan, S.A. Glied, and E.Larson.  "Using Electronically Available Inpatient Hospital Data for Research." *Clinical and Translational Science*, 4.5 (2011): 338–345.

Isett, K., M. Sparer, S.A. Glied, and L. Brown, "Aligning Ideologies and Institutions: Reorganization in the HIV/AIDS Services Administration of New York City." *Public Administration Review*, 71.2 (2011): 243-252.

Hutchins, E., R. Frank, and S.A. Glied, "The Evolving Private Psychiatric Inpatient Market." *The Journal of Behavioral Health Services and Research*, 38. 1 (2011): 122-131.

Koh, H., G. Graham, and  S.A. Glied, "Reducing Racial and Ethnic Disparities: The Action Plan from the Department of Health and Human Services." *Health Affairs*, 30.10 (2011): 1822-1829.

Muennig, P., B. Sampat, N. Tilipman, L. Brown, and S.A. Glied.  "We All Want It, but We Don't Know What It Is: Toward a Standard of Affordability for Health Insurance Premiums." *Journal of Health Politics, Policy and Law*, 36.5 (2011): 829-853.

Navathe, A., C. Clancy, and  S. Glied, "Advancing Research Data Infrastructure for Patient-Centered Outcomes Research." *Journal of the American Medical Association*, 306(11): 1254-1255, 2011.

Glied

Glied, S.A., K. Herzog, and R. Frank.  "Review: The Net Benefits of Depression Management in Primary Care."  *Medical Care Research and Review*, 67.3 (2010): 251-274.

Glied, S. A. and  D. Ly.  "Disparities in Service Quality Among Insured Adult Patients Seen in Physicians' Offices." *Journal of General Internal Medicine* 25.4 (2010): 357-362.

Glied, S. and M. Neidell.  "The Economic Value of Teeth." *Journal of Human Resources* 45.2 (2010): 468–496. NBER Working Paper No. W13879.

Glied, S. and P. Muennig, "What changes in survival rates tell us about US health care." *Health Affairs* 29.11 (2010): 2105-2113.

Glied, S. and N. Tilipman.  "Simulation Modeling of Health Care Policy." *Annual Review of Public Health* 31 (2010): 439-455.

Barbash, G. and **S.** Glied. "New technology and health care costs—the case of robot-assisted surgery." *New England Journal of Medicine* 363 (2010): 701-704.

Landers, T., M. Apte, S. Hyman, Y. Furuya, S. Glied, and  E. Larson.  "A comparison of methods to detect urinary tract infections using electronic data." *The Joint Commission Journal on Quality and Patient Safety* 36.9 (2010): 411–417.

Nawathe, A., S. Glied, W. Weintraub, and  L. Mosca.  "The Effect of a Cardiovascular Educational Intervention on Healthcare Utilization and Costs." *The American Journal of Managed Care* 16.5 (2010): 339-346.

Neidell, M., K. Herzog and S. Glied.  "The Association Between Community Water Fluoridation and Adult Tooth Loss*." American Journal of Public Health* 100.10 (2010): 1980-1985.

Stone, P., S. Glied, P. McNair, N. Matthes, B. Cohen, T. Landers, and  E. Larson.  "CMS changes in reimbursement for HAIs: setting a research agenda." *Medical Care* 48.5 (2010): 433-439.

Yankovic, N., S. Glied, L. Green, and  M. Grams.  "The Impact of Ambulance Diversion on Heart Attack Deaths." *Inquiry* 47.1 (2010): 81-91.

Glied, S.  "Covering the uninsured as a quality improvement strategy*." Health Services Research* 44.2 (2009): 323–326.

Glied, S.  "Expanding SCHIP: A Downpayment on Health Reform." *Issue Brief Commonwealth Fund* (2009).

Glied, S.  "Single Payer as a Financing Mechanism." *Journal of Health Politics, Policy and Law*, 34.4 (2009): 593-615.

Glied, S.  "Mandates and the Affordability of Health Care."  *Inquiry* 46.2 (2009): 203-214.

Glied, S. and R. Frank.  "Better but not best: recent trends in the well-being of the mentally ill."
*Health Affairs* 28.3 (2009): 637-648.

Glied, S., A. Prabhu, and N. Edelman.  "The cost of primary care doctors."  *Forum for Health
Economics and Policy*, 12.1(2009): 19-24.

Glied, S., N. Tilipman, and O. Carrasquillo. "Analysis of Five Health Insurance Options for New
York State." *New York State Health Foundation*. (2009).

Glied, S. and D. Sarkar. "The Role of Professional Societies in Regulating Entry of Skilled
Migrants" in *Skilled Immigration Today* edited by J. Bhagwati and G.H. Hanson.
Oxford University Press, 2009.

Silverstein, S., J. Dubner, J. Miller, S. Glied, and John D. Loike. "Teachers' participation in
research programs improves their students' achievement in science." *Science*
326.5951(2009): 440-442.

Goldman, H.H., S. Glied, and M Alegria. "Mental Health in the Mainstream of Public Policy:
Research Issues and Opportunities." *American Journal of Psychiatry* 165 (2008): 1099-
1101.

Fraser, I, W Encinosa, and S. Glied.  "Improving Efficiency and Value in Health Care:
Introduction (with Irene Fraser and William Encinosa)." *Health Services Research*
43.Sp2 (2008):  1781-1786.

Glied, S, and R. Frank. "Shuffling toward Parity: Bringing Mental Health Care under the
Umbrella." *New England Journal of Medicine* 359 (2008):113-115.

Frank, R. and S. Glied. "What's Needed Next:  A new federal Office of Mental Health
Policy." *American Prospect Special Report on Mental Illness,* (2008): A24.

Glied, S.  "Universal Coverage One Head at a Time – the Risks and Benefits of Individual
Health Insurance Mandates."  *New England Journal of Medicine* 358(2008):  1540-1542.

Glied, S.  "Health Savings Accounts in the United States."  EuroObserver 10.4 (2008): 5-6.

Glied, S. and  K. Janus.  "Managed Care" in *International Encyclopedia of Public Health*.
Edited by Kris Heggenhougen and Stella Quan, Volume 4.  Boston, MA:  Elsevier, 2008:
195-202.  Updated version:  Glied S., Janus K., Managed Care, Reference Module in
Biomedical Sciences. Elsevier. 25-Nov-2015 doi: 10.1016/B978-0-12-801238-3.02823-3

Buchmueller, T. S Glied, A. Royalty, and K. Swartz.  "Cost and Coverage: Implications of the
McCain Plan To Restructure Health Insurance."  *Health Affairs* 27.6 (2008): w472-w481.

Glied, S. and B. Mahato, "The Widening Health Care Gap between High- and Low-Wage Workers." *Issue Brief Commonwealth Fund*  (2008).

Glied, S. and B. Mahato, "Who Pays for Health Care When Workers Are Uninsured?" *Issue Brief Commonwealth Fund*  (2008).

Glied, S. and A. Lleras-Muney.  "Technological Innovation and Inequality in Health." *Demography* 45.3 (2008): 741-761.

Glied, S. "Universal Public Health Insurance and Private Coverage:  Externalities in Health Care Consumption." *Canadian Public Policy* 34.3 (2008): 345-358.

Glied, S.  "Health Insurance Mandates: It's for your Own Good."  *Milken Institute Review* (2008):  14-21.

Glied, S.  "Health Care Financing, Efficiency, and Equity" *in Exploring Social Insurance: Can A Dose of Europe Cure Canadian Health Care Finance?* edited by Colleen Flood, Mark Stabile, and Carolyn Tuohy. McGill-Queen's University Press: 2008.

