# EXHIBIT 7

Document Produced in Native Format

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER MNK-T1_0002250046



# Mallinckrodt
# Controlled Substance Suspicious
# Order Monitoring Program

## Introductory Training for Field Sales
## June 5, 2008

# Mallinckrodt Suspicious Order Monitoring Introductory Training Goals

- Suspicious Order Monitoring Team Membership

- Regulatory background

- Overview of draft procedure

- Field Sales future participation in program



# Mallinckrodt Suspicious Order Monitoring Procedure Team

- JoAnne Levy, V-P Corporate Logistics
- John Adams, Sales Director
- Bill Ratliff, Security Director
- Kimberly France, Business Development Director
- Karen Harper, DEA Compliance Manager
- Michael Pheney, Logistics Manager
- Jim Rausch, Customer Service Manager
- Cathy Stewart, Customer Service Manager
- Susan Marlatt, Credit/Collections Manager

Team Advisors:
Jerry Moss, V-P Sales
Jason Jones, V-P Sales
Jeff Burd, Marketing Director
Bob Lesnak, Sales & Marketing Director
Eileen Spaulding, Hobart



# DEA Policy on Suspicious Orders

*DEA Regulation 21 CFR 1301.74*

- Requires registrants to **design** and **operate** a suspicious order identification system

- Requires that registrants **report** suspicious orders to DEA when discovered through monitoring

- Registrant is reminded that their responsibility does not end merely with the filing of suspicious order report

- DEA does not approve or otherwise endorse any specific program for reporting suspicious orders

- ***Registrant must conduct an independent analysis of suspicious orders prior to completing a sale to determine whether the controlled substances are likely to be diverted.***

**COVIDIEN**

# Consequences of Monitoring Failure

*DEA reiterates responsibilities in light of the growing Rx drug abuse problem*

- Failure to maintain effective controls against diversion is inconsistent with the public interest and may result in the revocation of the registrant's DEA Certificate of Registration.

- Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency



***<span style="color:red">DEA can immediately suspend or revoke registration for violations of the Controlled Substances Act and regulations.</span>***



# Recent DEA Actions Involving Distributors

*DEA suspends licenses of distributors for not maintaininig effective controls against diversion of controlled substances*

**Amerisource Bergen**
- Orlando, FL (4/07)

**Cardinal**
- Auburn, WA (12/07)
- Lakeland, FL (12/07)
- Swedesboro, NJ (12/07)
- Stafford, TX (2/08) under investigation-order to show cause
- Company estimates $30 million loss due to enforcement actions.

**McKesson**
- McKesson Corporation Agrees to Pay More than $13 Million to settle claims that it failed to report suspicious sales of prescription medications



# Bulk Narcotics Compounding Pharmacy Case Study

– DEA was investigating customer for their distribution of human growth harmone and observed Mallinckrodt NaI product at pharmacy

– DEA contacted Mallinckrodt and suggested we review our relationship with the customer and future order shipment

– DEA commented on the presence of Ketamine/Fentanyl in the illicit market

– Customer had placed an order for 4 x 25 grams Fentanyl using Research Registration

– Customer was informed by Mallinckrodt that their pending Fentanyl order had been put on hold

– Customer decreased their order

– Customer cancelled their order



# Revised Controlled Substance Suspicious Order Monitoring Procedure Highlights

–Field Sales completes customer checklist

–Credit performs Dun & Bradstreet and other information checks

–CSRs follow existing procedure on verifying customer DEA registration, quota, DEA 222 Form

–Order entry system flags "peculiar" orders of unusual size, frequency based upon algorithm

–Algorithm is customized by customer category, class of trade

–Customer accounts or customer orders that appear "peculiar" based on customer checklist results, credit checks, CSR interaction, order entry system flag are referred to Security Director and DEA Compliance Manager

–Security Director and DEA Compliance Manager consult with business rep regarding ship or no ship decision

–Security Director and DEA Compliance Manager report suspicious orders to DEA



# Revised Controlled Substance Suspicious Order Customer Checklist

- To be completed by Field Sales
- Know your customer is the goal
- Description of neighborhood (high crime area, etc.)
- Requires on-site visit, inside and out
- Physical description of facility or photos
- Includes a list of indicators (watch outs) that require further review by Security Director

