# EXHIBIT 8

## Pharmacy Information Sheet

Date: 10/11/11
Source of Information: Cardinal Health
Pharmacy Name: Brooks Pharmacy d/b/a Caremed
DEA No.: ▇▇▇▇
Pharmacy Address: 3501 Health Center Blvd., Bonita Springs, FL 34135
Customer of Wholesaler Since (CS): approx. 2007

**Current Status: Sales of controlled substances restricted**

If sales of controlled substances restricted, effective date of restriction: ▇▇▇▇

Reason: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Statistics:

% Controlled Substances vs. Non-Controlled Substances: 60/40

Volume of controlled substances: 150,000 tablets per month approx.

Top product by volume: oxycodone 30 mg

Volume of oxycodone family: 1.7 million tablets from 5/10 through 10/11; 120,000 approx. per month

Volume of Oxycodone 30 mg tablets: 100,000 per month approx.

% of Oxycodone Sales that are 30 mg tablets versus all oxycodone SKUs: 80%

% Cash sales versus non-cash sales for CS: 40%

Due Diligence:

Number of site visits and dates of each: 5/10, 1/11, 9/21/11

Latest Site Visit: 9/21/11

Top prescribers identified?: Yes. 9/22/11

If so, background checks? Yes. No disciplinary.

Physical location description: See photos.

**Result: Mallinckrodt to inactivate as customer. Suzanne Pea informed 10/13/11 to remove as customer. Letter to be sent 10/17/11.**

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008561129

**Pharmacy Name:** Brooks Pharmacy

**Pharmacy Address:** 3501 Health Center Blvd, #1200, Bonita Springs, FL 34135

**Visited by:** Bill Ratliff, Director of Security

**Date of Visit:** 9/13/2011

**Photographs:**

_x_ Outside of the pharmacy

_x_ Parking lot

___ Inside of the pharmacy (customers)

___ Inside of the pharmacy (counter/signs)

Any out-of-state vehicles? None_____ If so, how many? N/A  From what states? N/A

Any lines of customers (inside and/or outside)? None_____ If yes, what are the general ages of the customers?

Any signs about Mallinckrodt products? None_____ If yes, what do they say?

Other observations: Brooks Pharmacy was located in a medical building containing approximately twenty doctors as well as the Bonita Community Health Center that provides urgent and general health care. The pharmacy is located on the first floor to the right of the front door. To the immediate left of the pharmacy was a hallway that stated it

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008561130

was a "Pain Management Area." The pharmacy was very small and there were no customers inside during my visit. All of the patients that were in and out of the building when I was present were elderly, no younger patients. When I was taking notes in my vehicle, a jeep with large tires drove next to my vehicle on the passenger side. The driver did not exit his vehicle, but looked down into my vehicle to see what I was doing. When I looked at him, I determined he was late thirties, white male, goatee and sunglasses. When I had looked at him for approximately one minute, he did not speak but backed out and drove out of the parking area. Based on my experience, I believe he was very possibly an investigator, DEA or Task Force. Lastly, based on the age of the people entering and leaving the building there was no way to determine if there were any issues with the prescriptions being filled.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008561131