# EXHIBIT 9

**Pharmacy Name:** Lam's Pharmacy

**Pharmacy Address:** 2202 W. Charleston Blvd #13, Las Vegas, NV 89102

**Visited by:** Bill Ratliff, Chief Security Officer and others

**Date of Visit:** 10/4/11

**Photographs:**

_x_ Outside of the pharmacy

_x_ Parking lot

___ Inside of the pharmacy (customers)

_x_ Inside of the pharmacy (counter/signs)

Any out-of-state vehicles? No  If so, how many?  From what states?

Any lines of customers (inside and/or outside)? No customers were in line, but there were approximately ten customers waiting for prescriptions to be filled.  If yes, what are the general ages of the customers? The ages of the customers were varied, with nothing obvious or out of the norm.

Any signs about Mallinckrodt products?  None  If yes, what do they say?

Other observations: I spoke with the pharmacist, Ken and explained that I represent Mallinckrodt and was attempting to determine where our Oxycodone products were

being dispensed. He advised Lam's fills only prescriptions for those in the immediate and surrounding zip codes and runs PMP reports prior to filling any prescriptions. The PMP report shows the customers recent prescriptions and where they were filled which reduces the opportunity for doctor and pharmacy shopping. Also, there was a sign stating all customers must show a valid in state drivers license to have a prescription filled. Another sign indicated the pharmacy has a Compliance Team Incorporated certification.

It should be noted that the pharmacy is near the University of Nevada, Medical and Trauma Center. Also, it was noted there were a number of other pharmacies in the area to include: CVS; Southwest Medical Pharmacy and Value Medical.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                  MNK-T1_0008501000



**DUE TO FEDERAL PRIVACY LAWS:**

PLEASE TRY TO KEEP YOUR DISTANCE AS FAR AS POSSIBLE FROM THE PATIENT BEING SERVICED.

THANK YOU FOR UNDERSTANDING.

---

**ALL PATIENTS MUST PRESENT A VALID NEVADA STATE DRIVERS LICENSE ONLY WHEN DROPPING OFF OR PICKING UP A PRESCRIPTION.**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008501001



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER