# EXHIBIT 10

Document Produced in Native Format

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0007897646