# EXHIBIT 15

Message

| | |
|---|---|
| **From**: | Tetzlaff, Gail S [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GAIL.TETZLAFF] |
| **Sent**: | 1/30/2013 5:05:04 PM |
| **To**: | Bullerdick, Jennifer M [/O=THCG/OU=Hazelwood01/cn=Recipients/cn=jennifer.bullerdick]; Buist, Jennifer M [/O=THCG/OU=Hazelwood01/cn=Recipients/cn=jennifer.walz]; New, Bonnie I [/O=THCG/OU=First Administrative Group/cn=Recipients/cn=bonnie.new] |
| **CC**: | Dodson, Heather [/O=THCG/OU=Hazelwood01/cn=Recipients/cn=heather.dodson]; Spaulding, Eileen L. [/O=THCG/OU=Hazelwood01/cn=Recipients/cn=eileen.spaulding] |
| **Subject**: | RE: Morris and Dickson order 70248102 on U2 hold for METHADONE HCL 10MG TABS |

I approve release of the SOM U2 hold.  Further disposition of the order can proceed as appropriate.

**Gail Tetzlaff**
Director of Government Reporting Compliance
Mallinckrodt, the Pharmaceuticals business of Covidien
675 McDonnell Blvd.
Hazelwood, MO 63042
phone (314) 654-8263
gail.tetzlaff@covidien.com

www.covidien.com

\*\*\*\*\*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you received this in error, please inform the sender and remove any record of this message.\*\*\*\*\*

**From:** Bullerdick, Jennifer M
**Sent:** Wednesday, January 30, 2013 10:58 AM
**To:** Buist, Jennifer M; New, Bonnie I
**Cc:** Dodson, Heather; Tetzlaff, Gail S; Spaulding, Eileen L.
**Subject:** RE: Morris and Dickson order 70248102 on U2 hold for METHADONE HCL 10MG TABS

We are limited supply on this and are not in a position to send.

We are in the process of finalizing allocation plans and that is driving this decision.  Just since that isn't finalized yet was providing some additional information to help in the message for the customer at this time.

> **From:** Buist, Jennifer M
> **Sent:** Wednesday, January 30, 2013 10:57 AM
> **To:** New, Bonnie I
> **Cc:** Bullerdick, Jennifer M; Dodson, Heather; Tetzlaff, Gail S; Spaulding, Eileen L.
> **Subject:** RE: Morris and Dickson order 70248102 on U2 hold for METHADONE HCL 10MG TABS
>
> Thank you Bonnie.
>
> Gail – I recommend release.  Sheet has been updated.

|  | **Report date / Time** | **Order Number** |
|---|---|---|
| SOR 01-28-2013 PM | | 70248102 |

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T1_0001522039

**From:** New, Bonnie I
**Sent:** Wednesday, January 30, 2013 10:52 AM
**To:** Buist, Jennifer M
**Cc:** Bullerdick, Jennifer M; Dodson, Heather; Tetzlaff, Gail S; Spaulding, Eileen L.
**Subject:** Re: Morris and Dickson order 70248102 on U2 hold for METHADONE HCL 10MG TABS

All,

Morris and Dickson has this product in primary position on their source program. Their usage is increasing due to the fact that they could not secure product from us to meet their entire demand dur to our disruptions in supply. They try to hold 6 weeks inventory so they are trying to meet that objective and supply their customers with our product vs. our competition.

I would like for this order to ship but realize that the SOM Team and Jennifer B. have the final decision. Please advise on your decision.

Thank you,

Bonnie New
National Account Manager
Covidien / Mallinckrodt
Specialty Generics
314-731-1000

On Jan 30, 2013, at 7:47 AM, "Buist, Jennifer M" <Jennifer.Buist@covidien.com> wrote:

Bonnie,

Please see below and advise.

Thank you in advance,

Jen

**From:** Bullerdick, Jennifer M
**Sent:** Tuesday, January 29, 2013 9:57 PM
**To:** Buist, Jennifer M
**Cc:** Dodson, Heather
**Subject:** RE: Morris and Dickson order 70248102 on U2 hold for METHADONE HCL 10MG TABS

We are in the process of preparing allocation plans due to limited supply on this sku. I recommend we push back to cancel these orders (communication to the customer focusing on the fact that their orders are considered excessive). They are likely to receive the allocation letter later this week.

I will relay to the NAM.

**From:** Buist, Jennifer M
**Sent:** Monday, January 28, 2013 2:54 PM
**To:** Bullerdick, Jennifer M
**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.
**Subject:** Morris and Dickson order 70248102 on U2 hold for METHADONE HCL 10MG TABS

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001522040

Jennifer,

We have Morris and Dickson order 70248102 on U2 hold for METHADONE HCL 10MG TABS. Their MTD order quantity exceeds all other quantities for the past 18 months. Additional insight is appreciated. If you do not have additional information, I will inquire with the NAM.

Thank you,

Jen

| Order Number | Bill To Customer | Bill To Customer Name | Ship To Customer | Ship To Customer Name |
|---|---|---|---|---|
| 70248102 | 50045243 | MORRIS DICKSON CO LTD,SHREVEPORT,LA | 52001568 | MORRIS AND DICKSON CO LLC,SHREV |

**Jen Buist (Walz)**
*Senior Data Analyst – Controlled Substances Compliance*
Covidien
675 McDonnell Blvd.
10-3-S
Hazelwood, MO 63042
314-654-5625
jennifer.buist@covidien.com

www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER