# EXHIBIT 21

Message

| | |
|---|---|
| **From:** | Spaulding, Eileen L. [Eileen.Spaulding@covidien.com] |
| **Sent:** | 5/6/2013 7:08:22 PM |
| **To:** | heather.r.white@usdoj.gov |
| **CC:** | Harper, Karen [Karen.Harper@Covidien.com]; Tetzlaff, Gail S [Gail.Tetzlaff@Covidien.com]; Buist, Jennifer M [Jennifer.Buist@covidien.com] |
| **Subject:** | Mallinckrodt Suspicious Orders |

Dear Ms. White,

Attached are orders Mallinckrodt has received within the last business day that we are reporting to the Drug Enforcement Administration as suspicious orders pursuant to 21 CFR 1301.74(b). These orders are on hold and will not be shipped unless, and until, Mallinckrodt's Controlled Substances Compliance Group completes its independent analysis of these suspicious orders and determines that the orders are not likely to be diverted into other than legitimate medical, scientific and industrial channels.

If you have any questions or concerns regarding this report, please contact Don Lohman at 314-654-3927.

Best regards,


Eileen L. Spaulding
Sr. Controlled Substance Compliance Coordinator
Covidien/Mallinckrodt Dosage Group
172 Railroad Avenue
Hobart, NY  13788
607 538-2196 (office)
607 343-9389 (cell)
607 538-2540 (fax)
eileen.spaulding@covidien.com
www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0002217298