UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**DECLARATION OF MARA CUSKER GONZALEZ IN SUPPORT OF MANUFACTURER DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION THAT DEFENDANTS DID NOT COMPLY WITH THEIR DUTIES UNDER THE FEDERAL CONTROLLED SUBSTANCES ACT TO REPORT SUSPICIOUS OPIOID ORDERS AND NOT SHIP THEM**

I, Mara Cusker Gonzalez, declare as follows:

1. I am an attorney at Dechert LLP, and counsel for Defendant Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc., in the above-captioned case;

2. I submit this declaration in support of the Manufacturer Defendants' Opposition to Plaintiffs' Motion for Partial Summary Adjudication of Defendants' Duties under the Controlled Substances Act;

3. Attached as Exhibit 27 is a true and correct copy of documents produced in the matter at bates numbers PPLPC031001491482–87;

4. Attached as Exhibit 28 is a true and correct copy of documents produced in the matter at bates numbers PPLP004368538–43;

5. Attached as Exhibit 29 is a true and correct copy of documents produced in the matter at bates numbers PPLP004393084–98;

6. Attached as Exhibit 30 is a true and correct copy of documents produced in this matter at bates numbers PPLPC023000971890–96;

7. Attached as Exhibit 31 is a true and correct copy of documents produced in this matter at bates numbers PPLPC012000378036–07;

8. Attached as Exhibit 32 is a true and correct copy of documents produced in this matter at bates numbers PPLPC019001275418;

9. Attached as Exhibit 33 is a true and correct copy of documents produced in this matter at bates numbers PPLPD004687363;

10. Attached as Exhibit 34 is a true and correct copy of documents produced in this matter at bates numbers PPLPC021000923153.

Dated: July 31, 2019

Respectfully submitted,

/s/ Mara Cusker Gonzalez
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Fax: (212) 698-3599
Maracusker.gonzalez@dechert.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc.*