# EXHIBIT 32

# Order Monitoring System (OMS)

PURDUE

Purdue developed the Order Monitoring System to comply with Drug Enforcement Administration (DEA) regulations to review and potentially report orders that are deemed suspicious once identified.

## Factors that Purdue's OMS Team Analyzes to Determine Pharmacy Review

### Data Supplied by Wholesalers on Sales of Purdue Products

To identify outliers or indicia of potential concern

### Discussions with Wholesalers

Based on concerning purchase trends and other indications

### Reports

Of concern and Abuse and Diversion Detection (ADD) program reports indicative of suspicious activity

### Publicly Available Legal or Regulatory Actions

Information collected based on public searches of terms to identify actions taken against pharmacists or pharmacies

### OMS Team Review

OMS team reviews all information collected on accounts that have met any of the criteria above and determines next steps.

### Complete, Referred

OMS team determined there was **sufficient information** regarding the potential suspicious order.

### DEA Referral

Purdue refers the issue to the local DEA Field Office Division and authorized distributor notified.

To find out more, please visit: **www.purduepharma.com/getthefacts**


