# EXHIBIT 33

| | |
|---|---|
| To: | Boockholdt, Barbara J.[Barbara.J.Boockholdt@usdoj.gov] |
| Cc: | Leonard.B.Levin@usdoj.gov[leonard.b.levin@usdoj.gov]; James Arnold (James.A.Arnold@usdoj.gov)[James.A.Arnold@usdoj.gov]; Abrams, Robin[Robin.Abrams@pharma.com]; Issa, Giselle[Giselle.Issa@pharma.com] |
| From: | Crowley, Jack |
| Sent: | Fri 10/7/2011 4:24:39 PM |
| Subject: | Follow up |

List of Slow Pharmacies with New Criteria.xlsx
PainWeek_ASI-MV OxyContin ORF Poster_8 31 11_FINAL.PPTX

Hello Chief Boockholdt:

Thank you very much for the time you, and Supervisory Investigators Levin and Arnold spent with Robin and me on Tuesday.

This list was compiled by our colleague Giselle Issa, who is the Director of our Order Monitoring System Program.

Attached please find the list that we have labeled " slow pharmacies" with the new criteria - retail pharmacies that have sales >350K and declined in units >= 50%.

The total of pharmacies that met this criteria is 285. I believe that you will be able to sort them by state.

Also attached is the PainWeek abstract that was mentioned by Robin during our teleconference.

Please let me know if you need any other feedback or information concerning this list, and I look forward to assisting you and your Section, as well as any Field Office with any questions.

I hope you have a great weekend.

Best regards,

Jack

Jack Crowley
Executive Director
CSA Compliance
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
(203) 588-8613 (Stamford, CT)
(252) 265-1964 (Wilson, NC)
(203) 273-2656 (cell)
jack.crowley@pharma.com

Produced by Purdue Pharma L.P. to Tennessee Attorney General
pursuant to Second Request for Information dated August 17, 2016
Confidential Treatment Requested Pursuant to Confidentiality Agreement
dated January 30, 2015 & Tenn. Code Ann. § 47-18-106(g)

PTN000045565

Produced by Purdue Pharma L.P. to USDOJ
pursuant to Subpoena Duces Tecum dated April 3, 2018
FOIA Confidential Treatment Requested

PPLPD004687363