# EXHIBIT 34

**Produced Natively**

CONFIDENTIAL

PPLPC021000923153

# Ethics & Compliance/Legal Presentation:
# SOM end of year review

December 2017



PRIVILEGED AND CONFIDENTIAL

# 2017 was a year of improvement for SOM



**People**
- Cross-functional committee
- Managed by E&C
- Hired internal and external SMEs

**Technology**
- Selected software designed for SOMs compliance
- 10% of orders pend as opposed to 61%
- Developed automated system to review downstream customer data (Vinyl)

**Process**
- Streamlined KYCC
- Rhodes SOM and KYCC due diligence managed by E&C
- No orders, including order errors are reduced in quantity

# Tactical Timeline



| Q1 2017 | Q2 2017 | Q3 2017 | Q4 2017 |
|---|---|---|---|
| • Interim controls put in place<br>• Began implementation of new SOM system<br>• Hired a SME to manage the SOM process | • Developed new processes | • New SOM system go-live | • Training on SOM conducted via OWL<br>• Implemented system to automate KYCC reviews<br>• Took responsibility for Rhodes KYCC reviews |

PRIVILEGED AND CONFIDENTIAL     3

# Suspicious Order Monitoring



September 1st, 2017  (system go-live) to December 18th, 2017



2 orders have been reported to the DEA as suspicious

404 orders pended for review

4,167 controlled substance orders evaluated

211,701 controlled substance lines have been evaluated

PRIVILEGED AND CONFIDENTIAL     4

# Know Your Customer



### Questionnaire

- All Purdue and Rhodes customers receiving Schedule II-V controlled substances have submitted a "Know Your Customer" questionnaire and details of their SOM program

### Purdue Site Visits

- Site visits have been conducted on Purdue customers.
  - 11 customers were visited by prior OMS team
  - 7 customers were visited in 2017 by Ethics & Compliance.
  - 4 remaining customers were scheduled for 2017 but will be visited in 2018.
    - 3 customers in Puerto Rico were postponed due to hurricane.
    - 1 customer in Ohio cancelled appointment and asked to reschedule.

### Rhodes Site Visits

- Site visits have been conducted on Rhodes customers.
  - Visits were conducted by Rhodes personnel.
  - Going forward, visits will be conducted by E&C

# Know Your Customers' Customers



- Purdue downstream customer data is reviewed on a quarterly basis.  Review is currently manual.
    - 1,114,347 lines reviewed Q1-Q3
    - 46 downstream customers have been referred to the DEA and will continue to be monitored each quarter for significant changes in ordering behavior
        - 45 downstream customers identified from Q1 data.
        - 1 downstream customer identified from Q2 data.

- Rhodes downstream customer data is currently reviewed by Rhodes personnel, but will be reviewed on a quarterly basis by Ethics & Compliance starting January 2018.

# Opportunities



- State reporting of suspicious orders.
  - Subscribing to IMS eRegMonitor to have current information regarding state suspicious order reporting.

- Hospital, VA, Medical Clinic and other medical facility downstream monitoring.
  - Vinyl tool will allow for trending and other metrics that will help identify spikes in purchases and other irregular activity.

PRIVILEGED AND CONFIDENTIAL      7



# Appendix

# SOPs / OWL



- CC-SOP-000017  Identifying, Evaluating, and Reporting Suspicious Orders
    - Released September 25th, 2017

- CC-SOP-000018  Know Your Customer Due Diligence
    - Released September 25th, 2017

- CC-SOP-000019  Downstream Customer Monitoring and Reporting
    - Scheduled for release December 2017

- Suspicious Order Monitoring OWL launched November 6th, 2017

PRIVILEGED AND CONFIDENTIAL        9