# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to:<br>*Track One Cases* | Case No. 17-md-2804 |
| | Hon. Dan Aaron Polster |

**DECLARATION OF STEVEN A. REED IN SUPPORT OF MANUFACTURER DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION THAT DEFENDANTS DID NOT COMPLY WITH THEIR DUTIES UNDER THE FEDERAL CONTROLLED SUBSTANCES ACT TO REPORT SUSPICIOUS OPIOID ORDERS AND NOT SHIP THEM**

Pursuant to 28 U.S.C. § 1746, I, Steven A. Reed, hereby declare as follows:

1.      I am a partner in the Philadelphia, Pennsylvania office of Morgan, Lewis & Bockius LLP, counsel for the Teva and Actavis Generic Defendants and specifically-appearing Defendant Teva Pharmaceutical Industries Ltd.[1]  I submit this declaration on behalf of the Teva and Actavis Generic Defendants, in support of Manufacturer Defendants' Opposition To Plaintiffs' Motion For Partial Summary Adjudication That Defendants Did Not Comply With Their Duties Under The Federal Controlled Substances Act To Report Suspicious Opioid Orders And Not Ship Them.

---

[1]      The Teva Defendants include Cephalon, Inc. ("Cephalon") and Teva Pharmaceuticals USA, Inc. ("Teva USA").  The Actavis Generic Defendants include Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. *f/k/a* Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. *f/k/a* Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., *f/k/a* Watson Laboratories, Inc.-Florida.

2.      Attached as Exhibit 35 is a true and correct copy of the July 25, 2019 Declaration of Colleen McGinn.

3.      Attached as Exhibit 36 is a true and correct copy of the TIRF REMS Access Program, Wholesaler/Distributor Enrollment Form, undated, available at https://www.tirfremsaccess.com/TirfUI/rems/pdf/distributor-enrollment-form.pdf.

4.      Attached as Exhibit 37 is a true and correct copy of the July 30, 2019 Declaration of Joseph Tomkiewicz.

5.      Attached as Ex. 38 is a true and correct copy of the "Frequently Asked Questions," TIRF REMS Access Manual, undated, available at https://www.tirfremsaccess.com/TirfUI/rems/pdf/faq.pdf.

6.      Attached as Exhibit 39 is a true and correct copy of excerpts from the May 31, 2019 Expert Report of Karl Colder (Dkt. 1939-10/1936-10).

Executed on this 30th day of July 2019.

/s/ Steven A. Reed
Steven A. Reed
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel:  (215) 963-5000
steven.reed@morganlewis.com