# EXHIBIT 36



The Transmucosal Immediate Release Fentanyl (TIRF) REMS Access Program
# Wholesaler/Distributor Enrollment Form
**PAGE 1 OF 4**

To enroll in TIRF REMS Access, complete all required fields below and fax pages 1 and 2 to **1-866-822-1487**. You will receive enrollment confirmation via email or fax.

TIRF medicines are available only through a FDA mandated REMS (Risk Evaluation and Mitigation Strategy), a restricted distribution program, called the TIRF REMS Access program. Under the TIRF REMS Access program, only prescribers, pharmacies, wholesalers/distributors, and patients enrolled in the program are able to prescribe, dispense, distribute, purchase, or receive TIRF medicines. Refer to the list of currently approved TIRF products located on the TIRF REMS Access website at **www.TIRFREMSaccess.com/TirfUI/rems/products.action**.

Under the TIRF REMS Access program, wholesalers/distributors must verify the current enrollment of a pharmacy in the TIRF REMS Access program prior to distributing a TIRF medicine to that pharmacy. If the pharmacy location is not enrolled, the distributor must not fill any orders for TIRF medicines until enrollment can be confirmed.

The current list of enrolled pharmacies may be accessed via:

- receipt of a complete pharmacy registry daily in a mutually agreed format,
- a daily download from a secure FTP site,
- a password protected section of the website **(www.TIRFREMSaccess.com)**, or
- by calling **1-866-822-1483**.

Your company will receive login information (unique secure user ID and Password) to access the TIRF REMS Access program website, and you will be contacted regarding the secure FTP site once your enrollment is complete.

The wholesaler/distributor understands that TIRF medicines are only available through the TIRF REMS Access program and acknowledges that they will comply with the following program requirements:

1. The wholesaler/distributor will ensure that relevant staff are trained on the TIRF REMS Access program procedures and will follow the requirements of the TIRF REMS Access program.
2. The wholesaler/distributor will ensure that TIRF medicines are only distributed to pharmacies whose enrollment has been verified in the TIRF REMS Access program.
3. The wholesaler/distributor will provide complete unblinded and unblocked data (i.e., EDI 867 transmission) to the TIRF REMS Access program, including information on shipments to enrolled pharmacies.
4. The wholesaler/distributor will cooperate with periodic audits or non-compliance investigations to ensure that TIRF medicines are distributed in accordance with the program requirements.

Authorized Representative Name* (please print): _____

Continued on page 2

For more information about TIRF medicines, please see Full Prescribing Information, including BOXED WARNINGS.



The Transmucosal Immediate Release Fentanyl (TIRF) REMS Access Program

# Wholesaler/Distributor Enrollment Form

**PAGE 2 OF 4**

**Authorized Wholesaler/Distributor Representative (*Required Fields)**

_____ ____/____/____
Signature*                                                              Date

_____  _____
First Name*                                                             Last Name*

_____  _____
Phone Number*                                                           Email*

**Wholesaler/Distributor Information (*Required Fields)**

_____  _____
Corporate Wholesaler/Distributor Name*                                  DEA Number*

_____
Address*

_____  _____  _____
City*                                      State*                ZIP*

_____  _____  _____
Phone Number*                              Fax Number*           Email*

**Preferred Method of Communication (please select one):**  ☐ **Fax**    ☐ **Email**

If a DEA number is not available at corporate enter N/A for DEA number in the field above and please provide a list of distribution centers with their DEA numbers below.

**Distribution Centers (DC) Information**

Please populate the information below for each of your distribution centers.

_____  _____
DC Name                                                                 DEA Number

_____
Address

_____  _____  _____
City                                       State                 ZIP

_____  _____
Title                                      Contact First and Last Name

_____  _____
Fax Number                                 Email

Authorized Representative Name* (please print): _____

Continued on page 3

For more information about TIRF medicines, please see Full Prescribing Information, including BOXED WARNINGS.

Case: 1:17-md-02804-DAP  Doc #: 2181-39  Filed:  08/12/19  4 of 5.  PageID #: 325536



The Transmucosal Immediate Release Fentanyl (TIRF) REMS Access Program

# DC Information (cont'd)

PAGE 3 OF 4

---

DC Name / DEA Number

Address

City / State / ZIP

Title / Contact First and Last Name

Fax Number / Email

---

DC Name / DEA Number

Address

City / State / ZIP

Title / Contact First and Last Name

Fax Number / Email

---

DC Name / DEA Number

Address

City / State / ZIP

Title / Contact First and Last Name

Fax Number / Email

---

Authorized Representative Name* (please print): _____

For more information about TIRF medicines, please see Full Prescribing Information, including BOXED WARNINGS.

3



The Transmucosal Immediate Release Fentanyl (TIRF) REMS Access Program

# DC Information (cont'd)

**PAGE 4 OF 4**

---

DC Name | DEA Number

Address

City | State | ZIP

Title | Contact First and Last Name

Fax Number | Email

---

DC Name | DEA Number

Address

City | State | ZIP

Title | Contact First and Last Name

Fax Number | Email

---

DC Name | DEA Number

Address

City | State | ZIP

Title | Contact First and Last Name

Fax Number | Email

---

**If you have any questions or require additional information or further copies of any TIRF REMS Access documents, please visit either www.TIRFREMSaccess.com or call the TIRF REMS Access program at 1-866-822-1483.**

Authorized Representative Name* (please print): _____

For more information about TIRF medicines, please see Full Prescribing Information, including BOXED WARNINGS.

4