# EXHIBIT 40

| | |
|---|---|
| From: | Wick, Martha [GPSUS] <MWick@ITS.JNJ.COM> |
| To: | Gribbin, Maryann [GPSUS]; JOM QA Team [PSGUS]; Allison, Liz [ASPUS]; Merritt, Elaine [GPSUS]; Dempsey, Michele [GPSUS]; Levitt, Michael [NORUS Non-J&J]; Dysart, Art [GPSUS]; Federico, Peter [GPSUS]; Lopez, Andres [HCSUS]; Griffith, Mike [GPSUS]; Mincarelli, Alfred [GPSUS]; Pawling, Ryan [DPYUS]; McGurk, Daniel [SLCUS]; Vandergriff, Justin [GPSUS]; Christie, Joseph [DPYUS]; Pendigraph, Kevin [JSGUS Non J&J]; Gellert, Richard [GPSUS]; Pringle, John [GPSUS]; Sedlatschek, Mike [GPSUS]; Thostesen, Eric [JSGUS]; Bacco, Guy [GPSUS] |
| Sent: | 7/30/2013 9:59:27 PM |
| Subject: | RE: NOTICE OF INSPECTION at KDC 29-JUL-2013 (30-JUL-2013 Update) |
| Attachments: | DEA at KDC NOTES 30-JUL-2013.pdf |

Here is the final inspection summary:
- **Date:** 30-JUL-2013
- **Regulatory Agency:** DEA
- **Investigators:** Billy P. Lane; Jason R. Smith
- **Site/Location:** JOM KDC /Shepherdsville, KY
- **Reason for Inspection/Type:** Routine regulatory inspection
- **Observations:** None
- **Primary Areas Reviewed Today:**
    o Security (alarm) testing; review of select 222 forms, receiving /shipping documents for audit period [31-DEC-2011 to 29-JUL-2013 (Jan 2012, Jun 2012, Jan 2013)].
    o Closing comments indicated: primary focus was security and records review; no issues noted during records audit review; alarm testing results were good; no CFR violations were identified; no report will be issued. The DEA inspection is closed.
- **Final Summary Issued By:** Martha Wick (see attached internal notes)

An EDGE2 report has been filed.
Thank you.
Martha Wick
Senior Manager, Quality Assurance

**From:** Wick, Martha [GPSUS]
**Sent:** Tuesday, July 30, 2013 3:23 PM
**To:** Gribbin, Maryann [GPSUS]; JOM QA Team [PSGUS]; Allison, Liz [ASPUS]; Merritt, Elaine [GPSUS]; Dempsey, Michele [GPSUS]; Levitt, Michael [NORUS]; Dysart, Art [GPSUS]; Federico, Peter [GPSUS]; Lopez, Andres [GPSUS]; Griffith, Mike [GPSUS]; Mincarelli, Alfred [GPSUS]; Pawling, Ryan [GPSUS]; McGurk, Daniel [SLCUS]; Vandergriff, Justin [GPSUS]; Christie, Joseph [VISUS]; Pendigraph, Kevin [JSGUS Non J&J]; Gellert, Richard [GPSUS]; Pringle, John [GPSUS]; Sedlatschek, Mike [GPSUS]; Thostesen, Eric [JSGUS]
**Subject:** RE: NOTICE OF INSPECTION at KDC 29-JUL-2013 (30-JUL-2013 Update)

The DEA inspectors have finished the inspection and have left KDC. They did not present any observations in the closing meeting and indicated no violations of the CFR were identified. Notes will be sent soon and EDGE will also be updated. Great job and teamwork - DEA Compliance and JOM Operations!
Thank you.
Martha Wick
Senior Manager, Quality Assurance

**From:** Wick, Martha [GPSUS]
**Sent:** Tuesday, July 30, 2013 8:53 AM
**To:** Gribbin, Maryann [GPSUS]; JOM QA Team [PSGUS]; Allison, Liz [ASPUS]; Merritt, Elaine [GPSUS]; Dempsey, Michele [GPSUS]; Levitt, Michael [NORUS]; Dysart, Art [GPSUS]; Federico, Peter [GPSUS]; Lopez, Andres [GPSUS]; Griffith, Mike [GPSUS]; Mincarelli, Alfred [GPSUS]; Pawling, Ryan [GPSUS]; McGurk, Daniel [SLCUS]; Vandergriff, Justin [GPSUS]; Christie, Joseph [VISUS]; Pendigraph, Kevin [JSGUS Non J&J]; Gellert, Richard [GPSUS]; Pringle, John [GPSUS]; Sedlatschek, Mike [GPSUS]; Thostesen, Eric [JSGUS]
**Subject:** RE: NOTICE OF INSPECTION at KDC 29-JUL-2013

