# EXHIBIT 42

| | |
|---|---|
| From: | Helfrick, Robert [MCCUS] </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5A9A0769647F4E41A0C381AB4D7E3EDE-RHELFRIC> |
| To: | Dixon, Stephanie [HCSUS] |
| Sent: | 1/22/2019 12:36:09 AM |
| Subject: | FW: DEA Follow Up Opportunities and Notes |

See highlighted below...

**From:** Helfrick, Robert [MCCUS]
**Sent:** Tuesday, August 04, 2015 4:03 PM
**To:** Williams, Chris [GPSUS] <CWillia1@its.jnj.com>; Levitt, Michael [NORUS] <MLevitt@ITS.JNJ.com>; Corum, Belinda [GPSUS] <BCorum@its.jnj.com>; Driscoll, Jay [JSGUS] <JDriscol@its.jnj.com>; Jenkins, Mike [JSGUS Non JNJ] <MJenki13@its.jnj.com>
**Cc:** Guralnik, Georgiy [HCSUS] <GGuralni@its.jnj.com>; Knob, Matthew [GPSUS] <MKnob@its.jnj.com>; Morand, Michael [GPSUS] <MMorand@ITS.JNJ.com>
**Subject:** DEA Follow Up Opportunities and Notes

Hi, All,

Please see some notes that I took. Please feel free to add anything that I may have missed.

Opportunities:
- Create a presentation outlining the flow of controlled substances inventory (received and shipped and under what registrations, including clinical)
- Create visual in the Vault Area - area for distributor and exporter material
- Updated copies of facility map to be sent to management

Requests/Activities:
- Tour of Facility
- Security Testing, including, but not limited to Vault Area and Copies of associated Security Testing results from C.O.P.S. Monitoring
- Biannual Review of Distributor Registration Material
- DEA Form-222 associated with the Distributor Registration Material received in/shipped out of FDC from 01 Jan 2015 – 04 Aug 2015
- Copies of DEA Distributor and DEA Exporter Registrations
- Report of On-Hand Inventory of DEA Distributor Material
- Authorized Personnel List for Vaults
- Copy of New Jersey License
- Copy of Allied Barton Contract (Mike Levitt to ask Legal)
- Copy of Facility Blueprint (to be provided by Mike Levitt)
- Corporate Officers Pedigree Information (to be provided by Mike Levitt)
- Pedigree Information for everyone on Vault 1/Vault 2 List with the exception of L. Labella and B. Martinez (to be provided by Mike Levitt)
- Allied Barton Pedigree Information (to be provided by Mike Levitt)
- % of total business of controlled substances being shipped out of FDC
- Copy of Org Charts (QA and Ops)
- Copy of Suspicious Order SOP
- Copy of CDS Registration
- Total Site Headcount
- Site Profile

Thanks,
Rob



Confidential JAN-MS-05433741