# EXHIBIT 50



35556
Amendment 2

# AMENDMENT #2
## TO
### HOSTED SERVICES AGREEMENT (effective February 26, 2009) and AMENDMENT #1 (effective February 10, 2011)

This **HOSTED SERVICES AGREEMENT AMENDMENT #2** ("Amendment #2) is effective as of December __28__, 2011 ("Effective Date") by and between ValueCentric, LLC ("ValueCentric") and Actavis Kadian LLC ("Actavis").

**WHEREAS**, ValueCentric and Actavis have entered into that certain HOSTED SERVICES AGREEMENT made as of February 26, 2009 (the "Agreement"); and

**WHEREAS**, ValueCentric and Actavis have amended that certain HOSTED SERVICES AGREEMENT under AMENDMENT #1 as of February 10, 2011 (the "Amendment #1"); and

**WHEREAS**, pursuant to the terms of the Agreement, ValueCentric and Actavis now desire to further amend the Agreement as of the Effective Date set forth above; and

**NOW, THEREFORE**, in consideration of the mutual covenants contained herein and intending to be legally bound, the parties hereby agree as follows:

1. Schedule A – Hosted Services section I.A. Contracted Service shall be amended to include the following language: "c. Safe & Secure Supply Chain"

2. Schedule C - **Fee Payment Schedule** - is hereby amended by deleting such schedule in its entirety and replacing it with the following schedule

| Product or Service | Fee | Payment Due |
|---|---|---|
| **Software Initiation Fee:**<br>by Module:<br>- Base 852/Scorecarding<br>- Base 867/Sales Detail<br>- Safe & Secure Supply Chain<br><br>TOTAL | <br><br>$20,000<br>$15,000<br>$11,000<br><br>$46,000 | Initiation Fee Payment for selected Modules is due with signed agreement from Customer. |
| **Implementation & Training** | Included | Fee is included as part of the Software Initiation Fee above |
| **Monthly Fee:**<br>by Module:<br>- Base 852/Scorecarding<br>- 867 Sales Detail<br>- Base 852/Generic Sku<br>- Safe & Secure Supply Chain<br><br>TOTAL | <br><br>$ 2,694<br>$ 1,796<br>$ 5,200<br>$   850<br><br>$10,540 | Billing begins 30 days from date of signed agreement and in advance for the coming month. These fees are payable within 30 days of billing. Monthly fees will continue for the entire three (3) year term. |

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01451450

3. Actavis shall pay to ValueCentric an Initiation Fee for the addition of the Safe & Secure Supply Chain module of $11,000, which is due upon the signing of Amendment #2.

4. Ratification. Except as expressly modified by this Amendment #2 (a) this Amendment shall not constitute a modification, amendment or waiver of any other provision of the Agreement, and (b) the Agreement and all provisions therein are and shall continue to be in full force and effect without any modification or amendment and are hereby in all respects ratified and confirmed by Actavis and ValueCentric. If there is any conflict between the provisions of the Agreement and the provisions of the Amendment #2, the provisions of this Amendment #2 will control.

IN WITNESS WHEREOF, this Amendment #2 has been duly executed and delivered by authorized representatives of the parties as of the Amendment #2 Effective Date above.

**VALUECENTRIC, LLC**

By: _[signature]_
Name: David U. Janca
Title: CEO
Date: 12/30/11

**ACTAVIS KADIAN LLC**

By: _[signature]_
Name: STEPHEN GALLAGHER
Title: VP FINANCE
Date: 12/28/11

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01451451