# EXHIBIT 53

| | |
|---|---|
| **From:** | Nancy Baran </O=ONETEAM/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=NBARAN> |
| **To:** | <Russell>;Bruce <Bruce.Russell@McKesson.com> |
| **BCC:** | Nancy Baran <NBARAN@actavis.com> |
| **Sent:** | 1/17/2012 2:39:04 PM |
| **Subject:** | SOM Discussion Last Week - Actavis |

Hi Bruce,

Thank you for your time last week. As a follow-up to our discussion, I wanted to send you a sample report pulled from ValueTrak that summarizes customer buying patterns. The pharmacy used in this example is Westside Pharmacy who purchases only one Actavis product (Oxycodone). For the period in question, they order 6 bottles each day like clockwork. This doesn't necessarily make this account suspicious, but it comes across the system as something to take a second look at. As stated last week, our access to this type of data is very new and we have not yet determined how it will be used. I believe it may have been Don last week that requested on occasion we share information (less the source they are buying from) in situations where a customer may be under investigation. We can talk more about how we can mutually help one another in the future. At the present, this information is still new and we're trying to get our hands around it.

Once again, thank you for your time. I am sure we will be in touch again in the future. Should you need anything, don't hesitate to give me a call.

Nancy



Nancy Baran
Director, Customer Service

_x0000_i1025
Actavis
60 Columbia Rd. Bldg B t 973-993-4510 or 888-925-2342 @ mailto:NBARAN@actavis.com [NBARAN@actavis.com]
Morristown,NJ07960United States f 973-993-4300 w http://www.actavis.com/ [www.actavis.com]
Internal VoIP number t 1254510

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.