# EXHIBIT 54

| | |
|---|---|
| From: | Rachelle Galant </O=ONETEAM/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RGALANT> |
| To: | Michael Dorsey; Kelly Smith; Nancy Baran |
| CC: | Jinping McCormick (JMCCORMICK@actavis.com) (JMCCORMICK@actavis.com); Michael Perfetto; Ara Aprahamian RPh (AAprahamian@Actavis.com) |
| Sent: | 5/23/2012 6:07:52 PM |
| Subject: | Miami Pharmacy buying Oxy 30mg from ABC |
| Attachments: | Lifeline Pharmaceuti Oxy 30mg buying April.pdf; Lifeline Pharmaceuti Oxy 30mg buying May.pdf |

Our SOM program monitoring the 867 data from our wholesalers has flagged a pharmacy out of Miami purchasing large quantities of Oxy 30mg from ABC - 800 bottles in April and 900 bottles MTD in May. Besides the high volume, this pharmacy is buying 97% Oxy 30mg. The balance of the products purchased is a few bottles of Gabapentin, Temazepam, etc. Based on the product mix purchased and the volume, we need to bring this to ABC's attention to see if it falls within ABC's guidelines of purchasing.

The pharmacy is called Lifeline Pharmaceuti – below is the address and DEA #. I have also attached their reports on their purchases for April and May.

They are buying it from the ABC Orlando facility.

LIFELINE PHARMACEUTI
4150 NW 7TH STREET STE
MIAMI FL 331265535
DEA NUMBER: RL0362347

Mike P., Kelly – do you have any guidance on how to approach ABC with this? Can we forward the reports to the ABC buyer?

**Rachelle Galant**
*Senior Product Manager*



Actavis
60 Columbia Rd. Bldg B  *t* +1 973-993-4527  @ RGalant@actavis.com
Morristown , NJ 07960 United States  *w* www.actavis.com
Internal VoIP number *t* 125-4527

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.