# EXHIBIT 58

| | |
|---|---|
| From: | Lisa A Scott </O=MAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LASCOTT> |
| To: | Tom P Napoli </MAIL/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/Tnapoli> |
| Sent: | 2/8/2013 2:10:00 PM |
| Subject: | RE: URGENT - SOMS Tabel |

FYI - Every Class of Trade is now set at 1.25 (Chain and Whols were the only 2 that needed to be changed). Please see screen shots below.

Picture_x0020_27

Lisa A. Scott
Security & Compliance Auditor
Global Security & DEA Affairs
862.261.7197 Office

From: Tom P Napoli
Sent: Tuesday, February 05, 2013 11:07 AM
To: Mary J Woods; Lisa A Scott
Subject: RE: URGENT - SOMS Tabel

Mary,
We will be making the changes as discussed in our previous meeting. Lisa will let you know when this has been accomplished.
Thanks,
Tom

Thomas Napoli, CPP
Associate Director, Controlled Substance Compliance
Actavis (Formerly Watson Pharmaceuticals)


_x0000_i1025

From: Mary J Woods
Sent: Tuesday, February 05, 2013 8:19 AM
To: Tom P Napoli; Lisa A Scott
Subject: URGENT - SOMS Tabel

Tom and Lisa, please see the current SOMS/OMS table. Please see chains and wholesalers ASAP. This needs to be discussed with a sense of urgency!!!!!!!!!!!!!!

Best Regards,

Mary J. Woods
Executive Director, Customer Relations Operations
A Watson Pharma, Inc., Corona, CA 92880
( 951-493-5951 6 951-493-1510 (C) 951-316-3616
*mailto:mary.woods@watson.com [mary.woods@watson.com]
http://www.watson.com/ [www.watson.com]

Picture_x0020_39

From: Tom P Napoli
Sent: Friday, February 01, 2013 12:51 PM
To: Lisa A Scott; Mary J Woods
Subject: FW: Oxy IR customers - legacy Actavis

Highly Confidential                                                           Acquired_Actavis_01675888

FYI,
Buying group member info

Thomas Napoli, CPP
Associate Director, Controlled Substance Compliance
Actavis (Formerly Watson Pharmaceuticals)


_x0000_i1027

From: Rachelle Galant
Sent: Friday, February 01, 2013 1:54 PM
To: Tom P Napoli
Cc: Nancy Baran; Nancy Baran
Subject: RE: Oxy IR customers - legacy Actavis

Sure thing - see attached


Rachelle Galant
Senior Manager, Marketing

_x0000_i1028
Actavis
Morris Corporate Center III
400 Interpace Pkwy Bldg A t +1 862-261-7494 @ mailto:Rachelle.Galant@watson.com
[Rachelle.Galant@watson.com]
Parsippany , NJ 07054 United States w http://www.actavis.com/ [www.actavis.com]


Please note that this e-mail and its attachments are intended for the named addressee only
and may contain information that is confidential and privileged. If you have by coincidence
or mistake or without specific authorization received this e-mail and its attachments we
request that you notify us immediately that you have received them in error, uphold strict
confidentiality and neither read, copy, nor otherwise make use of their content in any way
Please note that the sender of this e-mail and its attachments is solely responsible for
its content if it does not concern the operations of Actavis Group or its subsidiaries.


From: Tom P Napoli
Sent: Friday, February 01, 2013 10:41 AM
To: Rachelle Galant
Cc: Nancy Baran; Nancy Baran
Subject: RE: Oxy IR customers - legacy Actavis

Hi Rachelle,
Would it be possible to articulate usage by the various buying group members ordering
through Opti-Source, Econdisc, etc.?
Thanks for your support.
Tom

Thomas Napoli, CPP
Associate Director, Controlled Substance Compliance
Actavis (Formerly Watson Pharmaceuticals)


_x0000_i1029

From: Rachelle Galant
Sent: Thursday, January 31, 2013 3:50 PM
To: Tom P Napoli; Nancy Baran
Subject: Oxy IR customers - legacy Actavis

Tom -

Highly Confidential                                                    Acquired_Actavis_01675889

Nancy asked for me to send the top volume customers that we had on the Oxy IR 30mg strength.
Below are the customers from larges to smallest, with their six months order volume on the 30mg. I am also attaching a spreadsheet detailing it out by customer by month for both the 15mg and the 30mg. Let me know if you need anything further.

Many thanks,
Rachelle

WALGREEN

531,360

CARDINAL HEALTH

295,512

MCKESSON DRUG CO.

197,784

AMERISOURCE BERGEN

178,920

OPTI-SOURCE GROUP

75,504

WAL-MRT STORES INC.

75,216

H D SMITH

37,656

QUALITY KING

17,808

Econdisc

13,824

Bellco

6,840

VALLEY DRUG

3,216

AMERICAN HEALTH PKG.

2,496

**Highly Confidential**                                                                                                    **Acquired_Actavis_01675890**

ANDA GENERICS

1,464

Dik Drug

1,200

PBA

960

DIXON SHANE

48

NC MUTUAL (CAPS)

24


Rachelle Galant
Senior Manager, Marketing

Picture_x0020_1
Actavis
Morris Corporate Center III
400 Interpace Pkwy Bldg A t +1 862-261-7494 @ mailto:Rachelle.Galant@watson.com
[Rachelle.Galant@watson.com]
Parsippany , NJ 07054 United States w http://www.actavis.com/ [www.actavis.com]

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.