# EXHIBIT 59

| | |
|---|---|
| From: | Horsley, Arlene [AHorsley@ButlerSchein.com] |
| Sent: | 11/22/2010 2:28:42 PM |
| To: | Larry E Shaffer [larry.shaffer@watson.com] |
| CC: | #Master Data Group [master.data.group@watson.com]; Judy L Callahan [judy.callahan@watson.com]; Jeff Gee [jeff.gee@watson.com] |
| Subject: | RE: Order(s) on Hold |

See below

---

**From:** Larry E Shaffer [mailto:Larry.Shaffer@watson.com]
**Sent:** Monday, November 22, 2010 12:34 PM
**To:** Horsley, Arlene
**Cc:** #Master Data Group; Judy L Callahan; Jeff Gee
**Subject:** RE: Order(s) on Hold

Hi Arlene, thanks for your reply. I do have a couple more questions.

PO# E463576
00591562101 – 2MG, I will reduce to 36 with the explanation the 136 was entered in error.
00591561901 – 5MG, your reply states to reduce from 28 to 24, but the order quantity is 48. I came up with an average of about 90 for the this product and with the current order of 48; your current MTD is 96, which is only a slight increase. I don't think a reduction is necessary if you need the product, is there a specific reason for the slight increase? Keep at 48

PO# E463563
00591561901 – 5MG, I came up with the same monthly average as you ~56/month. Current order is 96, a reduction to 72 will not release the product, I would still need a reason for the increase, even with a reduction or cancellation we would ask for a reason for the reduction or cancellation. We merged with Henry Schein vet and NLS and thus have increased sales due to the merger.

Below are questions that may help to explain the increases:
    New Customer? If so, please give the name and state of the new customer.
    Promotion? If so, what is the timeline of the promotion?
    New Contract? If so, please give the name and state of the customer who has been awarded the new contract.
    Other Reasons? If so, please give a detailed explanation.

Thanks,

Larry

---

**From:** Horsley, Arlene [mailto:AHorsley@ButlerSchein.com]
**Sent:** Friday, November 19, 2010 4:57 PM
**To:** Larry E Shaffer
**Cc:** #Master Data Group; Judy L Callahan; Jeff Gee
**Subject:** RE: Order(s) on Hold

On PO # E463576 I only wanted 36 of item # 00591562101 DIAZEPAM 2MG TAB 100. Please reduce this from 136 to 36. You can also reduce item # 00591561901 DIAZEPAM 5MG TAB 100 from 28 to 24.

On PO # E463563 I only have 20 on the floor at this time and my monthly usage is 56. If it would make it release, then please reduce to 72.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_04164213

**From:** Larry E Shaffer [mailto:Larry.Shaffer@watson.com]
**Sent:** Friday, November 19, 2010 1:49 PM
**To:** Horsley, Arlene
**Cc:** #Master Data Group; Judy L Callahan; Jeff Gee
**Subject:** Order(s) on Hold

Hi Arlene, in accordance with 21 CFR 1301.74, we are required to conduct independent analysis of orders prior to completing a sale to determine whether substances are likely to be diverted from legitimate channels. You have been contacted due to the fact that your order placed today has prompted further analysis based on a deviation in one of the following areas; unusual size, frequency, or pattern. In an effort to expedite the investigation process and mitigate any delays or inconvenience, we are requesting supporting information necessary to justify the fulfillment of the order in question.

PO# E463576
00591562101 DIAZEPAM 2MG TAB 100
00591561901 DIAZEPAM 5MG TAB 100

PO# E463563
00591561901 DIAZEPAM 5MG TAB 100

Please note the entire order is on hold. Your quick response will ensure your entire order will be released in a timely manner.

Any questions, let me know

Thanks,

Larry

## Larry Shaffer

A Watson Pharma, Inc.
Master Data Administrator
360 Mount Kemble Avenue
Morristown, NJ 07962-1953
P. 973.355.8152
F. 973.355.8221

*****************************************************************

CONFIDENTIALITY NOTICE - The information transmitted in this message is
intended only for the person or entity to which it is addressed and may
contain confidential and/or privileged material. Any review,
retransmission, dissemination or other use of this information by persons
or entities other than the intended recipient is prohibited. If you
received this in error, please contact the sender and destroy all copies
of this document. Thank you.

Butler Schein Animal Health

*****************************************************************