# EXHIBIT 60

**From:** Lisa Byrge [lbyrge@dakdrug.com]
**Sent:** 12/15/2010 8:04:31 AM
**To:** Larry E Shaffer [larry.shaffer@watson.com]
**Subject:** RE: Order(s) on Hold

Our ordering system ordered it by mistake.

*Lisa Byrge*
Pharmaceutical Buyer
Dakota Drug
P.O. Box 877
1101 Lund Blvd
Anoka, MN 55303
lbyrge@dakdrug.com
☎ 701-857-1127
Fax: 763-421-0661

---

**From:** Larry E Shaffer [mailto:Larry.Shaffer@watson.com]
**Sent:** Wednesday, December 15, 2010 10:03
**To:** Lisa Byrge
**Cc:** #Master Data Group; Judy L Callahan; Vicky C Goldy
**Subject:** RE: Order(s) on Hold

HI Lisa, I will cancel the item per your request. Would you provide a reason for the cancellation?

Thanks,

Larry

---

**From:** Lisa Byrge [mailto:lbyrge@dakdrug.com]
**Sent:** Wednesday, December 15, 2010 11:02 AM
**To:** Larry E Shaffer
**Subject:** RE: Order(s) on Hold

Please cancel this item off the order. Thanks

Lisa Byrge
Pharmaceutical Buyer
Dakota Drug
P.O. Box 877
1101 Lund Blvd
Anoka, MN 55303
lbyrge@dakdrug.com
☎ 701-857-1127
Fax: 763-421-0661

---

**From:** Larry E Shaffer [mailto:Larry.Shaffer@watson.com]
**Sent:** Wednesday, December 15, 2010 09:27

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_04164345

**To:** Lisa Byrge
**Cc:** #Master Data Group; Judy L Callahan; Vicky C Goldy
**Subject:** Order(s) on Hold

Hi Lisa, in accordance with 21 CFR 1301.74, we are required to conduct independent analysis of orders prior to completing a sale to determine whether substances are likely to be diverted from legitimate channels. You have been contacted due to the fact that your order placed today has prompted further analysis based on a deviation in one of the following areas; unusual size, frequency, or pattern. In an effort to expedite the investigation process and mitigate any delays or inconvenience, we are requesting supporting information necessary to justify the fulfillment of the order in question.

PO# 801150-4
00591320301 HYDROCODONE/APAP 7.5/325MG TAB 100 – QTY 56

Please note the entire order is on hold. Your quick response will ensure your entire order will be released in a timely manner.

Any questions, let me know

Thanks,

Larry

Larry Shaffer

A Watson Pharma, Inc.
Master Data Administrator
360 Mount Kemble Avenue
Morristown, NJ 07962-1953
P. 973.355.8152
F. 973.355.8221

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_04164346