# EXHIBIT 64

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

# Appendix C
# Endo Safeguards to Prevent Opioid Diversion

## At the Factory:

- Vault inventory records: Material description, exact quantity, net weight, scale number and 2 signatures
- Granulation and tableting Keys are enclosed; keypad entry, intrusion detection, and closed circuit TV. Manufacturing packaging reconciled immediately
- Requirement for Quarterly and Year-End inventories To be completed. Discrepancies are investigated And resolved
- Searches of processing areas and associates may be conducted by trained search team. Associates socks and pant pockets are visually checked for evidence of concealed material

## In transit to the distribution center:

- Trucks are loaded with numbered seals
- Advance ship notice Is provided to Distribution Center

## At the distribution center:

- Seal on truck is verified at time of arrival at Distribution Center. Visual inspection of products.
- Cameras monitor entire path product takes from receiving dock to storage vault
- Orders are picked with RF unit, which identifies location, lot, quantity and expiration date of product. Scanning errors must be corrected immediately.
- All orders are double-checked by a second associate
- QC personnel verify correct items are picked as specified
- Controlled substances are over-packed to conceal contents
- Cycle count of inventory will be conducted at least several times daily in the vault. Cycle count is performed on all active pick locations.

## To the wholesale distributor, institution, or pharmacy:

- All customers must have a valid DEA license in SAP. Endo's SAP system flags and holds excessive orders. The Hold code must be released for product to ship.
- The order system produces an excessive order report, which is reviewed by the appropriate product and sales managers for approval. If approved, orders are released from excessive hold and shipped. If partial order is approved, modifications are made to order, customer is notified and order is shipped.
- Distribution of all controlled substances is Second Day Air or Second Day Truck. Endo policy is to limit transit time. Trucks will be tracked for on-time delivery.
- Delivery shortages are verified by cycle count. If no variance, order will be re-picked and weighed to determine match to original shipment.

ENDO-OPIOID_MDL-05967491

