# EXHIBIT 65

**Produced in Native Format**

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



# Modified-Release Opioid Risk Management Program: Safety Overview

Linda Kitlinski
Senior Director, Clinical Development & Education
Endo Pharmaceuticals

# What Is a Risk Management Program?

- A Risk Management Program (RMP) is a program of activities designed to
  - Minimize the risks associated with medications
  - Maximize the benefits of medications
  - Ensure patient safety
- Manage risk by developing *proactive* risk management strategies
- Minimize the need for *reactive* responses



# Modified-Release Opioid RMP: Content Overview

- Objectives
  - Estimate and evaluate risk
  - Manage known risks associated with a drug
  - Optimize risk/benefit ratio
    - Balance benefits gained from the medication with potential risks
  - Promote safe use of the medication
  - Protect public health



# Modified-Release Opioid RMP: Key Elements

- **Risk of accidental exposure**
  - Especially in modified-release products with large amounts of opioid

- **Risk of improper patient selection**
  - Who are the appropriate patients?

- **Risk for abuse and misuse**
  - How can we reduce risk for patients and the community?



# Modified-Release Opioid RMP: Content Overview

- Endo's RMP
  - Minimize misuse/abuse and diversion of opioids via the components of RM
    - Risk Assessment
    - Risk Management/Intervention
    - Risk Communication/Education



# Risk Assessment

- Challenges of risk assessment:
  - How prevalent is abuse/diversion?
    - Absence of good data
    - Spectrum of populations
      - Acute pain pts? Chronic pain pts? Addicts?
      - Background rates?
  - How to assess potential for abuse/misuse?
    - Lack of well-validated tools, yet
    - NEED to assess relative risk of aberrant behaviors



# S.O.A.P.P

## **S**creener and **O**pioid **A**ssessment for **P**atients with **P**ain

- 1st prospectively-validated opioid assessment screener
  - Being developed under NIDA/NIH grant to Inflexxion
- Practical tool to help predict relative potential to <u>misuse</u> opioid medications
  - Addiction, diversion, recreational use
- For use in pts being considered for long-term opioid tx
  - Purpose is NOT to deny pts access to pain medication
  - Purpose is NOT to "screen in" or "screen out"
- Purpose IS to assist clinician in deciding:
  - Level of monitoring a given patient may require
  - If multidisciplinary or pain consult would be useful
  - Help document decisions



# S.O.A.P.P

## **S**creener and **O**pioid **A**ssessment for **P**atients with **P**ain

- Brief, self-report screener
  - 5-10 minutes for patient to complete
- SOAPP version I
  - Naturalistic observation / Concept mapping / Expert consensus
  - Face valid / intuitive
  - 24-items / Likert-like response scale (0 to 4)
  - Pilot study in 154 pts at Brigham & Women's showed reliability & predictive validity of scale
- SOAPP version II
  - Empirically-derived
  - Predictive validity (via prospective study)





**PainEDU**.org

IMPROVING PAIN TREATMENT THROUGH EDUCATION

E-MAIL ADDRESS

PASSWORD

FORGOT YOUR PASSWORD?  NOT REGISTERED?

PAINEDU COURSE · SPOTLIGHT · ROUNDTABLE · BOOK REVIEWS · TOOLS · POPULATIONS · NEWS AND RESOURCES



## ■SOAPP

Access an important tool that helps predict patient response to opioid medications.

### DOWNLOAD THE SOAPP

Download a free copy of the SOAPP tool and SOAPP Monitoring Recommendations.

Click for more 

### CONTACT THE SOAPP TEAM

E-mail us any questions about the tool or to share your impressions of the SOAPP tool.

Click for more 

### ABOUT THE SOAPP

The Screener and Opioid Assessment for Patients in Pain (SOAPP) is a tool to facilitate treatment planning for chronic pain patients being considered for long-term opioid treatment.

### SOAPP version 1.0 is:

✔ A 24 item paper and pencil questionnaire

✔ Takes < 10 minutes to complete and simple to score

✔ Developed based on expert consensus

✔ Ideal for documenting decisions about the level of monitoring planned for a particular patient or justifying referrals to specialty pain clinic.

