# EXHIBIT 66

## *Endo Pharmaceuticals Meeting with Drug Enforcement Administration*
### *Tuesday, September 30, 2003*
### *2:00pm to 3:30pm*

### *DEA Attendees:*

Terry Woodsworth, Deputy Director, DEA, Office of Diversion Control
Kenneth Ronald, Special Assistant to Deputy Assistant Administrator
Frank Sapienza, Chief, Drug & Chemical Evaluation Section
Pat Good, Chief, Liaison and Policy Section
Betsy Willis, Chief, Drug Operations Section
Vicki Seeger, Policy Section Officer
Christine Sannerud, Deputy Chief, Drug & Chemical Evaluation Section
Susan Carr, Drug Science Officer
Ernest Belzer, Drug Science Specialist

### *Endo Attendees:*

Daniel Carbery, Group VP, Operations
George Stevenson, VP, Generic Business Unit
Jill Connell, Director, Supply Chain Management
Bob Barto, Manager, Regulatory Affairs
Sue Tolen, Supply Chain Analyst

### *Agenda:*

- Introductions (5 minutes)
- EN3218 (Oxycodone ER Generic) Marketing Plan (20 minutes)
- Endo Risk Management Plan Overview (20 minutes)
- EN3218 Production Timetable (10 minutes)
- Questions and Answers

Endo Pharmaceuticals Inc.
Confidential