# EXHIBIT 67

| | |
|---|---|
| **From:** | Mullen,Heather |
| **To:** | Kerr, David |
| **Sent:** | 7/17/2006 7:45:00 PM |
| **Subject:** | RE: Graphic for Diversion Control |
| **Attachments:** | datachart.doc; DEA questions 3 clean.doc; distributionchart.pdf; Endo Opana.pdf; NAVIPPRObulletpoints.doc |

Yes.  Here it is (distribution chart) along with all the docs that I put together that you might use, in addtion to a blue folder, for LE meetings.  Let me know if you need anything else.  Let me know how it goes.  Have you and Nick been able to have a pre-briefing for this meeting?

Heather

---

**From:** Kerr, David
**Sent:** Mon 7/17/2006 3:27 PM
**To:** Mullen,Heather
**Subject:** Graphic for Diversion Control

H,

I am meeting with Philly DEA tomorrow with Nick.

I am digging around for that one page graphic that is from the RiskMap showing the control flow (provided by Jill Connell).  Do you have access to copy you can send today?


David Kerr
Vice President,  Business Development
Endo Pharmaceutical Inc.
100 Endo Boulevard
Chadds Ford, PA 19317
610-558-9800, X 4206   kerr.david@endo.com
610-558-4629 (FAX)  973-219-6099 (CELL)

CONFIDENTIAL

The information contained in this e-mail communication contains confidential information. The
information is intended for the personal and confidential use of the recipient(s) named above.
If the reader(s) of this message is (are) not the intended recipient(s), you are hereby
notified that you have received the document in error and that any review, dissemination,
distribution or copying of this message is strictly prohibited. If you have received this
communication in error, please notify me immediately by telephone, and return the original
message to me by mail at my cost. Thank you.