# EXHIBIT 72

Customer Services Agreement
Statement of Work No. 2

This Statement of Work No. 2 is entered into by and between Vintage Pharmaceuticals d/b/a Qualitest Pharmaceuticals (the "**Customer**") having an address at 130 Vintage Drive, Huntsville, AL 35811 and **BuzzeoPDMA LLC** ("**BuzzeoPDMA**"), having its office at 1025 Boulders Parkway, Suite 301, Richmond, VA 23225.

Customer and BuzzeoPDMA LLC are parties to the Customer Services Agreement dated January 7, 2013 (the "Agreement").

This Statement of Work is amended to the Agreement and shall be governed by the terms and conditions of the Agreement as if set forth in full herein.

The parties agree to the following:

### 1. Term Extension:

The term of the Agreement shall be extended for an additional term of one (1) year and shall continue until January 7, 2015.

### 2. Scope of Services

#### Project: SOM Statistical Model Development and Hosting "in the Cloud"

Using our Ph.D. statisticians and DEA consulting team, BuzzeoPDMA will develop a customized Suspicious Order Monitoring (SOM) statistical model that will be hosted "in the cloud" by BuzzeoPDMA and will be based on Customer's data set (Customer's specific customers and products). The cloud based SOM model will enhance Customer's efforts to comply with DEA's SOM requirement as detailed in Title 21 CFR Part 1301.74(b), Title 21 CFR Part 1310.05 (a) (1), and various DEA guidance memoranda. The cloud based SOM system will be "called" from Customer's existing order management system. The SOM system will evaluate the order against Customer's customized SOM algorithm as hosted by BuzzeoPDMA, and return order status indications that will determine whether orders should be shipped or held ("pended"). Additionally, BuzzeoPDMA will provide a web-based order review and evaluation module that will allow Customer's compliance personnel to review and analyze details of pended order so that defensible decisions can be made for clearing and shipping pended orders or alternatively reporting the order to DEA as a suspicious order.

BuzzeoPDMA support is a complex project that will result in a statistically sound SOM model for Customer as a result of three major activities:

1. Extensive data review and analysis of Customer's existing order history data, so that historical ordering patterns, etc. can be fully understood and utilized in future order evaluations,
2. Modeling and development of a statistically viable and supportable SOM model based on this data; and
3. Deployment of the SOM model and order review and evaluation module in a cloud based environment hosted by BuzzeoPDMA.



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0002016129



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
PAR_OPIOID_MDL_0002016130



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0002016131

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



PAR_OPIOID_MDL_0002016132



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                      PAR_OPIOID_MDL_0002016133



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0002016134