# EXHIBIT 74


an endo health solution

August 27, 2013

Cathy Gallagher, Section Chief
Policy & Liaison Section
Drug Enforcement Administration
600 Army Navy Drive
Arlington, VA 22202

Dear Ms. Gallagher:

On behalf of Qualitest Pharmaceuticals, we would like to request an in person meeting with applicable individuals at DEA Headquarters to discuss the following topics:

- Recent organizational changes affecting both our Huntsville, AL and Charlotte, NC locations
- Suspicious Order Monitoring System (SOMS) progress following our March 6, 2013 meeting
- Site investments to enhance our security and mitigate risk
- Quota status update since our face-to-face meeting on November 27, 2012
- Expansion plans for our Charlotte facility – registrations & quota considerations

Along with myself, Qualitest intends to have the following individuals in attendance:

   Don DeGolyer, our new Chief Operating Officer
   Sanjay Patel, VP Supply Chain, Procurement & Logistics

We would like to request that the meeting occur in the September timeframe if possible and that representatives responsible for Quota and SOMS be present from DEA. It would probably also be a good idea to include our Birmingham Group Supervisor, Pat Millier since she was involved in the previous SOMS discussions.

There are a lot of updates taking place at Qualitest and we are hoping to get the opportunity to highlight some of them for you and to solicit your feedback on others.

endo health solutions | AMS   Endo Pharmaceuticals   HealthTronics   Qualitest

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      PAR_OPIOID_MDL_0001596543



If you should have any questions regarding our planned content, please do not hesitate to contact me. We look forward to hearing from you soon regarding the possibility of our meeting in September.

Sincerely,

*Tracey L. Hernandez*
Tracey L. Hernandez
Director, DEA Compliance
Qualitest Pharmaceuticals
120, 130 and 150 Vintage Drive
Huntsville, AL 35811
(256) 799-7178 (office)
(256) 361-7170 (cell)


Cc: Mr. D. DeGolyer, Qualitest
     Ms. P. Millier, Group Supervisor, Birmingham
     Mr. S. Patel, Qualitest

endo health solutions | AMS  Endo Pharmaceuticals  HealthTronics  Qualitest

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596544