# EXHIBIT 77

# STANDARD OPERATING PROCEDURE

|  | Title:<br>CAGE / VAULT SUSPICIOUS ORDER MONITORING | |
|---|---|---|
| No.: **DEA-53012** | Version: **00** | Effective: **12/23/2013** |
| Department: **DEA COMPLIANCE** | | |

PURPOSE: To provide requirements for monitoring and reporting by cage/vault distribution center employees and CIII-V order entry employees customer orders that are of unusual size, frequency or deviates from normal pattern.

SCOPE: This procedure applies to Qualitest cage / vault distribution center employees as well as employees responsible for CIII-V order entry and 222 form entry.

DEFINITIONS:

Order of Interest — An order that appears based on the skill, customer knowledge and experience of the Qualitest employee to significantly deviate from the customer's normal ordering pattern.

Controlled Substance — A drug or other substance, or immediate precursor, included in schedule I, II, III, IV, or V in Title 21 U.S.C.

List 1 Chemical — A chemical specified by regulation of the Attorney General as a chemical that is used in manufacturing a controlled substance in violation of Title 21 U.S.C. and is important to the manufacture of the controlled substance.

Suspicious Order — An order for a controlled substance or List 1 chemical which is of an unusual size, frequency, and/or deviates substantially from a normal pattern.

RESPONSIBILITY: Cage / vault distribution center employees, CIII-V order entry and 222 entry employees are responsible for the execution of this SOP.

SAFETY: N/A

REFERENCES: N/A

ATTACHMENTS: N/A

*Please discard any electronic printouts after 24 hours. 9/21/2018*



| Title: CAGE / VAULT SUSPICIOUS ORDER MONITORING | | |
|---|---|---|
| No.: **DEA-53012** | Version: **00** | Effective: **12/23/2013** |
| Department: **DEA COMPLIANCE** | | |

PROCEDURE:

I. Controlled Substance or List 1 Chemical Orders of Interest

   A. Controlled Substance or List 1 Chemical orders of interest may consist of one or more of the following:

   1. Controlled Substance or List 1 Chemical orders do not match customer's order pattern
   2. Controlled Substance or List 1 Chemical order quantity is of unusual size for customer
   3. Customer order frequency has steadily increased
   4. Others factors deemed unusual from employee's knowledge of customer

   B. If during the course of entering or picking orders for Controlled Substances or List 1 chemicals the employee identifies an order of interest, the employee notifies his /her supervisor. The supervisor alerts the SOM team for further review.

   C. The SOM team reviews the order and follows the Identifying, Blocking & Reporting SOP.

   D. If the order is deemed suspicious it is reported to the DEA by the Director, DEA Compliance or designee.

END SOP

REVISION HISTORY:
REV00 – NEW SOP