# EXHIBIT 79