# EXHIBIT 83





PAR_OPIOID_MDL_0001024035



PAR_OPIOID_MDL_0001024036



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001024037



PAR_OPIOID_MDL_0001024038



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



 PAR_OPIOID_MDL_0001024040



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001024043



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001024046





CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



PAR_OPIOID_MDL_0001024055



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



PAR_OPIOID_MDL_0001024061



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



PAR_OPIOID_MDL_0001024063



PAR_OPIOID_MDL_0001024064



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER PAR_OPIOID_MDL_0001024065



PAR_OPIOID_MDL_0001024066



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001024068



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001024069



PAR_OPIOID_MDL_0001024070



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001024071



PAR_OPIOID_MDL_0001024072



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



PAR_OPIOID_MDL_0001024074



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



PAR_OPIOID_MDL_0001024077



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

