# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### NOTICE OF SERVICE OF MANUFACTURER DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION THAT DEFENDANTS DID NOT COMPLY WITH THEIR DUTIES UNDER THE FEDERAL CONTROLLED SUBSTANCES ACT TO REPORT SUSPICIOUS OPIOID ORDERS AND NOT SHIP THEM

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Manufacturer Defendants[1] hereby provide notice that on July 31, 2019, it served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Manufacturer Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment Adjudication That Defendants Did Not Comply With Their Duties Under the Federal Controlled Substances Act To Report Suspicious Opioid Orders And Not Ship Them ("Manufacturer Defendants' Opposition");

- Declaration of William T. Davison in Support of Manufacturer Defendants' Opposition along with Exhibits 1 to 26;

---

[1] Manufacturer Defendants joining this Opposition include: Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc.; Johnson & Johnson; Noramco, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Allergan plc f/k/a Actavis plc; Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Allergan Sales, LLC; Allergan USA, Inc.; Watson Laboratories, Inc.; Warner Chilcott Company, LLC; Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.; Actavis South Atlantic LLC; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City; Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida; Mallinckrodt plc; Mallinckrodt LLC; and SpecGx LLC.

Teva Pharmaceutical Industries Ltd., Allergan plc f/k/a Actavis plc, and Mallinckrodt plc are respectively an Israeli corporation, Irish holding company, and Irish company that are not subject to and contest personal jurisdiction for the reasons explained in their pending motions to dismiss for lack of personal jurisdiction; they are specially appearing to join this Opposition as a result of the Court's deadline to file oppositions to dispositive and *Daubert* motions, and, thus, they do not waive and expressly preserve their pending personal jurisdiction challenges.

- Declaration of Mara Cusker Gonzalez in Support of Manufacturer Defendants' Opposition along with corresponding Exhibits 27 to 34;

- Declaration of Steven A. Reed in Support of Manufacturer Defendants' Opposition along with corresponding Exhibits 35 to 39;

- Declaration of Jennifer D. Cardelus in Support of Manufacturer Defendants' Opposition along with corresponding Exhibits 40 to 49;

- Declaration of Timothy W. Knapp in Support of Manufacturer Defendants' Opposition along with corresponding Exhibits 50 to 63;

- Declaration of Sean Morris in Support of Manufacturer Defendants' Opposition along with corresponding Exhibits 64 to 83; and

- Summary Sheet for Manufacturer Defendants' Opposition (also attached hereto as Exhibit A).

Dated: July 31, 2019

Respectfully Submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Mark.Cheffo@dechert.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*

*Co-Liaison Counsel for the Manufacturer Defendants*

*/s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621- 0200
Fax: (216) 696-0740

Case: 1:17-md-02804-DAR Doc #: 2181-90 Filed: 08/12/19 3 of 8. PageID #: 326062
Case: 1:17-md-02804-DAP Doc #: 2097 Filed: 07/31/19 3 of 4. PageID #: 286983

-3-

crendon@bakerlaw.com

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*

*Co-Liaison Counsel for the Manufacturer Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

/s/ *Brien T. O'Connor*

Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com

# EXHIBIT A

# SUMMARY SHEET FOR MANUFACTURER DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION THAT DEFENDANTS DID NOT COMPLY WITH THEIR DUTIES UNDER THE FEDERAL CONTROLLED SUBSTANCES ACT TO REPORT SUSPICIOUS OPIOID ORDERS AND NOT SHIP THEM

**Motion Name**: Manufacturer Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment Adjudication That Defendants Did Not Comply With Their Duties Under the Federal Controlled Substances Act To Report Suspicious Opioid Orders And Not Ship Them

**Moving Parties**: Manufacturer Defendants[1]

**Related Docket Entries**: 1910/1924 (Plaintiffs' Motion for Partial Summary Adjudication)

**Summary**: Plaintiffs have failed to produce any evidence that the Manufacturing Defendants did not comply with the regulatory and statutory requirements for manufacturers under the Federal Controlled Substances Act.

    1.    Plaintiffs have not alleged a single suspicious order shipped to Plaintiff Counties by Manufacturer Defendants that should have been reported and/or withheld, but instead point to shipments from distributors to pharmacies, or prescriptions written by physicians to patients. Thus, regardless of whether there is a duty under the Controlled Substances Act to withhold suspicious orders, Plaintiffs' claims against Manufacturers fail.

---

[1] Manufacturer Defendants joining this Opposition include: Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc.; Johnson & Johnson; Noramco, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Allergan plc f/k/a Actavis plc; Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Allergan Sales, LLC; Allergan USA, Inc.; Watson Laboratories, Inc.; Warner Chilcott Company, LLC; Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.; Actavis South Atlantic LLC; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City; Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida; Mallinckrodt plc; Mallinckrodt LLC; and SpecGx LLC.

Teva Pharmaceutical Industries Ltd., Allergan plc f/k/a Actavis plc, and Mallinckrodt plc are respectively an Israeli corporation, Irish holding company, and Irish company that are not subject to and contest personal jurisdiction for the reasons explained in their pending motions to dismiss for lack of personal jurisdiction; they are specially appearing to join this Opposition as a result of the Court's deadline to file oppositions to dispositive and *Daubert* motions, and, thus, they do not waive and expressly preserve their pending personal jurisdiction challenges.

-2-

      2.      There is no duty for manufacturers to monitor the orders of their customers' customers. The requirement does not appear in the Controlled Substances Act, its implementing regulations, nor any guidance issued by the Drug Enforcement Agency.

      3.      Independently, Plaintiffs' motion should be denied for each of the Manufacturer Defendants, as there are disputes of material fact relating to Plaintiffs' allegations against each Manufacturer Defendant.

**Opposition Date**: July 31, 2019
**Reply Date**: August 16, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

/s/ Brien T. O'Connor

Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com