PSJ16 – Rite Aid Opp Br to Defs Dkt # 1779


Exhibit 6

Highly Confidential - Subject to Further Confidentiality Review

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF OHIO
3             EASTERN DIVISION
4               -   -   -
5

IN RE:  NATIONAL        :  HON. DAN A.
6  PRESCRIPTION OPIATE     :  POLSTER
   LITIGATION              :
7                          :
   APPLIES TO ALL CASES    :  NO.
8                          :  1:17-MD-2804
                           :
9

10        - HIGHLY CONFIDENTIAL -

   SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                -   -   -
12
             January 15, 2019
13
                -   -   -
14

15            Videotaped deposition of
   KEITH FROST taken pursuant to notice, was
16  held at the offices of Morgan Lewis
   Bockius, 1701 Market Street,
17  Philadelphia, Pennsylvania beginning at
   9:30 a.m., on the above date, before
18  Michelle L. Gray, a Registered
   Professional Reporter, Certified
19  Shorthand Reporter, Certified Realtime
   Reporter, and Notary Public.
20
                -   -   -
21
22        GOLKOW LITIGATION SERVICES
       877.370.3377 ph| 917.591.5672
23            deps@golkow.com
24

Highly Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:
 2

     BARON & BUDD, P.C.
 3   BY:  STERLING CLUFF, ESQ.
     Encino Plaza
 4   15910 Ventura Boulevard, Suite 1600
     Encino, California 91436
 5   (818) 839-2333
     Scluff@baronbudd.com
 6
             - and -
 7

     BARON & BUDD, P.C.
 8   BY:  WILLIAM G. POWERS, ESQ.
     600 New Hampshire Avenue, NW
 9   The Watergate, Suite 10-A
     Washington, D.C. 20037
10   (202) 333-4562
     Wpowers@baronbudd.com
11   Representing the Plaintiffs
12

     MORGAN LEWIS & BOCKIUS, LLP
13   BY:  JOHN P. LAVELLE, JR., ESQ.
     1701 Market Street
14   Philadelphia, Pennsylvania 19103
     (215) 963-4824
15   John.lavelle@morganlewis.com
16          - and -
17   MORGAN LEWIS & BOCKIUS
     BY:  JOHN M. MALOY, ESQ.
18   101 Park Avenue
     New York, New York 10178
19   (212) 309-6734
     john.maloy@morganlewis.com
20   Representing the Defendant, Rite Aid of
     Maryland and the Witness
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:   (Cont'd.)

 2

      PIETRAGALLO GORDON ALFANO BOSICK &
 3    RASPANTI, LLP
      BY:   DOUGLAS K. ROSENBLUM, ESQ.
 4    1818 Market Street, Suite 3402
      Philadelphia, Pennsylvania 19103
 5    (215) 320-6200
      Dkr@pietragallo.com
 6    Representing the Defendant, Cardinal
      Health
 7

 8    COVINGTON & BURLING, LLP
      BY:   J. ALEJANDRO BARRIENTOS, ESQ.
 9    850 Tenth Street, NW
      Suite 586N
10    Washington, D.C. 20001
      (202) 662-5769
11    Abarrientos@cov.com
      Representing the Defendant, McKesson
12    Corporation

13

14

15

16

17

18

19

20

21

22

23

24
```

Highly Confidential - Subject to Further Confidentiality Review

```
1    TELEPHONIC APPEARANCES:
2

     JONES DAY
3    BY:  CHRISTINE D. PROROK, ESQ.
     77 West Wacker Drive
4    Chicago, Illinois 60601
     (312) 269-4113
5    Cprorok@jonesday.com
     Representing the Defendant, Walmart
6

7    ARNOLD & PORTER KAYE SCHOLER
     BY:  SEAN A. McCORMICK, ESQ.
8    777 South Figueroa Street, 44th Floor
     Los Angeles, California 90017
9    (213) 243-4000
     Sean.mccormick@arnoldporter.com
10   Representing the Defendants, Endo Health
     Solutions; Endo Pharmaceuticals, Inc.;
11   Par Pharmaceutical Companies, Inc. f/k/a
     Par Pharmaceutical Holdings, Inc.
12

13   JACKSON KELLY, PALL
     BY:  ANGELA L. FREEL, ESQ.
14   221 NW Fifth Street
     Evansville, Indiana 47708
15   (812) 422-9444
     alfreel@jacksonkelly.com
16   Representing the Defendant,
     Amerisource Bergen Drug Corporation
17
18
19
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

1     APPEARANCES:   (Cont'd.)

2

3     ALSO PRESENT:

4

      Emma Kaboli, Paralegal
5     (Baron Budd - via telephone)

6

      VIDEO TECHNICIAN:
7     Devyn Mulholland

8

      LITIGATION TECHNICIAN:
9     Zach Hone

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    explain that to me."  So that part I did

2    hear.

3         Q.    I'm confused.  I previously

4    asked you if you recalled what questions

5    the auditor asked the associate.  And you

6    told me that you didn't recall.  But now

7    all of the sudden you recall again?

8              MR. LAVELLE:  Object to

9         form.

10             THE WITNESS:  Because I

11        remembered that we had the posting

12        there, and he made a point of

13        asking the associate about that

14        posting.

15   BY MR. CLUFF:

16        Q.    Okay.  You previously

17   discussed the posting.

18             Well, do you remember who

19   the associate was?

20        A.    No, I don't.

21        Q.    Okay.  This Exhibit 18 and

22   Exhibit 17 together indicate that the

23   audit occurred between 7/10 and 7/11; is

24   that correct?

Highly Confidential - Subject to Further Confidentiality Review

1        A.      Yes.

2        Q.      Okay.  Is there someplace

3   where I could find records of which

4   associates were in the cage that day or

5   those two days?

6        A.      No.

7        Q.      So just to be clear, you

8   remember the answers to the questions

9   that the DEA auditor asked but you do not

10  remember who the associate was?

11       A.      Yes.

12       Q.      Okay.  And then back to my

13  question, is there anywhere that I could

14  find a log of who accessed the cage on

15  those two days?

16       A.      I don't know of any such log

17  or record or anything going back -- going

18  back nine or seven years.

19       Q.      Was it not Rite Aid's policy

20  or procedure in 2012 to keep a record of

21  people who accessed the control cages at

22  that time?

23            MR. LAVELLE:  Object to

24       form.