# EXHIBIT 1

Message

| | |
|---|---|
| **From:** | Maggie Keenan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F27A0B66507B49EE8108E6634EB8C948-MAGGIE KEEN] |
| **Sent:** | 9/5/2017 10:18:19 AM |
| **To:** | Gregory J. Beyer [gbeyer2@cuyahogacounty.us] |
| **CC:** | Sybil Haney [shaney@cuyahogacounty.us] |
| **Subject:** | RE: 2018-2019 Executive's Recommended Budget |

Thanks! That's correct that the EX will be recommending the same amount. If they want to request more money from him, they need to do that ASAP. If they want to go straight to Council, they have time.

---

**From:** Gregory J. Beyer
**Sent:** Tuesday, September 05, 2017 11:17 AM
**To:** Maggie Keenan <mkeenan@cuyahogacounty.us>
**Cc:** Sybil Haney <shaney@cuyahogacounty.us>
**Subject:** FW: 2018-2019 Executive's Recommended Budget

FYI on ADAMHS Board.

---

**From:** Frank Brickner [mailto:Brickner@adamhscc.org]
**Sent:** Tuesday, September 05, 2017 10:52 AM
**To:** Gregory J. Beyer <gbeyer2@cuyahogacounty.us>
**Subject:** RE: 2018-2019 Executive's Recommended Budget

Thanks for the response.

We are still determining our budget need for 2018/2019. Part of the ADAMHS Board challenge this past two years is that our expenses have exceeded revenues due to the opiate epidemic. We have depleted our reserves and we would need additional funding if we were to sustain those increased initiatives we have put in place.

Frank R. Brickner, CPA
Chief Financial Officer
ADAMHS Board of Cuyahoga County
2012 West 25th Street
Cleveland, Oh. 44113
brickner@adamhscc.org
(216) 479-3254

---

**From:** Gregory J. Beyer [mailto:gbeyer2@cuyahogacounty.us]
**Sent:** Tuesday, September 05, 2017 9:02 AM
**To:** Frank Brickner <Brickner@adamhscc.org>
**Subject:** RE: 2018-2019 Executive's Recommended Budget

Good Morning Frank,

Yes, it is my understanding that the ADAMHS Board will be receiving the $39,363,659 in 2018 and 2019. This was the amount included in the base budget that we just began working on.

Is this number going to be sufficient for 2018/2019? Or was ADAMHS Board going to ask for an increase of funds for this next budget?

CONFIDENTIAL

CUYAH_001764533

Thanks,

Greg

---

**From:** Frank Brickner [mailto:Brickner@adamhscc.org]
**Sent:** Tuesday, September 05, 2017 8:54 AM
**To:** Gregory J. Beyer <gbeyer2@cuyahogacounty.us>
**Subject:** RE: 2018-2019 Executive's Recommended Budget

Just want to make sure I am interpreting the financial document correctly – is the County Executive's Recommended Budget to the ADAMHS Board $39,363,659 in 2018?

Appreciate your clarification.


Frank R. Brickner, CPA
Chief Financial Officer
ADAMHS Board of Cuyahoga County
2012 West 25th Street
Cleveland, Oh. 44113
brickner@adamhscc.org
(216) 479-3254

---

**From:** Gregory J. Beyer [mailto:gbeyer2@cuyahogacounty.us]
**Sent:** Friday, September 01, 2017 10:06 AM
**To:** Frank Brickner <Brickner@adamhscc.org>
**Subject:** 2018-2019 Executive's Recommended Budget

Good Morning,

Attached you will find a memo regarding the 2018-2019 Executive's Recommended Budget, and an Agency Realignment and Corrections form. This budget recommendation is based on the 2018 and 2019 estimates from our midyear report. You can find those numbers on the midyear documents that I sent at the end of July, or in our Midyear Report here.

Please take some time to review these budget numbers with what your agency is projecting to spend for 2018-2019. If we have not yet scheduled a meeting to discuss the budget, I will be contacting you either today or Tuesday to do so.

If you have any questions on the budget recommendation or the process, please let me know. I am looking forward to working with you and putting together a budget that falls within the financial means of the County, and also allows you to meet your goals and initiatives for 2018-2019.

Thanks,


Gregory Beyer
Budget Management Analyst
2079 East 9th Street, 3rd Floor
Cleveland, Ohio 44115
216-443-6896

CONFIDENTIAL
CUYAH_001764534

September is National Suicide Prevention Month and September 10, 2017 is World Suicide Prevention Day. The ADAMHS Board of Cuyahoga County encourages all to "Take a minute, change a life" and support Suicide Prevention Month and World Suicide Day.

CONFIDENTIAL
CUYAH_001764535