# EXHIBIT 2

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3   IN RE: NATIONAL              )   MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION                   )   Case No.
                                  )   1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )   Hon. Dan A.
 6   ALL CASES                    )   Polster
                                  )
 7
 8
 9                      — — —
10            Wednesday, May 29, 2019
                        — — —
11
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12              CONFIDENTIALITY REVIEW
                        — — —
13
14
15
16       Videotaped Deposition of DANIEL P.
     KESSLER, JD, Ph.D., held at Jones Day,
17   1755 Embarcadero Road, Palo Alto, California,
     commencing at 9:02 a.m., on the above date,
18   before Debra A. Dibble, Registered Diplomate
     Reporter, Certified Realtime Reporter,
19   Certified Realtime Captioner, and Notary
     Public.
20
21
                        — — —
22
             GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | fax 917.591.5672
                  deps@golkow.com
24
```

Golkow Litigation Services                               Page 1

Highly Confidential - Subject to Further Confidentiality Review

1  him professionally.  Probably 20 years.  In
2  the ballpark of 20 years.
3      Q.    And are you aware of whether or
4  not he is a research associate at the NBER?
5      A.    I believe he is, but I am not
6  certain.  Yeah, I'm not certain.
7      Q.    Okay.  By the way, with respect
8  to all four of these professors that we just
9  discussed, Professors Gruber, Cutler,
10 McGuire, and Liebman, do you know any of them
11 outside of your professional capacity?
12     A.    No.
13     Q.    In other words, would you
14 consider any of them your colleagues?
15          MR. GEISE:  Object to the form.
16          THE WITNESS:  Yes.  I mean, I'd
17     consider them all my colleagues.
18          MR. KO:  Okay.  Great.
19          THE WITNESS:  In a professional
20     context.
21     Q.    (BY MR. KO)  Do you respect all
22 four of them?
23          MR. GEISE:  Objection, vague.
24          THE WITNESS:  I think they're

```
 1              all very smart academic researchers.
 2                      I certainly have read many of
 3              the papers that they've written, and
 4              learned from them.
 5         Q.      (BY MR. KO)   And do you know
 6    Professor Meredith Rosenthal?
 7         A.      Not really.
 8         Q.      Okay.  You don't have a
 9    professional relationship with her?
10         A.      No, I would not say I know
11    Professor Rosenthal professionally, no.
12         Q.      So is it fair to say that you
13    know Professors Cutler, Gruber, McGuire, and
14    Liebman more than you know Professor
15    Rosenthal?
16         A.      Yes.  That's a correct
17    assessment.
18         Q.      Okay.  Now going back to your
19    CV on the awards and fellowships that you
20    list, are there -- I just want to make sure
21    the record is clear, are there any other
22    awards or fellowships that you can think of
23    that you have had or currently have that are
24    not listed here?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                      CERTIFICATE
 2           I, DEBRA A. DIBBLE, Registered
     Diplomate Reporter, Certified Realtime
 3   Reporter, Certified Realtime Captioner,
     Certified Court Reporter and Notary Public,
 4   do hereby certify that prior to the
     commencement of the examination, DANIEL P.
 5   KESSLER, JD,  Ph.D. was duly sworn by me to
     testify to the truth, the whole truth and
 6   nothing but the truth.
 7           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
             I DO FURTHER CERTIFY that pursuant
11   to FRCP Rule 30, signature of the witness was
     not requested by the witness or other party
12   before the conclusion of the deposition.
13           I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
14   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
15   employee of such attorney or counsel, and
     that I am not financially interested in the
16   action.
17
18
19   _____
     DEBRA A. DIBBLE, RDR, CRR, CRC
20   NCRA Registered Diplomate Reporter
     NCRA Certified Realtime Reporter
21   Certified Court Reporter
22
     Dated: 29 May 2019
23
24
```