# EXHIBIT 3

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
     IN RE: NATIONAL         )
 4   PRESCRIPTION            )  MDL No. 2804
     OPIATE LITIGATION       )
 5   _____  )  Case No.
                             )  1:17-MD-2804
 6                           )
     THIS DOCUMENT RELATES   )  Hon. Dan A.
 7   TO ALL CASES            )  Polster
 8
                   THURSDAY, JUNE 20, 2019
 9
       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10               CONFIDENTIALITY REVIEW
11                        - - -
12           Videotaped deposition of James
13   Hughes, Ph.D., held at the offices of
14   Covington & Burling, LLP, 620 Eighth Avenue,
15   New York, New York, commencing at 9:40 a.m.,
16   on the above date, before Carrie A. Campbell,
17   Registered Diplomate Reporter and Certified
18   Realtime Reporter.
19
20
21                        - - -
22
              GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
24
25
```

Golkow Litigation Services                                  Page 1

```
 1        A.    Yeah, it was fine.
 2        Q.    Do you respect him as an
 3   economist?
 4        A.    As an economist, yeah, uh-huh.
 5        Q.    Would you say he has a sterling
 6   reputation?
 7        A.    I have not kept up with his
 8   work.  I know that -- I mean, I would say
 9   that he has a -- I would certainly say that
10   he has a great reputation regarding the
11   economics of mental health.  To the extent
12   that he's branched off into other things, I
13   just haven't followed his career in that
14   regard.
15        Q.    Fair enough.
16              And I think you said you know
17   Meredith Rosenthal?
18        A.    Yes, I do.
19        Q.    How do you know her?
20        A.    She has been the plaintiff's
21   expert in at least a half a dozen cases where
22   I have worked as defense expert.
23        Q.    Okay.  Have you met her
24   personally?
25        A.    Actually, no.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                      CERTIFICATE
 2
 3            I, CARRIE A. CAMPBELL, Registered
   Diplomate Reporter, Certified Realtime
 4 Reporter and Certified Shorthand Reporter, do
   hereby certify that prior to the commencement
 5 of the examination, James Hughes, Ph.D., was
   duly sworn by me to testify to the truth, the
 6 whole truth and nothing but the truth.
 7            I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
 8 testimony as taken stenographically by and
   before me at the time, place and on the date
 9 hereinbefore set forth, to the best of my
   ability.
10
              I DO FURTHER CERTIFY that I am
11 neither a relative nor employee nor attorney
   nor counsel of any of the parties to this
12 action, and that I am neither a relative nor
   employee of such attorney or counsel, and
13 that I am not financially interested in the
   action.
14
15
16
              _____
17            CARRIE A. CAMPBELL,
              NCRA Registered Diplomate Reporter
18            Certified Realtime Reporter
              Notary Public
19            Dated:  June 21, 2019
20
21
22
23
24
25
```