# EXHIBIT 4

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3   IN RE: NATIONAL              )   MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION                   )   Case No.
                                  )   1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )   Hon. Dan A.
 6   ALL CASES                    )   Polster
                                  )
 7
 8
 9                       — — —
10              Thursday, June 6, 2019
                         — — —
11
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12              CONFIDENTIALITY REVIEW
                         — — —
13
14
15
16       Videotaped Deposition of LAURENCE C.
     BAKER, Ph.D., held at JONES DAY, 1755
17   Embarcadero Road, Palo Alto, California,
     commencing at 9:18 a.m., on the above date,
18   before Debra A. Dibble, Registered Diplomate
     Reporter, Certified Realtime Reporter,
19   Certified Realtime Captioner, and Notary
     Public.
20
21
                         — — —
22
                GOLKOW LITIGATION SERVICES
23         877.370.3377 ph | fax 917.591.5672
                   deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

1  setting, where it's similar to what we've got
2  here, where there's an expert report that
3  you've commented on.  That hasn't occurred
4  previously; correct?
5       A.    That's correct.
6       Q.    Have you ever participated in
7  the peer review of any paper that Professor
8  Cutler was an author on?
9       A.    I peer review a lot of papers.
10 And it is quite possible, but I couldn't
11 recall a specific instance in this -- as I
12 sit here right now.
13      Q.    And obviously you express in
14 your report here various commentary and
15 criticisms on Professor Cutler's report.
16            As a general matter, do you
17 have an opinion on Professor Cutler's
18 academic rigor?
19            MR. BREWER:  Objection to form.
20            THE WITNESS:  I have seen
21       Professor Cutler do some nice work
22       over the years, and I have a generally
23       positive view of research that he
24       does.  I'd be careful to say that I

```
 1          Q.    And again, apart from this
 2    case, have there been any indications on
 3    which you can recall expressing any material
 4    criticism of any work done by Professor
 5    Gruber?
 6          A.    Not in any formal sense, no.
 7          Q.    And do you have a general
 8    opinion of the quality of the work of
 9    Professor Gruber that you've seen apart from
10    work in this litigation?
11          A.    Oh, I would give a similar
12    answer to the one I gave before.  I've
13    observed Professor Gruber do some good work
14    over time, and I -- my general impression is
15    positive of the work that he does.  But
16    again, I would never extend that as a blanket
17    statement to anything that -- or everything
18    that he's ever done.
19          Q.    How about Professor Rosenthal?
20    Are you -- do you have -- are you familiar
21    with her apart from this litigation?
22          A.    Yes.
23          Q.    And in what context?
24          A.    In a similar context.  We cross
```

Highly Confidential - Subject to Further Confidentiality Review

1              But in the litigation setting,
2     apart from this case, have you had occasion
3     to comment on any expert report or testimony
4     provided by Professor McGuire?
5          A.    No.
6          Q.    And in any setting can you
7     recall, apart from this case, expressing any
8     material disagreement with any work done by
9     Professor McGuire?
10         A.    No.
11         Q.    And do you have an overall
12    general view as to the academic quality of
13    the work done by Professor McGuire?
14         A.    It would be the same kind of
15    answer that I've given in the previous
16    questions.
17         Q.    Apart from the expert reports
18    that are listed on Appendix C, are you aware
19    of the identity of any other plaintiff
20    experts who have submitted reports in this
21    litigation?
22         A.    No, I don't believe I am.
23         Q.    And have you reviewed any
24    reports submitted by any other expert

```
 1                    CERTIFICATE
 2            I, DEBRA A. DIBBLE, Registered
     Diplomate Reporter, Certified Realtime
 3   Reporter, Certified Realtime Captioner,
     Certified Court Reporter and Notary Public,
 4   do hereby certify that prior to the
     commencement of the examination, LAURENCE C.
 5   BAKER, Ph.D. was duly sworn by me to testify
     to the truth, the whole truth and nothing but
 6   the truth.
 7            I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
              I DO FURTHER CERTIFY that pursuant
11   to FRCP Rule 30, signature of the witness was
     not requested by the witness or other party
12   before the conclusion of the deposition.
13            I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
14   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
15   employee of such attorney or counsel, and
     that I am not financially interested in the
16   action.
17
18
19   _____
     DEBRA A. DIBBLE, RDR, CRR, CRC
20   NCRA Registered Diplomate Reporter
     NCRA Certified Realtime Reporter
21   Certified Court Reporter
22
     Dated: 6-6-19
23
24
```