# PD13 Exhibit 2

| 2019.04.23 Dr. David Kessler Supplemental Reliance List |
|---|
| MNK-T1_0000858746 |
| MNK-T1_0000856648 |
| U.S. Government Accountability Office, Drug Safety: Improvement Needed in FDA's Postmarket Decision Making and Oversight Process, GAO-06-402 (Washington, DC, March 2006) |
| U.S. Government Accountability Office, Prescription Drugs: Improvements Needed in FDA's Oversight of Direct-to-consumer Advertising, GAO-07-54 (Washington, DC, November 2006) |
| U.S. Government Accountability Office, Drug Safety: FDA Expedites Many Applications, But Data For Postapproval Oversight Need Improvement, GAO-16-192 (Washington, DC, December 2015) |
| JAN-MS-00477580 |
| MNK-T1_0000630615 |
| MNK-T1_0002333286 |
| ACTAVIS0212645 |
| ENDO-OPIOID_MDL-01935133 |
| ENDO-CHI_LIT -00099390 |
| JAN-MS-02908571 |
| PDD8801281497 |
| JAN-MS-02533811 |
| TEVA_MDL_A_02465053 |
| E513_00006041 |
| JAN-MS-00725219 |
| PKY181089328 |
| PPLPC018000575854 |
| PPLPC045000007123 |
| MNK-T1_0001180386 |
| JAN-MS-00786237 |
| JAN-MS-00312369 |
| JAN-MS-00312347 |
| JAN-MS-00312366 |
| JAN-MS-02327198 |
| PPLPC030000179742 |
| JAN-MS-00591539 |
| CUYAH_001830904 |
| MNK-T1_0007081416 |
| PDD9316706531 |
| PDD9316316938 |

| Documents referenced in report with incorrect or missing citation |
|---|
| JAN-MS-00291340 |
| MNK-T1_0000255243 |
| MNK-T1_0001786865 |


EXHIBIT Kessler-2 LVF 04-25-19

| |
|---|
| MNK-T1_0007169529 |
| PKY181723566 |
| ENDO-OPIOID_MDL-04908522 |
| ENDO_DATA-OPIOID_MDL-00000001 -ENDO_DATA-OPIOID_MDL-00000019 |
| ENDO-OPIOID_MDL-03388210 |
| ENDO-OPIOID_MDL-02314929 |
| EPI002468876 |
| EPI001313856 |
| PPLPC013000128341 |
| ENDO-OPIOID_MDL-00654219 |
| MDL_FSMB_000000050 |
| MNK-T1_0000102169 |
| MNK-T1_0000127926 |
| PPLPC018000395220 |

| MDL Depositions |
|---|
| Brian Lortie Deposition and Exhibits (3/27/19) |
| Kathe Sackler Deposition and Exhibits (4/1/19) |
| Mark Geraci Deposition and Exhibits (4/4/19) |
| Donald Kyle Deposition and Exhibits (3/14/2019) |
| Alan Must Deposition and Exhibits (3/14/2019) |
| Hugh M. O'Neill Deposition and Exhibits (3/13/2019) |
| Scott D. Tomsky Deposition and Exhibits (3/15/2019) |