# EXHIBIT 25

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3
        IN RE: NATIONAL        )
 4      PRESCRIPTION           )   MDL No. 2804
        OPIATE LITIGATION      )
 5      _____)   Case No.
                               )   1:17-MD-2804
 6                             )
        THIS DOCUMENT RELATES  )   Hon. Dan A.
 7      TO ALL CASES           )   Polster
 8
                    WEDNESDAY, APRIL 24, 2019
 9
          HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                  CONFIDENTIALITY REVIEW
11                         - - -
12            Videotaped deposition of Anna
13     Lembke, M.D., held at the offices of Lieff
14     Cabraser Heimann & Bernstein, LLP, 275
15     Battery Street, 29th floor, San Francisco,
16     California, commencing at 8:07 a.m., on the
17     above date, before Carrie A. Campbell,
18     Registered Diplomate Reporter and Certified
19     Realtime Reporter.
20
21
22                         - - -
23
                  GOLKOW LITIGATION SERVICES
24         877.370.3377 ph | 917.591.5672 fax
                      deps@golkow.com
25
```

```
 1    would hold yourself out as a psychiatrist as
 2    opposed to a pain management physician or an
 3    anesthesiologist?
 4              MR. ARBITBLIT:  Object to form.
 5              THE WITNESS:  I would disagree
 6         with that statement because I do hold
 7         myself out as having expertise in the
 8         field of pain management, but not
 9         anesthesiology, per se.
10    QUESTIONS BY MR. TSAI:
11         Q.    How many hours have you spent
12    treating patients in palliative care, for
13    example, for their individual pain needs?
14         A.    I have not worked in a
15    palliative care setting.
16         Q.    How many patients have you
17    diagnosed with chronic pain as another
18    example?
19         A.    I have diagnosed many patients
20    with chronic pain over the years.  I've been
21    in practice for more than 20 years, seen
22    approximately 40,000 patients over my career.
23    I couldn't tell the exact number that I've
24    diagnosed with chronic pain, but if I had to
25    put a ballpark estimate, I would say
```

```
 1    something on the order of 50 percent of my
 2    patients have some kind of chronic pain
 3    diagnosis.
 4            Q.    What is the total number of
 5    patients you've treated for their individual
 6    pain needs as opposed to addiction associated
 7    with surgeries or cancer?
 8                  MR. ARBITBLIT:  Object to form.
 9                  THE WITNESS:  It's difficulty
10            for me to put an exact number on that.
11            The majority of patients that I treat
12            for their pain needs also have some
13            sort of co-occurring mental health
14            disorder, but pain is a priority in
15            the overall treatment plan of those
16            patients.
17    QUESTIONS BY MR. TSAI:
18            Q.    So just to be clear, in your
19    practice, you engage in primary diagnoses of
20    patients who are complaining of pain and
21    deciding how to treat their pain needs?
22                  MR. ARBITBLIT:  Objection.
23                  THE WITNESS:  Yes.
24    QUESTIONS BY MR. TSAI:
25            Q.    What is the total number of
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                       CERTIFICATE
 2
 3              I, CARRIE A. CAMPBELL, Registered
      Diplomate Reporter, Certified Realtime
 4    Reporter and Certified Shorthand Reporter, do
      hereby certify that prior to the commencement
 5    of the examination, Anna Lembke, M.D., was
      duly sworn by me to testify to the truth, the
 6    whole truth and nothing but the truth.
 7              I DO FURTHER CERTIFY that the
      foregoing is a verbatim transcript of the
 8    testimony as taken stenographically by and
      before me at the time, place and on the date
 9    hereinbefore set forth, to the best of my
      ability.
10
                I DO FURTHER CERTIFY that I am
11    neither a relative nor employee nor attorney
      nor counsel of any of the parties to this
12    action, and that I am neither a relative nor
      employee of such attorney or counsel, and
13    that I am not financially interested in the
      action.
14
15
16
                 _____
17               CARRIE A. CAMPBELL,
                 NCRA Registered Diplomate Reporter
18               Certified Realtime Reporter
                 Notary Public
19               Dated:  April 29, 2019
20
21
22
23
24
25
```