# EXHIBIT 31

# Modelling Local Heroin Markets



# Lee Hoffer, Ph.D., MPE

**Dept. of Anthropology**
**Case Western Reserve University**



*NIH, NIDA: DA09232, DA06016, & DA019476*
*NSF, SBE, Cultural Anthropology: 0951501*

# For My Talk...

1. Present & discuss the data we are collecting from heroin users about local heroin market transactions

2. Describe how we plan to use the data to simulate demand for heroin (create a real-time forecasting model)

# My Research…

I began doing research with heroin users in 1994 (Denver, CO.)

- ✓ Ethnographic & survey-based studies with drug users*
- ✓ Ethnography of heroin dealing (<u>Junkie Business</u>, 2006)
- ✓ Computational models of drug markets (2005-Present)
- ✓ Came to CWRU in 2008
    - o My research focuses on illegal drug markets

\* I have researched: crack cocaine, methamphetamine, Rx drug users, "club drug," inhalant, & "study drug" users

COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Ethnographic Research

## *Overview*

1. The hallmark of cultural anthropology
2. Open ended interviewing & participant-observation techniques (i.e., fieldwork)
3. Requires developing rapport with participants
4. Collecting & verifying – accounts, beliefs, and observed behaviors *over time*
   - Analytically iterative



# Ethnographic Research

## Ethnography as a "way of thinking"

- The research must be respectful, empathetic & neutral (i.e., suspend moral judgments)

- The role of "professional stranger" (part scientist, part friend)

- "One-down" positioning, participant is expert

# Ethnographic Research

Challenges of doing fieldwork with **active drug users**…

1.  Can present complicated IRB issues: consent, subject fees, confidentiality, data protection, etc.

2.  Requires training in participant relations / interactions (i.e., how to treat participants; "One-down" positioning)

3.  Subject recruitment, retention, & management issues may take extra time (i.e., understanding addiction)

4.  **Must suspend moral judgments** (not for everyone)



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Ethnographic Research

Combining  ethnographic & survey research…

**Ethnographic research**
(In-depth, detailed, micro-
level perspective from users)



**Survey research**
(larger sample, macro-level
perspectives & patterns)



COLLEGE OF
ARTS AND SCIENCES

CASE WESTERN RESERVE
U N I V E R S I T Y

# The Research Studies

## NSF Study (2008-2012)

– Heroin purchasing & sales
– Heroin users, Cleveland area
– BCS-0724320

- Participants (N=37)
  – Ethnographic methods <u>only</u>
  – 2-6 interviews per participant (N=127)
  – Heroin use history, current use, health behaviors, treatment, heroin market dynamics
  – *N ≈ 90 observations*
  – Fieldnotes (N=113)

## NIH Study (2009-<span style="color:red">2016</span>)

– Modeling drug market
– Methamphetamine users, Akron area &
– Heroin users, Cleveland area
– DA025163

- Participants (N=190)
  – Ethnographic & survey methods
  – Ethnographic sample (N=50)
  – Survey (N=140) <span style="color:red">(N=97)</span>
  – Survey Data: Heroin use, access, sales, brokering behaviors



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# NIH Sample

- Recruited from Free Clinic's syringe exchange program (W. Side), 9-Noon
- Alternate month interviewing
- Survey 30-45 min., $10
- One-shot interviews, no follow-up

Demographics: (N=97)

**68% Male**
32% Female

**76% White**
22% Hispanic / Latino
1%  African American
1%  Native American

**77% House or apartment**
 7% Homeless

*Sources of Income:*
**57% Informal work ($1137)***
30% Other illegal activity ($1607)
29% Legally employed ($1713)
24% Drug sales ($821)
13% Disability ($836)

35% < High school
**40% High school**
22% > High school



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# NIH Sample

- Recruited from Free Clinic's syringe exchange program (W. Side), 9-Noon
- Alternate month interviewing
- Survey 30-45 min., $10
- One-shot interviews, no follow-up

Demographics: (N=97)



Drugs used in last 30 days

# NIH Sample

- Recruited from Free Clinic's syringe exchange program (W. Side), 9-Noon
- Alternate month interviewing
- Survey 30-45 min., $10
- One-shot interviews, no follow-up

Demographics: (N=97)



# NIH Sample: zip code of residence



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Heroin (what you need to know)

