# GZJ KDKV 54

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                    -  -  -
 5   IN RE:  NATIONAL       :  HON. DAN A.
     PRESCRIPTION OPIATE    :  POLSTER
 6   LITIGATION             :
                            :
 7   This document relates to: :  NO.
                            :  1:17-MD-2804
 8   County of Cuyahoga, et    :
     al. v. Purdue Pharma L.P.,:
 9   et al., Case No. 17-OP-   :
     45004 (N.D. Ohio)        :
10                           :
     County of Summit, Ohio et :
11   al. v. Purdue Pharma L.P.,:
     et al., Case No. 18-OP-   :
12   45090 (N.D. Ohio)        :
                    -  -  -
13
             - HIGHLY CONFIDENTIAL -
14   SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
15               April 25, 2019
16               Videotaped deposition of
     JONATHAN GRUBER, Ph.D., taken pursuant to
17   notice, was held at the law offices of
     Robins Kaplan, 800 Boylston Street,
18   Boston, Massachusetts, beginning at 10:06
     a.m., on the above date, before Michelle
19   L. Gray, a Registered Professional
     Reporter, Certified Shorthand Reporter,
20   Certified Realtime Reporter, and Notary
     Public.
21
                    -  -  -
22
          GOLKOW LITIGATION SERVICES
23   877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com
24
```

1     correct.

2   BY MR. GEISE:

3         Q.     Continuing in Paragraph 72,

4   you write, "The relationship between the

5   rapid rise in prescription opioid

6   shipments and the increase in

7   opioid-related mortality since the mid

8   1990s is readily apparent when comparing

9   differences across geographic areas and

10  opioid shipments received between 1997 to

11  2010 and the growth of opioid dependence

12  and mortality."

13              Do you see that?

14        A.     Yes, I do.

15        Q.     And then you continue by

16  saying your discussion here identifies

17  and illustrates these major trends,

18  right?

19        A.     That's what it says, yes.

20        Q.     Now, according to the layout

21  in your textbook that we looked at

22  earlier, a correlation between increasing

23  opioid shipments and increasing opioid

24  mortality could have three possible

1    explanations, correct?

2                   MR. KO:  Object to the form.

3                   THE WITNESS:  In general, in

4          theory there are three possible

5          relationships.

6                   In this, A could cause B, B

7          could cause A, or there could be a

8          third variable causing both.  It's

9          hard in this context to think

10         about how mortality would be

11         causing increased shipments.  So

12         I'm not sure all three conditions

13         apply in this context.

14   BY MR. GEISE:

15         Q.    So the -- A causing B here

16   would be increases in opioid shipments

17   caused the increase in opioid mortality,

18   correct?

19         A.    That's correct.

20         Q.    B here would be an increase

21   in opioid mortality caused an increase in

22   opioid shipments?

23         A.    That would be with the

24   parallel.

Highly Confidential - Subject to Further Confidentiality Review

1       Q.     And then the third option is

2    that some other variable caused both the

3    increase in opioid shipments and the

4    increase in opioid mortality, correct?

5       A.     Correct.

6       Q.     Now, in your report, you

7    spend most of your time discussing that

8    first variable, that opioid shipments

9    cause the increase in opioid mortality,

10   correct?

11              MR. KO:  Object to the form.

12              THE WITNESS:  Your question,

13         I -- it's not a first variable.  I

14         spend most of the time discussing

15         that first explanation.

16   BY MR. GEISE:

17      Q.     Okay.  Did you perform any

18   analysis with regard to the second two

19   options?

20              MR. KO:  Object to the form.

21              THE WITNESS:  I did not

22         perform analysis with regards to

23         higher mortality causing higher

24         prescriptions.  That's

1    implausible.

2         I did perform a number of

3    analyses and considerations

4    regarding to the third possibility

5    that there's an omitted factor

6    causing both.

7    BY MR. GEISE:

8         Q.    And those factors or

9    variables that you considered are the

10   ones you identified with the

11   demographics, the economic activity, and

12   non-opioid mortality?

13        A.    The -- those are the three

14   things I considered.  They are -- they

15   can represent, not only those three

16   things but they can represent testing

17   larger hypotheses as well.  But those are

18   the three factors I considered.

19        Q.    Let me direct your attention

20   to Paragraph 74 of your report.

21             In the first sentence you

22   write, "The extreme variation in per

23   capita shipments across areas suggest

24   that prescription activity which drives

Highly Confidential - Subject to Further Confidentiality Review

1  BY MR. GEISE:

2       Q.    Understand.  In Paragraph 74

3  of your report though, you state that the

4  variation in per capita shipments

5  suggests that prescription activity,

6  which drives shipments to an area, bears

7  little relationship to medical need.

8           Do you see that?

9       A.    That's correct.

10      Q.    And my question is, you did

11 not perform any analysis of that

12 prescription activity, correct?

