# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Dan Aaron Polster |
| *All Cases* | ) ) **ORDER** |

This Court has appointed Ankura Consulting Group to assist in this Multidistrict Litigation.

Several staff specifically will be working with the Court. They are:

Ed Bell
Ankura Consulting Group, LLC
1220 19th St NW, Suite 700
Washington, D.C. 20036
202.721.0938
Ed.Bell@ankura.com

Mark King
Ankura Consulting Group, LLC
1220 19th St NW, Suite 700
Washington, D.C. 20036
202.721.0942
M.King@ankura.com

Jennifer Alpert
Ankura Consulting Group, LLC
1220 19th St NW, Suite 700
Washington, D.C. 20036
202.742.7726
Jennifer.Alpert@ankura.com

John Hays
Ankura Consulting Group, LLC
1220 19th St NW, Suite 700
Washington, D.C. 20036
202.481.1337
John.Hays@ankura.com

Gabriela Varela
Ankura Consulting Group, LLC
1220 19th St NW, Suite 700
Washington, D.C. 20036
202.524.8387
Gabriela.Varela@ankura.com

Dennis Delmott
Ankura Consulting Group, LLC
1220 19th St NW, Suite 700
Washington, D.C. 20036
202.449.7162
Dennis.Delmott@ankura.com

So ordered.  /s/Dan Aaron Polster 8/13/19