# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Cases* | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**ORDER** |

This Court has appointed Ankura Consulting Group to assist in this Multidistrict Litigation.

Several staff specifically will be working with the Court. They are:

| | |
|---|---|
| Ed Bell<br>Ankura Consulting Group, LLC<br>1220 19th St NW, Suite 700<br>Washington, D.C. 20036<br>202.721.0938<br>Ed.Bell@ankura.com | Mark King<br>Ankura Consulting Group, LLC<br>1220 19th St NW, Suite 700<br>Washington, D.C. 20036<br>202.721.0942<br>M.King@ankura.com |
| Jennifer Alpert<br>Ankura Consulting Group, LLC<br>1220 19th St NW, Suite 700<br>Washington, D.C. 20036<br>202.742.7726<br>Jennifer.Alpert@ankura.com | John Hays<br>Ankura Consulting Group, LLC<br>1220 19th St NW, Suite 700<br>Washington, D.C. 20036<br>202.481.1337<br>John.Hays@ankura.com |
| Gabriela Varela<br>Ankura Consulting Group, LLC<br>1220 19th St NW, Suite 700<br>Washington, D.C. 20036<br>202.524.8387<br>Gabriela.Varela@ankura.com | Dennis Delmott<br>Ankura Consulting Group, LLC<br>1220 19th St NW, Suite 700<br>Washington, D.C. 20036<br>202.449.7162<br>Dennis.Delmott@ankura.com |

>Carlos Bustos
>202.797.1111
>Ankura Consulting Group, LLC
>1220 19th St NW, Suite 700
>Washington, D.C. 20036
>Carlos.Bustos@ankura.com

In order to assist this Court, the fees associated with accessing the cases through the Public Access to Court Electronic Records (PACER) shall be waived for them. The Court will also provide Westlaw access.

**IT IS SO ORDERED.**

                                      */s/ Dan Aaron Polster*  *August 13, 2019*
                                      **DAN AARON POLSTER**
                                      **UNITED STATES DISTRICT JUDGE**