# PSJ18 WALGREENS Opp Exh 2

Message

| | |
|---|---|
| **From**: | Daugherty, Patricia [patricia.daugherty@walgreens.com] |
| **Sent**: | 4/23/2018 9:25:29 AM |
| **To**: | Kroeger, Victoria [victoria.kroeger@walgreens.com]; Higgins, Leslie [leslie.higgins@walgreens.com]; Stahmann, Eric [eric.stahmann@walgreens.com]; Bratton, Edward [edward.bratton@walgreens.com]; Park, Hayley [hayley.park@walgreens.com]; Jones, Christopher [christopher.marvin.jones@walgreens.com]; Sommers Hanson, Judy [judith.sommers-hanson@walgreens.com]; McLeod, Mary [mary.mcleod@walgreens.com]; Pinon, Dwayne [dwayne.pinon@walgreens.com]; Jonkman, Scott [scott.jonkman@walgreens.com]; Marraffa, John [john.marraffa@walgreens.com]; Polster, Natasha [tasha.polster@walgreens.com]; Caruso, Phil [philip.caruso@walgreens.com]; Gregory, Steven [steven.gregory@walgreens.com]; Taitel, Michael [michael.taitel@walgreens.com]; Rago, Richard [richard.rago@walgreens.com]; Alsvig, Erick [erick.alsvig@walgreens.com]; Mizimakoski, Stevan [stevan.mizimakoski@walgreens.com]; Pietsch, Alicia [alicia.pietsch@walgreens.com] |
| **Subject**: | RE: Opioid Task Force Agenda 4/23 |
| **Attachments**: | Opioid use and stigma slides_mst comments12.pptx |

+ Stigma training doc attached for our call this morning.  Agenda and documents are also available on our SharePoint site.
Thanks
Patty


**Patricia Daugherty** PharmD
Manager | Pharmaceutical Integrity | Eastern Operation
Walgreen Co.| 200 Wilmot Road | MS #2189
Deerfield, IL 60015
Office#: (847) 315-2482
Mobile#: (224) 226-9501
Fax#: (847) 368-6349

**Member of Walgreens Boots Alliance**

*This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act.*

**From:** Daugherty, Patricia
**Sent:** Friday, April 20, 2018 4:36 PM
**To:** Kroeger, Victoria <victoria.kroeger@walgreens.com>; Higgins, Leslie <leslie.higgins@walgreens.com>; Stahmann, Eric <eric.stahmann@walgreens.com>; Bratton, Edward <edward.bratton@walgreens.com>; Park, Hayley <hayley.park@walgreens.com>; Jones, Christopher <christopher.marvin.jones@walgreens.com>; Sommers Hanson, Judy <judith.sommers-hanson@walgreens.com>; McLeod, Mary <mary.mcleod@walgreens.com>; Pinon, Dwayne <dwayne.pinon@walgreens.com>; Jonkman, Scott <scott.jonkman@walgreens.com>; Marraffa, John <john.marraffa@walgreens.com>; Polster, Natasha <tasha.polster@walgreens.com>; Caruso, Phil <philip.caruso@walgreens.com>; Gregory, Steven <steven.gregory@walgreens.com>; Taitel, Michael <michael.taitel@walgreens.com>; Rago, Richard <richard.rago@walgreens.com>; Alsvig, Erick <erick.alsvig@walgreens.com>; Mizimakoski, Stevan <stevan.mizimakoski@walgreens.com>; Pietsch, Alicia <alicia.pietsch@walgreens.com>
**Subject:** Opioid Task Force Agenda 4/23

Please see attached agenda and role play scenarios for discussion on this Monday's call.
Thanks
Patty

**Patricia Daugherty** PharmD
Manager | Pharmaceutical Integrity | Eastern Operation
Walgreen Co.| 200 Wilmot Road | MS #2189
Deerfield, IL 60015
Office#: (847) 315-2482
Mobile#: (224) 226-9501
Fax#: (847) 368-6349

**Member of Walgreens Boots Alliance**

*This email message, including attachments, may contain information that is proprietary, confidential, privileged and/or exempt from disclosure. Please hold it in confidence to protect privilege and confidentiality. If you are not the intended recipient, then please notify the sender and delete this message. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is prohibited and may constitute a violation of the Electronic Communications Privacy Act.*



P-WAG-1172.001

# Silence the Stigma
## Opioid Use Disorder and Addressing Stigma

Alex Mills, PharmD

PGY1 Community Pharmacy Resident

Walgreen Co./Purdue University College of Pharmacy

Stevan Mizimakoski

Area 57 HCS

Member of Walgreens Boots Alliance
©2017 Walgreen Co. All rights reserved.



