# PSJ18 WALGREENS Opp Exh 16

Message

**From**: Coughlin, Daniel M. [dan.coughlin@walgreens.com]
**Sent**: 8/3/2010 1:05:17 PM
**To**: Ranick, Marcella F. [marcie.ranick@walgreens.com]
**CC**: Martin, Barbara A. [barb.martin@walgreens.com]; Murray Jr, Denman D. [denman.murray@walgreens.com]; Peters, Gary A. [gary.peters@walgreens.com]; Pinon, Dwayne A. [dwayne.pinon@walgreens.com]; Svihra, Edward J. [ed.svihra@walgreens.com]; Jacobs, Robert C. [robbie.jacobs@walgreens.com]; Gorman, Timothy J. [tim.gorman@walgreens.com]; Khanna, Rakesh [rakesh.khanna@walgreens.com]; Stahmann, Eric A. [eric.stahmann@walgreens.com]
**Subject**: Re: Suspicious Controlled Drug Orders
**Attachments**: image3.Gif; image4.Gif; image1.Gif; image2.Gif; image0.Gif

Travelling and unable to view. Some brief question though:

1. I recall the old paper report as being inches thick. This was replaced by same data on disc and eventually electronic tr ansmission. We were instructed in 1985 not to review or contact anyone on the data. Who from your group has been revi ewing the data collected for the past twenty-five years?

2. Doesn't the new program stop the release of suspicious quantity? Wouldn't this give your team more time or ability for whatever review would be performed? At present is anyone doing any review on what would be considered suspicious qu antities that are physically ordered and are releasing to stores?

----- Original Message -----
**From:** Marcie Ranick
**Sent:** 08/03/2010 12:38 PM CDT
**To:** Dan Coughlin
**Cc:** Barb Martin; Denman Murray; Gary Peters; Dwayne Pinon; Ed Svihra; Robbie Jacobs; Tim Gorman; Rakesh Khanna; Eric Stahmann
**Subject:** Re: Suspicious Controlled Drug Orders

Dan - in addition to the issues sent previously, the screens below show a discrepancy in the data which is compiled in the new ADR4 -
Threshold Violations program compared to the existing Suspicious Controlled Drug "Trigger" data, which is currently on M obius and is sent to the DEA on a monthly basis. From these screens, you can see that the new Threshold Violations rep ort does not match the data on Mobius Suspicious Controlled Drug Orders .

While it is understood that the new calculations will offer different results, it is apparent that the Mobius report will continue to list potential suspicious activity that is not addressed in the new ADR4 system. From this perspective, we believe that t he new system should be tested further and enhanced to provide broader coverage of controlled substance activity.

Although we will continue to explore the issues and results of the new system, we are not equipped to handle the 389+ pa ges of ADR4 data which are compiled nationwide each week. Is there a resource available in your department for data an alysis?

Please let me know if you have any questions,or would like to discuss. I would be happy to set up a meeting to discuss fu ll rollout, a date for the discontinuation of the monthly Mobius CD-
disc distribution, and subsequent monitoring and reporting from the new system.

Confidential - this report and its content is intended for restricted Walgreens internal distribution only.



HIGHLY CONFIDENTIAL



ORP0312 QPADEV000G RANICK 11:06:19 8/03/10
THRESHOLD VIOLATIONS-MONTHLY SUSPICIOUS ORDER

Month of (MM/YY): 610 Month Start Date (MM/DD/YY) : 6/01/10
Month End Date (MM/DD/YY) : 6/30/10

| ? | Dist. | Store | User | WIC # | Item Description | Order Date | Rsn Cd |
|---|---|---|---|---|---|---|---|
| | | 05646 | | | | | |
| _ | 00194 | 05646 | | 532549 | OXYCODONE 20MG/ML SOLN (LAN)+30ML | 6/30/10 | T |

X=Select
F3=Exit F6=Prev Month F7=Next Month
Scan limit reached - ROLLUP to scan further records.

