# PSJ18 WALGREENS Opp Exh 17

## Controlled Substance Order Review Business Logic

## Controlled Substance Order Review Web-Based Exception Reports

**Ordering**

- C. Automated Ceilings — Phase 5: In design. Ceilings trump step A below if/when necessary
- B. Manual Line Limits for select drugs — Interim solution until automated ceilings are deployed
- A. Ongoing Controlled Substance Order Review Logic — Phase 3: In QA; Phase 4: In design



**Dispensing**

- Store Level: Good Faith Dispensing
- Store Level: DUR & PDMP review, etc.
- Corporate: Monitoring through Potential Risk Indexing

Monitoring current done through manual analysis, will work towards automation and scorecards

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

WAGMDL00625263

HIGHLY CONFIDENTIAL

# Ongoing Controlled Drug Order Review Logic

**A. Ongoing Controlled Substance Order Review Logic**

> Review all Controlled Drug & PSE orders → Flag select orders as suspicious → Reduce order quantity for subset of flagged orders

| Phase | Key Points | Key Points | Key Points |
|---|---|---|---|
| **1**<br>8/2009 – 9/2010 | Reviews WAG DC orders only | Flags based on by drug by store historical sales patterns over 26 weeks | No order reductions in Phase 1 |
| **2**<br>9/2010 - current | Reviews WAG DC orders only | Flags based on by drug by store historical sales patterns over 26 weeks | Reductions begin in Phase 2 – only applies to WAG DC orders |
| **3**<br>Estimated 6/2012 – 7/2012? | Reviews WAG DC orders **plus checks to see if vendor order** placed with 48 hours for same drug | Flags based on by drug by store historical sales patterns over 26 weeks **Open Discussion Item: shorten timeframe to 13 week trend?** | Review and refinement of tolerance and frequency thresholds. Confirm action for each possible scenario (using matrix) |
| **4**<br>7/2012? | Reviews WAG DC orders plus applies same logic to Vendor orders making them eligible for flagging and order reduction.<br><br>Partial Fills also added to logic review | Both WAG DC and Vendor orders flagged if thresholds exceeded | Both WAG DC and Vendor orders reduced if thresholds exceeded |

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

HIGHLY CONFIDENTIAL

WAGMDL00625264

# Automated Ceiling Trump Factor

C. Automated Ceilings

```
Group Stores  →  Calculate Ceiling by drug by store group  →  Apply Ceiling review to each order: Execute early warning system & hard stop
```

| Phase | Key Points | Key Points | Key Points |
|---|---|---|---|
| 5<br>9/2012 | Group stores by:<br>• Script volume?<br>• And/or other factors?<br><br>Timeframe to base store group:<br>• Rolling 4, 6, 8, 13 weeks?<br><br>Scripts used to base store group:<br>• Total scripts (control + non)?<br>• All Controlled?<br>• Just Controlled? | Timeframe to base ceiling:<br>• Rolling 4, 6, 8, 13 weeks?<br><br>Drugs to have ceiling:<br>• All Controlled + PSE?<br>• Just Controlled?<br>• Just C2?<br>• Just select Controlled?<br><br>Metric to include:<br>• Receipts?<br>• Also Sales?<br><br>Early Warning Alert:<br>• Starts at 75% | How to apply ceiling:<br>• Cumulative over rolling x weeks?<br>• Weekly ?<br><br>Considerations:<br>• How to distribute/moderate impact to patients (both legitimate and those potentially not)<br>• How much are we allowing or suppressing business growth for:<br>  • Low volume store group<br>  • Average store group<br>  • High volume store group<br>• Are you treated the same if your store hits ceiling based on system generated order vs. an order that was already reduced by Step A?<br>• How does corporate override ability influence this process? Does overridden order get included in history used to refresh ceiling and store group placement?<br>• Should initial pattern be based on timeframe pre-line limit or include line limit period? |

Overarching Requirements:
- ✓ Program logic must be configurable to allow for easy updates to timeframe, store groups, drugs reviewed, etc.
- ✓ Data must be output to other application TBD for tactical reports and executive scorecard (likely Ora/Manuela reporting adding on to Step A)

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

HIGHLY CONFIDENTIAL

WAGMDL00625265