# PSJ18 WALGREENS Opp Exh 22

P-WAG-05301

 

To:

From:     Barb Martin                                                Date:  August 28, 2009

Subject:  Suspicious Ordering Pilot

Cc:

---

    Phase I ---Capturing data but not cutting orders
    Began 8/10/09 in 7 stores
        2122
        3844
        4086
        5154
        5200
        5646
        7164
10 orders flagged
Identified necessary fix--System should consider both positive and negative adjustments and only if sum of adjustments is a negative quantity equal to or greater than package size will item be marked as substantial inventory adjustment.
With fix in place 7 orders would be flagged. (cetirizine, androgel gel and morphine would not be flagged)


How long after fix in place do we remain in Phase I?

Who will fund project to move to Phase II (telling DC to cut orders)?
Estimated to take 780 hrs @ cost of $50,000

---

WAGMDL00658227
HIGHLY CONFIDENTIAL