# PSJ18 WALGREENS Opp Exh 23

Message

**From**: Crawford, Kermit [kermit.crawford@walgreens.com]
**Sent**: 10/1/2012 8:42:24 AM
**To**: Lovejoy, David [david.lovejoy@walgreens.com]
**CC**: Hansen, Suzanne [suzanne.hansen@walgreens.com]; Swords, Rex [rex.swords@walgreens.com]
**Subject**: Re: OXYCODONE no longer being ordered via PDQ

What about stores that have very little inventory on hand, have a patient come in with a legit Rx and need product. Can't inner store transfer these items?

Sent from my iPad

On Oct 1, 2012, at 8:17 AM, "Lovejoy, David" <david.lovejoy@walgreens.com> wrote:

Kermit,
The group did discuss system limitations vs store needs for patients. If I recall correctly, the line limits apply to each order individually, not as a whole or in cumulative.  Therefore, a store could hit the line limit on their weekly CII whs order and then they could create a PDQ order on a daily basis and far exceed the monthly line limit total we were trying to enforce.   By turning these items off of PDQ, the only way for a store to exceed the line limit is for us to put in a manual order.  Hence, the Control Substance Order Override Form.
Rex, Please correct me if I got it turned around, &/or add additional information I missed. Thanks LJ

**From**: <Crawford>, Kermit Crawford <kermit.crawford@walgreens.com>
**Date**: Monday, October 1, 2012 7:40 AM
**To**: Suzanne Hansen <suzanne.hansen@walgreens.com>, David Lovejoy <david.lovejoy@walgreens.com>
**Subject**: FW: OXYCODONE no longer being ordered via PDQ

We discussed this and I was not under the impression this was a done deal. Concerned we are "all or none". We have to do what's right for patients also.

Kermit Crawford
President
Pharmacy, Health and Wellness
Walgreens
108 Wilmot Road, MS #1858
Deerfield, IL 60015
P: 847-315-3154
F: 847-315-3652

**From**: <Bish>, Deborah <deborah.bish@walgreens.com>
**Date**: Monday, October 1, 2012 7:34 AM
**To**: PharmacySupervisors <pharmacysupervisors@walgreens.com>
**Subject**: FW: OXYCODONE no longer being ordered via PDQ

Please communicate to your stores.  The email from Corporate states that the pharmacy managers have been notified, but want to make sure they are aware of the No PDQ for Oxycodone rules now.

Deborah A. Bish
CII Function Manager

HIGHLY CONFIDENTIAL
WAGMDL00705321

**Walgreen's Distribution Center**
28727 Oregon Rd., Perrysburg OH   43551

Phone (419) 662-4053
Fax      (419) 662-2081
Deborah.bish@walgreens.com

---

**From:** Peterson, Doug [mailto:doug.peterson@walgreens.com]
**Sent:** Friday, September 28, 2012 4:32 PM
**To:** Kneller, Steve; Diebert, Jennifer; Bish, Deborah; Day, Susan; Ferry, Joe; Hiney, Anne; Coman, John; Atwell, Kristine; Sugden, John; Lapointe, Sally
**Cc:** Thoss, Sue
**Subject:** OXYCODONE no longer being ordered via PDQ

This is to inform you that effective today the attached Oxycodone items can no longer be ordered via the PDQ process.  We have turn the PDQ Order Indicator for these items to 'N' (no).  If the store orders the items, they will receive an insufficient code of 01 'Item not allowed PDQ'.   If the store insist on getting this product, you will need to use the current control drug override process.  Communications on this subject have been sent to the Pharmacy Managers.

Please feel free to share this with all appropriate DC personnel.  If you have any questions, please let me know.

Thanks

Doug

HIGHLY CONFIDENTIAL
WAGMDL00705322