# PSJ18 WALGREENS Opp Exh 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc. No. <u>12-8125-AEV</u>

In the Matter of the
Administrative Inspection of:

WALGREENS CORPORATION (W004)
WALGREEN CO.
15998 WALGREENS DRIVE
JUPITER, FL 33478

## WARRANT FOR INSPECTION

TO: Donna Richards, Diversion Investigator, and any other authorized Diversion Investigator or Special Agent of the Drug Enforcement Administration of the United States Department of Justice

Application having been made, and probable cause as defined by 21 U.S.C. § 880(d)(1) having been shown by the affidavit of Diversion Investigator Donna Richards, United States Drug Enforcement Administration, for an inspection of all controlled premises of Walgreens Corporation (W004), Walgreen Company, 15998 Walgreens Drive, Jupiter, Florida 33478, with DEA number RW0277752, it appears that said inspection is appropriate under Title 21, United States Code Section 880.

Therefore, pursuant Title 21, United States Code Section 880, you are hereby authorized, within ten (10) days, to enter the above-described premises during ordinary business hours for the following purposes:

a) To inspect and copy records, reports, files, official order forms, prescriptions, and other documents required to be made, kept and maintained under the provisions of the Controlled Substances Act ("the Act"), 21 U.S.C. § 801 <u>et</u> <u>seq</u>., for the purpose of verifying that said records, reports, files, official order forms, prescriptions, other documents and controlled substances are properly kept and maintained;

HIGHLY CONFIDENTIAL

b) To inspect, in a reasonable manner and to a reasonable extent, including the collection of samples if necessary, all pertinent equipment, finished and unfinished controlled substances, containers, and labeling found therein;

c) To inspect all records, files, papers, processes, controlled and facilities appropriate of verification of the records, reports and documents required to be kept under the provisions of the Act and regulations promulgated thereunder; and

d) To inventory any stock of controlled substances and to obtain samples of any such substances.

You are hereby further authorized to seize from the above-described controlled premises such of the following records, reports, documents, files and inventories, as are appropriate and necessary to the effective accomplishment of the inspection, and for the purpose of copying or verifying their correctness, or that are used or intended to be used in violation of the Controlled Substances Act.

a) All physical inventories of controlled substances;

b) All executed Official Order Forms, DEA Form-222;

c) All records showing the receipt of controlled substances;

d) All prescriptions and other records including computerized records, which refer to or relate to the dispensation, administration, or distribution of controlled substances;

e) Any and all copies of DEA Form-41, Registrant's Inventory of Drugs Surrendered and DEA Form-106, Report of Theft or Loss of Controlled Substances; and such other reports or records that document the dispensation, administration, disposal or distribution of controlled substances.

HIGHLY CONFIDENTIAL
WAGMDL00777159

A prompt return shall be made by the inspecting officers to the undersigned Magistrate Judge showing that the inspection has been completed, and accounting for all property seized pursuant to the warrant, no later than ten (10) days from the date of issuance, to allow for detailed inventory and copying of documents.

Signed this 3 day of April 2012, in West Palm Beach, Florida

*[signature]*

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

HIGHLY CONFIDENTIAL