# PSJ18 WALGREENS Opp Exh 29

Message

**From**: Braley, Rob [rob.braley@walgreens.com]
**Sent**: 2/19/2013 11:09:57 AM
**To**: Mills, Steven [steven.mills@walgreens.com]
**Subject**: Re: Interstore from 11171 of gen. 10/650

Hi Steven,

Thank you - this is exactly the data and explanation I was looking for to help explain to Chris.
Rob

**From:** Mills, Steven
**Sent:** Tuesday, February 19, 2013 11:23:55 AM
**To:** Braley, Rob
**Subject:** RE: Interstore from 11171 of gen. 10/650

Good Morning Rob,

The order was reduced systematically for store 09144 due to the store exceeding the Corporate Ceiling limit. When store 09144 is compared to the rest of the chain (see below) 09144 has purchased about 8 times more Hydrocodone 10/650MG than the rest of the chain. I have concerns that store 09144 is not following through enough with GFD policy and the RxS should consider re-educating the store. We are here to protect the DC and stores from losing their DEA licenses and it becomes harder to defend these types of stores to the DEA when a store is purchasing 8 times more than the chain average.

Also to note, District 244 is number 1 in chain for the most purchases of Hydrocodone 10/650MG in the month of January. Without justified explanations of why this district/stores are dispensing so much of this one strength of Hydrocodone, we will not be able to approve any additional product.



| District NBR | WK 1/1/2013 | WK 1/8/2013 | WK 1/15/2013 | WK 1/22/2013 | WK 1/29/2013 | January Totals |
|---|---|---|---|---|---|---|
| 244 | 32,200 Tabs | 34,500 Tabs | 33,800 Tabs | 28,900 Tabs | 30,700 Tabs | 160,100 Tabs |

If there is something you would like to discuss further please let me know.

Be Well,

HIGHLY CONFIDENTIAL
WAGMDL00101723

Steve

Steven Mills, CPhT
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2914
f. 847-315-3675


Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Braley, Rob
**Sent:** Tuesday, February 19, 2013 8:18 AM
**To:** Mills, Steven
**Subject:** FW: Interstore from 11171 of gen. 10/650

Hi Steven,
Thank you for your help with the below order.  Could you explain why the order was originally approved for 18 bottles then reduced to 10 so I can help Chris understand.  I fully support and understand our GFD program and the inventory adjustments that need to be made,  I just want to be able to explain accurately the reasons in this case.  Also as an FYI - This store only receives 1 delivery per week.

Thank you for all you are doing to protect the company and our people.


Be Well,

Rob Braley
Market 19 Pharmacy Director
Walgreens Co.
3330 W. Esplanade Ave., Ste 500
Metairie, LA 70002
P 504-828-5071
F 504-828-5119
C 860-368-8228


Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

HIGHLY CONFIDENTIAL

WAGMDL00101724

**From:** Mclaurin, Chris
**Sent:** Monday, February 18, 2013 4:20 PM
**To:** Braley, Rob
**Subject:** FW: Interstore from 11171 of gen. 10/650

Hi Rob

Here's the path that I was working on last week. Steve Mills left a voice mail for me saying he could now only do 10 bottles but no confirmation as to when it will arrive. Any help?

**Be Well,**
**Chris**

**Chris McLaurin, PharmD**
Pharmacy Supervisor, Jackson D244
Walgreen Co.
9 Riverbend Place, Ste 120
Flowood, MS 39232
p 601-932-2773
f 601-932-0483
m 601-918-6361

Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Mclaurin, Chris
**Sent:** Friday, February 15, 2013 10:38 AM
**To:** Mills, Steven
**Subject:** RE: Interstore from 11171 of gen. 10/650

Hi Steve

I just dialed into the store – here's the actual screen shot of their inventory levels and current on-hand. Unfortunately, your shot below is from the wrong store. The store number is 9144.

We need the product as promised.

HIGHLY CONFIDENTIAL

WAGMDL00101725



Be Well,
Chris

**Chris McLaurin, PharmD**
Pharmacy Supervisor, Jackson D244
Walgreen Co.
9 Riverbend Place, Ste 120
Flowood, MS 39232
p 601-932-2773
f 601-932-0483
m 601-918-6361

Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Mills, Steven
**Sent:** Friday, February 15, 2013 10:17 AM
**To:** Mclaurin, Chris
**Subject:** RE: Interstore from 11171 of gen. 10/650

Chris,

Sorry about that I looked at the subject line and pulled the wrong store.

Store 09441 has not sold Hydrocodone 10/650MG since WK 1, current on-hands are 277. Why does the store need 20 bottles they aren't even selling the 277 they have on-hand?

HIGHLY CONFIDENTIAL

WAGMDL00101726



Be Well,
Steve

Steven Mills, CPhT
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2914
f. 847-315-3675



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Mclaurin, Chris
**Sent:** Thursday, February 14, 2013 12:07 PM
**To:** Mills, Steven
**Subject:** Fwd: Interstore from 11171 of gen. 10/650

Hi Steve

The screenshot was from #11171. Can you check 9144? Still no shipment.

