# PSJ18 WALGREENS Opp Exh 30

Message

---

**From:** Mills, Steven [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-MILLS, STEVEN P. ( SPMILLS )813]
**Sent:** 6/6/2013 3:27:31 PM
**To:** Daugherty, Patricia [patricia.daugherty@walgreens.com]
**Subject:** FW: CII ordering

Be Well,
Steve

Steven Mills, CPhT
200 Wilmot Road, MS 2161
Deerfield, IL 60015
p. 847-315-2914
f. 847-315-3109



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

---

**From:** Mills, Steven **On Behalf Of** RxIntegrity
**Sent:** Thursday, June 06, 2013 10:16 AM
**To:** Store rxm.06579
**Cc:** Marshburn, Brad
**Subject:** RE: CII ordering

Erica,

As we understand the frustration you are experiencing trying to obtain product for legitimate patients, you have to realize the reason why we have issues with the DEA today, is due the high amounts of Oxycodone distributions over the past 3 years. With that said, we had to create limits to all stores which protects the integrity of the Pharmacist, DEA license, and the Walgreen Company as a whole. All things considered it is the responsibility of the Rx Integrity team to prevent stores from ordering/dispensing excessive amounts of any controlled substance that could viewed as a "Red" flag to the DEA.

Now I have reviewed your case, currently Oxy/APAP 5/325MG and Oxycodone 5MG are not hitting any of our limits. The problem currently lies with the Vendor not able/unable to ship product. See below, SIMS is generating orders accurately and accordingly to service your business need. However even though the order is deemed valid to the Rx Integrity team, the Vendor subjects all order to their own Suspicious Order Monitoring system (SOM) that has to approve the order as well. Rx Integrity does not have any insight to the Vendors SOM team or process. We can ask for an override but it is up to the Vendor if they would like to ship the order whole or a reduced quantity of the original order.

Rx Integrity understands the pressure the field is under to service their patient's needs but it is our role to protect the integrity and license of the Walgreen Company so that you may continue to dispense controlled substances for your patients.

Also PDQ should only be used in an emergency situation only. Do not use to PDQ as a way to try to obtain inventory on products you currently receive weekly. What I mean by that is when you have a PDQ for an item your normally sell (i.e. Oxy/APAP 5/325 and Oxy 5) you create an "Open Order." When SIMS looks to create the suggested order it first reviews if there are any "Open Orders." If there is PDQ order that did not arrive or has not been posted, then SIMS will not generate an order for those items. Which to the store it would give the appearance that SIMS is not ordering correctly. The only time you should ever need to use PDQ is when you need to order an item your pharmacy typically does not stock or has very slow movement (i.e. sold once in the last 13 weeks). If you have a situation like this one where items that you sell a lot are not replenishing correctly then contact the RxS to complete the Controlled Substance Override form. After the form is completed/submitted, the Rx Integrity team will review the request. Corporately we have the ability to place an order to a store without creating an Open Order. Keep this in mind and try to limit PDQ orders.

Let us know if you have any questions.

```
ORPO158        QPADEV0001        SUPPORT              10:39:38        6/06/13
6579 STORE                    REVIEW DIRECT ORDER                  ORDER REVIEW

 Vendor Name  .: PRESIDENT'S PLAZA              Total Cost :    14,061.43
Vendor Minimum: No Minimum Order Quantity
Order Date . . :  6/06/13  Estimated Delivery:  6/10/13  Status: Suggested

 Item Description                               WIC          UPC
 _____               _____        _____
                                                                        Ord
? Item Description                  Order  Sug  Wk Fcst  Extnd   On     Qty
                                    Qty    Qty  Units    Cost    Hand   Days
_ OXYCOD-APAP 7.5-500 TAB (WAT)+100    1     1   104.20   25.18   480     7
_ OXYCODONE HCL 15MG TAB (ACT)+ 100    3     3   317.20   67.86   930     7
_ OXYCODONE HCL 30MG TAB (ACT)  100    6     6   259.30  217.38   303    16
_ OXYCODONE HCL 5MG TAB (MKT)   100    9     9   362.30   97.11    17    17
_ OXYCODONE-APAP 5-325 TAB(WAT)+500    8     8  1832.19  155.04           15
_ OXYCONTIN 10MG TAB (REFORM)   100    1     1    64.76  213.19   171    11
_ OXYCONTIN 20MG TAB (REFORM)   100    1     1    99.38  407.95   155     7
_ OXYCONTIN 30MG TAB (REFORM)   100    2     2   103.99 1154.82   169    13 +

COMMAND:  F3=Exit  F5=Renew  F9=Add Items  F16=Extnd Cost Seqn F17=Rx Quick Order
SELECT:   D=Delete  V=View Item  A=Adj Rx Inv  M=View Item Mvmt
```

Be Well,
Rx Integrity Team



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

HIGHLY CONFIDENTIAL                                                   WAGMDL00060487

**From:** Pharmacy Manager 06579 [mailto:rxm.06579@store.walgreens.com]
**Sent:** Wednesday, June 05, 2013 10:33 PM
**To:** RxIntegrity
**Cc:** Marshburn, Brad
**Subject:** CII ordering

Rx Integrity and RXS Brad Marshburn,

We are currently out of oxycodone/apap 5/235 and oxycodone 5 mg tablets AGAIN, and have been for about a week.  We let many of our customers know that the order would be here on Wednesday (today); but  we did not receive any!  I had to call 10 patients to let them know we did not receive any, luckily I did find it at another Walgreens locally. I am completely frustrated with this new ordering system and am having to turn away LOTS of business due to outages of these medications.  We cannot adequately take care of our customers without these medications in stock.  As I have mentioned in previous emails, we are a busy 24 hour pharmacy located directly across from ECU hospital - the ED's pain medication of choice is oxycodone/APAP 5/325 and we are loosing ALL of these patients.  The weekly movement report is NOT accurate because we are continually running out of this medication.  How can this be corrected?  Before the new ordering system started we were consistently getting 7-10 bottles of oxycodone/APAP a week and 15 bottles of oxycodone 5 mg,  now our largest shipment has been 5 bottles.  Do you see our problem?  Many of our overnight patients come directly from the ED and many of them are new to us since their pharmacy is closed.  How are we supposed to win these customers to Walgreens when we have to send them to CVS across the street because we do not have the medication in stock.  In our June budget we were cut 32 hours and I feel that consistently being out of these medications contributed to this loss - of course there is a decrease in script volume when these medications are not in (also there is a decrease in gross profit since many of the ED patients pay CASH).  We absolutely cannot wait until next Wednesday to get these medictions - please help!  I placed a PDQ order for oxycodone/APAP 5/325 and oxycodone 5 mg (one bottle will NOT be sufficient) - please send us this order ASAP!

Brad can you please advocate for us to get these medications quickly?  We are losing business over this!


Sincerely a very, very frustrated RXM,

Erica Haynes
6579

HIGHLY CONFIDENTIAL

WAGMDL00060488