# PSJ18 WALGREENS Opp Exh 33

P-WAG-0016

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: I7-13-2042
Subpoena No. I7-13-340710

**TO:** Walgreen Corporation (Distributor)
Custodian of Records
AT: 28727 Oregon Road
Perrysburg, Ohio 43551

**PHONE:** 419-662-4003

**FAX:** 419-662-2172

**GREETING:** By the service of this subpoena upon you by DI Wayne Groves who is authorized to serve it, you are hereby commanded and required to appear before DI Groves , an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an official investigation being conducted by the Drug Enforcement Administration, provide the following information and documentation by WALGREENS CORPORATION, 28727 Oregon Road, Perrysburg, Ohio, 43551, DEA Registration #RW0294493: Any and all written and electronic records and correspondence regarding the sale(s) and purchase(s) of controlled substances between the dates of Beginning of Business 2/1/11 and Close of Business 2/5/13 to include purchase orders, sales invoices, packing slips, shipping documents, receiving documents, powers of attorney, courier identification and records. Also provide all standard operating procedures relating to controlled substances and ordering systems, controlled substance ordering thresholds, and system and written procedures for overriding or editing of controlled substance ordering thresholds by any WALGREENS CORPORATION component.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Wayne Groves, 313-226-7538.

Place and time for appearance: At Detroit Field Division, 431 Howard St., Detroit, Mich. 48226 on the 15th day of February, 2013 at 10:00am. In lieu of personal appearance, please mail records to Detroit Field Division, 431 Howard St., Detroit, Mich. 48226.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
## ATTESTED COPY
Signature: _____

James Geldhof
Diversion Program Manager

Issued this 4th day of Feb 2013

FORM DEA-79

WAGMDL00493694

CONFIDENTIAL

P-WAG-0016

## Public Law 513-91st Congress
### 2nd Session
### H.R. 18583
### AN ACT

SEC. 506 (a) In any investigation relating to his functions under this title with respect to controlled substances, listed chemicals, tableting machines, or encapsulating machines, the Attorney General may subpoena witnesses, compel the attendance and testimony of witnesses, and require the production any records (including books, papers, documents, and other tangible things which constitute or contain evidence) which the Attorney General finds relevant or material to the investigation. The attendance of witnesses and the production of records may be required from any place in any State or in any territory or other place subject to the jurisdiction of the United States at any designated place of hearing; except that a witness shall not be required to appear at any hearing more than 500 miles distant from the place where he was served with a subpoena. Witnesses summoned under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States.

(b) A subpoena issued under this section may be served by the person designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

(c) In the case of contumacy by or refusal to obey a subpoena to any person, the Attorney General may invoke the aid of any court in the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony touching the matter under investigation. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.

CONFIDENTIAL

WAGMDL00493695

P-WAG-0016

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _____ (business), and that my official title is _____. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of _____ pages.

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the mattes set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of _____ _____(business); and

C. such records were made by _____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

Date                                          Signature

_____          _____

CONFIDENTIAL

WAGMDL00493696

P-WAG-0016.001

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
# SUBPOENA

In the matter of the investigation of
Case No: I7-13-2042
Subpoena No. I7-13-341894

**TO:** Walgreen Corporation (Distributor)
Custodian of Records
AT: 28727 Oregon Road
Perrysburg, Ohio 43551

**PHONE:** 419-662-4003

**FAX:** 419-662-2172

**GREETING:** By the service of this subpoena upon you by DI Wayne Groves who is authorized to serve it, you are hereby commanded and required to appear before DI Groves , an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an official investigation being conducted by the Drug Enforcement Administration, provide the following information and documentation by WALGREENS CORPORATION, 28727 Oregon Road, Perrysburg, Ohio, 43551, DEA Registration #RW0294493: All written and electronic correspondence of suspicious controlled substance orders and suspicious List 1 chemical orders reported by WALGREENS CORPORATION, DEA Registration #RW0294493, to the Drug Enforcement Administration for the time period 1/1/12 to 2/5/13.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Wayne Groves, 313-226-7538.

