# PSJ18 WALGREENS Opp Exh 34

P-WAG-02546

Message

| | |
|---|---|
| **From**: | Panwar, Madhuri [madhuri.panwar@walgreens.com] |
| **Sent**: | 2/15/2013 10:06:29 AM |
| **To**: | Steffen, Todd [todd.steffen@walgreens.com]; Maney, Mark [mark.maney@walgreens.com]; Videbeck, Brit [brit.videbeck@walgreens.com]; Clagg, Lisa [lisa.clagg@walgreens.com]; Beitz, Neil [neil.beitz@walgreens.com]; Barboza, Edgardo [edgardo.barboza@walgreens.com]; Barnes, Sean [sean.barnes@walgreens.com]; Brown, Michael [michael.b.brown@walgreens.com]; Abraham, Priya Ann [priya.ann.abraham@walgreens.com]; Verma, Shipra [shipra.verma@walgreens.com]; Kundu, Sankar [sankar.kundu@walgreens.com]; Capizzano, Ashley [ashley.capizzano@walgreens.com]; Morton, Maureen [maureen.morton@walgreens.com]; Sylvester, Scott [scott.sylvester@walgreens.com]; Patel, Bhavik [bhavik.patel@walgreens.com]; Biesenthal, Amy [amy.biesenthal@walgreens.com]; Persekian, Inessa [inessa.persekian@walgreens.com]; Cook, Phil [phil.cook@walgreens.com]; Gore, Thomas [thomas.gore@walgreens.com]; Choi, Kyoon [kyoon.choi@walgreens.com]; Moyer, Jeff [jeff.moyer@walgreens.com]; Jackson, Philip [philip.jackson@walgreens.com]; Anderson, Jeffrey [jeffrey.anderson@walgreens.com]; Slone, Reuben [reuben.slone@walgreens.com]; Farris, Andrea [andrea.farris@walgreens.com]; Boyajian, Don [don.boyajian@walgreens.com]; Coughlin, Dan [dan.coughlin@walgreens.com]; Thoss, Sue [sue.thoss@walgreens.com]; Agrawal, Heena [heena.agrawal@walgreens.com]; Engstrom, Tim [tim.engstrom@walgreens.com]; Johnson, Chris [chris.l.johnson@walgreens.com]; Elliott, Jason [jason.elliott@walgreens.com]; Mazur, Christine [christine.mazur@walgreens.com]; Amend, Brian [brian.amend@walgreens.com]; Tiemeyer, Joseph [joseph.tiemeyer@walgreens.com]; Wong, Denise [denise.k.wong@walgreens.com]; Anbil, Shaun [shaun.anbil@walgreens.com] |
| **Subject**: | RE: Weekly PMO Status of Top 20 SC projects |
| **Attachments**: | Weekly PMO Status -Thursday Update 2-14-2013.xlsx |

Couple of people asked for excel version of the report. Here's you go (a more updated version)…..

---

**From:** Panwar, Madhuri
**Sent:** Friday, February 15, 2013 8:17 AM
**To:** Steffen, Todd; Maney, Mark; Videbeck, Brit; Clagg, Lisa; Beitz, Neil; Barboza, Edgardo; Barnes, Sean; Brown, Michael; Abraham, Priya Ann; Verma, Shipra; Kundu, Sankar; Capizzano, Ashley; Morton, Maureen; Sylvester, Scott; Patel, Bhavik; Biesenthal, Amy; Persekian, Inessa; Cook, Phil; Gore, Thomas; Choi, Kyoon; Moyer, Jeff; Jackson, Philip; Anderson, Jeffrey; Slone, Reuben; Farris, Andrea; Boyajian, Don; Coughlin, Dan; Thoss, Sue; Agrawal, Heena; Engstrom, Tim; Johnson, Chris; Elliott, Jason; Panwar, Madhuri; Mazur, Christine; Amend, Brian; Tiemeyer, Joseph; Wong, Denise; Anbil, Shaun
**Subject:** Weekly PMO Status of Top 20 SC projects

Hi!

Please find the status of the Top 20 Supply Chain projects we reviewed yesterday.
- There are 3 projects in "red", 9 in "yellow" and 7 in "green" status (one project has not started).
- In order to resolve project issues and get the projects on track ("green"), I will send a consolidated, categorized issue list with owners/dates so that the issues can be resolved on a priority (Review progress and track resolution dates of issues in Monday Leadership PMO meeting 4-5 pm)
- The PM/Executive sponsor of "red" projects will discuss key project challenges and get guidance from Leadership on how to get these projects on track (Monday Leadership PMO meeting 4-5 pm)

Going forward, we plan to include the following project-wise metrics in this reporting-
- Project health color -Overall, Benefit, Budget, Time

HIGHLY CONFIDENTIAL

P-WAG-02546

- Planned, Actual FYTD and Forecast Saving/Benefit $ & Budget

I will place this consolidated status in the SharePoint site and send link to the group.

