# PSJ18 WALGREENS Opp Exh 37

Message

**From**: Crawford, Kermit [kermit.crawford@walgreens.com]
**Sent**: 2/22/2013 6:17:58 PM
**To**: Berkowitz, Jeff [jeffrey.berkowitz@walgreens.com]
**Subject**: Re: Cardinal and DEA/Kaufman Call to Kermit

I know Rubin has been working very closely with Mike on the "lift and shift".

Kermit Crawford
President
Pharmacy, Health and Wellness
Walgreens
108 Wilmot Road, MS #1858
Deerfield, IL 60015
P: 847-315-3154
F: 847-315-3652

**From:** <Berkowitz>, Jeffrey Berkowitz <jeffrey.berkowitz@walgreens.com>
**Date:** Friday, February 22, 2013 9:29 AM
**To:** Kermit Crawford <kermit.crawford@walgreens.com>
**Subject:** Fwd: Cardinal and DEA/Kaufman Call to Kermit

? Weird that Ruben is updating mike?

Begin forwarded message:

**From:** "Bleser, Mike" <mike.bleser@walgreens.com>
**Date:** February 22, 2013, 4:23:37 PM GMT+01:00
**To:** "Foreman, Jeffrey" <jeffrey.foreman@walgreens.com>, "Berkowitz, Jeff" <jeffrey.berkowitz@walgreens.com>, "Destefano, Frank" <frank.destefano@walgreens.com>
**Subject: RE: Cardinal and DEA/Kaufman Call to Kermit**

**From:** Slone, Reuben
**Sent:** Friday, February 22, 2013 9:13 AM
**To:** Thoss, Sue; Bleser, Mike
**Cc:** Slone, Reuben
**Subject:** Cardinal and DEA/Kaufman Call to Kermit

Sue and Mike,

Last night, Kaufman called Kermit to discuss the following three items:

1.  <!--[if !supportLists]--><!--[endif]-->Cardinal wants to know status of their agreement with WAG
2.  <!--[if !supportLists]--><!--[endif]-->Cardinal wants to eliminate the CII generic incentive (Kermit wants Mike to follow up with Jeff Foreman on this)
3.  <!--[if !supportLists]--><!--[endif]-->Cardinal wants to limit how much CII they will supply to any of our stores based on their algorithms. Kaufman told Kermit that might only be one bottle per store per month per SKU. Probably

HIGHLY CONFIDENTIAL

WAGMDL00705303

an exaggeration. Kaufman also said that they would be obligated to report to the DEA any suspicious ordering that they saw at a Wag store level.

I asked Melissa to get us together at 2:30 PM today to discuss at Kermit's request.

Thanks.

**Be Well,**
**Reuben**


**Reuben Slone**
SVP, Supply Chain and Logistics
Walgreen Co.
108 Wilmot Road
Deerfield, IL 60015
(847) 315-3268
(847) 315-2506 Fax

HIGHLY CONFIDENTIAL

WAGMDL00705304