# PSJ18 WALGREENS Opp Exh 39

Message

| | |
|---|---|
| **From**: | Vicki Mangus [vicki.mangus@andanet.com] |
| **Sent**: | 11/28/2012 4:17:36 PM |
| **To**: | Foreman, Jeffrey [jeffrey.foreman@walgreens.com]; Price, Jeffrey [jeffrey.price@walgreens.com]; Rurka, David [david.rurka@walgreens.com]; Murray Jr, Denman [denman.murray@walgreens.com]; Groth, Bill [bill.groth@walgreens.com] |
| **CC**: | William F Versosky [Bill.Versosky@Andanet.com]; Robert Brown [robert.brown@andanet.com] |
| **Subject**: | Walgreens State Controls Summaries |
| **Attachments**: | #WALGREENS_ANALYSIS-STATES.xlsx; Walgreens Map Control Percent Flagged.pptx |

Team Walgreens:

As promised, I've attached a summary dashboard report showing controls by state …. The criteria utilized for this report is as follows:

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

### WALGREENS STATE ANALYSIS (attachment #1)\*\*:

- 59% of all FL stores will require a completed questionnaire (approx. 500 stores)

- 38% of all GA stores will require a completed questionnaire (approx. 80 stores)

- Although we thought FL/GA stores might be more "questionable" than other states, the data has actually shows that this is not the case …. On a national level, 21% of Rx's and 24% of pill count are Controlled Substances vs. Non-Controls …. FL/GA stores are not necessarily "abnormal" …. There are other states that have somewhat comparable questionable store percentages ….

*\*\* NOTE: we will also provide a report which will allow you to drill down to the store level based on the flags outlined on the attached summary … hope to have that report to you tomorrow*

### MAP SLIDES (attachment #2):

- *Slide #1*: [redacted]

- *Slide #2*: [redacted]

- *Slide #3*: [redacted]

HIGHLY CONFIDENTIAL

WAGMDL00774715

So, what's the next step guys?  What we'd like to discuss is a realistic timeline on when you think we could receive completed questionnaires back from your FL/GA stores …. & then ultimately, when we would receive completed questionnaires from the other states …. In order for us to provide a "final" list of truly problematic stores, we need to have those completed questionnaires for Robert & his team to review ….

Please take some time to digest this data …. We can discuss further on our Friday 10am CST/11am EST Purchase Agreement Conf Call …. If you have any immediate questions however, feel free to reach out to me prior to Friday's call ….

Vicki J. Mangus
**Director, National Accounts**

2915 Weston Road
Weston, Florida 33331
TF. 1-800-331-ANDA (2632) x 74471
Office. 954-217-4471
Cell. 954-295-4104
vicki.mangus@andanet.com



HIGHLY CONFIDENTIAL

WAGMDL00774716