# PSJ18 WALGREENS Opp Exh 40

# FILED UNDER SEAL