# PSJ18 WALGREENS Opp Exh 41

**FILED UNDER SEAL**