# PSJ18 WALGREENS Opp Exh 45

Message

| | |
|---|---|
| **From**: | Bancroft, Wayne [wayne.bancroft@walgreens.com] |
| **Sent**: | 4/27/2012 10:42:17 AM |
| **To**: | Martin, Barb [barb.martin@walgreens.com] |
| **CC**: | Tiemeyer, Joseph [joseph.tiemeyer@walgreens.com]; Murray Jr, Denman [denman.murray@walgreens.com] |
| **Subject**: | DEA Suspicious Store Ordering |
| **Attachments**: | DEA Store Ordering v1.0.doc |

Hi Barb,

The enclosed offers two possible enhancements to the DES Suspicious Store Ordering application for your consideration.

Thanks,
Wayne

CONFIDENTIAL

WAGMDL00119539



## DEA Suspicious Store Ordering Application Proposed Enhancement

The DEA Suspicious Store Ordering application was developed based on DEA requirements for our DCs to monitor for suspicious orders of control substance. To monitor for order size, tolerance limits are established by store/item. Orders placed on the DC that exceed its tolerance limit are flagged as suspicious.

This process allows for any single order to be compared to the last 26 weeks of order history. A critical design element is that it removes outliers from the order history used to calculating the mean order size and standard deviation. The application is successful in identifying orders outside of tolerance.

**Manual Orders and Tolerance Limit Calculation**

If a manual order type D exceeds the tolerance limit the order quantity is adjusted to zero. When a manual order type X (PDQ) exceeds the tolerance limit the order quantity is adjusted to the tolerance limit. These orders become part of the order history used to calculate the tolerance limit. We need to consider removing these orders when calculating the tolerance limit and other possible restrictions. The below table shown one store with a high frequency of PDQ orders for oxycodone that exceed tolerance.

| LOC# | Order Type | Item# | Item Desc | Est Delivery Dt | Sugg Order Qty | Tolerance limit Qty | Order Qty | Adj Order Qty | Adjusted User | Order Flag | Suspicious reason code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 12/02/11 | 0 | 104 | 104 | 150 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 10/11/11 | 0 | 88 | 88 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 09/30/11 | 0 | 142 | 142 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 09/21/11 | 0 | 78 | 78 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 09/20/11 | 0 | 78 | 78 | 150 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 09/19/11 | 0 | 78 | 78 | 100 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 09/08/11 | 0 | 81 | 81 | 150 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 08/31/11 | 0 | 76 | 76 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 08/12/11 | 0 | 90 | 90 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 08/11/11 | 0 | 83 | 88 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 08/10/11 | 0 | 83 | 83 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 08/02/11 | 0 | 80 | 80 | 200 | HEINIS | Y | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 08/01/11 | 0 | 80 | 80 | 200 | HEINIS | Y | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 07/29/11 | 0 | 84 | 84 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 07/15/11 | 0 | 88 | 88 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 07/14/11 | 0 | 86 | 86 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 07/12/11 | 0 | 84 | 84 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 07/11/11 | 0 | 84 | 84 | 250 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 07/11/11 | 0 | 84 | 84 | 250 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 07/09/11 | 0 | 84 | 84 | 250 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT) 100 | 07/08/11 | 0 | 85 | 85 | 300 |  | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 06/13/11 | 0 | 106 | 106 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 06/10/11 | 0 | 105 | 105 | 150 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 06/08/11 | 0 | 105 | 105 | 150 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 06/07/11 | 0 | 105 | 105 | 200 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 06/03/11 | 0 | 104 | 104 | 200 | HEINIS | Y | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 06/02/11 | 0 | 104 | 104 | 200 | HEINIS | Y | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 05/17/11 | 0 | 98 | 98 | 150 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 05/16/11 | 0 | 98 | 98 | 150 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 05/14/11 | 0 | 98 | 98 | 150 | HEINIS | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 05/11/11 | 0 | 86 | 86 | 150 |  | N | T |
| 6997 | X | 682971 | OXYCODONE HCL 30MG TAB (ACT)+ 100 | 04/30/11 | 0 | 78 | 78 | 250 | HEINIS | N | T |

Author: Wayne Bancroft          Walgreen Co. Confidential          Apr. 26, 12

HIGHLY CONFIDENTIAL

WAGMDL00119540



## DEA Suspicious Store Ordering Application Proposed Enhancement

**Comparing the average order size across time**

The DEA is conducting crackdown on Florida Pharmacies where the market is notorious for illicit prescription painkillers. "Walgreen pharmacies now account for 53 of the top 100 retail sellers of oxycodone in the state, according to an affidavit filed in court by the DEA. Three years ago, on Walgreens pharmacies were among the top 100 sellers of the drug." .... "One Walgreen pharmacy in Fort Myers now under investigation sold more than 2.1 million oxycodone pills in 2011 — more than 22 times the oxycodone sales at the same pharmacy two years earlier, the DEA said." The Miami Herald, April 6, 2012.

Below chart depicts the trend in average order size for "OXYCODONE HCL 30MG TAB" for Oviedo, FL store 6997.



The DEA Suspicious Store Ordering can be enhanced to compare the average order size over time (i.e. TY/LY) using "difference testing". This would be helpful to identify when the average order size is trending up as depicted in the above example. Added a time dimension to the application would enhance the tool's capability for identifying suspicious activity as required by the DEA.

Author: Wayne Bancroft	Walgreen Co. Confidential	Apr. 26, 12

WAGMDL00119541

HIGHLY CONFIDENTIAL