# PSJ18 WALGREENS Opp Exh 46

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
       IN RE: NATIONAL           )
 4     PRESCRIPTION              )   MDL No. 2804
       OPIATE LITIGATION         )
 5     _____    )   Case No.
                                 )   1:17-MD-2804
 6                               )
       THIS DOCUMENT RELATES     )   Hon. Dan A.
 7     TO ALL CASES              )   Polster
 8
                 MONDAY, OCTOBER 22, 2018
 9
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                CONFIDENTIALITY REVIEW
11                        - - -
12           Videotaped deposition of Sean
13     Barnes, held at the offices of BARTLIT BECK
14     HERMAN PALENCHAR & SCOTT LLP, 54 West
15     Hubbard, Suite 300, Chicago, Illinois,
16     commencing at 9:03 a.m., on the above date,
17     before Carrie A. Campbell, Registered
18     Diplomate Reporter, Certified Realtime
19     Reporter, Illinois, California & Texas
20     Certified Shorthand Reporter, Missouri &
21     Kansas Certified Court Reporter.
22                        - - -
               GOLKOW LITIGATION SERVICES
23        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
24
25
```

```
 1            restate that -- I didn't follow that
 2            question.
 3   QUESTIONS BY MR. GADDY:
 4         Q.    Sure.
 5               Did anybody at Walgreens ever
 6   provide you with any training or education on
 7   this statement that was provided to Congress
 8   in 2003, that the DEA was equating the
 9   impacts of oxycodone with heroin?
10         A.    Not to my knowledge.  Not in
11   IT.
12         Q.    It says, "Media reports
13   indicated that abusers were crushing
14   OxyContin tablets and snorting the powder or
15   dissolving it in water and injecting it to
16   defeat the intended controlled release effect
17   of the drug and obtain a rush or high through
18   the body's rapid absorption of oxycodone."
19               Do you see that?
20         A.    Yes.
21         Q.    Okay.  And did anybody at
22   Walgreens provide you any education or
23   training on those issues as it related to
24   your support of the compliance division
25   within Walgreens?
```

Highly Confidential - Subject to Further Confidentiality Review

1  ordering, that it might apply in this case.
2       Q.    Well, why would you think that
3  it might apply to hydrocodone?
4       A.    Because it's a Schedule II
5  drug, and according to that article, it's
6  being moved over.
7       Q.    Okay.  It was not a secret to
8  you that people were abusing hydrocodone, was
9  it?
10           MS. SWIFT:  Object to the form.
11           THE WITNESS:  I think it's fair
12       to say that between starting to see
13       articles back then and hearing about
14       the settlement, that regardless of the
15       truth of the settlement or anything
16       around it, that there was -- you were
17       starting to see hints.
18  QUESTIONS BY MR. GADDY:
19       Q.    What is the next comment that
20  you make related to the e-mail that Caroline
21  sent you?
22       A.    Personal medical issues.
23       Q.    Okay.
24       A.    It's related to my co-pay.
25       Q.    Okay.  So at the time that you