# PSJ18 WALGREENS Opp Exh 48

Message

| | |
|---|---|
| **From**: | Polster, Tasha [tasha.polster@walgreens.com] |
| **Sent**: | 3/21/2013 4:39:56 PM |
| **To**: | Trotz, Sherrise [sherrise.trotz@walgreens.com] |
| **CC**: | Dymon, Christopher [christopher.dymon@walgreens.com]; Daugherty, Patricia [patricia.daugherty@walgreens.com]; Stahmann, Eric [eric.stahmann@walgreens.com]; Bratton, Edward [edward.bratton@walgreens.com] |
| **Subject**: | RE: New MPD Corporate Orientation |
| **Attachments**: | Pharmaceutical Integrity Overview One Pager.docx |

Please find the one-pager.  I will reach out the new MPDs the week of April 8 to schedule a call with them.

Thanks,
Tasha

---

**From:** Trotz, Sherrise
**Sent:** Monday, March 18, 2013 10:33 AM
**To:** Creek, Cheryl; Arnold, Brian; Cygan, Gregg; Umbleby, Mike; Shah, Rina; Brne, Tim; Kozlowski, Casey; Nadas, Jay; Leonardi, Ric; Gloudeman Jr, Joe; Schneider, Shari; Ausbrook, Jenn; Carter, Al; Gordon, Averill; Polster, Tasha; Isley, Dianne; Gayton, Julie; Heald, Susan; Dughri, Darem; Fleming, Michael; Nelsen, Kyle; Lalich, Joanna; Wright, Joel; Vidic, Donald; Rudkin, Kristi; Suwalski, Mike; Weinert, Ron; Weaver, Leah
**Cc:** Gates, Rick; Cantlin, Jack; Swords, Rex; Jhaveri, Nimesh; Easley Jr, Chuck; Ewing, Sue; Hansen, Suzanne; Bhana, Sanjay; Lovejoy, David; Tucker, Neydi
**Subject:** New MPD Corporate Orientation

All:

We are requesting your participation in onboarding our last two hired MPDs on your areas of expertise.  A formal announcement about the MPDs will be distributed latter this week.

Please be prepared to provide the following:

*A high-level explanation of your area
*Organizational Chart
*Your goals and objectives and how they align to the divisional and corporate strategies.
*A paper copy of your presentation

This orientation will start on April 1st  thru April 2nd.

Each team will have a slated time.  Invitations with your specific time and date will be distributed this afternoon.

Please let me know if you have any questions or comments.

**Thanks and Be well,**
**Sherrise**

**Sherrise Y. Trotz, PharmD.**
Executive Director
Pharmacy Operations
Walgreen Co.
200 Wilmot Road, MS #2194
Deerfield, IL 60031

CONFIDENTIAL

WAGMDL00303029

P-WAG-1262

p. 847-914-2197
f. 847-914-3109
m. 847-275-2503



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

CONFIDENTIAL
WAGMDL00303030

## Pharmaceutical Integrity

Rx Integrity was created to protect and grow Walgreens controlled substance business while transforming community pharmacy to play a greater role in the Opioid Narcotic Epidemic and protect our business against high risk prescribers.  Rx Integrity is responsible for managing, creating, and maintaining controlled substance dispensing, monitoring and reporting programs including the Good Faith Dispensing Policy, and the National Good Faith Dispensing program.  Rx Integrity team identifies and minimizes loss of Company assets and ensures the safety, compliance and security of the ordering and dispensing of controlled substances. The Rx Integrity team will investigate and report potential violations of laws, regulations or Company policy internally and suspicious orders externally to the DEA, State Boards, and other agencies as required.  Rx Integrity currently owns, makes recommendations, and utilizes the Controlled Substance Order Monitoring System (CSOM) to manage the amount of controlled substance product that is shipped to the stores.  The CSOM system was developed to flag orders by store by drug that are above the norm or average units of each controlled substance product that is sent to stores in a 6 week rolling period.  The team reviews orders that are manipulated by the store in order to determine whether the order meets specific criteria to qualify as suspicious.  Suspicious orders are sent to the DEA and State Boards as required.

The team works with various departments including Legal, Government Affairs, Logistics, Loss Prevention, IT and others to ensure company –wide awareness and adhere federal, state, and local laws and regulations. Rx Integrity is tasked in developing a collaborative working relationship with government, law enforcement, and industry organizations (e.g., DEA, FDA, State Boards of Pharmacy, National Retail Federation, Retail Industry Leaders Association, National Association of Drug Diversion Investigators) to drive industry leading solutions to pharmaceutical diversion.

**Tasha Polster, Director Rx Integrity**
E-mail: Tasha.polster@walgreens.com
Phone: 847-315-3379

**Rx Integrity Mangers:**

**Eastern Division: Christopher Dymon**
E-mail: christopher.dymon@walgreens.com
Phone: 847-315-2693

**Midwestern Division: Patricia Daugherty**
E-mail: patricia.daugherty@walgreens.com
Phone: 847-315-2482

**Southern Division: Edward Bratton**
E-mail: edward.bratton@walgreens.com
Phone: 847-315-2689

**Western Division: Eric Stahmann**
E-mail: eric.stahmann@walgreens.com
Phone: 847-315-2688

CONFIDENTIAL

WAGMDL00303031