# PSJ18 WALGREENS Opp Exh 51

Select Pharmacy Managers,

Beginning the week of March 4, 2013 stores that have been receiving their Schedule II Controlled Substance orders from the Walgreens distribution center in Perrysburg, OH will now have their all products on their CII orders shipped from Amerisource Bergen.

**What do I need to know?**

- The Schedule II Controlled Substance order day may change, please look for an update notice on a StoreNet alert.   You may also verify your order day by following this path on SIMS looking for the President's Plaza scheduled day:

    SIMS>Order Management>Maintain Store Order Schedule

- CII deliveries may be up to one to two days later than customary.

- Posting procedures in SIMS will be the same as all other receipts from Amerisource Bergen.

- Upon receipt, please follow the current posting procedures for Schedule II Controlled Substance order deliveries.

- Before, Cardinal only filled the Schedule II Controlled Substance order for items that Perrysburg did not carry.  Now, all Schedule II Controlled Substance orders will be fulfilled by the local Amerisource Bergen distribution center.

- Reminder: Do not increase your CII suggested order by more than 1 package size.

**By marking this project complete, you confirm that you read the above information on the schedule II controlled substance shipment changes and shared this information with your team members as appropriate.**

Thank you

CONFIDENTIAL