# PSJ18 WALGREENS Opp Exh 53

| | |
|---|---|
| From: | "Zimmerman, Chris" <CZimmerman@amerisourcebergen.com> |
| Sent: | Thu, 28 Mar 2013 17:19:30 -0400 (EDT) |
| To: | "Mays, Steve" <SMays@amerisourcebergen.com>; "Hazewski, Edward"<EHazewski@amerisourcebergen.com> |
| Cc: | "Tomkiewicz, Joseph" <JTomkiewicz@amerisourcebergen.com> |
| Subject: | RE: Walgreens **C2** Playbook **Response Needed ASAP** |

Does WAG locations receive CS product from any other source?

---

**From:** Mays, Steve
**Sent:** Thursday, March 28, 2013 5:15 PM
**To:** Zimmerman, Chris; Hazewski, Edward
**Cc:** Tomkiewicz, Joseph
**Subject:** RE: Walgreens **C2** Playbook **Response Needed ASAP**

Ed,

Add: can WAG provide de-identified dispensing data per store? If so, from store direct or from corp?

Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
AmerisourceBergen
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

---

**From:** Zimmerman, Chris
**Sent:** Thursday, March 28, 2013 5:12 PM
**To:** Mays, Steve; Hazewski, Edward
**Cc:** Tomkiewicz, Joseph
**Subject:** RE: Walgreens **C2** Playbook **Response Needed ASAP**

Ed, maybe you can start a list of issues we want to cover on the call so we don't forget anything. I listed a couple off the top of my head.

1) Due diligence – 590's
   a. How/who should complete – WAG Pharmacy and/or ABC sales/CSRA?
   b. Can we contact pharmacy directly for questions regarding 590 info (i.e., PIC, %, etc.)
2) OMP – Threshold levels

EXHIBIT 8
ABDe
Hazewski
Date: 10-05-18
MLG, CSR, RPR, CRR

    a. If there need to be an adjustment, does WAG HQ want to know?

3) Any unique operations we should be aware of that would impact CS volume.

4) Contact name and number if we have an issue (HQ and/or local)

5) Should we have regularly scheduled meetings (weekly, monthly)?

---

**From:** Mays, Steve
**Sent:** Thursday, March 28, 2013 3:27 PM
**To:** Hazewski, Edward
**Cc:** Zimmerman, Chris
**Subject:** RE: Walgreens \*\*C2\*\* Playbook \*\*Response Needed ASAP\*\*

Chris,

I would recommend covering this document with your new legal and regulatory contacts with WAG when you meet and I would like to get this form completed for all stores eventually, but immediately for the first 225. Thoughts?

Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
AmerisourceBergen
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

---

**From:** Hazewski, Edward
**Sent:** Thursday, March 28, 2013 3:21 PM
**To:** Mays, Steve
**Cc:** Zimmerman, Chris
**Subject:** RE: Walgreens \*\*C2\*\* Playbook \*\*Response Needed ASAP\*\*

As requested.

---

**From:** Mays, Steve
**Sent:** Thursday, March 28, 2013 2:30 PM
**To:** Hazewski, Edward
**Cc:** Zimmerman, Chris
**Subject:** FW: Walgreens \*\*C2\*\* Playbook \*\*Response Needed ASAP\*\*

Ed,

Per our previous conversation, lets establish a two-part 590 Due Diligence process for WAG per Chris' suggestion. We

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00280819

would use an abbreviated 590 for a covert visit to each store and then we would send another Form to WAG corporate to gather all of the other info (PIC, ratios, payment info, etc.) we need from our existing 590. Both forms would need to be completed by our investigator to be considered a complete Due Diligence investigation. Make sense?

Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
AmerisourceBergen
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.*

---

**From:** Zimmerman, Chris
**Sent:** Thursday, March 28, 2013 2:21 PM
**To:** Mays, Steve
**Subject:** RE: Walgreens **C2** Playbook **Response Needed ASAP**

I think I had a discussion with Ed, probably informal, where I suggested that they come up with a WAG 590 (590W) that took out all the ownership and website etc. I trimmed down version that would still asked for PIC, any past issues with that location, % of product % of payments, etc.

