# PSJ18 WALGREENS Opp Exh 55

| | |
|---|---|
| **From:** | "Jackson, Jim" <JJackson@amerisourcebergen.com> |
| **Sent:** | Wed, 4 Dec 2013 12:31:43 -0500 (EST) |
| **To:** | "Hazewski, Edward" <EHazewski@amerisourcebergen.com>, "Martin, Barb"<barb.martin@walgreens.com>, "&apos;Eliff, Brian&apos;" <brian.eliff@walgreens.com>,"Polster, Tasha" <tasha.polster@walgreens.com>, "Tomkiewicz, Joseph"<JTomkiewicz@amerisourcebergen.com>, "&apos;Dymon, Christopher&apos;"<christopher.dymon@walgreens.com>, "&apos;Bratton, Edward&apos;"<edward.bratton@walgreens.com>, "&apos;Hood, Michelle&apos;"<michelle.hood@walgreens.com>, "&apos;hhodnett@kerrdrug.com&apos;"<hhodnett@kerrdrug.com>, "&apos;Stahmann, Eric&apos;" <eric.stahmann@walgreens.com>,"Umbleby, Michael" <mike.umbleby@walgreens.com>, "Murray, Denny"<denman.murray@walgreens.com>, "Manning, Kathie"<KManning@amerisourcebergen.com>, "Wetzel, Tim"<TWetzel@amerisourcebergen.com>, "Mercer, Desmond"<DMercer@amerisourcebergen.com>, "Spears, Deanne"<dwspears@amerisourcebergen.com>, "Zimmerman, Chris"<CZimmerman@amerisourcebergen.com>, "Giese, Raymond"<RGiese@amerisourcebergen.com>, "Mays, Steve" <SMays@amerisourcebergen.com> |
| **Subject:** | Walgreens and ABC OMP Meeting |
| **Attachments:** | Walgreens and ABC OMP Meeting.docx |

Attached are the notes from our meeting today.

Thanks- Jim

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00278991

# Walgreens and ABC OMP Meeting
## 12/4/13

Jim will extend the invite to the next team meeting on 12/4 and 12/18 to the following people:
Mike Umbleby
Denny Murray
Barb Martin
Kathie Manning
ABC IT Services Representative
Deanne Spears
Chris Zimmerman
Ray Giese

Regular Attendees

We discussed the topic of the stores using ABC PassPort to order controls during the 11/20/13 call.   The Walgreens team expressed concern over a couple of topics.  These concerns have been escalated on the Walgreens side.

- The stores, despite additional training, are clicking through the suspect quantity warning on ABC PassPort and entering quantities that are in error or outside the expected usage.
    - Action- We will convene a cross functional team from ABC and Walgreens to discuss options and potential solutions to address this concern.
    - Potential solutions
        1. ABC adjust thresholds to mirror the Walgreens thresholds
        2. Use soft blocking to soft block the SIMS primary items
        3. Use alert in Customer Care to stop phone in orders
        4. Walgreens to review internal options
        5. Additional training to stores
    - Action- ABC to check to see if we can do a pop up warning in Customer Care for specific  items instead of a category
    - Action- Walgreens to discuss options internally and review at next meeting.
- There is a shift in drug abuse from the more popular items like Oxy to other controlled substances.  We have to be vigilant and respond appropriately to this shift.  An example that was discussed was Suboxone.
    - Action- Jim will ask the ABC CSRA team to review this topic and prepare a response that we can review during our next team call.
        1. Ed H. discussed the trend for Hydromorphone and ABC's response to it
        2. Joe T. discussed the trend for Suboxone, Oxymorphone, etc.
        3. Both groups feel comfortable with level of communication occurring regarding these trends.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00278992