# PSJ18 WALGREENS Opp Exh 58

| | |
|---|---|
| From: | "Hazewski, Edward" <EHazewski@amerisourcebergen.com> |
| Sent: | Tue, 8 Apr 2014 11:16:39 -0400 (EDT) |
| To: | "Polster, Natasha" <tasha.polster@walgreens.com>; "patricia.daugherty@walgreens.com" <patricia.daugherty@walgreens.com>; "ed.bratton@walgreens.com" <ed.bratton@walgreens.com>; "christopher.dymon@walgreens.com" <christopher.dymon@walgreens.com>; "eric.stahmann@walgreens.com" <eric.stahmann@walgreens.com> |
| Cc: | "May, David" <dmay@amerisourcebergen.com>; "Hartman, Sharon"<shartman@amerisourcebergen.com>; "Guerreiro, Marcelino A."<MGuerreiro@amerisourcebergen.com>; "Garcia, Elizabeth"<egarcia@amerisourcebergen.com> |
| Subject: | Data |
| Attachments: | WAG Orders Held.xlsx |

Team WAG,

Find attached some data that I believe could be the basis for a part of our discussion. Briefly, the first tab is all WAG locations that had CII order lines flagged by the omp, sorted largest (most lines) to smallest. We can discuss further tomorrow. Thanks.

Ed Hazewski
Director, Corporate Security and Regulatory Affairs
AmerisourceBergen Corporation
1400 Morris Drive
Chesterbrook, PA 19087
610-727-3680

Exhibit 010
AMERISOURCEBERGEN
WITNESS: GARCIA
DATE: 12/13/18
REPORTER: Amanda Miller CRr



ABDC EXHIBIT 6
Hazewski
Date: 10-25-18
MLG, CSR, RPR, CRR

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          ABDCMDL00282490





