# PD5 Keller Opp Exh B - Keller Rpt Corrections

Lacey R. Keller

**Corrections to Expert Analysis**

| <u>Paragraph</u> | <u>Change</u> |
|---|---|
| 33 | Last sentence "would" should be "could" |
| 52 | Delete first two clauses; paragraph should begin with "The application of these metrics . . . " |
| 55 | Delete "Twice Trailing Twelve Month Average" and fn 25 |
| 56 | Delete "Three Times Trailing Twelve Month Average" and fn 26 |
| 62 | Fifth and Sixth sentences beginning with "Qualitest further notes . . . " should be in paragraph 63 |
| 82 | Table 11. "Endo" should be added to Clive Sinoff row |
| 86 | "7,000" should be "5,000" |
| 91 | "More than 42,000" should be "about 40,000"; "115" should be "110"; "12" should be "13" |
| 101 | "Janssen" should be "Endo" |
| 106 | "Teva and Mallinckrodt" should be "Teva, Mallinckrodt and Endo" |
| 116 | Delete last sentence |
| 125 | Table 35, last column: second, third and fourth "No" should be a "Yes" |
| 164 | Table 79: Title should read "Specialty Code Grouping" |

