# PD5 Keller Opp Exh Exh E - Keller Dep p. 370

Highly Confidential - Subject to Further Confidentiality Review

```
 0   01


 2    `          IN THE UNITED STATES DISTRICT COURT

 3             FOR THE NORTHERN DISTRICT OF OHIO

 4                       EASTERN DIVISION

 5       ------------------------------X

      IN RE: NATIONAL PRESCRIPTION   MDL No. 2804

 6    OPIATE LITIGATION,

                                     Case No. 17-MD-2804

 7    This document relates to:

 8    All Cases                       Hon. Dan A. Polster

 9       ------------------------------X

10                  * HIGHLY CONFIDENTIAL *

11    * SUBJECT TO FURTHER CONFIDENTIALITY REVIEW  *

12                  VIDEOTAPED DEPOSITION

13                          OF

14                    LACEY R. KELLER

15                   New York, New York

16                Thursday, June 13, 2019

17

18

19

20

21

22

23

      Reported by:

24    ANNETTE ARLEQUIN, CCR, RPR, CRR, RSA

25
```

```
 1
 2     on.
 3              You selected a 30-day cutoff as
 4     part of your analysis of Mallinckrodt's
 5     peculiar orders?
 6        A.    Sure.
 7        Q.    How did you determine that as the
 8     window of time?
 9        A.    So in reviewing the SOMS
10     documentation, many algorithms reflected a
11     30-day lookback.  It seemed an appropriate
12     lookback period.  And also looking at
13     chargeback requests, some companies, I'm
14     sorry, some distributors submitted them,
15     what appeared to be maybe on weekly basis,
16     some on a daily basis, some on monthly
17     basis.  It was all over the place.  So the
18     30 days was chosen based off of those
19     factors.
20        Q.    Okay.  And without consideration
21     of any distributors's inventory management
22     practices, correct?
23        A.    As I stated earlier, I'm not an
24     expert in inventory management, nor did I
25     review those types of documents.
```