PSJ11 CVS Opp Exh 2

3235

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123520

PACKET PAGE:    30   *006231BIWH0031INWH0031P0069A
BI006/BIP006A

CVS CORPORATION                                    PAGE:    29
ITEM REVIEW REPORT – CONTROL DRUGS – UC
09/06/12    01:42:35



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123521

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - WN
09/06/12    01:42:35

PAGE:    30

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123522

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - WN
09/06/12    01:42:35

NO IRREGULAR ORDERS TODAY

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123523

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - YK
09/06/12    01:42:35

PAGE:    32



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123524

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - YK
09/06/12    01:42:35

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123525



HIGHLY CONFIDENTIAL

CVS CORPORATION                                    PAGE:   22
ITEM REVIEW REPORT – CONTROL DRUGS – TN
09/06/13      01:42:25



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123527

CVS CORPORATION                              PAGE:   23
ITEM REVIEW REPORT - CONTROL DRUGS - TN



HIGHLY CONFIDENTIAL                                                                    CVS-MDLT1-000123528

PACKET PAGE:    25
BI006/BIP006A

CVS CORPORATION
PAGE:    24

ITEM REVIEW REPORT – CONTROL DRUGS – TN
09/06/12    01:43:25



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123529

BI006/BIP006A

CVS CORPORATION                                    PAGE:   25
ITEM REVIEW REPORT - CONTROL DRUGS - TN
09/06/12    01:42:35



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000123530**

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - TN

PAGE:    26



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123531

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - TN
09/06/12    01:42:35



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123532

ITEM REVIEW REPORT - CONTROL DRUGS - UC
09/06/12    01:42:35



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123533

PACKET PAGE:     19   *0000000100001(INV0019000V  NJ
BI006/BIP006A

CVS CORPORATION                                    PAGE:    18
ITEM REVIEW REPORT — CONTROL DRUGS — NJ



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000123512**

PACKET PAGE: 20 *00025 RENNHOOS3 (TWN01BIP006A) N4

CVS CORPORATION

301%

PAGE: 19

BI006/BIP006A



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000123513

PACKET PAGE:   21   *a80cc40d1fb70ef1*   PAGE:   20
BI006/BIP006A                                      301*

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - OR



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123514

Control IBR  9/6/12
Stone  828
AaB

COMMAND ===>                                      SCROLL ===> SCREEN

REPORT:BIP159A    VERSION:20120907 030035 HIERARCHY CODE:NJ              PAGE:    19   ROW: 26   COL:
 1
BI159/BIP159A                                        CVS CORPORATION
PAGE    60
                            SOM DAILY  EXTRACT DETAIL REPORT = NJ

**HIGHLY CONFIDENTIAL**
**CONFIDENTIAL PROTECTED HEALTH INFORMATION**

**CVS-MDLT1-000123508**

1.50    295630    **Non-Responsive**    1    Non-Responsive    1    Non-Responsive    1.50

**HIGHLY CONFIDENTIAL**
**CONFIDENTIAL PROTECTED HEALTH INFORMATION**

**CVS-MDLT1-000123509**

**HIGHLY CONFIDENTIAL**
**CONFIDENTIAL PROTECTED HEALTH INFORMATION**   **CVS-MDLT1-000123510**



http://microstrategy.cvs.com/MicroStrategy/servlet/mstrWeb?evt=5005&src=mstrWeb.report.5005&mstrWeb=-IBMMSSPA2A....   9/7/2012

**HIGHLY CONFIDENTIAL**
**CONFIDENTIAL PROTECTED HEALTH INFORMATION**

**CVS-MDLT1-000123511**