PSJ11 CVS Opp Exh 3

```
**********************************************************************************
**********************************************************************************
**                                                                            **
**          COMPANY: CONSUMER VALUE STORES                                    **
**                                                                            **
**          PACKET: INDIANAPOLIS, IN DC                                       **
**                                                                            **
**       RECIPIENT: 19INWII0031  AARON BURTNER                                **
**                               BAY 5                                        **
**                                                                            **
**                               INDIANAPOLIS WAREHOUSE                       **
**                                                                            **
**                               2800 ENTERPRISE ST.                          **
**                               INDIANAPOLIS IN 46219                        **
**********************************************************************************
**********************************************************************************
```

07/04/2012   030115

CVS-MDLT1-000123708

PACKET PAGE:    9
BI006/BIP006A
Case: 1:17-md-02804-DAP  Doc #: 2208-3  Filed: 08/13/19  3 of 27.  PageID #: 334659
CVS CORPORATION
ITEM REVIEW REPORT — CONTROL DRUGS — IN
07/03/12    01:36:22
PAGE:    8

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123709

CVS CORPORATION
ITEM REVIEW REPORT – CONTROL DRUGS – LA
07/03/12    01:36:22



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123710

*00028051NWH0081INH0181P006A*

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - LA
07/03/12    01:36:22

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123711



PACKET PAGE:     13   *0002610TGWHD031INWHDGTP0002A*
BI006/BIP006A                                    CVS CORPORATION                                  PAGE:   12
                                ITEM REVIEW REPORT - CONTROL DRUGS - NJ
                                       07/03/12    01:36:22



**HIGHLY CONFIDENTIAL**                                                                    CVS-MDLT1-000123713

PACKET PAGE:    14
BI006/BIP006A
Case 1:17-md-02804-DAP  Doc #: 2208-3  Filed: 08/13/19  8 of 27.  PageID #: 334664
CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - NJ
07/03/12    01:36:22
PAGE:    13

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123714

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - OR
07/03/12    01:36:22

PAGE:    14



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123715

PACKET PAGE:     16    *0002ABINWB001/IVWB1BIP006A+OR

BI006/BIP006A

CVS CORPORATION                                    PAGE:    15

ITEM REVIEW REPORT - CONTROL DRUGS - OR

07/03/12    01:36:22

NO IRREGULAR ORDERS TODAY

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000123716**

PACKET PAGE:     17    *0009215INWH00s1INWH01BIP006A  IN
BI006/BIP006A                                              30i*

CVS CORPORATION                                    PAGE:    16
ITEM REVIEW REPORT — CONTROL DRUGS — TN
07/03/12    01:36:22



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000123717

PACKET PAGE:    18   *00002119(NWH0081(NWH0081P006A - TN
B1006/BIP006A

CVS CORPORATION                          PAGE:    17
ITEM REVIEW REPORT - CONTROL DRUGS - TN



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123718

```
**************************************************************************
**                                                                      **
**                                                                      **
**       REPORT ID: BIP006A     ITEM REVIEW REPORT — CONTROL DRUGS      **
**                                                                      **
**                                                                      **
**                              BI158D                                  **
**                                                                      **
**                                                                      **
**************************************************************************
```

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123719

CVS CORPORATION
ITEM REVIEW REPORT – CONTROL DRUGS – TN
07/03/12    01:36:22

PAGE:    18



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123720

CVS CORPORATION
PAGE:   19
ITEM REVIEW REPORT - CONTROL DRUGS - UC
07/03/12   01:36:22



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123721

PACKET PAGE:     21    *0002ATSGNWH0083/INW00BIP006A-UC
BI006/BIP006A                                        CVS CORPORATION
                                         ITEM REVIEW REPORT — CONTROL DRUGS — UC

PAGE:    20



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123722

CVS CORPORATION
PAGE:     21
ITEM REVIEW REPORT — CONTROL DRUGS — WN
07/03/12    01:36:22

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000123723**

CVS CORPORATION
ITEM REVIEW REPORT – CONTROL DRUGS – WN
07/05/12   01:36:22

PAGE:   22

NO IRREGULAR ORDERS TODAY

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123724

PACKET PAGE: 24 *0002BIPINWH006I/INWH0BIP006A - YK
BI006/BIP006A

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - YK
07/03/12    01:36:22

PAGE:    23

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123725

PACKET PAGE:     25    *00091317WE0037IWE01BIP006A - YK               PAGE:     24
B1006/BIP006A                                    CVS CORPORATION
                                      ITEM REVIEW REPORT — CONTROL DRUGS — YK
                                            07/03/12    01:36:22



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123726

PACKET PAGE:     2    *0002219INWH0031INWH01BIP006A   CR                                      PAGE:    1
B1006/BIP006A                                    CVS CORPORATION
                                ITEM REVIEW REPORT - CONTROL DRUGS - CR
                                        07/03/12    01:36:22



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000123727

PACKET PAGE:     3   *0002410TNWH0031TNWH0151F009A   CR
BI006/BIP006A                                             PAGE:     2

CVS CORPORATION
ITEM REVIEW REPORT – CONTROL DRUGS – CR
07/03/12   01:36:22

NO IRREGULAR ORDERS TODAY

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123728

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - EN
07/03/12   01:36:22

PAGE:    3



HIGHLY CONFIDENTIAL

PACKET PAGE:     5     *000PACKET PAGE: 5*    *000BI006/BIP006A IN*

BI006/BIP006A

CVS CORPORATION                                              PAGE:     4

ITEM REVIEW REPORT – CONTROL DRUGS – EN

07/03/12     01:36:22

NO IRREGULAR ORDERS TODAY

HIGHLY CONFIDENTIAL

CVS-MDLT1-000123730

CVS CORPORATION                                    PAGE:    5
ITEM REVIEW REPORT - CONTROL DRUGS - FL
07/03/12    01:36:22



HIGHLY CONFIDENTIAL

CVS-MDLT1-000123731

ITEM REVIEW REPORT - CONTROL DRUGS - FL
07/03/12    01:36:22

NO IRREGULAR ORDERS TODAY

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000123732**

PACKET PAGE:      8    *00624151NWH0001INWH01B1P006A  IN
BI006/BIP006A

CVS CORPORATION
ITEM REVIEW REPORT - CONTROL DRUGS - IN
07/03/12     01:36:22

PAGE:     7



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000123733