PSJ11 CVS Opp Exh 4

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF OHIO

 3                      EASTERN DIVISION

 4

 5    ------------------------------x

 6    IN RE: NATIONAL PRESCRIPTION   ) Case No.

 7    OPIATE LITIGATION              ) 1:17-MD-2804

 8    APPLIES TO ALL CASES           ) Hon. Dan A. Polster

 9    ------------------------------x

10

11       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

12                 CONFIDENTIALITY REVIEW

         VIDEOTAPED DEPOSITION OF PAMELA HINKLE

13

                      WASHINGTON, D.C.

14

                 THURSDAY, JANUARY 24, 2019

15

                        9:06 A.M.

16

17

18

19

20

21

22

23

24    Reported by: Leslie A. Todd
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                MR. BAKER:  Okay.
 2                MS. MILLER:  -- as she considers your
 3     questions.
 4     BY MR. BAKER:
 5          Q    Okay.  Respectfully, I'm going to ask
 6     you this question.  Respectfully, I request that
 7     you answer it, okay?
 8                The question is simply this:  The IRR
 9     recap report is a recap of which orders on the IRR
10     daily report for that month were subjected by the
11     LP analyst to further due diligence review,
12     correct?
13                MS. MILLER:  Object to form.  Asked and
14     answered.
15                THE WITNESS:  The report was -- the
16     information was put on the report that -- of
17     information that they -- they would do reviews for
18     and put -- placed on that report, sir.  That's
19     what I -- I know happened.
20     BY MR. BAKER:
21          Q    Do you know why something appears on
22     this report?
23                MS. MILLER:  Object to form.
24                THE WITNESS:  They were doing reviews on
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    those -- on that information, sir.
 2    BY MR. BAKER:
 3         Q    So if there was not a review done on an
 4    order of interest that appeared on the IRR, if
 5    there's no review done, then it's not going to
 6    appear on this report, correct?
 7              MS. MILLER:  Object to form.
 8              THE WITNESS:  Sir, I -- I can't answer
 9    that.  I don't know.
10    BY MR. BAKER:
11         Q    Ma'am, you were the manager.  Are you
12    telling me you don't know why something would
13    populate on the control IRR recap report?
14              MS. MILLER:  Object to form.
15              THE WITNESS:  I know that they used this
16    form.  I know that they put information from --
17    when they reviewed on this form, sir, but I can't
18    tell you anything other than that, that that's
19    what they did, that's what they used.
20    BY MR. BAKER:
21         Q    And this form was used for what?
22              MS. MILLER:  Object to form, asked and
23    answered.
24    BY MR. BAKER:
```