PSJ11 CVS Opp Exh 7

| | |
|---|---|
| **From:** | Misiaszek, Gary J. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GJMISIASZEK> |
| **To:** | Andrade, John J.; Carden, Robin L.; Devlin, Frank R.; Dzaugis, John E.; Hankinson, Edward M.; Klenotic, William A.; Cesaroni, Karen M.; Lewis, Raymond; Lucia, David W.; Mchugh, Thomas; Moriarty, Sean P.; Parenteau, Kelly A.; Puddington, Jeffrey P.; Rodrigues, Bryan; Sanitate, Richard G.; Saurette, Wesley E.; Sciarra, Gregory J.; Tomamichel, Gregory; Tomasetti, Alisa H.; Vanelli, Dean A.; Wilkins, Graham |
| **CC:** | Caron, Richard R.; Debont, Jenniferm M.; Borodezt, Janice M.; Reilly, Teresa M. |
| **Sent:** | 4/29/2011 2:32:16 PM |
| **Subject:** | Logistics Business Support Requests - 2011-04-28 |
| **Attachments:** | 2011-04-28 Logistics Business Support Requests.xlsx; Logistics Business Request Log.xlsx |

Good afternoon All.

Attached you'll find the most current listing of IT Business Support Request in the CVS IT Logistics Team work queue. There are 58 in total and have one of you as the initial or current Business Owner for the request. We are in the process of migrating to a new and more effective process to manage these moving forward and need your help to review and validate that those assigned to you are still needed and that you are still the current Business owner. Some of these go back years and may no longer be needed. Please identify those and bring them to my attention for removal. For those which are still needed, we are asking you to complete a newly modified form (attached) to capture request information not on the previous request submission but needed going forward for evaluation and priority assignments.

We require your review to be complete by EOD Tuesday, May 3rd and feedback sent back to me. If I do not receive your feedback on each your requests listed, they will be removed from the IT work queue and another request will need to be submitted and approved by the IT Request Review Team before it will be added back to the work queue.

Further communications and instructions will be made as we solidify the finalized work request listing

Please advise, gm.

