# PSJ11 CVS Opp Exh 8

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4
 5    ------------------------------x
 6    IN RE: NATIONAL PRESCRIPTION   ) Case No.
 7    OPIATE LITIGATION              ) 1:17-MD-2804
 8    APPLIES TO ALL CASES           ) Hon. Dan A. Polster
 9    ------------------------------x
10          HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                   CONFIDENTIALITY REVIEW
12
         VIDEOTAPED DEPOSITION OF HENRY JOHN MORTELLITI, III
13
                          WASHINGTON, D.C.
14
                    WEDNESDAY, JANUARY 23, 2019
15
                            8:05 A.M.
16
17
18
19
20
21
22
23
24    Reported by: Leslie A. Todd
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   timeline.
 2            MR. KENNEDY:  Exhibit 16, please.
 3            (Exhibit No. 16 was premarked for
 4            identification.)
 5   BY MR. KENNEDY:
 6       Q    Let's take a look at that.  Do you
 7   remember this problem with historical data related
 8   to active ingredient?
 9       A    I don't remember it being active
10   ingredient.  Let me see.
11       Q    Let's look at 16.  This document is from
12   10/8/2010.  All right?  Is it titled on the first
13   page "Business Idea Description"?  Do you see
14   that?
15       A    I do.
16       Q    And it says:  "Submit to
17   IS-Business-Idea mailbox."  What is IS?
18       A    They are the group in corporate that can
19   write a query for your programs.
20       Q    And this is requested for on behalf of
21   John Mortelliti.  Is that you?
22       A    Yes.
23       Q    And your department at that point in
24   time was loss prevention, true?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A    Yes.
 2        Q    And the title is "Control Drug IRR
 3   Update."  True?
 4        A    Yes.
 5        Q    And that is what we've been talking
 6   about, the IRR report that's kind of foundational
 7   to your monitoring program, true?
 8        A    Yes.
 9        Q    When was the last time you reviewed this
10   document?
11        A    I don't -- I don't know.  I --
12        Q    It says:  "Summary Description and
13   Objectives:  DEA expects CVS to prevent suspicious
14   orders from being filled out of our DCs."
15             Did I read that right?
16        A    You did.
17        Q    And that would be true, that's what the
18   DEA expects, does it not?
19        A    Yep.
20        Q    Next sentence:  "The current IRR does
21   not provide the proper information to meet the
22   DEA's needs."
23             Did I read that right?
24        A    You read it correctly.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q    Next sentence, does it state:  "We need

 2   control drugs to be monitored by 'active

 3   ingredient.'  Currently the control drugs are

 4   monitored by item.  The IRR loses all order

 5   history when the info on the item changes causing

 6   CVS to be noncompliant with DEA expectations."

 7             Did I read that correct?

 8        A    You read it correctly.

 9        Q    Were those your words, sir?  Were those

10   your words?

11        A    That's what I put in here.

12        Q    Now --

13        A    But --

14        Q    No, I just asked you if those were your

15   words, and we'll go into detail.

16        A    Okay.

17        Q    Let me ask you first, sir, you weren't

18   in -- in the habit of writing and creating and

19   filling in documents on things you didn't believe,

20   stuff you thought was untrue?  Was that your habit

21   and your practice at CVS back in 2010 or 2009 or

22   '08, was that ever your practice to -- to write

23   things and document things that you believed were

24   not true?  Was that your practice, sir?
```

```
 1   soon as possible, are they?
 2            MR. BUSH:  Objection.
 3            THE WITNESS:  They realize we were
 4   compliant, so it did fall to the back burner.
 5            (Exhibit No. 18A was premarked for
 6            identification.)
 7   BY MR. KENNEDY:
 8   BY MR. KENNEDY:
 9       Q    All right.  Well, let's look.  They
10   realized you're compliant.  Let's see what they
11   realized.  Let's go to Exhibit 18A.
12            It's now April 29th of 2011, and that's
13   about eight months after you identified this
14   problem with the IRR, correct?
15       A    There was no problem with the IRR.  I
16   wanted it changed to active ingredient instead of
17   by drug.
18       Q    And it's been eight months since you
19   wanted to have that done ASAP, true?
20       A    Yes.
21       Q    And now Gary, who you have identified
22   as -- he's somebody who's involved in IT, he makes
23   IT type changes, right?
24       A    Yes.
```