PSJ11 CVS Opp Exh 10

| | |
|---|---|
| **From:** | Schiavo, Craig </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CSCHIAVO> |
| **To:** | Bourque, Tom M. |
| **Sent:** | 1/22/2013 11:33:05 AM |
| **Subject:** | Importance of Incorporating OV Orders.docx |
| **Attachments:** | Importance of Incorporating OV Orders.docx |

Tom,

For the meeting with Pawlik today.

Thanks,
Craig

**CONFIDENTIAL**            CVS-MDLT1-000103327

## Importance of Incorporating OV Orders
## Into the SOM Algorithm

**Why It Is Needed:**
- DEA "Know Your Customer" Requirements
- In order for dispensing data contained in the algorithm be useful, we must account for all controlled substances ordered
- To track all NDC#'s ordered by store and have the ability to add unknown/first time item orders into our SOM system

**Potential Issues if Not Account For In Real Time:**
- Store may order a little from both the OV and DC to stay under radar
- We report and OV reports an order to the DEA if the order flags in both systems
- If we bring in OV data later in the process, we may ship a potentially reportable suspicious order from our DC
- Stores can place phone orders which we have no visibility to until a later time
    - Currently have a store which had a 68,000 hydrocodone pill loss and was placing phone orders to OV
    - BOP requested phone records to identify orders placed in store from OV

**Other Positives with Accounting for OV Orders:**
- Prevent reporting by OV to DEA
- All ordering information reviewed during the due diligence process when making a decision on whether or not to release an order
- SOM algorithm will have be better equipped to identify a potential suspicious order, minimizing the risk of shipping a potential suspicious order

**CONFIDENTIAL**                                                                                                                    **CVS-MDLT1-000103328**