PSJ11 CVS Opp Exh 12

| | |
|---|---|
| **From:** | Schiavo, Craig </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CSCHIAVO> |
| **To:** | Bourque, Tom M. |
| **Sent:** | 7/16/2013 2:14:42 PM |
| **Subject:** | FW: Archer SOM |

FYI – Kelly brings up another concern about current process and the data he is looking at…seems that some of the information he is using is very old and not helpful. Don't think there is anything we can do about it now, but just wanted to let you know:

Kelly Email:
*Craig, another concern I have is the Store Metric Report I use to analyze the BVRs on the IRR. The data snapshot is a 3 month window that is a year old. Any analysis that I make from the data is, for the most part, irrelevant and pointless.*

*I know this tool will be going away and may not be cost effective to update. But I'm wasting a lot of man hours. I don't understand why they can just re-run the query for a token amount. They would not have re-write the scripts or code.*

*In any event, the big issue is of false negatives and the risks associated with something slipping by.*

Thanks,
Craig

**Craig Schiavo** | CVS Caremark | **Sr. Compliance Manager, Regulatory Compliance** | P: 401-770-6495 | Fx: 401-652-9611 I **200 Highland Corporate Dr., Cumberland, RI 02864** |CSchiavo@CVS.com

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Baker, Kelly J.
**Sent:** Thursday, July 11, 2013 12:07 PM
**To:** Schiavo, Craig
**Subject:** RE: Archer SOM

It's the part of the IRR report the looks at Volume, Ratio or Both (BVR).

**Kelly J. Baker** | CVS Caremark | SOM Analyst, Logistics Operations | office | 317-353-1458 Ext. 3262 | 401-216-3184 fax | 7590 Empire Drive, Indianapolis, IN 46219 |
CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Schiavo, Craig
**Sent:** Thursday, July 11, 2013 11:59 AM
**To:** Baker, Kelly J.
**Subject:** RE: Archer SOM

Kelly, Quick question that I should probably know the answer to….what is a BVR?

**Craig Schiavo** | CVS Caremark | **Sr. Compliance Manager, Regulatory Compliance** | P: 401-770-6495 | Fx: 401-652-9611 I **200 Highland Corporate Dr., Cumberland, RI 02864** |CSchiavo@CVS.com

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Baker, Kelly J.
**Sent:** Thursday, July 11, 2013 11:38 AM
**To:** Schiavo, Craig
**Subject:** RE: Archer SOM

Craig, another concern I have is the Store Metric Report I use to analyze the BVRs on the IRR. The data snapshot is a 3 month window that is a year old. Any analysis that I make from the data is, for the most part, irrelevant and pointless.

I know this tool will be going away and may not be cost effective to update. But I'm wasting a lot of man hours. I don't understand why they can just re-run the query for a token amount. They would not have re-write the scripts or code.

In any event, the big issue is of false negatives and the risks associated with something slipping by.

**Kelly J. Baker** | CVS Caremark | SOM Analyst, Logistics Operations | office | 317-353-1458 Ext. 3262 | 401-216-3184 fax | 7590 Empire Drive, Indianapolis, IN 46219 |
CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Schiavo, Craig
**Sent:** Tuesday, July 09, 2013 4:33 PM
**To:** Baker, Kelly J.
**Subject:** RE: Archer SOM

Kelly,

Thanks for the heads up! That is something we will need to discuss.

Thank you,
Craig

**Craig Schiavo** | CVS Caremark | **Sr. Compliance Manager, Regulatory Compliance | P: 401-770-6495 | Fx: 401-652-9611 | 200 Highland Corporate Dr., Cumberland, RI 02864** |CSchiavo@CVS.com

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Baker, Kelly J.
**Sent:** Tuesday, July 09, 2013 3:51 PM
**To:** Schiavo, Craig; Vanelli, Dean A.
**Cc:** Luehring, Shawna (Contractor); Bourque, Tom M.; Talke, Dixi W.; Nicastro, MArk T.
**Subject:** RE: Archer SOM

Craig, not really pertaining to your question, but I did want to highlight to the group that you note that I do NOT have a back up. Even our hourly assistant has limited access. If something happens to me via act of nature or illness, the current daily SOM process would come to a complete halt.

I am not aware of a risk assessment or action plans in place to address.

**Kelly J. Baker** | CVS Caremark | SOM Analyst, Logistics Operations | office | 317-353-1458 Ext. 3262 | 401-216-3184 fax | 7590 Empire Drive, Indianapolis, IN 46219 |
CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Schiavo, Craig
**Sent:** Tuesday, July 09, 2013 2:59 PM

**To:** Baker, Kelly J.; Vanelli, Dean A.
**Cc:** Luehring, Shawna (Contractor); Bourque, Tom M.; Talke, Dixi W.
**Subject:** FW: Archer SOM
**Importance:** High

Dean and Kelly,

Please review the attached and comments below I made in Red and let me know if everything looks correct, or if anyone needs to be added/removed.

