PSJ11 CVS Opp Exh 14

**CVS Logistics**
**DC Suspicious Order Monitoring**
**June 16, 2014**

**Project Timeline**

| Date | Milestone | Status |
| --- | --- | --- |
| 05/31 | Finalize business requirements, and design/build algorithms | Complete |
| 09/20 | IT Build and Test | Complete |
| 12/24 | User Acceptance Testing (originally 11/15) | Complete |
| 02/07 | Training, Documentation (originally 11/15) | Complete |
| 07/07 | Roll Out | In Process |

**Deployment**

- Currently mid-deployment with 12 of 19 DCs deployed and live on the new SOM

| DC | Current Go Live |
| --- | --- |
| Indianapolis | 3/3/2014 |
| Orlando | 3/17/2014 |
| Vero Beach | 3/24/2014 |
| Patterson | 3/24/2014 |
| La Habra | 4/7/2014 |
| Novi | 4/7/2014 |
| Somerset | 4/14/2014 |
| Phoenix | 4/14/2014 |
| Hawaii | 4/14/2014 |
| Chemung | 6/16/2014 |
| Ennis | 6/16/2014 |
| Conroe | 6/16/2014 |
| Knoxville | 6/23/2014 |
| Bessemer | 6/23/2014 |
| North Augusta | 6/30/2014 |
| Fredericksburg | 6/30/2014 |
| Lumberton | 7/7/2014 |
| Woonsocket | 7/7/2014 |
| Puerto Rico | 7/7/2014 |

- Deployment has resumed effective June 13th
- Deployment was delayed due to system processing and data feed issues that created SOM historical data inaccuracy
    - Creating additional false positives that are stretching the SOM review team bandwidth
- IT processing issues were identified and rectified
- SOM history was updated on Saturday June 7th

PREPARED AT THE REQUEST OF LEGAL COUNSEL. SUBJECT TO ATTORNEY CLIENT PRIVLEGE.

### SOM Operations
- Since deployment begin on March 1st, the review team has completed due diligence on almost 10,000 orders (store/drug class)
- Since deployment, the review team has flagged 5 orders as suspicious orders, stopped shipping the drug class to the stores and notified DEA

- Partnering with IT to address user identified opportunities
    - Missing/repeated information in listed chemical output reports
    - Improved dispensing reports/data access
    - Redesign auto-block feature for Friday night and Saturday night order runs – creates artificial blocks – process efficiency and improved product flow

- Partnering with IT to develop business requirements for phase 2 rollout; phase 2 enhancements are required system enhancements and functionality that were unable to be implemented at initial deployment
    - Feed dispensing data into algorithm output files – part of original design -efficiency opportunity due to Micro Strategy run times
    - Process to capture and run new mid-day orders (late stores, polling issues) – control improvement
    - Step 2 output for watch stores and/or on ad hoc or as needed basis – monitoring and flexibility improvement
    - Implement CICS screens to manage model input tables and thresholds - control improvement
    - Create unique identifier for DCs to recognize released SOM orders in mid-day pass – process improvement for DCs
    - Addition of incremental data elements to output reports – due diligence improvement

### SOM Staffing
- Enacting staffing alternatives to increase review team capacity
    - Attempting to repurpose existing position (LOA) onto SOM Team
    - Training back up staffing from within Logistics Planning

PREPARED AT THE REQUEST OF LEGAL COUNSEL. SUBJECT TO ATTORNEY CLIENT PRIVLEGE.

CONFIDENTIAL                                                                                                                                   CVS-MDLT1-000030177