PSJ11 CVS Opp Exh 18

| | |
|---|---|
| **From:** | Gillen, Daniel J. <Daniel.J.Gillen@usdoj.gov> |
| **To:** | Nicastro, MArk T. |
| **CC:** | Ratcliff, Andrew J. |
| **Sent:** | 11/25/2013 11:32:16 PM |
| **Subject:** | Re: Closing meeting |

Mark,

Thank you for your response. Based on your comment I understand that no orders for any shipments of controlled substances have been flagged as "Suspicious" originating from the Indianapolis DC center. Based on the list that you provided of the four pharmacies that CVS flagged as Suspicious and shipments were stopped in 2012 and 2013 I take it these were the only CVS pharmacy orders in the U.S. that were deemed "Suspicious" and stopped but just not from your facility. Again thank you for your time and clarification in this matter regarding your SOM procedure for CVS Indiana.

Dan


Daniel J. Gillen
Group Supervisor
Diversion Group 53
Indianapolis District Office
O) 317-613-4587
C) 317-946-4016
F) 317-226-7703
E: Daniel.J.Gillen@usdoj.gov

---

**From**: Nicastro, MArk T. [mailto:MArk.Nicastro@CVSCaremark.com]
**Sent**: Monday, November 25, 2013 09:13 PM
**To**: Gillen, Daniel J.
**Cc**: Ratcliff, Andrew J.
**Subject**: RE: Closing meeting

Dan,
I am sorry for the late response. I had a couple days of travel so I'm a little behind on email.
No, those shipments did not originate from the Indianapolis DC. Our SOM algorithms are the same algorithms for all the DC's in the CVS chain.
A stopped order means no drugs of that drug family are "shipped" to the store and a store cannot order from an outside source for that drug family. Several groups (departments) must agree on an action to remediate the concerns of the suspicious order before shipments would resume.

Mark Nicastro
Director
CVS/pharmacy
Indianapolis Distribution center
(317) 353-1458 ext. 3354
Mark.Nicastro@CVSCaremark.com

---

**From:** Gillen, Daniel J. [mailto:Daniel.J.Gillen@usdoj.gov]
**Sent:** Friday, November 22, 2013 4:11 PM
**To:** Nicastro, MArk T.
**Cc:** Gillen, Daniel J.; Ratcliff, Andrew J.
**Subject:** RE: Closing meeting

Mark,

HIGHLY CONFIDENTIAL                                                                                                          CVS-MDLT1-000000421

We were under the impression that sales of controlled substances from your DC location in Indianapolis were for approximately six (6) states in this region. You provided a list of four (4) pharmacies that CVS had "stopped" shipments to in 2012/2013 for California, Texas and Hawaii. Could you please confirm that these shipments originated from your CVS DC location. Also by "stopped' does that mean that no further orders were filled at these pharmacies for controlled substances? Appreciate the clarification. Please don't hesitate to contact me for any questions.

Dan

*Daniel J. Gillen*
*Group Supervisor*
*Diversion Group 53*
*Drug Enforcement Administration*
*Indianapolis District Office*
*575 N. Pennsylvania, Suite 408*
*Indianapolis, IN 46204*
*Office: (317)-613-4587*
*Cell:  (317)-946-4016*
*Fax: (317)-226-7703*

---

**From:** Nicastro, MArk T. [mailto:MArk.Nicastro@CVSCaremark.com]
**Sent:** Thursday, November 21, 2013 11:40 AM
**To:** Gillen, Daniel J.
**Cc:** Nicastro, MArk T.
**Subject:** Closing meeting

Hello Dan,
I apologize for all the attachments, but the information I have included provides a clear strategy on how we manage suspicious orders.
-The first file is my formal request for a closing and why we want to move forward.  There is also information about our SOM process included.
-The second file is a list of metric definitions we use as part of our SOM analysis.
-The third file is our Standard Operating Procedure for SOM.
-The fourth file is a list of stores where we have stopped orders.
-The fifth file is an article penned by two executives of CVS Caremark which was published by the New England Journal of Medicine in August of 2013.

Please contact me with any questions you may have.
Thank you,

Mark Nicastro
Director
CVS/pharmacy
Indianapolis Distribution center
(317) 353-1458 ext. 3354
Mark.Nicastro@CVSCaremark.com

HIGHLY CONFIDENTIAL

CVS-MDLT1-000000422