PSJ11 CVS Opp Exh 20



**U. S. Department of Justice**
Drug Enforcement Administration

Chicago Field Division
230 South Dearborn Street
Suite 1200
Chicago, Illinois 60604

*www.dea.gov*

CVS Indiana
c/o Elizabeth Ferguson
7590 Empire Dr., Door 116-123
Indianapolis, IN 46219

Dear Ms. Furgeson:

In July, 2013, Investigators from the Drug Enforcement Administration (DEA), Indianapolis District Office, initiated a regulatory investigation at CVS Indiana (DEA R/N: RH0197170) located at 7590 Empire Dr., Doors 116-123, Indianapolis, Indiana 46219. As a result of this investigation, the following violation of the Controlled Substance Act (CSA) was identified:

1. Failure to design and maintain a system to detect suspicious and report suspicious orders for Schedule III-V Controlled Substances as required by Title 21 United States Code (USC) 821, Title 21 USC 823(e)(1), and Title 21 Code of Federal Regulations (CFR) 1301.74(b) in violation of Title 21 USC 842(a)(5) in that CVS failed to detect orders that should have been identified as suspicious for retail locations in Vincennes and Kokomo Indiana.

2. Failure to maintain an accurate biennial inventory as required by Title 21 USC 827(a) and Title 21 CFR 1304.11(a) in violation of Title 21 USC 842(a)(5) in that for Clonazepam 1mg the summary page indicated one value while the supporting worksheets indicated another.

This letter is a formal notification of your violations of the CSA. At this time, you are being afforded the opportunity to comply with the requirements of the Act.

Please advise this office in writing within thirty (30) days as to the action taken or planned to correct these violations. Please direct your written response to: Drug Enforcement Administration, 575 North Pennsylvania Street, Suite 408, Indianapolis, Indiana 46204, Attn: Diversion Investigator Andrew Ratcliff.

**HIGHLY CONFIDENTIAL**                                                                 **CVS-MDLT1-000008014**

If you have question concerning this matter, please contact Diversion Investigator Andrew Ratcliff at (317) 613-4606.

Sincerely,

Daniel J. Gillen
Diversion Program Manager
Chicago Field Division

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000008015**