PSJ11 CVS Opp Exh 26

Highly Confidential - Subject to Further Confidentiality Review

1              UNITED STATES DISTRICT COURT

            FOR THE NORTHERN DISTRICT OF OHIO

2                  EASTERN DIVISION

3

    **************************

4

    IN RE:  NATIONAL          MDL No. 2804

5   PRESCRIPTION OPIATE

    LITIGATION                Case No.

6                             1:17-MD-2804

    **************************

7

    THIS DOCUMENT RELATES TO    Hon. Dan A. Polster

8   ALL CASES

9   **************************

10

11      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

12             CONFIDENTIALITY REVIEW

13      VIDEOTAPED DEPOSITION OF CRAIG SCHIAVO

14

15            Thursday, January 17th, 2019

16                   8:06 a.m.

17

18      Held At:

19            Omni Hotel

20            One West Exchange Street

21            Providence, Rhode Island

22

23   REPORTED BY:

24   Maureen O'Connor Pollard, RMR, CLR, CSR

Highly Confidential - Subject to Further Confidentiality Review

1        A.    In 2012, 2013, I don't recall.

2    BY MR. ELSNER:

3        Q.    Is it done today?

4              MS. MILLER:  Same objection, and

5    object to form.

6        A.    I'm not familiar with the audit

7    process and everything that is audited.

8    BY MR. ELSNER:

9        Q.    Okay.  It says on Page 8 of the

10   PowerPoint under "DEA Reporting Requirements" at

11   the very top, it says "CVS is obligated to

12   report orders determined to be Suspicious that

13   were placed to our Distribution Centers," and

14   "placed to our distribution centers" is

15   underlined and in bold, correct?

16       A.    I see that it is underlined, and it

17   appears that at least part of it is in bold.

18       Q.    Okay.  And then if you look down to

19   the third bolded item, it reads that "Orders

20   that are placed to an Outside Vendor that we

21   identify as an order deviating from the normal

22   size, frequency, and/or buying pattern and

23   deemed to not be for legitimate purposes or are

24   at the risk of being diverted are not required

Highly Confidential - Subject to Further Confidentiality Review

1    to be reported to the DEA."

2            Did I read that correctly?

3            MS. MILLER:  Object to form.

4    A.    That's what it says, but I don't know

5    how we would identify an order placed to an

6    outside vendor deviating from normal size,

7    frequency, but I don't believe that part of our

8    process monitoring specific orders to the OV

9    when they are placed.

10   BY MR. ELSNER:

11       Q.    So I guess my first question is, does

12   CVS have a system in place to monitor the orders

13   that are being placed by its pharmacies, whether

14   from the distribution center or to outside

15   vendors for controlled substances?

16            MS. MILLER:  Object to form.

17       A.    I know that CVS monitors orders of

18   controlled substances.

19   BY MR. ELSNER:

20       Q.    From its pharmacies?

21       A.    From its retail pharmacies.

22       Q.    Okay.  And it monitors them for

23   suspicious size, frequency, is that right?

24            MS. MILLER:  Object to form.