PSJ11 CVS Opp Exh 27

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                       - - -
 5
     IN RE:  NATIONAL         :   HON. DAN A.
 6   PRESCRIPTION OPIATE      :   POLSTER
     LITIGATION               :
 7                            :
     APPLIES TO ALL CASES     :   NO.
 8                            :   1:17-MD-2804
                              :
 9
             - HIGHLY CONFIDENTIAL -
10
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                       - - -
12
                  July 19, 2018
13
                       - - -
14
15           Videotaped deposition of
     MICHAEL ORIENTE, taken pursuant to
16   notice, was held at the law offices of
     Weitz & Luxenberg, 700 Broadway, New York
17   New York, beginning at 9:01 a.m., on the
     above date, before Michelle L. Gray, a
18   Registered Professional Reporter,
     Certified Shorthand Reporter, Certified
19   Realtime Reporter, and Notary Public.
20                     - - -
21
          GOLKOW LITIGATION SERVICES
22      877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
23
24
```

```
 1    placed the order above their threshold,
 2    true?
 3         A.    Yes.
 4         Q.    And so if pharmacy X,
 5    Miller's Pharmacy on Main Street in
 6    Cleveland, Ohio, breached their
 7    threshold, you're getting ahold of
 8    Miller's Pharmacy on Main Street in
 9    Cleveland, Ohio, that ordered over their
10    threshold.  Right?
11         A.    Yes.
12         Q.    But if a big chain like CVS
13    breaches their threshold, the call went
14    to their corporate headquarters, their
15    regulatory department, their oversight
16    department.  Correct?
17         A.    Yes, I believe that's how it
18    worked.
19         Q.    So if a CVS store in Idaho
20    places an order above their threshold,
21    you are calling Providence, Rhode Island.
22    You are calling the corporate office with
23    respect to that Level 1 --
24               MS. HENN:  Objection to
```

```
 1              form.
 2     BY MR. KENNEDY:
 3          Q.    -- to find out what's going
 4     on in Idaho, correct?
 5              MS. HENN:  Objection to
 6              form.
 7              THE WITNESS:  Right.
 8              Because they had -- they perform
 9              their own due diligence internal
10              regulatory review.
11     BY MR. KENNEDY:
12          Q.    Okay.  I'm going to write
13     that down.  I got a paper.
14              MS. ROZMAN:  We're going to
15              mark as MCK Oriente 574.
16              MR. KENNEDY:  I'm going to
17              put that up please.
18                  (Document marked for
19              identification as Exhibit
20              MCK-Oriente-574.)
21     BY MR. KENNEDY:
22          Q.    So these national chains,
23     the big customers, the CVS, they do their
24     own due diligence, they've got their own
```

Highly Confidential - Subject to Further Confidentiality Review

1  regulatory department, correct?
2          A.    Yes.
3          Q.    And CVS, now that's a
4  customer that you're doing over
5  $10 billion worth of business with,
6  right?
7              MS. HENN:  Objection to
8          form.
9              THE WITNESS:  Again, sir, I
10         don't know the exact dollar amount
11         that McKesson does with each
12         chain.
13 BY MR. KENNEDY:
14         Q.    Let me ask you, sir, real
15 simple question.
16              If you're going to rely upon
17 somebody like CVS to do the due
18 diligence, you want to make sure they are
19 doing a good job, don't you?
20         A.    We want to make sure they
21 are following the requirements
22 established for them, yes.
23         Q.    I mean that's -- you've got
24 to make sure.

1         A.    Yeah, we -- yes.
2         Q.    Sir, in 2010, do you
3    understand CVS paid a $77 million penalty
4    in California, do you know that?
5         A.    In California, I was not
6    aware.  I knew they did in Florida have
7    some stores.  But I wasn't aware of
8    California.
9              MR. KENNEDY:  505, please.
10             5005.
11             MS. ROZMAN:  Identified as
12        MCK --
13             MR. KENNEDY:  5 -- yeah,
14        5005.
15             MS. ROZMAN:  MCK Oriente
16        535.
17                  (Document marked for
18             identification as Exhibit
19             MCK-Oriente-535.)
20   BY MR. KENNEDY:
21        Q.    Here's -- this is from the
22   New York Times.  "CVS to pay penalty in
23   methamphetamine case," 2010, New York
24   Times.