PSJ11 CVS Opp Exh 28


Highly Confidential - Subject to Further Confidentiality Review

```
 1             IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF OHIO

 3                       EASTERN DIVISION

 4

 5

 6    ****************************

 7    IN RE:

 8    NATIONAL PRESCRIPTION OPIATE    MDL NO. 2804
      LITIGATION
 9

      This document relates to:      Case No. 17-MD-2804
10
      All cases                      Hon. Dan A. Polster

11    ****************************

12              HIGHLY CONFIDENTIAL - SUBJECT

13            TO FURTHER CONFIDENTIALITY REVIEW

14                VIDEOTAPED DEPOSITION OF:

15                      RONALD LINK

16                      MOTLEY RICE

17                    55 Cedar Street

18                 Providence, Rhode Island

19            December 11, 2018      9:09 a.m.

20

21

22                  Darlene M. Coppola

23               Registered Merit Reporter

24              Certified Realtime Reporter
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    MR. BAKER:  Yeah.  Bates Number
 2       30750.
 3                    VOICE:  What --
 4                    MR. BAKER:  Whoever that is, I'm
 5       going to say the Bates number from now on, but
 6       it's 30750.
 7       BY MR. BAKER:
 8           Q.   Could you go to exhibit --
 9                    VOICE:  So --
10                    MR. BAKER:  30750.  Thank you.
11       BY MR. BAKER:
12           Q.   Let me show you Exhibit No. 50.
13
14                (Exhibit No. 50 marked for
15       identification.)
16
17       BY MR. BAKER:
18           Q.   This is a document entitled "Wholesale
19       Supply Agreement, July 1, 2009."  Do you see
20       that?  Between Cardinal Health and CVS, Inc.
21                Do you see that in the first
22       paragraph?
23           A.   I do.
24           Q.   The Bates number on this is 30817,
```

Golkow Litigation Services Page 65

Highly Confidential - Subject to Further Confidentiality Review

```
 1      correct?  At the bottom?
 2           A.   Correct.  Correct.
 3           Q.   And this is dated July 1, 2009,
 4      correct?
 5           A.   Correct.
 6           Q.   All right.  And you see on page 30840
 7      in that agreement, but I'll show it to you
 8      right here -- do you see on page 30817 in that
 9      agreement that it is signed by CVS Pharmacy,
10      Inc., 7/1/2009?
11               Do you see that?
12           A.   I do.
13           Q.   This is signed by CVS Pharmacy
14      Purchasing and Pharmaceutical Relations,
15      correct?
16           A.   Correct.
17           Q.   Is that who does the purchasing of
18      these outside vendor supply --
19           A.   Yes.
20           Q.   -- of narcotics to CVS pharmacies?
21           A.   Yes.
22           Q.   And you're not made aware of that when
23      these purchases are going on, correct?
24           A.   Correct.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1           Q.   And so you really have no idea during
 2      the period of time that you were in charge of
 3      the suspicious order monitoring program and
 4      logistics just the extent to which these
 5      outside vendors were providing narcotics to
 6      CVS pharmacies; is that correct?
 7           A.   That is correct.
 8                    MR. BAKER:  Let me show you
 9      Exhibit 51.
10
11             (Exhibit No. 51 marked for
12      identification.)
13
14      BY MR. BAKER:
15           Q.   Exhibit 51 is two pages.  The first
16      page is Bates 30892.  The second page is Bates
17      30995.
18                Do you see that?
19           A.   I do.
20           Q.   Okay.  This is a wholesale supply
21      agreement between CVS and Cardinal -- the
22      first page, or the first page of a wholesale
23      supply agreement between CVS and Cardinal
24      dated January 1, 2004, correct?
```

Golkow Litigation Services                                    Page 67