PSJ11 CVS Opp Exh 29

July 1, 2009

## Wholesale Supply Agreement

This letter will confirm the agreement ("**Agreement**") between Cardinal Health 110, Inc., Cardinal Health 411, Inc., and with respect to the sale of Merchandise to the PR Pharmacies (as defined below) Borschow Hospital & Medical Supplies, Inc., ("**Cardinal**") and CVS Pharmacy Inc. ("**CVS**") under which CVS will purchase certain pharmaceutical and other products from Cardinal on the following terms and conditions:





**PLAINTIFF'S EXHIBIT**

NO. 50

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030817**

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030818

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030821

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030822

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030823

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

**CVS-MDLT1-000030824**

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030825

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030826

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030827

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030828

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030829

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030830

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030831

CVS-MDLT1-000030817



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030832**

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030833

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030834

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030835

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030836

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030837

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030838

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030839

CVS-MDLT1-000030817

Section 28.    *Authorized Signatories*.

All signatories to this Agreement represent that they are authorized by their respective companies to execute and deliver this Agreement on behalf of their respective companies, and to bind such companies to the terms herein.

Accepted and Agreed to by:

Cardinal Health 110, Inc.

By: _____

Its: CEO, Pharmaceutical

Date: 7/1/09

Cardinal Health 411, Inc.

By: _____

Its: CEO, Pharmaceutical

Date: 7/1/09

Borschow Hospital & Medical Supplies, Inc.

By: _____

Its: CEO, Pharmaceutical

Date: 7/1/09

CVS Pharmacy, Inc.

By: _____

Its: SVP Pharmacy Purchasing and Pharmaceutical Relations

Date: 7/1/09

24          CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**                    **CVS-MDLT1-000030840**

CVS-MDLT1-000030817

And with respect to Section 4(e) only:

CVS Caremark Corporation

By:

Its: SVP Finance, Controller & Chief Acctg. Officer

Date: 7/1/09

---

CVS Cardinal Wholesaler Agreement 7-1-09.doc

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030841**

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030842

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030844

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030845

CVS-MDLT1-000030817



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030846**

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030847

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030848

CVS-MDLT1-000030817



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030849**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030850

CVS-MDLT1-000030817



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030854**

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030855

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030856

CVS-MDLT1-000030817



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030857**

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030858

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030859

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030860

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030861

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030862

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030864

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030865

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030866

CVS-MDLT1-000030817

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030867

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030868

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030869

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030871

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030872

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030873

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030875

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030876

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030877

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030878

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030880

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030881

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030882

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030883

CVS-MDLT1-000030817



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000030884

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030885

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030886

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030887

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030888

CVS-MDLT1-000030817



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030889

CVS-MDLT1-000030817



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030890**

CVS-MDLT1-000030817

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030891

CVS-MDLT1-000030817