PSJ11 CVS Opp Exh 30

January 1, 2004

## Wholesale Supply Agreement

This letter will confirm the agreement (**"Agreement"**) between Cardinal Health* (**"Cardinal"**) and CVS Pharmacy Inc. (**"CVS"**) under which CVS will purchase certain pharmaceutical and other products from Cardinal on the following terms and conditions:



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030900**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**Section 27.**   *Authorized Signatories.*

All signatories to this Agreement represent that they are authorized by their respective companies to execute and deliver this Agreement on behalf of their respective companies, and to bind such companies to the terms herein.

Accepted and Agreed to by:

Cardinal Health*

By: _____

Its: GROUP PRESIDENT

Date: MAY 17, 2004

CVS Pharmacy, INC.

By: _____

Its: VP Pharmacy Merchandising

Date: June 1, 2004

And with respect to Section 4(e) only:

CVS CORPORATION

By: _____

20 CVS Cardinal Wholesaler Agreement Final 5.12.04 Executed.doc

**HIGHLY CONFIDENTIAL**                                    **CVS-MDLT1-000030911**

Its:_____ Zenon Lankowsky-Secretary

Date:_____ 6/8/04

*The term **Cardinal Health** means the following pharmaceutical distribution companies: Cardinal Health 106, Inc. (formerly known as James W. Daly, Inc.), a Massachusetts corporation (Peabody, Massachusetts); Cardinal Health 103, Inc. (formerly known as Cardinal Southeast, Inc.), a Mississippi corporation (Madison, Mississippi); Cardinal Health 110, Inc. (formerly known as Whitmire Distribution Corporation), a Delaware corporation (Folsom, California) and any other subsidiary of Cardinal Health, Inc., an Ohio corporation ("CHI"), as may be designated by CHI.

---

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030912**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030915



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000030923



**HIGHLY CONFIDENTIAL**                                        **CVS-MDLT1-000030924**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030925**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030929**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030934**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**                    **CVS-MDLT1-000030937**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



CVS-MDLT1-000030943



HIGHLY CONFIDENTIAL

**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000030945**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

HIGHLY CONFIDENTIAL

CVS-MDLT1-000030948



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**                                                    **CVS-MDLT1-000030957**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**