PSJ11 CVS Opp Exh 31

July 1, 2007

## Wholesale Supply Agreement

This letter will confirm the agreement ("**Agreement**") between Cardinal Health 110, Inc. ("**Cardinal**") and CVS Pharmacy Inc. ("**CVS**") under which CVS will purchase certain pharmaceutical and other products from Cardinal on the following terms and conditions:



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000030998



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000031000



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000031002



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031006**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031007**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031008**



HIGHLY CONFIDENTIAL

CVS-MDLT1-000031009



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**Section 27.**    **_Authorized Signatories._**

All signatories to this Agreement represent that they are authorized by their respective companies to execute and deliver this Agreement on behalf of their respective companies, and to bind such companies to the terms herein.

Accepted and Agreed to by:

Cardinal Health 110, Inc.

By: _Michael J Sander_

Its: _President/GM - Retail·ALTcare_

Date: ___6·14·07___

CVS Pharmacy, Inc.

By: _Mettler Leonard_

Its: ___Senior VP Pharmacy___

Date: ___6/26/07___

And with respect to Section 4(e) only:

CVS Caremark Corporation

By: _____

Its: ___Secretary___

Date: ___6-25-07___

CVS LEGAL
APPROVAL
_TLE_

**HIGHLY CONFIDENTIAL**          **CVS-MDLT1-000031014**



**HIGHLY CONFIDENTIAL**                                                              **CVS-MDLT1-000031015**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031023**

*MR 239 - 030*



**HIGHLY CONFIDENTIAL**                                                                                   **CVS-MDLT1-000031024**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031027**

*MR 239 - 034*



**HIGHLY CONFIDENTIAL**

CVS-MDLT1-000031028



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031031**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031033**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031034**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031035**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031037**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031038**

*MR 239 - 045*



HIGHLY CONFIDENTIAL

CVS-MDLT1-000031039



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031040**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**                                                                                    **CVS-MDLT1-000031042**



**HIGHLY CONFIDENTIAL**



HIGHLY CONFIDENTIAL

*MR 239 - 051*



HIGHLY CONFIDENTIAL

CVS-MDLT1-000031045



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031047**

*MR 239 - 054*



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031048**



HIGHLY CONFIDENTIAL                                                    CVS-MDLT1-000031049



**HIGHLY CONFIDENTIAL**                                    **CVS-MDLT1-000031050**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031053**

*MR 239 - 060*



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031054**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

*MR 239 - 063*



**HIGHLY CONFIDENTIAL**

**CVS-MDLT1-000031057**



**HIGHLY CONFIDENTIAL**                                                                      **CVS-MDLT1-000031058**



HIGHLY CONFIDENTIAL



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**