PSJ11 CVS Opp Exh 32

P1.4030.1

Case 1:12-cv-00185-RBW   Document 14-29   Filed 02/10/12   Page 1 of 3

# *Cardinal Health, Inc. v. Holder*

## *Attachment 26*
## *to*
## *Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction*



P1.4030.2

Case 1:12-cv-00185-RBW Document 14-29 Filed 02/10/12 Page 2 of 3

Page 1 of 2

**Hammond, Tawney**

From: Forst, Christopher
Sent: Thursday, September 30, 2010 1:14 PM
To: GMB-QRA-Anti-Diversion
Subject: FW: CVS #0219-BC5289055-Decision
Importance: High

Please add to repository, thanks.

BA1811288, FG1301390, BC5288457, BC5289283, BC5289562, BC5290248, BC5290325, BC5291339, BC5291808, BC6988298, BF8644569, BJ7499456, FH0841014, FR1261611, BC6628549

Christopher J. Forst, BSPha, MPA, FAPhA
Director, Supply Chain Integrity and Regulatory Operations

From: Mone, Michael
Sent: Thursday, September 30, 2010 12:11 PM
To: Forst, Christopher
Subject: FW: CVS #0219
Importance: High

Chris:

Ok to release the cvs held orders for the weekend. We will be working through another solution. Please place this email into the repository

Thanks

Michael A Moné, BPharm, JD, FAPhA
Vice President Anti-Diversion & Sr Regulatory Counsel
7000 Cardinal Place
Dublin, OH, 43017
614.757.5104 (voice)
614.652.9653 (fax)

From: Farley, Paul
Sent: Thursday, September 30, 2010 11:31 AM
To: Mone, Michael
Cc: Jackson, Brian L (SVP, National Accounts/Alternate Care)
Subject: CVS #0219
Importance: High

Michael,
    I'll continue to try and reach you by phone but I wanted to re-cap my conversations with CVS this morning:

    I spoke with Brian Whalen at CVS a couple of times this morning regarding store #0219 and the other locations you referenced at NACDS. I also reviewed your slides with him. He tells me that he responded to Cardinal last March on inquiries for

9/30/2010

CardHe-001302

these same stores. At that time CVS experienced an increase in sales of Oxycodone due to the DEA closing stores in the area. Again earlier this week, because of our request, he sent another email to LP asking them to take a fresh look. He received a response yesterday that they have reviewed the stores activities and that they have been closely monitoring store #0219 for a couple of weeks. None of these stores show significant growth or shrink issues. Additionally CVS has a new attorney working with the DEA. They acknowledge that Florida has been cracking down on "pill mills" and that is driving more legitimate traffic to CVS stores.

Brian will send your slides over to LP for their review and response. They will not provide the doctor or patient information you requested unless it is requested by the DEA. He was quite adamant about this. He does not expect Cardinal to interrupt service to CVS stores since they have responded in the manner we originally agreed upon when launching the SOM program. Any disruption to service will impact patient care and patient care with pain medication is critical as you are aware. I ask that you release any pending orders and update Gilberto.

Thanks

Paul



9/30/2010