PD9 Exh A

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF OHIO

 3                      EASTERN DIVISION

 4

 5    ---------------------------) MDL No. 2804

 6    IN RE:   NATIONAL           )

 7    PRESCRIPTION OPIATE         )

 8    LITIGATION                  )

 9    ---------------------------) Case No. 17-MD-2804

10    THIS DOCUMENT RELATES TO:   )

11    ALL CASES                   )

12    ---------------------------) Hon. Dan A. Polster

13

14                   HIGHLY CONFIDENTIAL

15         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

16            The videotaped deposition of KEVIN M. MURPHY,

17    Ph.D., called by the Plaintiffs for examination, taken

18    pursuant to the Federal Rules of Civil Procedure of

19    the United States District Courts pertaining to the

20    taking of depositions, taken before JULIANA F.

21    ZAJICEK, a Registered Professional Reporter and a

22    Certified Shorthand Reporter, at the offices of

23    Alvarez & Marsal, Suite 1800, 540 West Madison Street,

24    Chicago, Illinois, on June 6, 2019, at 10:08 a.m.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   15 years ago, so it's pretty far back in time.
 2        Q.    Fair enough.
 3              With respect to Professor Cutler, do you
 4   have a level of professional respect for him?
 5        MR. HALLER:  Objection; vague.
 6   BY THE WITNESS:
 7        A.    I think he is reasonably -- I think he is
 8   reasonably well regarded in the health economics
 9   community.  So I -- I think I would generally share
10   that opinion.
11   BY MR. KO:
12        Q.    What about with respect to
13   Professor Gruber, do you respect him?
14        MR. HALLER:  Same objection.
15   BY THE WITNESS:
16        A.    I think he is a -- probably a little less
17   well known that Professor Cutler.  I don't know as
18   much of his work.  I don't think he has had as much of
19   an impact on the profession.  So I -- I -- I guess I
20   wouldn't place him at the same point.
21   BY MR. KO:
22        Q.    And when you say "impact on the
23   profession," are you talking about the profession of
24   economics or health economics in particular or both?
```