PD9 Exh B

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3   IN RE: NATIONAL              )   MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION                   )   Case No.
                                  )   1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )   Hon. Dan A.
 6   ALL CASES                    )   Polster
                                  )
 7
 8
 9                      — — —
10            Wednesday, May 29, 2019
                        — — —
11
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                CONFIDENTIALITY REVIEW
                        — — —
13
14
15
16       Videotaped Deposition of DANIEL P.
     KESSLER, JD, Ph.D., held at Jones Day,
17   1755 Embarcadero Road, Palo Alto, California,
     commencing at 9:02 a.m., on the above date,
18   before Debra A. Dibble, Registered Diplomate
     Reporter, Certified Realtime Reporter,
19   Certified Realtime Captioner, and Notary
     Public.
20
21
                        — — —
22
             GOLKOW LITIGATION SERVICES
23        877.370.3377 ph | fax 917.591.5672
                 deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

1    him professionally.  Probably 20 years.  In
2    the ballpark of 20 years.
3         Q.    And are you aware of whether or
4    not he is a research associate at the NBER?
5         A.    I believe he is, but I am not
6    certain.  Yeah, I'm not certain.
7         Q.    Okay.  By the way, with respect
8    to all four of these professors that we just
9    discussed, Professors Gruber, Cutler,
10   McGuire, and Liebman, do you know any of them
11   outside of your professional capacity?
12        A.    No.
13        Q.    In other words, would you
14   consider any of them your colleagues?
15              MR. GEISE:  Object to the form.
16              THE WITNESS:  Yes.  I mean, I'd
17        consider them all my colleagues.
18              MR. KO:  Okay.  Great.
19              THE WITNESS:  In a professional
20        context.
21        Q.    (BY MR. KO)  Do you respect all
22   four of them?
23              MR. GEISE:  Objection, vague.
24              THE WITNESS:  I think they're

Highly Confidential - Subject to Further Confidentiality Review

1      all very smart academic researchers.
2              I certainly have read many of
3      the papers that they've written, and
4      learned from them.
5         Q.    (BY MR. KO)  And do you know
6   Professor Meredith Rosenthal?
7         A.    Not really.
8         Q.    Okay.  You don't have a
9   professional relationship with her?
10        A.    No, I would not say I know
11  Professor Rosenthal professionally, no.
12        Q.    So is it fair to say that you
13  know Professors Cutler, Gruber, McGuire, and
14  Liebman more than you know Professor
15  Rosenthal?
16        A.    Yes.  That's a correct
17  assessment.
18        Q.    Okay.  Now going back to your
19  CV on the awards and fellowships that you
20  list, are there -- I just want to make sure
21  the record is clear, are there any other
22  awards or fellowships that you can think of
23  that you have had or currently have that are
24  not listed here?