# PD9 Exh D

7/12/2018

Claims DB Collection Notes:

- Omitted fields that were empty, had irrelevant data, or would be potentially client and/or agency identifiable.
- Saved queries in OpiateLawsuit \NickQueriesAndNotes directory (file named NickQueryForClaimsDiscovery.txt).
- Converted date fields to "year".
- Pulled all non-denied claims for CY2006-YTD (7/6/2018)
- Limited data to only those claims with an opiate related diagnosis (in one of the first four diagnosis fields).
- Omitted claims that "net to zero."
- Created single field to identify any claim with an opiate diagnosis in any of the first 4 diagnosis fields.
    - Eliminated detailed diagnoses from exported data as some combinations of these could potentially make the claim individually identifiable.
- *ClaimsOpiateLawsuitExport.txt*
    - Final data – includes 1,204,237 records with a unique key that I can use to link back to my tables.
    - Deleted claims where there were less than 10 clients for a year + procedure/procedure description.
        - A summary of dollars by year (no procedure codes) of these claims is in the spreadsheet named *ClaimsOpiateLawsuitOmitedYearSummary*

SUMMIT_001146951