**PSJ4 SOL OPP – Index of Exhibits – *Corrected 8/1/2019***

| DOCUMENT NO. | DOCUMENT DESCRIPTION |
|---|---|
| PSJ4 SOL Opp Exh 1 HDAMDL000031703 | 12/4/13 - HDMA Message Development Research: Summary of Qualitative Findings |
| PSJ SOL Opp Exh 2 HDAMDL000031775 | 2013 – HDMA Presentation – Defining Success |
| PSJ4 SOL Opp Exh 3 ABDCMDL00269293 | 6/19/15 - HDMA Memorandum entitled "Strategy to Turn the Tide in West Virginia" |
| PSJ4 SOL Opp Exh 4 MCKMDL00407451 | 2014, McKesson, Prescription Drug Abuse, The National Perspective |
| PSJ4 SOL Opp Exh 5 ABDCMDL00161397 | 2/4/14 - Presentation - Prescription Drug Abuse: The National Perspective |
| PSJ4 SOL Opp Exh 6 HDAMDL000190487 | 1/26/12 - HDMA Position Statement - DEA Rules and Enforcement "Suspicious Orders" Monitoring |
| PSJ4 SOL Opp Exh 7 HDAMDL000014961 | 6/13/17 email from Kristen Chasen (McKesson) to John Parker re: Fortune 500 article |
| PSJ4 SOL Opp Exh 8 PDD8801133516 | 2/1/01 email between Sackler & Gruber Re: Unique Valentine Gifts from Chaang |
| PSJ4 SOL Opp Exh 9 JANMS00304077 | 4/4/01 - Purdue Partners Against Pain Advocacy Toolkit |
| PSJ4 SOL Opp Exh 10 PPLPC029000660000 | 3/17/16 –Brunswick – Memorandum re: client Bob Josephson, Catherine London, Jesse Smolin; Re: Digital Crisis Response Plan |
| PSJ4 SOL Opp Exh 11 PPLPC022000935566 | 3/16 – Brunswick – Purdue Pharma Crisis Keywords Reputation management through targeted paid search advertisements |
| PSJ4 SOL Opp Exh 12 PDD8801104393 | 4/10/200 email chain from Michael Friedman to pdg, Subject: Dr. Barry Cole |
| PSJ4 SOL Opp Exh 13 SUMMIT000023567-23648 | Multi-Jurisdictional Law Enforcement Task Force Addendum to 2005 Justice Assistance Grant Application Continued. Drug Threat Assessment, Summit County, OH |
| PSJ4 SOL Opp Exh 14 SUMMIT000023798-23805 | Ohio Office of Criminal Justice Services - Byrne Memorial Grant Program - Area A: Law Enforcement Task Forces Semi-Annual Performance Report for reporting period Jan 1-June 30, 2006 |
| PSJ4 SOL Opp Exh 15 SUMMIT001461080-001461085 | Testimony of Capt. Hylton Baker, Summit County Drug Unit |
| PSJ4 SOL Opp Exh 16 SUMMIT000830645–682 | 2009 Annual Report Submitted by Capt. E Hylton Baker, Commander |
| PSJ4 SOL Opp Exh 17 PPLPC004000159312 | 5/2/08 email from Stephen Seid to Dan Colucci re: McKesson Announces Settlement with DEA |

**PSJ4 SOL OPP – Index of Exhibits –** *Corrected 8/1/2019*

| | |
|---|---|
| PSJ4 SOL Opp Exh 18<br>MCKMDL00543612-613 | McKesson Controlled Substance Monitoring Program - Program Guide for Pharmacies |
| PSJ4 SOL Opp Exh 19 | *West Virginia ex. rel. McGraw v. AmerisourceBergen et. al.*, 2:12-cv-03760, (Jun. 26, 2012) |
| PSJ4 SOL Opp Exh 20 | Excerpts of the deposition of April Vince – 12/13/18 |
| PSJ4 SOL Opp Exh 21<br>SUMMIT001266515 | 10/25/17 - County of Summit - Emergency Proclamation |
| PSJ4 SOL Opp Exh 22 | *State of Ohio ex rel. Mike DeWine v. Purdue Pharma L.P. et al.*, Case No. CV-17 CI 000261 (Ross County C. P.) – Complaint |
| PSJ4 SOL Opp Exh 23 | 7/26/19 - Cuyahoga County's Amended Supplemental Response and Objections to Pharmacy Defendants' Interrogatory No. 6 |
| PSJ4 SOL Opp Exh 24 | 2/22/18 - Summit County and City of Akron, Ohio Plaintiff First Amended Responses and Objections to Distributor Defendants' First Set of Interrogatories |
| PSJ4 SOL Opp Exh 25 | 6/20/18 - Plaintiffs the County of Cuyahoga, Ohio and the State of Ohio Ex Rel Prosecuting Attorney of Cuyahoga County, Michael C. O'Malley's First Amended Responses And Objections to Distributor Defendants' First Set of Interrogatories |
| PSJ4 SOL Opp Exh 26 | 1/11/19 – Plaintiffs' Responses to Supplemental Interrogatory Issued in Discovery Ruling 12 to Plaintiffs |
| PSJ4 SOL Opp Exh 27 | 1/11/19 - Exhibit A to Plaintiffs Supplemental Responses to Discovery Ruling 12 Supplemental Interrogatories |
| PSJ4 SOL Opp Exh 28<br>MCKM0L00355350 | 1/2017 - Administrative Memorandum of Agreement between McKesson Corporation and the US DOJ DEA |
| PSJ4 SOL Opp Exh 29<br>MCKMDL00518064 | Controlled Substance Monitoring Program |
| PSJ4 SOL Opp Exh 30<br>MCKMDL00000021 | McKesson Operations Manual for Pharma Distribution |
| PSJ4 SOL Opp. Exh 31<br>MCKMDL00478912 | Suspicious Order Report |
| PSJ4 SOL Opp. Exh 32<br>MCKMDL00507799 | 8/31/2011 E-mail from Dave Gustin |
| PSJ4 SOL Opp. Exh 33<br>MCKMDL00410744 | 5/1/16 email from Nate Hartle to Krista Peck re: Threshold Reduction Initiative-9143 and 9144 |
| PSJ4 SOL Opp. Exh 34<br>MCKMDL00402184 | 2/9/15 - McKesson's Controlled Substance Monitoring Program Oxycodone Threshold Reduction Report |
| PSJ4 SOL Opp. Exh 35<br>MCKMDL00543971 | 11/3/06 email from Sheila Pacheco to Bruce Russell re: Hydrocodone Reports |

