# PSJ4 SOL Opp Exh 2

# Defining Success

## Approach

- **Conduct research** to inform key messages and a proactive communications approach
- Pursue a **targeted communications strategy** with a specific focus on **educating relevant stakeholders**: local, state and national policymakers, state and federal regulators, related industry associations, and targeted, influential media
- Convene a **collaborative, stakeholder-based group** that supports protecting and defending the safety and integrity of the healthcare supply chain

## Success

- Position the industry as an **integral, productive and collaborative partner** in the healthcare supply chain

1

CONFIDENTIAL

# Research Overview



CONFIDENTIAL

HDA_MDL_000031776

# Identified Risks & Opportunities



|  | High Risk | Med Risk | Low Risk |
|---|---|---|---|
| Law Enforcement | ● | | |
| Media | ● | | |
| Policymakers | | ● | |
| Regulators | | ● | |
| Pharmacists / Providers / Local Law Enforcement | | | ● |

**Risks and Opportunities**

- DEA enforcement actions
- Negative and/or inaccurate media coverage of the industry
- New state laws and compliance burdens
- Lack of understanding of impact of proposed policies / state level looking to work with industry
- Potential allies and collaborative partners

CONFIDENTIAL — HDA_MDL_000031777

# Qualitative Research

| | Definition | Approach | Location |
|---|---|---|---|
| **Opinion Leaders** | The top 10% of the most active and informed segment of the general population | 3 focus groups (8 per group) | Washington, DC; Orlando, Florida; Philadelphia, PA |
| **Pharmacists** | Local, chain and hospital pharmacists (purchase decision-making authority/responsibilities) | 3 focus groups (8 per group) | Washington, DC; Orlando, Florida; Philadelphia, PA |
| **Policy Influencers** | Senior government officials (federal/state; legislative/regulatory); Thought leaders at think-tanks, non-profits, NGOs | 11 in-depth interviews | National, with targeted interviews in West Virginia |
| **Law Enforcement** | Practicing/retired law enforcement (federal/state) | 6 in-depth interviews | National, with targeted interviews in West Virginia |

Inform development of research-based positioning, including messages and strategies, that protects and enhances the reputation of the industry

4

# What They Said…

"The **single most important value of the industry** is the distribution of medication that we all need for our lives. **If they weren't there, I don't know how we'd get it**."
– *Opinion Leader*

"The general public trusts the system and assumes that it is taken care of. Until there's a major breach, they're going to continue to trust the system. **It's going to take an incident to have people question, 'Well, wait a minute. What's going on here?'**"
– *Policy Influencer*

"Having been specifically involved in narcotic enforcement for over 25 years, I would safely say that **right now it is probably the fastest growing drug problem that we currently have** and perhaps the most significant drug problem that we have in the United States right now."
– *Law Enforcement*

"That's crazy. It's like they're suing the distributors for people's prescription drug abuse. *That's like suing McDonald's for people's cholesterol problems*."
– *Opinion Leader*

"I don't know why we're looking to blame or point a finger. That doesn't accomplish anything. What we need to say is who are the people that can solve this and how do we work together to get it resolved, not who's to blame. And we're always looking for a silver bullet and there isn't one. **Multi-disciplinary, multi-level, multi-industry cooperation has to be used to solve this**."
– *Policy Influencer*

"As a career law enforcement executive, I can tell you I don't agree with that. The distributor's job is to distribute that drug legally from the manufacturer to a pharmacy. The distributor's job is to transport and distribute that pharmaceutical from the company who makes it to the company who sells it. **It's not their job to police the company who sells it**."
– *Law Enforcement*

CONFIDENTIAL

HDA_MDL_000031779

# Industry Awareness

- Little unaided awareness of role of healthcare distributors in pharmaceutical supply chain

- Described as "middle-man" or link between manufacturers and dispensers

- Industry maintains benefit of the doubt

- Supply of medicines in US viewed as safe, reliable and trustworthy – evidence of strong distribution industry and establishes industry's essential role

### Benefits

- ☐ Efficiencies/economies of scale
- ☐ Specialization
- ☐ Logistics management
- ☐ Oversight expertise in security/Ability to monitor sales
- ☐ Emergency preparedness

### Complexities/Issues

- ☐ Pricing and supply manipulation
- ☐ Shortages
- ☐ Storage and handling
- ☐ Security
- ☐ Regulatory compliance (controlled substances)
- ☐ Pedigree/traceability

6

CONFIDENTIAL
HDA_MDL_000031780

# Prescription Drug Abuse Epidemic

## Who's to Blame?



*Focus group respondents only; Distributors not ranked as "most responsible"

