# PSJ4 SOL Opp Exh 4

# FILED UNDER SEAL