# PSJ4 SOL Opp Exh 8

From: Sackler, Dr Richard
Sent: Thursday, February 01, 2001 11:57 PM
To: ▓▓▓▓▓▓▓▓ ▓▓▓▓▓ (E-mail)
Subject: FW: Unique Valentine gift ideas from Chaang

Dear Tom,
Thank you so much for your analysis and support.  I agree 100%.  But we will have to mobilize the
millions that have serious pain and need our product.  This we will try to do.
Meanwhile, we have to hammer on the abusers in every way possible.  They are the culprits and the
problem.  They are reckless criminals.

Richard S. Sackler, M.D.
President, Purdue Pharma, L.P.
Laptop 2000 machine
One Stamford Forum
Stamford, CT 06901

Located in Connecticut


-----Original Message-----
From: Chaang Trading Company ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Friday, February 02, 2001 3:27 PM
To: Sackler, Dr Richard
Subject: RE: Unique Valentine gift ideas from Chaang

I think that you have already stated the central truth.
Nobody is speaking for the patients in pain.

Supporting facts and principles:
1.  analgesic efficacy correlates with potential for abuse
(an alternative drug would have the same problem)  If it is
abused, that is because it is so GOOD for legitimate uses;
2.  narcotic control measures must not interfere with the
appropriate use of drugs;
3.  any control scheme which allows appropriate use CAN
be circumvented by abusers;
4.  Purdue has done nothing to encourage abuse and in fact
has taken measures to discourage inappropriate use;
5.  decreasing narcotic availabilty increases patient suffering
and other morbidity;
6.  any alternate drug with comparable effectiveness will be
abused to the same extent (see #1)
7.  this is a problem caused by addicts and illegal drug dealers.
Why isn't 60 minutes asking those jerks why they want to divert
a necessary drug and make it less avialable to people who need
it?
8.  the problem is the aberrant behavior of certain individuals.
They are the real problem and the real news story.

I hope that this is helpful.

I might not check this mailbox again.  I created it to send
the promo mail.  Please continue to correspond with me

PDD8801133516

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

via ████████████ or ██████████████ (same box).
I plan to be in PNH until 8 Feb.

Good luck.  Illegiterni Non Carborundum !  Don't let the
bastards grind you down.

Tom

-----Original Message-----
From: "Sackler, Dr Richard" <████████████████████>
Date: Thu, 1 Feb 2001 08:53:01 -0500
Subject: RE: Unique Valentine gift ideas from Chaang

> Thanks for the advertisement from Chaang.  I'll study it later today.
> We got a rumor that 60 Minutes is nosing around.  How do we deal with
> this?
> This is tough.  I am totally outside my element.  The damage done to
> patients by the Time article is unknown, but serious, I'm sure.  This
> campaign has attracted a lot of attention.  No one is speaking for
> the
> patients in pain.

PDD8801133517

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER