# PSJ4 SOL Opp Exh 10



# Privileged and Confidential

| | |
|---|---|
| **Client** | Bob Josephson, Catherine London, Jesse Smolin |
| **Date** | March 17, 2016 |
| **Subject** | Digital Crisis Response Plan |

Thank you for meeting with us via phone on Friday. We have noted that the Purdue digital team has already taken several steps for crisis preparedness including creating a dark site, buying a vanity URL (PurduePharmaFacts.com), and thinking through an initial plan for the hours after the articles are released. Brunswick will serve as the support team before, during, and after the release of the article, partnering with the Purdue digital team to ensure that Purdue's side of the story is effectively communicated across the digital landscape.

It's important to control the digital narrative and become an authoritative, credible, and transparent voice on the issue in the online space. If Purdue doesn't fill this vacuum, someone else will – and it won't be Purdue's narrative. Once issue authority has been established, it's our job to dispel rumors and misinformation quickly and succinctly.

Building on that counsel and our discussion from last week's call, we have prepared the following recommendations to augment Purdue's existing plan.

## PurduePharmaFacts.com

Having an issue-specific dark site and a digital team with the authority to publish updates to that site is critical to handling the release of the articles. When the articles are released, the site will be an important channel to assist Purdue in correcting misinformation and showcasing the positive steps Purdue has taken to combat the abuse and diversion of OxyContin.

### Dark site content

With research showing that 55% of people spend fewer than 15 seconds actively on a page,[1] as much as possible, the content should be visual and digestible with the most compelling content visible immediately to those visiting the page in order to capture visitor attention. We recommend that one of these visual elements be an infographic or related image that helps to explain Purdue's work in combating opioid addiction.

In anticipation of the release, the dark site should house two or three pieces of content that are ready to push live immediately after the articles are published. This content should take a positive tone – providing clarity around Purdue's work with its Region Zero program and highlighting efforts to combat abuse and diversion of its products. The content should be search engine

---

[1] "What you thought you knew about the web is wrong," *Time*, 9 March 2014

CONFIDENTIAL  PPLPC029000660000

optimized with keywords that will help it rank organically in search strings. A few suggestions are included below.

| OxyContin | Oxycodone | MS Contin | MSContin |
| --- | --- | --- | --- |
| Purdue monitoring | Purdue Pharma | Purdue | Purdue diversion |

*URLs*

PurduePharmaFacts.com is an ideal vanity URL that will be useful when driving traffic to the site. It is clear, catchy, concise, and conveys that you have the truth on your side. *When buying domains, we recommend purchasing the .com, .org, and .net versions of the domain and paying the nominal extra fee to register the domains anonymously.* While around 50% of worldwide top-level domains are .com domains, .org and .net are the only other non-country specific domains that appear in the top ten.[2] Acquiring every possible domain that an opposition group could use against Purdue is unrealistic; however, purchasing the .com, .net, and .org versions of the following domains (if available) will neutralize some of the most damaging, catchy URLs available.

| PurdueFacts.com | OxyContinFacts.com | OxyContinTruth.com |
| --- | --- | --- |
| PurdueSucks.com | PurduePharmaSucks.com | RegionZero.com |
| OpioidFacts.com | SunshineStudy.com | OpioidTruth.com |

*Monitoring and Tracking*

We recommend working with your digital monitoring agency to develop an issue taxonomy surrounding the LA Times articles to accurately capture conversation across the digital landscape before and after the publication of the articles. The keywords provided in the dark site section above and the paid search section below are a great start for building the taxonomy.

This monitoring will be useful in several contexts after the publication of the articles. It will give us insight into how people are responding to the article, allow us to hone our messaging and identify information gaps, and provide a way to target and engage influencers sympathetic to Purdue's message.

# Paid Search

During a crisis, search ads are an effective tool in capitalizing on the public's desire for information. In what Google calls "micro-moments", people often hear something on the news or see a headline

---

[2] "Usage of top level domains for websites," W³Techs

**BRUNSWICK**

and have an immediate "need to know more" reaction. Given the high-profile nature of this medication, the "need to know more" phenomenon is likely to occur. By purchasing highly-targeted strings of keywords that people are likely to use to find out more information about the articles, we can ensure that PurduePharmaFacts.com is at the top of a user's search results. In reviewing the materials you've sent us, we recommend purchasing ads on the following set of keywords. We've tailored the recommendation to capture only people searching for information related to the Times articles and to not interfere with Purdue's marketing efforts surrounding OxyContin. For this effort, we recommend spending between $5,000 and $10,000 a month – though the pricing will vary widely based on the keywords used and the curiosity of online users regarding the issue.

| | | | | |
|---|---|---|---|---|
| Purdue LA Times | Purdue Los Angeles Times | Purdue Pharma LA Times | Purdue Pharma Los Angeles Times | Oxycontin LA Times |
| Oxycontin Los Angeles Times | Oxycodone LA Times | Oxycodone Los Angeles Times | Dr. Abraham Sunshine | Sunshine study |
| Sunshine study OxyContin | Sunshine study oxycodone | Region Zero | Region 0 | Purdue region zero |
| Purdue region 0 | Purdue diversion | OxyContin diversion | Oxycodone diversion | Purdue DEA |

If you have any more suggestions for keywords to target, we would love to work with you in honing and refining the list to most accurately capture the targeted traffic. Following publication, it will be very important for Purdue to monitor Google Analytics for their main site and any sites associated with its OxyContin product. If there are additional search strings related to the LA Times articles that are driving people to other Purdue-owned properties, we'll want to place an ad on those keywords to drive them to the PurduePharmaFacts.Com website. We've included a sample ad below:

> **Preventing Opioid Abuse - PurduePharmaFacts.com**
> Ad www.PurduePharmaFacts.com
> Learn how Purdue has worked with doctors to prevent opioid addiction.

## Twitter

Twitter makes it easier than ever for users to be in contact with corporations – they simply have to find a corporation's handle, write a short complaint, and the corporation is immediately notified of their message. After the articles are published, there will no doubt be Tweets directed at the @purduepharma Twitter handle from groups like Physicians for Responsible Opioid Prescribing or politicians who have previously called for more transparency from Purdue like Sen. Richard Blumenthal. Initially, we recommend placing a pinned Tweet at the top of the Purdue Twitter profile directing users to the PurduePharmaFacts.com website for more information on the LA Times story. In addition to being an easy way to capture users looking for more information, search engines are placing more and more emphasis on social properties and inbound links, helping the microsite with its search engine optimization. We're happy to assist in drafting this Tweet to ensure the right keywords are mentioned and it is optimized to drive as many people as possible to the website for more information.

BRUNSWICK

Additionally, Purdue should register for the Twitter accounts @PurdueFacts and @PurduePharmaFacts. This is solely for the purpose of preventing anyone else from registering for these accounts when organizing a campaign against Purdue. Because Twitter has suspended accounts for simply being "squatters," we recommend placing the Purdue logo as the profile picture but leaving everything else blank. While we don't think it's necessary to create a social campaign immediately after the articles' launch, if volume and negative attacks continue, these handles can be useful in disseminating information to external stakeholders.

Finally, as discussed on the call on Friday, we recommend avoiding Twitter advertising in the initial response to the articles. Instead, depending on the volume of Tweets and media coverage, Twitter advertising tools can be evaluated in the days and weeks following publication. If a need arises, we would happily work with you to develop the appropriate targeting parameters and content for promoted Tweets.

## Next Steps

After taking time to review our plan, we're more than happy to coordinate a call with you to finalize all details and set the plan in motion. If there are any questions or you would like any more information, do not hesitate to reach out.