# PSJ4 SOL Opp Exh 11

**Produced Natively**

CONFIDENTIAL

PPLPC022000935566



Abu Dhabi
Beijing
Berlin
Brussels
Dallas
Dubai

Frankfurt
Hong Kong
Johannesburg
London
Milan
Mumbai

Munich
New York
Paris
Rome
San Francisco
São Paulo

Shanghai
Singapore
Stockholm
Vienna
Washington, D.C.

# Purdue Pharma Crisis Keywords

**Reputation management through targeted paid search advertisements**

March 2016

**BRUNSWICK**

# Paid Search Advertising
## Background

© Brunswick 2016

✓ By purchasing highly-targeted strings of keywords that people are likely to use to find out more information about the articles, we can ensure that PurduePharmaFacts.com is at the top of a user's search results.

✓ We've tailored the recommendation to capture only people searching for information related to the LA Times articles and to not interfere with Purdue's marketing efforts surrounding OxyContin or spark curiosity where there was none before.

✓ Following publication, Brunswick will work and hand-in-hand with you to refine the list of keywords and develop ad text based on the exact contents of the article.

| Keyword Buckets | Keywords |
|---|---|
| LA Times/Purdue | • Purdue LA Times<br>• Purdue Los Angeles Times<br>• Purdue Pharma LA Times<br>• Purdue Pharma Los Angeles Times |
| LA Times/Oxycontin/Oxycodone | • OxyContin LA Times<br>• OxyContin Los Angeles Times<br>• Oxycodone LA Times<br>• Oxycodone Los Angeles Times |
| Sunshine study | • Dr. Abraham Sunshine<br>• Sunshine study<br>• Sunshine study oxycodone<br>• Sunshine study OxyContin |

*Sample search ads:*

*Keyword list and ad text to be refined based upon final contents of article.*

Purdue and the LA Times - PurduePharmaFacts.com
Ad  www.PurduePharmaFacts.com
Things aren't quite what they seem.  Find out the real story here!

Fact checking the LA Times - PurduePharmaFacts.com
Ad  www.PurduePharmaFacts.com
Find out how Purdue has worked with doctors to prevent Oxycodone abuse!

OxyContin and the Sunshine Study - PurduePharmaFacts.com
Ad  www.PurduePharmaFacts.com
Learn the facts behind Dr. Abraham's revolutionary study on OxyContin

| Keyword Buckets | Keywords |
|---|---|
| Region Zero | • Region zero<br>• Region 0<br>• Purdue region zero<br>• Purdue region 0 |
| Diversion | • OxyContin diversion<br>• Oxycodone diversion<br>• Purdue diversion |
| Opioids | • Opioids LA Times<br>• Opioids Los Angeles Times<br>• Purdue opioids<br>• Purdue Pharma opioids |
| Purdue/DEA | • Purdue DEA |

*Sample search ads:*

*Keyword list and ad text to be refined based upon final contents of article.*



Purdue and Region Zero - PurduePharmaFacts.com
Ad www.PurduePharmaFacts.com
How Purdue's Region Zero program has stopped unethical behavior.

Stopping OxyContin Diversion - PurduePharmaFacts.com
Ad www.PurduePharmaFacts.com
Purdue's successful progam to stop diversion has prevented drug abuse

Helping Prevent Opioid Abuse - PurduePharmaFacts.com
Ad www.PurduePharmaFacts.com
Find out how Purdue Pharma is working to prevent opioid abuse!

