# PSJ4 SOL Opp Exh 12

| | |
|---|---|
| **From:** | Friedman, Michael |
| **Sent:** | Monday, April 10, 2000 1:07 PM |
| **To:** | pdg |
| **Subject:** | FW: Dr. Barry Cole |

FYI - I will get back to you.

## Michael Friedman

Ext. 7290
203-854-7290
friedman@pharma.com


-----Original Message-----
**From:  Hogen, Robin**
**Sent:**   Monday, April 10, 2000 1:35 PM
**To:**    Friedman, Michael; Lang, James J
**Subject:**    Dr. Barry Cole


I spoke to Dr. Barry Cole this AM - as a follow up to our discussion at staff meeting last week.

Barry is now on the road five days a week for Purdue - and seems very happy. He believes he can be more helpful to the Company by remaining a third party - unencumbered by FDA guidelines for what he can say about our products or the class of drugs. By flying under umbrella of American Academy of Pain Management, he has tremendous credibility and cannot be discounted as a company flak. He was interviewed by AP and WebMD last week as follow-up to the Gallup Survey on Pain, so he understands how to play the publicity game.

He indicated his Academy is now ACC/CME accredited, so he is also helping to grow the profession of pain medicine.

Barry is not interested in moving from Las Vegas - he has two teenage sons and a wife with a great nursing job. I don't think we could get him to move to CT, but we could formalize a consulting agreement with him that would allow us to "own" his time for next 12 months - to be split between Speakers' Bureau and a media tour on pain management.

He is so heavily booked (speaking for us) during the spring that there is no way we can meet until June. We made a date to meet when we are both in Florida on first weekend of June. We could make a proposal to him in the interim, if that is how you would like to proceed.

Please advise.

Robin

PDD8801104393

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER