# PSJ4 SOL Opp Exh 14

# OHIO OFFICE OF CRIMINAL JUSTICE SERVICES
## Byrne Memorial Grant Program

## Area A: Law Enforcement Task Forces
## Semi-Annual Performance Report

Federal Code requires that all Byrne funded projects report project information. This reporting form is designed to meet federal expectations and provide useful information to Task Forces and to OCJS. Failure to submit completed performance reports will jeopardize future funding.

**This form has been revised.** There are still two sections. However, the first section covers non-pharmaceutical drugs and non-drug cases and the second section covers all pharmaceutical drug cases.

Questions 1 through 9 cover **non-pharmaceutical** drugs and **non-drug** cases.
- Questions 1 through 3 cover all Task Force arrests.
- Questions 4 and 5 cover drug violation arrests
- Questions 6 through 8 cover non-drug arrests
- Question 9 is a narrative question covering all Task Force activities

Questions 10 through 19 cover **pharmaceutical** drugs. PLEASE REPORT ALL PRESCRIPTION DRUG CASES UNDER THE PHARMACEUTICAL DRUGS SECTION.

Subgrant Number: 2005-JG-AO1-6401

Project Title: Summit County Drug Unit

Implementing Agency: Summit County Sheriff's Office

Contact Person: Captain Hylton E. Baker

Phone: (330) 643-2170        Email: Hbaker@sheriff.summitoh.net

Project Start Date: 01-01-2006    Project End Date: 12-31-2006

Reporting Period (check one):   X January 1—June 30  (due by July 31)

☐ July 1—December 31 (due by January 31)


EXHIBIT 13 Baker

OCJS Law Enforcement Task Force Performance Report         Page 1

## NON-PHARMACEUTICAL DRUGS AND NON-DRUG QUESTIONS

1. Provide the following information regarding your Task Force activities during the reporting period.

   <u>157</u>    Number of new cases initiated during the reporting period
   <u>101</u>    Number of drug violation arrests during the reporting period
         <u>25</u>    Number of people arrested for trafficking
         <u>69</u>    Number of people arrested for possession
   <u>7</u>    Number of non-drug arrests during the reporting period

2. Indicate the profile for persons arrested by the Task Force **for any type of offense** during the reporting period.

| Race | Gender | | Age | Criminal History | | |
|---|---|---|---|---|---|---|
| | Male | Female | Number under 18 years of age | Number of defendants with prior drug arrest | Number of defendants with prior arrest for violent offense(s) | Number of defendants with prior arrest for property offense(s) |
| African-American | 38 | 3 | 0 | 17 | 9 | 3 |
| Hispanic | 0 | 0 | 0 | 0 | 0 | 0 |
| Caucasian | 40 | 20 | 1 | 17 | 18 | 7 |
| Other race/ethnicity | 0 | 0 | 0 | 0 | 0 | 0 |
| Race/ethnicity unknown | 0 | 0 | 0 | 0 | 0 | 0 |

3. Indicate the number of persons arrested for felonies by felony level.

   Felony 1     <u>19</u> (Additionally 16 Suspects arrested for Federal Distribution Charges)
   Felony 2     <u>24</u>
   Felony 3     <u>15</u>
   Felony 4     <u>14</u>
   Felony 5     <u>4</u>

4. Indicate the number of defendants by each type of non-pharmaceutical drug during the reporting period. Include all drugs for which the defendant was arrested (do **not** use the hierarchy rule; the number of people reported in this table will most likely be greater than the number in question #1).

| TYPE OF DRUG | CULTIVATION | MANUFACTURING | ASSEMBLY OF DRUGS | TRAFFICKING | POSSESSION |
|---|---|---|---|---|---|
| Cocaine | | | | 17 | 11 |
| Crack | | | | 1 | 6 |
| Heroin | | | | 11 | 1 |
| Marijuana | 1 | | | 12 | 15 |
| LSD | | | | | |
| Ecstasy | | | | | 2 |
| Methamphetamine | | 27 | 6 | | 13 |
| Psilocybin Mushrooms | | | | | |
| Other Drugs | | | | 2 | 7 |

SUMMIT_000023800

5. Indicate the type and amount of drugs removed by the Task Force during the reporting period.

| Type of Drug | OCJS Preferred Unit of Measure | Amount of Drug (Indicate Unit of Measure Used) |
|---|---|---|
| Cocaine | Grams | 3,436.77 Grams |
| Crack | Grams | 207.25 Grams |
| Heroin | Grams | 68.3 Grams |
| Marijuana (processed) | Pounds | 799,217.5 Grams / 2,288.51 Pounds |
| Marijuana (plants) | Number of Plants | |
| LSD | Dosage Units | |
| Ecstasy | Dosage Units | 60 Dosage Units |
| Methamphetamine | Grams | 114.90 Grams / 5 Liters Liquid Meth. |
| Psilocybin Mushrooms | Number of Mushrooms | 454.0 Grams |
| Other Drugs | Grams | 1.0 Grams (Ketamine) |

