# PSJ4 SOL Opp Exh 16



2009 *Annual* **REPORT**

*Submitted by:* ♦tain *Hylton E. Baker, Commander*

EXHIBIT

3

*Baker*

PENGAD 800-631-6989

SUMMIT_000830645

## THE SUMMIT COUNTY DRUG UNIT

The Summit County Drug Unit was created in January 2001 under the authority of the Sheriff of Summit County. The unit is overseen by the Chief of Investigations and is commanded by Captain Hylton Baker.  Captain Baker has extensive training in narcotics and scientific investigative matters.  He is a certified police instructor, and currently serves as the President of the Ohio Task Force Commander's Association.

A Sheriff's Office Lieutenant supervises the operations of the multi-jurisdictional drug unit.  In addition to an office manager and an operational support officer, the Summit County Drug Unit is manned by seven full time Summit County Deputies along with one Akron Police Officer, one University of Akron Police Officer, two Barberton Police Officers, one Copley Police Officer, one Reminderville Police Officer, one part-time Reminderville police Officer, one Springfield Township Police Officer, one Stow Police Officer, one Ohio BCI&I Agent, one ATF Agent, two DEA Agents, and one FBI Agent.

The mission of the Summit County Drug Unit is to substantially reduce the impact of organized drug trafficking activity in Summit County, Ohio combining resources of Local, State, and Federal Law Enforcement Agencies.  A special investigative emphasis is to identify and dismantle multi-layered drug organizations with complex conspirator relationships.

Since 2001 the Summit County Drug Unit has arrested 1,844 suspects (see pg. 12) and removed more than $49,000,000.00 (see pgs.34- 38) worth of drugs from the streets of our communities.

SUMMIT_000830646

## Undercover Drug Purchases

During 2009 members of the Summit County Drug Unit initiated and completed 99 undercover or controlled purchases of narcotics and or dangerous ordinance. An undercover controlled buy is defined as an undercover purchase of illegal drugs or other contraband by a sworn law enforcement officer acting in an undercover role.  A confidential informant controlled buy is defined as an undercover purchase of illegal narcotics by an informant or cooperating individual under the close direction of sworn law enforcement officers. In both cases appropriate manpower and training are required to insure the safety of the undercover officer, the confidential informant, the violator, and the public during these dangerous and risk filled assignments.  In all, through purchase and seizure illicit drugs with a potential street value of $9,609,062 were removed from the communities of Summit County in 2009.

## High Intensity Drug Trafficking Areas ( HIDTA)

To further the effectiveness of the unit and provide the best possible service to the citizens of Summit County, the Summit County Drug Unit and the Akron Police Narcotics Unit are co-located to form the Akron/Summit County HIDTA (High Intensity Drug Trafficking Areas) Initiative.  The two units work closely in efforts to identify and strategically investigate large-scale violators, and sources of illicit drugs into the areas of Summit County.  HIDTA assists with funding of overtime, equipment, training, intelligence analysis, and deconfliction.

## Grant Funding:

The Summit County Drug Unit is partially funded by the Ohio Governor's Office of Criminal Justice Services.  The Byrne Memorial / JAG Grant award for 2009 was $107,200.00.  The grant application for 2010 in the amount of $143,164.00 has been approved. The Summit County Drug Unit has also been awarded funding in the amount of $187,409.00 through the Ohio Drug Law Enforcement Fund. This fund was brought about by a legislative action in 2008. Members of the Summit County Drug Unit were instrumental in the passage of this legislation.

## Interdiction:

The Summit County Drug Unit and the Akron Police Narcotics Unit have appropriated manpower to form a countywide interdiction team.  The team utilizes three K-9 handlers from the Akron Police Department, the Summit County Sheriff's Office and the Reminderville Police Department.  The team is supplemented by officers of the Bath, Copley and Richfield Police Departments.  During 2009, interdiction efforts resulted in the seizure of more than 30 kilograms of cocaine, over 1,730 pounds of marijuana, and one half kilogram of ketamine.  (see pg. 17).

-2-

SUMMIT_000830647

**Methamphetamine Laboratory Response Team:**

Members of the Summit County Drug Unit and the Akron Police Narcotics Unit, including officers from the Summit County Sheriff's Office, Akron Police Department, University of Akron Police Department, Barberton Police, Copley Police Department, Cuyahoga Falls Police Department, Springfield Township Police Department, Twinsburg Police Department, Ohio Bureau of Criminal Identification and Investigation and the Drug Enforcement Administration, make up the Summit County Clandestine Laboratory Response Team.  This team of highly trained officers and agents is one of the largest in the State of Ohio.  During 2009, members of the team investigated, identified and dismantled 67 of these volatile, toxic dangerous sites. Two methamphetamine sites were also identified and dismantled by Cuyahoga Falls Police during 2009 bringing the overall total to 69 sites.

This represents a 1.02 percent decrease in the number of methamphetamine sites handled from 2008.

**Public Education and Awareness:**

During 2009, members of the Summit County Drug Unit provided training and education in drug recognition, and methamphetamine awareness to first responders, service providers, and citizens throughout Summit County and other parts of the State of Ohio. During 2009 forty-three Drug and Methamphetamine awareness presentations were given.

During 2009 members of the Summit County Drug Unit as well as other Summit County Community Agencies provided testimony to the Ohio House of Representatives Safety and Homeland Security Committee pertaining to Ohio House Bill "33". HB-33 as introduced by State Representative Steve Dyer seeks to continue Summit County's Methamphetamine Property Awareness efforts on a state wide basis. Additionally this legislation seeks the formation of a clean-up standard.

-3-

SUMMIT  000830648

**Board of Directors:**

The Summit County Drug Unit is governed by a Board of Directors chaired by the Sheriff of Summit County.  The Board includes the Chiefs of Police from each of the participating police departments; the supervising head of each of the participating state and federal agencies, and the Summit County Prosecutor.  Each of the Board members has a vote in decision-making matters.  Since 2001, the Board under the leadership of the Sheriff, has approved policy and procedures dealing with such matters as informants, confidential funds, controlled purchases of drugs, use of force, vehicle pursuits, critical and traumatic incident response, asset seizures, and sharing of funds. The Board has also approved a charter, a mission statement, and various memorandums of understanding and mutual aid agreements among participating agencies.

