# PSJ4 SOL Opp Exh 20

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4
                   ~~~~~~~~~~~~~~~~~~~~
 5
 6      IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
        OPIATE LITIGATION
 7                                       Case No. 17-md-2804
 8                                       Judge Dan Aaron
        This document relates to:        Polster
 9
        The County of Summit, Ohio, et al.
10      v. Purdue Pharma L.P., et al.
        Case No. 17-OP-45004
11
        The County of Cuyahoga v. Purdue
12      Pharma L.P., et al.
        Case No. 18-OP-45090
13
        City of Cleveland, Ohio v. Purdue
14      Pharma L.P., et al
        Case No. 18-OP-45132
15
                   ~~~~~~~~~~~~~~~~~~~~
16
                  Videotaped deposition of
17                    APRIL R. VINCE
18
                    December 13, 2018
19                      9:07 a.m.
20
21                      Taken at:
        Climaco, Wilcox, Peca & Garofoli Co., L.P.A.
22              55 Public Square, Suite 1950
                     Cleveland, Ohio
23
24
25            Renee L. Pellegrino, RPR, CLR
```

Page 305

1    issue became a critical issue within Cuyahoga
2    County?
3           MS. WILSON:  Objection to form.
4       A.   As a part of my job, it was my job
5    to review data from the medical examiner, but
6    not to understand when the epidemic started.
7       Q.   Do you have any understanding just
8    personally of when it started?
9       A.   Not really.
10      Q.   Was it five years ago?
11      A.   Again, if I was to look at the
12   medical examiner's data and it reflected
13   anything as far as overdose dates, 2015, '16
14   there was a large spike in overdose deaths.
15   That's the most -- that's the thing that -- the
16   only thing I have that's concrete.
17      Q.   So you would tie the epidemic to the
18   number of overdose deaths?
19      A.   At least for Cuyahoga County, yes.
20      Q.   Okay.  Not the formation of the task
21   force or anything like that?
22      A.   Again, that was before I worked with
23   it at all, so I can't speak to that.
24      Q.   How about just as a member of the
25   community, though?  Did you have any