# PSJ4 SOL Opp Exh 21



County Executive Ilene Shapiro

# EMERGENCY PROCLAMATION

**Whereas,** in 2015, Summit County experienced 212 total overdose deaths and in 2016 that rate increased dramatically to 336 deaths; and

**Whereas,** in 2017, thus far Summit County has experienced 145 overdose deaths; and

**Whereas,** because of these overdose deaths, caseloads at the Medical Examiner's Office have increased dramatically in each of the past three years (2015, 2016 and now 2017), necessitating the use of the state's mobile morgue; and

**Whereas,** in response, the County of Summit and its partners have increased local funding by millions of dollars to address the growing crisis, and

**Whereas,** the manufacturers and distributors of opiates have been irresponsible in their practices, and misleading about the risks of addiction, putting Summit County residents at risk, and

**Whereas,** there is significant threat to people who are addicted and suffering an illness they cannot control, who are preyed upon by drug dealers selling illicit products which are purposefully adulterated; and

**Whereas,** there is a substantial threat to first responders due to the presence at overdose and crime scenes of fentanyl and fentanyl related substances and their ability to be absorbed through contact with the skin; and

**Whereas,** local response efforts have been exhausted and local resources in Summit County have been overwhelmed, and capabilities have been exceeded; and

**Whereas,** Article III, §5 of the Ohio Constitution provides supreme authority to the Governor of Ohio to declare an emergency; and

**Whereas,** pursuant to Article II, §2.03 of the Charter of the County of Summit, the County Executive shall have all the powers and duties of an administrative nature under the Charter; and

**Whereas,** "hazard" is defined in Ohio Rev. Code § 5502.21(I) as "…any actual or imminent threat to the survival or overall health, safety, or welfare of the civilian population that is caused by any natural, human-made, or technological event. [and] includes, without limitation, an attack, disaster, and emergency."; and

**Whereas**, pursuant to Ohio Rev. Code § 5502.21(E), "disaster" means "…any imminent threat or actual occurrence of widespread or severe damage to or loss of property, personal hardship or injury, or loss of life that results from any natural phenomenon or act of a human."; and

**Whereas**, Ohio Revised Code §§ 5502.21 to 5502.51 establish within the Ohio Department of Public Safety an emergency management agency for the purposes of developing a statewide emergency operations plan for the purpose of working with local political subdivisions to provide protection for the people of the state against any hazard and/or disaster; and

**Whereas**, pursuant to Ohio Rev. Code § 5502.26, the County of Summit has established a Countywide Emergency Management Agency and an Emergency Operations Plan; and

**Whereas**, pursuant to section III of the County of Summit Emergency Operations Plan, the County Executive has the authority to declare a countywide state of emergency; and

**Whereas**, pursuant to section III of the County of Summit Emergency Operations Plan, once an emergency has been declared, the County may ask the State of Ohio for additional resources; and

**Whereas**, pursuant to state and local law if the scope of the disaster is beyond the financial and response capabilities of the State and County combined, the governor may make a state-level emergency declaration and order that the Ohio Emergency Management Agency make a request to the federal government for assistance; and

**Whereas**, in keeping with the County of Summit Emergency Operations Plan and Ohio Rev. Code §§ 5502.21 to 5502.51, the County Executive hereby declares an emergency relating to the opioid crisis in Summit County.

**Therefore Let It Be Known That,** Summit County hereby declares a countywide emergency, activates its Incident Management Assistance Team for support, and requests the Governor of Ohio to declare an emergency under his statutory powers, and provide state funds and, if sufficient state funds are not available, to request additional federal assistance to help address and eradicate the emergency.

The County of Summit requests include but are not limited to:

### State of Ohio Requested Emergency Response

**Law Enforcement**
- BCI investigators assigned to Summit County Drug Taskforce.
- Assist with intense sweeps by Summit County Drug Taskforce.

**Prevention, Treatment & Recovery Supports**
- Increased real time ODH drug surveillance for non-fatal ODs.
- Increase penalties for sales of heroin and illegal sales of fentanyl and its derivatives.
- State assistance and funding to support new and existing interventions including Quick Response Teams, Deterra Bags, increased distribution of Naloxone, development of recovery housing and other interventions as determined in consultation with Summit County Opiate Task Force.

### Funding

- We request the use of Rainy Day Fund monies, now in excess of $2 Billion, to be released to fund the opioid response rather than expending additional local government funds.
- State pass through of Federal funds and grants to the local level be increased and streamlined for use for enforcement, prevention and treatment.

## Federal Government Requested Emergency Responses

### Prevention

- Additional CDC involvement in on-going drug surveillance for non-fatal ODs (SAMHSA's Project DAWN level data).
- Create Strategic Stockpile of Naloxone; and order that the Director of Health, in keeping with Ohio Rev. Code 3701.048(E) issue an order implementing and providing resources for one or more of the protocols set forth in the code section authorizing the administration, delivery or distribution of Naloxone to block or reverse the effects of opioid medication.

### Treatment

- Eliminate or modify the IMD exclusion (16-bed limit for Medicaid) to raise the bed limit or remove Substance Use Disorders from the definition of disorders subject to the IMD exclusion.

### Education & Training

- Loan forgiveness program to encourage doctors to go into forensic pathology to address the severe shortage of certified death investigators and forensic pathologists.
- Loan forgiveness program to encourage physicians to train as psychiatrists and addiction specialists to address the severe shortage of each specifically within the public sector, such as within public mental health and addiction treatment agencies.
- Loan forgiveness and additional flexible funding assistance for workforce initiatives to develop and retain qualified nurses, counselors and social workers.

**Any other financial or other support for priorities identified by the Summit County Incident Management Assistance Team.**

_[signature]_  10/25/17

**County Executive Ilene Shapiro**       **October 25, 2017**