# PSJ4 SOL Opp Exh 32

FILED UNDER SEAL