# PSJ4 SOL Opp Exh 33

FILED UNDER SEAL