# PSJ4 SOL Opp Exh 34

FILED UNDER SEAL