# PSJ4 SOL Opp Exh 35

FILED UNDER SEAL