# PSJ4 SOL Opp Exh 38

Message

| | |
|---|---|
| **From**: | Howenstein, Kim [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=KIM.HOWENSTEIN] |
| **Sent**: | 4/28/2014 5:17:19 PM |
| **To**: | Anna-Soisson, Kimberly [/O=CAH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kimberly.anna-soisson] |
| **Subject**: | FW: assitance |
| **Attachments**: | DETECTING AND REPORTING SUSPICIOUS ORDERS AND RESPONDING TO THRESHOLD EVENTS.docx; QRA SOM Customer Analytics.docx |

This is should be a good start.
The first attachment is an SOP
The second attachment is working guidelines.

---

**From:** Mayeski, Ullrich
**Sent:** Monday, April 28, 2014 12:18 PM
**To:** Howenstein, Kim; Anna-Soisson, Kimberly
**Subject:** assitance

Happy Monday:

I need some help.  I am meeting with all of the compliance officers next week here in Dublin.  There are several topics that I have to address.  One of them is how the compliance officers would facilitate an overview conversation about the SOM program during a DEA cyclic inspection.  Can the two of you create a 6-7 slide presentation that addresses an overview of our program.  This is something the compliance officers would share with DEA on-site and walk through with them during the inspection?  The COs have a basic understanding about SOM, but this should be fairly hi level addressing basic components, particularly what happens when a threshold hits and cutting/reporting.

Oh and I need it by Thursday.  You are the best!!



**Ullrich C. Mayeski**
Director of Investigations
Quality & Regulatory Affairs
7000 Cardinal Place, Dublin, OH 43017
614.757.7544

Confidential



**Standard Operating Procedure**
Pharmaceutical Distribution

| DETECTING AND REPORTING SUSPICIOUS ORDERS AND RESPONDING TO THRESHOLD EVENTS |
| --- |

**1.0  PURPOSE**

The purpose of this Standard Operating Procedure (SOP) is to provide guidance to Cardinal Health employees in the Quality and Regulatory Affairs (QRA) department on responding, detecting and reporting suspicious orders, and processing, documenting and making judgments about threshold events, including making decisions about adjusting thresholds, releasing orders, or cutting orders.

It is also the purpose of this SOP to comply with or exceed the standards for distributors set forth in the Controlled Substances Act, regulations promulgated pursuant to that Act, and extra-regulatory guidance to which Drug Enforcement Administration (DEA) holds distributors responsible.

**2.0  SCOPE**

This SOP applies when an order is triggered by the Cardinal Health Anti-Diversion Centralization (or equivalent) system for evaluation so as to meet the purpose of the SOP mentioned in §1.0 above.

**3.0  REFERENCES / RELATED DOCUMENTS**

| | |
| --- | --- |
| PDQRA-CAD-C008 | On-Site QRA and Surveillance Investigations |
| fda.gov/regulatoryinformation/legislation/ucm148726.htm | Controlled Substances Act |
| deadiversion.usdoj.gov/21cfr/cfr/1301/1301_74.htm | 21 CFR 1301.74(b) |

**4.0  RESPONSIBILITIES**

The responsibilities of QRA includes

a.  Evaluating threshold events
b.  Identifying suspicious orders
c.  Reporting suspicious orders to DEA
d.  Performing a review of suspicious orders
e.  Making decisions regarding threshold adjustments
f.  Cutting suspicious orders when appropriate
g.  Releasing portions of orders when appropriate

**5.0  DEFINITIONS**

*Anti-Diversion Centralization (ADC) System*

Case management system used to facilitate the evaluation and assessment of threshold events, which are orders for controlled substance products held by the Suspicious Order Monitoring (SOM) electronic monitoring program. The case management system also allows members of Quality and Regulatory Affairs to reference customer specific information, as well as make adjustments to threshold limits and restrict customers from purchasing controlled substances.

*Threshold*

The maximum quantity of a regulated drug permitted to be automatically shipped to a specific licensed customer.

*Threshold Event*

An order for a regulated drug which exceeds the threshold set for a specific licensed customer.

