# PSJ4 SOL Opp Exh 39

Ullrich's response to my PP SOM Presentation that he asked me to write (overview of SOM for the CO's):

Mayeski, Ullrich 2:01 PM
yea
Mayeski, Ullrich 3:16 PM
more dental procedures?
Anna-Soisson, Kimberly 3:52 PM
same tooth, temporary crown replaced with lovely permanent.....lucky if you never needed one! What was the "yea" to...my earlier question this morning possibly?
Mayeski, Ullrich 3:56 PM
yes
can i ask you about the pp pres you did
Anna-Soisson, Kimberly 3:56 PM
of course
Mayeski, Ullrich 3:57 PM
i gets slide 1
im just going to add moa specifcially
but slides 2 and 3
what are you trying to say there i am not following
love the other slides
if is show dea the cfr in a slide they gonna get pissed
Anna-Soisson, Kimberly 4:01 PM
Well, it is transitional since you cannot really outline HOW to determine if an order is suspicious without citing the definition as outlined by.....well....them. It dictates everything else we do, as THEY are the ones who are defining what is considered suspicious. Wether it be at the DC level or corporate, that is the definition we use.
Mayeski, Ullrich 4:01 PM
i get it
ok
but i could replace that cfr with what we do right
Anna-Soisson, Kimberly 4:04 PM
look at it as a loyalty statement..but absolutely, you can replace it with whatever you would like. Kim suggested adding into the slides that [REDACTED]
argued against in that I did not want to draw attention to what I believe they would consider questionable at best so we agreed and put it in the notes only section. That way CO's know it occurs but it isn't so obvious.