# PSJ4 SOL Opp Exh 40

Message

**From**: Howenstein, Kim [/O=CAH/OU=CARDINAL HEALTH/CN=RECIPIENTS/CN=KIM.HOWENSTEIN]
**Sent**: 5/1/2014 4:45:43 PM
**To**: Anna-Soisson, Kimberly [/O=CAH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kimberly.anna-soisson]
**Subject**: RE: Adjustments made can you take a quick look
**Attachments**: SOM Program Overview.ppt

Made a few slight changes.


Since the program is short and boss wants it kept to 7ish slides I tried using an asterisk in slide #3 to add the specifics of our MOA. I didn't place it in the body of the slide since the body is an exact cut and paste of the CFR? I think it looks good with the *
Slide 5 amended. – looks good
Slide 6 I had intentionally left out the part about ▮▮▮▮▮▮▮▮▮▮▮▮ I did not want to draw attention to the practice but agree that the CO's should know it exists. I did a double asterisk and referenced it as a side-note below in the notes for the CO? – I think you make valid points here. I am wondering if we should take out any reference to the working guidelines since we don't produce those….?

I do think that we should have some type of informational slide as an end slide – is typical of any type of informational PP. Since it is geared to help CO's with DEA cyclic visits I think having a DEA reference at the end is good optics. – I agree, lets add back in just the DEA link (?)

Let me know what you think. I will be leaving the office at 2pm through ~4:30 CST for a dental apt. May not take that long. Do you think you could take a look at these real quick so we can submit before I leave?
-K



**Kimberly S. Anna-Soisson, PharmD**
Manager, Regulatory Management
7000 Cardinal Place, Dublin, OH 43017
847-887-5528 dir

*"Overcome your ego and be honest about your strengths and weaknesses. …never shoot a basket if you're better at defense or rebounding."*
-John Tu (Kingston Technology)