# PSJ4 SOL Opp Exh 42

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE NORTHERN DISTRICT OF OHIO

 3                        EASTERN DIVISION

 4

 5

 6   *********************************

 7   IN RE:

 8   NATIONAL PRESCRIPTION OPIATE      MDL No. 2804

     LITIGATION                        Case No. 17-md-2804

 9                                     Hon. Dan A. Polster

     This document relates to:

10

     All cases

11

     *********************************

12

13       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

14                 CONFIDENTIALITY REVIEW

15                VIDEOTAPED DEPOSITION OF:

16                      AMY PROPATIER

17                       MOTLEY RICE

18                      55 Cedar Street

19                  Providence, Rhode Island

20            November 29, 2018      9:15 a.m.

21

22                    Darlene M. Coppola

23                 Registered Merit Reporter

24                 Certified Realtime Reporter
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1         answered.
 2             A.    Yes.
 3         BY MR. BAKER:
 4             Q.    Yes?
 5             A.    Yes.
 6             Q.    Okay.  And would you please direct
 7         your attention to page X-5, which is 10-5,
 8         Paragraph 11, last sentence?
 9                   Do you see that?
10             A.    Uh-huh.
11             Q.    Yes?
12             A.    Yes.
13             Q.    Your name is Amy Propatier, correct?
14             A.    Yes.
15             Q.    And this document says that "Amy
16         Propatier (CVS DEA compliance coordinator) and
17         Frank Devlin, director of logistics loss
18         prevention."  Is that correct?
19             A.    Yes.
20             Q.    Were you, at the time of this
21         document, the CVS DEA compliance
22         coordinator?
23                        MR. BUSH:  Well, objection.
24             A.    That was a title for reference in
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        SOPs.  My title -- my job position title was
 2        logistics pharmacy services manager.
 3        BY MR. BAKER:
 4            Q.  Did you ever hold the title of CVS DEA
 5        compliance coordinator?
 6            A.  Yes.  As a title for SOP reference,
 7        yes.
 8            Q.  And did you perform duties as a DEA
 9        coordinator or not -- DEA compliance
10        coordinator for CVS?  Let me repeat the
11        question.
12                Did you perform duties as a CVS DEA
13        compliance coordinator while under the employ
14        of CVS?
15            A.   What type of duties?  I don't know
16        what you mean.
17            Q.  Did you perform any type of DEA
18        compliance coordinator duties while under the
19        employ of CVS?
20            A.   I submitted ARCOS reporting, yes.
21            Q.  Did you have anything at all to do
22        with suspicious order monitoring?
23                    MR. BUSH:  Objection, but you
24        can answer.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            A.   No, only updating the SOP with what
 2       was provided for the program.
 3            Q.   Let's go to the next numbered exhibit.
 4                 Now, who, other than this document,
 5       ever called you by the title CVS DEA
 6       compliance coordinator?  Who within the
 7       company ever called you that other than this
 8       document?
 9                      MR. BUSH:  Objection.  If you
10       understand, you can answer.
11            A.   I don't -- I'm not sure what you mean.
12       BY MR. BAKER:
13            Q.   You've told me about your logistics
14       title, correct?
15            A.   Yes.
16            Q.   And name that title again, what it is.
17            A.   Logistics pharmacy services manager.
18            Q.   At any place within CVS, other than
19       within this document that I showed you, were
20       you ever listed within CVS as a DEA compliance
21       coordinator?
22            A.   Do you mean like in personnel, like as
23       the company?
24            Q.   Yes, ma'am.
```

```
 1           A.   Not in personnel records, no.

 2           Q.   Okay.  Do you know why CVS put you in

 3      here as the CVS DEA compliance coordinator

 4      within their controlled drug DEA Standard

 5      Operating Procedures Manual?

 6           A.   It was a title just for SOP purposes

 7      because people change positions, that it would

 8      be -- that would be the position they referred

 9      to because the person in title may change.  So

10      if they had one specific title for this point

11      of contact, it could change if the person or

12      position changed.

13           Q.   Were you ever the CVS DEA compliance

14      coordinator?

15           A.   In regards to?

16           Q.   Your job at CVS.

17           A.   My job was the pharmacy services

18      manager.  This title was for SOP purposes.

19           Q.   Were you ever -- for personnel

20      purposes ever considered the CVS DEA

21      compliance coordinator?

22           A.   No, I was not.

23           Q.   It's just something that's listed

24      within the Controlled Drug DEA Standard
```