# PSJ4 SOL Opp Exh 43

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3

      *************************
 4

      IN RE:   NATIONAL              MDL No. 2804
 5    PRESCRIPTION OPIATE
      LITIGATION                     Case No.
 6                                   1:17-MD-2804

      *************************
 7

      THIS DOCUMENT RELATES TO    Hon. Dan A. Polster
 8    ALL CASES
 9    *************************
10
11        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                 CONFIDENTIALITY REVIEW
13        VIDEOTAPED DEPOSITION OF DEAN A. VANELLI
14
15             Wednesday, January 16th, 2019
16                      8:03 a.m.
17
18        Held At:
19             Omni Hotel
20             One West Exchange Street
21             Providence, Rhode Island
22
23    REPORTED BY:
24    Maureen O'Connor Pollard, RMR, CLR, CSR
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A.    I'm sorry.
 2        Q.    I'm sorry.  Go ahead.
 3        A.    And look at the timing.  It most
 4   likely would be Amy Propatier's direct manager
 5   at this time.
 6        Q.    Amy Propatier was what?
 7        A.    Amy Propatier was a coordinator.
 8        Q.    Were you aware that she was the
 9   director of DEA compliance?
10        A.    Not in any time that Amy reported to
11   me was she the director of DEA compliance.  I do
12   not believe Amy has ever been a director in her
13   time at CVS.
14        Q.    Or manager of DEA compliance, or the
15   head of DEA compliance, or any term like that?
16        A.    Amy had a role where -- again, going
17   back to our previous discussion of the role of
18   my department as being the liaison between
19   customer support center and the distribution
20   centers, Amy would facilitate or coordinate
21   activities between those two groups.  At no time
22   did Amy have ownership of any DEA compliance, to
23   my knowledge, with the exception of she was
24   responsible for filing ARCOS reporting.
```