# PSJ4 SOL Opp Exh 45

```
 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4                         - - -
 5
     IN RE:   NATIONAL        :   HON. DAN A.
 6   PRESCRIPTION OPIATE      :   POLSTER
     LITIGATION               :
 7                            :
     APPLIES TO ALL CASES     :   NO.
 8                            :   1:17-MD-2804
                              :
 9
10              - HIGHLY CONFIDENTIAL -

     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                         - - -
12
                    January 10, 2019
13
                         - - -
14
15             Videotaped deposition of
     FRANK DEVLIN, taken pursuant to
16   notice, was held at the offices of
     Zuckerman Spaeder, LLP, 1800 M Street NW,
17   Suite 1000, Washington, D.C., beginning
     at 8:33 a.m., on the above date, before
18   Michelle L. Gray, a Registered
     Professional Reporter, Certified
19   Shorthand Reporter, Certified Realtime
     Reporter, and Notary Public.
20
                         - - -
21
22        GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
23              deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            A.    75306.  I do see that.
 2            Q.    It says, "Responsibilities.
 3    DC Rx."  What is a DC Rx?
 4            A.    I believe that would be DC
 5    pharmacy.
 6            Q.    Okay.  "Review report, IRR,
 7    daily and determine whether variances are
 8    within acceptable ranges," correct?
 9            A.    That's what it states.
10            Q.    Okay.  And then it says
11    on -- go two pages further, or three
12    pages further, at 75309.  Under FAQ.  It
13    says, "why is the DC responsible to
14    review suspicious orders?"
15                  Do you see that?
16            A.    I do.
17            Q.    Okay.  It says, "The DC, as
18    a separate DEA registrant, is responsible
19    for products shipped from the facility.
20    DEA regulations require all distributors
21    to report suspicious orders," correct?
22            A.    That's what it states, yes.
23            Q.    Now, you saw that document
24    that I presented to you that showed the
```