# PSJ4 SOL Opp Exh 46

Message

| | |
|---|---|
| **From**: | Dymon, Christopher [christopher.dymon@walgreens.com] |
| **Sent**: | 3/6/2013 9:24:22 AM |
| **To**: | Polster, Tasha [tasha.polster@walgreens.com]; Daugherty, Patricia [patricia.daugherty@walgreens.com] |
| **Subject**: | FW: Cardinal Meeting Today |
| **Attachments**: | Copy of Walgreens Stores_SOM ResponseDec3.xlsx |

**Importance**:   High

**Be Well,**
**Chris**

**Christopher Dymon, PharmD**
Manager - Pharmaceutical Integrity
Walgreen Co.
200 Wilmot Road, MS 2194
Deerfield, IL 60015
P: 847-315-2693

---

**From:** Murray, Denman
**Sent:** Wednesday, March 06, 2013 9:12 AM
**To:** Dymon, Christopher
**Subject:** RE: Cardinal Meeting Today

10:30a okay?

Here is a copy from Florida.

**Be Well,**
**Denny**

**Denny Murray, Pharm D**
**Director Rx Supply Chain  Retail/WSP/WIRS**
Walgreen Co.
200 Wilmot Road, MS#220B
Deerfield, IL 60015
p   847-315-2005
f   847-315-3675
m  224-723-4547

Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

---

**From:** Dymon, Christopher
**Sent:** Wednesday, March 06, 2013 8:30 AM

WAGMDL00302958

**To:** Murray, Denman
**Subject:** Cardinal Meeting Today

Hi Denny,

Let me know if you have time to meet with us this morning between 9-11:30am to review the responses that you have sent to Cardinal in the past regarding past store visits.

**Be Well,**
**Chris**

**Christopher Dymon, PharmD**
Manager - Pharmaceutical Integrity
Walgreen Co.
200 Wilmot Road, MS 2194
Deerfield, IL 60015
P: 847-315-2693



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

CONFIDENTIAL