# PSJ4 SOL Opp Exh 47

Message

| | |
|---|---|
| **From:** | Mills, Steven [/O=WALGREENS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BE7D2F51-042A-4E84-BF1D-1445BAEAB90C] |
| **Sent:** | 10/9/2012 2:16:24 PM |
| **To:** | Matus De La Parra, Mariel [mariel.matus@walgreens.com] |
| **Subject:** | FW: ORDER OF INTEREST - WALGREENS 5088 (DEA # BB6213487) |

Mariel,

Store 05088 has been flagged by Cardinal for suspicious orders on WIC: 592947  Item: HYDROCO-APAP 5-325 TAB (WAT)+ 100.  Cardinal will not fill any orders going forward unless the following information can be ascertained.  We need validation of Good Faith Dispensing, site visits, patient geographic area, percent of cash to 3rd party sales,  adjustments made in SIMS.  This information should be provided to us within the next 48 hours so we may share this information with Cardinal.  Cardinal's SOM team can make a determination whether to process controlled substances orders for store 05088.


Thanks,

Steve Mills, CPhT
Pharmacy Inventory Specialist
Walgreen Co.
200 Wilmot Rd., MS #220B
Telephone: 847-315-2779
Fax: 847-315-3675



This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,  you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**From:** Holohan, Pam [mailto:Pam.Holohan@cardinalhealth.com]
**Sent:** Tuesday, October 09, 2012 9:34 AM
**To:** Mills, Steven
**Subject:** FW: ORDER OF INTEREST - WALGREENS 5088 (DEA # BB6213487)

Hi Steve,

Store 5088 ordered 14 x100 Hydrococone/APAP 5-325mg 100 (cin 347533, ndc 00591-3202-01) due to a deviation from the account's normal ordering pattern, the order was cancelled.  Could you please check with the store to see if this was an ordering error?

Thanks,
Pam

HIGHLY CONFIDENTIAL

**From:** Ng, Janet
**Sent:** Tuesday, October 09, 2012 8:03 AM
**To:** Holohan, Pam
**Subject:** ORDER OF INTEREST - WALGREENS 5088 (DEA # BB6213487)

Pam,

This order was canceled, and the purchases this month does not conform to their usual pattern. Can they please provide an explanation?

Thanks,

Janet

**From:** GMB-QRA-Anti-Diversion
**Sent:** Tuesday, October 09, 2012 8:39 AM
**To:** Ng, Janet
**Cc:** Brady, William; Forst, Christopher; Anna-Soisson, Kimberly
**Subject:** FW: ORDER OF INTEREST - WALGREENS 5088 (DEA # BB6213487)


**From:** Ruberg, James
**Sent:** Tuesday, October 09, 2012 8:29 AM
**To:** GMB-QRA-Anti-Diversion
**Cc:** Espiritu, Lakambini
**Subject:** ORDER OF INTEREST - WALGREENS 5088 (DEA # BB6213487)

Last night, we did not send out an order (7952843) for Walgreens 5088 Route 948-054 (Acct# 710462, DEA # BB6213487) of 14 Hydrococone/APAP 5-325mg 100 (cin 347533, ndc 00591-3202-01) due to a deviation from the account's normal ordering pattern.


James Ruberg
QRA/EH&S/Security Supervisor

Cardinal Health
2353 Prospect Drive
Aurora, IL 60502
630.236.2737 dir
james.ruberg@cardinalhealth.com

_____

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

HIGHLY CONFIDENTIAL

WAGMDL00246285