# PSJ4 SOL Opp Exh 48

Message

| | |
|---|---|
| **From**: | Federico, Michael [michael.federico@walgreens.com] |
| **Sent**: | 10/16/2012 2:53:36 AM |
| **To**: | Mills, Steven [steven.mills@walgreens.com] |
| **Subject**: | RE: Walgreens # 2865 DEA: BW4243426 |
| | |
| **Flag**: | Follow up wait for rxs spm |

Steven,

Both I and my LPS Debbie Schenkhuizen have visited this location to verify GFD.  LPS conducted an investigation and employee pilferage was discovered, leading to termination of the individual.  This location is no longer accepting prescriptions from patients out of the area unless they have a continuous history with another Walgreens location.  They fill only about 6% cash scripts.  The store has had adjustments in 563756 of over 5000 tablets this year, but the most recent month after the removal of the employee there has been very little adjustments.

In addition to removing the employee the store has also quit taking scripts from two local prescribers that they feel do not provide adequate information for GFD and have discussed these individuals with the DEA.

I would also add that this store currently has movement of nearly 17,000 tablets a week which will put them far over the WAG limits and forces them to rely on Cardinal for added supply.  I might also mention the store is currently 111% to goal on ESI recapture so there movement will increase over the coming months.

If you have any further questions please let me know.

Thank you.

**From:** Mills, Steven
**Sent:** Friday, October 12, 2012 8:36 AM
**To:** Federico, Michael
**Subject:** FW: Walgreens # 2865 DEA: BW4243426

Michael,

Store 02865 has been flagged by Cardinal for suspicious orders on WIC: 563756  Item: HYDROCOD-APAP 10-325 TAB(WAT)+500.  Cardinal will not fill any orders going forward unless the following information can be ascertained.  We need validation of Good Faith Dispensing, site visits, patient geographic area, percent of cash to 3rd party sales,  adjustments made in SIMS.  This information should be provided to us within the next 48 hours so we may share this information with Cardinal.  Cardinal's SOM team can make a determination whether to process controlled substances orders for store 02865.

HIGHLY CONFIDENTIAL
WAGMDL00242055



Thanks,

Steve Mills, CPhT
Pharmacy Inventory Specialist
Walgreen Co.
200 Wilmot Rd., MS #220B
Telephone: 847-315-2779
Fax: 847-315-3675



This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,  you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

---

**From:** Holohan, Pam [mailto:Pam.Holohan@cardinalhealth.com]
**Sent:** Wednesday, October 10, 2012 1:42 PM
**To:** Mills, Steven
**Subject:** FW: Walgreens # 2865 DEA: BW4243426

Hi Steve,

Could you please look into this large order for Store 2865?

Thanks,
Pam

HIGHLY CONFIDENTIAL

WAGMDL00242056

**From:** Brady, William
**Sent:** Wednesday, October 10, 2012 12:48 PM
**To:** Holohan, Pam
**Subject:** Walgreens # 2865 DEA: BW4243426

Pam;

   I received an order today from Walgreens #2865, DEA; BW4243426, acct; 140844, for #33 x500 bottles of CIN#331930 Hydrocodone/APAP 10-325.  There does not seem to be a supply issue at the DC for this item.  Is this something that is not available in the Walgreens warehouse?  My other concern is that it's the higher strength hydrocodone, and that was the majority of their purchases last month in this drug family.  I have attached the tableau for your review. Please let me know what the explanation for this order is.

Thanks,

William J Brady, RPH.
Manager, Supply Chain Integrity
and Regulatory Operations
Cardinal Health
william.brady@cardinalhealth.com

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

HIGHLY CONFIDENTIAL