# PSJ4 SOL Opp Exh 50

# Market 12 Rx Integrity Presentation

Patricia Daugherty
02/05/2014

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.



HIGHLY CONFIDENTIAL

# Market 12: Agenda

- Flagged, Reported and Approved Control Substance Orders

- Best Practice for Order and Ceiling Limits Tool

- Current Ceiling

- Moving Forward…



©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

2

WAGMDL00095318

HIGHLY CONFIDENTIAL

# Flagged, Reported, and Approved Order Requests

HIGHLY CONFIDENTIAL

# Market 12: Rx Integrity Dashboard for 2013



©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

4

WAGMDL00095320

HIGHLY CONFIDENTIAL

# Market 12: Top 10 Completed CSO forms of 2013

| Item Description | Approved Orders |
|---|---|
| FENTANYL 50MCG/HR TS (MYL) 5 | 9 |
| OXYCODONE HCL 5MG TAB (MKT) + 100 | 6 |
| AMPHETAMINE SLT COMBO 20MG TB+100 | 5 |
| ADDERALL XR 30MG CAPS + 100 | 5 |
| ALPRAZOLAM 2MG TAB (PPC) + 100 | 5 |
| ADDERALL XR 20MG CAPS + 100 | 5 |
| OXYCOD-APAP 7.5-325 TAB (WAT)+100 | 4 |
| FENTANYL 75MCG/HR TS (MYL) 5 | 4 |
| ENDOCET 10-325 TABS (END) 100 | 4 |
| METHADONE HCL 10MG TAB (MAL) 100 | 4 |

•All orders were approved and sent the servicing DC and/or Vendor by Rx Integrity.

• Important for stores to provide an appropriate detailed response as to "Why additional product is required" are typically approved by Rx Integrity.

• If the store has a pending or "Open" order in their SIMS, Rx Integrity reserves the right to cancel or change the order quantity as needed.

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

WAGMDL00095321

HIGHLY CONFIDENTIAL

# Market 12: Top 10 Flagged Items of 2013

| Item Description | Flagged Orders |
|---|---|
| ADDERALL XR 20MG CAPS + 100 | 122 |
| ADDERALL XR 30MG CAPS + 100 | 87 |
| ADDERALL XR 10MG CAPS + 100 | 42 |
| PROMETH-COD 6.25-10 SYR(HIT)+16OZ | 41 |
| OXYCODONE HCL 5MG TAB (MKT) + 100 | 40 |
| ALLERGY & CONGEST RELIEF (PER)+10 | 40 |
| HYDROCO-APAP 5-325 TAB (WAT)+ 100 | 39 |
| TESTOSTERN CYP 200MG/ML (PAD)+1ML | 39 |
| CHERATUSSIN AC SYRUP (QT) + 473ML | 38 |
| OXYCONTIN 10MG TAB (REFORM) 100 | 37 |

• All orders were flagged and cancelled for further review by Rx Integrity.

• Stores can use the "Ceiling Limits Tool" located on the Rx Integrity homepage prior to manually  placing PDQ or RxQuick Orders

• The ceiling tool was designed to provide stores with direction on how to place orders for controls without an order being flagged.

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

WAGMDL00095322

HIGHLY CONFIDENTIAL

# Ceiling Limits Tool

- The Ceiling Limits Tool allows stores to view each item's 6 week rolling allocation or limit amount

- The tool will let stores know if they can order the item, how to order it, or if a Controlled Substance Order (CSO) Override Form needs to be filled out

- All stores have the ability to submit a *Controlled Substance Order (CSO) Override* form which can be accessed using the Rx Integrity Portal from StoreNet > Rx Ops > Rx Integrity Web Portal >Tools >Ceiling Limit Tools

- Directions on how to fill out the CSO Override Form and using the Ceiling Tool StoreNet > Rx Ops > Rx Integrity Web Portal >FAQs >How to Complete a CSO Override Form



©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

WAGMDL00095323

HIGHLY CONFIDENTIAL

# Understanding The Ceiling Limits Tool

- Example responses stores will receive after using the Ceiling Limits Tool:

- Examples: **When a CSO override form is not required stores will see**

## FENTANYL 25MCG/HR TS (WAT) + 5
WIC Number: 544544    Order Quantity: 2

Action: You can place a PDQ order for this item for this quantity.

Close

## Order Approved

**ALPRAZOLAM 0.25MG TAB (PPC) +1000**
NDC Number: 00228202796    Order Quantity: 2

This order can be placed via a an rxQuick order through Amerisource.

