# PSJ4 SOL Opp Exh 56

```
                                                              Page 1

 1            IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF OHIO
 3                      EASTERN DIVISION
 4
                     ~~~~~~~~~~~~~~~~~~~~
 5
 6   IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
     OPIATE LITIGATION
 7                                    Case No. 17-md-2804
 8                                    Judge Dan Aaron
     This document relates to:        Polster
 9
     The County of Summit, Ohio, et al.
10   v. Purdue Pharma L.P., et al.
     Case No. 17-OP-45004
11
     The County of Cuyahoga v. Purdue
12   Pharma L.P., et al.
     Case No. 18-OP-45090
13
     City of Cleveland, Ohio v. Purdue
14   Pharma L.P., et al
     Case No. 18-OP-45132
15
                     ~~~~~~~~~~~~~~~~~~~~
16
                  Videotaped deposition of
17                     TERRY ALBANESE
18
                      January 4, 2019
19                       9:04 a.m.
20
21                       Taken at:
              Sheraton Suites - Cuyahoga Falls
22                   1989 Front Street
                   Cuyahoga Falls, Ohio
23
24
25         Renee L. Pellegrino, RPR, CLR
```

Page 77

```
 1        A.    I don't know about the causes itself
 2   of the epidemic, but that some people -- I
 3   understand that some folks get addicted to drugs
 4   through prescription abuse and others started
 5   with street drugs.
 6        Q.    So when you say some folks get
 7   addicted through prescriptions, do you mean they
 8   first get addicted to prescription drugs and
 9   then transition to something else?
10        A.    That's the way I understand it.
11        Q.    And how did you develop that
12   understanding?
13        A.    Through the -- what we were hearing
14   from families, from the opiate task force.  You
15   hear a lot from people in the community.  Even
16   initially from people outside of Akron, in
17   Summit County, who it seems like they were the
18   first to demand action from the mayor, even
19   though it wasn't their mayor.  But after a
20   while, the stories have a similar thread because
21   our initial understanding, like I told you
22   before, is that this was a street drug problem.
23   We didn't know how many people were addicted
24   until more and more people began to overdose.
25   So we learned a lot through those first couple
```

Page 78

1  of years about the problem. And it was not what
2  I originally thought it was. But we knew that,
3  just thinking about growing up in the '70s, and
4  some of the '80s, who are younger, that that
5  small population of kids in high school who were
6  doing illegal drugs somehow didn't balloon into
7  these large numbers of addicts that we were
8  seeing in the 2000s and where did that come
9  from. You know, people don't just wake up in
10 their 40s and say, gee, I'm going to try heroin
11 for the first time. So we had to do the
12 research and really learn about why -- why we
13 were seeing this increase. It didn't make
14 sense.
15         Q.   So what kind of -- so when you say
16 we had to do the research, who is the "we"?
17         A.   I think any -- our community and our
18 city employees that are working in this, to try
19 to understand what was happening, to get the
20 information that would help us understand what
21 was happening. You don't begin to solve a
22 problem until you really understand the sources.
23              We went through this process -- and
24 I can speak easily about it with infant
25 mortality because that was my primary