# PSJ4 SOL Opp App A Exh 1

| | |
|---|---|
| **From:** | Chris Simmons <CSimmons@discount-drugmart.com> on behalf of Chris Simmons <CSimmons@discount-drugmart.com> |
| **To:** | Tom Nameth; Gary Gross; Joyce Shellenberger |
| **CC:** | Pete Ratycz |
| **Sent:** | 10/21/2013 9:59:26 PM |
| **Subject:** | RE: DISCOUNT DRUG MART INC #2 300 LEAVITT RD,AMHERST,OH 44001 /DEA# - AD4369915 |

Hi Tom,

I am not familiar with this process. Does this apply to all oxycodone/apap products/strengths??

Reported as suspicion to DEA???

Thanks,

Christopher Simmons RPh
Discount Drug Mart #2
300 Leavitt Road
Amherst, Ohio 44001
440-984-2439
_____

From: Tom Nameth
Sent: Monday, October 21, 2013 5:03 PM
To: Chris Simmons; Gary Gross; Joyce Shellenberger
Cc: Pete Ratycz
Subject: FW: DISCOUNT DRUG MART INC #2 300 LEAVITT RD,AMHERST,OH 44001 /DEA# - AD4369915

Hi Gang,

Do not order any extra Oxy/APAP. It is placing you over the limit.

Tom Nameth, R.Ph.
Director of Pharmacy Operations
Discount Drug Mart
211 Commerce Drive
Medina, OH 44256
(330) 725-2340 Ext. 4454
tnameth@discount-drugmart.com

From: Wilkins, Brandon [mailto:Brandon.Wilkins@cardinalhealth.com]
Sent: Monday, October 21, 2013 2:27 PM
To: Pete Ratycz; Tom Nameth
Subject: FW: DISCOUNT DRUG MART INC #2 300 LEAVITT RD,AMHERST,OH 44001 /DEA# - AD4369915

Pete & Tom,

Please see below regarding #2s cut oxycodone order. The store may order up to 500 dosage units prior to Wednesday.

Thank you
Brandon

_____
Brandon Wilkins | Retail National Account Manager
Pharmaceutical Distribution
Cardinal Health | 7000 Cardinal Place | Dublin, OH 43017
Direct: 614.757.6244 | Fax: 614.652.7133
E-mail: brandon.wilkins@cardinalhealth.com<UrlBlockedError.aspx>

From: Justus, Shirlene
Sent: Monday, October 21, 2013 1:47 PM
To: Wilkins, Brandon
Subject: DISCOUNT DRUG MART INC #2 300 LEAVITT RD,AMHERST,OH 44001 / DEA# - AD4369915

Hi Brandon -

This customer's order for 1200 dosage units of oxycodone caused the customer to exceeds its maximum accrual limit for oxycodone this accrual period. The order for 1200 dosage units has been cut, reported as suspicious to the DEA, and will not be shipped. Prior to that order, the customer had received 26500 dosage units of oxycodone for this accrual period. After review of available information, I have determined that a threshold adjustment is not warranted, and the customer's threshold will remain at 27000 .

If something has changed within the customer's business model (e.g., increased the number of long term care or assisted living facilities serviced; oncology practice opened nearby; services new hospice center, etc.), please let me know and I will review all additional information to determine whether a threshold increase is warranted. Please be aware that supplying additional information does not automatically warrant an increase in threshold.

Thanks –
Shirlene


_____
Shirlene Justus | Sr. Specialist
Quality & Regulatory Affairs
Cardinal Health | 7000 Cardinal Place | Dublin, Ohio | 43017
direct: 614.757.4020 | fax: 614.652.4543


_____

This message is for the designated recipient only and may contain privileged, proprietary
or otherwise private information. If you have received it in error, please notify the sender
immediately and delete the original. Any other use of the email by you is prohibited.

Dansk – Deutsch – Espanol – Francais – Italiano – Japanese – Nederlands – Norsk – Portuguese – Chinese
Svenska: www.cardinalhealth.com/legal/email<http://www.cardinalhealth.com/legal/email>

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                         DDM00169974