# PSJ4 SOL Opp App A Exh 2

| | |
|---|---|
| **From:** | Mike Mapes <mrmapes@gmail.com> |
| **Sent:** | Thursday, July 2, 2009 5:30 PM |
| **To:** | John Schultz |
| **Subject:** | Reports from recent reviews |
| **Attachments:** | Review of Order Monitoring Program.docx; SUGGESTED CHANGES TO THE SOP.docx; Review of Tablet Plant09.docx |

John,

Attached are the reports from the recent visits to the Huntsville facilities.  Let me know if there were any problems with the attachments.

Have a great holiday weekend,

Mike


--
Michael Mapes
(703) 436-2622

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER  PAR_OPIOID_MDL_0000398174