# PSJ4 SOL Opp App A Exh 4

P-HBC-1154

| | |
|---|---|
| **From:** | Cook, Sabrina |
| **Sent:** | Wed, 26 Jun 2013 10:45:26 -0400 |
| **To:** | Anthony, Adrienne;Garofalo, Angela;Rumcik, Bill;Carlson, Gregory;Evans, Darren;Bencivengo, Fred;Millward, Joseph;Niskach, Matthew;Patel, Tracy;Roahrig, Todd |
| **Subject:** | Giant Eagle CSMP - 06/26/2013 |
| **Attachments:** | CSMP Giant Eagle Threshold Report 062613.xlsx |

Team:

Please see below CSMP report.  Thanks.


**Sabrina Cook**
**Account Manager/RNA Support Solutions**


**McKesson Corporation**
1220 Senlac Drive
Carrollton, Texas 75006

972.446.4563 Tel
972.446-5493 Fax
800.369.0039 Toll
214.552.4257 Cell

Sabrina.Cook@McKesson.com
www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.



HBC_MDL00136237

HBC-1154.001

This is a generated placeholder for a document that matches the selected file type(s).

Location: Greg.Carlson@gianteagle.com (MainArchive)\Recoverable Items\Purges\Giant Eagle CSMP - 06_26_2013
Title: CSMP Giant Eagle Threshold Report 062613
Doc Type: Microsoft Excel XML Workbook
Date: 26 Jun 2013 10:45:26
Est. Date: No
Description:
Notes:

