# PSJ4 SOL Opp App A Exh 5

| | |
|---|---|
| From: | Bianco Jr., Mike (Pharmacy) |
| Sent: | Wed, 1 Oct 2014 18:27:15 -0400 |
| To: | Millward, Joseph |
| Cc: | Carlson, Gregory |
| Subject: | FW: Narcs found in tote |
| Importance: | High |

Hi Joe,

As you likely know the DEA was in for an inspection of the warehouse today specifically asking about Hydrocodone containing products. At the time, the warehouse reported having no hydrocodone containing products on hand.

Currently we have 1 case of Hydrocodone/Apap 5/325 that was intended for 6510 which is being shipped out tonight after discussion with Tracy Patel. We also have 1 tote of which the contents are described below that was returned to the warehouse. The original owner of the returned tote is not able to be identified by Donna Matty or myself through various methods. Can you tell me how you would like these contents to be handled? I would like to have the four units of hydrocodone contain products out of the warehouse by 10/5 so we can avoid any issues with the schedule change.

Thanks,
Mike

---

**From:** Bianco Jr., Mike (Pharmacy)
**Sent:** Thursday, September 25, 2014 1:31 PM
**To:** STR_Pharmacy_PDLS
**Cc:** Millward, Joseph; Matty, Donna; Shaheen, Richard; Carlson, Gregory
**Subject:** Narcs found in tote

Hi PDLs,

We had a narcotic tote returned to the HBC warehouse today with no identifying markings on or in the tote so we are unable to determine the pharmacy these came from. Please let me know if any of your pharmacies have reported these items missing.

| | | |
|---|---|---|
| 2 units – item 144535 | HYDROCO/APAP 5-325MG TAB | (NDC 00603-3890-21) |
| 1 unit – item 172502 | TRAMADOL 50MG TAB | (NDC 57664-0377-13) |
| 1 unit – item 115113 | ZOLPIDEM 10MG TAB | (NDC 13668-0008-01) |
| 1 unit – item 118422 | CLONAZEPAM 1MG TAB | (NDC 00603-2949-21) |
| 1 unit – item 181297 | HYDROCO/APAP 10-325MG TAB | (NDC 00603-3887-21) |
| 1 unit – item 186775 | HYDROCO/APAP 7.5-325MG TAB | (NDC 00603-3891-21) |
| 1 unit – item 336396 | LORAZEPAM 0.5MG TAB | (NDC 00378-2321-05) |

Additionally, we have seen a large number of totes being returned to the warehouse with their contents still inside, many of which are refrigerated or controlled items. Please attempt to address this as you see fit.

Thanks,
Mike



EXHIBIT 14
HBC-Bianco

P-HBC-01226

CONFIDENTIAL

HBC_MDL00137364