# PSJ4 SOL Opp App A Exh 7

.
---

| | |
|---|---|
| **From:** | Abreu, Shaun |
| **Sent:** | Wednesday, February 01, 2012 5:22 PM |
| **To:** | Schiavo, Craig |
| **Cc:** | Brandt, Bill |
| **Subject:** | RE: JDE 629100 |

Hi Craig,

We never reported to DEA, it was part of the proactive process. I can simply reinstate the customer.

Thanks

**From:** Schiavo, Craig
**Sent:** Tuesday, January 31, 2012 3:21 PM
**To:** Abreu, Shaun
**Cc:** Brandt, Bill
**Subject:** RE: JDE 629100

Shaun,

I am OK with reinstating, do you think we should send this to the DEA as follow up to our reporting letter?

Thanks,
Craig

# Craig Schiavo
Henry Schein, Inc.
Regulatory Specialist/DEA Compliance
P- 864-297-3680 x2163
F- 864-234-2473

**From:** Abreu, Shaun
**Sent:** Tuesday, January 31, 2012 3:15 PM
**To:** Schiavo, Craig
**Cc:** Brandt, Bill
**Subject:** JDE 629100

Hi Craig,

Please see the attached file from the KYC proactive process. This doctor was self medicating, but he did 31k in sales for 2011. I had him send us justification stating that he will no longer order the product to self medicate and that all future controlled substance orders will be for patient use. Are you okay with reinstating? See attached file.

Thanks
Shaun

**From:** heldesk@henryschein.com [mailto:heldesk@henryschein.com]
**Sent:** Tuesday, January 31, 2012 11:10 AM

1

**To:** Abreu, Shaun
**Subject:** Message from 75BW-1

2

HSI-MDL-00020070