# PSJ4 SOL Opp App A Exh 8

.

| | |
|---|---|
| From: | Butcher, Beverly |
| Sent: | Friday, February 27, 2015 6:52 PM |
| To: | Steffanie-Oak, Tina |
| Subject: | RE: JDE 2316982 ▇▇▇ do not notify DEA |

How much did we send him?

---

**From:** Steffanie-Oak, Tina
**Sent:** Friday, February 27, 2015 1:51 PM
**To:** Reid, Kathleen
**Cc:** Butcher, Beverly; Tejeda, Sergio
**Subject:** RE: JDE 2316982 ▇▇▇ - do not notify DEA
**Importance:** High

I just found out from Shaun that Verifications accidently released his hydrocodone order on 2/23.  Please do not send a SO letter to the DEA.  Thanks.

---

**From:** Steffanie-Oak, Tina
**Sent:** Friday, February 27, 2015 12:50 PM
**To:** Butcher, Beverly; Reid, Kathleen
**Cc:** Stratton, Christine; Mannino, Leah; Conti-Elia, BriAnne; Abreu, Shaun; Reid, Kathleen; Steffanie-Oak, Tina; Lonnquist, Glenn; Romeo, Ken; Schmidt, Pete (USA)
**Subject:** Re: JDE 2316982 ▇▇▇

He has a current open order and will need to be reported to the DEA.  Thanks.

Sent from my iPhone

On Feb 27, 2015, at 12:47 PM, "Butcher, Beverly" <Beverly.Butcher@henryschein.com> wrote:

> Site visit on ▇▇▇ has been completed
>
> ▇▇▇ is restricted from the purchase of controlled substances
>
> The report has been placed on the M: drive
>
> Thank you
>
> <image001.png>
> Bev Butcher
> Sr. Regulatory Specialist
> DEA Compliance
> 5315 W. 74th Street
> Indianapolis, IN 46268
> 317-876-7800 ext. 4918
> beverly.butcher@henryschein.com
>
>
> <JDE 2316982 ▇▇▇ SV2015 restrict tso.pdf>

1