# PSJ4 SOL Opp App A Exh 9

```
  1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
  2                    EASTERN DIVISION
  3   IN RE: NATIONAL              )   MDL No. 2804
      PRESCRIPTION OPIATE          )
  4   LITIGATION                   )   Case No.
                                   )   1:17-MD-2804
  5                                )
      THIS DOCUMENT RELATES TO     )   Hon. Dan A. Polster
  6   ALL CASES                    )
                                   )
  7
  8
  9
                          — — —
 10
                Thursday, February 14, 2019
 11                       — — —
 12    HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
 13                       — — —
 14
 15
 16
 17       Videotaped Deposition of BILL BRANDT,
      held at Locke Lord LLP, 2200 Ross Avenue,
 18   Suite 2800, Dallas, Texas, commencing at
      9:07 a.m., on the above date, before
 19   Michael E. Miller, Fellow of the Academy of
      Professional Reporters, Registered Diplomate
 20   Reporter, Certified Realtime Reporter and
      Notary Public.
 21
 22
                          — — —
 23
 24            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | fax 917.591.5672
 25               deps@golkow.com
```



```
20        Q.     Okay.
21        A.     Uh-huh.
22        Q.     Do you have an understanding of
23   what the reference to Masters is?
24        A.     It was a decision.  It was a
25   court case.
```

```
 1          Q.     A court decision, right?
 2          A.     A court decision, that's right.
 3          Q.     Regarding the reporting of
 4    suspicious orders of controlled substances,
 5    correct?
 6          A.     That's my understanding, yes.
```

[redacted]

```
12          Q.     Did you have any discussions
13    with Mr. Abreu about the Masters decision
14    around that time, June of 2018?
15          A.     I'm sure we did, yeah.  I'm
16    sure we had discussions.
17          Q.     Why?  Why are you sure that you
18    had discussions?
19          A.     It was a relevant -- it was a
20    relevant change and, yeah, I remember
21    discussions with Shaun and with Jim and
22    regulatory to try to figure out how we were
23    going to comply and do what we needed to do.
```

[redacted]



25        Q.      Is it your understanding that

1  prior to October 2017, Henry Schein was not

2  reporting orders when discovered --

3  suspicious orders when discovered to the DEA?

4              MR. JONES:  Object to the form.

5       A.     Yeah, I don't know the exact

6  date that we changed, but we did change.  I

7  just don't know the date that we formally

8  did -- made that change.

9  BY MR. ACKERMAN:

10      Q.     Would Shaun Abreu have been

11 more knowledgeable about the date that

12 Henry Schein made that change?

13      A.     Yes, I'm sure he would be.

14      Q.     So if in October 2017, Shaun

15 Abreu writes we should start reporting orders

16 when discovered as a result, does that

17 indicate to you that at that time,

18 Henry Schein was not reporting suspicious

19 orders when discovered to the DEA?

20      A.     I guess --

21             MR. JONES:  Object to form.

22      A.     I don't know.  I don't know if

23 we were or not at that time.

24 BY MR. ACKERMAN:

25      Q.     Okay.

```
 1          A.    Yeah.
 2          Q.    Sitting here today do you know
 3   when Henry Schein reports suspicious orders
 4   to the DEA?
 5          A.    When we do?
 6          Q.    Yes.
 7          A.    Yes.
 8          Q.    When?
 9          A.    When it pends, when the order
10   pends prior to us doing our due diligence.
11          Q.    And how is it that you were
12   aware of the procedure now?  How did you
13   become aware of that procedure?
14          A.    Because it required additional
15   resource and just working with Shaun and
16   regulatory to make sure that we were in
17   compliance with the Masters ruling.
18          Q.    How did it require additional
19   resource?
20          A.    Just more people for the
21   letters.  We have to generate letters and
22   mail them to the local offices, I believe,
23   now.
24          Q.    So were you involved in -- I
25   assume it's hiring more people or bringing
```

 1    more people on to the verifications

 2    department for that process?

 3          A.    I was -- yeah, I probably

 4    worked with Shaun to figure out how we were

 5    going to do that.

 6          Q.    And in what time frame did that

 7    effort occur?

 8          A.    It looks probably 2017

 9    sometime.  Again, I don't know the exact

10    date.

[redacted]

16          Q.    How many more people did the

17    verification department add in order to

18    effect this change in the manner in which

19    Henry Schein was reporting suspicious orders

20    to the DEA?

21          A.    I don't remember exactly what

22    we did.  I don't remember if we brought

23    somebody new or if we changed a role of an

24    existing person that -- it may have been

25    something to do with that, yeah.  And I know

Highly Confidential - Subject to Further Confidentiality Review

```
 1                        CERTIFICATE
 2              I, MICHAEL E. MILLER, Fellow of
     the Academy of Professional Reporters,
 3   Registered Diplomate Reporter, Certified
     Realtime Reporter, Certified Court Reporter
 4   and Notary Public, do hereby certify that
     prior to the commencement of the examination,
 5   BILL BRANDT was duly sworn by me to testify
     to the truth, the whole truth and nothing but
 6   the truth.
 7              I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
                I DO FURTHER CERTIFY that pursuant
11   to FRCP Rule 30, signature of the witness was
     requested by the witness or other party
12   before the conclusion of the deposition.
13              I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
14   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
15   employee of such attorney or counsel, and
     that I am not financially interested in the
16   action.
17
18   _____
     MICHAEL E. MILLER, FAPR, RDR, CRR
19   Fellow of the Academy of Professional Reporters
     NCRA Registered Diplomate Reporter
20   NCRA Certified Realtime Reporter
     Certified Court Reporter
21
     Notary Public in and for the
22   State of Texas
     My Commission Expires:  7/9/2020
23
     Dated: 19th day of February, 2019
24
25
```