# PSJ4 SOL Opp Exh 12

FILED UNDER SEAL