# PSJ4 SOL Opp App A Exh 16

| | |
|---|---|
| **From:** | Dempsey, Michele [GPSUS] </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=234053814ca7415bad7421ad5a90b81e-MDempse3> |
| **To:** | Larkins, Marc [JJCUS] |
| **Sent:** | |
| **Subject:** | FW: [EXTERNAL] Re: report change |
| **Attachments:** | Draft SOM Report for J O M.pdf |

**From:** Terrance Woodworth [mailto:twoodworth@thedcag.com]
**Sent:** Friday, February 16, 2018 9:58 AM
**To:** Dempsey, Michele [GPSUS] <MDempse3@its.jnj.com>
**Cc:** Strehlke, Brian [GPSUS] <BSTREHLK@its.jnj.com>; Stukane, Thomas [JJCUS] <TStukane@ITS.JNJ.com>
**Subject:** [EXTERNAL] Re: report change

Hi Michele,

Happy Friday!  I hope all is well!

Yes; these are valid points!  I have deleted them!

I hope you all have a pleasant weekend, despite the snow storms coming in up East!

All the best,

Terry

On February 15, 2018 at 6:58 PM "Dempsey, Michele [GPSUS]" <MDempse3@its.jnj.com> wrote:

Terry

Some other tweaks I thought I would mention for your consideration:


With the other day's announcement on McCaskill's website about funding – should we remove the first part of this recommendation?


"Consider funding certain controlled substance abuse and/or prevention initiatives. Meet with DEA in key geographic areas; share your SOM program procedures; and strive to continue enhancing J&J's relationship with DEA Diversion Program Managers and Group Supervisors in Louisville, San Juan, Newark and at DEA headquarters)"



https://www.mccaskill.senate.gov/media-center/news-releases/breaking-millions-in-payments-among-findings-of-mccaskill-opioid-investigation-into-ties-between-manufacturers-and-third-party-advocacy-groups-


Also – in thinking this one over:  Take past order examples and evaluate their circumstances, order patterns and

activity against revised algorithm(s) to determine discrepancies or adjustments needed;

I don't think we want to question release decisions after the fact. We should remove this item – The intent will be covered when we implement 867/chargeback data analytics and reviewing actions taken against DEA registrants.

What do you think?

Regards

*Michele Dempsey*

Director, Controlled Substance Compliance

302 345-4621 (Cell)

mdempse3@its.jnj.com

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your inbox. Thank you.