# PSJ4 SOL Opp App A Exh 17

| | |
|---|---|
| From: | Figliano, Raffaela [GPSUS] |
| To: | Sniscak, Debbie [GPSUS]; Dempsey, Michele [GPSUS]; Montes, Lisa [HCSUS]; Hatfield, Arnetta [HCSUS]; Corum, Belinda [GPSUS] |
| CC: | Sazhin, Julian [DPYUS]; Mantilla, Jorge [HCSUS]; Figliano, Raffaela [GPSUS] |
| Sent: | |
| Subject: | RE: Suspicious Order Monitoring - Moving forward |

Copying Pat and Belinda.

---

**From:** Sniscak, Debbie [GPSUS]
**Sent:** Tuesday, November 07, 2017 3:35 PM
**To:** Dempsey, Michele [GPSUS]; Figliano, Raffaela [GPSUS]; Montes, Lisa [HCSUS]
**Cc:** Sazhin, Julian [DPYUS]; Mantilla, Jorge [HCSUS]
**Subject:** Suspicious Order Monitoring - Moving forward

Hi Ladies,

It was brought to my attention is there is a request from JOM for an enhancement to Suspicious Order monitoring. We have had some discussion regarding the current process which sometimes reports incorrectly. With that said, I understand the Suspicious Order Monitoring needs to be revamped to identify orders that are really 'suspicious' as these need to be reported to DEA. In addition, we need to keep monitoring the Schedule 2 orders as they may become a real 'suspicious' order but do not want to alert the DEA at this point.

Does this request need to be pursued and if so, we need to work on clear requirements to define and capture Schedule 2 orders properly.
If there is a need to pursue this change, is there funding available? I realize we won't have an estimate until we have a solid direction for the change.

Below is a snipit of the request which appears to be in the JOM Project Tracker. Can anyone confirm please?

| 84075 | Controlled Substance_Order Monitoring | NA | The JOM order monitoring process for controlled substances was developed between 2008 and 2012. With the current environment surrounding opioid abuse, federal and states are implementing changes to regulations that require JOM to evaluate their current process against Industry practice and against the new federal and state expectations.<br><br>Outcome of the project: A more robust program that will be capable of handling any future CS product and distribution model meeting the compliance requirements for both state and federal levels. | PHA | SGA | IT Enhancements |

Thank You,
*Debora Sniscak*
CLS BUIT Analyst
Phone: (908) 927-3546
Email: DSniscak@its.jnj.com