# PSJ12 Exh 1

| | |
|---|---|
| From: | Pete Ratycz <PRATYCZ@discount-drugmart.com> on behalf of Pete Ratycz <PRATYCZ@discount-drugmart.com> |
| To: | 'Brinks, Scott A.' |
| CC: | Tom Nameth |
| Sent: | 10/23/2013 12:44:39 PM |
| Subject: | Controlled Substance Monitoring |
| Attachments: | image001.png; image002.jpg |

Scott,

Tom Nameth, Director of Pharmacy, attended the DEA Distributor Conference in Maryland yesterday. We are in the final process of implementing a more aggressive control substance monitoring system (handling, dispensing, and reporting) at store level and corporate. Hence, Tom approached one of the agents with a request for some guidance with determining some methodology or formula to help us accurately identify any outlying stores. He directed us to our local office.

Would you be available for a meeting in the next couple of weeks for some suggestions so we can develop it correctly?

Pete Ratycz, R.Ph. | V.P. of Pharmacy | Discount Drug Mart |
211 Commerce Drive | Medina, OH 44256 |
330-725-2340 x84411 | fax: 330-764-4857 |
pratycz@discount-drugmart.com<mailto:pratycz@discount-drugmart.com> | www.discount-drugmart.com<http://www.discount-drugmart.com/> |
[cid:image001.png@01CECFCC.1AE3D560] <http://discount-drugmart.com/>
**************

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
[cid:image002.jpg@01CECFCC.1AE3D560]Please think of the environment before printing this e-mail.



DDM-Ratycz
**Exhibit 8**
201756-CAK  12/21/2018