# PSJ12 Exh 2

| | |
|---|---|
| **From:** | Lisa Kreiner <LKreiner@discount-drugmart.com> on behalf of Lisa Kreiner <LKreiner@discount-drugmart.com> |
| **To:** | Jill Strang |
| **Sent:** | 1/20/2017 2:16:53 PM |
| **Subject:** | FW: DEA fines Costco $11.75M over lax US pharmacy controls |
| **Importance:** | High |
| **Attachments:** | image001.png; image002.jpg |

```
From: Jason Briscoe
Sent: Friday, January 20, 2017 8:59 AM
To: Lisa Kreiner
Subject: FW: DEA fines Costco $11.75M over lax US pharmacy controls
Importance: High

I have 83 and 85 done in December, just need to clean up the Report and give to you.
Please do not include me on the "naughty list".

The date is 12/20/16.

JB


Jason Briscoe, PharmD, RPh
Director, Pharmacy Operations
Discount Drug Mart, Inc.
211 Commerce Drive
Medina, OH 44256

(330) 725-2340 Ext: 85014


From: Pete Ratycz
Sent: Friday, January 20, 2017 8:52 AM
To: Chris Peshek; Jason Briscoe; Jason West; Katie Holstein; Michele Golob
Subject: DEA fines Costco $11.75M over lax US pharmacy controls
Importance: High

Chris,

I think we need to reemphasize our controlled substance program at the upcoming
pharmacist meeting. Also, we need to look at developing reporting to help us effectively
identify outliers and/or suspicious store ordering.

Supervisors---make sure you are conducting at a minimum (1) annual pharmacy inspection
of your assigned stores. And, focus on this area specifically. It's important we are
effectively proactive with a risk management program which this would be applicable here
and even HIPAA provided we are inspecting. You are responsible to follow up with any
corrective action. Pharmacy Inspections forms should be forwarded to Lisa when completed
and are found on the intranet.

http://www.reuters.com/article/us-costco-wholesale-settlement-idUSKBN1532TK

Incidentally, this is Costco's second DEA fine in excess of $5M in the past 10 years.

LISA----please forward me a store list with their last inspection date by supervisor and
highlight exceptions (no inspection in the past 12 months).


Thank you.

Pete Ratycz, R.Ph. | Senior V.P. of Pharmacy | Discount Drug Mart |
211 Commerce Drive | Medina, OH 44256 | 330-725-2340 x84411 | fax: 330-764-4857 |
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER      DDM00074952

pratycz@discount-drugmart.com<mailto:pratycz@discount-drugmart.com> | www.discount-drugmart.com<http://www.discount-drugmart.com/> |

[Description: Description: Description: Discount Drug Mart] <http://discount-drugmart.com/>
**************

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
[Description: Description: C:\Users\dlatourelle\AppData\Roaming\Microsoft\Signatures\Crocus Medical (Diane LaTourelle)-Image01.JPG]Please think of the environment before printing this e-mail.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain proprietary, confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.