# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------------ : | : | 1:17-md-02804-DAP |
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, | : | MDL No. 2804 |
| ------------------------------------------------------------ | : | |
| This Document Relates to: | : | Judge Dan Aaron Polster |
| NORTHERN ARAPAHO TRIBE | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: |
| vs. | : | 1:18-op-45438-DAP |
| PURDUE PHARMA, L.P., et al. | : | |
| Defendants. | : | |
| ------------------------------------------------------------ | : | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Andrew W. Baldwin, Christine Lichtenfels, and Kelly A. Rudd of Baldwin, Crocker & Rudd, P.C., and respectfully requests that this Court grant them permission to withdraw as counsel for the Northern Arapaho Tribe, Plaintiff.

Pursuant to local Civil Rule 83.9, Withdrawal of Counsel, "the attorney of record may not withdraw, nor may any other attorney file an appearance as a substitute for the attorney of record, without first providing written notice to the client and all other parties and obtaining leave of Court." Please be advised that Plaintiff, has been provided notice of Andrew W. Baldwin, Christine Lichtenfels, and Kelly A. Rudd withdrawal of representation. All parties are hereby notified of Andrew W. Baldwin's, Christine Lichtenfels', and Kelly A. Rudd's request to withdrawal as Plaintiff's counsel by way of service and filing of this motion.

The Northern Arapaho Tribe will continue to be represented by:

| | |
|---|---|
| David P. Hersh | Janet G. Abaray |
| Colin M. Simpson | Kenneth M. Daly |
| D. Dean Batchelder | Burg Simpson Eldredge |
| Burg Simpson Eldredge | Hersh & Jardine, P.C. |
| Hersh & Jardine, P.C. | 312 Walnut St. Suite 2090 |
| 40 Inverness Drive East, | Cincinnati, OH 45202 |
| Englewood, CO 80112 | |

Respectfully submitted this 13th day of August, 2019,

*/s/ Janet G. Abaray*  
Janet G. Abaray  
Burg Simpson Eldredge  
Hersh & Jardine, P.C.  
312 Walnut Street, Suite 2090  
Cincinnati, OH   45202  
Phone: 513-852-5600  
Fax: 513-852-5611  
jabaray@burgsimpson.com  

*Attorney for Plaintiff*

*/s/ Kelly A. Rudd*   (with consent)  
Kelly A. Rudd  
Andrew W. Baldwin  
Christine Lichtenfels  
Baldwin, Crocker & Rudd, P.C.  
337 Garfield Street  
P.O. Box 1229  
Lander, Wyoming 82520  
Phone: (307) 332-3385  
Fax: (307) 332-2507  
rudd@bcrattorneys.com  
andy@bcrattorneys.com  
christine@bcrattorneys.com  

*Withdrawing Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 13, 2019, a copy of this Motion was served by filing a copy of this document with the Court's CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Janet G. Abaray*  
Janet Abaray