PSJ19 Walmart Opp Exh 1 Dr. Craig J. McCann Dep. (05-10-2019) (dep not cited in appendices)

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF OHIO
 2                 EASTERN DIVISION
                      - - -
 3   IN RE:  NATIONAL            :  HON. DAN A.
     PRESCRIPTION OPIATE         :  POLSTER
 4   LITIGATION                  :  MDL NO. 2804
                                 :
 5   This document relates to:   :  Case No. 17-MD-2804
                                 :
 6   The County of Summit, Ohio  :
     Ohio et al. v. Purdue Pharma:
 7   L.P., et al., Case No.      :
     17-OP-45004                 :
 8                               :
     The County of Cuyahoga v.   :
 9   Purdue Pharma Purdue Pharma :
     L.P., et al., Case No.      :
10   18-OP-45090                 :
11                    - - -
12           Friday, May 10, 2019
13                Volume II
14
                      - - -
15   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW
16                    - - -
17            Videotaped deposition of
     CRAIG J. MCCANN, Ph.D., CFA, taken pursuant
18   to notice, was held at the law offices of
     Morgan Lewis & Bockius, 1111 Pennsylvania
19   Avenue, NW Washington, DC 20004, beginning
     at 9:08 a.m., on the above date, before
20   Amanda Dee Maslynsky-Miller, a Certified
     Realtime Reporter.
21
                      - - -
22
           GOLKOW TECHNOLOGIES, INC.
23      877.370.3377 ph | 917.591.5672 fax
               deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    - - -

 2              VIDEO TECHNICIAN:  Back on

 3       the record at 11:07 a.m.

 4                    - - -

 5                   EXAMINATION

 6                    - - -

 7   BY MS. FUMERTON:

 8         Q.   Good morning, Dr. McCann.

 9   My name is Tara Fumerton, and I represent

10   Walmart in this action.

11         A.   Good morning.

12         Q.   Good morning.  Right before

13   we went on the record I marked as

14   Exhibits-14 through 17 a series of

15   excerpts from your Appendix 9.  I'm going

16   to ask you some questions about those in

17   a minute, if you can set them aside.

18              Dr. McCann, do you recall

19   yesterday that you were asked questions

20   about whether your calculations took into

21   consideration the fact that a certain

22   number of opioids distributed into Summit

23   County and Cuyahoga County was returned?

24         A.   Yes.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q.    And the record will reflect
 2   what you said, but I believe that you
 3   testified that you would need to verify
 4   the extent to which returns were factored
 5   into your analysis, but that in any
 6   event, returns constituted a de minimus
 7   amount of the transactions you reviewed.
 8        A.    Yes.
 9        Q.    Is that a fair summary of
10   your testimony?
11        A.    Yes.
12        Q.    In a data set as large as
13   the one that you reviewed concerning the
14   shipments of opioids into Cuyahoga and
15   Summit County, do you consider de minimus
16   to be 1 percent?
17        A.    I'd have to think through
18   the context a little bit.
19              But in some contexts, 1
20   percent would be de minimus and in other
21   contexts not.  And it depends on -- let
22   me leave it at that.
23        Q.    Okay.  If returns
24   constituted about 1 percent of the total
```

```
 1   amount of opioids being distributed to
 2   Cuyahoga or Summit counties, would you
 3   consider that to be 1 percent -- I'm
 4   sorry, let me --
 5        A.    Yes.  That was the easiest
 6   question I've had so far.
 7        Q.    It would be.  Let me
 8   rephrase.
 9              If returns constituted about
10   1 percent of the total amount of opioids
11   being distributed into Cuyahoga and
12   Summit counties, would you consider that
13   to be de minimus?
14        A.    In the context of my
15   opinions, yes.
16        Q.    Okay.  I would like you to
17   now look at the four exhibits that I
18   marked.  And I'm going to go through them
19   quickly and ask you yes-or-no questions.
20   And if you could answer yes or no, I
21   would appreciate it, and I'm sure my
22   colleagues would appreciate it who are
23   waiting to get up here and ask questions,
24   too.
```