PSJ19 Walmart Opp Exh 3 – WMT_MDL_000048101

Produced in Native Format

CONFIDENTIAL

WMT_MDL_000048101

# Portfolio Scoring Worksheet

| | | | | |
|---|---|---|---|---|
| Project Name: | Suspicious Order Monitoring | Program Name: | Health & Wellness Logistics | |
| | Overall Project Score : | 65 | | |

## Corporate Governance Scoring Section

### Improve Program Effectivenes

| | Score |
|---|---|
| **Improves Governance Program Maturity**<br>0 = No<br>3 = Yes | 3 |
| **Improves our Business Processes for Governance**<br>0 = No<br>3 = Yes | 3 |
| **Improves our Information usage for Governance**<br>0 = No<br>3 = Yes | 3 |
| Section Totals | 45 |
| Section Weight and Total Score | 5 |

**Explanation and Justification for Score**
Must provide the business plan for how this initiative will improve one of the three areas listed above.

### Risk Reduction (Existing or Emerging)

| | Score |
|---|---|
| **Is this a New or Emerging Risk?**<br>1 = No<br>3 = Existing<br>5 = New / Emerging | 3 |
| **Is the Risk being mitigated today by manual, systematic, or a combination of both today (regardless if optimal or not)?**<br>0 = Yes, with existing system and manual processes; just not optimal<br>1 = Yes with an existing system with no manual processes<br>3 = Yes, but manually with no existing system<br>5 = No, Emerging Risk that has no processes in place today | 5 |
| **What is the likelihood that the events or conditions underlying the Risk will occur?**<br>1 = Remote<br>2 = Unlikely<br>3 = Possible<br>4 = Likely<br>5 = Almost Certain | 4 |
| **What is the potential financial or reputational impact to the company if the events or conditions occur?**<br>1 = Minimal<br>2 = Significant<br>3 = Material<br>4 = Severe<br>5 = Catastrophic | 4 |
| **Will this effort mitigate any other Risk outside of your area?**<br>(If answered, YES, you must list in the Explanation the other Risk(s) being mitigate in the other area(s)).<br>0 = No<br>5 = Yes | 0 |
| Section Totals | 100 |
| Section Weight and Total Score | 20 |

**Explanation and Justification for Scores**

Controlled Substance Risk Assessment, Item 1

## Mandated or Executive Decree

| | Score |
|---|---|
| **What is the extent of the Legal or Regulatory requirement?**<br>(If there are global Implications, you must list the impacted countries and how they are impacted.)<br>1 = Local (Single State or Province)<br>2 = Multiple States / Province<br>3 = National<br>4 = Multiple Countries<br>5 = Global | 3 |
| **Is the effort related to a settlement agreement with a Government Agency, Court Order, or Consent Decree?**<br>(The Court Order or Consent Decree must be given along with the effective and expiration date.)<br>0 = No<br>5 = Yes | 5 |
| **Is this effort Executive directed?**<br>**Must provide the Executive directive given.**<br>1 = No<br>5 = Yes | 5 |
| **Is this effort Board directed or informed?**<br>**Must provide the Executive or Board directive given.**<br>1 = No<br>3 = Board Informed<br>5 = Board Directed | 3 |
| **Is there a Required Effective Date mandated by Legal or Regulation(s)?**<br>Provide Date {Input} | |
| **Is there a system "readiness date"? A date that the list must be in place.**<br>Provide Date {Input} | |
| Section Totals | 105 |
| Section Weight and Total Score | 37 |

Explanation and Justification for Score:
21 CFR 1301.74(b), DEA Memorandum of Agreement effective 3/17/11 - 3/17/15

## Corporate or Business Unit Strategic Alignment

| | Score |
|---|---|
| **Effort may also be identified as one of the following;**<br>1 = Builds Governance awareness<br>2 = Enhances Governance Maturity<br>3 = Strategic Alignment with Business Operations | 2 |
| **Is the effort ensuring alignment or compliance to a Corporate Policy or Directive?**<br>(If Yes, must provide the Corporate Policy Name and ID and/or Directive)<br>1 = No<br>3 = Yes | 3 |
| **This initiative will assist in achieving the business unit's goals and/or objectives.**<br>(Aligning goals and/or objectives must be provided.)<br>1 = No<br>3 = Yes | 3 |
| Section Totals | 24 |

| | Section Weight and Total Score | 4 |
|---|---|---|
| Explanation and Justification for Score POM 887 and POM 1385 | | |

## SECURITY

| | |
|---|---|
| Is the effort designed to mitigate physical security risks?<br>0 = No<br>5 = Yes | 5 |
| Is the effort designed to mitigate health or safety risks?<br>0 = No<br>5 = Yes | 5 |
| Is the effort designed to mitigate fraudulent activities?<br>0 = No<br>5 = Yes | 5 |
| Section Totals | 150 |
| Section Weight and Total Score | 30 |
| Explanation and Justification for Score<br>21 CFR 1301.74 (b) | |