PSJ19 Walmart Opp Exh 6 – WMT_MDL_000006511

| | |
|---|---|
| **From:** | Miranda Johnson |
| **To:** | edgar.rivera@accenture.com |
| **CC:** | tj.lennon@accenture.com; R.J. Hermans; Chris Benefield; Marisa Franklin |
| **Sent:** | 7/9/2015 9:08:47 PM |
| **Subject:** | RE: Project ID 28098 - Wal-Mart - 62128 - Drug Tracking |

Edgar,

Responses are below. Please let me know if Buzzeo has any additional questions.

Thanks,
Miranda Johnson, JD
**Director, Controlled Substances**
**Health and Wellness Practice Compliance**
Office: 479-273-4124  Alt: 336-298-7571
Miranda.Burris@walmart.com

Walmart ⁎ Compliance
*The Right Way - Every Day!*

---

**From:** edgar.rivera@accenture.com [mailto:edgar.rivera@accenture.com]
**Sent:** Friday, June 19, 2015 10:09 AM
**To:** Miranda Johnson
**Cc:** tj.lennon@accenture.com; R.J. Hermans; Chris Benefield; Marisa Franklin
**Subject:** FW: Project ID 28098 - Wal-Mart - 62128 - Drug Tracking

Good morning Miranda:

Please see below information needed by Buzzeo so they can provide us with their proposal.

Please provide information at your earliest convenience.

Best regards,

Edgar Rivera
Sourcing Execution Senior Analyst, IT / Telecom
Accenture Operations
Tel: (484) 690-5924
***Out of Office Alert***June 29 – July 3***


**From:** gglotz@us.imshealth.com [mailto:gglotz@us.imshealth.com]
**Sent:** Friday, June 19, 2015 9:44 AM
**To:** Rivera, Edgar
**Cc:** Lennon, Tj; accenturesourcing@walmart.com; phamby@us.imshealth.com
**Subject:** RE: Project ID 28098 - Wal-Mart - 62128 - Drug Tracking

Hello Edgar,

We will need to know the following information in order to provide a formal SOM Cloud Solution proposal.

1. Number of pharmacies: Please confirm: Walmart ~4,600 and possible Sam Club ~500 pharmacies? These numbers are correct
2. Number of Controlled Substance and Listed 1 Chemical (PSE) line items per day?

We average about 40,000 line items per day of controlled substances. We are also interested in possibly including non-controlled because we run a similar program to maintain VAWD accreditation. That would add 300,000 line items per day. We would like the pricing for two options: 1) Just controlled substances; 2) Controlled and non-controlled

3. The frequency of the daily orders, at what approximate times and what days per week? Ie: orders 2, 3, 4 times per day at 1pm EST, 5pm EST, M to F etc. We send an order file to the DC 1 time a day at apprx 10 PM (CST). This occurs every day: Monday, Tuesday, Wednesday, Thursday, Friday, Saturday, Sunday

4. We understand Walmart uses a Main frame for its ERP. Can you confirm what they use? Mainframe
5. Can you confirm we will receive all orders from a single feed vs multiple feeds? If multiple feeds, please explain. Currently could be 2 feeds, planned to move to 1 feed by the end of next year
6. The SOM solution has to look at all pharmacy orders regardless of who supplies the pharmacy. Can you outline how Walmart distributions to its pharmacies? Example, does Walmart mostly distribution controlled substances & PSE from its warehouses or does it also use one or more secondary wholesaler also? We would need to know all CS / PSE pharmacy ordering information regardless of whether the pharmacies order from Walmart's distribution facilities or secondary wholesalers. If Walmart uses secondary wholesalers, can you let us know if we will received all pharmacy ordering information in a single feed? The majority of our controlled substances come from Walmart's distribution facilities. We use McKesson as a back-up supplier. McKesson is the sole supplier of our PSE products, so those will not be included in the scope.

Thank you, Gary

Gary Glotz | Director, Business Development
BuzzeoPDMA
Now Part of IMS Health
1025 Boulders Parkway, Suite 301, Richmond, VA, 23225
Tel: 804-230-5003 | Cell: 804-677-6465 | email: gglotz@us.imshealth.com
www.rm.imshealth.com/solutions/compliance

---

**From:** Glotz, Gary (Richmond)
**Sent:** Thursday, June 18, 2015 11:30 AM
**To:** 'edgar.rivera@accenture.com'
**Cc:** tj.lennon@accenture.com; accenturesourcing@walmart.com
**Subject:** RE: Project ID 28098 - Wal-Mart - 62128 - Drug Tracking

Hello Edgar,

I will email you some questions later today that will help us scope out our SOM cloud proposal.

Thank you, Gary

Gary Glotz | Director, Business Development
BuzzeoPDMA
Now Part of IMS Health
1025 Boulders Parkway, Suite 301, Richmond, VA, 23225
Tel: 804-230-5003 | Cell: 804-677-6465 | email: gglotz@us.imshealth.com
www.rm.imshealth.com/solutions/compliance

---

**From:** edgar.rivera@accenture.com [mailto:edgar.rivera@accenture.com]
**Sent:** Wednesday, June 17, 2015 2:19 PM
**To:** Glotz, Gary (Richmond)
**Cc:** tj.lennon@accenture.com; accenturesourcing@walmart.com
**Subject:** Project ID 28098 - Wal-Mart - 62128 - Drug Tracking

Good afternoon Gary:

As you may know, Accenture has been working with Wal-Mart from a Procurement / Sourcing perspective on their need for the SOM solution. I understand that you have already had discussion with them on their requirements.

Would you be at a point now that you can provide a Scope of Work with pricing for your solution? Do you need any other information in order to provide that?

Please advise.

Thank you,

Edgar Rivera
Sourcing Execution Senior Analyst, IT / Telecom
Accenture Operations
Tel: (484) 690-5924
***Out of Office Alert***June 29 – July 3***

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the e-mail by you is prohibited. Where allowed by local law, electronic communications with Accenture and its affiliates, including e-mail and instant messaging (including content), may be scanned by our systems for the purposes of information security and assessment of internal compliance with Accenture policy.

www.accenture.com

CONFIDENTIAL

WMT_MDL_000006513