PSJ19 Walmart Opp Exh 7 – WMT_MDL_000052997

Produced in Native Format

CONFIDENTIAL

WMT_MDL_000052997

# Controlled Substance Risk Assessment: Executive Summary

## Project Status

| Project Name | Project Leader | Purpose | Delivery Date | Project Status |
|---|---|---|---|---|
| Suspicious Order Identification, Monitoring, and Reporting (SOMP) | Kristy Spruell | Design & operate a systems to detect suspicious orders and report to the DEA when discovered | TBD | R |
| Maximum order limits (SOMP) | Kristy Spruell | Establish additional maximum order limits of highly abused drugs | TBD | Y |
| Prescriber validation | Darren Townzen | Enhance or replace or current vendor prescriber data source to ensure accuracy & completeness of data | Ongoing | G |
| Refusal to Fill | Brad Nelson | Establish a process for the analysis of refusal to fill data and reporting problematic prescribers or patients internally | Ongoing | Y |
| Security Cameras CCTV - Pharmacy | Teresa Mahavier | Establish a remediation plan regarding our CCTV standards to meet our obligations with DEA MOA | May 2015 | Y |
| Corporate Processes | Tim Koch and Shelley Tustison | Create an advisory panel to facilitate the evaluation, implementation and accountability for risk assessment recommendations | Not started | Y |
| POM updates & Revisions | Tim Koch and Shelley Tustison | Complete suggested updates to POM's to ensure consistency in execution | Not started | Y |

# Suspicious Order Identification, Monitoring, and Reporting (SOMP): Timeline

## Roadblocks

**Current Week:**

**Prior Week:**

## Updates

**Current Week:**

**Prior Week:**

## Measure of Success & Deliverables

**Success Measures**

**Key Deliverables**

# Maximum order limits (SOMP): Timeline

## Roadblocks

**Current Week:**

**Prior Week:**

## Updates

**Current Week:**

**Prior Week:**

## Measure of Success & Deliverables

**Success Measures**

**Key Deliverables**  (*Italics = completed)

# Prescriber Validation: Timeline

### Measure of Success & Deliverables

**Success Measures**

**Key Deliverables** (*Italics = completed*)

### Updates

**Current Week:**

**Prior Week:**

### Roadblocks

**Current Week:**

**Prior Week:**

## Refusal to Fill: Timeline

**Roadblocks**

Current Week:

Prior Week:

**Updates**

Current Week:

Prior Week:

**Measure of Success & Deliverables**

Success Measures

Key Deliverables  (*Italics = completed)

# CCTV – Pharmacy: Timeline



**Timeline events:**
- 5/1/2013
- 5/13/2013 Survey to Chain
- 5/28/2013 Survey Completed
- 5/31/2013 Survey to SIS for Bid
- 6/14/2013 Data Compiled and Bid Presented
- 6/18/2013 Work Phase Assessment
- 6/27/2013 Work Phasing/Costing Complete
- 7/15/2013 Project Presented to J. Agwunobi and C. Bauza
- 8/26/2013 Financial Ask
- 9/15/2013 - 11/1/2013 Pilot Developed and Work Conducted by 3rd Party in FL
- 11/8/2013 Present Findings to JP Suarez
- 12/15/2013 Present Pilot Findings to Leadership
- 1/31/2014

## Measure of Success & Deliverables

### Success Measures
- Clarification of Standards to meet our obligations with DEA MOA
- Meet Obligations of DEA MOA

### Key Deliverables  (*Italics = completed*)
- *Survey completion deadline: 5/26*
- *Report Findings and work phasing in the Compliance Focus Meeting: 6/27*
- *Project presented to Carmen Bauza and John Agwunobi: 7/15*
- *Financial Ask presented to JP Suarez 8/26*
- Develop process for Pilot to be conducted in FL including all training for 3rd party
- Complete 30 Store Pilot in FL, 11/8
- Present costing validation based on results of pilot, to Leadership 12/15

## Updates

### Current Week:
- SAP # Received
- Work by 3rd party began on 10/28 to be completed by 11/8
- Develop timeline for 12 month push for project completion beginning in January 2014
- Process Development continuance for yearly audit process including how and where the audit is received and stored

### Prior Week:
- JP Approved Funding. Will have SAP# by EOD 10/18
- 3rd party to begin work on 30 store pilot in FL, 10/21 & to be completed no later than 11/8
- Findings to be presented to leadership by 12/15.

## Roadblocks

### Current Week:
- N/A

### Prior Week:
- Need SAP # for work to commence on 10/21

# Corporate Processes: Timeline

## Measure of Success & Deliverables

**Success Measures**

**Key Deliverables** (*Italics = completed*)

## Updates

**Current Week:**

**Prior Week:**

## Roadblocks

**Current Week:**

**Prior Week:**

# POM updates & Revisions: Timeline

### Roadblocks

**Current Week:**

**Prior Week:**

### Updates

**Current Week:**

**Prior Week:**

### Measure of Success & Deliverables

**Success Measures**

**Key Deliverables**  (*Italics = completed)