PSJ19 Walmart Opp Exh 10 – PKY180257493

# Wal-Mart Pharmacy
# Live Satellite CE Program

# New Trends in the Use of Opioids in Pain Management

**Neil Irick, M.D.**
Pain Resource Center, Indianapolis, IN

**Henry Freedy, Pharm.D.**
Mercy Hospital, Pittsburgh, PA

Tuesday, July 9, 1996
6:30 p.m. to 8:30 p.m. (CST)

Two hours of CE credits
will be provided.



Sponsored by an unrestricted
educational grant from
The Purdue Frederick Company

Please post in the Pharmacy.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7000270966
PDD1701036581

PKY180257493

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)