PSJ19 Walmart Opp Exh 11 – PKY180512514

| PROGRAM ID | HONORARIA |
|---|---|
| 41 | 1000 |

| OTHER EXPENSES | |
|---|---|
| PROGRAM ID | |
| AIRFARE | |
| HOTEL | |
| GROUND TRANSPORT. | 100.0 |
| MEALS | |
| MATERIAL PREP. | |
| ADMINISTRATIVE FEES | |
| AV./ROOM CHARGES | |
| MISCELLANEOUS | |
| TOTAL OTHER EXP. $ | |

**PURDUE** LECTURE PROGRAM GROUP

Check No. 0100022265
Cost Center: 8101

PAY TO THE ORDER OF: Jennifer Strickland, Harm. D.

PAYABLE THROUGH NORWEST BANK, RED WING, N.A., RED WING, MN 75-46/919

NOT GOOD FOR MORE THAN $5,000.00

NON NEGOTIABLE

LECTURE PROGRAM COPY

7007816305

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD1701292188

PKY180512514

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

9/3/99  Program ID: 103417  Talk ID: 103756

## PURDUE PHARMA L.P.
### SPEAKER CONFIRMATION AND FOLLOW-UP FORM

| | |
|---|---|
| Organization: Treasure Coast Pharmacy Association | Contact: Lee Fallon |
| Talk Date: November 14, 1999 | Contact Phone: (561) 778-1202 |
| Talk Time: 6:30 pm | Purdue Rep: Allen Brzozowski |
| Talk Title: Use of Opioids in Chronic Cancer and Non-Cancer Pain Management: The Myths and Realities | |
| Talk Location: Fairfield Suites, 2000 NW Courtyard Circle, Banquet Room, Port St. Lucie, FL | |

**LECTURE CONFIRMATION INFORMATION:**

Jennifer Strickland, PharmD.
430 Boger Blvd. South
Lakeland, FL 33803

When booking travel refer to the code below:

**LP**

*Because of regulatory considerations, please be advised that if during your talk, you discuss any of our products, this should be within only the framework of approved labeling and approved recommended indications and uses for the product.*

**PROGRAM ASSESSMENT BY SPEAKER:** (Form to be completed by speaker post lecture and returned in enclosed envelope):

Talk Title (if different than above): _____
Audience Size: 60    Audience Knowledge of Topic: fair    How helpful was Purdue Rep? very
In a few words, please give us your overall impression of the program: The group was a mixed retail/hospital/long-term care pharmacy group — a fair base knowledge - They were extremely interested + attentive + had excellent questions related to their actual practices. Overall, well-coordinated program + interested crowd.

**FINANCIAL SUPPORT INFORMATION:** ___ **PLEASE ATTACH RECEIPTS**
Type (as directed by provider):    (X) Direct To Speaker
Travel Agency Arrangements:    ( ) Not applicable in funding
    (X) If required -- Only arrangements made through Wagonlit Travel will be covered.
    (phone: 800-745-3210)

Hotel covered for ___ Night(s)

| | | | |
|---|---|---|---|
| Honorarium: $900.00 | (1099) | Mileage ($0.25/mile) | 360 miles = 90⁰⁰ |
| Total Expenses: $ 90.00 | (Bypass 1099) | Tolls/Parking | |
| | | Hotel | |
| | | Meals | |
| | | Other | |

Grand Total: $ 990.00

Check payable to:    Jennifer Strickland, PharmD.    SS# / Tax ID #: REDACTED
430 Boger Blvd. South
Lakeland, FL 33803

If different than
above please specify:    Name: _____    SS# / Tax ID #: _____
    Address: _____

Signed (Speaker): _Jenny Strickland_    Date: 11/29/99

If you have any questions, please call Kymberly Kittridge at Purdue Pharma L.P. (203) 854-7193.

| | | |
|---|---|---|
| (For Purdue Office Use Only) | Date to accounting dept: _____ | Approved by: _____ |
| Requested by: Kymberly Kittridge | Med Ed Use _____ | (revised 12/21/1998 Version 1.9) |
| General Ledger No.: _____ | PP/209 ( )   OXY | PF/0101 ( )   UNI |
| Description: November 14, 1999, Vero Beach, FL (Treasure Coast Pharmacy Association) | | |

7007816306

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD1701292189

PKY180512515

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

MEDICAL EDUCATION
SPEAKERS BUREAU COVER SHEET

| TRACKING NUMBER: | REQUESTING SALES REP: | TALK DATE/TIME: | SPEAKER: |
|---|---|---|---|
| 103417 | Allen Brzozowski | 11/14/99 6-8:30 | Jennifer Strickland, PharmD |

