PSJ19 Walmart Opp Exh 12 – PKY180512520



**Purdue Pharma L.P.**
100 Connecticut Avenue
Norwalk, CT 06850-3590
(203) 853 0123
Fax (203) 851 5252

September 3, 1999

Mr. Lee Fallon
Treasure Coast Pharmacy Association
Walmart Pharmacy
5555 20th Street
Vero Beach, FL 32966

Dear Mr. Fallon:

This letter confirms that **Jennifer Strickland, PharmD.** is scheduled, as per your request, to lecture at **Fairfield Suites**, **2000 NW Courtyard Circle**, **Banquet Room**, **Port St. Lucie**, **FL on November 14, 1999 at 6:30 pm for Treasure Coast Pharmacy Association**. The title of the presentation will be **"Use of Opioids in Chronic Cancer and Non-Cancer Pain Management:The Myths and Realities"**.

Purdue Pharma L.P. will provide funding for this continuing education program. In compliance with Company policy, please find enclosed our "Letter of Agreement" which a Purdue Pharma L.P. designee has signed.

Your signature (or that of a designee at your institution) is required on this document and should be returned to me as soon as possible. Forward the signed original "Letter of Agreement" in the enclosed self-addressed stamped envelope. Please maintain a signed copy of the agreement for your records. This Agreement cannot be amended.

Should you wish to contact the speaker, he/she may be reached using the information below:

> Jennifer Strickland, PharmD.
> 430 Boger Blvd. South
> Lakeland, FL 33803

**Please note that we must receive this signed Agreement prior to the program in order to be in compliance with the ACCME Standards for Commercial Support. Additionally, Company policy requires a signed Letter of Agreement in order to initiate payment of funds.**

If you have any questions, please do not hesitate to contact me at (203) 854-7193 or email me at kymberly.kittridge@pharma.com.

Sincerely,

Kymberly Kittridge
Lecture Coordinator

*Dedicated to Physician and Patient*

7007816311
PDD1701292194

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180512520

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)