PSJ19 Walmart Opp Exh 13 – PKY180640921

**CENTRAL REGION**

1.   **SALES RESULTS**

- Record sales month mainly due to OxyContin sales
- Record quarter for MS Contin / MS Generic sales
- Record quarter for Uniphyl sales

2.   **COMPETITION**

- Kadian - it's reported that Zeneca has made contact with hospitals, oncology offices, key anesthesiologists, retail pharmacies, CPP's and hospices - basically to gain information and provide pricing. They're stressing q.d., dosing, better blood levels and cost advantage (from feedback from nurses in oncology office). They appear to have Xponent or ScripTrac information - important for all reps to implement strategy related to the promotion of OxyContin, MS Contin and Kadian. Need to make contact with key customers ASAP.
- Duragesic still competitor and has highest market share in Region
- Roxanne conducting trials of long acting oxycodone prep in Speedway - involving patients with non-malignant pain and utilizing 10 and 30 mg tablets - also utilizing 5 mg immediate release. Following the study which appears to be 4 weeks, patients are provided with 90 day supply after which they are on their own.

3.   **MAJOR HOSPITAL SUCCESSES**

- 8 Hospitals added Purdue products to Formulary (primarily OxyContin and OxyIR)

4.   **CHAIN/RETAIL/WHOLESALER PROMOTION**

- Several reps were successful in gaining auto shipping of Uniphyl 600 mg to area stores Congratulations and thanks to Managed Care Division for help in gaining auto shipment from Walgreens, Wal-Mart, and Rite-Aid from DM's and Paul - they help significantly in getting the 600 mg off to a fast start

5.   **MANPOWER**

- Ten territories to be filled and two reps in initial training

6.   **FLEET**

- One replacement car
- Suggestion that we amend current SOP related to personal use of care for company business - agree and think DM's should have to OK due to the compensation for personal use

7.   **ADMINISTRATIVE**

*bcr/bcr796/bas*

7801227349
PDD1701421200

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640921

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

- Suggest we begin moving all E-Mail Home Office communications to our cc:mail systems since 2 remaining regions will be up and running first week of October.

8.     CUSTOMER COMPLAINTS

- Various Walgreens were unhappy with difficulty in getting OxyIR from local wholesaler. Problem was specifically in Chicago area and have been resolved after discussions with GR Green

9.     MARKETING IDEAS / SUGGESTIONS

- Pleased with DM Meeting in Chicago - demonstrated positive impact our managers can have on development of marketing and sales strategies and sales pieces. Think it would be our best interest to develop a task force of DM's to work with Marketing - could assign one or two DM's per region to be responsible for gathering ideas from other members of the region to share ideas and provide assistance in critiquing new sales pieces and strategies - could also be responsible for testing new pieces, products or strategies in the districts

10.     13 REPS WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227350
PDD1701421201

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640922

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

BUCKEYE DISTRICT

1.    SALES RESULTS

- First quarter 1996 had record sales with second quarter being stronger than first - mainly   due to OxyContin and Uniphyl
- Laxative Line showing good 3 vs 3 trends due to emphasis we placed on laxative protocols
- Hospital and CPP invoices growing at record pace

2.    COMPETITION

- Zeneca rep informed rep she will be calling on pain clinics and primary care for Kadian - received her training binder and will be tested - national meeting is early September and promotion for Kadian begins immediately after
- Large CPP in Columbus purchased another CPP with over 6000 beds - this can be a problem since facility is substituting MS Contin with Oramorph - this facility had over $12M in profits in 1995

3.    MAJOR HOSPITAL SUCCESSES

- Two major hospitals in district are taking OxyContin to formulary committee - chances are excellent it will be approved

4.    CHAIN/RETAIL/WHOLESALER PROMOTION

- Buyer has been persuaded to auto ship to all stores in Akron, OH for Youngfellow

5.    MANPOWER

- Two territories to be filled

7.    ADMINISTRATIVE

- Will we begin moving E-mail programs to Word?  Examples:  Speakers request, Literature request, SRQ's - it would make these forms easier to copy, replace and update.
- Rapid turnaround time on speakers request is noticed and appreciated by all reps

9.    MARKETING IDEAS / SUGGESTIONS

- Large opportunity to gain OxyContin business - routine at larger hospitals is as follows:  each patient that has been in pain while at the hospital receives a visit from the acute pain center discharge team - they visit each patient and make recommendations for medication to be used outpatient - try to convince facilities to trial OxyContin in place of Percocet - if successful, OxyContin will be put into the pain protocols! Can we send mailings to discharge nurses and directors of Acute Pain Services?

10.    1 REP WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227351
PDD1701421202

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640923



*bcr/bcr796/bas*

7801227352
PDD1701421203

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640924

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

PACER DISTRICTS

1.    SALES RESULTS

- Record month in FFP
- OxyContin sales continue to grow at excellent rate

2.    COMPETITION

- Publication put out by Schering that does not warn against evening dosing as Theo 24's does, but it doesn't give any mention in positive manner to evening dosing - is there anything we can do to protect the distribution of this piece?  It's obviously supported by Schering.
- Only promotion so far of Kadian has been distribution of pharmacist CE program on Long Acting Narcotics distributed in Cincinnati - we could not gain a copy of the program - others have been able to however

3.    MAJOR HOSPITAL SUCCESSES

- 1 Hospitals added OxyContin to Formulary through Abbott rep and Purdue rep teamworking

4.    CHAIN/RETAIL/WHOLESALER PROMOTION

- Thanks to National Accounts for gaining chain autoship from Walgreens, Walmart, RiteAid, etc. - given us a great boost to retail stocking efforts so we can begin to promote Uniphyl 600 mg ahead of schedule - then we can continue to stock product in additional accounts while promoting to physicians

5.    MANPOWER

- One territory to be filled

7.    ADMINISTRATIVE

- Format of June's DM meeting great - good to have depth added to coverage of management related topics versus just sales topics - if DM's are to make transition to a Business Unit Manager, management and business related topics will continue to need to be covered - suggested topic for future is addressing increased diversification in hiring/promotion areas within sales department.

