PSJ19 Walmart Opp Exh 14 – PKY180794346

Bob Dufour
Ph: 501-273-4071
Walmart

Abby
Ph: 501-273-6874

Tracking #: 136

# 1996 SYMPOSIUM INFORMATION SHEET

| | |
|---|---|
| **SOCIETY NAME:** | Walmart Pharmacy Services |
| **CONFERENCE TITLE:** | New Trends for the Use of Opioids in Pain Management |
| **CONFERENCE DATES:** | Tuesday, July 9, 1996 |
| **CITY, STATE:** | Bentonville, AR |
| **HOTEL/HOSPITAL:** | Walmart Pharmacy Services |
| **CONTACT:** | Name: Robert L. Lantos    Phone: 718-488-1065 |
| | Addr.: Arnold & Marie Schwartz College of Pharmacy and Health Sciences, 75 Dekalb at University Plaza Brooklyn, NY 11201 |
| **PROGRAM:** Spkr: | Pain Management |

Hank Freedy, PharmD
Neil Irick, MD

2125 Stores
200-300 Live

500 - VRW
600 (successful)

**EXPECTED ATTENDANCE:**

**TYPE OF AUDIENCE:** Pharmacists

**REP/DM TO COVER MEETING:**

$8500 Admin Fee Paid 5/31
$1500 Consult. Fee Paid 5/31

| SOCIETY: | |
|---|---|
| Follow Up with Society _____ (Confirmation Letter/CVs) | Ed Grant:   Rec'd: 6/10    $20,000 Pd 1st 6/11 Spkr Dir: _____ Paid: _____   Pd 2nd 6/17 |
| Society Letter of Agreement | Sent: 5/1  Rec'd: 5/9 |
| **SPEAKERS:** | |
| Speaker Confirm.: Sent: 5/10 | Hank Freedy, PharmD $1,000 Rec'd: 7/16  Paid: 7/18 Neil Irick, MD $1,000  Rec'd: 7/16  Paid: 7/18 |
| **FIELD FORCE:** | |
| DM Memo Re Exhibit/Rep to Cover | Sent:        VM: |
| Rep Memo-Exhibit/Eval. Form Exhibit Package Questionnaire | Sent:   Rec'd:   F/U: |
| | |
| **PRODUCT:** | **DATE FILED:** |

8102697818
PDD1701576981

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180794346

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

# WAL★MART PHARMACY DIVISION
## PROFESSIONAL SERVICES
### Bentonville, AR

## INVOICE

**TO:** Christine DiDominico
Medical Education
Purdue Frederick
100 Connecticut Avenue
Norwalk, CT 06850-3590

**FROM:** Abby Cole
Professional Services Coordinator
Wal-Mart Pharmacy Division

**SUBJECT:** CE Satellite Program

**DATE:** 6/5/96

| Date | Description | Total Due |
|---|---|---|
| 07/09/96 | New Trends for the Use of Opiods in Pain Management | $10,000 |

*(handwritten: V ok 6/10/96)*

Please issue a check for an unrestricted educational grant to Wal-Mart Pharmacy for the support of the above program.

Please make check payable to Wal-Mart Pharmacy Division and mail to :

Wal-Mart Pharmacy Division
Professional Services
Attn: Abby Cole
702 S.W. 8th Street
Bentonville, AR 72716-8037

If you questions or require additional information please contact me at (501)273-6874.

*(handwritten:)*
Date to Acct: 6/11/96
Requested by: Christine DiDomenico
Description: Walmart fee, 7/9, 1st Installment
General Ledger: 67120-4800 OXY PP/209

ceems

8102697819
PDD1701576982

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180794347

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

# WAL★MART PHARMACY DIVISION
## PROFESSIONAL SERVICES
## Bentonville, AR

# INVOICE

TO: Christine DiDominico
Medical Education
Purdue Frederick
100 Connecticut Avenue
Norwalk, CT 06850-3590

FROM: Abby Cole
Professional Services Coordinator
Wal-Mart Pharmacy Division

SUBJECT: CE Satellite Program

DATE: 6/5/96

| Date | Description | Total Due |
|---|---|---|
| 07/09/96 | New Trends for the Use of Opiods in Pain Management | $10,000 |

Please issue a check for an unrestricted educational grant to Wal-Mart Pharmacy for the support of the above program.

Please make check payable to Wal-Mart Pharmacy Division and mail to :

Wal-Mart Pharmacy Division
Professional Services
Attn: Abby Cole
702 S.W. 8th Street
Bentonville, AR 72716-8037

If you questions or require additional information please contact me at
(501)273-6874.

