PSJ19 Walmart Opp Exh 15 – WMT_MDL_00007305

| | |
|---|---|
| From: | vawd@nabp.pharmacy |
| To: | Dena Mcclamroch |
| CC: | Theresa Alford; Mike Mullin; Josh Janes |
| Sent: | 4/6/2018 3:18:22 PM |
| Subject: | EXT: Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #45, Rogers, AR - VAWD Three-Year Reaccreditation Compliance Review |
| Attachments: | VAWD Three-Year Reaccreditation Documents.zip; 100589_Affidavit.pdf; 100589_Invoice.pdf |

Good day:

On behalf of NABP, I extend to you sincere appreciation for allowing our organization to serve Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #45, Rogers, AR. We understand the challenges facing our customers in today's business environment, and we consistently endeavor to provide every consideration and available protection for our customers as well as our organization.

The time has come for us to notify you that the Verified-Accredited Wholesale Distributors® (VAWD®) three-year reaccreditation anniversary of the Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #45, Rogers, AR, location is August 7, 2018.

For your convenience, we have attached a checklist highlighting requirements for the VAWD Program. To maintain your accreditation, you are required to submit the information as requested in accordance with terms set forth in the VAWD Letter of Agreement.

As you are aware, it is NABP's policy to request payment in full at the outset of the three-year reaccreditation review. Kindly return the enclosed invoice with your payment and all other requested documentation, *within 90 days from date of this email*. The VAWD accreditation for your facility will remain active while we re-verify licenses, policies and procedures, and any updated information. Upon reconfirming compliance of your documentation, we will notify you of available dates to re-survey your facility.

NABP understands that every year there are exceptional challenges and wishes Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #45, Rogers, AR all the best as you endeavor to manage the future of your exceptional company. Should you have any questions or concerns, please do not hesitate to contact the VAWD team via phone at 847/391-4539 or via email at vawd@nabp.pharmacy.

**Joe Eckl**
Accreditation Coordinator
P: 847/391-4539
D: 847/391-4489



**National Association of Boards of Pharmacy**
1600 Feehanville Dr, Mount Prospect, IL 60056
dmepos@nabp.pharmacy | vawd@nabp.pharmacy
vdip@nabp.pharmacy | vipps@nabp.pharmacy

   

Attachments - zip file
- Document Templates Folder
  - Customer List Template
  - License List Template
  - Source List Template
- VAWD P&P Assessment
- VAWD Three-year Reaccreditation Checklist

Other Attachments
- Affidavit
- Invoice

CONFIDENTIAL

WMT_MDL_000007306