PSJ19 Walmart Opp Exh 16 – WMT_MDL_000016690

| | |
|---|---|
| **From:** | Chad Ducote - 6048 |
| **To:** | Theresa Alford |
| **Sent:** | 9/3/2014 5:50:07 PM |
| **Subject:** | RE: Wal-Mart Stores East, LP, Bentonville, AR - 1st Corporate P&P Review Report |

Thanks Theresa. That is why I asked the question awhile back. From my compliance days, most agencies and certifying bodies only allowed so many extensions to get in compliance before cutting it off.

Chad

---

**From:** Theresa Alford
**Sent:** Wednesday, September 03, 2014 10:37 AM
**To:** Tim Harris; Chad Ducote - 6048
**Cc:** Kristy Spruell
**Subject:** FW: Wal-Mart Stores East, LP, Bentonville, AR - 1st Corporate P&P Review Report

Good Morning,
Our time extension has been granted; however, it appears this will be the last extension that will be granted for us on this review.  I have copied Kristy on this email so she is aware and can continue to drive the SOM process to an interim solution.
Thanks,

**Theresa Alford** *Health and Wellness Logistics Flow Manager*
Phone: 479.277.1156 Cell: 479.616.4753
Theresa.Alford@walmart.com
Wal-Mart Stores, Inc.
**Save Money. Live Better.**

---

**From:** Siwik, Craig [mailto:CraigSiwik@nabp.net] **On Behalf Of** vawd
**Sent:** Wednesday, September 03, 2014 10:17 AM
**To:** Theresa Alford
**Subject:** RE: Wal-Mart Stores East, LP, Bentonville, AR - 1st Corporate P&P Review Report

Dear Theresa,

We have approved your request for a 30-day time extension to submit the required documents to support your VAWD accreditations, and your adjusted due date is September 29, 2014. Please submit all documents via electronic means by or before September 29, 2014, in order to keep your VAWD accreditations active. Attached is an invoice for the administrative fee assessed for the 30-day time extension. Please note that no additional time extensions will be granted. A complete and full response is required to be submitted by September 29, 2014. NABP can only consider active applicants for the reaccreditation process. If a complete and full response is not received by September 29, 2014, NABP may cancel your accreditations and you would need to reapply for VAWD accreditation.

If you have any questions, feel free to contact me.

Cordially,

Craig Siwik
Accreditation CV Assistant Database Administrator
National Association of Boards of Pharmacy
1600 Feehanville Drive
Mount Prospect, IL 60056
847-391-4435

WMT_MDL_000016690

**From:** Theresa Alford [mailto:Theresa.Alford@walmart.com]
**Sent:** August 29, 2014 2:36 PM
**To:** vawd; Siwik, Craig
**Cc:** Theresa Alford
**Subject:** RE: Wal-Mart Stores East, LP, Bentonville, AR - 1st Corporate P&P Review Report

Good Afternoon Craig,
I am requesting a 30 day extension for our corporate P&P review. We have been in the process of rewriting one of our procedures and we are currently working with our compliance team to get approval for the changes.
Thanks,
**Theresa Alford** *Health and Wellness Logistics Flow Manager*
Phone: 479.277.1156 Cell: 479.616.4753
Theresa.Alford@walmart.com
Wal-Mart Stores, Inc.
**Save Money. Live Better.**

**From:** Theresa Alford
**Sent:** Thursday, July 03, 2014 8:30 AM
**To:** vawd; 'CraigSiwik@nabp.net' (CraigSiwik@nabp.net)
**Cc:** Theresa Alford
**Subject:** RE: Wal-Mart Stores East, LP, Bentonville, AR - 1st Corporate P&P Review Report

Good Morning Craig,
The payment for the extension is being processed on Monday and you should receive it next week.
Thanks and have a Happy 4th!

**Theresa Alford** *Health and Wellness Logistics Flow Manager*
Phone: 479.277.1156 Cell: 479.616.4753
Theresa.Alford@walmart.com
Wal-Mart Stores, Inc.
**Save Money. Live Better.**

**From:** Siwik, Craig [mailto:CraigSiwik@nabp.net] **On Behalf Of** vawd
**Sent:** Friday, June 20, 2014 10:19 AM
**To:** Theresa Alford
**Subject:** RE: Wal-Mart Stores East, LP, Bentonville, AR - 1st Corporate P&P Review Report

Dear Theresa,

We have approved your request for a 60-day time extension to submit the required documents to support your VAWD reaccreditations, and your adjusted due date is August 29, 2014. Please submit all documents via electronic means by or before August 29, 2014 in order to keep your VAWD accreditations active. Attached is an invoice for the administrative fees assessed for the two 30-day time extensions. Also note, additional time extensions may incur an administrative fee.

