PSJ19 Walmart Opp Exh 17 – WMT_MDL_000016632

**Pharmacy Update**

**Current Projects:**

- **Rx Serialization (Compliance)** – Bring us into compliance with the Drug Quality and Security Act of 2013 (DQSA) that details a phased approach to tracking the change of ownership of pharmaceuticals starting with lot level tracing and eventually unit level tracing. – **Jan 1, 2015 (Miranda/Stephanie Willhoite)**
    - Recap: Developing a repository database to store ASN data that includes all required elements as outlined in the DQSA.
    - Requirements finalized
    - UAT – November (Date is TBD)
        - Shared revised draft version of ASN requirements with testing partners, McKesson and Mallinckrodt – **10/17/14**
    - [Redacted-Privilege]
    - Met with Store Innovations team to discuss impact to store – **10/15/14**
        - Store will need access to repository to provide needed information if requested from FDA.
        - Follow-Up meeting – **10/23/14**
    - Store Interface – Stores will need to input receipts that come direct from Vendors to document that change of ownership from Vendor to Walmart.

- **Reddwerks SOM** – Compliance - Changing Order Level Alert (OLA) logic in Reddwerks picking systems to fully utilize enhanced Store-Item Order level to flag, suspend and report on suspicious orders. (**Miranda/Kristy Spruell/Jeff Abernathy/Ramona**)
    - Currently in Requirements – ETA for completion – **10/24/14**
    - Development with Reddwerks is in progress
    - UAT – **11/1/14**
        - Reddwerks will provide a comparison of the OLA as they exist in current DC 6045 logic and how the OLA would be reporting if the new logic was installed.
    - Pilot – **1/21/14**

- **DC6001 SOM** – Ensuring that DC 6001 which has Knapp picking system is in compliance. (**Miranda/Kristy Spruell/RR**)
    - Knapp Order Flagging – RR effort that intercepts orders prior to dropping into the Knapp picking system.
        - Phase 1: Flag, Report & Out Suspicious Orders utilizing the enhanced store-item order levels – **Delivered 9/29**
        - Phase 2: Additional functionality and enhancement – **Partially Delivered 10/15/14**
            - Pending Item – Automatically generated report for outed items – **ETA on Delivery is 10/22/14**
            - Flagged order handling & clearing
    - Reddwerks RF Cage picking – **ETA for solution implementation is TBD.**
        - Working directly with Reddwerks and David Bonds in Maintenance.

- Rx Shipping Tracking – A Logistics tool to provide visibility to Carrier Expected Delivery Date for shipped product.  (Support)
    - Currently an open ticket to ensure it is working for all current Rx DC's & Carriers
    - This product will be integrated into the Rx Visibility project

- CSOS (Store Systems) – with Hydrocodone reclassification to CII, store systems need ability to process & send to pharmacies the increased quantity of CSOS DEA Form 222's in time before shipments arrive.  (H&W Systems – Chris Watkins)
    - **According to Chris Watkins, this effort is being handled through Store Systems support and is not an active project.**

**Upcoming Projects:**

- **Rx Visibility** – Solution would provide Pharmacies visibility to DC On Hand, Order Status, DC Out/Voids, In Transit Estimated Delivery Date, & pending Replenishment Orders.  (**Miranda Gan/Brian Wagner**)
    - Present @ November TPC
    - Business Value Model – **Completed on 10/14 and shared with USPMO**
        - ISD Level 1 LOE – Started this week

- **Rx Next Day Delivery** – Solution will require changes to Replenishment as well as DC Order processing timelines. Purpose is to enable Next Day delivery to more stores by creating and pulling DC orders early in the afternoon/early-evening timeframe.  Goal with additional Rx DC sites will be to enable 95-100% Next Day delivery. (**Miranda Gan/Brian Wagner**)
    - Present @ November TPC – NOTE: will utilize the same Business Value Model with Rx Visibility, project will have separate ISD work stream.
    - Business Value Model – **Completed on 10/14 and shared with USPMO**
        - ISD Level 1 LOE  - Started this week
    - This project will need alignment with Replenishment technical resource allocation to fully test proposed changes.

   **NOTE:**  Rx Visibility and Rx Next Day Delivery – once we have the Level 1 ISD Estimates & TPC authorization, we can put estimated delivery timelines assuming full leadership alignment on priority and resourcing.

- **CSOS Enhancements** – Add additional Vendors into the system  (**Miranda Gan/Brian Barker**)
    - Include ABC for support of project Zippo?
    - Enable multi-DC CII distribution – Currently CSOS is set for all orders to route through DC 6045
    - FY16 budget request

- **Zippo** – Current scope of project only includes Sam's business only. (**Miranda/Logistics Leadership**)
    o   Request being made to make changes to CSOS to include the Vendor Name and Vendor PO number in Order Details screen.
    o   Reddwerks estimate for this project is **$85k**
    o   **Alignment needed between Sam's and Walmart Logistics leadership on where this lies as a priority in order to assign resources and establish a timeline.**

- **C2 Vault Expansion** – Expanding Pharmacy network to support small store growth. (**Miranda/Brian Barker**)
    o   Reddwerks estimate: **$2.6M for 4 sites**
    o   Requesting budget for FYE16.

- **DC 6001 Knapp Upgrade** – Purpose is to update Knapp picking solution hardware/software for long-term support.  FY16 implementation goal. (**Miranda/Barker**)
    o   Requesting budget for FYE16.
    o   Contract in formation & negotiation
    o   Will include SOM requirements into their solution as needed

**Future projects:**

- Additional Rx DC site(s)
    - Align with strategic business initiatives.

- DC 6028 Compliance Pack
    - Prioritization needed to align with overall strategy.