PD6 Exh 3

FILED UNDER SEAL