PD6 Exh 4

# Corporate Security & Regulatory Affairs (CSRA)

Chris Zimmerman,

Vice President, CSRA & Chief Compliance Officer

December 12, 2016





# CSRA Mission Statement

- Leverage knowledge, reach and partnership to establish and maintain a culture of compliance throughout AmerisourceBergen Corporation and its business units.

- Promote education, prevention, detection and resolution of instances of conduct that are not compliant with all applicable federal, state, local and international law, regulation requirements, contract requirements accreditation, and corporate policies and procedures.

- Provide a safe workplace for all employees, protect company assets and ensure measures are taken for patient safety.

- Provide crisis and business continuity management throughout ABC.





# CSRA Purpose



- Practice a proactive strategy with reactive support, reaching AmerisourceBergen's core domestic and international business of drug distribution and specialty operations, and supporting all enterprise-wide business functions.

- Increase preparedness for third party audits and inspections which decreases deficiencies or gaps.

- Improve safety and awareness of associates to decrease risk of injury and non-compliance.

- Increase control of company assets to decrease company loss.



# CSRA Purpose



- Increase awareness by all employees of resources and support available through CSRA for all business units to mitigate financial, physical and reputation risk for AmerisourceBergen.

- Design and operate programs and systems in order to meet the various regulatory requirements imposed upon the corporation and its business units.

- Enforce the ABC Code of Ethics and ensure ethical behavior with compliance of all applicable laws.



# Authority

- The Security and Regulatory Affairs (CSRA) Department Compliance program is administered under the authority of the AmerisourceBergen Legal department, and supports:

  - The Office of Compliance
  - The Code of Conduct and Business Ethics
  - Federal/State/Local law, regulation and accreditation
  - Company policies and procedures
  - Contractual requirements

- CSRA also takes direction from three executive committees:

  - The ABC Board of Directors, Audit and Corporate Responsibility Committee
  - The ABC Ethics Committee
  - The ABC Risk Committee





# Department Overview

- Through this structure of coverage, the department leadership is provided through the Vice President of CSRA and the senior directors, known as the Executive Leadership Team:

  Chris Zimmerman, VP & Corporate Compliance Officer

  Steve Mays, Sr. Director - Distribution

  David May, Sr. Director – Diversion Control & Federal Investigations

  Paul Ross, Sr. Director - Specialty

  Bruce Gundy, Director – Investigations

  Ed Hazewski, Director – Security Services

**SCOPE:**

CSRA provides regulatory compliance oversight and security assistance to all AmerisourceBergen operating units.

*Out of Scope:*

CSRA does not provide oversight for the following areas and domains:

- Compliance related to Good Manufacturing Practices (GMP)
- Workers' compensation claims
- Quality Management  activities
- Information protection and cyber security
- HIPAA
- Department of Transportation



# Department Overview

- CSRA is a multidisciplinary team with subject matter experts in pharmaceutical distribution, pharmacy, security, drug enforcement, quality, project management, clinical services, consulting and transportation.

- The department structure is primarily divided into sections:

  - Regulatory Compliance
  - Diversion Control
  - Security / Investigations
  - Other / Non-Regulatory Compliance

**VP CSRA**  |  Admin. Assistant  |  Project Mgr.

**Drug Distribution**
- Sr. Director
  - Director
    - Location Mgr.
      - Clerks
  - Director
    - Location Mgr.
      - Clerks
  - Director
    - Location Mgr.
      - Clerks
  - Director
    - Location Mgr.
      - Clerks
  - Director
    - Location Mgr.
      - Clerks

**Diversion Control**
- Sr. Director
  - Director
    - Coordinator
    - Investigator
    - Analyst
    - Specialists
  - Director

**Security**
- Director
  - Manager
- Director
  - Dir. Office security
  - Investigators

**Specialty**
- Sr. Director
  - Director
  - Director
    - Manager
    - Analysts
    - Auditors


AmerisourceBergen
Corporate Security & Regulatory Affairs



Revised November 2016

# Overview

## Major CSRA Responsibilities – Regulatory Affairs

- Provide Regulatory and Security Oversight and Assistance to ABC Operating Units

- Conduct Compliance Audits and Reviews of all ABC Operating Units; certain ABC vendors (e.g., third party returns, carriers, etc.); and select ABC customers

- Monitor State & Federal Regulatory Activity

- Provide Support and Oversight During State and Federal Inspections/Audits/Information Requests

- Provide Accredited Regulatory and Security Training for ABC Associates and Customers

- Partner with other Corporate departments to create and implement policies and procedure (e.g., Operations – Cold Chain; Internal Audit – Inventory Adjustments; Risk Management – OSHA; Human Resources – Work Place Violence/Harassment; etc.)



