PD6 Exh 9

FILED UNDER SEAL