PD6 Exh 10




Log In

‹ back to About SCCE

# Society of Corporate Compliance and Ethics

Society of Corporate Compliance and Ethics (SCCE)® is a member-based association for compliance and ethics professionals worldwide and across all industries. Founded in 2004, our organization 7,500+ members strong – and growing!  The vision of SCCE is to be the pre-eminent compliance and ethics association promoting lasting success and integrity of organizations worldwide. Incorporated in 2011, Society of Corporate Compliance and Ethics & Health Care Compliance Association is a 501(c)(6) non- profit organization.

We pride ourselves on being dedicated to the professional compliance community.  Each member has direct access to our CEO, Gerry Zack.

SCCE's history →

SCCE and HCCA Bylaws →

SCCE's Code of Conduct →

## SCCE Mission Statement

SCCE exists to champion ethical practice and compliance standards and to provide the necessary resources for ethics and compliance professionals and others who share these principles.

## Major Functions

To promote the highest standards in compliance programs—from their introduction and development to continuing maintenance.

To provide a forum for interaction and information exchange among compliance professionals worldwide.

To create high-quality educational opportunities for the compliance community.

## Our Services

- 40+ local and global conferences per year
- Web conferences covering hot topics, allowing you to learn without leaving your desk
- Educational products, including books, videos, and other training materials

- *Compliance & Ethics Professional*, SCCE's monthly magazine for members
- *Corporate Compliance Weekly News* (CCWN), SCCE's weekly email newsletter
- Opportunity to join SCCEnet, our thriving online social network for compliance & ethics professionals
- Member discounts on conferences, certification registrations, and compliance products
- Certification through the Compliance Certification Board (CCB)® – Certification options include Certified Compliance & Ethics Professional (CCEP)®, Certified Compliance & Ethics Professional–International (CCEP-I)®, and Certified Compliance & Ethics Professional Fellowship (CCEP-F)®

## Member's Get Much More

Become a member today for access to exclusive content, publications, and discounts on products.

More About Membership



Join our Social Network

| Contact | Contact | Advertise with Us | Privacy Policy | Terms of Use | Code of Conduct |

Copyright © 2019 Society of Corporate Compliance and Ethics (SCCE). All rights reserved. All information provided through this site, including without limitation all information such as the "look and feel" of the site, data files, graphics, text, photographs, drawings, logos, images, sounds, music, video or audio files on this site, is owned and/or licensed by SCCE or its suppliers and is subject to United States and international copyright, trademark and other intellectual property laws. Any third party logos and/or content provided herein is owned by such third parties and is used by permission herein. Your use of this site to is subject to our Terms of Use and Privacy Statement.