PD6 Exh 12



 

Log In

‹ back to About HCCA

# About Us

Established in 1996, Health Care Compliance Association (HCCA)® is a member-based association for healthcare compliance professionals. Serving more than 12,000 members across the country, we're dedicated to enabling the lasting success and integrity of those working in, working with or supporting healthcare organizations.  Incorporated in 2011, Society of Corporate Compliance and Ethics & Health Care Compliance Association is a 501(c)(6) non- profit organization.

Our members include compliance officers and staff working in hospitals, research facilities, clinics, and technology services providers, as well as anyone providing services or goods to these organizations or the compliance community. Each member has direct access to our CEO, Gerry Zack.

Learn  more about the Health Care Compliance Association:

HCCA's History →

HCCA Bylaws →

HCCA's Code of Conduct →

## HCCA's Mission Statement

The Health Care Compliance Association exists to champion ethical practice and compliance standards and to provide the necessary resources for healthcare  professionals and others who share these principles.
Our vision is to be the pre-eminent compliance and ethics association promoting lasting success and integrity of organizations worldwide.

## Major Functions

To promote the highest standards in compliance programs—from their introduction and development to continuing maintenance.

To create high-quality educational training events and resources to support individual professional growth.

To provide a forum for interaction and information exchange for the health care compliance community.

## Member's Get Much More

Become a member today for access to exclusive content, publications, and discounts on products.

**More About Membership**



Join our Social Network

Contact          Advertise with Us          Privacy Policy          Terms of Use          Code of Conduct

Copyright © 2019 Health Care Compliance Association (HCCA). All rights reserved. All information provided through this site, including without limitation all information such as the "look and feel" of the site, data files, graphics, text, photographs, drawings, logos, images, sounds, music, video or audio files on this site, is owned and/or licensed by HCCA or its suppliers and is subject to United States and international copyright, trademark and other intellectual property laws. Any third party logos and/or content provided herein is owned by such third parties and is used by permission herein. Your use of this site to is subject to our Terms of Use and Privacy Statement.