PD6 Exh 16

Confidential – Privileged Information; Do Not Distribute

# Cardinal Health

## Operations, Compliance and Information Technology

Joe Gottron
June 2009

CardinalHealth

**Deloitte.**

CAH_MDL2804_03415292

Confidential – Privileged Information; Do Not Distribute

## Agenda

| | |
|---|---|
| **Overview/Objectives** | **3** |
| **Supply Chain Roadmap and Initiatives** | **6** |
| **Deloitte Execution** | **12** |
| **Deloitte Recommended Approach** | **20** |
| **Next Steps** | **22** |

CardinalHealth

**Deloitte.**

CAH_MDL2804_03415293

Confidential – Privileged Information; Do Not Distribute

## Cardinal Health has asked Deloitte to provide thoughts on it's strategic supply chain initiatives

Currently, compliance and operations FY2010 initiatives are a collection of projects.  There is a need for a cohesive strategy (vs. a number of conversations) to create a comprehensive roadmap and provide the most value to Cardinal Health.

### Meeting Objectives

- Provide a Deloitte Point of View regarding Cardinal Health's Pharmaceutical Supply Chain road map

- Provide an overview of initiative threads to improve Cardinal Health's Pharmaceutical Supply Chain performance

- Overview Deloitte methodologies to accelerate, prioritize, execute and increase value for Cardinal Health

- Introduce Deloitte's approach for conducting a Supply Chain IT Strategy

CardinalHealth

**Deloitte.**

CAH_MDL2804_03415294

Confidential – Privileged Information; Do Not Distribute

**Cardinal's IT Supply Chain Strategy must be developed to support and enhance the business' current Supply Chain and strategic direction**



*An integrated IT strategy addresses the alignment between supply chain business capabilities (whether current or future) and the IT capabilities needed to enable them. The supply chain business strategy provides the context. The development and enhancement of supply chain IT capabilities must be developed as an integral part of the supply chain strategy and objectives, and any IT constraints or IT possibilities (for further business improvement) must feed back into the development and implementation of that strategy.*



**Deloitte.**

4

Confidential – Privileged Information; Do Not Distribute

# The alignment between IT strategy and Supply Chain Strategy at Cardinal Health should progress towards the "leading" stage

| Level 2 | Stage 1 (Lagging) | Stage 2 (Developing) | Stage 3 (Performing) | Stage 4 (Leading) |
|---|---|---|---|---|
| **Business Strategy & IT Alignment** | No effort to align IT and supply chain strategy | Preliminary and immature efforts to align IT and supply chain strategy | Need for alignment is well understood; Regular cadence of alignment actions in place | Pro-active alignment due to true business partnership between business and IT |
| | No effort to align business strategy and supply chain strategy | Preliminary and immature efforts to align business and supply chain strategy | Need for alignment is well understood; Regular cadence of alignment actions in place | Pro-active alignment due to true business partnership between business and supply chain strategy |
| | No IT strategy (or components thereof) exists | Adhoc IT strategy components exist that only address some supply chain business capabilities | Mature IT strategy components exist that address most supply chain business capabilities | Mature IT strategy components exist that address most supply chain business capabilities; IT provide some supply chain leadership / innovation |
| | No efforts in place to keep supply chain and IT strategy in synchronicity with each other | Awareness to ensure that supply chain and IT strategy remain in synchronicity with each other | Robust, documented process instituted to ensure that supply chain and IT strategy, remain in synchronicity with each other | Organization culture actively ensures that supply chain and IT strategy remain in synchronicity with each other |
| | No involvement of IT in supply chain strategic decisions | Adhoc involvement of IT in some supply chain strategic decisions | Active involvement of IT in most supply chain strategic decisions | IT and supply chain partner to make all supply chain strategic decisions |

(From Deloitte's Integrated Supply Chain Maturity Model)

**Cardinal**Health

**Deloitte.**

5

CAH_MDL2804_03415296

Confidential – Privileged Information; Do Not Distribute

## Supply Chain Roadmap

**Cardinal**Health

**Deloitte.**

HIGHLY CONFIDENTIAL

CAH_MDL2804_03415297



Our best POV based on being around for 14 months

Need to do a diagnostic to be even more prescriptive

All have some IT component (some very heavy—i.e., SOM Centralization; WMS; etc.)

