PD6 Exh 17

# Suspicious Order Monitoring—Objective Evidence, Customer Segmentation and Applicable SOM Rules

May 8, 2008

**Company Confidential** – For internal use only



**Cardinal**Health
*Essential to care*™

CONFIDENTIAL

CAH_MDL2804_00227735

## Objective Evidence Framework

- Goal—develop a tool to assess "risk" of diversion by customer channel, and within the channel, by customer
    - Articulate a framework that supports differing types of SOM processes based on risk of the customer
    - Create an assessment tool that uses "objective evidence" to determine the level of risk.
    - Develop a tool that defines segments customers into SOM levels based on the assessment information.
- Goal—develop a "menu" that provides guidelines for SOM appropriate for the customer
    - The SOM level will highlight key characteristics of the Suspicious Order Monitoring process that Cardinal will initiate with the Customer
    - The menu supports consistency of SOM approach based on an "objective" assessment



CardinalHealth — Company Confidential – For internal use only — 2

CONFIDENTIAL
CAH_MDL2804_00227736



# Objective Evidence, Customer Segmentation and SOM Level

**ILLUSTRATIVE ONLY**

**4** Highest level of Objective Evidence-- Processes provide great control

- SOM is a back-up/safeguard process
- Usage information is shared with customer
- Issues are highlighted (early warning) and resolved
- Orders are not
  day the order

**3** Customer's anti-diversion processes in pl

- SOM is a back-up/safeguard process
- Information is mutually shared regarding order patterns, accruals, thresholds
- Customer certifies each yr
- Issues are highlighted (early
  warning) and
- Orders are not stopped on
  is

**2** Customer has some "control" process in place

- SOM is a back-up/safeguard process
- Information is mutually shared regarding order patterns, accruals, thresholds
- Audits occur each year
- Issues are highlighted
  resolved
- Orders may be stopped on
  is

**1** Minimal Objective Evidence— process in place

- SOM is the primary anti-diversion process
- Orders are stopped on the day the order is received
- Investigation occurs with each threshold event
- Thresholds are adjusted or not adjusted and subsequent orders are stopped

CardinalHealth

Company Confidential – For internal use only



# Objective Evidence—Risk Assessment

Estimate of risk for each customer segment regarding the potential diversion of controlled substances. The "risk" will have impact on the SOM process and "thresholds" developed to safeguard against diversion—the higher the risk, the more the need for a Cardinal owned and enforced SOM.

- Information being gathered to determine "risk" (due May 9)

CardinalHealth

Company Confidential – For internal use only

# Objective Evidence Framework



**Customer Ability**

**Cardinal SOM Rigor**

Objective evidence that would support a model where other compensating controls (financial oversight, certifications, accreditations) would establish support for a different SOM formula

– Segmentation based on criteria that determines ability to self monitor and stop diversion. For example:

    4. Governing body/Association attests to capability

    3. Process in place to monitor use/dosage of population and match that to own inventory/orders

    2. Some processes in place to monitor loss/shrinkage

    1. No process in place


CardinalHealth

Company Confidential – For internal use only

CONFIDENTIAL     CAH_MDL2804_00227739



CONFIDENTIAL

CAH_MDL2804_00227740

Case: 1:17-md-02804-DAP  Doc #: 2227-6  Filed: 08/13/19  8 of 9.  PageID #: 339468



CONFIDENTIAL                                                                                                                                                           CAH_MDL2804_00227741

