# PSJ17 Exh 3

**Teva Opioid Market Share Calculation : All Opioids**

|  | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| Teva opioid script volume | 12,950,466 | 12,969,999 | 12,586,293 | 15,176,735 | 30,897,678 |
| Teva opioid script share (relative to total market) | 5% | 5% | 5% | 6% | 14% |
| Total opioid market script volume | 267,599,909 | 259,605,820 | 253,126,073 | 237,103,927 | 225,964,556 |

Source: QI (Quintiles IMS) National Prescription Audit (NPA)

Total opioid market includes: All FDA approved opioids captured in QI NPA except narcotic cough syrup.

Calculation Notes: Annual summary of all retail dispensed opioids for Teva and the market. Data accessed 2H 2017. Script data pulled at product level unless owned by both Teva and Legacy Actavis or if certain NDCs were discontinued; in these instances it was pulled at NDC level. Script volume for Teva products and NDCs that were discontinued is only included through the month it was discontinued (e.g. if discontinued 10/17/2014, Oct.-14 scripts are counted, Nov.-2014 and forward are not). Teva volume only includes scripts from Legacy Actavis products since the acquisition close date (August-December 2016).

Teva products include: Acetaminophen with codeine, Actiq, Buprenorphine and Naloxone Sublingual tablets, Buprenorphine, and Naloxone Sublingual tablets, Buprenorphine Sublingual tablets, Buprenorphine Sublingual tablets, Butalbital, acetaminophen, caffeine, and codeine capsules, Butalbital, acetylsalicylic acid, caffeine, and codeine, Butalbital, acetylsalicylic acid, caffeine, and codeine, Fentanyl Transdermal System (Generic Duragesic Patch), Fentanyl Transdermal System (Generic Duragesic Patch), Fentora, Fioricet® with Codeine (butalbital, acetaminophen, caffeine, and codeine phosphate) capsules, Hydrocodone Bitartrate and Acetaminophen tablets, Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen), Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen), Hydromorphone Hydrochloride Extended-Release tablets, Hydromorphone Hydrochloride Injection, Meperidine hydrochloride tablets, Morphine Sulfate Extended-Release capsules, Morphine Sulfate Extended-Release tablets, Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq), Oxycodone and Acetaminophen tablets (Generic Percocet), Oxycodone Hydrochloride and Aspirin tablets, Oxycodone Hydrochloride and Ibuprofen tablets, Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin), Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin), Oxycodone Hydrochloride tablets (Generic Roxicodone), Oxymorphone hydrochloride, Oxymorphone hydrochloride extended release, Pentazocine/naloxone tablets, Tramadol hydrochloride tablets, Tramadol/acetaminophen tablets.

Confidential

TEVA_MDL_A_00455086

**Retail dispensed CII (schedule II) opioids**
**Script volume and share of Teva products relative to all opioids**

|  | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| Teva CII Opioid Volume | 986,131 | 776,262 | 491,910 | 192,383 | 14,634,634 |
| Teva CII Opioid Share | 0.5% | 0.4% | 0.3% | 0.1% | 9.1% |
| Total CII Opioid Market | 208,530,435 | 199,101,617 | 189,537,049 | 170,390,297 | 160,301,725 |

Teva CII products include: Actiq, Fentanyl Transdermal System (Generic Duragesic Patch), Fentora, Hydrocodone Bitartrate and Acetaminophen tablets, Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen), Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen), Hydromorphone Hydrochloride Extended-Release tablets, Hydromorphone Hydrochloride Injection, Meperidine hydrochloride tablets, Morphine Sulfate Extended-Release capsules, Morphine Sulfate Extended-Release tablets, Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq), Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq), Oxycodone and Acetaminophen tablets (Generic Percocet), Oxycodone Hydrochloride and Aspirin tablets, Oxycodone Hydrochloride and Ibuprofen tablets, Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin), Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin), Oxycodone Hydrochloride tablets (Generic Roxicodone), Oxymorphone hydrochloride, Oxymorphone hydrochloride extended release.

Total CII Opioid Market includes: products containing the following molecules: fentanyl, levorphanol, methadone, meperidine, morphine, hydrocodone, hydromorphone, oxycodone, tapentadol.

