PSJ17 Exh 4

CONFIDENTIAL

| Teva Pharmaceuticals USA List of Opioid Containing Products ||||||||
|---|---|---|---|---|---|---|---|
| Product Name | Strength | Form | Size | Date of First Teva Sale* | Date Discontinued | NDC | Notes |
| Acetaminophen with codeine | 300 mg/1, 15 mg/1 | TABLET | 100 | December 2008 | Active | 00093-0050-01 | Previously 00555-0305-02. Changed on 3/22/11 |
| Acetaminophen with codeine | 300 mg/1, 30 mg/1 | TABLET | 100 | December 2008 | Active | 00093-0150-01 | Previously 00555-0303-02. Changed on 3/25/10 |
| Acetaminophen with codeine | 300 mg/1, 30 mg/1 | TABLET | 1000 | December 2008 | Active | 00093-0350-10 | Previously 00555-0303-05. Changed on 3/25/10 |
| Acetaminophen with codeine | 300 mg/1, 60 mg/1 | TABLET | 100 | December 2008 | Active | 00093-0350-01 | Previously 00555-0305-02. Changed on 3/25/10 |
| Acetaminophen with codeine | 300 mg/1, 60 mg/1 | TABLET | 500 | December 2008 | Active | 00093-0350-05 | Previously 00555-0304-02. Changed on 11/1/11 |
| Acetaminophen with codeine | 300 mg/1, 60 mg/1 | TABLET | 1000 | December 2008 | Active | 00093-0350-10 | Previously 00555-0304-02. Changed on 11/1/11 |
| Actiq | 200 ug/1 | LOZENGE | 30 | October 2011 | Active | 63459-0502-30 | |
| Actiq | 400 ug/1 | LOZENGE | 30 | October 2011 | Active | 63459-0504-30 | |
| Actiq | 600 ug/1 | LOZENGE | 30 | October 2011 | Active | 63459-0506-30 | |
| Actiq | 800 ug/1 | LOZENGE | 30 | October 2011 | Active | 63459-0508-30 | |
| Actiq | 1200 ug/1 | LOZENGE | 30 | October 2011 | Active | 63459-0512-30 | |
| Actiq | 1600 ug/1 | LOZENGE | 30 | October 2011 | Active | 63459-0516-30 | |
| Aspirin (acetylsalicylic acid) with codeine | | | | Exact marketing date unknown, prior to 2006 | Discontinued. | | |
| Buprenorphine and Naloxone Sublingual tablets | 2 mg/1, .5 mg/1 | TABLET | 30 | December 2014 | 5/1/2007 | 00093-5720-56 | |
