PSJ17 Exh 5

**File Provided Natively**

**Confidential**

**TEVA_MDL_A_00360982**

# Marketing Plan 2007

## Confidential



# Table of Contents

- Executive Summary
- Market Situation Analysis
  - Disease Overview
  - Opioid Market
  - Competitive Analysis
  - Environmental Trends
- Product Situation Analysis
  - Profile & Position
  - Actiq Performance
  - FENTORA Performance
- SWOT Analysis & Key Issues

- Marketing Strategy
  - Mission & Strategic Vision
  - Objectives, CSFs & Strategies
  - LCM / Clinical Plan
  - Targeting
- Tactical Plan
  - Key Milestones
  - Overview Tactics by CSF
  - Campaign Evolution
  - Budget
  - Tactical Detail Grids
- Appendix
  - A: Publication Plan
  - B: Public Relations Plan
  - C: Medical Education Plan

2



# Executive Summary

| **Major Milestones** | sNDA Target Submissions:<br>Non-CA – 4Q07<br>3039 BTP CA Efficacy -2/23/07 | PDUFA dates:<br>300 mcg – 3/3/07<br>Label modifications: 4/07<br>3039 BTP CA Efficacy: 8/07 | | | Patent Expiration – 2019<br>(Method of Use – #6,200,604) | |

| **Market Overview** | Source: IMS NPA & NSP | | | | | |

| Opioid Category | Value | | | Volume | | |
|---|---|---|---|---|---|---|
| | 2005<br>($ - mil) | 2005<br>(%) | 04-05<br>Δ | 2005<br>(TRx - mil) | 2005<br>(%) | 04-05<br>Δ |
| Pure SAOs | $663 | 11% | 22% | 8 | 4% | 20% |
| Combi SAOs | $1,221 | 21% | 3% | 156 | 84% | 6% |
| LAOs | $3,965 | 68% | -6% | 22 | 12% | 7% |
| Total Opioids | $5,848 | 100% | -2% | 186 | 100% | 7% |

## Growth Drivers

- Aging baby boomers and growing US population will increase the size of the chronic pain patient population
- Increase in treatment of chronic pain with opioids
- Pain Specialists are more aggressive in treating chronic pain
- More sophisticated usage of opioids by PCPs who continue to drive the majority of opioid TRx volume
- Increasing understanding about the proper identification, diagnosis and treatment of BTP
- New competitive entries

## Growth Inhibitors

- Scrutiny from regulators and general confusion on the part of key stakeholders fuels concern about the abuse, addiction, and diversion of opioids
- Due to the widespread availability of generics in the opioid market, managed care has placed significant restrictions on the use of branded opioids
- Chronic pain practice standards (especially for BTP) are still evolving
- Physicians believe that increasing the dose or dosing frequency of LAOs can adequately cover a BTP episode while ignoring the effects of overmedication [influenced by LAO manufacturers)]
- Perception by some physicians that SAOs are a preferred treatment option for BTP based on familiarity, ease-of-use, and cost

3

# Executive Summary

## Competitor Analysis

| Company | 2005 Pain Sales (US) | Primary Focus | Pain Products | Potential to Lead in Future |
|---|---|---|---|---|
| Purdue | $1.4B | Pain Care | OxyContin ($1.36B), MS Contin ($32M), Palladone ($20M)*, OxyIR | Reputation suffers due to OxyContin issues and Palladone withdrawal |
| J&J | $1.4B | Primary Care | Duragesic ($687M), Ultracet ($145M), Ultram ($37M), Ultram ER* | Part of corporate strategy is to re-focus efforts in pain, developing new business unit |
| Endo | $1.2B | Pain Care | Lidoderm ($573M), Percocet ($122M), Depodur, Opana, Opana ER, Additional generic opioids ($370M) | Potential to lead in the future due to single focus in Pain Category |
| King/Ligand | $179M | Oncology, Pain Care | Avinza ($179M) | Strong presence in LAO market with a focus on TR (Remoxy) |
| Alpharma | $140M | Pain Care | Kadian ($140M) | Limited product portfolio |

## Product Description

- Fentanyl incorporated into OraVescent® drug delivery platform
- Strengths: 100, 200, 400, 600, 800 mcg tablets
- Pack Size: 28 tabs (7 blisters with 4 tabs each)
- Indication:  BTP in pts w/cancer
- Safety: Similar to other opioids
- RiskMAP: Secure Program

## Product Features

### Efficacy

- 10 minute onset & duration up to 120 minutes (last time point measured)

### Advantages over Actiq

- Greater absolute bioavailability (65% vs. 47%)
- Greater absorption through oral mucosa (48% vs. 22%)
- Simpler initial titration scheme
- More discreet, easier to administer, & sugar free

# Executive Summary

## Position Statement

*FENTORA* is the first and only fentanyl buccal tablet that utilizes an effervescence reaction to provide the most rapid onset of analgesia of any oral opioid resulting in improved patient functioning and activities of daily living*

## Clinical Studies

| NDA: | |
|---|---|
| 99-14 | Efficacy: CA BTP |
| 99-15 | Safety: CA BTP (open label) |
| 1026-29 | PK: 4 main studies |

| Labeling Supplement: Label Δ | |
|---|---|
| PK TBD | New doses: 300 mcg, high dose (mcg TBD) |
| 3039 | BTP Efficacy CA |

| H-2-H Studies | |
|---|---|
| 3055 | vs. OxyIR ST efficacy & safety |
| 3056 | vs. OxyIR LT efficacy & safety |

| sNDA: expand indication to non-CA | |
|---|---|
| 3040 | Safety: all non-CA BTP (open label) |
| 3041 | Efficacy: neuropathic BTP |
| 3042 | Efficacy: lower back BTP |
| 3054 | Pain anxiety symptoms |
| 3052 | Pivotal efficacy: non-CA |

| Other PK Studies | |
|---|---|
| 1043 | Buccal vs. sublingual |
| RP-1 | Relative potency (IV morphine) |
| RP-2 | Relative potency (SAO) |

*  This internal position statement is aspirational, and not intended to be used in promotional materials

3

# Executive Summary

## Key Issues

1. Reimbursement challenges
2. Need to expand prescribing audience
3. *FENTORA* is not well differentiated
4. Dosing & administration challenges
5. Risk for abuse & diversion
6. Limited KOL & society relationships
7. Limited BTP awareness/knowledge

## Critical Success Factors

→ Maximize access

→ Gain acceptance among Actiq users & beyond

→ Physicians understand FENTORA is superior treatment option for BTP

→ Clear & consistent messaging on dosing & administration

→ Clear & consistent communication of *FENTORA* risks

→ KOLs & professional societies support *FENTORA*

→ Improve awareness & understanding of BTP

## Objectives

Total Revenue:  $139.5 M
TRXs: 81,207

## Assumptions

- TRx Share @ month 12 = 28% of ROO (fentanyl) market
- *FENTORA* will grow from Actiq loyalist conversion & incremental market growth
- WAC/TRx = $1,357 (2.5% annual price increase)

6

# Executive Summary

## Budget 2007

| Category | Spend | Share of Total Spend |
|---|---|---|
| Market Research | $1,750,000 | 6% |
| Consultants | $400,000 | 1% |
| Journal Reprints | $200,000 | 1% |
| Conventions | $1,600,000 | 6% |
| Advertising/Promotional Materials | $8,900,000 | 32% |
| Sample Coupons | $6,000,000 | 21% |
| Public Relations | $600,000 | 2% |
| Field Driven  Speaker Programs (CSPs) | $6,000,000 | 21% |
| Advisory Boards | $2,500,000 | 9% |
| Corporate Contributions | $50,000 | 0% |
| TOTAL SPEND | $28,000,000 | 100% |

## Tactical Timeline



BTP Education Campaign (fully evolved campaign execution Apr 07)

Vanilla campaign

Mocha campaign

Chocolate campaign

1Q07    2Q07    3Q07    4Q07    2008

Label update: 300 mcg, language modifications

sNDA non-CA

7

# Executive Summary

## Contribution Margin

| Category | 2007F (mil) |
|---|---|
| *FENTORA* Net Rev | $139.5 |
| Marketing Expense | 28 |
| Sales Expense | 23 |
| Contribution Margin | $88.5 |

Note:
Contribution includes Marketing Budget expenditures and Sales Force personnel estimate only.
Sales expense for 2007F factored on $205K/person & includes 100% of 100 Reps, 12 DMs, & 2 RSDs
(ONS, NAMS & MDMs not included)

8

# Market Situation

## Disease Overview



# Chronic Pain: Prevalence

- Chronic pain prevalence, diagnosed & treated by underlying conditions




Source: Analysis of secondary data reports by Cephalon Market Research Department

**10**



# Chronic Pain: Components

## Baseline or Persistent Pain

Pain that is continuous throughout the day (≥12 hours/day) and is managed with around-the-clock medication.

## Breakthrough Pain

Transitory exacerbation, or flare, of moderate-to-severe pain that occurs in patients on chronic opioid therapy with otherwise stable persistent pain.



Portenoy RK, Hagen NA. *Pain.* 1990;41:273-281.
Bennett D, et al. *Pharm Ther.* 2005;30:354-361.

**11**



# BTP Prevalence & Characteristics

| | Cancer BTP (N =63)[1] | Noncancer BTP (N=228)[4] |
|---|---|---|
| Prevalence | 64% to 89%[1,2] | 74% |
| Median Episodes/Day | 4 to 7[1-3] | 2 |
| Time to Peak Intensity | 43% in 3 min | 50% in 5 min |
| Median Duration | 30 min | 60 min |
| Incident Related | 55% | 92% |
| Pathophysiology | • somatic (33%)<br>• visceral (20%)<br>• neuropathic (27%)<br>• mixed (20%) | • somatic (38%)<br>• visceral (4%)<br>• neuropathic (18%)<br>• mixed (40%) |

[1]Portenoy, Hagen. *Pain*. 1990;41:273-281
[2]Zeppetella. *J Pain Symptom Manage*. 2000;20:87-92
[3]Portenoy et al. *Pain*. 1999;81:129-134
[4]Portenoy, et al. APS. 2005



# BTP Pain:
# Current Treatment





# BTP Treatment Patterns

|  | # of BTP Episodes | |
| --- | :---: | :---: |
| **Typical Course of Action** | **≤ 3** | **≥ 4** |
| Increase dose of LAO | 34% | 64% |
| Increase frequency of LAO | 7% | 12% |
| Increase frequency of SAO | 21% | 10% |
| Switch the LAO | 2% | 7% |
| Increase dose of SAO | 28% | 4% |
| Switch the SAO | 3% | 2% |

- The most common treatment choice is to increase the dose of LAOs regardless of # of episodes
- The next most common approach is to either increase the frequency or dose of the SAO
- Switching to an alternative SAO is typically the last course of action

Source: GfK Market Measures – 05

**14**



# BTP Pain: Treatment Evolution





# Market Situation

## Opioid Market



# US Pain Market – TRx

- Total TRx market growing at 7%
  - Pure SAOs continue most robust growth in both value & volume
  - Comination SAOs (largest segment) continue modest growth in both value & volume
  - LAOs continue volume growth, but are declining in value due to generics



**Opioid Market Growth Rate (MAT Q1 06 vs Q1 05)**

Size of bubble = TRx volume
Source: IMS NPA (TRx) and NPS ($)

*FENTORA*™
*fentanyl buccal tablet* ℅

# Market Overview
## *Opioid Market 2005*



**Value**
$5,848 M  (- 2%)

Pure SAO 11%
Combo SAO 21%
LAO 68%

**Volume**
186 M TRx  (+ 7%)

LAO 12%
Pure SAO 5%
Combo SAO 83%

### Size & Growth

- Opioid market is large
- Value is relatively flat over '04 due to generic LAO entry
- Volume up 7%

### Share

- LAOs make up the largest share in terms of value
- SAOs make up the largest share in terms of volume

Source:  IMS - NPA & NSP 2005

**18**



FENTORA™
fentanyl buccal tablet @

# Pure SAO
## *2005*



**Value**
$705M

oxycodone 18%

morphine 4%

hydro-morphone 18%

fentanyl 72%

**Volume**
7.8M TRxs

fentanyl 6%

hydro-morphone 18%

morphine 20%

oxycodone 55%

### Size & Growth

- Pure SAO market is moderate
- Value & Volume have strong growth (>20%)

### Share

- Actiq (fentanyl) made up largest share in terms of value
  - Only branded Pure SAO in 2005
- Oxycodone dominates in terms of volume
  - Fentanyl is often perceived as more potent analgesic & held in reserve

Source: IMS, NPA Audit. Moving annual total, 2Q2005.

