PSJ17 Exh 7

# *FENTORA* Marketing

**Overview for Scott Megaffin**

July 2, 2008



**Confidential**

**TEVA_MDL_A_00375244**

# Overview

- Pain Care Franchise Marketing – *FENTORA* Team
- Pain Care Market Assessment
- Actiq Brief History
- *FENTORA* Marketing Launch to Present
  - Product Profile & Positioning
  - Brand Issues & CSFs by year
  - Performance
  - Managed Care Landscape
  - Competitive Landscape
  - LCM / Clinical Plan (prior to new developments)
  - May Advisory Panel Results & Potential Commercial Implications
- 2009 Brand Planning Process & Timeline
- Action Plans – Next 45 Days

AUTODATE



Confidential

# Pain Care Franchise
# Marketing Team

### Brand Marketing Team

- Terrence Terifay – Director, *FENTORA*
- Paula Castagno – Associate Director, *FENTORA*
- *Denise Connelly – CHS, (Acting Assoc. Dir.) FENTORA*
- Cynthia Condodina – Product Manager, *FENTORA*
- Suzanne Richards – Assoc Product Manager, *FENTORA*
- Lisa D'Onofrio – Convention Manager, Pain Care Franchise
- Sheila Jo Mikhail, Senior Manager, Market Research, Pain Care Franchise

### Brand Support Team

- Palio Communications, Advertising Agency of Record
- Clinical CONNEXION, Promotional MedEd Agency
- KOL, LLC, Thought Leader Development & Strategic Partners

AUTODATE



3

# Pain Care Market Assessment



**Confidential**

AUTODATE

# US Opioid Market

- Total opioid pain market value growth of 14% with volume growth of 5%
    - **Pure SAOs (10M TRx) continue robust growth in both value and volume**
    - Combination SAOs (170M TRx) continue minimal growth in volume and value
    - LAOs (24M TRx) show volume growth; branded products drive strong value growth



Opioid Market Growth Rate (MAT 12/06 vs. 12/07)

Size of bubble = TRx volume
Source: IMS NGPS (TRx) and NPS ($)  AUTODATE
NPS is based upon MAT 12/06 vs. 12/07

Confidential

TEVA_MDL_A_00375248

# Disease Overview

| Type of Pain | Acute | Episodic | Chronic |
|---|---|---|---|
| Definition | Pain <3 months | Intermittent flares of pain without persistent pain | Pain >3 mths (2 Components) Persistent Pain BTP |
| Examples | Trauma, Post-op | Migraine, Sickel Cell, PHN | Cancer, CLBP, OA, CRPS |
| Treatment | NSAIDs, Opioids (Combo & Pure SAOs) | Triptans, Ergots, Opioids (oral, IV, IM) | Non-Opioid & Opioid analgesics (LAO, Combo & Pure SAOs) |
| Specialists / Treaters | PCPs, Surgeons, Dentists, Other | ER, PCPs, Pain Specialists (ANES, PMR, N) | PCPs, Pain Specialists (ANES, PMR, ONC, N) |

AUTODATE

FENTORA
fentanyl buccal tablet

6

TEVA_MDL_A_00375249



Chronic pain is prevalent & when diagnosed is generally treated (areas where studying FENTORA is most prevalence)

The question remains, "Is it being treated effectively?"

7

**TEVA_MDL_A_00375250**



Chronic cancer pain is often thought of as having 2 components: *persistent pain*, or pain that is continuous throughout the day (ie, is experienced for at least 12 hours per day); and *breakthrough pain*, a transitory exacerbation, or flare, of moderate-to-severe pain that occurs in patients on chronic opioid therapy with otherwise stable persistent pain. Each component requires independent assessment and targeted treatment.

The graphic illustrates how breakthrough pain "breaks through" the level of analgesia provided by the around-the-clock medication used to control a patient's persistent pain.

8

# BTP Prevalence & Characteristics

|  | Cancer BTP (N =63)[1] | Noncancer BTP (N=228)[4] |
|---|---|---|
| Prevalence | 64% to 89%[1,2] | 74% |
| Median Episodes/Day | 4 to 7[1-3] | 2 |
| Time to Peak Intensity | 43% in 3 min | 50% in 5 min |
| Median Duration | 30 min | 60 min |
| Incident Related | 55% | 92% |
| Pathophysiology | • somatic (33%)<br>• visceral (20%)<br>• neuropathic (27%)<br>• mixed (20%) | • somatic (38%)<br>• visceral (4%)<br>• neuropathic (18%)<br>• mixed (40%) |

[1]Portenoy, Hagen. *Pain.* 1990;41:273-281
[2]Zeppetella. *J Pain Symptom Manage.* 2000;20:87-92
[3]Portenoy et al. *Pain.* 1999;81:129-134 AUTODATE
[4]Portenoy, et al. APS. 2005



(2) Fisher K, Stiles C, Hagen NA. Characterization of the early pharmacodynamic profile of oral methadone for cancer-related breakthrough pain: a pilot study. *J Pain Symptom Manage.* 2004;28(6):619-625.

(3) Robison JM, Wilkie DJ, Campbell B. Sublingual and oral morphine administration. Review and new findings. *Nurs Clin North Am.* 1995;30(4):725-743.

