PSJ17 Exh 10

**File Provided Natively**

**Highly Confidential**

# FENTORA
# Strategic Marketing Plan 2007

- Pain Overview
- Market Assessment
    - Market Analysis
    - Customer Analysis
    - Competitive Analysis
    - Environmental Trends
- Franchise Assessment
- Product Overview
- SWOT Analysis
- Strategy Formation
- Critical Success Factors
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring





- **Pain Overview**
- Market Assessment
    - Market Analysis
    - Customer Analysis
    - Competitive Analysis
    - Environmental Trends
- Franchise Assessment
- Product Overview
- SWOT Analysis
- Strategy Formation
- Critical Success Factors
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



3

- **Pain is pain[1]**:
  - Cancer and noncancer patients – Pathophysiology the same regardless of etiology/underlying disease

- **Chronic Pain Definition[2]:**
  - Chronic pain is pain that lasts beyond the expected time of healing of an injury or insult (>3 months)

- **Chronic pain often has 2 components[2]**:

  - **Persistent pain:**
    - Baseline pain that is continuous throughout the day

  - **Breakthrough pain (BTP)[2]:**
    - Transitory exacerbation, or flare, of moderate-to-severe pain that occurs in patients with otherwise stable persistent pain

1. Turk D. *Clin J Pain* 2002:18(2):75-6. 2. Portenoy RK, Hagen NA. *Pain.* 1990;41:273-281.



4

| | Cancer BTP (N =63)[1] | Noncancer BTP (N=228)[4] |
|---|---|---|
| **Prevalence** | 64% to 89%[1,2] | 74% |
| **Median Episodes/Day** | 4 to 7[1-3] | 2 |
| **Time to Peak Intensity** | 43% in 3 min | 50% in 5 min |
| **Median Duration** | 30 min | 60 min |
| **Incident Related** | 55% | 92% |
| **Pathophysiology** | •somatic (33%)<br>•visceral (20%)<br>•neuropathic (27%)<br>•mixed (20%) | •somatic (38%)<br>•visceral (4%)<br>•neuropathic (18%)<br>•mixed (40%) |

**1.** Portenoy, Hagen. *Pain.* 1990;41:273-281. **2.** Zeppetella. *J Pain Symptom Manage.* 2000;20:87-92. **3.** Portenoy et al. *Pain.* 1999;81:129-134.  **4.** Portenoy, et al. APS. 2005.



5



- Pain Overview
- Market Assessment


  - **Market Analysis**
  - Customer Analysis
  - Competitive Analysis
  - Environmental Trends
- Franchise Assessment
- Product Overview
- SWOT Analysis
- Strategy Formation
- Critical Success Factors
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



7

# Market Shares of Leading Drugs/Drug Classes for Chronic Pain



*Additional major pain states include postoperative pain and acute pain*

Source: Decision Resources, Chronic Pain Oct. 2005



8

- **Long-acting opioids (LAOs)**
  - Opioid + drug delivery technology

- **Short-acting opioids (SAOs)**
  - Combination SAO = opioid + APAP or NSAID

  - Pure SAO = opioid only

- **Rapid-onset opioids (ROOs)**
  - Onset of analgesia   15 minutes
  - ACTIQ & FENTORA considered ROOs
  - ROO concept
    - Gaining momentum (referred to in press)
    - Not fully recognized by pain community
    - Current USP definitions based on duration of action



9



| | **2002** | **2003** | **2004** | **2005** |
|---|---|---|---|---|
| Pure SAOs | $  264,801,493 | $  410,695,554 | $  543,595,747 | $  662,603,120 |
| Combination SAOs | $  1,056,329,808 | $  1,166,532,565 | $  1,189,958,330 | $  1,220,703,479 |
| LAOs | $  2,912,479,212 | $  3,663,271,003 | $  4,234,655,198 | $  3,964,843,057 |
| Totals | $  4,233,610,513 | $  5,240,499,122 | $  5,968,209,275 | $  5,848,149,656 |

Source: IMS NPA

# Market Analysis
# US Opioid Market - TRXs

## US Opioid Market (TRxs)



| | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|
| Pure SAOs | 4,831,199 | 5,872,471 | 6,971,310 | 8,352,400 |
| Combination SAOs | 132,743,549 | 139,794,637 | 146,738,836 | 155,644,025 |
| LAOs | 15,713,144 | 18,311,865 | 20,081,947 | 21,540,519 |
| Totals | 153,287,892 | 163,978,973 | 173,792,093 | 185,536,944 |

Source: IMS NPA

# All Opioid TRx Markets Growing Total TRx Market Growing at 7%
## *Pure SAO market continues robust growth*



Opioid Market Growth Rate (MAT Q1 06 vs Q1 05)

Size of bubble = TRx volume

Source: IMS NPA (TRx) and NPS ($)

Chronic Pain market has significant potential due to high prevalence

Chronic Pain Prevalence, Diagnosis and Treatment



Source: Analysis of secondary data reports by Cephalon Market Research Department

13



## Underlying Conditions Treated with ACTIQ
### N=774 Patients

| Condition | Percentage |
|-----------|-----------|
| Back | 32% |
| Neuro | 22% |
| Headache | 14% |
| Cancer | 8% |
| Arthritis | 6% |

**Chronic Pain Patients Treated with opioids**

Estimate – 2.8 M Patients



Arthritis 21%
Neuropathic 30%
Headache 5%
Cancer 12%
Back 32%

Source: ACTIQ - Gfk V2 Chart Audit, 2006 * Chronic pain – Cephalon market research 2nd reports

# ACTIQ has not fully penetrated the market



What are SAOs used to treat?

What is used to treat BTP?

