PSJ17 Exh 18

**File Provided Natively**

**TEVA_MDL_A_02419959**

| Product Name | Type | Strength | Form | Size | NDC | Month of First Teva Sale | Acquired From | Schedule |
|---|---|---|---|---|---|---|---|---|
| Guiatuss AC Syrup, CV (Sugar Free) (OTC) | Generic | 100 mg/10 mg/5mL | Syrup | 118 mL | 00182-0017-37 | 1/1/2006 | Ivax Entities | V |
| Guiatuss AC Syrup, CV (Sugar Free) (OTC) | Generic | 100 mg/10 mg/5mL | Syrup | 473 mL | 00182-0017-40 | 1/1/2006 | Ivax Entities | V |
| Guiatuss DAC Syrup, CV (Sugar Free) (OTC) | Generic | 100 mg/30 mg/10mg/5 mL | Syrup | 473 mL | 00182-1378-40 | 1/1/2006 | Ivax Entities | V |
| Tramadol/acetaminophen tablets | Generic | 37.5 mg/1, 325 mg/1 | TABLET | 100 | 00172-6359-00 | 1/1/2006 | Ivax Entities | IV |
| Tramadol/acetaminophen tablets | Generic | 37.5 mg/1, 325 mg/1 | TABLET | 100 | 00172-6359-10 | 1/1/2006 | Ivax Entities | IV |
| Tramadol/acetaminophen tablets | Generic | 37.5 mg/1, 325 mg/1 | TABLET | 100 | 00172-6359-60 | 1/1/2006 | Ivax Entities | IV |
| Tramadol/acetaminophen tablets | Generic | 37.5 mg/1, 325 mg/1 | TABLET | 500 | 00172-6359-70 | 1/1/2006 | Ivax Entities | IV |
| TRAMADOL HCL | Generic | 50MG | TABLET | 100 | 00172-6515-60 | | Ivax Entities | IV |
| TRAMADOL HCL | Generic | 50MG | TABLET | 100 | 00172-6515-10 | Obsoleted by Ivax prior to Teva acquisition | Ivax Entities | IV |
| TRAMADOL HCL | Generic | 50MG | TABLET | 500 | 00172-6515-70 | | Ivax Entities | IV |

| Product Name | Type | Strength | Form | Size | NDC | Month of First Teva Sale | Acquired From | Schedule |
|---|---|---|---|---|---|---|---|---|
| Acetaminophen with codeine | Generic | 300 mg/1, 15 mg/1 | TABLET | 100 | 00093-0050-01 | 12/1/2008 | Barr Entities | III |
| Acetaminophen with codeine | Generic | 300 mg/1, 30 mg/1 | TABLET | 100 | 00093-0150-01 | 12/1/2008 | Barr Entities | III |
| Acetaminophen with codeine | Generic | 300 mg/1, 30 mg/1 | TABLET | 1000 | 00093-0150-10 | 12/1/2008 | Barr Entities | III |
| Acetaminophen with codeine | Generic | 300 mg/1, 60 mg/1 | TABLET | 100 | 00093-0350-01 | 12/1/2008 | Barr Entities | III |
| Acetaminophen with codeine | Generic | 300 mg/1, 60 mg/1 | TABLET | 500 | 00093-0350-05 | 12/1/2008 | Barr Entities | III |
| Acetaminophen with codeine | Generic | 300 mg/1, 60 mg/1 | TABLET | 1000 | 00093-0350-10 | 12/1/2008 | Barr Entities | III |

| Product Name | Type | Strength | Form | Size | NDC | Month of First Teva Sale | Acquired From | Schedule |
|---|---|---|---|---|---|---|---|---|
| Actiq | Branded | 200 ug/1 | LOZENGE | 30 | 63459-0502-30 | 10/1/2011 | Cephalon | II |
| Actiq | Branded | 400 ug/1 | LOZENGE | 30 | 63459-0504-30 | 10/1/2011 | Cephalon | II |
| Actiq | Branded | 600 ug/1 | LOZENGE | 30 | 63459-0506-30 | 10/1/2011 | Cephalon | II |
| Actiq | Branded | 800 ug/1 | LOZENGE | 30 | 63459-0508-30 | 10/1/2011 | Cephalon | II |
| Actiq | Branded | 1200 ug/1 | LOZENGE | 30 | 63459-0512-30 | 10/1/2011 | Cephalon | II |
| Actiq | Branded | 1600 ug/1 | LOZENGE | 30 | 63459-0516-30 | 10/1/2011 | Cephalon | II |
| Fentora | Branded | 100 ug/1 | TABLET | 1 Tablet | 63459-0541-04 | 10/1/2011 | Cephalon | II |
| Fentora | Branded | 100 ug/1 | TABLET | 28 Tablets | 63459-0541-28 | 10/1/2011 | Cephalon | II |
| Fentora | Branded | 200 ug/1 | TABLET | 1 Tablet | 63459-0542-04 | 10/1/2011 | Cephalon | II |
| Fentora | Branded | 200 ug/1 | TABLET | 28 Tables | 63459-0542-28 | 10/1/2011 | Cephalon | II |
