PSJ17 Exh 22

 Pharmaceutical Industries Ltd.

Teva Worldwide          Stock      Contact Us      Hebrew          

About          Products          Research          Responsibility          Media          Investors          Careers

Home page  >  Media  >  Latest News  >  U.S. Federal Trade Commission Clears Teva's Acquisition of Cephalon

← Latest News

Latest News

Featured Stories

# U.S. Federal Trade Commission Clears Teva's Acquisition of Cephalon

JERUSALEM & FRAZER, Pa., Oct 07, 2011 (BUSINESS WIRE) --Teva Pharmaceutical Industries Ltd. (NASDAQ: TEVA) and Cephalon, Inc. (NASDAQ: CEPH) announced today that the U.S. Federal Trade Commission ("FTC") has accepted the proposed consent order in connection with the pending acquisition of Cephalon by Teva and granted early termination of the Hart Scott Rodino waiting period.

Under the consent order that has been executed by the parties and accepted for public comment by the FTC, Teva is required to divest two Abbreviated New Drug Applications (ANDAs) for fentanyl citrate lozenges, a generic version of Actiq®, and cyclobenzaprine ER capsules, the generic version of Amrix®. According to IMS Health data, annual sales in the U.S. for Actiq® and the equivalent generic products are $173 million. Annual brand sales in the U.S. for Amrix® are approximately $125 million. Teva will also grant non-exclusive U.S. rights to an undisclosed company to market modafinil tablets, the generic version of Provigil®, which had annual brand sales in the U.S. of approximately $1.1 billion.

The parties expect to close the transaction by October 14, 2011 subject to approval by the European Commission.

About Teva

Teva Pharmaceutical Industries Ltd. (NASDAQ: TEVA) is a leading global pharmaceutical company, committed to increasing access to high-quality healthcare by developing, producing and marketing affordable generic drugs as well as innovative and specialty pharmaceuticals and active pharmaceutical ingredients. Headquartered in Israel, Teva is the world's largest generic drug maker, with a global product portfolio of more than 1,300 molecules and a direct presence in about 60 countries. Teva's branded businesses focus on neurological, respiratory and women's health therapeutic areas as well as biologics. Teva currently employs approximately 42,000 people around the world and reached $16.1 billion in net sales in 2010.

Teva's Safe Harbor Statement under the U. S. Private Securities Litigation Reform Act of 1995:

This release contains forward-looking statements, which express the current beliefs and expectations of management. Such statements are based on management's current beliefs and expectations and involve a number of known and unknown risks and uncertainties that could cause

our future results, performance or achievements to differ significantly from the results, performance or achievements expressed or implied by such forward-looking statements. Important factors that could cause or contribute to such differences include risks relating to: our ability to successfully develop and commercialize additional pharmaceutical products, the introduction of competing generic equivalents, the extent to which we may obtain U.S. market exclusivity for certain of our new generic products and regulatory changes that may prevent us from utilizing exclusivity periods, potential liability for sales of generic products prior to a final resolution of outstanding patent litigation, including that relating to the generic version of Protonix®, the extent to which any manufacturing or quality control problems damage our reputation for high quality production, the effects of competition on sales of our innovative products, especially Copaxone® (including potential generic and oral competition for Copaxone®), the impact of continuing consolidation of our distributors and customers, our ability to identify, consummate and successfully integrate acquisitions (including the acquisition of Cephalon), interruptions in our supply chain or problems with our information technology systems that adversely affect our complex manufacturing processes, intense competition in our specialty pharmaceutical businesses, any failures to comply with the complex Medicare and Medicaid reporting and payment obligations, our exposure to currency fluctuations and restrictions as well as credit risks, the effects of reforms in healthcare regulation, adverse effects of political or economical instability, major hostilities or acts of terrorism on our significant worldwide operations, increased government scrutiny in both the U.S. and Europe of our agreements with brand companies, dependence on the effectiveness of our patents and other protections for innovative products, our ability to achieve expected results through our innovative R&D efforts, the difficulty of predicting U.S. Food and Drug Administration, European Medicines Agency and other regulatory authority approvals, uncertainties surrounding the legislative and regulatory pathway for the registration and approval of biotechnology-based products, potentially significant impairments of intangible assets and goodwill, potential increases in tax liabilities resulting from challenges to our intercompany arrangements, our potential exposure to product liability claims to the extent not covered by insurance, the termination or expiration of governmental programs or tax benefits, current economic conditions, any failure to retain key personnel or to attract additional executive and managerial talent, environmental risks and other factors that are discussed in our Annual Report on Form 20-F and other filings with the U.S. Securities and Exchange Commission.

SOURCE: Teva Pharmaceutical Industries Ltd.

 Share on Facebook   Share on LinkedIn   Share on Twitter



**About**

Company Profile

Corporate Officers

Corporate Governance

**Products**

Specialty

Generic Products

Generic FAQ

Over the Counter (OTC)

**Research**

Integrated R&D

Our Focus

Patient Promise

Pipeline

**Responsibility**

Social Impact

Positions & Policies

Patient Advocacy

**Media**

Latest News

Featured Stories

**Investors**

News

Webcasts and Presentations

Corporate Governance

**Careers**

Dare to be different

Our Guiding Values

Leadership Development

Working at Teva

Board of
Directors

Our History

API

Quality

Financial
Information

Stock
Information

Shareholder
Information

Analysts
Coverage/Consensus

Investor Kit

Contact Us

Follow Teva:

Legal Notes          Data Privacy          TAPI          Teva Supplier Code of Conduct          Sitemap

© 2015 Teva Pharmaceutical Industries Ltd.

‹                                                                                                                                ›