# PSJ17 Exh 25


teva Pharmaceutical Industries Ltd.

Teva Worldwide    Stock    Contact Us    Hebrew

About    Products    Research    Responsibility    Media    Investors    Career

Homepage > Media > Latest News > Teva Completes Acquisition of Anda, Inc.

← Latest News

Latest News

Featured Stories

Social Media

# Teva Completes Acquisition of Anda, Inc.

Acquisition Reinforces Teva's Strategy and Enhances Teva's Offerings to More Patients throughout the U.S.

JERUSALEM--(BUSINESS WIRE)--Oct. 3, 2016-- Teva Pharmaceutical Industries Ltd. (NYSE and TASE: TEVA) today announced that it has completed its acquisition of Anda, Inc., a leading distributor of generic pharmaceuticals in the U.S., from Allergan plc.

"We are pleased that Anda, Inc., one of the leading distributors of generic medicines in the U.S., is now part of Teva. This acquisition reflects our continued view that attractive growth opportunities, both external and organic, exist for our business and for our extensive supply chain network in particular," said Siggi Olafsson, President & CEO of Global Generic Medicines. "This acquisition enables us and our customers to provide more patients throughout the country with access to generic medicines."

"We are excited to become part of Teva's distribution network to support our customers and patients across the country," said Charles D. Phillips, President & CEO of Anda. "By joining forces with Teva, Anda's product offerings will significantly increase and we will be able to reach more patients in the United States."

Teva currently has over 300 product registrations pending FDA approval and holds the leading position in first-to-file opportunities, with over 100 pending first-to-files in the U.S. Currently, one-of-every six generic prescriptions dispensed in the U.S. is filled with a Teva product.

About Teva

Teva Pharmaceutical Industries Ltd. (NYSE and TASE: TEVA) is a leading global pharmaceutical company that delivers high-quality, patient-centric healthcare solutions used by millions of patients every day. Headquartered in Israel, Teva is the world's largest generic medicines producer, leveraging its portfolio of more than 1,800 molecules to produce a wide range of generic products in nearly every therapeutic area. In specialty medicines, Teva has a world-leading position in innovative treatments for disorders of the central nervous system, including pain, as well as a strong portfolio of respiratory products. Teva integrates its generics and specialty capabilities in its global research and development division to create new ways of addressing unmet patient needs by combining drug development capabilities with devices, services and technologies. Teva's net revenues in 2015 amounted to $19.7 billion. For more information, visit www.tevapharm.com.

EXHIBIT 15
WIT Doron Herman
DATE June 20, 2019
BRENDA MATZOV CA CSR 9243

Teva's Safe Harbor Statement under the U. S. Private Securities Litigation Reform Act of 1995:

This release contains forward-looking statements, which are based on management's current beliefs and expectations and involve a number of known and unknown risks and uncertainties that could cause our future results, performance or achievements to differ significantly from the results, performance or achievements expressed or implied by such forward-looking statements. Important factors that could cause or contribute to such differences include risks relating to: our ability to develop and commercialize additional pharmaceutical products; competition for our specialty products, especially Copaxone® (which faces competition from orally-administered alternatives and a generic version); our ability to integrate Allergan plc's worldwide generic pharmaceuticals business ("Actavis Generics") and to realize the anticipated benefits of the acquisition (and the timing of realizing such benefits); the fact that following the consummation of the Actavis Generics acquisition, we are dependent to a much larger extent than previously on our generic pharmaceutical business; potential restrictions on our ability to engage in additional transactions or incur additional indebtedness as a result of the substantial amount of debt incurred to finance the Actavis Generics acquisition; the fact that for a period of time following the Actavis Generics acquisition, we will have significantly less cash on hand than previously, which could adversely affect our ability to grow; the possibility of material fines, penalties and other sanctions and other adverse consequences arising out of our ongoing FCPA investigations and related matters; our ability to achieve expected results from investments in our pipeline of specialty and other products; our ability to identify and successfully bid for suitable acquisition targets or licensing opportunities, or to consummate and integrate acquisitions; the extent to which any manufacturing or quality control problems damage our reputation for quality production and require costly remediation; increased government scrutiny in both the U.S. and Europe of our patent settlement agreements; our exposure to currency fluctuations and restrictions as well as credit risks; the effectiveness of our patents, confidentiality agreements and other measures to protect the intellectual property rights of our specialty medicines; the effects of reforms in healthcare regulation and pharmaceutical pricing, reimbursement and coverage; competition for our generic products, both from other pharmaceutical companies and as a result of increased governmental pricing pressures; governmental investigations into sales and marketing practices, particularly for our specialty pharmaceutical products; adverse effects of political or economic instability, major hostilities or acts of terrorism on our significant worldwide operations; interruptions in our supply chain or problems with internal or third-party information technology systems that adversely affect our complex manufacturing processes; significant disruptions of our information technology systems or breaches of our data security; competition for our specialty pharmaceutical businesses from companies with greater resources and capabilities; the impact of continuing consolidation of our distributors and customers; decreased opportunities to obtain U.S. market exclusivity for significant new generic products; potential liability in the U.S., Europe and other markets for sales of generic products prior to a final resolution of outstanding patent litigation; our potential exposure to product liability claims that are not covered by insurance; any failure to recruit or retain key personnel, or to attract additional executive and managerial talent; any failures to comply with complex Medicare and Medicaid reporting and payment obligations; significant impairment charges relating to intangible assets, goodwill and property, plant and equipment; the effects of increased leverage and our resulting reliance on access to the capital markets; potentially significant increases in tax liabilities; the effect on our overall effective tax rate of the termination or expiration of governmental programs or tax benefits, or of a change in our business; variations in patent laws that may adversely affect our ability to manufacture our products in the most efficient manner; environmental risks; and other factors that are discussed in our Annual Report on Form

20-F for the year ended December 31, 2015 and in our other filings with the U.S. Securities and Exchange Commission (the "SEC"). Forward-looking statements speak only as of the date on which they are made and we assume no obligation to update or revise any forward-looking statements or other information, whether as a result of new information, future events or otherwise.

View source version on businesswire.com: http://www.businesswire.com/news/home/20161003005954/en/

Source: Teva Pharmaceutical Industries Ltd.

Teva Pharmaceutical Industries Ltd.
IR Contacts:
Kevin C. Mannix, United States, 215-591-8912
Ran Meir, United States, 215-591-3033
Tomer Amitai, Israel, 972 (3) 926-7656
or
PR Contacts:
Iris Beck Codner, Israel, 972 (3) 926-7687
Denise Bradley, United States, 215-591-8974
Nancy Leone, United States, 215-284-0213

Share on Facebook   Share on LinkedIn   Share on Twitter

## About
- Company Profile
- Corporate Officers
- Corporate Governance
- Our History

## Products
- Specialty
- Generic Products
- Generic FAQ
- Over the Counter (OTC)
- API
- Quality

## Research
- Our Philosophy
- Patient Promise
- Pipeline
- Clinical Trials

## Responsibility
- Social Impact
- Positions & Policies
- Patient Advocacy

## Media
- Latest News
- Featured Stories
- Social Media

## Investors
- Press Releases
- Events & Presentations
- Financial Information
- Debt Information
- Stock Information
- Corporate Governance
- Investor Resources

## Careers
- Dare to be different
- Our Guiding Values
- Leadership Development
- Working at Teva

Follow Teva:

Legal Notes   Data Privacy   PhV Privacy Notice   TAPI   Teva Supplier Code of Conduct   Sitemap
Supplier FAQ's
© 2018 Teva Pharmaceutical Industries Ltd.