PSJ17 Exh 29



2006 ACTIQ Marketing

Sales Training
December 13, 2005

Andy Pyfer – Group Director, Pain Franchise

1

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388464

TEVA_MDL_A_05666278



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388465

TEVA_MDL_A_05666279

4

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

# Other Key People

- Lauren Mangus – Sr. Sales Training Manager
- Cynthia Condodina – Sales Training Manager
- Lisa D'Onofrio – Convention Manager
- Open position – Market Research Manager
- Chris Meyer – Sales Ops Sr. Manager
- Nancy Shanfelt – Sales Ops Sr. Analyst
- Michelle Liberatore – Sales Ops Analyst

Actiq©

5

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388467

TEVA_MDL_A_05666281



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388468

TEVA_MDL_A_05666282



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388469

TEVA_MDL_A_05666283



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388470

TEVA_MDL_A_05666284



Why no success prior to Ceph?
•BTP was a newer concept
•OT delivery a change in paradigm
•Limited marketing budgets
        •MedEd vastly under-resourced
•Small sales force
•Primary target oncologists
•Poor concepts & positioning

9



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388472

TEVA_MDL_A_05666286



11

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388473

TEVA_MDL_A_05666287



12

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388474

TEVA_MDL_A_05666288

*Mission:ACTIQ*

- Reps given "assignments" during the year
- **3 *Mission:ACTIQ* dossiers** were to be completed
  – Objective – to enhance knowledge
  – Rewards for completion of each dossier

✓ **Dossier #1 – BTP & ACTIQ**
✓ **Dossier #2 – Pain mgt & the decade of pain control**
  – Dossiers #1 & #2 have been completed but new reps will have the opportunity to complete them for reward cards
- **Dossier #3 – Competitive info**
  – Dossier #3 will be out in the next week

- *Mission:ACTIQ* only available through <u>January 13, 2006</u>

Actiq

13

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388475

TEVA_MDL_A_05666289



14

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388476

TEVA_MDL_A_05666290



15

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388478

TEVA_MDL_A_05666292



17

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388480

TEVA_MDL_A_05666294



19

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388482

TEVA_MDL_A_05666296

21

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388483

TEVA_MDL_A_05666297



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388484

TEVA_MDL_A_05666298



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388485

TEVA_MDL_A_05666299



24

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388486

TEVA_MDL_A_05666300



25

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388487

TEVA_MDL_A_05666301



26

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential



27

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388489

TEVA_MDL_A_05666303

Drivers & Barriers to ACTIQ Use

| Drivers | Barriers |
|---|---|
| Rapid onset of action (65%) | Lack of insurance coverage (51%) |
| Strong & effective (34%) | Abuse concerns (34%) |
| Good for sudden onset pain (32%) | Dental issues (24%) |
| Fewer GI problems (20%) | Limited indication in cancer (22%) |
| Good cancer pain relief (17%) | |
| Matches LAO molecule (17%) | |
| Useful after treatment failures (15%) | |

Source: ACTIQ High Users – Pain Specialist (deciles 10 - 5) Survey. Q1 2005

Actiq Ⓒ

28

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388490

TEVA_MDL_A_05666304



29

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388491

TEVA_MDL_A_05666305



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388492

TEVA_MDL_A_05666306



31

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential



32

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388494

TEVA_MDL_A_05666308

Key Marketing Issues

1. ACTIQ patent expiration in February 2007
   • Assumes pediatric exclusivity granted

2. Transition to ACTIQ sugar free formulation
   • Expected launch May 1, 2006

3. Newly formed Pain Care Sales Force requires appropriate training, motivation, and direction

4. Increased reimbursement barriers from managed care

5. Limited awareness and knowledge of appropriate assessment, diagnosis & treatment of BTP in cancer patients

6. Continued concerns of abuse, addiction and diversion

33

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential



34

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER

Confidential

**CSF #1:** Maximize ACTIQ TRx growth & market share

STRATEGIES
- Apply bulk of resources to field force activity
- Provide indirect promotional efforts to complement sales force efforts (due to ↓ SOV)

TACTICS
- MEPs (~$22K/rep to generate ~15 programs/rep)
- Coupon books (~50 books/rep/qtr)
- Placebos  (~50 rep/qtr)
- Chronic Pain assessment tool/poster (following slide)
- The Little Blue Book & PDR Pain Mgt. Prescribing Guide
- Journal ads
- Convention presence
- Triple i Rx pads
- Medically relevant giveaways (cannisters/exam lights)
- E-detail

Actiq®

35

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388497

TEVA_MDL_A_05666311



36

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

**CSF #6:** Minimize risk for abuse, addiction, & diversion of ACTIQ

STRATEGY

- Employ targeted mechanisms to raise awareness of Cephalon's commitment to support physicians in safe opioid prescribing

TACTICS

- ACTIQ RMP sales aid
- Direct mail initiative – ACTIQ welcome kit
  - Sent Q4 2005
- Direct mail initiative – focused on accidental ped exposure -TBD
- *ESP* BRC/mini-discs
- "Opioid Glossary" to facilitate discussion between physicians and patients
  - Available Q1 2006
- Quarterly safety update

Actiq ©

37

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388500

TEVA_MDL_A_05666314



39



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388502

TEVA_MDL_A_05666316



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388503

TEVA_MDL_A_05666317



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388504

TEVA_MDL_A_05666318



43

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388505

TEVA_MDL_A_05666319



1. Top Priority – secure your big guns (bread & butter)
2. Second Priority – greatest opportunity for growth is your non-ACTIQ high opioid writers (Pain Specialists)
3. Third Priority – biggest challenge is to determine who is a dabbler and who has real potential (weed out the dabblers)

44

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential



45

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388507

TEVA_MDL_A_05666321

**CSF #2:** Effectively transition to new formulation

STRATEGIES
- Optimize proactive measures by applying past experience
- Utilize taste-test results to better inform tactical plan

TACTICS
- Pre-Launch
  - Sugar-Free placebos to field
  - Direct mail to physicians & pharmacists
  - Creation & distribution of launch materials
    - Addition of "Sugar-Free" to  promotional items & other collateral
  - Representative training (at NSM)
  - Update ACTIQ Speaker slide deck and speakers
  - Goody bags
- Launch
  - Physician & Pharmacist blast e-mail & fax campaigns
  - Catalina newsletter to current ACTIQ patients (distributed at pharmacy)

Actiq ®

46

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

**CSF #3: N**ew sales force prepared, motivated & directed

STRATEGIES
- Enhance ITC training to support more pain-experienced sales force
- Maximize opportunity to prepare & motivate the sales reps at the NSM and provide clear guidance on targeting
- Re-evaluate targeting methodology

TACTICS
- ITC
  – Work with Sales Training to enhance ITC
- NSM
  – Physician speakers – pain overview & A/A/D with Q&A session
  – Interactive workshops – situational selling
  – Team-building, motivational events
  – Themed meeting with on-going initiatives/interaction for 2006
- Targeting
  – Directors involved in identifying targets



47

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential



CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388510

TEVA_MDL_A_05666324



49

CONFIDENTIAL PER STIPULATION
AND PROTECTIVE ORDER
Confidential

CEP_TPP_MASS 10388511

TEVA_MDL_A_05666325