PSJ17 Exh 37

# ACTIQ MARKETING 2001

Andy Pyfer

January 2001



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033671



EXHIBIT NO. 7
A. M. MITCHELL



# History of Actiq

- FDA approval Nov 1998
- Actiq launched April 1999 (by Abbott Labs)
  - 20 salespeople, 6 MLs
  - 1999 sales 2+ MM
- Actiq promotional rights re-acquired from Abbott Feb 2000
- Actiq re-launched May 2000 (by Anesta)
  - 48 salespeople, 10 MLs
  - 2000 sales 15+ MM
- Cephalon acquires Anesta (& Actiq) Oct 2000
- Actiq to be re-launched Feb 2001
  - 48 salespeople, 10 MLs



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033672

 TEVA_MDL_A_01159144



# Actiq Marketing Overview:  Key Topics

- Opioid Market Review

- Actiq Sales Review/Analysis

- Key Issues and Recommendations



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033673

**TEVA_MDL_A_01159145**



# Opioid Market Review



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033674



# WHO Ladder

- Three step analgesic ladder
  - Step One:  mild to moderate pain
    - Non-opioids (Tylenol, Motrin, Celebrex)
  - Step Two: mild to moderate pain
    - Combination products (Percocet, Vicodin)
  - Step Three: moderate to severe pain
    - Pure opioids (MS Contin, Oxycontin, Duragesic, Actiq)

  - Note:  adjuvants used at each step (anticonvulsants, corticosteroids)



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033675

# Prescription Opioid Market

- Short Acting Opioids
  - Short duration of action (2-6 hrs)
  - Opioid naïve
  - Acute pain
- Long Acting Opioids
  - Long duration of action (12-72 hrs)
  - Opioid tolerant
  - Chronic pain



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033676

TEVA_MDL_A_01159148



# Summary of Opioids

**SHORT-ACTING PURE OPIOIDS**

| Trade Name | Generic Name | Manufacturer |
|---|---|---|
| *Actiq* | Transmucosal Fentanyl | Cephalon |
| Roxanol MSIR | Morphine Sulfate | Roxane Purdue |
| Dilaudid | Hydromorphone HCL | Knoll |
| Oxy IR Oxyfast | Oxycodone | Purdue |
| Generic Morphine Generic Hydromorphone | Morphine Sulfate Hydromorphone HCL | Various Companies |

**LONG-ACTING OPIOIDS**

| | | |
|---|---|---|
| MS Contin Oramorph | Morphine Sulfate | Purdue Roxane |
| Kadian | Morphine Sulfate | Faulding |
| Oxycontin | Oxycodone | Purdue |
| Duragesic | Transdermal Fentanyl | Janssen |



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033677

# Market Share – Long Acting Opioids



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033678

# Market Share – Short Acting Opioids



**1999 Market Share Short Acting Pure Opioids = $106MM**

- MSIR 5%
- OxyFast 3%
- OxyIR 7%
- Roxanol 8%
- Dilaudid 35%
- Actiq 2%
- Morphine Sulfate Generic 35%
- Hydromorphone Generic 5%



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033679



# Actiq Sales Review/Analysis



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033680

TEVA_MDL_A_01159152

# Actiq Sales
# Monthly Sales

### Actiq Monthly Forecast & Actual Sales through Nov 2000



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033681

TEVA_MDL_A_01159153

# Actiq Prescriptions
# Monthly Scripts

### Actiq Monthly NPA TRx



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033682

**TEVA_MDL_A_01159154**

# Actiq Prescriptions
# Prescription Size by Dosage Strength

### Actiq Prescription Size by Strength - November





CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033683

# Actiq Sales
# Factory Average Net Selling Price

**Actiq Factory Net Average Selling Price**



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033684

# Actiq Prescriber Analysis
# % Units by Specialty (snapshot)



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033685

TEVA_MDL_A_01159157

# Actiq Prescriber Analysis
# Xponent - TRx YTD by Specialty



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033686

TEVA_MDL_A_01159158

# Actiq Prescriber Analysis
# Xponent – Total Units YTD by Specialty



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033687

TEVA_MDL_A_01159159

# Actiq Prescriber Analysis
# Xponent – Units by Specialty (snapshot)



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033688

**TEVA_MDL_A_01159160**

# Actiq Prescriber Analysis
# IMS – Total Sales YTD by Specialty



Xponent YTD Dollars by Specialty

- Family / General Practice 9%
- Neurology 6%
- Surgery 3%
- Pain / Anesthesia 40%
- Internal Medicine 7%
- Other 19%
- Oncology 16%



