PSJ17 Exh 38

# ACTIQ MARKETING 2001

## Andy Pyfer
## February 2001
## National Sales Meeting



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191466
CEP_TPP_CTAG10064736
TEVA_MDL_A_05313123

# Actiq Marketing Overview:
# Key Topics

I.     Actiq History

II.    Opioid Market Review

III.   Actiq Sales Review/Analysis

IV.   Key Issues, Strategies and Tactics

V.    Keys to Success



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191467
CEP_TPP_CTAG10064737

TEVA_MDL_A_05313124



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191468
CEP_TPP_CTAG10064738

TEVA_MDL_A_05313125



# II. Opioid Market Review

Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191469
CEP_TPP_CTAG10064739
TEVA_MDL_A_05313126

# Long Acting Opioids

| Long Acting Opioid | Generic | Company |
|---|---|---|
| Duragesic | transdermal fentanyl | Janssen |
| Oxycontin | oxycodone | Purdue |
| MS Contin | morphine | Purdue |
| Oramorph | morphine | Roxane |
| Kadian | morphine | Faulding |



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191470
CEP_TPP_CTAG10064740
TEVA_MDL_A_05313127



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191471
CEP_TPP_CTAG10064741
TEVA_MDL_A_05313128

# Short Acting Opioids

| Short Acting Opioid | Generic | Company |
| --- | --- | --- |
| Actiq | transmucosal fentanyl | Cephalon |
| OxyIR | oxycodone | Purdue |
| Oxyfast | oxycodone | Purdue |
| MSIR | morphine | Purdue |
| Roxanol | morphine | Roxane |
| Dilaudid | hydromorphone | Knoll |



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191472
CEP_TPP_CTAG10064742
TEVA_MDL_A_05313129



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191473
CEP_TPP_CTAG10064743
TEVA_MDL_A_05313130



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191474
CEP_TPP_CTAG10064744

TEVA_MDL_A_05313131



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191475
CEP_TPP_CTAG10064745
TEVA_MDL_A_05313132



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191476
CEP_TPP_CTAG10064746

TEVA_MDL_A_05313133



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191477
CEP_TPP_CTAG10064747
TEVA_MDL_A_05313134



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191478
CEP_TPP_CTAG10064748

TEVA_MDL_A_05313135



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191479
CEP_TPP_CTAG10064749
TEVA_MDL_A_05313136



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191480
CEP_TPP_CTAG10064750

TEVA_MDL_A_05313137



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191481
CEP_TPP_CTAG10064751

TEVA_MDL_A_05313138



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191482
CEP_TPP_CTAG10064752
TEVA_MDL_A_05313139



# Percent Units by Strength

Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191483
CEP_TPP_CTAG10064753

TEVA_MDL_A_05313140



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191484
CEP_TPP_CTAG10064754

TEVA_MDL_A_05313141



# Actiq Prescriber Analysis

## Xponent – Total Units YTD by Specialty

Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191485
CEP_TPP_CTAG10064755

TEVA_MDL_A_05313142



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191486
CEP_TPP_CTAG10064756

TEVA_MDL_A_05313143



# Actiq Prescriber Analysis

## Xponent – Total Sales YTD by Specialty

Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191487
CEP_TPP_CTAG10064757

TEVA_MDL_A_05313144



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191488
CEP_TPP_CTAG10064758

TEVA_MDL_A_05313145



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191489
CEP_TPP_CTAG10064759

TEVA_MDL_A_05313146

# Where are your $$ coming from?

- Oncologists account for:
  - 1 of 4 scripts
  - 1 of 5 units
  - 1 of 6 $$
- Pain Specialists / Anesthesiologists
  - Account for 2 of 5 scripts/units/$$
- Pain / Anes, Neurology and "Other" all growing at a faster rate than Oncology
- Targeting, Targeting, Targeting



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191490
CEP_TPP_CTAG10064760

TEVA_MDL_A_05313147



# Actiq Decile Analysis
## Xponent – Physician Prescribers

### Top Five Decile Prescribers YTD - Nov 2000
### (n=98)

Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191491
CEP_TPP_CTAG10064761
TEVA_MDL_A_05313148



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191492
CEP_TPP_CTAG10064762
TEVA_MDL_A_05313149

# Prescriber Retention Research

Performed in February 2000

Results:
- Efficacy not questioned
  - Lead product "like" – rapid onset

- Factors limiting use
  - Lead product "dislikes" – titration, cost
  - Reimbursement and availability hassles
  - Difficult to change prescribing habits



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191493
CEP_TPP_CTAG10064763

TEVA_MDL_A_05313150

# Market Drivers

| Market Drivers | Jan 2000 | Dec 2000 | Trend |
|---|---|---|---|
| TRx | 864 | 2,534 | ↑ |
| RX Size | 38 units/ RX | 55 units/ RX | ↑ |
| Average Selling Price | $8.01 | $10.03 | ↑ |
| Total Prescribers | 282 | 636 | ↑ |
| Units/ MD | 129 | 210 | ↑ |
| Average Retention Rate | 21% | | |

Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191494
CEP_TPP_CTAG10064764

TEVA_MDL_A_05313151



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191495
CEP_TPP_CTAG10064765
TEVA_MDL_A_05313152

# Key Marketing Issues

1. Lack of meaningful, focused positioning and message

2. Low awareness of Actiq due to limited promotional support

3. Logistical barriers to product adoption that restrict access and prescribing

4. Lack of knowledge about BTP and Actiq

5. Prescriber retention



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191496
CEP_TPP_CTAG10064766
TEVA_MDL_A_05313153

# 1. ISSUE:  Lack of meaningful, focused positioning and message

- Minimal advertising
- Poor initial concepts ("iceberg" and "unit")
  - "Iceberg" and "Unit" concepts
    - Focused on BTP and delivery system only
    - Lacked features & benefits
    - Did not provide meaningful reason to prescribe



Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-DS-00191497

CEP_TPP_CTAG10064767

TEVA_MDL_A_05313154



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191498
CEP_TPP_CTAG10064768
TEVA_MDL_A_05313155



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191499
CEP_TPP_CTAG10064769
TEVA_MDL_A_05313156

# 1. ISSUE: Lack of meaningful, focused positioning and message

## STRATEGY

- Re-launch Actiq with revised branding and positioning that provides a meaningful, focused positioning and message



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191500
CEP_TPP_CTAG10064770

TEVA_MDL_A_05313157

# 1. ISSUE: Lack of meaningful, focused positioning and message

## TACTIC

- New Concept developed ("Bell")
  - Tested among Oncologists and APMs
  - Provides two key messages and a meaningful reason to prescribe
    - "Bell" and "Relief on demand"convey
      1. Rapid onset
      2. Personal pain control

- Awaiting FDA approval



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191501
CEP_TPP_CTAG10064771
TEVA_MDL_A_05313158

B R E A K T H R O U G H   C A N C E R   P A I N



# Relief on demand.



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191502
CEP_TPP_CTAG10064772

TEVA_MDL_A_05313159

# 2. ISSUE:  Low awareness

- Limited promotional support
  - Limited field presence for initial 1999 launch (20 reps)
  - Lack of presence at major conventions
  - Lack of advertising in professional journals
  - No direct mail to physicians to support field efforts
  - Limited $$ for MEPs
  - Limited $$ for CME programs



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191503
CEP_TPP_CTAG10064773

TEVA_MDL_A_05313160

# 2. ISSUE:  Low awareness

## STRATEGY

- Improve / Increase direct promotional reach and frequency
- Establish indirect and semi-direct promotional efforts



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191504
CEP_TPP_CTAG10064774

TEVA_MDL_A_05313161

# 2. ISSUE:  Low awareness

**TACTICS**

- Upgrade field personnel and refine target audience
- Establish a presence at major conventions
  - Conventions we will have a presence at THIS year:
    - American Academy of Pain Medicine (Feb)
    - American Pain Society (April)
    - American Society of Clinical Oncology (May)
    - Oncology Nursing Society (May)
    - American Academy of Pain Management (Sept)
    - American Society of Anesthesiology (Oct)
  - MLs to provide additional presence at regional meetings



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
**Confidential**

CEPH-CT-DS-00191505
CEP_TPP_CTAG10064775

**TEVA_MDL_A_05313162**



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191506
CEP_TPP_CTAG10064776
TEVA_MDL_A_05313163

# 2. ISSUE:  Low awareness

**TACTICS (cont'd)**

- Media Plan (journal advertisements)
  - May books targeted
  - Professional Journals we will advertise in THIS year:
    - Journal of Clinical Oncology
    - Oncology
    - Oncology Times
    - Oncology Nurses Forum
    - Journal of Pain
    - Journal of Pain and Symptom Management
    - Pain Medicine
    - Pain Digest



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191507
CEP_TPP_CTAG10064777

TEVA_MDL_A_05313164



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191508
CEP_TPP_CTAG10064778

TEVA_MDL_A_05313165

# 2. ISSUE:  Low awareness

## TACTICS (cont'd)

- Website upgrade
  - Targeted for May / June

- Direct Mail Campaign
  - First mailing targeted for April
  - Two additional mailings (June and Sept)



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191509
CEP_TPP_CTAG10064779

TEVA_MDL_A_05313166



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191510
CEP_TPP_CTAG10064780
TEVA_MDL_A_05313167

# 2. ISSUE: Low awareness

**TACTICS (cont'd)**

- Enhance speaker advocacy and expand speakers bureau
  - Develop extranet site (targeted for April / May)
  - Two Regional Consultants meetings planned for June

- Increase MEP activity
  - Big $$ driving these programs
  - Must maximize impact (ROI)
  - Right: audience / message / speaker / format



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191511
CEP_TPP_CTAG10064781
TEVA_MDL_A_05313168

# 2. ISSUE: Low awareness

## TACTICS (cont'd)

- Increase CME activity
  - Promoted through direct mailings and sales force



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191512
CEP_TPP_CTAG10064782
TEVA_MDL_A_05313169

# 2. ISSUE:  Low awareness

**TACTICS (cont'd)**

- Teletopics
  - Dr. James Cleary - "New Algorithms for Pain Management"
    - Dates in May, June, Sept, Oct
  - Content adapted to CD ROM for CME self-study

