PSJ17 Exh 40

# ACTIQ
## 2002 Marketing Plan

Andrew Pyfer

Product Manager

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633061
Confidential Treatment Requested by Cephalon, Inc.

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633062 Confidential Treatment Requested by Cephalon, Inc.

# ACTIQ Monthly TRx



Relaunch

7422

2718

**273% Growth!**

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614663

Confidential

TEVA_MDL_A_05965745

# ACTIQ Monthly Units



Relaunch

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633063  Confidential Treatment Requested by Cephalon, Inc.

# ACTIQ Monthly Units/Rx



**Relaunch**

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633064

CEP_TPP_EDPA10614665

Confidential

TEVA_MDL_A_05965747

# ACTIQ Monthly Sales



2000 Sales
$16.0 MM

Relaunch

Jan-Sept 2001 Sales
$32.6 MM

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633065 Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614666

Confidential

TEVA_MDL_A_05965748

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633066
Confidential Treatment Requested by Cephalon, Inc.

# Sales Actual vs.
# 2001 YTD September

| YTD Actual | $32.6 MM |
|---|---|
| YTD Budget | $31.7 MM |

**103%** to Budget YTD



# Monthly Prescriber Count

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633067 Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614668

Confidential

**TEVA_MDL_A_05965750**

# Prescriber Base by Specialty

## 2600+ Total Prescribers by Specialty
## YTD August 2001



**2nd Largest Group**

Anes/Pain Specialist 23%

FP/GP 10%

IM 14%

Neurology 3%

Oncology 33%

Other 17%

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633068
Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614669

Confidential

TEVA_MDL_A_05965751



# TRx by Specialty
# YTD August 2001

FP/GP
8%

IM
9%

Neurology
8%

Anes/Pain
Specialist
52%

Oncology
13%

Other
10%

23% of
Prescribers

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633069

# Monthly TRx by Specialty
# 2001 YTD

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633070
Confidential Treatment Requested by Cephalon, Inc.



**304% Growth!**

Legend:
- FP/GP
- IM
- Neurology
- Oncology
- Other
- Anes/Pain Specialist

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614671

Confidential

TEVA_MDL_A_05965753

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633071

# TRx by Strength – 2001 YTD



Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633072
Confidential Treatment Requested by Cephalon, Inc.

# TRx by Strength Since Relaunch



**Relaunch**

400mcg and 800mcg growing at fastest rate

- 200mcg
- 400mcg
- 600mcg
- 800mcg
- 1200mcg
- 1600mcg

# Sales by Strength – 2001 YTD



800 mcg 19%

1200 mcg 14%

600 mcg 9%

400 mcg 17%

200 mcg 8%

1600 mcg 33%

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633073

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614674

Confidential

TEVA_MDL_A_05965756

# ACTIQ TRx Market Share
## Short-Acting Pure Opioids



September 2000 - February 2001

OxyFast 7%

ACTIQ 2%

Roxanol 28%

MSIR 13%

Dilaudid 19%

OxyIR 31%

March 2001 - August 2001

OxyFast 8%

ACTIQ 5%

Roxanol 28%

MSIR 14%

Dilaudid 18%

OxyIR 27%

# Largest Growth – ACTIQ

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633074

# Summary of Market Drivers

- **TRx growing strongly since relaunch**
  - Nearly tripled from February (2718) to August (7422)
- **Total Units growing steadily**
- **Units/Rx no longer in decline**
- **Factory Sales growing nicely**
  - **103% of budget YTD September**
  - **Projected 2001 factory sales of $50.5 MM**
    - **3x 2000 total sales of $16 MM**
- **3% increase in market share post launch**

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633075

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614676

Confidential

TEVA_MDL_A_05965758

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633076
Confidential Treatment Requested by Cephalon, Inc.

# Why have we been successful?

- **Targeting correct physician specialties**
- **Delivering ACTIQ's key messages**
  - Rapid onset of analgesia and "Personal Pain Control"
- **Implementing appropriate and effective medical education programs**
  - Sales driven MEPs
  - Consultant meetings
  - CME programs;  newsletter, website, teletopics, symposia
- **Educating key physician targets**
  - Titration process (i.e., initiation at 400mcg)
  - Relative potency of ACTIQ;  Cmax and analgesia vs. respiratory depression
  - Patient selection
- **Improving product awareness**
  - Media plan
  - Convention presence
  - Direct mailings

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614677

Confidential

TEVA_MDL_A_05965759

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633077

# Why ACTIQ?

- Key Differentiating Feature/Benefit

  - **Rapid onset of analgesia**
    - Critical feature in treating BTP and episodic pain
    - As rapid as IV morphine

  - **Provides the *patient* with the ability to better control their pain – similar to IV-PCA**
    - Improved functionality and QoL
    - "personal pain control"
    - "OT-PCA" – will be tested

# 2002 ACTIQ Positioning

- ACTIQ is
  - a medication in a unique oral transmucosal delivery system
  - that provides the most rapid onset of analgesia of any non-invasive opioid formulation available
  - and affords patients personal pain control for BTP and episodic pain

