PSJ17 Exh 41



# ACTIQ Marketing 2002

## Sales Training

## March 2002

## Christine Wells, APM

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581387
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190736

TEVA_MDL_A_05734046

# Overview

- **Where have we been?**
  - Sales, TRx, Brand Concept
- **Where are we now?**
  - Sales, TRx, Brand Concept
- **2001 Performance Update**
- **Why ACTIQ in 2002?**
  - Differentiating Benefits / Positioning / Key Messages
- **2002 Key Marketing Issues**
- **Campaign Tracking Study Results**
- **Selected Tactics**

Actiq®
(oral transmucosal)
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-AP-01581388
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190737

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734047



Produced Pursuant to Confidentiality Agreement

CEPHEDPA-AP-01581389
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190738

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential
TEVA_MDL_A_05734048



# History of ACTIQ

FDA Approval — 11/98

Abbott Launch — 4/99

Anesta Acquires ACTIQ — 2/00

AnestaAnesta "Launch" — 5/00

Cephalon Acquires — 10/00

Cephalon Re-Launch — 3/01

It is important to understand the history of ACTIQ to be able to create a comfort level with your physicians regarding product use and company support

Actiq®
(oral transmucosal fentanyl citrate)

Cephalon

CEPHEDPA-AP-01581390
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190739

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734049

# Prior to 2001 Cephalon Relaunch

- **Product Ownership Changes**
  - Lack of continuity – company support??
  - Negative product perception
- **Weak Concepts and Poor Product Positioning**
  - Concepts focused on OT delivery system and clinical entity of BTCP
  - Did not position product based on differentiating benefits
- **BTP Misunderstood**
  - Newer concept – not well understood, assessed, treated by many in pain community



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581391
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190740
TEVA_MDL_A_05734050

# 2001 Major Challenges

## Do you get a second chance to make a first impression?

- Re-concept and reposition product after 2 years of minimal/poor support

- Refocus targeting efforts

- Improve product awareness and perception of ACTIQ's clear, differentiating benefits

- Increase awareness of BTP among prescribers and patients: proper assessment and treatment



Actiq®
(oral transmucosal
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581392
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190741
TEVA_MDL_A_05734051



# Where have we been?

## NOW AVAILABLE

### A DELIVERY SYSTEM DESIGNED TO MAKE A DIFFERENCE

Breakthrough oral transmucosal delivery

**Actiq®** (oral transmucosal fentanyl citrate)

**Important Warnings**

➤ Only for the management of breakthrough cancer pain in patients with malignancies who are already receiving and who are tolerant to opioid therapy for their underlying persistent cancer pain.

➤ Because life-threatening hypoventilation could occur at any dose in patients not taking chronic opiates, Actiq is contraindicated in the management of acute or postoperative pain.

➤ This product must not be used in opioid non-tolerant patients.

➤ Instruct patients/caregivers Actiq can be fatal to a child. Keep open units from children and discard properly.

See boxed warning and full prescribing information on following pages.

■ **1999**
- TRx ....... 5,548
- Gross Sales ....... $3.5 MM
- # of Reps ....... 20

■ **2000**
- TRx ....... 26,259
- Gross Sales ....... $16.0 MM
- # of Reps ....... 48

**Actiq®** (oral transmucosal fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581393
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190742

TEVA_MDL_A_05734052



Produced Pursuant to Confidentiality Agreement

CEPHEDPA-AP-01581394
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190743
CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734053



# Where are we now?

- **2001**
  - ◆ TRx — 73,514
  - ◆ Gross Sales — $55.0 MM
  - ◆ # of Reps — 48

- **2002**
  - ◆ TRx — 148K+
  - ◆ Gross Sales — $109 MM
  - ◆ # of Reps — 60

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581395
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190744

TEVA_MDL_A_05734054



# Year-to-Year Growth
## Sales, TRx & % Increase

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581396
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190745
TEVA_MDL_A_05734055



Performance Update

2005

Actiq®
(oral transmucosal)
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-AP-01581397
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190746

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734056



# 4 Key Business Drivers

- # of Prescribers
- # of TRx
- Units/Rx
- Dosage Strength of Rx

Actiq®
(oral transmucosal
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581398
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190747
TEVA_MDL_A_05734057



**Monthly Prescriber Count Trend**

*and Post-Launch*

162% Growth
Feb – Dec 2001

1559

595

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581399
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190748
TEVA_MDL_A_05734058



# Monthly TRx Trend
## *Pre- and Post-Launch*

Where will we be at the end of 2002?

