# PSJ17 Exh 45

**ACTIQ National Consultants Meeting**
*Ritz-Carlton, New Orleans, Louisiana*
*Friday, April 11 - Sunday, April 13, 2003*

## Event Evaluation

**How do you currently use ACTIQ in your practice (think about patient types and desired outcomes)?**
- Chronic pain, low back, neck pain
- Cancer BTP, trigeminal neuralgia and migraine rescue
- Primarily as breakthrough for patients on long acting baseline medicine, occasionally for use of severe migraine
- Cancer pain, pain procedure, titration with long acting opioids
- Mostly chronic post-surgery, back and neck pain, severe degen. Conditions, OA, RA – my practice is mostly ortho and musculoskeletal
- Use in breakthrough pain which has sudden intermittent onset
- Not really using it much prior to meeting – have learned points when it may be helpful through meeting
- Very little. After this meeting I can think of using ACTIQ on patients who have a difficult time in the mornings because of increased pain
- Breakthrough for severe pain
- BTP in opioids tolerant chronic pain patients, treatment of acute migraine
- Breakthrough pain for chronic cervical or lumber pain, usage for chronic head pain trigeminal neuralgia for migraine headaches
- For breakthrough pain
- I have very limited experience with ACTIQ
- Chronic non-malignant pain, not a first line drug, especially useful in patient with G-I disease
- Migraine, breakthrough, AM pain of DA, pre-procedure for radio frequency
- Acute and chronic pain, need patient med without bad side effects
- Chronic pain (e.g., failed back, PHN), cancer, works very well for post procedure pain (e.g., discography, RF procedures – avoids the "shot")
- Chronic LBP, cancer patient
- Patients who can't swallow or have various bowel syndromes, breakthrough in patients maintained on, patients who have failed other opiates, usually up to 4 per day
- Breakthrough pain with migraine and chronic non-malignant pain
- Do not use it currently
- Break through medicine, acute migraine HA
- Breakthrough pain
- Chronic pain breakthrough
- Chronic non-cancer pain, fibromyalgia
- Non-cancer pain, pre-procedure, acute pain – injury, zoster
- Cancer patient, chronic pain (post laminectemy, spinal stenosis,…)
- Vertebral fractures, OA back/knees/hips, failed total it's, peripheral neuropathy
- Chronic low back pain, post laminectemy pain, some headache patients
- I am using ACTIQ for BT pain for chronic pain patients namely in CA pain, migraine, failed back and phantom limb – I will now be adding herpes zoster and PHN patients to my list!
- Breakthrough for patients on long acting opioids, primary med. for patients with episodic pain

**ACTIQ National Consultants Meeting**
*Ritz-Carlton, New Orleans, Louisiana*
*Friday, April 11 - Sunday, April 13, 2003*

**Please rate the overall presentations:**

*Saturday, April 12, 2003*

*Characteristics of Breakthrough Pain* by Steve Shoemaker, MD

Not Relevant                                 Very Relevant
1(0)    2(0)    3(0)    4(3)    5(10)    6(19)

Why did you give this rating?
- Good data review
- Excellent knowledge, excellent presentation
- Excellent lecture
- Good scientific data
- Review of research very helpful
- Topic well addressed
- This is what I see in my practice
- I now better understand the pathophysiology of breakthrough pain
- Very knowledgeable, good slides, good speaker
- Excellent overview/presentation
- Good talk – updated information
- Inaccuracies in talk, too "company" geared
- Clear, relevant
- Good overall synopsis
- Good presentation
- Data presented well – but would help to provide copies of key studies professional presentation
- Most of the information presented I already know
- Well versed
- Excellent med. for breakthrough pain
- Very informative and extremely relevant to my practice

                          Low                                       High
Effectiveness of speaker  1(0)   2(0)   3(1)   4(3)   5(9)   6(18)   Blank(1)

*Pathophysiology of Pain* by Daniel Bennett, MD

Not Relevant                                 Very Relevant
1(0)    2(0)    3(0)    4(2)    5(8)    6(22)

Why did you give this rating?
- Thorough speaker
- Very clear descriptions and slides
- Good general review on the mechanism of pain
- Important to understand and to review new (?) knowledge
- Crisp, clear, would have liked to hear more from this speaker
- Helps me understand strategies for pain treatment
- Better understanding of synergistic approach to pain management
- Good understandable summary, good slides
- Excellent overview/presentation
- Good review
- Excellent talk, good science
- Very practical, good basic science
- Ok review of pain physiology
- Excellent review!
- Did not find talk providing new information – presentation not as professional, very good slides

