# PSJ17 Exh 61

| | |
|---|---|
| **From:** | Matthew Day </O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MDAY> |
| **To:** | Ruth Wilson |
| **CC:** | Jeffrey Arcara |
| **Sent:** | 10/26/2017 1:55:39 PM |
| **Subject:** | RE: Pain Advocacy |

Hi Ruth,

Hope ECTRIMS is going well.

Lars and or Amanda from Regeneron will be reaching out to you to connect on 2018 planning and make introductions.

We sponsored the following groups in 2017:

| |
|---|
| Alliance for Patient Access |
| AAPM |
| AAPMed |
| ACA |
| APS |
| Pain Week |
| Association of Drug Diversion |
| For Grace |
| State Controlled Authories |

We also have continued to maintain the Pain Matters campaign on a limited budget, in which advocacy groups help support.   Total spend in 2017 $400k.

The 2018 spend will fall under Regeneron/ Teva.



**Matt Day**
Director of Marketing – CNS/ Pain Care
Tel: 610-727-6573 / matthew.day@tevapharm.com

---

**From:** Jeffrey Arcara
**Sent:** Thursday, October 26, 2017 9:24 AM
**To:** Ruth Wilson; Matthew Day
**Subject:** RE: Pain Advocay

Hi Ruth….we approx. $250K for Advocacy in 2018.

For 2017, we haven't done much/any Advocacy spend.  Just few meetings at Pain Week with Penny, etc.

---

**From:** Ruth Wilson
**Sent:** Thursday, October 26, 2017 8:29 AM
**To:** Matthew Day
**Cc:** Jeffrey Arcara
**Subject:** RE: Pain Advocay

**Highly Confidential**                                                                                                                                    TEVA_MDL_A_08653780

Dear Matt
Sorry for the slight delay in response, I am currently at ECTRIMS. Thanks for connecting

Great question, yes of course – more than happy to be the point for the Regneron team. Good thinking.
Also more than happy to support any overlapping projects – great that you are already connecting with Todd, please let me know how I can help moving forward.

I also have a question for you?
AOP 2018, if you are handling the US advocacy requests, which is great, can you share with me the planned $spend for 2018. I am trying to collate an overview of all advocacy spend across geographies and TA for 2018 and currently don't have a sense for Pain.

Additionally, and this is my other ask – can you share with me estimated year to date spend for 2017.

I am presenting next week at the business review so appreciate that there is a short timeline on this, thank you for your help in advance.
Best wishes
Ruth

---

**From:** Matthew Day
**Sent:** dinsdag 24 oktober 2017 15:51
**To:** Ruth Wilson
**Cc:** Jeffrey Arcara
**Subject:** Pain Advocay

Hi Ruth,

With Liza transitioning off of Pain Advocacy we need to establish a point for the Regneron team.  Will you be able to fill this role.

I am currently handling the advocacy requests for the U.S. and was planning on partnering with Todd for overlapping initiatives.

Thanks,

Matt



**Matt Day**
Director of Marketing – CNS/ Pain Care
Tel: 610-727-6573 / matthew.day@tevapharm.com

**Highly Confidential**                                                                                                                                    TEVA_MDL_A_08653781