PSJ17 Exh 64

# Chronic Pain Management:
# Optimizing Efficacy and Safety in Opioid Use

*Supported by an educational grant from Teva Pharmaceuticals*




# Activity Overview

- Activity is a roundtable discussion in which a 3-member faculty panel of experts discuss strategies for safe, effective opioid therapy include thoughtful patient evaluation and a shared decision-making approach to care, as well as the use of available and emerging abuse-deterrent opioid formulations.

- Activity utilizes the "Flipped Classroom" model in which the typical lecture and homework elements of a course are reversed—learners get up-front "homework" that is followed by interactive activities.

- Activity Certification:
  - Activity is certified for 1.25 *AMA PRA Category 1 Credit™*.
  - Activity was posted on myCME on January 27, 2016

**LEARNING OBJECTIVES**

*At the conclusion of this activity, participants should be better able to:*

1. Evaluate patients with chronic pain to identify those who may benefit from opioid therapy

2. Stratify patients with chronic pain according to low, moderate, or high risk for opioid misuse, abuse, or diversion

3. Individualize chronic pain treatment plans with attention to medication choice and dosing strategies intended to optimize outcomes and minimize risk

4. Communicate effectively with patients who experience chronic pain to facilitate a shared decision-making model of care



# Faculty

**FACULTY CHAIR**

**Jeffrey A. Gudin, MD**
Director, Pain Management and Palliative Care
Englewood Hospital and Medical Center
Englewood, NJ
Clinical Instructor in Anesthesiology
Icahn School of Medicine at Mount Sinai
New York, NY

**FACULTY**

**Charles E. Argoff, MD**
Professor of Neurology
Albany Medical College
Director, Comprehensive Pain Center
Albany Medical Center
Albany, NY

**Steven P. Stanos, Jr., DO**
Medical Director of Swedish Pain Services
Medical Director of Occupational Medicine Services
Swedish Health System
Seattle, WA



# Activity Participation



**Page Views**
**13,703**

**Unique Visitors**
**3,227**

**Readers**
**1,505**

Completion Ratio
80%

**Post-tests**
**1,198**

### Readers - Profession

Other, 8%
Nurse, 12%
MD/DO, 35%
PA, 20%
NP, 25%

### Readers - Specialty

EM/CC, 12%
FM/GP, 32%
Anesthesiology, 13%
Internal Medicine, 15%
Pain Medicine, 28%

### Post-Tests - Profession

Other, 7%
Nurse, 11%
MD/DO, 36%
PA, 21%
NP, 25%

### Post-Tests - Specialty

EM/CC, 12%
FM/GP, 32%
Anesthesiology, 14%
Internal Medicine, 15%
Pain Medicine, 27%



# Participation by Region



West = 16%

Midwest = 17%

Northeast= 24%

Southeast = 26%

South = 12%

xUS = 4%

# Regional Exam Completions by Profession



N = 1,198

Legend: MD/DO ■ PA ■ NP ■ Nurse ■ Other

# Overall Pre-/Post-test Analysis

- 5 questions asked as pre-test with the same questions used as follow-up in the post-test

- Learners showed increases in:

  - Knowledge – overall improvement of 90% pre vs. post

  - Competence – overall improvement of 106% pre vs. post

  - All learning objectives showed improvements pre vs. post

    - LO #3 showed the highest rate of improvement  – 242% pre vs. post

    - LO #1 showed the least improvement – 64% pre vs. post

  - No significant variations were noted across professions



**Overall Pre/Post Analysis**

N = 1,198;  $p < 0.05$



**Knowledge Questions**



**Competence Questions**



# Evaluation Analysis

**94%**

of participants agreed or strongly agreed that the activity **enhanced their professional effectiveness**

**99%**

indicated that the activity was **fair balanced, objective, and free of bias for or against any product**

**93%**

agreed or strongly agreed that **the topics were current and clinically relevant to their practices**

**93%**

agreed or strongly agreed that **the faculty presented content that can be translated into actionable items**

myCME  HME Haymarket Medical Education

# Intent to Change

**Please indicate how often you currently use each of the listed strategies with respect to the treatment of patients with chronic pain. Then, indicate how often you now plan to use these same strategies based on your participation in this CME activity.**

A. Evaluate patients to identify those who may benefit from opioid therapy

B. Stratify patients according to their risk for opioid misuse, abuse, or diversion

C. Individualize treatment plans with attention to medication choices and dosing strategies to optimize outcomes and minimize risk

D. Engage in a shared decision-making process with patients

E. Use assessment instruments (eg, the Opioid Risk Tool)

F. Consider the use of abuse-deterrent opioids

G. Incorporate or recommend nonpharmacological pain management strategies in treatment plans



n = 1,159

*Scale:*  5 – Always; 4 – Often; 3 – Sometimes; 2 – Not Often; 1 – Never



# Estimated Patient Impact

- Ave. # of pts. seen per day ~ 18.4

- Ave. # days per week pts. are seen ~ 4.1

- Ave. % affected by chronic pain = 39.4%

Estimated Patient Impact (Weekly):

## 34,052

n = 1,159

# Outcomes Survey Results

# Post-activity Follow-up Surveys

- Distributed automatically to all individuals who complete the post-test of an activity
  - Up to 6 months post-activity
- System allows for multiple surveys to be sent
- Focus of the survey is on securing self-reported subjective change in performance



