# PSJ17 Exh 67
# [Intentionally Omitted]