# PSJ17 Exh 69
# [Intentionally Omitted]