PSJ17 Exh 70



**Derek McGinnis** of Discovery Bay, Calif., was serving with the U.S. Navy as a Hospital Corpsman during Operation Phantom Fury when his Humvee ambulance was broadsided by a suicide driver.

Derek's left leg was nearly blown off above the knee, and flying fragments hit the right side of his face and much of his body. His right eye was severely damaged and his brain jarred traumatically.

Derek's leg had to be amputated to save his life, one of the many causes of his injury-related chronic pain he struggled with for years. For Derek, his pain not only affected his recovery but also the people around him. He credits his wife, Andrea, and his mother and father as crucial to his survival and recovery. To help other veterans and their loved ones navigate the system and deal with the physical and emotional aspects of serious chronic pain, he wrote the book, *Exit Wounds: A Survival Guide to Pain Management for Returning Veterans and Their Families.*

Derek now works for the Department of Veterans Affairs in California reaching out to homeless veterans. After years of practice he re-learned how to run and has since completed multiple endurance races. Teva Pharmaceuticals is compensating Derek for his time and reimbursing him for travel expenses for participation in media interviews.

PAIN-40039
October 2013

**Confidential**