PSJ17 Exh 71

**File Provided Natively**

Highly Confidential

TEVA_MDL_A_00886736

Confidential - For Internal Discussion Purposes Only - Not for Promotion     1



# PAINWEEK

May 29, 2014

Confidential - For Internal Discussion Purposes Only - Not for Promotion	2

# Disclaimer

This presentation is a draft for discussion purposes only. It may include information with respect to actual or potential prescriptions for uses of our products that are not presently approved by the FDA and thus not promoted by Teva. Off-label promotion is against company policy. Sales and marketing promotional activity is strictly limited to the indications currently listed in the products' respective package inserts. Information about non-promoted prescriptions is to be used only for legitimate business planning purposes (e.g., discussions of ongoing or potential clinical development plans, considerations of promotional strategies if and when new indications are approved, production planning, and for budgeting and forecasting revenues). All revenue assumptions or projections assume strict compliance with Teva's policy prohibiting any promotion of off-label uses of our products.

Confidential - For Internal Discussion Purposes Only - Not for Promotion     3

# About PAINWeek

**September 3-6, 2014**
**Las Vegas**

| TOTAL ATTENDEES: 2,000 | | |
|---|---|---|
| TOTAL ORG. MEMBERS: N/A | | |
| 97% U.S. | | 3% INTL |
| **Attendee Type** | **Practice Setting** | **Specialty** |
| 56% Physician | N/A | 59% Internal/Family Med |
| 15% Pharmacist | | 14% PM&R |
| 12% Nurse Practitioner | | 14% Anesthesiology |
| 7% Other Nursing | | 7% Other |
| 4% Physician Assistant | | 5% Psychiatry |
| 4% Physical Therapy | | 2% Neurology |
| 4% Research | | |

### Noteworthy Points

- PAINWeek is now the largest U.S. pain conference and is managed by Aventine Co., a medical communications company primarily focused on pain management education
- 70% of attendees prescribe opioids, NSAIDs, antidepressants and other analgesics
- 50% of attendees do not attend any other pain conference; 30% do not attend any other medical conference
- *PAINWeek Journal,* which published its first edition in Q3 2013, has a circulation of 10,000
- PAINWeek has nearly 30 media partners, including *Pain Medicine News, Family Practice News, Internal Medicine News*
- 23 medical societies presented full-day tracks in previous years

### Relevant Advocacy Group Presence



### Previous Industry Exhibitors, Sponsors of Relevance


  
  

### Previous Corporate Symposia, Product Theaters of Relevance

       

**Information provided about PAINWeek is based on 2013 conference data**

Confidential - For Internal Discussion Purposes Only - Not for Promotion          4

# PAINWeek Marketing Activities

- Corporate Sponsorship
- *Pain Matters* Screening and Panel Discussion
- Abuse Deterrence Technology Educational Product Theater
- FENTORA / AMRIX Booth
- FENTORA Product Theater



Confidential - For Internal Discussion Purposes Only - Not for Promotion        5

# Pain Matters Screening
A one-hour, non-CME PDM program

**Friday, September 5**
**8:10 a.m. – 9:10 a.m.**
**Approximately 200 Attendees**

**Purpose:** Leverage the film to explore perspectives of multiple stakeholders around unmet needs in chronic pain care and generate dialogue around the future of pain management

## Objectives:

- Shed light on the real impact of chronic pain through personal stories and insight into the individual and societal burden
- Review how the patient/physician dialogue can be optimized
- Discuss the future of pain management and the potential role of abuse deterrence technology

## Proposed Participants:

- **Penney Cowan**, executive director, American Chronic Pain Association (featured in documentary and survey partner)
- **Bob Twillman, PhD**, director of policy and advocacy, American Academy of Pain Management (featured in documentary and survey partner)
- **Derek McGinnis**, Iraq War veteran who lives with chronic pain as a result of injuries sustained abroad (featured in documentary)
- **Melanie Rosenblatt, MD**, medical director of pain management, North Broward Medical Center (featured in documentary)
- **Paul J. Christo, MD, MBA**, assistant professor of anesthesiology and critical care, Johns Hopkins University School of Medicine (Moderator)

