PSJ17 Exh 73 [Intentionally Omitted]