# PSJ17 Exh 74





# Teva Advocacy Mapping: Identifying Advocacy Partners to Enhance Patient Care

*March 2013*