# PSJ17 Exh 76

## ACTIQ EULOGY

It is with <u>breakthrough pain</u> of our own that we announce the death of ACTIQ. This is truly sad news for all of us who were along for the show, and who had a chance to share the stage with ACTIQ over his life.

Many of you may not be aware of ACTIQ's humble beginnings, so I'd like to take just a minute to look back. Born in 1995 – the only son of ANESTA and ABBOT Labs – little ORALET (that was his unfortunate birth name) – grew up amid high drama. When the family feuding got to be too much, ORALET left home, the mean streets of Salt Lake City were tough on young ORALET.

Taking odd jobs here and there, ORALET was dissatisfied with his life and decided to pursue an acting career. After receiving some bit parts ORALET <u>twirled</u> around the idea making the big time. But ORALET knew that getting a <u>handle</u> on show biz would not be easy. He went into seclusion to work on his craft. No one really heard from him for awhile.

Reemerging in 1999, in the City of Brotherly Love, ORALET had taken a new "Hollywood" name: **ACTIQ**. During those interim years ACTIQ repeatedly got the <u>short end of the stick,</u> constantly battling <u>poor management and regulatory mumbo jumbo</u>. It was time to make a real go for it!

His real <u>breakthrough</u> moment occurred in 2001 when, ACTIQ met and was taken in by Dr. Frank Baldino. A strong relationship formed. In many an interview ACTIQ referred to Dr. Baldino as "the father he never had." Through Dr Baldino ACTIQ was introduced to and accepted into the Cephalon Sales Family providing him with a safe and secure family environment.

Now, having been "on call" for years really paid off for ACTIQ, who shot to stardom as the nemesis of <u>BTP</u> in the Lifetime hit "Relief at Hand" - the show propelled ACTIQ into the public eye. To many, it seemed like an overnight success, but ACTIQ built his painless reputation <u>15 minutes at a time</u>. And by the end of his all-too-short career, ACTIQ was a Superstar who had grossed nearly $1.8 Billion and treated over 100 million BTP episodes - an astounding accomplishment by anyone's measure.

ACTIQ's story is an inspiring one, filled with vision, grit and the determination, to get the job done. And for everyone who was involved with ACTIQ, these qualities are a part of your story too.

ACTIQ was a true talent right up to the end. And though every ending is wrought with sadness, we have before us, too, a beginning. ACTIQ is survived by all of us, and most importantly FENTORA!!!

ACTIQ will forever live on in our memory, and most importantly as a legacy…really, who among us will ever forget ACTIQ's <u>trademark delivery</u>. With this one last standing ovation the final curtain closes, we say goodbye to our old friend.

Confidential

TEVA_MDL_A_03237316