PSJ17 Exh 78

**File Provided Natively**

**Confidential**

# FEBT Strategic Publications Plan 2005 - 2006

## FEBT Publications Working Group

## Updated July 2005

July 13, 2005



# Publications Program Envision Pharma

1. Situation Analysis (Refer to section of brand plan)
2. Positioning and Messaging
3. Publications Plan Strategy
4. Tactical Publications Plan



July 13, 2005

# SWOT Analysis for FEBT Publications

| *Strengths* | *Weaknesses* |
|---|---|
| ▪ Data on product benefits* <br>    - Rapid onset of analgesia <br>    - Formulation/high lipophilicity <br>    - FEBT vs OTFC data and switching data <br> ▪ Clinical development plan on track to provide data for publications <br> ▪ Publications plan in place | ▪ Limited KOL involvement and buy-in <br> ▪ Diverse target audience |
| *Opportunities* | *Threats* |
| ▪ Build awareness and sense of urgency to diagnose and treat BTP <br>    - BTP is not consistently defined worldwide <br>    - Blunt perceptions around A/A/D and opiophobia <br> ▪ Create a new class: rapid-onset opioids (ROO) <br> ▪ Potential indication in noncancer BTP | ▪ Short time frame to launch <br> ▪ Established SAO competitors and generic OTFC <br>    - Switch from current therapy |

*Pending study results

July 13, 2005

# Critical Success Factors Related to Pubs Program

1. Convert ACTIQ loyalists to FEBT

2. Continue to increase awareness and understanding of BTP and its optimal treatment

3. Build KOL support and physician awareness of FEBT as an effective treatment for BTP

4. Differentiate FEBT from ACTIQ and other BTP treatment options

5. Minimize risk for abuse, addiction, diversion



# Pubs Strategies/Tactics to Achieve Critical Success Factors

1. Disseminate key FEBT clinical and scientific information (present and publish PK and clinical trials)

2. Develop scene-setting and review articles to increase awareness and understanding of BTP and its optimal treatment and to minimize risk for abuse, addiction, diversion

3. Establish ROOs as a class and differentiate them from SAOs

4. Support the use of the new BTP assessment and management guidelines





Positioning and Messaging

July 13, 2005

# 2005 FEBT Scientific Concepts

- Message development will be broken into two key areas:

| Disease Awareness | FEBT |
|---|---|
| > BTP as a component of chronic pain | > New delivery system |
| > Prevalence of BTP in cancer and noncancer conditions | > Fast onset of analgesia |
| > Diagnosis and treatment | > Efficacy in BTP in cancer and noncancer conditions |
| > Abuse/addiction/diversion | |



July 13, 2005

# Disease Awareness: Chronic Pain

- Definition
  - Chronic pain is defined as pain lasting beyond normal healing time or lasting >3 to 6 months
  - Comprised of two components, persistent and BTP, each requiring distinct assessment & treatment
- About 50 million of the estimated 75 million Americans who live with "serious pain" suffer from chronic pain.[1]
- Diagnosis and treatment
- Burden of illness
  - Patients with chronic pain are 5X as likely as those without chronic pain to use health care services. In addition, medical complications associated with inadequately controlled acute pain can increase length of stay, re-hospitalization rates, and outpatient visits.[1]
  - Pain costs Americans an estimated $100 billion each year. Patients, families, health care organizations, and society bear this financial burden.[1]
- Pain is pain[2]
  - Pathophysiology of CA & non-CA patients the same regardless of etiology/underlying disease

[1] American Pain Society http://www.ampainsoc.org/ce/npc/
[2] Turk D. Clin J Pain 2002: 18(2):75-6

July 13, 2005

**Cephalon**
deliver more.

# Disease Awareness: BTP

- A transient exacerbation of pain that occurs in a patient with otherwise stable, baseline persistent pain.
    - Spontaneous (20-60%), incident (50-60%), or 'end-of-dose' failure (17-30%)
    - Mean duration of BTP episode of 15-30 minutes, and average frequency of 4-7 episodes/day
    - BTP greatly impacts patients' ability to function and their quality of life
    - Common mechanisms may underlie BTP in both cancer and noncancer conditions (ie, central sensitization, wind up, etc)
- Common in cancer patients—as many as two-thirds of patients may experience BTP and may be as high as 80% in patients with advanced disease
- BTP may be associated with disorders such as arthritis, sickle cell anemia, low back pain, headaches, neuralgia, and fibromyalgia
- Burden of illness/consequences of BTP
    - 15% decrease in productivity due to pain
    - 76.6% of productivity loss on the job (not due to absence)
    - Loss of 4.6 hours/week (mean)
    - Annual cost of pain related lost productivity and absence is approximately $61.2 billion
- BTP continues to be underrecognized and undertreated

Bennett D et al. Pharm Ther 2005;30(5):296-301 Svendsen KB et al Eur J Pain 2005; 9:195-206.
Fortner B et al. J Pain. 2002;3(1):38-44. Burton A et al. Clin J Pain. 2004;20(3):195-7.

Cephalon
deliver more

July 13, 2005

# Cancer and Noncancer BTP Prevalence and Characteristics

■Portenoy BTP CA data (n=63)[1]

- 64% of patients experience BTP

- Median # of BTP episodes per day = 4

- 43% of patients reported onset of pain within 3 minutes

- Median duration of BTP episode = 30 minutes

- May be incident related (55%) or idiopathic

- Pathophysiology may be somatic (33%), visceral (20%), neuropathic (27%) or mixed (20%)

■Portenoy BTP Non-CA data (n=228)[2]

- 74% of patients experience BTP

- Median # of BTP episodes per day = 2

- Median time to maximum intensity = 10 minutes

- Median duration of BTP episode = 60 minutes

- May be incident related (92%) or idiopathic

- Pathophysiology may be somatic (38%), visceral (4%), neuropathic (18%) or mixed (40%)



[1] Portenoy & Hagen, Pain, 41 (1990), 273-281. [2] Portenoy, AAPM, Feb 23-27, 2005. Palm Springs, CA.

