PSJ17 Exh 83

AUTODATE

# *FENTORA*
# 2009 Brand Plan

**Content provided by:**
**AMFE, Clinical, HCS, Legal, Marketing, Market Research,**
**Medical, Public Relations, Regulatory, Sales, Sales**
**Operations, Sales Training, SciCom, and WWPP**



Confidential

1

CONFIDENTIAL

Case: 1:17-md-02804-DAP  Doc #: 2248  Filed: 08/13/19  3 of 63.  PageID #: 349052

# Presentation Overview
## *2009 Plan*

- Situation Analysis
  - Market Dynamics
  - Product Performance
  - 2009 Challenges, Unknowns & Key Assumptions
  - SWOT
- 2009 Marketing Strategy
  - Goals & Objectives
  - Marketing Strategy Overview
  - Key Strategic Imperatives with Strategies & Tactics
- Marketing Expense & Revenue Budgets
  - 2009 Marketing Budget Expense
  - 2009 Product Contribution



2

TEV_FE00037946

Case: 1:17-md-02804-DAP Doc #: 2248 Filed: 08/13/19 4 of 63. PageID #: 349053

# Situation Analysis



CONFIDENTIAL

TEV_FE00037947

AUTODATE

# US Opioid Market

- Total opioid pain market value growth of 15% with volume growth of 5%
  - Pure SAOs (12M TRx) continue robust growth in volume, but experience negative growth in value
  - Combination SAOs (174M TRx) continue minimal growth in volume and value
  - LAOs (25M TRx) show volume growth; branded products drive strong value growth



**Opioid Market Growth Rate (MAT 6/07 vs. 6/08)**

Size of bubble = TRx volume
Source: IMS NGPS (TRx) and NPS ($)
NPS is based upon MAT 607 vs. 6/08

First year LAO value declined

CONFIDENTIAL

4

AUTODATE



| 12 mos av | 6mos avg | | |
|---|---|---|---|
| Monthly average | 6 mos ending 8/0 | | 6 mos ending 2/08 |
| Fentora | 8.027 | | 6,944 |
| Actiq | 5,704 | | 3,756 |
| OTFC | 15,205 | | 14,278 |
| Total ROO | 28,936 | | 24,977 |

CONFIDENTIAL

5

TEV_FE00037949

# 2008 Brief Summary

**Marketing
Strategy, Challenges & Budget**



CONFIDENTIAL

AUTODATE



CONFIDENTIAL

TEV_FE00037951

# Challenges Associated with 2008 Budget

- Flat 2008 TRx trend expected with key variables not remaining constant from 2007
  - Sales force size reduced (100 → 60 reps)
  - Marketing budget reduced by 46% ($28MM → $15.1MM)
  - DDL/Safety communication impact still not fully realized
  - Amrix impact on ideal reach & frequency to *FENTORA* targets
    - IC Plan: 1H'08 = 60/40 & revised 2H'08 = 80/20
- Negative outcome from May AC & Sept CRL – no expanded label limits ability to re-grow the brand
- No Differentiation vs Actiq/OTFC or Onsolis:
  - 3039 Non-approval letter received in January (no 10min onset data) fuels MHC restrictions/limitations
  - No high dose submitted, approved or launched



CONFIDENTIAL

AUTODATE

# Product Performance



CONFIDENTIAL                                                                                     TEV_FE00037953

AUTODATE



CONFIDENTIAL

10

TEV_FE00037954

AUTODATE



Case: 1:17-md-02804-DAP Doc #: 2248 Filed: 08/13/19 13 of 63. PageID #: 349062

# Challenges to Meeting
# 2008 Objectives

Prescription volume & trend impacted by the following:

- Sales force resource reductions:
  - Size 100 → 60 reps
  - Reach & frequency to *FENTORA* targets due to Amrix emphasis
    - IC Plan: 1H'08 = 60/40 → 2H'08 = 80/20
- Reduction of promotion budget '07 to '08 by 46% ($28MM → $15.1MM)
- DDL/Safety communication impact still being realized
- Negative outcome from May AC & Sep CRL – lack of expanded label limits ability to drive growth
- No differentiation vs. Actiq/OTFC:
  - Label enhancement to include 10 min onset data <u>not approved</u> (Jan)
  - No high dose (plan assumption)



CONFIDENTIAL

TEV_FE00037956

AUTODATE



CONFIDENTIAL

TEV_FE00037957

AUTODATE

# 2008 *FENTORA* Expense Budget – Bare Bones

*Majority of tactics designed to support 60 PCS Reps*

| | 6+6 Forecast 2008† | Percent |
|---|---|---|
| *Total Expense* | **$15,175,000** | |
| Advertising Promotional Materials | 5,775,000 | 38% |
| Consultants | | 0% |
| Corporate Contributions | 50,000 | 0% |
| Field Driven Speaker Programs | 2,700,000 | 18% |
| Market Research | 1,100,000 | 7% |
| Marketing Promotional Programs | 0 | 0% |
| Medical Education | 1,800,000 | 12% |
| Meetings, Conf, Congresses, Conv, Exhibits | 1,300,000 | 9% |
| Miscellaneous Operating Expense | 0 | 0% |
| Public Relations | 1,000,000 | 7% |
| Reprints | 250,000 | 2% |
| Risk Management* | 0 | 0% |
| Samples & Debit Card Program | 1,200,000 | 8% |

