# 2009
# Key Initiatives in Marketing Budget

**Ensure appropriate use & Registry KSI 1**

- **Registry = $6.4M**
  - Create awareness & understanding of Registry & its value by key stakeholders
    - PR, Sales Force, direct mail, focused jrnl schedule, web/eMarketing tactics
  - Drive enrollment of HCPs, Patients, Pharmacies
    - HCPs: Tools to support enrollment via Sales Force, CSPs, web, phone
      - Creation, production, & distribution
    - Patients: Tools for HCPs to educate & direct patients to enroll, web, phone
    - Pharmacies: Tools for ComOps to drive enrollment, Sales Force materials to drive pharmacy enrollment, tools for participating pharmacies to educate patients
  - Multi-wave communications of Registry status to key stakeholders: launch, transition, GO Live
    - Print, web, eDetails, direct mail, targeted media, teledetailing
  - Reinforce enrollee participation
    - Sales Force tools to support ongoing participation by HCPs
    - HCP tools to support onging patient participation
    - Pharmacy tools to support ongoing patient participation
    - Non-personal programs/materials to support ongoing participation by all parties (web, direct mail, targeted media, opt-in reminders)
- **Responsible Use of Opioids = $2.4M**
  - Sales Force:
    - SECURE tools
    - AAD CSPs
  - Partner w/ patient advocacy & professional organizations on initiatives to support responsible use of opioids
  - Patients & HCPs
    - Education on opioid usage, understanding & managing risk for abuse & diversion, safe storage
      - Webinar, online microsite, media outreach, and third-party collaboration
- **Market Research = $600K**
  - **HCP/RPh/Pt Surveys, Concept & message testing, CI, Pulse Studies, market Surveillance**

**Total Spend**
**$9.4M**
**48%**

CONFIDENTIAL

TEV_FE00038007

# 2009
# Key Initiatives in Marketing Budget



- Optimize market opportunities = $3.4M
  - Develop new messaging platform
  - Tools for expanded Sales Force:
    - Differentiate & drive top of mind awareness & usage of FENTORA
    - Proactively & reactively address competition
  - Appropriately leverage new clinical data
  - Enhance KOL relationships
  - Convention presence
  - Non-personal/targeted media
- *Maintain reimbursement access = $500K
  - Practice Management Programs
  - Debit Card Program
- Optimize dosing options = $1.8M
  - Secure new dosing, titration & administration options in label
  - Incorporate new label information in all appropriate materials (e.g. sales materials, jrnl ads, non-personal targeted media, conventions, web) :
    - Label change one: New REMS/Registry & sublingual administration option
    - Label change two: High dose & titration
- Market Research = $300K
  - ATU, secondary reports, CI, Monthly Market Dynamics, National Health & Wellness Survey

**Total Spend**
**$6.0M**
**33%**

**Differentiate from competition**
**KSI 2,3,4**

* Additional programs/materials/initiatives in HCS Plan

FENTORA
fentanyl buccal tablet



# 2009
# Key Initiatives in Marketing Budget

**Launch Prep for Expanded label KSI 2,3,4**

- **Optimize market opportunities = $1.2M**
  - Develop new messaging platform
  - Tools for Sales Force
  - Speaker Training
  - Appropriately leverage new clinical data
  - Non-personal/targeted media
- ***Maintain reimbursement access = $0M**
- **Label change = $1.8M**
  - Incorporate new indication language on <u>all materials</u> (e.g. sales materials, jrnl ads, targeted media, conventions, web)
- **Market Research = $125K**
  - <u>Concept & message testing</u>

**Total Spend $3.1M 15%**

FENTORA
fentanyl buccal tablet

* Programs/materials/initiatives in HCS Plan

AUTODATE



66

## 2008 Debit Card Program

| 2008 Debit Card Program | |
|---|---|
| # of Rep Ordered Kits | 1725 |
| # of Rep Ordered Cards | 5175 |
| # of Activations | 118 |
| # of Redemptions | 96 |
| Redemption Rate | 2% |
| # of Patients with 1 use | 65 |
| # of Patients with 2 uses | 25 |
| # of Patients with 3 uses | 8 |
| Avg Redemption Amount | $36.98 |

Source: YNF Data Report



CONFIDENTIAL

TEV_FE00038011

# 2008 Voucher Program

| Voucher Program | 1Q'08 | 2Q'08 | 1H'08 |
|---|---|---|---|
| Voucher TRx's | 2539 | 1978 | 4517 |
| Rep Ordered Vouchers | 5810 | 5950 | 11760 |
| Redemption Rate | 44% | 33% | 38% |

Source: IMS NPA/AlphaScrip June 08

FENTORA
fentanyl buccal tablet

68

CONFIDENTIAL

TEV_FE00038012