# EXHIBIT 2

| Product Name | Strength | Package | Comments | | | UD Config | Business Group | SBU | Product Line | Product Family | Product Group | Product Category | | New Cat Code 4 | | New Cat Code 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oxycodone IR Tabs (AD) | 5 mg | 100 | | 0601-01 | | | PCH | DOS | DGN | OXD* | DOT | | OXD | Oxycodone IR Tab (AD) | | |
| Oxycodone IR Tabs (AD) | 5 mg | 100UD | | 0601-62 | | 0601-23 | PCH | DOS | DGN | OXD* | DOT | | OXD | Oxycodone IR Tab (AD) | | |
| Oxycodone IR Tabs (AD) | 10 mg | 100 | | 0602-01 | | | PCH | DOS | DGN | OXD* | DOT | | OXD | Oxycodone IR Tab (AD) | | |
| Oxycodone IR Tabs (AD) | 10 mg | 100UD | | 0602-62 | | 0602-23 | PCH | DOS | DGN | OXD* | DOT | | OXD | Oxycodone IR Tab (AD) | | |
| Oxycodone IR Tabs (AD) | 15 mg | 100 | | 0603-01 | | | PCH | DOS | DGN | OXD* | DOT | | OXD | Oxycodone IR Tab (AD) | | |
| Oxycodone IR Tabs (AD) | 15 mg | 100UD | | 0603-62 | | 0603-23 | PCH | DOS | DGN | OXD* | DOT | | OXD | Oxycodone IR Tab (AD) | | |
| Oxycodone IR Tabs (AD) | 20 mg | 100 | | 0604-01 | | | PCH | DOS | DGN | OXD* | DOT | | OXD | Oxycodone IR Tab (AD) | | |
| Oxycodone IR Tabs (AD) | 20 mg | 100UD | | 0604-62 | | 0604-23 | PCH | DOS | DGN | OXD* | DOT | | OXD | Oxycodone IR Tab (AD) | | |
| Oxycodone IR Tabs (AD) | 30 mg | 100 | | 0605-01 | | | PCH | DOS | DGN | OXD* | DOT | | OXD | Oxycodone IR Tab (AD) | | |
| Oxycodone IR Tabs (AD) | 30 mg | 100UD | | 0605-62 | | 0605-23 | PCH | DOS | DGN | OXD* | DOT | | OXD | Oxycodone IR Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 10 mg | 100 | OxyContin | 0710-01 | | | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 15 mg | 100 | OxyContin | 0715-01 | | | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 20 mg | 100 | OxyContin | 0720-01 | | | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 30 mg | 100 | OxyContin | 0730-01 | | | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 40 mg | 100 | OxyContin | 0740-01 | | | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 60 mg | 100 | OxyContin | 0760-01 | | | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 80 mg | 100 | OxyContin | 0780-01 | | | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 10 mg | 100UD | OxyContin | 0710-62 | | 0710-23 | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 15 mg | 100UD | OxyContin | 0715-62 | | 0715-23 | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 20 mg | 100UD | OxyContin | 0720-62 | | 0720-23 | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 30 mg | 100UD | OxyContin | 0730-62 | | 0730-23 | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 40 mg | 100UD | OxyContin | 0740-62 | | 0740-23 | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 60 mg | 100UD | OxyContin | 0760-62 | | 0760-23 | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Oxycodone ER Tabs (AD) | 80 mg | 100UD | OxyContin | 0780-62 | | 0780-23 | PCH | DOS | DGN | OXR* | DOT | | OXR | Oxycodone ER Tab (AD) | | |
| Mixed Amphetamines ER Capsules | 5 mg | 100 | Adderall XR | 0805-01 | | | PCH | DOS | DGN | MAM | DMC | | | | | |
