# EXHIBIT 5

# Pain Management pocketcard Set

## General Approach to Pain Management

**ASK:**
Always ask patient about the presence of pain and accept the patient's report of pain.

**ASSESS:**
Perform a comprehensive pain assessment:
- Onset, duration, and location
- Quality (sharp, dull, diffuse, throbbing, etc)
- Intensity (1–10 scale, for example)
- Aggravating and alleviating factors
- Effect on function and quality of life
- Patient's goal for pain control
- Response to prior tx if condition is chronic
- History and physical examination

**TREAT:**
- With older adults, start dose low, go slow, but go!
- Avoid IM route, the PO route is preferred
- Treat persistent pain with regularly scheduled meds
- Two drugs of the same class (eg, NSAIDs) should not generally be given concurrently, however long- and short-acting opioids may be prescribed together
- Avoid meperidine (per American Pain Society and ISMP) and propoxyphene (cardiotoxic and ↓ efficacy)

**MONITOR:**
- Assess and reassess pain frequently
- Most opioid agonists have no analgesic ceiling dose; titrate to relief and assess for adverse effects
- Assess, anticipate, and manage opioid adverse effects aggressively
- Discuss goals and plans with patient and family
- Addiction rarely occurs unless there is a hx of abuse
- Watch for red flags of addiction:
  1) Compulsive use
  2) Loss of control
  3) Use despite harm

## Breakthrough Pain Management

**General**
- Use **long-acting** opioids around the clock for **baseline** management of persistent pain
- Use **short-acting** opioids PRN (rescue) for **breakthrough** pain
- Consider using the same drug for both baseline and rescue doses whenever possible (eg long-acting morphine + short-acting morphine)

**Rescue Dosing**
- The rescue dose is 10%–15% of the 24-h total daily dosage
- Oral rescue doses should be available every 1–2 h; parenteral doses every 15–30 minutes

**Adjustment**
- If the patient is consistently taking ≥ 3 rescue doses daily, consider increasing the baseline round-the-clock dosage
- Recalculate rescue dose whenever the baseline dosage is changed

**Example**
Calculate rescue dose for patient on baseline coverage of MS Contin 200 mg q 12 h:
1. Calculate total daily dosage: 200 mg x 2 = 400 mg morphine/d
2. Establish rescue dose: 10%–15% of 400 mg = 40–60 mg short-acting morphine
3. Oral rescue dose therefore is: morphine 40–60 mg PO q 1-2 h
4. Parenteral rescue dose (based on continuous infusion): Calculate based on 25%–50% of hourly dose

## Pain Types

| Type | Examples | Quality |
|---|---|---|
| Somatic pain | Trauma, burns, bone metastasis | Constant, sometimes throbbing or aching, tender, and localized to the site of origin |
| Visceral pain | Renal stone passage, small bowel obstruction, appendicitis, cancer | Poorly localized, may be referred to distant cutaneous site (eg, diaphragmatic irritation referred to ipsilateral shoulder), often associated with nausea or diaphoresis |
| Neuropathic pain | Nerve compression, cancer invasion of neural structures, diabetic neuropathy, postherpetic neuropathy, trigeminal neuralgia | Prolonged, severe, burning, lancinating, squeezing, hypersensitivity to pain; possible tachycardia, diaphoresis; tends to be resistant to opioids and difficult to treat |

## Interventional Pain Management Techniques

| Technique | Indications |
|---|---|
| Lumbar epidural steroid injection (LESI) | Inflammation associated with conditions such as spinal stenosis, disc herniation or degenerative disc disease |
| Facet block | Diagnostic tool used to isolate and confirm the specific source of back pain (facet joints) |
| Selective nerve root block (SNRB) | Primarily used to diagnose the specific source of nerve root pain and, secondarily, for therapeutic purposes such as treatment for a far lateral disc herniation |
| Neurolytic blocks (chemical, radiofrequency ablation) | Good for localized pain not requiring multiple segmental blocks; successful SNRBs should be done prior to neurolysis |

