# EXHIBIT 6




CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001531484