# EXHIBIT 10

Message

**From:** Paulus, CJ (Porter) [CJ.Paulus@covidien.com]
**Sent:** 7/14/2011 6:00:31 PM
**To:** New, Bonnie I [Bonnie.New@Covidien.com]
**Subject:** MAD Days of Summer

Hi Bonnie,

Do you want me to send your Marketing Materials directly to MAD Days of Summer Expo or to your hotel?

Here is what I planned on sending...

(2) Fentanyl Lozenge Brochures

(10) Fentanyl Patch Brochures

(5) Generic Catalogues

(2) Morphine Brochures

(50) Corporate Product Monitoring Cards

(5) Pain Management Pocketcard Sets

(2) CARES Alliance Business Card Holders - each with 25 Cards

Let me know if you want to add or remove anything.

CJ.


CJ. Paulus

Sr. Sales Coordinator

Covidien

675 McDonnell Blvd.

Hazelwood, MO   63042

(314) 654-3348  T

(314) 654-7129  F

(314) 406-7824  M

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                 MNK-T1_0006632298