# EXHIBIT 12

Message

| | |
|---|---|
| From: | New, Bonnie I [Bonnie.New@mallinckrodt.com] |
| Sent: | 5/28/2014 2:09:59 PM |
| To: | Rauschenbach, Ashley M [Ashley.Rauschenbach@mallinckrodt.com] |
| Subject: | Generic Mkt Materials Form.xls |
| Attachments: | Generic Mkt Materials Form.xls |

Ashley,

For the H.D. Smith show. I made comments at the bottom since the meeting in the first of August maybe the items will be available, or if we get something new before then.

Thank you,

Bonnie New / National Account Director
T: 314-731-1000

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0004826101

| | Convention and Trade Show Marketing Material Order Form | | |
|---|---|---|---|
| | Updated 04/09/2014 | | |
| Item # | Description | Unit of Measure | Qty Requested |
| GN33318 | Oral Transmucosal Fentanyl Citrate | Ea | not available |
| GEN00613 | Fentanyl Patch Sell Sheet | Ea. | 5 |
| GN11214 | Methylphenidate ER Tablet Sell Sheet (Concerta) | Ea. | 20 |
| GEN00913 | Generic Catalogs | Ea. | 25 |
| GEN00713 | Unit Dose Sell Sheet | Ea | 20 |
| GN03471 | Hydrocodone Bitartrate and Acetaminophen Sell Sheet | Ea. | 5 |
| GN05123 | Oxycodone / APAP Sell Sheet | Ea. | 5 |
| GN83170 | Morphine Sulfate Extended-Release Brochures | Ea. | not available |
| 978159103 | Pain Management Pocketcard Set | Ea | not available |
| GN03472 | Ease Your Pain - A Guide to Feeling Better Pamphlet | Ea. | not available |
| 934379 | Oxford American Pocket Cards (OAPC) Breakthrough Pain | Ea. | not available |
| GN89582 | Dextroamphetamine Sulfate Tablets USP 5 & 10mg | Pk of 25 | not available |
| GN89581 | Dextroamphetamine Extended Release Capsules;  5, 10 & 15mg | Pk of 25 | not available |
| GN00051 | Convention Pads | Pad of 50 | not available |
| n/a | Corporate Product Monitoring Cards | Ea. | 50 |
| GN83166 | Morphine Oral Solution Sell Sheets | Pk of 25 | not available |