Glied, S.  "Public Health and Economics: Externalities, Rivalries, Excludability, and Politics" In *The Contested Boundaries of American Public Health* (Eds: James Colgrove, Gerald Markowitz, and David Rosner). New Brunswick:  Rutgers University Press, 2008:  15-31.

Gebbie, K.M., B.M. Meier, S. Bakken, O. Carrasquillo, A. Formicola, S.W. Aboelela, S. Glied, and  E. Larson. "Training for Interdisciplinary Health Research: Defining the Required Competencies." *Journal of Allied Health* 37.2 (2008): 65-70.

Glied, S. Comments on Enthoven's "The U.S. Experience with Managed Care and Managed Competition."  in *Wanting it All:  The Challenge of Reforming the U.S. Health Care System* edited by Jane Sneddon Little.  Boston, MA:  Federal Reserve Bank of Boston: 127-134.

Glied, S., K. Jack, and  J. Rachlin.  "Women's Health Insurance Coverage 1980-2005." *Women's Health Issues* 18.1 (2008): 7-16.

Glied, S., Suzanne Bakken, Allan Formicola, Kristine Gebbie, Elaine L Larson. "Institutional Challenges of Interdisciplinary Research Centers." *Journal of Research Administration* 38 (2008): 28-36.

Frank, R. and S. Glied "Mental Health in The Mainstream Of Health Care." *Health Affairs,* 26 (2007): 1539-41.

Glied, S. "Healing an Ailing Market."  *Regulation* Washington: 30.2 (2007): 62-63.

Glied, S.  "Lessons from SCHIP" Health *Services Research* 42.4 (2007): 1439-1442.

Glied, S., Hartz, Jacob, Giorgi, Genessa.  "Consider It Done? The Likely Efficacy Of Mandates For Health Insurance." *Health Affairs.* 2007;26:1612-21 and response Glied, S. "The Uninsured:  An Author Responds."  *Health Affairs*  27.2 (2008):  588.

Abolela, Sally W., Elaine Larson, Suzanne Bakken, Olveen Carrasquillo, Allan Formicola, Sherry Glied, Janet Haas, Kristine M. Gebbie.  "Defining Interdisciplinary Research: Conclusions from a Critical Review of the Literature."  *Health Services Research* 42.1 Pt 1(2007): 329-46.

Miller T.  Rauh VA.  Glied SA.  Hattis D.  Rundle A.  Andrews H.  Perera F. "The economic impact of early life environmental tobacco smoke exposure: early intervention for developmental delay." *Environmental Health Perspectives* 114.10(2006): 1585-8.

Frencher, S.K. Jr. and Sherry Glied.  "The Medicare Prescription Drug Improvement and Modernization Act: Prescription Drugs and Academic Medicine."  *Academic Medicine* 81.9 (2006):  812-816.

Glied, S. and A. Cuellar. "Better Behavioral Health Care Coverage for Everyone" New *England Journal of Medicine* 354.13 (2006):  1415-1417.

Frank, R. and S. Glied "Easing Mental Illness through Money." *Boston Globe* (2006): A13.

Grann V. Troxel AB. Zojwalla N. Hershman D. Glied SA. Jacobson JS. "Regional and racial disparities in breast cancer-specific mortality**."**  *Social Science and Medicine,* 62.2 (2006): 337-47.

Remler, Dahlia and Sherry Glied.  "How Much More Cost-Sharing will Health Savings Accounts Bring?"  *Health Affairs* 25.4 (2006): 1070-1078.

Frank, Richard G. and Sherry A. Glied.  "Changes in Mental Health Financing Since 1971: Implications For Policymakers And Patients." *Health Affairs* 25.3 (2006): 601-613.

Glied, S.  "Side Effects: A Dose of Competition and Access to Care." *Journal of Health Politics, Policy, and Law.*  31.3 (2006): 643-656.

Sparer, M., Glied, S., and Vanneman, M., "Medicaid in New Jersey: Options for Reform," Hall Institute of New Jersey Whitepaper.  January 30, 2006.

Glied, S. and Broughton, E., "Controlling New Jersey's Health Care Costs," Hall Institute of New Jersey, Whitepaper.  May 2, 2006.

Glied, Sherry and Douglas Gould.  "Variations in the Impact of Health Coverage Expansion Proposals Across States." *Health Affairs Web Exclusive* (2005).

Glied, Sherry.  "The Employer-Based Health Insurance System: Mistake or Essential Underpinning?" In *Policy Challenges in Modern Health Care* (Eds: David Mechanic, Lynn Rogut, David Colby, and Jim Knickman). New Brunswick:  Rutgers University Press, 2005:  37-52.

Glied, S., "The Health Care System of New Jersey:  A Snapshot," Hall Institute of New Jersey Whitepaper.  August 15, 2005.

Klein, K, S. Glied, and D. Ferry. "Entrances and Exits: Health Insurance Churning, 1998–2000." *Issue Brief Commonwealth Fund* (2005): 1-12.

Jensen, P.S., Garcia, J.A., Glied, S., Crowe, M., Foster, M., Schlander, M., Hinshaw, S., Vitiello, B., Arnold, LE., Elliott, G., Hechtman, L., Newcorn, J.H., Pelham, W.E., Swanson, J., and Wells, K., "Cost-Effectiveness of ADHD Treatments: Findings from the Multimodal Treatment Study of Children with ADHD." *American Journal of Psychiatry* 162.9 (2005): 1628-36.

Glied, S. A. and D. K. Remler (2005). "The effect of health savings accounts on health insurance coverage." *Issue Brief (Commonwealth Fund)* (811): 1-8, April 2005.

Glied, S. and S. Kofman.  "An Overview of Policies that Impact the Psychological Well-Being of Girls and Women."  In *Handbook on Girls' and Women's Psychological Health* (ed. Carol Goodheart).  Oxford University Press.  2005.

Remler, Dahlia, Lawrence Brown, Sherry Glied.  "Market Versus State in Health Care and Health Insurance:  False Dichotomy."  Chapter 8 in Nelson, R. ed.  *The Limits Of Market Organization*.  New York:  Russell Sage: 213-230, 2005.

Glied, Sherry, Borzi Phyllis. "The current state of employment-based health coverage." *Journal of Law, Medicine and Ethics* 32.3 (2004): 404-9.

Remler, Joshua Graff Zivin, and Sherry Glied.  "Modeling Health Insurance Expansions:  Effects of Alternate Approaches" *Journal of Policy Analysis and Management* 23.2 (2004): 291-313.

Glied, Sherry and Adam Neufeld. "The Economic and Health System Correlates of Diagnosis in Primary Care.  In Wildman and Stancin (eds.). <u>Treating children's psychosocial problems in primary care.</u> Greenwich, Conn.: Information Age Pub (2004): 145-170.

Glied, Sherry and Alison Evans Cuellar.  "Trends and Issues in Child and Adolescent Mental Health." *Health Affairs* 22.5 (2003):  39-50.

Glied, S. "A Health Bargain on the Job." *LA Times*. October 14, 2003.

Glied, S., "Review of The Economic Evolution of American Health Care. From Marcus Welby to Managed Care," by David Dranove. *Health Economics*, 12.11 (2003): 983.

Glied, Sherry, Shana McCormack, and Adam Neufeld.  "Women with Depression: Financial Barriers to Access.*" Professional Psychology: Research and Practice* 34.1(2003): 20-25.