The DEA inspectors have just arrived today (30-JUL-2013).
- Billy P. Lane
- Jason R. Smith

Thank you.
Martha Wick
Senior Manager, Quality Assurance

**From:** Wick, Martha [GPSUS]

*Janssen EXHIBIT Dempsey 48 Date: 7-8-19 MLG, CSR, RPR, CRR*

**Sent:** Monday, July 29, 2013 7:13 PM
**To:** Gribbin, Maryann [GPSUS]; JOM QA Team [PSGUS]; Allison, Liz [ASPUS]; Merritt, Elaine [GPSUS]; Dempsey, Michele [GPSUS]; Levitt, Michael [NORUS]; Dysart, Art [GPSUS]; Federico, Peter [GPSUS]; Lopez, Andres [GPSUS]; Griffith, Mike [GPSUS]; Mincarelli, Alfred [GPSUS]; Pawling, Ryan [GPSUS]; McGurk, Daniel [SLCUS]; Vandergriff, Justin [GPSUS]; Christie, Joseph [VISUS]; Pendigraph, Kevin [JSGUS Non J&J]; Gellert, Richard [GPSUS]; Pringle, John [GPSUS]; Sedlatschek, Mike [GPSUS]; Thostesen, Eric [JSGUS]
**Subject:** RE: NOTICE OF INSPECTION at KDC 29-JUL-2013

Here is a brief inspection summary for today:

- **Date:** 29-JUL-2013
- **Inspection Day:** 1
- **Regulatory Agency:** DEA
- **Investigators:** Billy P. Lane; Jason R. Smith; Martin Redd
- **Site/Location:** JOM KDC /Shepherdsville, KY
- **Reason for Inspection/Type:** Routine regulatory inspection
- **Potential Concerns:** None identified
- **Issues Identified by Investigators as Potential Observations:** None identified
- **Primary Areas Reviewed Today:**
    o Conducted a physical inventory of current KDC controlled substance inventory; tour of cage and vault area for controlled substances; review of org. charts, list of employees with access to cage/vault, list of controlled substance licenses held, biennial inventory (2011, 2012), ARCOS report, power of attorney forms, supplier list, customer list, facility floor plan; procedures on employee screening (new and ongoing), returns/destructions
- **Open Discussion Points:** None identified
- **Primary Areas for Review Next Day:** Security testing; review of 222 forms, receiving /shipping documents for audit period [31-DEC-2011 to 29-JUL-2013 (Jan 2012, Jun 2012, Jan 2013)]
- **Daily Summary Issued By:** Martha Wick (see attached internal notes and DEA Regulatory Inspection document provided by the DEA [handwritten notes are by Mike L])

An EDGE2 report has been filed.
The inspectors will arrive ~8:30am tomorrow (30-JUL).
Thank you.
Martha Wick
Senior Manager, Quality Assurance

**From:** Wick, Martha [GPSUS]
**Sent:** Monday, July 29, 2013 9:53 AM
**To:** Gorecki, Teresa [JANUS]
**Subject:** FW: NOTICE OF INSPECTION at KDC 29-JUL-2013
**Importance:** High