✔ View [hyperlink to SOAPP development] preliminary reliability and validity data

Learn more about the SOAPP tool.

# Utility in Clinical Practice

- **NEED** to assure SOAPP can be readily integrated into clinical practice
- **NEED** to assure SOAPP is not used:
  - To deny pts access to pain medications
  - To supplant clinical judgement
- Background & instructions at www.painedu.org
- Diffusion/delivery system testing
  - Paper/pencil questionnaire
  - Electronic/PDA
  - IVR (interactive voice recognition)
  - Web-based
  - Fax back



# COMM: **Current Opioid Misuse Measure**

- Brief screener to help identify misuse in chronic pain pts who are already on opioid therapy
- Clinician checklist based upon input from 26 pain & addiction specialists
- Anticipated benefits:
  - Improved ongoing assessment of pts on chronic opioid therapy
  - Improved risk management & tx decision making
- Completed 2/04, but not yet validated



# Modified-Release Opioid RMP: Risk Assessment

- Safety surveillance
  - Trending
  - Signal detection
- Key elements
  - Postmarketing surveillance
  - ESRB-Endo Safety Review Board
  - Risk Management Team
  - Media screening



# Post Marketing Safety Surveillance Program (cont)

- On-going monitoring & evaluation of adverse events received from spontaneous reports

- Monitoring & evaluation of adverse events in on-going clinical trials for signals & trends



# Post Marketing Safety Surveillance Program: ESRB

- **Multi-disciplinary Safety Review Board**
  - Meets quarterly
  - Reviews post-marketing safety data collected on oxymorphone ER/IR
  - Investigates and reviews all cases of drug abuse/misuse, drug dependence and drug overdose to detect trends
  - Comparison of oxymorphone adverse event profile with other opioids via the FDA's Freedom of Information Act



# Post Marketing Safety Surveillance Program

- Risk Management Team
  - Internal multidisciplinary team
  - Expert advisors with safety, epidemiology, opioid, pain, and addiction medicine backgrounds
  - Monitoring nationally recognized databases such as DAWN
  - Media Surveillance
- Analysis of data
  - Stratification by events, geographic area, and age



# Endo Safeguards to Prevent Opioid Diversion



**At the Factory:**

Vault inventory records: Material description, exact quantity, net weight, scale number and 2 signatures

→ Granulation and tableting Keys are enclosed; keypad entry, intrusion detection, and closed circuit TV.  Manufacturing packaging reconciled immediately

→ Requirement for Quarterly and Year -End inventories To be completed. Discrepancies are investigated And resolved

→ Searches of processing areas and associates may be conducted by trained search team.  Associates socks and pant pockets are visually checked for evidence of concealed material

**In transit to the distribution center:**

Trucks are loaded with numbered seals → Advance ship notice Is provided to Distribution Center

**At the distribution center:**

Seal on truck is verified at time of arrival at Distribution Center.  Visual inspection of products.

→ Cameras monitor entire path product takes from receiving dock to storage vault

→ Orders are picked with RF unit, which identifies location,  lot, quantity and expiration date of product.  Scanning errors must be corrected immediately.

→ All orders are double - checked by a second associate

→ QC personnel verify correct items are picked as specified

→ Controlled substances are over -packed to conceal contents

→ Cycle count of inventory will be conducted at least several times daily in the vault.  Cycle count is performed on all active pick locations.

**To the wholesale distributor, institution, or pharmacy:**

All customers must have a valid DEA license in SAP. Endo's SAP system flags and holds excessive orders.  The Hold code must be released for product to ship.

→ The order system produces an excessive order report, which is reviewed by the appropriate customer service, product, and sales managers for approval.  If approved, orders are released from excessive hold and shipped.  If partial order is approved, modifications are made to order, customer is notified and order is shipped.

→ Distribution of all controlled substances is Second Day Air or Second Day Truck.  Endo policy is to limit transit time. Trucks will be tracked for on -time delivery.