- **Heroin is not new**… synthesized from morphine in 1874 (10X more powerful than morphine)

- <u>Extremely addicting</u>: people become dependent in 1-2 wks. of consistent use

- People who are addicted experience: 1) <u>tolerance</u> to the drug & 2) <u>withdrawal</u> if they stop using
  - Withdrawal ("sickness") starts 24 hours after stopping use, lasts for 2-wks, is a debilitating condition

# Heroin (what you need to know)

- When on the drug, many people who are dependent are completely functional (like taking medicine)

- When heroin addicts use heroin often they are <u>not getting "high,"</u> they are simply "staying well"

  - ✓ People addicted to heroin are always "on the clock" for their next use (E.g., drug habit)

  - ✓ Heroin and ways to acquire it quickly becomes **the center** of an addicts life, i.e., the first thing they think about

  - ✓ Heroin addiction becomes a lifestyle (E.g., "The Life")



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Heroin – economics

✓ The global trade in illegal drugs **US$ 45 billion – 400 billion**
  o 20-25 billion – coffee / tea
  o 100 billion – textiles

✓ Drug spending in the US…



Average Monthly Expenditures: cocaine vs. heroin (2000-2010)

<u>Source</u>: Office of National Drug Control Policy (2014), What America's Users Spend on Illegal Drugs (2000 2010).



COLLEGE OF
ARTS AND SCIENCES

CASE WESTERN RESERVE
UNIVERSITY

# Heroin – economics

✓ Heroin price is inelastic (increased price does not reduce demand)

✓ Heroin is expensive (1 gram = $120 for gram)
  o 1 gram of gold = $40

✓ Daily heroin users spend 60-72% of their monthly income on heroin consumption[1-3]
  o Cash is the number one commodity exchanged for heroin[3]

✓ Heroin users often report spending less than they report using[4]

[1] Roddy, J., Stenmer, C.L., Greenwad, M.K.: Heron Purchasng s Income and Prce Senstve. Psycho Addct Behav. 25(2), 358 364 (2011)
[2] Roddy, J., Greenwad M.K.: An Economc Anayss of Income and Expendtures by Heron Usng Research Vounteers. Substance Use and Msuse. 44, 1503 1518 (2009)
[3] Neede, H.R., Ms, A.R.: Drug Procurement Practces of the Out of Treatment Chronc Drug Abuser, Natona Insttute on Drug Abuse, NIH Pubcaton No. 94 3820 (1994)
[4] Johnson, B.D., Godsten, P.J., Prebe, E. et a.: Takng Care of Busness: The Economcs of Crme by Heron Abusers, Lexngton Books, Lexngton, MA (1985)



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Why Model Heroin Markets?






(Onion, 1/10/1998)



# Unintentional Drug Overdose Deaths of Ohio Residents by Heroin, by Year, 2000-2014[1,2]

[1]Source: ODH Office of Vital Statistics
[2]Multiple substances are usually involved in one death

18

# Heroin Markets & Heroin Trends…

COLLEGE OF
ARTS AND SCIENCES

CASE WESTERN RESERVE
UNIVERSITY

# What is different about the current trend in heroin use?

- <u>The problem</u>: large populations of people are *addicted* & require access to opiates

- Rx opiate meds. trends have exponentially increased the potential **demand** for heroin



Figure 6. Unintentional Drug Overdose Death Rates and Distribution Rates of Prescription Opioids in Grams per 100,000 Population by Year, Ohio, 1998-2011[1-3]

Ohio Dept. of Health 2014



# What is different about the current trend in heroin use?

- <u>The problem</u>: large populations of people are *addicted* & require access to opiates

- Rx opiate meds. trends have exponentially increased the potential **demand** for heroin

- <u>The outcome</u>: Many people who used Rx opiates (for pain or recreation) switched to heroin…***why?***

COLLEGE OF
ARTS AND SCIENCES

CASE WESTERN RESERVE
UNIVERSITY

# What is different about the current trend in heroin use?

1. **Rx opiate users believe heroin & Rx opiate meds. are <u>the same thing</u>…**

   - The attitude: "If I use Oxys., I can use heroin, what's the difference?"