13      A.    That's correct.

14      Q.    Similarly, you didn't

15 perform any analysis of medical need in

16 any particular area; is that correct?

17           MR. KO:  Object to the form.

18           THE WITNESS:  No, that's not

19      correct.

20 BY MR. GEISE:

21      Q.    It's not?  What did you do

22 to perform an analysis of medical need?

23      A.    As we described in the

24 paper, we said that medical need is

1  primarily proxy by demographic factors.

2  And so for example, as I said here, for

3  example, a county with an older

4  population would be expected to have

5  greater demand for prescription pain

6  medications.  Therefore, we -- I assessed

7  whether variation in demographic factors,

8  which we correlate with medical need, is

9  responsible for this wide variation we

10  see.

11         Q.    Is it your opinion that

12  there is no correlation between medical

13  need and prescription activity?

14              MR. KO:  Object to the form.

15              THE WITNESS:  No.  That's

16       not my opinion.

17  BY MR. GEISE:

18         Q.    So you agree there is a

19  correlation between medical need and

20  prescription activity?

21              MR. KO:  Same objection.

22              THE WITNESS:  I have not

23       conducted a study of the

24       relationship between -- between

 1          medical need and prescription

 2          activity.

 3     BY MR. GEISE:

 4          Q.    So in paragraph 74 of your

 5     report, you say that you have -- you say

 6     the prescription activity bears little

 7     relationship to medical need.  But you

 8     haven't conducted a study of the

 9     relationship between medical need and

10     prescription activity; is that correct?

11                    MR. KO:  Object to the form.

12                    THE WITNESS:  As I've said,

13          we use, as a proxy for medical

14          need, demographic characteristics,

15          and ask how much of this extreme

16          variation in shipments that we see

17          can be explained by this proxy for

18          medical need.  And the answer is

19          very, very little.

20     BY MR. GEISE:

21          Q.    So have you conducted a

22     study of the relationship between medical

23     need and prescription activity?

24                    MR. KO:  Objection.  Asked

1          and answered.

2                    THE WITNESS:  Once again, we

3          have done -- medical need is a

4          term of -- it's not -- that's not

5          a strictly scientific definition

6          of medical need.

7                    We've done -- as I said, we

8          have a proxy, which we think

9          should be closely associated with

10         medical need.  And if it is true

11         that medical need drove this

12         extreme variation across counties,

13         then it would be true that when we

14         included this proxy, you would

15         typically expect that to explain a

16         significant part of the variation

17         across counties where in fact it

18         explains almost none.

19    BY MR. GEISE:

20         Q.    Do you agree that medical

21    need in individual cases is determined by

22    physicians and prescribers with input

23    from their patients?

24                    MR. KO:  Object to the form.

1    BY MR. GEISE:

2          Q.    But what you're comparing is

3    only the highest and lowest shipment

4    areas, correct?

5          A.    And as -- as I'm -- as I'm

6    doing, as I explained, the reason I'm

7    doing that is to try to create a format

8    which can illustrate clearly the causal

9    relationship between shipments and harms.

10   And that we think is the best way to do

11   it.

12         Q.    What results would you find

13   if you compared the second and third

14   quartiles as opposed to the highest and

15   lowest shipment areas with regard to

16   addressing the measurement error?

17         A.    I don't know for sure.  But

18   the -- once again, as I described with

19   measurement error, if there's some

20   measurement error, then obviously the

21   more you really distinguish clear groups,

22   like the top and the bottom, the -- the

23   stronger your conclusions can be.

24         Q.    A moment ago in one of your

Highly Confidential - Subject to Further Confidentiality Review

1  answers, you said that there is -- there

2  is higher consumption in areas with

3  higher shipments.  Did I hear that

4  correctly?

5      A.    Yes, yes.

6      Q.    Is that a causal

7  relationship?

8          MR. KO:  Object to the form.

9          THE WITNESS:  I mean they

10         are basically shipments -- yes,

11         it's a causal relationship, yeah,

12         that's right.

13 BY MR. GEISE:

14     Q.    You said that you used

15 shipments as a proxy for consumption.

16 But by that answer you're telling me that

17 consumption is caused by the shipments.

18     A.    That's a good point.

19         MR. KO:  Is there a

20         question?

21         MR. GEISE:  Yes.

22         THE WITNESS:  I guess in

23         this -- the way -- the reason I'm

24         using shipments is as a proxy for

Highly Confidential - Subject to Further Confidentiality Review

1   because of these various factors,

2   crackdown on the prescription opioid

3   market, which cause people to shift to

4   illicit opioids.  So naturally you're

5   going to see shipments declining while

6   the harms of illicit opioids go up.

7          Q.    So in the period of time

8   before 2010, the correlation you find is

9   an increase in shipments and an increase

10  in opioid mortality, correct?