WAGMDL00035671
CONFIDENTIAL

# Stigma and Substance Abuse Disorder

P-WAG-1172.001

- Merriam-Webster defines stigma as a mark of shame or discredit.

Stigma was described as a "pervasive and damaging influence on the quality of services, treatment outcomes, and therapeutic, professional, and personal relationships" (The Anti-Stigma Project, 2012).

- Healthcare providers can posses the same stigma (van Boekel et al., 2013)
  - Lower regard for treating patients with SUD
  - Nurses poorly motivated to provide care – concerns of violence, manipulation, unsafe
  - Group of healthcare professionals "feel unable or unwilling" to emphasize with patients with active SUD (McLaughlin et al., 2006)
  - Rehabilitation providers viewed persons with cocaine addition "more responsible" for their illness than patients with HIV/AIDS or depression

Barry CL, Mcginty EE, Pescosolido BA, Goldman HH. Stigma, discrimination, treatment effectiveness, and policy: public views about drug addiction and mental illness. *Psychiatr Serv.* 2014;65(10):1269-72.

©2017 Walgreen Co. All rights reserved.



2

WAGMDL00035672

CONFIDENTIAL

# Stigma

P-WAG-1172.001

Types of Stigma:

- Social Stigma:  extreme disapproval of person/group that are perceived from other members of society  i.e. stereotyping
- Self Stigma:  the internalizing by the individual of their perceptions of discrimination towards themselves. Shame in seeking assistance and help

Stigma results in:
- Prejudice and discrimination
- Fear and shame
- Distrust and disgrace
- Stereotyping and rejection
- Anger and frustration
- Avoidance of treatment and inadequate coverage
- Ostracism and denial of rights

©2017 Walgreen Co. All rights reserved.



3

# Stigma and Clinical Consequences

P-WAG-1172.001

- Patients with SUD facing stigma and discrimination from HCPs less likely to complete treatment (Brener et al., 2010)
    - Clinical consequence: lower treatment completion = *shorter time to relapse*
- "Self-stigma" discourages patients to seek help and treatment (Keyes et al., 2010)
    - 4th most common reason patients with SUD avoid/delay treatment (Clement et al., 2015)
    - (2014 US Nat Survey) 25 million Americans aged 12+ met criteria for SUD, *only 2.5 million seeked treatment*
    - Clinical consequence: less patients in treatment = *increased overdoses per 100,000 persons*
    - **In-patient hospitalizations have increased 64% and ED visits increased 99% since 2009 (AHRQ, 2016)**



STIGMA

SUD

©2017 Walgreen Co. All rights reserved.

*Walgreens* Trusted since 1901™

4

WAGMDL00035674

CONFIDENTIAL

# Stigma and Clinical Consequences

P-WAG-1172.001

- Majority of patients with SUD also suffer from co-morbid conditions:
  - Lung Disease
  - Cirrhosis
  - Cardiovascular Disease
  - Diabetes
- Less likely to seek *any treatment* due to fear of discrimination, resulting in…(Vaughn et al., 2017)
  - 9x greater risk of congestive heart failure
  - 12x greater risk of severe cirrhosis
  - 12x greater risk of developing pneumonia
  - 25% less adherent to diabetes treatment

©2017 Walgreen Co. All rights reserved.

*Walgreens* Trusted since 1901™

5

WAGMDL00035675

CONFIDENTIAL

# Opioid Statistics

P-WAG-1172.001

- Prescription Opioids and Heroin

  - Nearly 80% of Americans using Heroin reported misusing opioids first
  - Individuals who misuse prescription opioid pain pills are forty times more likely to abuse heroin

- Prescription Opioid Misuse

  - $55.7 billion nationally
  - $25 billion in healthcare costs
  - $25.6 billion in lost workplace productivity
  - $5.1 billion in criminal justice costs

©2017 Walgreen Co. All rights reserved.

6

WAGMDL00035676
CONFIDENTIAL

P-WAG-1172.001

# Changing our "Talking Points"

## Pharmacist Next Steps to Reduce Opioid/SUD Stigma

©2017 Walgreen Co. All rights reserved.