P-WAG-1752


ORP0312 QPADEV000G RANICK 11:07:14 8/03/10
THRESHOLD VIOLATIONS-MONTHLY SUSPICIOUS ORDER

Month of (MM/YY): 710 Month Start Date (MM/DD/YY) : 7/01/10
Month End Date (MM/DD/YY) : 7/31/10

| ? | Dist. | Store | User | WIC # | Item Description | | Order Date | Rsn Cd |
|---|---|---|---|---|---|---|---|---|
| | | 05646 | | | | | | |
| _ | 00194 | 05646 | | 679658 | HYDROMET SYRUP (ALP) + | 473ML | 7/29/10 | I |

+

X=Select
F3=Exit F6=Prev Month F7=Next Month
Scan limit reached - ROLLUP to scan further records.



HIGHLY CONFIDENTIAL

P-WAG-1752


ORP0312 QPADEV000G RANICK 11:07:41 8/03/10
THRESHOLD VIOLATIONS-MONTHLY SUSPICIOUS ORDER

Month of (MM/YY): 810 Month Start Date (MM/DD/YY) : 8/01/10
Month End Date (MM/DD/YY) : 8/31/10

05646

X=Select
F3=Exit F6=Prev Month F7=Next Month



HIGHLY CONFIDENTIAL

P-WAG-1752


DocumentDirect - [mobius_rdswin.walgreens.com: CD500026 (08/02/2010 08:31:15 AM)]

File Edit View Script Policy Options Window Help

DATE 08/02/10 SUSPICIOUS CONTROL DRUG ORDERS FOR MONTH OF 07/2010
FOR WAREHOUSE 026
2370 E MAIN ST WOODLAND CA
WAREHOUSE DEA # RW0204026

| WALGREEN STORE NO | DEA NO. | STORE ADDRESS |
|---|---|---|
| 05646 | BW6761084 | 820 S HWY 160 PAHRUMP NV 89048 |

| WALGREEN ITEM NO. | DESCRIPTION: | UPC NUMBER | NDC NUMBER | AVE ORDER * | DEA FACTOR = | TRIGGER |
|---|---|---|---|---|---|---|
| 532538 | MORPHINE SULF 20MG/ML (LAN)+ 30ML | 30527142536 | 00527142536 | 5 | 3.0 | 15.0 |

| DC | DATE ORDERED | QUANTITY | |
|---|---|---|---|
| 026 | 05/13/10 | 11 | |
| 026 | 05/06/10 | 14 | |
| | TOTAL ORDERED | 25 | 166.66 % |
| 026 | 04/29/10 | 4 | |
| 026 | 04/15/10 | 7 | |
| 026 | 04/08/10 | 5 | |
| | TOTAL ORDERED | 16 | 106.66 % |

| WALGREEN ITEM NO. | DESCRIPTION: | UPC NUMBER | NDC NUMBER | AVE ORDER * | DEA FACTOR = | TRIGGER |
|---|---|---|---|---|---|---|
| 564860 | MORPHINE SULF 100MG CR+TAB(WT)100 | 30591351401 | 00591351401 | 3 | 3.0 | 9.0 |

| DC | DATE ORDERED | QUANTITY | |
|---|---|---|---|
| 026 | 07/07/10 | 4 | |
| 026 | 07/29/10 | 2 | |
| 026 | 07/22/10 | 5 | |
| 026 | 07/15/10 | 3 | |
| 026 | 07/01/10 | 2 | |
| | TOTAL ORDERED | 16 | 177.77 % |
| 026 | 05/13/10 | 9 | |
| 026 | 05/06/10 | 7 | |
| | TOTAL ORDERED | 16 | 177.77 % |
| 026 | 04/29/10 | 2 | |
| 026 | 04/22/10 | 1 | |
| 026 | 04/08/10 | 4 | |
| 026 | 04/01/10 | 6 | |
| | TOTAL ORDERED | 13 | 144.44 % |
| 026 | 03/25/10 | 1 | |
| 026 | 03/11/10 | 1 | |
| 026 | 03/04/10 | 8 | |
| | TOTAL ORDERED | 10 | 111.11 % |
| 026 | 02/25/10 | 7 | |
| 026 | 02/18/10 | 4 | |

Section: Pg 573 of 1046


HIGHLY CONFIDENTIAL

P-WAG-1752



DocumentDirect - [mobius_rdswin.walgreens.com: CD500026 (08/02/2010 08:31:15 AM)]