**Be Well,
Chris**

HIGHLY CONFIDENTIAL

WAGMDL00101727

**Chris McLaurin, PharmD**
Pharmacy Supervisor, Jackson D244
Walgreen Co.
9 River Bend Place, Ste 120
Flowood, MS 39232
p (601) 932-2773
f (601) 932-0483
m (601) 918-6361

Begin forwarded message:

**From:** Pharmacy Manager 09144 <rxm.09144@store.walgreens.com>
**Date:** February 14, 2013, 12:04:46 PM CST
**To:** "Mclaurin, Chris" <chris.mclaurin@walgreens.com>
**Subject: Re: Interstore from 11171 of gen. 10/650**

Chris,

The streenshot below is for store 11171.  Since that is not my store I received zero bottles (sent you an email from my personal email about this as well).  The guy had the wrong store...

-Jonathan

> ----- Original Message -----
> **From:** Mclaurin, Chris
> **To:** Mills, Steven
> **Cc:** Store rxm.09144
> **Sent:** Wednesday, February 13, 2013 3:03 PM
> **Subject:** RE: Interstore from 11171 of gen. 10/650
>
> Excellent – thanks!
>
> **Be Well,**
> **Chris**
>
> **Chris McLaurin, PharmD**
> Pharmacy Supervisor, Jackson D244
> Walgreen Co.
> 9 Riverbend Place, Ste 120
> Flowood, MS 39232
> p 601-932-2773
> f 601-932-0483
> m 601-918-6361

HIGHLY CONFIDENTIAL

WAGMDL00101728

**From:** Mills, Steven
**Sent:** Wednesday, February 13, 2013 9:11 AM
**To:** Mclaurin, Chris
**Subject:** RE: Interstore from 11171 of gen. 10/650

Chris,

The store is getting 18 bottles in tomorrow. Not really sure where the store saw "0" being ordered.

Be Well,
Steve

Steven Mills, CPhT
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2914
f. 847-315-3675

HIGHLY CONFIDENTIAL

WAGMDL00101729

**From:** Mclaurin, Chris
**Sent:** Tuesday, February 12, 2013 7:24 PM
**To:** Mills, Steven
**Subject:** FW: Interstore from 11171 of gen. 10/650

Hi Steve

This location #9144 was to have received 20 bottles per previous override. Order shows zero. Can you check on this? If none is coming, can we get a rush delivery on it to this store?

**Be Well,**
**Chris**

**Chris McLaurin, PharmD**
Pharmacy Supervisor, Jackson D244
Walgreen Co.
9 Riverbend Place, Ste 120
Flowood, MS 39232
p 601-932-2773
f 601-932-0483
m 601-918-6361

**From:** Pharmacy Manager 09144 [mailto:rxm.09144@store.walgreens.com]
**Sent:** Tuesday, February 12, 2013 6:11 PM
**To:** Mclaurin, Chris
**Subject:** Re: Interstore from 11171 of gen. 10/650

No. When we talked Wednesday, my truck order was delivered the next day. Now I check in SIMS and it shows zero on an "open order" which would indicate I am receiving zero on this warehouse order.

----- Original Message -----
**From:** Mclaurin, Chris
**To:** Store rxm.09144
**Sent:** Tuesday, February 12, 2013 5:51 PM
**Subject:** RE: Interstore from 11171 of gen. 10/650

HIGHLY CONFIDENTIAL

WAGMDL00101730

You haven't received those twenty yet?

Be Well,
Chris

**Chris McLaurin, PharmD**
Pharmacy Supervisor, Jackson D244
Walgreen Co.
9 Riverbend Place, Ste 120
Flowood, MS 39232
p 601-932-2773
f 601-932-0483
m 601-918-6361

---

**From:** Pharmacy Manager 09144 [mailto:rxm.09144@store.walgreens.com]
**Sent:** Tuesday, February 12, 2013 3:20 PM
**To:** Mclaurin, Chris
**Subject:** Re: Interstore from 11171 of gen. 10/650

Thanks.. Just FYI, my warehouse order shows zero of this item ordered today to be delivered Thursday, as you had said an override was approved last week. WIC is 672664.

Thanks and see you tomorrow at 9.

-Jonathan

----- Original Message -----
**From:** Mclaurin, Chris
**To:** Store rxm.09144
**Cc:** Store rxm.11171
**Sent:** Tuesday, February 12, 2013 1:38 PM
**Subject:** Re: Interstore from 11171 of gen. 10/650

Ok

Be Well,
Chris

**Chris McLaurin, PharmD**
Pharmacy Supervisor, Jackson D244
Walgreen Co.
9 River Bend Place, Ste 120
Flowood, MS 39232
p (601) 932-2773
f (601) 932-0483

HIGHLY CONFIDENTIAL

WAGMDL00101731

m (601) 918-6361

On Feb 12, 2013, at 12:43 PM, "Pharmacy Manager 09144" <rxm.09144@store.walgreens.com> wrote:

Chris,

Just wondering if it was possible for us to interstore some Lorcet 10/650 from Lisa at 11171. She said she can spare 500-600 tablets. We currnetly have 90 tabs in our OOS.

Let me know, thanks.

-Jonathan Harden, RXM 09144

HIGHLY CONFIDENTIAL

WAGMDL00101732