Place and time for appearance: At Detroit Field Division, 431 Howard St., Detroit, Mich. 48226 on the 15th day of February, 2013 at 10:00 AM. In lieu of personal appearance, please mail records to Detroit Field Division, 431 Howard St., Detroit, Mich. 48226.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

## ATTESTED COPY

Signature: _____

James Geldhof
Diversion Program Manager

Issued this 5th day of Feb 2013

FORM DEA-79

CONFIDENTIAL

WAGMDL00493701

P-WAG-0016.001

### Public Law 513-91st Congress
### 2nd Session
### H.R. 18583
### AN ACT

SEC. 506 (a) In any investigation relating to his functions under this title with respect to controlled substances, listed chemicals, tableting machines, or encapsulating machines, the Attorney General may subpoena witnesses, compel the attendance and testimony of witnesses, and require the production any records (including books, papers, documents, and other tangible things which constitute or contain evidence) which the Attorney General finds relevant or material to the investigation. The attendance of witnesses and the production of records may be required from any place in any State or in any territory or other place subject to the jurisdiction of the United States at any designated place of hearing; except that a witness shall not be required to appear at any hearing more than 500 miles distant from the place where he was served with a subpoena. Witnesses summoned under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States.

(b) A subpoena issued under this section may be served by the person designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

(c) In the case of contumacy by or refusal to obey a subpoena to any person, the Attorney General may invoke the aid of any court in the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony touching the matter under investigation. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.

CONFIDENTIAL

WAGMDL00493702

P-WAG-0016.001

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I,_____, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _____ (business), and that my official title is _____. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of _____ pages.

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the mattes set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of _____ _____(business); and

C. such records were made by _____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

Date                                          Signature

_____          _____

CONFIDENTIAL

WAGMDL00493703

P-WAG-0016.002

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: I7-13-2042
Subpoena No. 17-13-341994

**TO:** Walgreen Corporation (Distributor)
Custodian of Records
AT: 28727 Oregon Road
Perrysburg, Ohio 43551

**PHONE:** 419-662-4003

**FAX:** 419-662-2172

**GREETING:** By the service of this subpoena upon you by DI Wayne Groves who is authorized to serve it, you are hereby commanded and required to appear before DI Groves , an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an official investigation being conducted by the Drug Enforcement Administration, provide the following information and documentation by WALGREENS CORPORATION, 28727 Oregon Road, Perrysburg, Ohio, 43551, DEA Registration #RW0294493: Any and all original security camera and video monitoring system recordings of WALGREENS CORPORATION, DEA Registration #RW0294493, of the RX Area, Controlled Substance Schedules 3 through 5 Cage with surrounding areas, Controlled Substance Schedule 2 Vault and Cage with surrounding areas, and any other Controlled Substance storage areas, for the following time periods: Beginning of Business 11/26/12 through Close of Business 11/30/12, Beginning of Business 12/17/12 through Close of Business 12/21/12, and Beginning of Business 2/4/13 through 12:00 a.m. 2/5/13. Proper identification and labeling of each recording is to be provided.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Wayne Groves, 313-226-7538.

Place and time for appearance: At Detroit Field Division, 431 Howard St., Detroit, Mich. 48226 on the 15th day of February, 2013 at 10:00 AM. In lieu of personal appearance, please mail records to Detroit Field Division, 431 Howard St., Detroit, Mich. 48226.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

## ATTESTED COPY

Signature: _____

James Geldhof
Diversion Program Manager

Issued this 5th day of Feb 2013

FORM DEA-79

CONFIDENTIAL

WAGMDL00493704

P-WAG-0016.002

### Public Law 513-91st Congress
### 2nd Session
### H.R. 18583
### AN ACT

SEC. 506 (a) In any investigation relating to his functions under this title with respect to controlled substances, listed chemicals, tableting machines, or encapsulating machines, the Attorney General may subpoena witnesses, compel the attendance and testimony of witnesses, and require the production any records (including books, papers, documents, and other tangible things which constitute or contain evidence) which the Attorney General finds relevant or material to the investigation. The attendance of witnesses and the production of records may be required from any place in any State or in any territory or other place subject to the jurisdiction of the United States at any designated place of hearing; except that a witness shall not be required to appear at any hearing more than 500 miles distant from the place where he was served with a subpoena. Witnesses summoned under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States.