Please let me know if you have any questions, concerns or suggestions.

Thanks,
Madhuri

| # | Project | Part of Monday Leadership PMO meeting | Executive Sponsor | Project Manager | Project Health | Accomplishment for week | Plan for coming week | Issue De |
|---|---------|---------------------------------------|-------------------|-----------------|----------------|------------------------|---------------------|----------|
| 1 | PIPE | No | Todd Steffen | Mark Maney | | (1) Finalized Dallas newspaper advertising spots for home delivery capabilities (2)Completed home delivery consumer research and scheduled review with project team (2/21) (3)Completed store layouts for Ship & Get terminals | (1) WAG/FDX executive meeting scheduled in Deerfield - 2/19/13, (2) Install FDX drop boxes at WAG pilot stores (FDX) by 2/28/13, (3) Start 5 store pilot in DFW for Next Day Ground service - 3/31/13, (4) Install Ship & Get terminals | Address to be co nationw delivery WAG/FD meeting Stores lo because deliver f custome |
| 2 | GAP | No | Sue Thoss/ Morgan Knight | Brit Videbeck | | Successfully rolled out 3rd site (Moreno Valley) for daily Rx delivery. | (1) Focus on getting Anderson site rollout on track (2) Prepare for Lehigh rollout (3) Re-examine site rollout schedule (March 10th -May17th) to save cost/buy time. | (1)**Ande continue struggle place to track) (2)**Wind Windsor area is n and nee tempora to handl differen IT chang |

HIGHLY CONFIDENTIAL

P-WAG-02546

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | not antic... being ev... |
| 3 | OSA | Potential #1 Funding #2 Field coordinator availability | Andrea Farris/ Roxanne Flanagan | Lisa Clagg/Neil Beitz | | (1)Prepared baseline metrics for pilot districts (2) Published 1st week of third party audits to pilot districts (3) Developed new chainwide roll-out timeline and start date (4) Started 10 store pilot on Weighted Ad Bulletin (5)Set up bi-weekly calls with district pilot OPTs to solicit feedback. | (1) Preparation for March RAC (2) Visit to Raleigh district to solicit program feedback via focus groups 2/20-2/22. (3) Modify business case to incorporate CSAT scores for pilot districts from Customer Experience team(4)Work with vendors to new combined stocking cart possibility(same cart for all stores) | (1) Start... **OSA Fiel... Coordina...** not yet b... determi... (2) **Fund... chain wi...** is not ye... (3) Need... incorpor... changes ... for **exce... stockroo...** don't qu... roller re... addition... may nee... business... (change ... and/or F... |
| 4 | LEAN | Yes #1 How to get project on track | Don Boyajian | Edgardo Barboza | Green for culture(Team member engagement) Red for financial results (FYTD Approx $500k of saving vs $6M target) | (1)Conducted workshop for DC Lean champions for Kaizen events and Lean tools  (2) Created communication system (weekly lean calls with site champions and website for sharing Kaizen events). | (1)Game plan/Roadmap from DC's to achieve $6M Lean saving will be submitted by 2/22. (2)Developing on-site support plan to prioritize site visits to help meet saving goal/address issues. (3) Meeting with PMO PM's to align/linkage between projects and Lean (E.g.  Ashley and Maureen | (1) **Reso... constrai...** corporat... level (pl... to bring ... champi... (2) Pote... double c... efforts a... across P... lean initi... Edgardo... mitigate... |

WAGMDL00477977

P-WAG-02546

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | for Seasonal Distribution Planning) | |
| 5 | Sourcing | Yes<br>How to get project on track | Dan Coughlin | Greg Miller | FYTD $500 K saving vs Target of $8M | (1) Full time PM (Greg) designated for project, defining roles & responsibilities<br>(2)Reviewed DC sourcing champions contacts<br>(3) Clarified corporate sourcing objectives<br>(4)Tracking savings submitted monthly (limited success) | (1)Project charter development with Dan & Sunil Gupta<br>(2)DC's are putting in resources to track results<br>(3)Identifying top 3 sourcing benefit sources<br>(4)Weekly meeting with Greg, Sunil, Carl, and Dan<br>(5)Discuss on Monday-what is needed from DCs, Sourcing group<br>(6)RASIC for team and definition of new Sourcing process | (1) **E-Pro working** processi March 1 date<br>(2)Need with cos item, ve DC's to t<br>(3)70 lin opportu equates savings– delay (o 26 line it |
| 6 | Government Compliance | Yes<br># DEA Issue | Sue Thoss | Sean Barnes | | (1) Perrysburg DEA visit, plan to handle controlled drug substances/service store in case if Perrysburg is shut down(2)Focus on Rx Return, 1506/Hazmat | 2/24 – new pattern goes in for<br>Mitigate if DEA shuts downs Perrysburg | (1)Poten **issue at** DC-Plan pattern take ord originall for Perry across V Vernon Risk =$4 brand ar inventor in Perry original bleed th because has inve orders w redirect. resolutic CII is at sites(Wi |