590Wa – abbreviated version for site: no lines no out of state, no signs of diversion.

590W – more information that we could start a file in the event that they hit threshold.

What do you think?

---

**From:** Mays, Steve
**Sent:** Thursday, March 28, 2013 2:10 PM
**To:** Zimmerman, Chris
**Subject:** RE: Walgreens **C2** Playbook **Response Needed ASAP**

I don't think we ever considered getting 590s for every account. I have Ed working on a one-page abbreviated 590 just for WAG covert site visits, but we are going to have to have discussions with the WAG team going forward on how we set up site visits when needed. One thing we need immediately or before April 9th is the de-identified dispensing data for Oxycodone for the 225 initial stores. I'm trying to think of everything we can do to prevent having a bunch of orders reported to DEA and held. The more data WAG can share with us the better off we will all be. I gathered by speaking to Heather that WAG does not even want ABC sales people in their stores. Regarding thresholds, they will be the defaults for whatever customer size we sety up for each store. Jim Jackson is sizing the stores based on the sales data he got form WAG.

Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
AmerisourceBergen
610.727.7467 Phone

102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

---

**From:** Zimmerman, Chris
**Sent:** Thursday, March 28, 2013 2:03 PM
**To:** Mays, Steve
**Subject:** FW: Walgreens **C2** Playbook **Response Needed ASAP**

I went through the 31 pages of the C2 playbooks and did not see anything about getting 590's completed for each account, or establishing threshold levels for each account.

Did I miss it?

---

**From:** Mays, Steve
**Sent:** Thursday, March 28, 2013 9:23 AM
**To:** Zimmerman, Chris
**Subject:** FW: Walgreens **C2** Playbook **Response Needed ASAP**

Steve Mays
Senior Director, Corporate Security & Regulatory Affairs
AmerisourceBergen
610.727.7467 Phone
102-7467 ABC Global Extension
321.278.3292 Cell
smays@amerisourcebergen.com

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

---

**From:** Fagan, Marty
**Sent:** Thursday, March 28, 2013 9:11 AM
**To:** WAG General Dist
**Subject:** Walgreens **C2** Playbook **Response Needed ASAP**

Hello, as you all are aware we are under a serious time constraint for this C2 piece of Walgreens. We begin shipping these C2's on 4-9-2013. Please review this Playbook for any tasks that you may have and send me the tasks completions ASAP. Thanks!

The attached Walgreens **C2** Playbook lists every task that must be completed prior to the relevant date. If a task has not been assigned to the proper person(s) please contact me. Please expedite tasks that are past due. I will be

tracking percentage complete in increments of 25, 50, 75 and 100%. Please send me the task (WBS) number and the percentage complete on a weekly basis. Please do not send the playbook back to me with changes. It is not necessary to give any detail unless additional explanation is warranted.

I will be sending out the Walgreens **C2** Playbook once a week in Excel and PDF formats. They will always have the same name. Simply overwrite your existing file on your hard drive. It is not necessary to keep multiple copies of the playbook. This can become very confusing. The Playbook is a "living-breathing" document and is ever changing. You will receive an updated version of the Playbook approximately once a week.

Those involved with the Walgreens **C2** on-boarding are responsible for finding their task(s) and completing them by the due date(s). The most efficient way to look for tasks in the Playbook is to use the filter. The filter is the downward pointing arrow located in each column heading at the top of the page. Just click on the arrow in the "Owner" column and choose your name from the drop down box. This will filter all tasks for a particular person in the Walgreens **C2** Playbook.

Thanks!

**Marty Fagan | ABDC Shared Services - Deployment | AmerisourceBergen Drug Co.**
Email: MFagan@AmerisourceBergen.com | ☎: 423-534-5765 Cell

**Notice: This email may contain confidential and/or privileged information. If you are not the intended recipient of this email please delete/destroy it and notify me. Thanks!**