CONFIDENTIAL

CVS-MDLT1-000029864

**Document Produced In Native Format**

CONFIDENTIAL

CVS-MDLT1-000029866

| ID | MANAGER | Task | IS Lead | Business Lead/SME | Status | Description / Objectives | Priority | Regulatory | State | As of Date | Status Comment | Start | Finish | Total Effort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BSR_LOG_59660 | Andrade, J | Synchronize WMS/Witron /MF PO Files | Demetrius, Ellen | Andrade, John | Started | In my mind I thought what we would do is have Infor create an extract of all open PO lines.We would then match the extracted WMS file against the Host open PO file.For open PO line on the WMS that is not open on the Host we would create and send a delete.We may also send adds for | Low | No | Requireme | 4/8/2011 0:00 | ED Got Infor test file; will begin Mainframe specs and email Witron | 1/5/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_00022 | Andrade, J | Old BSR 32081 – Charging stores for bot | Demetrius, Ellen | Carden, Robin | Started | Please re-instate BSR 32081 to implement changes to the billing system to include bottle deposits . Correct billing to eliminate swell in stores | Medium | No | | 4/25/2011 0:00 | ED Meetings have started to discuss new requirements if any and determine work to be done.  It's possible the Baltimore BSR we did might impact this; since it | 4/20/2011 8:00 | 12/31/2011 17:00 | 1.00 |
| BSR_LOG_00012 | Andrade, J | Create PSE Flag on all Item Files | Andrade, John | Devlin, Frank | Not Started | Provide a flag on the host item files designating the item is PSE.Having visibility reduces risk for errors in processing and/or returning PSE products-compliance | Low | Yes | BSR Priori | | | 2/14/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_61148 | Andrade, J | Revisions to IRR/SOM System | Demetrius, Ellen | Devlin, Frank | Started | DEA expects CVS to prevent suspicious orders from being filled out of our DC's.  The current IRR does not provide the proper information to meet the DEA's needs.  We need control drugs to be monitored by | High | Yes | Code | 4/25/2011 0:00 | From Infosys:  About half of the coding changes are done for batch and new online item entry screen. | 2/11/2011 8:00 | 12/31/2011 17:00 | 11.00 |
| BSR_LOG_58003 | Wilkins, G | Cold Chain Remote Monitoring via Specv | Bowser, William | Devlin, Frank | Started | Specview Software will Support the Cold Chain Monitoring installations occurring at multiple locations over the next year. It will allow for Remote view and historizing via a desktop PC or a dedicated Server/PC.SpecView's | Low | No | Test | 2/15/2011 0:00 | WJB 02-15-2011.  North Smithfield and Patterson need to have configuration software installed.  The Honeywell engineer has completed | 1/14/2011 8:00 | 4/22/2011 17:00 | 43.00 |
| BSR_LOG_41737 | Andrade, J | Send RX PO's to Descartes | Demetrius, Ellen | Dzaugis, John | Not Started | DCs need to be able to use e-Appointment for Rx POs - huge benefits to scheduling these receipts - but currently only FS POs are sent to Descartes. | Low | No | Business A | 12/13/2010 0:00 | 2/18/11 JJA - Waiting on RX purchasing agreement.  May become useful in support of new DEA verification process at DCs. | 1/5/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_45803 | Andrade, J | TMS - Phase 2 (Transportation) | Demetrius, Ellen | Dzaugis, John | Not Started | See full description in notes:<br>- Enable freight terms to be changed when it would benefit CVS . -Enable | Low | No | On Hold - | 2/16/2011 0:00 | ED 02/16 no update available | 1/5/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_46444 | Andrade, J | TRAK-IT Field Additions - Descartes | Demetrius, Ellen | Dzaugis, John | Not Started | Summary Description and Objectives: (First and Last Promo Dates) - Provide the dates that indicate when Promotional goods should be shipped from the DC to the STORES so that they arrive prior to release of the Ad | Low | No | BSR Priori | 2/16/2011 0:00 | ED 12/13; Will send email to JD | 1/5/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_57640 | Andrade, J | Download of AP04 data to CVSFTP001 | Demetrius, Ellen | Dzaugis, John | Started | From Katie Blanchard to Gary:Business Drivers:This connection would allow for automation of aspects of the Supplier Compliance processing function saving several hours of manual entry per week.Intangible Business Impacts:- Better reporting- Less | Low | No | Requireme | 2/15/2011 0:00 | ED 2/15 Will contact Katie or John to re-start | 12/26/2010 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_61319 | Andrade, J | A Launch Project Enhancements | Andrade, John | Dzaugis, John | Started | Re-design of A-launch process.Aka First to Market | Low | No | BSR Priori | 12/16/2010 0:00 | 2/18/11 JJA - No traction at this time.Will UPS to Fed-Ex require change of design? | 1/28/2011 8:00 | 12/31/2011 17:00 | 0.50 |
| BSR_LOG_00018 | Wilkins, G | Enable ODBC Connection between ROAD | Wilkins, Graham | Dzaugis, John | Not Started | To comply with CVS IT Security mandate to replace ftp as a mechanism to move orders between the CVS WMS and our routing package ROADSHOW.  Upgrade the current version of ROADSHOW from ACCESS to SQL. Then enable an | Low | No | | | | 3/11/2011 8:00 | 12/31/2011 17:00 | 0.00 |