Thank you,
Craig

Craig Schiavo | CVS Caremark | Sr. Compliance Manager, Regulatory Compliance | P: 401-770-6495 | Fx: 401-652-9611 | 200 Highland Corporate Dr., Cumberland, RI 02864 |CSchiavo@CVS.com

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

---

**From:** Luehring, Shawna (Contractor)
**Sent:** Tuesday, July 09, 2013 9:03 AM
**To:** Schiavo, Craig
**Subject:** RE: Archer SOM

Craig,

Hope you had a good 4th of July weekend! J

Did you get anymore feedback from the group?
If not … attached is the Archer SOM Access Control matrix that I will be using to create SOM Groups/Roles and provide User Access when we go live with this new solution.

Let me know if you are ready for me to send back out the updated Archer SOM Requirements. I need to get yours and Tom's approval to move this forward and put it in UAT to test.

Thanks,
Shawna

Shawna Luehring | CVS Caremark | Senior GRC Consultant | phone: (913) 634-2094 | Shawna.Luehring@CVSCaremark.com

---

**From:** Schiavo, Craig
**Sent:** Tuesday, July 02, 2013 1:37 PM
**To:** Bourque, Tom M.; Vanelli, Dean A.; Talke, Dixi W.; Baker, Kelly J.
**Cc:** Castro, Cassandra; Luehring, Shawna (Contractor)
**Subject:** FW: Archer SOM

Team,

My comments are in red, please review and make any additions/changes necessary.

Please let me know if you would like me to set up some time next week to discuss further/or if this should be a topic on the agenda on Monday.

Thanks,
Craig

Craig Schiavo | CVS Caremark | Sr. Compliance Manager, Regulatory Compliance | P: 401-770-6495 | Fx: 401-652-9611 | 200 Highland

Corporate Dr., Cumberland, RI 02864 |CSchiavo@CVS.com

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

**From:** Luehring, Shawna (Contractor)
**Sent:** Monday, July 01, 2013 3:20 PM
**To:** Schiavo, Craig
**Cc:** Bourque, Tom M.; Baker, Kelly J.; Vanelli, Dean A.; Talke, Dixi W.
**Subject:** Archer SOM

(Let me try this again ... I didn't mean to send the first unfinished draft. Thanks, Craig!)

Craig and Team,

I've updated the **Archer SOM** prototype with the "Prescriber" changes, by removing the Letter and Call fields from the "Review" tab and moved the "Action" tab section over to the Review tab. Attached, please find screenshots of the revised SOM record. Please review and let me know if you see the need for any other changes.

I'll also need to get requirements for Access Control:
1. Who will be entering in the SOM cases? (**Case Owner**) Kelly J. Baker and his team (yet to be hired)
   They will have CREATE, READ and UPDATE access.
2. Who will be assigned to the Business Milestones? (**Task Owners**) John Robinson (LP), Michelle Travassos (Ops), Nicci Harrington (Ops)
   They will have READ access to the SOM case and only be able to EDIT their assigned Milestone.
3. Will Rx Sups be completing SOM Flags? (As they do for CSM Red Flags?) Yes
   They will have READ and EDIT access only to their assigned SOM Flags, not the SOM Case.
4. Who will be approving the SOM cases? (**Approver**) Kelly Baker or Kelly's Manager, or both?
   They will be the only users to change the Approval fields and move the SOM case to "Closed".
5. Who will be the business's Archer **SOM Admin**? Kelly Baker and his backup (yet to be determined)
   This user will have DELETE access, global reporting capabilities, and submit Archer IRQs.
6. Do we need a **SOM: Read Only** group? (Usually executive levels that need visibility.) Yes, this will probably be Tom Bourque, Dean Vanelli, Cassandra Castro, Myself
7. Does the SOM Team still need full access the CS Monitoring solution? I would say yes to have the ability to search any other open cases or past cases when conducting due diligence. But would Legal have an issue with this?

Once I hear back ... I will update the DRAFT Requirements document and send out a final version for approval. I'll then move the build into the Archer UAT environment. This will allow for us to schedule User Acceptance Testing, where you can take it for a test drive.

Thanks,
Shawna

Shawna Luehring | CVS Caremark | Senior GRC Consultant | phone: (913) 634-2094 |
Shawna.Luehring@CVSCaremark.com