**PSJ4 SOL OPP – Index of Exhibits –** *Corrected 8/1/2019*

| | |
|---|---|
| PSJ4 SOL Opp. Exh 36 CAH_MDL_PRIORPROD_DEA07_00828658 | 7/27/06- Cardinal Health Memo to Dan Tolar from Carolyn McPherson; Subject: June 2006 Regulatory Compliance Review |
| PSJ4 SOL Opp. Exh 37 CAH_MDL_PRORPROD_DEA07_00828657 | 7/27/06 – Regulatory Compliance Review June 2006 |
| PSJ4 SOL Opp. Exh 38 CAHMDL280400012244 | 4/28/14 email from Kim Hownstein to Kimberly Anna-Soisson re: Detecting and reporting suspicious orders and responding to threshold events |
| PSJ4 SOL Opp. Exh 39 CAHMDL280402350970 | 7/27/06 email from Mignette Strife to Dan Tolar re: Facility Assessment - Birmingham, AL |
| PSJ4 SOL Opp. Exh 40 CAHMDL280400012953 | 5/1/14 email from Kim Howenstein to Kimberly Anna-Soisson re: Adjustments made can you take a quick look (SOM Program Overview.ppt) |
| PSJ4 SOL Opp. Exh 41 CAHMDL280400009412-13 | 4/12/13 - Email from Douglas Emma to Christopher Forst re: Just a thought |
| PSJ4 SOL Opp. Exh 42 | Excerpts from Amy Propatier Dep. (11/29/2018) |
| PSJ4 SOL Opp. Exh 43 | Excerpts from Dean Vanelli Dep. (1/16/2019) |
| PSJ4 SOL Opp. Exh 44 CVSMDLT1000075299 | 9/1/10 - Email from John H. Mortelliti to Ron Richmond re: DEA Speaking Points |
| PSJ4 SOL Opp. Exh 45 | Excerpts from Frank Devlin Dep. (1/10/2019) |
| PSJ4 SOL Opp. Exh 46 WAGMDL00302958 | 3/6/13 - Email from Christopher Dymon to Tasha Polster re: Cardinal Meeting Today |
| PSJ4 SOL Opp. Exh 47 WAGMDL00246284 | 10/9/12 - Email from Steven Mills to Mariel Matus De La Para re: ORDER OF INTEREST - WALGREENS 5088 (DEA #BB6213487) |
| PSJ4 SOL Opp. Exh 48 WAGMDL00242055 | 10/16/12 Email from Michael Federico to Steven Mills re: Walgreens #2865 DEA: BW4243426 |
| PSJ4 SOL Opp. Exh 49 WAGMDL00095316 | 2/4/14 Email from Steven Mills to Patricia Daugherty re: Completed Market 12 Presentation |
| PSJ4 SOL Opp. Exh 50 WAGMDL00095317 | 2/5/14 – Market 12 Rx Integrity Presentation, Patricia Daugherty |
| PSJ4 SOL Opp. Exh 51 ABDCMDL00278212 | 7/2013 – Sales Talking Points – Low Volume Accounts |
| PSJ4 SOL Opp. Exh 52 AndaOpioidsMDL0000108116 | 7/14/10 email from Patrick Cochrane to Jay Spellman re: discussion strategy document |
| PSJ4 SOL Opp. Exh 53 | Excerpts from Emily Hall Schultz Dep., 1/22/19 |
| PSJ4 SOL Opp. Exh 54 | Healthcare Distribution Management Association Industry Compliance Guidelines |
| PSJ4 SOL Opp. Exh 55 HDSMDL00492992 | 2/10/17 – email chain from David May to Todd Cameron, et al. re: HAD Opportunity |
| PSJ4 SOL Opp. Exh 56 | Excerpts from Terry Albanese Dep. 1/4/19 |
| PSJ4 SOL Opp. Exh 57 | 5/10/19 Excerpts of Expert Report of Gregory K. Bell, Ph.D. |

3

**PSJ4 SOL OPP – Index of Exhibits –** *Corrected 8/1/2019*

| PSJ4 SOL Opp. Exh 58 | 5/10/19 – Excerpts of Expert Report of Thani Jambulingam, Ph.D. |