7

# Role of Distributors in Addressing Diversion

## What's the Solution?



Safe, reliable, accurate delivery; Compliance

Data Monitoring/ Oversight

Reporting

Regulating

Convening

Educating

**Threshold expectations**

Above and beyond

8

CONFIDENTIAL

HDA_MDL_000031782

# Industry Messages

- Good receptivity to the industry's points
- Messages seed doubt about regulators and enforcers
- Without access to data, respondents question how distributors can be held responsible

**Concerns:**
- Some skepticism about centralizing role of HDMA
- Messages have potential to come across as too defensive and harm credibility

**Opportunity:**
- Proactive strategy demonstrates commitment to public health
- Clarify/describe current actions taken to monitor and report distribution anomalies

**Bottom Line:**
- Clarify what industry already does
- Layer in information about constraints: acknowledge complexities in law enforcement/regulatory collaboration with recommended solutions

CONFIDENTIAL

HDA_MDL_000031783

# Approach Overview



CONFIDENTIAL

HDA_MDL_000031784

# Value Proposition

## The industry protects the safety, reliability and integrity of the healthcare supply chain by:

- Combatting drug diversion
- Advocating for a national traceability solution
- Working to address drug shortages
- Preparing for emergencies and protecting the supply chain in times of crisis

## Amplify your value proposition by educating and convening target audiences

11

CONFIDENTIAL

HDA_MDL_000031785

# Phase 2: Educate Target Audiences



Pursue a **targeted communications strategy** with a specific **focus on educating relevant stakeholders**

- Elected officials
- Regulators
- Pharmacists
- Law Enforcement
- Targeted media
- Providers

12

CONFIDENTIAL

HDA_MDL_000031786

# Phase 2: Tactical Components


## Message for crisis and rapid response


## Create the Tools


## Educate target stakeholders


## Speak at relevant events

13

CONFIDENTIAL

HDA_MDL_000031787

# Phase 2: Sample Educational Materials


14

CONFIDENTIAL

HDA_MDL_000031788

# Stage 2: Proposed Timeline

| | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stage 2: Education Program** | | | | Jun 2 Board Meeting | | | Sep 29 Board Meeting | | | |
| Message for crisis and rapid response | | ▓ | | | | | | | | |
| Create the tools | | | ▓ | ▓ | | | | | | |
| Educate target stakeholders | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| Speak at relevant events | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

15

CONFIDENTIAL

HDA_MDL_000031789

# Stage 2: Budget

| Activity Detail | Total Staff Hours | Budget |
|---|---|---|
| **Phase 2: Educate Target Audiences** | | |
| **Message for crisis and rapid response**<br>• Finalize key messages<br>• Hold a crisis response simulation<br>• Support crisis response as needed | 75 | $25,000 |
| **Create the tools**<br>• Design and develop educational toolkit (folders, inserts, graphics, etc.)<br>• Provide website content and infrastructure recommendations<br>• Create interactive video<br>• Design targeted, inside-the-Beltway ads (as needed) | 265 | $80,000 |
| **Educate target stakeholders**<br>• Create a targeted stakeholders list<br>• Develop a briefing schedule<br>• Provide briefing support (outreach and engagement coordination, onsite support - local only)<br>• Create/enhance social media strategy | 265 | $80,000 |
| **Speak at relevant events**<br>• Identify speaking opportunities<br>• Outreach to speaking venues and secure speaking slots<br>• Provide speaker support (presentation/speech development, onsite attendance - local only) | 265 | $80,000 |
| **TOTAL** | **870** | **$265,000** |

Please Note: The figure above does not include certain out-of-pocket expenses, including but not limited to travel, catering and conference attendance costs, printing of materials, purchasing stock images, renting camera and audio crews, event fees, etc. that may arise out of the activities laid out above.

16

CONFIDENTIAL

HDA_MDL_000031790

# Looking to the Future



CONFIDENTIAL

HDA_MDL_000031791

# Convene and Collaborate



**Supply Chain Working Group**

The industry is well-equipped to act as a convener, inspiring collaborative stakeholder action to combat issues of supply chain security and integrity

Collaborative action will diffuse responsibility while pooling resources to produce definitive solutions

CONFIDENTIAL

HDA_MDL_000031792

# Convene and Collaborate Structure



Spokesperson / Working Group Lead: Credible Public Health Official

Working Group Members: Distribution Industry, Pharmacists, Providers, Associations & Community Members, Law Enforcement

Issues of Focus: Drug diversion, Pedigree/Track and trace, Drug Shortages, Emergency Preparedness

**Convene and Collaborate**
- **Public health focused**: turns conversation to health rather than enforcement/criminality
- **Well-recognized**: establishes credibility of the effort
- **Non-controversial**: serves as a cohesion point for diverse groups in collaborative effort
- **Spokesperson**: position as a go-to source for information about supply chain issues

19

CONFIDENTIAL