6. Indicate the number of non-drug investigations the Task Force assisted in during the reporting period.

    -0-

7. Indicate the number of weapons confiscated by the Task Force during the reporting period.

    12    Handguns
    7     Rifles, Shotguns
    _____ Fully Automatic Weapons
    _____ Knives/Cutting Instruments
    _____ Nuclear, Biological, Chemical Weapons
    _____ Other (specify) _____

8. Indicate the number and estimated dollar value of criminal assets seized by and/or forfeited to the Task Force during the reporting period.

| | CRIMINAL ASSETS SEIZED | | CRIMINAL ASSETS FORFEITED | |
|---|---|---|---|---|
| | Number | Estimated $ Value | Number | $ Value |
| Motor Vehicles | 6 | 48,500.00 | | |
| Currency | 9 | 6,143.00 | 11 | $11,360.00 |
| Financial Instruments | | | | |
| Real Property | | | | |
| Other | | | | |

9. Highlight any especially successful Task Force activities or programs during the reporting period. Discuss how these activities or programs might serve as a model for "promising approaches" for other Task Forces in Ohio. Attach additional pages if necessary.

The Summit County Drug Unit continues to provide drug and Methamphetamine awareness and updates to first responders, safety personnel and citizens. Increased awareness throughout the county has provided for increased communication between the unit and the counties population, resulting in information and intelligence. Because of this intelligence and information Summit County continues to lead the State of Ohio in the identification and seizure of illicit methamphetamine sites.

## PHARMACEUTICAL DIVERSION QUESTIONS

10. Describe how the Task Force addresses pharmaceutical diversion (special units, dedicated officers, an aspect of all officers' work, etc.).

    Pharmaceutical Diversion cases handled as they arise. Cases are brought to the unit by the Ohio Pharmacy Board, and by referrals and complaints. One officer normally handles these cases (as well as all property).

11. Estimate the number of Full Time Equivalent staff spent on pharmaceutical diversion during the reporting period.

    <u>0</u>

12. Indicate the number of new cases initiated during the reporting period.

    <u>15</u>

13. Indicate the number of health professionals involved in pharmaceutical diversion:
    - Physicians   <u>1</u>
    - Pharmacists  _____
    - Nurses       <u>2</u>
    - Dentists     _____
    - Veterinarians _____

14. Indicate the number of persons arrested during the reporting period.

    <u>11</u>    Number of arrests made
    <u>11</u>    Number of indictments received

15. Indicate the number of persons arrested for pharmaceutical drugs by felony level.

    - Felony 1  _____
    - Felony 2  _____
    - Felony 3  _____
    - Felony 4  <u>3</u>
    - Felony 5  <u>8</u>

16. Indicate the number of persons actively investigated during the reporting period specifically for:

    | Number | Category |
    |---|---|
    | <u>2</u> | Forged/altered prescriptions |
    | _____ | Doctor shopping |
    | _____ | Excessive prescribing |
    | <u>2</u> | Theft of Rx drugs from health facilities |

        _____    Sale of Rx drugs

         7    Other Rx drug scam offenses

17. Indicate the type and amount of pharmaceutical drugs removed during the reporting period. Attach additional pages if necessary. (**Please note the change in this question**. The question is now built on a distinction between Rx drugs seized and Rx diverted. See the Glossary for additional explanation).

| TYPE OF DRUG | DOSAGE UNITS SEIZED | DOSTAGE UNITS IDENTIFIED AS DIVERTED* |
|---|---|---|
| Adderall | | |
| Adipex/Fastin/Ionamin | | |
| Amphetamines | | |
| Ativan | | |
| Darvon | | |
| Demerol | | |
| Dilaudid | | |
| Duragesic Patches/Actiq | | |
| Methadone (Liquid/Wafers/Pills) | | |
| Morphine (MS Contin/Kadian) | | |
| Percocet/Percodan/Tylox/OxyContin | 53.5 | |
| Ritalin | | |
| Soma | 240 | 360 |
| Talwin | | |
| Tylenol #3 & #4 | | |
| Ultram/Ultracet | 90 | |
| Valium | 2 | |
| Vicodin/Lortab/Lorcet | 403 | 600 |
| Xanax | 13 | |

* "Dosage Units Identified As Diverted" reflects the amount of prescription drugs that the investigator has identified as diverted dosage units in an investigation, but never seized. Examples would be cases that involve doctor shopping,

forged/altered prescriptions, health facility thefts, and other deceptions where the prescription drugs involved have already been illegally diverted, and are not recoverable.

18. Indicate the total number and value of non-drug assets that were either seized by or forfeited by the project during the reporting period.

|  | CRIMINAL ASSETS SEIZED | | CRIMINAL ASSETS FORFEITED | |
| --- | --- | --- | --- | --- |
|  | Number | Estimated $ Value | Number | $ Value |
| Motor Vehicles | 1 | $5,000.00 | | |
| Currency | | | | |
| Financial Instruments | | | | |
| Real Property | | | | |
| Other | | | | |

19. Highlight any especially successful Task Force activities or programs during the reporting period. Discuss how these activities or programs might serve as a model for "promising approaches" for other Task Forces in Ohio. Attach additional pages if necessary.

SUMMIT_000023805