**2009 Trends:**

*Methamphetamine*

Task Force Commanders throughout Ohio and surrounding states continue to note methamphetamine trafficking and usage.  As a result of the implementation of laws dealing with methamphetamine manufacture and use, targeting precursor chemicals there has shown to be a reduction in the seizure of methamphetamine sites not only in Summit County, but in the State of Ohio as a whole. This is evidenced in Summit County by the following statistics.  In 2000, there were no seizures of clandestine methamphetamine lab sites.  In 2001, the Clandestine Methamphetamine Response Team (described above) dismantled 16 lab sites.  In 2002, the team dismantled 22 lab sites.  In 2003, the team dismantled 60 clandestine lab sites.  In 2004, the team dismantled 126 sites.  In 2005, the team dismantled 115 sites, and in 2006 the team dismantled 57 sites; a reduction just over 50 percent.  During 2007, methamphetamine site discoveries have continued to decline, as the team located and dismantled 48 sites.  The State of Ohio observed a reduction of approximately forty percent.  In 2008 the team dismantled 68 methamphetamine sites , and in 2009 69 sites were dismantled across Summit County.

While this may seem insignificant it is important to note that at the beginning of 2009 The Ohio Bureau of Criminal Identification and Investigation Methamphetamine Laboratory Division predicted that Ohio would see a spike in clandestine methamphetamine production equaling or exceeding 2005 levels. (Ohio's highest year).This was not seen in Summit County.

One note, during 2009 two "One Pot" clandestine methamphetamine laboratory sites were discovered. One at the site of an overdose death, and the second was found as the result of a house fire. These represent the first of this manufacturing method to be found within Summit County.

-4-

The illicit manufacture of methamphetamine is a highly toxic, flammable, and potentially explosive process. It is noted that six residential clan labs in Summit County have been discovered as a result of explosion and fires. Gases are produced during the production of methamphetamine that can be lethal to the methamphetamine cooks, addicts, innocent bystanders, law enforcement, and first responders.

Health officials are researching the long-term physical and mental health effects of methamphetamine usage. There are clear indicators that methamphetamine use can result in permanent cognitive damage, and physiological distress. Rehabilitation is a difficult, intense, long term process. Care providers report that recovery is limited to approximately ninety percent of the addicts former self.

From a task force perspective clandestine methamphetamine laboratory cases are extremely expensive, manpower intensive and pose a serious health risk to investigators and those officers charged with the dismantling of these sites.

The Summit County Drug Unit is currently involved in a state-wide methamphetamine program in cooperation with the Substance Abuse and Mental Health Services Administration (SAMHSA). The initiative works closely with the Summit County Community Partnership.

The Summit County Community Partnership Inc. is an organization of more than 180 businesses, municipalities, organizations and community activists working together to reduce the costly impacts of substance abuse in our community. The partnership was formed in 1990 with federal funding and guidance in response to the realization that prevention and treatment of substance abuse problems aimed solely at individuals are relatively ineffective. Both experience and studies demonstrate that efforts directed toward changing community norms and the structure of community services are more effective and longer lasting. These changes need to address comprehensiveness, coordination and linkages within the community substance abuse prevention services. Comprehensive, coordinated change is the focus of the partnership. The board members of the partnership represent community gate keeper organizations and include representatives from businesses, law, health care (Children's Hospital Medical Center of Akron, Summa Health Systems), Akron Host Lions, Northeastern Ohio Universities College of Medicine and Pharmacy, Community Health Center and community activists. Many of the board members are CEOs, COOs, or managers of their respective organizations, attorneys, professors, or hold other leadership roles in their organizations and the community.

In combating the methamphetamine epidemic in Summit County (Note: Summit County remains the leader in the State of Ohio for the seizure of illicit methamphetamine sites. During 2009, members of the methamphetamine response team discovered and dismantled 67 sites), the drug unit and the Summit County Community Partnership engaged in a series of presentations provided to various community groups on methamphetamine abuse and awareness.

-5-

This presentation has also been utilized as an educational in-service program for teachers.  It has been so well received that it has been requested for in-service training many times over.  The Summit County Community Partnership indicates that these presentations have reached more than 1400 people to date.  Members of the initiative worked with the Ohio Edison Corporation to develop and implement a methamphetamine training program.  This program was provided to the company's employees across the state.  The company is planning to utilize it other states where they also have employees.

The Drug Unit is also closely working with county DARE and School Resource Officers (SRO) to provide information and assistance in preparing programs relating to substance abuse and methamphetamine awareness.  The initiative along with SRO created a program of methamphetamine awareness targeting students in the eighth grade level.  This program has been so well received that it is now part of the comprehensive curriculum provided to eighth grade students.  Since 2007, more than 3,200 students across Summit County have received this program.

During 2009 Captain Baker provided 43 presentations throughout Ohio.

The presentations included a Methamphetamine Awareness program, as well as a program dealing with the overall effects of drug trafficking. The program titled "Beyond the Possession" includes area trends, local, regional and worldwide violence , money laundering and terrorist links. Drug endangered children, gangs, environmental issues, and negative aspects of legalization.

Presentation recipients in 2009 included.

Portage Lakes Career Center
University of Akron Office of the Vice President of Student Affairs
Ohio Board of Health Conference
Summit County Engineers Office-  Building Inspectors
Akron City Hospital, Ohio EMS Conference
Summit County Community Health Center
Perry (Stark County, Ohio) Fire Department
Summit County Environmental Inspectors
Summit County Sheriff's Office Open House
Summit County Jail Medical Division
Summit County Sheriff's Office In-Service Training
Joy In Our Town radio dialog.

SUMMIT_000830651

*Heroin*

Across the State of Ohio, including Summit County heroin trafficking is increasing. Task forces and law enforcement across the state have reported increases in Mexican brown and black tar heroin within their respective jurisdictions. Since 2007 Mexican brown heroin has become the primary type of heroin available in Summit County, as well as the areas of Cuyahoga , Stark and Lucas Counties (Cleveland, Canton and Toledo) The Summit County Drug Unit has observed an increase in the quantity of Mexican heroin available in Summit County. Middlemen are able to offer ounce or larger quantities of heroin to street dealers. Heroin laced with other dangerous pharmaceuticals such as fentanyl have also been found in Summit County.