**6.0  PROCEDURE**
**6.1  Initial Review**
**6.1.1**

The following orders are held or cut pending review by QRA under this procedure

a.  Orders of interest referred to by a Forward Distribution Center
b.  Orders that exceed a threshold set for the customer for the drug family
c.  Orders that exceed any other criteria established by QRA

This document contains proprietary information. It may not be reproduced or disclosed without prior written approval by the quality head of the business segment.
Unofficial Copy if Printed.
>>THE USER OF THIS DOCUMENT IS RESPONSIBLE FOR CHECKING THE CURRENT ISSUE DATE BEFORE USE<<

Confidential

CAH_MDL2804_00012245



**Standard Operating Procedure**
**Pharmaceutical Distribution**

| DETECTING AND REPORTING SUSPICIOUS ORDERS AND RESPONDING TO THRESHOLD EVENTS |
| --- |

6.1.2      In addition, under this SOP, QRA can review other orders that may come to the attention of QRA based on any other criteria.

6.1.3      Under this procedure, QRA must first review every held order under §6.1.1 to determine whether the order is suspicious as that term is used in 21 CFR. 1301.74(b). Per the regulation, orders are deemed suspicious if they meet one (1) or more of three (3) criteria:

     a.   Order is of unusual size
     b.   Order is of unusual frequency
     c.   Order deviates substantially from a normal pattern for the customer

6.1.4      Orders that meet one or more of the criteria in §6.1.3 must be reported to the DEA as suspicious.

6.1.5      **Orders of unusual size** are significantly larger than the orders normally placed by the customer or by customers that have a size and type of business that is similar to the ordering customer's business.

     6.1.5.1      Orders of unusual size can be as a result of:

        a.   Unintentional order entry errors (including duplicate order entries)
        b.   Intentional orders placed by the customer

        QRA personnel must use available information and prior experience to determine if the order is an unintentional order entry error or intentional order placed by the customer.

     6.1.5.2      Unintentional order entry errors (including duplicate order entries) must be cut and reported to the DEA as suspicious, with no changes to customer threshold.

     6.1.5.3      QRA personnel must use available information and prior experience to determine if the order of unusual size is intentional. If QRA personnel determines the order to be intentional and of unusual size then the order is cut and reported to the DEA as suspicious.

6.1.6      **Orders of unusual frequency** are orders that occur significantly more frequently than the orders normally placed by the ordering customer or by customers that have a size and type of business that is similar to the ordering customer's business.

     6.1.6.1      QRA personnel can use available information on order history and prior experience on other customers that have a size and type of business similar to the ordering customer to determine if the order is of unusual frequency.

     6.1.6.2      If QRA personnel determines the order to be of unusual frequency then the order is cut and reported to the DEA as suspicious.

6.1.7      **Orders that deviate substantially from the normal ordering pattern** are orders that reflect a significant deviation from the customer's normal orders or that deviate substantially from the ordering patterns of customers that have a size and type of business that is similar to the ordering customer's business.

     6.1.7.1      Substantial deviations in ordering patterns include, but are not limited to,

This document contains proprietary information. It may not be reproduced or disclosed without prior written approval by the quality head of the business segment.
Unofficial Copy if Printed.
>>THE USER OF THIS DOCUMENT IS RESPONSIBLE FOR CHECKING THE CURRENT ISSUE DATE BEFORE USE<<

Confidential

CAH_MDL2804_00012246



**Standard Operating Procedure**
Pharmaceutical Distribution

| DETECTING AND REPORTING SUSPICIOUS ORDERS AND RESPONDING TO THRESHOLD EVENTS |
|---|

      d.   Other deviations based on QRA personnel's experience.

**6.1.7.2**    QRA personnel can use available information and prior experience on other customers that have a size and type of business similar to the ordering customer to determine if the order deviates substantially from the normal ordering pattern.

**6.1.7.3**    If the QRA personnel determines that the order deviates from normal ordering pattern then the order is cut and reported to the DEA as suspicious.

**6.2**   **Review of Suspicious Orders**

**6.2.1**    A held order that warrants an assessment is reviewed as described in written procedures to determine whether a threshold adjustment to the particular drug family is warranted.

**6.2.1.1**    When the QRA personnel determines that a threshold adjustment is warranted because the personnel has found that the drugs are unlikely to be diverted, the personnel must ensure that the reasons for adjusting the threshold and relevant information considered have been recorded prior to adjusting the threshold.