Close

- Example: When a

## OXYCODONE HCL 30MG TAB (ACT)+ 100
WIC Number: 427079    Order Quantity: 10

Action: You must complete an  override for this drug. Please click the link below to initiate the override.

Click here to initiate a Controlled Substance Order(CSO) override request

Close

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information.
For internal use only.



8

**HIGHLY CONFIDENTIAL**

# Market 12: Top 10 Flagged Stores for 2013

| District Number | Store Number | Total Flagged Orders |
|---|---|---|
| 38 | 6243 | 53 |
| 54 | 5239 | 52 |
| 250 | 11339 | 50 |
| 47 | 13074 | 48 |
| 250 | 3088 | 47 |
| 38 | 3617 | 45 |
| 54 | 5044 | 42 |
| 268 | 3498 | 42 |
| 268 | 10396 | 41 |
| 250 | 10496 | 40 |

• Training opportunities for these locations in order to mitigate the flagged orders going forward.

• Stores should be using the "Ceiling Limits Tool" located on the Rx Integrity portal prior to placing any orders.

• Stores should not manually increase any suggested orders or add items to an order unless the ceiling tool instructs the store to do so.

• Store still have an option of complete a Controlled Substance Override form at anytime to request additional product.

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

9

WAGMDL00095325

HIGHLY CONFIDENTIAL

# Placing Controlled Substance Orders

If Stores Require Additional Product…

1. Log onto the ABC PassPort to ensure in-stock availability of the product.

   » If a store selects an NDC/UPC for an item that currently shows "0" available, then the store may select a comparable item that ABC shows in-stock should they wish to receive the product.

2. Use the Rx Integrity web portal to access the "Ceiling Limits Tool"

   » If a store requires additional controlled substance product not generated on their Suggested Order, then the store must use the Ceiling Limits Tool on Rx Integrity portal to determine if they can order the item.

3. Follow the prompts on the ceiling tool in order to place an order via PDQ (CII's only) or RxQuick Order (CIII-V) **UNLESS** the ceiling tool prompts the store to complete the CSO override form.

   • SIMS **will allow** stores to order the **specific** WIC/NDC/UPC of a CIII-CV controlled substance that is entered into an RxQuick Order.

   • For CII's, create a PDQ in SIMS for the item.  A typical shipment will arrive in 3-5 business days.

****Reminder the vendor reserves the right to reduce or cancel any Rx Integrity approved Orders.****



©2013 Walgreen Co. All rights reserved. Confidential and proprietary information.
For internal use only.

10

WAGMDL00009326

HIGHLY CONFIDENTIAL

# Ordering Best Practices

- **DO NOT** manually increase any **Suggested Orders** for controlled substances (C-II to C-V).

  — **ANY** manually increased orders will be flagged for review and product will **NOT** be shipped.

- Prevent excessive ordering by keeping on-hands accurate.

- Continue to use ABC PassPort to check order and stock status.

- Additional Information on how to place orders for CII's-CV's and PSE can be found on StoreNet >Rx Ops > Rx Integrity >FAQs >How to place orders for C-II thru C-V & PSE



©2013 Walgreen Co. All rights reserved. Confidential and proprietary information.
For internal use only.

WAGMDL00095327

HIGHLY CONFIDENTIAL

# Current Ceiling Data

HIGHLY CONFIDENTIAL

WAGMDL00095328

# Market 12: Current Ceiling for All Stores



 ©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

13

WAGMDL00095329

HIGHLY CONFIDENTIAL

# Market 12: Top 10 Dispensed Controls by Script Count



©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

14

WAGMDL00095330

HIGHLY CONFIDENTIAL

# Script Volume by Schedule

HIGHLY CONFIDENTIAL

# Market 12: CII-V Rx Script Volume



©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

HIGHLY CONFIDENTIAL

WAGMDL00095332

# Moving Forward…

HIGHLY CONFIDENTIAL

WAGMDL00095333

# Rx Integrity Actions

- Education and Training
  - New pain Management CE posted on Rx Integrity website
    - StoreNet > Rx Ops > Rx Integrity> Continuing Education
  - Case studies will be launched
- Ceiling Limits
  - Regularly review and increase ceiling limits as needed
  - Developed tool  to increase visibility at store and district level
  - Tool allows stores to order bottles right away if not near their ceiling or directs them to fill out a CSO form
- In-stock Monitoring
  - Team regularly monitors number of stores close to ceilings limits so adjustments can be made, as well as seasonal adjustments
  - Working with Rx Inventory and ABC around better visibility into out of stocks



©2013 Walgreen Co. All rights reserved. Confidential and proprietary information.
For internal use only.