HIGHLY CONFIDENTIAL

HBC_MDL00136238

P-HBC-1154.001

| DC | Chain | License | Account | Name | Base Code | Description | Monthly Threshold | MTD Accumulator | Threshold % |
|----|-------|---------|---------|------|-----------|-------------|-------------------|-----------------|-------------|
| 8772 | 431 | BG6825965 | 941604 | GIANT EAGLE #4098 | 9143 | OXYCODONE | 8800 | 8800 | 100 |
| 8772 | 431 | BG5859078 | 125571 | GIANT EAGLE #0231 | 9143 | OXYCODONE | 8000 | 7900 | 98.75 |
| 8772 | 431 | BG6555417 | 201298 | GIANT EAGLE #0216 | 9143 | OXYCODONE | 11000 | 10800 | 98.18 |
| 8772 | 431 | BG5859054 | 213862 | GIANT EAGLE #0220 | 9143 | OXYCODONE | 9700 | 9400 | 96.91 |
| 8164 | 431 | BG8616293 | 394287 | GIANT EAGLE #6512 | 9143 | OXYCODONE | 8000 | 7500 | 93.75 |
| 8772 | 431 | BG6662678 | 866709 | GIANT EAGLE #4008 | 9143 | OXYCODONE | 9800 | 9000 | 91.84 |
| 8772 | 431 | BG6670524 | 904095 | GIANT EAGLE #6381 | 9143 | OXYCODONE | 8000 | 7100 | 88.75 |
| 8772 | 431 | BG1914680 | 790287 | GIANT EAGLE #0016 | 9143 | OXYCODONE | 20800 | 18200 | 87.5 |
| 8772 | 431 | FG0072683 | 625807 | GIANT EAGLE #0199 | 9143 | OXYCODONE | 8000 | 6800 | 85 |
| 8772 | 431 | BG2374572 | 784850 | GIANT EAGLE #0070 | 1100 | AMPHETAMINE | 5000 | 4200 | 84 |
| 8772 | 431 | BG0519718 | 796250 | GIANT EAGLE #4051 | 9143 | OXYCODONE | 8000 | 6700 | 83.75 |
| 8772 | 431 | BG1622415 | 784975 | GIANT EAGLE #0483 | 9143 | OXYCODONE | 15000 | 12500 | 83.33 |
| 8772 | 431 | BG8262343 | 97427 | GIANT EAGLE #1217 | 9143 | OXYCODONE | 22300 | 18500 | 82.96 |
| 8772 | 431 | BG2600915 | 789750 | GIANT EAGLE #2409 | 9143 | OXYCODONE | 19000 | 15700 | 82.63 |
| 8772 | 431 | BG1335985 | 785055 | GIANT EAGLE #0495 | 9143 | OXYCODONE | 9900 | 8100 | 81.82 |
| 8772 | 431 | AG1237898 | 784686 | GIANT EAGLE #0025 | 9143 | OXYCODONE | 14600 | 11700 | 80.14 |
| 8164 | 431 | FG0896362 | 141756 | GIANT EAGLE #6517 | 9143 | OXYCODONE | 9000 | 7200 | 80 |
| 8772 | 431 | AG1053456 | 784835 | GIANT EAGLE #0067 | 1100 | AMPHETAMINE | 5000 | 3990 | 79.8 |
| 8772 | 431 | AG2599340 | 784868 | GIANT EAGLE #0072 | 9143 | OXYCODONE | 23000 | 18300 | 79.57 |
| 8772 | 431 | BG0812998 | 784934 | GIANT EAGLE #2408 | 9143 | OXYCODONE | 17000 | 13500 | 79.41 |
| 8772 | 431 | BG7543209 | 49673 | GIANT EAGLE #4030 | 9143 | OXYCODONE | 15000 | 11900 | 79.33 |
| 8772 | 431 | BG1922625 | 784918 | GIANT EAGLE #0009 | 9143 | OXYCODONE | 13000 | 10300 | 79.23 |
| 8772 | 431 | AS8084268 | 797019 | GIANT EAGLE #4095 | 9143 | OXYCODONE | 21000 | 16600 | 79.05 |
| 8772 | 431 | BG4839138 | 749335 | GIANT EAGLE #0054 | 9143 | OXYCODONE | 8000 | 6302 | 78.78 |
| 8772 | 431 | BG1695951 | 784959 | GIANT EAGLE #0019 | 9143 | OXYCODONE | 18700 | 14700 | 78.61 |
| 8772 | 431 | AG9111143 | 784892 | GIANT EAGLE #0078 | 9143 | OXYCODONE | 20000 | 15718 | 78.59 |
| 8772 | 431 | BG0531079 | 784637 | GIANT EAGLE #0008 | 1100 | AMPHETAMINE | 5500 | 4300 | 78.18 |
| 8772 | 431 | AG1484170 | 784660 | GIANT EAGLE #0014 | 1100 | AMPHETAMINE | 6000 | 4690 | 78.17 |
| 8772 | 431 | AG9600645 | 784710 | GIANT EAGLE #0031 | 9143 | OXYCODONE | 11900 | 9300 | 78.15 |
| 8120 | 431 | BG7616634 | 247440 | GIANT EAGLE #1841 | 9143 | OXYCODONE | 13000 | 10000 | 76.92 |
| 8120 | 431 | BG7616634 | 503044 | GE SMO DC 813 - #1841 | 9143 | OXYCODONE | 13000 | 10000 | 76.92 |
| 8164 | 431 | FG2252980 | 370116 | GIANT EAGLE #6515 | 1100 | AMPHETAMINE | 6000 | 4580 | 76.33 |
| 8772 | 431 | BG4346537 | 785261 | GIANT EAGLE #0032 | 9143 | OXYCODONE | 8000 | 6100 | 76.25 |
| 8772 | 431 | BG7594523 | 169324 | GIANT EAGLE #4032 | 9143 | OXYCODONE | 8000 | 6100 | 76.25 |