DATE OF CONFIRMATION WITH INSTITUTION: 8/31/99

Notes:
LM 8/25/99

DATE OF CONFIRMATION WITH SPEAKER: 8/23/99

Notes:

DATE OF CONFIRMATION WITH REPRESENTATIVE: _____

Notes:

SPEAKERS BUREAU (✓)          (DIRECT?) OR  ED GRANT?          HONORARIUM: $ 400—
MANAGED CARE ( )              TAX ID #: _____              FOOD COSTS: $ _

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7007816307
PDD1701292190

PKY180512516

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



**PURDUE**

*Purdue*
*100 Connecticut Avenue*
*Norwalk, CT 06850-3590*
*(203) 853-0123*
*Fax: MedEd (203) 851-5213*
*Lecture Programs (203) 851-5252*

## Purdue
## Speaker Request Form

Rep Region #: 01050000            Rep Territory #: 01050726
Rep Name: Allen Brzozowski, Jr.   Lecture City/State: Port St. Lucie, FL
Date submitted to District Manager: 7/27/99
Date submitted to Home Office:
# of days lead-time (from date submitted to Home Office to lecture date):

**Is this Meeting:**

A single presentation?  [Y]
Part of a half day [ ]  or full day meeting? [ ]
A Seminar or Symposium? [ ]

Purdue has the opportunity to exhibit:  Yes [Y]  No [ ]

**Meeting Description/Name** (eg: Grand Rounds, Tumor Board, Pivotal Dinner)
Treasure Coast Pharmacy Association Pivotal Dinner

**Date of Lecture Program/Seminar/Meeting:**
First choice: 11/14/99
Alternate dates:
Start and Finish Time: 6:30pm to 7:30pm

**Name of person responsible for meeting:** Lee Fallon
Job Title: President, Treasure Coast Pharmacist Association
Department: Pharmacy
Organization: Walmart, Pharmacy Manager
Street: 5555 20th Street
City: Vero Beach        State: FL       Zip: 32966
Telephone: 561-778-1202     Fax: 561-778-2224

7007816308
PDD1701292191

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180512517

**Speaker Request Form, pg 2**

E-Mail: _____

**Requested Topics:** (if multiple speakers, please state which topic relates to which speaker)

Use of Opioids in Chronic Cancer and Non-Cancer Pain Management: The Myths and Realities

**Meeting Location:** (please include room and address)

Organization: Fairfield Suites
Address: 2000 NW Courtyard Circle
         Banquet Room
City: Port St. Lucie          State: FL     Zip: 34986

| | | | |
|---|---|---|---|
| **Estimated Total Attendance:** 100 | | **Costs/Fees involved:** | |
| MDs: _____ | | Food: $ 750.00 | |
| Nurses: _____ | | Administrative fees: $ _____ | |
| Residents: _____ | | AV Rental: $ _____ | |
| Pharmacists: 100 | | Miscellaneous (please specify): _____ | |
| PAs: _____ | | | |
| Others (please specify): _____ | | | |

This request is for a single speaker [X] / multiple speakers [ ]

If multiple speakers are requested, how many? _____

**Requested Speaker(s) and distance from lecture location:** (Please provide a minimum of 2 choices in order of preference)

**Speaker choices:**

1) Jennifer Strickland, Pharm.D.
2) _____
3) _____

**Distance (in miles) and travel time from lecture site:**

1) 150 miles; 3 hours (by car)
2) _____
3) _____

7007816309
PDD1701292192

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180512518

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

**Speaker Request Form, pg 3**

Are any of the speakers new to the Speakers Bureau?   Yes [ ]   No [X]

**If yes to above, a Speaker Recommendation Form and current curriculum vitae must be submitted to the home office with sufficient time to allow for approval and recruitment.**

Have there been, or will there be programs submitted that are associated with this event?
Yes [ ]   No [X]   If yes, please outline the events below.

NOTE: Grouped programs must be submitted within a period of *5 business days*.

Please check the following:

The speaker has [X]   has not [ ]   *tentatively* agreed to this lecture engagement.

**Other Comments:**

This program represents a huge opportunity for Purdue since 100 pharmacists from the Treasure Coast area of Florida will be in attendance. Pharmacists from retail and hospital pharmacies (including Hospital Pharmacy Directors and retail pharmacy managers) in the Treasure Coast area (which includes the area from Sebastian to Jupiter, FL) are members of the association. This lecture will not only be key in educating pharmacists on the role of opioids in pain management, and why Oxycontin (and Palladone XL) are the best choices of opioid analgesics, but also improving the potential of Palladone XL being placed on area hospital formularies.

District Manager Name: _____   Approval date: _____

7007816310
PDD1701292193

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180512519

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)