9.    MARKETING IDEAS / SUGGESTIONS

- Support is needed on appropriate use of opioids in non-malignant pain management - OxyContin will be heavily impacted as far as use outside cancer pain by prevailing atmosphere - excellent articles are available  on this topic

10.    2 REPS WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227353
PDD1701421204

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640925

*bcr/bcr796/bas*

7801227354
PDD1701421205

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640926

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

PIONEER DISTRICT

1.  SALES RESULTS

- Good month for District on Xponent reports
- First Rx reports on OxyContin are encouraging

2.  COMPETITION

- Reports from the field that Zeneca reps are dropping hints to clients about new product
- Roxane rep said they will be attending National Launch meeting for new AIDS drug during August - may have an effect on their Oramorph production

3.  MAJOR HOSPITAL SUCCESSES

- 3 Hospitals added OxyContin to formulary

4.  CHAIN/RETAIL/WHOLESALER PROMOTION

- Great news on RiteAid, Walgreens, and Walmart automatically shipping Uniphyl 600 - Congrats to National Accounts for job well done!

5.  MANPOWER

- Two territories to be filled

7.  ADMINISTRATIVE

- One-day Manager's meeting was excellent - very pleased to see Mark Alfonso, Mike Innaurato, and Jose Fojas ready to take comments on new visual aid and integrate into final version - I think our comments will help make reps presentations stronger
- Concerned regarding revision of SOP regarding managers awards - some mistakes on the one just sent out - should be sent out very quickly to avoid any confusion
- Good idea to continue to purchase First Rx reports for OxyContin as long as possible - reps need to know who customers are to continue to get most business they can

9.  MARKETING IDEAS / SUGGESTIONS

- Suggestion from DM Meeting that marketing materials for OxyContin not mention any kind of pain (cancer or arthritis) and just talk about pain - the DR's have already niched product in their minds because they see it's for cancer pain - applies significantly to FP's and IM's who immediately think of it as stronger than anything they'd like to use or feel comfortable using

*bcr/bcr796/bas*

7801227355
PDD1701421206

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640927

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

GREAT LAKES NORTH DISTRICT

1.    SALES RESULTS

- Strong increase in OxyContin sales as well as record sales for MS Contin (due to rise in 100 mg and 200 mg sales)
- Stocking of OxyIR slowly improving

2.    COMPETITION

- Starting to hear from retail accounts and hospices Zeneca's starting pre-launch activity of stocking and setting appointments to present product

3.    MAJOR HOSPITAL SUCCESSES

- St. Luke's Hospital expanding usage of Betasept to more departments - still working to get OR to use it
- Stocking/Formulary approval of OxyContin increasing every month

4.    CHAIN/RETAIL/WHOLESALER PROMOTION

- Biggest problem of OxyIR stocking is due to poor stocking of product at Whitmire wholesalers - constant backorders are an issue - don't like to have to order 2 or 3 times to get the product.

6.    FLEET

- One replacement car

7.    ADMINISTRATIVE

- Would like color printer like reps - would save company money on the cost of sending out overheads - could be sent via cc:mail and we could print in color - make materials for meetings and memos/bulletins more effective at getting the message out
- Continue First Rx data for OxyContin and addition of Uniphyl 600 mg - looking for a way to tag doctors in Precise system that show up on First Rx - can monitor call frequency and quality of reps calls on these important people

9.    MARKETING IDEAS / SUGGESTIONS

- "Approved on Formulary" stickers would be helpful - if we could have a blank spot for individual plans and have reps fill them in based on enrollment of DR's, would be most effective use

10.    3 REPS WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

bcr/bcr796/bas

7801227356
PDD1701421207

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640928

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

███████████████████████████

GREAT LAKES SOUTH DISTRICT

1.    SALES RESULTS

- Best quarter in history
- OxyContin 25% increase over past month
- Uniphyl tied best month ever

3.    MAJOR HOSPITAL SUCCESSES

- 4 more hospitals stocking OxyContin

4.    CHAIN/RETAIL/WHOLESALER PROMOTION

- MSC vs Oramorph presented to Director of Managed Care to Walgreens nationally - agreed should be considered by Extended Care facilities who might be considering switch - also presented  new pharmacy inservice chapter on pain management - she requested to be allowed to attend future pain management training (Boca Raton through normal channels).

5.    MANPOWER

- One rep off disability, one vacancy filled

9.    MARKETING IDEAS / SUGGESTIONS

- Triplicate script holder with dosing info on OxyContin included in top flap - to be pursued
- Sample signature card holder with place on top flap for marketing inserts (to be used when DR is signing for samples, marketing inserts to be used by reps to initiate conversation on selected products while DR signing

10.   2 REPS WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227357
PDD1701421208

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640929

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

ALLEGHENY DISTRICT

1.    SALES RESULTS

- Sales trend for OxyContin is up, but below our expectations.  Strategies in place are geared to increase noise level of OxyContin with everyone our sales reps come in contact with
- Sales trend for Total MS Contin is up - district strategies for MS Contin is to place MS Contin in step 3 of the W.H.O. pain ladder - relegate MS Contin for patients who need morphine - present MS Contin as alternative to OxyContin
- Sales trend for Uniphyl is up

2.    COMPETITION

- Palliative Care Letter attached by Roxane Labs (Ed Gargasz)
- Clinical from Journal of Clinical Oncology attached on oral sustained-release hydromorphone for cancer patient's pain (Mark Radcliffe)