*Date to Acct: 6/17/96*
*Requested by: Christine DiDomenico*
*Description: 2nd Installment Walmart Fee, 7/9*
*General Ledger: 67120-4800 OXY PP/209*

ceems

8102697820
PDD1701576983

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180794348

Jennifer Harris- abby
Sr. Professional Svcs.
ph: 501-273-6874

Date of Conference: Tues., July 9
Society: Walmart
Contact: Bob Dufore
Title/Department: Dir. Professional Svcs.
Address: 701 SW 8th St

City: Bentonville State: AR Zip: 72716
Phone: 501-273-6874 Fax:

Title of Conference:
Conference Location: Walmart Headquarters
Address:
City/State: Bentonville, AR.

Date
Time: 6:30p
(2 hr)

Estimated Audience:
Doctors:
Nurses: 3000 Pharmacists
Others: 200 DM.

(only 1 spkr)
(but) ✓

Speakers:
Stephen Long (Sara)   Topic: Pain Mgmt
Phone: 804-828-7246

no following sat
vacation wk
Michael Levy
Phone: 215-728-3632

$
w/o yes
Hank Freepy
Phone: 412-232-8111

$   yes
Narcessian     Pharm mgmt of Pain
Phone:

Have the speakers been contacted?
Will there be other speakers?

8102697821
PDD1701576984

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180794349

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

Disperse Money:

PF pay speakers directly on behalf of organization? _____

PF pay educational grant to organization? _____
  TIN: _____
  Check Payable: _____
  Mailing Address: _____


Exhibiting:

Is there an opportunity to exhibit? _____

Is there an additional cost to exhibit? _____

If so, will it be discounted due to exhibiting? _____

Miscellaneous:

1.   Confirm all information received from the field force.

2.   Is the society charging a registration fee to offset the cost of F&B?

    If the society is expecting PF to pay for F&B, tell them that PF does not normally pay for F&B as they are sponsoring the speakers - need HL's approval.)

3.   Is the society giving CEU? PF can not assist.

```
3/25 - L/m Bob to call.
3/25 - L/m Lantos to call.
3/25 - L/m Long - avail.
3/25 - L/m Long - avail.
4/9 - L/m Long - avail
4/9 - L/m Freesy - avail
4/9 - Long not avail
4/9 - L/m Levy - avail
4/11 - Levy not avail
4/11 - L/m Macessian - avail
```

8102697822
PDD1701576985

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180794350

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

1/96  THE PURDUE FREDERICK COMPANY – MEDICAL EDUCATION DEPARTMENT
SPEAKER CONFIRMATION AND FOLLOW-UP FORM   May 10, 1996

Organization: **Walmart Pharmacy Services**  Contact: **Bob DuFour**
Location of Meeting: **Walmart Pharmacy Services**  Contact Phone: **501-273-4071**
City/State: **Walmart Pharmacy Services in Bentonville, AR**
Conference Date(s): **Tuesday, July 9, 1996** (6:30pm - 8:30pm)
Topic (requested): Use of Opioid Analgesic Agents in the Mgmt of Moderate to Severe Chronic Pain (6:35pm - 7:20pm)

********************************************************************************

**LECTURE CONFIRMATION INFORMATION:**

Hank Freedy, PharmD
Mercy Hospital, 1400 Locust St.
Pittsburgh, PA 15219

********************************************************************************

PROGRAM ASSESSMENT BY SPEAKER (Form to be completed by speaker post lecture and returned in enclosed envelope):

Topic (presented): _____
Audience: Size _____ Reaction: _____ Knowledge of Topic _____
In a few words, please give us your overall impression of the program:_____

**FINANCIAL SUPPORT INFORMATION:**

Type (as directed by Provider):   ( X ) Direct to Speaker;   ( ) Provider to Reimburse Speaker
Travel Agency Arrangements:   ( X ) Arranged through PF **(Only arrangements made through Wagonlit Travel will be covered (phone: 800-745-3210)**
  ( ) Not Covered by PF   ( ) Arranged Through Provider

Hotel covered for _____ night(s)

Honorarium: **$1,000** (1099)
Total Expenses: $_____ (Bypass 1099)   Mileage ($.22/mile)  _____
     Tolls/Parking  _____
     Hotel  _____
     Meals  _____
     Other  _____