Cordially,

Craig Siwik
Accreditation CV Assistant Database Administrator
National Association of Boards of Pharmacy
1600 Feehanville Drive
Mount Prospect, IL 60056
847-391-4435

**From:** Theresa Alford [mailto:Theresa.Alford@walmart.com]
**Sent:** June 17, 2014 3:06 PM
**To:** vawd; Siwik, Craig

 WMT_MDL_000016691

**Cc:** Theresa Alford
**Subject:** RE: Wal-Mart Stores East, LP, Bentonville, AR - 1st Corporate P&P Review Report

Good Afternoon,
I am requesting a 60 day extension for the Corporate P&P Review.

**Theresa Alford** *Health and Wellness Logistics Flow Manager*
Phone: 479.277.1156 Cell: 479.616.4753
Theresa.Alford@walmart.com
Wal-Mart Stores, Inc.
**Save Money. Live Better.**

---

**From:** Siwik, Craig [mailto:CraigSiwik@nabp.net] **On Behalf Of** vawd
**Sent:** Thursday, May 15, 2014 1:54 PM
**To:** Theresa Alford
**Subject:** RE: Wal-Mart Stores East, LP, Bentonville, AR - 1st Corporate P&P Review Report

Dear Theresa,

We have approved your request for a 30-day time extension to submit the required documents to support your VAWD reaccreditation, and your adjusted due date is June 29, 2014. Please submit all documents via electronic means by or before June 29, 2014 in order to keep your VAWD accreditation active. Also note, additional time extensions may incur an administrative fee.

Cordially,

Craig Siwik
Accreditation CV Assistant Database Administrator
National Association of Boards of Pharmacy
1600 Feehanville Drive
Mount Prospect, IL 60056
847-391-4435

---

**From:** Theresa Alford [mailto:Theresa.Alford@walmart.com]
**Sent:** May 13, 2014 3:18 PM
**To:** vawd; Siwik, Craig
**Subject:** RE: Wal-Mart Stores East, LP, Bentonville, AR - 1st Corporate P&P Review Report

Good Afternoon Craig,
I would like to request a 30 extension.
Thanks,

**Theresa Alford** *Health and Wellness Logistics Flow Manager*
Phone: 479.277.1156 Cell: 479.616.4753
Theresa.Alford@walmart.com
Wal-Mart Stores, Inc.
**Save Money. Live Better.**

---

**From:** Siwik, Craig [mailto:CraigSiwik@nabp.net] **On Behalf Of** vawd
**Sent:** Tuesday, April 29, 2014 3:32 PM
**To:** Theresa Alford
**Cc:** Vicky Sinclair
**Subject:** Wal-Mart Stores East, LP, Bentonville, AR - 1st Corporate P&P Review Report

Dear Theresa:

Attached please find the results of our review of the policies and procedures (P&Ps) that were submitted in support of

 WMT_MDL_000016692

the Verified-Accredited Wholesale Distributors® (VAWD®) reaccreditation process. Please note, the format has been updated, listing only the particular aspects of the criterion that appears to be missing from the P&Ps.

Please review the attachment. A member of National Association of Boards of Pharmacy® (NABP®) will contact you within the next week to ensure that your next steps are clear. We will also make available to you a person that can answer technical questions.

After discussing the next steps with NABP and then completing the form, please e-mail that document and any revised P&Ps to vawd@nabp.net. Please respond to all action items within **30 days** in order to move forward. Note that some applicants have found it useful to turn to consultants for assistance in crafting P&Ps for their company. This is acceptable. If you need additional time to address the action items, please let us know as soon as possible. If additional time extensions are required, NABP may assess an administrative fee.

Upon completion of the review you will be informed of the status.

Cordially,

Craig Siwik
Accreditation CV Assistant Database Administrator
National Association of Boards of Pharmacy
1600 Feehanville Drive
Mount Prospect, IL 60056
847-391-4435

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail or telephone, 847/391-4400, and destroy this communication and all copies thereof, including all attachments. The recipient should check this e-mail and any attachments for the presence of viruses. NABP accepts no liability for any damage caused by any virus transmitted by this e-mail.

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail or telephone, 847/391-4400, and destroy this communication and all copies thereof, including all attachments. The recipient should check this e-mail and any attachments for the presence of viruses. NABP accepts no liability for any damage caused by any virus transmitted by this e-mail.

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail or telephone, 847/391-4400, and destroy this communication and all copies thereof, including all attachments. The recipient should check this e-mail and any attachments for the presence of viruses. NABP accepts no liability for any damage caused by any virus transmitted by this e-mail.

This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately. *** Walmart Confidential ***

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail or telephone, 847/391-4400, and destroy this communication and all copies thereof, including all attachments. The recipient should check this e-mail and any attachments for the presence of viruses. NABP accepts no liability for any damage caused by any virus transmitted by this e-mail.