# Overview

## Major CSRA Responsibilities – Corporate Security

- Investigations
- Crimes against the company
- Ethics/Policy violations
- Security Systems & Services
- Security Related Programs
- Business Continuity
- Inventory Protection
- Contract Diversion
- Oversee Carrier Evaluations
- Global Positioning System (GPS) Program
- Network Hotline
- Criminal Screening
- Training: Associates, Customers, Suppliers, Regulators
- Business Continuity Program



## Overview

Major CSRA Responsibilities – Diversion Control Program

- New Customer Due Diligence

- Order Monitoring Program

- Threshold Reviews

- Continuous Customer Due Diligence

- Customer Actions

- Education and Training



# Program Development – Charter & Supporting Documents

- CSRA has developed a charter and supporting documents delineating the department's purpose, focus, roles and responsibilities.

- The framework for the business requirements and software configuration for the Matter Management System are derived from the Charter and its supporting documentation.





# CSRA Objectives

- Clearly define the scope of CSRA functions and responsibilities within ABC, and those functions "out of scope" that CSRA does not perform.

- Support consistent delivery of services throughout the enterprise.

- Improve understanding of CSRA and set customer expectations around the department's role.

- Specifically identify the functions CSRA provides for each business unit, which can vary.

- Create a system for centralized, consistent collaboration, workflow and documentation.

- Strengthen the effectiveness of CSRA's relationship with its customers and partners throughout ABC.

- Advise executive management on the level of risk for each business unit and help CSRA better allocate resources and expenses.

- Provide a basis for consistent messaging when preparing training and communications materials.

AmerisourceBergen®

# Program Development – Charter & Supporting Documents

- In addition to the Charter, supporting documents define CSRA Roles and Responsibilities by:
  - Business Unit
  - Functional Area
  - Individual Management Associate







# Program Development – Business Unit Risk Assessment

- A detailed Risk Analysis process is being developed to assess risk and standardize risk ratings within the business units.

- CSRA will perform risk assessments and meet with business units - at a minimum on an annual basis - to provide a schedule of audits, investigations and projects for that year.

- Planning for the following year will also be reviewed to focus on specific risk areas where needed, and identify potential expenses and resources.

- Risk Assessments will be based on the budget cycle.

**Examples of Work in Progress**



# CSRA Program Development – *It All Fits Together*

## CSRA Vision

Enhance CSRA culture to ensure consistency of roles, responsibilities, workflow and outputs throughout CSRA to realize greater efficiencies, effective collaboration, and support enterprise risk management.

Set standards for the department in all areas to assure understanding of expectations, cohesiveness and integration within CSRA and with its customers and stakeholders.

Create a formal risk review process with ABC's business units to identify and assess key risks and work together to address and mitigate enterprise risk.

The documents and system  support an enterprise-wide Business Unit Risk Assessment Process.



**The Program Charter & Supporting Documents** provide the foundation for CSRA's vision, mission and scope, and are the basis for the framework of the Matter Management System.

The System will provide  the tools, information and workflow to  standardize CSRA's processes and procedures..



Standardization of CSRA Training courses support enterprise risk management and ensure alignment with CSRA's vision, scope and objectives.







# I. Overview of AmerisourceBergen's Office of Compliance

**Contact Corporate Compliance:**
compliance@amerisourcebergen.com

**The Network (anonymous reporting):**
www.tnwgrc.com/AmerisourceBergen

US/Canada - 800-241-568
UK – 0808-234-1086
All other locations – dial int'l access
code, then toll-free at 800-241-5689

**Chair of the Audit and Corporate Responsibility Committee of the AmerisourceBergen Board of Directors**

↑

**Ethics Committee**

↑

**Compliance Committee**

↑

**Chris Zimmerman**
**Chief Compliance Officer**
**610-727-7444**
czimmerman@amerisourcebergen.com

**Elizabeth Campbell**
**Chief Compliance Counsel**
**610-727-7404**
ecampbell@amerisourcebergen.com

↑

**Compliance Representatives**
**(for each business unit)**

**Corporate Support Functions**
Legal
CSRA
Internal Audit
Finance
Internal Controls
Human Resources
Risk Management
IT



18

# I. AmerisourceBergen's Corporate Compliance Program

- We have a long-established and embedded **culture of compliance** throughout the entire company.

- A key component of our program is our **global Code of Ethics**, which meets U.S. federal sentencing guidelines and applies to all businesses.

- We provide a **robust training program** on ethics and compliance, incorporating desktop, classroom, and one-on-one training modules in multiple languages.

- We **monitor compliance** through numerous mechanisms.

- We encourage **reporting of potential non-compliance** (e.g., Hotline).

- We provide periodic **compliance newsletters/updates** to all associates.