What does each bar mean :

SC Diagnostic : The purpose is to be even more prescriptive as we find additional opportunities

Inventory Analytics : The purpose is to improve efficiency and accuracy by creating a managed data mart to contain current and historical fill rates by supplier and class of trade

Network Rationalization : Consolidation of network by closing of facilities. Results in improved service level, lower OPEX and lower inventory by leveraging lower safety stock. About $20 MM - $35 MM inventory reduction per DC closure. Segmentation, Safety Stock Optimization, Forecast accuracy improvements :

Multi-Echelon, Dynamic Limiter-SCORE : Improve efficiency and accuracy of inventory forecasting, planning and replenishment through more accurate representation of the Cardinal Network. This capability should enable more accurate forecasting of inventory movements throughout the network ultimately resulting in the identification of additional supply optimization. Use Dynamic limiter capability to provide "fair share" allocation of inventory resulting in optimization of order and safety stock.

Slotting Optimization : Purchase and installation of a commercial inventory location optimization tool (slotting). Results will be improved pick efficiency, less emergency replenishment, better space utilization within facilities and zones. Pilot is underway is FY09

DC Assessments & Improvements : General improvement opportunities to increase warehouse efficiency. Also create a DC Scorecard that reports people (audit, turnover), perfect order (fill rates, on-time departure and defects per million) and economic (inventory carrying costs, productivity efficiencies, and delivery expenses)

ePedigree / Serialization: Continue to build end to end serialized pedigree capability. Implement serialization at NLC and strengthen customer capabilities

WMS Planning and Implementation : Project to assess business case to upgrade/replace current on-site automated warehouse management processes and tools know as AMS. The project will analyze the opportunities and size the effort to re-write the solution.

Order & Price Compliance : Additional enhancements to current SOM capability and processes to fully meet DEA requirements, e.g. dosage monitoring. Improve efficiency and effectiveness of communication of thresholds and events distribution and management of process knowledge and training

HIGHLY CONFIDENTIAL



Confidential – Privileged Information; Do Not Distribute

## Inventory Optimization

| 2008 | 2009 | 2010 | 2011 | 2012 |
|------|------|------|------|------|
| | Segmentation, SS and CS Opt², Forecast Accuracy Improvements, Multi-Echelon, Limiter, SCORE | | | |
| Inventory Diagnostic | | S&OP, Demand Planning | | |
| | | Network Rationalization | | |

| Project Description | Major Activities | Potential Value / Benefits |
|---|---|---|
| ▪ Inventory Analytics: Segmentation, Safety Stock Optimization, | ▪ Create detailed assortment and service level models for the various locations in the supply chain<br>▪ Conduct COGS and velocity based hybrid segmentation, safety and cycle stock optimization<br>▪ Analyze demand patterns through the use of multi-dimensional models and statistical algorithms<br>▪ Develop statistical based order quantity and safety stock logic resulting in inventory optimization | ▪ Replaces blanket "rule of thumb" inventory guidelines with differentiated policies statistically tied to supply chain capabilities<br>▪ Reduce supply volatility to create operating cost efficiencies<br>▪ Minimize costs associated with holding inventory |
| ▪ Multi-echelon, dynamic limiter, SCORE | ▪ Implement a multi-echelon inventory model that sets inventory targets for each discrete stage of the supply chain | ▪ Optimized Inventory Levels to Identified Multi-echelon Inventory |
| ▪ Sales & Operational Planning, Demand Planning | ▪ Create a common plan<br>▪ Build a collaborative environment<br>▪ Measure performance consistently | ▪ Supply/ demand imbalances proactively identified and addressed<br>▪ One aligned/ realistic operational plan |
| ▪Network Rationalization | ▪ Conduct simulation and analysis to optimize pool point consolidation, cross docking and direct ship opportunities<br>▪ Model multiple possible distribution network scenarios, compare the cost savings and service-level impacts of each scenario | ▪ Reduce distribution and transportation costs due to less order expediting |