Confidential

| Product name | Controlled drug schedule | 2012 | 2013 | 2014 | 2015 | 2016 | Total Volume 2012-16 |
|---|---|---|---|---|---|---|---|
| Acetaminophen with codeine | CIII | 3,424,405 | 3,657,706 | 3,640,362 | 5,155,961 | 6,159,809 | 22,038,243 |
| Actiq | CII | 4,032 | 2,632 | 1,826 | 1,385 | 933 | 10,808 |
| Buprenorphine and Naloxone Sublingual tablets | CIII | - | - | 2 | 68,490 | 154,803 | 223,295 |
| Buprenorphine and Naloxone Sublingual tablets | CIII | | | | | 236,515 | 236,515 |
| Buprenorphine Sublingual tablets | CIII | 151,212 | 20,013 | 6,460 | - | - | 177,685 |

3

Confidential

TEVA_MDL_A_00455088

| Product name | Controlled drug schedule | 2012 | 2013 | 2014 | 2015 | 2016 | Total Volume 2012-16 |
|---|---|---|---|---|---|---|---|
| Buprenorphine Sublingual tablets | CIII | | | | | 180,500 | 180,500 |
| Butalbital, acetaminophen, caffeine, and codeine capsules | CIII | | | | | 78,646 | 78,646 |
| Butalbital, acetylsalicylic acid, caffeine, and codeine | CIII | | | | | 20,951 | 20,951 |
| Fentanyl Transdermal System (Generic Duragesic Patch) | CII | | | | | 417,394 | 417,394 |
| Fentora | CII | 29,561 | 24,591 | 21,236 | 17,995 | 13,709 | 107,092 |

Confidential

TEVA_MDL_A_00455089

| Product name | Controlled drug schedule | 2012 | 2013 | 2014 | 2015 | 2016 | Total Volume 2012-16 |
|---|---|---|---|---|---|---|---|
| Fioricet® with Codeine (butalbital, acetaminophen, caffeine, and codeine phosphate) capsules | | | | | | 1,671 | 1,671 |
| Hydrocodone Bitartrate and Acetaminophen tablets | CII | | | | | 9,092,709 | 9,092,709 |
| Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen) | CII | 754,752 | 555,359 | 282,386 | - | - | 1,592,497 |
| Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen) | CII | | | | | 101,766 | 101,766 |
| Hydromorphone Hydrochloride Extended-Release tablets | CII | | | | | 16,398 | 16,398 |

5

Confidential

TEVA_MDL_A_00455090

| Product name | Controlled drug schedule | 2012 | 2013 | 2014 | 2015 | 2016 | Total Volume 2012-16 |
|---|---|---|---|---|---|---|---|
| Hydromorphone Hydrochloride Injection | CII | 941 | 888 | 1,182 | 1,149 | 1,338 | 5,498 |
| Meperidine hydrochloride tablets | CII | 196,845 | 175,269 | 126,365 | 113,310 | 87,358 | 699,147 |
| Morphine Sulfate Extended-Release capsules | CII | | | | | | - |
| Morphine Sulfate Extended-Release tablets | CII | | | | | 108,713 | 108,713 |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | CII | | | | 35 | 4,411 | 4,446 |

6

Confidential

TEVA_MDL_A_00455091

| Product name | Controlled drug schedule | 2012 | 2013 | 2014 | 2015 | 2016 | Total Volume 2012-16 |
|---|---|---|---|---|---|---|---|
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | CII | | | | | 61 | 61 |
| Oxycodone and Acetaminophen tablets (Generic Percocet) | CII | | | | | 3,418,258 | 3,418,258 |
| Oxycodone Hydrochloride and Aspirin tablets | CII | | | | | 3,759 | 3,759 |
| Oxycodone Hydrochloride and Ibuprofen tablets | CII | | | | | 397 | 397 |

Confidential

TEVA_MDL_A_00455092

| Product name | Controlled drug schedule | 2012 | 2013 | 2014 | 2015 | 2016 | Total Volume 2012-16 |
|---|---|---|---|---|---|---|---|
| Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin) | CII | | | | 4,315 | 290,311 | 294,626 |
| Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin) | CII | | | | | 22,181 | 22,181 |
| Oxycodone Hydrochloride tablets (Generic Roxicodone) | CII | | | | | 999,606 | 999,606 |
| Oxymorphone hydrochloride | CII | | 17,523 | 58,915 | 54,194 | 49,583 | 180,215 |
| Oxymorphone hydrochloride extended release | CII | | | | | 5,749 | 5,749 |

8

Confidential

TEVA_MDL_A_00455093

| Product name | Controlled drug schedule | 2012 | 2013 | 2014 | 2015 | 2016 | Total Volume 2012-16 |
|---|---|---|---|---|---|---|---|
| Pentazocine/naloxone tablets | CIV | | | | | | - |
| Tramadol hydrochloride tablets | CIV | 8,291,567 | 8,456,958 | 8,447,559 | 9,759,901 | 9,430,149 | 44,386,134 |
| Tramadol/acetaminophen tablets | CIV | 97,151 | 59,060 | | | | 156,211 |

Confidential                                                                                                    TEVA_MDL_A_00455094