| Buprenorphine and Naloxone Sublingual tablets | 8 mg/1, 2 mg/1 | TABLET | 30 | December 2014 | 5/1/2007 | 00093-5721-56 | |
| Buprenorphine and Naloxone Sublingual tablets | 8 mg/1, 2 mg/1 | TABLET | 2 blister pack | August 2016 | Active | 00228-3155-73 | |
| Buprenorphine and Naloxone Sublingual tablets | 2 mg/1, .5 mg/1 | TABLET | 30 | August 2016 | Active | 00228-3154-73 | |
| Buprenorphine Sublingual tablets | 2 mg/1 | TABLET | 30 | May 2010 | Teva NDCs temporarily unavailable as of 10/1/2014. | 00093-5378-56 | |
| Buprenorphine Sublingual tablets | 8 mg/1 | TABLET | 30 | May 2010 | Teva NDCs temporarily unavailable as of 10/1/2014. | 00093-5379-56 | |
| Buprenorphine Sublingual tablets | 2 mg/1 | TABLET | 30 | August 2016 | Active | 00228-3156-03 | |
| Buprenorphine Sublingual tablets | 8 mg/1 | TABLET | 30 | August 2016 | Active | 00228-3153-03 | |
| Buprenorphine Transdermal System | | | | 7/1/2017 | Active | | |
| Butalbital, acetaminophen, caffeine, and codeine capsules | 50 mg/1, 300 mg/1, 40 mg/1, 30 mg/1 | CAPSULE | 100 | August 2016 | Active | 00591-2641-01 | |
| Butalbital, acetaminophen, caffeine, and codeine capsules | 50 mg/1, 325 mg/1, 40 mg/1, 30 mg/1 | CAPSULE | 100 | August 2016 | Active | 00591-3220-01 | |
| Butalbital, acetylsalicylic acid, caffeine, and codeine | 30 mg/1, 50 mg/1, 40 mg/1, 325 mg/1 | CAPSULE | 100 | August 2016 | Active | 00591-3546-01 | |
| Butalbital, acetylsalicylic acid, caffeine, and codeine | 30 mg/1, 50 mg/1, 40 mg/1, 325 mg/1 | CAPSULE | 500 | August 2016 | Active | 00591-3546-05 | |
| Fentanyl Transdermal System (Generic Duragesic Patch) | 25 ug/h | PATCH, EXTENDED RELEASE | 5 pouch | August 2016 | Active | 00591-3198-72 | |
| Fentanyl Transdermal System (Generic Duragesic Patch) | 50 ug/h | PATCH, EXTENDED RELEASE | 5 pouch | August 2016 | Active | 00591-3212-72 | |
| Fentanyl Transdermal System (Generic Duragesic Patch) | 75 ug/h | PATCH, EXTENDED RELEASE | 5 pouch | August 2016 | Active | 00591-3213-72 | |