**19**

*FENTORA*™
*fentanyl buccal tablet* ℅

# ROO Market
## *December 2006*

**Volume (TRx)**



### Prior to Oct 2006

- Actiq was sole ROO
- Consistent Value growth (more recently due to price increases)
- Strong Volume growth up to 2004 (reached plateau)

### As of Dec 2006*

- Generic OTFC
  - Captured 45% of volume
- *FENTORA*
  - Captured 20% of volume

Source: IMS, NGPS  DEC 2006

**20**

* Third month post generic OTFC and *FENTORA* launches



# Customer Analysis*

## Pure SAO by Specialty (TRx)



## Actiq by Specialty (TRx)



- Pain/Anesth
- PCP
- Other
- Neuro
- Onc
- Psych

### Pure SAO Sub-Class

- PCPs generate largest volume
- Pain/Anesth only account for 18% of volume

### ROO Sub-Class (Actiq)

- Pain/Anesth generate largest volume
  - Typically early adopters of emerging therapies
- The other major contributors are PCPs & Other

*Pain Medicine, Anesthesiology & Physical Medicine and Rehab
**Source: IMS Prescribers - NPA TRx – Class of Trade – NSP Units

21



# Trade Class

**Pure SAO Distribution Channels**



- Vast majority of product moves through Retail Pharmacy

- Modest penetration of Pure SAO in non-retail segment
  - Non-Retail often provides spill-over effect

- Less penetration by ROO (Actiq) sub-class in non-retail segment
  - Non-retail segment is price sensitive

**ROO (Actiq) Distribution Channels**



■ Retail Pharm
■ LT Care
□ Federal
■ Hosp
■ Clinics
□ Other

*Pain Medicine, Anesthesiology & Physical Medicine and Rehab
**Source: IMS Prescribers - NPA TRx – Class of Trade – NSP Units

22



# Market Situation

## Competitive Analysis



# Major Chronic Pain Players

| | 2005 Pain Sales (US) | Primary Focus | Pain Products | Potential to Lead in Future |
|---|---|---|---|---|
| **Purdue** | $1.4B | Pain Care | OxyContin ($1.36B), MS Contin ($32M), Palladone ($20M)*, OxyIR | Reputation suffers due to OxyContin issues and Palladone withdrawal |
| **J&J** | $1.4B | Primary Care | Duragesic ($687M), Ultracet ($145M), Ultram ($37M), Ultram ER* | Part of corporate strategy is to re-focus efforts in pain, developing new business unit |
| **Endo** | $1.2B | Pain Care | Lidoderm ($573M), Percocet ($122M), Depodur, Opana, Opana ER, Additional generic opioids ($370M) | Potential to lead in the future due to single focus in Pain Category |
| **King/Ligand** | $179M | Oncology, Pain Care | Avinza ($179M) | Strong presence in LAO market with a focus on TR (Remoxy) |
| **Alpharma** | $140M | Pain Care | Kadian ($140M) | Limited product portfolio |

* Pulled from market due to alcohol risk
Source: IMS 2006

**24**



# Product Pipeline

| Company | Phase I-II | Phase III | Reg. – Approval |
|---------|-----------|-----------|-----------------|
| J&J<br>• Alza<br>• OMP PriCara | | Oros Hydromorphone<br>Tapentadol | Ionsys (Fentanyl<br>Iontophoretic Transdermal<br>System) – Approved May<br>2006 |
| Endo | Lidoderm (chronic LBP)<br>LidoPAIN (acute LBP)<br>Chronogesic(Chronic moderate to<br>severe pain)<br>Ketoprofen patch<br>Hydrocodone/paracetamol/dextromethorphan<br>Oxycodone/dextromethorphan<br>Oxycodone/paracetamol/dextromethorphan<br>Sufentanil – DURECT<br>Morphine/dextromethorphan | Rapinyl (BTP in cancer<br>patients) | |
| Forest | Memantine<br>Neramexane<br>RGH-896 | Milnacipran | |
| Purdue | | | Tramadol XR |
| BioDelivery<br>Sciences | | BEMA Fentanyl | |

Source: Competitive Intelligence          **25**



# ROOs in Development



| 2007 | 2008 | 2009 | 2010 or later |

**ALZA**
Ionsys
(ITS patch)
Approved

**Endo**
Rapinyl
(sublingual) P3

**Biodelivery Sciences**
BEMA (buccal)
P3

**DELEX**
Aerolef (inhaled)
P2b

**Nycomed**
Fentanyl (nasal)
P3

**Nastech**
Morphine
(nasal) P2

**Sosei**
AD 923l
Fentanyl
(sublingual) P3

**Javelin**
Rylomine
(nasal) P3

| **Competitor Vulnerabilities** |
| --- |
| ALZA (Ionsys) – Hospital focus (post-op indication) |
| Endo (Rapinyl) – Delivery system – sublingual * |

| ***FENTORA* Basis for Differentiation** |
| --- |
| ALZA (Ionsys)– Office vs Hospital |
| Endo (Rapinyl)–  OraVescent Technology |

Note – not all product in development are expected to launch
* No effervescent reaction
Source: Cephalon Market Research

26



# Share of Voice

| Rank | | Pain | PCP |
|---|---|---|---|
| | Depodur | 1st | 8th |
| | Actiq | 2nd | 5th |
| | Kadian | 3rd | 4th |
| | Avinza | 4th | 1st |
| | Duragesic | 5th | 6th |
| | OxyContin | 6th | 3rd |
| | Other | 7th | 7th |
| | Combunox | 8th | 2nd |

### Opioid Sales Calls (Q1 06)

- Actiq has a significant SOV in the Pain specialty (ranked 2nd vs. LA Depodur ) market segment

- The branded LAOs represent the greatest SOV in the PCP segment (approximately 63%) while Actiq SOV was limited to 9%



**Pain Specialists**



**Primary Care**

**FENTORA™**
*fentanyl buccal tablet*

# Market Situation

## Market Environment



# Key Environmental Trends

## Key Factors

**Economic**

**Social / Cultural**

**Political / Governmental**

**Legal**

**Clinical / Technological**

## Current Dynamics

- Unfavorable reimbursement environment
- Payers are increasing restrictions to drive usage to less costly drugs
- Payers don't understand BTP

- Abuse and diversion are top-of-mind topics for physicians and other stakeholders
- Society (including many physicians) are critical of their patients' inability to cope with their pain
- Pain patients feel misunderstood by physicians, friends, and family and often become frustrated and depressed
- Patients are often looking for an easy short-term solution to their pain and are not focused on long-term wellness

- Opioid abuse is a hot political issue and physicians are under significant scrutiny about proper use of opioids
- FDA is hypersensitive about safety issues in a post-Cox II and OxyContin world

- DEA guidelines for writing opioids are unclear
- Ongoing issues between the DEA and various pain societies
- Perception that more physicians getting sued/licenses taken away

- Lack of significant practical advancements in pain medicine
- New drugs, routes of administration, and improved control of side effects
- New insights into the anatomy and physiology of pain perception
- Greater understanding of how to integrate pharmacotherapeutic, psychological, and behavioral pain management approaches
- New tracking technology for packaging to avoid diversion



29

# Economic

## Pure SAO (w/o Actiq) Reimbursement



- TPP
- Medicaid
- Cash

## ROO (Actiq) Reimbursement



- TPP
- Medicaid
- Cash

## Reimbursement

- Opioid market is highly genericized
- Vast majority of Pure SAOs & ROOs covered by TPP
- *FENTORA* more apt to have TPP reimbursement barriers due to its premium price
  - Tiered co-pays, co-insurance, PAs, step-edits, qty limits, dose limits
- Overall Pure SAO class has slightly greater share of Medicaid reimbursement compare to ROO sub-class

*Source: NDC Claims - 2005

30



# Social:  BTP Awareness

**Prescribers**

- BTP is a relatively new disease state, only generally recognized by top tier opioid prescribers
  - First in print in 1990 (Portenoy survey)
  - Actiq first product indicated for BTP, launched 1998

**Patients**

- Do not recognize term "Breakthrough Pain"



# BTP Communication

| Topic | Physician* | Patient** |
|---|---|---|
| BTP Terminology | If BTP discussed, use "BTP" and "pain flares" interchangeably | Don't use "BTP", describe pain as "uncontrolled" or use descriptive terminology (e.g., flares, burning) |
| Quality of Life | Treatment success reported by patient in terms of function or activity | • Focus on holistic impact on life<br>• E.g. emotion, personality, social, & function |
| Fear | • Patient abuse, addiction, & diversion of opioids<br>• Regulatory scrutiny | • Addiction (loss of independence)<br>• Over medication (sedated / confused)<br>• Running out of opioids (rationing)<br>• Anxiety over severity and timing of next BTP episode (unpredictability)<br>• Physicians will stop prescribing opioids |
| Communication of Pain | Distance themselves from chronic pain patients | Hold back communicating full impact of pain |

32



# Market Drivers – BTP Market

## Growth Drivers

- Aging baby boomers and growing US population will increase the size of the chronic pain patient population

- Increase in treatment of chronic pain with opioids

- Pain Specialists are more aggressive in treating chronic pain

- More sophisticated usage of opioids by PCPs who continue to drive the majority of opioid TRx volume

- Increasing understanding about the proper identification, diagnosis and treatment of BTP

- New competitive entries

## Growth Inhibitors

- Scrutiny from regulators and general confusion on the part of key stakeholders fuels concern about the abuse, addiction, and diversion of opioids

- Due to the widespread availability of generics in the opioid market, managed care has placed significant restrictions on the use of branded opioids

- Chronic pain practice standards (especially for BTP) are still evolving

- Physicians believe that increasing the dose or dosing frequency of LAOs can adequately cover a BTP episode while ignoring the effects of overmedication [influenced by Purdue and Janssen]

- Perception by some physicians that SAOs are a preferred treatment option for BTP based on familiarity, ease-of-use, and cost

*FENTORA*™
*fentanyl buccal tablet (a*

33

# Summary

- The chronic pain opioid market remains attractive because of its substantial size and growth
  - Pure SAOs – highest growth rate (TRx +21%, $ +23%)
  - Combination SAOs – dominate volume (83% TRx market share)
  - LAOs – dominate market value (68% $ market share)
- Generic expirations of blockbuster brands (ie, Duragesic) has resulted in a promotional void in the pain market
- Purdue to regain the patent on OxyContin; renewed promotion is expected
- Innovative drug delivery technology is the foundation of recent successful brands and drugs in the later stage of development



# Summary

- BTP remains a largely untapped market
  - Physicians rely heavily on LAOs when addressing patients' BTP
  - Physicians also utilize generic SAOs due to familiarity, ease of use and cost
  - Even among high-users of Actiq, SAOs remain the treatment standard for BTP
- For the treatment of BTP, a communication gap exists between physicians and patients
- Concerns over opioid misuse and reimbursement hurdles continue to be key barriers to utilization
- The pain specialist continues to be the key market segment for new brand adoption
- Several new formulations of ROOs are in development and should come to market over the next 1-5 years helping to solidify this emerging sub-class of opioids

**FENTORA**™
*fentanyl buccal tablet* ℅

35

# Product Situation

## Profile & Position



# *FENTORA* Description & Indication





### Description

*FENTORA*, which employs the OraVescent® drug delivery technology, is a potent opioid analgesic, intended for buccal administration. *FENTORA* is formulated as a flat-faced, round, beveled-edge tablet.

### Indication

*FENTORA* is indicated for the management of *breakthrough pain in patients with cancer* who are already receiving and who are tolerant to opioid therapy for their underlying persistent cancer pain

Prescribing Information                    **37**



# *FENTORA*
# Product Profile Comparison

| Attributes | | *FENTORA* | Actiq |
|---|---|---|---|
| Indication | | Launch:  BTP in patients w/ Ca<br>2008:     BTP in non-Ca patients | BTCP |
| Efficacy | Onset | 15 min (99-14)<br>10 min + "meaningful relief" (3039) | 15 min |
| | Duration | 60 min (99-14)<br>120 min (3039) | 60 min |
| PK<br>(*FENTORA* 400 mcg vs Actiq 800 mcg) | Absolute Bioavailability | 65% | 47% |
| | Transmucosal Absorption | 48% | 22% |
| | Cmax<br>(mean ng/mL) | 1.02 | 1.26 |
| | Tmax<br>(median, min) | 46.8 | 90.8 |
| Administration | Convenience | Discreet tablet | Lozenge on a stick |
| | Ease of Use | Passive administration | Active administration |
| | Dosage | Launch:  100, 200, 400, 600, 800 mcg<br>sNDA:  300 mcg<br>In development:  higher dose | 200, 400, 600, 800, 1200, 1600 mcg |
| | Titration | Multiple 100 & 200 mcg tablets | 1 higher strength at a time |

38

*FENTORA*
*fentanyl buccal tablet* C℞

# *FENTORA*
# Product Profile Comparison

| Attributes | | *FENTORA* | Actiq |
|---|---|---|---|
| Safety | AE Profile | Comparable to other opioids (except for application site abnormalities) | Comparable to other opioids (except for application site abnormalities) |
| | Abuse Potential | Comparable to other opioids | Comparable to other opioids |
| | Accidental Exposure | Comparable to other opioids | Lozenge on stick presents potential concerns:<br>– Pediatric exposure<br>– Partially used unit exposure |
| Formulation | | Sugar-free | Sugar |

39



# *FENTORA*
# Product Profile Comparison

| Features/Benefits | *FENTORA* | Actiq | SAOs |
|---|:---:|:---:|:---:|
| Efficacy – Onset | +++ | ++ | - |
| Efficacy – Duration | ++ | ++ | + |
| Convenience | ++ | + | ++ |
| Ease of Use | + | - | ++ |
| Ease of Titration | + | - | ++ |
| Side Effect Profile | + | - | ++ |
| Abuse Potential | - | - | - |

Sources: TrialZ Study, Jan 2005  (Conjoint Study).
MDS Study, Dec 2004

**40**



# *FENTORA* Product Profile: Physician Reactions

## Physician Perception of *FENTORA*

| Drivers | Barriers |
|---|---|
| • Faster onset of pain relief<br>• Overall efficacy<br>• Convenient administration<br>• Ease of use (vs IV administration)<br>• Sugar-free<br>• Unique delivery system<br>• Utilizes less fentanyl<br>• Discreet (ie, no handle vs Actiq) | • Anticipated high cost (reimb. hassle)<br>• Potential for abuse<br>• Potent opioid (held in reserve)<br>• No handle administration*<br>  – Actiq saves $ with partial dosing<br>  – Perception Actiq can be removed if S/Es |

- Overwhelmingly, the majority of physicians expressed an interest in this product and felt it had a place in their practice

\* Contrary to Actiq PI (physicians perception)
Source: Summary of Market Research Q4 04 – Q1 06

**41**

*FENTORA*™
*fentanyl buccal tablet* ℗

# Position & RTB

### Position Statement

*FENTORA* is the first and only fentanyl buccal tablet which utilizes an effervescent reaction to provide the most ***rapid onset of analgesia*** of any oral opioid, resulting in improved patient functioning and activities of daily living.