(4) Cleary JF. Pharmacokinetic and pharmacodynamic issues in the treatment of breakthrough pain. *Semin Oncol.* 1997;24(5 Suppl 16):S16-S19.

(5) Osborne R, Joel S, Trew D, Slevin M. Morphine and metabolite behavior after different routes of morphine administration: demonstration of the importance of the active metabolite morphine-6-glucuronide. *Clin Pharmacol Ther.* 1990;47(1):12-19.

(6) Weinberg DS, Inturrisi CE, Reidenberg B, et al. Sublingual absorption of selected opioid analgesics. *Clin Pharmacol Ther.* 1988;44(3):335-342.

(7) Zeppetella G, Ribeiro MD. Pharmacotherapy of cancer-related episodic pain. *Expert Opin Pharmacother.* 2003;4(4):493-502.

(8) De Conno F, Ripamonti C, Saita L, MacEachern T, Hanson J, Bruera E. Role of rectal route in treating cancer pain: a randomized crossover clinical trial of oral versus rectal morphine administration in opioid-naive cancer patients with pain. *J Clin Oncol.* 1995;13(4):1004-1008.

(9) Ripamonti C, Bruera E. Rectal, buccal, and sublingual narcotics for the management of cancer pain. *J Palliat Care.* 1991;7(1):30-35.

(10) Gardner-Nix J. Oral transmucosal fentanyl and sufentanil for incident pain. *J Pain Symptom Manage.* 2001;22(2):627-630.

9

Confidential



What's it being treated with?

ATC – LAO or SAO, LAO + SAO

Confidential

TEVA_MDL_A_00375253

AUTODATE

# BTP Treatment Patterns

| | # of BTP Episodes | |
|---|---|---|
| **Typical Course of Action** | $\leq 3$ | $\geq 4$ |
| Increase dose of LAO | 34% | 64% |
| Increase frequency of LAO | 7% | 12% |
| Increase frequency of SAO | 21% | 10% |
| Switch the LAO | 2% | 7% |
| Increase dose of SAO | 28% | 4% |
| Switch the SAO | 3% | 2% |

- The most common treatment choice is to increase the dose of LAOs regardless of # of episodes
- The next most common approach is to either increase the frequency or dose of the SAO
- **Switching to an alternative SAO is typically the last course of action**

AUTODATE

*FENTORA*
*fentanyl buccal tablet ®*

Source: GfK Market Measures – 05

11

Confidential

AUTODATE

# BTP Disease State – Prescriber Feedback

➢ Generally, there is a disconnect on the necessity of using ROOs to treat BTP
  ➢ This is in part due to the lack of consistency among physicians, including Pain Specialists, in their definition / interpretation of BTP - what causes it and how it presents in terms on onset and duration

➢ So, for many, when BTP is experienced, adjustments to around the clock therapy (LAOs or traditional SAOs) are seen as adequate
  ➢ ROOs are still considered very much a treatment of "last resort"

➢ However, based on physician feedback, there is an opportunity to demonstrate the burden of the disease and what onset of relief can mean to a patient
  ➢ *"How many of us have stood by the bed of a patient having a BTP episode?…It's hard to watch."*
  ➢ *"BTP causes frustration for both physicians and patients…I don't want my cancer patients having any pain."*
  ➢ *"The ability to manage their pain, makes me feel like a god."*

AUTODATE

FENTORA
fentanyl buccal tablet

Confidential

TEVA_MDL_A_00375255

AUTODATE



Confidential

TEVA_MDL_A_00375256



Actiq® (Oral Transmucosal Fentanyl Citrate)

Confidential

TEVA_MDL_A_00375257

# Fentanyl- Pure Mu Agonist

- Opioids produce analgesia by altering pain signals in spinal cord and supraspinal structures
- Mu-opioid receptors
  - brain, spinal cord, smooth muscle
  - Analgesia, sedation, respiratory depression, euphoria
- Highly lipophilic allowing it to cross-membranes rapidly
- Estimated potency of 75-100x that of morphine (IV)
- Extensive 1st pass metabolism

AUTODATE



Confidential                                              TEVA_MDL_A_00375258



Confidential

TEVA_MDL_A_00375259



Confidential

TEVA_MDL_A_00375260



Mention volume has leveled off

Confidential



Confidential

TEVA_MDL_A_00375262



PDEs with dedicated Field Force roughly mirrored that of combined Field Force

More focused details maintained TRx volume

Price increase impacted TRx volume in mid 2006

Confidential

TEVA_MDL_A_00375263



Confidential

TEVA_MDL_A_00375264



Underlying conditions treated w/ Actiq mirror that of the opioid market

Confidential

TEVA_MDL_A_00375265

What were the CSFs that generated
Cephalon's success with Actiq?