BTP 10%

Acute & Persistent Pain 90%

ACTIQ 13%

All other SAOs 87%

- BTP treatment small part of SAO use
- BTP predominantly treated with other SAOs



Source: Pain Conjoint Study 1Q 2006 (Ziment) – ACTIQ users D10-D3

15

**Market Analysis** **BTP Treatment Patterns**

**# of BTP episodes**

| Typical Course of Action | 3 | 4 |
|---|---|---|
| Increase dose of LAO | **34%** | **64%** |
| Increase frequency of LAO | 7% | 12% |
| Increase frequency of SAO | 21% | 10% |
| Switch the LAO | 2% | 7% |
| Increase dose of SAO | 28% | 4% |
| Switch the SAO | **3%** | **2%** |

• **The most common treatment choice is to increase the dose of LAOs, which is a major barrier to FENTORA usage**

• **ACTIQ usage is most likely followed by an SAO failure**

Source: GfK Market Measures - 05

FENTORA™
fentanyl buccal tablet

BTP Episodes Per Day (Physician Perception)



- Majority of patients (62%) have   3 episodes/day

- Quarter (24%) of patients have 4 or more episodes per day

- Over 1 in 10 physician (14%) do not know how many episodes of BTP their patients experience

# Awareness for ACTIQ as a treatment for BTP is currently tied in 4th with Percocet

| Short Acting Opioids | 1st mention | 2nd mention | 3rd mention | All mentions |
|---|---|---|---|---|
| Hydrocodone (Lorcet, Lortab, Norco, Vicodin, Vicoprofen) | 30% | 25% | 19% | 74% |
| SA Oxycodone (OxyIR, Oxyfast, Roxicodone) | 22% | 28% | 7% | 57% |
| SA Morphine (MSIR, Roxanol) | 7% | 13% | 25% | 45% |
| Fentanyl (ACTIQ) | 16% | 8% | 19% | 43% |
| Percocet (hydrocodone + acetominophen) | 16% | 16% | 4% | 36% |
| SA Hydromorphone (Dilaudid) | 1% | 5% | 11% | 16% |
| Tramadol (Ultracet, Ultram) | 4% | 2% | 5% | 11% |
| SA Propoxyphene (Balacet, Darvon, Darvocet) | 0% | 2% | 4% | 6% |
| SA Codeine (Tylenol #3) | 1% | 1% | 2% | 4% |

*Q8. For treating BTP, what are your top 3 short acting opioid choices (SAOs)??*

Source: Gfk V2 Q2 06  N = 77 (users) N = 52 (non-users)



18

- Pain Overview
- Market Assessment
  - Market Analysis
   – **Customer Analysis**
  - Competitive Analysis
  - Environmental Trends
- Franchise Assessment
- Product Overview
- SWOT Analysis
- Strategy Formation
- Critical Success Factors
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



19

## Combo SAO Market Share (TRx)

| Prescribers | 2004 | 2005 | 2006 YTD |
|---|---|---|---|
| PAIN/ANESTH | 4% | 4% | 4% |
| PCP | 41% | 41% | 40% |
| OTHER SPEC | 51% | 51% | 51% |
| NEURO | 3% | 3% | 3% |
| ONCOLOGY | 1% | 1% | 1% |
| PSYCH | .4% | .4% | .4% |

| Class of Trade | | | |
|---|---|---|---|
| Chain | 51% | 50% | 51% |
| Independent | 20% | 21% | 21% |
| Food Stores | 12% | 12% | 12% |
| Long-term care | 4% | 4% | 4% |
| Federal facilities | 3% | 3% | 2% |
| Hospitals | 3% | 3% | 3% |
| Clinics | 3% | 3% | 3% |
| Other | 4% | 4% | 5% |

## Key Drivers

- PCPs and Other Specialists are the key audiences in the Combo SAO market accounting for the majority (92%) of scripts

- Pain specialists play a lesser role in the Combo SAO market (vs ACTIQ or Pure SAOs)

- The SAO segment is primarily a retail-based market and a strong office-based presence is required

- Long-term care, Hospitals and Clinics have less relative usage in the Combo SAO market (vs Pure SAO)

Source: IMS Prescribers - NPA TRx
Class of Trade – NSP Units



20

## Pure SAO Market Share (TRx)

| Prescribers | 2004 | 2005 | 2006 |
|---|---|---|---|
| Pain Specialists | 19% | 18% | 18% |
| PCP | 39% | 40% | 40% |
| OTHER SPEC | 28% | 30% | 30% |
| NEURO | 4% | 3% | 3% |
| ONCOLOGY | 9% | 8% | 7% |
| PSYCH | 1% | 1% | 1% |

### Class of Trade

| | | | |
|---|---|---|---|
| Chain | 37% | 38% | 39% |
| Independent | 24% | 24% | 24% |
| Food Stores | 10% | 10% | 10% |
| Long-term care | 8% | 8% | 8% |
| Federal facilities | 7% | 7% | 7% |
| Hospitals | 6% | 6% | 6% |
| Clinics | 5% | 5% | 4% |
| Other | 4% | 4% | 3% |

## Key Drivers

- PCPs, other specialists and pain specialists account for the majority of volume

- Pain specialists are early adopters for emerging therapies and influence usage patterns

- Mainly a retail-based market requiring a strong office-based presence

- The long-term care (8%) and Pain Clinics (5%) may represent an expanded opportunity for FENTORA