| Fentora | Branded | 400 ug/1 | TABLET | 1 Tablet | 63459-0544-04 | 10/1/2011 | Cephalon | II |
| Fentora | Branded | 400 ug/1 | TABLET | 28 Tablets | 63459-0544-28 | 10/1/2011 | Cephalon | II |
| Fentora | Branded | 600 ug/1 | TABLET | 1 Tablet | 63459-0546-04 | 10/1/2011 | Cephalon | II |
| Fentora | Branded | 600 ug/1 | TABLET | 28 Tablets | 63459-0546-28 | 10/1/2011 | Cephalon | II |
| Fentora | Branded | 800 ug/1 | TABLET | 1 Tablet | 63459-0548-04 | 10/1/2011 | Cephalon | II |
| Fentora | Branded | 800 ug/1 | TABLET | 28 Tablets | 63459-0548-28 | 10/1/2011 | Cephalon | II |

| Product Name | Type | Strength | Form | Size | NDC | Month of First Teva Sale | Acquired From | Schedule | |
|---|---|---|---|---|---|---|---|---|---|
| Buprenorphine and Naloxone Sublingual tablets | Generic | 8 mg/1, 2 mg/1 | TABLET | 2 blister pack | 00228-3155-73, 00228-3155-30 | 8/1/2016 | Actavis Entities | III | Changed from Bottle to Blister in 2016 |
| Buprenorphine and Naloxone Sublingual tablets | Generic | 2 mg/1, .5 mg/1 | TABLET | 30 | 00228-3154-73, 00228-3154-30 | 8/1/2016 | Actavis Entities | III | Changed from Bottle to Blister in 2016 |
| Buprenorphine Sublingual tablets | Generic | 2 mg/1 | TABLET | 30 | 00228-3156-03 | 8/1/2016 | Actavis Entities | III | |
| Buprenorphine Sublingual tablets | Generic | 8 mg/1 | TABLET | 30 | 00228-3153-03 | 8/1/2016 | Actavis Entities | III | |
| Butalbital, acetaminophen, caffeine, and codeine capsules | Generic | 50 mg/1, 300 mg/1, 40 mg/1, 30 mg/1 | CAPSULE | 100 | 00591-2641-01 | 8/1/2016 | Actavis Entities | III | |
| Butalbital, acetaminophen, caffeine, and codeine capsules | Generic | 50 mg/1, 325 mg/1, 40 mg/1, 30 mg/1 | CAPSULE | 100 | 00591-3220-01 | 8/1/2016 | Actavis Entities | III | |
| Butalbital, acetylsalicylic acid, caffeine, and codeine | Generic | 30 mg/1, 50 mg/1, 40 mg/1, 325 mg/1 | CAPSULE | 100 | 00591-3546-01 | 8/1/2016 | Actavis Entities | III | |
| Butalbital, acetylsalicylic acid, caffeine, and codeine | Generic | 30 mg/1, 50 mg/1, 40 mg/1, 325 mg/1 | CAPSULE | 500 | 00591-3546-05 | 8/1/2016 | Actavis Entities | III | |
| Fentanyl Transdermal System (Generic Duragesic Patch) | Generic | 25 ug/h | PATCH,EXTENDEDRELEASE | 5 pouch | 00591-3198-72 | 8/1/2016 | Actavis Entities | II | |
| Fentanyl Transdermal System (Generic Duragesic Patch) | Generic | 50 ug/h | PATCH,EXTENDEDRELEASE | 5 pouch | 00591-3212-72 | 8/1/2016 | Actavis Entities | II | |
| Fentanyl Transdermal System (Generic Duragesic Patch) | Generic | 75 ug/h | PATCH,EXTENDEDRELEASE | 5 pouch | 00591-3213-72 | 8/1/2016 | Actavis Entities | II | |
| Fentanyl Transdermal System (Generic Duragesic Patch) | Generic | 100 ug/h | PATCH,EXTENDEDRELEASE | 5 pouch | 00591-3214-72 | 8/1/2016 | Actavis Entities | II | |
| Fioricet with Codeine (butalbital, acetaminophen, caffeine, and codeine phosphate) capsules | Generic | 50 mg/1, 300 mg/1, 40 mg/1, 30 mg/1 | CAPSULE | 100 | 52544-0082-01 | 8/1/2016 | Actavis Entities | III | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 5 mg/1, 300 mg/1 | TABLET | 100 | 00591-2174-01 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 5 mg/1, 300 mg/1 | TABLET | 500 | 00591-2174-05 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 7.5 mg/1, 300mg/1 | TABLET | 100 | 00591-2175-01 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 7.5 mg/1, 300mg/1 | TABLET | 500 | 00591-2175-05 