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033689

Confidential

TEVA_MDL_A_01159161

# Actiq Prescriber Analysis
# Xponent – Monthly Prescribers





CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033690

TEVA_MDL_A_01159162

# Actiq Prescriber Analysis
# Xponent – Monthly TRx by Specialty



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033691

# Actiq Prescriber Analysis
# Xponent – Monthly Units by Specialty



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033692

**Confidential**

**TEVA_MDL_A_01159164**

# Actiq Decile Analysis
# Xponent – Physician Prescribers



**Top Five Decile Prescribers**
**(n=98)**

- Neuro 7%
- FG 3%
- GS 2%
- PED 1%
- IM 7%
- Pain/Anesthesia 48%
- OTH 13%
- Oncology 19%



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033693

TEVA_MDL_A_01159165

# **Actiq Prescriber Retention Rate Analysis**



**Actiq Retention Rate Analysis**
(MDs Percent sustaining prescribing)

CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033694



# Prescriber Retention Research

- February 2000 – Market research study to examine prescriber retention
- Sample
  - 11 physicians who have discontinued writing Actiq
  - 13 physicians who have continued writing Actiq
  - 75% oncology/25% pain management



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033695



# Prescriber Retention Research

Results:

- Current and past providers are very satisfied with performance
  - Very few of those who've stopped writing are disillusioned
- Make or break issues
  - Relatively high cost
  - Reimbursement and availability hassles
- Lead product "like" – rapid onset
- Lead product "dislikes" – titration, cost
- Other limiting factors - lack of awareness/difficult to change prescribing habits



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033696

# Prescriber Retention- Other Issues

- Titration process found to be cumbersome with key physician specialties
- Starting at recommended dose of 200 mcg often ineffective pain relief
- Need to encourage physicians to start higher and titrate faster to effective analgesic dose
  - Step through from 400 to 800 to 1600



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033697

TEVA_MDL_A_01159169



# Market Drivers

| Market Driver | Jan 2000 | Nov 2000 | Trend |
|---|---|---|---|
| Script Size | 38 units/script | 49 units/script | ↑ |
| Average Selling Price | $8.01/unit | $10.80/unit | ↑ |
| Units/MD | 125 | 182 | ↑ |

| Average Retention Rate | 21% |
|---|---|



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033698

TEVA_MDL_A_01159170



# Key Issues and Recommendations



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033699



# Key Regulatory and Clinical Issues

- Regulatory Issue with Actiq
  - The unique FDA scrutiny of Actiq

- Clinical Issue with Actiq
  - Limited / Lack of clinical data necessary to make critical claims



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033700

TEVA_MDL_A_01159172



# Issue:  Unique FDA scrutiny of Actiq

- Subpart H approval
  - Definition:  Allows for early approval of drugs
  - 30-day mandatory review of all promotional materials
  - Required Risk Management Program (RMP)
  - Inability to take advantage of WLF/FDAMA

- Actiq continues to be classified as a subpart H drug nearly 2 years after launch



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033701



# Issue:  Unique FDA scrutiny of Actiq

**Recommendation:**

- Improve / expand our relationship with the FDA
- Gain a better understanding of the fair balance / safety issues
- Balance the playing field relative to the competition

- Goal:  Loosen restrictions as they apply to Actiq promotion based on 2 years of successful, safe use with millions of units



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033702



# Issue:  Limited / Lack of clinical data necessary to make critical claims

## In order of commercial priority:

- Narrow indication (BTCP only vs. general BTP)
- Onset of action
- Relative potency - equianalgesic dosing
- Patient preference



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033703

# Issue:  Limited / Lack of clinical data necessary to make critical claims

## Recommendations:

- Obtain FDA input prior to executing new clinical trials to ensure acceptable trial design and valid endpoint selection

- Cephalon clinical and marketing should collaborate to determine desired endpoints

- Goal:  Expand labeling to address key claim issues



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033704

TEVA_MDL_A_01159176



# Key Marketing Issues

- Lack of meaningful, focused positioning and message
- Prescriber retention
- Low awareness of Actiq due to limited promotional support
- Logistical barriers to product adoption that restrict access and prescribing
- Lack of understanding about the importance of treating BTCP and Actiq



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033705

Confidential

TEVA_MDL_A_01159177



# Issue: Lack of meaningful, focused positioning and message

- The advertising for Actiq has consistently featured the unit itself
    - Focused attention only on the delivery system without providing a clinically meaningful reason to prescribe.
    - Non-emotional approach
    - Lack of features & benefits of transmucosal delivery
    - Ineffectively explained the relative product "value" versus safety and price



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033706



# Issue:  Lack of meaningful, focused positioning and message

## Recommendations:

- Relaunch Actiq with revised branding and positioning that provides a meaningful, focused positioning and message
    - Current regulatory constraints limit our ability to drive home the key benefit (rapid onset of action)

- New campaign is currently being created



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033707



# Issue:  Prescriber Retention

- Almost 80% of prescribers discontinue writing Actiq (average retention 21%)
- Perceived cumbersome titration process
  – Often multi-step process
  – Significant physician and patient education required on how to consume, store and dispose Actiq
  – Product availability concerns
- Perceived high cost