- "Profiles in Pain Management"
  - Quarterly newsletter /  CD ROM self-study
  - Current hot topics / case studies / reprints



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191513
CEP_TPP_CTAG10064783

TEVA_MDL_A_05313170

# 2. ISSUE:  Low awareness

**TACTICS (cont'd)**

- Regional Symposia
  - Targeted for Fall 2001
  - Targeting 3 metropolitan areas
    - If successful, may expand sites
  - Topics to be identified and may include:
    - MSIR v. Actiq study
    - Dr. Forest Tennant Survey Research
  - Content will be adapted to:
    - CD ROM self-study
    - Teleconferences



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191514
CEP_TPP_CTAG10064784

TEVA_MDL_A_05313171

# 2. ISSUE:  Low awareness

**TACTICS (cont'd)**

- "A Nurse's Guide to Breakthrough Pain"
  - Distributed through 3rd party to ONS and AAPMNS members

- Four page write-up of Dr. Forest Tennant's Survey Research
  - Presented at the AAPM National Conference in February 2001



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191515
CEP_TPP_CTAG10064785
TEVA_MDL_A_05313172

# 2. ISSUE:  Low awareness

**TACTICS (cont'd)**

- CME Library
  - ProfilesinPainManagement.com
  - Online self-study
    - Accessible 24/7
    - Every adapted CME program will be accessible

- Other CE programs to be developed



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

# 3. ISSUE:  Logistical barriers

- Wholesalers not adequately stocked at various points during 2000

- Retail pharmacies reluctant to stock

- Insufficient and inconsistent reimbursement



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191517
CEP_TPP_CTAG10064787
TEVA_MDL_A_05313174

# 3. ISSUE:  Logistical barriers

## STRATEGY

- Maintain appropriate wholesaler inventories

- Market research to identify problems / trends in retail pharmacies

- Facilitate reimbursement



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191518
CEP_TPP_CTAG10064788

TEVA_MDL_A_05313175

# 3. ISSUE:  Logistical barriers

## TACTICS

- Distribution and Logistics Department
  - Ensuring wholesalers are adequately stocked through new / improved relationships
  - New distribution warehouse (DDN) ensures rapid shipment of product to wholesalers
    - 2 day turnaround (versus 2-3 weeks prior)
  - Identifying options to secure product availability at retail pharmacies



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191519
CEP_TPP_CTAG10064789
TEVA_MDL_A_05313176

# 3. ISSUE:  Logistical barriers

## TACTICS (cont'd)

- Market research to identify problems / trends in retail pharmacies (completed Jan 2001)
  - Surveyed 201 retail pharmacies
    - 99 independent / small chain;  102 large chain
  - Results:
    - 7% reported stocking Actiq; no difference b/w pharmacy types
    - Non-stocking pharmacies
      - 65% reported "no scripts" as primary reason
      - 35% reported being "not aware" as primary reason
  - Conclusion:
    - Retail pharmacies will stock as demand increases and awareness improves



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191520
CEP_TPP_CTAG10064790

TEVA_MDL_A_05313177

# 3. ISSUE:  Logistical barriers

**TACTICS (cont'd)**

- Identified new vendor for PAP / Reimbursement Program
  - Pracon replaces CRC
  - Will assume responsibilities March 2001
    - Details in workshop
  - Accessible through Cephalon Professional Services line (800-896-5855)
  - PAP will only support patients with malignancies
  - Reimbursement Program will support all patients



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191521
CEP_TPP_CTAG10064791
TEVA_MDL_A_05313178

# 4. ISSUE:  Lack of knowledge

- BTP not well understood

- Pain management not primary concern of Oncologists

- Misperceptions about cost of Actiq

- Poor understanding of the relative potency of Actiq



Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-DS-00191522

CEP_TPP_CTAG10064792

TEVA_MDL_A_05313179

# 4. ISSUE:  Lack of knowledge

## STRATEGY

- Create advocacy among key thought leaders

- Educate clinicians about BTP and Actiq

- Support aggressive treatment of BTP with key pain associations via PR efforts



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191523
CEP_TPP_CTAG10064793

TEVA_MDL_A_05313180

# 4. ISSUE: Lack of knowledge

## TACTICS

- MLs (and PCSs) to develop Actiq speaker bureau

- CME programs to assist in clinician education (previously listed)



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191524
CEP_TPP_CTAG10064794

TEVA_MDL_A_05313181

# 4. ISSUE:  Lack of knowledge

**TACTICS (cont'd)**

- Medical Education Programs
  - Discovery International to assist in coordination
  - Minimum 5 per territory (240 total MEPs)
  - Topics for MEPs
    - Effective Management of BTCP
    - Effective Management of BTP in Patients with Metastatic Bone Pain
    - Management of BTP in the Difficult Radiation Patient
    - Management of BTP in the New JCAHO Standards



Confidential Treatment Requested by Cephalon, Inc.
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-DS-00191525
CEP_TPP_CTAG10064795

TEVA_MDL_A_05313182