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633078

# ACTIQ Key Messages

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633079

- ACTIQ
  - Provides rapid onset of analgesia
  - Provides personal pain control by improving functionality and QoL
  - Has a unique, revolutionary drug delivery system
  - Is most effective when titration is initiated at 400mcg
  - Is safe and highly effective
  - Is easy and convenient to use
  - Is the only product specifically indicated for BTCP

# Short Term Vision Statement

- Establish ACTIQ as a valid, first-line option for the treatment of BTP

- Are we there yet?
  - BTCP?
    - We spent first two years of product life focused here and we aren't even close
  - BTP?
    - We've spent less than one year here and are making great strides

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633080

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614681

Confidential

TEVA_MDL_A_05965763

Produced Pursuant to Confidentiality Agreement

# Where are we now?

- Marketing and Sales are effectively repositioning ACTIQ as a viable and uniquely effective, first-line  BTP treatment option

- ACTIQ Usage
  - PDDA data very limited – usage areas unclear
    - No anesthesiologists included in data
    - Low volume shows minimal use among oncologists
  - Market Research and Anecdotal
    - ACTIQ is being utilized in the treatment of many chronic pain conditions, both malignant and non-malignant
    - ACTIQ is predominantly prescribed for BTP in opioid tolerant patients
    - ACTIQ is beginning to be prescribed more frequently for episodic pain in opioid naïve patients

CEPHEDPA-LB-01633081
Confidential Treatment Requested by Cephalon, Inc.

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633082

# Product Vision Statements

- Medium Term Vision
  - Establish ACTIQ as a revolutionary, highly beneficial and valid option for the treatment of BTP and episodic pain

- Long Term Vision
  - Establish ACTIQ as the ideal, first-line treatment of BTP and episodic pain

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633083

# What must be done in 2002?

- We must continue to position ACTIQ as a uniquely beneficial treatment option for BTP in opioid tolerant patients

- We must also establish ACTIQ as a viable treatment option for episodic/recurrent pain in opioid naïve patients

- We must continue to maximize ACTIQ's clear differentiating benefits and begin to provide data about ACTIQ in a variety of pain types

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614684

Confidential

TEVA_MDL_A_05965766

# 2002 ACTIQ Marketing Issues

1.  Low product awareness among targeted physician specialties (especially "awareness" linked to key benefits)

2.  Lack of knowledge in the assessment and treatment of BTP and episodic pain among targeted physician specialties

3.  Limited clinical data and publications outside of the cancer patient population

4.  Low product and disease state awareness among pain patients

5.  Limited direct promotional reach

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633084

# Issue:  Low Awareness Among MDs

- *Strategy:*  Strengthen the association of ACTIQ and its key benefits through improved awareness
- *Tactics*
  - Direct Selling
  - Journal Advertisements
  - Direct Mailings
  - CME Newsletter and Website
  - Convention Presence
  - ACTIQ.com
  - PR Initiatives

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633085

# Issue:  Lack of Knowledge

- *Strategy:*  Educate targeted physician specialties about the benefits of treating breakthrough and episodic pain with ACTIQ

- *Tactics*
  - Direct Selling (new sales aids)
  - MEPs
  - Consultant Meetings
  - CME Programs
    - Teleconferences / Symposia / Newsletter / Website / Targeted mailings (Meeting Highlight Summaries)
  - Promotional Direct Mailings
  - Approximately 57% of expected 2002 budget

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-LB-01633086
Confidential Treatment Requested by Cephalon, Inc.

# Issue: Limited Clinical Data

- *Strategy:* Marketing to assist Medical Affairs in development of a Phase IV / Case Series / Publication plan for 2002
- *Tactics*
  - Case Series – could be most important tactic of 2002
    - Targeted high potential pain types (BTP/episodic pain)
  - Exploratory Studies
    - Establish efficacy in other targeted high potential pain types (BTP/episodic pain)
    - Maximize minimal budget with smaller open-label studies
    - Comparison to other opioids: onset, preference, QoL impact
  - Publications
    - Case Series / Exploratory Studies / Poster and Abstract Presentations

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633087

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633088

# Issue: Low Awareness Among Patients

- *Strategy:* Increase awareness of BTP among targeted pain populations and empower patients to discuss their pain openly with physicians
- *Tactics*
  - Non-branded promotional materials
    - BTP wall chart for exam rooms / Pain Assessment Form
  - PR Initiatives
    - Nursing Advisory Board
    - Cancer Care Teleconferences
    - Update health websites
    - Work with patient and professional organizations (ACS, APS, Sickle Cell Pain Aware) to update patient education brochures
  - ACTIQ.com

Produced Pursuant to Confidentiality Agreement

Confidential Treatment Requested by Cephalon, Inc.

CEPHEDPA-LB-01633089

# Issue:  Limited Direct Promotional Reach

- *Strategy:*  Expand and complement direct promotional reach with promotional efforts to the highest potential targeted physicians
- *Tactics*
  - CME Initiatives
    - Teleconferences / Symposia / Newsletter / Website / Targeted mailings (Meeting Highlight Summaries)
  - Promotional Direct Mailings
  - Journal Advertisements
  - ACTIQ.com
  - Convention Presence

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEP_TPP_EDPA10614690

Confidential

TEVA_MDL_A_05965772