2001 TRx
**73,514**

10,12

2,718

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581400
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190749
TEVA_MDL_A_05734059



# Monthly Units and Units/Rx

- **Accelerated growth**
- **190% growth Feb to Dec**

- **Units/TRx steady**
- **Remains above 50**

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581401
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190750

TEVA_MDL_A_05734060



# Monthly Gross Sales Trend
## *and Post-Launch*

**Q4 Gross Sales = $22.5 MM**

$8.0 MM

$2.5 MM

**Avg. 23%**
**Month-to-Month Growth**

**2001 Gross Sales**
**$55 MM**

$9,000,000
$8,000,000
$7,000,000
$6,000,000
$5,000,000
$4,000,000
$3,000,000
$2,000,000
$1,000,000
$0

Jan-00
Mar-00
May-00
Jul-00
Sep-00
Nov-00
Jan-01
Mar-01
May-01
Jul-01
Sep-01
Nov-01

Actiq®
(oral transmucosal)
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581402
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190751
TEVA_MDL_A_05734061



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581403
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190752

TEVA_MDL_A_05734062



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581404
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190753
TEVA_MDL_A_05734063



# TRx Trend by Specialty
## Impact of Focused Targeting

296% Growth Feb – Dec

4842

1223

Legend:
- FP/GP
- IM
- Neuro
- Oncology
- Other
- Anes/Pain

Months: Jan-01, Feb-01, Mar-01, Apr-01, May-01, Jun-01, Jul-01, Aug-01, Sep-01, Oct-01, Nov-01, Dec-01

Y-axis: 0, 1000, 2000, 3000, 4000, 5000, 6000

Actiq® (oral transmucosal fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-AP-01581405
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190754

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734064



# Average TRx/Prescriber by Specialty 2000 vs.

- **Tremendous growth in Anes/Pain**
- Growth in every specialty

| Specialty | 2000 | Later |
|-----------|------|-------|
| Average | 9.4 | 15.2 |
| Anes/Pain | 22.9 | 33.7 |
| Other | 4.0 | 8.4 |
| Oncology | 6.1 | 7.3 |
| Neuro | 19.7 | 25.5 |
| IM | 5.6 | 8.3 |
| FG | 7.3 | 9.4 |

**Actiq®**
(oral transmucosal
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581406
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190755
TEVA_MDL_A_05734065



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581407
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190756
TEVA_MDL_A_05734066



Two Consultant Meetings

*San Diego Meetings – 2001*

60 Physicians

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581408
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190757

TEVA_MDL_A_05734067

# 2001 Performance Update Summary
## *Four Key Business Drivers*

- **Prescriber Count**
  - Average month-to-month growth since relaunch: 17%

- **Total Prescriptions**
  - Average month-to-month growth since relaunch: 23%

- **Total Units**
  - Average month-to-month growth since relaunch: 10%
  - Units/Rx no longer in decline and above 50 units/Rx

- **TRx Strength**
  - 400 & 800 growing at fastest rate

- **Gross Factory Sales**
  - Average month-to-month growth since relaunch: 23%
  - 244% growth over 2000 ($55.0 MM vs. $16.0 MM)



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581409
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190758
TEVA_MDL_A_05734068

# Prescriber Productivity Summary

## Full Year 2001

| Specialty | % of Prescriber Base | % of TRx | % of Sales |
|---|---|---|---|
| FG | 10% | 7% | 10% |
| IM | 11% | 8% | 6% |
| Neuro | 6% | 7% | 6% |
| Oncology | 19% | 11% | 7% |
| Other | 18% | 12% | 8% |
| Anes/Pain | 35% | 55% | 62% |

| Specialty | Avg TRx/Prescriber | Avg Units/TRx |
|---|---|---|
| FG | 9.4 | 65.9 |
| IM | 8.3 | 50.8 |
| Neuro | 25.5 | 50.7 |
| Oncology | 7.3 | 38.0 |
| Other | 8.4 | 45.4 |
| Anes/Pain | 33.7 | 57.6 |