**ACTIQ National Consultants Meeting**
*Ritz-Carlton, New Orleans, Louisiana*
*Friday, April 11 - Sunday, April 13, 2003*

- Only few new information
- Made the etiology of pain very understandable
- I know this stuff is important but oh so boring :(

|                          | Low  |      |      |      |      | High  |
|--------------------------|------|------|------|------|------|-------|
| Effectiveness of speaker | 1(0) | 2(1) | 3(2) | 4(2) | 5(9) | 6(18) |

*Pain Management Application: Chronic Back pain/ Arthritic Pain* by Steve Simon, MD, RPh

| Not Relevant |      |      |      |      | Very Relevant |          |
|--------------|------|------|------|------|---------------|----------|
| 1(0)         | 2(0) | 3(3) | 4(3) | 5(6) | 6(18)         | Blank(2) |

Why did you give this rating?
- He basically gave his personal experience and had an answer for everything
- Frequent, probably most common issue in pain management
- Good overview of enormous topic
- What I actually see in my office
- Good slides, good delivery
- Excellent overview/presentation
- Good talk
- Just "ok"
- A little scattered and rambling
- No new info, lots of opinions not all evidence based
- Too basic
- Basically acute pain talk and arthritis, professional – good slides
- Being a rheumatologist I found this very appropriate
- Chronic back and arthritic makes up 60-70% of my practice

|                          | Low  |      |      |      |       | High  |          |
|--------------------------|------|------|------|------|-------|-------|----------|
| Effectiveness of speaker | 1(0) | 2(0) | 3(3) | 4(3) | 5(12) | 6(13) | Blank(1) |

*Pain Management Application: Migraine Headache* by R. Steven Singer, MD

| Not Relevant |      |      |      |      | Very Relevant |
|--------------|------|------|------|------|---------------|
| 1(0)         | 2(1) | 3(0) | 4(8) | 5(8) | 6(15)         |

Why did you give this rating?
- He gave his personal experience, it was an honest presentation
- I see a number of headache patients
- On target
- I am a neurologist and treat headache patients
- I have multiple HA patients in my practice
- Headache is a very big problem and narcotics are controversial
- Excellent overview presentation
- Good talk – tough subject
- Interesting topic, a little too "folksy"
- Very practical
- Nothing new
- I rarely see migraines
- See some migraines, but less than back pain. Professional, slides okay
- Information not relevant to my practice
- HAs are very prevalent
- HA patients are the biggest challenges in my practice – I was happy to learn great new info
- I don't see many headache patients

|                          | Low  |      |      |      |       | High  |          |
|--------------------------|------|------|------|------|-------|-------|----------|
| Effectiveness of speaker | 1(0) | 2(0) | 3(2) | 4(4) | 5(10) | 6(13) | Blank(3) |

**ACTIQ National Consultants Meeting**
*Ritz-Carlton, New Orleans, Louisiana*
*Friday, April 11 - Sunday, April 13, 2003*

### Sunday, April 13, 2003

*Abuse, Addiction, Diversion* by Jeffrey Gudin, MD

| Not Relevant | | | | | Very Relevant | |
|---|---|---|---|---|---|---|
| 1(0) | 2(0) | 3(0) | 4(2) | 5(10) | 6(19) | Blank(1) |

Why did you give this rating?
- Would have liked specific detox protocol discussed
- Very useful information
- Very frequent issue in pain management
- Too broad a topic for this short period
- I have this concern in my office
- I have multiple concerns with diversion/addiction
- Extremely important issue
- Excellent overview presentation
- Best speaker you had!
- Good talk – lots of information
- Good lecture, good science
- Excellent speaker
- Addressed issues of concern
- Excellent
- Good talk – good slides
- Lots of practical info
- The information are relevant to my practice
- Only talk I've ever heard that addresses both pain and addiction
- I am always looking for ways to improve my practice. Dr. Gudin provided great information on how to improve documentation and limit abuse potential of meds

| | Low | | | | | High | |
|---|---|---|---|---|---|---|---|
| Effectiveness of speaker | 1(0) | 2(0) | 3(1) | 4(0) | 5(7) | 6(19) | Blank(5) |

**Did the meeting format facilitate open discussion?    __31____ Yes    ___1____ No**
**If not, what recommendations would you make?**
- Panel discussion on the first day as well
- Break out sessions – smaller groups for discussions
- It can be better by giving more time for discussion after each lecture
- Great format! The format definitely encouraged open discussion. Dr. Shoemaker did a great job of facilitating the discussion

**ACTIQ National Consultants Meeting**
*Ritz-Carlton, New Orleans, Louisiana*
*Friday, April 11 - Sunday, April 13, 2003*