# Changes Made in Practice

**Since completing this CME activity, how often have you done the following with regard to patients experiencing chronic pain?**

A.  Evaluate patients to identify those who may benefit from opioid therapy

B.  Stratify patients according to their risk for opioid misuse, abuse, or diversion

C.  Individualize treatment plans with attention to medication choices and dosing strategies to optimize outcomes and minimize risk

D.  Engage in a shared decision-making process with patients

E.  Use assessment instruments (eg, the Opioid Risk Tool)

F.  Consider the use of abuse-deterrent opioids

G.  Incorporate or recommend nonpharmacological pain management strategies in treatment plans



*Scale:* 5 – Always; 4 – Often; 3 – Sometimes; 2 – Not Often; 1 – Never

n = 211

# Barriers Encountered

**For each factor listed below, please indicate how much of a barrier/ challenge each one presented in implementing changes in your practice. (1 = Not a Barrier; 5 = A Major Barrier)**



n = 211

# Patient Reach

**Since your participation in the activity, how many patients with chronic pain have you encountered in your practice?**

**How many patients have you seen in the past week who have benefited from your participation in this CME activity?**



■ None
■ 1 to 5
■ 6 to 10
■ 11 to 15
■ 16 to 20
■ > 20

■ None
■ 1 to 5
■ 6 to 10
■ 11 to 15
■ 16 to 20
■ 21 to 25
■ > 25

n = 211



# Supporting Data

# Pre- and Post-Test Analysis – Question 1

*Knowledge question focused on Learning Objective #4*

**For patients with chronic pain:**

A. Long-term opioid therapy is just 1 component of a multimodal pain-management approach

B. Family history of substance abuse is an absolute contraindication to long-term opioid analgesia

C. Opioid analgesia should be considered first-line therapy because of its well-established efficacy

D. Rapid- or short-acting opioids are generally preferable to long-acting opioids



= correct answer; N = 1,198; *P* < 0.05

### Overall Improvement = 16%

| | MD/DO | PA | NP | Nurse | Totals |
|---|---|---|---|---|---|
| Reinforced | 87% | 84% | 87% | 88% | **86%** |
| Improved | 12% | 16% | 12% | 12% | **14%** |
| Unaffected | 0% | 0% | 2% | 0% | **1%** |

# Pre- and Post-Test Analysis – Question 2

*Knowledge question focused on Learning Objective #4*

**Long-acting opioids:**

A. Are most appropriate for neuropathic pain

B. Offer the greatest flexibility because they address both acute and chronic pain

C. Have a delayed onset of action

D. Do not lend themselves to abuse-deterrent formulations



= correct answer; N = 1,198; $P < 0.05$

**Overall Improvement = 112%**

|  | MD/DO | PA | NP | Nurse | Totals |
|---|---|---|---|---|---|
| Reinforced | 45% | 42% | 44% | 28% | **42%** |
| Improved | 45% | 50% | 49% | 64% | **50%** |
| Unaffected | 9% | 8% | 8% | 9% | **8%** |



# Pre- and Post-Test Analysis – Question 3

*Knowledge question focused on Learning Objective #4*

**The Opioid Risk Tool asks patients about all of the following except:**

A.  Family and personal history of substance abuse

B.  Duration of pain

C.  Age

D.  History of preadolescent sexual abuse



= correct answer; N = 1,198; *P* < 0.05

**Overall Improvement = 433%**

| | MD/DO | PA | NP | Nurse | Totals |
|---|---|---|---|---|---|
| Reinforced | 16% | 15% | 17% | 9% | **15%** |
| Improved | 65% | 70% | 68% | 78% | **69%** |
| Unaffected | 19% | 15% | 15% | 14% | **16%** |



# Pre- and Post-Test Analysis – Question 4

*Knowledge question focused on Learning Objective #4*

**Abuse-deterrent opioids:**

A.  Are the current standard of care in pain management

B.  All include structural properties that prevent tablets from being crushed or dissolved

C.  Are currently investigational only

D.  May use a variety of means, including physical barriers or inclusion of opioid antagonists or aversive substances, to prevent abuse



= correct answer; N = 1,198; $P < 0.05$

### Overall Improvement = 51%

|            | MD/DO | PA  | NP  | Nurse | Totals |
|------------|-------|-----|-----|-------|--------|
| Reinforced | 67%   | 55% | 67% | 62%   | **63%** |
| Improved   | 31%   | 42% | 30% | 33%   | **34%** |
| Unaffected | 2%    | 3%  | 3%  | 5%    | **3%**  |



# Pre- and Post-Test Analysis – Question 5

*Knowledge question focused on Learning Objective #4*

**Motivational interviewing may play a role in pain management by:**

A. Helping patients assess and quantify pain severity

B. Identifying ambivalence that may be an obstacle to positive change

C. Stratifying patients according to risk of opioid misuse

D. Managing patient expectations about anticipated reduction in pain symptoms

**Overall Improvement = 249%**

| | *MD/DO* | *PA* | *NP* | *Nurse* | *Totals* |
|---|---|---|---|---|---|
| **Reinforced** | 23% | 25% | 24% | 21% | **23%** |
| **Improved** | 62% | 61% | 61% | 68% | **63%** |
| **Unaffected** | 15% | 14% | 16% | 11% | **14%** |



= correct answer; N = 1,198; $P < 0.05$