Confidential - For Internal Discussion Purposes Only - Not for Promotion    6

# ADT Product Theater
A one-hour, non-CME PDM program

**Saturday, September 6**
**12:00 p.m. – 1:30 p.m.**
**Approximately 300 Attendees**

**Objective: To align with ADT pillar platform**

**Discussion Topics:**
- Review the terminology, prevalence, and impact of misuse, abuse, and diversion of opioid-based therapeutics
- Discuss the role of HCPs in mitigating the abuse risks associated with prescribing opioid-based medicines
- Provide an industry overview on the development of AD technologies, including Teva's proprietary AD technology

**Proposed Speakers:**
- **Jeffrey Gudin, MD,** director of pain management and palliative care, Englewood Hospital
- **Charles Argoff, MD**, assistant professor of neurology, New York University School of Medicine
- **Melanie Rosenblatt, MD,** medical director of pain management, North Broward Medical Center

Confidential - For Internal Discussion Purposes Only - Not for Promotion    7

# Fentora Product Theater
A one-hour, non-CME PDM program

**Friday, September 5**
**2:50 p.m. – 3:50 p.m.**
**Approximately 200 Attendees**

**Purpose: Deliver scientific information on the appropriate use of FENTORA to managed BTP in patients with cancer**

## Objectives:
- Treatment of cancer has become increasingly more complex and has had a significant impact on the management of cancer pain
- The treatment of breakthrough cancer pain (BtCP) requires this multidisciplinary approach and requires a thorough evaluation to identify patient types who may be amenable to BtCP treatment with Fentora, a transmucosal immediate-release fentanyl (TIRF) product.

## Proposed Speakers:
- **Marcin Chwistek, MD**
  Fox Chase Cancer Center
  Adjunct Assistant Professor
  Temple University School of Medicine
  Philadelphia, PA

Confidential - For Internal Discussion Purposes Only - Not for Promotion | 8

# Booth



Teva ADT Booth TBD

Confidential - For Internal Discussion Purposes Only - Not for Promotion    9

# Potential Media and Advocacy Outreach

- PAINWeek presents an opportunity to coordinate one-on-one briefings with media and medical directors from advocacy organizations.
- Explore the possibility of utilizing the AD pillars / platform in development to brief media and advocacy partners and open a dialogue.
- Work with Advocacy to ensure alignment and overall coordination.

| Materials Development | Success Metrics |
|---|---|
| • Slide presentation to guide briefings<br>• Media pitch email<br>• Spokesperson bios | • Conduct 3-5 briefings with advocacy medical directors<br>• Secure 3-5 interviews<br>   • 80% message pull through |

Confidential - For Internal Discussion Purposes Only - Not for Promotion                                10

# Recruitment, Attendance & Corporate Visibility Drivers

| Tactic | Corporate | Fentora Product Theater | Pain Matters Screening | AD Technology Product Theater |
|---|---|---|---|---|
| Conference Tote Bag Insert | ✓ (include booth Information) | ✓ | ✓ | ✓ |
| Hotel Room Drop (evening prior to each activity) |  | ✓ | ✓ | ✓ |
| Mobile App Listing | ✓ |  | ✓ |  |
| Exhibit Hall Passport Premiere Listing | ✓ |  |  |  |
| Exhibit Hall Digital Signage | ✓ |  |  |  |
| PAINWeek Program Guide | ✓ |  |  |  |
| Sponsored PAINWeek Tweets | ✓ |  | ✓ | ✓ |
| Conference Daily News – Advertising (pending further discussion) |  |  | ✓ | ✓ |
| PAINWeek Custom Emails (pending further discussion) |  |  | ✓ | ✓ |

# Next Steps

❏ June 11 cross-functional team pre-conference meeting for alignment and planning.

| Marketing | Medical Information | Medical Education | Publications |
|---|---|---|---|
| MSLs | Advocacy | Logistics | Communications |