July 13, 2005

# Disease Awareness: BTP Management

- Managed with short-acting oral analgesics, usually opioids, given in addition to the maintenance analgesic regimen
  - The oral opioids most widely used (morphine, hydromorphone, and oxycodone) are not very lipophilic and are poorly absorbed which delays onset of analgesia making them largely ineffective in managing BTP
  - Fentanyl (a lipophilic opioid that is better absorbed and has a more rapid onset of action) has demonstrated efficacy in the treatment of BTP
- Because of shared mechanisms in chronic cancer and noncancer pain, treatment approaches may be extrapolated from the management of chronic cancer pain to pain from other causes
  - Many professional organizations and expert groups, including the American Pain Society, now support the judicious use of opioids for selected patients with chronic noncancer pain

Bennett D et al. Pharm Ther 2005;30(5):296-301
Bennett D et al. Pharm Ther 2005;30(6):354-361

July 13, 2005



# Disease Awareness: BTP Management

- The first BTP assessment and treatment guidelines were published in 2Q 2005[1,2]
  - Thorough assessment needed to determine pain pattern and distinguish BTP from persistent/baseline pain
  - BTP is a distinct component of chronic pain requiring an analgesic that matches its rapid onset and short duration
  - ROOs are an emerging class of opioids specifically designed to provide rapid analgesia to treat BTP
  - Short-acting opioids are not designed or indicated to treat BTP
  - Short-acting opioids do not provide rapid analgesia – their onset of analgesia is ~30 min or more

Bennett D et al. Pharm Ther 2005;30(5):296-301
Bennett D et al. Pharm Ther 2005;30(6):354-361



July 13, 2005

# Key FEBT Messages - MOA

- A novel delivery system, the dissolving effervescent buccal tablet, is formulated to improve the rate and efficiency of fentanyl absorption through the oral mucosa to provide rapid analgesia
- Effervescent reaction results from the release of carbon dioxide which may:
    - Adjust the pH of the microenvironment to allow more un-ionized fentanyl to form
    - Reduce the thickness of the mucosal layer of the cheek and gum
    - Open tight junctions between cells
    - Increase lipophilicity of cell membranes
- All contribute to the rapid absorption of fentanyl



July 13, 2005

# Key FEBT Messages

- **Efficacy**
  - Rapid onset of pain relief—significant in <15 minutes
  - Efficacy demonstrated in placebo-controlled clinical trials of BTP
- **PK profile**
  - Linear across 100-800 µg dose range
  - Simultaneous administration of four 100 µg doses is bioequivalent to administration of a single 400 µg dose
  - Earlier $T_{max}$ compared to ACTIQ, which could translate to better clinical efficacy/earlier onset of analgesia
- **Safety**
  - Similar tolerability to other opioids
  - Typical opioid side effects, some of which cease or decrease in intensity with use
  - No respiratory depression observed in opioid-tolerant patients with cancer-related BTP
- **Convenience/ease of use**
  - Novel dissolving effervescent buccal tablet
  - Advantages over ACTIQ
    - Easier to use
    - Less chance for user error
    - Not on a stick



July 13, 2005



# Addressing the Challenges (1)

| Challenges | Strategic Imperatives | Publications Tactics |
|---|---|---|
| Market preparation in short time frame | ■ High-profile presence at targeted key congresses<br>■ Citable publication(s) | ■ Provide a critical mass of publications at launch<br>■ Current program includes 19 abstracts, 10 1º pubs, and 5 2º pubs |
| Awareness of BTP diagnosis and treatment among treating MDs | ■ Educate current prescribers on diagnosis and treatment<br>■ Communicate current unmet medical need | ■ Maintain focus on unmet need (efficacy/safety profile and convenience) through 2º pubs<br>■ Support/educate through 1º and 2º pubs with messages on proper diagnosis and treatment: "Pain control is an important issue and how you get there matters" |
| Second agent approved for BTP | ■ Differentiate FEBT and position as agent of choice for BTP<br>■ Prepare and build upon expanded indication | ■ 2º pubs highlighting current treatments as less than ideal<br>   - Lack of BTP trials for these drugs<br>■ 1º pubs emphasizing FEBT efficacy, safety/tolerability, and QoL |



# Addressing the Challenges (2)

| Challenges | Strategic Imperatives | Publications Tactics |
|---|---|---|
| Established competitors and transition from current therapy | ▪ Identify and support advocates to drive acceptance of FEBT<br>▪ Leverage novel MOA, rapid onset of action, cost, and convenience<br>▪ Define ROOs as a class separate from SAOs | ▪ Work with advocates on abstracts, 1° and 2° pubs<br>▪ Monitor competitor activities |
| KOL involve-ment and buy-in | ▪ Build and strengthen relationships with KOLs | ▪ Partner with KOLs on abstracts, 1° and 2° pubs, symposia presentations, and roundtables |
| Opiophobia and A/A/D | ▪ Emphasize safety of FEBT<br>▪ Blunt perceptions around A/A/D and opiophobia<br>▪ Tie addiction to patient behavior as well as particular drugs | ▪ Once data is available, use 2° pubs to discuss issues with A/A/D potential, patient and physician concerns<br>▪ 1° pubs emphasizing safety |