†Original 2008 Marketing Budget = $18.5M → shifted $3.4M to Amrix Marketing
* Assumes Regulatory will cover RMP expenses

### Core Tactics

➢ Impact Personal Selling within Core Targets
  - Revised brand campaign mats
  - CSPs (*FENTORA* & A/A/D)

➢ Revised Promotional Materials based on label change and 3039 Non-approval letter

➢ Non-Personal Selling Support
  - Media & journal tactics
  - E-Marketing initiatives

➢ Revised Sample Voucher Program

➢ Abuse, Addiction & Diversion Speaker Training

➢ Managed Care Initiatives
  - Pilot Practice Manager Program & debit card program

➢ Increase in PR & Market Research spend due to Advisory Comm needs & conjoint analysis

CONFIDENTIAL
TEV_FE00037958

Case: 1:17-md-02804-DAP  Doc #: 2248  Filed: 08/13/19  16 of 63.  PageID #: 349065



*FENTORA* Monthly TRx by Specialty

Source: IMS NPA

CONFIDENTIAL

TEV_FE00037959



We have nice activity from our cores

What are we doing from a productivity standpoint

Non targets or FIT's may or may not have been called on but they have Rx'ed

Ask questions- what's going on?

In comparison to June data

Core- Rx went down slightly and TRxs increased (June was 1252 Rxs  with 29,788 TRxs)

High Opioid- increased from 89 Rxs and 571 TRx's in June

Low Actiq- increased to 832 from 777 Rxs and 5148 TRxs from 42,96

And for non-targets/FIT's increase to 1381 from 1128Rxs and 10,787 TRxs from 7,687

16

AUTODATE



CONFIDENTIAL

TEV_FE00037961

Case: 1:17-md-02804-DAP  Doc #: 2248  Filed:  08/13/19  19 of 63.  PageID #: 349068

# 2009

## Challenges, Unknowns & Key Assumptions



CONFIDENTIAL

TEV_FE00037962

Case: 1:17-md-02804-DAP Doc #: 2248 Filed: 08/13/19 20 of 63. PageID #: 349069

# 2009 Challenges

- REMS/Registry logistics
- New competitors
  - 3rd generic OTFC (Sandoz – 1H09)
  - Onsolis (BEMA fentanyl – 1H09)
- Lack of differentiation/inferiority to current ROOs
- Reimbursement hurdles
- Limited resources
  - SF size vs Meda
  - Promotional spend
- Concerns for abuse, misuse & diversion



19

AUTODATE

## Key Unknowns Risk/Opportunity Analysis

| Area Risk/Opportunity | | Timing | Probability (VH/High/Med/Low/VL) | Impact (VH/High/Med/Low/VL) | Potential Effect on Sales | Potential Effect on Contribution |
|---|---|---|---|---|---|---|
| REMS (timing/requirements impact) | Risk | 1H09 | VH | VH | ↓ | ↓ |
| SECURE Registry - *FENTORA* | Risk | 2Q09 | VH | VH | ↓ | ↓ |
| New competitors: •Onsolis launch •3rd OTFC | Risk | 1H09 | High | High | ↓ | ↓ |
| Potential Registry – other ROOs | Risk | 1H09? | Med | VH | ↓↑ | ↓↑ |
| Increase in Sales Resource | Oppt | 1Q09 | High | High | ↑ | ↓ |
| Expanded Label | Oppt | 1Q10 | High | VH | ↑ | ↑ |
| New administration, titration & dosing options (sublingual & high dose) | Oppt | 2Q09 → 3Q09 | High | High | ↑ | ↑ |
| Additional Market Noise for BTP | Oppt | 1H09 | High | Low | ↑ | ↑ |