| Mixed Amphetamines ER Capsules | 10 mg | 100 | Adderall XR | 0806-01 | | | PCH | DOS | DGN | MAM | DMC | | | | | |
| Mixed Amphetamines ER Capsules | 15 mg | 100 | Adderall XR | 0807-01 | | | PCH | DOS | DGN | MAM | DMC | | | | | |
| Mixed Amphetamines ER Capsules | 20 mg | 100 | Adderall XR | 0808-01 | | | PCH | DOS | DGN | MAM | DMC | | | | | |
| Mixed Amphetamines ER Capsules | 25 mg | 100 | Adderall XR | 0809-01 | | | PCH | DOS | DGN | MAM | DMC | | | | | |
| Mixed Amphetamines ER Capsules | 30 mg | 100 | Adderall XR | 0810-01 | | | PCH | DOS | DGN | MAM | DMC | | | | | |
| Nortriptyline HCl capsules | 10 mg | 30 | Pamelor | 8810-03 | These are reserved | | PCH | DOS | DGN | NOR* | DNC* | | NOR | Nortriptyline | DNC | Nortriptyline Caps |
| Nortriptyline HCl capsules | 25 mg | 30 | Pamelor | 8811-03 | These are reserved | | PCH | DOS | DGN | NOR* | DNC* | | NOR | Nortriptyline | DNC | Nortriptyline Caps |
| Nortriptyline HCl capsules | 50 mg | 30 | Pamelor | 8812-03 | These are reserved | | PCH | DOS | DGN | NOR* | DNC* | | NOR | Nortriptyline | DNC | Nortriptyline Caps |
| Nortriptyline HCl capsules | 75 mg | 30 | Pamelor | 8813-03 | These are reserved | | PCH | DOS | DGN | NOR* | DNC* | | NOR | Nortriptyline | DNC | Nortriptyline Caps |
| Sodium oxybate oral solution | 500mg/mL | 180 mL | Xyrem | 8500-18 | | | PCH | DOS | DGN | SOD* | DSO* | | SOD | Sodium Oxybate | DSO | Sodium Oxybate OS |
| matinib mesylate tablets | 100 mg | 90 | Gleevec | 3100-90 | | | PCH | DOS | DGN | IMM* | IMT* | | IMM | Imatinib Mesylate | IMT | Imatinib Mesylate Tabs |
| matinib mesylate tablets | 400 mg | 30 | Gleevec | 3400-03 | | | PCH | DOS | DGN | IMM* | IMT* | | IMM | Imatinib Mesylate | IMT | Imatinib Mesylate Tabs |
| matinib mesylate tablets | 400 mg | 30UD | Gleevec | 3400-32 | | | PCH | DOS | DGN | IMM* | IMT* | | IMM | Imatinib Mesylate | IMT | Imatinib Mesylate Tabs |
| Hydrocodone/APAP Tablets | 5/300 | 100 | | 0376-01 | These are already setup. | | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Hydrocodone/APAP Tablets | 5/300 | 500 | | 0376-05 | These are already setup. | | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Hydrocodone/APAP Tablets | 5/300 | 100UD | | 0376-62 | These are already setup. | 0376-23 | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Hydrocodone/APAP Tablets | 7.5/300 | 100 | | 0377-01 | These are already setup. | | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Hydrocodone/APAP Tablets | 7.5/300 | 500 | | 0377-05 | These are already setup. | | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Hydrocodone/APAP Tablets | 7.5/300 | 100UD | | 0377-62 | These are already setup. | 0377-23 | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Hydrocodone/APAP Tablets | 10/300 | 100 | | 0378-01 | These are already setup. | | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Hydrocodone/APAP Tablets | 10/300 | 500 | | 0378-05 | These are already setup. | | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Hydrocodone/APAP Tablets | 10/300 | 100UD | | 0378-62 | These are already setup. | 0378-62 | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Oxycodone/APAP Oral Solution | 5/325 per 5mL | 500 mL | re-launch item; n | 8605-50 | Need new - for relaunch | | PCH | DOS | DGN | OXA | OX4* | | OX4 | Oxycodone OS | | |