Compliments of Sample company.    SKU: XYZ-12345

Author: Ruchir Gupta © 2014 Börm Bruckmeier Publishing, LLC    ISBN 978-1-59103-425-4    www.media4u.com



HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER MNK-T1_0002159714

### Opioid Equianalgesic Dosing

| Drug | Oral | Parenteral | Half-life | Duration | Opioid Switching Example |
|---|---|---|---|---|---|
| Morphine | 30 mg | 10 mg | 2–3 h | 2–4 h | Switch morphine 30 mg PO q4h to PO hydromorphone: |
| Morphine CR (MS Contin) | 30 mg | 10 mg | 2–3 h | 8–12 h | 1. Calc 24-h morphine dose: 30 mg x 24h/4h = 180 mg/d |
| Oxycodone | 20 mg | – | 2–3 h | 3–4 h | 2. Locate PO equivalency: 7.5 mg hydromorphone = 30 mg morphine |
| Oxycodone CR | 20 mg | – | 2–3 h | 8–12 h | 3. Calc hydromorphone total daily dosage: |
| Hydrocodone | 30 mg | – | 4 h | 3–4 h | = 180 x 7.5/30 = 45 mg/d |
| Hydromorphone | 7.5 mg | 1.5 mg | 2–3 h | 2–4 h | 4. Calculate individual dose: 45 mg / 6 = 7.5 mg q4h |
| Methadone | Acute 20mg Chronic 2–4 mg | Acute 10mg Chronic 2–4 mg | 12–100 h | 4–12 h | 5. Reduce dose by 25%–50% to account for incomplete cross-tolerance, then titrate up prn: 3.75–5.63 mg q4h |
| Fentanyl | – | 0.1 mg | 3–4 h | 4–6 h | |
| Fentanyl transdermal duragesic patch | – | – | 16–24 h | 48–72 h | |

### Opioid Patient-Controlled Analgesia (PCA) Regimens[1]

| Drug | Conc. (mg/mL) | Bolus dose (mg) | Lockout interval (min) | Hourly max (mg) |
|---|---|---|---|---|
| Morphine | 1 | 0.5–2.5 | 5–15 | 5–15 |
| Fentanyl | 0.025 or 0.050 | 0.0125–0.050 | 5–10 | 0.1–0.2 |
| Hydromorphone | 1 | 0.3 | 5–15 | 1.25–3 |

[1] These dosages are for opioid-naïve patients; much larger dosages may be needed for opioid-tolerant patients.

### Weak Opioids and Combination Drugs

| Drug | Dose | Adverse Effects | Comments |
|---|---|---|---|
| Codeine | 15–120 mg PO/IM/SC q 4–6 h | Drowsiness, constipation, bradycardia, euphoria, confusion, pruritus | Requires dosage reduction in renal failure |
| Tramadol | 25–50 mg q 4–6 h Max 400 mg/d, 300 mg/d in elderly | Headache, confusion, sedation | Dual-action opioid agonist, norepi/serotonin receptor antagonist; ↓ seizure threshold |
| Hydrocodone + acetaminophen | 1 tab (2.5–10 mg / 325–750 mg) PO q 4–6 h prn | Sedation, respiratory depression, hypotension, pruritus, confusion, constipation | Max 4 g/day acetaminophen |
| Oxycodone + acetaminophen | 1 tab (2.5–10mg / 300–650 mg) PO q 4–6 h prn | Similar opioid effects | Max 4 g/day acetaminophen |