Carrasquillo, Olveen, Danielle H. Ferry, Jennifer Edwards, Sherry Glied. "Eligibility for Government Insurance If Immigrant Provisions of Welfare Reform are Repealed."*American Journal of Public Health* 93.10 (2003):  1680-1682.

Amelung, Volker, Sherry Glied, and Angelina Topan.  "Health Insurance and the Labor Market: The German Experience." *Journal of Health Politics, Policy and Law* 28.4 (2003):  693-714.

Glied, Sherry.  "Health Care Costs:  On the Rise Again." *Journal of Economic Perspectives* 17.2 (2003): 125-148.

Glied, Sherry.  "Is Smoking Delayed Smoking Averted?"  *American Journal of Public Health* 93.3 (2003):  412-415.

Glied, Sherry and Sarah Little.  "The Uninsured and the Benefits of Medical Progress." *Health Affairs* 22.4 (2003):  210 – 217.

Remler, Dahlia and Sherry A. Glied. "What Can the Take-up of Other Programs Teach Us About How to Improve Take-up of Health Insurance Programs?" *American Journal of Public Health* 93.1 (2003):  67-74.

Glied, Sherry.  "Is Something Better than Nothing?  Health Insurance Expansions and the Content of Coverage."  *Frontiers in Health Policy Research* , ed. David Cutler and Alan Garber, 6 (2003):  55-86.

Glied, Sherry, Jeanne M. Lambrew, and Sarah Little.  "The Growing Share of Uninsured Workers Employed by Large Firms." *Commonwealth Fund Report #672* (2003).

Pressley, Joyce C., Elan D. Louis, Ming-Xin Tang, Lucien Cote, Perry D. Cohen, Sherry Glied, and Richard Mayeux. "The Impact of Comorbid Disease and Injuries on Resource Use and Expenditures in Parkinsonism." *Neurology* 60 (2003) :87-93.

Glied, Sherry, Cathi Callahan, James Mays, Jennifer N. Edwards.  "Bare-Bones Health Plans: Are They Worth the Money?" *Issue Brief Commonwealth Fund* (2002).

Ehrlich, Jacqueline E.  Demopoulos BP.  Daniel KR Jr.  Ricarte MC.  Glied S.  "Cost-effectiveness of treatment options for prevention of rheumatic heart disease from Group A streptococcal pharyngitis in a pediatric population."  *Preventive Medicine* 35.3 (2003): 250-7.

Jack, Kathrine and Sherry Glied.  "The Public Costs of Mental Health Response: Lessons from the New York City Post-9/11 Needs Assessment." *Journal of Urban Health*. 79.3 (2002): 332-9.

Albert S.M.,  Glied S.  Andrews H.  Stern Y.  Mayeux R.  "Primary Care Expenditures Before the Onset of Alzheimer's Disease. *Neurology* 59.4 (2002):573-8.

Glied, Sherry, Dahlia Remler, and Joshua Graff Zivin.  "Response to Comments." *Milbank Quarterly* 80.4 (2002): 603-635.

Glied, Sherry, Dahlia Remler, and Joshua Graff Zivin.  "Inside the Sausage Factory:  Improving Estimates of the Effects of Health Insurance Expansion Proposals." *Milbank Quarterly* 81.1 (2003): 603-635.

Briffault, Richard and S. Glied.  "Federalism and the Future of Health Care Reform" in The Privatization of Health Care Reform. (G. Bloche, editor). Oxford University Press.  2002.

Glied, Sherry.  "Mental Health Carve-Outs and the Fragmentation of Physical and Mental Health".  Chapter in Managed Behavioral Health Services: Perspectives and Practice, 2nd Edition.  (S. Feldman, ed.)  Springfield, IL:  Charles C. Thomas, 2002, pgs. 125-145.

Glied, Sherry, and Dahlia Remler. "What Every Public Finance Economist Needs to Know About Health Economics: Recent Advances and Unresolved Questions." *National Tax Journal* Vol. LV, .4 (2002): 771-788.

Glied, Sherry and Daniel S. Pine, "Consequences and Correlates of Adolescent Depression." *Archives of Pediatrics and Adolescent Medicine* 156.10 (2002): 1009-1014.

Albert, Steven M., Sherry Glied, Howard Andrews, Yaakov Stern, and Richard Mayeux. "Primary Care Expenditures for Newly Diagnosed Alzheimer's Disease among White, African-American, and Hispanic Elders Living in New York City," *Neurology* 59.4 (2002): 573-578.

Glied, Sherry and Joshua Graff Zivin, "How Do Doctors Behave When Some (But Not All) of Their Patients are in Managed Care?" *Journal of Health Economics* 21(2002): 337-353.

Glied, Sherry.  "Youth Tobacco Control:  Reconciling Theory and Empirical Evidence." *Journal of Health Economics* 21(2002): 117-135.

Zabos, G., S. Glied, E. Amato, J. Tobin, L. Turegeon, A. Nolon.  "Cost-Effectiveness Analysis of a School-Based Dental Sealant Program for Low-Socioeconomic-Status Children:  A Practice-Based Report." *Journal of Healthcare for the Poor and Underserved* 13.1 (2002): 38-48.

Ferry, Danielle H., Bowen Garrett, Sherry Glied, Emily K. Greenman, and Len M. Nichols. "Health Insurance Expansions for Working Families: A Comparison of Targeting Strategies," *Health Affairs* 21.4 (2002): 246-251.

Amelung, V., Glied S., Topan A., Lamerz A. "Die Finanzierung der gesetzlichen Krankenversicherung ueber den  Arbeitsmarkt - das Ende einer Erfolgsstory?" <u>Zeitschrift fuer Gesundheitswissenschaften</u> / Journal of Public Health, im Erscheinen

Glied, S., "Health Insurance and Market Failure Since Arrow," *Journal of Health Politics, Policy and Law* 26.5 (2001): 957-965.

Glied, Sherry and Adam Neufeld. "Service System Finance:  Implications for Children with Depression and Manic Depression." *Biological Psychiatry* 49 (2001): 1128-1135.

Glied, Sherry. "Challenges and Options for Increasing the Number of Americans with Health Insurance." *Commonwealth Fund Report #415 Inquiry: The Journal of Health Care Organization, Provision, and Financing* 38.2 (2001): 90-105.

Glied, Sherry and M. Stabile, "Generation Vexed:  Age-Cohort Differences in Employer-Sponsored Health Insurance Coverage." *Health Affairs* 20.1 (2001): 184-191.

Glied, Sherry and M. Stabile.  "Avoiding Health Insurance Crowd-Out:  Evidence from the Medicare as Secondary Payer Program." *Journal of Health Economics* 20.2 (2001): 239-260.

Glied, Sherry, Dahlia Remler, and Joshua Zivin.  "Approaches to Modeling Health Insurance Expansions:  Comparison of Methods and Assumptions."  Background Paper prepared for Conference. January 2001.

Glied, Sherry.  "The Value of Reductions in Child Injury Mortality in the U.S.", in <u>Medical Care Output and Productivity,</u> (David M. Cutler and Ernst R. Berndt, eds.) University of Chicago Press, Chapter 13, pg. 511-538, 2001.

Georgiou, Demetrios, Yu Chen, Sheila Appadoo, Romualdo Belardinelli, Richard Greene, Michael K. Parides, Sherry Glied.  "A Cost-Effectiveness Analysis of Long-Term Moderate Exercise Training in Chronic Heart Failure." *American Journal of Cardiology* 87.8 (2001): 984-988.