**From:** Wick, Martha [GPSUS]
**Sent:** Monday, July 29, 2013 9:43 AM
**To:** Garboski, James [GPSUS]; Merritt, Elaine [GPSUS]; JOM QA Team [PSGUS]; Lopez, Andres [GPSUS]; Griffith, Mike [GPSUS]; Garcia, Zeuxis [GPSUS]; Allison, Liz [ASPUS]; Felty, Joanne [GPSUS]; Crosby, Cindy [JJCUS]; Blackwood, Elizabeth [JJCUS]; Wengel, Kathryn [JJCUS]; Zisa, Sabrina [GPSUS]; Pittman, Vanessa [GPSUS]; Bulone, Mike [GPSUS]; Gribbin, Maryann [GPSUS]; Pringle, John [GPSUS]; Pflederer, Christine [GPSUS]; Levitt, Michael [NORUS]; Dysart, Art [GPSUS]; Dempsey, Michele [GPSUS]; Federico, Peter [GPSUS]; Lavitsky, Jill [SLCUS]; Wick, Martha [GPSUS]; Szwarc, Michael [GPSUS]; Gottshall, Aaron [GPSUS]; Mincarelli, Alfred [GPSUS]; McGurk, Daniel [SLCUS]; Pawling, Ryan [GPSUS]; Vandergriff, Justin [GPSUS]; Sedlatschek, Mike [GPSUS]; Gellert, Richard [GPSUS]; Peterson, Greg [GPSUS]; Pendigraph, Kevin [JSGUS Non J&J]; Lovell, Rick [JSGUS]; Williams-Dunn, Leslie [SLCUS]; Driscoll, Jay [JSGUS]; Cherris, Sherry [GPSUS]; Reznick, Jim [JSGUS Non J&J]; Thostesen, Eric [JSGUS]; Christie, Joseph [VISUS]
**Subject:** NOTICE OF INSPECTION at KDC 29-JUL-2013
**Importance:** High

**INSPECTION COMMUNICATION:**

| INSPECTING REGULATORY BODY/BODIES | DEA: |
|---|---|
| | Billy P. Lane; Diversion Investigator; Louisville District Office |
| | Jason R. Smith; Diversion Investigator; Louisville District Office |

Confidential

JAN-MS-03123995

| | |
|---|---|
| SCOPE OF INSPECTION/PRODUCTS INVOLVED & STAGE OF MANUFACTURE (e.g. API, fill/finish, packaging, etc.) | Controlled substances |
| TYPE OF INSPECTION (e.g. GMP, Pre-Approval, Directed) | Administrative inspection |
| DATE (anticipated or actual start date) | 29-JUL-2013 (actual start date) |
| LOCATION OF INSPECTION | KDC |
| ISSUES IDENTIFIED, if available | Not available |
| KEY CONTACTS (e.g. Quality Head, Inspection host/lead) | DEA Compliance: Mike Levitt, Art Dysart, Michele Dempsey<br><br>KDC: Mike Griffith, Martha Wick |

Per DS-STA-13: Regulatory Inspections (Version 5.0; Effective Date 12-SEP-2011)
Thank you.
Martha Wick
Senior Manager, Quality Assurance
**JOM Pharmaceutical Services, Inc.**
Kentucky Distribution Center (KDC)
925 Conestoga Pkwy. A114
Shepherdsville, KY 40165
*mwick@its.jnj.com
(502-921-5004 /È502-558-4709
[fax] 502-921-5093

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please contact the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

# NOTES: DEA AT KDC

**ATTENDEES:**

DEA: Billy P. Lane (BL); Jason R. Smith (JS)

J&J:  DEA COMPLIANCE:   Mike Levitt (ML); Michele Dempsey (MD), Art Dysart (AD)

JOM KDC: Mike Griffith (MG); Martha Wick (MW)

KDC BACKROOM: Al Mincarelli (AM); Kevin Pendigraph (KP); Rick Gellert (RG)

CUSTOMER SERVICE: Guy Bacco (GB)

**NOTES:**

**30-JUL-2013**

1. Arrival ~ 8:45 am (BL and JS)
2. ML: provided Vault /Cage Security Access List (ss# and DL#s to be redacted); updated 11-JUN-2013 (1pg)
3. ML: provided the folders (for Jan 2012) above to BL (AD)
    a. Jun 2012 shipping and Jan 2013 shipping – presented later
4. MG: ready for security testing  (attendees: DEA-JS; MG, ML, KP)
    a. JS returned ~10:25am
5. BL: electronic report wanted - needs to cover complete audit period; not just the months that they will look at (AM to get)
6. BL: provided AD w/ three [3] documents they rec'd in their office; one  - BD needs to see our documentation for this (AD- maybe an unknown return); the other two [2] they don't need to receive (we should keep - AD agrees)
    a. DEA Form 222 unknown (name of supplier) dated 24-JAN-2013 (1pg)
        i. Container packing list 23-JAN-2013 (BL reviewed and gave back to AD)
        ii. KDC Scheduled Returns Logbook (BL reviewed and gave back to AD)
    b. per AD: two [2] cancelled DEA Form 222s (AD gave to ML)
7. DISCUSSION TOPIC: UNKNOWN RECEIPTS: AD: unknown - shipment went out on 23rd; came back next day; since we didn't have document so we created a 222 form; BL – you should not create a 222 form
    a. BL: need to fill out Smith Drug info. on an 'unknown' return
8. DISCUSSION TOPIC: 222 CORRECTIONS: BL: everything needs to be on one line (even a void)
    a. BL: showed a 222 form for a shipment to HD Smith where the 222 was not correctly completed; if an error on a line, line out that line (void), and then go to the next line to make your entry; BL- don't override (DEA doesn't care about NDC#); can tell what we did not a big issue, but doesn't want to override
    b. AD: blanket form - will see on all forms; all our forms will be parcel
    c. BL: fill out date on form as last date rec'd; will be okay if form not filled out if you keep all of the receiving documentation with it