→ Delivery shortages are verified by cycle count. If no variance, order will be re -picked and weighed to determine match to original shipment.



# Modified-Release Opioid RMP: Risk Communication

- Proactive risk communication
  - Education/ CME
  - "Dear Health Care Provider" letters
  - Patient brochures
  - Product labeling
  - Appropriate training of sales representatives
  - Partnering with professional societies



# Appropriate Training of Sales Representatives

- Messages on label with respect to:
  - Appropriate patient selection
  - Appropriate use of oxymorphone ER/IR
- Serve as an educational resource
  - Advocate responsible pain mgmt
  - Provide access to validated assessment and patient management tools
  - Provide balanced patient education materials



# Modified-Release Opioid RMP: Risk Intervention

- Risk Intervention
  - Intervention to targeted areas
    - Increase education on risk of abuse
    - Cooperate with local law enforcement agencies, FDA, and DEA
    - Maintain tight control of supply chain





# Assuring the Appropriate Use of Opioid Analgesics

# Appropriate Use of Opioid Analgesics

- Rationale
  - Studies have confirmed the usefulness of opioids in the treatment of chronic pain
  - While controlled studies in chronic pain are needed, some studies in current literature suggest:
    - relatively low incidence of misuse among most pts who receive opioid analgesics for pain
    - potential for increased functioning & improved quality of life
  - However….



# Appropriate Use of Opioid Analgesics

- Rationale (cont'd)
  - Physicians have legitimate concerns about prescribing opioids responsibly:
    - Concerns about addiction
    - Worry about possible abuse/misuse by patients (e.g., diversion and loss of control)
    - Liability and censure by regulatory agencies
    - Determining which pts are appropriate candidates for opioid therapy
    - Nat'l media attention re: abuse of prescription opioids has underscored these issues



# Assuring Pain Relief While Preventing Abuse: A Critical Balancing Act

- There is a need for scientifically-balanced education addressing:
  - Principles of prescribing opioid analgesics
    - "Pharmacology 101" to optimize efficacy, reduce AE's
  - Principles of risk assessment and management
- Endo recognizes that:
  - Access to opioid analgesics is critical to patients suffering from pain, but that
  - Risk of addiction & diversion must be addressed



# Opioid Education Initiatives for Physicians

- National Initiative on Pain Control
- McGraw Hill & NIH handbooks
- Primary Care & Resident "Essentials of Pain Mgmt" courses
- AAFP, STFM, ACP, and HHS Educational Initiatives
- "Appropriate Use of Opioids" kit
  - Physician, patient  & family education materials
  - Pain assessment tools
  - Prototype pain mgmt agreements & documentation templates
- Scientific Resource Center at national congresses



# Opioid Education Initiatives for Pharmacists

- Critical link between physician & patient
  - Can enhance compliance, reduce risk of AE's, alert physician to any red flags
- US Pharmacist & PharmAlert publications
- APhA new product bulletins
- ASHP pain traineeship
- Symposia at annual meetings



# Opioid Education Initiatives for Patients & Families

- Critical that patients/families  understand both risks & benefits of opioid analgesics

- "Understanding Your Pain: Taking Oral Opioid Analgesics"  booklet

- "Using a Pain Assessment Scale" brochure

- Brief Pain Inventory tear-pads

- National patient initiatives
  - APF, NPF, AACPI, ACPA
  - Dept of Health & Human Services



# Partnering with Professional Societies

- AAFP
  - CE-accredited video & monograph
  - Journal of Family Practice supplement
  - support of state academy initiatives
- STFM
  - Workshops, roundtables & handbooks at annual meetings
  - Precourses at regional meetings; regional "train the trainer"
- ACP
  - core curriculum & handbooks at annual meetings
  - pocket reference guides
- PriMed
  - Symposia at regional PriMed meetings



# **Your Recommendations**

➢ **Other opportunities?**

➢ **Unmet needs?**

➢ **What can actually help effect meaningful change?**