   - Both are opiates & both are <u>effective</u> at killing pain, heroin better at this

COLLEGE OF
ARTS AND SCIENCES

CASE WESTERN RESERVE
UNIVERSITY

# What is different about the current trend in heroin use?

2.  **Making Rx opiates = heroin has made heroin more "socially acceptable"**

- The "risks" associated with heroin diminish (e.g., "Oxys. are dangerous, I can use that: heroin is dangerous, I can use that")

- People traditionally afraid of heroin (namely, the white middle-class) are no longer afraid

- Traditional barriers (stigma, fear, danger, injecting) are no longer obstructions to use

- *Heroin is now a "party drug" (mainstream)*



COLLEGE OF
ARTS AND SCIENCES

CASE WESTERN RESERVE
UNIVERSITY

# What is different about the current trend in heroin use?

2. **Making Rx opiates = heroin has made heroin more "socially acceptable"**

- Ohio Attorney General Mike DeWine:

*"Heroin has lost its stigma as a poisonous, back-alley drug. There's no psychological barrier anymore that stops a young person or an older person from taking heroin. There's no typical [heroin user]. It has permeated every segment of society in Ohio."*

*\* CBS News – Heroin in the Heartland 12/31/15*


COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# What is different about the current trend in heroin use?

3.  **(not different) Heroin is much easier to acquire than & Rx opiates…**

- Heroin is <u>cheaper?</u> ($10 bag vs. $25 pill *street*)

- Heroin is **<u>easier to acquire</u>**

  1. Heroin does not require a prescription, visiting a doctor, or access to a doctor

  2. Heroin has never been scarce

  3. **The market is easy to access**

# What is different about the current trend in heroin use?

**But heroin is <u>not</u> equal to Rx opiates:**

- Heroin potency is variable (Heroin can be much more potent than all but the most powerful Rx opiates)

- Heroin is not a medicine it is an illegal drug

- Heroin sales are unregulated

    E.g., Dealers competing for market share are mixing heroin & Fentanyl (users always searching for the "killer dope")



COLLEGE OF
ARTS AND SCIENCES

CASE WESTERN RESERVE
UNIVERSITY

# Heroin vs. Rx Opiates





N=97

# Heroin vs. Rx Opiates



N=97

# Heroin vs. Rx Opiates





*This is very important*

N=97





# What is different about the current trend in heroin use?

3.  **(not different) Heroin is much easier to acquire than & Rx opiates…**

   • Heroin is <u>cheaper</u> ($10 bag vs. $25 pill *street*)

   • Heroin is **easier to acquire**

      1.  Heroin does not require a prescription, visiting a doctor, or access to a doctor

      2.  Heroin has never been scarce

      **3.  The market is easy to access**



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# How do people connect to the heroin market?

- Historically, we assume access to illegal drugs occurs via "open-air" drug markets (located in bad neighborhoods)

  - But these spaces: 1) no longer exist in most cities, 2) never existed in many towns / rural / suburban areas, & 3) are only the most obvious venue (obvious to the police too)

  - Users almost NEVER initially connect to the heroin market in these spaces… **why? Because they don't have to!**



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# How do people connect to the heroin market?



N=97



# How do people connect to the heroin market?

Dealer



**How do customers connect with dealers?**

Customer 1





# **Transactions in heroin markets**

Dealer  Customer 1

✓ The conventional understanding

✓ Only accounts for approx. 1/3 of all sales[1-2]
  o Dealers desire to remain hidden

[1] Needle, H.R., Mills, A.R.: Drug Procurement Practices of the Out-of-Treatment Chronic Drug Abuser, National Institute on Drug Abuse, NIH Publication No. 94-3820 (1994)
[2] Johnson, B.D., Goldstein, P.J., Preble, E. et al.: Taking Care of Business: The Economics of Crime by Heroin Abusers, Lexington Books, Lexington, MA (1985)



# How do people connect to the heroin market?

- Users (initially) acquire heroin through the people they know, & **not heroin dealers**

  ✓ These intermediated (brokered) transactions are very important to heroin users…





# Transactions in heroin markets



N=97

# Transactions in heroin markets



N=97

# Transactions in heroin markets



N=97

# Transactions in heroin markets

- 77% of sample buys drugs (heroin) every day



In the last 30 days, have you gotten drugs from...