11              MR. KO:  Object to the form.

12              THE WITNESS:  Once again, as

13         I already in the report, we

14         established a causal relationship

15         here, not just a correlation.  And

16         we're doing that is by -- is by

17         splitting these two types of

18         counties, which were once again

19         similar in the mortality rates

20         before 2000 and yet diverged.

21              So I believe we're showing

22         that there was a causal

23         relationship that before 2010, the

24         rise -- the places that saw the

Highly Confidential - Subject to Further Confidentiality Review

1           big growths in shipments, were

2           also the places that saw the big

3           increase in prescription

4           overdose -- prescription opioid

5           overdose mortality.

6      BY MR. GEISE:

7           Q.    Then after 2010 when the

8      prescription opioid shipments decrease,

9      there continues to be an increase in

10     opioid mortality in those counties?

11          A.    In -- in those counties as I

12     illustrate later in the -- in the later

13     figures, there continues to be an

14     increase because those counties had

15     people who were already addicted to

16     opioids and they moved onto illicit

17     opioids.

18          Q.    Well, we'll talk about the

19     moving on point later.  But from

20     statistical examination of it, when the

21     shipments go down, the mortality rate is

22     going up?

23          A.    When the shipments of

24     prescription opioids are falling, in --

1    mortality rates were equal?

2                    MR. KO:  Object to the form.

3                    THE WITNESS:  I don't

4         understand the question.

5    BY MR. GEISE:

6         Q.    Sure.  So here you have --

7    you split between the top quartile and

8    the bottom quartile in terms of

9    shipments, correct?

10        A.    Correct.

11        Q.    And even at the beginning of

12   1999, the mortality rate is higher in the

13   counties with the top 25 shipments

14   compared with the bottom 25, correct?

15        A.    Correct.

16        Q.    What I'm saying is do you

17   know -- and I think you said you don't

18   know if there was ever a time when the

19   mortality rate was the same in those two

20   quartiles, correct?

21        A.    And as I said before, I

22   don't know.  But the reason I really feel

23   that I need to know is because the

24   evidence is clear from the time period we

1  present to make the causal case that in

2  those counties with high shipments,

3  that's where the illicit deaths went up

4  the most.

5        Q.   Wouldn't it be relevant to

6  your analysis if the shipment into those

7  counties -- how that shipment into those

8  counties compared if their mortality

9  rates were equal?

10            MR. KO:  Object to the form.

11            THE WITNESS:  No, it

12        wouldn't, because the key causal

13        change this report establishes is

14        that the increase in use in harm

15        from illicit opioids arose after,

16        primarily, after the crackdown

17        through abuse deterrent

18        formulations, PDMPs, pill mills,

19        et cetera, in prescription

20        opioids.

21            So in showing the decade

22        before that and showing that these

23        two places are on parallel

24        trends -- they are different.  I

Highly Confidential - Subject to Further Confidentiality Review

1    But we did not specifically conduct an

2    empirical analysis of the effect of

3    Mexican trafficking.

4         Q.    Did you conduct any analysis

5    as to whether a reduced social stigma in

6    connection with the use of heroin was a

7    factor in the increase in heroin

8    mortality after 2010?

9              MR. KO:  Object to the form.

10        Objection.  Foundation.

11             THE WITNESS:  So let me be

12        clear on what we did.  We did, in

13        this report, several things.

14             First, we show a very

15        striking change in heroin

16        mortality at exactly the point

17        when these -- when these changes

18        were coming online.

19             We also then, as following

20        standard empirical practice, said,

21        well, let's make sure -- so we

22        did -- we did three things.

23             We looked at -- we saw the

24        striking time series change.  We

Highly Confidential - Subject to Further Confidentiality Review

1    show heroin and fentanyl mortality

2    go up most in the places that had

3    the more shipments.  And we then,

4    as is standard empirical practice,

5    tried to rule out other factors

6    that could explain that.

7         The primary hypotheses of

8    what could explain that are

9    changes in economic conditions and

10   changes in stigma or other

11   attitudes.

12        And the proxies for that is

13   to ask, well, did non-opioid

14   mortality change?  If other things

15   were changing which caused people

16   to, say, be less averse to using

17   drugs and that led to more death,

18   you'd see or more deaths from

19   non-opioids, and you don't.  Or

20   you don't see that differential

21   emerging across these counties.

22   BY MR. GEISE:

23        Q.    Well, did you conduct any

24   analysis as to how many post-2010 deaths

1    Q.    Do any of the five studies

2  address manufacturers' shipments of

3  prescription opioids?

4    A.    I don't know what you mean

5  by address.  Can you maybe be clearer of

6  what you're asking?  I don't understand.