CONFIDENTIAL

WAGMDL00035677

# Watch Your Language

P-WAG-1172.001

- "Person-First" Language

    - Showcases that <u>a person</u> has a problem <u>that can be addressed</u>, rather than the person being the problem
    - *Avoid:* "Drug Abuser/User", "Heroin Junkie"
    - *Use: "Person with substance/opioid use disorder",*
- Minimize fear-based or "sensationalizing" phrases

    - These phrases perpetuate self-stigma and shame related to the condition
    - *Avoid:* "suffers from/victim of opioid use disorder", "War on opioids", "opioid crisis"
    - *Use: "he/she has opioid use disorder", "they are dependent on opioids", "opioid epidemic" (stick to the facts)*
- Role-model and educate on stigma-less thoughts/behaviors

    - Coach staff members/colleagues on minimizing stigmatizing language



8

CONFIDENTIAL

WAGMDL00035678

# Harm Reduction, not Abuse Prevention

P-WAG-1172.001

- Needle-purchases – Risky "behavior" becomes touchpoint with healthcare professional
    - Talking points: being approachable and asking *every time* if patient has questions, Consider providing *every* patient resources/handouts
- Naloxone recommendations – "promoting behavior" becomes increased chances to seek treatment
    - Talking points: patients filling *> 50 Morphine Milligram Equivalents (MMEs)* recommended with "just in case" approach
    - Example: "I recommend to all my patients with similar medications having a reversal agent just in case of an accidental overdose, as I want you to be safe. What are your thoughts on me filling [naloxone] along with the [opioid]?"

©2017 Walgreen Co. All rights reserved.

*Walgreens* Trusted since 1901™

9

CONFIDENTIAL

WAGMDL00035679

# Start the Conversation

P-WAG-1172.001

- Assess current pain status
    - "How well has your pain been controlled on this medication?"
- Evaluate current use
    - "It can difficult to remember multiple doses of your medication. How often have you missed/forgot a dose of your pain meds?"
- Make the recommendation as a "just in case"
    - "I recommend to all my patients with similar medications having a reversal agent just in case of an accidental overdose, as I want you to be safe. What are your thoughts on me filling [naloxone] along with the [opioid]?"
- Identify/engage a caregiver

©2017 Walgreen Co. All rights reserved.

Walgreens Trusted since 1901

10

CONFIDENTIAL

WAGMDL00035680

# Take-Home Points

P-WAG-1172.001

- Stigma takes shape in numerous forms, with it's impact on opioid and substance use disorder all too prevalent
- Stigma's effects on SUD not only harm the patient, but negatively affect the public and those who care for these patients
- First steps to addressing the stigma is a change in language, followed by education/empowerment of a healthcare team
- Education plays an important tool to combating the effect of stigma on SUD

©2017 Walgreen Co. All rights reserved.

*Walgreens* Trusted since 1901™

11

WAGMDL00035681
CONFIDENTIAL

P-WAG-1172.001

# Thank You!

## Questions?

CONFIDENTIAL
WAGMDL00035682

# References

P-WAG-1172.001

1. Barry CL, Mcginty EE, Pescosolido BA, Goldman HH. Stigma, discrimination, treatment effectiveness, and policy: public views about drug addiction and mental illness. *Psychiatr Serv*. 2014;65(10):1269-72.

2. Van Boekel, L. C., Brouwers, E. P., Van Weeghel, J., & Garretsen, H. F. (2013). Stigma among health professionals towards patients with substance use disorders and its consequences for healthcare delivery: systematic review. Drug and alcohol dependence, 131(1), 23-35

3. R. Ford, G. Bammer, N. Becker. The determinants of nurses' therapeutic attitude to patients who use illicit drugs and implications for workforce development. *J. Clin. Nurs*., 17 (2008), pp. 2452-2462

4. L. Brener, W. Von Hippel, S. Kippax, K.J.Preacher. The role of physician and nurse attitudes in the health care of injecting drug users. *Subst. Use Misuse*, 45 (2010), pp. 1007-1018

5. Kelly JF, Westerhoff CM. Does it matter how we refer to individuals with substance-related conditions? A randomized study of two commonly used terms. *Int J Drug Policy*. 2010;21(3):202-7.

6. Keyes KM, Hatzenbuehler ML, Mclaughlin KA, et al. Stigma and treatment for alcohol disorders in the United States. *Am J Epidemiol*. 2010;172(12):1364-72.

7. Clement S, Schauman O, Graham T, Maggioni F, Evans-Lacko S, Bezborodovs N, Morgan C, Rüsch N, Brown J, Thornicroft G. What is the impact of mental health-related stigma on help-seeking? A systematic review of quantitative and qualitative studies. *Psychological Medicine*. 2015;45(1):11–27

8. SAMHSA. Words Matter: How Language Choice Can Reduce Stigma. 2017.

9. Committee on the Science of Changing Behavioral Health Social Norms; Board on Behavioral, Cognitive, and Sensory Sciences; Division of Behavioral and Social Sciences and Education; National Academies of Sciences, Engineering, and Medicine. Ending Discrimination Against People with Mental and Substance Use Disorders: The Evidence for Stigma Change. Washington (DC): *National Academies Press.* Available from: https://www.ncbi.nlm.nih.gov/books/NBK384923/



13