File Edit View Script Policy Options Window Help

WAREHOUSE DEA # RU0204026

| WALGREEN STORE NO | DEA NO. | STORE ADDRESS | |
|---|---|---|---|
| 05646 | BU6761084 | 820 S HWY 160 PAHRUMP NV | 89048 |

| WALGREEN ITEM NO. | DESCRIPTION: | UPC NUMBER | NDC NUMBER | AVE ORDER * DEA FACTOR = TRIGGER | | |
|---|---|---|---|---|---|---|
| 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 35215221502 | 52152021502 | 8 | 3.0 | 24.0 |

| DC | DATE ORDERED | QUANTITY | |
|---|---|---|---|
| | TOTAL ORDERED | 46 | 191.66 % |
| 026 | 03/25/10 | 5 | |
| 026 | 03/18/10 | 11 | |
| 026 | 03/11/10 | 11 | |
| 026 | 03/04/10 | 12 | |
| | TOTAL ORDERED | 39 | 162.50 % |

| WALGREEN ITEM NO. | DESCRIPTION: | UPC NUMBER | NDC NUMBER | AVE ORDER * DEA FACTOR = TRIGGER | | |
|---|---|---|---|---|---|---|
| 682972 | OXYCODONE HCL 15MG TAB (ACT) +100 | 35215221402 | 52152021402 | 9 | 3.0 | 27.0 |

| DC | DATE ORDERED | QUANTITY | |
|---|---|---|---|
| 026 | 07/29/10 | 13 | |
| 026 | 07/22/10 | 5 | |
| 026 | 07/15/10 | 6 | |
| 026 | 07/08/10 | 21 | |
| 026 | 07/01/10 | 11 | |
| | TOTAL ORDERED | 56 | 207.40 % |
| 026 | 05/11/10 | 9 | |
| 026 | 05/27/10 | 14 | |
| 026 | 05/20/10 | 28 | |
| 026 | 05/13/10 | 21 | |
| 026 | 05/06/10 | 15 | |
| | TOTAL ORDERED | 87 | 322.22 % |
| 026 | 04/29/10 | 6 | |
| 026 | 04/22/10 | 3 | |
| 026 | 04/08/10 | 14 | |
| 026 | 04/01/10 | 13 | |
| | TOTAL ORDERED | 36 | 133.33 % |
| 026 | 03/25/10 | 7 | |
| 026 | 03/18/10 | 3 | |
| 026 | 03/11/10 | 10 | |
| 026 | 03/04/10 | 12 | |
| | TOTAL ORDERED | 32 | 118.51 % |
| 026 | 02/25/10 | 18 | |
| 026 | 02/18/10 | 9 | |

Section: Pg 576 of 1046

Marcie Ranick, RPH
Manager, Pharmacy Loss Prevention
847-964-4193
Fax 847-964-4966

**Dan Coughlin/LOG/Walgreens**

07/27/2010 12:51 PM

To Marcie Ranick/Corp/Walgreens@Walgreens, Barb Martin/Corp/Walgreens@Walgreens

cc Dwayne Pinon/Corp/Walgreens@Walgreens, Denman Murray/Corp/Walgreens@Walgreens, Robbie Jacobs/Corp/Walgreens@Walgreens, Tim Gorman/Corp/Walgreens@Walgreens, Ed Svihra/Corp/Walgreens@Walgreens



HIGHLY CONFIDENTIAL

Subject Suspicious Control Drugs

The DEA asked us in 2009 to stop what was considered suspicious drug shipments to any of our stores. This would repla ce the current program where we would send the DEA diversion offices records on disks of what these same transactions were. I believe we have been testing the program that would stop orders considered suspicious in Las Vegas for some tim e.

Based on the results of Las Vegas, are we ready to roll out chain wide to meet the DEA requirements? From our division, we support the program if tests results have yielded the control of orders while not missing customers' script fills. Our co ncern is that the DEA could walk into a DC and discuss our inability to have the process in place after their request was m ade last year.

Any issues that would prevent presentation to the Market Pharmacy Directors and Executive group for pharmacies so they are aware of the changes before chain wide roll out?



HIGHLY CONFIDENTIAL