(b) A subpoena issued under this section may be served by the person designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

(c) In the case of contumacy by or refusal to obey a subpoena to any person, the Attorney General may invoke the aid of any court in the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony touching the matter under investigation. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.

CONFIDENTIAL

WAGMDL00493705

P-WAG-0016.002

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I,_____, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _____ (business), and that my official title is _____. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of _____ pages.

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the mattes set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of _____ _____(business); and

C. such records were made by _____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

Date                                    Signature

_____          _____

CONFIDENTIAL

WAGMDL00493706

P-WAG-00016.003

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: I7-13-2042
Subpoena No. I7-13-342226

**TO:** Walgreen Corporation (Distributor)
AT: 28727 Oregon Road
Perrysburg, Ohio 43551

**PHONE:** 419-662-4003
**FAX:** 419-662-2172

**GREETING:** By the service of this subpoena upon you by DI Wayne Groves who is authorized to serve it, you are hereby commanded and required to appear before DI Groves , an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an official investigation being conducted by the Drug Enforcement Administration, provide the following information and documentation by WALGREENS CORPORATION, 28727 Oregon Road, Perrysburg, Ohio, 43551, DEA Registration #RW0294493: Documentation stating daily sales reports of all controlled substance shipments, identified per day and customer, for the time period 1/1/13 through 12:00 a.m. 2/5/13.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Wayne Groves, 313-226-7538.

Place and time for appearance: At Detroit Field Division, 431 Howard St., Detroit, Mich. 48226 on the 15th day of February, 2013 at 10:00 AM. In lieu of personal appearance, please mail records to Detroit Field Division, 431 Howard St., Detroit, Mich. 48226.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
## ATTESTED COPY
Signature: _____

James Geldhof
Diversion Program Manager

Issued this 5th day of Feb 2013

FORM DEA-79

CONFIDENTIAL

WAGMDL00493707

P-WAG-00016.003

### Public Law 513-91st Congress
### 2nd Session
### H.R. 18583
### AN ACT

SEC. 506 (a) In any investigation relating to his functions under this title with respect to controlled substances, listed chemicals, tableting machines, or encapsulating machines, the Attorney General may subpoena witnesses, compel the attendance and testimony of witnesses, and require the production any records (including books, papers, documents, and other tangible things which constitute or contain evidence) which the Attorney General finds relevant or material to the investigation. The attendance of witnesses and the production of records may be required from any place in any State or in any territory or other place subject to the jurisdiction of the United States at any designated place of hearing; except that a witness shall not be required to appear at any hearing more than 500 miles distant from the place where he was served with a subpoena. Witnesses summoned under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States.

(b) A subpoena issued under this section may be served by the person designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

(c) In the case of contumacy by or refusal to obey a subpoena to any person, the Attorney General may invoke the aid of any court in the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony touching the matter under investigation. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.

CONFIDENTIAL

WAGMDL00493708

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I,_____, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by
_____ (business), and that my official title is
_____. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of _____
pages.

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the mattes set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of
_____ _____(business); and

C. such records were made by _____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

Date                                    Signature

_____        _____

CONFIDENTIAL

WAGMDL00493709

P-WAG-0016.004

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: I7-13-2042
Subpoena No. 17-13-342388

**TO:** Walgreen Corporation (Distributor)
Custodian of Records
AT: 28727 Oregon Road
Perrysburg, Ohio 43551

**PHONE:** 419-662-4003

**FAX:** 419-662-2172

**GREETING:** By the service of this subpoena upon you by DI Wayne Groves who is authorized to serve it, you are hereby commanded and required to appear before DI Groves , an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an official investigation being conducted by the Drug Enforcement Administration, provide the following information and documentation by WALGREENS CORPORATION, 28727 Oregon Road, Perrysburg, Ohio, 43551, DEA Registration #RW0294493: Documentation stating the actual physical inventory counts of all controlled substances and List 1 chemicals on hand at WALGREENS CORPORATION, 28727 Oregon Road, Perrysburg, Ohio, 43551, DEA Registration #RW0294493, on 2/5/13 as of 12:00 a.m.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Wayne Groves, 313-226-7538.