WAGMDL00477978

P-WAG-02546

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Lehigh) ⟨ license/⟨ control s to Ohio. already for Ohio one for week lea get the l Seeking Cardinal external |
| | | | | | | | | **(2)Rx Re** related t changed requiren shipping additione New go- (Mid Apr |
| 7 | Retail Renewal | No | Todd Steffen | TBD | | (1) Updated global strategy document and business case(Consolidated cost & benefit) that will be presented at February end Offsite Strategy session. | (1)Finalize the RR material and circulate with 5 other Strategic Action Forum (SAF) that will need Retail Renewal to deliver their strategy (2)Organization Structure required for RR and its alignment with SC Organization and staff the Retail Renewal team. | Risk -If fi allocated retail sys limited f and risk the busi |

HIGHLY CONFIDENTIAL

P-WAG-02546

| 8 | Network Optimization | No | Sue Thoss/ Morgan Knight | Michael Brown | Resources, Schedule | (1)Working with recruitment on open posting for project. (2) Since initiative is confidential, details cannot be shared with group | (1)Method of request-Develop framework/guidelines for requests that get batched for analysis and prioritization (Due date 2/28) (2)Discuss how to provide status of this confidential project | (1) **Reso** (candida identified with soft supplier may be a us. |
|---|---|---|---|---|---|---|---|---|
| 9 | B1SC - Well Experience | No | Todd Steffen | Priya  Abraham | Project not started. Initial meeting setup | | | |
| 10 | EDI Re-Platform | Yes #1 ESS Help required/escalation to Denise/Carla | Jason Elliott | Shipra Verma(Business) Sankar Kundu(IT) | | Working with ESS to finalize production server | Provide planned schedule deadline milestone date and business risk of not achieving that date | Schedule changing Producti Date 3/2 QA serve given, m possibili the prod server a this rele |
| | | | | | | | | ESS dedi person ( Ruttenb ready to firewall once pro server is |
| 11 | Seasonal Distribution & Planning Monitoring | Yes #1 Executive Sponsor backup #2 Help with setting up of Brainstorming session | Tim Engstrom | Ashley Capizzano Maureen Morton | | (1)Completed Charter, action item (draft) (2)Created brainstorming attendee list | (1)Get leadership's team help on setting up brainstorming session with over 30 people (2) Maureen Isidoro has gone through Process Design training – will do train the trainer on root | Delay as sponsor available to reach or do lat review a docume direction |

WAGMDL00477980

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | cause analysis (similar to continuous improvement); use Workout methodology with this opportunity but don't delay project. (3)Need post mortem(results vs. plan) on Valentine's season (4) SDP meeting get folks who are in charge of category presenting the content. (5)Create RASIC for bulk (Week of 2/18) (6)Define the workstream and team-members required. | Talk to R Bryan Pu attendee brainsto activity |
| 12 | Each pick efficiency | Yes (Benefit definition, linkage with Lean initiative) | Chris Johnson | Scott Sylvester | | (1) Scott is dedicated full-time PM (2) Gathered project background, Inventoried initiatives underway (3)Completed PMO training | (1) Work with Chris to set measurable milestones, project charter, and financial goals. (2)Leadership discussion (Project Vs Lean) -discuss on benefit realization/definition, how to measure, guarding against double counting of benefits. | |
| 13 | B1SC - Delivery Frequency | No | Jason Elliott/ Sue Thoss | Bhavik Patel | Pilot date depends on funding approval | (1)Working with finance(Tim Banks/Mike P) to develop business case and get approval for funding $600-700K (2)Coordinating with store ops for training and transportation for making route | (1)Confirm inventory benefit number w/ Andrea (2/22) (2)Working with IT to make order model changes (Steve Bamberg). Make inventory model changes to below 4/7 minimum. (3)Define the pilot plan (6 month) and publish results monthly | **(1)Store may neg benefit/ inventor** A. Traini to lock s override B. Need store cle commun about lo |