| Log ID | Requester | Title | Owner | Manager | Status | Description | Priority | Flag | Phase | Date | Notes | Start | End | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BSR_LOG_54184 | Wilkins, G | Productionize and roll out Yard Managem | Hunter, Alan | Dzaugis, John | Started | post-technical tasks to productionize and rolloutThe Lumberton implementation of Descartes Yard Management applicatoin using a wireless tablet was completed on 12/3. Three additional Xplore tablets will be configured and shipped to the Lumberton DC. Indianapolis, Novi, and Chemung are the next DC to be rolled out beginning in January 2011. | Low | No | Deploy | 2/17/2011 0:00 | Met with Tom McHugh on 2/17 and advised him that the CVS Security Engineer Anthony Dimetteo has provided the team with a network security architectual drawing and build/check list to use for the deployment of the wireless Xplore tablets to the remaining DC's in the network.   Tom's direction is to implement the | 1/31/2011 8:00 | 12/31/2011 17:00 | 184.00 |
| BSR_LOG_62250 | Wilkins, G | Lexmark Source Corp Digital Image Pilot | Hunter, Alan | Dzaugis, John | Started | -Enable Supplier, Carriers and CVS personnel to locate, view and print their own documents to verify the transfer of ownership.- Provide a means for the DC's to either scan or send the documents to be scanned in as simplest process as possible.- Meet the Carrier's requirement that delivery discrepancies be reported in | Low | No | Test | | | 1/1/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_00005 | Wilkins, G | Online ordering of postage from US Posta | Heath, Denise | Hankinson, Ed | Started | To have an efficient and more cost effective way of obtaining postage as needed to send out company correspondence.  See additional notes | Low | No | Start | 2/15/2011 0:00 | DDH - 2-15-11 We are trying to get direction from procurement to determine if this install will be allowed due to  CVS Caremark has made the decision to use FedEx as our primary supplier of small parcel services, which includes express and ground shipments that range from letter size | 2/10/2011 8:00 | 12/31/2011 17:00 | 2.50 |
| BSR_LOG_00025 | Wilkins, G | Voice Picking Appl. in North Smithfield–D | | Hankinson, Ed | Not Started | We have had the case pickers log in for the day, out for the day, and for lunches and breaks in APTIA for a few weeks now. Could we get the LU and BR commands in the voice system disabled, effective 4/18? This | | No | | | | 4/25/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_61317 | Wilkins, G | Replace Lucas Somerset & Indy servers | Hunter, Alan | Hankinson, Ed | Not Started | Replace Lucas Somerset & Indy serversreplace aging Lucas servers at Somerset and Indy.Treat as black box per current servers. | Low | No | BSR Priori | | | 1/1/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_61687 | Wilkins, G | Commission a Somerset Voice Console S | Hunter, Alan | Hankinson, Ed | Not Started | Need a VM/server that can be used to test new voice releases, and to test patches prior to applying in production. | Low | No | | | | 1/1/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_62919 | Wilkins, G | CVS.com - Desktop Engineering Team In | Dennen, Michael | Klenotic, Bill | Started | Request Desktop Engineering Support to complete remaining improvements in the Indianapolis IN CVS.com Fulfillment center.   See note for the rest of the information. | Low | No | Test | 2/16/2011 0:00 | MD Waiting for Bill Klenotic to schedule rollout. Klenotic is testing the first workstation on 2/17-18 | 12/27/2010 8:00 | 12/31/2011 17:00 | 92.00 |
| BSR_LOG_61394 | Andrade, J | 7 Day Order Processing | Demetrius, Ellen | Laferriere, Karen | Not Started | This is a request from Karen Cesaroni and will be built upon work being done for year end.  It will involve running store orders on Friday.  There are a lot of job schedules to review and change. | Low | No | BSR Priori | 2/15/2011 0:00 | ED   To be discussed in the future. | 1/5/2011 8:00 | 12/31/2011 17:00 | 0.00 |