In Summit County the principal transporters and wholesale distributors of heroin are Mexican Drug Trafficking Organizations (DTO's) eclipsing more traditional Jamaican, Puerto Rican and Dominican organizations. The Mexican organizations have been able to expand their distribution activities throughout Ohio and into Summit County by exploiting Ohio's extensive interstate highway system. The state of Ohio, while ranking 35th in geographic size, maintains the fourth largest interstate system and carries the third largest volume of truck traffic in the nation. Summit County, a mixed urban/suburban community in northeast Ohio covers 412.8 square miles. Within its borders are found 2,669.87 miles of roadways including but not limited to I-77, I-76, I-80, I-271, I-480, SR-18, SR-21, SR-91, SR-303 as well as county, township, city and village roadways. The geographical location of Summit County, within Ohio places it at a midway point between Chicago and the East Coast. It is a natural corridor connecting traffic through source cities including Detroit, New York, Youngstown and Columbus. Additionally these routes are easily accessible to traffickers operating in Canada.

*Controlled Prescription Drugs (CPDs)*
*Pharmaceuticals*

In 2007 across the State of Ohio unintentional drug poisoning became the leading cause of injury death, surpassing surpassing motor vehicle crashes and suicide. The Summit County Coroner has indicated that overdose deaths involving heroin and or CPDs have quadrupled over the past year. This has also been observed throughout the nation and reported in the 2009 National Drug Control Strategy.

Studies by the Ohio department of Health and the Substance Abuse and Mental Health Services Administration (SAMSHA) indicate that the CPD's most associated with overdoses both nationally and in Ohio are opioid analgesics (narcotic pain medications) including Methadone, Fentanyl, Oxycodone (OxyContin, Percocet), Hydrocodone (Vicodin), Hydromorphone (Dilaudid), Morphine and Codine as well as seatives including Diazepam (Valium), Alprazolam (Xanax) and sleeping medications. These drugs have been found and are readily available throughout Summit County.

-7-

SUMMIT_000830652

During 2009 drug unit arrests involving CPDs increased more that 31 % from 2008. These drugs find their way into illicit markets through various methods of diversion including theft from manufactures, pharmacies, homes, hospitals, nursing facilities and others. (In 2008 the city of Columbus had nearly twice as many pharmacy robberies as bank robberies). The drugs are diverted through internet sales, prescription forgeries and alterations, doctor shopping, emergency room hopping and theft by healthcare professionals.

Licit pharmacy prices for OxyContin are approximately $.09 to $.13 per milligram. The illicit market price is $1.00 per milligram. A 100 count 80 milligram bottle of OxyContin retails for approximately $750.00 in a pharmacy. That same bottle will sell for upwards of $8,000.00 in illicit markets

The average costs of both fatal and non-fatal unintentional poisonings in Ohio including medical expenses, work loss, and quality of life loss have been found be in excess of $3.6 billion annually. A study by the Association of State and Territorial Health Officials found that opioid abusers had mean annual direct health care costs eight times higher than non-abusers. In 2005 the total costs for opioid abuse were more than $9 billion.

In 2009 the Summit County Drug unit along with the Summit County Sheriff's Office and other local agencies participated in CPD removal programs across the county allowing residents to safely and securely dispose of unused CPDs. Officers involved in these programs estimate that more than 100,000 doses of medications and preparations were turned in and ultimately destroyed. Eliminating their potential for abuse or tragedy

**Operational Highlights for 2009:**

During 2009, the Summit County Drug Unit made 146 arrests of persons for drug related offenses. The unit executed 163 search warrants (see pgs.23-28). Members of the Summit County Clandestine Methamphetamine Laboratory Response Team investigated, identified, and dismantled 67 methamphetamine laboratories (see pgs. 19-21). Substantial quantities of marijuana, cocaine, heroin, methamphetamine, ketamine, and other illicit substances, as well as 47 firearms and eight explosive chemical devices were removed through purchase, seizure, and interdiction efforts from the communities of Summit County. The evidence technician of the Summit County Drug Unit handled 1,500 items of narcotics and narcotics related evidence.

-8-

SUMMIT 000830653

Operation Grapevine

In January 2008 investigators learned from independent information sources of a Mexican influenced multi-kilogram drug trafficking organization (DTO) operating in the Akron / Summit County, Ohio area.

In June of 2008 a cooperating individual (C/I) under the direction of investigators met with a high ranking member of the DTO.  Additionally recorded undercover telephone calls were made to mid-level distributor of the organization.

In July of 2008 under the direction of investigators a C/I was able to make a two ounce purchase of cocaine from the mid-level distributor. The transaction took place in the business front of a local top level member of the DTO.

Throughout 2008 investigators continued to gather information and intelligence pertaining to the DTO.  This intelligence clearly showed the DTO was distributing multi-kilograms of cocaine in the Akron/ Summit County, Ohio area.

In November of 2008 investigators applied for and received T-III authorization for a mid-level distributor of the DTO. About the same time the target dropped his telephone and no activity was recorded.

In late November 2008 investigators were able to gain intelligence regarding new telephone numbers for the mid-level distributor. Investigators maintained contact to members of the DTO through various C/I's. Additional purchases of cocaine were also made from the DTO.

In April 2009 a homicide occurred in the City of Akron. Investigators determined that the victim was an unintentional target, and that the homicide occurred as the result of the theft of United States currencies from a high ranking member of the DTO.

In June of 2009 investigators applied for and received authorization for a T-III on a mid-level distributor of the DTO.  Investigators determined that the source of supply (SOS) for the DTO was Mexican national operating in and about the Denver, Colorado area.

In August of 2009 investigators learned that the SOS was interdicted by Iowa State Police enroute to the area of Akron/Summit County, Ohio. Iowa State troopers found concealed in the radiator of the truck occupied by the SOS 4 kilograms of cocaine.

-9-

SUMMIT  000830654

In September 2009 the T-III on the DTO was terminated. Investigators continued to investigate the DTO and learned that members of the DTO had arranged for a shipment of cocaine from the SOS organization. Investigators utilizing GPS technology and surveillance techniques located and arrested the local top level member of the DTO along with the courier.

Investigators found 8 kilograms of cocaine secreted inside a false radiator of the vehicle driven by the courier. The cocaine was separated by alternating layers of stones to allow air flow to continue. Intelligence information determined that the SOS was directly linked to the drug trafficking cartel operating in and about the State of Michoac□n, Mexico.