**6.2.1.2**    When the QRA personnel is unable to determine with information available that the order is not likely to be diverted, the current order and subsequent orders in the same drug family, above threshold, are cut, when appropriate, and reviewed on an individual basis to determine if a site visit is warranted.

**6.2.2**    **Selection of a suitable type of site visit** (refer to PDQRA-CAD-C008 for conducting site visits).

**6.2.2.1**    The site visit type is determined by QRA personnel following written procedures.

**6.2.3**    **Decision based on findings of the site visit**

**6.2.3.1**    If the decision is to suspend the customer, the current order and subsequent orders in the same drug family are cancelled and the threshold is set at one (1).

**6.2.3.2**    If the decision is to retain the customer, the QRA personnel must:
    a.   Continue to monitor the customer; and
    b.   Determine if the customer's threshold levels should be considered for adjustment and make adjustments if necessary following written procedures.

**7.0**   **DOCUMENTATION REQUIREMENTS**

**7.1**   **Documentation Guide(s) and Practices**

**7.1.1**    Not applicable.

**7.2**   **Documentation Retention**

**7.2.1**    Not applicable.

This document contains proprietary information. It may not be reproduced or disclosed without prior written approval by the quality head of the business segment.
Unofficial Copy if Printed.
>>THE USER OF THIS DOCUMENT IS RESPONSIBLE FOR CHECKING THE CURRENT ISSUE DATE BEFORE USE<<

Confidential       CAH_MDL2804_00012247



**Standard Operating Procedure**
**Pharmaceutical Distribution**

---

DETECTING AND REPORTING SUSPICIOUS ORDERS AND RESPONDING TO THRESHOLD EVENTS

| Approvals | | | | | |
|---|---|---|---|---|---|
| Approvals on file in the Pharmaceutical Distribution Corporate Document Center | | | | | |
| Approvers:   Todd Cameron | | | Owner: | | Danielle Holbrook |
| | | | PDCDC Coordinator: | | Jason Paul Snouffer |

| Change History | | | | | |
|---|---|---|---|---|---|
| DCN | Effective Date | Change Type | Training Required | Document Applicability | Training Assignment(s) |
| 3310 | 18 Jul 2013 | Modify | Yes | Corporate | PDQRA - Analytics and SOM Compliance PDQRA - Pharmacy Assessment |

| Other (specify) |
|---|
| N/A |

| Change Description and Justification |
|---|
| Review process for held orders has been enhanced and updated.; Document Approver was updated from Nicholas Rausch to Todd Cameron. |

This document contains proprietary information. It may not be reproduced or disclosed without prior written approval by the quality head of the business segment.
Unofficial Copy if Printed.
>>THE USER OF THIS DOCUMENT IS RESPONSIBLE FOR CHECKING THE CURRENT ISSUE DATE BEFORE USE<<

Confidential                                                                                                    CAH_MDL2804_00012248

**QRA SOM Customer Analytics**
**General Work Instructions**

**Scope**

These general guidelines are limited to Retail Independent and Retail Chain customers ordering controlled substances through the core pharmaceutical distribution business[1], as well as the thirteen drug families[2] designated as having a high risk for abuse and diversion.  These guidelines apply to all individuals who have the ability and/or direct responsibility for assessing and adjusting customer threshold limits for the aforementioned customers and drug families.

**Effective Date**

January 15, 2013

**Statement**

Cardinal Health's QRA department will have a standardized method to assess and adjust threshold limits utilized within the electronic monitoring system of the Suspicious Order Monitoring (SOM) program.

For purposes of these guidelines, the assessment and adjustment process is outlined from initiation to conclusion.  The initiation of an assessment could result from an early dialogue notice, held order, or proactive communication from the customer or sales department.  The assessment could conclude with no change of a threshold limit, an increase or decrease of a threshold limit, resolution of a held order, and/or the report of a suspicious order to DEA.

The following outlines the sequence of steps and corresponding decisions that should generally occur for each type of assessment.

<u>1.</u>



<u>2.</u>

[1] Core pharmaceutical distribution business includes customers serviced by the 20 forward distribution centers.
[2] See Appendix 1 for the List of 13 Drug Families.