18

WAGMDL00095334

HIGHLY CONFIDENTIAL

# What can Leadership do?

- Are stores complacent about controlled substance Out Of Stocks?

- Dig into Patient Complaints around GFD > Are stores taking the easy way out by being out of stock to avoid steps needed to fill a controlled substance prescription?

- Review the ceiling limits tool with your stores.  Emphasize on the importance of using ABC PassPort to check in-stock conditions.



©2013 Walgreen Co. All rights reserved. Confidential and proprietary information.
For internal use only.

19

WAGMDL00095335

HIGHLY CONFIDENTIAL

# Thank You

HIGHLY CONFIDENTIAL

WAGMDL00095336

•7/31/2019



Market 12 Rx Integrity Presentation

Patricia Daugherty
02/05/2014

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

---

## Market 12: Agenda

- Flagged, Reported and Approved Control Substance Orders

- Best Practice for Order and Ceiling Limits Tool

- Current Ceiling

- Moving Forward…

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

2

•1

•7/31/2019

# Flagged, Reported, and Approved Order Requests



•2

•7/31/2019

## Market 12: Top 10 Completed CSO forms of 2013

| Item Description | Approved Orders |
|---|---|
| FENTANYL 50MCG/HR TS (MYL) 5 | 9 |
| OXYCODONE HCL 5MG TAB (MKT) + 100 | 6 |
| AMPHETAMINE SLT COMBO 20MG TB+100 | 5 |
| ADDERALL XR 30MG CAPS + 100 | 5 |
| ALPRAZOLAM 2MG TAB (PPC) + 100 | 5 |
| ADDERALL XR 20MG CAPS + 100 | 5 |
| OXYCOD-APAP 7.5-325 TAB (WAT)+100 | 4 |
| FENTANYL 75MCG/HR TS (MYL) 5 | 4 |
| ENDOCET 10-325 TABS (END) 100 | 4 |
| METHADONE HCL 10MG TAB (MAL) 100 | 4 |

•All orders were approved and sent the servicing DC and/or Vendor by Rx Integrity.

• Important for stores to provide an appropriate detailed response as to "Why additional product is required" are typically approved by Rx Integrity.

• If the store has a pending or "Open" order in their SIMS, Rx Integrity reserves the right to cancel or change the order quantity as needed.


©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.  5

## Market 12: Top 10 Flagged Items of 2013

| Item Description | Flagged Orders |
|---|---|
| ADDERALL XR 20MG CAPS + 100 | 122 |
| ADDERALL XR 30MG CAPS + 100 | 87 |
| ADDERALL XR 10MG CAPS + 100 | 42 |
| PROMETH-COD 6.25-10 SYR(HIT)+16OZ | 41 |
| OXYCODONE HCL 5MG TAB (MKT) + 100 | 40 |
| ALLERGY & CONGEST RELIEF (PER)+10 | 40 |
| HYDROCO-APAP 5-325 TAB (WAT)+ 100 | 39 |
| TESTOSTERN CYP 200MG/ML (PAD)+1ML | 39 |
| CHERATUSSIN AC SYRUP (QT) + 473ML | 38 |
| OXYCONTIN 10MG TAB (REFORM) 100 | 37 |

• All orders were flagged and cancelled for further review by Rx Integrity.

• Stores can use the "Ceiling Limits Tool" located on the Rx Integrity homepage prior to manually  placing PDQ or RxQuick Orders

• The ceiling tool was designed to provide stores with direction on how to place orders for controls without an order being flagged.

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.  6

•3

•7/31/2019

## Ceiling Limits Tool

- The Ceiling Limits Tool allows stores to view each item's 6 week rolling allocation or limit amount

- The tool will let stores know if they can order the item, how to order it, or if a Controlled Substance Order (CSO) Override Form needs to be filled out

- All stores have the ability to submit a *Controlled Substance Order (CSO) Override* form which can be accessed using the Rx Integrity Portal from
    StoreNet > Rx Ops > Rx Integrity Web Portal >Tools >Ceiling Limit Tools

- Directions on how to fill out the CSO Override Form and using the Ceiling Tool
    StoreNet > Rx Ops > Rx Integrity Web Portal >FAQs >How to Complete a CSO Override Form

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.
7

## Understanding The Ceiling Limits Tool

- Example responses stores will receive after using the Ceiling Limits Tool

  - Examples: When a CSO override form is not needed stores will see



**FENTANYL 25MCG /HR TS (WAT) + 5**
WIC Number: 544344    Order Quantity: 2
Action: You can place a PDQ order for this item for this quantity.
Close