HBC_MDL00136238

P-HBC-1154.001

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8772 | 431 | BG2826076 | 789255 GIANT EAGLE #2404 | 9143 OXYCODONE | 12000 | 9100 | 75.83 |
| 8772 | 431 | FG0138873 | 996663 GIANT EAGLE #5878 | 9143 OXYCODONE | 12400 | 9200 | 74.19 |
| 8772 | 431 | BG2576796 | 790139 GIANT EAGLE #2415 | 9143 OXYCODONE | 16000 | 11800 | 73.75 |
| 8772 | 431 | BG6220898 | 36065 GIANT EAGLE #6301 | 9143 OXYCODONE | 8000 | 5900 | 73.75 |
| 8772 | 431 | BG1458288 | 785063 GIANT EAGLE #0079 | 9143 OXYCODONE | 10000 | 7300 | 73 |
| 8772 | 431 | BG1664499 | 791574 GIANT EAGLE #0046 | 9144 OXYCODONE 30MG (S | 4000 | 2900 | 72.5 |
| 8772 | 431 | BG2626387 | 785253 GIANT EAGLE #2402 | 9143 OXYCODONE | 8000 | 5800 | 72.5 |
| 8772 | 431 | FG2264062 | 471339 GIANT EAGLE #0088 | 9143 OXYCODONE | 8000 | 5800 | 72.5 |
| 8772 | 431 | BG4445121 | 790337 GIANT EAGLE #2480/0075 | 9143 OXYCODONE | 10000 | 7200 | 72 |
| 8772 | 431 | FG1249312 | 927519 GIANT EAGLE #0043 | 1100 AMPHETAMINE | 5000 | 3600 | 72 |
| 8772 | 431 | BG6194283 | 130612 GIANT EAGLE #1620 | 9143 OXYCODONE | 21950 | 15700 | 71.53 |
| 8772 | 431 | BG0714964 | 785212 GIANT EAGLE #4002 | 9143 OXYCODONE | 12100 | 8620 | 71.24 |
| 8772 | 431 | AG2599340 | 784868 GIANT EAGLE #0072 | 1100 AMPHETAMINE | 6600 | 4680 | 70.91 |
| 8772 | 431 | BG4328793 | 784587 GIANT EAGLE #0002 | 9143 OXYCODONE | 14400 | 10200 | 70.83 |
| 8772 | 431 | BG6514803 | 282084 GIANT EAGLE #4097 | 9143 OXYCODONE | 9700 | 6800 | 70.1 |
| 8772 | 431 | BG1664499 | 791574 GIANT EAGLE #0046 | 9143 OXYCODONE | 28000 | 19605 | 70.02 |
| 8772 | 431 | BG2374609 | 745971 GIANT EAGLE #0041 | 1100 AMPHETAMINE | 5000 | 3500 | 70 |
| 8772 | 431 | BG2828880 | 790113 GIANT EAGLE #2414 | 9143 OXYCODONE | 9000 | 6300 | 70 |
| 8772 | 431 | BG2629004 | 785170 GIANT EAGLE #1475 | 9143 OXYCODONE | 10000 | 6900 | 69 |
| 8772 | 431 | BG2817166 | 790063 GIANT EAGLE #0082 | 9143 OXYCODONE | 17300 | 11900 | 68.79 |
| 8772 | 431 | AG2912233 | 784785 GIANT EAGLE #0061 | 9143 OXYCODONE | 14000 | 9600 | 68.57 |
| 8164 | 431 | BG8616332 | 598016 GIANT EAGLE #6508 | 9143 OXYCODONE | 13000 | 8900 | 68.46 |
| 8772 | 431 | BG2374572 | 784850 GIANT EAGLE #0070 | 1724 METHYLPHENIDATE | 5000 | 3400 | 68 |
| 8164 | 431 | BG7719353 | 564720 GIANT EAGLE #6501 | 1100 AMPHETAMINE | 5000 | 3400 | 68 |
| 8772 | 431 | BG9629405 | 667702 GIANT EAGLE #4152 | 9143 OXYCODONE | 12800 | 8700 | 67.97 |
| 8772 | 431 | BG2079475 | 785154 GIANT EAGLE #1471 | 9143 OXYCODONE | 11500 | 7800 | 67.83 |
| 8772 | 431 | BG4325634 | 785105 GIANT EAGLE #1419 | 9143 OXYCODONE | 8000 | 5400 | 67.5 |
| 8772 | 431 | BG9738406 | 774151 GIANT EAGLE #2412 | 9143 OXYCODONE | 8000 | 5400 | 67.5 |
| 8772 | 431 | BG4354433 | 785204 GIANT EAGLE #1481 | 9143 OXYCODONE | 8000 | 5300 | 66.25 |
| 8772 | 431 | BG5859080 | 547044 GIANT EAGLE #0178 | 9143 OXYCODONE | 8000 | 5300 | 66.25 |
| 8772 | 431 | BG6717461 | 117996 GIANT EAGLE #0077 | 9143 OXYCODONE | 8000 | 5300 | 66.25 |
| 8772 | 431 | FG0138861 | 755877 GIANT EAGLE #5861 | 9143 OXYCODONE | 8000 | 5300 | 66.25 |
| 8772 | 431 | BG1969128 | 785006 GIANT EAGLE #0488 | 9143 OXYCODONE | 19500 | 12904 | 66.17 |
| 8120 | 431 | BG7616634 | 247440 GIANT EAGLE #1841 | 1724 METHYLPHENIDATE | 5000 | 3303 | 66.06 |
| 8120 | 431 | BG7616634 | 503044 GE SMO DC 813 - #1841 | 1724 METHYLPHENIDATE | 5000 | 3303 | 66.06 |