3.    MAJOR HOSPITAL SUCCESSES

- 23 Hospitals purchasing OxyContin

4.    CHAIN/RETAIL/WHOLESALER PROMOTION

- Currently have 172 stores stocked with OxyContin/Uniphyl 600 mg

5.    MANPOWER

- One territory recently filled

7.    ADMINISTRATIVE

- Guidelines for standards of care of acute painful episodes in patients with Sickle Cell Disease attached (Marty Martinosky)
- "OxyContin, the first opioid and the last opioid" - Marketing suggestion by Karen Kralik
- Schedule DM meetings in middle of the month (most recent Xponent data is available then)

10.    1 REP WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227358
PDD1701421209

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640930

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

VIKING DISTRICT

1.    SALES RESULTS

- Record FFP month in May
- Strong MS Contin/MS Generic total
- Improving OxyContin sales - continue to grow

2.    COMPETITION

- Duragesic sales beginning to slow due to targeting of key writers with OxyContin - many DR's amenable to using OxyContin in place of Duragesic in opioid-naive patient
- Kadian - continuing to try to stock product at local hospitals and pharmacies - goal is to prevent addition of drug and downplay benefits - we have more info on product than their sales personnel - need to exploit this and show our strength in market

3.    MAJOR HOSPITAL SUCCESSES

- Key HMO plans don't have MSIR or OxyIR - golden opportunity - tremendous amount of Roxicodone business and only real issue is price - we should negotiate price to gain widespread access
- Bundling of products allows significant change in formulary status - our bundling ability may be limited, but it appears to be wave of the present

4.    CHAIN/RETAIL/WHOLESALER PROMOTION

- Efforts on Uniphyl 600mg at independent wholesalers continue to be well received - list of previous Uniphyl purchasers is a terrific way to control stocking and set goals

5.    MANPOWER

- One territory unstaffed

6.    FLEET

- Keyless entry system should be included for every vehicle - offers advantage of added security for reps - cost of easier access system would appear to be worth this added benefit
- Policy regarding use of personal car should be modified - should include approval of DM or RM to rep using personal car - will assure reps make attempts to obtain rentals - reimbursement policy is quite liberal in its monetary return and could be misused

7.    ADMINISTRATIVE

- Looking for formal form to counsel reps for excellent/poor sales performance or commendable/inappropriate behavior - separate standardized for would be helpful - provide better control

*bcr/bcr796/bas*

7801227359
PDD1701421210

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640931

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

- Compromise - instead of single option initial offer being for specific salary with 2 weeks vacation, a reduced salary with 3 weeks vacation may be offered as option for candidate to select - current reps could be offered the 3rd week at reduction of current salary

9.     MARKETING IDEAS / SUGGESTIONS

- Physician Preceptorships would be well received - option is to allow key clinicians to spend time learning at noted institutions from "experts" - 3-5 day preceptorship would allow hands-on training combined with coursework - ROI could be remarkable.  Another way is to do Preceptorships is to place reps at key specialty DR within their territory for a few days - would allow reps to work closely with DR to see how spend their day and where various modes of therapy are appropriate - may allow rep to discuss positioning of products - pain clinic or hospice would be enlightening for reps - this is done by many other companies

10.     2 REPS WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227360
PDD1701421211

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640932

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

**SPEEDWAY DISTRICT**

1.    SALES RESULTS

- Focus continues to be placement of OxyContin and multiple calls on core DR's
- 82% of time 3 products are presented

2.    COMPETITION

- Roxane Labs conducting 2 trials in district on long acting Oxycodone prep - involves patients with non-malignant pain and uses 10 and 30 mg tabs with 5mg immediate release for rescue dose - lasts about 4 weeks - after that they are on their own - they are then being put on OxyContin
- PF speaker, Julie Painter, contacted by Zeneca rep - reps will be in training in Texas on Kadian and will begin heavy promotion after labor day

3.    MAJOR HOSPITAL SUCCESSES

- 3 hospitals have either MS Contin or OxyContin on formulary and in stock

4.    CHAIN/RETAIL/WHOLESALER PROMOTION

- Dr. very impressed with Wal-Mart pain management program on 7/9 - being able to address such a large audience at one time - to address issue of proper pain management is critical and Dr. Irick looks forward to participating in these types of programs in future

5.    MANPOWER

- One rep on medical leave returned

9.    MARKETING IDEAS / SUGGESTIONS

- Rep report excellent feedback to new Uniphyl visual aid - shows rope tightening around chest - seems to do well grabbing DR's attention - paints good picture as to what patients may be going through

10.    1 REP WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227361
PDD1701421212

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640933

PLAINS/CENTRAL DISTRICT

1.     SALES RESULTS

- Disappointing compared to previous month
- Expect we will see OxyContin sales increase greater than May

2.     COMPETITION

- Glaxo Wellcome's latest mailings are attached

3.     MAJOR HOSPITAL SUCCESSES

- One new hospital added OxyContin on formulary
- GHP (Group Health Plan) largest closed provider in St. Louis, will approve OxyContin on formulary - tremendous potential for all members in trading area since over 12 sites and over 100 DR's including and specialists and consultants practicing in this network
- Our current philosophy is:  If you don't have movement at the institutional level, your key DR's aren't writing it the way they should, both at the retail and hospital level - another important issue is that you realize your progress a month sooner than what indicted in Xponent data so you see where you stand faster - real potential lies in outpatient clinics and CPP's