Grand Total   $_____     **PLEASE ATTACH RECEIPTS**

**CHECK INFORMATION:**

Payable: Hank Freedy, PharmD      SS# or Tax Id # _____
Send: Mercy Hospital, 1400 Locust St.
Pittsburgh, PA 15219

Signed (speaker): _____   Date: _____

If you have any questions, please call Christine DiDomenico at Purdue Frederick (203) 854-7242

********************************************************************************
(For PF Office Use Only)  Date to Accounting Department _____
Requested By: ___Christine DiDomenico___   Description: _____
General Ledger No. _67120-4800  OXY___   PP/0209 ( X )_____  PF/0101 ( )_____
Approved by: _____   Med Ed Use _____

8102697823
PDD1701576986

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180794351

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

1/96         THE PURDUE FREDERICK COMPANY – MEDICAL EDUCATION DEPARTMENT
              SPEAKER CONFIRMATION AND FOLLOW-UP FORM     May 10, 1996

Organization:           Walmart Pharmacy Services     Contact: **Bob DuFour**
Location of Meeting:    Walmart Pharmacy Services     Contact Phone: 501-273-4071
City/State:               Walmart Pharmacy Services in Bentonville, AR
Conference Date(s):     Tuesday, July 9, 1996 (6:30pm - 8:30pm)
Topic (requested):      Pain Control, Shifting the Paradigm (7:20pm - 8:00pm)

*************************************************************************************

**LECTURE CONFIRMATION INFORMATION:**

Neil Irick, MD
Pain Resource Center, 2020 W. 86th Street, Suite 310
Indianapolis, IN 46260

*************************************************************************************

PROGRAM ASSESSMENT BY SPEAKER (Form to be completed by speaker post lecture and returned in enclosed envelope):

Topic (presented): _____
Audience: Size _____ Reaction: _____ Knowledge of Topic _____
In a few words, please give us your overall impression of the program:_____
_____

**FINANCIAL SUPPORT INFORMATION:**

Type (as directed by Provider):   ( X ) Direct to Speaker;   ( ) Provider to Reimburse Speaker
Travel Agency Arrangements:   ( X ) Arranged through PF **(Only arrangements made through Wagonlit Travel will be covered (phone: 800-745-3210)**
                            ( ) Not Covered by PF    ( ) Arranged Through Provider

Hotel covered for _____ night(s)

Honorarium:   $1,000 (1099)
Total Expenses:  $_____    (Bypass 1099)      Mileage ($.22/mile)   _____
                                               Tolls/Parking        _____
                                               Hotel                  _____
                                               Meals                 _____
                                               Other                 _____

Grand Total   $_____                          **PLEASE ATTACH RECEIPTS**

**CHECK INFORMATION:**

Payable:    Neil Irick, MD                SS# or Tax Id # _____
Send:      Pain Resource Center, 2020 W. 86th Street, Suite 310
         Indianapolis, IN 46260

Signed (speaker): _____   Date: _____

If you have any questions, please call Christine DiDomenico at Purdue Frederick (203) 854-7242

*************************************************************************************

(For PF Office Use Only)   Date to Accounting Department _____
Requested By: ___Christine DiDomenico_____   Description: _____
General Ledger No. 67120-4800    **OXY**      PP/0209 ( X ) _____    PF/0101 ( ) _____
Approved by: _____     Med Ed Use _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8102697824
PDD1701576987

PKY180794352

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

1/96       THE PURDUE FREDERICK COMPANY -- MEDICAL EDUCATION DEPARTMENT
           SPEAKER CONFIRMATION AND FOLLOW-UP FORM        May 10, 1996

Organization:        Walmart Pharmacy Services          Contact: Bob DuFour
Location of Meeting: Walmart Pharmacy Services          Contact Phone: 501-273-4071
City/State:          Walmart Pharmacy Services in Bentonville, AR
Conference Date(s):  Tuesday, July 9, 1996 (6:30pm - 8:30pm)
Topic (requested):   Pain Control, Shifting the Paradigm (7:20pm - 8:00pm)
********************************************************************************
**LECTURE CONFIRMATION INFORMATION:**

Neil Irick, MD
Pain Resource Center, 2020 W. 86th Street, Suite 310
Indianapolis, IN 46260

********************************************************************************
PROGRAM ASSESSMENT BY SPEAKER (Form to be completed by speaker post lecture and returned in enclosed envelope):

Topic (presented): _Same_
Audience: Size __?__   Reaction: __?__   Knowledge of Topic __?__
In a few words, please give us your overall impression of the program: _Superb way to impact as many people as possible with one lecture in one site! Can we do this for other retailers?_