## II.  Interaction, Engagement and Oversight

- We maintain the Office of Compliance and the Office of Privacy which incorporate participation from Compliance and Privacy Representatives at each business unit allowing us to **set "tone from the top"/"tone from the middle"**.

- We conduct regular and broad-based **investigations and audits** of our businesses and compliance program.

- We have  a comprehensive **escalation process** for reporting compliance incidents to management and the Board of Directors.

- We provide detailed **compliance reports to executive management** and the Audit and Corporate Responsibility Committee to ensure transparency.

- We have regularly scheduled meetings with executives and business leaders to **foster open communication about compliance** and regulatory matters.



## III. Key Compliance Topics for AmerisourceBergen

- Continue to strengthen our efforts to prevent, identify, and detect noncompliance with **global anti-bribery/anti-corruption laws and international trade/export laws**.

- Ensure that **new businesses**, such as MWI and PharMEDium, **are integrated** into our compliance program and meet appropriate legal, regulatory, quality and safety standards.

- Continue to evaluate and enhance our comprehensive **anti-drug diversion program** and controls relating to the distribution of controlled substances.

- Continue to focus on compliance with numerous and diverse **data privacy laws** applicable to our operation of a global business.

21



# CSRA Compliance Incident Reporting
## Corporate Security Services

**The Network Call Reception/Assignment Process**

### INTAKE

**Network Receives Call/Complaint**

**Network Administrator**
**Corporate Security**
**Internal Audit**

**Compliance Committee**          **Assigned for Investigation**
(CSRA, HR, Internal Audit, Legal)

**Matter Created**



### INVESTIGATION

**Investigation Conducted**

**Investigation Report to Network Administrator**

**Investigation Summary to Compliance Committee**

**Investigation Report Documented to Matter**



### DISPOSITION

**Investigation Summary to Network**

**Reporting – Monthly Hyle Report, Quarterly Management**
**Summary Report, Ad Hoc Reports as needed**

**Corrective Action**

**Matter Closure**

22      7/24/2019      CONFIDENTIAL



# Global Business Resilience

# Emergency Preparedness



# Recommendations

- Designate and confirm accountability and responsibility for program implementation at an enterprise and business unit level.

- Formalize the Enterprise BCM Office and supplement it with additional resources with specific Business Unit experience.

- Develop and implement a standard enterprise BCM planning framework in line with industry leading standards and practices. Essential components of the framework include:

  - Program Governance: Policies, procedures, governance structures and processes

  - Development / Implementation: Risk Assessment & Business Impact Analysis (BIA), Recovery Strategies, and Documentation

  - Operation / Sustainability: Testing, Maintenance, Training and Awareness

- **Develop and deliver standardized training to each member of the team to ensure consistency in program oversight and functional area implementation.**

- A detailed report of the PwC Assessment findings will be distributed to each business unit and their respective responsible person(s) in efforts to drive the continued development of the BCM Program towards maturity while the enterprise BCM Office proposal is reviewed and considered for development.



# Business Continuity Program – Enterprise Governance Framework

[As Adopted by Risk Management Committee for Implementation Beginning  FY17 (*modified*)]

```
                        ┌─────────────────┐
                        │ Risk            │
┌───────────┐           │ Management      │           ┌───────────┐
│  Legal    │           │ Committee       │           │   EITS    │
└───────────┘           │  (RMC)          │           └───────────┘
      │                 └─────────────────┘                 │
┌───────────┐           ┌─────────────────┐           ┌───────────┐
│ CSRA VP   │───────────│  BCP Lead       │◄──────────│  EITS     │
└───────────┘           │  (Add)          │           │  ISO      │
      │                 └─────────────────┘           └───────────┘
┌───────────┐     ┌─────────────┐  ┌─────────────┐    ┌───────────┐
│ CSRA      │     │ CM / BCP    │  │ BCP SME     │    │ IT DR     │
│ Team      │     │ (Transfer)  │  │ (Transfer)  │    │ Lead      │
└───────────┘     └─────────────┘  └─────────────┘    └───────────┘
                          │                                 │
                     ╭─────────────╮                  ┌───────────┐
                     │ Business    │                  │ IT DR     │
                     │ Unit BCP    │                  │ Team      │
                     │ Leads       │                  └───────────┘
                     ╰─────────────╯
```