¹. SS and CS stand for Safety Stock and Cycle stock respectively

CardinalHealth

**Deloitte.**

CAH_MDL2804_03415300





Confidential – Privileged Information; Do Not Distribute

# Sourcing and Procurement

| 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| | Category Management | Strategic Sourcing & Operational Procurement | | |
| | | E-Sourcing, E- Procurement, E-Payments | | |
| | | Supplier Relationship Management | | |

| Project Description | Major Activities | Potential Value / Benefits |
|---|---|---|
| ▪ Category Management | ▪ Document & stratify spend<br>▪ Understand what categories should be centrally managed vs. coordinated vs. business-led<br>▪ Identify categories for indirect and direct sourcing<br>▪ Create category-level recommendations & considerations | ▪ Reduces Category Total Cost of Ownership<br>▪ Typical savings in range of 5-10% for direct sourcing<br>▪ Typical savings in range of 5-35% for in direct sourcing |
| ▪ Strategic Sourcing and Operational Procurement | ▪ Identify all related Total Cost activities<br>▪ Evaluate effectiveness of the current process<br>▪ Determine Total Cost of Process<br>▪ Benchmark Total Cost process<br>▪ Perform supplier assessment | ▪ Enables bundled purchasing, provides visibility and leverage of actions<br>▪ Facilitates the development and execution of a single, enterprise-wide strategy |
| ▪ E-Sourcing, E-Procurement, E- Payments | ▪ Identify opportunities for electronic cataloging<br>▪ Identify opportunities for automated approval routing | ▪ Integrated system provides seamless and touch less flow of data through entire source-to-pay process |
| ▪ Supplier Relationship Management | ▪ Segment and manage suppliers based on purchase history and established supplier performance metrics<br>▪ Initiate KYC – Know your supplier / customer process to better understand the business opportunities<br>▪ Develop a scorecard to pre-screen suppliers based on their capabilities/functional or geographical coverage | ▪ Optimized customer service and cost performance through deep supplier relationships<br>▪ Creates opportunities to bucket suppliers into direct and indirect sourcing categories for future use |

CardinalHealth

Deloitte.

Confidential – Privileged Information; Do Not Distribute

# Operational Improvements

2008 | 2009 | 2010 | 2011 | 2012

Warehouse Operational Improvements – Slotting Optimization, DC Assessment

E-Pedigree / Serialization

WMS Planning | WMS Implementation

Transportation Rate Management- Load consolidation, Mode conversion

| Project Description | Major Activities | Potential Value / Benefits |
|---|---|---|
| ▪ Warehouse Operational Assessment - Slotting Optimization and DC Assessment | ▪ Develop ABC stratification to recommend placement (slotting) of items<br>▪ Review slotting, facility layout, workload distribution and activities at DC | ▪ Improved productivity<br>▪ Quicker availability of product and 10% - 15% reduction in picking time<br>▪ Reduce zero fills<br>▪ Cycle time reductions |
| ▪ E-Pedigree / Serialization | ▪ Capture business requirements , Capture technical / functional requirements and translate them to specifications<br>▪ Draft deployment roadmap and timeline required to meet compliance<br>▪ Develop cost model for hardware, software, resource and on-going costs | ▪ Improved customer safety<br>▪ Stronger Brand Image<br>▪ Enhanced compliance & awareness<br>▪ Reduces risk |
| ▪ WMS Planning & Implementation | ▪ Capture business requirements , Capture technical / functional requirements and translate them to specifications<br>▪ Review Picking, Receiving and Verification Processes | ▪ Optimize productivity and operational efficiency<br>▪ Increase inventory accuracy<br>▪ Increase services to end users |
| ▪ Transportation Rate Management- Route optimization, Load Consolidation, Mode conversion, | ▪ Understand Operational Detail - Carrier Base, cost by mode, Agreements, Key Lanes, Constraints & Requirements, etc. | ▪ Optimize mode, carrier or routing |

CardinalHealth

Deloitte.