Teva_MSAG_00000013

| Teva Pharmacueticals USA  List of Opioid Containing Products ||||||||
|---|---|---|---|---|---|---|---|
| Product Name | Strength | Form | Size | Date of First Teva Sale* | Date Discontinued | NDC | Notes |
| Fentanyl Transdermal System (Generic Duragesic Patch) | 100 ug/h | PATCH, EXTENDED RELEASE | 5 pouch | August 2016 | Active | 00591-3214-72 | |
| Fentora | 100 ug/1 | TABLET | 1 Tablet | 10/1/2011 | Active | 63459-0541-04 | |
| Fentora | 100 ug/1 | TABLET | 28 Tablets | 10/1/2011 | Active | 63459-0541-28 | |
| Fentora | 200 ug/1 | TABLET | 1 Tablet | 10/1/2011 | Active | 63459-0542-04 | |
| Fentora | 200 ug/1 | TABLET | 28 Tables | 10/1/2011 | Active | 63459-0542-28 | |
| Fentora | 400 ug/1 | TABLET | 1 Tablet | 10/1/2011 | Active | 63459-0544-04 | |
| Fentora | 400 ug/1 | TABLET | 28 Tablets | 10/1/2011 | Active | 63459-0544-28 | |
| Fentora | 600 ug/1 | TABLET | 1 Tablet | 10/1/2011 | Active | 63459-0546-04 | |
| Fentora | 600 ug/1 | TABLET | 28 Tablets | 10/1/2011 | Active | 63459-0546-28 | |
| Fentora | 800 ug/1 | TABLET | 1 Tablet | 10/1/2011 | Active | 63459-0548-04 | |
| Fentora | 800 ug/1 | TABLET | 28 Tablets | 10/1/2011 | Active | 63459-0548-28 | |
| Ficricet® with Codeine (butalbital, acetaminophen, caffeine, and codeine phosphate) capsules | 50 mg/1, 300 mg/1, 40 mg/1, 30 mg/1 | CAPSULE | 100 | August 2016 | Active | 52544-0082-01 | |
| Guiatuss AC Syrup, CV (Sugar Free) (OTC) | 100 mg/10 mg/5 mL | Syrup | 118 mL | 8/1/1982 | 5/1/2007 | 00182-0017-37 | |
| Guiatuss AC Syrup, CV (Sugar Free) (OTC) | 100 mg/10 mg/5 mL | Syrup | 473 mL | 8/1/1982 | | 00182-0017-40 | |
| Guiatuss DAC Syrup, CV (Sugar Free) (OTC) | 100 mg/30 mg/10 mg/5 mL | Syrup | 473 mL | 4/1/2005 | 5/1/2007 | 00182-1378-40 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 5 mg/1, 300 mg/1 | TABLET | 100 | August 2016 | Active | 00591-2174-01 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 5 mg/1, 300 mg/1 | TABLET | 500 | August 2016 | Active | 00591-2174-05 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 7.5 mg/1, 300 mg/1 | TABLET | 100 | August 2016 | Active | 00591-2175-01 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 7.5 mg/1, 300 mg/1 | TABLET | 500 | August 2016 | Active | 00591-2175-05 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 10 mg/1, 300 mg/1 | TABLET | 100 | August 2016 | Active | 00591-2176-01 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 10 mg/1, 300 mg/1 | TABLET | 500 | August 2016 | Active | 00591-2176-05 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 2.5 mg/1, 325 mg/1 | TABLET | 100 | August 2016 | Active | 00591-2171-01 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 5 mg/1, 325 mg/1 | TABLET | 100 | August 2016 | Active | 00591-2172-01 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 5 mg/1, 325 mg/1 | TABLET | 500 | August 2016 | Active | 00591-2172-05 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 7.5 mg/1, 325 mg/1 | TABLET | 100 | August 2016 | Active | 00591-2605-01 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 7.5 mg/1, 325 mg/1 | TABLET | 500 | August 2016 | Active | 00591-2605-05 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 10 mg/1, 325 mg/1 | TABLET | 100 | August 2016 | Active | 00591-2612-01 | |
| Hydrocodone Bitartrate and Acetaminophen tablets | 10 mg/1, 325 mg/1 | TABLET | 500 | August 2016 | Active | 00591-2612-05 | |
| Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen) | | | | April 2003 | 10/2/2014 | 00093-5161-01 | |
| Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen) | 7.5 mg/1, 200 mg/1 | TABLET, FILM COATED | 100 | August 2016 | Active | 62037-0524-01 | |
| Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen) | 7.5 mg/1, 200 mg/1 | TABLET, FILM COATED | 500 | August 2016 | Active | 62037-0524-05 | |
| Hydromet | 5 mg/5mL, 1.5 mg/5mL | SOLUTION | 473 mL | August 2016 | Active | 0472-1030-16 | |
| Hydromorphone Hydrochloride Extended-Release tablets | 8 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00591-3629-01 | |