### Reason to Believe

*FENTORA* employs the ***OraVescent® drug delivery technology***, which generates a reaction that releases carbon dioxide when the tablet comes in contact with saliva[1,2]

- It is believed that transient pH changes accompanying this reaction may optimize dissolution (at a lower pH) and membrane permeation (at a higher pH)

42



# Messaging
## *(Vanilla at Launch)*

- Onset of pain relief within 15 min in some patients (1st time pt measured)
- Duration of pain relief up to 60 min (last time pt measured)
- OraVescent drug delivery technology may optimize delivery of fentanyl across the buccal mucosa
- Fentanyl is readily absorbed, achieving an absolute bioavailability of 65%
- AEs comparable to other opioids, except for application site abnormalities (8%)
- Convenient, discreet, and sugar-free tablet

**Note:**
- only 9914 data available at launch



# Product Situation

## Actiq Performance



# Actiq Gross Sales

- Actiq continues growth in Sales





# Actiq Pricing

- Price increases have aided revenue growth



Source: IMS NPA Audit; Internal price as of Sep 2006

46



# Actiq TRxs



Source: IMS NPA



# PDEs* & TRxs



435 SF          100 PCS

* 11/05 and 12/05 PDE data does not include any of the detailing from the Oncology Sales Force
Source: IMS NPA & SMART Call File

**FENTORA™**
fentanyl buccal tablet

# Actiq Monthly Prescriber Count
## *by Specialty*\*

- PCPs continue to outnumber Pain Specialists



**September 2006**

\*  Cephalon defined Specialty Group
Source: NDC

**49**



# Actiq Monthly TRx
## *by Specialty**

- Pain Specialists continue to write majority of prescriptions



**October 2006**

Cephalon defined Specialty Group
* Anesthesiology, PM&R and Pain
Source: IMS NPA

**50**



# Conditions Treated with Actiq

- Despite promotion in BTCP, Actiq use mirrors that of all opioids

**Underlying Conditions
Treated with Actiq**

N=774 Patients

**Chronic Pain Patients
Treated with Opioids**
Estimate – 2.8 M Patients



Source: ACTIQ - Gfk V2 Chart Audit, 2006 * Chronic pain –
Cephalon market research 2nd reports

**51**



# Product Situation

## *FENTORA* Performance



# Product Availability

- Initial supply chain limitations were resolved quickly
  - Initial stocking occurred faster in independent pharmacies
- Currently stocked in ~1,400 pharmacies
  - ~13% of the number of pharmacies stocking Actiq (11,000)
    - Pharmacies have limited "Secure" space (Actiq, OTFC, FENTORA, Duragesic, Oxycontin, etc.)
    - Rate-limiting step is increasing demand

Source:  October Pharmacy Stocking

**53**



# *FENTORA* Shipments
## *Actual*





# *FENTORA* Monthly Average Cost per TRx



Source: IMS NPA (retail and mail order only); calculation is based upon NPA data and sales (units per strength*WAC per unit strength) divided by NPA TRx

# *FENTORA* Monthly TRxs
## *2006*



Source:  IMS-NGPS

# ROO Monthly TRx Volume



Source: IMS-NGPS

# *FENTORA* Monthly TRxs vs. Vouchers

- **Voucher to TRx ratio declining**
- **2,740 vouchers redeemed, ~31% of total available vouchers**



Source: IMS NGPS/AlphaScrip

# Launch Curves:  Opioid Analogs



Source:  IMS Health Monthly

# Rapid Onset Opioid Weekly TRxs
## As of 2/2/07



**Actiq**   **Barr OTFC**   **Wat OTFC**   *FENTORA*

Source:  IMS Health NGPS Weekly Report 2/2/07

**60**





Source:  IMS NGPS Health Weekly Report

# *FENTORA* vs. Actiq*
# Weekly TRxs



# FENTORA TRx Origin
## *Sum of weeks 10/06 – 11/10*



TRx Source

19%

3%

16%

62%

TRx Switch

58%

42%

**Actiq** **Other**

**New** **Switch** **Continuation** **Unclassified**



*FENTORA™*
*fentanyl buccal tablet @*

# *FENTORA* Source of Business Share



Source: IMS NPA Market Dynamics

Data through February 2, 2007

# TRx vs. Prescriber Count by Specialty
## *November 2006*

## Pain Specialists are early adopters & most productive

### Prescriber Count by Specialty



### TRx by Specialty



Source: IMS NPA and NDC, Nov '06



# Total FENTORA Productivity



# FENTORA Productivity By Specialty



Source: WK Source Prescriber

# Average EU/TRx by Specialty



Source: IMS NPA



# FENTORA Monthly TRx by Strength



Source: IMS NPA

# Awareness & Prescribing Expectations



| | Awareness (Dec'06) | | Future Prescribing* |
|---|---|---|---|
| | Unaided | Aided | |
| **Core 2,131 (Dec 3-10)** Dec 6-10 n = 44 | 57% | 91% | 4.9 |
| Dec 3-5 n = 51 | 41% | 92% | 5.1 |
| **High Opioid Non-Actiq 5,209** n = 100 | 4% | 48% | 4.3 |
| **Low Actiq 9,517 (Dec 0-2)** n = 100 | 9% | 58% | 5.1 |
| **Non-Targets 0** | | | |

**\* Prescribing Key**
4 = stay same
5 = increase somewhat
6 = increase significantly

Source: FENTORA ATU, Dec '06

70

# Core Target Analysis



**Details** (Oct-Jan 30)

| | >0 | >1 | >2 | >5 |
|---|---|---|---|---|
| Core 2,131 (Dec 3-10) | 84% | 77% | 73% | 57% |

**Productivity**

| | Rxers (Oct-Dec'06) | TRxs (Dec'06) |
|---|---|---|
| Core 2,131 (Dec 3-10) | 998 | 12535 |
| High Opioid Non-Actiq 5,209 | 31 | 79 |
| Low Actiq 9,517 (Dec 0-2) | 354 | 1403 |
| Non-Targets 0 | 494 | 2853 |

- Only 57% of core targets detailed > 5Xs
- Only 47% of core targets prescribed
- Core RXers accounted for 74% of Dec TRxs

Sources:   Details - SFA, Oct-Jan 30th
Rxers/TRXs - NDC Source Prescriber, Oct-Dec'06

**71**

# Core Target Analysis



| | Details (Oct-Jan 30) | | | Productivity | | |
|---|---|---|---|---|---|---|
| | >0 | >1 | >5 | Rxers (Oct-Dec'06) | TRxs (Dec'06) | TRx/Rxer (Dec'06) |
| **Core** 2,131 (Dec 3-10) | 84% | 77% | 57% | 998 47% of Core 53% of Rxers | 12,535 74% | 12.6 |
| **High Opioid Non-Actiq** 5,209 | 15% | 8% | 2% | 31 1% of Non-Actiq 2% of Rxers | 79 1% | 2.6 |
| **Low Actiq** 9,517 (Dec 0-2) | 28% | 19% | 6% | 354 4% of Low Actiq 19% of Rxers | 1,403 8% | 4.0 |
| **Non-Targets** 0 | | | | 494 26% of Rxers | 2,863 17% | 1,703 |

Sources:    Details - SFA, Oct-Jan 30th
            Rxers/TRXs - NDC Source Prescriber, Oct-Dec'06

72

# Field Activity
## *2006*

- Cephalon Speaker Programs (CSP)
  - 284 Speakers Trained (148 E & 136 W)
  - Programs completed – 1,111
    - Reach:  7,895 attendees
  - Actiq average – ~ 400/qtr

- 2006 vouchers
  - 2,740 redeemed
  - ~31% of TRxs



# Vouchers by Strength
# 2006

Total vouchers redeemed: 2,740



Legend: 100  200  400  600  800

Source:  NDC 2006

74



# SWOT & Key Issues



# *FENTORA* SWOT Analysis

| Strengths | Weaknesses |
|---|---|
| • Onset of analgesia 10 min | • C-II abuse and diversion potential |
| • Duration of analgesia 120 min | • Cost vs. other SAOs (branded and generic alternative therapeutic options) |
| • Discreet and convenient dosing formulation | • Reimbursement restrictions |
| • Predictable bioavailability vs. Actiq | • Limited label (BTP in cancer patients) at launch and potentially up to 3 years post-launch due to carcinogenicity study |
| • Efficient drug delivery (65% absolute bioavailability) | |
| • Easier dose titration scheme than Actiq | • Perceived safety concerns of fentanyl due to misunderstanding of potency and equianalgesic conversion (mg vs. mcg) |
| • Data on Actiq to *FENTORA* switch | |
| • Clinical program to expand label | • Cephalon not a lead player in pain market |
| • Patent on *FENTORA* through 2019 | • Current sales force size limits ability to expand into new market segments, e.g., broader audience, hospitals, etc. |
| • Published data in non-cancer BTP | |



# *FENTORA* SWOT Analysis

## Opportunities

- KOL eagerness to evaluate and establish standards for treatment guidelines for BTP
- Increased focus on pain management from JCAHO (5th vital sign) and NIH (Decade of pain Control and Research)
- Though limited, there is some increasing awareness and understanding of BTP
- Concentrated Actiq prescriber base enables for focused targeting
- Limited number of promoted products within the market segment (SOV)
- Aging population
- Opportunity to develop outcomes data for BTP (burden of illness)

## Threats

- Limited understanding of BTP and its appropriate management outside a small community of pain specialists
- Fear of abuse and diversion with opioids
- Increasing government restrictions on C-II opioids
- Generic SAOs
- Generic OTFC
- Published data for Actiq vs. IV morphine documenting median time for pain relief 4.2 minutes
- Managed care and other third-party payers (including Medicare Part D and Medicaid) increasing their efforts to restrict high-cost drug use
- Competitive pricing pressure
- Treatment guidelines include competitive products, e.g. Actiq, SAOs
- Emerging ROO pain formulations (e.g., Rapinyl)

*Pending study results 3039

77



# Key Issues

- Third Party Payers manage costs by placing reimbursement limitations/restrictions on premium priced therapies

- Limited number of health care providers prescribe a ROO for BTP

- FENTORA is not clearly differentiated from other BTP and non-BTP treatment options

- Physicians and patients have limited understanding about the appropriate diagnosis and treatment of BTP; a contributing factor is the communication disconnect between physicians and patients in regards to pain

- Anticipated dosing and administration challenges for both physicians and patients

- Risk for abuse, addiction, and diversion

- Limited KOL and professional society relationships impact peer-to-peer knowledge and uptake of FENTORA



# Marketing Strategy

## Mission & Strategic Vision



# Mission

## Franchise Mission

Establish Cephalon as a major player in pain management

## FENTORA Mission

Establish FENTORA as the gold standard for BTP



# Three Year Strategy



What **FENTORA** Should Be: The optimal solution for BTP

Brand Essence: Effervescent speed*

**Differentiate from existing options**

| Receptive to *FENTORA* profile | Willing to try *FENTORA* in select BTP patients | Using *FENTORA* routinely in select BTP patients | Routine use of *FENTORA* to treat BTP in a broader population | *FENTORA* is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of *FENTORA* |