Confidential
TEVA_MDL_A_00375266

# Historical CSFs Driving Success

- Effectively re-positioned Actiq around primary patient benefit – rapid onset of analgesia
- Sufficient & appropriate resources placed behind brand
- Effective targeting direction
  - Targeted physicians skilled in use of CII opioids that Tx patients with Cancer
- Sales force focused on single product (thru '03 & again in '06)
  - Limited reach but singular product focus & great frequency with core prescribers
  - Able to gain expertise and confidence through focus – critical in CII market
- Close relationship b/w sales & marketing
  - bFOCUSED survey results

AUTODATE



Confidential

TEVA_MDL_A_00375267

# Challenges of Actiq Selling Process

- "Requires more time, effort, handholding"
  - Different delivery system (Δ in Tx paradigm)
  - Perceived cumbersome titration process
    - Limited resources to overcome this
  - Major education involved
  - Whole office and pharmacy sell
  - CII med – accompanying external issues
  - We are lone promotional voice in the Pure SAO & BTP markets

AUTODATE



25

TEVA_MDL_A_00375268

## *FENTORA* Marketing

### Launch to Present



Confidential

TEVA_MDL_A_00375269

### Actiq® (Oral Transmucosal Fentanyl Citrate)



Confidential

# Pain Care Mission

**<u>Franchise Mission</u>**
- Establish Cephalon as a major player in pain market

***<u>FENTORA</u>* Mission (current)**
- Establish *FENTORA* as the gold standard for BTP in opioid-tolerant patients with cancer

***<u>FENTORA</u>* Mission (pending approval of expanded label)**
- Establish *FENTORA* as the gold standard for BTP in opioid-tolerant patients

AUTODATE



28

**TEVA_MDL_A_00375271**

# Product Situation

**Profile & Position**



**Confidential**

AUTODATE



*FENTORA* (fentanyl buccal tablet) is a potent opioid analgesic intended for buccal administration. *FENTORA* employs the OraVescent® drug delivery technology and is designed to be placed and retained within the buccal cavity for a period sufficient to allow tablet dissolution and absorption of fentanyl across the oral mucosa.

*FENTORA* is formulated as a flat-faced, round, beveled-edge, white tablet that contains fentanyl citrate, sodium bicarbonate, sodium carbonate, citric acid, and other inactive ingredients.

30

# Position & RTB

## Position Statement

*FENTORA* is the first and only fentanyl buccal tablet which utilizes an effervescent reaction to provide the most ***rapid onset of analgesia*** of any oral opioid, resulting in improved patient functioning and activities of daily living.

## Reason to Believe

*FENTORA* employs the ***OraVescent® drug delivery technology***, which generates a reaction that releases carbon dioxide when the tablet comes in contact with saliva[1,2]

– It is believed that transient pH changes accompanying this reaction may optimize dissolution (at a lower pH) and membrane permeation (at a higher pH)

AUTODATE



31

Confidential

TEVA_MDL_A_00375274

# *FENTORA*
# Product Profile Comparison

| Attributes | | *FENTORA* | Actiq |
|---|---|---|---|
| Indication | | Launch:  BTP in patients w/ Ca<br>2008:      BTP in non-Ca patients | BTCP |
| Efficacy | Onset | 15 min (99-14)<br>10 min + "meaningful relief" (3039) | 15 min |
| | Duration | 60 min (99-14)<br>120 min (3039) | 60 min |
| PK<br>(*FENTORA* 400 mcg vs Actiq 800 mcg) | Absolute Bioavailability | 65% | 47% |
| | Transmucosal Absorption | 48% | 22% |
| | Cmax (mean ng/mL) | 1.02 | 1.26 |
| | Tmax (median, min) | 46.8 | 90.8 |
| Administration | Convenience | Discreet tablet | Lozenge on a stick |
| | Ease of Use | Passive administration | Active administration |
| | Dosage | Launch:  100, 200, 400, 600, 800 mcg<br>sNDA:  300 mcg<br>In development:  higher dose | 200, 400, 600, 800, 1200, 1600 mcg |
| | Titration | Multiple 100 & 200 mcg tablets | 1 higher strength at a time |

AUTODATE

*FENTORA*
*fentanyl buccal tablet ©*

32

# *FENTORA*
## Product Profile Comparison

| Attributes | | *FENTORA* | Actiq |
|---|---|---|---|
| Safety | AE Profile | Comparable to other opioids (except for application site abnormalities) | Comparable to other opioids (except for application site abnormalities) |
| | Abuse Potential | Comparable to other opioids | Comparable to other opioids |
| | Accidental Exposure | Comparable to other opioids | Lozenge on stick presents potential concerns:<br>– Pediatric exposure<br>– Partially used unit exposure |
| Formulation | | Sugar-free | Sugar |

AUTODATE



33

**Confidential**

### *FENTORA* Product Profile: Physician Reactions

**Physician Perception of *FENTORA***

| Drivers | Barriers |
|---|---|
| • Faster onset of pain relief | • Anticipated high cost (reimb. hassle) |
| • Overall efficacy | • Potential for abuse |
| • Convenient administration | • Potent opioid (held in reserve) |
| • Ease of use (vs IV administration) | • No handle administration* |
| • Sugar-free |   – Actiq saves $ with partial dosing |
| • Unique delivery system |   – Perception Actiq can be removed if |
| • Utilizes less fentanyl |     AEs |
| • Discreet (ie, no handle vs Actiq) | |

- Overwhelmingly, the majority of physicians expressed an interest in this product and felt it had a place in their practice