- Hospital market (5%) has potential to drive new patient starts

Source: IMS Prescribers - NPA TRx
Class of Trade – NSP Units



21

## ACTIQ Market Share (TRx)

| Prescribers | 2004 | 2005 | 2006 (YTD) |
|---|---|---|---|
| PAIN/ANESTH | 45.2% | 42.9% | 43.2% |
| PCP | 25.6% | 26.9% | 27.0% |
| OTHER SPEC | 15.7% | 16.8% | 17.3% |
| NEURO | 7.7% | 7.3% | 7.0% |
| ONCOLOGY | 3.0% | 3.0% | 2.8% |
| PSYCH | 2.9% | 3.0% | 2.7% |

| Reimbursement | 2004 | 2005 | |
|---|---|---|---|
| Third Party Payers (TPP) | 82% | 83% | |
| Medicaid | 7% | 9% | |
| Cash | 11% | 8% | |

| Class of Trade | | | |
|---|---|---|---|
| Chain | 37% | 38% | 39% |
| Independent | 37% | 36% | 35% |
| Food Stores | 12% | 12% | 12% |
| Long-term care | 4% | 4% | 4% |
| Hospitals | 2% | 2% | 2% |
| Clinics | 3% | 3% | 3% |
| Other | 6% | 6% | 6% |

## Key Drivers

- Pain specialists drive the largest share of ACTIQ TRxs

- PCPs represent the second largest segment and highest volume potential for FENTORA

- TPPs are the key audience in this segment and will use co-pays and prior authorization requirements to drive business to generic OTFC and SAOs

- Currently, Cephalon has limited presence in the long-term care channel, clinics and hospitals

Source: IMS Prescribers - NPA TRx

Class of Trade – NSP Units

22



## Specialty Market Share for Opioids (2005)
*ACTIQ has firmly established itself with pain specialists*

Legend: **PAIN** ■ **PCP** ■ **OTHER \*** ■ **NEURO** ■ **ONC** ■ **PSYCH**

# Breakthrough Pain Customer Analysis

| Objectives | Methodology | Findings |
|---|---|---|
| Identify BTP:<br><br>• Attitudinal issues<br>• Emotional drivers | Psychographic in-depth interviews:<br>• Physicians (n=27)<br>• Patients (n=29) | Key perceptual points:<br><br>• BTP terminology<br>• Quality of life<br>• Fear<br>• Communicating pain |

FENTORA™
*fentanyl buccal tablet*

24

## Physician Education



Goal: Close the gap

## Patient Empowerment

### BTP Terminology

- Facilitate dialogue between patients and physicians on BTP

### Quality of life

- Provide physician education on the impact of FENTORA beyond basic "work" and "functioning" measures

### Fear

- Educate on practice guidelines and tools to safely prescribe opioids and protect practice

### Communication

- Educate physicians on the impact to <u>their</u> patients' lives when BTP is properly treated



### BTP Terminology

- Get physicians and patients speaking the same language

### Quality of life

- Communicate how gaining control of BTP episodes can improve quality of life

### Fear

- Educate on physicians' role of safely prescribing opioids
- Empower patients with the confidence associated with using FENTORA

### Communication

- Facilitate communication between physician and patient



Source: Pinnacle research 2005

25

**Engaged Physician**



1.  **Active Expert:** These docs are highly engaged with their patients and with resolving their pain problems. They don't run from opioids but rather, embrace them. They are confident in what they are doing and gain a great deal of satisfaction from it.

2.  **Willing Participant:** These are the PCPs who probably more closely align with the mindset of the Pain Specialists than their less-willing PCP colleagues. They don't claim to know everything about this topic but they are willing to take chances and find things out.  These docs rise to the challenge of treating particularly difficult patients. They watch the Pain Specialists carefully and learn from them.

3.  **Reluctant Observer:** This doc isn't closed-minded but rather uninitiated. This doctor has to be pulled in but he <u>can</u> be moved. This doc is willing to have a conversation and is open to the possibility of thinking about BTP and opioids in a new way. This doc has a significant fear of opioids and Cephalon will have to work to get his attention.

4.  **Rigid Cynic:** These docs are stuck in their thinking about BTP. They are likely to have a great deal of misinformation but aren't interested in anything that would resolve that.  They are closed-minded and have an intense fear of opioids. Their overall approach to the entire topic is avoidance.

**Disengaged Physician**

Source: Pinnacle Research Group, May 2005



Return

| Patient Segment Name* | Characteristics |
|---|---|
| **Helpless Sufferer** | • Completely submit to the physical and psychological symptoms of pain<br>• They are overwhelmed and incapacitated by their condition<br>• Very routinized in their pill-taking behavior |
| **Empowered Sufferer** | • These patients rise to the challenge of pain<br>• They aren't debilitated but face the issues head on<br>• They emphasize the importance of a positive attitude and most exhibiting this response had a strong support system<br>• Understand the pain cycle and the need to take BTP meds quickly to stop the pain before it climbs too high |
| **Passive Sufferer** | • In denial about their condition<br>• Attitudes initially come across as acceptance but it is just a facade to help them ignore the pain |
| **Angry Sufferer** | • Extremely bitter about the state of their lives<br>• Reflect a great deal on the past and the "what if's" and "why me's" |
| **Restrained Sufferer** | • They fear addiction, the future and how bad the pain will get<br>• They place obstacles in front of themselves to fight for control<br>• They push the envelope when it comes to taking their BTP medication and spend a great deal of time trying to make the decision whether to take it or wait |

Source: Pinnacle Research Group, Feb 2006

Case: 1:17-md-02804-DAP  Doc #: 2235-2 Filed: 08/13/19  80 of 83.  PageID #: 344347

# Customer Gap Analysis (Physicians & Patients)

| Topic | Physician * | Patient ** |
|---|---|---|
| **BTP terminology** | If BTP is discussed physicians use "BTP" and "pain flares" interchangeably | Don't use "BTP" instead describe pain as "uncontrolled" or use descriptive terminology (eg, flares, burning) |
| **Quality of life** | Treatment success reported by patient in terms of<br>• Work<br>• Functioning | • Focus on how pain has changed them as a person<br>• Adapt lives based on pain<br>• Wide range of coping characteristics ** |
| **Fear** | • Patient abuse of opioids<br>• Patient diversion of opioids<br>• Patients Psychological addiction (vs physical)<br>• Regulatory scrutiny<br>• Duped by patient for opioids | • Addiction (loss of independence)<br>• Over medication (sedated / confused)<br>• Running out of opioids (rationing)<br>• Anxiety over severity and timing of next BTP episode (unpredictability)<br>• Physicians will stop prescribing opioids |
| **Communication of pain** | Distance themselves from chronic pain patients | Hold back communicating full impact of pain |