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 10 mg/1, 300 mg/1 | TABLET | 100 | 00591-2176-01 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 10 mg/1, 300 mg/1 | TABLET | 500 | 00591-2176-05 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 2.5 mg/1, 325 mg/1 | TABLET | 100 | 00591-2171-01 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 5 mg/1, 325 mg/1 | TABLET | 100 | 00591-2172-01 | 8/1/2016 | Actavis Entities | II | NDC Transition Hydrocodone/APAP 5mg/325mg Tab 500 05 26 |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 5 mg/1, 325 mg/1 | TABLET | 500 | 00591-2172-05 | 8/1/2016 | Actavis Entities | II | NDC Transition Hydrocodone/APAP 5mg/325mg Tab 500 05 26 |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 7.5 mg/1, 325 mg/1 | TABLET | 100 | 00591-2605-01 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 7.5 mg/1, 325 mg/1 | TABLET | 500 | 00591-2605-05 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 10 mg/1, 325 mg/1 | TABLET | 100 | 00591-2612-01 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Acetaminophen tablets | Generic | 10 mg/1, 325 mg/1 | TABLET | 500 | 00591-2612-05 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen) | Generic | 7.5 mg/1, 200 mg/1 | TABLET,FILMCOATED | 100 | 62037-0524-01 | 8/1/2016 | Actavis Entities | II | |
| Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen) | Generic | 7.5 mg/1, 200 mg/1 | TABLET,FILMCOATED | 500 | 62037-0524-05 | 8/1/2016 | Actavis Entities | II | |
| Hydromet | Generic | 5 mg/5mL, 1.5mg/5mL | SOLUTION | 473 mL | 00472-1030-16 | 8/1/2016 | Actavis Entities | II | |
| Hydromorphone Hydrochloride Extended-Release tablets | Generic | 8 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00591-3629-01 | 8/1/2016 | Actavis Entities | II | |
| Hydromorphone Hydrochloride Extended-Release tablets | Generic | 12 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00591-3739-01 | 8/1/2016 | Actavis Entities | II | |
| Hydromorphone Hydrochloride Extended-Release tablets | Generic | 16 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00591-3630-01 | 8/1/2016 | Actavis Entities | II | |
| Hydromorphone Hydrochloride Extended-Release tablets | Generic | 32 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00591-3631-01 | 8/1/2016 | Actavis Entities | II | |
| Hydromorphone Hydrochloride tablets | Generic | | | | | 8/1/2016 | Actavis Entities | II | |
| Meperidine/Promethazine capsules | Generic | | | | | 8/1/2016 | Actavis Entities | | |
| Morphine Sulfate Extended-Release capsules | Generic | 10 mg/1 | CAPSULE,EXTENDEDRELEASE | 60 | 00228-3501-06 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 20 mg/1 | CAPSULE,EXTENDEDRELEASE | 60 | 00228-3502-06 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 30 mg/ 1 | CAPSULE,EXTENDEDRELEASE | 60 | 00228-3503-06 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 50 mg/1 | CAPSULE,EXTENDEDRELEASE | 60 | 00228-3504-06 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 60 mg/1 | CAPSULE,EXTENDEDRELEASE | 60 | 00228-3505-06 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 80 mg/1 | CAPSULE,EXTENDEDRELEASE | 60 | 00228-3506-06 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 100 mg/1 | CAPSULE,EXTENDEDRELEASE | 60 | 00228-3507-06 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 30 mg/1 | CAPSULE,EXTENDEDRELEASE | 100 | 00228-3090-11 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 45 mg/1 | CAPSULE,EXTENDEDRELEASE | 100 | 00228-3116-11 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 60 mg/1 | CAPSULE,EXTENDEDRELEASE | 100 | 00228-3091-11 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 75 mg/1 | CAPSULE,EXTENDEDRELEASE | 100 | 00228-3117-11 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 90 mg/1 | CAPSULE,EXTENDEDRELEASE | 100 | 00228-3092-11 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release capsules | Generic | 120 mg/1 | CAPSULE,EXTENDEDRELEASE | 100 | 00228-3093-11 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release tablets | Generic | 15 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00228-4270-11 | 8/1/2016 | Actavis Entities | II | |

| Product Name | Type | Strength | Form | Size | NDC | Month of First Teva Sale | Acquired From | Schedule | |
|---|---|---|---|---|---|---|---|---|---|
| Morphine Sulfate Extended-Release tablets | Generic | 30 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00228-4271-11 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release tablets | Generic | 60 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00228-4311-11 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release tablets | Generic | 100 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00228-4323-11 | 8/1/2016 | Actavis Entities | II | |
| Morphine Sulfate Extended-Release tablets | Generic | 200 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00228-4347-11 | 8/1/2016 | Actavis Entities | II | |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 800 ug/1 | LOZENGE | 30 | 55253-0073-30 | 8/1/2016 | Actavis Entities | II | Cephalon Mfd for Watson and Watson sold as Agent |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 400 ug/1 | LOZENGE | 30 | 55253-0071-30 | 8/1/2016 | Actavis Entities | II | Cephalon Mfd for Watson and Watson sold as Agent |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 600 ug/1 | LOZENGE | 30 | 55253-0072-30 | 8/1/2016 | Actavis Entities | II | Cephalon Mfd for Watson and Watson sold as Agent |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 200 ug/1 | LOZENGE | 30 | 55253-0070-30 | 8/1/2016 | Actavis Entities | II | Cephalon Mfd for Watson and Watson sold as Agent |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 1200 ug/1 | LOZENGE | 30 | 55253-0074-30 | 8/1/2016 | Actavis Entities | II | Cephalon Mfd for Watson and Watson sold as Agent |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 1600 ug/1 | LOZENGE | 30 | 55253-0075-30 | 8/1/2016 | Actavis Entities | II | Cephalon Mfd for Watson and Watson sold as Agent |
| Oxycodone and Acetaminophen tablets (Generic Percocet) | Generic | 5 mg/1, 325 mg/1 | TABLET | 100 | 00228-2981-11 | 8/1/2016 | Actavis Entities | II | |
| Oxycodone and Acetaminophen tablets (Generic Percocet) | Generic | 5 mg/1, 325 mg/1 | TABLET | 500 | 00228-2981-50 | 8/1/2016 | Actavis Entities | II | |
| Oxycodone and Acetaminophen tablets (Generic Percocet) | Generic | 7.5 mg/1, 325 mg/1 | TABLET | 100 | 00228-2982-11 | 8/1/2016 | Actavis Entities | II | |
| Oxycodone and Acetaminophen tablets (Generic Percocet) | Generic | 10 mg/1, 325 mg/1 | TABLET | 100 | 00228-2983-11 | 8/1/2016 | Actavis Entities | II | |
| Oxycodone Hydrochloride and Aspirin tablets | Generic | 4.83 mg/1, 325 mg/1 | TABLET | 100 | 00591-3551-01 | 8/1/2016 | Actavis Entities | II | |
| Oxycodone Hydrochloride and Ibuprofen tablets | Generic | 5 mg/1, 400 mg/1 | TABLET,FILMCOATED | 100 | 00228-4029-11 | 8/1/2016 | Actavis Entities | II | |
| Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin) | Generic | 40 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00591-2693-01 | 8/1/2016 | Actavis Entities | II | |
| Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin) | Generic | 80 mg/1 | TABLET,FILMCOATED,EXTENDEDRELEASE | 100 | 00591-2708-01 | 8/1/2016 | Actavis Entities | II | |
| Oxycodone Hydrochloride tablets (Generic Roxicodone) | Generic | 5 mg/1 | TABLET | 100 | 00228-2876-11 | 8/1/2016 | Actavis Entities | II | |
| Oxycodone Hydrochloride tablets (Generic Roxicodone) | Generic | 15 mg/1 | TABLET | 100 | 00228-2878-11 | 8/1/2016 | Actavis Entities | II | |
| Oxycodone Hydrochloride tablets (Generic Roxicodone) | Generic | 30 mg/1 | TABLET | 100 | 00228-2879-11 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 10 mg/1 | TABLET,EXTENDEDRELEASE | 60 | 00228-3228-06 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 10 mg/1 | TABLET,EXTENDEDRELEASE | 100 | 00228-3228-11 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 15 mg/1 | TABLET,EXTENDEDRELEASE | 60 | 00228-3262-06 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 15 mg/1 | TABLET,EXTENDEDRELEASE | 100 | 00228-3262-11 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 20 mg/1 | TABLET,EXTENDEDRELEASE | 60 | 00228-3229-06 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 20 mg/1 | TABLET,EXTENDEDRELEASE | 100 | 00228-3229-11 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 30 mg/1 | TABLET,EXTENDEDRELEASE | 60 | 00228-3263-06 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 30 mg/1 | TABLET,EXTENDEDRELEASE | 100 | 00228-3263-11 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 40 mg/1 | TABLET,EXTENDEDRELEASE | 60 | 00228-3230-06 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 40 mg/1 | TABLET,EXTENDEDRELEASE | 100 | 00228-3230-11 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 5 mg/1 | TABLET,EXTENDEDRELEASE | 60 | 00228-3227-06 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 5 mg/1 | TABLET,EXTENDEDRELEASE | 100 | 00228-3227-11 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 7.5 mg/1 | TABLET,EXTENDEDRELEASE | 60 | 00228-3261-06 | 8/1/2016 | Actavis Entities | II | |
| Oxymorphone hydrochloride extended release | Generic | 7.5 mg/1 | TABLET,EXTENDEDRELEASE | 100 | 00228-3261-11 | 8/1/2016 | Actavis Entities | II | |
| Pentazocine/acetaminophen tablets | Generic | | | | | 8/1/2016 | Actavis Entities | IV | |
| Pentazocine/naloxone tablets | Generic | 50 mg/1, .5 mg/1 | TABLET | 100 | 00591-0395-01 | 8/1/2016 | Actavis Entities | IV | |

| Product Name | Type | Strength | Form | Size | NDC | Month of First Teva Sale | Acquired From | Schedule |
|---|---|---|---|---|---|---|---|---|
| Propoxyphene hydrochloride capsules | Generic | | | | | 7/1/1980 | N/A - Teva | IV |
| Propoxyphene napsylate and acetaminophen tablets | Generic | | | | | 7/1/1985 | N/A - Teva | IV |
| Meperidine hydrochloride tablets | Generic | 50 mg/1 | TABLET | 100 | 00555-0381-02 | 2/1/1997 | N/A - Teva | II |
| Meperidine hydrochloride tablets | Generic | 100 mg/1 | TABLET | 100 | 00555-0392-02 | 2/1/1997 | N/A - Teva | II |
| Tramadol hydrochloride tablets | Generic | 50 mg/1 | TABLET,FILMCOATED | 100 | 00093-0058-01 | 6/1/2002 | N/A - Teva | IV |
| Tramadol hydrochloride tablets | Generic | 50 mg/1 | TABLET,FILMCOATED | 500 | 00093-0058-05 | 6/1/2002 | N/A - Teva | IV |