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033708

TEVA_MDL_A_01159180

# Issue:  Prescriber Retention

**Recommendations:**

- Increase probability of positive therapy start for physicians
    - Refine / Expand Performance Script Program
    - Communicate one call physician support line (800-896-5855)
    - Develop a Relationship Marketing Program among targeted physicians to retain existing customer base

- Provide clear dosing directions via promotion
    - Develop materials to educate clinicians to provide:
        - appropriate control of BTCP and Actiq's role in this treatment algorithm
        - "Ease" of titration
    - Drive 400mcg strength as an optional starting dose
        - Implement peer-to-peer influence, speakers programs, and CME



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033709

TEVA_MDL_A_01159181



# Issue:  Prescriber Retention

## Recommendations:

- Provide "value" position of Actiq
  - Develop / Utilize education materials for clinicians to provide:
    - Appropriate context for comparison to alternative therapies
    - "Cost" of poorly controlled BTCP
- Increase / Improve patient education and support materials



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033710



# Issue:  Low Awareness of Actiq

- Limited promotional support
    - 1999 Initial launch 20 salespeople; 2000 relaunch 48
    - Lack of presence at many major conventions
    - Lack of advertising in professional journals
    - Limited financial budgets to perform Speaker MEPs



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033711



# Issue:  Low Awareness of Actiq due to limited promotional support

## Recommendations:

- Improve / Increase direct promotional reach and frequency
    - Upgrade quality of sales force (in progress)
    - Refine target audience to increase efficiency and effectiveness of promotional activities

- Establish convention presence at medical meetings (in progress)



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033712

TEVA_MDL_A_01159184



# Issue:  Low Awareness of Actiq due to limited promotional support

- Develop a comprehensive direct marketing program (direct mail, convention activity, journal ads, website upgrade) that reinforces and augments the sales force effort

- Enhance speaker advocates and expand speakers bureau
  - Develop extranet site that allows access to Actiq information and slide kits

- Increase MEP activity (in progress)



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033713

TEVA_MDL_A_01159185



# Issue:  Logistical barriers to product adoption that restrict access and prescribing

- Retail pharmacists are reluctant to stock a higher cost product with infrequent utilization
  - minimal penetration of the top 2,000 opioid-dispensing pharmacies

- Lack of stocking contributes to physician adoption and limits prescriber retention (see previous issue)

- Insufficient and inconsistent reimbursement



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033714



# Issue:  Logistical barriers to product adoption that restrict access and prescribing

**Recommendations:**

- Maintain appropriate wholesaler inventories
  - Distribution and Logistics Department

- Market research to identify problems / trends in retail pharmacies (in progress)

- Facilitate reimbursement
  - Expanded and branded reimbursement program
  - Customized contracting strategy
    - Evaluate special programs with hospice?



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033715

**TEVA_MDL_A_01159187**



# Issue:  Lack of understanding about the importance of treating BTCP and Actiq

- BTCP concept first described in 1989
  - Yet to be established as a well-recognized, separate pain event requiring unique intervention beyond traditional oral opioids and combo products
- Pain management not primary concern of Oncologists
- Minimal pain management education performed in med school/residency
- Misperceptions about cost of Actiq
- Poor understanding of the relative potency of Actiq



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033716



# Issue:  Lack of understanding about the importance of treating BTCP and Actiq

**Recommendations:**
- Educate clinicians about BTCP and Actiq
  - MEPs
  - CME programs
  - Promotional literature
  - Medical Affairs (medical literature/standard responses/support line) to assist in addressing relative potency and other objections
- Create advocacy among key thought leaders
  - MEPs, peer-to-peer education, ML activity
- Support concept of aggressive treatment of BTCP with key pain associations via PR efforts (PR plan to be developed)
  - New PR firm identified and has experience in the pain market

Actiq
(oral transmucosal
fentanyl citrate)

CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033717



# Current Tactical Projects

- Sales Aid
  - Revisions in progress (National Sales Meeting)

- Dosing Guide
  - Revisions in progress (National Sales Meeting)

- Booth Panel
  - In development

- Journal Ad
  - In development



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033718



# Current Tactical Projects

- Direct Mail Campaign
  - Initial mailing:  Announcement letter with coupons and demo unit
    - Targeted mailing late-February

- PCS Coupon Program
  - Reprinting (February)
  - New design targeted for May / June

- CME Programs



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033719

**TEVA_MDL_A_01159191**



# CME Programs

- Teletopics (May)
  - Dr. James Cleary – "New Pain Algorithm"
  - CD ROM

- Regional Symposia (topic to be identified)

- "Profiles in Pain Management"
  - Quarterly newsletter / CD ROM
  - Current hot topics / specific patient types / case studies

- CME Website
  - To provide access to all CME programs



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033720

TEVA_MDL_A_01159192



# Keys to Success

- Physician Targeting

- Simplifying Titration

- MEP (peer-to-peer)

- CME



CONFIDENTIAL
PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP 10033721