Actiq®
(oral transmucosal)
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-AP-01581410
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190759

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734069

# Why have we been successful?

- Targeting correct physician specialties
- Delivering ACTIQ's key messages (benefits of rapid onset)
- Implementing appropriate and effective medical education programs
  - ❖ Sales-driven MEPs
  - ❖ Consultant meetings
  - ❖ CME programs; newsletter, website, teletopics, symposia
- Educating key physician targets
  - ❖ Titration process
  - ❖ Relative potency of ACTIQ
  - ❖ Patient selection
- Improving product awareness
  - ❖ Media plan (journal ads)
  - ❖ Convention presence
  - ❖ Direct mailings (medical & promotional)



Produced Pursuant to Confidentiality Agreement

Confidential

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

CEPHEDPA-AP-01581411
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190760

TEVA_MDL_A_05734070



Why ACTIQ in 2002...and beyond?

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581412
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190761
TEVA_MDL_A_05734071

# Differentiation of ACTIQ

- **Why ACTIQ and not another short-acting opioid?**

- **ACTIQ's key differentiating benefit <u>meets</u> a critical unmet need**

  - **Rapid onset of analgesia**

    - **Critical feature in treating BTP and episodic pain**

**Actiq®**
(oral transmucosal
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581413
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190762
TEVA_MDL_A_05734072

# 2002 ACTIQ Positioning

- ACTIQ is

  - a medication in a unique oral transmucosal delivery system

  - that provides the most rapid onset of analgesia of any non-invasive opioid formulation available

  - and affords patients personal pain control for BTP and episodic pain

**Actiq®**
(oral transmucosal
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581414
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190763

TEVA_MDL_A_05734073

# 2002 ACTIQ Key Messages

*Messages may appear differently in promotional materials*

- **ACTIQ**
  - Provides rapid onset of analgesia*
  - Provides personal pain control by improving functionality and QoL*
  - Has a unique, revolutionary drug delivery system
  - Is most effective when titration is initiated at 400mcg
  - Is safe and highly effective*
  - Is easy and convenient to use*
  - Is the only product specifically indicated for BTCP
  - Characteristics of ACTIQ which rated extremely high in market research "satisfaction ratings"



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581415
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190764

TEVA_MDL_A_05734074



# 2002 Key Marketing Issues

Actiq®
(oral transmucosal fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPHEDPA-AP-01581416
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190765

TEVA_MDL_A_05734075

# 2002 Key Marketing Issues

1. Low product awareness among targeted physician specialties (especially "awareness" linked to key benefits)

2. Lack of knowledge in the assessment and treatment of BTP and episodic pain among targeted physician specialties

3. Limited clinical data and publications outside of cancer patient population and supporting simplified titration

4. Low product and disease state awareness among pain patients

5. Limited direct promotional reach



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581417
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190766
TEVA_MDL_A_05734076

# The Big Questions

## How will we:

- Address these key issues
- Deliver ACTIQ's key messages
- Effectively position the product in 2002?

- Continue to utilize current brand concept
- Establish appropriate strategies
  - No real change in direction
- Execute effective tactics
  - We will review shortly

Actiq®
(oral transmucosal
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581418
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190767
TEVA_MDL_A_05734077



Positioning Conveyed Through
Brand Concept

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581419
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190768
TEVA_MDL_A_05734078



# Strategically Addressing Key Issues

- CME Medical Education
- Journal Ads Medical Meetings
- Phase IV Research
- Public Relations
- Marketing Key Issues
- Direct Selling Promotional Efforts
- Publications
- Consultant Meetings

Cephalon

Actiq (oral transmucosal fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581420
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190769
TEVA_MDL_A_05734079



2002 Selected Tactics

Actiq®
(oral transmucosal)
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPHEDPA-AP-01581421
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190770

TEVA_MDL_A_05734080



# 2002 Selected Tactics

- Consultant Meetings
- CME / CE
- Promotional Materials

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581422
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190771
TEVA_MDL_A_05734081

# Consultants Meetings

- **March 22-24**    **Ft. Lauderdale, FL**
- **June 21-23**    **San Diego, CA**
- **October 25-27**    **Dallas, TX**