**What key points from today's discussion can be used in the development of future programs?**
- Legal issues of prescribing
- Continuing education for all aspects of acute and chronic pain
- Titration from other oral opiates to ACTIQ
- Need to do double blind placebo controlled studies in patients with OA, RA and orthopedic surgery, back pain (?) vertebral Fxs, this data is fundamental for practitioners to use narcotics with confidence!
- Addicts do have pain problems – more discussion of how to manage those difficult patients
- What is the company doing at the government level
- Equivalent to IV MS
- More on abuse and diversion. Get speaker from the legal community
- Obviously need further studies showing well controlled studies with specific problems
- Panel discussion
- Use of ACTIQ in arthritis
- To use ACTIQ in office procedures
- Possibly devoting more time to drug abuse/diversion. Everyone seemed to have a lot of questions on this topic

**What new information did you receive from today's discussion?**
- Pharmacokinetics
- Further evidence that ACTIQ is safe and effective
- Info re: diversion, dosing of ACTIQ
- More info on effective titration of ACTIQ and which patients to use it in
- I learned about the management of breakthrough pain, many practical, useful cues about addiction and risk management program
- That ACTIQ may be able to replace use of LA (?)
- How to use ACTIQ in headache management
- ACTIQ is safer than I thought it was. My concerns are the same as those of my colleagues in the community
- Some ideas in controlling difficult patients – (?) or large does of other (?)
- Flexibility in dosing with increased (?) dose
- More info on pharmacology and potential clinical issues
- Several ideas for new applications or uses
- Addiction, withdrawal, detox
- Very helpful with legal ramifications
- Different use of ACTIQ
- Excellent information on protecting my practice by improving documentation. I liked Dr. Gudin's discussion on not discouraging patients for violating contracts but offering them other treatment options. Where can I get a "welcome kit"?

**Please rate the overall event**      _17_ Excellent _8_ Very Good _0_ Good _0_ Fair _0_ Poor _7_ Blank/NA

**ACTIQ National Consultants Meeting**
*Ritz-Carlton, New Orleans, Louisiana*
*Friday, April 11 - Sunday, April 13, 2003*

How would you rate the following elements of the event:

**Location**:  __21__ Excellent  __7__ Very Good  __2__ Good  __0__ Fair  __0__ Poor  _2_ Blank/NA

**Time:**  __24__ Excellent  __5__ Very Good  __1__ Good  __0__ Fair  __0__ Poor  _2_ Blank/NA

**Hotel Services**:  __23__ Excellent  __7__ Very Good  __0__ Good  __0__ Fair  __0__ Poor  _2_ Blank/NA

**Audio Visual Services**:  __25__ Excellent  __5__ Very Good  __0__ Good  __0__ Fair  __0__ Poor  _2_ Blank/NA

**Hotel Menu Selection**:  __15__ Excellent  __11__ Very Good  __3__ Good  __1__ Fair  __0__ Poor  _2_ Blank/NA
Comments:
- Food was great
- Breakfast could be better

**Transportation:**  __20__ Excellent  __5__ Very Good  __3__ Good  __0__ Fair  __1__ Poor  _3_ Blank/NA
Comments:
- Didn't get picked up at airport

**Meeting Planners:**  __24__ Excellent  __5__ Very Good  __1__ Good  __0__ Fair  __0__ Poor  _2_ Blank/NA

**Do you have any additional comments?**
- Great location
- Excellent meeting – very good education; even though it was sponsored by ACTIQ I felt many of the lectures were very unbiased (other meds were not bashed or put down and this is welcome as compared to other meetings where this occurs)
- I suggest a comprehensive ACTIQ binder be provided to all participants. Include: slide reproductions, clinical studies, handouts, etc.
- Thank you
- Other than a bad golf experience, this was an excellent conference with very good speakers and desirable balance between conference and free time
- Good job – really enjoyed this program!
- Please do more work at the FDA level
- Really great meeting
- Great conference
- Let's do it again!
- Reduce the amount of "party line" information and more science. Don't approach the audience as if we were potential customers, we don't need to be "convinced" we need to be educated
- Very good location, good food, great planning. Very good information overall enjoyed meeting
- More of these meetings. Diet caffeine free drinks at break other than water (i.e., Diet 7 Up, Diet Caffeine Free Pepsi/Coke)
- For physician practicing in academic program might need to attend a different level of consultant meeting as most of the information presented in this meting are reasonably "old information"
- Excellent meeting got enough time for other activities. Thanks for inviting us
- This was a 5 Star event. Everything was planned with such careful attention to detail. I was so pleased with all the new information I received. I will absolutely be incorporating ACTIQ into my practice a lot more!