July 13, 2005

# Target Audiences

**PRIMARY**
Pain Medicine
Anesthesiology
Physical Medicine
Rehabilitation
Oncologists

**SECONDARY**
Primary Care Physicians
Palliative Care
Psychiatrists
Neurologists

**TERTIARY**
Pharmacists
Payers
Nurses



July 13, 2005

# Clinical Study Program: Priority Studies

- **Key Studies**
  - 099-14
  - 3039
  - 3042

- **Prioritized studies**
  - Level 1: 099-14*, 3039, 3041, 3042
  - Level 2: 1026*, 1027*, 1028*, 1029*, 3040
  - Level 3: 099-11*, 099-18*
  - Level 4 (low): 099-15, 099-16
    - (lowest priority): 099-19, 099-20, 099-21

*Publications in development



July 13, 2005



# FEBT Publications Program Objectives

- Support the overarching FEBT brand strategy through primary, secondary and review publications over the lifecycle of FEBT
  - Provide credible product positioning support with consistent language across publications concerning pain definitions, BTP prevalence and characteristics, diagnosis and treatment
  - Support key messages and product differentiation through PK/PD, clinical outcomes, and scene setting articles (eg, disease awareness)
  - Build Cephalon's reputation as a leader in the pain field through quality publications and poster/presentation presence at key scientific meetings

**Cephalon**
deliver more:>

# FEBT Publications Program Objectives

- Set long-term, milestone driven, data dissemination strategy
  - Provide a critical mass of publications at launch 3Q 2006
  - Provide publications supporting the expanded indication for 3Q 2007
- Identify and capitalize on market opportunities
  - Raise awareness and support the use of the new BTP guidelines by referencing in all appropriate publications
  - Support the establishment of rapid-onset opioids as a new class
- Generate third-party supporters—key opinion leaders (KOLs) through involvement in the publications program

**Cephalon**
deliver more.>

July 13, 2005

# Types of Publications Activities



**File NDA**

**BTCP LAUNCH**

**BTP LAUNCH**

| 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q |
|----|----|----|----|----|----|----|----|----|----|

**2005**   **2006**   **2007**

**Key Scene-Setting Activities**

**Key PK Data Activities**

**Key Clinical Data Activities**

**Key Data Review Activities**



July 13, 2005

# Proposed Tactics

- Congress abstracts 2005-2006
  - 17 congress abstracts/posters/presentations
    - 1 poster presentation in 2005
    - 18 submissions in 2005/06 for potential 2006 presentations
    - 11 submissions in 2006 for potential 2007 presentations
    - Other submissions possible depending on data mining
- Manuscripts 2005-2006
  - 12 primary articles to be started in 2005
    - Papers in progress: 1011, 1018, 1026, 1027, 1028, 1029, 3014
    - Others possible depending on data mining
    - Anticipated publication dates 4Q 05 through 4Q 06
  - Scene-setting/review articles to be started in 3Q 05

Cephalon
deliver more

# Abstract Submitted to Date in 2005

| Congress | Studies | Abstract Status | Location | Meeting Date |
|---|---|---|---|---|
| **ASCO** | ▪ 099-14 Efficacy (shell abstract submitted as late-breaker [LB]) | Rejected | Orlando | May 2005 |
| **ASA** | ▪ 099-11 PK<br>▪ 099-18 Dose-proportionality<br>▪ 099-19 PK (Taiho) | Accepted<br>Rejected<br>Rejected | New Orleans | Oct 2005 |



July 13, 2005

# Abstract Presentation Opportunities 2006

| Congress | Potential Studies | Abstract Deadline | Location | Meeting Date |
|---|---|---|---|---|
| **AAPMed** | ▪ 099-14 (efficacy)<br>▪ 1027 Dose Proportionality<br>▪ 1029 MD PK | Oct 05 | San Diego | Feb 2006 |
| **APS** | ▪ 1028 Absol. Bioavailability<br>▪ 099-20 MD PK (Taiho)<br>▪ 099-14 (efficacy+resp. analysis, patient global ass'mt)<br>▪ 3039 (efficacy) | 4 Nov 05 | San Antonio | May 2006 |
| **SAMBA** | ▪ Dose Proportionality (099-11, 099-18, 1027) | Feb 06 | Washington, DC | May 2006 |
| **ONS** | ▪ 099-14 (efficacy+resp. analysis, patient global ass'mt)<br>▪ 3039 (ACTIQ switch/pref+efficacy) | 3 Jan 06 | New Orleans | May 2006 |
| **ASCO** | ▪ 3039 (ACTIQ switch/pref+efficacy)<br>▪ 099-16 Mucositis<br>▪ 1026 Bioequivalence | 20 Dec 05 | Atlanta | June 2006 |

Cephalon
deliver more.>

July 13, 2005

# Abstract Opportunities 2006-2007

| Congress | Potential Studies | Abstract Deadline | Location | Meeting Date |
|---|---|---|---|---|
| ASA | • 3041 NeP (efficacy)<br>• 3042 LBP | 1 Apr 06 | Chicago | Oct 2006 |
| AAPM&R | • 1027 Dose Proportionality<br>• 1028 Absol. Bioavailability<br>• 3041 NeP (ACTIQ switch/pref+efficacy) | Feb 06 | Honolulu | Nov 2006 |
| AAPMed | • 3041 NeP (efficacy)<br>• 3042 LBP<br>• ISS<br>• ISE | Oct 06 | New Orleans | Feb 2007 |
| APS | • 3040 OL Safety(x2: Safety/efficacy & Quality of life)<br>• ISS (modified AAPMed)<br>• ISE (modified AAPMed)<br>• 099-21 MD PK (Taiho) | Oct 06 | Washington, DC | May 2007 |
| ASCO | • 099-15 OL Safety (x2: Safety/efficacy & ACTIQ switch/pref) | Dec 06 | | June 2007 |