| **Strategic** | **Operations** | **Compliance** | **Financial/Reporting** |
|---|---|---|---|
| **Stakeholders**<br>➤ Shareholder<br>➤ Business Partner<br>➤ Customer<br>➤ Vendor<br>➤ Health Care Providers<br>**Market Dynamics**<br>➤ Competition<br>➤ Economic Factors<br>➤ Demographics<br>➤ Globalization<br>➤ Brand Protection<br>➤ Gray Markets<br>➤ Government Price Controls/Parallel Trade<br>➤ Medicare/Medicaid<br>**Planning & Resource Allocations**<br>➤ Organizational Structure<br>➤ Strategic Planning<br>➤ Customer-Centered Product Flow<br>➤ Lifecycle Portfolio Assessment<br>➤ Annual Budgeting<br>➤ Research Investment<br>➤ Forecasting<br>➤ IT Infrastructure/Capability<br>➤ Charitable Giving/Philanthropic Activities<br>**Communications**<br>➤ Employees<br>➤ Media<br>➤ Public Relations<br>➤ Investors<br>➤ Records Retention | **People**<br>➤ Culture/Leader Behaviors<br>➤ Recruiting & Retention<br>➤ Development & Performance<br>➤ Health & Safety<br>**Research**<br>➤ Clinical Trials/cGCP<br>➤ Phase IV Studies<br>➤ Toxicology/cGLP<br>➤ Development/cGMP<br>➤ Medical affairs/cGCP<br>➤ Animal Rights<br>**Global Supply Chain**<br>➤ Sourcing<br>➤ Production & Manufacturing (cGMP)<br>➤ Product Availability<br>➤ Supply Chain & Logistics<br>➤ Distribution<br>➤ Regulatory Conformance and Change<br>**Sales & Marketing**<br>➤ Commercialization<br>➤ Marketing & Advertising<br>➤ Licensing & Royalties<br>➤ Product Sales & Pricing<br>➤ Customer Support<br>**Business Continuity**<br>➤ Plant Security & Alternative Sourcing<br>➤ IT Security/Access/Backup<br>➤ Research Stability<br>➤ Product Integrity | **Governance**<br>➤ Board Performance<br>➤ Tone at the Top<br>➤ Corporate Monitoring<br>➤ Corporate Social Responsibility<br>**Code of Conduct**<br>➤ Ethics<br>➤ Fraud<br>**Legal & Regulatory**<br>➤ Trade/Customs<br>➤ Employment Issues<br>➤ Securities<br>➤ Environment<br>➤ Privacy<br>➤ Pharmacovigilance<br>➤ Contract<br>➤ Liability<br>➤ Healthcare<br>➤ FDA/USDA/EMEA | **Market**<br>➤ Interest Rate<br>➤ Foreign Currency<br>➤ Commodity<br>➤ Derivatives<br>**Liquidity & Credit**<br>➤ Cash Management<br>➤ Funding<br>➤ Hedging<br>➤ Credit & Collectibles<br>➤ Insurance<br>**Accounting & Reporting**<br>➤ Reporting & Disclosure<br>➤ Internal Control/SO 404/302<br>➤ Tax<br>➤ Transfer Pricing<br>**Capital Structure**<br>➤ Debt<br>➤ Equity<br>➤ M&A<br>➤ Pension Funds<br>➤ Stock Options |

CONFIDENTIAL

TEV_FE00037964

Case: 1:17-md-02804-DAP  Doc #: 2248  Filed:  08/13/19  22 of 63.  PageID #: 349071



CONFIDENTIAL

AUTODATE

# 2009 Key Assumptions

| | |
|---|---|
| **Registry** | Registry enrollment targets (~6000 HCPs):<br>• Core prescribers deciles 3-10<br>• Deciles 0-2 + other skilled opioid Rx'ers |
| **Sales Force Expansion** | 60 → 110 PCS Representatives – January<br>• Create attractive IC plan |
| **Competition** | New competitors 1H09:<br>• Onsolis<br>• 3rd OTFC |
| **Regulatory Actions** | • Sublingual administration secured (1H09)<br>• High dose secured (1H09)<br>• Expanded label negotiations (4Q09) |



22

# Registry Program Assessment



CONFIDENTIAL

AUTODATE

# Postmarketing Safety
# Use in Opioid Non-Tolerant Patients

***Based on limited data sources ~20–40% of patients currently on FENTORA
Do not meet the strict definition of opioid tolerance in the label***

| Data source and methodology | < 60 mg/day morphine eq. | ≥ 60 mg/day morphine eq. |
|---|---|---|
| Spontaneous postmarketing reports[a] | 14% (208/1497) | 86% (1289/1497) |
| IMS prescription claims database[b] | 23% | 77% |
| Verispan with IMS methodology[b] | 25% | 75% |
| | No pain product | Any pain product |
| Verispan VOCON concurrency analysis[b] | 41% | 59% |

[a] Cumulative through Dec 31, 2007 (n = 1989).
[b] 2007.

*FENTORA*
*fentanyl buccal tablet ℂ*

24

TEV_FE00037968

Case: 1:17-md-02804-DAP   Doc #: 2248   Filed:  08/13/19  26 of 63.  PageID #: 349075

# Structuring a Registry

- Development:
  - Internal:
    - Cross-functional input & ownership of components are critical to insure objectives are achievable and are met
    - Dedicated in-house staff needed to manage registry (in Medically-related function not Sales & Marketing)
  - External:
    - Advisors are invaluable
    - Periodic meetings with participating physicians

- Design:
  - Effective & efficient process to ensure patient access
    - Simple to understand & follow enrollment process
    - Ability to provide reimbursement support
  - Processes must protect patient privacy
  - Ability to utilize the data for both safety & other medically relevant metrics





Excerpts from 2007 presentation Boston Bio Conference: Global Registries: The Genzyme Experience

CONFIDENTIAL

AUTODATE

# Market Situation Overview:
## Competitive Analysis



Let's know take a look at our competitive climate and what are some of the products that will be coming out soon.