| Oxycodone HCL Oral Solution | 5mg/5mL | 500 mL | re-launch item; n | 8705-50 | Need new - for relaunch | | PCH | DOS | DGN | OXI | OX4* | | OX4 | Oxycodone OS | | |
| Oxycodone HCL Oral Solution | 20mg/mL | 30 mL | re-launch item; n | 8720-30 | Need new - for relaunch | | PCH | DOS | DGN | OXI | OX4* | | OX4 | Oxycodone OS | | |
| Hydrocodone/APAP Tablets | 5/325 | 100 UD | | 0123-23 | | 0123-23 | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Hydrocodone/APAP Tablets | 7.5/325 | 100 UD | | 0124-23 | | 0124-23 | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Hydrocodone/APAP Tablets | 10/325 | 100 UD | | 0125-23 | | 0125-23 | PCH | DOS | DGN | HY1 | DGB | | | | | |
| Oxycodone HCl Tablets | 15mg | 100 UD | | 8515-23 | | 8515-23 | PCH | DOS | DGN | OXI | DOT | | | | | |
| Oxycodone HCl Tablets | 30mg | 100 UD | | 8530-23 | | 8530-23 | PCH | DOS | DGN | OXI | DOT | | | | | |

| S/T | ITEM # | NDC # | ITEM DESC 1 | ITEM DESC 2 |
|---|---|---|---|---|
| M | 0406053291 | 00406053291 | OXYCODONE/APAP 5/500MG | 5000 CT TOTE |
| O | 0406251201 | 00406251201 | OXYCODONE & APAP TABS USP | BOTTLE OF 100-SALES HISTORY |
| S | 0406851562 | 00406851562 | OXYCODONE HCl 15MG TABS | UD 10 2X5 BLISTER CARD 100 |
| S | 0406853062 | 00406853062 | OXYCODONE HCl 30MG TABS | UD 10 2X5 BLISTER CARD 100 |
| S | 055201 | 00406055201 | OXYCODONE HCL 5MG TABS USP | BOTTLE OF 100 |
| O | 055232 | 00406055232 | OXYCODONE HCL 5MG TABS USP | 5X30 CT REVERSE BINGO |
| S | 055262 | 00406055262 | OXYCODONE HCL 5MG TABS USP | 10X2X5 UNIT DOSE BLISTER |
| O | 055401 | 00406055401 | OXYCODONE HCL 5MG CAPS | BOTTLE OF 100 |
| S | 059301 | 00406059301 | OXYCODONE HCL ER TABS, 10MG | BOTTLE OF 100 |
| S | 059401 | 00406059401 | OXYCODONE HCL ER TABS, 20MG | BOTTLE OF 100 |
| S | 059501 | 00406059501 | OXYCODONE HCL ER TABS, 40MG | BOTTLE OF 100 |
| S | 059601 | 00406059601 | OXYCODONE HCL ER TABS, 80MG | BOTTLE OF 100 |
| O | 251205 | 00406251205 | OXYCODONE & APAP TABS USP | BOTTLE OF 500-SALES HISTORY |
| S | 851501 | 00406851501 | OXYCODONE HCL 15MG TABS USP | BOTTLE OF 100 |
| O | 851562 | 851562 | OXYCODONE HCL 15MG TABS USP | 10X2X5 UNIT DOSE BLISTER |
| S | 853001 | 00406853001 | OXYCODONE HCL 30MG TABS USP | BOTTLE OF 100 |
| O | 853062 | 853062 | OXYCODONE HCL 30MG TABS USP | 10X2X5 UNIT DOSE BLISTER |
| O | 855550 | 00406855550 | OXYCODONE HCL ORAL SOLN 5/5ML | 500 ML BOTTLE |
| O | 855830 | 00406855830 | OXYCODONE HCL ORAL CONC 20/ML | 30 ML BOTTLE |
| S | 886553 | 00406886553 | OXYCODONE HCL PWDR USP | 5 GRAM BOTTLE |
| S | 886557 | 00406886557 | OXYCODONE HCL PWDR USP | 100 GRAM BOTTLE |
| U | 887353 | 00406887353 | OXYCODONE HYDROCHLORIDE USP(D) | 5 GRAM BOTTLE |
| U | 887357 | 00406887357 | OXYCODONE HYDROCHLORIDE USP(D) | 100 GRAM BOTTLE |

| G/L | G/L DESC | CC1 | CC1 DESC | CC2 | CC2 DESC | CC3 |
|---|---|---|---|---|---|---|