### Nonopioid Analgesics

| Drug | Dosage | Adverse Effects | Comments |
|---|---|---|---|
| **NSAIDs** | | | |
| Aspirin | 500–1000 mg q4–6h Max 4 g/d | GI bleeding, ↓ platelet adhesiveness, renal toxicity | Caution in hepatic/renal disease |
| Choline magnesium trisalicylate (Trilisate) | 500 mg initial then 250 mg q 6–8 h Max 1500 mg/d | Lower incidence of GI effects | Caution in hepatic/renal disease; does not inhibit platelet aggregation |
| Ibuprofen | 200–400 mg q 4–6 h Max 2400 mg/d | GI bleeding, ↓ platelet adhesiveness, renal toxicity | Caution in hepatic/renal disease |
| Naproxen | 500 mg initial then 250 mg q 6–8 h Max 1500 mg/d | GI bleeding, ↓ platelet adhesiveness, renal toxicity | Caution in hepatic/renal disease |
| Nabumetone | 500–750 mg q8–12h Max 2 g/d | GI bleeding, ↓ platelet adhesiveness, renal toxicity | Caution in hepatic/renal disease |
| Ketorolac | 30 mg IV initial, then 15–30 mg q 6 h Max 150 mg/d day 1, then 120 mg/d | GI bleeding, ↓ platelet adhesiveness, renal toxicity | In elderly 30 mg IV initial, then 15–30 mg thereafter. Use restricted to max 5 days. Caution in hepatic/renal disease |
| Celecoxib | 100–200 mg q 12 h Max 200–400 mg/d | Lower incidence of GI effects | Does not inhibit platelet aggregation |
| **Other** | | | |
| Acetaminophen | 500–1000 mg q4–6h Max 4 g/d, 3 g/d if liver dis or elderly | Liver toxicity at high doses | Use caution in the elderly and individuals with hepatic disease |
| Ziconotide | Intrathecal init ≤2.4 μg/d; titrate by ≤2.4 μg/d q2–3 times/wk to max 19.2 μg/d prn | Neurologic and cognitive impairment, dizziness, confusion, memory deficits, N/V/D, ↑ CK | N-type Ca channel blocker; for intractable pain unresponsive to other agents |

Author: Ruchir Gupta © 2014 Börm Bruckmeier Publishing, LLC    ISBN 978-1-59103-425-4    www.media4u.com

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T00259715

### Analgesic Adjuvants[1]

| Drug | Dosage | Adverse Effects | Comments |
|---|---|---|---|
| **Antidepressants[2]** | | | |
| Amitriptyline | Init 25 mg PO qhs; Increase to 100 mg PO qhs prn | Sedation, constipation, urinary retention, tachycardia, conduction abnormalities, seizures | Tricyclic antidepressant (TCA); has the most anticholinergic effects |
| Desipramine | 100 mg PO qd | similar effects | TCA; fewer adverse effects |
| Imipramine | 100 mg PO qd | similar effects | TCA |
| Nortriptyline | 50–100 mg PO qhs | similar effects | TCA; less sedating |
| Duloxetine | 60 mg PO qd; Max 120 mg/d | Sedation, insomnia, dizziness, nausea | SNRI; indicated for diabetic neuropathic pain |
| **Anticonvulsants** | | | |
| Carbamazepine | Init 100 mg PO bid; Titrate to max of 1,600 mg/d div qid | Nausea, vomiting, diarrhea, hyponatremia, rash, pruritus, drowsiness, blurred vision, headache, dizziness, Stevens-Johnson syndrome | Indicated for trigeminal or glossopharyngeal neuralgia; requires CBC and LFT monitoring; Asians with the HLA-B*1502 allele are predisposed to Stevens-Johnson |
| Gabapentin | Day 1: 300mg PO qhs; Day 2: 300 mg PO bid; Day 3: 300 mg PO tid; Max 1,800 mg/d PO div tid | Somnolence, dizziness, ataxia | Indicated for postherpetic neuralgia; requires dose reduction in renal failure |
| Pregabalin | Init 50 mg PO tid; Max 100 mg PO tid | Weight gain, somnolence, dizziness, ataxia, peripheral edema | Indicated for postherpetic neuralgia, diabetic neuropathic pain, fibromyalgia; requires dose reduction in renal failure |
| **Other Agents** | | | |
| Capsaicin cream | 0.025%–0.075% | Itching, stinging, erythema | Apply 3–5/d x 2–4 wk |
| Lidocaine 5% patch | Up to 3 patches at once for up to 12 h within 24 h period | Local skin reactions such as blisters or erythema | Indicated for postherpetic neuralgia |
| Clonidine | Epidural infusion as opiate adjunct: init 0.5 µg/kg/h; 1 dose to effect | Drowsiness, dizziness, dry mouth, constipation, skin reactions, orthostatic hypotension | Opiate adjunct for severe, intractable pain, unresp to other analgesics or spinal opiates alone, esp neuropathic pain |