Glied, Sherry and M. Stabile.  "Explaining the Decline in Health Insurance Coverage Among Young Men." National Bureau of Economic Research Working Paper no. 6276.  *Inquiry: The Journal of Health Care Organization, Provision, and Financing 37.3* (2000):  295-303.

Garrett, A.B. and S. Glied.  "The Impact of the Zebley Decision on Children's Participation in SSI and AFDC." National Bureau of Economic Research Working Paper no. 6125. *Journal of Policy Analysis and Management* 19.2 (2000):  275-296.

Glied, Sherry.  "Managed Care."  Chapter in *Handbook of Health Economics*.  Amsterdam:  North Holland Press, 2000:  707-753.

Glied, Sherry, Shana McCormack, and Adam Neufeld. "Women with Depression:  Changing Barriers to Access." Paper prepared for the American Psychological Association Conference on Women with Depression.  October 2000.

Marin, Matthew, J. Van Lieu, A. Yee, E. Bonner, and S. Glied.  "Cost-Effectiveness of Post-Exposure HIV Chemoprophylaxis for Blood Exposures in Health Care Workers." *Journal of Occupational and Environmental Medicine* 41.9 (2000):  754-760.

Glied, Sherry. "Evaluation Studies at Selected CARE Act Pilot Sites."  Report to the Health Resources and Services Administration.  February 1999.

Hall, Allyson, Karen Scott Collins, and Sherry Glied.  "Employer-Sponsored Health Insurance:  Implications for Minority Workers."  *Commonwealth Fund Report* (1999).

Glied, Sherry.  "The Circulation of the Blood:  AIDS, Blood, and the Economics of Information." Chapter in *HIV-Contaminated Blood, Policy, and Conflict:  Implications for the Future*.  R. Bayer and E. Feldman editors.  Oxford University Press, 1999.

Glied, Sherry and M. Stabile.  "Covering Older Americans:  A Forecast for the Next Decade." *Health Affairs* 18.1 (1999):  208-213.

Glied, Sherry,  A. B. Garrett, C. Hoven, M. Rubio-Stipec, D. Regier, R. Moore, S. Goodman, P.Wu, and H. Bird. "Child Outpatient Mental Health Service Use:  Why Doesn't Insurance Matter?" *Journal of Mental Health Economics and Policy* 1 (1998): 173-187.

Glied, Sherry, R. Moore, A. B. Garrett, and C. Hoven.  "Medicaid and Service Use Among Homeless  Adults."  National Bureau of Economic Research Working Paper  no. 5834. *Inquiry: The Journal of Health Care Organization, Provision, and Financing* 35.4 (1998):  380-388.

Glied, Sherry.  "Payment Heterogeneity, Physician Practice, and Access To Care" <u>American Economic Review Papers and Proceedings</u> 88(2), May 1998: 127-131.

Glied, Sherry.  "Economics" and "Public Benefits".  Entries in the *Encyclopedia of AIDS*, R. Smith ed. Chicago:  Fitzroy Dearborn, 1998.

Glied, S. "Medicare Buy-In Is the Wrong Rx."  *New York Newsday*.  5 Mar.1998: 49. Print.

Glied, Sherry. "The Diagnosis and Treatment of Mental Health Problems Among Older Women." *Journal of the American Medical Women's Association* 53.4 (1998):  187-191.

Glied, Sherry.  "Getting the Incentives Right for Children." *Health Services Research* 33.4 Part II (1998):  1143-1160.

Glied, Sherry.  "Too Little Time?  the Recognition and Treatment of Depression in Primary Care." *Health Services Research* 33.4 Part I (1998):  891-910.

Glied, Sherry.  "The Treatment of Women with Mental Health Disorders under Managed Care and Fee-for-Service Insurance." *Women and Health* 26.2 (1997):  1-16.

Glied, Sherry, Christina W. Hoven, A. Bowen Garrett, Robert E. Moore, Philip Leaf, Hector R. Bird, Sherryl Goodman, Darrel Regier, and Margarita Alegria.  "Measures of Mental Health Status for Policy Analysis." *Journal of Child and Family Studies* 6.2 (1997): 177-190.

Glied, Sherry and S. Kofman.  "Women's Mental Health: an Introduction." *Compensation and Benefits Management* 13.4 (Autumn 1997): 43-52.

Glied, Sherry, R. Frank, J. Newhouse, and D. Bloom.  "The Palestinian Economy -- Implications for Health System Design."  Report submitted to the TAPHA project, Harvard Institute of International Development, May 1997.

Glied, Sherry.  "An Assessment of Strategies for Expanding Health Insurance Coverage."  Report prepared for the Kaiser Family Foundation Project on Incremental Health Reform, April 1997.

Glied, Sherry, R. Moore, C. Hoven, A.B. Garrett, D. Regier.  "Children's Access to Mental Health Care:  Does Insurance Matter?" *Health Affairs* 16.1 (1997):  167-174.

Glied, Sherry.  "Empirical Issues in the Estimation of Foregone Earnings." <u>American Journal of Public Health</u>, 86(12) December 1996: 1723-1728.

Glied, Sherry and S. Gnanasekaran.  "Hospital Financing and Neonatal Intensive Care." *Health Services Research* 31.5 (1996):  593-607.

Sisk, Jane E.; Sheila A. Gorman; Anne Lenhard Reisinger; Sherry A. Glied; William H. DuMouchel; Margaret M. Hynes. "Evaluation of Medicaid managed care: satisfaction, access, and use." *JAMA* 276 (1996): 50-55.

Glied, Sherry.  "Markets Matter: U.S. Responses to the HIV-Infected Blood Tragedy." *Virginia Law Review* 82 (1996):  1493-1508.

Glied, Sherry and S. Kofman.  "Women and Mental Health:  Issues for Health Reform." *Commonwealth Fund Commission on Women's Health* (1995).

Glied, Sherry.  "The Economics of the AIDS Epidemic:  Lessons from the U.S." *Current Science* 69.10 (1995):  849-856.

Glied, Sherry, M. Sparer, and L. Brown.  "Comment:  Containing State Health Care Expenditures--The Competition vs. Regulation Debate." *American Journal of Public Health* 85.10 (1995): 1347-1349.

Glied, Sherry.  Revising the Tax Treatment of Employer-Provided Health Insurance.  American Enterprise Institute Special Studies in Health.  Washington, D.C.:  American Enterprise Institute, 1994.

Sisk, Jane and S. Glied.  "Innovation under Federal Health Care Reform." *Health Affairs* 13.3 (Summer 1994):  82-97.

Bloom, David and Sherry Glied.  "Who is Bearing the Cost of the HIV/AIDS Epidemic in Asia?" *Economic Implications of AIDS in Asia.*  David Bloom and Joyce V. Lyons, Editors, 1993:  161-182.

Glied, Sherry. (Council of Economic Advisers)  "The Economics of Health Care." *Economic Report of the President*. Chapter 4 (Principal author of chapter), Washington, D.C., 1993, 119-168.

Messeri, Peter and Sherry Glied.  "Evaluation of the New York State AIDS Institute CSP Program," Report to the New York State AIDS Institute, 1993.

Bloom, David and S. Glied. "Projecting the Number of New AIDS Cases in the United States." *International Journal of Forecasting* Vol. 8 (Special Issue on Population Forecasting) (1992):  339-365.

Bloom, David and S. Glied.  "Benefits and Costs of HIV Testing." *Science* 252 (1991): 1798-1804.

Bloom, David and S. Glied.  "The Economics of HIV Testing in Employment Settings." *IRRA,* 42nd Annual Proceedings (1991):  19-28.