CONFIDENTIAL - FOR INTERNAL USE ONLY                                                                                     Page 1 of 9

Yellow = to DEA;  green  = from DEA; blue = pending

Confidential

JAN-MS-03123997

## NOTES: DEA AT KDC

    d. BL: have seen this a lot this yr; really not clearly addressed in CFR; best practice is to keep it cleaner; won't put in the report or dig further but we just need to keep forms as clean as possible
    e. AD: not using 222 to get the info. info. into our system (MARC)
    f. MD; can keep using the 222 form for unknowns but we need to link it back to who we shipped it to
    g. AD; what about a true unknown? For ex- if returned from UPS? BL- don't receive it – UPS should complete the 106 form
    h. AD; if we ship to Smith and they report to us that they rec'd less than expected? BL - once they receive, it is their responsibility
    i. INTERNAL NOTE: at least, DS-WI-3611 and DS-WI-3826 discuss handling of 'unknowns' – need to review and potentially revise

9. DISCUSSION TOPIC: PARCELS: parcel shipments have 60 days to get in; need to have a separate file for partial shipments then at the end of 60 days, complete it (AD- you don't compete the line on day of receipt?) BL –no; you have 60 days to obtain partial shipment; AD- want to see total on one line; BL - will have an invoice that shows ea. date and the partial shipments; not a violation; AM: provided Concerta 18mg shipping/receiving records [two [2] documents] from 01-JAN-2012 until 29-JUL-2013; BL – asked for the info. on ship and receipt qtys. to be totaled (AM provided updated document)- Concerta 18mg Shipments (17pgs); Concerta 18mg Receipts (1pg)
    a. BL; showed what is looking at ; receipts vs actual count yesterday vs shipments; there is s discrepancy of 40 (ML took paperwork)
    b. MG; Concerta is a full cs ship (24.case)
    c. ML: thinks this is a totaling error; is having someone review data
        i. We do daily cycle counts and qrty. reviews- would have seen (ML -later found that BL had used wrong starting #); showed BL after lunch - okay
10. AM: provided ML w/more folders & documents
11. BL; any theft or losses during this audit period? AD-No; BL returns? ML- returns will be captured under receipt reports
12. BL; who do you use for screenings? ML - Yale for pre-hire; post-hire HR Plus; BL- what about random? MG for ongoing- Jewish Hospital staff come on site (unannounced).
13. BL; suspicious orders?
    a. GB - gave SOPs and overview
        i. JOM Controlled Substance Order Processing-Scope Sch II-V and include Sate Scheduled Products (3pgs)
        ii. DS-SOP-1251: JOM Customer Service Customer Master Data Process (V 5.0; ED 23-JUL-2013)
        iii. DS-JOB-959: JOM Customer Service New Customer Pre Application ( V1.0: ED 24-JAN-2013)
        iv. DS-JOB-960: JOM Customer Service New Customer Post Application (V 1.0; ED 24-JAN-2013)
        v. DS-WI-6049: License Management SOP (V 1.0; ED 03-AUG-2011)
        vi. DS-WI-3824: JOM Customer Service Suspicious or Excessive Orders (V 2.0; ED 24-Jul-0213)