(Bar chart showing percentages for: Your spouse / partner?, A family member?, A friend?, A stranger?, An associate?, A dealer. Only "A dealer" has a visible bar reaching approximately 95%.)

N=97



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Transactions in heroin markets

- 77% of sample buys drugs (heroin) every day



In the last 30 days, have you gotten drugs from...

N=97



## National Survey in Drug Use and Health (NSDUH 2011):
### Sources Where Pain Relievers Where Obtained? (N=70,109)



# Transactions in heroin markets



In the last 30-days, how many different people did you by from?

- 1
- 2 to 4
- 5 or more

18%
25%
57%

N=97

COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Transactions in heroin markets



N=97



# Transactions in heroin markets



✓ Brokered sales are common (a.k.a. "copping drugs for others")
  - ○ Recognized in the literature since the 1960's
  - ○ 100% of our sample participated in this type of exchange
  - ○ **Why is this a popular form of exchange?**

COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Transactions in heroin markets



The broker can profit…

1. Brokered sales require "shared" drug use **(80% use together)**
2. The broker can also "pinch" (i.e., take) drug out of the package purchased
3. The broker can "inflate" the price to the buyer – occurs if "customer 1" is believed to have enough money OR is unfamiliar w/ market



# Transactions in heroin markets





# Transactions in heroin markets





How frequently do you **take some of the drug** before returning it to the buyer? (i.e., Pinching)

- Never
- Rarely
- Sometimes
- Often or Almost always

N=97

# **Transactions in heroin markets**



*Customer 1:* P = $A + Tax 1 + Tax 2 + Tax 3

*Customer 2:* P = $0 (+ Tax 1 + Tax 2 + Tax 3)

**Brokering redistributes wealth** –
<u>from</u> customers w/o dealers who have $
<u>to</u> customers w/ dealers who have no $



# Transactions in heroin markets

**The Reduction of Necessary Contacts through Intermediation: The Baligh-Richartz Effect**





See: Baligh, H. H. and Richartz, L. E. *Vertical Market Structures.*
Boston: Allyn & Bacon, 1967, pp. 19 ff., 93 ff., 113.
Wigand, R. T. Electronic Commerce: Definition, Theory and Context.
*The Information Society,* 1997, 13, pp. 1-16.

*Rolf Wigand, University of Arkansas at Little Rock*

✓ E.g., Store-based vs. Internet shopping



# Why is brokering important to heroin markets?

1. **Through these types of relationships, heroin users connect & come to rely on other heroin users**

   - Re-configuring of social relationships (E.g., Who is important to heroin users? Other heroin users)

   - "New" users are indoctrinated into a new social identity

   - Social connections = connections to the market

COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Why is brokering important to heroin markets?

2. **The heroin market is now a "social network" & NOT a person, location, place, or geography**

- Individual dealers become less important

- The market is now transportable, adaptable, & can exist anywhere

- The market becomes impossible to effectively disrupt



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Why is brokering important to heroin markets?

3. **Demand signaling within heroin market can be modeled via brokering**

- New users must "connect" to the market before they can buy heroin

- Connections are a direct measure of demand & not a proxy

- *The frequency of brokering is a potential early indicator of market movement (data)*



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# The "Trend" Model – Feedback Framework



# The "Trend" Model – Feedback Framework

## The logic

- If market-entry (i.e., signaling demand) requires brokering *then* increases in brokering = increases in demand

## The caveat

- Brokering can signal other types of non-demand oriented market activity (E.g., law enforcement pressure, market supply or other organizational / structural changes)

## The solution (to predict demand…)

- Simulating the market (w/ brokering) & increase demand, we can then learn the level of brokering required for demand conditions


COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
U N I V E R S I T Y

# **Conclusion**

✓ Brokering provides an opportunity to model demand for heroin (potentially other drugs too)

✓ We are currently constructing a simulation that incorporates the dynamics presented & data collected from users

COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY

# Acknowledgments

**Allison Schlosser**          CWRU Research Team, graduate student
**Kelley Kampman**          CWRU Research Team, graduate student

| National Institute on Drug Abuse: | DA06016, DA019476 |
| National Science Foundation: | BCS-0951501 |

Website: case.edu/artsci/anth/Hoffer.html

# THANK YOU



COLLEGE OF
ARTS AND SCIENCES
CASE WESTERN RESERVE
UNIVERSITY