7    Q.    Mention, discuss?

8    A.    I don't recall if they do.

9    Q.    Do any of the five studies

10  mention or discuss the distributors'

11  shipments of prescription opioids?

12    A.    I don't recall.

13    Q.    Do you agree that the

14  studies upon which you rely do not

15  examine the causal effect of any conduct

16  by the defendants?

17        MR. KO:  Object to the form.

18        THE WITNESS:  Once again,

19      the -- the -- there's two elements

20      wrapped up in that statement.

21      There's the question of causal and

22      the question of defendants.

23        As we said, these are not

24      causal studies, the standards of

Highly Confidential - Subject to Further Confidentiality Review

1    the economics literature.  They

2    are part of a suite of evidence

3    I'm developing that show

4    epidemiologically why a link makes

5    sense of the type that I'm sort of

6    showing statistically the

7    economics analysis.

8         The second question is

9    defendants.  I don't believe they

10   focus specifically on the

11   defendants, but the defendants do

12   represent the majority of opioid

13   manufacture and shipment.  And

14   they do in at least some studies,

15   like the one we just looked at,

16   talk about a drug produced

17   primarily by the defendants, if

18   not exclusively, in OxyContin.

19   BY MR. GEISE:

20        Q.    You said that the studies

21   you look at show that the link makes

22   sense.  Do you recall using that term?

23        A.    Yes.

24        Q.    Okay.  Would you agree that

Highly Confidential - Subject to Further Confidentiality Review

1   even if the studies show that the link

2   makes sense, these studies themselves do

3   not prove a causal relationship?

4          A.      These studies do not prove a

5   causal relationship to the standards that

6   we use in economics literature.

7          Q.      So looking specifically at

8   this sentence and Paragraph 89 of your

9   report, Professor Gruber, isn't it

10  incorrect to say that these studies

11  establish that prescription opioids have

12  become the predominate gateway to heroin

13  use, a pattern not observed in earlier

14  decades, and thus that the illicit opioid

15  crisis is a direct result of defendants'

16  misconduct?

17              MR. KO:  Object to the form.

18              THE WITNESS:  I don't think

19      so.

20  BY MR. GEISE:

21          Q.      Would you agree that these

22  studies, the five studies that you looked

23  at, do not discuss the defendants'

24  misconduct or alleged misconduct at all?

Highly Confidential - Subject to Further Confidentiality Review

1        manufacturer and distributors, was

2        a pathway to the use of illicit

3        opioids.

4   BY MR. GEISE:

5        Q.   But that doesn't -- those

6   studies don't talk at all about -- they

7   don't label the defendants' activities as

8   misconduct at all, correct?

9            MR. KO:  Objection.  Asked

10           and answered.

11           THE WITNESS:  I don't

12           recall.

13  BY MR. GEISE:

14       Q.   Do you agree that this

15  sentence in Paragraph 89 of your report

16  overstates what those five studies

17  establish regarding the defendants'

18  conduct?

19           MR. KO:  Object to the form.

20           THE WITNESS:  Read -- read

21           individually, it seems an

22           overstatement.  But I think if you

23           put it in the context of the

24           report, I -- as I said, I rely on

1    Professor Rosenthal's report to

2    talk about the link from

3    misconduct to the shipments of

4    opioid.  This is part of a body of

5    evidence that shows the link

6    between shipments of opioids and

7    illicit opioid use.  And,

8    therefore, you put those two

9    together, and that is the basis

10   for that sentence.

11  BY MR. GEISE:

12        Q.    Where that sentence is

13  contained within your report in Paragraph

14  89, your answer just referred to more

15  than just those five studies, correct?

16        A.    Yes, it did.

17        Q.    And you would agree that you

18  don't refer to Professor Rosenthal's

19  report in your Table 1.1 when you talk

20  about the five studies that you looked

21  at?

22        A.    That's right.

23        Q.    And the five studies that

24  you looked at only examined one possible

Highly Confidential - Subject to Further Confidentiality Review

1

2                    CERTIFICATE

3

4

5             I HEREBY CERTIFY that the

   witness was duly sworn by me and that the

6  deposition is a true record of the

   testimony given by the witness.

7

             It was requested before

8  completion of the deposition that the

   witness, JONATHAN GRUBER, Ph.D., have

9  the opportunity to read and sign the

   deposition transcript.

10

11

12  *Michelle L Gray* _____

    MICHELLE L. GRAY,

13  A Registered Professional

    Reporter, Certified Shorthand

14  Reporter, Certified Realtime

    Reporter and Notary Public

15  Dated:  April 30, 2019

16

17

18             (The foregoing certification

19  of this transcript does not apply to any

20  reproduction of the same by any means,

21  unless under the direct control and/or

22  supervision of the certifying reporter.)

23

24