Place and time for appearance: At Detroit Field Division, 431 Howard St., Detroit, Mich. 48226 on the 15th day of February, 2013 at 10:00 AM. In lieu of personal appearance, please mail records to Detroit Field Division, 431 Howard St., Detroit, Mich. 48226.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

## ATTESTED COPY

Signature: _____

James Geldhof
Diversion Program Manager

Issued this 5th day of Feb 2013

FORM DEA-79

CONFIDENTIAL

WAGMDL00493710

P-WAG-0016.004

### Public Law 513-91st Congress
### 2nd Session
### H.R. 18583
### AN ACT

SEC. 506 (a) In any investigation relating to his functions under this title with respect to controlled substances, listed chemicals, tableting machines, or encapsulating machines, the Attorney General may subpoena witnesses, compel the attendance and testimony of witnesses, and require the production any records (including books, papers, documents, and other tangible things which constitute or contain evidence) which the Attorney General finds relevant or material to the investigation. The attendance of witnesses and the production of records may be required from any place in any State or in any territory or other place subject to the jurisdiction of the United States at any designated place of hearing; except that a witness shall not be required to appear at any hearing more than 500 miles distant from the place where he was served with a subpoena. Witnesses summoned under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States.

(b) A subpoena issued under this section may be served by the person designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

(c) In the case of contumacy by or refusal to obey a subpoena to any person, the Attorney General may invoke the aid of any court in the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony touching the matter under investigation. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.

CONFIDENTIAL

WAGMDL00493711

P-WAG-0016.004

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

      I, _____, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _____ (business), and that my official title is _____. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of _____ pages.

      I further state that:

      A. all records attached to this certificate were made at or near the time of the occurrence of the mattes set forth, by, or from information transmitted by, a person with knowledge of those matters;

      B. such records were kept in the course of a regularly conducted business activity of _____ _____(business); and

      C. such records were made by _____ (business) as a regular practice.

      I further state that this certification is intended to satisfy Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

      Date                                      Signature

_____          _____

CONFIDENTIAL

WAGMDL00493712

P-WAG-0016.005

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: I7-13-2042
Subpoena No. 17-13-342624

**TO:** Walgreen Corporation (Distributor)
Custodian of Records
AT: 28727 Oregon Road
Perrysburg, Ohio 43551

**PHONE:** 419-662-4003

**FAX:** 419-662-2172

**GREETING:** By the service of this subpoena upon you by DI Wayne Groves who is authorized to serve it, you are hereby commanded and required to appear before DI Groves , an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an official investigation being conducted by the Drug Enforcement Administration, provide the following information and documentation by WALGREENS CORPORATION, 28727 Oregon Road, Perrysburg, Ohio, 43551, DEA Registration #RW0294493: Documentation identifying a listing of all recipients of controlled substances and List 1 chemicals for the time period 2/1/11 through 2/5/13.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Wayne Groves, 313-226-7538.

Place and time for appearance: At Detroit Field Division, 431 Howard St., Detroit, Mich. 48226 on the 15th day of February, 2013 at 10:00 AM. In lieu of personal appearance, please mail records to Detroit Field Division, 431 Howard St., Detroit, Mich. 48226.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
## ATTESTED COPY
Signature:

James Geldhof
Diversion Program Manager

Issued this 5th day of Feb 2013

FORM DEA-79

WAGMDL00493713

CONFIDENTIAL

P-WAG-0016.005

# Public Law 513-91st Congress
## 2nd Session
## H.R. 18583
## AN ACT

SEC. 506 (a) In any investigation relating to his functions under this title with respect to controlled substances, listed chemicals, tableting machines, or encapsulating machines, the Attorney General may subpoena witnesses, compel the attendance and testimony of witnesses, and require the production any records (including books, papers, documents, and other tangible things which constitute or contain evidence) which the Attorney General finds relevant or material to the investigation. The attendance of witnesses and the production of records may be required from any place in any State or in any territory or other place subject to the jurisdiction of the United States at any designated place of hearing; except that a witness shall not be required to appear at any hearing more than 500 miles distant from the place where he was served with a subpoena. Witnesses summoned under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States.