P-WAG-02546

| | | | | | | changes (need 4 week lead time). (3)Planning 6 month pilot | (4)Finalize the training, change management and transportation route change. | override procedu pilot dur C. Check Jackson reviewin override |
|---|---|---|---|---|---|---|---|---|
| 14 | Backhaul | Yes Informational (financial shortfall) | Jason Elliott | Sean Barbour | Accounting $658K vs $680K plan ($30K from GM) – first month to hit budget | Met the backhaul budget (35% increase) | Send forecast of saving plan for year (2/21) | Recogni financia and how (1)Will n target by ($8.5M $9.75M leadersh cover th <br><br> (3) Can't Carrier f to techn – TMS h requiren docume |

WAGMDL00477982

P-WAG-02546

| 15 | Receipts:COGS | Yes | Heena Agrawal | Amy Biesenthal | | (1) Completed Project Charter (2) Created summary of learning from ISP Shadowing(3)Formed project team and held two brainstorming sessions (4) Created base playbook (5) Set for 3/4 4 day pilot | (1)Gather additional information for playbook: guidelines, ensure that the process in line with inventory productivity goals etc. (2) Develop success criteria for upcoming up pilot (including escalation and delegation of authority) (3)Present Project Charter in PMO Leadership meeting (4)Share success story and benefit as the pilot progresses. | None |
| 16 | Unified Forecasting | Yes Resource availability | Andrea Farris | Inessa Persekian(Business) Phil Cook(IT) | Yellow for cloud fees issue and resources | Tested Forecast Manager UAT for go-live on Monday (1st release – soft launch) | (1)Prepare for forecaster training (week of 2/25) (2)Validate production environment (3)Vinayak meeting scheduled with Denise -financial situations (4)Inessa and Phil to prepare for Monday leadership discussion (Inessa 's responsibilities - critical vs non critical, IT needs of committed point person from business) | (1)Resou availabil full time responsi PSO, EDI Collab, N data); m leave 5/ backup f (2)Hostir Issue |
| 17 | Inner Packs | Yes Informational (Financial benefit) | Sue Thoss/ Jason Elliott | Thomas Gore | | (1)Created Project Charter and Process flows (2) One private brand vendor eliminated inner packs | (1) Review charter with Sue (1st) and Finance and Leadership (2/22) (2) Identify metrics for the project, define team for each workstream (2/22) (3)Create playbook to track vendor conversion (TBD) | (1)Finan needs tc defined $6M is tc chainwic eliminat packs fc Private b Rx, depe vendor c |

WAGMDL00477983

P-WAG-02546

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (2)Identi... setup sc... to be in... confirm... next we... |
| 18 | Labor Management System (LMS) | Yes #1 ESS related issue #2 Informational (financial shortfall) | Sue Thoss/ Matt Rhodes | Kyoon Choi | Yellow based on server delay (mitigated lost time – early April target). | Went live with FC Pick in Jupiter (engineered standard of how long each activity should take; posted reports; at CM phase with FC Mgrs) | (1)Prep for split case and detrash– 2/25 launch (2)Need Lean structure with measurement of savings. Baseline needed. (3)Need roadmap of savings and provide any resource needs to meet the $900K goal (2/22) (4)Publish lesson learned as pilot proceeds (TBD) | VPN acc... vendor (... escalati... within IT... raising c... project b... as the ve... to be on... group ca... help. |
| | | | | | | | | Financia... budget... $900K sa... – can we... green? (... impleme... window... saving ca... material... Need ro... savings ... by what... date. N... account... gap and... needed. |
| 19 | McLane Operational Improvement (DSD Process Innovation) | No | Andrea Farris/ Marion Lalich | Jeff Moyer | | Developed roadmap & business case(costs/benefits analysis) to define McLane Operational Improvement (Goal to improve in-stock, | Present the recommendation/roadmap, business case and resource request to the Steering Committee Meeting on 2/20 | (Potenti... Resourc... availabil... on imple... the road... the agen... Steering... discussio... |

WAGMDL00477984

P-WAG-02546

| 20 | Central Store Ordering | No | | Denise Wong/ Roxanne Flanagan | Phil Jackson (Business) Jeff Anderson (IT) | | | (1) Completed tests with Retalix – put our unified forecast into their ordering system. (2)Evaluating results(comparison of orders between existing system & new system) and working with finance to put benefit case (3) Retalix has provided initial cost proposal, being reviewed with finance. | (1)Teeing up JDA and Oracle for next 60 days to get to test results from them as well. (2) Develop Project charter and review with leadership team  (Project Objective:  One ordering solution that will handle Fresh, SS, Rx & GNFR) | (Potenti days is ti – need f staffing software |