| ID | Owner | Title | Requestor | Contact | Status | Description | Priority | Reg | Category | Date1 | Notes | Start | End | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BSR_LOG_00027 | Wilkins, G | FedEx needs access to CVS LAN | | Laferriere, Karen | Not Started | Enable Fedex machines to be on the CVS Lan network and access granted to FedEx to perform monthly maintenance. | Low | No | | | | 4/28/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_59875 | Wilkins, G | Populate non-selection WMS Inspection | Bowser, William | Lewis, Raymond | Started | Populate non-selection WMS Inspection data to RDW and create reports(See attached note for the rest.) | Low | No | BSR Priorit | 2/15/2011 0:00 | WJB: Project to start later in 2011 | 3/9/2011 8:00 | 12/31/2011 17:00 | 11.00 |
| BSR_LOG_00011 | Andrade, J | Create new Invoice Type for PSE and Co | Andrade, John | Lucia, Dave | Started | Create a new Billing invoice type (like LIQ) for PSE items.  (Note one might also be needed for Control Drugs). Dave Lucia has requested these so that Assumed Receipts for RX can avoid giving store load adjustment credits for these. | Low | No | Test | 4/8/2011 0:00 | Coding and Testing in progress | 2/26/2011 8:00 | 4/17/2011 17:00 | 55.50 |
| BSR_LOG_30242 | Andrade, J | DEA Reporting Requirements | Burtch, Timothy | McHugh, Tom | Started | Fix the host overlay transaction process in order correctly populate history tables and in turn, produce an accurate BI601 report (BOH reconciliation) for Rx Item transactions. | High | Yes | Requireme | 2/15/2011 0:00 | 2/15/11 analysis has begun, meeting with John to expand upon initial analysis and task assignments. | 1/5/2011 8:00 | 4/22/2011 17:00 | 144.25 |
| BSR_LOG_60535 | Andrade, J | Run Add-Ons Every Hour | Demetrius, Ellen | McHugh, Tom | Started | Run add-on processing hourly to give better DC Service.  The goal would be to eliminate the use of 117 - delivered bills in the DC.  It would also provide WMS with work units for pickers to be measured.  Per Tom McHugh | Low | No | Start | 12/13/2010 0:00 | 12/13 ED - Karen to discuss with Tom M.2/18/11 JJA - Waiting prioritization. | 12/26/2010 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_00007 | Wilkins, G | KPI - Ops Summary Report Forecast for | Reilly, Teresa | McHugh, Tom | Started | - Adding these measurements to the Ops Summary Report will give the Logistics and DC Management Team the ability to view actual performance against Forecast not only for payroll but also Volume and Hours.  The forecast measurements reflect changing business needs the DC's are responsible for in producing. | | No | BSR Priorit | | | 1/25/2011 8:00 | 12/31/2011 17:00 | 49.00 |
| BSR_LOG_00008 | Wilkins, G | KPI Internal Adjustments Ability | | McHugh, Tom | Not Started | Need the capability to have the Logistics Reporting and Analysis group make KPI adjustments for network changes. | Low | No | BSR Priorit | | | 1/24/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_41665 | Wilkins, G | Witron CRRS Record extracts (WMS For | Reilly, Teresa | McHugh, Tom | Not Started | Create Witron Common Reporting Record extracts per CVS WMS format | Low | No | Architectur | 2/16/2011 0:00 | TMR Feb 16, 2011 – not active due to other priorities; layouts sent to Witron earlier | 1/1/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_52638 | Wilkins, G | LMS Incentives Project 2011 | Reilly, Teresa | McHugh, Tom | Started | This BSR is for the holdover work of project 52638 - LMS Incentives Phase 2 | Medium | No | User Accep | 2/16/2011 0:00 | TMR Feb 16, 2011 – Waiting on UAT signoff | 12/27/2010 8:00 | 12/30/2011 17:00 | 1,211.00 |