This organization was disrupted as a result of the interdiction of the high ranking member and the SOS courier. The Summit County, Drug Unit's investigation is continuing.

-10-

SUMMIT_000830655

Summery Performance Report

## ARRESTS:

From January 1, 2009 through December 31, 2009, the Summit County Drug Unit arrested One Hundred Forty-Six (146) individuals representing various drug related criminal offenses, and criminal drug enterprises.

### Arrest Demographics

| Males | Females |
|-------|---------|
| 103 | 43 |

|  | Caucasian | African American | Asian | Middle Eastern | Hispanic |
|--|-----------|------------------|-------|----------------|----------|
| Total | 73 | 65 | 2 | 0 | 6 |
| Males | 42 | 54 | 1 | 0 | 6 |
| Females | 31 | 11 | 1 | 0 | 0 |

|  | Jamaican |
|--|----------|
| Total | 0 |
| Males | 0 |
| Females | 0 |

| Crack Cocaine | Cocaine ( Powder ) | Marijuana | Methamphetamine Amphetamines Ecstasy | Hallucinogens | Heroin | Pharmaceuticals |
|---------------|--------------------|-----------|--------------------------------------|---------------|--------|-----------------|
| 5 | 47 | 36 | 30 | 0 | 6 | 19 |

| Steroids | Other* |
|----------|--------|
| 0 | 3 |

* Includes subjects arrested for warrants, other non drug charges as encountered during the execution of search warrants, felony drug apprehensions, and other investigative actions.

-11-

SUMMIT_000830656

Summit County Drug Unit

# ARRESTS:

From  January 1, 2001 through present, the Summit County Drug Unit has
arrested  One- Thousand-Eight-Hundred-Fortyfour (1,844) individuals
representing various drug related criminal offenses, and criminal drug enterprises.

### Arrest Demographics

| Males | Females |
|-------|---------|
| 1,427 | 417 |

| | Caucasian | African American | Asian | Middle Eastern | Hispanic |
|---------|-----------|------------------|-------|----------------|----------|
| Total | 1,260 | 529 | 9 | 1 | 43 |
| Males | 917 | 460 | 8 | 1 | 39 |
| Females | 343 | 69 | 1 | 0 | 4 |

| | Jamaican |
|---------|----------|
| Total | 2 |
| Males | 2 |
| Females | 0 |

| Crack Cocaine | Cocaine ( Powder ) | Marijuana | Methamphetamine Amphetamine Ecstasy | Hallucinogens | Heroin | Pharmaceuticals |
|---------------|--------------------|-----------|-------------------------------------|---------------|--------|-----------------|
| 245 | 281 | 707 | 450 | 10 | 39 | 76 |

| Anabolic Steroids | Other* |
|-------------------|--------|
| 5 | 31 |

* Includes subjects arrested for warrants, other non drug charges as encountered during
the execution of search warrants, felony drug apprehensions, and other investigative
actions.

-12-

SUMMIT_000830657

Summit County Drug Unit

## CLANDESTINE DRUG LABORATORY RESPONSE TEAM

From January 1, 2009 through December 31, 2009, the team successfully immobilized Sixty-Seven Clandestine Methamphetamine lab sites. Two additional sites were identified and dismantled by members of the Cuyahoga Falls Police Department.

The highly volatile and dangerous laboratory and chemical depository sites seized and dismantled during 2009 include.

| | | |
|---|---|---|
| 01/05/2009 | Intersection Hope Ave & Kohler Ave., Akron  44314 (roadside) | Dump Site |
| 01/07/2009 | 1209 E. Nimisila Rd., N.Canton  44720 (residence) | Meth Lab |
| 01/09/2009(cf) | 548 Taylor Avenue, Cuyahoga Falls, 44221 (residence) | Meth Lab |
| 01/13/2009 | 3485 Mogadore Road, Mogadore 44260 (residence) | Meth Lab |
| 01/15/2009(a) | 903 E. Crosier St., Akron 44306 (residence) | Meth Lab |
| 01/21/2009(a) | 2367 E. Market St., Akron  44312 (residence) | Meth Lab |
| 01/22/2009 | 3985 Manchester Road, Coventry 44319 (dumpster) | Dump Site |
| 01/23/2009(a) | 1228 Iona Avenue,Akron  44314 (residence) | Meth Lab |
| 02/02/2009 | Intersection S. Arlington Rd & Killian, Springfield (vehicle) | Chemicals |
| 02/05/2009(a) | 1620 Mohawk, Akron  44306  (residence) | Meth Lab |
| 02/05/2009(a) | 788 Bertha Avenue, Akron  44306  (residence) | Meth Lab |
| 02/05/2009(a) | 65 Byers #904, akron  44306  (residence) | Meth Lab |
| 02/11/2009(a) | Intersection Kenmore Blvd., & 1st Street, Akron | Dump Site |
| 02/16/2009(a) | 2545 31st Street,SW, Akron  44314 (residence) | Meth Lab |
| 02/18/2009(a) | 861 Nevin St.,Akron  44310     (residence) | Meth Lab |