Confidential                                                                        CAH_MDL2804_00012249

**3.**     **Determine if assessment is warranted**



---

[3] See Appendix 6 for Cardinal Health Distribution Position.
[4] See Appendix 2 for Customer Segmentation and Review Policies.

Confidential



Upon review the set of circumstances for each type of assessment, a decision should be made as to whether or not the scenario warrants a review.  An assessment is always required to increase a customer's threshold limit.

    c.  Assessment of the customer and its threshold is warranted in the following scenarios:

Confidential                                                    CAH_MDL2804_00012251



Confidential                                         CAH_MDL2804_00012252

**4.**     **Objective Assessment:**



---

[6] See Appendix 3 for Objective Criteria and Score Model.

Confidential                                                  CAH_MDL2804_00012253



**5.**     **Empirical Assessment:** ███████████████

---

[7] See Appendix 4 for National Accounts Contact List.
[8] See Appendix 5 for Customer Release Percentage.

Confidential                                                        CAH_MDL2804_00012254



[9] See Appendix 7 for Distribution Center Pharmacists Assignments.
[10] See Appendix 7 for Distribution Center Pharmacists Assignments.
[11] See Appendix 7 for Distribution Center Pharmacists Assignments.

Confidential                                                    CAH_MDL2804_00012255



---

[12] See Appendix 6 for Cardinal Health Distribution Position.

Confidential                                                        CAH_MDL2804_00012256



[13] See Appendix 7 for Distribution Center Pharmacists Assignments.
[14] See Appendix 2 for Customer Segmentation and Review Policies.

Confidential                                                                CAH_MDL2804_00012257



---

[15] See Appendix 2 for Customer Segmentation and Review Policies.
[16] See Appendix 2 for Customer Segmentation and Review Policies.

Confidential                                                    CAH_MDL2804_00012258



---

[17] See Appendix 8 for Secondary Customer Threshold Limits.

Confidential                                                        CAH_MDL2804_00012259



[18] See Appendix 9 for Non-Top 13 Drug Family Threshold Change Guidance.

Confidential

CAH_MDL2804_00012260

# APPENDIX

Appendix 1

**Table 1: List of 13 Drug Families**



Appendix 2

**Table 2: Customer Segmentation and Review Responsibilities**



Confidential                                                                                        CAH_MDL2804_00012261

Appendix 3

**Table 3: Objective Criteria & Score Model**

| Criteria | Percent Within | Floor Dosage Units | Percentage Floor | Percentage Cap | Score Reference 3 | Score Reference 4 | Score Reference 5 | Score Reference 12 |
|---|---|---|---|---|---|---|---|---|



Appendix 4

**Table 4: National Accounts Contact List**

| Customer Name | National Markets Sales |
|---|---|



Confidential



Appendix 5

**Table 5: Customer Release Percentage**

| Threshold Limit | Allowable Percentage Over Threshold per Drug Family per Accrual Period | Example |
|---|---|---|
| | | |

Confidential

CAH_MDL2804_00012263



Appendix 6

**Table 6: Cardinal Health Distribution Position**

| National Chain Account | Primary Position | Secondary Position |
|---|---|---|
| | | |

Confidential                                                    CAH_MDL2804_00012264



Appendix 7

**Table 7: Distribution Center Pharmacists Assignments**

| Distribution Center | DC# | Accrual Cycle End Date |
|---|---|---|
| Pharmacist – Janet Ng | | |

Confidential                                                                                      CAH_MDL2804_00012265

| Pharmacist – Kimberly Anna-Soisson | | |
|---|---|---|
| | | |
| Pharmacist- Doug Emma | | |
| | | |
| Pharmacist – William Brady | | |
| | | |
| Pharmacist – Christopher Forst | | |
| | | |

Confidential                                                     CAH_MDL2804_00012266

Appendix 8

**Table 8: Secondary Customer Threshold Limits**



Appendix 9

**Table 9: Non-Top 13 Drug Family Threshold Change Guidance**

| Category | Authority to Set Limit | | |
|---|---|---|---|
| | Danni's Team | 2-Person Review (Pharmacist) | 2-Person Review (VP) |

Confidential                                                            CAH_MDL2804_00012267