**Order Approved**
**ALPRAZOLAM 0.25MG TAB (PPC) +1000**
NDC Number: 00228202796    Order Quantity: 2

This order can be placed via a an rxQuick order through Amerisource.
Close

  - Example: When

**OXYCODONE HCL 30MG TAB (ACT)+ 100**
WIC Number: 427079    Order Quantity: 10
Action: You must complete an  override for this drug. Please click the link below to initiate the override.
Click here to initiate a Controlled Substance Order(CSO) override request
Close

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.
8

•4

•7/31/2019

## Market 12: Top 10 Flagged Stores for 2013

| District Number | Store Number | Total Flagged Orders |
|---|---|---|
| 38 | 6243 | 53 |
| 54 | 5239 | 52 |
| 250 | 11339 | 50 |
| 47 | 13074 | 48 |
| 250 | 3088 | 47 |
| 38 | 3617 | 45 |
| 54 | 5044 | 42 |
| 268 | 3498 | 42 |
| 268 | 10396 | 41 |
| 250 | 10496 | 40 |

• Training opportunities for these locations in order to mitigate the flagged orders going forward.

• Stores should be using the "Ceiling Limits Tool" located on the Rx Integrity portal prior to placing any orders.

• Stores should not manually increase any suggested orders or add items to an order unless the ceiling tool instructs the store to do so.

• Store still have an option of complete a Controlled Substance Override form at anytime to request additional product.

 ©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.     9

## Placing Controlled Substance Orders

If Stores Require Additional Product…

1. Log onto the ABC PassPort to ensure in-stock availability of the product.

   » If a store selects an NDC/UPC for an item that currently shows "0" available, then the store may select a comparable item that ABC shows in-stock should they wish to receive the product.

2. Use the Rx Integrity web portal to access the "Ceiling Limits Tool"

   » If a store requires additional controlled substance product not generated on their Suggested Order, then the store must use the Ceiling Limits Tool on Rx Integrity portal to determine if they can order the item.

3. Follow the prompts on the ceiling tool in order to place an order via PDQ (CII's only) or RxQuick Order (CIII-V) **UNLESS** the ceiling tool prompts the store to complete the CSO override form.

   • SIMS **will allow** stores to order the **specific** WIC/NDC/UPC of a CIII-CV controlled substance that is entered into an RxQuick Order.

   • For CII's, create a PDQ in SIMS for the item.  A typical shipment will arrive in 3-5 business days.

****Reminder the vendor reserves the right to reduce or cancel any Rx Integrity approved Orders.****

 ©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.     10

•5

•7/31/2019

## Ordering Best Practices

- **DO NOT** manually increase any **Suggested Orders** for controlled substances (C-II to C-V).
  - — **ANY** manually increased orders will be flagged for review and product will **NOT** be shipped.

- Prevent excessive ordering by keeping on-hands accurate.

- Continue to use ABC PassPort to check order and stock status.

- Additional Information on how to place orders for CII's-CV's and PSE can be found on StoreNet >Rx Ops > Rx Integrity >FAQs >How to place orders for C-II thru C-V & PSE

 ©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

11

## Current Ceiling Data

•6

•7/31/2019

## Market 12: Current Ceiling for All Stores

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only. 13

## Market 12: Top 10 Dispensed Controls by Script Count

- Data pulled from 01/01/2013 thru 12/31/13
- Average script count by store

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only. 14

•7/31/2019





•8

•7/31/2019

## Moving Forward…

## Rx Integrity Actions

- Education and Training
  - New pain Management CE posted on Rx Integrity website
    - StoreNet > Rx Ops > Rx Integrity> Continuing Education
  - Case studies will be launched
- Ceiling Limits
  - Regularly review and increase ceiling limits as needed
  - Developed tool  to increase visibility at store and district level
  - Tool allows stores to order bottles right away if not near their ceiling or directs them to fill out a CSO form
- In-stock Monitoring
  - Team regularly monitors number of stores close to ceilings limits so adjustments can be made, as well as seasonal adjustments
  - Working with Rx Inventory and ABC around better visibility into out of stocks

©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

18

•9

•7/31/2019

## What can Leadership do?

- Are stores complacent about controlled substance Out Of Stocks?

- Dig into Patient Complaints around GFD > Are stores taking the easy way out by being out of stock to avoid steps needed to fill a controlled substance prescription?

- Review the ceiling limits tool with your stores. Emphasize on the importance of using ABC PassPort to check in-stock conditions.



©2013 Walgreen Co. All rights reserved. Confidential and proprietary information. For internal use only.

19

## Thank You

•10