HBC_MDL00136238

P-HBC-1154.001

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8772 | 431 | BG6784450 | 778330 | GIANT EAGLE #6376 | 9143 OXYCODONE | 10000 | 6600 | 66 |
| 8772 | 431 | BG9708895 | 780283 | GIANT EAGLE #0218 | 9143 OXYCODONE | 8800 | 5800 | 65.91 |
| 8772 | 431 | AG1484170 | 784660 | GIANT EAGLE #0014 | 1724 METHYLPHENIDATE | 7000 | 4600 | 65.71 |
| 8772 | 431 | AG2819540 | 790261 | GIANT EAGLE #4124 | 9143 OXYCODONE | 19200 | 12604 | 65.65 |
| 8772 | 431 | BG1969130 | 784967 | GIANT EAGLE #0482 | 9143 OXYCODONE | 12500 | 8200 | 65.6 |
| 8164 | 431 | FG0064650 | 808544 | GIANT EAGLE #6527 | 1100 AMPHETAMINE | 5000 | 3280 | 65.6 |
| 8772 | 431 | BG4346537 | 785261 | GIANT EAGLE #0032 | 1724 METHYLPHENIDATE | 5000 | 3260 | 65.2 |
| 8164 | 431 | FG0064650 | 808544 | GIANT EAGLE #6527 | 9143 OXYCODONE | 8000 | 5200 | 65 |
| 8772 | 431 | BG5859066 | 425133 | GIANT EAGLE #4016 | 9143 OXYCODONE | 8800 | 5700 | 64.77 |
| 8772 | 431 | AG2819538 | 796078 | GIANT EAGLE #4022 | 9143 OXYCODONE | 12100 | 7800 | 64.46 |
| 8772 | 431 | AV1367982 | 795914 | GIANT EAGLE #6386 | 9143 OXYCODONE | 9000 | 5800 | 64.44 |
| 8772 | 431 | AG1053456 | 784835 | GIANT EAGLE #0067 | 9143 OXYCODONE | 19000 | 12200 | 64.21 |
| 8772 | 431 | FG1616284 | 86753 | GIANT EAGLE #4601 | 9143 OXYCODONE | 14500 | 9300 | 64.14 |
| 8164 | 431 | BG7003116 | 424387 | GIANT EAGLE #6503 | 1100 AMPHETAMINE | 5000 | 3200 | 64 |
| 8772 | 431 | BG8633732 | 338718 | GIANT EAGLE #6385 | 1100 AMPHETAMINE | 5000 | 3200 | 64 |
| 8772 | 431 | BG8633732 | 338718 | GIANT EAGLE #6385 | 9143 OXYCODONE | 15800 | 10100 | 63.92 |
| 8772 | 431 | BG2308838 | 785196 | GIANT EAGLE #1478 | 9143 OXYCODONE | 8000 | 5100 | 63.75 |
| 8772 | 431 | FG0145842 | 100783 | GIANT EAGLE #5831 | 9143 OXYCODONE | 8000 | 5100 | 63.75 |
| 8772 | 431 | FG3108126 | 279532 | GIANT EAGLE #0470 | 9143 OXYCODONE | 8000 | 5100 | 63.75 |
| 8772 | 431 | BG3245037 | 790360 | GIANT EAGLE #2491 | 9143 OXYCODONE | 13200 | 8400 | 63.64 |
| 8164 | 431 | BG9802011 | 869905 | GIANT EAGLE #6514 | 9143 OXYCODONE | 9000 | 5700 | 63.33 |
| 8164 | 431 | BG9753167 | 802491 | GIANT EAGLE #6526 | 4000 ANABOLIC STEROIDS | 3000 | 1880 | 62.67 |
| 8772 | 431 | BG2392140 | 785188 | GIANT EAGLE #4035 | 9143 OXYCODONE | 8000 | 5000 | 62.5 |
| 8772 | 431 | BG3098995 | 784736 | GIANT EAGLE #0035 | 9143 OXYCODONE | 8000 | 5000 | 62.5 |
| 8772 | 431 | BG3196260 | 395608 | GIANT EAGLE #4012 | 9144 OXYCODONE 30MG (S | 4000 | 2500 | 62.5 |
| 8772 | 431 | BG1969128 | 785006 | GIANT EAGLE #0488 | 1724 METHYLPHENIDATE | 5000 | 3100 | 62 |
| 8772 | 431 | BG2557645 | 784645 | GIANT EAGLE #0010 | 9143 OXYCODONE | 15000 | 9300 | 62 |
| 8164 | 431 | BG8616281 | 135893 | GIANT EAGLE #6520 | 1100 AMPHETAMINE | 5000 | 3100 | 62 |
| 8164 | 431 | BG8616320 | 660425 | GIANT EAGLE #6509 | 1100 AMPHETAMINE | 5000 | 3100 | 62 |
| 8120 | 431 | BG7616646 | 384421 | GIANT EAGLE #1842 | 9806 HYDROCODONE COMI | 8000 | 4952 | 61.9 |
| 8772 | 431 | BG3245037 | 790360 | GIANT EAGLE #2491 | 1724 METHYLPHENIDATE | 5000 | 3090 | 61.8 |
| 8772 | 431 | BG1892391 | 784991 | GIANT EAGLE #0487 | 9143 OXYCODONE | 8000 | 4900 | 61.25 |
| 8772 | 431 | BG7042891 | 760790 | GIANT EAGLE #4031 | 9143 OXYCODONE | 39900 | 24400 | 61.15 |
| 8772 | 431 | BG3196260 | 395608 | GIANT EAGLE #4012 | 9143 OXYCODONE | 20500 | 12500 | 60.98 |
| 8772 | 431 | BG2374609 | 745971 | GIANT EAGLE #0041 | 9143 OXYCODONE | 14300 | 8700 | 60.84 |