9.     MARKETING IDEAS / SUGGESTIONS

- Several ideas for new Precise generated letters came out of 2 day District meeting
- Letters address OxyContin formulary status would be helpful - could/should involve HMO's, PBM's, etc., as well as hospitals - letter reminding or reiterating formulary status would be tremendous help and cut down follow-up calls necessary to get it going at hospital level
- Managers meeting 6/12 and 6/13 interesting and productive - focus on management skills useful in reinforcing skills and learning about new ideas
- Idea/twist on the T.I.M.E. concept emphasizing speed of titration and more deliberate approach to pain management attached - need a piece like this to specifically address shortcomings of patch - spells out number of days to titration
- Lilly conducting/sponsoring 4 day diabetic training program for purpose of making them diabetic specialists - similar program would be good program for PF
- Idea was expressed at District meetings how useful and practical it would be to extend GPO volume discounts for CPP's - makes a lot of sense since there would not only be a clinical reason to switch patients from combo analgesics, but also fiscal one
- Interesting Publication - Iowa and Missouri LTC state directories - gives number of beds in each home - targeting tool

*bcr/bcr796/bas*

7801227362
PDD1701421213

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640934

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

WESTERN REGION

1. SALES RESULTS

- Record month for Region
- MS Contin continues to do well
- Betasept continues to add volume to the Region
- After disappointing year in 1995, Betadine Hospital Products doing well
- Factory sales for Region strong through July

2. COMPETITION

- Reports of "study" on long-acting oxycodone preparation continue - being done by Roxane
- DM's indicate no knowledge at customer level for Kadian - only those involved in studies know about it - reports are indicating that once our information is presented, most customers say they don't see a place for Kadian
- Volmax appearing more in a lot of markets - possibly get this added to Uniphyl TCR?

3. MAJOR HOSPITAL SUCCESSES

- Currently have 165 hospitals committed to stocking/formulary of OxyContin
- 4 new hospitals added OxyContin

4. CHAIN/RETAIL/WHOLESALER PROMOTION

- DM's report WalMart video pain symposium went well - problem on timing of program on West Coast- reps turned into an inservice

5. MANPOWER

- Three vacancies and 14 expansion territories created and 1 district created

7. ADMINISTRATIVE

- Virtual Office made its way to DM's - well received and looking forward to full implementation
- Dell notebook had a motherboard failure - Steve Duke had same problem - could this be a common problem?
- DM's provided positive feedback concerning Kadian training meeting in Chicago - leading to very clear message at the field level
- DM's reporting Speakers Bureau programs being expedited and that all is running very smoothly

9. MARKETING IDEAS / SUGGESTIONS

- Approved for MediCal stickers not available for reps - would be helpful
- Dave Uekert suggested audiotape for OxyContin - for MD to listen to in car - received positive feedback when we did this for Uniphyl

*bcr/bcr796/bas*

7801227363
PDD1701421214

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640935



10.    15 REPS WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227364
PDD1701421215

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640936

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

MILE HIGH DISTRICT

1.    SALES RESULTS

- Uniphyl beginning to show improvement

2.    COMPETITION

- Not much from Kadian in district - after rep outlined issues with Kadian the response was there is no place for our practice
- OxyContin appears to have impact on Duragesic - "patch" market share is flattening and we are getting good take from hospice where conversions are taking place to OxyContin from patch

3.    MAJOR HOSPITAL SUCCESSES

- Currently have 35 hospitals committed to stocking/14 on formulary of OxyContin
- 1 new hospitals added OxyContin

4.    CHAIN/RETAIL/WHOLESALER PROMOTION

- OxyContin stocking gone well to date - reps reporting 72 stocked stores - need to improve OxyIR distribution and will meet goal of 30 stores per territory by 10/1
- Uniphyl - reps reporting 155 stores currently stocking 600mg tablet - auto ship big help

5.    MANPOWER

- All territories filled

7.    ADMINISTRATIVE

- Liked Virtual Office summary sent out - compiling Precise data into district averages - look forward to receiving on regular basis and to have areas of measurement expanded

9.    MARKETING IDEAS / SUGGESTIONS

- Last District meeting - audio-tape on OxyContin to be used as leave behind for physicians - get the tough to see DR up to speed on OxyContin and rapidly increase comfort level with product

10.    4 REPS WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227365
PDD1701421216

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640937

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

██████████████████████████████████████████

## CIMARRON DISTRICT

### 1.  SALES RESULTS

- As district, focusing on making appropriate number of calls for Uniphyl, targeting VA's working core lists, establishing 5-10 MD's as super cores, working CPP market, setting up speaker programs to influence market with less promotional time

### 2.  COMPETITION

- St. Francis hospital did study on Kadian - Hospice involved in this study and reports good results - cost has been objection to OxyContin because MSC is much below OxyContin in price - price of Kadian to hospitals could be barrier that keeps them out of St. Francis
- Brochure from Central Oklahoma Compounders - several reasons to use compounded medications - no mention of cost savings - also a list of pharmacies who compound (attached by Grant Faubion)

### 3.  MAJOR HOSPITAL SUCCESSES

- 6 new hospitals added OxyContin

### 4.  CHAIN/RETAIL/WHOLESALER PROMOTION

- Can't get info from wholesalers in the district on autoship lists - would be helpful if these lists could be obtained at level higher than local level
- Excellent distribution for Uniphyl 600mg through Eckerds, Wal-Mart, and Walgreens - thanks go to National Accounts
- Would be helpful if could get OxyContin, MS Contin and Uniphyl recommended by Omni Care HQ as preferred products
- Pharmacists reluctant to change CII prescription - may be helpful if Walgreens HQ sent out letter stating OxyIR is preferred brand of immediate release oxycodone due to cost saving and to be dispenses for any 5 mg oxycodone prescription unless tabs are specified

### 7.  ADMINISTRATIVE

- Group VM for DM's including District members only and not RM - messages clutter RM VM