**FINANCIAL SUPPORT INFORMATION:**

Type (as directed by Provider):    ( X ) Direct to Speaker;   ( ) Provider to Reimburse Speaker
Travel Agency Arrangements:        ( X ) Arranged through PF (Only arrangements made through Wagonlit Travel
                                        will be covered (phone: 800-745-3210)
                                   ( ) Not Covered by PF    ( ) Arranged Through Provider

Hotel covered for _____ night(s)

Honorarium:      $1,000 (1099)
Total Expenses:  $ 119.52  (Bypass 1099)        Mileage ($.22/mile)   _____
                                                Tolls/Parking         ~ 15.
                                                Hotel                 ~ 58.57
                                                Meals                 _____
                                                Other Car Rental      ~ 45.95

Grand Total   $119.52                           **PLEASE ATTACH RECEIPTS**

**CHECK INFORMATION:**

Payable:  Neil Irick, MD                        SS# or Tax Id # __35-1554015__
Send:     Pain Resource Center, ~~2020 W. 86th Street, Suite 310~~.
          Indianapolis, IN 46260      9240 N. Meridian, Ste 340
Signed (speaker): _[signature]_              Date: 071296

If you have any questions, please call Christine DiDomenico at Purdue Frederick (203) 854-7242
********************************************************************************
(For PF Office Use Only)  Date to Accounting Department __7/17/96__
Requested By: __Christine DiDomenico__          Description: Walmart, 7/9, Irick
General Ledger No. _67120-4800_  OXY            PP/0209 ( X ) _____   PF/0101 ( ) _____
Approved by: _[signature]_                      Med Ed Use _____

8102697825
PDD1701576988

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180794353

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

| | | |
|---|---|---|
| 1/96 | THE PURDUE FREDERICK COMPANY -- MEDICAL EDUCATION DEPARTMENT SPEAKER CONFIRMATION AND FOLLOW-UP FORM | May 10, 1996 |

Organization: **Walmart Pharmacy Services**  Contact: **Bob DuFour**
Location of Meeting: **Walmart Pharmacy Services**  Contact Phone: <u>501-273-4071</u>
City/State: **Walmart Pharmacy Services in Bentonville, AR**
Conference Date(s): <u>Tuesday, July 9, 1996</u> (6:30pm - 8:30pm)
Topic (requested): Use of Opioid Analgesic Agents in the Mgmt of Moderate to Severe Chronic Pain (6:35pm - 7:20pm)

*******************************************************************************

**LECTURE CONFIRMATION INFORMATION:**

Hank Freedy, PharmD
Mercy Hospital, 1400 Locust St.
Pittsburgh, PA 15219

*******************************************************************************

PROGRAM ASSESSMENT BY SPEAKER (Form to be completed by speaker post lecture and returned in enclosed envelope):

Topic (presented): _Pharmacologic Management of Pain_
Audience: Size _____ Reaction: _____ Knowledge of Topic _____
In a few words, please give us your overall impression of the program: _TV Broadcast No audience participation._

**FINANCIAL SUPPORT INFORMATION:**

Type (as directed by Provider): ( X ) Direct to Speaker; ( ) Provider to Reimburse Speaker
Travel Agency Arrangements: ( X ) Arranged through PF **(Only arrangements made through Wagonlit Travel will be covered (phone: 800-745-3210)**
( ) Not Covered by PF   ( ) Arranged Through Provider

Hotel covered for _____ night(s)

Honorarium:  $1,000 (1099)
Total Expenses: $ 118.71  (Bypass 1099)

Mileage ($.22/mile) _____
Tolls/Parking _____
Hotel  79.74
Meals  5.97
Other  Limo Service  33.00

Grand Total  $ 118.71

PLEASE ATTACH RECEIPTS

**CHECK INFORMATION:**

Payable: Hank Freedy, PharmD
Send: Mercy Hospital, 1400 Locust St.
Pittsburgh, PA 15219

SS# or Tax Id # 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

Signed (speaker): _[signature]_  Date: 7/11/96

If you have any questions, please call Christine DiDomenico at Purdue Frederick (203) 854-7242

*******************************************************************************

(For PF Office Use Only) Date to Accounting Department 2/17/96
Requested By: Christine DiDomenico   Description: Walmart, 7/9, Freedy
General Ledger No. 67120-4800   OXY   PP/0209 ( X ) _____ PF/0101 ( ) _____
Approved by: _[signature]_   Med Ed Use _____

8102697826
PDD1701576989

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180794354

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)