CSRA = Corporate Security & Regulatory Affairs

EITS = Enterprise IT

ISO = Information Security Office

DR = Disaster Recovery



# Global Business Resilience High-Level Roadmap



| | FY16 | FY17 | FY18 | FY19 |
|---|---|---|---|---|
| **Governance and Oversight** | • Establish initial program organization and staffing plan<br>• Begin transition for core program resources<br>• Build detailed program implementation roadmap<br>• Configure ResilienceOne planning tool for enterprise-wide use | • Establish new policies, procedures, standards and guidelines for the GBR program<br>• Publish RACI and formally assign roles and responsibilities<br>• Develop KPIs for measuring program rollout and effectiveness<br>• Establish risk-based prioritization and budget for FY18<br>• Corporate Crisis Management Plan and capability enhancement. | • Develop Risk and Corrective Action dashboard<br>• Establish resiliency confidence metrics and reporting<br>• Develop Methodology and Standards<br>• Crisis Management Exercise<br>• Develop Global Emergency Operations Center | • Establish ongoing gap remediation oversight<br>• Define Operational Readiness Metrics<br>• Integrate IT DR reporting against business requirements |
| **Training & Awareness** | • Announcement of new enterprise structure to organization | • Plan & define GBR enterprise role<br>• Roll-out BRM role<br>• Risk Mgt Committee Engagement<br>• Business Unit Engagement | • Establish BC Community Forum<br>• Conduct monthly deliverables reviews<br>• Review associate training | • HR New Hire orientation<br>• BC Customer Statement |
| **Program Dev & Management** | • Pilot ResilienceOne Business Continuity planning tool with select business units | • Identify business processes across the enterprise<br>• Complete Business Impact Assessment (BIA)<br>• Establish Response teams and call trees<br>• Basic BC Plan development | • Recovery Strategy Development<br>• Enhanced  BC Plan establishment<br>• Resilience Risk Mitigation<br>• Call Tree (MIR3) testing<br>• BIA Maintenance<br>• Vendor Risk Assessment program | • Plan Enhancements<br>• Comprehensive Mobilization Exercises<br>• Plan Quality Reviews |

**GBR** · **BU**

PROGRAM  MAINTENANCE, MONITORING, CONTINUAL IMPROVEMENT

*GBR program pillars are iterative from an active lifecycle management perspective*

*Roadmap assumes constrained ramp-up in FY17 due to funding limitations for establishing the new organization*

# Functional Responsibilities – Current / Future

| Program Function Name | Current Organization | Change | Future Function Name |
|---|---|---|---|
| BC Oversight committee | CSRA | Moves to GBR | GBR Steering Committee |
| BC Policies | CSRA | Moves to GBR | GBR Policies |
| Crisis Management | CSRA | Moves to GBR | Crisis Management |
| Business Impact Analysis | EITS | Moves to GBR | Business Impact Analysis |
| BU BC committee Member | EITS | Moves to GBR | GBR Steering Committee |
| Pandemic Policy & Plan | Risk | Moves to GBR | Pandemic Program Management |
| Technology Risk Assessment & Gap Mitigation | EITS | Transforms | Business Risk Assessment & Gap Mitigation |
| IT DR Policies (extract BC Policies) | EITS | Transforms | GBR Policies |
| IT Incident Management | EITS | No Change | |
| High Availability Design, Build, Test | EITS | No Change | |
| Disaster Recovery Design, Build, Test | EITS | No Change | |
| Global Emergency Operations Center (GEOC) | New | New | Global Emergency Operations (GEOC) |

| | | | |
|---|---|---|---|
| Moves to GBR | Remains/No change | Transforms | New Function |

AmerisourceBergen®

# Examples of Major Incidents that have impacted AmerisourceBergen

- **2001**
  - Terrorist Attacks (9/11)–ABC Corporate
  - Anthrax Episodes–ABDC
- **2003**
  - Tornado–Houston, TX
- **2005**
  - Hurricane Katrina–Houston, TX
  - Hurricane Rita–Houston, TX
- **2007**
  - Train Derailment–Brooks, KY
  - Orlando DC DEA Registration Suspension
- **2008**
  - Hurricane Ike–Houston, TX
- **2009**
  - Ice Storm–Paducah, KY
- **2010**
  - Tanker Truck-Train Accident–Brooks, KY
- **2011**
  - Winter Storm – North/South/East Regions
  - Tornadoes – Mississippi and Alabama
  - Floods – Central United States
  - Tornadoes – Missouri
  - Hurricane Irene – East Region
  - Tropical Storm Lee – East Region

- **2012**
  - Dallas (Roanoke) Tornadoes
  - ABCC Mississauga Data Center Fire
  - Hurricane Isaac
  - Tropical Storm Leslie
  - Hurricane Sandy
- **2013**
  - Severe Winter Weather – North/East Region
  - Severe Winter Weather – All Regions
  - ABC / ABDC System-wide Network Incident
  - Boston Marathon Bombing
- **2014**
  - Severe Winter Weather – 27 Named Winter Storms
  - Tornadoes - Missouri
  - Earthquake – Napa, CA
  - Ferguson, MO – Riots
  - Ebola Watch
- **2015**
  - Severe Winter Weather – 27 Named Winter Storms
  - Baltimore, MD - Riots
  - Network / Phone Connectivity Loss – Denver, CO