## Compliance

Confidential – Privileged Information; Do Not Distribute

| 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|

- SOM
- NYAG
- Order/Price Compliance (SOM II)/ Remediation
- Cold Chain, Recall, In-Transit Loss, Others
- Centralization

| Project Description | Major Activities | Potential Value / Benefits |
|---|---|---|
| ▪ Order / Price Compliance (SOM II) / Remediation | ▪ Complete the list of requirements from Phase I (those that are only partially complete) and Phase II (requirements that were pushed to after roll-out of SOM to all channels)<br>▪ Create IT enhancements for Scalability - Need to develop "plug and play" methodology for reapplying SOM in other business units, for new drugs, etc.<br>▪ Improve efficiency and effectiveness of process and technology to work towards transaction level SOM<br>▪ Create scalability for future growth or increased statutory requirements | ▪ Position CAH to proactively accommodate new regulatory requests<br>▪ Centralize monitoring activities into one department<br>▪ Improve efficiency and effectiveness of communication of thresholds and events<br>▪ Improves decision support capabilities to back up Subject Matter Experts and ensure highest level of capability at all times (redundancy) |
| ▪ Cold Chain, Recall, In-Transit Loss, Others | ▪ Continue to monitor and identify potential supply chain integrity issues<br>▪ Create the ability to predict/meet/resolve the issues immediately | ▪ Identify "gaps" in supply chain integrity and create capabilities to mitigate risk.<br>▪ Recall event estimated at $3 – 5M; In-transit loss estimated at $1 – 3M (cost avoidance) |
| ▪ Centralization | ▪ Create a "layer" around current distinct systems to allow effective and efficient share of accurate/timely data<br>▪ Create the ability to execute change quickly and efficiently through all business units<br>▪ Work effort of IT and QRA to further define "dashboard" requirements and the integration needs of legacy systems | ▪ Quicker response time<br>▪ Increase timeliness of detection by reducing latency of data throughout the network.<br>▪ "Cockpit" for QRA to address issues and make changes that are systemically executed |

CardinalHealth

Deloitte.

CAH_MDL2804_03415304

Confidential – Privileged Information; Do Not Distribute

## Deloitte has leveraged multiple projects to deliver more than expected, working across a number of functions/business units

**Project SOM**

Led project with Compliance, Sales, Sales Operations, Communications, Training, General Counsel and Operations to implement Suspicious Order Monitoring (which includes 2 threads):

- **Know Your Customer** – knowledge of customer's business model, history, and plans
- **Electronic Monitoring** – Development of a systemic way to Identify, Block and Report orders of controlled substances that are suspicious due to quantity, pattern or frequency
- Implemented across all channels of trade (approximately 30,000 DEA #'s)

**Project AUDIT**

Led the preparation of all Distribution Centers, Corporate Compliance, Sales, and Customer Service for DEA Audits

- Development of training and communication to educate, test and retest employees prior to audits
- The development of a repository to hold all important documents accessible anywhere
- The development and training of new SOP's for DC's, Sales and Corporate Compliance

**Project NOW**

Execution of SOM across additional Cardinal Health business units (PharmPak, Brokerage, SPS, ParMed, Borschow):

- The rapid execution of SOM across differing systems, business models, organizations and processes
- Implemented across 3 business units in 3 months with the capability to start-up 2 additional units at any time

**Project NYAG**

Leveraged SOM processes/systems to current NYAG activities and developed a workplan to transition to existing Cardinal organizations