| Teva Pharmacueticals USA  List of Opioid Containing Products | | | | | | | |
|---|---|---|---|---|---|---|---|
| Product Name | Strength | Form | Size | Date of First Teva Sale* | Date Discontinued | NDC | Notes |
| Hydromorphone Hydrochloride Extended-Release tablets | 12 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00591-3739-01 | |
| Hydromorphone Hydrochloride Extended-Release tablets | 16 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00591-3630-01 | |
| Hydromorphone Hydrochloride Extended-Release tablets | 32 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00591-3631-01 | |
| Hydromorphone Hydrochloride Injection | 10 mg/mL | Injection Solution | 10 VIAL in 1 CARTON | January 2011 | Active | 00703-0110-03 | |
| Hydromorphone Hydrochloride Injection | 10 mg/mL | Injection Solution | 1 vial in 2 carton | January 2011 | Active | 00703-0018-01 | |
| Hydromorphone Hydrochloride Injection | 10 mg/mL | Injection Solution | 10 VIAL in 1 CARTON | January 2011 | Active | 00703-0113-03 | |
| Hydromorphone Hydrochloride tablets | | | | 9/1/1991 | Actavis discontinued prior to Teva acquisition | | |
| Meperidine hydrochloride tablets | 50 mg/1 | Tablet | 100 | February 1997 | Active | 00555-0381-02 | |
| Meperidine hydrochloride tablets | 100 mg/1 | TABLET | 100 | February 1997 | Active | 00555-0392-02 | |
| Meperidine/Promethazine capsules | | | | 10/1/2000 | Actavis discontinued prior to Teva acquisition | | |
| Morphine Sulfate Extended-Release capsules | 10 mg/1 | CAPSULE, EXTENDED RELEASE | 60 | August 2016 | Active | 00228-3501-06 | |
| Morphine Sulfate Extended-Release capsules | 20 mg/1 | CAPSULE, EXTENDED RELEASE | 60 | August 2016 | Active | 00228-3502-06 | |
| Morphine Sulfate Extended-Release capsules | 30 mg/1 | CAPSULE, EXTENDED RELEASE | 60 | August 2016 | Active | 00228-3503-06 | |
| Morphine Sulfate Extended-Release capsules | 50 mg/1 | CAPSULE, EXTENDED RELEASE | 60 | August 2016 | Active | 00228-3504-06 | |
| Morphine Sulfate Extended-Release capsules | 60 mg/1 | CAPSULE, EXTENDED RELEASE | 60 | August 2016 | Active | 00228-3505-06 | |
| Morphine Sulfate Extended-Release capsules | 80 mg/1 | CAPSULE, EXTENDED RELEASE | 60 | August 2016 | Active | 00228-3506-06 | |
| Morphine Sulfate Extended-Release capsules | 100 mg/1 | CAPSULE, EXTENDED RELEASE | 60 | August 2016 | Active | 00228-3507-06 | |

Teva_MSAG_00000015

Confidential

TEVA_MDL_A_00455203

CONFIDENTIAL

### Teva Pharmacueticals USA  List of Opioid Containing Products

| Product Name | Strength | Form | Size | Date of First Teva Sale* | Date Discontinued | NDC | Notes |
|---|---|---|---|---|---|---|---|
| Morphine Sulfate Extended-Release capsules | 30 mg/1 | CAPSULE, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-3090-11 | |
| Morphine Sulfate Extended-Release capsules | 45 mg/1 | CAPSULE, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-3116-11 | |
| Morphine Sulfate Extended-Release capsules | 60 mg/1 | CAPSULE, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-3091-11 | |
| Morphine Sulfate Extended-Release capsules | 75 mg/1 | CAPSULE, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-3117-11 | |
| Morphine Sulfate Extended-Release capsules | 90 mg/1 | CAPSULE, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-3092-11 | |
| Morphine Sulfate Extended-Release capsules | 120 mg/1 | CAPSULE, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-3093-11 | |
| Morphine Sulfate Extended-Release tablets | 15 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-4270-11 | |
| Morphine Sulfate Extended-Release tablets | 30 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-4271-11 | |
| Morphine Sulfate Extended-Release tablets | 60 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-4311-11 | |
| Morphine Sulfate Extended-Release tablets | 100 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-4323-11 | |
| Morphine Sulfate Extended-Release tablets | 200 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00228-4347-11 | |
| Nalbuphine hydrochloride injection | | | | 6/1/2007 | 7/1/2010 | | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | 200 ug/1 | LOZENGE | 30 | 12/1/2015 | Active | 00093-7865-65 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | 400 ug/1 | LOZENGE | 30 | 12/1/2015 | Active | 00093-7866-65 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | 600 ug/1 | LOZENGE | 30 | 12/1/2015 | Active | 00093-7867-65 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | 800 ug/1 | LOZENGE | 30 | 12/1/2015 | Active | 00093-7868-65 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | 1200 ug/1 | LOZENGE | 30 | 12/1/2015 | Active | 00093-7869-65 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | 1600 ug/1 | LOZENGE | 30 | 12/1/2015 | Active | 00093-7870-65 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | 800 ug/1 | LOZENGE | 1 lozenge | 12/1/2015 | Active | 00093-7868-19 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | 800 ug/1 | LOZENGE | 30 | August 2016 | Active | 55253-0073-30 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | | | | August 2016 | Active | 55253-0071-30 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | | | | August 2016 | Active | 55253-0072-30 | |