2007 - 2008                                     2008 - 2009

Note – Strategy reflects clinical plan in development
*  This internal position statement is aspirational, and not intended to be used in promotional materials



81

# Three Year Strategy



What *FENTORA* Should Be: The optimal solution for BTP

Brand Essence: Effervescent speed

Reinforce and promote routine use

| Receptive to *FENTORA* profile | Willing to try *FENTORA* in select BTP patients | Using *FENTORA* routinely in select BTP patients | Routine use of *FENTORA* to treat BTP in a broader population | *FENTORA* is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of *FENTORA* |

2007 - 2008

2008 - 2009

Note – Strategy reflects clinical plan in development

82

**FENTORA**™
*fentanyl buccal tablet* ⓒ

# Three Year Strategy



**What *FENTORA* Should Be:** The optimal solution for BTP

**Brand Essence:** Effervescent speed

Promote approved noncancer data

| Receptive to *FENTORA* profile | Willing to try *FENTORA* in select BTP patients | Using *FENTORA* routinely in select BTP patients | Routine use of *FENTORA* to treat BTP in a broader population | *FENTORA* is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of *FENTORA* |

2007 - 2008

2008 - 2009

Note – Strategy reflects clinical plan in development     **83**



# Three Year Strategy



Note – Strategy reflects clinical plan in development

# Three Year Strategy



What *FENTORA* Should Be: The optimal solution for BTP

Brand Essence: Effervescent speed

Promote chronic pain management data

| Receptive to *FENTORA* profile | Willing to try *FENTORA* in select BTP patients | Using *FENTORA* routinely in select BTP patients | Routine use of FENTORA to treat BTP in a broader population | *FENTORA* viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of *FENTORA* |

2007 - 2008

2008 - 2009

Note – Strategy reflects clinical plan in development

85

*FENTORA*™
fentanyl buccal tablet ₢

# Three Year Strategy



**What *FENTORA* Should Be:** The optimal solution for BTP

**Brand Essence:** Effervescent speed

Differentiate from existing options — Reinforce and promote routine use — Promote noncancer data — Promote superiority data — Promote chronic pain management data

| Receptive to *FENTORA* profile | Willing to try *FENTORA* in select BTP patients | Using *FENTORA* routinely in select BTP patients | Routine use of *FENTORA* to treat BTP in a broader population | *FENTORA* is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC while maximizing benefits of *FENTORA* |

## *FENTORA* Positioning

*FENTORA* is the first and only fentanyl buccal tablet that utilizes an effervescence reaction to provide the most **rapid onset** of analgesia of any oral opioid resulting in improved patient functioning and activities of daily living

Note – Strategy reflects clinical plan in development          **86**



# Marketing Strategy

## 2007 Objectives, CSFs, Strategies



# Objectives
## *2007*

> **$139.5M Total Revenue**
>
> **81,207 TRxs**

---

## Assumptions

- TRx Share @ month 12 = 28% of ROO (fentanyl) Market
- FENTORA will grow from Actiq loyalists conversion & incremental market growth
- WAC/TRx = $1,357 (2.5% annual price increase)



# TRx Objectives
## *2006 - 2007*



### Quarterly TRx Forecast

Source:  FENTORA Forecast

# Critical Success Factors

| Issues | | CSFs |
|--------|---|------|
| Reimbursement challenges | → | Maximize access |
| Need to expand prescribing audience | → | Gain acceptance among Actiq users & beyond |
| *FENTORA* not well differentiated | → | Physicians understand *FENTORA* is a superior treatment option for BTP |
| Dosing & administration challenges | → | Clear & consistent messaging on dosing & administration |
| Risk for abuse & diversion | → | Clear & consistent communication of *FENTORA* risks |
| Limited KOL & professional society relationships | → | KOLs and professional societies support *FENTORA* |
| Limited BTP awareness/knowledge | → | Improve awareness & understanding of BTP |

90

# Key Strategies – FENTORA

**Issue**

Third Party Payers manage costs by placing reimbursement limitations/restrictions on premium priced therapies

**Critical Success Factor**

Physicians & patients have access to reasonable/favorable reimbursement for FENTORA

**Strategies**

Manage and mitigate managed care barriers (cost, generic step-edit):

- Selectively contract with MCOs
- Educate MCOs regarding:
  - FENTORA value to health system
  - BTP:
    - Optimal assessment and treatment of BTP
    - Establish the Burden of Illness of BTP
    - Further develop ROO sub-class as an optimal treatment for BTP
  - Minimize risk of Abuse, Addiction, and Diversion
- Provide physician/patient assistance access programs

91

# Key Strategies – FENTORA

**Issue**

Limited number of health care providers prescribe a ROO for BTP

**Critical Success Factor**

Expand FENTORA prescribing audience with Actiq users and beyond

**Strategies**

- Maximize core prescriber to set the stage for expanded use
- Expand use with high opioid prescribers and low Actiq users
- Explore broader audience, non-retail segment opportunities, as well as other potential channels

92

# Key Strategies – FENTORA

**Issue**

FENTORA is not clearly differentiated from other BTP and non-BTP treatment options

**Critical Success Factor**

Physicians understand FENTORA is a superior treatment option for BTP

**Strategies**

- Create high level of awareness among target segments
- Educate physicians on the potential limitations of prescribing LAOs and SAOs to treat BTP
- Leverage new clinical data when available and appropriate
- Further develop ROO sub-class as an optimal treatment for BTP

93

# Key Strategies – FENTORA

**Issue**

Anticipated dosing and administration challenges for both physicians and patients

**Critical Success Factor**

Physicians and patients understand the proper dosing and administration of FENTORA

**Strategies**

Educate physicians and patients on

- How the delivery system is different from traditional oral administration
- Dosing, conversion and titration
- Package Handling & Administration

94

# Key Strategies – FENTORA

**Issue**

Limited KOL and professional society relationships impact peer-to-peer knowledge and uptake of FENTORA

**Critical Success Factor**

KOLs and societies support FENTORA as an effective treatment option for BTP

**Strategies**

- Improve and expand KOL and society relationships
- Continue to consult KOLs to better inform Cephalon on the optimal design of FENTORA clinical studies, as well as the positioning of the brand

95

# Key Strategies – FENTORA

**Issue**

Risk for abuse, addiction, and diversion

**Critical Success Factor**

FENTORA risks are understood by health care professionals

**Strategies**

- Educate HCPs on appropriate patient selection
- Educate patients about safe use of FENTORA and allay fears of opioids
- Continue to implement risk minimization tools
- Maximize SECURE outreach program initiatives

# Key Strategies – FENTORA

**Issue**

Physicians and patients have limited understanding about the appropriate diagnosis and treatment of BTP; a contributing factor is the communication disconnect between physicians and patients in regards to pain

**Critical Success Factor**

BTP awareness and understanding of treatment options among physicians and patients

**Strategies**

- Continue to establish BTP as a distinct clinical problem among appropriate physicians
- Facilitate dialogue between physicians and patients to improve the proper diagnosis and treatment of BTP
- Support BTP educational initiatives

97

# LCM Plan



Note – Promotion is based on positive clinical results

**98**

# Clinical Plan Highlights

| Study # | Study | Status |
|---------|-------|--------|
| **PK Studies** | | |
| TBD | PK/Efficacy Modeling | Phase 1 complete, awaiting 3039 |
| 1043 | Buccal Sublingual | Start 1Q07, complete 1Q07 |
| RP-1 | Relative Potency (IV morphine) | Start 1Q07, complete 3Q/4Q07 |
| TBD | PK Higher Dose | Start 2Q07?, complete 3Q07? |
| RP-2 | Relative Potency (SAO) | Start 4Q07, complete 2Q08 |
| **Cancer Studies** | | |
| 9915 | OL LT Safety-Cancer BTP | LPLV Nov 06, DB lock Feb 07 |
| 3039 | Efficacy-Cancer BTP (Onset) | Complete, data available |
| **Non-Cancer Studies** | | |
| 3040 | OL LT Safety-Non-Cancer BTP | LPLV Jan 08, data Jan 08 |
| 3041 | Efficacy-Neuropathic BTP | Complete, data available |
| 3042 | Efficacy-Back BTP | Complete, data available |
| 3052 | Non-Cancer Pivotal Efficacy | 89 enrolled, LPLV May 07, DB lock Jul 07 |
| 3054 | Pain Anxiety Symptoms | Study start Nov, complete 3Q07 |
| 3055 | OxyIR H2H ST Efficacy/Safety | Study start 2Q07, LPLV 4Q07 |
| 3056 | OxyIR H2H LT Efficacy/Safety | Study start 3Q07, LPLV 3Q08 |

99

# Targeting



# Targeting



# Rxers Reaction to Messages



**Motivation to prescribe**

* *To what degree does this new information motivate you to prescribe FENTORA over other short-acting opioid (SAO) medications for breakthrough pain (1-7 scale)?*

Source: Gfk V2 Q2 06  N = 77 (users) N = 52 (non-users)   **102**

# Targeting



**Key**

| Symbol | Meaning |
|--------|---------|
| BTP+ | believe in BTP |
| ROO+ | believe in ROO |
| A+ | like Actiq |
| F+ | like *FENTORA* |
| | |
| BTP- | do not believe in BTP |
| ROO- | do not believe in ROO |
| A- | do not like Actiq |
| F+/- | may or may not like *FENTORA* |

103

# Targeting



### CSF

- Expand FENTORA prescribing audience with Actiq users and beyond

### Objective

- Maximize core prescriber to set the stage for expanded use

- Expand use with high opioid prescribers and low Actiq users

**104**

# Tactical Plan



# Tactical Plan

## Overview

## Tactics by CSF



# *FENTORA*
# Key Milestones

Campaigns:    Vanilla        Mocha

| Milestone | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| Publication 1029  (Multi-dose PK) | Jan/Feb | | | |
| AAPM – 3040, 3041 1st public presentation, 3042 abstracts | Feb 7-10 | | | |
| NSM | Feb | | | |
| Final Data of 99-15 (OL Safety - CA) | Feb | | | |
| sNDA – Label update 3039 BTP CA Efficacy | Feb 23 | | | |
| FDA Type B meeting – Non-cancer sNDA requirements | Feb/Mar | | | |
| PDUFA – 300 mcg sNDA | Mar 3 | | | |
| 3039 BTP CA efficacy – target pub date | Mar/Apr | | | |
| Efficacy 3039 | | ✓ | | |
| Publication 1028 (Absolute bioavailability) | | ✓? | ✓? | |
| PDUFA -  label changes | | Apr 26 | | |
| AAN - 3041 (NP – Secondary efficacy) | | Apr 28-May 5 | | |
| APS - 3040, 3041, 3042 (LT Safety, NP, LB) | | May 2-5 | | |
| PDUFA  - Efficacy  3039 (Onset) | | | Late Aug | |
| Publication 99-11 + 99/18 (Dose proportionality) | | | | ✓? |
| Publication 3041 (NP) | | | | ✓? |
| sNDA Non-CA | | | | ✓? |

# CSF #1:  Physicians & patients have access to reasonable/favorable reimbursement for *FENTORA*

## STRATEGY

- Selectively contract with MCOs
- Educate MCOs regarding:
  - *FENTORA* value to health system
  - BTP:
    - Optimal assessment and treatment of BTP
    - Establish the Burden of Illness of BTP
    - Further develop ROO sub-class as an optimal treatment for BTP
  - Minimize risk of Abuse, Addiction, and Diversion
- Provide physician/patient assistance access programs

## TACTICS

- AMCP Dossier
- NAM Slide Kit
- Formulary Kit
- MCSPs (Mgd Care Scientific Presentations)
- Reprints
- BTP Collateral Material
  - Direct Mail, Journal Ads, targeted media
- ESP Tool Kit & Collateral
- AMCP Convention Presence
- Reimbursement Kit / Hotline
- In-Office Reimbursement Training
- Debit Card Pilot Program

108

# CSF #2: Expand *FENTORA* prescribing audience beyond Actiq users

## STRATEGY

- Maximize core prescribers to set the stage for expanded use (post label expansion)
- Expand use with high opioid prescribers and low Actiq users
- Explore non-retail segments opportunities, as well as other potential channels

## TACTICS

- NSM Workshops
- Field driven promotional programs
  – CSPs – $6M
  – Vouchers – 100/qtr/rep 1st half, 50/qtr/rep 2nd half
  – Sales collateral materials (w/ 3039)
    • Actiq users material
    • Animation, case study series
  – Hospital CSPs – grand rounds
  – Case Studies
  – Reprints
- Marketing driven promotional programs
  – Direct mail, targeted media, journal ads
  – E-detail
  – Website
  – Convention presence