\* Contrary to Actiq PI (physicians perception) AUTODATE
Source: Summary of Market Research Q4 04 – Q1 06



Market Research Barriers

Field Feedback/Objections:

- Taste
- Dosing & Titration (conversion chart)
- Application site abnormalities

34

TEVA_MDL_A_00375277

# 2006 Launch Strategy

## Key Commercial Issues & CSFs



Confidential

TEVA_MDL_A_00375278



Confidential

TEVA_MDL_A_00375279



Confidential

TEVA_MDL_A_00375280

# 2007 Commercial Strategy

**Key Commercial Issues & CSFs**



Confidential

TEVA_MDL_A_00375281



Confidential

TEVA_MDL_A_00375282

# Launch Success Summary

## Marketing Performance

### *FENTORA Launch Objectives*

- ✓ Market was primed for *FENTORA* launch
- ✓ Sales Force was trained & motivated
- ✓ Exceeded 2006 & 2007 sales objectives
- ✓ Achieved high level prelaunch awareness (>90% of Actiq deciles 5-10)
- ✓ Achieved high level awareness of ROO term (>50% of Actiq deciles 3-10 recognize the term by launch)
- ✓ Strengthened relationships with core Actiq prescribers by increasing call frequency among Actiq deciles 3-10 based on 100 PCS reps
- ✓ Converted Actiq deciles 3-10 to *FENTORA* (50% prescribed 1 time in first 3 months)
- ✓ *FENTORA* launch materials were approved and ready at launch
- ✓ *FENTORA* TRxs were 395%, 146%, and 123% to budget at 3 months, 6 months and 9 months post launch
- ✓ PMEAB and KOLs endorsed *FENTORA* as a valuable treatment option for BTP in opioid tolerant patients with cancer

AUTODATE

*FENTORA*
*fentanyl buccal tablet*

40

Confidential



Underlying conditions treated w/ Actiq mirror that of the opioid market

Confidential

2008 Commercial Strategy

**Key Commercial Issues & CSFs**



Confidential



**Accelerate in '08: 2008 *FENTORA* Plan**

*Issues & Critical Success Factors*

Goal = $175M & 91K TRx

| ISSUES | | CSFs |
|---|---|---|
| Limited understanding of BTP | ⟹ | Greater acceptance of BTP & ROOs |
| Limited differentiation from SAOs, LAOs & ROOs | ⟹ | *FENTORA* is well-differentiated from SAOs, LAOs & ROOs |
| Limited awareness & acceptance beyond core prescribers | ⟹ | Greater acceptance within & beyond core targets |
| Dosing/titration & administration challenges | ⟹ | Proper dosing/titration & administration understood |
| Reimbursement challenges | ⟹ | Appropriate patients have access to reimbursement |
| Risk for abuse & diversion | ⟹ | Clear & consistent communication of *FENTORA* risks |

AUTODATE

*FENTORA* fentanyl buccal tablet

43

**TEVA_MDL_A_00375286**

# Key Challenges for 2008

- Limited Resources
  - Marketing expense budget reduced by 45%
  - Reduction in sales force size & addition of second product  impacts both reach & frequency to current prescriber universe
- Limited understanding of the appropriate diagnosis and treatment of BTP
- Limited Product Differentiation – 3039 Non-approval (Jan'08)
  - Challenging competitive landscape due to highly genericized market (LAOs, SAOs & OTFC) plus future branded ROOs
- Dosing/titration & administration challenges
- Pending Competition
  - 3rd generic OTFC (Sandoz) launch 2H'08
  - BEMA fentanyl launch 4Q'08
- External Environment
  - Managed care limitations/restrictions on *FENTORA*
  - Risk for misuse, abuse and diversion
  - Unpredictable issues
- Expanded label launch preparation
  - Labeling & RiskMAP changes (May Advisory Board)
  - Branding elements for successful launch

*Any reference to BTP in context of strategy/promotion refers to*
*BTP in opioid tolerant patients with cancer until approval of*
*broad label unless otherwise specified.* AUTODATE

FENTORA
*fentanyl buccal tablet*

Confidential

TEVA_MDL_A_00375287



Confidential

TEVA_MDL_A_00375288

# Risks Associated with Forecast

- Flat TRx trend with key variables not remaining constant
    - Sales force size reduction (100 → 60 reps (~18FTEs))
    - Marketing budget reduction ($28MM → $18.5MM → $15.5MM)
- DDL/Safety communication impact still not fully realized
- [ Redaction - Other Teva Product ]
- Other potential risks to overall trajectory
    - 3rd OTFC generic not included in assumptions
    - BEMA 4th quarter potential launch not included

AUTODATE



Confidential

TEVA_MDL_A_00375289



Confidential

TEVA_MDL_A_00375290



Confidential

AUTODATE



**2008 Marketing Strategy**

FENTORA Core 1,019 (Dec 3-10)

Low-Med FENTORA Writers 3,723 (Dec 0-2)