\* See physician segmentation ** see patient segmentation

**FENTORA**™
*fentanyl buccal tablet* C‖

28

- Market Analysis
  - Pain Overview
  - Customer Analysis
   – **Competitive Analysis**
  - Environmental Trends
- Franchise Assessment
- Product Overview
- SWOT Analysis
- Strategy Formation
- Critical Success Factors
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



29



2005 Opioid Sales (US)

- The opioid market is changing significantly as OxyContin & Duragesic have recently lost exclusivity and ACTIQ will be going generic in 2006

- There will be a market leadership opportunity due to the lack of a dominant branded product

 **Majority of Sales Branded**    **Majority of Sales Generic**

Source: 2006 IMS



30

| Rank | Pain | PCP |
|------|------|-----|
| Depodur | 1st | 8th |
| ACTIQ | 2nd | 5th |
| Kadian | 3rd | 4th |
| Avinza | 4th | 1st |
| Duragesic | 5th | 6th |
| OxyContin | 6th | 3rd |
| Other | 7th | 7th |
| Combunox | 8th | 2nd |

## Opioid Sales Calls (Q1 06)

- ACTIQ has an aggressive market share in the Pain specialty (ranked 2nd) market segment

- ACTIQ has not fully penetrated the PCP market segment (ranked 5th)



Pain Specialists

Primary Care

| | 2005 Pain Sales (US) | Primary Focus | Marketed Pain Products | Potential to Lead In Future |
|---|---|---|---|---|
| **Purdue** | $1.4B | Pain Care | OxyContin ($1.36B), MS Contin ($32M), Pallodone ($20M), OxyIR (818K) | Reputation suffers due to OxyContin issues and Palladone withdrawal |
| **J&J** | $1.4B | Primary Care | Duragesic ($687M), Tylenol Extra Strength ($175), Ultracet ($145M), Ultram ($37M), Ultram ER* | Part of corporate strategy is to re-focus efforts in pain, developing new business unit |
| **Endo** | $1.2B | Pain Care | Lidoderm ( $573M), Percocet ($122M), Oxycodone ER ($188M), Endocet ($106M), Frova ($47M), Morphine ($70M), Opana Family | Potential to lead in the future due to single focus in Pain Category |
| **Ligand** | $179M | Oncology, Pain Care | Avinza ($179) | Strong presence in LAO market with no pipeline activity |
| **Forest** | $32M | Pain Care, Cardio, CNS, Endo, OB-GYN | Lorcet ($10M) Combunox ($9.6M) | Not focused on Pain Category. CNS and CV are priorities. |

Sources: IMS 2006  *Recent agreement with Biovail ** Pulled from market due to alcohol risk



32

# Competitive Analysis — Product Pipeline

| Company | Phase II | Phase III | Pre-Reg/Reg |
|---|---|---|---|
| **Alza (J&J)** | Oxycodone (phase unknown) | | Fentanyl Iontophoretic (Ionsys)-Approved 5-2006<br>Hydromorphone Oros |
| **Endo** | Lidoderm (chronic LBP)<br>LidoPAIN (acute LBP)<br>Chronogesic(Chronic moderate to severe pain)<br>Ketoprofen patch<br>Hydrocodone/paracetamol/dextromethorphan<br>Oxycodone/dextromethorphan<br>Oxycodone/paracetamol/dextromethorphan<br>Sublingual fentanyl – Orexo<br>Sufentanil - DURECT | Frova (menstrual migraine)<br>Morphine/dextromethorphan<br>Rapinyl (BTP in cancer patients) | |
| **Forest** | Memantine<br>Neramexane<br>RGH-896 | Milnacipran | |
| **OM Pricara** | See Alza for J&J activity in pain management | | |
| **Ligand** | No activity within pain management | | |
| **Purdue** | "Several" Shionogi compounds (phase unknown)<br>Note Purdue is privately held and provides limited disclosure | | Tramadol XR agreement with King |

Sources: Adis Data Information, www.endo.com/investor/profile.html, www.frx.com/research/pipeline.aspx, http://www.ligand.com/products/pipeline.htm, http://www.jnj.com/news/jnj_news/pdf/pi0601r9u7k4d4.pdf, http://www.purduepharma.com/pressroom/news/20060110.htm





2006

2007

2008

Phase II or earlier

**Cephalon**
FENTORA
(buccal) P3

**ALZA**
Ionsys
(ITS patch)
Approved

**Endo**
Rapinyl
(sublinguall)
P3

**Biodelivery Sciences**
BEMA
(buccal) P3

**Javelin**
Rylomine
(nasal) P3

**Nycomed**
Fentanyl
(nasal) P3

**DELEX**
Aerolef
(inhaled) P2b

**Nastech**
Morphine
(nasal) P2

Sources: http://library.corporate-ir.net/library/14/143/143866/items/190827/
Number%206%20AeroLEF%20Dr.%20PLIURA(1).pdf,
http://www.bdsinternational.com/pipeline/index.html
http://www.javelinpharmaceuticals.com/pipeline.html
http://www.nycomed.com/en/Menu/Investors/Pipeline/Pipeline.htm

**Competitor Vulnerabilities**
ALZA (Ionsys) – Limited indication (post-op)
Endo (Rapinyl) – Delivery system – sublingual