| Hydrocodone Bitartrate and Ibuprofen tablets (Generic Vicoprofen) | Generic | 7.5 mg/1, 200 mg/1 | TABLET | 100 | 00093-5161-01 | 4/1/2003 | N/A - Teva | II |
| Aspirin (acetylsalicylic acid) with codeine | Generic | | | | | 1/1/2006 | N/A - Teva | III |
| Nalbuphine hydrochloride injection | Generic | | | | | 6/1/2007 | N/A - Teva | |
| Buprenorphine Sublingual tablets | Generic | 2 mg/1 | TABLET | 30 | 00093-5378-56 | 5/1/2010 | N/A - Teva | III |
| Buprenorphine Sublingual tablets | Generic | 8 mg/1 | TABLET | 30 | 00093-5379-56 | 5/1/2010 | N/A - Teva | III |
| Hydromorphone Hydrochloride Injection | Generic | 10 mg/mL | Injection Solution | 10 VIAL in 1 CARTON | 00703-0110-03 | 1/1/2011 | N/A - Teva | II |
| Hydromorphone Hydrochloride Injection | Generic | 10 mg/mL | Injection Solution | 1 VIAL in 2 carton | 00703-0018-01 | 1/1/2011 | N/A - Teva | II |
| Hydromorphone Hydrochloride Injection | Generic | 10 mg/mL | Injection Solution | 10 VIAL in 1 CARTON | 00703-0113-03 | 1/1/2011 | N/A - Teva | II |
| Oxymorphone hydrochloride | Generic | 10 mg/1 | TABLET | 100 | 00093-5862-01 | 4/1/2013 | N/A - Teva | II |
| Oxymorphone hydrochloride | Generic | 5 mg/1 | TABLET | 100 | 00093-5861-01 | 4/1/2013 | N/A - Teva | II |
| Buprenorphine and Naloxone Sublingual tablets | Generic | 2 mg/1, .5 mg/1 | TABLET | 30 | 00093-5720-56 | 12/1/2014 | N/A - Teva | III |
| Buprenorphine and Naloxone Sublingual tablets | Generic | 8 mg/1,2 mg/1 | TABLET | 30 | 00093-5721-56 | 12/1/2014 | N/A - Teva | III |
| Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin) | Generic | 10 mg/1 | TABLET | 100 | 00093-5731-01 | 10/1/2015 | N/A - Teva | II |
| Oxycodone Hydrochloride Extended-Release tablets (Generic OxyContin) | Generic | 20 mg/1 | TABLET,FILM COATED, EXTENDED RELEASE | 100 | 00093-5732-01 | 10/1/2015 | N/A - Teva | II |
| Oral Transmucosal Fentanyl Citrate (OTEC) Lozenges (Generic Actiq) | Generic | 800 ug/1 | LOZENGE | 30 | 00093-7868-65 | 12/1/2015 | N/A - Teva | II |
| Oral Transmucosal Fentanyl Citrate (OTEC) Lozenges (Generic Actiq) | Generic | 1200 ug/1 | LOZENGE | 30 | 00093-7869-65 | 12/1/2015 | N/A - Teva | II |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 200 ug/1 | LOZENGE | 30 | 00093-7865-65 | 12/1/2015 | N/A - Teva | II |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 400 ug/1 | LOZENGE | 30 | 00093-7866-65 | 12/1/2015 | N/A - Teva | II |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 600 ug/1 | LOZENGE | 30 | 00093-7867-65 | 12/1/2015 | N/A - Teva | II |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 1600 ug/1 | LOZENGE | 30 | 00093-7870-65 | 12/1/2015 | N/A - Teva | II |
| Oral Transmucosal Fentanyl Citrate (OTFC) Lozenges (Generic Actiq) | Generic | 800 ug/1 | LOZENGE | 1 lozenge | 00093-7868-19 | 12/1/2015 | N/A - Teva | II |
| Buprenorphine Transdermal System | Generic | 5 ug/h | PATCH,EXTENDEDRELEASE | 4 Systems/Carton | 00093-3600-40 | 7/1/2017 | N/A - Teva | III |
| Buprenorphine Transdermal System | Generic | 10 ug/h | PATCH,EXTENDEDRELEASE | 4 Systems/Carton | 00093-3601-40 | 7/1/2017 | N/A - Teva | III |
| Buprenorphine Transdermal System | Generic | 15 ug/h | PATCH,EXTENDEDRELEASE | 4 Systems/Carton | 00093-3602-40 | 7/1/2017 | N/A - Teva | III |
| Buprenorphine Transdermal System | Generic | 20 ug/h | PATCH,EXTENDEDRELEASE | 4 Systems/Carton | 00093-3603-40 | 7/1/2017 | N/A - Teva | III |