✦ Targeting 60 physicians at each meeting

✦ Objectives
- ▪ Drive scripts
- ▪ Identify speakers / champions

**Actiq®**
(oral transmucosal
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581423
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190772
TEVA_MDL_A_05734082

# CME / CE

- ## Five Key Initiatives

  - ◆ **3 programs extended from 2001**

    - **Newsletter:  Emerging Solutions in Pain**

    - Symposia

    - Website:  *EmergingSolutionsinPain.com*

  - ◆ **2 new programs**

    - Breakthrough Pain Category on *Pain.com*

    - Teleconferences



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581424
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190773
TEVA_MDL_A_05734083

# CME / CE – Extended Programs

## 1. Newsletter

- ◆ 1st Newsletter mailed November 2001
- ◆ 2002 – Trimesterly
  - ▪ February, June & October
  - ▪ Will allow for varied topics and create a credible CME resource
- ◆ Circulation of 10K (80% MDs)
  - ▪ BRCs mailed to original mailing list
- ◆ Reps will be provided with BRCs
- ◆ Clinicians / Reps can sign up at website



CEPHEDPA-AP-01581425
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190774

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734084

# CME Newsletter



## In this issue...

*The Clinical Expert*
Dr. Jeffry A. Gudin reviews a recent regional symposium addressing the new JCAHO Pain Management Standards.

*The Clinical Experience*
An independent study CD-ROM program presented by Dr. Steven Passik discussing substance abuse issues and chronic pain.

For additional continuing education opportunities, please visit us at:

**www.EmergingSolutionsinPain.com**

MediCom gratefully acknowledges the receipt of an educational grant in support of this publication from Cephalon, Inc.

**Cephalon**

©2002, MediCom Worldwide, Inc.
101 Washington St., Morrisville, PA 19067
No portion of this material may be copied or duplicated without the expressed permission of MediCom.



**Emerging Solutions in Pain**
www.EmergingSolutionsinPain.com

Spring 2002
Volume II
Number 1

An educational resource for clinicians in the field of pain management

Provided by:
MediCom
Worldwide, Inc.

CEPHEDPA-AP-01581426
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190775

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734085

# Business Reply Card

## Emerging Solutions in Pain
### www.EmergingSolutionsinPain.com

A subscription offer f
updates and continui
*pain*

To continue receiving your complimentary subscription to *Emerging Solutions in Pain*, please fill out this form and return it to MediCom Worldwide, Inc. via mail, fax (215-337-4660) or online at www.EmergingSolutionsinPain.com

Free subscriptions are available only to those who hold one of the positions in Pain Management listed below. If you do not qualify, paid subscriptions are available and can be ordered by calling 800-408-4242. Thank you!

☐ Yes! I want to receive complimentary quarterly
publications of *Emerging Solutions in Pain!*

☐ No thank you.

Specialty: Please check which best describes your
position and/or specialty:

☐ Pain Management
☐ Oncology
☐ Anesthesiology
☐ Internal Medicine
☐ Primary Care
☐ MD
☐ DO
☐ RN
☐ NP
☐ Other:

Name:
Title:
Institution:
Department:
Address:
Address:
City/State:
Postal/Zip Code:                Country:
Telephone: (   )          Fax: (   )
Email Address:
Signature:                          Date:

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581427
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190776
TEVA_MDL_A_05734086

# CME / CE – Extended Programs

2. **Symposia**

- **Different strategy than in 2001**
  - **25 cities with target of 20-30 MDs per program**
  - **Fewer presenters / topics**
    - ❖ **BTP & Abuse, Addiction, Diversion**
  - **Expanded reach with concentrated effort**
  - **Major rep involvement with physician recruitment**

- **Timing:  February through November 2002**



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581428
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190777

TEVA_MDL_A_05734087

# Symposia Invitation



Just a reminder…

## *New* Challenges in the Effective Management of Chronic Pain

*This educational symposium will review the new and evolving guidelines on pain management, as well as focus on two key components associated with ongoing pain management: recognition that even patients with effective analgesic regimens will still experience occasional breakthrough pain and the clinical concerns related to potential and real substance abuse issues.*

*A complimentary dinner will accompany the educational activity.*

### CME CREDIT

**Accreditation Statement:** This activity has been planned and implemented in accordance with the Essential Areas and Policies of the Accreditation Council for Continuing Medical Education. MediCom Worldwide, Inc. is accredited by the ACCME to provide continuing medical education for physicians.