July 13, 2005



# Congress Presentation Dates*

| 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q |
|---|---|---|---|---|---|---|---|---|---|
| 2005 | | | 2006 | | | | 2007 | | |
| | File NDA | | | | BTCP LAUNCH | | | | BTP LAUNCH |

**ASA**
- 099-11 PK

**AAPMedicine**
- 099-14 BTCP
- 1027 Dose Proport
- 1029 MD PK

**ONS**
- 099-14 BTCP
- 3039 BTCP

**APS**
- 1028 Abs Bioavail
- 3014 BTCP
- 3039 BTCP

**SAMBA**
- Dose Proport

**ASCO**
- 3039 BTCP
- 099-16 Mucositis
- 1026 Bioequivalence

**AAPM&R**
- 1027 Dose Proport
- 1028 Abs Bioavail
- 3039 BTCP
- 3041 NeP

**ASA**
- 3041 LBP
- 3042 NeP

**ASTRO**
- 099-16 Mucositis (?)

**AAPMed**
- 3041 NeP
- 3042 LBP
- ISS
- ISE

**APS**
- 3040 BTP OL Safety
- 3040 BTP OL Safety (QoL)
- ISS
- ISE

**ASCO**
- 099-15 BTCP OL Safety (efficacy)
- 099-15 BTCP OL Safety (ACTIQ switch/pref)

**ON HOLD** – Per Taiho (until after 099-11 and -18 are published)
- 099-19 Dose Proport
- 099-20 MD PK
- 099-21 Bioequivalence

Cephalon deliver more

*Pending acceptance

July 13, 2005

# PK Primary Publications: 099-11

| | |
|---|---|
| **Study** | 099-11 |
| **Title** | **Bioavailability and Dose Proportionality of Fentanyl Effervescent Buccal Tablets in Healthy Volunteers** |
| **Summary** | ▪ Total fentanyl exposure after FEBT is equivalent to a higher dose of fentanyl administered as ACTIQ (FEBT is more potent) <br> ▪ $C_{max}$ is higher and $T_{max}$ is earlier after FEBT than after a higher dose of ACTIQ <br> ▪ Total serum fentanyl is proportional to dose within the range of 270 µg to 1300 µg FEBT |
| **Message Themes** | Pharmacokinetics |
| **Author(s)** | M Darwish, K Tempero, M Kirby, J Thomson |
| **Target Journal** | *Clinical Therapeutics* **(IF 2.67, 1-3 months)** <br> *or J Pharmacokin Pharmacodyn* (IF 1.625, 4-6 months) |
| **Timelines** | In development. Target submission date Jul 05, est. publish Oct-Nov 05 |

Stick w/ Clin Ther - higher IF journal, shorter sub to pub time
NOTE: If we follow this time course, we risk being unable to present this data at ASA.



July 13, 2005

# PK Primary Publications: 099-18

| Study | 099-18 Dose Proportionality |
|---|---|
| **Title** | **Pharmacokinetics and Dose Proportionality of the Investigational Agent Fentanyl Effervescent Buccal Tablets** |
| **Summary** | ▪ There is dose proportionality across the range of 200-810 µg FEBT |
| **Message Themes** | Pharmacokinetics |
| **Author(s)** | M Darwish, K Tempero, M Kirby, J Thomson |
| **Target Journal** | *CNS Drugs* (IF 3.804, 5-9 months) |
| **Timelines** | In development. Target submission date Jul 05, est. publish Apr 06 |



# PK Primary Publications: 099-19

| Study | 099-19 Dose Proportionality (Taiho) |
|---|---|
| Title | **Investigation of the Pharmacokinetics of Fentanyl Effervescent Buccal Tablets in Healthy Japanese Subjects** |
| Summary | ▪ There is dose proportionality across the range of 100-800 µg FEBT |
| Message Themes | Pharmacokinetics |
| Author(s) | Study Investigator(s), CIMA/Cephalon internal representatives |
| Target Journal | *Pharmacotherapy* (IF 2.002, 5-8 months) |
| Timelines | Development **on hold** until <u>after</u> the 099-11 and 099-18 manuscripts are <u>published</u> – per Taiho |



July 13, 2005

# PK Primary Publications: 099-20

| Study | 099-20 MD PK (Taiho) |
|---|---|
| Title | **Pharmacokinetic Profile of Fentanyl Effervescent Buccal Tablets in Healthy Japanese Subjects** |
| Summary | ▪ Multidose PK profile of 200 and 400 µg FEBT in healthy Japanese adults |
| Message Themes | Pharmacokinetics |
| Author(s) | Study Investigator(s), CIMA/Cephalon internal representatives |
| Target Journal | *Clin Drug Invest* (IF .709, 5-8 months) |
| Timelines | Development **on hold** until <u>after</u> the 099-11 and 099-18 manuscripts are <u>published</u> – per Taiho |



# PK Primary Publications: 099-21

| Study | 099-21 Bioequivalence (Taiho) |
|---|---|
| **Title** | **Pharmacokinetics and Bioavailability of Fentanyl Effervescent Buccal Tablets in Healthy Japanese Subjects** |
| **Summary** | ▪ PK data for 2x200 $\mu$g doses of FEBT vs 1x400 $\mu$g dose of FEBT<br>▪ Equivalent AUC, $C_{max}$ and $T_{max}$<br>▪ Patients can safely use multiple doses to titrate to an effective dose |
| **Message Themes** | Pharmacokinetics/Bioequivalence |
| **Author(s)** | Study Investigator(s), CIMA/Cephalon internal representatives |
| **Target Journal** | *Pharmacotherapy* (IF 2.002, 5-8 months) |
| **Timelines** | Begin development 3Q 06, submit 4Q 06, est. publish 2Q 07 |