CONFIDENTIAL

AUTODATE

# *FENTORA*
## Competitive Profile Comparison

| Key Attributes | *FENTORA Buccal Tablet* | Onsolis Buccal Disc |
|---|---|---|
| Indication | **BTP in CA pts (99-14)**<br>**(Pursuing BTP in non-CA patients)** | **BTP in CA pts**<br>**(Pursuing BTP in non-CA patients)** |
| Onset | **15 min** | **15 min** |
| Duration | **60 min** | **60 min** |
| Absolute Bioavailability | **65%** | **70%** |
| Dosage | **100 - 800 mcg** | **200 - 1200 mcg** |
| Safety | **Comparable** | **Comparable** |
| Mucosal Irritation | **Low** | **Minimal/none** |
| Taste | **"Baking soda"** | **Mint** |
| Sales Force Size | **110 PCS**<br>**2 product calls** | <u>**Total: 465**</u><br>**PCP: 388**<br>**Specialty: 77**<br>**Primary position expected** |
| Targets | **Registry participants ~6000** | **Potentially 30K skilled opioid prescribers** |

Source: BioDelivery Science International April 25, 2007; Press release Onsolis™ Fentanyl Demonstrates Substantial Transmucosal Delivery in Absolute Bioavailability Study; Press release May 14, 2007 BDSI Announces Positive Key Secondary Endpoint Results for Onsolis™ Fentanyl; Press release December 17, 2007 Endo Announces Positive Results From Interim Analysis of RAPINYL™ Phase III Clinical Trial; Lennernaes B et al. *Br J Clin Pharm*. 2005;59(2):249-253. Abstral Swedish PI July 2008.

27

TEV_FE00037971

AUTODATE

# SWOT

**Strengths**
- Highly efficacious
- Onset 15 min
- Multiple & convenient routes of administration
- Breadth of clinical data
- Active clinical program
- Patent to 2019

**Weaknesses**
- Registry System
- Premium price
- MCO reimbursement hurdles
- Limited differentiation from SAOs & other ROOs
- Eroded relationships with HCPs
- Highest dose only 800 mcg
- Fast onset perceived as a safety concern

**Opportunities**
- Increased noise by new market entries will raise awareness of BTP
- CNCA Treatment guidelines in development by APS/AAPM
- Increasing patient population
    - Aging
    - Increasing cancer survival rates

**Threats**
- Limited BTP and ROO awareness
- Miscommunication between HCPs and patients regarding BTP
- Increasing MCO hurdles on premium priced products
- Shrinking ROO market
- New competitors: 3rd OTFC & Onsolis
- Safety concerns for abuse and diversion


FENTORA
fentanyl buccal tablet (F)

28

Case: 1:17-md-02804-DAP  Doc #: 2248  Filed:  08/13/19  30 of 63.  PageID #: 349079

# Marketing Strategy



CONFIDENTIAL

Case: 1:17-md-02804-DAP  Doc #: 2248  Filed:  08/13/19  31 of 63.  PageID #: 349060

# 2009 Goals

$175M Total Revenue
76,334 TRx's
29.7% TRx Exit Share

## Assumptions

- Efficient and effective registry roll out
- *FENTORA* prescribing will mostly come from
  - Registered core prescribers (Deciles 3-10)
  - Incremental use by other registered prescribers (Deciles 0-2 + high opioid)
- Potential price increase
- 110 PCS Representatives
- $20M Marketing budget



CONFIDENTIAL

TEV_FE00037974

AUTODATE



# 2009 Key Strategic Imperatives

### 2009 Key Market Issues

**1**
HCPs & regulators have <u>concerns regarding potential misuse and abuse of *FENTORA*</u>.  The pending sNDA for an expanded label has raised the level of concern by regulators.

**2**
<u>HCPs & MCOs do not see the value</u> *FENTORA* provides to appropriate patients vs. SAOs and other ROOs

**3**
There is limited awareness and understanding of BTP in the marketplace. <u>This limited understanding often results in non-optimized **BTP** treatment regimens.</u>

**4**
<u>HCPs feel abandoned by Cephalon</u>:
- HCPs feel Cephalon has shifted liability and accountability to them in the Dear Doctor letter
- Decline in Sales Force calls

**5**
New branded and generic rapid onset fentanyl <u>products differentiated only by their delivery systems</u> will increase the level of competition.

### 2009 KSI's

- Ensure appropriate use
- Optimize market opportunities
- Maintain reimbursement access
- Enhance dosing options

*FENTORA*
*fentanyl buccal tablet €*

CONFIDENTIAL

TEV_FE00037975

AUTODATE



Taken from the <u>Business Strategy</u> slide later in this deck, please list in the "Business Strategy" field above:

• Most important indication
• Key Target Audience
• Basic Approach to the Marketplace

Taken from the <u>Strategic Imperatives</u> slide later in this deck, please list each Imperative in the fields provided.