| OXYA | Oxycodone APAP | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYA | Oxycodone APAP | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| NEW | New G/L - needs valid class | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| NEW | New G/L - needs valid class | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYP | Oxycodone Products | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYP | Oxycodone Products | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYP | Oxycodone Products | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYP | Oxycodone Products | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYE | OXYCODONE ER | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYE | OXYCODONE ER | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYE | OXYCODONE ER | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYE | OXYCODONE ER | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYA | Oxycodone APAP | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYP | Oxycodone Products | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYP | Oxycodone Products | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYP | Oxycodone Products | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYP | Oxycodone Products | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYP | Oxycodone Products | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OXYP | Oxycodone Products | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OTHP | Other Generics | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OTHP | Other Generics | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OTHP | Other Generics | PCH | Pharmaceuticals | DOS | Dosage | DGN |
| OTHP | Other Generics | PCH | Pharmaceuticals | DOS | Dosage | DGN |

| CC3 DESC | CC4 | CC4 DESC | CC5 | CC5 DESC |
|---|---|---|---|---|
| Generics | OXA | Oxycodone APAP | OX2 | Oxycodone APAP Caps |
| Generics | OXA | Oxycodone APAP | OX3 | Oxycodone APAP Tabs |
| Generics | OXI | Oxycodone IR | DOT | Oxycodone Tabs |
| Generics | OXI | Oxycodone IR | DOT | Oxycodone Tabs |
| Generics | OXI | Oxycodone IR | DOT | Oxycodone Tabs |
| Generics | OXI | Oxycodone IR | DOT | Oxycodone Tabs |
| Generics | OXI | Oxycodone IR | DOT | Oxycodone Tabs |
| Generics | OXI | Oxycodone IR | DOX | Oxycodone Caps |
| Generics | OXE | Oxycodone ER | DOT | Oxycodone Tabs |
| Generics | OXE | Oxycodone ER | DOT | Oxycodone Tabs |
| Generics | OXE | Oxycodone ER | DOT | Oxycodone Tabs |
| Generics | OXE | Oxycodone ER | DOT | Oxycodone Tabs |
| Generics | OXA | Oxycodone APAP | OX3 | Oxycodone APAP Tabs |
| Generics | OXI | Oxycodone IR | DOT | Oxycodone Tabs |
| Generics | OXI | Oxycodone IR | DOT | Oxycodone Tabs |
| Generics | OXI | Oxycodone IR | DOT | Oxycodone Tabs |
| Generics | OXI | Oxycodone IR | DOT | Oxycodone Tabs |
| Generics | OXI | Oxycodone IR | DOL | Oxycodone Liq |
| Generics | OXI | Oxycodone IR | DOL | Oxycodone Liq |
| Generics | DGO | Other Generics | CPG | Compound Pwdr - G |
| Generics | DGO | Other Generics | CPG | Compound Pwdr - G |
| Generics | DGO | Other Generics | CPG | Compound Pwdr - G |
| Generics | DGO | Other Generics | CPG | Compound Pwdr - G |