[1] May be used alone or in combination with opioids, often in the treatment of neuropathic pain.
[2] With the exception of duloxetine, use of these agents in pain management is off-label, however, they are considered by pain specialists as first-line treatment in diabetic peripheral neuropathy pain (DPNP).

### Anticoagulation in Neuraxial Anesthesia

| Drug | Minimum Elapsed Time* | Drug | Minimum Elapsed Time* |
|---|---|---|---|
| ASA/NSAIDs | No risk | IV Heparin | Delay for 1 h after needle placement; remove indwelling catheters 2–4 h after last dose |
| Clopidogrel | 7 days | Abciximab | 48 h |
| Warfarin | 4–5 days | Eptifibatide | 8 h |
| Ticlopidine | 14 days | LMWH | 10–12 h (low dose); 24 h (high dose) |
| SubQ Heparin | No risk | Thrombolytics | Avoiding regional block is recommended |

*Minimum elapsed time between the last drug dose and administration of anesthesia.

### Management of Opioid Adverse Events

| Adverse Event | Management |
|---|---|
| Constipation | Begin bowel regimen when opioid therapy is initiated. Include a mild stimulant laxative (eg, Senna, Cascara) + stool softener (eg, Colace) at bedtime or in divided doses as routine prophylaxis. |
| Sedation | Tolerance typically develops. Hold sedatives/anxiolytics, reduce opioid dose. Consider stimulants such as caffeine, methylphenidate, or dextroamphetamine. |
| Nausea/vomiting | Dosage reduction, opioid rotation. Consider transdermal scopolamine patch, metoclopramide, or prochlorperazine. |
| Pruritus | Caused by opioid induction of histamine release that is inversely correlated to potency (morphine > fentanyl). Management involves dosage reduction, opioid rotation, and possible use of an antihistamine (eg, diphenhydramine). |
| Hallucinations | Dosage reduction, opioid rotation. Consider neuroleptics (eg, haloperidol, risperidone) |
| Confusion/delirium | Dosage reduction, opioid rotation, neuroleptic therapy (eg, haloperidol, risperidone) |
| Myoclonic jerking | Dosage reduction, opioid rotation. Consider clonazepam, baclofen. |
| Respiratory depression | Sedation precedes respiratory depression. Stop opioid! Give low-dose naloxone – dilute 0.4 mg (1 mL of a 0.4 mg/mL amp of naloxone) in 9 mL of normal saline (NS) for final concentration of 0.04 mg/mL. |

### Recommendations for Treatment of Diabetic Peripheral Neuropathy Pain (DPNP)

| | |
|---|---|
| 1st-tier drugs | Duloxetine, oxycodone CR, pregabalin, tricyclic antidepressant (TCA) class drugs |
| 2nd-tier drugs | Carbamazepine, gabapentin, lamotrigine, tramadol, venlafaxine |
| Honorable mention drugs | Topical capsaicin, topical lidocaine, bupropion, citalopram, paroxetine, phenytoin, topiramate, methadone |

Adapted from the Mayo Clinic 2006 Consensus Guidelines for the treatment of DPNP.

Author: Ruchir Gupta © 2014 Börm Bruckmeier Publishing, LLC   ISBN 978-1-59103-425-4   www.media4u.com

PE0614

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER   PRGTE_00259716