Carr, J., S. Glied, and F. Mathewson. "Unlimited Liability and Free Banking in Scotland:  A Note." *Journal of Economic History* (Fall 1989):  974-978.

Bloom, David and S. Glied. "The Evolution of AIDS Economic Research." *Journal of Health Policy* (1989):  187-196.

**(*Op Eds and Blog posts*)**

S. Glied and M. Tavenner.  Medicaid ohrough The Crystal Ball Of Historical CMS Projections.  Health Affairs Blog, Feb. 27, 2019.

S. Glied.  The Potential of Incremental Health Reform.  Health Affairs Blog. January 23, 2019.

S. Glied and G. Kim.  Health Spending In 2017: What Policy Can Do, And What It Can't.
      Health Affairs Blog.  December 6, 2018.

S. Glied. How a Medicaid Work Requirement Could Affect New Hampshire's Economy.
      Commonwealth Fund To the Point Blog.  May 9, 2019.

S. Glied. How a Medicaid Work Requirement Could Affect Arkansas's Economy.
      Commonwealth Fund To the Point Blog.  October 31, 2018.

S. Glied and D. Remler.  Expanding HSAs Could Exacerbate Inequalities and Increase
      Government Spending.  Commonwealth Fund To the Point Blog.  July 31, 2018.

Glied, S. and R. Frank. "Health-care Cuts in GOP Tax Bill will Cost People and States More
      Long-term."  *The Hill*, November 30, 2017.

Glied, S. and S. Altman.  "Boosting Competition among Hospitals, Health Systems will Improve
      Health Care." *STATNews*.  September 20, 2017.

Glied, S. and R. Frank.  "In Defense of the Congressional Budget Office."  *The Hill*, July 26,
      2017.

Frank, R. and S. Glied.  "Flexibility on 'Essential Benefits' will Increase Cost of Insurance for
      Pregnancy, Addiction, and Mental Illness."  *STATNews*.  March 20, 2017.

Glied, S. and T. McGuire.  "To Maintain Quality, Risk Adjustment Is Essential, Even In
      Incentive-Compatible Contracts: A Response To Cannon, " *Health Affairs Blog*, January
      29, 2018.

Frank, RG and SA Glied.  "Keep Obamacare to Keep Progress on Treating Opioid Disorders and
      Mental Illnesses."  *The Hill*, January 11, 2017.

Gluck, Abbe R., and Sherry Glied. "Let CBO Score the New Health Bill." *Los Angeles Times*,
      March 10, 2017

Glied, S. A., and R. G. Frank. "Care for the Vulnerable vs. Cash for the Powerful-Trump's Pick
      for HHS." *The New England Journal of Medicine*, 2016.

Glied, S.  "The Costs and Benefits of Health Spending in 2015." *Health Affairs Blog*, December
      13, 2016.

Glied, S.  "How Policymakers Can Foster Organizational Innovation in Healthcare." *Health
      Affairs Blog*, July 15, 2016.

Scheffler, R and S. Glied "How to Contain Health Care Costs" *New York Times*, May 3, 2016, p.
      A23.

Glied, S. and B. Sampat "Would a Wider Variety of Vial Sizes Reduce the Cost of Chemotherapy? Not Likely." *Health Affairs Blog*, May 1, 2016.

Glied, S. "No Action is the Best Action on Medicare." *Commonwealth Fund Blog*, July 31, 2015

S. Glied and C. Solis-Roman, "Why Changing the Definition of Full-Time Work Under the ACA Will Put More Workers at Risk and Increase Federal Spending." *Commonwealth Fund Blog,* January 2014.

Glied, S. "A New Tool to Track the Progress of the Health System." *Health Affairs Blog*, June 1, 2012.

Glied, S. "Expanding SCHIP: A Downpayment on Health Reform." *Commonwealth Fund Blog*, January 1, 2009.

**(*ASPE Issue Briefs*)**

Beronio, Kirsten, Rosa Po, Laura Skopec, and Sherry Glied. "Affordable Care Act Will Expand Mental Health and Substance Use Disorder Benefits and Parity Protections for 62 Million Americans." Assistant Secretary for Planning and Evaluation Research Brief, February 2013

Sommers, Ben, Rick Kronick, Kenneth Finegold, Rosa Po, Karyn Schwartz, and Sherry Glied. "Understanding Participation Rates in Medicaid: Implications for the Affordable Care Act." Assistant Secretary for Planning and Evaluation Research Brief, March 2012.

**(*Book Reviews/Letters*)**

Glied, S. "Correcting misperceptions related to chemotherapy drug shortages in the United States." *Journal of Oncology Practice* (2014): JOP-2014.

Glied, Sherry. Review of Reinsuring Health: Why More Middle-Class People are Uninsured and What Government Can Do by Kathy Swartz New England Journal of Medicine. January 18, 2007, Vol. 356(3): 315-316.

Glied, Sherry. "Healing an Ailing Market Review" of The Cure by David Gratzer Regulation. Summer 2007. Vol. 30 (2): 62-63.

Glied, Sherry. Review of The Economic Evolution of American Healthcare: From Marcus Welby to Managed Care by David Dranove. Health Economics. November 2003, (12:11), 983.

Glied, Sherry.  Review of <u>Empowering Health Care Consumers through Tax Reform</u> (ed. Grace Marie Arnett).  <u>Perspectives in Biology and Medicine</u>, Winter 2001, 155-157.

Glied, Sherry.  Review of <u>Frontiers in Health Policy Research</u> (ed. Alan Garber).  <u>Journal of Economic Literature</u>, December 1999, 1726.

Glied, Sherry.  Review of <u>The Managed Care Blues and How to Cure Them,</u> by Walter Zelman and Robert Berenson.  <u>Political Science Quarterly</u>.  Summer 1999.

Glied, Sherry and J. Meyer.  "Are 'America's Best Hospitals' America's Best?:  Letter to the Editor."  <u>JAMA</u> 278, August 13, 1997:  473-474.

Ackman, David and Sherry Glied, "Direct-to-Consumer Marketing," <u>The New England Journal of Medicine</u>, vol. 346(25), (2002):2010-2013.


**(*SELECTED NATIONAL MEDIA APPEARANCES*)**

ABC.  Nightline.  October 2006.
ABC.  Peter Jennings Reporting: Breakdown: America's Health Insurance Crisis.  December 2005.
NPR.  Marketplace.  April 2005.
Dateline NBC Documentary, August 2004.
NPR.  Fresh Air.  December 2, 2003.
PBS Documentary.  <u>Health Care Crisis</u>.  June 13, 2000.


**(*UNPUBLISHED WORKING PAPERS*)**

Hong, Kai, Kacie Dragan, and Sherry Glied. *Seeing and Hearing: The Impacts of New York City's Universal Prekindergarten Program on the Health of Low-Income Children*. No. w23297. National Bureau of Economic Research, 2017.

Glied, S., D. Ly and L. Brown. Medical savings accounts in the United States. <u>Private health insurance and medical savings accounts: lessons from international experience</u>. S. Thomson, E. Mossialos and R. G. Evans. Cambridge, Cambridge University Press. (2009 forthcoming).

Brown, L. and S. Glied. "Regression to the increasingly mean? Private health insurance in the United States." <u>Private health insurance and medical savings accounts: lessons from international experience</u>. S. Thomson, E. Mossialos and R. G. Evans. Cambridge, Cambridge University Press. (2009 forthcoming).

Glied, Sherry.  Have the Administrative Costs of Health Insurance Changed?  2003.