Yellow = to DEA; green = from DEA; blue = pending

Confidential    JAN-MS-03123998

## NOTES: DEA AT KDC

14. BL: is there a sales rep that does a physical visit to customers? ML – our customer base is just wholesalers (no direct shipment to drs /pharmacy); 93-95% goes to the big 3 wholesalers; program is based on new customer profile (DEA check, credit check, etc.) - have enhanced this program recently; took historical data and put into a database; asked addt'l question as nec,; keep records of current programs (question if nec); as far as sales force (trade group)- we work with them if a potential suspicion order (more in depth now); have a suspicion order monitoring team than meets once /mo; looks for trends, etc. ; has given us more visibility w/trade group; recently benchmarked w/Purdue; addt'l training for sales group;; recently recd; info. form a sales group about a physicail0 sent to Martin Redd and stopped shipping to this customer; GB's group runs report daily and may call customer if nec; sends report to DEA Compliance group; AD- 99% of what they review – if customer has not ordered in a while and does, they will look at it;  would like further direction from DEA if any recommendations- in general and especially for suspicion order monitoring
15. AM; provide to BL – Concerta 36mg Shipments (25pgs); Concerta 36mg Receipts (1pg)
16. ML: gave to BL –
    a. Security Profile- Shepherdsville, Kentucky Facility dated 23-APR-2013 (5pgs)
    b. Post Orders for Guard 1 Plus Patrol System (1pg)
    c. Post Orders For Government Agency On-Site (1pg)
    d. Post Orders For Vehicle Patrol (2pgs)
    e. Post Orders for Console   (3pgs)
    f. Post Orders for Warehouse Access/Escorting Individuals  (1pg)
    g. Post Order Site Access (5pgs)
    h. KDC Monthly Alarm Testing (34pgs)
    i. KDC Quarterly Alarm Testing (32pgs)
    j. JOM Carrier List (1pg)
17. KP/ML presented testing results:
    a. Monthly KDC Cage Test (1pg)
    b. Monthly KDC Vault Test (1pg)
    c. Interior Building Test (2pgs)
    d. C.O.P.S. Monitoring- Test Results / 4045-1641 for 30-JUL-2013  (21 pgs)
    e. C.O.P.S. Monitoring- Test Results / 4045-1640 for 30-JUL-2013 (13 pgs)

    f. Allied Barton Fence Alarm Audit (1pg)
    g. KDC Security Upgrades Time Line (1pg)
    h. KP noted that one [1] test location (zone #48) did not read;  confirmed w/JS that we will retest while he is here
        i. KP retested and provide a copy of pg to show - C.O.P.S. Monitoring- Test Results / 4045-1641 Zone #48 retest for 30-JUL-2013  ( (1pg)
18. ML: provided Duragesic 12 mcg/h for receipts (1pg) and Duragesic 12 mcg/h for shipping (11pgs)
19. ML: provided Nucynta 50mg ( for receipt)  (1 pg) and Nucynta 50mg Shipments ( 44 pgs)

Yellow = to DEA;  green  = from DEA; blue = pending

Confidential                                                                                                                        JAN-MS-03123999

## NOTES: DEA AT KDC

20. ML provided: Nucynta ER 150mg Receipts (1 pg) and Nucynta ER 150mg Shipments (19 pgs)
21. ML; provided: Commercial Invoice (3 x 1 of 1 pages); TWC, Tablets, #3, 100s, 12 count (3 pgs)
22. ML: provided Tylenol w/ Codeine 300/30 mg (100) Shipments (10 pgs) and Tylenol w/ Codeine 300/30 mg (100) Receipts (1 pg)
23. ML: provided: Tylenol w/Codeine 300/60mg Shipments (1pg) and Tylenol w/Codeine 300/60mg Receipts (1 pg); 2 pgs total
24. ML: provided: Tylenol w/ Codeine 300/30 mg (1000) Shipments (1 pg) and Tylenol w/ Codeine 300/30 mg (1000) Receipts (1 pg); 2 pgs total
25. ML: provided: Tylenol w/Codeine 300/30mg (SKU 504581380) Receipts (1 pg) and Tylenol w/Codeine 300/30mg (SKU 504581380) Shipments (1 pg); 2 pgs total
26. ML: provided Fentanyl 12 mcg/h Shipments (1pg) and Fentanyl 12 mcg/h Receipts (1pg); 2 pgs total
27. ML: provided Tylenol w/ Codeine 300/30mg Receipts (1pg) and Tylenol w/ Codeine 300/30mg Shipments (10pgs)
28. BL: requested copies of two [2] receiving 222 forms and shipping 222 Forms each for a Schedule II and the same for a Schedule III
    a. Schedule II:
        i. DEA Form 222: To JOM Pharmaceutical Services; 1/10/12; Registrant: Cardinal Health (form # cut off copy - BL; doesn't need)
        ii. DEA Form 222: To JOM Pharmaceutical Services; 1/9/12; Registrant: H. D. Smith (form # 151690609)
        iii. DEA Form 222: To Janssen Ortho LLC; 05-31-12; Registrant: JOM Pharmaceutical Services
        iv. DEA Form 222: To Anderson Brecon Inc; 17-JAN-2013; Registrant: JOM Pharmaceutical Services
    b. Schedule III:
        i. Order Shipment Details: To Rochester Drug Cooperative; 23-JAN-2013
        ii. Order Shipment Details: To Prescription Supply Inc; 31-JAN-2013
        iii. Commercial Invoice: To; Kentucky Distribution Center; 01/21/2012; From Manati PR
        iv. Commercial Invoice: To; Kentucky Distribution Center; 07/12/2012; From Titusville, NJ
29. BL: requested documentation for a destruction and a return (MG - refusals may come here; but returns go through Customer Service); MG - okay to get a return that was destroyed? BL – yes;
    a. BL – won't wait for this now, ML can email to him