(b) A subpoena issued under this section may be served by the person designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

(c) In the case of contumacy by or refusal to obey a subpoena to any person, the Attorney General may invoke the aid of any court in the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony touching the matter under investigation. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.

CONFIDENTIAL

WAGMDL00493714

P-WAG-0016.005

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I,_____, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _____ (business), and that my official title is _____. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of _____ pages.

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the mattes set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of _____  _____(business); and

C. such records were made by _____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

Date                                         Signature

_____          _____

WAGMDL00493715

CONFIDENTIAL

P-WAG-0016.006

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: I7-13-2042
Subpoena No. 17-13-343964

**TO:** Walgreen Corporation (Distributor)
Custodian of Records
AT: 28727 Oregon Road
Perrysburg, Ohio 43551

**PHONE:** 419-662-4003

**FAX:** 419-662-2172

**GREETING:** By the service of this subpoena upon you by DI Wayne Groves who is authorized to serve it, you are hereby commanded and required to appear before DI Groves, an officer of the Drug Enforcement Administration to give testimony and to bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an official investigation being conducted by the Drug Enforcement Administration, provide the following information and documentation by WALGREENS CORPORATION, 28727 Oregon Road, Perrysburg, Ohio, 43551, DEA Registration #RW0294493: Any and all email communications, written correspondence, notes, and any other records of communication occurring between the Beginning of Business 9/1/12 and Close of Business 2/6/13, regarding controlled substances, of which were sent or received by employees, contractors, agents, etc. of WALGREENS CORPORATION, DEA Registration #RW0294493, in regards to storing, purchasing, sales, ordering, shipping, receiving, customer files, loss prevention files, due diligence, suspicious orders, thefts or losses, and excessive orders of controlled substances.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Wayne Groves, 313-226-7538.

Place and time for appearance: At Detroit Field Division, 431 Howard St., Detroit, Mich. 48226 on the 15th day of February, 2013 at 10:00 AM. In lieu of personal appearance, please mail records to Detroit Field Division, 431 Howard St., Detroit, Mich. 48226.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
### ATTESTED COPY
Signature:

James Geldhof
Diversion Program Manager

Issued this 5th day of Feb 2013

FORM DEA-79

WAGMDL00493716

CONFIDENTIAL

P-WAG-0016.006

### Public Law 513-91st Congress
### 2nd Session
### H.R. 18583
### AN ACT

SEC. 506 (a) In any investigation relating to his functions under this title with respect to controlled substances, listed chemicals, tableting machines, or encapsulating machines, the Attorney General may subpoena witnesses, compel the attendance and testimony of witnesses, and require the production any records (including books, papers, documents, and other tangible things which constitute or contain evidence) which the Attorney General finds relevant or material to the investigation. The attendance of witnesses and the production of records may be required from any place in any State or in any territory or other place subject to the jurisdiction of the United States at any designated place of hearing; except that a witness shall not be required to appear at any hearing more than 500 miles distant from the place where he was served with a subpoena. Witnesses summoned under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States.

(b) A subpoena issued under this section may be served by the person designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

(c) In the case of contumacy by or refusal to obey a subpoena to any person, the Attorney General may invoke the aid of any court in the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony touching the matter under investigation. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.

CONFIDENTIAL

WAGMDL00493717

P-WAG-0016.006

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _____ (business), and that my official title is _____. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of _____ pages.

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the mattes set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of _____ _____(business); and

C. such records were made by _____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the FEDERAL RULES OF EVIDENCE.

Date                                    Signature

_____        _____

CONFIDENTIAL

WAGMDL00493718