HIGHLY CONFIDENTIAL

WAGMDL00477985

| # | Project | Part of Monday Leadership PMO meeting | Executive Sponsor | Project Manager | Project Health | Accomplishment for week | Plan for coming week | Issue Description | Owner | Date Resolved |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PIPE | No | Todd Steffen | Mark Maney | | (1) Finalized Dallas newspaper advertising spots for home delivery capabilities (2)Completed home delivery consumer research and scheduled review with project team (2/21) (3)Completed store layouts for | (1) WAG/FDX executive meeting scheduled in Deerfield - 2/19/13, (2) Install FDX drop boxes at WAG pilot stores (FDX) by 2/28/13, (3) Start 5 store pilot in DFW for Next Day Ground service - 3/31/13, (4) Install Ship & Get terminals | Address rates/Need to be cost-effective nationwide home delivery service in WAG/FDX executive meeting | Mark Maney | 19-Feb |
| | | | | | | | | Stores lose patients because we do not deliver for cash only customers | TBD | Need to get dates |
| 2 | GAP | No | Sue Thoss/ Morgan Knight | Brit Videbeck | | Successfully rolled out 3rd site (Moreno Valley) for daily Rx delivery. | (1) Focus on getting Anderson site rollout on track (2) Prepare for Lehigh rollout (3) Re-examine site rollout schedule (March 10th -May17th) to save cost/buy time. | (1)**Anderson** continues to struggle(plan is in place to get on track) | Morgan Knight | Need to get dates |
| | | | | | | | | (2)**Windsor** (Risk) -Windsor's new Rx area is not ready and need temporary provision to handle market differently. Potential IT changes that were not anticipated are being evaluated. | Morgan Knight | Need to get dates |
| 3 | OSA | Potential #1 Funding #2 Field coordinator availability | Andrea Farris/ Roxanne Flanagan | Lisa Clagg/Neil Beitz | | (1)Prepared baseline metrics for pilot districts (2) Published 1st week of third party audits to pilot districts (3) Developed new chain wide roll-out timeline and start date (4) Started 10 store pilot on Weighted Ad Bulletin (5)Set up bi-weekly calls with district pilot OPTs to solicit feedback. | (1) Preparation for March RAC (2) Visit to Raleigh district to solicit program feedback via focus groups 2/20-2/22. (3) Modify business case to incorporate CSAT scores for pilot districts from Customer Experience team(4)Work with vendors to new combined stocking cart possibility(same cart for all stores) | (1) Start date of the **OSA Field Coordinators** has not yet been determined | Todd Steffen/Roxanne Flanagan | a.s.a.p. |
| | | | | | | | | (2) **Funding for chain wide roll-out** is not yet secured | Todd Steffen/Roxanne Flanagan | 3/30/2013 |
| | | | | | | | | (3) Need to incorporate program changes for **exception stockrooms** that don't qualify for roller removal and additional U-boats, may need to change business case (change in budget and/or ROI) | Jason Surlock | 2/15/2013 |
| 4 | LEAN | Yes #1 How to get project on track | Don Boyajian | Edgardo Barboza | Green for culture(Team member engagement) Red for financial results (Not achieved savings from Kaizen events facilitated) | (1)Conducted workshop for DC Lean champions for Kaizen events and Lean tools (2) Created communication system (weekly lean calls with site champions and website for sharing Kaizen events). | (1)Game plan/Roadmap from DC's to achieve $6M Lean saving will be submitted by 2/22. (2)Developing on-site support plan to prioritize site visits to help meet saving goal/address issues. (3) Meeting with PMO PM's to align/linkage between projects and Lean (E.g. Ashley and Maureen for Seasonal Distribution Planning) | (1) **Resource constraints** at corporate champion level (plan in place to bring on board 3 champions) | Leadership Team | 2/18/2013 |