| ID | Requester | Title | Contact | Assignee | Status | Description | Priority | Flag | Category | Date1 | Notes | Start | End | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BSR_LOG_59710 | Wilkins, G | Deploy Motorola Micro Kiosk devices repl | Hunter, Alan | McHugh, Tom | Not Started | Deploy Motorola Micro Kiosk devices replacing Work Brain clocks where possible Meeting today with Jen deBont, Mark Furtado, Kurt, Steinhauser (HR manager) to finalize on placement of the 1 WB clock that will need to be deployed to support the initial hourly work force. Additional clocks (3) will need to be deployed prior to the June 13, 2011 outbound go-live | Low | No | BSR Priori | | | 1/1/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_60478 | Wilkins, G | Implement Symon Marquis system as a p | Hunter, Alan | McHugh, Tom | Started | Apparently the Call Center uses this software.Tom has requested as part of Chemung, TBD | Low | No | Requireme | 2/17/2011 0:00 | Initial demonstration of the Symon system was provided to the team in early January. Next steps will be to develop initial requirements for the Chemung DC. A meeting will be schedule for the last week in February. | 4/4/2011 8:00 | 12/31/2011 17:00 | 2.00 |
| BSR_LOG_00019 | Andrade, J | Convert FMS Reports to Store Portal | Demetrius, Ellen | Misiaszek, Gary | Not Started | This project is set up to convert all Logistics Store Reports currently going through InfoPac to the Store Controller through CASI (PDF creator on the MF) to the Store Portal. DAP120A (SONS) is first. | Low | No | | 4/25/2011 0:00 | ED Software should soon be installed. | 3/24/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_58378 | Andrade, J | Hazmat Tech Name to MF/WMS | Andrade, John | Misiaszek, Gary | Started | Please create an addendum for FBR308 and note the change as:Add a 255 char field to WMS product file interface to the DC's Add a 255 char column (tech_name) to the IPROD table and populate the new column via the interface from the host Modify the hazmat shipping documents (regular and Puerto Rico versions) to list the technical name description to the right of the "description of articles" attribute on the documents. | Low | Yes | On Hold - | 2/3/2011 0:00 | ED From Amy's email: Good Afternoon-I met with Dan this week and our PIM fields are in development. The fields should be ready in March for testing and then go live after testing is complete . | 1/5/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_00002 | Wilkins, G | AOR/ASAP PC replacement - NADC | Bowser, William | Misiaszek, Gary | Started | AOR/ASAP PC replacement.Existing machine is about 9 years old running Windows 2000. The age of the machine limits the speed of data transfer rates which is resulting in shipping errors, leading to more production time.The machine is a primary with no backup.VPN is not allowed on Windows 2000. This severely limits Vendor support of the hardware and/or software. | High | No | Architectur | 2/15/2011 0:00 | WJB 02-15-2011: VPN will be requested once the new hardware is in place. | 1/5/2011 8:00 | 12/31/2011 17:00 | 45.50 |
| BSR_LOG_00013 | Wilkins, G | New Cigarette Tax Stamp Mgmt software | McPhee, Russell | Misiaszek, Gary | Started | Provide IT Support for New Cigarette Tax Stamp Mgmt software (Tax Right) | Low | No | Requireme | 2/16/2011 0:00 | Attended kick-off meeting on 02/15/11. | 2/15/2011 8:00 | 4/21/2011 17:00 | 15.00 |
| BSR_LOG_00015 | Wilkins, G | Provided Internet/My Page Connectivity C | Hunter, Alan | Misiaszek, Gary | Started | The HR Dept is planning several events which require DC Associates to access the internet or the intranet 'My Page' site. Need to have viable options to allow all User, including those with no NT Accounts to be able to access ONLY the URL's or sites authorized. The events currently include Engagement Survey, Wellness program, available employment opportunities, My Page functions, and other ancillary HR functions. | Low | No | BSR Priori | | | 3/18/2011 8:00 | 12/31/2011 17:00 | 6.00 |