-13-

| Date | Address | Type |
|------|---------|------|
| 02/23/2009 | 70 Rothrock Rd., #205, Copley 44321 (Motel room) | Meth Lab |
| 02/26/2009(a) | 1642 Wildon, Akron  44306  (residence) | Meth Lab |
| 03/06/2009 | Intersection Myersville Road & Ontario, Green (roadside) | Dump Site |
| 03/06/2009(a) | 409 Rexford St., Akron  44314  (residence) | Meth Lab |
| 03/09/2009 | 1938 19th Street, SW, Akron (residence) | Meth Lab |
| 03/09/2009(a) | 674 Fultz, Akron  44307 | Dump Site |
| 03/12/2009(a) | 2354 12th Street SW, Akron  44314  (residence) | Box Lab |
| 03/19/2009(a) | 445 Lamparter, Akron  44311  (residence) | Box Lab |
| 03/19/2009(a) | 562 Cole Avenue, akron  44301  (residence) | Box Lab |
| 03/19/2009(a) | 1198 Keys Place, Akron  44306  (residence) | Meth Lab |
| 03/28/2009 | 1002 Johnston St., Akron 44301 (residence) | Meth Lab |
| 03/28/2009 | Intersection Greensburg Rd & Lauby Rd., Green (vehicle) | Chemicals |
| 04/02/2009(a) | 1311 Herberich , Akron  44301  (residence) | Box Lab |
| 04/04/2009(a) | I-76 West Ramp at Fuller 44306 | Dump Site |
| 04/05/2009(a) | 903 Clay Street, Akron  44311 | Dump Site |
| 04/06/2009(a) | 26 W. York, Akron  44310 (residence) | Box Lab |
| 04/06/2009 | 1777 Krumroy Road, Springfield Twp. 44312 (residence) | Meth Lab |
| 04/13/2009 | 127 2nd, St. NE,#F, Barberton  (Apartment Unit) 44203 | Meth Lab |
| 04/15/2009(a) | 1882 Penthley, Akron  44312   (residence) | Meth Lab |
| 04/21/1009(a) | 82 Dellenberger, Akron  44312  (residence) | Meth Lab |
| 05/01/2009(a) | 2559 Pelton , Akron  44314  (residence) | Meth Lab |
| 05/05/2009(a) | 483 Sullivan Avenue, Akron  44305  (residence) | Meth Lab |
| 05/28/2009(a) | 236 Watson, Akron  44305 (residence) | Meth Lab |
| 06/02/2009 | 571 Parkview Ave., Barberton 44203  (residence) | Box Lab |
| 06/04/2009 | 505 West Avenue, Tallmadge  44278 (dumpster) | Dump Site |

-14-

| | | |
|---|---|---|
| 06/04/2009(a) | 2147 8th St., SW, Akron 44314  (residence) | Meth Lab |
| 06/06/2009 | 2399 Nicholas St., Akron  44305 (behind residence) | Dump Site |
| 06/10/2009 | 5221 Renninger Rd., New Franklin (residence) | Meth Lab |
| 06/30/2009 | 65 16th St., NW, Barberton  44203 (residence) | Meth Lab |
| 07/30/2009(a) | 359 W. Waterloo Road, Akron 44314 (residence) | Box Lab |
| 08/04/2009(a) | 213 Barder Street, Akron 44305  (residence) | Meth Lab |
| 08/04/2009(cf) | 306 Linwood Avenue, Cuyahoga Falls 44221 (residence) | Box Lab |
| 08/14/2009(a) | 289 Darrow Road, Akron  44305  (Dump) | Dump Site |
| 08/16/2009(a) | 2354 Kermit Street, Akron  44305 (residence) | Box Lab |
| 08/18/2009(a) | 165 Pauline, Akron 44312 (residence) | Meth Lab |
| 08/25/2009(a) | 932 Silvercrest Ave., Akron 44314 (residence)(ammonium nitrate) | Meth Lab |
| 08/28/2009(a) | 1306 Curtis St.,Akron  44301  (residence) | Meth Lab |
| 09/01/2009(a) | 86 Stull Avenue, Akron  44312 (residence) | Meth Lab |
| 09/03/2009(a) | 333 Dean Street, Akron  44304  (residence) | Meth Lab |
| 09/24/2009 | 876 Southeast Ave., Tallmadge (dumpster) | Dump Site |
| 09/27/2009 | Ridgewood Rd & Park Hill Dr. Fairlawn (vehicle) | Chemicals |
| 10/01/2009(a) | 1160 Allendale, Akron  44306 (residence) | Meth Lab |
| 10/26/2009 | Wooded Area end of 39th St. NW, Barberton  44203 | Box Lab |
| 11/02/2009 | 3501 S. Arlington, Green 44312  (residence)(one pot cook) | Lab |
| 11/12/2009(a) | 1454 Wade Park , Akron 44310 (residence) | Meth Lab |
| 11/16/2009(a) | 1251 Wyley , Akron  44306  (residence) | Meth Lab |
| 11/25/2009(a) | 1032 Burkhardt, Akron  44301 (residence) | Meth Lab |
| 11/25/2009(a) | 1028 Burkhardt, Akron  44301 (residence) | Meth Lab |
| 12/12/2009(a) | 890 Diagonal, Akron 44320 (residence) | Meth Lab |
| 12/12/2009(a) | 903 Clay Street, Akron  44311 (residence) | Meth Lab |

-15

| | | |
|---|---|---|
| 12/18/2009(a) | 1306 Curtis Street, Akron  44301 (residence) | Meth Lab |
| 12/18/2009(a) | 131 Cole Avenue, Akron  44301 (residence) | Meth Lab |
| 12/26/2009(a) | 1675 Rockford Street, Akron  44301 (residence) | Meth Lab |
| 12/28/2009(a) | 510 W. Wilbeth Avenue, Akron  44314 (residence) | Meth Lab |

SUMMIT_000830661

Summit County Drug Unit

## K-9 Interdictions

The Summit County Drug Unit currently has two narcotics detection K-9's and their handlers assigned to the unit. The dogs are invaluable not only in their ability to search countless packages and parcels, but also in their assistance to the unit's activities including highway interdictions, search warrants and public relations.

2009 K-9 Removals:

K-9 Coco
Handler: Det. Keith Gowens:

| Cocaine | Ketamine | Marijuana | Heroin | |
|---|---|---|---|---|
| 16,059 Grams | 500.0 Grams | 1,552 Pounds | 11.0 Grams | |

K-9 Utz
Handler: Det. Gene Martin

| Cocaine | Marijuana | | |
|---|---|---|---|
| 14,000 Grams | 185 Pounds | | |

Additionally K-9 Team Gowens & Coco documented 440 K-9 uses, and K-9 Team Martin & Utz documented 400 K-9 uses during 2009.  These include but are not limited to narcotics searches, public appearances and demo's.

SUMMIT_000830662

### Summit County Drug Unit

### <u>SEARCH WARRANTS</u>

During 2009 the Summit County Drug Unit initiated and/or participated in the execution of  167 search warrants which directed  contraband, record and documents or other evidentiary items to be seized during the course of investigations.

Since the Summit County Drug Units initiation in 2001 members of the unit have initiated and /or participated in the execution of 768 search warrants.

The warrant sites listed below represent the total figures in numeration sequence.