HBC_MDL00136238

P-HBC-1154.001

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8772 | 431 | BG3099036 | 796961 | GIANT EAGLE #4077 | 9143 OXYCODONE | 9700 | 5900 | 60.82 |
| 8772 | 431 | AG1536602 | 784611 | GIANT EAGLE #0073 | 9143 OXYCODONE | 14000 | 8500 | 60.71 |
| 8772 | 431 | AG2885979 | 784942 | GIANT EAGLE #0477 | 9143 OXYCODONE | 14000 | 8500 | 60.71 |
| 8772 | 431 | BG0818104 | 784769 | GIANT EAGLE #0039 | 1724 METHYLPHENIDATE | 5000 | 3032 | 60.64 |
| 8772 | 431 | BG1335985 | 785055 | GIANT EAGLE #0495 | 9144 OXYCODONE 30MG (S | 2000 | 1200 | 60 |
| 8772 | 431 | BG2857336 | 790188 | GIANT EAGLE #2419 | 9143 OXYCODONE | 8000 | 4800 | 60 |
| 8772 | 431 | BG6194283 | 130612 | GIANT EAGLE #1620 | 1100 AMPHETAMINE | 6000 | 3600 | 60 |
| 8772 | 431 | BG8262343 | 97427 | GIANT EAGLE #1217 | 1100 AMPHETAMINE | 5000 | 3000 | 60 |
| 8772 | 431 | BG8633732 | 338718 | GIANT EAGLE #6385 | 9144 OXYCODONE 30MG (S | 4000 | 2400 | 60 |
| 8772 | 431 | BP1341940 | 1948 | GIANT EAGLE #0479 | 9143 OXYCODONE | 10000 | 6000 | 60 |
| 8772 | 431 | BP1341940 | 395517 | GIANT EAGLE #2900 | 9143 OXYCODONE | 10000 | 6000 | 60 |
| 8772 | 431 | FG1056161 | 647165 | GIANT EAGLE #0230 | 9143 OXYCODONE | 8000 | 4800 | 60 |
| 8164 | 431 | FG2252980 | 370116 | GIANT EAGLE #6515 | 9143 OXYCODONE | 8000 | 4800 | 60 |

HBC_MDL00136238