### 9.  MARKETING IDEAS / SUGGESTIONS

- Helpful to provide Dr.'s with list of medications to use as alternatives to medications that alter theophylline levels - DR's resist using theophylline because favorite medications change levels - list would make it easier to prescribe Uniphyl
- Three pain management articles attached (Terry Jerry/Gene Snook)
- American Medical Directors Association developing core curriculum for nursing home medical directs to be certified as hospice physicians by 97 - pain management will be a part of this - would like PF to be involved in this project through a grant to facilitate multiple meetings and initiate accreditation process - fastest growing segment of hospice market is nursing homes and extended

*bcr/bcr796/bas*

7801227366
PDD1701421217

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640938

care corporations are starting to buy/start up own hospices - prudent for us to be involved due to product line and we are heavily involved in long term care and hospice markets

*bcr/bcr796/bas*

7801227367
PDD1701421218

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640939

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

ARMADILLO DISTRICT

1.    SALES RESULTS

- OxyContin sales almost tripled since April
- Uniphyl showing solid trends
- MS Contin slight improvement
- Laxatives remain strong

2.    COMPETITION

- Roxane - price discrepancies between Roxanol and MSIR - result is no business
- Very little activity on Kadian at this point

3.    MAJOR HOSPITAL SUCCESSES

- 4 new hospitals added OxyContin

4.    CHAIN/RETAIL/WHOLESALER PROMOTION

- DC's have new products stocked - forced distribution of Uniphyl 600 mg to program subscribers
- Work with Bergen to develop local distribution of flyers of Uniphyl 600mg as well as OxyIR and OxyContin

7.    ADMINISTRATIVE

- Thanks to Medical Education for fantastic job

9.    MARKETING IDEAS / SUGGESTIONS

- Premiums available for Purdue products - go for quantity rather than quality - reps would rather have several hundred BIC pens to give everyone instead of few MontBlanc knockoffs that break
- Impact greater when area blanketed with items with OxyContin name

10.    3 REPS WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227368
PDD1701421219

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640940

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

OLYMPIC DISTRICT

1.    SALES RESULTS

- Uniphyl growth rate improved - back on positive growth rate
- MS Contin slightly down
- OxyContin - 2.8% market share in retail market
- Betadine Hospital Products show positive sales growth

2.    COMPETITION

- Fear of patients suing if encounter problems with theophylline is still main obstacle
- Jansen/Roxane attacking 2:1 conversion ration and play cost strategies off of it - Jansen's own charts use 2:1 ratio, they don't realize

3.    MAJOR HOSPITAL SUCCESSES

- 40 hospitals currently have OxyContin

5.    MANPOWER

- Two territories recently filled and two territory searches still going on

6.    FLEET

- One car with overheating problems - placed new car order

*bcr/bcr796/bas*

7801227369
PDD1701421220

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640941

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

## GRAND CANYON DISTRICT

1. **SALES RESULTS**

- Sixth month in a row we've set record high for Xponent sales
- OxyContin - starting to see more use from Oncologists and HMO coverage still big issue
- Uniphyl - highest month to date
- Betasept - second highest month to date

2. **COMPETITION**

- Mailer sent out to hospices from Hospice Provider Group attached - questioned as to why PF is not one of participating manufacturers
- Roxane reps conducting joint inservices with Cost Containment Specialist in Safe Harbor Hospice - considering using Oramorph SR instead of MS Contin
- Have not been any accounts in districts that were aware of Kadian
- Advertisement for concentrated oral morphine solution from Ethex Corp. attached - mentions Ethex as alternative to MSIR and Roxanol

3. **MAJOR HOSPITAL SUCCESSES**

- 5 new hospitals added OxyContin

4. **CHAIN/RETAIL/WHOLESALER PROMOTION**

- Forced distribution of Uniphyl 600mg at Wal-Mart and Walgreens greatly appreciated - really helps to save the reps time

5. **MANPOWER**

- Two expansion territories only vacancies

7. **ADMINISTRATIVE**

- Kadian training for managers excellent - helped put in place effective barriers to launch - hard work into this program appreciated
- Co-promo with Abbott moving slowly - not had many successes
- New hiring policy is great
- Hope we continue to purchase First RX data for OxyContin - useful tool - also Uniphyl?
- Printers reps received very much appreciated - easy to use and huge improvement

9. **MARKETING IDEAS / SUGGESTIONS**

- Scroll pens for OxyContin great! - same info on laminated leave behind card would be helpful - show DR's how to start with OxyContin along with appropriate rescue dose of OxyIR

*bcr/bcr796/bas*

7801227370
PDD1701421221

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640942

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

Companies starting offering incentives to accounts able to drive market share for certain products - seems like good way to increase usage of products and attempt to build entry barriers against competitors

*bcr/bcr796/bas*

7801227371
PDD1701421222

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640943

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

MISSION DISTRICT

1.     SALES RESULTS

- MSC/MSG highest sales on record
- Uniphyl highest sales on record
- Laxative sales turned in good performance for 4 week month

2.     COMPETITION

- 2 DR's agreed to do study for Zeneca on Kadian - attempting to uncover more specifics about these studies
- Roxane Labs pursuing AIDS and hospice market through hospice provide network - passes cost savings along to groups and makes Roxane's products profitable for pharmacies participating in group - Roxane actively promoting participation in hospice provider network to AIDS clinics and hospices
- Jansen provided CPP with funding to conduct pain management seminar for pharmacists and nurses active in hospice and nursing homes

3.     MAJOR HOSPITAL SUCCESSES

- 5 new hospitals added OxyContin
- 2 hospitals switching to Betadine and Betasept

4.     CHAIN/RETAIL/WHOLESALER PROMOTION

- Continue to stock OxyContin and OxyIR at retail pharmacies - no shortages during recent months
- Would be nice to have Uniphyl 600mg auto stocking at bigger chains in CA