- Development of a workplan that would transition all processes from a project team to an existing organization
- Development of analytics that mitigated additional price diversion risk formally not monitored

**Project Ambulatory Care**

Apply current SOM methodology to Cardinal Health Med Ambulatory Care business opportunity

- Execute SOM across new customer channels (practitioners and surgery centers) in a different Cardinal Health business model



CardinalHealth

**Deloitte.**

13

Talk about working across functions for SOM; leveraging SOM into NYAG and NOW; working across Business Units in NOW; working with Med in Ambulatory Care

CAH_MDL2804_03415305

Confidential – Privileged Information; Do Not Distribute

# Deloitte's experience at Cardinal Health, coupled with tools, frameworks and methodologies, will enable the successful execution of identified projects

## Deloitte Provides

**Accelerate**
- Supply chain assessment methodologies to accelerate and identify improvement opportunities
- Proven analytics tools to jumpstart and support rigorous supply chain assessments

**Prioritize**
- Templates and frameworks specific to the Life Sciences Healthcare industry (e.g. value map, industry print, etc) to prioritize supply chain projects
- Subject matter experts with prior work experience in Life Sciences Supply Chain & Operations to prioritize initiatives and lay out high-level execution roadmap for Cardinal Health

**Execute**
- Recent and relevant experience with Cardinal Health
- Realistic, proven PMO processes to support effective execution
- Proven execution experiences across several Life Sciences clients

**Increase Value**
- Prior experience in improving inventory deployment and planning to increase service levels
- Prior experience in generating Indirect sourcing savings from 5-35% (depending upon the category)
- Prior experience in reducing warehousing costs by 10-15% via flow patterns

## Deloitte is a Leader in Life Sciences Supply Chain & Operations

- Deloitte's extensive network of Supply Chain and Operations experts delivers services across the entire value chain
- Our practice delivers executable strategies that focus on process, organization, technology, and operations solutions
- Our supply chain practitioners have cross-industry experience as well as capabilities across the supply chain service offerings
- We bring dedicated practitioners with deep life sciences supply chain experience to assist our clients

**Cardinal**Health

**Deloitte.**



Confidential – Privileged Information; Do Not Distribute

# Accelerate—Deloitte Integrated Supply Chain (DISC) methodology

**The framework for toolkit was based on the Supply Chain Council SCOR model, but enhanced for a more holistic approach to supply chain assessments**

**DISC Toolkit Framework**

**The Toolkit currently contains 4 tools that can be used to immediately gather qualitative information and quantitative data for effective supply chain assessments**

CardinalHealth

Deloitte.



Notes : Deloitte has a team of dedicated practitioners that create complex supply chain models and perform "high power" analytics to accelerate Supply chain assessments. The group provides round-the-clock support for the client service. Examples of some of the Supply chain analytical models include :

Supply Chain Diagnostic tool:  This is a great benchmarking tool that  provides a high level overview of company's supply chain performance. The tool compares the company's performance to its peers and links to the value components of the Enterprise Value Map.

Inventory optimization model: that is both excel and access based and takes into account large volume of supply chain data to perform inventory modeling at  SKU level. It performs both velocity and COGS based segmentation at SKU level and assists with the working capital optimization

Transportation Bid analysis tool : This is an excel based tool that analyzes huge volume of transactional data (bidding information) and performs both TL and LTL bidding for the client.

Category Sourcing Model: This consists of techniques and methods required to strategically source a specific category effectively. It includes an overview of the supply market, sourcing best practices, benefit measures & tracking.