CONFIDENTIAL

| Teva Pharmaceuticals USA List of Opioid Containing Products ||||||||
|---|---|---|---|---|---|---|---|
| Product Name | Strength | Form | Size | Date of First Teva Sale* | Date Discontinued | NDC | Notes |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | 200 ug/1 | LOZENGE | 30 | August 2016 | Active | 55253-0070-30 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | | | | August 2016 | Active | 55253-0074-30 | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | | | | August 2016 | Active | 55253-0075-30 | |
| Oxycodone and Acetaminophen tablets (Generic Percocet) | 5 mg/1, 325 mg/1 | TABLET | 100 | August 2016 | Active | 00228-2981-11 | |
| Oxycodone and Acetaminophen tablets (Generic Percocet) | 5 mg/1, 325 mg/1 | TABLET | 500 | August 2016 | Active | 00228-2981-50 | |
| Oxycodone and Acetaminophen tablets (Generic Percocet) | 7.5 mg/1, 325 mg/1 | TABLET | 100 | August 2016 | Active | 00228-2982-11 | |
| Oxycodone and Acetaminophen tablets (Generic Percocet) | 10 mg/1, 325 mg/1 | TABLET | 100 | August 2016 | Active | 00228-2983-11 | |
| Oxycodone Hydrochloride and Aspirin tablets | | | | August 2016 | Active | 00591-3551-01 | |
| Oxycodone Hydrochloride and Ibuprofen tablets | 5 mg/1, 400 mg/1 | TABLET, FILM COATED | 100 | August 2016 | Active | 00228-4029-11 | |
| Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin) | 4.8355 mg/1, 325 mg/1 | TABLET | 100 | October 2015 | Active | 00093-5731-01 | |
| Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin) | 10 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | October 2015 | Active | 00093-5731-01 | |
| Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin) | 40 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00591-2693-01 | |
| Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin) | 80 mg/1 | TABLET, FILM COATED, EXTENDED RELEASE | 100 | August 2016 | Active | 00591-2708-01 | |
| Oxycodone Hydrochloride tablets (Generic Roxicodone) | 5 mg/1 | TABLET | 100 | August 2016 | Active | 00228-2876-11 | |
| Oxycodone Hydrochloride tablets (Generic Roxicodone) | 15 mg/1 | TABLET | 100 | August 2016 | Active | 00228-2878-11 | |
| Oxycodone Hydrochloride tablets (Generic Roxicodone) | 30 mg/1 | TABLET | 100 | August 2016 | Active | 00228-2879-11 | |
| Oxymorphone hydrochloride | 10 mg/1 | TABLET | 100 | April 2013 | Active, temporarily unavailable as of 2/1/2017 | 00093-5862-01 | |
| Oxymorphone hydrochloride | 5 mg/1 | TABLET | 100 | April 2013 | Active, temporarily unavailable as of 2/1/2017 | 00093-5861-01 | |
| Oxymorphone hydrochloride extended release | 10 mg/1 | TABLET, EXTENDED RELEASE | 60 | August 2016 | Discontinued 11/2016 | 00228-3228-06 | |
| Oxymorphone hydrochloride extended release | 10 mg/1 | TABLET, EXTENDED RELEASE | 100 | August 2016 | Discontinued 11/2016 | 00228-3228-11 | |
| Oxymorphone hydrochloride extended release | 15 mg/1 | TABLET, EXTENDED RELEASE | 60 | August 2016 | Discontinued 11/2016 | 00228-3262-06 | |
| Oxymorphone hydrochloride extended release | 15 mg/1 | TABLET, EXTENDED RELEASE | 100 | August 2016 | Discontinued 11/2016 | 00228-3262-11 | |
| Oxymorphone hydrochloride extended release | 20 mg/1 | TABLET, EXTENDED RELEASE | 60 | August 2016 | Discontinued 11/2016 | 00228-3229-06 | |