**109**

# CSF #3: Physicians understand *FENTORA* is a superior treatment option for BTP

| STRATEGY | TACTICS |
|---|---|
| • Create high level of awareness among target segments | • Appropriate dissemination of clinical data |
| • Educate physicians on the potential limitations of prescribing LAOs and SAOs to treat BTP | • Branded collateral material |
| | • CSPs |
| | • Case Studies Program |
| • Leverage new clinical data when available and appropriate | • *FENTORA* animation |
| | • PR outreach to KOLs, societies, advocacy groups, & pain centers of excellence |
| • Further develop ROO sub-class as an optimal treatment for BTP | • Government affairs outreach to USP |

110

# CSF #4: Physicians and patients understand the proper dosing and administration of *FENTORA*

| STRATEGY | TACTICS |
|---|---|
| • Educate physicians and patients on<br>  – How the delivery system is different from traditional oral administration<br>  – Dosing and titration<br>  – Package Handling & Administration | • Administration poster<br>• Wallet card<br>• Administration script for Prof Services<br>• Pain diary<br>• Flip chart<br>• Patient starter kit<br>• Catalina newsletter<br>• E-detail<br>• Pod cast<br>• Blackberry download (in booth promotion)<br>• Case Studies |

111

# CSF #5: *FENTORA* risks are understood by health care professionals

## STRATEGY

- Educate HCPs on appropriate patient selection
- Educate patients about safe use of *FENTORA* and allay fears of opioids
- Continue to implement risk minimization tools
- Maximize SECURE outreach program initiatives

## TACTICS

- Branded collateral materials
- Lunch & Learns
- AAD CSPs
- SECURE educational initiatives
- ESP Tool Kit & Slim Jim
- Media outreach training (issues mgt)

112

# CSF #6: KOLs and societies support *FENTORA* as an effective treatment option for BTP

| STRATEGY | TACTICS |
|---|---|
| • Improve and expand select KOL and society relationships | • Implement KOL Plan, e.g. roundtables, congress interaction, one-on-ones, HOVs |
| | • Speaker Training / CSPs |
| | • Media outreach training |
| | • Society outreach initiatives, e.g. educational programs |
| | • Implement Pain Centers of Excellence Program |

113

# CSF #7: BTP awareness and understanding of treatment options among physicians and patients

## STRATEGY

- Continue to establish BTP as a distinct clinical problem among opioid prescribing physicians
- Facilitate dialogue between physicians and patients to improve the proper diagnosis and treatment of BTP
- Support BTP educational initiatives

## Education

- BTP campaign
  - Journal ad & targeted media
  - DA Convention Booth
  - BTP website
  - Direct Mail
  - PR initiatives (outreach, etc)
- In-office patient material

114

# Tactical Plan

## *FENTORA* Campaign Evolution



# Campaign



# Campaign Evolution



**Jan 07**   **April 07**                    **Jan 08**

**Vanilla**        **Mocha**          **Chocolate**

- *Launch concept*
- *Core messages*
- *OV Tech / PK*
- *Efficacy: 99-14*

- *New concept*
- *Refine messages*
- *New Dose:  300 mcg*
- *Efficacy: 3039*
- *Revised PI*

- *Concept evolution*
- *Enhanced messages*
- *New PK Data*
- *New Dose: higher*
- *Add mountain graphs*

# Current Campaign




# Campaign Evolution



# Campaign Evolution



**Jan 07**      **April 07**                    **Jan 08**

**Vanilla**                **Mocha**                      **Chocolate**

- *Launch concept*
- *Core messages*
- *OV Tech / PK*
- *Efficacy: 99-14*

- *New concept*
- *Refine messages*
- *New Dose:  300 mcg*
- *Efficacy: 3039*
- *Revised PI*

- *Concept evolution*
- *Enhanced messages*
- **New PK Data**
- **New Dose: higher**
- **Add mountain graphs**

# Overtreatment of BTP With ATC Medication



Bennett D et al. *Pharm Ther*. 2005;30:354-361.
Simon S. *MedGenMed*. 2005;7(4):54.

# Inadequate Treatment with Traditional SAO



Persistent Pain

122                                    Bennett D et al. *Pharm Ther*. 2005;30:354-361.

# Ideal BTP Treatment



# Tactical Plan

## BTP Campaign Evolution



# *Expanded BTP Disease Awareness Campaign*

**Goal:** **To continue to establish BTP as a distinct clinical problem & to facilitate dialogue between physicians and patients to improve the proper diagnosis and treatment of BTP**

➢ **Phase I (completed)**

   ➢ **Understand how others in the industry have built disease states (Bipolar, HPV, Depression Pain, RLS)**

   ➢ **Understand physician and patient interactions around BTP**

   ➢ **Create a 'portrait' of our target audience**

   ➢ **Understand how to leverage the internet**

➢ **Phase II (Nov 06 – Jan 07)**

   ➢ **Create BTP messaging & concepts based on Ph I learnings**

   ➢ **Start enhancing BTP.com / Start to maximize internet search**

➢ **Phase III (May 2007) – Execution**





# 2007 Promotional Budget

| Category | Spend | Share of Total Spend |
|---|---|---|
| Market Research | $1,750,000 | 6% |
| Consultants | $400,000 | 1% |
| Journal Reprints | $200,000 | 1% |
| Conventions | $1,600,000 | 6% |
| Advertising/Promotional Materials | $8,900,000 | 32% |
| Sample Coupons | $6,000,000 | 21% |
| Public Relations | $600,000 | 2% |
| Field Driven  Speaker Programs (CSPs) | $6,000,000 | 21% |
| Advisory Boards | $2,500,000 | 9% |
| Corporate Contributions | $50,000 | 0% |
| TOTAL SPEND | $28,000,000 | 100% |

126



# CSP Allocation

|  | Total | PCS | NAMS | OAS |
|---|---|---|---|---|
| **CSP Budget Total** | $  6,000,000 |  |  |  |
| **CSP Budget (Minus Mgmt Fees)** | $  4,500,000 | $  4,000,000 | $  300,000 | $  200,000 |
| **Avg Cost per CSP** | $  1,400 | $  1,400 | $  1,400 | $  1,400 |
| **Total # of Programs per Year** | 3,214 | 2,857 | 214 | 143 |
| **# of Programs per Field Rep** | 45 | 29 | 11 | 5 |



# FENTORA 2007 Tactical Plan



# Tactics

The remainder of this deck describes the tactics planned to address the 2007 FENTORA CSFs and strategies. The tactics are organized within the following categories:

- FENTORA
- Dosing and Administration
- Managed Care
- Market Development
- Disease Awareness
- Conventions
- Advisory Boards
- Publications
- Promotional Education
- Public Relations
- Special Programs: SECURE (RiskMAP), Reimbursement Hotline, PAP

129



# CSF and Strategy Coding

| CSF | Strategy | CSF Number | Strategy letter |
|---|---|---|---|
| Majority of lives covered by Third Party Payers have access to reasonable/favorable reimbursement for FENTORA | • Selectively contract with MCOs | 1 | A |
| | • Educate MCOs regarding: | 1 | B |
| | • FENTORA value to health system | 1 | C |
| | • BTP:<br>  – Optimal assessment and treatment of BTP<br>  – Establish the Burden of Illness of BTP<br>  – Further develop ROO sub-class as an optimal treatment for BTP | 1 | D |
| | • Minimize risk of Abuse, Addiction, and Diversion | 1 | E |
| Expand FENTORA prescribing audience beyond ACTIQ users | • Further explore and maximize retail segment expansion opportunities | 2 | F |
| | • Explore non-retail segments opportunities, as well as other potential channels | 2 | G |
| | • Target segments and audiences with focused messages and programs/materials | 2 | H |
| Physicians understand FENTORA is a superior treatment option for BTP | • Create high level of awareness among target segments<br>• Leverage new clinical data when available and appropriate<br>• Further develop ROO sub-class as an optimal treatment for BTP | 3 | I<br>J<br>K |
| Measurable improvement of BTP awareness and understanding of treatment options among physicians and patients | • Continue to establish BTP as a distinct clinical problem among opioid prescribing physicians | 4 | L |
| | • Facilitate dialogue between physicians and patients to improve the proper diagnosis and treatment of BTP | 4 | M |
| | • Support BTP educational initiatives | 4 | N |

130



# Coding (cont.)

| CSF | Strategy | CSF Number | Strategy letter |
|---|---|---|---|
| Physicians and patients understand the proper dosing and administration of FENTORA | Educate physicians and patients on<br>– How the delivery system is different from traditional oral administration<br>– Dosing and titration<br>– Administration | 5 | O |
| FENTORA risks are understood by health care professionals | • Educate HCPs on appropriate patient selection | 6 | P |
| | • Educate patients about safe use of FENTORA and allay fears of opioids | 6 | Q |
| | • Continue to implement risk minimization tools | 6 | R |
| | • Maximize SECURE outreach program initiatives | 6 | S |
| Cephalon Pain Franchise is considered to be a leader in the pain market | • Partner with KOLs and key professional/advocacy societies to advance the field of pain management | 7 | T |
| | • Elevate awareness of Cephalon dedication to advancing the science of pain therapy | 7 | U |
| | • Expand Pain Franchise product offerings | 7 | V |
| Target KOLs  and societies support FENTORA as an effective treatment option for BTP | • Improve and expand select KOL and society relationships | 8 | W |
| | • Continue to consult KOLs to better inform Cephalon on the optimal design of FENTORA clinical studies, as well as the positioning of the brand | 8 | X |

131



# FENTORA Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| 3039 Launch PCSF Selling Tools | Tactics updated to include 3039 data<br>• Rev Enlarged PI<br>• Core Sales Aid<br>• File Card<br>• Rev Regional TT Panels<br>• Rev Local TT Panels<br>• HCP FAQ<br>• Product Monograph | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists | Field driven | Q2 - Q4 | 3 | I |
| Launch Ads | 4-page and 2-page launch ads updated to include 3039 data | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q2 - Q4 | 3 | 1 |
| Online Advertising | • Banner advertising, primarily focused in rich media, will be aimed at driving site traffic;<br>• Rich media advertising has the ability to deliver multimedia content including video, database registrations, and animated content in an expandable, near micro-site format | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q1 - Q4 | 3 | 1 |



# FENTORA Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Targeted Media | PDR Pain Management Prescribing Guide<br>PDR Addendum Direct Mail<br>The Little Blue Book<br>ePocrates - DocAlert Campaign<br>Rep Triggered Mail<br>MPR Prescribing Alert<br>Physicians Weekly<br>Triple I Prescription Pad Blitz Mailer<br>Triple I Prescription Pads (or MediScripts)<br>Medsite<br>Catalina Newsletters<br>NEJM Coverwrap<br>Rx PROvisions Office Suite | Actiq and Non-Actiq Users<br>Oncology<br>Nurses<br>Physical Medicine and Rehab<br>Managed Care Executives | Non-field driven | Q2 - Q4 | 2<br>3<br>5 | H<br>I<br>O |
| Launch Booth | Booth at major professional meeting to facilitate interaction with customers and provide information on FENTORA. Booth will be 40x40 and capable of breaking down into both 20x20 and 10x20 | Actiq and Non-Actiq Users<br>Physician Assistants<br>Nurses<br>Pharmacists<br>Managed Care Executives | Field driven | Q1 - Q4 | 3<br>4<br>5<br>6 | I,J,K<br>L,N<br>O<br>P,Q |
| Convention Media and Sponsorship Opportunities | Identify opportunities such as programs books, room drops, airport advertising, and association event sponsorships | Actiq and Non-Actiq Users<br>Physician Assistants<br>Nurses<br>Pharmacists<br>Managed Care Executives | Non-field driven | Q1 - Q4 | 3<br>7 | I<br>T |

133



# FENTORA Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Convention Follow Up Letters | Letter thanking HCPs for visiting the booth to find out information about FENTORA. Letter will also include key selling messages | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q1 - Q4 | 3 4 5 6 | I,J,K L,N O P,Q |
| Launch Mailers | Launch Letter and Direct Mail (4) updated to include 3039 data | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q2 | 2 3 5 | H I,J,K O |
| 3-D Stereo or Animation | Video will communicate the key selling messages of FENTORA (ie, BTP, OV, Bio, PK, Efficacy, etc.) Video incorporated into the following:<br>– **Diamond Touch** - interactive game within launch booth<br>– **Booth Handouts** - CD Rom and packaging<br>– **Direct Mailer** - possibly included within one of the launch mail pieces<br>– **Rep Deliverable**<br>– **Animation Clips** - incorporated onto the Website, patient video, booth panels<br>– **Speaker Presentations** | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q2 - Q4 | 2 3 | H I,J,K |