High Opioid Non-writers 6,414

2008 Personal Marketing & Sales Force focus for maintenance and growth

2008 Non-personal Marketing & Opportunistic Sales Force efforts for incremental growth

AUTODATE
Sources: Rxers/TRXs - WK Source Prescriber, Apr – Sep '07

FENTORA
fentanyl buccal tablet ®

49



Confidential TEVA_MDL_A_00375293

*FENTORA* Performance

**Launch to Present**



**Confidential**

**TEVA_MDL_A_00375294**



Confidential

TEVA_MDL_A_00375295

AUTODATE



| 12 mos av | 6mos avg | | |
|---|---|---|---|
| Monthly average | 6 mos ending 8/0 | | 6 mos ending 2/08 |
| Fentora | 8.027 | | 6,944 |
| Actiq | 5,704 | | 3,756 |
| OTFC | 15,205 | | 14,278 |
| Total ROO | 28,936 | | 24,977 |

Confidential

TEVA_MDL_A_00375296

AUTODATE



AUTODATE

54

TEVA_MDL_A_00375297

AUTODATE



Confidential

TEVA_MDL_A_00375298



Confidential



Confidential



Confidential

TEVA_MDL_A_00375301



Confidential



Confidential

# 3 Month Fentora Prescriber Growth/Loss Count

| Growth/Loss | *Prescriber Count |
|---|---|
| Moderate Growth > 5% | 438 |
| Minimal Growth/Loss -/+ 5% | 106 |
| Moderate Loss >- 5% | 559 |
| Total | 1103 |

*Only Includes prescribers in the Fentora 12 Month TRx 3-10 Deciles parameter.
(Does not include Territory 2nd 009A Activity or DNP and PDRP Prescribers)
Growth/Loss comparison is from November 2007 - January 2008 VS February 2008 - April 2008.

FENTORA
fentanyl buccal tablet ©

61

# 6 Month Fentora Prescriber Growth/Loss Count

| Growth/Loss | *Prescriber Count |
|---|---|
| Moderate Growth > 5% | 404 |
| Minimal Growth/Loss -/+ 5% | 82 |
| Moderate Loss >- 5% | 617 |
| Total | 1103 |

*Only Includes prescribers in the Fentora 12 Month TRx 3-10 Deciles parameter.
(Does not include Territory 881-0001 Activity or DNP and PDRP Prescribers)
Growth/Loss comparison is from May - October 2007 VS November 2007- April 2008.



Confidential

TEVA_MDL_A_00375305

AUTODATE



Confidential

TEVA_MDL_A_00375306

# Customer experience with *FENTORA*

➢ In studies we found *FENTORA* prescribers rate the product favorably - 5 or 6 out of 7 on "overall experience" or "satisfaction"

➢ *FENTORA* is consistently described as "Rapid Acting" and "Potent"
  ➢ Rapid acting can be very beneficial for the patient, but raises concerns around abuse
  ➢ Potency clearly links to the efficacious nature of the product, but makes some perceive it as potentially unsafe

➢ In our recent research, physicians stated *FENTORA* requires "commitment" on the part of the physician
  ➢ In terms of patient selection, explaining product administration, challenging reimbursement process, time on paperwork, etc.

➢ Cephalon is seen as "invested" in the category which brings an assumption of research, experience, commitment and knowledge.

AUTODATE



64

# Managed Care Landscape



**Confidential**

**TEVA_MDL_A_00375308**



Confidential

TEVA_MDL_A_00375309



Confidential

TEVA_MDL_A_00375310



# Co-Pay Comparisons

| Cost Range | Co-Pay Approved Claims | | |
|---|---|---|---|
| | *FENTORA* | Actiq | OTFC |
| Average | $57 | $84 | $50 |
| $0.00 | 27% | 33% | 23% |
| $0.01 - $5.00 | 5% | 5% | 20% |
| $5.01 - $10.00 | 9% | 13% | 30% |
| $10.01 - $20.00 | 5% | 5% | 9% |
| $20.01 - $40.00 | 25% | 25% | 6% |
| $40.01 + | 30% | 19% | 11% |
| Total | 100% | 100% | 100% |

Source: WK

Jan & Feb data months

AUTODATE

FENTORA
fentanyl buccal tablet ℮

68

Confidential

# Value of Managed Market Segment
## *Cephalon HCS Team*

**HCS Goal:**

**Maintain/improve access to patients and physicians**
- Preventing Restrictions
- Realistically-attainable reimbursement
- Minimizing anticipated managed care barriers

**HCS Objectives:**
- **Seek Best Possible Coverage**
    - Move Accounts along the coverage spectrum
    - Provide Sound Clinical Rationale
        - Clinical Evidence/Safety and Efficacy
        - Disease Awareness & Education
        - Position *FENTORA* for expanded label
- **Maximize Clinical Demand**
    - Push / Pull Through Activities
    - Identification and utilization of physician advocates

**Cephalon needs to consider changing business model in terms of MCO contracting oppt's to protect market share**



AUTODATE

69

# Competitive Landscape



**Confidential**



HIGHLITGHT BEMA on slide

This slide outlines the near and longer term competitive landscape with 1 key competitor this year and BEMA next year so it will be a race to build FENTORA awareness and as the leader in the BTP cancer market so we need to demonstrate leadership in this class now.