**FENTORA Basis for Differentiation**
ALZA (Ionsys)– Office vs Hospital
Endo (Rapinyl)–  OraVescent Technology

* 30 minute onset of action.  Not a ROO

- Market Analysis
  - Pain Overview
  - Customer Analysis
  - Competitive Analysis
   – **Environmental Trends**
- Franchise Assessment
- Product Overview
- SWOT Analysis
- Strategy Formation
- Critical Success Factors
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



35

# Environmental Trends
# Key Environmental Trends

| Key Factors | Current Dynamics |
|---|---|
| **Economic** | ▪ Unfavorable reimbursement environment<br>▪ Payers are increasing restrictions to drive usage to less costly drugs<br>▪ Payers don't understand BTP |
| **Social/Cultural** | ▪ Abuse and diversion are top-of-mind topics for physicians and other stakeholders<br>▪ Society (including many physicians) are critical of their patients' inability to cope with their pain<br>▪ Pain patients feel misunderstood by physicians, friends, and family and often become frustrated and depressed<br>▪ Patients are often looking for an easy short-term solution to their pain and are not focused on long-term wellness |
| **Political/Governmental** | ▪ Opioid abuse is a hot political issue and physicians are under significant scrutiny about proper use of opioids<br>▪ FDA is hypersensitive about safety issues in a post-Cox II and OxyContin world |
| **Legal** | ▪ DEA guidelines for writing opioids are unclear<br>▪ Ongoing issues between the DEA and various pain societies<br>▪ More physicians getting sued/licenses taken away |
| **Clinical/Technological** | ▪ Lack of significant practical advancements in pain medicine<br>▪ New drugs, routes of administration, and improved control of side effects<br>▪ New insights into the anatomy and physiology of pain perception<br>▪ Greater understanding of how to integrate pharmacotherapeutic, psychological, and behavioral pain management approaches<br>▪ New tracking technology for packaging to avoid diversion |

**FENTORA™**
*fentanyl buccal tablet*

36

**Environmental Trends** — **Market Drivers – BTP Market**

## Growth Drivers

- Aging baby boomers and growing US population will increase the size of the chronic pain patient population

- Increase in treatment of chronic pain with opioids

- Pain Specialists are more aggressive in treating chronic pain

- More sophisticated usage of opioids by PCPs who continue to drive the majority of opioid TRx volume

- Increasing understanding about the proper identification, diagnosis and treatment of BTP

- New competitive entries

## Growth Inhibitors

- Scrutiny from regulators and general confusion on the part of key stakeholders fuels concern about the abuse, addiction, and diversion of opioids

- Due to the widespread availability of generics in the opioid market, managed care has placed significant restrictions on the use of branded opioids

- Chronic pain practice standards (especially for BTP) are still evolving

- Physicians believe that increasing the dose or dosing frequency of LAOs can adequately cover a BTP episode while ignoring the effects of overmedication [influenced by Purdue and Janssen]

- Perception by some physicians that SAOs are a preferred treatment option for BTP based on availability, ease-of-use, and cost



37

- The chronic pain market remains an attractive therapeutic area to invest in because of its substantial size and forecasted growth ($10 billion – 2004 vs $15.6 billion – 2014)
  - Acute pain and postoperative pain are additional areas for consideration
- Opioid market volume continues to grow mainly due to the aging population and increased usage outside of cancer pain
  - Pure SAOs – highest growth rate (TRx +21%, $ +23%)
  - Combination SAOs – dominate volume (83% TRx market share)
  - LAOs – dominate market value (68% $ market share)
- Generic expirations of blockbuster brands (ie, Duragesic, OxyContin) has resulted in a promotional void in the pain market
- Innovative drug delivery technology is the foundation of recent successful brands and drugs in the later stage of development

**FENTORA**™
fentanyl buccal tablet C‖

38

- <mark>BTP remains an untapped market</mark>
  - Physicians rely heavily on LAOs when addressing patients' BTP
  - Physicians also utilize generic SAOs due to availability, ease of use and cost
  - Even among high-users of ACTIQ, SAOs remain the treatment standard for BTP
- For the treatment of BTP, a communication gap exists between physicians and patients
- Concerns over opioid misuse and reimbursement hurdles continue to be key barriers to success
- The pain specialist continues to be the key market segment for new brand adoption
- Several new formulations of ROOs are in development and should come to market over the next 1-5 years helping to solidify this emerging sub-class of opioids

**FENTORA**
*fentanyl buccal tablet*

- Pain Overview
- Market Assessment
  - Market Analysis
  - Customer Analysis
  - Competitive Analysis
  - Environmental Trends

 • **Franchise Assessment**
- Product Overview
- SWOT Analysis
- Strategy Formation
- Critical Success Factors
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



<u>Pain Franchise Commercial Vision</u>

Cephalon is a leader in pain management

This vision will be achieved through:

- Applying breakthrough technologies
- Delivering innovative treatments
- Advancing understanding through comprehensive educational programs
- Providing support services for patients and healthcare providers
- Fostering relationships with key opinion leaders and professional societies

*FENTORA*™
*fentanyl buccal tablet* ©

41

| | Gap | Implications (Financial, Customers, Competitors) | Actions Required | Investment Needed |
|---|---|---|---|---|
| *Present 2006* | Time lag between ACTIQ LOE and FENTORA launch | •Generic OTFC entrants will have negative financial impact | •Focus on Fentora training<br>•Enhance BTP educational efforts | |
| *1-2 years (2007-2008)* | Limited product portfolio beyond ACTIQ and FENTORA | •Field sales force not as efficient with one product in bag | •Intensify business development activities to identify and acquire additional products | • Acquire drug or co. $50M - $500M<br>•BTP Campaign $2-5 M |
| | Current pain salesforce size | •Limited reach only to highest potential physicians | •Identify field resources to expand reach | •$10M - $20M to expand sales force (est. of 50-100 reps) |
| *3-5 years (2009–2013)* | Limited pain products in pipeline | •High risk in single product/limited portfolios<br>• Questionable ability to lead in the future without subsequent products. | •Increase discovery initiatives to identify new product candidates<br>•Intensify business development activities | • Acquire drug or co. $50M - $500M<br>•BTP Campaign $5-10 M |