**Designation Statement:** MediCom Worldwide, Inc. designates this educational activity for up to 1.5 hours in category 1 credit toward the AMA Physician's Recognition Award. Each physician should claim only those hours of credit that he/she actually spent completing the educational activity.

To register for this program, please call **800-408-4242, ext. 33.**

[⊂] *Cephalon*

Supported by an educational grant from Cephalon, Inc.

**Date** _____

**Program Time** _____

**Location** _____

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581429
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190778
TEVA_MDL_A_05734088

# CME / CE – Extended Programs

## 3. *EmergingSolutionsinPain.com*

- Launched August 2001
- Repository of all programs
  - Creates enduring materials for rep referral
  - Registration for newsletter / future programs

**Actiq®**
(oral transmucosal
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-AP-01581430
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190779

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734089

# CME Website: *EmergingSolutionsinPain.com*



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581431
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190780

**TEVA_MDL_A_05734090**

# CME / CE – New Programs

1. **Breakthrough Pain Category on** *Pain.com*

   - **Most popular "pain" website (200K hits/month)**
     - ❖ Dannemiller Memorial Educational Foundation

   - **Cephalon is sole sponsor of "Breakthrough Pain" category**
     - ❖ Unique URL: *Pain.com/breakthroughpain*

   - **Initial core offerings include:**
     - ❖ CME/CE module on BTP (10 studies abstracted)
     - ❖ Expert interviews (with site editor and guest MD)
     - ❖ Selected articles on BTP
     - ❖ Case histories
     - ❖ Patient education and information resources
     - ❖ Ask the Pain Doctor
     - ❖ FAQs

   - **Additional CME offerings / updates every 3 to 6 months**

   - **Targeted Launch: Q3 2002**



Actiq®
(oral transmucosal
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581432
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190781
TEVA_MDL_A_05734091

# CME / CE – New Programs

## 2. Teleconferences

- Pilot program – only 6 in 2002
- Topic: Treatment Advances in CRPS
- Timing: June – Aug 2002
- Targeting 20-30 MDs/call
  - If successful, additional dates possible



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581433
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190782
TEVA_MDL_A_05734092



Promotional Materials Update

Actiq®
(oral transmucosal)
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-AP-01581434
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190783

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734093

# 2001 Core Promotional Materials

**Available Now:**

- **2001 Sales Aid**
- **Patient FAQs**
- **Physician FAQs**
- **Dosing Guide (old concept)**
- **Product Monograph**
- **Reimbursement Brochure**
- **Pain Assessment Tear Sheet (non-branded)**
- **3 Non-ACTIQ Specific Reprints**



Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPHEDPA-AP-01581435
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190784

TEVA_MDL_A_05734094

# 2002 Additions

## Available Soon:

- 5 ACTIQ-specific Reprints
- Non-branded BTP Wall Chart
- New "Pocket-Size" Dosing Guide
- New PCS Coupons (with dosing instructions)
- Patient Instructional Use Tear Sheet
- 2001 Sales Aid – Revised
- Medi-Message Pads
- New Magnet & Rolodex Card
- ACTIQ.com



Actiq®
(oral transmucosal
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPHEDPA-AP-01581436
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190785

TEVA_MDL_A_05734095

# 2002 Additions

**Other Possibilities:**

- Competitive Comparison PK Sales Aid
- Patient Profile Flash Cards
- Formulary Kit
- Promotional Direct Mailings

**Giveaways:**

- 3 Different Style Pens
- Travel Coffee Mugs
- Medi-Message Pads
- And last but not least...



Actiq®
(oral transmucosal)
fentanyl citrate)

Produced Pursuant to Confidentiality Agreement

CEPHEDPA-AP-01581437
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190786

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734096

# Critical Success Factors for 2002

## *Marketing & Sales*

- Creation of key sales aids/promotional pieces
- Modification of Brand Concept
- Implementation of Public Relations Plan
- PCS-driven MEPs
- CME Programs
- Consultant Meetings



**Actiq®**
(oral transmucosal
fentanyl citrate)

CEPHEDPA-AP-01581438
Confidential Treatment Requested by Cephalon, Inc.
CEP_TPP_EDPA10190787

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

TEVA_MDL_A_05734097