# PK Primary Publications: 1026

| Study | 1026 Bioequivalence |
|---|---|
| Title | **Relative Bioavailability of Fentanyl Effervescent Buccal Tablets: Results of a Randomized, Open-label, Crossover Study in Healthy Volunteers** |
| Summary | • PK data for 4x100 µg doses of FEBT vs 1x400 µg dose of FEBT<br>• Equivalent AUC, $C_{max}$ and $T_{max}$<br>• Patients can safely use multiple doses to titrate to an effective dose |
| Message Themes | Pharmacokinetics/Bioequivalence |
| Author(s) | M Darwish, M Kirby, P Robertson, E Hellreigel, J Jiang |
| Target Journal | *Clinical Pharmacokinetics* (IF 3.899, 5-9 months) |
| Timelines | In development. Target submission date Oct 05, est. publish Jun 06 |

NOTE: If we follow this time course, we risk being unable to present this data at ASCO (publication could be right before the congress).



July 13, 2005

# PK Primary Publications: 1027

| Study | 1027 Dose Proportionality |
|---|---|
| **Title** | **Pharmacokinetic Properties of Fentanyl Effervescent Buccal Tablets: An Open-Label Crossover Study in Healthy Adult Volunteers** |
| **Summary** | ▪ There is dose proportionality across the range of 100-800 µg FEBT |
| **Message Themes** | Pharmacokinetics |
| **Author(s)** | M Darwish, M Kirby, P Robertson, W Tracewell, J Jiang |
| **Target Journal** | *Pharmacotherapy* (IF 2.002, 5-8 months) |
| **Timelines** | In development. Target submission date Sep 05, est. publish May 06 |

NOTE: If we follow this time course, we risk being unable to present this data at AAPM&R.



# PK Primary Publications: 1028

| Study | 1028 Absolute Bioavailability |
|---|---|
| Title | **Comparative bioavailability of the novel Fentanyl Effervescent Buccal Tablets formulation—an open-label crossover study** |
| Summary | • Present the absolute and relative bioavailability of 800 $\mu$g FEBT vs 800 $\mu$g ACTIQ, IV and PO fentanyl in healthy volunteers<br>• Potency of FEBT vs ACTIQ |
| Message Themes | Pharmacokinetics |
| Author(s) | M Darwish, M Kirby, P Robertson, W Tracewell, J Jiang |
| Target Journal | *J Pain Symptom Management* (IF 1.508, 8-11 months) |
| Timelines | In development. Target submission date Oct 05, est. publish Sep 06 |



July 13, 2005

# PK Primary Publications: 1029

| Study | 1029 MD PK |
|---|---|
| **Title** | **Multiple Dose Pharmacokinetics of Fentanyl Effervescent Buccal Tablets in Healthy Volunteers** |
| **Summary** | ▪ Present the steady state PK data for 400 µg FEBT<br>▪ No unexpected drug accumulation |
| **Message Themes** | Pharmacokinetics |
| **Author(s)** | M Darwish, M Kirby, P Robertson, E Hellreigel, J Jiang |
| **Target Journal** | *J Pharmacokin Pharmacodyn* (IF 1.625, 4-6 months) |
| **Timelines** | In development. Target submission date Sep 05, est. publish Mar 06 |



NOTE: If we follow this time course, we risk being unable to present this data at APS.

July 13, 2005



# PK Trials Publication/Presentation Timeline

## PRESENTATIONS

- File NDA (3Q 2005)
- 4Q 2005: 099-11 PK
- 1Q 2006:
  - 1027 Dose Proport
  - 1029 MD PK
- 2Q 2006:
  - 1026 Bioequivalence
  - 1027 Dose Proport
  - 1028 Absol Bioavail
  - 099-20 MD PK
  - Dose Proport
- 3Q 2006: BTCP LAUNCH
- 4Q 2006:
  - 1027 Dose Proport
  - 1028 Absol Bioavail
- 2Q 2007: 099-21 MD PK

| 3Q | 4Q | 1Q | 2Q | 3Q | 4Q | 1Q | 2Q |
|---|---|---|---|---|---|---|---|
| 2005 | | 2006 | | | | 2007 | |

## PUBLICATIONS

- 4Q 2005: 099-11 PK
- 1Q 2006:
  - 099-18 PK
  - 1029 MD PK
- 2Q 2006:
  - 1026 Bioequivalence
  - 1027 Dose Proport
- 3Q 2006:
  - 1028 Absol Bioavail
  - Fentanyl review
- 4Q 2006: PK review
- 2Q 2007: FEBT review

<u>ON HOLD</u> – Per Taiho (until after 099-11 and -18 are published)
- 099-19 Dose Proport
- 099-20 MD PK
- 099-21 Bioequivalence

**<u>Data Availability</u>:**

| | | | |
|---|---|---|---|
| 099-11 PK | available | 1026 Bioequivalence | available |
| 099-18 PK | available | 1027 Dose Proport | available |
| 099-19 PK | on hold | 1028 Absol Bioavail | available |
| 099-20 MD PK | 2Q 05 | 1029 MD PK | available |
| 099-21 MD PK | 2Q 06 | | |

Cephalon deliver more

July 13, 2005

# Efficacy Primary Publications: 099-14

| | |
|---|---|
| **Study** | 099-14 Efficacy (pivotal study) |
| **Title** | **Randomized Placebo-Controlled Trial of Fentanyl Effervescent Buccal Tablets as Treatment for Breakthrough Pain in Opioid-tolerant Cancer Patients** |
| **Summary** | ▪ FEBT is effective in managing BTP in opioid-tolerant cancer patients<br>▪ On average the time between BTP episodes was >6 hrs with FEBT treatment while BTP episodes were more frequent with PBO |
| **Message Themes** | Clinical Efficacy |
| **Author(s)** | R Portenoy, D Taylor, J Messina, L Tremmel |
| **Target Journal** | *Clinical Journal of Pain* **(IF 2.662, 5-7 months)**<br> or *J Pain Symptom Management* (IF 1.508, 8-11 months) |
| **Timelines** | In development. Target submission date Sep 05, est. publish Apr 06 |

Stick w/ Clin J Pain for the higher IF journal and shorter sub to pub time

NOTE: If we follow this time course, we would be unable to re-present this data at ONS and 1st presentation at AAPMed could be affected if it was pub'd at the shorter end of the time to pub estimate.