CONFIDENTIAL

AUTODATE



- Key strategic actions to support the "Strategic Imperatives"

- Sub strategies can be included when necessary

- List assumptions key to success of the strategies

- Describe any Action Plans that you feel senior management must be made aware of



CONFIDENTIAL

TEV_FE00037977

Case: 1:17-md-02804-DAP  Doc #: 2248  Filed: 08/13/19  35 of 63.  PageID #: 349084



- Key strategic actions to support the "Strategic Imperatives"

- Sub strategies can be included when necessary

- List assumptions key to success of the strategies

- Describe any Action Plans that you feel senior management must be made aware of



CONFIDENTIAL
TEV_FE00037978



- Key strategic actions to support the "Strategic Imperatives"

- Sub strategies can be included when necessary

- List assumptions key to success of the strategies

- Describe any Action Plans that you feel senior management must be made aware of



CONFIDENTIAL



- Key strategic actions to support the "Strategic Imperatives"

- Sub strategies can be included when necessary

- List assumptions key to success of the strategies

- Describe any Action Plans that you feel senior management must be made aware of



CONFIDENTIAL

AUTODATE

# 2009
# Key Initiatives in Marketing Budget

| Total Spend |
| --- |
| $10.5M |
| 53% |

**Ensure appropriate use & Registry KSI 1**

- **Registry = $7.4M**
  - Create awareness & understanding of Registry & its value to key stakeholders
    - Two phases of logistics to communicate:
      - "Roll Out" transitions to "Go-Live"
  - Drive enrollment of HCPs, Patients, Pharmacies
  - Reinforce enrollee participation
- **Responsible Use of Opioids = $2.4M**
  - Sales Force tools
  - Partner w/ patient advocacy & professional organizations on initiatives to support responsible use of opioids
  - Educate patients & HCPs on safe use of opioids (e.g. managing risk for abuse & diversion, safe storage)
- **Market Research = $750K**
  - HCP/RPh/Pt Surveys, Concept & message testing, CI, Pulse Studies, market surveillance

*FENTORA*
*fentanyl buccal tablet C*

37

CONFIDENTIAL

TEV_FE00037981

AUTODATE

# 2009
# Key Initiatives in Marketing Budget

| Total Spend |
|---|
| $6.3M |
| 32% |

**Differentiate from competition**

**KSI 2,3,4**

- **Differentiate & drive top of mind awareness & usage = $2.4M**
  - Create & implement tools/materials for Sales Force to maintain HCP top of mind preference for *FENTORA*
  - Non-personal/targeted media
- **Maintain reimbursement access* = $500K**
  - Practice Management Programs
  - Debit Card Program
- **Optimize dosing options = $2.8M**
  - Incorporate new label information in all appropriate materials:
    - New REMS/Registry & sublingual administration option
    - High dose & titration
- **Market Research = $600K**
  - ATU, secondary reports, CI, Monthly Market Dynamics, National Health & Wellness Survey

*FENTORA*
*fentanyl buccal tablet C*

* Additional programs/materials/initiatives in HCS Plan

CONFIDENTIAL

TEV_FE00037982

AUTODATE

# 2009
# Key Initiatives in Marketing Budget

| Total Spend |
|---|
| $2.1M |
| 10% |

**Expanded Label KSI 2,3**

- **<u>Preparation</u> to optimize market opportunities = $2M**
  - Develop & incorporate new messaging platform:
    - Tools for Sales Force
    - Non-personal/targeted media
- **Maintain reimbursement access\* = $0M**
- **Market Research = $150K**
  - Concept & message testing

*FENTORA*
*fentanyl buccal tablet* ℂ

\* Programs/materials/initiatives in HCS Plan

39

TEV_FE00037983

Case: 1:17-md-02804-DAP  Doc #: 2248  Filed: 08/13/19  41 of 63.  PageID #: 349090

# 2009
## Key Initiatives in Marketing Budget

| Total Spend |
|---|
| $1.1M |
| 5% |

**110 PCS Rep Logistics & Support**

- Promotech = $1.1M
  - Sales Force materials storage & fulfillment
  - Incorporation of new label in/on materials as needed