| ITEM # | ITEM DESC 1 | ITEM DESC 2 |
|---|---|---|
| 009028 | COMPAP® ACETAMINOPHEN USP 90% | RSVD  11/14/08 L MASCIA |
| 011727 | COMPAP® CPM | RSVD  11/6/08 L. Masc a |
| 016127 | COMPAP® L 100KG | RSVD  11/6/08 L. Masc a |
| 029699 | BISMUTH SUBCARB PUR HEAVY PWDR | RSVD  10/16/09  M SCHROEDER |
| 037601 | HB-APAP 5/300, 100s | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037603 | HB-APAP 5/300, 30s | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037605 | HB-APAP 5/300, 500s | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037612 | HB-APAP 5/300, 120s | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037660 | HB-APAP 5/300, 60s | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037662 | HB-APAP 5/300, 100s UD | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037690 | HB-APAP 5/300, 90s | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037701 | HB-APAP 7.5/300, 100S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037703 | HB-APAP 7.5/300, 30S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037705 | HB-APAP 7.5/300, 500S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037712 | HB-APAP 7.5/300, 120S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037760 | HB-APAP 7.5/300, 60S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037762 | HB-APAP 7.5/300, 100S UD | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037790 | HB-APAP 7.5/300, 90S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037801 | HB-APAP 10/300, 100S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037803 | HB-APAP 10/300, 30S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037805 | HB-APAP 10/300, 500S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037812 | HB-APAP 10/300, 120S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037860 | HB-APAP 10/300, 60S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 037862 | HB-APAP 10/300, 100S UD | |
| 037890 | HB-APAP 10/300, 90S | RSVD-K VORDERSTRASSE- 09/07/12 |
| 0406054552 | LEVORPHANOL TARTRATE, 1 GM BTL | RSVD  10/26/07  K MUHLENKAMP |
| 0406074101 | OXYCODONE HCL ER 10MG TABS | RSVD  L. CARDETTI 6/29/12 |
| 0406074201 | OXYCODONE HCL ER 15MG TABS | RSVD  L. CARDETTI 6/29/12 |
| 0406074301 | OXYCODONE HCL ER 20MG TABS | RSVD  L. CARDETTI 6/29/12 |
| 0406074401 | OXYCODONE HCL ER 30MG TABS | RSVD  L. CARDETTI 6/29/12 |
| 0406074501 | OXYCODONE HCL ER 40MG TABS | RSVD  L. CARDETTI 6/29/12 |
| 0406074601 | OXYCODONE HCL ER 60MG TABS | RSVD  L. CARDETTI 6/29/12 |
| 0406074701 | OXYCODONE HCL ER 80MG TABS | RSVD  L. CARDETTI 6/29/12 |
| 0406076101 | OXYCODONE HCL ER 10MG TABS | RSVD  L. CARDETTI 6/22/12 |
| 0406076201 | OXYCODONE HCL ER 15MG TABS | RSVD  L. CARDETTI 6/22/12 |
| 0406076301 | OXYCODONE HCL ER 20MG TABS | RSVD  L. CARDETTI 6/22/12 |
| 0406076401 | OXYCODONE HCL ER 30MG TABS | RSVD  L. CARDETTI 6/22/12 |
| 0406076501 | OXYCODONE HCL ER 40MG TABS | RSVD  L. CARDETTI 6/22/12 |
| 0406076601 | OXYCODONE HCL ER 60MG TABS | RSVD  L. CARDETTI 6/22/12 |
| 0406076701 | OXYCODONE HCL ER 80MG TABS | RSVD  L. CARDETTI 6/22/12 |
| 0406084401 | OXYCODONE HCL IR 5MG TABS | RSVD  L. CARDETTI 6/21/12 |