Glied, Sherry, Kathrine Jack.  Macroeconomic Conditions, Health Care Costs, and the Distribution of Health Insurance. National Bureau of Economic Research, Inc. Working Papers: 10029, 2003.

Glied, Sherry and Tama Beth Brooks.  "The Market and the Estimators:  Forecasting the Cost of Medicare Catastrophic Coverage."   National Bureau of Economic Research Working Paper no.6287.

Glied, Sherry, J. Sisk, S. Gorman, M. Ganz.  "Selection, Marketing, and Medicaid Managed Care."  National Bureau of Economic Research Working Paper No. 6164.

Glied, Sherry and R. Kroszner.  "Much Ado about Nothing?  Capital Market Reactions to Changes in Antitrust Precedent Concerning Exclusive Territories."  University of Chicago Center for the Study of the Economy and the State Working Paper no. 102.

## FELLOWSHIP AND GRANT SUPPORT

Analysis and Technical Assistance in Support of Health Reform.  Commonwealth Fund.  (Principal Investigator).  9/19-8/20.  $206,926.

Mental Health and the Evolving Labor Market.  Robert Wood Johnson Foundation (co-Principal Investigator).  11/18-10/20.  $166,933/

Competition among Healthcare Providers.  Commonwealth Fund.  (Principal Investigator).  10/2018-6/2019.  $71,998.

Policies in Action:  Policy and Law Research to Build a Culture of Health. Robert Wood Johnson Foundation (Principal Investigator).  10/2018-4/2021.  $1,270,000

Analysis and Technical Assistance in Support of Health Reform.  Commonwealth Fund.  (Principal Investigator).  9/18-8/19.  $194,949

Evaluating Consumer and Provider Effects of FAIR Health Online Shopping Tool.  New York State Health Foundation (Principal Investigator).  9/17-8/19.  $296,775.

David Bohnett Public Service Fellows.  David Bohnett Foundation.  (Principal Investigator).  9/17-8/20.  $800, 829.

Analysis and Technical Assistance in Support of Health Reform.  Commonwealth Fund.  (Principal Investigator).  9/17-8/18.  $194,654

Policies in Action:  Policy and Law Research to Build a Culture of Health. Investigator).  Robert Wood Johnson Foundation  (Principal Investigator).  12/2015-11/2018.  $1,200,000

Glied

Contributing to Health Reform:  Analysis and Technical Assistance Grant.  Commonwealth
Fund. (Principal Investigator).  9/13-8/14.  Direct Support funds $180,622.  Renewed
14/15; Renewed 15/16; Renewed 16/17.

Distribution of the Costs of Antimicrobial Resistant Infections, NIH (NR010822-01) (Principal
Investigator).  9/07 – 5/12.  Direct Support Funds $1,200,000 (10% Time)

Tracking Grant II, MacArthur Foundation (Principal Investigator).  5/07-4/10. Direct support
funds $467,168 (10% time).

Improving Analysis of Health Expansion Options for New York State.  New York State Health
Foundation.  9/07-8/09 (Co-Principal Investigator). Direct Support Funds $600,000
(10%)

Columbia Center for the Health of Urban Minorities.  NCMHD (NIH).  Co-Investigator.  Direct
Support Funds $3,800,000 (5%)

Center for Outcomes Research, Improving the Hospital Work Environment  (PI, Pat Stone)
7/1/2005 -6/30/2008   $1,427,424.00 (5%)

Effectiveness of a Family Heart Health Intervention NIH R01 HL07075101-01A1 (PI, Lori
Mosca) 8/01/2004 – 5/31/2008 $1,273,590 (2%)

Cost Benefit Analysis and Mental Health Care in the US.  Subcontract from Harvard University
Medical Center from MacArthur Foundation grant.  Principal Investigator 7/1/2007-
6/30/2009 $100,000 (15%)

Tracking Grant, MacArthur Foundation (Principal Investigator).  10/03-4/08. Direct support
funds $467,939 (10% time).

Lessons from Insurance Coverage from Other Systems and Across States: Analysis and
Technical Assistance Grant, Commonwealth Fund (Principal Investigator).  12/07 –
11/08.  Direct support funds $188, 772 (25% Time)

Tuberculosis Adherence Partnership Alliance Study. NIH. Principal Investigator, Subcontract.
9/00 - 9/05.  Director Support funds $2,268,000 (5%).

Task Force Direction, Analysis and Technical Assistance Grant.  The Commonwealth Fund
Principal Investigator. 12/04 – 11/05.  Direct Support funds $182,741 (25% time).

Project on the Identification and Treatment of Mental Health Problems in Medicaid-funded
Primary Care.  Technical Assistance Collaborative, Inc Principal Investigator. 4/04-
12/06.  Direct support funds $260,505.  (10% time).

Glied

Examining Future Insurance Directions and Policy Options: Analysis and Technical Assistance for the Task Force on the Future of Health Insurance. <u>The Commonwealth Fund</u> Principal CMNWLTH Investigator.  8/01 – 7/02.  Direct Support funds $245,288 (40% time).

Center for Study Interventions in Child Psychiatry. <u>NIMH</u>. Principal Investigator, Subcontract. 7/99 - 6/04. Direct Support funds $1,000,000 (10%).

The Well-Being of Mentally Ill 1950-2002. <u>The MacArthur Foundation</u>. Principal Investigator, Subcontract. 12/01 - 5/03. Director Support funds $121,797 (22%).

To Support Research Modeling Health Insurance Expansions. <u>Robert Wood Johnson Foundation</u>. Principal Investigator. 9/00 - 8/02.  Direct Support funds $162,046 (16%).

Future of Health Insurance for Working Americans. <u>The Commonwealth Fund</u> Principal CMNWLTH Investigator.  8/00 – 7/01.  Direct Support funds $235,917 (40% time).

Effectiveness of IPT-a in School Based Health Clinics. NIH/SAMSA. Principal Investigator, Subcontract. 9/98 - 8/01. Direct Support funds $1,073,214 (5%).

Developing Workable Solutions for Improving Health Insurance Coverage for Working Americans. <u>The Commonwealth Fund</u>. Principal Investigator.  8/99 – 7/00.  CMNWLTH Direct Support funds $358,792 (as needed).

An Assessment of Mental Health Policy at Century's End. <u>MacArthur Foundation</u>.  Principal Investigator.  7/99 – 8/00.  Direct Support Funds $72,405 (20% time).

Behavioral Intervention for the Control of TB. <u>NIH/NHLBI</u>.  Investigator. 10/95 – 10/00. Direct Support Funds $480,703 (6.5% time).

Effects of Medicaid Managed Care on AOD and MH Services. <u>SAMHSA</u>.  Investigator. 9/96-9/99.  C. Hoven, P.I.  Direct Support Funds $814,637 (10% time).

Current Population Survey Programming for the Task Force on the Future of Health Insurance for Working Families Workable Solutions Project.  <u>The Commonwealth Fund.</u> P.C. 6/14/99 – 7/31/99 Direct Support Funds $7,140 (10% time).

Minority Health in a Changing Health Care System.  <u>Commonwealth Fund</u>.  Principal Investigator.  2/98-1/99.  Direct Support Funds $48,273 (20% time).

Women's Health Care in the 1990s:  Assessing Recent Changes in Access, Costs, and Quality. <u>Commonwealth Fund Commission on Women's Health</u>.  Principal Investigator.  8/97 – 4/98.  Direct Support Funds $14,705 (15% time).