**Closing:**
BL: Primary focus security and records review
Audit came out fine; time frame 31DEC2011 to 29JUL2013 (ex. Concerta 18 mg and 36 mg; Duragesic 12mg; Tylenol w/Codeine (various), Nucynta 50 and 150 mg)
No violations of CFR

CONFIDENTIAL - FOR INTERNAL USE ONLY                                Page 4 of 9

Yellow = to DEA; green = from DEA; blue = pending

Confidential

JAN-MS-03124000

## NOTES: DEA AT KDC

No actions (for their part) – report (let them know if any question); some suggestions
ML: is local interpretation? BL; no
BL; best practice seen - Distributor in Henderson KY; keep an active file for 60 days and then put in total
BL: All fine; provide everything well and in a timely manner; good hospitality
BL; process for getting records together I seemed time consuming; not an issue
BL: Format in order
BL: Overall likes coming to places like this
JS: exporter application; will type up a report; will call AD when done and give him the DEA #
MG: TY- use as learning experienced; DEA could ask Henderson if we could visit
BL:  unless they need something (can email or call ML)
MG; who does report go to? BL- we don't get a report
ML: had discussion on best way to maintain records; any best practice?
BL; keep in binder; keep month by month; only require records for 2 yrs; state may require 5yr (GB – may be 7yrs); only time beyond that – criminal activity, not for auditing
BL: segregate by drug and by schedule (AD- one form may have more than one drug on it); AD 3500- 3800 line items /qtr
BL: won't dictate: simpler the better; as far as audit; no problem to get data they needed
MD:  pharma diversion awareness training upcoming (BL-MD may present; for pharmacist; one in Richmond- law enforcement; one in Frankfort last yr (healthcare fraud summit); can ask MD; if we need specific he could accommodate
Left at ~3:15pm

### Document received from DEA 30-JUL-2013

DEA Form 222: unknown (name of supplier) dated 24-JAN-2013 (1 pg)

Cancelled DEA Form 222 – two [2] ( 2pgs)

### Documents provided to the DEA 30-JUL-2013

Vault /Cage Security Access List (1 pg)

Concerta 18mg Shipments (17 pgs)

Concerta 18mg Receipts (1 pg)

JOM Controlled Substance Order Processing-Scope Sch II-V and include Sate Scheduled Products (3 pgs)

DS-SOP-1251: JOM Customer Service Customer Master Data Process (V 5.0; ED 23-JUL-2013)

DS-JOB-959: JOM Customer Service New Customer Pre Application (V1.0: ED 24-JAN-2013)

DS-JOB-960: JOM Customer Service New Customer Post Application (V 1.0; ED 24-JAN-2013)

CONFIDENTIAL - FOR INTERNAL USE ONLY                                                              Page 5 of 9

Yellow = to DEA;  green  = from DEA; blue = pending

Confidential                                                                                                          JAN-MS-03124001

## NOTES: DEA AT KDC

DS-WI-6049: License Management SOP (V 1.0; ED 03-AUG-2011)

DS-WI-3824: JOM Customer Service Suspicious or Excessive Orders (V 2.0; ED 24-Jul-0213)

Concerta 36mg Shipments (25 pgs)

Concerta 36mg Receipts (1 pg)