| | | | | | | | | (2) Potential risk of double counted efforts and savings across Projects and lean initiative. Edgardo and PM's to mitigate | Edgardo Barboza | Ongoing |
| 5 | Sourcing | Yes How to get project on track | Dan Coughlin | Greg Miller | $500 K saving vs. Target of $8M | (1) Full time PM (Greg) designated for project, defining roles & responsibilities (2)Reviewed DC sourcing champions contacts (3) Clarified corporate sourcing objectives (4)Tracking savings submitted monthly (limited success) | (1)Project charter development with Dan & Sunil Gupta (2)DC's are putting in resources to track results (3)Identifying top 3 sourcing benefit sources (4)Weekly meeting with Greg, Sunil, Carl, and Dan (5)Discuss on Monday- what is needed from DCs, Sourcing group (6)RASIC for team and definition of new Sourcing process | (1) **E-Pro is not working** (no order processing system )– March 15 repair date | Frank Matagrano | 15-Mar |
| | | | | | | | | (2)Need item profile with cost saving by item, vendor across DC's to track savings | Sunil Gupta Greg Miller | Need to get dates |
| | | | | | | | | (3)70 line opportunity list that equates to $7.5M savings-- negotiation delay (only through 26 line items). | Sunil Gupta | Need to get dates |
| 6 | Government Compliance | Yes # DEA Issue | Sue Thoss | Sean Barnes | | (1) Perrysburg DEA visit, plan to handle controlled drug substances/service store in case if Perrysburg is shut down(2)Focus on Rx Return, 1506/Hazmat | 2/24 – new pattern goes in for Mitigate if DEA shuts downs Perrysburg | (1)Potential **DEA issue at Perrysburg** DC-Plan to put new pattern on 2/24 to take orders originally scheduled for Perrysburg across Windsor, Mt. Vernon and Lehigh. Risk =$4.5M of brand and generic inventory in Perrysburg, original plan was to bleed the inventory because if parent has inventory, orders will not redirect. Identifying resolution. CII is at risk, 2 sites(Windsor & Lehigh) don't have license/cannot ship control substances to Ohio. Mt. Vernon already has license for Ohio, but needs one for Michigan. 6 week lead time to get the license. Seeking help from Cardinal/other external Jobber. | Sue Thoss | Need to get dates |
| | | | | | | | | (2)**Rx Return -issues** related to missed or changed requirements due to shipping, added additional resources, New go-live date (Mid April) | Pandit | Resolved |
| 7 | Retail Renewal | No | Todd Steffen | TBD | | (1) Updated global strategy document and business case(Consolidated cost & benefit) that will be presented at February end Offsite Strategy session. | (1)Finalize the RR material and circulate with 5 other Strategic Action Forum (SAF) that will need Retail Renewal to deliver their strategy (2)Organization Structure required for RR and its alignment with SC Organization and staff the Retail Renewal team. | Risk -If funding is not allocated for core retail system -limited functionality and risk to running the business. | Todd Steffen | 3/5/2013 |