| ID | Requester | Title | Contact | Assigned To | Status | Description | Priority | | | | | Start | End | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BSR_LOG_00021 | Wilkins, G | Tax Right Application PC Procurement ar | Wilkins, Graham | Misiaszek, Gary | Started | Provide 2 suitable PC's for the Tax right cigarette tax stamp mgmt application to be used in the Chemung DC.  Workstation specifications have been reviewed and approved by the Desktop Engineering Team (Tom Lavoie). Jon Randle assigned to image new PC's with Tax Right application and FTP batch file.  Hardware costs to be applied to Chemung Capital project number 0813135 cost center 86250. | Medium | No | | | | 4/18/2011 8:00 | 10/31/2011 17:00 | 96.04 |
| BSR_LOG_00024 | Wilkins, G | Kewill Manifest Engine Replacement | Dennen, Michael | Misiaszek, Gary | Not Started | Find suitable replacement for the existing dotcom Kewill engine which will no longer be support as of mid-June. ASAP recommends a product named 'ConnectShip' since they do have experience with it and it does support dotcom support requirements. | | No | | | | 4/25/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_60344 | Wilkins, G | Upgrade Distribution Centers to Cognos 8 | McPhee, Russell | Misiaszek, Gary | Started | Upgrade Distribution Centers to Cognos 8.4 after the BV PilotDue to memory leaks in current version, Cognos will be upgrade to version 8.4 as recommended by IBM. | Low | No | | 2/16/2011 0:00 | RW: To be started after PA/WN pilot is completed. | 1/1/2011 8:00 | 12/31/2011 17:00 | 20.00 |
| BSR_PLACE_00004 | Wilkins, G | Logistics Comp/Reg/RCA/PCI/Audit | Wilkins, Graham | Misiaszek, Gary | Started | Covers all tasks assigned to IS-Logistics not requested by Customers.This covers an increasing percentage of work, affects the way dates are committed our Customers, currently takes 10+% of available staff time, and is expected to rise to 20% by mid-2011. | Low | No | Start | 2/16/2011 0:00 | ONGOING | 1/3/2011 8:00 | 12/31/2011 17:00 | 62.00 |
| BSR_LOG_00026 | Wilkins, G | Security Compliance for Protracks | | Moriarty, Sean | Not Started | Install new version of Protracks that moves the DB from SQL 2000 to SQL 2005 and enables web services.  This removes the need for a user id to have DBO (Data Base Owner) access. | Medium | No | | 4/28/2011 0:00 | ED Security/Compliance request | 4/28/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_00020 | Andrade, J | Minute Clinic Order Download | Demetrius, Ellen | Parenteau, Kelly | Started | From Kelly - We are in need of a file extract similar to the current Supply download (BI476M), however it must include ALL orders processed for Minute Clinics, including FS Merchandise items. | | No | | 4/7/2011 0:00 | ED sent to Santhosh | 4/5/2011 8:00 | 12/31/2011 17:00 | 1.00 |
| BSR_LOG_58166 | Andrade, J | Billing Override T022 Enhancements | Demetrius, Ellen | Puddington, Jeff | Not Started | Enhance the Distribution Store Override Table Maintenance screen (BI06) to add the capability to override seasons at the event level in addition to msd code level.  This was originally part of BSR 55435 but was determined to be a longer term project. | Low | No | On Hold - E | 12/13/2010 0:00 | 2/17/11 JJA - Still on hold | 1/5/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_59731 | Andrade, J | BI75 - Date Sort Version | Demetrius, Ellen | Puddington, Jeff | Started | BI75 - Inventory Transaction History screen - We would like to have a new screen added mirroring the information that is now appearing in the BI75 screen but have the transactions sorted by date instead of by adjustment code.  The information appearing in screen BI75 is now sorted by adjustment code. . | Low | No | Requireme | 2/15/2011 0:00 | ED 02/15 new file would need to be created for this request; no update | 12/26/2010 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_00016 | Wilkins, G | Install voltage regulators in IBM servers a | Hunter, Alan | Rodrigues, Bryan | Started | The attached quotes are for IBM parts and the services to install them.  They will install voltage regulators in IBM servers at 12-14 locations.The parts are $3499, the installation services are $8750.  We were going to do this last year but deferred so it didn't cross a year end.Can both of these come out of the Spare parts line? | Low | No | | | | 3/7/2011 8:00 | 4/19/2011 17:00 | 11.00 |