**2009**

| | | | |
|---|---|---|---|
| 606). | 3485 Mogadore Road, Mogadore | SCDU | Meth Lab |
| 607). | 1209 E. Nimisila Rd., N. Canton | SCDU/Consent | Meth Lab |
| 608). | U.S. Postal Service Package | SCDU | Marijuana |
| 609). | U.S. Postal Service Package | SCDU | Marijuana |
| 610). | 790 Garth Avenue, Akron | SCDU | Marijuana |
| 611). | 4205 Glenbriar Dr., Brunswick | DEA/ICE/SCDU | MDMA |

-18-

SUMMIT_000830663

| 612). | 1198 Beardsley St., Akron | SCDU | Marijuana Grow |
| 613). | 3985 Manchester Road, Coventry | SCDU/Consent | Meth Dump |
| 614). | U.S. Postal Service Package | SCDU | Marijuana |
| 615). | 822 Westview, Springfield Twp. | SPFLD/SCDU/Consent | Marijuana |
| 616). | Fed-Ex Parcel | SCDU | Marijuana |
| 617). | U.S. Postal Service Package | SCDU | Marijuana |
| 618). | 70 Rothrock Rd. #205, Copley | SCDU | Meth Lab |
| 619). | U.S. Postal Service Package | SCDU/USPI | Marijuana |
| 620). | U.S. Postal Service Package | SCDU/USPI | Marijuana |
| 621). | U.S. Postal Service Package | SCDU/USPI | Marijuana |
| 622). | U.S. Postal Service Package | SCDU/USPS | Marijuana |
| 623). | 3287 Weber Road, Norton | SCDU/Consent | Marijuana Grow |
| 624). | 1059 Lexington avenue, Akron | SCDU | Marijuana/Cocaine |
| 625). | 1680 Lockwood Road, Barberton | SCDU | Marijuana |
| 626). | 715 State Mill Road, Coventry | SCDU/Consent | Marijuana/Cocaine |

-19-

SUMMIT_000830664

| | | | |
|---|---|---|---|
| 627). | 1938 19th Street SW, Akron | SCDU | Meth Lab |
| 628). | 549 Wedgemer Avenue, Akron | SCDU | Marijuana Grow |
| 629). | U.S. Postal Service Package | SCDU | Marijuana |
| 630). | U.S. Postal Service Package | SCDU | Marijuana |
| 631). | U.S. Postal Service Package | SCDU | Marijuana |
| 632). | U.S. Postal Service Package | SCDU | Marijuana |
| 633). | U.S. Postal Service Package | SCDU | Marijuana |
| 634). | U.S. Postal Service Package | SCDU | Marijuana |
| 635). | Fed-Ex Parcel | SCDU | Marijuana |
| 636). | 1002 Johnston Street, Akron | SCDU/Consent | Meth Lab |
| 637). | 1777 Krumroy Rd., Springfield | SCDU/SPTP | Meth Lab |
| 638). | 79 Rothrock Rd. #314, Copley | SCDU/Consent | Marijuana |
| 639). | U.S. Postal Service Package | SCDU | Marijuana |
| 640). | 127 2nd street, SE, Barberton | SCDU/Consent | Meth Lab |

SUMMIT_000830665

| | | | |
|---|---|---|---|
| 641). | U.S. Postal Service Package | SCDU | Marijuana |
| 642). | U.S. Postal Service Package | SCDU | Marijuana |
| 643). | U.S. Postal Service Package | SCDU | Marijuana |
| 644). | Fed-Ex Parcel | SCDU | Marijuana |
| 645). | 110 Wooster Road, North, Barberton | SCDU | Oxycontin |
| 646). | U.S. Postal Service Package | SCDU | Marijuana |
| 647). | 1202 Collinwood Avenue, Akron | SCDU/Consent | Marijuana grow |
| 648). | U.S. Postal Service Package | SCDU | Marijuana |
| 649). | U.S. Postal Service Package | SCDU | Marijuana |
| 650). | U.S. Postal Service Package | SCDU | Marijuana |
| 651). | U.S. Postal Service Package | SCDU | Marijuana |
| 652). | U.S. Postal Service Package | SCDU | Marijuana |
| 653). | U.S. Postal Service Package | SCDU | Marijuana |
| 654). | U.S. Postal Service Package | SCDU | Marijuana |
| 655). | U.S. Postal Service Package | SCDU | Marijuana |

-21-

| | | | |
|---|---|---|---|
| 656). | Fed-Ex Parcel | SCDU | Marijuana |
| 657). | 1013 Stadelman Avenue, Akron | SCDU | Marijuana |
| 658). | 998 Collinwood Avenue, Akron | SCDU | Marijuana Grow |
| 659). | 571 Parkview Avenue, Barberton | BPD/SCDU | Box Meth Lab |
| 660). | 5221 Renninger Rd., New Franklin | SCDU | Meth Lab |
| 661). | U.S. Postal Service Package | SCDU | Marijuana |
| 662). | U.S. Postal Service Package | SCDU | Marijuana |
| 663). | U.S. Postal Service Package | SCDU | Marijuana |
| 664). | U.S. Postal Service Package | SCDU | Marijuana |
| 665). | U.S. Postal Service Package | SCDU | Marijuana |
| 666). | U.S. Postal Service Package | SCDU | Marijuana |
| 667). | U.S. Postal Service Package | SCDU | Marijuana |
| 668). | U.S. Postal Service Package | SCDU | Marijuana |
| 669). | 65 16th St. NW, Barberton | SCDU | Meth Lab |

-22-

SUMMIT_000830667

| | | | |
|---|---|---|---|
| 670). | 14 Fernwood, Akron | SCDU | Cocaine |
| 671). | Fed-Ex Parcel | SCDU | Marijuana |
| 672). | U.S. Postal Service Package | SCDU | Marijuana |
| 673). | U.S. Postal Service Package | SCDU | Marijuana |
| 674). | Fed-Ex Parcel | SCDU | Cocaine/Marijuana |
| 675). | 60 West Ingelside, Coventry | SCDU | Marijuana |
| 676). | U.S. Postal Service Package | SCDU | Marijuana |
| 677). | Fed-Ex Parcel | SCDU | Cocaine |
| 678). | U.S. Postal Service Package | SCDU | Marijuana |
| 679). | U.S. Postal Service Package | SCDU | Marijuana |
| 680). | 953 Thierry Avenue, Coventry | SCDU | Marijuana |
| 681). | 613 Lansing Road, Akron | SCDU | Marijuana Grow |
| 682). | 1316 Honodle, Akron | SCDU | Cocaine |
| 683). | 270 Goodyear Blvd #4, Akron | SCDU/Consent | Cocaine |
| 684). | U.S. Postal Service Package | SCDU | Marijuana |