5.     MANPOWER

- One territory vacant

6.     FLEET

- One car in storage

10.    1 REP WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227372
PDD1701421223

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640944

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

LA NORTH DISTRICT

1.    SALES RESULTS

- OxyContin sales continue to be disappointing
- Good month for OxyContin sales to CPP's

2.    COMPETITION

- Volmax slim jim attached (Michele Ringler)
- Pain Assessment Guide attached (Julie Caradonna)
- Whitehall Labs listing "Some things to consider if you take acetaminophen" (Tony Chill) - might be good for us to consider since we're promoting against the fixed combination drugs
- Latest Serevent reprint sent in also (Tony Chill) - study on efficacy and tolerability of inhaled salmeterol and individually dose-titrated theophylline in patients with reversible airways disease - what results would be like had they compared to Uniphyl?
- Roxane attempting to create doubt on our 1:2 ratio - trying to unbrainwash a particular DR with documentation and proof available

3.    MAJOR HOSPITAL SUCCESSES

- 1 new hospitals added OxyContin - direct result of Pam Veal's efforts with Pulmonary Dept.

4.    CHAIN/RETAIL/WHOLESALER PROMOTION

- Stocking of Uniphyl 600 mg going well
- Wholesaler did telemarketing on Uniphyl and stocked 45 stores
- Significant problems with Valencia branch of Bergen with out-of-stocks with OxyContin - initial purchases were low and drove purchases - once a month reorders too low for demand - successful

5.    MANPOWER

- One rep on disability returned
- One rep on two week leave to handle wives health issues

7.    ADMINISTRATIVE

- Thanks to Wendy LaChance in helping to train reps on computer - ran special programs detailed to level of user
- Ernie Merlino's staff very supportive -
- WAZZU virus still going around

8.    CUSTOMER COMPLAINTS

- More requests for liquid OxyIR

*bcr/bcr796/bas*

7801227373
PDD1701421224

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640945

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

- Concern regarding turnaround time in processing narcotic orders with Cardinal - PF sits on orders for up to 6 days before shipping

9.    MARKETING IDEAS / SUGGESTIONS

- Reps want stickers with just product name on it for OxyContin, MS Contin, Uniphyl and Senokot
- White packaging of Uniphyl samples doesn't stand out in sample cabinets - brighter sample packs would be a solution
- Speaker's Bureau member suggested "Partners Against Pain" professional educational tool - manual for improving hospital pain management - information in BCR

10.    5 REPS WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227374
PDD1701421225

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640946

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

## GOLDEN GATE DISTRICT

1.    SALES RESULTS

- Record month for district - set new record high for third time
- Uniphyl continues to be a challenge for district
- Utilize more samples strategically for Laxatives
- Three strong months in a row for antiseptics

2.    COMPETITION

- Abbott version of OxyContin 18 page visual attached
- Unidur "summer" give away trying to tie summer and consistent blood levels together attached
- Volmax slim jim attached - speaking our language in terms of NHLBI guidelines - should help reinforce our Uniphyl messages

5.    MANPOWER

- One territory vacant, one territory filled and currently interviewing for 2 expansion territories and 2 vacancies

7.    ADMINISTRATIVE

- Attended Manager Skills Development Program - help get skills up to speed - great timing and able to gain some insight into thinking like a manager

9.    MARKETING IDEAS / SUGGESTIONS

- OxyIR file cards assist in Oral PCA message and stops promotion of Roxicodone - 2 reps mention these file cards are currently out of stock

10.    1 VACANT TERRITORY WITH 12 MO. XPONENT SALES GROWTH LESS THAN $40,000

*bcr/bcr796/bas*

7801227375
PDD1701421226

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640947

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

SUMMARY OF ALL BCR'S - TOTAL

1.    SALES RESULTS

| | | |
|---|---|---|
| • Record sales month due to OxyContin sales | | 10 |
| • Record sales for MS Contin / MS Generic | | 6 |
| • Record sales for Uniphyl | | 9 |
| • Laxative Line showing good trends - utilize samples more effectively | | 4 |
| • Hospices/CPP invoices growing at record pace | | 1 |
| • Record month for FFP sales | | 3 |
| • Good month for Xponent/Factory sales | | 3 |
| • OxyContin sales trend up in Allegheny, but below expectations | 1 | |
| • Focus continues on placement of OxyContin and multiple call to core DR's | | 1 |
| • Focus on # calls for Uniphyl, targeting VA's, working CPP market, etc. | | 1 |
| • 82 % of time in Speedway District, 3 products are presented | | 1 |
| • Betadine Hospital Products/Antiseptics doing well | | 4 |
| • MS Contin slightly down in Olympic District | | 1 |
| • OxyContin sales disappointing in LA North District | | 1 |
| • Uniphyl continues to be a challenge for Golden Gate District | | 1 |

2.    COMPETITION

| | | |
|---|---|---|
| • Kadian is making contact with hospitals, oncology offices, key anesthesiologists, retail pharmacies, CPP's and hospices - basically to gain information and provide pricing - Important for all reps to implement strategy related to promotion of OxyContin, MS Contin, Kadian - need to make contact with key customers ASAP; Only promotion so far is distribution of pharmacists CE program on Long Acting Narcotics - we could not gain copy of program; Zeneca rep informed she will be calling on pain clinics and primary care for Kadian - received training binder and will be tested - national sales meeting early 9/96 and promotion begins shortly after that; Zeneca reps dropping hints about new product; we have more info on drug than their sales reps - need to exploit this and show strength in market; cost could be barrier for Kadian; most customers don't see place for Kadian | | 10 |
| • Roxane conducting long acting oxycodone trials in Speedway District - involves patients with non-malignant pain and uses 10mg and 30mg tabs - after study, patients are provided with 90 day supply after which they're on their own; price discrepancies between Roxanol and MSIR - result is no business | | 3 |
| • Roxane rep said they'll be attending National Launch meeting for new AIDS drug during August - may have affect on Oramorph production; Roxane reps conducting joint inservices in Safe Harbor Hospice - they are considering using Oramorph SR instead of MS Contin; | | 2 |
| • Large CPP in Columbus purchased another with over 6000 beds - could be a problem since facility is substituting MS Contin with Oramorph - had over $12M in profits in 1995 | 1 | |
| • Schering publication does not warn against evening dosing as Theo 24 does, doesn't give mention in positive manner to evening dosing - could we protect the | | 1 |

bcr/bcr796/bas

7801227376
PDD1701421227

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640948

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

distribution of this piece?