Confidential – Privileged Information; Do Not Distribute

## Prioritize—Deloitte's Project Toolkit

**Lean/Pull Roadmap**

Enterprise wide integrated approach to implement lean operating culture, production system alignment and information management

**DISC Method**

Method and framework to rapidly diagnose the state of our clients' supply chains and identify improvement opportunities to extract significant value

**Value Map**

Practical, one-page management framework that shows the relationship between shareholder value and business operations

**Capability Maturity Model**

The 'Capability Maturity Model' (CMM) describes key competency areas in the Supply Chain functions

**Culture and Change**

Methodology to facilitate the change, communications and learning activities that are closely linked at any implementation program

**Industry Print**

Enterprise-wise process models identify industry-specific best practices mapped to best-of-breed Supply chain applications

**Value Analytics**

Comparative financial analysis tool that's main objective is to assist in the historic performance benchmarking of a company

**Value Stream Maps**

Application designed to map a process at a handoff level of detail and make non-value added waste visible in the process)

CardinalHealth

**Deloitte.**

CAH_MDL2804_03415309



CAH_MDL2804_03415310



Confidential – Privileged Information; Do Not Distribute

# Increased Value—Deloitte's Client Experience

**Supply Chain Strategic Initiatives**

| Focus | Typical Results (Deloitte Consulting Experiences) |
|---|---|
| Inventory | • Reduce inventory shrinkage by 10%<br>• Improved customer service levels significantly from less than 80% to more than 95%<br>• Achieved a 10% reduction in monthly forecast error and a 43% reduction in weekly forecast error |
| Sourcing and Procurement | • Savings of 5% to more than 25% of direct material cost<br>• An average of 8% - 12% savings with strategic sourcing and transformational procurement program<br>• Indirect Sourcing savings ranges from 5-35% depending on the category |
| Warehouse and Transportation Operations | • Warehouse costs by 10~15% via flow patterns<br>• Throughput improvement of 10 to 25%<br>• Productivity improvement of 30 to 70% (per employee)<br>• Transportation rates reduced (~5~8%)<br>• Improved carrier allocation and performance tracking process |
| Compliance | • 11M penalties (cost avoidance)<br>• $3.7M expense (cost avoidance)<br>• Reduction in "fat finger" orders<br>• Normalized demand and inventory |

CardinalHealth

Deloitte.

Confidential – Privileged Information; Do Not Distribute

## To effectively combine operations, compliance and IT projects, Deloitte recommends a Supply Chain IT Strategy

| ← Week 1 → | ← Weeks 2-3 → | ← Weeks 4-6 → | ← Weeks 7-8 → |
|---|---|---|---|
| Project Launch | Establish Hypothesis and Baseline | Assess and Identify Opportunities | Prioritize Opportunities, Develop Business Case & Modify roadmap |

**Project Launch**
- Establish steering committee
- Define Scope
- Establish high level goals
- Develop detailed work plan
- Conduct project kick off meeting
- Receive requested data

**Establish Hypothesis and Baseline**
- Conduct initial interviews to understand supply chain improvement opportunities
- Capture supply chain data for analysis and develop baseline
- Develop a set of improvement hypothesis

**Assess and Identify Opportunities**
- Assess current supply chain processes vs. leading practices
- Set up supply chain analytics model to quantify opportunities
- Identify opportunities
- Finalize and validate opportunities with key stakeholders
- Define IT capabilities to support supply chain performance

**Prioritize Opportunities, Develop Business Case & Modify roadmap**
- Prioritize and sequence opportunities per IT support
- Group prioritized recommendations into discrete initiatives
- Develop high-level business case
- Modify the existing roadmap to realize improvements
- Identify the leadership team that will execute the initiatives

**Build towards Uncompromised Supply Chain Integrity**

\* The above timeline assumes that the supply chain data will be received prior to the start of the project

CardinalHealth

**Deloitte.**

Confidential – Privileged Information; Do Not Distribute

## Next Steps

- Obtain agreement to execute a Supply Chain IT Strategy effort

- Obtain contacts/resources to develop the strategy across operations, compliance and IT

- Develop infrastructure and support for the project work

- Develop data request

- Continue to move initiatives forward as Strategy is being developed


CardinalHealth

**Deloitte.**

HIGHLY CONFIDENTIAL

CAH_MDL2804_03415313