Teva_MSAG_00000017

CONFIDENTIAL

## Teva Pharmacueticals USA List of Opioid Containing Products

| Product Name | Strength | Form | Size | Date of First Teva Sale* | Date Discontinued | NDC | Notes |
|---|---|---|---|---|---|---|---|
| Oxymorphone hydrochloride extended release | 20 mg/1 | TABLET, EXTENDED RELEASE | 100 | August 2016 | Discontinued 11/2016 | 00228-3229-11 | |
| Oxymorphone hydrochloride extended release | 30 mg/1 | TABLET, EXTENDED RELEASE | 60 | August 2016 | Discontinued 11/2016 | 00228-3263-06 | |
| Oxymorphone hydrochloride extended release | 30 mg/1 | TABLET, EXTENDED RELEASE | 100 | August 2016 | Discontinued 11/2016 | 00228-3263-11 | |
| Oxymorphone hydrochloride extended release | 40 mg/1 | TABLET, EXTENDED RELEASE | 60 | August 2016 | Discontinued 11/2016 | 00228-3230-06 | |
| Oxymorphone hydrochloride extended release | 40 mg/1 | TABLET, EXTENDED RELEASE | 100 | August 2016 | Discontinued 11/2016 | 00228-3230-11 | |
| Oxymorphone hydrochloride extended release | 5 mg/1 | TABLET, EXTENDED RELEASE | 60 | August 2016 | Discontinued 11/2016 | 00228-3227-06 | |
| Oxymorphone hydrochloride extended release | 5 mg/1 | TABLET, EXTENDED RELEASE | 100 | August 2016 | Discontinued 11/2016 | 00228-3227-11 | |
| Oxymorphone hydrochloride extended release | 7.5 mg/1 | TABLET, EXTENDED RELEASE | 60 | August 2016 | Discontinued 11/2016 | 00228-3261-06 | |
| Oxymorphone hydrochloride extended release | 7.5 mg/1 | TABLET, EXTENDED RELEASE | 100 | August 2016 | Discontinued 11/2016 | 00228-3261-11 | |
| Pentazocine/acetaminophen tablets | | | | 7/1/2000 | Actavis discontinued prior to Teva acquisition | | |
| Pentazocine/naloxone tablets | 50 mg/1, .5 mg/1 | TABLET | 100 | August 2016 | Active | 00591-0395-01 | |
| Propoxyphene hydrochloride capsules | | | | 7/1/1980 | Discontinued prior to 2006 | | |
| Propoxyphene napsylate and acetaminophen tablets | | | | 7/1/1985 | Discontinued prior to 2006 | | |
| Tramadol hydrochloride tablets | 50 mg/1 | TABLET, FILM COATED | 100 | June 2002 | Active | 00093-0058-01 | |
| Tramadol hydrochloride tablets | 50 mg/1 | TABLET, FILM COATED | 500 | June 2002 | Active | 00093-0058-05 | |
| Tramadol/acetaminophen tablets | | | | January 2006 | Discontinued 11/8/2013 | 00172-6359-00 | Marketing Start: 4/15/2005 – this was launched by Ivax prior to Teva's acquisition in 1/2006 |
| Tramadol/acetaminophen tablets | | | | January 2006 | Discontinued 11/8/2013 | 00172-6359-10 | Marketing Start: 4/15/2005 – this was launched by Ivax prior to Teva's acquisition in 1/2006 |
| Tramadol/acetaminophen tablets | | | | January 2006 | Discontinued 11/8/2013 | 00172-6359-60 | Marketing Start: 4/15/2005 – this was launched by Ivax prior to Teva's acquisition in 1/2006 |
| Tramadol/acetaminophen tablets | | | | January 2006 | Discontinued 11/8/2013 | 00172-6359-70 | Marketing Start: 3/13/2006 |

Teva_MSAG_00000018