# FENTORA Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Patient starter kit | Patient Starter Kit (English and Spanish) includes the following:<br>– Holder<br>– Patient Video<br>– Placebo Pack<br>– Patient FAQ<br>– Pain Diary with Calendar<br>– Caregiver Brochure<br>– Voucher | Patients | Field driven | Q2 - Q4 | 2 3 4 5 | H I M O |
| Rev WebSite | Phase II of FENTORA site, focused on Physicians and Patients, will round out content truncated for the early release of the drug and the accompanying web site.<br><br>New content includes:<br>Physicians:<br>– Pain Identification Tool; OraVescent Technology, Thought Leadership section (KOL videos, Reference links and PDF Resources)<br>Patients:<br>– Pain Identification Tool; Living with Pain section (Coping Strategies, Talking with Your Doctor, Addiction concerns, Treatment options) | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives Patients | Non-field driven | Q2 - Q4 | 2 3 4 5 6 7 | H I L,M,N O P Q T |
| eNewsletters | – 2 Quarterly newsletters will target Physicians and Patients;<br>– Content will be generated by Palio, Blue Diesel, and Cephalon<br>– Delivering timely product, disease and treatment information;<br><br>*Long-term Goal:* Leverage sales channel and trade shows to help increase registrations and participation | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives Patients | Non-field driven | Q1 - Q4 | 2 3 4 5 6 7 | H I L,M,N O P Q T |



# FENTORA Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Search Engine Marketing Management | Provides a tracking site as well as search parameters to help stay on top of search engine changes and competitive landscape as it relates to search criteria | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives Patients | Non-field driven | Q1 - Q4 | 3 | I |
| Online Usability Study | Usability study to focus on the areas of the site to which identified target markets navigate and reach primary, secondary & tertiary content; <br> – Can be facilitated through 1:1 interviews and computer activities; <br> – Integration of eye-tracking usability for visual and quantitative results | Actiq and Non-Actiq Users Physicians & Assistants Nurses Pharmacists KOLs Managed Care Executives Patients | Non-field driven | Q2 | 3 | 1 |
| Actiq Users Switch Selling Tools for PCSF | Tactics updated to include 3039 data <br> – AUS Sales Aid <br> – AUS Cling Posters | Actiq Users | Field driven | Q2 - Q4 | 2 3 5 | H I,J O |
| Actiq Users Direct Mail and Email | Tactics updated to include 3039 data <br> – AUS Direct Mail (7) <br> – AUS Launch Letter <br> – AUS Email | Actiq Users | Non-field driven | Q2 | 2 3 5 | H I O |



# FENTORA Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Key Pain Meetings via Webcast | Utilize web channel to deliver key meetings via webcast and downloadable podcasts; Can be used for Key meetings across the pain franchise where & when appropriate to primary audiences of HCPs and Patients | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Field and Non-field driven | Q1 - Q4 | 2 3 4 5 6 | H I L,M,N O PQ |
| Hospital Program | The first goal of the program would be to establish awareness of FENTORA via Grand Rounds or possibly Tumor Boards. Second goal would be to get FENTORA on the hospital formulary by providing pricing, packaging, and other formulary-related information. Once awareness and formulary are established, the reps can provide in-servicing by utilizing the detail aid, clinical reprints, leave behinds, table tops, etc. | Physicians Residents Fellows Nurses Patients | Field driven | Q3 | 2 3 4 5 | H I,J,K L O |
| 300 mcg materials | Various tactics regarding the launch of the 300-mcg tablet will be developed and implemented. Most sales materials will also be updated to include the 300-mcg dose | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Field driven | Q3 | 2 3 5 | H I O |
| Revised Med Guide | Med Guide updated with new language and 300-mcg dose | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Field driven | Q2 - Q4 | 3 5 | I O |

137

FENTORA™
fentanyl buccal tablet ℅

# FENTORA Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Revised PI | PI updated with new language and 300-mcg dose | Patients | Field driven | Q2 - Q4 | 3 4 5 | I M O |
| Quarterly Case Studies | On-demand audio case studies. Physicians dial in once each quarter to hear new case study highlighting FENTORA | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists | Non-field driven | Q1 - Q4 | 2 3 5 | H I O |
| Reprint Folders | Folders will be produced highlighting the key findings of the studies and also include a copy of the article | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Field driven | Q1 - Q4 | 3 | I |
| Pharmacy Article | Article will be written about rapid onset opioids (ROOs) to educate pharmacists on how ROOs can be used to treat BTP. Article will run in key pharmacy journal | Pharmacists | Non-field driven | Q4 | 2 4 | H N |
| Product Monograph | Monograph will help educate healthcare professionals on the use of FENTORA in the treatment of BTP in cancer; includes 3039 data | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q2 - Q4 | 3 5 | I O |



# FENTORA Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Cephalon Pain University.com | In conjunction with top pain specialists, Cephalon to create a virtual pain university that would conduct clinical studies, generate position papers, fund fellowships, as well as provide current product information/materials and promotional activity updates. Could include Speakers' Corner - a password protected resource for speakers only, driven by eVites, provides online registration for training. Activities could be carried out to create awareness for this initiative as well | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists KOLs Managed Care Executives | Non-field driven | Q3 - Q4 | 2 3 4 5 6 | H I L,N O P,Q |



# Dosing and Administration Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Administration Poster | Wall poster includes the "peel it, place it, feel it" information/illustrations. Placed within the physician office to help educate patients on FENTORA administration | Actiq and Non-Actiq Users Physician Assistants Nurses Patients | Field driven | Q2 - Q4 | 5 | O |
| Administration Wallet Card | Small card could be placed inside patients wallet or even pocket. Includes the "peel it, place it, feel it" information/illustrations. Can also include information on "what not to do." Could possibly be included as part of the Patient Starter Kit | Patients | Field driven | Q2 - Q4 | 5 | O |
| Administration Magnet | Small magnet could be placed within the patient's home. Includes the peel it, place it, feel it information/illustrations. Could possibly be included as part of the Patient Starter Kit | Patients | Field driven | Q2 - Q4 | 5 | O |



# Dosing and Administration Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Administration Script for Cephalon Professional Services/Medical Information | Cephalon Professional Services and/or Medical Information could have a script available to help answer physician and patients questions/concerns with regard to the administration of FENTORA | Actiq and Non-Actiq Users Physician Assistants Nurses Patients | Non-field driven | Q2 - Q4 | 5 | O |
| Revised Pain Diary | Current Pain Diary would be revised to help patients with the titration phase. This can then be used as a tool to help physicians with redosing | Actiq and Non-Actiq Users Physician Assistants Nurses Patients | Field driven | Q2 - Q4 | 5 | O |
| Flip Chart | Incorporating the copy/tabs from the Patient FAQ, Flip Book will be developed so that physicians, nurses, and PAs can educate patients on FENTORA, including the titration and administration information | Actiq and Non-Actiq Users Physician Assistants Nurses Patients | Field driven | Q2 - Q4 | 5 | O |



# Dosing and Administration Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Catalina Newsletter | Newsletters could be created to focus on patient titration and administration | Patients | Non-field driven | Q2 - Q4 | 5 | O |
| eDetail | Administration animation can be incorporated into the eDetails | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists | Field driven | Q2 - Q4 | 5 | O |
| Podcast | Titration and administration information/animation could be downloaded as Podcasts | Actiq and Non-Actiq Users Physician Assistants Nurses Patients | Non-field driven | Q2 - Q4 | 5 | O |
| Blackberry Download | Titration and administration information/animation could be downloaded within the booth | Actiq and Non-Actiq Users Physician Assistants Nurses | Non-field driven | Q2 - Q4 | 5 | O |



# Managed Care Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Office Manager Advisory Boards | Advisory boards with office staff to gain feedback and insights on education, specific training, and appropriate tools to reduce PA resubmission and rejection rates | Office-based administrators | Non-field driven | Q2 | 1 | A |
| AMCP Booth | Booth at spring and fall AMCP meetings.  Disceminate product literature and educational materials. | | Nam driven | Q2 Q4 | 1 | A |
| Office Manager Training | **Regional Office Manager PA Training:** Workshop training program with office staff in top 25 markets to facilitate PA compliance and reduce resubmission and rejection rates<br>**Local Office Manager Luncheon Programs:** Luncheon programs to provide education, training, and appropriate tools to facilitate PA compliance and reduce resubmission and rejection rates.<br><br>**Office Manager Training DVD and/or Booklet:** 30-minute interactive presentation for office managers who review the PA process, methods on facilitating reimbursement, and typical completion of required managed care forms<br>**Office Manager Online Training:** Online training reviews the PA process, methods on facilitating reimbursement, and typical completion of required managed care forms | Office-based Administrators | Field Driven | Q1 - Q4 | 1 | A |
| Educational materials | Provide both CME and Non-CME educational materials to facilitate enhanced understanding of BTP and  its appropriate assessment and treatment | MCO staff | Non-field and NAM driven | Q1 - Q4 | 1 | A |

143



# Managed Care Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|--------|-------------|-----------------|----------------|--------|-----|----------|
| NAM Slide Kit | Provide NAMs with 3039 supplemental slides | P&T Committee Members | NAM driven | Q1 | 1 | A |
| Formulary Kit | Updated to include all new data, new concepts and messages. | P&T Committee Members | NAM driven | Q1 - Q4 | 1 | A |
| Key Reprints | Once studies are published, clinical reprint carriers will be produced and distributed to the NAMs | P&T Committee Members | NAM driven | Q1 - Q4 | 1 | A |

144



# Market Development
# Market Research

| Research | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|----------|-------------|-----------------|----------------|--------|-----|----------|
| Rep Advisory Board | Brand Team, PCSF, and Agency can all meet at the National Sales Meeting to discuss what issues they are encountering, what's working/what's not, what materials they need, how the messages are working, etc. | Actiq and Non-Actiq Users | Field driven | Q1 | 2 | F |
| Segmentation Study | Segmentation research with physicians to determine attitudinal, emotional, etc. reactions to FENTORA | Non-Actiq Users | Non-field driven | Q1 | 2 | F |
| Path to Rx | Research to identify the dynamics and flow of the path to Rx. Target each area to identify points of entry: barriers, triggers, and leverage points | Actiq and Non-Actiq Users | Non-field driven | Q1 | 2 | F |
| Message Refinement Research | Based on feedback from the rep ad board and path to Rx research, messages can be revised and tested with multiple segments | Actiq and Non-Actiq Users | Non-field driven | Q1 | 2 | F |

145



# Market Development
# Market Research

| Research | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Hospital Landscape Study | Determine points of use, attitudes, how FENTORA would fit within the hospital system, etc. | Non-field driven | Non-field driven | Q1 | 2 | G |
| Consumer Identification and Connection | Includes the following Client and Agency development:<br>– Brand Revolution Research<br>– Target Delineation Research<br>– Heart and Soul Research<br>– Media Usage Analysis<br>– Target Portraiture | Non-high prescribers, determined based on research results | Non-field driven | Q1 | 2 | G |
| Brand Insight Synopsis | Includes a Brandscape Summary - Compilation of all the primary research that helps frame the forthcoming Positioning and Vision Development. | N/A | Non-field driven | Q1 | 2 | G |
| Communication Strategy Development | Includes the following Client and Agency development:<br>– Illumination Brief Development<br>– Illumination Brief Client Review/Approval | N/A | Non-field driven | Q1 | 2 | G |

146



# Market Development Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Sales Training Materials | Based on findings from the path to Rx research and message refinement research, training tools for the PCSF will be developed. Tools will help educate them on the customer portrait matrix, ie, what multiple physician segments feel and what motivates them. Examples of materials might include specialty reference sheet and targeted messages by segment | Pain Care Sales Force | Non-field driven | Q2 | 2 | F |
| Communication Platform and Tactical Plan Development | Includes Brand Arc Development - The Brand Arc bridges the gap between the current and desired mindsets, outlining realistic interim target mindsets necessary to reach the end goal. Also, new tactics will be incorporated into the master tactical plan | Determined based on research results | Non-field driven | Q2 | 2 | G |

147



# Disease Awareness Education

| Education | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| BTP Physician Materials | Take findings from Futurescape and Brand Revolution Research to broaden reach to physicians. Once research is complete and targets have been identified, various types of materials can be implemented, such as the following:<br>– Journal Ad<br>– BTP Treatment Differentiator Flashcard<br>– Differential Diagnosis: Identifying BTP Case Study<br>– DM Wave 1: BTP Pamphlet and Holder<br>– DM Wave 2: BTP Poster<br>– DM Wave 3: BTP Assessment Sheet<br>– Best Practices Meeting and Enduring Materials<br>– Advertorial Series<br>– Letters to the Editor Series<br><br>Determine how all tactics translate to online activities | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q3 - Q4 | 4 | L,M |
| Targeted Media | ePocrates - DocAlert Campaign<br>IMNG KOL Series<br>The Patient Counselor<br>WebMD Booklets<br>Catalina Newsletters | Actiq and Non-Actiq Users Oncology Nurses Physical Medicine and Rehab Managed Care Executives Patients | Non-field driven | Q3 - Q4 | 4 | L,M |