ENDO – submitting NDA 1st half 08

BEMA recently had a WebCast regarding their phase III data and plans

71

TEVA_MDL_A_00375314

# BEMA (MEDA AB/ BioDelivery Sciences)

➢ BEMA is a bio-erodible muco/adhesive disc indicated for the treatment of breakthrough pain in opioid tolerant patients with cancer
  ➢ Said to dissolve within 30 minutes of application; the disc readily adheres to the mucosal membrane (within 5 seconds) when moistened
  ➢ Benefits are higher bioavailability, ease of use and lower application site reactions

➢ Milestones:
  ➢ **October '07 –** NDA submitted
  ➢ **February** - MedPointe will become Meda's main U.S. affiliate.
  ➢ **March** – Growing warnings that BDSI is in a poor financial situation
  ➢ **April** - BEMA Advisory Board held in Miami; Meda sales force #'s 465
  ➢ **May** – Data on BEMA presented at APS (5/8-10); Oncology Nursing Society (5/13-15); scheduled for 2008 Research Forum in Norway (May 29-31) and ASCO (5/20-6/3);
  ➢ **August** – 8/31/08 PDUFA date; expect launch 4Q'08

 

72

# Competitive Profile Comparison
## *Oral Fentanyl Products*

| Key Attributes | *Actiq (OTFC)* | *FENTORA Buccal Tablet* | BEMA Buccal Disc |
|---|---|---|---|
| Indication | BTP in CA pts | BTP in CA pts (99-14) (Pursuing BTP in non-Ca patients ~Q4'08) | BTP in CA pts ~ Q1'09 (Pursuing BTP in non-Ca patients) |
| Onset | 15 min | 15 min (10 min ???) | 15 min |
| Duration | 60 min | 60 min (120 min ???) | 60 min |
| Absolute Bioavailability | 50% | 65% | 70% |
| Dosage | 200, 400, 600, 800, 1200 & 1600 mcg | 100, 200, 300, 400, 600 & 800 mcg | 200, 400, 600, 800,1200 Linear up to 2400 mcg |
| Titration | 1 higher strength at a time | Multiple 100 & 200 mcg tabs | ??? |
| Safety | Comparable | Comparable | Comparable |
| Mucosal Irritation | Minimal | Low (10% incident rate with 2% of pts discontinue) | Minimal/none |
| Taste | Berry | "Baking soda" | Mint |

Source: BioDelivery Science International April 25, 2007; Press release
BEMA™ Fentanyl Demonstrates Substantial Transmucosal Delivery in
Absolute Bioavailability Study; Press release May 14, 2007 BCSI
Announces Positive Key Secondary Endpoint Results for BEMA™
Fentanyl; Press release December 17, 2007 Endo Announces Positive
Results From Interim Analysis of Phase III Clinical Trial;
Lennernaes B et al. *Br J Clin Pharm. 2005;59(2):249-253.*



Confidential

AUTODATE

# Brand Audit / Market Pulse
### BEMA Product Exploration

- Physicians were relatively "underwhelmed" with the BEMA product profile, indicating that there are few meaningful differences between it and FENTORA.

- Their perception was that BEMA was no more efficacious than FENTORA and may be problematic in its application.

- Relative lack of experience in the category was seen as a disadvantage for BEMA.  Cephalon is seen as "invested" in the category which brings an assumption of research, experience, commitment and knowledge.

Brand Audit/Pulse Study 1Q08          AUTODATE



74

# BEMA Likely Marketing Approach
## *MedPointe*

**We anticipate:**

- Targeting – current *FENTORA* & Actiq prescribers
- Primary competitive message
  - "broader dose ranges available- suitable for wide range of patients
  - "Start with us, stay with us" – new patients & high dose patients
  - "no oral mucosa irritation"
- Pricing
  - We expect them to launch at a discount to *FENTORA* (5-15%)
    - Competing solely on price (in a generic market) unlikely
- More likely to go after our known weakness which is the lack of a high dose
  - Early BEMA messages suggest this approach

AUTODATE



75

Confidential

TEVA_MDL_A_00375318

# Potential Levers to Blunt Competition

| Function | Levers | | Strategy/Tactic |
|---|---|---|---|
| Marketing/Sales | | Differentiate | • Appropriately disseminate clinical data<br>• Message vs. competitor positioning |
| | | BTP Awareness | • Increase educational efforts<br>• Partner with pain societies |
| | | Reach & Frequency (greatest SOV) | • Increase sales force resource<br>• Increase non-personal promotion |
| | HCS | Reimbursement | • Pricing<br>• Contracting<br>• Practice Manager Program<br>• Patient kit with debit card |
| | | Market Segments | • Expand into hospital market |
| | Regulatory | Abuse, addiction, diversion concern | • SECURE<br>  – ESP<br>  – COVERS<br>• Education (i.e. non-branded Rep driven CSPs) |
| Clinical/Regulatory | | Differentiate | • High dose approval<br>• Expanded label approval<br>• QOL, function, pt preference data |

*FENTORA*
*fentanyl buccal tablet*

Confidential

TEVA_MDL_A_00375319

AUTODATE

# Brand Audit / Market Pulse
## Impact of potential *FENTORA* enhancements

- Physicians agree that an expanded indication would provide validation of current physician prescribing behavior, would ease the approval process and would increase confidence among "dabblers" and non-writers.