**FENTORA**™
fentanyl buccal tablet Cu

42

## ACTIQ has had moderate success as a specialty product



**ACTIQ Yearly TRX**



Source: Cephalon

43

## Recent trend is that scripts have remained relatively flat





## ACTIQ continues growth despite flat volume

**ACTIQ Factory Sales**
**MM$**







# Price increases have aided revenue growth

Average Script Price Is ~ $1,546

$1,546

* Price increase

Source: IMS NPA Audit; Internal price as of January 31, 2006

*Time of price increase



46



**PCPs continue to outnumber Pain Specialists**

*  Cephalon defined Specialty Group
Source: NDC

## Pain specialists continue to write majority of prescriptions



**February 2006**

* Cephalon defined Specialty Group
Source: IMS NPA

- Pain Overview
- Market Assessment
    - Market Analysis
    - Customer Analysis
    - Competitive Analysis
    - Environmental Trends
- Franchise Assessment

 **• Product Overview**

- SWOT Analysis
- Strategy Formation
- Critical Success Factors
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



49

- FENTORA is fentanyl delivered via OraVescent® Technology

- OraVescent Technology
  - Utilizes effervescence in a buccal tablet
  - Improves rate and extent of drug absorption
  - Minimizes first-pass metabolism

- Effervescence reaction acts as absorption enhancer by accomplishing the following:
  - Dynamic pH shifts that enhance dissolution and optimize the speed and extent of drug absorption
  - May reduce thickness of the mucosa layer
  - May open tight junctions

*FENTORA*
*fentanyl buccal tablet* **C**

| Attributes | | FENTORA | ACTIQ |
|---|---|---|---|
| Indication | | **Launch: BTP in patients w/ Ca** <mark>**2008:** **BTP in non-Ca patients**</mark> | **BTCP** |
| Efficacy | Onset | **15 min (99-14)** **< 15 min, + "meaningful relief" (3039)** | **15 min** |
| | Duration | **60 min (99-14)** **120 min measurement (3039)** | **60 min** |
| PK (FENTORA 400 mcg vs ACTIQ 800 mcg) | Absolute Bioavailability | **65%** | **47%** |
| | Transmucosal Absorption | **48%** | **22%** |
| | Cmax (mean ng/mL) | **1.02** | **1.26** |
| | Tmax (median, min) | **46.8** | **90.8** |
| Administration | Convenience | **Discreet tablet** | **Large lozenge on a stick** |
| | Ease of Use | **Passive administration** | **Active administration** |
| | Dosage | **Launch: 100, 200, 400, 600, 800 mcg** **LCM: 300, 1000, 1200 mcg** | **200, 400, 600, 800, 1200, 1600 mcg** |
| | Titration | **Multiple 100 tablets up to 400 mcg, then 1 higher strength at a time** | **1 higher strength at a time** |

| Attributes | | FENTORA | ACTIQ |
|---|---|---|---|
| Safety | AE Profile | **Comparable to other opioids** | **Comparable to other opioids** |
| | Abuse Potential | **Comparable to other opioids** | **Comparable to other opioids** |
| | Accidental Exposure | **Comparable to other opioids** | **Lozenge on stick presents potential concerns:**<br>– Pediatric exposure<br>– Partially used unit exposure |
| Formulation | | **Sugar-free** | **Sugar** |



52

| Features/Benefits | FENTORA | ACTIQ | SAOs |
|---|:---:|:---:|:---:|
| Efficacy – Onset | +++ | ++ | - |
| Efficacy – Duration | ++ | ++ | + |
| Convenience | ++ | + | ++ |
| Ease of Use | + | - | ++ |
| Ease of Titration | + | - | ++ |
| Side Effect Profile | + | + | + |
| Abuse Potential | - | - | - |

Sources: TrialZ Study, Jan 2005  (Conjoint Study). MDS Study, Dec 2004

53

# Physician Perception of FENTORA

| Drivers | Barriers |
|---|---|
| • Faster onset of pain relief<br>• Overall efficacy<br>• Convenient administration<br>• Ease of use (vs IV administration)<br>• Sugar-free<br>• Unique delivery system<br>• Utilizes less fentanyl<br>• Discreet (ie, no handle vs ACTIQ) | • Anticipated high cost<br>  – Hassle associated with coverage<br>• Potential for abuse<br>• Potent opioid<br>  – Reserve fentanyl refractory patients<br>• No handle administration<br>  – ACTIQ saves $ with partial dosing<br>  – ACTIQ can be removed if S/Es |

• Overwhelmingly, the majority of physicians expressed an interest in this product and felt it had a place in their practice

Source: Summary of Market Research Q4 04 – Q1 06



54

- Pain Overview
- Market Assessment
    - Market Analysis
    - Customer Analysis
    - Competitive Analysis
    - Environmental Trends
- Franchise Assessment
- Product Overview

 • **SWOT Analysis**

- Strategy Formation
- Critical Success Factors
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



# FENTORA SWOT Analysis

## Strengths

- Onset of analgesia vs placebo <15 minutes
- Duration of analgesia measured up to 120 minutes
- Discreet and convenient dosing formulation
- Predictable bioavailability vs ACTIQ
- Efficient drug delivery (65% absolute bioavailability)
- Easier dose titration scheme than ACTIQ
- Data on ACTIQ to FENTORA switch
- Clinical program to expand label
- Patent on FENTORA through 2019

## Weaknesses

- C-II abuse and diversion potential
- Efficacy data do not differentiate FENTORA from ACTIQ
- Cost vs other SAOs (branded and generic alternative therapeutic options)
- Limited label (BTP in cancer patients) at launch and potentially up to 3 years postlaunch due to carcinogenicity study
- Perceived safety concerns of fentanyl due to misunderstanding of potency and equianalgesic conversion (mg vs mcg)
- Predicted reimbursement restrictions
- Cephalon not a lead player in pain market