**Cephalon**
deliver more

July 13, 2005

# Efficacy Primary Publications: 099-15

| | |
|---|---|
| **Study** | 099-15 Safety |
| **Title** | **Long-term Safety and Tolerability in Breakthrough Pain Management in Cancer With Fentanyl Effervescent Buccal Tablets** |
| **Summary** | <ul><li>Long-term safety of FEBT</li><li>After 1 year of treatment with FEBT, xx% of patients continued to achieve good pain control</li><li>ACTIQ switching/preference messages</li></ul> |
| **Message Themes** | Safety and Efficacy |
| **Author(s)** | Study Investigator, Cephalon internal representative(s) |
| **Target Journal** | *Journal of Clinical Oncology* (IF 10.864, 4-6 months) |
| **Timelines** | Begin development Sep/Oct 05, submit Jan/Feb 06, est. publish Jun/Jul 06 |

NOTE: If we follow this time course, we risk being unable to present this data at ASCO (publication could be right before the congress).



# Efficacy Primary Publications: 099-16

| | |
|---|---|
| **Study** | 099-16 Mucositis |
| **Title** | **Single-dose Pharmacokinetic Study of Fentanyl Effervescent Buccal Tablets in Cancer Patients With Mucositis** |
| **Summary** | ▪ Tolerability and PK of 200 μg FEBT in cancer patients with mucositis |
| **Message Themes** | Efficacy/Pharmacokinetics |
| **Author(s)** | Study Investigator, Cephalon internal representative(s) |
| **Target Journal** | *Radiotherapy and Oncology* (IF 2.469, 2-6 months) |
| **Timelines** | Begin development 4Q 05, submit 2Q 06, est. publish 4Q 06 |



July 13, 2005

# Efficacy Primary Publications: 3039

| | |
|---|---|
| **Study** | 3039 Onset of action (pivotal study) |
| **Title** | **Efficacy and Onset of Action of Fentanyl Effervescent Buccal Tablets in a Double-blind, Randomized Trial of Breakthrough Pain in Cancer** |
| **Summary** | <ul><li>FEBT is effective in managing BTP in opioid-tolerant cancer patients</li><li>On average the time between BTP episodes was >6 hrs with FEBT treatment while BTP episodes were more frequent with PBO</li><li>Time of analgesic onset with FEBT is <15 minutes</li><li>FEBT is superior to PBO in controlling pain through 2 hours</li><li>ACTIQ switching/preference messages</li></ul> |
| **Message Themes** | Clinical Efficacy |
| **Author(s)** | J Farrar, T Segal, Cephalon internal representative(s) |
| **Target Journal** | *Anesthesia & Analgesia* **(IF 2.21, 8-9 months)** or *J Pain* (IF 3.2, 5-11 months) |
| **Timelines** | Begin development Oct 05, submit Jan 05, est. publish Sep 06 |

July 13, 2005

Cephalon
deliver more>

# Potential ISS/ISE Data for Presentations and Articles

- ISS (combines safety data from 099-14, 099-15 and 3039 cancer BTP studies)
  - Data tables may be available July 2006
  - Abstract to AAPMed or APS for 2007 presentation?
- ISE (combines efficacy data from 3014 and 3039 cancer BTP efficacy studies)
  - Abstract to AAPMed or APS for 2007 presentation?
  - Primary manuscript?



July 13, 2005



# Efficacy Primary Publications: 3040

| Study | 3040 BTP OL Safety |
|---|---|
| **Title** | **Fentanyl Effervescent Buccal Tablets in the Long-term Management of Non-cancer BTP** |
| **Summary** | ▪ Long-term (up to 1 year) safety of FEBT<br>▪ After 1 year of treatment with FEBT, xx% of patients continued to achieve good pain control |
| **Message Themes** | Safety |
| **Author(s)** | Study Investigator, Cephalon internal representative(s) |
| **Target Journal** | *J Pain Symptom Management* (IF 1.508, 8-11 months) |
| **Timelines** | Begin development 3Q 06, submit 1Q 06, est. publish 4Q 07 |



July 13, 2005

# Efficacy Primary Publications: 3041

| | |
|---|---|
| **Study** | 3041 NeP Efficacy/Safety (pivotal study) |
| **Title** | **Fentanyl Effervescent Buccal Tablets Alleviates BTP in Patients with Chronic Neuropathic Pain** |
| **Summary** | <ul><li>FEBT is effective in managing BTP in opioid-tolerant chronic non-cancer pain patients</li><li>On average the time between BTP episodes was >6 hrs with FEBT treatment while BTP episodes were more frequent with PBO</li><li>Time of onset of analgesia with FEBT is <15 minutes</li><li>FEBT is superior to PBO in controlling pain through 2 hours</li></ul> |
| **Message Themes** | Efficacy/Safety |
| **Author(s)** | Study Investigator, Cephalon internal representative(s) |
| **Target Journal** | *Pain* (IF 4.829, 5-10 months) or *Neurology* (IF 5.678, 3-8 months) |
| **Timelines** | Begin development Apr 06, submit Aug 06, est. publish Jun 07 |