*FENTORA*
*fentanyl buccal tablet ℮*

40

# 2009 Marketing Expense Budget



CONFIDENTIAL

AUTODATE

# FENTORA Expense Budget
## 2009 Dollars & Percent-to-total

| | 6+6 Forecast 2008* | 2009 | |
| --- | --- | --- | --- |
| | | *Dollars* | *Percent* |
| *Total Expense* | $15,175,000 | $20,000,000 | |
| Advertising Promotional Materials | 5,775,000 | 8,850,000 | 44% |
| Consultants | | | |
| Corporate Contributions | 50,000 | 50,000 | 0% |
| Field Driven Speaker Programs | 2,700,000 | 2,300,000 | 12% |
| Market Research | 1,100,000 | 1,500,000 | 8% |
| Marketing Promotional Programs | 0 | 0 | |
| Medical Education | 1,800,000 | 3,000,000 | 15% |
| Meetings, Conf, Congresses, Conv, Exhibits | 1,300,000 | 600,000 | 3% |
| Miscellaneous Operating Expense | 0 | 0 | |
| Public Relations | 1,000,000 | 1,100,000 | 6% |
| Reprints | 250,000 | 400,000 | 2% |
| Risk Management** | 0 | 0 | |
| Samples & Debit Card Program | 1,200,000 | 2,200,000 | 11% |

*Assumes 2009 Expanded Label Launch & SF Expansion
**Assumes Regulatory & GPE will cover REMS & registry program costs



42

TEV_FE00037986

AUTODATE

# Advertising & Promotion

Total = $8,650,000
- New campaign development for registry
    - Two label changes to all materials
        1. Registry, REMS, sublingual administration
        2. High dose
    - Personal ($5.2M)
        - All sales collateral
        - All REMS related materials
        - Patient education materials
        - Patient Case Studies
    - Non-personal ($1M)
        - Targeted media (e.g. Triple i tamper proof pads, ePocrates)
        - Journal
        - Direct Mail
    - Web & e-initiatives ($1.3M)
    - Promotech ($1.1M)



CONFIDENTIAL

TEV_FE00037987

AUTODATE

# Promotional Medical Education

- $3,000,000
  - Regional Summits to support Registry enrollment
  - Update promotional slide decks
  - Web train speakers on new label
  - Advisory Boards (3) for Registry & competition assessment



44

CONFIDENTIAL

# Samples & Debit Card

- **$2,200,000**
  - Vouchers ($2M)

| Voucher Program | 1Q'08 | 2Q'08 | 1H'08 |
|---|---|---|---|
| Voucher TRx's | 2539 | 1978 | 4517 |
| Rep Ordered Vouchers | 5810 | 5950 | 11760 |
| Redemption Rate | 44% | 33% | 38% |

  - Debit Cards ($200K)

| 2008 Debit Card Program | |
|---|---|
| # of Rep Ordered Kits | 1725 |
| # of Rep Ordered Cards | 5175 |
| # of Activations | 118 |
| # of Redemptions | 96 |
| Redemption Rate | 2% |
| # of Patients with 1 use | 65 |
| # of Patients with 2 uses | 25 |
| # of Patients with 3 uses | 8 |
| Avg Redemption Amount | $36.98 |



CONFIDENTIAL

# Specialty Pharmacy Tactics

- ???



CONFIDENTIAL

# 2009 Contribution Margin



CONFIDENTIAL

47

AUTODATE

# 2009 *FENTORA* Contribution

| 2009 *FENTORA* Contribution | Revenue | Expense |
|---|---|---|
| Gross Sales Budget | **$155,000,000** | |
| Gross Margin[†] | $140,900,000 | |
| Marketing | | $20,000,000 |
| **Registry** | | **?** |
| Sales* | | $12,800,000 |
| Clinical & Regulatory** | | $3,200,000 |
| Phase IV Studies | | - |
| Medical Education (SciCom) | | $5,000,000 |
| Publications | | $1,000,000 |
| ISS/IST | | $500,000 |
| Subtotal Expenses | | **TBD** |
| *FENTORA* Contribution | **TBD** | |
| % of *FENTORA* Sales | **TBD** | |

*Assumes Sales Force Expansion of PCS to 110 reps and shared costs with Amrix
**Assumes on Clinical Costs/Regulatory & GPE will cover RiskMAP expenses (not included) [†]Gross Margin = Net sales – COGS

CONFIDENTIAL

Case: 1:17-md-02804-DAP  Doc #: 2248  Filed:  08/13/19  50 of 63.  PageID #: 349099

# Parking Lot Slides



CONFIDENTIAL

AUTODATE

# KSI - 1:  Ensure appropriate use

**KSI 1 Total Budget:  $8.4 mm**

**Strategy:  Registry System**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Re-launch brand to create awareness and understanding of registry<br>• update all sales force collateral materials with new registry language (personal promo)<br>• create print & web based communication programs to drive awareness with HCPs, patients, and pharmacists (non-personal & e) | 1Q | $2.9m | Brand Team/Palio |
| Drive Enrollment into Registry<br>• create programs & tools for simple HCP, patient, & pharmacist enrollment (CSPs, SciMedica, spkr training)<br>•Communicate updates to HCPs, patients & pharmacists during transition and Go Live periods | 1Q | $2.8m | Brand Team/Palio |
| Reinforce enrollee participation<br>•Create ongoing personal and non-personal programs  to ensure enrollees continue to use *FENTORA* appropriately | 1Q-4Q | $700k | Brand Team/Palio |