| 0406084462 | OXYCODONE HCL IR 5MG TABS | RSVD  L. CARDETTI 6/21/12 |
| 0406084501 | OXYCODONE HCL IR 7 5MG TABS | RSVD  L. CARDETTI 6/21/12 |
| 0406084562 | OXYCODONE  R 5MG TABS | RSVD  G. COLL ER 6/6/12 |
| 0406084601 | OXYCODONE HCL IR 10MG TABS | RSVD  L. CARDETTI 6/21/12 |
| 0406084701 | OXYCODONE HCL IR 15MG TABS | RSVD  L. CARDETTI 6/21/12 |
| 0406084801 | OXYCODONE HCL IR 20MG TABS | RSVD  L. CARDETTI 6/21/12 |
| 0406084901 | OXYCODONE HCL IR 30MG TABS | RSVD  L. CARDETTI 6/21/12 |
| 0406087062 | OXYCODONE HCL IR 5MG TABS | RSVD  L CARDETTI 7/18/12 |
| 0406087101 | OXYCODONE HCL IR 5MG TABS | RSVD  L CARDETTI 7/18/12 |
| 0406087201 | OXYCODONE HCL IR 7 5MG TABS | RSVD  L CARDETTI 7/18/12 |
| 0406087301 | OXYCODONE HCL IR 10MG TABS | RSVD  L CARDETTI 7/18/12 |
| 0406087501 | OXYCODONE HCL IR 15MG TABS | RSVD  L CARDETTI 7/18/12 |
| 0406087601 | OXYCODONE HCL IR 20MG TABS | RSVD  L CARDETTI 7/18/12 |
| 0406087701 | OXYCODONE HCL IR 30MG TABS | RSVD  L CARDETTI 7/18/12 |
| 0406200110 | PAROXETINE HCL 40MG TABLETS, | RSVD R LORENTZ 10/07/7 BT 1000 |
| 0406204601 | RIBAV RIN 200MG TABLETS | RSVD 4/9/08 K.MUHLENKAMPBT1000 |
| 0406204618 | RIBAV RIN 200MG TABLETS | RSVD 4/9/08 K.MUHLENKAMP BT180 |
| 0406204662 | RIBAV RIN 200MG TABLETS | RSVD 4/9/08 K.MUHLENKAMP BT100 |
| 0406204728 | RIBAV RIN 500MG TABLETS | RSVD 4/9/08 K.MUHLENKAMP BT 28 |
| 0406204756 | RIBAV RIN 500MG TABLETS | RSVD 4/9/08 K.MUHLENKAMP BT 56 |
| 0406204760 | RIBAV RIN 500MG TABLETS | RSVD 4/9/08 K.MUHLENKAMP BT 60 |
| 0406209710 | PAROXETINE HCL 10MG TABLETS, | RSVD R LORENTZ 10/07/7 BT 1000 |
| 0406209810 | PAROXETINE HCL 20MG TABLETS, | RSVD R LORENTZ 10/07/7 BT 1000 |
| 0406209910 | PAROXETINE HCL 30MG TABLETS, | RSVD R LORENTZ 10/07/7 BT 1000 |
| 0406212101 | Amlod p ne Besylate 2.5mg Tabs | RSVD  6/13/07 R.LORENTZ BT100 |
| 0406212105 | Amlod p ne Besylate 2.5mg Tabs | RSVD  6/13/07 R.LORENTZ BT500 |
| 0406212190 | Amlod p ne Besylate 2.5mg Tabs | RSVD  6/13/07 R.LORENTZ BT 90 |
| 0406212201 | Amlod p ne Besylate 5mg Tabs | RSVD  6/13/07 R.LORENTZ BT100 |
| 0406212205 | Amlod p ne Besylate 5mg Tabs | RSVD  6/13/07 R.LORENTZ BT500 |
| 0406212290 | Amlod p ne Besylate 5mg Tabs | RSVD  6/13/07 R.LORENTZ BT 90 |
| 0406212301 | Amlod p ne Besylate 10mg Tabs | RSVD  6/13/07 R.LORENTZ BT100 |
| 0406212305 | Amlod p ne Besylate 10mg Tabs | RSVD  6/13/07 R.LORENTZ BT500 |
| 0406212390 | Amlod p ne Besylate 10mg Tabs | RSVD  6/13/07 R.LORENTZ BT 90 |
| 0406212828 | RIBAV RIN 500MG TABLETS | RSVD 4/2/08 B LORENTZ BT OF 28 |
| 0406212856 | RIBAV RIN 500MG TABLETS | RSVD 4/2/08 B LORENTZ BT OF 56 |
| 0406212860 | RIBAV RIN 500MG TABLETS | RSVD 4/2/08 B LORENTZ BT OF 60 |
| 0406212928 | RIBAV RIN 600MG TABLETS | RSVD 5/10/07 B LORENTZ  BT28 |
| 0406212956 | RIBAV RIN 600MG TABLETS | RSVD 5/10/07 B LORENTZ BT 56 |
| 0406212960 | RIBAV RIN 600MG TABLETS | RSVD 5/10/07 B LORENTZ BT 60 |
| 0406213301 | D valp oex Sod um ER Tab 250mg | RSVD 7/20/07 L RANDALL BT 100 |
| 0406213305 | D valp oex Sod um ER Tab 250mg | RSVD 7/20/07 L RANDALL BT 500 |
| 0406213360 | D valp oex Sod um ER Tab 250mg | RSVD 7/20/07 L RANDALL BT 60 |