The Employer-Based Health Insurance System.  Robert Wood Johnson Investigator Award. <u>Robert Wood Johnson Foundation</u>.  Principal Investigator.  1/96-12/98.  Direct Support Funds $179,837 (50% time).

Glied

Women's Access to Mental Health Specialty Care as Patterns of Health Insurance Coverage
Change.  Commonwealth Fund Commission on Women's Health.  Principal Investigator.
6/96 – 11/96.  Direct Support Funds $12,569 (25% time).

Epidemiological Study of Stroke Outcome in Three Ethnic Groups.  NINDS.  Investigator.  9/95-
6/00.  R. Sacco, P.I.  Direct Support Funds $842,038 (3% time).

Insurance and Provider Choice for Children with Mental Health Needs.  NIMH.  Principal
Investigator.  8/94-7/95.  Direct Support Funds $104, 374 (45% time).

To Evaluate State Health Reform Capacity.  Robert Wood Johnson Foundation.  Investigator.
12/94-5/97.  L.D. Brown, P.I.  Direct Support Funds $329,728 (10% time).

Medicaid Managed Care in New York City.  Commonwealth Fund.  Investigator.  9/93-8/94.  J.
Sisk, P.I.  Direct Support Funds $284,769 (11% time).

Alternative Service Patterns for Children with Serious Emotional Disturbance.  NIMH.
Investigator.  9/93 - 8/97 C. Hoven, P.I.  Direct Support Funds $3,929,041 (10% time).

Evaluation of HIV Infection Early Intervention Programs.  Centers for Disease Control.
Investigator.  10/91-9/93.  P. Messeri, P.I.  Direct Support Funds $160,416 (5% time).

AIDS Institute Community Service Programs.  New York State AIDS Institute.  Investigator.
5/89 - 9/93. P. Messeri, P.I.  Direct Support Funds $769,000 (10% time).

Labor Market Impacts of the AIDS Epidemic.  NICHHD.  Co-Principal Investigator.  9/89 - 8/92.
David Bloom, P.I..  Direct Support Funds  $115, 852 (15% time).

Glied

**TEACHING EXPERIENCE AND RESPONSIBILITIES**

Introduction to Health Economics
Issues in Health Care Policy and Health Care Reform
Advanced Health Economics
Policy Analysis
Labor Economics

### *Postdoctoral Advising*

Morgan Williams 2018-
Kai Hong 2016-2018
Brett Anderson 2015-
Sidney Hankerson  2014-
Jennifer Humensky 2014-

### *Ph.D. Thesis Advising*

Grace Kim (Public Service).  Doctoral Dissertation Sponsor.
Rajeev Cherukupalli (Economics).  Doctoral Dissertation Sponsor.  2010.
Emilia Simeonova (Economics).  Doctoral Dissertation Sponsor.  2008.  Assistant Professor.
    Institute for International Economic Studies, Stockholm University
Lauren Nicholas (Social Work).  Doctoral Dissertation Sponsor.  2008.  Post doctoral researcher,
    University of Michigan.
Regina Alemeyda Duran (Economics). Doctoral Dissertation Sponsor.  2006.  Associate.
    Analysis Group.
Sangeeta Goyal (Economics).  Doctoral Dissertation Sponsor.  2004.  Education Economist,
    South Asia Sector for Human Development (SASHD).  The World Bank.
Prea Gulati (Sociomedical Sciences).  Doctoral Dissertation Sponsor.  2004.  Research Scientist,
    Global Health Council.
Gerard Carrino (Sociomedical Sciences)  Doctoral Dissertation Sponsor.  2004.  Assistant Vice
    President, Columbia University Medical Center.
Adriana Lleras-Muney (Economics).  Doctoral Dissertation Sponsor.  2001.  Assistant Professor
    of Economics, Princeton University.
Robert Graboyes (Economics).  Doctoral Dissertation Sponsor.  2000.  Senior Health Policy
    Adviser, National Federation of Independent Business.
Cait Des Roches, Dr.P.H. (Sociomedical Sciences) Doctoral Dissertation Sponsor.  2000.
    Research Scientist.  Harvard School of Public Health.
Mark Stabile.  (Economics)  Doctoral Dissertation Sponsor.  1999.  Associate Professor,
    Department of Economics, University of Toronto.
Michael Ganz (Sociomedical Sciences)  Doctoral Dissertation Sponsor. 1998.  Assistant
    Professor, Maternal and Child Health, Harvard School of Public Health.
Alma Bowen Garrett IV.  Ph.D.  (Economics) Doctoral Dissertation Sponsor.  1996.  RWJ Policy
    Scholar 1996-1997.  Senior Research Associate, The Urban Institute.

Glied

Linda Marie Dynan.  Ph.D. (Economics)  Doctoral Dissertation Sponsor.  1994.  Assistant
Professor.  Northern Kentucky University.

Edward Snyder, Jr.  Dr.P.H.  (Public Health) 2nd Reader. 1997.
Joanne Lamphere Dr.P.H. (Public Health)  Examination Chair.  1996.
Rohit Sah.  Ph.D. (Economics)  2nd Reader.  1996.
Omar Azfar.  Ph.D. (Economics) 2nd Reader.  1995.
David Beede.  Ph.D.  (Economics)  Examination Chair.  1995.
Debojyoti Sarkar.  Ph.D. (Economics)  2nd Reader.  1995
Melissa Binder.  Ph.D.  (Economics)  Examination Chair.  1995
Jaime Saavedra.  Ph.D.  (Economics)  Examination Chair.  1995.
Ajay Mahal.  Ph.D. (Economics) Examination Chair.  1995.
Cynthia Miller.  Ph.D. (Economics)  Examination Chair.  1993.
Rehana Siddiqui.  Ph.D. (Economics)  Examination Chair.  1992.

### *Undergraduate Thesis Advising*

Shira Galinsky.  2000.
Karuna Patel.  1998.
George Ko.  1998.
Tama Beth Brooks.  1996.
Srilakshmi Gnanasekaran.  1992.
Christoph Westphal.  1991.

## OTHER PROFESSIONAL ACTIVITIES

### *Boards of Directors*

Member, Board of Directors, NeuroRx (2015 -)
Member, Board of Directors, Milbank Memorial Fund (2015-)
Member, Board of Directors, Center for Health Policy Development (2014-2016)
Member, Board of Directors, FAIR Health (2013-)
Member, Board of Directors, AcademyHealth (2007-2010)

### *Other Boards and Committees*

External Reviewer, University of Pennsylvania, Leonard Davis Institute (2018-).
External Reviewer, Columbia University, School of International and Public Affairs (2016-
2017).
Special Issue Editor, Journal of Health Politics, Policy, and Management.   Policy Analysis and
the Politics of Health Policy:  Scholarship, Knowledge Translation and Policymaking (2017).
Special Issue Editor, Health Affairs.  The Work/Health Relationship. February (2017).
Special Issue Editor, American Journal of Preventive Medicine, The Use of Economics in
Informing U.S. Public Health Policy. Volume 50, Issue 5, Supplement 1 (2016).
Special Issue Editor, Health Services Research.  Improving Efficiency and Value in Health Care.
43(5, pt. 2) October (2008).