Security Profile- Shepherdsville, Kentucky Facility dated 23-APR-2013 (5 pgs)

Post Orders for Guard 1 Plus Patrol System (1 pg)

Post Orders For Government Agency On-Site (1 pg)

Post Orders For Vehicle Patrol (2 pgs)

Post Orders for Console   (3 pgs)

Post Orders for Warehouse Access/Escorting Individuals (1 pg)

Post Order Site Access (5 pgs)

KDC Monthly Alarm Testing (34 pgs)

KDC Quarterly Alarm Testing (32 pgs)

JOM Carrier List (1 pg)

Monthly KDC Cage Test (1 pg)

Monthly KDC Vault Test (1 pg)

Interior Building Test (2pgs)

C.O.P.S. Monitoring- Test Results / 4045-1641 for 30-JUL-2013 (21 pgs)

- C.O.P.S. Monitoring- Test Results / 4045-1641 Zone #48 retest

C.O.P.S. Monitoring- Test Results / 4045-1640 for 30-JUL-2013 (13 pgs)

Allied Barton Fence Alarm Audit (1 pg)

KDC Security Upgrades Time Line (1 pg)

Duragesic 12 mcg/h (receipts) (1 pg)

Duragesic 12 mcg/h (shipping) (11 pgs)

Nucynta 50mg (for receipt)   (1 pg)

Nucynta 50mg Shipments (44 pgs)

CONFIDENTIAL - FOR INTERNAL USE ONLY                                                                    Page 6 of 9

Yellow = to DEA;  green  = from DEA; blue = pending

## NOTES: DEA AT KDC

Nucynta ER 150mg Receipts (1 pg)

Nucynta ER 150mg Shipments (19 pgs)

Commercial Invoices: TWC, Tablets, #3, 100s, 12 count (3 pgs)

Tylenol w/ Codeine 300/30 mg (100) Shipments (10 pgs)

Tylenol w/ Codeine 300/30 mg (100) Receipts (1 pg)

Tylenol w/Codeine 300/60mg Shipments and Tylenol w/Codeine 300/60mg Receipts (2 pgs)

Tylenol w/ Codeine 300/30 mg (1000) Shipments and Tylenol w/ Codeine 300/30 mg (1000) Receipts (2 pgs)

Tylenol w/Codeine 300/30mg (SKU 504581380) Receipts and Tylenol w/Codeine 300/30mg (SKU 504581380) Shipments (2 pgs)

Fentanyl 12 mcg/h Shipments (1pg) and Fentanyl 12 mcg/h Receipts (2pgs)

Tylenol w/ Codeine 300/30mg Receipts (1pg)

Tylenol w/ Codeine 300/30mg Shipments (10pgs)

Schedule II: DEA Form 222: To JOM Pharmaceutical Services; 1/10/12; Registrant: Cardinal Health

Schedule II: DEA Form 222: To JOM Pharmaceutical Services; 1/9/12; Registrant: H. D. Smith (form # 151690609)

Schedule II: DEA Form 222: To Janssen Ortho LLC; 05-31-12; Registrant: JOM Pharmaceutical Services

Schedule II: DEA Form 222: To Anderson Brecon Inc; 17-JAN-2013; Registrant: JOM Pharmaceutical Services

Schedule III: Order Shipment Details: To Rochester Drug Cooperative; 23-JAN-2013

Schedule III: Order Shipment Details: To Prescription Supply Inc; 31-JAN-2013

Schedule III: Commercial Invoice: To; Kentucky Distribution Center; 01/21/2012; From Manati PR

Schedule III: Commercial Invoice: To; Kentucky Distribution Center; 07/12/2012; From Titusville, NJ

**Folders:**

- 504588501 Concerta 18mg January 2012 ship
  - DEA Report- Shipment Activity (KDC) (2 pgs)

CONFIDENTIAL - FOR INTERNAL USE ONLY                                              Page 7 of 9

Yellow = to DEA; green = from DEA; blue = pending

Confidential                                                                                                                    JAN-MS-03124003