| # | Initiative | Exec Sponsor | Lead | PM | Resources/Schedule | Status | Details | Risk | Owner | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Network Optimization | No | Sue Thoss/ Morgan Knight | Michael  Brown | Resources, Schedule | (1)Working with recruitment on open posting for project. (2)Since initiative is confidential, details cannot be shared with group | (1)Method of request-Develop framework/guidelines for requests that get batched for analysis and prioritization (Due date 2/28) (2)Discuss how to provide status of this confidential project | (1) **Resources** (candidate not identified yet) Check with software suppliers to see who may be a good fit for us. | Morgan Knight | Need to get dates |
| 9 | B1SC - Well Experience | No | Todd Steffen | Priya  Abraham | Project not started. Initial meeting setup | | | | | |
| 10 | EDI Re-Platform | Yes #1 ESS Help required/escalation to Denise/Carla | Jason Elliott | Shipra Verma(Business) Sankar Kundu(IT) | | Working with ESS to finalize production server | Provide planned schedule deadline milestone date and business risk of not achieving that date | Schedule keeps changing for Production (Revised Date 3/22), DR and QA server (no dates given, mid May possibility). Will use the production server as QA box for this release. | Monday Leadership Discussion/Escalate to leadership team | Need to get dates |
| | | | | | | | | ESS dedicated person (Bruce Ruttenberg)will be ready to open firewall request once production server is ready. | | Need to get dates |
| 11 | Seasonal Distribution & Planning Monitoring | Yes #1 Executive Sponsor backup #2 Help with setting up of Brainstorming session | Tim Engstrom | Ashley Capizzano Maureen Morton | | (1)Completed Charter, action item (draft) (2)Created brainstorming attendee list | (1)Get leadership's team help on setting up brainstorming session with over 30 people (2) Maureen Isidoro has gone through Process Design training – will do train the trainer on root cause analysis (similar to continuous improvement); use Workout methodology with this opportunity but don't delay project. (3)Need post mortem(results vs. plan) on Valentine's season (4) SDP meeting get folks who are in charge of category presenting the content. | Delay as Exec sponsor  is not available. Ask Jason to reach out to Tim or do late night to review and approve documents to set direction. | Jason Elliott | 18-Feb |
| | | | | | | | | Talk to Roxanne and Bryan Pugh to set attendees for brainstorming activity | Todd Steffen | 18-Feb |
| 12 | Each pick efficiency | Yes (Benefit definition, linkage with Lean initiative) | Chris Johnson | Scott  Sylvester | | (1) Scott is dedicated full-time PM (2) Gathered project background, Inventoried initiatives underway (3)Completed PMO training | (1)Work with Chris to set measurable milestones, project charter, and financial goals. (2)Leadership discussion (Project Vs. Lean)  -discuss on benefit realization/definition, how to measure, guarding against double counting of benefits. | | | |
| 13 | B1SC - Delivery Frequency | No | Jason Elliott/ Sue Thoss | Bhavik Patel | Pilot dates depends on funding approval | (1)Working with finance(Tim Banks/Mike P) to develop business case and get approval for funding $600-700K (2)Coordinating with store ops for training and transportation for making route changes (need 4 week lead time). (3)Planning 6 month pilot | (1)Confirm inventory benefit number w/ Andrea (2/22) (2)Working with IT to make order model changes (Steve Bamberg). Make inventory model changes to below 4/7 minimum. (3)Define the pilot plan (6 month) and publish results monthly (4)Finalize the training, change management and transpiration route change. | **(1)Store overrides may negate benefit/raise inventory levels** A. Training -process to lock store overrides, B. Need MVP, CL store clear communication about locking overrides procedurally for pilot duration. C. Check with Phil Jackson who is reviewing store overrides procedure. | Bhavik Patel | Need to get dates |
| 14 | Backhaul | Yes Informational (financial shortfall) | Jason Elliott | Sean Barbour | Accounting $658K vs. $680K plan ($30K from GM) – first month to hit budget | Met the backhaul budget (35% increase) | Send forecast of saving plan for year (2/21) | Recognize projected financial shortfall and how to make up (1)Will miss annual target by $1.25M – ($8.5M vs. Goal of $9.75M )need leadership team to cover the gap. | Leadership Team | Need to get dates |
| | | | | | | | | **Redacted – Attorney Client Privileged** | Jason Elliott | Need to get dates |
| | | | | | | | | (3) Can't act as Carrier for Hire due to technology limits – TMS has constraints documented. | Retail Renewal Scope | Need to get dates |
| 15 | Receipts: COGS | Yes | Heena Agrawal | Amy Biesenthal | | (1) Completed Project Charter (2) Created summary of learning from ISP Shadowing(3)Formed project team and held two brainstorming sessions (4) Set for 3/4 4 day pilot | (1)Gather additional information and create playbook: guidelines, ensure that the process in line with inventory productivity goals etc. (2) Develop success criteria for upcoming up pilot (including escalation and delegation of authority) (3)Present Project Charter in PMO Leadership meeting (4)Share success story and benefit as the pilot progresses. | None | | |
| 16 | Unified Forecasting | Yes Resource availability | Andrea Farris | Inessa Persekian(Business) Phil Cook(IT) | Yellow for cloud fees issue and resources | Tested Forecast Manager UAT for go-live on Monday (1st release – soft launch) | (1)Prepare for forecaster training (week of 2/25) (2)Validate production environment (3)Vinayak meeting scheduled with Denise -financial situations (4)Inessa  and Phil to prepare for Monday leadership discussion (Inessa 's responsibilities -critical vs. non critical, IT needs of committed point person from business) | (1)Resource availability (PM not full time – current responsibility for PSO, EDI, Vendor Collab, McLane data); maternity leave 5/10 – need backup PM | Andrea/ Leadership team | |
| | | | | | | | | (2)Hosting Charge Issue | Vinayak Pandit | Need to get dates |
| 17 | Inner Packs | Yes Informational (Financial benefit) | Sue Thoss/ Jason Elliott | Thomas Gore | | (1)Created Project Charter and Process flows (2) One private brand vendor eliminated inner packs | (1) Review charter with Sue (1st) and Finance and Leadership (2/22) (2) Identify metrics for the project, define team for each work stream (2/22) (3)Create playbook to track vendor conversion (TBD) | (1)Financial benefit needs to be defined (Approx. $6M is topside – chain wide – eliminate all inner packs for branded, Private brand, and Rx, dependent on vendor compliance). | Leadership Team | Need to get dates |