| ID | Requester | Title | Contact | Assigned | Status | Description | Priority | Controlled | Category | Date | Notes | Start | End | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BSR_LOG_62096 | Wilkins, G | Provide Internet Access to New Supply D | Dennen, Michael | Sanitate, Rich | Started | None included - see attachments and notes; Gary to work on Firewall requests with Ron Richmond.From BSR:See included materials (separate attachments) for details on device and technical access requirements to the internet from the Lumberton NJ DC.Business Drivers:- Reduction in inventory costs and managing labor. | Low | No | Test | 2/16/2011 0:00 | MD: Vendor install scheduled for 2/23. All firewall rules implemented. | 1/3/2011 8:00 | 12/31/2011 17:00 | 88.00 |
| BSR_LOG_47934 | Wilkins, G | CVS.com Returns Upload & ASAP CNA# | Saurette, Wesley | Saurette, Wesley | Not Started | A requirement was identified just before Indy go-live to provide an automated method of feeding returns from cvs.com to the mainframe.Wes Saurette has designed a solution which is represented by ASAP CNA#62 and will also require some mainframe coding. | Low | No | BSR Priority | 2/15/2011 0:00 | WS Feb 15, 2011 - Waiting for prioritization by users. Time lag will now require redesign of any solution. | 1/6/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_00023 | Andrade, J | Flag Controlled Drugs by State | | Sciarra, Greg | Not Started | Implement a mechanism to flag controlled drug status by store's loation state | Medium | Yes | | | | 4/22/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_43910 | Andrade, J | Allow Store/Web Flag differences by DC | Demetrius, Ellen | Tomamichel, Greg | Not Started | The store flag on the item file does allow the setting to set be different by DC.  The CVS.com and Logistics Team is requesting this capability in order for items which need to be setup differently.  Host screen to be modified is 10103.Requested by Gary on behalf of Greg Tomamichael.Business reasons:-Conflicts in item setup in which one DC should be set to 'N'; and other set to "Y".-Backup to request provided in separate attachment | Low | No | BSR Priority | 3/18/2011 0:00 | ED Gary discussed with Betty Lussier today | 1/5/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_00010 | Andrade, J | Create Logistics folder for non-Orders | Demetrius, Ellen | Tomasetti, Alisa | Started | Provide a folder that can feed store, item quantity to BI41 for NON store orders (delivered bills, transfers/credits, etc) Business driver:- Significant labor time is spent in DSS manually keying delivered bills, store to store transfers and/or credits. | Low | No | On Hold - | 4/25/2011 0:00 | ED  Waiting for Second UAT review and signoff. All production pieces are in place including folder and email lists. | 2/11/2011 8:00 | 4/29/2011 17:00 | 27.00 |
| BSR_LOG_33397 | Andrade, J | 2ND IVR Line for Dist Services | Cushman, Robert | Tomasetti, Alisa | Not Started | Eliminate calls to the Distribution Services call center by establishing a 2nd IVR line to be used by the stores to get future polling/delivery information from the host master route schedule fileNote:  The Billing team will need to create the information to download. | Low | No | BSR Priority | | | 1/5/2011 8:00 | 12/31/2011 17:00 | 0.00 |
| BSR_LOG_38979 | Andrade, J | Store IVR Data Modification | Demetrius, Ellen | Tomasetti, Alisa | Started | Provide ability to modify the data in the Vantive database where it applies to IVR delivery information available to the Stores. See Wes Saurette on detailed changes.Users need ability to modify or delete data on HOP2, Schema:  EXAV, Table - DS_STORE_DELIV (might not belong to Vantive).Business Drivers:-Inaccurate data being passed to IVR line for store delivery information-Extra work for DC's to have to call every impacted store also. | Low | No | Requireme | 4/8/2011 0:00 | ED Began to discuss screen design and flow for corrections with Jen and Lisa. | 2/8/2011 8:00 | 12/30/2011 17:00 | 11.00 |
| BSR_LOG_49549 | Andrade, J | Peregrine Forms Updates - Logist. Store | Cushman, Robert | Tomasetti, Alisa | Started | Update and improve existing forms in Peregrine to support the new acquired DC's and procedures. This is in order to provide quick results for the stores, the DC's and Distribution Services. | Low | No | Requireme | 2/14/2011 0:00 | RC Weekly meeting have started to get detailed requirements.   Reqs finalized this week. | 1/10/2011 8:00 | 12/30/2011 17:00 | 243.25 |