-23-

SUMMIT_000830668

| | | | |
|---|---|---|---|
| 685). | U.S. Postal Service Package | SCDU | Marijuana |
| 686). | U.S. Postal Service Package | SCDU | Marijuana |
| 687). | U.S. Postal Service Package | SCDU | Marijuana |
| 688). | U.S. Postal Service Package | SCDU | US Currency |
| 689). | 3586 Frawood Drive, Uniontown | SCDU | Marijuana |
| 690). | Fed-Ex Parcel | SCDU | Cocaine |
| 691). | 1080 St. Michaels Avenue, Canton | SCDU | Cocaine |
| 692). | 1444/1448 Copley Road, Akron | SCDU | Cocaine |
| 693). | 509 S. Frank Blvd., Akron | SCDU | Cocaine |
| 694). | U.S. Postal Service Package | SCDU | Marijuana |
| 695). | U.S. Postal Service Package | SCDU | Marijuana |
| 696). | 3465 S. Main St., Coventry | APD/SCDU | Heroin |
| 697). | GMC Pick-Up Truck | SCDU | Cocaine |
| 698). | U.S. Postal Service Package | SCDU | Marijuana |
| 699). | UPS Parcel | SCDU | Marijuana |

-24-

| | | | |
|---|---|---|---|
| 700). | U.S. Postal Service Package | SCDU | Marijuana |
| 701). | U.S. Postal Service Package | SCDU | Marijuana |
| 702). | U.S. Postal Service Package | SCDU | Marijuana |
| 703). | U.S. Postal Service Package | SCDU | Marijuana |
| 704). | U.S. Postal Service Package | SCDU | Marijuana |
| 705). | UPS Parcel | SCDU/SCMTF | Marijuana |
| 706). | U.S. Postal Service Package | SCDU | Marijuana |
| 707). | Fed-Ex Parcel | SCDU | Cocaine |
| 708). | U.S. Postal Service Package | SCDU | U.S. Currency |
| 709). | 1855 Dallas, Akron | SCDU | Marijuana Grow |
| 710). | Fed-Ex Parcel | SCDU | Marijuana |
| 711). | U.S. Postal Service Package | SCDU | Marijuana |
| 712). | U.S. Postal Service Package | SCDU | Marijuana |
| 713). | U.S. Postal Service Package | SCDU | Marijuana |
| 714). | U.S. Postal Service Package | SCDU | Marijuana |

SUMMIT_000830670

| | | | |
|---|---|---|---|
| 715). | U.S. Postal Service Package | SCDU | U.S. Currency |
| 716). | U.S. Postal Service Package | SCDU | Marijuana |
| 717). | U.S. Postal Service Package | SCDU | Marijuana |
| 718). | U.S. Postal Service Package | SCDU | Marijuana |
| 719). | U.S. Postal Service Package | SCDU | Marijuana |
| 720). | U.S. Postal Service Package | SCDU | Marijuana |
| 721). | Fed-Ex Parcel | SCDU | Marijuana |
| 722). | Fed-Ex Parcel | SCDU | Marijuana |
| 723). | Fed-Ex Parcel | SCDU | Marijuana |
| 724). | 1567 Vilgross Avenue, Akron | SCDU | Cocaine |
| 725). | 3501 S. Arlington Rd.,Green | SCDU/Consent | Meth Lab |
| 726). | U.S. Postal Service Package | SCDU | Marijuana |
| 727). | Fed-Ex Parcel | SCDU | Marijuana |
| 728). | U.S. Postal Service Package | SCDU | Marijuana |
| 729). | U.S. Postal Service Package | SCDU | Marijuana |

-26-

SUMMIT_000830671

| | | | |
|---|---|---|---|
| 730). | U.S. Postal Service Package | SCDU | Marijuana |
| 731). | U.S. Postal Service Package | SCDU | Marijuana |
| 732). | U.S. Postal Service Package | SCDU | Marijuana |
| 733). | U.S. Postal Service Package | SCDU | Marijuana |
| 734). | U.S. Postal Service Package | SCDU | Marijuana |
| 735). | U.S. Postal Service Package | SCDU | Marijuana |
| 736). | U.S. Postal Service Package | SCDU | Marijuana |
| 737). | U.S. Postal Service Package | SCDU | Marijuana |
| 738). | U.S. Postal Service Package | SCDU | Marijuana |
| 739). | U.S. Postal Service Package | SCDU | Marijuana |
| 740). | U.S. Postal Service Package | SCDU | Marijuana |
| 741). | U.S. Postal Service Package | SCDU | Marijuana |
| 742). | U.S. Postal Service Package | SCDU | Marijuana |
| 743). | U.S. Postal Service Package | SCDU | Marijuana |

-27-

SUMMIT_000830672

| 744). | U.S. Postal Service Package | SCDU | Marijuana |
|---|---|---|---|
| 745). | U.S. Postal Service Package | SCDU | Marijuana |
| 746). | U.S. Postal Service Package | SCDU | Marijuana |
| 747). | U.S. Postal Service Package | SCDU | Marijuana |
| 748). | U.S. Postal Service Package | SCDU | Marijuana |
| 749). | U.S. Postal Service Package | SCDU | Marijuana |
| 750). | U.S. Postal Service Package | SCDU | Marijuana |
| 751). | U.S. Postal Service Package | SCDU | Marijuana |
| 752). | U.S. Postal Service Package | SCDU | Marijuana |
| 753). | U.S. Postal Service Package | SCDU | Marijuana |
| 754). | U.S. Postal Service Package | SCDU | Marijuana |
| 755). | Fed-Ex Parcel | SCDU | Marijuana |
| 756). | U.S. Postal Service Package | SCDU | Marijuana |
| 757). | U.S. Postal Service Package | SCDU | Marijuana |
| 758). | U.S. Postal Service Package | SCDU | Marijuana |