- Several attachments to BCR'S relating to pain management, palliative care, oncology    14
- Duragesic sales slow due to target of key writers of OxyContin; OxyContin appears    2
  to have impact on Duragesic - getting good take from hospices where conversions
  are taking place to OxyContin from patch

*bcr/bcr796/bas*

7801227377
PDD1701421228

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640949

- PF speaker, Julie Painter, was contacted by Zeneca rep - their reps will be training in Texas on Kadian and will begin heavy promotion after labor day    1
- Volmax appearing a lot more in market - can we get this added to Uniphyl TCR?    2
- Jansen/Roxane attacking 2:1 conversion ratio; Jansen providing CPP with funding to conduct pain management seminar    3
- Fear of patients suing if encounter problems with theophylline is still obstacle    1
- Lilly is conducting/sponsoring a 4 day diabetic training program for purpose of making them diabetic specialists - similar program would be good for Purdue    1

3.    MAJOR HOSPITAL SUCCESSES

- 70 new hospitals added OxyContin to formulary    1
- Expanding usage of Betasept in one Hospital; 2 Hospitals switching to Betadine & Betasept    1
- Stocking of OxyContin increasing every month    1
- Slow stocking of OxyIR improving    1
- Key HMO plans don't have MSIR or OxyIR - golden opportunity    1
- Bundling of products seem to be wave of the present    1
- GHP (Group Health Plan) will approve OxyContin on formulary - tremendous    1
- Current philosophy:  If you don't have movement at the institutional level, key DR's are not writing the way they should, both at retail and hospital level - another important issue is that you realize progress a month sooner than Xponent data so you see where stand faster - real potential lies in outpatient clinics and CPP's    1

4.    CHAIN / RETAIL / WHOLESALER PROMOTION

- Successful in gaining auto ship of Uniphyl 600mg to area stores - Congrats and thanks to National Accounts for help gaining auto ship at Walgreens, Wal-Mart, RiteAid ; saves the reps some time;    5
- Buyers have been persuaded to auto ship to stores    1
- Problem with poor stocking of OxyIR - constant backorders are issue    1
- OxyContin/Uniphyl stocking going well    4
- MS Contin vs. Oramorph presented to Dir. Managed Care at Walgreens - would like to attend other pain management training in future    1
- Impressive Wal-Mart pain management program on 7/9 - large audience a plus    1
- Wal-Mart video pain symposium went well    1
- Helpful if OxyContin, MS Contin and Uniphyl recommended by Omni Care HQ as preferred products    1
- Auto ship lists would be helpful if obtained at higher level than local    1
- Helpful if Walgreens HQ sent out letter stating OxyIR preferred brand of immediate release oxycodone due to cost saving and dispense for any 5 mg oxycodone script unless tabs are specified    1
- Need to work with Bergen to develop local distribution of flyers of Uniphyl 600mg as well as OxyIR and OxyContin; significant problems with Bergen out-of-stocks of OxyContin    2
- Nice to have Uniphyl 600mg auto stocking at bigger chains    1

*bcr/bcr796/bas*

7801227378
PDD1701421229

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640950

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

5.    MANPOWER

- 25 vacancies - 18 expansion territories, 1 expansion district; 5 territories filled
- 2 reps in training
- 3 reps off of medical leave or disability
- 1 rep put on family medical leave

*bcr/bcr796/bas*

7801227379
PDD1701421230

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640951

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

6.  FLEET

- One replacement car                                                                                      1
- Suggested amending current SOP related to personal use of car for company business  2
  - think DM's should have to OK due to compensation for personal use and possible misuse  1
- Keyless remote entry system should be included for every vehicle - offers advantage       1
  of added security for the reps
- One car with overheating problems - new car has been ordered                            1
- One car in storage                                                                      1

7.  ADMINISTRATIVE

- Suggest begin moving Home Office communications to cc:mail system since 2 regions        2
  left will be up and running first week of October
- Rapid turnaround time on speakers request noticed and appreciated by reps - thanks   4
- June DM meeting great - coverage of management topics great - suggested future             1
  topic is addressing increased diversification in hiring/promotion areas within sales
- One day Managers meeting was great                                                         1
- Concern regarding version of SOP regarding managers awards - corrections should            1
  be sent out quickly to avoid confusion
- Purchase First Rx data for OxyContin as long as possible                                   3
- Would like color printer like reps have - more effective for overheads, etc.              2
- DM meetings should be scheduled mid-month to capture latest Xponent data                  1
- Formal form to counsel reps for excellent/poor performance or commendable/           1
  inappropriate behavior - standardized would be helpful - better control
- Possible negotiate with candidates/current reps for 3 weeks vacation at lower salary       1
- Virtual Office big hit with DM's - looking forward to full implementation                 2
- Group voice mail to DM's without RM's - less clutter for RM's voice mail                  1
- New hiring policy is great                                                            1
- Kadian training for managers excellent - helped put effective barriers in place for        1
  launch - hard work that went into this program appreciated
- Thanks to Wendy LaChance for helping train reps on computer through specialized            1
  classes down or up to their level
- Managed Health Care Group very supportive - thanks!                                        1
- WAZZU virus still hanging around                                                          1
- Manager Skills Development Program great - able to gain insight                            1