# Disease Awareness Education

| Education | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|-----------|-------------|-----------------|----------------|--------|-----|----------|
| Revised www.BTP.com | Phase II of BreakthroughPain.com site, focused on Physicians and Patients, to expand the initial HCP-only focused site currently live. Site will be focus on 1 destination, with a specialized section for HCP content offerings.<br><br>**New content includes:**<br>**Physicians:**<br>– Pain Identification Tool; Thought Leadership section (KOL videos, Reference links and PDF Resources); keyword-rich content development<br>**Patients:**<br>– Pain Identification Tool; Living with Pain section (Coping Strategies, Talking with Your Doctor, Addiction concerns, Treatment options); Education for Pain and Breakthrough Pain, Conditions affected by BTP; viewing/ordering The Path of Pain DVD; keyword-rich content development | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q3 - Q4 | 4 | L,M |
| Online Usability Study | Usability study to focus on the areas of the site to which identified target markets navigate and reach primary, secondary & tertiary content;<br>– Can be facilitated through 1:1 interviews and computer activities;<br>– Integration of eye-tracking usability for visual and quantitative results | Actiq and Non-Actiq Users Physicians & Assistants Nurses Pharmacists KOLs Managed Care Executives Patients | Non-field driven | Q2 | 4 | N |

149



# Disease Awareness Education

| Education | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| BTP Content Feeding | • Focus on identifying those sites and potential partners willing to accept content generated through a PR development effort;<br>• Sites will be categorized by those requiring internal support for content inclusion, those accepting of automated syndication feeds, and those which can be updated by the PR team;<br>• Maintenance will continue through 2007 to continue to generate and feed content to the identified sites, along with any new entities deemed as worthy sources of pain information | Actiq and Non Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q1 | 4 | L |
| Online Advertising | • Banner advertising, primarily focused in rich media, will be aimed at driving site traffic;<br>• Rich media advertising has the ability to deliver multimedia content including video, database registrations, and animated content in an expandable, near micro-site format | Actiq and Non Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives Patients | Non-field driven | Q1 - Q4 | 4 | L |
| Online Viral Campaign | Implement an advertorial/sweepstakes/campaign or some other form of engaging, HCP-focused material that is compelling enough that users/viewers are included to forward on to colleagues; Material will help drive users back to the websites and create "buzz" about topic of BTP and FENTORA | Actiq and Non Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives Patients | Non-field driven | Q1 - Q4 | 4 | L,M |



# Disease Awareness Education

| Education | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| 3rd Screen Downloadable Application | Includes information on BTP, as well as pain identification tool | Actiq and Non-Actiq Users Physician Assistants Nurses | Non-field driven | Q1 - Q4 | 4 | L |
| Direct to Patient via Physician<br><br>Pain Care Centers of Excellence Program | Pilot program with the top 25 PCCE to help educate healthcare professionals, patients, caregivers, and their families on BTP. Program  components could include the following:<br><br>**Pain Day Patient Seminar/Community Outreach**<br>– Posters<br>– Slides<br>– Handout materials<br>– Testimonials<br>**In Office Informational Center**<br>– Holder with pain related pamphlets<br>– "How to Talk to Your doctor about Pain" brochure<br>**Reach a Patient Counseling Tools**<br>– Flipbooks<br>– Path of Pain acetate tool<br>– Take-home brochures<br>– Acetate education tool<br>– Patient Video<br>– Video Take Away Brochure<br><br>Tactics will be coordinated with PR efforts as well | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Patients | Non-field driven | Q3 - Q4 | 4 | M |

151



# Disease Awareness Education

| Education | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Direct to Patient via Physician | Take findings from Futurescape and Brand Revolution Research to broaden reach to patients. Once research is complete and targets have been identified, various types of materials can be implemented, such as the following: <br> – KOL Advisory Board Slide Deck: Improved Dialogue between physicians and patients <br> – Physician and Patient Speaker Program: Gain feedback from patients on improved Dialogue | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Patients | Non-field driven | Q3 - Q4 | 4 | M |
| Direct to Patient Journal Ad | Journal Ads in Publications (ie, Coping and Cure) Tactics will be coordinated with PR efforts as well | Patients | Non-field driven | Q3 - Q4 | 4 | M |

152



# Convention Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Convention Media and Sponsorship Opportunities | Identify opportunities such as programs books, room drops, airport advertising, and association event sponsorships | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q1 - Q4 | 3 7 | I T |
| FENTORA Booth | Booth at major professional meeting to facilitate interaction with customers and provide information on FENTORA. Booth will be 40x40 and capable of breaking down into both 20x20 and 10x20 | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Field driven | Q1 - Q4 | 3 4 5 6 | I,J,K L,N O P,Q |
| Convention Follow Up Letters | Letter thanking HCPs for visiting the booth to find out information about FENTORA. Letter will also include key selling messages | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q1 - Q4 | 3 4 5 6 | I,J,K L,N O P,Q |



# Advisory Boards

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Consultant Meetings | Consultant Meetings:<br>– 4 regional meetings<br>– Including topics related to BTP, FENTORA<br>– Segmented by behavior and geography<br>– 50 MDs/meeting<br>– 200 MDs total | Opioid prescribers<br>KOLs | Non-field driven | | 8 | X |
| Health Care Professionals Advisory Board | PR will coordinate 2-day meeting – in collaboration with the Marketing team – of the Health Care Professional Advisory Board; agenda to include topics such as BTP awareness campaign, product-related education activities, clinical developments, etc.  Board will be consulted for expertise in patient communication. | Actiq and Non Actiq Users<br>Physician Assistants<br>Nurses | Non-field Driven | 2Q - 4Q | 6 7 | Q T,U |

154



# Publication Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Journal Articles | Top priority manuscripts for key clinical data:<br>3042, 3041, 3039, 99-16, 1037 | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q1 - Q4 | 1 3 4 | A I,J,K L |
| Journal Articles | Second wave manuscripts of clinical data:<br>99-11/99-18, 99-15, 1043, 3040, 3052, 1046, 3054, 3055, 3056 | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q1 - Q4 | 1 3 4 | A I,J,K L |
| Other manuscripts | Additional manuscripts to support education efforts:<br>•Statistical support paper<br>•Expert Opinion in Investigational Drugs<br>•ADIS Drugs Profile<br>•FBT Drugs of Today Monograph<br>•Patient/Physician Attitudes research<br>•Case Histories | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q1 - Q4 | 1 3 4 | A I,J,K L |
| Abstracts | Abstracts of clinical data at congresses:<br>3040,3041,30,42 | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q1 - Q4 | 3 4 | I,J,K L |



# Promotional Education Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|--------|-------------|-----------------|----------------|--------|-----|----------|
| Promotional CSPs | Field-Driven Medical Education Programs (CSPs) | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Hospitalists | Field driven | 1Q - 4Q | 3 5 6 | I,J,K O P,Q |
| Promotional Programs Speaker Training | National Speaker Training with online follow-up | Actiq and Non-Actiq Users | Non-field driven | 1Q | 3 5 6 | I,J,K O P,Q |

156



# Non-Promotional Education Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Independent Medical Education-CME (see SciCom Medical Education Plan) | Examples of potential medical education initiatives:<br>– Live events: Satellite Symposium, Teleconferences, regional meetings<br>– Print and Enduring Materials, i.e., Monographs, special reports<br>– WEB based initiatives, i.e., Medscape, Pain.com | Opioid Prescribers Physician Assistants Nurses Residents Hospital MDs Pharmacists Managed Care Executives | Non-field driven | Q1 - Q4 | 4 | L,M,N |
| Emerging Solutions in Pain (see SciCom Medical Education Plan) | Examples of potential medical education initiatives:<br>–2006 Monograph collection<br>–Monograph series with PPM<br>–Expert Commentary<br>–"In the know" abstract summaries<br>–Ask the Expert<br>–State Your Case<br>–Pain and Addiction 101<br>–Urine Drug Testing Tool<br>–E-Journal Club<br>–Live symposium (TBD)<br>–Convention presence (booth)<br>–Scholarship  Fund | Opioid Prescribers Physician Assistants Nurses Pharmacists Managed Care Executives | Non-field driven | Q1 - Q4 | 4 | L,M,N |

157



# Public Relations Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| BTP Awareness Campaign: Local Events | Roll out local campaign in three cities; selection based on presence of top 25 pain center, medical meeting, and/or other national/regional/local venue highlighting health issues.  Elements may include:<br><br>Traveling exhibit/booth with computer kiosks linking to BTP site, self-assessment tools; appropriate giveaways<br>Local panel discussions for patients with chronic pain led by pain expert, patient, etc.; Use of media and local celeb to promote activities, BTP as a health topic.<br>Utilize existing website to raise awareness of events, and help develop appropriate content such as patient case studies, Ask-the-Expert section, articles by health care professionals (4) on BTP and help with repurposing videos into video vignettes for site.<br>Develop patient BTP materials (to include brochure, fact sheet, identity materials, logo and stationary suite). | Patients with Chronic Pain Who Experience BTP<br>General Public<br>FENTORA, Actiq and Non Actiq Users<br>Physician Assistants<br>Nurses<br>Pharmacists | Non-field Driven | 1Q - 4Q | 3 | I,J,K |
| Third-Party Relationships: Organizations | Identify opportunities to maintain and extend relationships with third-party organizations; host event for patient advocates at the American Pain Society to highlight data presentations (Advocacy Group Clinical Update) | Patients with Chronic Pain Who Experience BTP<br>Patient Advocate Groups | Non-field Driven | 1Q - 4Q | 6 7 | Q T |
| Third-Party Relationships: Bylined articles and Educational Materials | Work with selected HCPAB members to develop content on BTP for newsletters and online outreach. | Patients with Chronic Pain Who Experience BTP<br>General Public<br>FENTORA, Actiq and Non Actiq Users<br>Physician Assistants<br>Nurses<br>Pharmacists | Non-field Driven | 1Q - 4Q | 3 6 7 | I,J,K Q T |



# Public Relations Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Media Relations: Abstract/Posters and Journal Articles | Work with investigator/author(s) and clinical to develop key messages. Coordinate media training when necessary; develop media materials, conduct media outreach. | Patients with Chronic Pain Who Experience BTP General Public FENTORA, Actiq and Non Actiq Users Physician Assistants Nurses Pharmacists | Non-field Driven | 1Q - 4Q | 3 6 7 | I,J,K Q T,U |
| Media Relations: Publicize sNDAs and Regulatory Milestones | Identify *FENTORA* investigators and patients, develop media materials including media alerts or press releases and fact sheets.  Conduct outreach with key media outlets to publicize milestones. | Patients with Chronic Pain Who Experience BTP General Public FENTORA, Actiq and Non Actiq Users Physician Assistants Nurses Pharmacists | Non-field Driven | 1Q - 4Q | 3 6 7 | I,J,K Q T |
| Issues Management: Media Monitoring | Incident-related media monitoring of *FENTORA* and OTFC-related stories including monitoring and coverage reports. | Internal | Non-field Driven | Q107- Q407 | | |
| Issues Management: Letters to the Editor | Draft media letters to the editors related to inaccurate coverage of *FENTORA* or BTP.  Includes identification of appropriate KOL or internal spokesperson (if appropriate). | Patients with Chronic Pain Who Experience BTP Patient Advocates FENTORA, Actiq and Non Actiq Users | Non-field Driven | Q107- Q407 | | |
| Issues Management: Proactive Preparation | Prepare company spokespersons on intermittent basis and identify outside experts as needed.  Help to develop or edit issues management materials containing key messages related to abuse, diversion, cost, and supply issues. | Internal | Non-field Driven | Q107- Q407 | | |



# RiskMAP Tactics

| Tactic | Description | Target Audience | Implementation | Timing | CSF | Strategy |
|---|---|---|---|---|---|---|
| Lunch and Learn | PCSF can utilize a turn key kit that incorporates some of the RiskMAP tools as well as includes table top panels on the RiskMAP only | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Hospitalists | Field driven | Q1 | 6 | R |
| RiskMAP Tools | Continue usage of all tactics within the RiskMAP plan (ie, patient FAQ, PharmAlert, RiskMAP flashcard, etc.) | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Patients | Field driven | Q1 - Q4 | 6 | R |
| SECURE Program | Brand the SECURE program with logo, colors, etc. and roll out into the following:<br>– RiskMAP flashcard<br>– Web page<br>– eNewsletter<br>– Other sales and booth tactics where appropriate | Actiq and Non-Actiq Users Physician Assistants Nurses Pharmacists Patients | Field driven | Q2 - Q4 | 6 | S |

160



# Appendix



# Appendix A

## Publications Plan



# *FENTORA™* Publication Plan*

🟠 Final data tables available

A Abstract submission (1 primary, 2 secondary endpoints)

A Congress presentation

M Manuscript submission

M Journal publication

*To be approved and signed-off by core team December 2006



# *FENTORA*™ Publication Plan Overview (1)

| Study | 2006 3Q | 2006 4Q | 2007 1Q | 2007 2Q | 2007 3Q | 2007 4Q | 2008 1Q | 2008 2Q | 2008 3Q | 2008 4Q |
|---|---|---|---|---|---|---|---|---|---|---|
| 1027 PK | M | | | | | | | | | |
| 1028 PK | | M | | | | | | | | |
| 3042 Low Back | ○ A₁ | A₁ A₂ / M M | | | | | | | | |
| 3041 NeP | ○ | A₁ A₂ M | | | | | | | | |
| 3040 Interim | | ○ A₁ / A₂ A₃ | | | | | | | | |
| 3040/41/42 Pt Pref | | ○ A | | | | | | | | |
| 3041/42 Comb efficacy | | ○ A | | | | | | | | |
| 3041 vs 42 Efficacy | | ○ A | | | | | | | | |
| 3041/42 ATC corr | | ○ A | | | | | | | | |
| 3039 Ca Pain | | ○ | A M | | | | | | | |