- A new competitor in the market space is seen as "reinforcing and validating" ROOs as its own category and will result in more dialogue, trial and use.

- Future *FENTORA* enhancements - claims related to onset and duration, sublingual administration, expanded dosing range, and OxyIR head-to-head data - provide meaningful differentiation from BEMA.

Brand Audit/Pulse Study 1Q08          AUTODATE



77

# LCM / Clinical Plan



**Confidential**

**TEVA_MDL_A_00375321**

## Original *FENTORA* Life Cycle Plan

*Planned Clinical Program Designed for Commercial Differentiation*

Actiq®
(oral transmucosal fentanyl citrate) →  *FENTORA*
fentanyl buccal tablet C-II

| Launch – Differentiation from Actiq | |
|---|---|
| (1) Clinical differentiation (PK, Efficacy, Sugar-free) | Promote PK advantage & earlier onset of pain relief (<15min onset) |
| (2) Dosing advantages, flexibility & publish relative potency | Promote dosing & ease of titration using multiple tabs (double buccal) |
| (3) Dose equivalents (2:1 vs 3:2) | Promote strengths equal to Actiq |
| **12–18 Months post launch** | |
| (4) Expand patient population use | Expand indication for largest portion of Actiq's use (CLBP & NP) |
| **18–24 Months post launch** | |
| (5) Competitive advantage | Promote superiority vs SAO with onset, pt pref, function & QOL |

79

**TEVA_MDL_A_00375322**

# *FENTORA* Clinical Update
# Completed Studies

| Study | Results | Data Status | Medical Meetings | Publication |
|-------|---------|-------------|------------------|-------------|
| Cancer BTP (Pivotal) | 15min PID & PR 60min Duration | In-Label | Presented at AAPM (Feb 2006) | Published Nov 2006 |
| **Cancer BTP II (3039)** | **10min PID & PR 120min Duration** | **Promotion (July 2007)** | **Presented at ASCO (June 2007)** | **Published July 2007** |
| Low Back BTP (3042) | 10min PID 15min PR 120min Duration | WLF | Presented at ASRA (Nov 2006) | Published Dec 2006 |
| Neuropathic BTP (3041) | 10min PID & PR 120min Duration | WLF | Presented at AAN (May 2007) | Published April 2007 |
| Cancer OL Safety (9915) | Safety & Tolerability (18mo) | Pending CSR | Pending | Pending |
| Buccal vs. Sublingual PK Study (1043) | Bioequivalence for buccal & sublingual admin | Pending CSR | Pending | Pending |

AUTODATE

*FENTORA*
*fentanyl buccal tablet ©*

3039 Published in the July/august volume  "The Journal of Supportive Oncology

**80**

## *FENTORA* Clinical Update (cont.)
### *Current/Planned Studies*

| Study | Goal | Timeline |
|---|---|---|
| Non-Cancer BTP (Pivotal) | Indication for all BTP | Complete 3Q-2007 sNDA submission 4Q-07 |
| QOL Pain Anxiety Symptom Study | Reduction in Anxiety associated with BTP | Complete 4Q-2007 Support for sNDA |
| Head-to-Head Study I *FENTORA* vs. Oxycodone IR | Demonstrate Superiority | Start 2Q-2007 Complete 2Q-2008 |
| Head-to-Head Study II *FENTORA* vs. Oxycodone IR | Demonstrate Superiority | Start 4Q-2007 Complete 4Q-2008 |
| Relative Potency of *FENTORA* to IV Morphine | Quantify Relative Potency | Start 1Q-2007 Complete 4Q-2007 |
| Relative Potency of *FENTORA* to Oxycodone IR | Quantify Relative Potency | Start 4Q-2007 Complete 2Q-2008 |
| Higher Dose PK Study | Higher dose strength | Start July 2007 File 1Q-2008 |

AUTODATE

*FENTORA* fentanyl buccal tablet

Higher dose PK study: hope to have data to file 1st Q 08 with an expectation to have a higher dose commercially available in 2H 08 (doses could either be 1000 or 1200mcg)

3055 8 week study

3056 same as 3055 with 3 month extension with open-label of FENTORA (long-term FENTORA extension) but protocol has not been written

Confidential

# Value of the High Dose

- Timing of high dose availability relative to BEMA entry critical
- Serves as competitive blunting to BEMA entry
  - High dose protects market share (approx $25M/qtr at peak)
- Recommendation
  - Readiness to file high dose (1000 &/or 1200) CMC submission in May (after Ad Comm Mtg)
  - Agreement to file in May pending Positive or Negative outcome
  - Publish high dose (1052) study (SRL) to provide medical support regarding higher dose linearity & proportionality

AUTODATE



82



Confidential

TEVA_MDL_A_00375326

# Forecast Scenarios

|  | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Baseline (current trend) | $133.6 | $178.9 | $184.8 | $184.8 | $184.8 | $184.8 | $184.8 | $184.8 | $184.8 | $184.8 | $184.8 |
| Baseline + High Dose + BEMA (4Q08) + 3rd Market Entrant (4Q09) | $133.6 | $176.7 | $149.8 | $121.7 | $93.7 | $88.8 | $88.8 | $88.8 | $88.8 | $88.8 | $88.8 |
| Baseline + High Dose + BEMA + 3rd Market Entrant + Broad Label w/ H2H | $133.6 | $176.7 | $177.4 | $200.2 | $197.6 | $204.0 | $213.9 | $223.6 | $232.9 | $242.0 | $250.6 |