## Threats

- Limited understanding of BTP and its appropriate management outside a small community of pain specialists
- Fear of abuse and diversion with opioids
- Increasing government restrictions on C-II opioids
- Generic SAOs and most importantly a generic OTFC prior to launch
- Published data for ACTIQ vs IV morphine documenting median time for pain relief 4.2 minutes
- Diverse prescriber audience
- Managed care and other third-party payers (including Medicare Part D and Medicaid) increasing their efforts to restrict high-cost drug use
- Competitive pricing pressure
- Noninclusion of FENTORA in treatment guidelines
- Emerging ROO pain formulations (eg, Rapinyl)

## Opportunities

- KOL eagerness to evaluate and establish standards for treatment guidelines for BTP
- Increased focus on pain management from JCAHO (5th vital sign) and NIH (Decade of pain Control and Research)
- Though limited there is some increasing awareness and understanding of BTP
- Concentrated ACTIQ prescriber base enables for focused targeting
- Limited number of promoted products within the market segment Aging population
- Opportunity to develop HEOR data for BTP (burden of illness)

FENTORA™
fentanyl buccal tablet

56

- Pain Overview
- Market Assessment
  - Market Analysis
  - Customer Analysis
  - Competitive Analysis
  - Environmental Trends
- Franchise Assessment
- Product Overview
- SWOT Analysis



- **Strategy Formation**
- Critical Success Factors
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



57



__What We Should Be:__ The optimal solution for BTP
__Brand Essence:__ Effervescent speed

**Differentiate from existing options**

| Receptive to FENTORA profile | Willing to try FENTORA in select BTP patients | Using FENTORA routinely in select BTP patients | Routine use of FENTORA to treat BTP in a broader population | FENTORA is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of FENTORA |



58



**What We Should Be:** The optimal solution for BTP
**Brand Essence:** Effervescent speed

Reinforce and
promote routine use

| Receptive to FENTORA profile | Willing to try FENTORA in select BTP patients | Using FENTORA routinely in select BTP patients | Routine use of FENTORA to treat BTP in a broader population | FENTORA is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of FENTORA |



59





**Strategy Formation**

**FENTORA**



**Promote superiority data**

Receptive to FENTORA profile

Willing to try FENTORA in select BTP patients

Using FENTORA routinely in select BTP patients

Routine use of FENTORA to treat BTP in a broader population

FENTORA is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs

Reducing use of ATC medications while maximizing benefits of FENTORA



61



**What We Should Be:** The optimal solution for BTP
**Brand Essence:** Effervescent speed

Promote chronic
pain management data

| Receptive to FENTORA profile | Willing to try FENTORA in select BTP patients | Using FENTORA routinely in select BTP patients | Routine use of FENTORA to treat BTP in a broader population | FENTORA viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC medications while maximizing benefits of FENTORA |



62



**What We Should Be:** The optimal solution for BTP
**Brand Essence:** Effervescent speed

Differentiate from existing options

Reinforce and promote routine use

Promote noncancer data

Promote superiority data

Promote chronic pain management data

| Receptive to FENTORA profile | Willing to try FENTORA in select BTP patients | Using FENTORA routinely in select BTP patients | Routine use of FENTORA to treat BTP in a broader population | FENTORA is viewed as the optimal therapy for BTP vs Oxy IR and other SAOs | Reducing use of ATC while maximizing benefits of FENTORA |

## FENTORA Positioning
FENTORA is the first and only fentanyl buccal tablet that utilizes
an effervescence reaction to provide the most rapid onset of analgesia
of any oral opioid resulting in improved patient functioning and
activities of daily living.

**FENTORA**
*fentanyl buccal tablet*

# Strategy Formation

**LCM Plan**



**Cancer BTP**
NDA filed with 99-14, 99-15, 1026, 1027, 1028, 1029

**Cancer BTP-Differentiation**
File sNDA for additional claims with 3039

**Non-Cancer BTP**
File sNDA for Non-Cancer New Indication with 3040, 3041, 3042, 3052, 3053

**HTH BTP**
Establish HTH Superiority for Non-Cancer BTP

**Chronic Pain**
a) Optimize BTP/Decrease ATC
  b) Switch from SAOs
    c) Switch from LAOs



- Market Analysis
  - – Pain Overview
  - – Customer Analysis
  - – Competitive Analysis
  - – Environmental Trends
- Franchise Assessment
- Product Overview
- SWOT Analysis
- Strategy Formation

 • **Critical Success Factors**
- Key Messages
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



## Issues

## Critical Success Factors

| Issues | Critical Success Factors |
|---|---|
| Reimbursement challenges | Maximize access |
| Need to expand prescribing audience | Gain acceptance among non-ACTIQ users |
| Limited BTP awareness/ knowledge | Improve awareness & understanding of BTP |
| Dosing & administration challenges | Clear & consistent messaging on dosing & administration |
| Risk for abuse & diversion | Clear & consistent communication of FENTORA risks |
| Limited KOL & professional society relationships | KOLs and professional societies support FENTORA |
| Limited awareness of Cephalon as key player | Establish Cephalon as a leader in pain category |

- Pain Overview
- Market Assessment
    – Market Analysis
    – Customer Analysis
    – Competitive Analysis
    – Environmental Trends
- Franchise Assessment
- Product Overview
- SWOT Analysis
- Strategy Formation
- Critical Success Factors

 • **Key Messages**
- Implementation
- Tactical Plan
- Results Required
- Control and Monitoring



67

## Core Messages *

- The sudden strike of BTP may require a rapid-onset opioid

- FENTORA is a rapid-onset opioid
  - Onset of pain relief in as little as 10 minutes
  - Duration of relief demonstrated for up to 120 minutes