Far more common to see NeP studies in pain journals, Neurol was the only journal to recently pub NeP trials, thus chance of acceptance may be better at Pain w/ no major time diff

July 13, 2005



# Efficacy Primary Publications: 3042

| Study | 3042 LBP Efficacy/Safety |
|---|---|
| Title | **A Randomized Controlled Trial of Fentanyl Effervescent Buccal Tablets in Patients with Chronic Low Back Pain** |
| Summary | - FEBT is effective in managing BTP in opioid-tolerant chronic non-cancer pain patients<br>- On average the time between BTP episodes was >6 hrs with FEBT treatment while BTP episodes were more frequent with PBO<br>- Time of onset of analgesia with FEBT is <15 minutes<br>- FEBT is superior to PBO in controlling pain through 2 hours |
| Message Themes | Efficacy/Safety |
| Author(s) | Study Investigator, Cephalon internal representative(s) |
| Target Journal | ***Anesthesia & Analgesia* (IF 2.21, 8-9 months)** or<br>*Clin Ther* (IF 2.67, 1-3 months) |
| Timelines | Begin development Jun 06, submit Oct 06, est. publish Jul 07 |

Anesth & Analg had more LBP articles in the last 2 yrs, but if timing is an issue, could potentially be less time to pub w/ Clin Ther



July 13, 2005

# Noncancer BTP Trials Publication/Presentation Timeline



**PRESENTATIONS**

- 3042 LBP
- 3041 NeP

- 3040 BTP OL Safety x2

BTCP LAUNCH

- 3042 LBP
- 3041 NeP x2

BTP LAUNCH

| 1Q | 2Q | 3Q | 4Q | 1Q | 2Q | 3Q | 4Q |
|----|----|----|----|----|----|----|----|
| **2006** | | | | **2007** | | | |

- Rev Fentanyl

- Opioid review

- 3042 LBP

**PUBLICATIONS**

- 3041 NeP
- Rev FEBT review

- 3040 BTP OL Safety

Rev BTP (noncancer)

**Data Availability:**
- 3041 LBP          1Q 06
- 3042 NeP          1Q 06
- 3040 BTP OL Safety   3Q 06



July 13, 2005

# Review Manuscript: Fentanyl

| | |
|---|---|
| **Title** | **Choice of fentanyl formulations: strategies to achieve optimal pain management for the patient** |
| **Summary** | ▪ Match type of pain to route of fentanyl administration to highlight importance of considering time to onset and duration of pain in choosing appropriate therapy<br><br>  - Review strengths/weaknesses/appropriate uses of intravenous, oral, transdermal patch, OTFC, FEBT and intranasal routes of administration<br>  - Scene-setting for trials/use of FEBT – faster $T_{max}$, higher $C_{max}$ and AUC than OTFC should translate to improved efficacy in BTP treatment |
| **Message Themes** | Disease awareness, Efficacy, Safety & tolerability, MOA |
| **Author(s)** | Rich Payne |
| **Audience** | Pharmacists, PCPs, Internists |
| **Target Journal** | *Clinical Pharmacokinetics* (IF 3.899, 5-9 months) |
| **Timelines** | Begin development Aug 05, submit Nov 05, est. publish Aug 06 |



Publish after PK study publications and before clinical efficacy study publications

# Review Ms: BTP

| | |
|---|---|
| **Title** | **Pharmacologic management of chronic noncancer BTP** |
| **Summary** | ■ Impact and consequences of poorly managed BTP in noncancer pain conditions (include Portenoy/SAGEMed new data)<br><br>■ Challenges in BTP management<br><br>■ Review appropriate use of opioids in treatment of moderate to severe noncancer pain (guidelines, etc)<br>  - Highlight the relative lack of clinical data for opioids in many of these painful conditions (rather treatment plans are extrapolated based on results from cancer BTP studies)<br>  - Scene-set for FEBT, rapid-onset opioids as ideal for BTP<br>  - Discuss benefits/drawbacks of available treatments<br><br>■ Discuss issues of safety/tolerance/addiction |
| **Message Themes** | Disease awareness |
| **Author(s)** | Russ Portenoy |
| **Audience** | Clinicians in a variety of research, academic and clinical practice settings |
| **Target Journal** | *Clinical Therapeutics* (IF 2.67, 1-3 months) |
| **Timelines** | Begin development Nov 05, submit Mar 06, est. publish Jun 06 |

July 13, 2005

Cephalon
deliver more>

# Review Ms: PK Review

| Title | Evaluating the pharmacokinetics of FEBT |
|---|---|
| Summary | <ul><li>A secondary publication gathering together all available FEBT PK data as a review article.</li><li>Potential venue to present dose proportionality analysis across the full dose range tested.</li><li>Would go though additional internal scrutiny to permit its use as a field force handout.</li></ul> |
| Message Themes | PK profile, MOA |
| Author(s) | Dennis Turk, Brian Ginsberg |
| Audience | Pain specialists |
| Target Journal | *Clin Pharmacokinet* (IF 3.899, 5-9 months) |
| Timelines | Begin development Sept 05, submit Feb 06, est. publish Nov 06 |



July 13, 2005

# Review Ms: FEBT Review

| Title | FEBT: A New Treatment for BTP |
|---|---|
| Summary | - A secondary publication gathering together all available FEBT clinical and PK data as a review article.<br>- Would go though additional internal scrutiny to permit its use as a field force handout. |
| Message Themes | FEBT efficacy, safety, tolerability, good PK |
| Author(s) | Key opinion leader (TBD) |
| Audience | Oncologists, neurologists, anesthesiologists, pain specialists |
| Target Journal | *Journal of Pain* (IF 3.2, 5-11 months) or an Adis journal |
| Timelines | Begin development Jan 06, submit May 06, est. publish Apr 07 |