**\*   Summary Implementation Plan:**

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative.  When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

CONFIDENTIAL

# KSI - 1:  Ensure appropriate use

**KSI 1 Total Budget:  $8.4 mm**

**Strategy:  Registry System continued**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| •Develop an efficient method to facilitate reimbursement<br>•Develop an efficient method to distribute *FENTORA* (retail vs. specialty)<br>•Implement a method to allow for non-retail class of trade to have access | 1Q | $0 | Registry Working Team |
| Market research to ensure registry system logistics & roll out are working | 1Q-4Q | $600k | Market Research |
| **Total Marketing cost for Registry** | | **$7m** | |



## *   Summary Implementation Plan:

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative.  When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

TEV_FE00037995

AUTODATE

# KSI - 1:  Ensure appropriate use

**KSI 1 Total Budget:  $8.4 mm**

Strategy: Align corporation to leverage registry value

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Ensure registry ownership in appropriate functional areas:<br>• Designate & train staff<br>• Monitor objective achievements | | $0 | Registry Working Team |
| Implement an attractive IC plan to support enrollment & prescribing | | $0 | Sales Ops |
| Train sales force & internal key stakeholders on SECURE registry | | $0 | Sales Training/ Registry Working Team |
| PR efforts (web, media & 3rd party outreach) to support safe use of *FENTORA* and opioids via<br>    –Partnering w/ patient advocacy & professional organizations initiatives<br>    –Educating patients & HCPs on understanding & managing risk for abuse & diversion, safe storage | | $675k | Corporate Communications |
| **Total Marketing cost to Leverage Registry** | | **$675,000** | |

FENTORA
*fentanyl buccal tablet €*

***  Summary Implementation Plan:**

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative.  When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

CONFIDENTIAL

AUTODATE

# KSI - 1:  Ensure appropriate use

### KSI 1 Total Budget:  $8.4 mm

**Strategy: Effectively communicate the appropriate use of opioids & *FENTORA***

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| • Ensure registry ownership in appropriate functional areas: Designate & train staff & Monitor objective achievements<br>• Train sales force & internal key stakeholders on SECURE registry | | $0 | Sales Training/ Registry Working Team |
| Implement an attractive IC plan to support enrollment & prescribing | | $0 | Sales Ops |
| Provide sales force with tools to continue to educate on appropriate patient selection and safe use of opioids and *FENTORA* (AAD CSPs) | | $700k | Brand Team |
| **Total Marketing cost ensure safe use of opioids & *FENTORA*** | | **$700,000** | |



CONFIDENTIAL

# KSI - 2: Optimize market opportunities

### KSI 2: Total Budget:  $8.4M

**Strategy: Increase BTP awareness & understanding**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Partner w/ key associations on educational & guideline initiatives | 1Q/4Q | $100K | PR |
| Continue to support ESP | 1Q/4Q | $0 | SciCom |

**Strategy: Maintain customer loyalty**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Increase call reach & frequency w/ expanded PCS Sales Force (110) through IC plan | 1Q/4Q | $0 | Sales/Sales Ops |
| Vouchers | 1Q/4Q | $900K | Brand Team |
| Implement Publication Plan | 1Q/4Q | $0 | SciCom |
| Train PCS on how to address new competition | 1Q | $0 | Sales Ttraining |
| Nurse Advisory Board to obtain insights on educational/ other unmet needs | 2Q | $100K | PR |

FENTORA
*fentanyl buccal tablet €*

**\*   Summary Implementation Plan**:

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative.  When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

54

CONFIDENTIAL

AUTODATE

# KSI - 2: Optimize market opportunities

### KSI 2: Total Budget:  $8.4M
**Strategy: Optimize all communication channels**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Create & implement tools & materials to address competition | 1Q/4Q | $800K | Brand Team/Palio |
| Create & implement tools/materials for Sales Force to maintain HCP top of mind preference for FENTORA | 3Q/4Q | $285K | Brand Team |
| Reprints: Fees & production | 1Q/4Q | $325K | Brand Team |
| Targeted media: ePocrates , Catalina Newsletter, PDR, PDR Pain Prescribing Guide | 1Q/4Q | $850K | Brand Team |
| Website initiatives: maintain  site & update with new content to drive HCP & patient hits | 1Q/4Q | $350K | Brand Team |
| eDetails | 1Q/2Q | $215K | Brand Team |
| Journal advertising  in select journals, targeted reach | 1Q/4Q | $600 | Brand team |
| Conventions: Booth presence to distribute educational product information at key Pain professional meeting (space, fees, shipping, other logistics | | $600 | Brand Team |

### *   Summary Implementation Plan:

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative.  When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

CONFIDENTIAL
TEV_FE00037999

AUTODATE

# KSI - 2: Optimize market opportunities

### KSI 2: Total Budget:  $8.4M
**Strategy: Optimize all communication channels**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| PR: media outreach & monitoring on new data releases | 1Q/4Q | $100 K | PR |
| PR: Webinar & collateral material to educate HCPs & patients | 3Q/4Q | $300K | Brand Team |
| Market Research: ATU, CI, secondary reports, monthly dynamics, National Health & Wellness Survey | 1Q/4Q | $300.5K | Market Research |