| 0406213390 | D valp oex Sod um ER Tab 250mg | RSVD 7/20/07 L RANDALL BT 90 |
| 0406213401 | D valp oex Sod um ER Tab 500mg | RSVD 7/20/07 L RANDALL BT 100 |
| 0406213405 | D valp oex Sod um ER Tab 500mg | RSVD 7/20/07 L RANDALL BT 500 |
| 0406213490 | D valp oex Sod um ER Tab 500mg | RSVD 7/20/07 L RANDALL BT 90 |
| 0406218762 | DIPYRIDAMOLE 25mg, TAB UNT DOS | RSVD B.LORENTZ 2/4/8 10X10UNTD |
| 0406218862 | DIPYRIDAMOLE 50mg, TAB UNT DOS | RSVD B.LORENTZ2/4/08 10X10 UNT |
| 0406218962 | DIPYRIDAMOLE 75mg, TAB UNT DOS | RSVD B.LORENTA 02/4/0810X10UNT |
| 0406226010 | RIBAV RIN 200MG TABLETS | RSVD 4/2/08 B LORENTZ BT 1000 |
| 0406226018 | RIBAV RIN 200MG TABLETS, | RSVD 4/2/08 B LORENTZ BT 180 |
| 0406226062 | RIBAV RIN 200MG TABLETS | RSVD  - B LORENTZ - 04/02/08 |
| 0406254001UA | METHADONE ORNGTB 40MG UKRAINE | RSVD 8/28/07 A BROWN BT OF 100 |
| 0406310201 | METHYLPHENIDATE TAB CHEW 2.5MG | RSVD K VORDERSTRASSE 3/23/12 |
| 0406310501 | METHYLPHENIDATE TAB CHEW 5MG | RSVD K VORDERSTRASSE 3/23/12 |
| 0406311001 | METHYLPHENIDATE TAB CHEW 10MG | RSVD K VORDERSTRASSE 3/23/12 |
| 0406345434UA | METHADOSE®10MG TBS,UKRAINE | RSVD 8/28/07 A BROWN BT OF 100 |
| 0406631562 | MORPHINE SULFATE  R 15MG TAB | RSVD R COYNER 2/7/07 10-2XSUDB |
| 0406633062 | MORPHINE SULFATE  R 30MG TAB | RSVD R COYNER 2/7/07 10-2XSUDB |
| 0406697434UA | METHADOSE® 5MG TBS, UKRAINE | RSVD 8/28/07 A BROWN BT OF 100 |
| 0406755001 | MORPHINE SUL 12HR ER 10MG CAP | RSVD 07/16/10 - L LUNDERGAN |
| 0406755005 | MORPHINE SUL 12HR ER 10MG CAP | RSVD 07/16/10 - L LUNDERGAN |
| 0406755601 | MORPHINE SUL12 HR ER 100MG CAP | RSVD 2/27/07 KVORDER BT OF 100 |
| 0406755605 | MORPHINE SUL12 HR ER 100MG CAP | RSVD 2/27/07 KVORDER BT OF 500 |
| 0406755662 | MORPHINE SUL 12 HR ER 80MG CAP | RSVD 2/27/07 KVORDERSTR 10X2X5 |
| 0406755701 | MORPHINE SUL 12HR ER 200MG CAP | RSVD 03/12/07-K VORDERSTRASSE |
| 0406755705 | MORPHINE SUL 12HR ER 200MG CAP | RSVD 03/12/07-K VORDERSTRASSE |
| 0406809105 | OXYMORPHONE HCL ER 5MG TAB | RSVD 5/10/07 K VORDERSTA BT500 |
| 0406809205 | OXYMORPHONE HCL ER 10MG TAB | RSVD 5/10/07 K VORDERSTA BT500 |
| 0406809262 | OXYMORPHONE HCL ER 10MG TAB | RSVD 5/10/07 K VORDERSTA10X2X5 |
| 0406809305 | OXYMORPHONE HCL ER 20MG TAB | RSVD 5/10/07 K VORDERSTA BT500 |
| 0406809362 | OXYMORPHONE HCL ER 20MG TAB | RSVD 5/10/07 K VORDERSTA10X2X5 |
| 0406809405 | OXYMORPHONE HCL ER 40MG TAB | RSVD 5/10/07 K VORDERSTA BT500 |
| 0406809462 | OXYMORPHONE HCL ER 40MG TAB | RSVD 5/10/07 K VORDERSTA10X2X5 |
| 0406881003 | NORTR PTYLINE HCL 10MG | RSVD - S ELMORE - 03/03/15 |
| 0406881103 | NORTR PTYLINE HCL 25MG | RSVD - S ELMORE - 03/03/15 |
| 0406881203 | NORTR PTYLINE HCL 50MG | RSVD - S ELMORE - 03/03/15 |
| 0406881303 | NORTR PTYLINE HCL 75MG | RSVD - S ELMORE - 03/03/15 |
| 0406933111 | TOFRANIL-PM 75MG CAPSULES | RSVD 11/17/08 C FARDAL |
| 057055 | METHYLPHENIDATE HCL USP (NP) | RSVD - M SCHROEDER - 07/14/11 |
| 057079 | METHYLPHENIDATE HCL USP | RSVD - J ROBERTS - 11/03/11 |
| 067257 | SUFENTANIL CITRATE USP | RSVD 10/07/09 - M SCHROEDER |
| 067805 | SUFENTANIL CITRATE USP/EP | RSVD 12/10/08 M SCHROEDER |