Special Issue Editor, <u>Health Services Research.</u> Alice Hersh Memorial Issue,  Dec; 35(5 Pt 3) (2000).
Member, CBO Health Insurance Simulation Model Technical Review Panel (2018-)
External Monitor, National Academy of Sciences, Engineering and Medicine, Board on Children, Youth and Families, <u>Transforming the Financing of Early Care and Education</u> (2018).
Member, National Academy of Medicine, Building the Evidence Base for Improving Health Care Steering Committee (2017-2018)
Member, OPAL Stakeholder Advisory Board, New York State Psychiatric Institute (2018-)
Member, NICHM Research Award Review Panel (2016-)
Member, Commonwealth Fund Council of Economic Advisers (2016-)
Member, Harvard/Arnold Policy Advisory Board (2016-)
Member, *Health Affairs* Council on Health Care Spending and Value (2018 -)
Member, Advisory Board, Brookdale Institute (2006 – (except 2010-2012))
Member, IHEA, Arrow Awards Committee (2013-2018)
Member, AcademyHealth, Health Services Research Impact Award Committee (2013-2015)
Member, IOM Committee on Psychosocial Services to Cancer Patients (2006 -2008)
Member, Research!America Eugene Garfield Award Committee (2005-2010)
Member, IOM Committee on Core Metrics for Better Health at Lower Cost (2012-2014)
Member, IOM Board on Children, Youth and Families (2008-2010)
Member, IOM Committee on Planning a Continuing Health Care Professional Education Institute
Member, Regents Advisory Committee, American College of Healthcare Executives, New York Region  (2004 -2010)
Member, Board of Advisors, NCHS/Academy Fellowship Committee (2001 -2010)
Member, IOM Subcommittee on Societal Costs of Uninsured Populations, (May 2002 – January 2003)
Member, Executive Committee, Section on Healthcare Delivery, New York Academy of Medicine (2001-2010)
Injury Research Grant Review Committee, Centers for Disease Control  (2000 – 2003)
Editorial Board, Milbank Quarterly (2000 – 2010)
Editorial Board, Journal of Health Politics, Policy, and Law (2000 – 2010)
Member, MS Society Advisory Committee on Health Care Delivery and Policy Research (1999-2004)
National Advisory Committee, Robert Wood Johnson Foundation Investigator Awards (1999-2005).
Panelist, Research Panel on Collaborative Networks, New York Academy of Medicine (1999).
Special Member, Health Services Review Panel, Agency for Health Care Policy Research, 1999.
Panelist, Advisory Panel on Public Health and Medicine.  New York Academy of Medicine. (1995 –1997).
NIHCM Foundation Advisory Board – (July 2019- )
Editorial Board, Women and Health (2005 -2010)
Editorial Board, Annual Reviews of Public Health (2005- 2009)
Editorial Board, Health Services Research (1998- 2010)

Glied

***Reviewer:***

Reviewer:   American Journal of Public Health; Congressional Budget Office; Harvard
University Press; Industrial Labor Relations Review; National Science Foundation; Pediatrics;
Quarterly Journal of Economics; Robert Wood Johnson Foundation; Science; Women and
Health; Surgeon General's Report on Mental Health; University of Chicago Press; American
Economic Review; Journal of Health Economics; Journal of Health Politics Policy and Law;
Inquiry; Russell Sage Foundation; JAMA; NEJM.

**Attachment B**

**Attachment B: Materials Relied Upon**

**Legal Documents**

Expert Report of Laurence C. Baker, Ph.D., May 10, 2019, *In Re National Prescription Opiate Litigation*, MDL No. 2804, Case No. 17-md-2804, United States District Court for the Northern District of Ohio, Eastern Division.

Expert Report of Pradeep K. Chintagunta, Ph.D., May 10, 2019, *In Re National Prescription Opiate Litigation*, MDL No. 2804, Case No. 17-md-2804, United States District Court for the Northern District of Ohio, Eastern Division.

Expert Report of Professor Iain Cockburn, May 10, 2019, *In Re National Prescription Opiate Litigation*, MDL No. 2804, Case No. 17-md-2804, United States District Court for the Northern District of Ohio, Eastern Division.

Expert Report of Henry Grabowski, Ph.D., May 10, 2019, *In Re National Prescription Opiate Litigation*, MDL No. 2804, Case No. 17-md-2804, United States District Court for the Northern District of Ohio, Eastern Division.

Expert Report of Professor Margaret K. Kyle, May 10, 2019, *In Re National Prescription Opiate Litigation*, MDL No. 2804, Case No. 17-md-2804, United States District Court for the Northern District of Ohio, Eastern Division.

Expert Report of Professor Meredith Rosenthal, March 25, 2019. *In Re National Prescription Opiate Litigation*, MDL No. 2804, Case No. 17-md-2804, United States District Court for the Northern District of Ohio, Eastern Division.

**Other Documents**

Baltagi, B., and D. Levin, "Estimating Dynamic Demand for Cigarettes Using Panel Data: The Effects of Bootlegging, Taxation and Advertising Reconsidered," *Review of Economics and Statistics*, 68(1), February 1986, pp. 148-155.

Chintagunta, P.K., R. Jiang, and G.Z. Jin. "Information, learning, and drug diffusion: The case of Cox-2 inhibitors," *Quantitative Marketing and Economics*, 7(4), 2009, pp. 399-443.

Chintagunta, P.K., V. Kadiyali, and N.J. Vilcassim, "Endogeneity and Simultaneity in Competitive Pricing and Advertising: A Logit Demand Analysis," *Journal of Business*, 79(6), November 2006, pp. 2761-2787.

Datta, A., and D. Dave, "Effects of Physician-Directed Pharmaceutical Promotion on Prescription Behaviors: Longitudinal Evidence," *Health Economics*, 26, 2017, pp. 450-468.

Dave, D., and H. Saffer, "Demand for Smokeless Tobacco: Role of Advertising," *Journal of Health Economics*, 32(4), July 2013, pp. 682-697.

Diebold, F.X., and L. Kilian, "Unit-Root Tests Are Useful for Selecting Forecasting Models," *Journal of Business and Economic Statistics*, 18(3), July 2000, pp. 265-273.

Kremer, S., T. Bijmolt, P. Leeflang, and J. Wieringa, "Generalizations on the effectiveness of pharmaceutical promotional expenditures," *International Journal of Research in Marketing*, 25, 2008, pp. 234-246.

Majumdar, S.R., and S.B. Soumerai, "Why most interventions to improve physician prescribing do not seem to work," *Canadian Medical Association Journal*, 169(1), July 2003, pp. 30-31.

Majumdar, S.R., F.A. McAlister, and S.B. Soumerai, "Synergy between Publication and Promotion: Comparing Adoption of New Evidence in Canada and the United States," *The American Journal of Medicine*, 115, October 2003, pp. 467-472.

Mizik, N., and R. Jacobson, "Are Physicians 'Easy Marks'? Quantifying the Effects of Detailing and Sampling on New Prescription," *Management Science*, 50(12), December 2004, pp. 1704-1715.

Qi, S., "The impact of advertising regulation on industry: the cigarette advertising ban of 1971," *RAND Journal of Economics*, 44(2), 2013, pp. 215-248.

Remler, D., J.G. Zivin, and S. Glied, "Modeling Health Insurance Expansions: Effect of Alternate Approaches." *Journal of Policy Analysis and Management*, 23(2), 2004, pp. 291-314.

Seldon, B.J., and R. Boyd, "The stability of cigarette demand," *Applied Economics*, 23, 1991, pp. 319-326.

Shapiro, B.T., "Positive Spillovers and Free Riding in Advertising of Prescription Pharmaceuticals: The Case of Antidepressants," *Journal of Political Economy*, 126(1), 2018, pp. 381-437.

Windmeijer, F., E. de Laat, R. Douven, and E. Mot, "Pharmaceutical promotion and GP prescription behavior," Health Economics, 15(1), 2006, pp. 5-18.