## NOTES: DEA AT KDC

- o DEA Form 222s
- 5045858601 Concerta 36mg January 2012 shipping
  - o DEA Report- Shipment Activity (KDC) (4 pgs)
  - o DEA Form 222s
- 5045809005 Duragesic Matrix 5 x 12 mcg January 2012 shipp.
  - o DEA Report- Shipment Activity (KDC) (1 pg)
  - o DEA Form 222s
- 5045882004 Nucynta tab 50mg ship June 2012
  - o DEA Report- Shipment Activity (KDC) (5 pgs)
  - o DEA Form 222s
- 5045886201 Nucynta ER 150mg January 2012 ship
  - o DEA Form 222 to JOM; Registrant - NC Mutual Wholesale Drug Co; 12/30/11 (Concerta, Duragesic, Nucynta) 1 original (5pgs)
- January 2012 Ship Fentanyl 12.5 mcg 0781723055
  - o Fentanyl 12 mgc/h shipments
- Jan 2012 Receipts
  - o Concerta 18 mg; two [2] DEA Form 222 and DEA Report- Shipment Activity (KDC) (4 pgs)
  - o Concerta 36 mg; DEA Form 222 and DEA Report- Shipment Activity (KDC) (2 pgs)
- June 2012 Receipt
- Jan 2013 Receipt
- 504588501 Concerta 18mg January 2013 ship
  - o DEA Report- Shipment Activity (KDC) (4 pgs)
  - o DEA Form 222s
- 5045809005 Duragesic 12 mcg January 2013 ship
  - o DEA Report- Shipment Activity (KDC) (6 pgs)
  - o DEA Form 222s
- 5045858601 Concerta 36mg January 2013 ship
  - o DEA Report- Shipment Activity (KDC) (6 pgs)
  - o DEA Form 222s
- 5045882004 Nucynta tab 50mg January 2013 ship
  - o DEA Report- Shipment Activity (KDC) (12 pgs)
  - o DEA Form 222s
- 5045886201 Nucynta ER 150mg January 2013 ship
  - o DEA Report- Shipment Activity (KDC) (4 pgs)
  - o DEA Form 222s
- 5045882004 Nucynta tab 50mg ship January 2012
  - o DEA Report- Shipment Activity (KDC) (7 pgs)
  - o DEA Form 222s
- 5045809005 Duragesic 12 mcg June 2012 ship
  - o DEA Report- Shipment Activity (KDC) (1 pg)
  - o DEA Form 222s

Yellow = to DEA; green = from DEA; blue = pending

Confidential                                                                                               JAN-MS-03124004

NOTES: DEA AT KDC

- o Duragesic 12 mcg/h Receipts (1 pg)
- TWC Tablet #3
  - o 1000s: Order Shipment Details( 2pgs)
  - o 1000s: DEA Report- Shipment Activity (KDC) and Commercial Invoice 01/21/20102 (2pgs)
  - o 1000s: DEA Report- Shipment Activity (KDC) and Commercial Invoice 01/24/2013 (2pgs)
  - o Commercial Invoices (three [3]); for TWC, Tablets,#3 100s 12 count (3 pgs)
- TWC Tablets; 5045851570 Order Shipment Details (Jan 12; Jun 12; Jan 13) (6 pgs)
- TWC Tablets; 5045851360; DEA Report -Shipment Activity (KDC) and Order Shipment Details, Jan 2013 (28 pgs)
- TWC 100 5045851360; Jan 2012; DEA Report -Shipment Activity (KDC) and Order Shipment Details (30 pgs)
- TWC Tablets; 5045851360; Jun 2012; DEA Report -Shipment Activity (KDC) and Order Shipment Details (25 pgs)
- 5045886201 Nucynta ER 150mg June 2012 ship
  - o DEA Report- Shipment Activity (KDC) (2 pgs)
  - o DEA Report- Shipment Activity (KDC) (1 pg)
  - o DEA Form 222s
- 504588501 Concerta 18mg June 2012 ship
  - o DEA Report- Shipment Activity (KDC) (3 pgs)
  - o DEA Form 222s
- 5045858601 Concerta 36mg June 2012 shipping
  - o DEA Report- Shipment Activity (KDC) (3 pgs)
  - o DEA Form 222s

**Files:**

- DEA Form 222 to Gurabo PR from JOM ; 05-31-2012; Nucynta ER 150mg and 02-JAN-2013 ( 4 pgs)
- DEA Report –Shipment Activity (KDC); Tylenol w/ Count 500 (1pg)
- DEA Form 222 to JOM from Exel Mechanicsburg PA ; 12-22-11 and DEA Report – Shipment Activity (KDC) (2 pgs)

Yellow = to DEA;  green  = from DEA;  blue = pending

Confidential