P-WAG-02546.001

| # | Name | Yes/No | Owner | Lead | Status | Progress | Next Steps | Issues | Issue Owner | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (2)Identify if Item setup scope needs to be included – confirm with Sue next week | Sue Thoss | Need to get dates |
| 18 | Labor Management System (LMS) | Yes #1 ESS related issue #2 Informational (financial shortfall) | Sue Thoss/ Matt Rhodes | Kyoon Choi | Yellow based on server delay (mitigated lost time – early April target). | Went live with FC Pick in Jupiter (engineered standard of how long each activity should take; posted reports; at CM phase with FC Mgrs.) | (1)Prep for split case and detrash– 2/25 launch (2)Need Lean structure with measurement of savings. Baseline needed. (3)Need roadmap of savings and provide any resource needs to meet the $900K goal (2/22) (4)Publish lesson learned as pilot proceeds (TBD) | VPN access for vendor (VDI)– escalation needed with IT security – raising cost of project by $6K/week as the vendor needs to be onsite. ESS group can possibly help. | Leadership Team | Need to get dates |
| | | | | | | | | Financial Gap in budget $900K savings at risk – can we get back to green? (9 week implementation window before saving can be materialized) Need roadmap of savings - how much by what date. Need to account for financial gap and adjust as needed. | Leadership Team | Need to get dates |
| 19 | McLane Operational Improvement (DSD Process Innovation) | No | Andrea Farris/ Marion Lalich | Jeff Moyer | | Developed roadmap & business case(costs/benefits analysis) to define McLane Operational Improvement (Goal to improve in-stock, resolve late delivery issues etc.) | Present the recommendation/roadmap, business case and resource request to the Steering Committee Meeting on 2/20 | (Potential issue) Resources availability to focus on implementing the roadmap. Part of the agenda of Steering Committee discussion | | |
| 20 | Central Store Ordering | No | Denise Wong/ Roxanne Flanagan | Phil Jackson (Business) Jeff Anderson (IT) | | (1) Completed tests with Retalix – put our unified forecast into their ordering system. (2)Evaluating results(comparison of orders between existing system & new system) and working with finance to put benefit case (3) Retalix has provided initial cost proposal, being reviewed with finance. | (1)Teeing up JDA and Oracle for next 60 days to get to test results from them as well. (2) Develop Project charter and review with leadership team (Project Objective: One ordering solution that will handle Fresh, SS, Rx & GNFR) | (Potential Issue) 60 days is tight timeline – need formal staffing plan for software suppliers | Vinayak Pandit | Need to get dates |

HIGHLY CONFIDENTIAL

WAGMDL00477988

| Top 20 Project issues/risks that need mitigation | | | | |
|---|---|---|---|---|
| **Issue Category** | **Project** | **Description** | **Owner** | **Date Required** |
| **Funding Issues** | OSA | Secure funding for chainwide roll-out | Todd  Steffen/ Roxanne Flanagan | 3/29/2013 |
| | B1SC - Delivery Frequency | $600-$700 K funding for Delivery Frequency pilot | Heena Agrawal Tim Banks | Need to get dates |
| **Resource Constraints** | OSA | Field Coordinators availability for performing stockroom surveys prior to leading training | Todd  Steffen/ Roxanne Flanagan | 3/15/2013 |
| | Lean | Resource constraints at corporate champion level Edgardo to define needs. | Sue Thoss/Don Boyajian | asap |
| | Seasonal Distribution & Planning Monitoring | Need cross function resources for brainstorming session planned for next week. Ashley to publish resource list and Todd/Leadership team to talk to Roxanne and Bryan Pugh | Todd  Steffen | |
| | Unified Forecasting | Resource availability (PM-Inessa  not full time – current responsibility for PSO, EDI, Vendor Collab, McLane data); maternity leave 5/10 | Andrea/Leadership Team | asap |
| **ESS/IT issues** | EDI Re-Platform | Need confirmed dates for Production, DR and QA server and assurance of dedicated resources to open firewall when  production server is ready | Denise Wong, Carla Moradi | asap |
| | Labor Management System (LMS) | VPN access for vendor (VDI) – escalation needed within IT security – raising cost of project by $6K/week as the vendor needs to be onsite. | Denise Wong, Carla Moradi | asap |
| **HR/Opening** | Lean | 3 new positions. Steve wrote JD and sent to Dave K, needs to accelerate the process | David Kornhauser | asap |
| | Network Optimization | Open head count-can't get suitable candidate. Suggestion=Check with software suppliers to see who may be a good fit for us. | David Kornhauser Project Team | asap |
| **Financial Impact** | Backhaul | Recognize projected financial shortall and define how to make up: Will miss annual target by $1.25M – ($8.5M vs Goal of $9.75M )need leadership team to cover the gap. | Leadership Team | Need to get dates |
| | Labor Management System (LMS) | Recognize projected financial shortall and define how to make up: $900K savings at risk | Leadership Team | Need to get dates |
| | Unified Forecasting | Hosting Charge Issue | Sue Thoss/Denise Wong | Need to get dates |
| **Projects that are red &/or need help with direction** | Lean (FYTD $250K saving vs $6M target) | Don Boyajian and Edgardo Barboza to present list of challenges & seek help/guidance in Monday PMO meeting (4-5pm) | Leadership Team | 2/18/2013 |
| | Sourcing (FYTD $500K saving vs $8M target) | Dan Coughlin and  Greg Miller to present list of challenges & seek help/guidance in Monday PMO meeting (4-5pm) | Leadership Team | 2/18/2013 |
| | Government  Compliance (DEA issue at Perrysburg DC) | Sue Thoss/team to present project issues and discuss mitigation in Monday PMO meeting (4-5pm) | Leadership Team | 2/18/2013 |
| | Each pick efficiency | How to separate the benefit/effort for Lean and Each pick efficiency project | Leadership Team | 2/18/2013 |

WAGMDL00477989