| ID | Owner | Title | Requester | Assignee | Status | Description | Priority | Flag | Type | Date | Notes | Start | End | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BSR_LOG_59561 | Andrade, J | RFC Enhancements: Supplies & Deletes | Burtch, Timothy | Tomasetti, Alisa | Started | Ability to RFC store supplies (currently supplies reside on RX system not FS controller) and ability to Delete RFCs in a sent status from store controller.- Currently the RFC system is not allowing stores to process store supply items because the items reside on RX system. We've had several instances of wrong distributions creating a need for the return request. | Low | No | Code | 2/15/2011 0:00 | 2/15/11 no additional updates since last status. TB 01/19/11: No additional update since the last one. as of 12/16/10 no additional work has been done on this BSR. Still waiting on store team to prioritize the ability to process supplies | 1/13/2011 8:00 | 12/31/2011 17:00 | 3.00 |
| BSR_LOG_59605 | Andrade, J | Improve Date Code Edits for WMS | Demetrius, Ellen | Vanelli, Dean | Started | Improve Date Code edits in WMS. (INFOR/WITRON??)See attachment for editsBusiness Driver:- Improve changes to the mgmt of date coded product inventory. Collaborating with the Inventory Mgmt Team | Low | No | Deploy | 2/15/2011 0:00 | 02/15 ED Only Witron item refreshes need to be done | 3/11/2011 8:00 | 12/31/2011 17:00 | 7.00 |
| BSR_LOG_62749 | Wilkins, G | Create Yearly Job to Load Yearly ARP Pl | Reilly, Teresa | Vanelli, Dean | Started | The load of ARP Planned Data to RDW table has been done manually each year via a one-shot since business asked to have the data loaded. A control-m request job will be created to eliminate being done manually. This new control-m job will be ready for the 2012 load so the 2011 load will need to be done manually. | Low | No | Code | 2/16/2011 0:00 | TMR Feb 16, 2011 – Denise Heath has begun to work on it this week. Estimated due date is 3/14 | 4/6/2011 8:00 | 12/31/2011 17:00 | 11.00 |
| BSR_LOG_00006 | Wilkins, G | Ongoing WMS Data Remediation | Wilkins, Graham | Wilkins, Graham | Started | | | No | Start | | | 1/13/2011 8:00 | 12/24/2011 17:00 | 40.50 |
| BSR_LOG_54742 | Andrade, J | Rewrite eManifest with PDF Tool | Saurette, Wesley | Wilkins, Graham | Started | We should eliminate the kludgy dump of data to SQR which involves other app teams to write and support, by re-writing the PDF files directly through the txt2pdf tool which the Enterprise Architecture team has approved for Wes. | Low | No | Code | 2/15/2011 0:00 | WS  Feb 15, 2011 - Waiting for legal approval of license before installing | 12/28/2010 8:00 | 12/30/2011 17:00 | 80.00 |
| BSR_LOG_58307 | Wilkins, G | Upgrade all WMS environments to AIX 6. | Dennen, Michael | Wilkins, Graham | Started | Upgrade all WMS environments to AIX 6.2/Oracle 11.2/Genero 2.22 | Low | No | Scheduling | 2/16/2011 0:00 | MD Graham is managing this BSR | 1/5/2011 8:00 | 12/31/2011 17:00 | 53.00 |