-28-

SUMMIT_000830673

| | | | |
|---|---|---|---|
| 759). | U.S. Postal Service Package | SCDU | Marijuana |
| 760). | 4 Socrates Place, Akron | SCDU | Crack Cocaine |
| 761). | U.S. Postal Service Package | SCDU | Marijuana |
| 762). | U.S. Postal Service Package | SCDU | U.S. Currency |
| 763). | U.S. Postal Service Package | SCDU | Marijuana |
| 764). | U.S. Postal Service Package | SCDU | Marijuana |
| 765). | U.S. Postal Service Package | SCDU | Marijuana |
| 766). | U.S. Postal Service Package | SCDU | Marijuana |
| 767). | Fed-Ex Parcel | SCDU | Marijuana |
| 768). | Fed-Ex Parcel | SCDU | Marijuana |

SUMMIT_000830674

Summit County Drug Unit

## WEAPONS SEIZURES
## (FIREARMS)

Through the course of routine investigation agents of the Summit County Drug Unit seized (47) firearms and (8) explosive devices from January 1, 2009 thru December 31, 2009.  They are categorized as follows.

| SHOTGUNS | HANDGUNS | RIFLES |
|---|---|---|
| 4 Pump Action | 15  Semi-Auto | 0  Repeating |
| 0 Semi-Auto | 7 Revolver | 9  Single Shot |
| 4 Single Action | 1  Single Action | 5  Semi-Auto |
| | 0  Percussion | 2  Percussion |

8  Explosive Chemical Devices

Since January 2001 officers and agents of the Summit County Drug Unit have as a result of narcotics investigations and operations removed 433 various firearms from the streets of  Summit County. As well as ten Improvised Explosive Devices (IED) and two Explosive Chemical Devices taken from a Clandestine Methamphetamine Laboratory sites.

-30-

SUMMIT_000830675

Summit County Drug Unit

## DRUG REMOVALS

From **January 1, 2009 thru December 31, 2009,** by combined drug purchases and drug seizures the Summit County Drug Unit has removed the following controlled substances.

**COCAINE: (CRACK)**

104.5     Grams                                      Street Value :   $  10,450.00

**COCAINE: (POWDER)**

35,909.56 Grams                                  Street Value :   $3,590,956.00

**HEROIN :**

35.75  Grams                                        Street Value :   $   10,725.00

**MARIJUANA :**

1,886.47 pounds (856,459.09g)           Street Value :   $2,452,411.00

**MARIJUANA (PLANTS):**
439 Plants.                                          Street Value:    $   439,000.00

-31-

**METHAMPETAMINE :**

30.6  Grams              Street Value :    $     3,060.00


**OXYCONTIN :**
235  Tablets            Street Value :    $     9,400.00


**ECSTASY :**

151,563  Dose Units       Street Value :    $   3,031,260.00


**XANX**
4  Dose Units           Street Value     $       40.00


**PSILOCYBIN MUSHROOMS**
114.0 Grams           Street Value     $     5,700.00


**VALIUM**
193 Dose Units         Street Value     $     1,930.00


**VICODIN**
345 Dose Units         Street Value     $     3,450.00


**KETAMINE**
500.0 Grams           Street Value     $    50,000.00

SUMMIT_000830677

**DILAUDID**
10 Dose Units                    Street Value        $        400.00

**PERCOCET**
14 Dose Units                    Street Value        $        280.00

_____

$ 9,609,062.00

-33-

SUMMIT_000830678

Summit County Drug Unit


DRUG REMOVALS


Since its inception in January 2001, the Summit County Drug Unit has remained focused on the task of removing dangerous drugs and offenders from the streets of Summit County, further enhancing the safety and security of its citizens.

From **January 1, 2001 thru December 31, 2009**, as a result of a diversity of investigations and operations combining drug purchases and drug seizures the Summit County Drug Unit has removed the following controlled substances.


## COCAINE: (CRACK)

8,930.66    Grams                              Street Value :  $ 893,066.00


## COCAINE: (POWDER)

235,563.15  Grams                             Street Value :   $ 23,536,315.00*

* This includes the extraordinary seizure of eighty-four kilograms of cocaine in 2002 by the Franklin Township Police Department, assisted by the Summit County Drug Unit. The case continues to be investigated.

## HEROIN :

462.0 Grams                               Street Value :  $ 138,600.00
Black Tar: 7.0 Grams                                     $    1,750.00
                                                         $ 140,350.00

## MARIJUANA :

8,585.36  pounds (3,897,755.15g)          Street Value  $ 11,160,968.00


-34-

SUMMIT_000830679

PSILOCYBIN :

12,068.4  Grams                    Street  Value  $   603,420.00


GAMMA-HYDROXYBUTYRATE
( GHB )

520 Fluid Ounces                   Street Value  $   26,000.00
1060.4 Grams                                          63,624.00
                                                      89,624.00


LSD

448 Unit Doses                     Street Value  $   2,240.00


VICODEN

910 Unit Doses                     Street Value  $   9,100.00


LORAZAPAM

69 Unit Doses                      Street Value  $     345.00


CODINE

100  Unit Doses                    Street Value  $     500.00


MORPHINE

One vial liquid                    Street Value  $      60.00
18 Dose Units                                    $     360.00
                                                 $     420.00

-36-

SUMMIT_000830680

## NALBUPHINE

80 Milligrams                  Street Value  $     500.00


## KETAMINE
564.7 Grams                    Street Value  $  56,470.00


### DARVOCET
10 Unit Doses                  Street Value  $     100.00

### RITALIN
30 Unit Doses                  Street Value  $     600.00


### PHENOBARBITAL
18 Unit Doses                  Street Value  $     180.00


### ALPRAZOLAM
70 Unit Doses                  Street Value  $     700.00

### PHENTERMINE
142 Unit Doses                 Street Value  $   1,420.00

### XANAX
136 Unit Doses                 Street Value  $   1,360.00


-37-

SUMMIT_000830681

**ANABOLIC STEROIDS**
7,769.4  Grams             Street Value   $   116,535.00
7,489 Dose Units                              $   299,560.00
                                                 $   416,095.00


**AMPHETAMINES**
300 Unit Doses                 Street Value   $     3,000.00


**KHAT**
38,136.0 Grams              Street Value   $    63,306.00


**PHENCYCLIDINE ( PCP )**
6 Liquid Liters (203 Fluid Ounces)    Street Value   $   142,100.00


**DILAUDID**
10 Unit Doses                  Street Value   $      400.00


**PERCOCET**
14 Unit Doses                  Street Value   $      280.00


                                    Total       $   49,709,670.00

SUMMIT 000830682