8.  CUSTOMER COMPLAINTS

- Walgreens unhappy with difficulty in getting OxyIR from local wholesaler                   1
- More requests for Liquid OxyIR                                                            1
- Concern re: turnaround time processing narcotic orders for Cardinal - PF sits on           1
  orders for up to 6 days before shipping - this is their perspective

9.  MARKETING IDEAS / SUGGESTIONS

*bcr/bcr796/bas*

7801227380
PDD1701421231

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640952

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

- DM Meeting in Chicago - best interest to develop task force of DM's to work with Marketing to share ideas and provide assistance on sales pieces and strategies    1
- Opportunity to gain OxyContin business with acute pain center discharge team members - try to convince facilities to trial OxyContin in place of Percocet - can we send mailings to discharge nurses and directors of Acute Pain Services?    1
- Support needed on appropriate use of opioids in non-malignant pain mgmt    1
- DM Meeting - suggestion that OxyContin marketing material not mention any kind of pain, just general - get out of niche of being for just cancer pain    1
- "Approved on Formulary" stickers helpful - blank spot for individual plans and reps fill out based on enrollment of DR's - most effective use;  approved for "MediCal" stickers are not available for reps - would be helpful    1
- Triplicate Script holder with dosing information for OxyContin included in top flap - idea to be pursued    1
- Sample signature card holder with place for marketing inserts to initiate conversation on selected products with DR's while signing    1
- Physician Preceptorships - allow key clinicians to spend time at noted institutions - 3-5 day would allow hands-on training combined with coursework- ROI could be remarkable - other ways as well    1
- Excellent feedback on new Uniphyl visual aid    1
- Several ideas came out of 2 day Central District meeting for Precise letters    1
- Managers meeting 6/12 and 6/13 interesting and productive    1
- Interesting targeting tool - Iowa and Missouri LTC state directories which gives number of beds in each home    1
- Suggested audiotape for OxyContin for DR to listen to in car - received positive feedback when did for Uniphyl    2
- American Medical Directors Association developing core curriculum for nursing home medical directors to be certified as hospice physicians by 97 - pain management will be a key part of this; would like Purdue to be involved in this project through a grant to facilitate multiple meetings and initiate accreditation process - fastest growing segment of hospice market is nursing homes and extended care corporations are starting to buy/start up own hospices; prudent for us to be involved due to product line and we are heavily involved in long term care and hospice markets    1
- Premiums available for products - reps would rather have several hundred BIC pens for everyone instead of few MontBlanc knock-offs - scrolls pens were great, though!    1
- Impact is greater when market flooded or blanketed with items with OxyContin name on it - should we order more?  come up with more?    1
- Change color of Uniphyl sample packages - hard to see in sample cabinets    1
- OxyIR file cards are out of stock    2

10.    38 REPS WITH 12 MONTH XPONENT SALES GROWTH LESS THAN $40,000

bcr/bcr796/bas

7801227381
PDD1701421232

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640953

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

SUMMARY OF OXYCONTIN/OXYIR BCR INFORMATION

1.    SALES RESULTS

- Record sales month for OxyContin
- OxyContin sales trend up in Allegheny, but below expectations
- OxyContin sales disappointing in LA North District

2.    COMPETITION

- Important for all reps to implement strategy related to promotion of OxyContin, MS Contin, and Kadian - need to make contact with key customers ASAP - Kadian beginning to make contact with certain types of customers basically to gain information and provide pricing
- Duragesic sales slow due to target of key writers of OxyContin - OxyContin appears to have impact on Duragesic - getting good take from hospices where conversions are taking place to OxyContin from patch

3.    MAJOR HOSPITAL SUCCESSES

- 70 new hospitals added OxyContin to formulary
- Stocking of OxyContin increasing every month
- Slow stocking of OxyIR is improving
- Key HMO plans don't have OxyIR - golden opportunity!
- GHP (Group Health Plan) will approve OxyContin on formulary - tremendous!

4.    CHAIN / RETAIL / WHOLESALER PROMOTION

- Problem with poor stocking of OxyIR - constant backorders are an issue
- OxyContin stocking is going well
- Helpful if OxyContin is recommended by Omni Care HQ as preferred products
- Helpful if Walgreens HQ sent out letter stating OxyIR is preferred brand of immediate release oxycodone due to cost saving and dispense for any 5 mg oxycodone script unless tabs are specified
- Significant problems with Bergen out-of-stocks of OxyContin

8.    CUSTOMER COMPLAINTS

- Walgreens unhappy with difficulty in getting OxyIR from local wholesaler
- More requests for liquid OxyIR

9.    MARKETING IDEAS / SUGGESTIONS

- OxyContin business opportunity with acute pain center discharge teams - convince facilities to trial OxyContin in place of Percocet - can we send mailings to them?
- Suggested OxyContin marketing material not mention particular pain niche - make generalized
- Triplicate Script holder with dosing information for OxyContin included in top flap - this idea should be pursued

*bcr/bcr796/bas*

7801227382
PDD1701421233

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640954

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

- Suggested audiotape for DR's to listen to in car - received positive feedback on other products audiotapes - great way to impact the "hard to see" DR's
- Impact is greater when the market is flooded or blanketed with items with OxyContin name on it - should we order more or come up with more ideas?
- OxyIR file cards are out of stock

*bcr/bcr796/bas*

7801227383
PDD1701421234

HIGHLY CONFIDENTIAL - ACCESS RESTRICTED BY COURT ORDER

PKY180640955

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)