# *FENTORA*™ Publication Plan Overview (2)

| Study | 2006 | | 2007 | | | | 2008 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q |
| 3039/99-14 NeP | | ◯ | A | M | | | | | | |
| 3039/99-14 ATC corr | | ◯ | A | | | | | | | |
| 3039/99-14 Dose convers | | ◯ | A | | | | | | | |
| 3039/99-14 Comb efficacy | | ◯ | A | | | | | | | |
| Drugs of Today Review | | | M | | | | | | | |
| 99-11/ 99-18 Dwell time | | | M | | | | | | | |
| 99-15 Ca OL safety | | | ◯ A | M | | | | | | |
| Ca PK Model | | | ◯ | A M | | | | | | |
| NonCa PK Model | | | ◯ | A M | | | | | | |
| 99-16 Mucositis | | | A M | | | | | | | |
| Dosing review: all studies | | | ◯ | A M | | | | | | |

# *FENTORA*™ Publication Plan Overview (3)

| Study | 2006 3Q | 2006 4Q | 2007 1Q | 2007 2Q | 2007 3Q | 2007 4Q | 2008 1Q | 2008 2Q | 2008 3Q | 2008 4Q |
|---|---|---|---|---|---|---|---|---|---|---|
| Ca/NonCa FBT comparison | | | 🔴 | A | M | | | | | |
| Safety review: All studies | | | 🔴 | A | M | | | | | |
| 1043 Bucc vs subl | | | | 🔴 | A  M | | | | | |
| Mkt Res Physicians | | | | M | | | | | | |
| Mkt Res Nurses | | | | M | | | | | | |
| 99-19 Jpn PK | | | | M | | | | | | |
| 99-20 Jpn PK | | | | M | | | | | | |
| 99-21 Jpn PK | | | | M | | | | | | |
| PK review: All studies | | | | | M | | | | | |
| BTP awareness review | | | | | M | | | | | |

# *FENTORA*™ Publication Plan Overview (4)

| Study | 2006 | | 2007 | | | | 2008 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q |
| BTP definition review | | | | | M | | | | | |
| Evolution of Tx review | | | | | M | | | | | |
| 3054 Pain & Anxiety | | | | | ◯ | A M | | | | |
| BTP spectrum review | | | | | | M | | | | |
| BTP Tx review | | | | | | M | | | | |
| 1046 Relative potency | | | | | | ◯ A | M | | | |
| 3040 Final data | | | | | | ◯ $A_1$ | $A_2$ $M_1$ | $M_2$ | | |
| 3052 Pivotal NonCa | | | | | | ◯ $A_1$ $M_1$ | $A_2$ | $M_2$ | | |
| PK Model All pts | | | | | | | ◯ A | M | | |
| 3055 vs oxycodone | | | | | | | | ◯ A | M | |
| 3056 vs oxycodone | | | | | | | | | | ◯ A |

# *FENTORA*™ 2007-2008 Congress Plan

| Congress | Proposed Abstracts |
|----------|--------------------|
| ONS April 2007 | 3039/99-14/ Lack of ATC/rescue dose correlation<br>3039/99-14 Dose conversion from ACTIQ to FENTORA<br>3039/99-14 Combined efficacy and safety |
| AAN April 2007 | 3041 Secondary efficacy measures |
| APS May 2007 | 3041/3042 Side by side efficacy<br>3041/3042 Combined efficacy<br>3040/3041/3042 Patient preference<br>3041/3042 Lack of ATC/rescue dose correlation<br>3040 Mood, functioning, and QOL<br>3040 Patient preference |
| ASCO June 2007 | 3039 Primary efficacy and safety<br>3039/99-14 Efficacy and safety in neuropathic pain patients<br>99-15 OL safety (late breaker)<br>99-16 Mucositis |



# *FENTORA*™ 2007-2008 Congress Plan

| Congress | Proposed Abstracts |
|---|---|
| NeuPSig June 2007 | 3041 Primary efficacy and safety |
| AAPMt September 2007 | Cancer PK Model (or ASA)<br>Noncancer PK Model (or ASA)<br>3041 Secondary efficacy measures (encore)<br>3041/3042 Side by side efficacy (encore)<br>3041/3042 Combined efficacy (encore)<br>3040/3041/3042 Patient preference (encore)<br>3041/3042 Lack of ATC/rescue dose correlation (encore) |
| AAPMR October 2007 | 3042 Secondary efficacy measures (rejected by AAPM)<br>3040 Interim safety and efficacy (rejected by AAPM)<br>3040 Mood, functioning, and QOL (encore)<br>3040 Patient preference (encore) |
| ASA October 2007 | 1043 Buccal vs. sublingual<br>All studies – Dosing |

169



# *FENTORA*™ 2007-2008 Congress Plan

| Congress | Proposed Abstracts |
|---|---|
| Dworkin Neuropathic Pain Mtg November 2007 | 3041 CPRA analysis |
| AAPM/APS 2008 | 3040 16 month analysis<br>3052 Primary safety and efficacy |
| IASP 2008 | PK Model all patients<br>1046 IV potency<br>3052 Secondary efficacy measures<br>3040 Final safety and efficacy<br>3054 Primary safety and efficacy<br>Safety analysis all patients |



# Appendix B

## Public Relations Plan



# Cephalon Pain Franchise
# 2007 Public Relation Plan



Thursday, November 16, 2006



# Key Audiences

**T**hird-party groups - patient support and advocacy

**K**OLs/Clinicians - professional societies, pain specialists, PCPs (high opioid prescribers), oncologists

**C**HRONIC PAIN PATIENTS AND CAREGIVERS



*FENTORA*™
*fentanyl buccal tablet* ℅

# CSF: Improve BTP Awareness

**Strategy:**

- Launch national *n*on-branded DTP education campaign

**Tactics:**

- National media launch

- Multiple city tour

- Traveling exhibit/booth

- Local events

- Breakthroughpain.com content



# Tactic

- **Roll out activities targeting chronic pain patients through multiple city tour in:**
  - Cities with identified top 25 pain center
  - Cities where pain meeting will occur (e.g., APS in Washington, DC, ASPMN in Dallas)
  - Other national, regional and local venues
  - Venues such as:
    - AARP Life @ 50+
    - NBC Health Fairs
    - Regional patient group meetings such as Cure Patient Survivor Forums (4 per year)
    - September Pain Awareness events at local pain clinics
    - Support group meeting at NCI designated cancer centers
    - YMCAs and senior living facilities, NCOA chapters

- **Venues feature:**
  - Traveling exhibit/booth
  - Local events
  - Publicity activities

175



# Tactic

- **Campaign components can be extensive\* or discreet**
  - **Traveling exhibit/booth**
    - Guest appearance by local celebrity\* and *FENTORA* patient
    - Scheduled presentation by HCP\*
    - Self-assessment questionnaire about chronic pain and BTP available at computer kiosk or hard copy
    - Staffed exhibit (staffing TBD)
    - Computer kiosk stations featuring BreakthroughPain.com
    - Giveaways such as on-site massages, premiums (i.e. stress balls), educational materials/brochures



176



# Tactic

- **Local events**

  - Panel discussion with Health Care Professional Advisory Board (HCPAB) member or local pain expert, BTP patient, local celebrity, patient support group representative

  - Open to patients/families and local community (anticipated attendance 20-50)

  - Feature  booth (contingent on budget/space)





*FENTORA*™
*fentanyl buccal tablet* ⓒ

# Tactic

- **Promote campaign in each city featuring celebrity/athlete, pain expert and *FENTORA* patient**
  - Conduct media outreach (TV & radio-news/talk shows, lifestyle & health reporters)
  - Coordinate mailings, flyers, print and radio ads
  - Partner with local third-party group
  - Publicize through third-party group newsletters, e-mail distribution lists
  - Revise *Do You Still Have Pain?* brochure; insert in local newspapers



# Tactic

- **Contribute to content for BreakthroughPain.com**
  - Online feature encouraging patients to share their BTP story
  - Promote via:
    - MAT feature article -- distributed to local newspapers and handouts to clinic/practice waiting rooms
    - Links from third-party pain group websites and banner ads
  - Include campaign information: city exhibit and event schedule, BTP patient case studies
  - Ask-the-Expert section
  - Utilize compelling stories for various national and grassroots outreach opportunities:
    - Media
    - Speaking events
    - Feature stories on third-party websites and in newsletters
    - Video vignettes posted on BreakthroughPain.com

*All activities could be source for patient database building*



# CSF: Improve BTP Awareness

**Strategy:**
- Strengthen third-party and KOL relationships

**Tactics:**

- Host third-party event at American Pain Society Annual Meeting

- Outreach to third-party and professional organizations

- Conduct Health Care Professional Advisory Board



# Tactic

- **Host Third-Party Event at American Pain Society Annual Meeting – *Advocacy Group Clinical Update***
  - Provide update on non-cancer trials data, response to *FENTORA* adoption; (Speaker TBD: Cephalon Clinical)

  - Educate about differences between rapid onset and short-acting treatments















# Ad Board

- **Conduct Health Care Professional Advisory Board**
  - Provide update on non-cancer data, response to *FENTORA* adoption
  - Conduct media training for participants
  - Build agenda collaboratively with Marketing 
  - Hold focus group for marketing topic TBD
  - Host as 2-day meeting

182



# Tactic

- **Outreach to Third-Party and Professional Organizations:**
  - Support Media Telebriefing at AAPM meeting on "BTP Treatment Developments" (including *FENTORA)*
  - Sponsor live web chat or teleconference about BTP with BTP patient and HCP
    - Potential partners: APF, CancerCare, PLWC
  - Create feature/filler content on BTP for content for third-party websites and newsletters
    - Work with HCPAB to develop content (i.e., "BTP new treatment options")
  - Conduct a sweep of existing Internet content, especially third-party pain group websites, encourage updates to include *FENTORA* and BTP information



# Tactic

- **Outreach to Third-Party and Professional Organizations:**
  - Corporate contributions and grants
    - Maintain collaboration with and support for third-parties, including:
      - AACPI conference support
      - ACPA corporate contribution
      - APF corporate roundtable
      - Cancer*Care* industry dinner
      - NCCS Tribute to ASCO President
      - NPF Triumph Dinner
      - OncoLink website development
    - Identify additional opportunities for interaction and other groups












# CSF: Continue to differentiate *FENTORA*

**Strategy:**

- Raise awareness of science and data of *FENTORA*

**Tactics:**

- Data publicity and milestones

- HCP activities



# Tactics

- **Publicize data:**
  - Posters/abstracts presented at medical meetings

  

  - Journal articles   
  - Emphasize unique features:
    - Rapid and efficient absorption
    - Faster onset
    - Convenience
    - QOL
    - Functionality
    - Preference
  - Work with authors/investigators

- **Publicize sNDAs and Regulatory Milestones**



# Tactic

- **Work with HCPAB member to increase HCPs understanding of mechanism of action and unique features of *FENTORA***

  – Encourage development of *FENTORA* "Fast Facts" (by The University of Wisconsin) and EPERC (End of Life/Palliative Education Resource Center

    • Proactively encourage similar adoption by other HCPAB members' organizations/institutions

  – Work with HCPAB members on ad hoc basis to deliver consistent and uniform messages on BTP and *FENTORA*

  – Invite select HCPAB members to join Cephalon's Speaker Bureau

187



# CSF: Maintain clear and consistent communication about FENTORA risks

## Strategy:

- Anticipate and prepare messages around potential issues

## Tactics:  Internal and external

- Prepare company spokespersons

- Maintain issues management materials

- Monitor media environment

188



# Tactics

- Prepare company spokespersons on intermittent basis and identify outside experts and groups to enlist, as needed

- Maintain issues management materials containing key messages (i.e., abuse/misuse, diversion, cost, unintended exposure, supply issues)



- Monitor media environment

- Interact with media and submit letters-to-the editor, addressing/correcting serious inaccuracies

189



# Appendix C

## Medical Education Plan

# Pain Medical Education Tactical Plan 2007

Bhaval Shah Bell PhD
Senior Manager, Medical Education



# Budget Spend by Audience



Small grants
2%

ESP
21%

Managed care
4%

Multiple audiences
9%

Oncology and associated HCPs
6%

Pain residency and nursing
8%

Pain specialists
50%

# Pain Specialists



# Pain RNs, NPs, Residency



194

# Oncologists, Onc RNs, NPs



| Activities | 2007 |
|---|---|

195

# Multiple Audiences



# Managed Care



197

# Emerging Solutions in Pain