No adjustments made based on promotional resources  AUTODATE



Confidential

TEVA_MDL_A_00375327

# sNDA Committee Panel Results

**May FDA Advisory Meeting**



Confidential

# Expanded Label sNDA update

<u>Advisory Panel Outcome:</u>

- The panel voted 17-3 against approving an expanded label for *FENTORA* in noncancer patients with BTP
    - However, the panel members expressed an overall positive impression of Cephalon, and the proposed RiskMAP enhancements to the sNDA
- Proposed enhancements included tools designed to ensure appropriate patient selection and to mitigate the risks of overdose, abuse, and diversion

<u>Expanded Label Plan:</u>

- Ongoing communications and interactions with FDA
- Revised RiskMAP submission planned for the 3rd quarter 2008 with a potential extension of PDUFA response date
- Commercial launch plan currently being reevaluated commensurate with FDA negotiations and final approval

AUTODATE



Confidential

TEVA_MDL_A_00375329

AUTODATE

## Post FDA Advisory Meeting
### *Issues & Concerns*

- BEMA expected to seek business from *FENTORA* and Actiq
- 

**Redaction - Other Teva Product**

Redaction - Other Teva Product Amrix | **Redaction - Other Teva Product**

- PDUFA may shift to late '08/early '09
- COVERS to be developed & implemented
  - Potential prescriber (only 6K) & patient burden
- *FENTORA* profile vulnerabilities
  - Sublingual administration tied to sNDA
  - High dose submission delay??? AUTODATE



87

**TEVA_MDL_A_00375330**

# Plan for Balance 2008

## Objective: $175M

<u>Assumptions:</u>
- No change in allocated promotional resources
- No label change
- New competition:
  - BEMA launch 4Q08
  - Third OTFC

<u>Actions:</u>
- Focus resources on tactics that have most potential to effect business on core prescribing audience
- Address new competition

AUTODATE



88

TEVA_MDL_A_00375331

AUTODATE

# Core Marketing Strategy

- Marketing Strategy – "Maintenance, Awareness, and Differentiation"
    - **Maintenance**
        - Follow existing maintenance and growth strategies
        - Win back *FENTORA* trialers who have migrated back to Pure SAOs

    - **Awareness**
        - Develop BTP and ROO educational campaigns designed to
            - Establish ROOs as an opioid sub-class by highlighting the treatment gap between SAOs and ROOs

    - **Differentiation**
        - Differentiate *FENTORA* from its competitors by communicating
            - The patient benefits of *FENTORA*
                - » What onset means to a patient
                - » The simplicity and convenience of using *FENTORA*
            - Cephalon's experience and depth of knowledge in BTP treatment
                - » # of patients who have safely used *FENTORA*
                - » # of studies, amount of data that Cephalon has regarding BTP treatment
            - Cephalon's dedication to safety
                - » Secure, Protect, COVERS programs
                    AUTODATE



**Confidential**

**TEVA_MDL_A_00375332**

UPTODATE

# 2009 Brand Planning Process



Confidential

TEVA_MDL_A_00375333

AUTODATE

# Brand Planning Process 2009

- **Step 1:  War Games (Complete)**
    - Review CI
    - Develop scenarios
    - Develop tactical plan

- **Step 2:  Brand Team / Palio Message Planning** (Complete)
    - Review message impact to date
    - Competitor assessment
    - Review Clinical Development Plan and potential messages
    - Review Publication Plan
    - Develop message evolution map

- **Step 3:  Situational Analysis** (Mid-July)
    - Review all market research and internal database information
    - Obtain input from customers (Ad Board/Consultants)
    - Obtain input from Field Force & FAST Team
    - Identify Key Issues

- **Step 4:  Strategic Planning** (Mid-July)
    - Develop CSFs/Strategies

- **Step 5:  Tactical Planning** (JUL – AUG)
    - Brief FAST Team & request vendor RFPs (Mid-July)
    - Review FAST Team & external partners tactical recommendations (Aug)
    - Obtain Field Force input

- **Step 6:  Approval Process (Oct-Nov)**
    - Draft review VP Sales & Mkting,
    - Draft review Legal, Compliance
    - Present to Sales & Marketing Management for Approval
    - Final review and approval
    - Production & distribution    AUTODATE





91

**TEVA_MDL_A_00375334**

# Action Plan – Next 45 Days

- Learn what *FENTORA* Marketing looks like in 2009 with COVERS Program & timing of sNDA approval
- sNDA Resubmission – Early August
- 2009 Tactical Planning Meeting with Palio Communications – 7/22-25
- 2009 Brand Planning Meeting with Mulholland & Commercial Organization – 8/4
  - Brand Plan & Budget Review
- IASP World Congress of Pain in Glasgow, Scotland – 8/18-22

AUTODATE



Confidential                    TEVA_MDL_A_00375335