- OraVescent® drug delivery technology utilizes effervescence for optimized delivery of fentanyl across the buccal mucosa

- Convenient, discreet, and sugar-free

*Messaging draft – pending research results and DDMAC approval

# Physicians react positively to messages



**Motivation to prescribe (top 2 box)**

* *To what degree does this new information motivate you to prescribe FENTORA over other short-acting opioid (SAO) medications for breakthrough pain (1-7 scale)?*

Source: Gfk V2 Q2 06  N = 77 (users) N = 52 (non-users)



69

- Pain Overview
- Market Assessment
  - Market Analysis
  - Customer Analysis
  - Competitive Analysis
  - Environmental Trends
- Franchise Assessment
- Product Overview
- SWOT Analysis
- Strategy Formation
- Critical Success Factors
- Key Messages



- **Implementation**
- Tactical Plan
- Results Required
- Control and Monitoring

70

# Current Working Assumptions



ACTIQ

**9/5 – ACTIQ LOE**

| 4Q 05 | 1Q 06 | 2Q 06 | 3Q 06 | 4Q 06 | 1Q 07 | 2Q 07 | 3Q 07 |

Fentora

**9/8 – Launch**

**9/7 – Approval**

**6/28 – PDUFA**
**6/29 – Approvable**

71

Case: 1:17-md-02804-DAP  Doc #: 2235-2  Filed:  08/13/19  74 of 83.  PageID #: 344420

| **Issue** | Anticipated reimbursement challenges |

| **Critical Success Factor** | Ensure that physicians/patients have access to FENTORA |

| **Strategies** | • Aggressively implement a comprehensive and targeted managed care plan |

- Aggressively implement a comprehensive and targeted managed care plan
- Partner with managed care organizations to demonstrate the utility of FENTORA within their systems
- Promote Cephalon's commitment to risk minimization to managed care and pharmacists
- Actively communicate the benefits of FENTORA with pharmacy directors
- Establish ROO sub-class to further differentiate from SAOs



72

| **Issue** | Need to expand prescribing audience beyond ACTIQ users |

| **Critical Success Factor** | Continue to differentiate FENTORA from other BTP treatments in an effort to gain acceptance of FENTORA among non ACTIQ users |

**Strategies**

- Target slow adopting ACTIQ users with focused messages
- Continue to create high awareness among targeted physicians
- Leverage new additional and patient preference claims from 3040 data and other clinical initiatives
- Actively disseminate clinical data and publications through appropriate means
- Continue to establish and differentiate ROOs from SAOs to demonstrate a valuable proposition

**FENTORA**
*fentanyl buccal tablet*

| | |
|---|---|
| **Issue** | Physicians and patients have limited understanding about the appropriate diagnosis and treatment of BTP |
| **Critical Success Factor** | Improve BTP awareness and understanding among physicians and patients |
| **Strategies** | • Expand BTP market by increasing physician and <u>patient</u> awareness of BTP<br>• Continue to establish BTP as a distinct clinical problem in need of independent assessment and targeted treatment<br>• Facilitate dialogue between physicians and patients to improve the proper diagnosis and treatment of BTP<br>• Support BTP educational initiatives |



74

# Implementation Key Strategies - FENTORA

| Issue | Anticipated dosing and administration challenges for both physicians and patients |

**Critical Success Factor**: Maintain clear and consistent messaging on the proper dosing and administration of FENTORA

**Strategies**
- Communicate and disseminate appropriate educational materials related to delivery and administration
- Educate physicians and patients on how the delivery system is different from traditional oral administration
- Communicate clinical benefits of titration and maintenance dosing

FENTORA
fentanyl buccal tablet

| Issue | Risk for abuse, addiction, and diversion |
|---|---|

| Critical Success Factor | Maintain clear and consistent communication of FENTORA risks to all key stakeholders |
|---|---|

| Strategies | • Educate HCPs on appropriate patient selection<br>• Educate patients about safe use of FENTORA and <mark>allay fears of opioids</mark><br>• Communicate and disseminate appropriate educational materials related to risk minimization<br>• Promote Cephalon's commitment to risk minimization to all HCPs<br>• Continue to implement risk minimization tools |
|---|---|

**FENTORA**
*fentanyl buccal tablet*

| Issue | Limited KOL and professional society relationships |

| Critical Success Factor | KOLs support FENTORA as an effective treatment option for BTP |

| Strategies | • Improve and expand KOL relationships
• Continue to consult KOLs to better inform Cephalon on the optimal design of FENTORA clinical studies |

# Implementation Key Strategies - FENTORA

| **Issue** | Limited awareness of Cephalon as key player in the pain care market |

| **Critical Success Factor** | Establish Cephalon as a leader in the pain market |

| **Strategies** | <ul><li>Continue to promote to Cephalon internal team the importance of developing a multi product pain franchise</li><li>Promote Cepahlon's dedication to advancing the science of pain therapy</li><li>Identify product acquisition candidates for pain franchise</li><li>Continue to demonstrate Cephalon's commitment to partner with KOLs to advance the field of pain management</li></ul> |

**FENTORA**
*fentanyl buccal tablet*

78

| Category | Amount |
|---|---|
| Marketing Budget | $35 MM |
| Medical Education | $10 MM |
| Publications | $2 MM |
| Clinical (LCM) | $25 MM |

# End of Phase 1
# Market Assessment and Strategic Development

- LRP/ assumption review / approval (May 17) with management
- Situation review with management – approval of critical success factors/ core strategies-  by end of June
- Tactical plan development - July/ early August
- Full marketing plan review with budgets - Aug
- Dissemination of Marketing plans to other departments- end Sept/ early Oct.

**FENTORA**™
*fentanyl buccal tablet* C

81