# Review Manuscript: Opiates Review

| | |
|---|---|
| **Title** | **Abuse and appropriate use of prescription opiates** |
| **Summary** | ▪ Educate readers on why these drugs are controlled, what that means in terms of prescribing them, how to recognize misuse/abuse by patients and what to do about it.<br><br>▪ Discuss problems w/ prescribing opioids (clinical practice) or filling opioid prescriptions (pharmacy)<br><br>▪ Government classifications and restrictions<br><br>▪ In response to National Center on Addiction and Substance Abuse findings that few MDs or pharmacists have had much training in prescribing these drugs or recognizing abuse/diversion. |
| **Message Themes** | Safe, effective pain management |
| **Author(s)** | Key opinion leader (TBD) |
| **Audience** | General practitioners, pharmacists |
| **Target Journal** | *Am J Health-Syst Pharmacy* (IF 1.44, 4-5 months)<br>or *Postgrad Med* (IF 0.901, 10-11 months) |
| **Timelines** | Begin development Oct 05, submit Mar 06, est. publish Feb 07 |

Cephalon
deliver more.>

# Potential Topics for Scene-Setting/ Review Articles: Highest Priority

- Definition of BTP and pain types in general
  - Distill types of pain into separate categories
  - Literature review with a big name KOL to champion it
- Evolution of pharmacotherapeutic management of pain
  - Review the last decade of pain management learnings
  - Growing diagnostic and treatment sophistication
  - Define rapid-onset opioids (ROOs)
  - Comprehensive review of short-acting opioids (SAOs), long-acting opioids (LAOs), and ROOs
- Effective multidisciplinary approach to managing pain *
  - Discuss problems w/ prescribing opioids (clinical practice) or filling opioid prescriptions (pharmacy)
  - Government classifications and restrictions
  - Managed care
  - Others



* Consider inclusion of starred ideas in a pain journal supplement

July 13, 2005

# Potential Topics for Scene-Setting/ Review Articles: Highest Priority

- Outcomes/quality of life review of inadequately treated pain

- Pain assessment literature *

  - Currently lacking for BTP and need for a validated BTP assessment tool

  - Aside from the new BTP guidelines, most pain management guidelines do not discuss BTP assessment and management

- Managed care/health economics review *

- Fentanyl review article



* Consider inclusion of starred ideas in a pain journal supplement

# Potential Topics for Scene-Setting/ Review Articles: Medium Priority

- Epidemiology of BTP
  - Perform Medline search on BTP patient populations using BTP guidelines Part 1 for specifics on search terms
  - Cancer, low back pain, fibromyalgia, post-surgery, etc
  - Survey/review of the rates of chronic pain patients on LAOs who have BTP
- Systematic review of all PK and PD data associated with both OTFC and FEBT
  - Possible assignment to Adis to write/publish in one of their journals
  - Arterial vs venous sampling/correlates
- Chemical coping – evidence or perception?
  - Consider Steve Pasik as lead author



July 13, 2005

# Potential Topics for Scene-Setting/ Review Articles: Low Priority

- Opioid rotation – pros and cons
- Opioid use in primary care (and how to optimize use in primary care settings
- Hormonal and cardiovascular effects of long-term opioid use
  - FEBT similar to PCA?



# Potential Topics for Journal Supplement

- Starred concepts from previous slides:

  - BTP assessment/lack of validated tools

  - Managed care/HE review

  - Multidisciplinary approach to pain care

    **PLUS**

- Targeted article for pharmacists or nurses

- Pain is not a symptom – it's a syndrome

- What every opioid prescriber should know

July 13, 2005







# Independent Studies Presentations 2005

| Congress | Studies | Abstract Status | Location | Meeting Date |
|---|---|---|---|---|
| **AAPMed** | ▪ Prev. of BTP in NeP (Simon)<br>▪ Prev. of BTP in back pain (Bennett) | Presented | Palm Springs | Feb 2005 |
| **APS** | ▪ OTFC in NeP (Farrar)<br>▪ Pain intol. In NC-BTP (Bruns)<br>▪ Prev. of NC-BTP (Portenoy) | Presented | Boston | Mar 2005 |
| **AAPM&R** | ▪ 2 Sagemed abstracts | ? | Philadelphia | Oct 2005 |
| **IASP** | ▪ BTP mgmt in non-CA pain (Rauck)<br>▪ BTP mgmt in chronic low back pain (Bennett) | Accepted<br>Accepted | Sydney | Aug 2005 |



# Abstracts Presented 2005: AAPMed

- American Association of Pain Medicine (AAPMed) Annual Meeting, February 23-27, 2005
  - Abstracts published in March issue of Journal of Pain
  - Prevalence and Characteristics of Breakthrough Pain in Noncancer Patients with Chronic Neuropathic Pain. S Simon, DS Bennett, R Rauck, D Taylor, S Shoemaker
  - Prevalence and Characteristics of Breakthrough Pain in Noncancer Patients with Chronic Back Pain. DS Bennett, S Simon, RL Rauck, D Taylor, S Shoemaker



# Abstracts Presented 2005: APS

- American Pain Society (APS) Annual Meeting, March 30-April 2, 2005
  - Abstracts to be published in the April supplement of Journal of Pain
  - Oral Transmucosal Fentanyl Citrate: Efficacy in Neuropathic Pain Patients. J Farrar, C Thompson
  - Degree of pain intolerance and adverse outcomes in chronic noncancer pain patients. D Bruns, J Disorbio, D Bennett, S Simon, S Shoemaker, R Portenoy
  - Prevalence and characteristics of breakthrough pain in patients with chronic noncancer pain. R Portenoy, D Bennett, S Simon, R Rauck, D Taylor, S Shoemaker