**\*   Summary Implementation Plan:**

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative.  When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

56

AUTODATE

# KSI - 2: Optimize market opportunities

### KSI 2: Total Budget: $8.4M

**Strategy: Optimize all communication channels: preparation effective for expanded label**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Create new message campaign for expanded label launch; incorporate concept into Sales Force & non-personal collateral materials | 3Q/4Q | $1.1M | Brand Team/Palio |
| Production cost of tools/materials as appropriate | /4Q | $600K | Brand Team |
| CSP:<br>• Content development<br>• Speaker training | | $600K | Brand Team/CCX |
| Market Research: Test concepts & messaging | 2Q/4Q | $125K | Market Research |
| PR: Manage regulatory milestones | | $185K | PR |



---

**\*   Summary Implementation Plan:**

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative.  When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

57

AUTODATE

# KSI - 2: Optimize market opportunities

### KSI 2: Total Budget:  $8.4M

**Strategy: Formally establish ROO class**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Support development & execution chronic pain/BTP treatment guidelines | 1Q/4Q | $0 | Med Affairs |
| Appropriately leverage new clinical data when available | 1Q/4Q | $0 | Mkting/Gov Affairs |
| Lobby USP for formal creation of ROO class | 3Q | $0 | Gov Affairs |



**\*   Summary Implementation Plan:**

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative.  When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

CONFIDENTIAL

AUTODATE

# KSI - 3: Increase access to reimbursement

**KSI 3:  Total Budget:  $550K**

**Strategy: Facilitate reimbursement process**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| COVANCE | 1Q/4Q | $0 | HCS |
| Practice Manager Programs | 1Q/4Q | $175K | Brand team |
| Formulary Kit | 2Q | $0 | HCS |
| Debit Card Program | 1Q/4Q | $300K | Brand team |

**Strategy: Secure optimal Formulary status**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Conduct PE study; utilize data to support utilization | 1Q/4Q | $0 | HCS/Clinical/Med Affairs/SciCom |
| Update AMCP Dossier to include PE & new clinical data | 1Q/4Q | $0 | HCS/Med Affairs |
| Support independent third party development & execution chronic pain/BTP treatment guidelines; disseminate appropriately | 1Q/4Q | $75K | Med Affairs/HCS/Brand Team |
| Develop & convey BOI for BTP | 1Q/4Q | $0 | HCS/Med Affairs |

**\*   Summary Implementation Plan**:

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative.  When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

CONFIDENTIAL

TEV_FE00038003

# KSI - 3: Increase access to reimbursement

**KSI 3:  Total Budget:  $550K**

**Strategy: Selectively secure MCO contracts**

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Create infrastructure to support contracting | 1Q | $0 | HCS |
| Create process to support contracting | 1Q | $0 | HCS |
| Train NAMs:<br>•Negotiation skills<br>•Cephalon contracting process | 1Q/2Q | $0 | HCS |



**\*   Summary Implementation Plan:**

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative.  When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

# KSI - 4: Expand administration, titration & dosing options

### KSI-4: Total Budget: $1.5M

Strategy: Revise the label to include sublingual administration and high dose(s)

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Negotiate label language describing optional sublingual administration | 1Q | $0 | Regulatory |
| Develop, submit & obtain approval of supplement for high dose(s) | 1Q | $0 | Regulatory/Clinical |
| Update Sales Force communication tools to include new administration, titration & dosing options (2x pending approvals) | 2Q | $500K | Brand Team & Palio |
| Non-personal tactics to communicate new sublingual administration option (creation, production, distribution, program fees) | 2Q | $325K | Brand Team & Palio |



## *  Summary Implementation Plan:

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative. When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.

CONFIDENTIAL

TEV_FE00038005

# KSI - 4: Expand administration, titration & dosing options

**KSI-4: Total Budget: $1.5M**

Strategy: Revise the label to include sublingual administration and high dose(s)

| Tactic | Timing | Cost | Responsible |
|---|---|---|---|
| Non-personal tactics to communicate new high dose option options (creation, production, distribution, program fees) | 3Q | $325K | Brand Team & Palio |
| Update CSP deck & web-train the speakers on new dosing, titration & administration options (2x pending approvals) | 2Q & 3Q | $300K | Brand Team & CCX |
| Develop training materials/tools & train sales force to deliver messages on new administration, titration & dosing options | 2Q | $0 | Sales Training |



**\*   Summary Implementation Plan:**

Use this table to summarize all of the tactical initiatives (as outlined in slides 15-23 of this template) that are planned for 2006 sub-totals by Strategic Imperative. When a tactic applies across multiple imperatives, list it under the strategic imperative it most closely supports.

This may require several summary pages.