| 077706 | OXYMORPHONE HCL USP (LA) | RSVD  M SCHROEDER 06/10/08 |
| 081704 | 2 2-BIS OXYMORPHONE ARS | RSVD  M SCHROEDER 06/10/08 |
| 088006 | OXYMORPHONE HCL USP (NP) | RSVD - J ROBERTS - 08/16/12 |
| 103604 | D-THREOMETHYLPHENIDATE HCL ARS | RSVD - DAVID SHAW - 12/17/12 |
| 103704 | l-THREOMETHYLPHENIDATE HCL ARS | RSVD - DAVID SHAW - 12/17/12 |
| 109906 | DEXMETHYPHEN DATE HCL | RSVD - DAVID SHAW - 01/09/13 |
| 108026 | PROPOXYPHENE USP MED | RSVD M.SCHRAEDER 09/17/08 |
| 123604 | 6-BETA NOROXYMORPHON BASE ARS | RSVD - J ROBERTS - 11/12/12 |
| 131204 | 6-BETA OXYMORPHOL BASE ARS | RSVD  J.ROBERTS 11/17/11 |
| 1317AR07 | MD-76R 12X100ML BTL | RSVD - P  POLLARD - 02/27/15 |
| 1317AR15 | MD-76R 25X50ML VI | RSVD - P  POLLARD - 02/27/15 |
| 1317CA07 | MD-76R 12X100ML MTL | RSVD - P  POLLARD - 10/19/12 |
| 1317LA07 | MD-76R 12X100ML BTL (LATAM) | RSVD  LAUR E MARKS 03/28/03 |
| 133579 | METHYLPHENIDATE HCL USP FINE | RSVD - J ROBERTS - 11/03/11 |
| 155953 | HYDROCODONE BITARTRATE USP | RSVD - M SCHROEDER - 11/9/10 |
| 155957 | HYDROCODONE BITARTRATE USP | RSVD - M SCHROEDER - 11/9/10 |
| 167804 | D-THREO-RITALIN C ACID HCl ARS | RSVD - J ROBERTS - 11/12/12 |
| 168104 | ALPHA METHADOL HCL ARS | RSVD - J ROBERTS - 11/20/12 |
| 170404 | N(3BUTENYL)NORBUPRNORPHINE ARS | RSVD - J ROBERTS - 8/5/14 |
| 218904 | EPHEDRINE HCl ARS | RSVD - J ROBERTS - 04/13/12 |
| 224824 | MAG CAL STEAR NF  MPAL PWRD | RSVD  M SCHROEDER 04/20/09 |
| 322252 | HYDROMORPHONE HCL US/EP | RSVD 01/14/10 - M SCHROEDER |
| 322257 | HYDROMORPHONE HCL US/EP | RSVD 01/14/10 - M SCHROEDER |
| 355806 | SINOMENINE HYDROCHLORIDE | RSVD - J ROBERTS - 02/03/12 |
| 387304 | 10-ALPAHYDROXYHYDROCODONE ARS | RSVD - J ROBERTS - 11/15/13 |
| 489804 | APOMORPHINE 3SULFONIC ACID ARS | RSVD  7/15/09 M SCHROEDER |
| 508906 | NORBUPRENORPHINE HYDROCHLORIDE | RSVD - J ROBERTS - 08/02/12 |
| 566304 | N-BENZYLEPHEDRINE ARS | RSVD  7/15/09 - M SCHROEDER |
| 571297 | MAG STEAR NF K/P HYQUAL@ | RSVD  06/01/09 - M SCHROEDER |
| 588604 | 10-BETA HYDROXYHYDROCODONE ARS | RSVD - J. ROBERTS - 11/15/13 |
| 685626 | MEGLUMINE GADOTERATE | RSVD - J. ROBERTS 6/21/12 |
| 695126 | GADOVERSETMIDE G | RSVD - J. ROBERTS - 10/08/12 |
| 700500 | CALCIUM ACETATE SOLUT ON | RSVD  M SCHROEDER 03/04/09 |
| 700726 | GADOTERIC AC D | RSVD  J. ROBERTS - 11/12/12 |
| 701124 | CALCIUM ACETATE SOLUT ON | RSVD  M SCHROEDER 03/04/09 |
| 709726 | POTASS UM PHOSPHATE MONO M LLD | RSVD - J ROBERTS - 07/07/11 |
| 725906 | MS-325 STEP II DPAA OIL | RSVD - J ROBERTS - 02/16/12 |
| 750927 | COMPAP® L (APAP USP 90% ANHYD) | RSVD  11/6/08 L. Masc a |
| 750934 | COMPAP® L (APAP UPS 90% ANHYD) | RSVD  11/19/08 L MASCIA |
| 755404 | 10-ALPHA HYDROXYNALTREXONE ARS | RSVD - J ROBERTS - 10/10/14 |
| 788104 | 10-ALPHA OH HYDROMORPHONE ARS | RSVD - J ROBERTS - 08/20/14 |
| 888306 | OXYCODONE HCL (LA) HYDRATED | RSVD M SCHROEDER - 9/01/09 |
| 896304 | 4 4'-DIAMINODIPHENYL ETHER ARS | RSVD 08/24/09 - M SCHROEDER |
| 899903 | WOOD PALLET | RSVD D VON ROHR 10/03/08 |
| 911430 | COMPAP@COARSE L ACETAMINOPHEN | RSVD 12/13/07 LM 500KG SUPRSCK |