# EXHIBIT 13

Message

| | |
|---|---|
| **From:** | Cardetti, Lisa M [Lisa.Cardetti@mallinckrodt.com] |
| **Sent:** | 7/20/2015 8:03:03 PM |
| **To:** | Greaving, Ashley M (Rauschenbach) [Ashley.Greaving@Mallinckrodt.com] |
| **Subject:** | Generic Mkt Materials Form (6).xls |
| **Attachments:** | Generic Mkt Materials Form (6).xls |

Hi Ashley,

Please see attached for ABC tradeshow, also, if the Oxy/APAP sell sheets are ready, I would like 10 of those as well.

Thanks,
Lisa

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0004862918

# SPECIALTY GENERICS
## Convention and Trade Show Marketing Material Order Form
### Updated: 07.10.2015

| Ship to: | |
|---|---|
| Address: | |
| City/State/Zip: | |
| Phone #: | |

| Item # | Description | Unit of Measure | Qty Requested | |
|---|---|---|---|---|
| GEN01314 | ADHD Pocketcard Set | Ea. | 50 | |
| GEN02814 | 2015 Pharmacognosy Calendar | Ea. | 50 | |
| GN00051 | Convention Contact Cards | Pad of 50 | | |
| GEN02714 | Corporate Product Monitoring Cards | Ea. | 50 | |
| GEN01914 | Dextroamphetamine ER Capsules | Ea. | Not Avail | 04.10.2015 - Per Labeling, multiple ongoing changes to the PI will be made, so we are temporarily removing these sell sheets from inventory. |
| GEN02014 | Dextroamphetamine Sulfate Tablets USP | Ea. | Not Avail | 04.10.2015 - Per Labeling, multiple ongoing changes to the PI will be made, so we are temporarily removing these sell sheets from inventory. |
| GEN01514 | Equivalent Dose Conversion Guide | Ea. | 50 | |
| GEN00613 | Fentanyl Patch sell sheet | Ea. | 10 | |
| GEN00913 | Generic Product Catalogs - Rev 02.2015 | Ea. | 25 | |

| | | | |
|---|---|---|---|
| GEN03014 | Hydrocodone Bitartrate and Acetaminophen sell sheet | Ea. | 10 |
| GEN01414 | Hydromorphone HCl ER tablets (EXALGO) | Ea. | 5 |
| GEN03315 | Improved Label Features | Ea. | 10 |
| AT00114 | Methadose/Methadone Sell Sheet | Ea. | PI Swap |
| GN11214 | Methylphenidate ER Tablet sell sheet (Concerta) | Ea. | 10 |
| GEN01717 | Methylphenidate Oral Solution sell sheet | Ea. | |
| GEN03115 | Methadone HCl Tablets, Dispersible Orange Flavored for Oral Suspension) | Ea. | |
| GEN00513 | Mixed Salts sell sheet | Ea. | PI Swap in process 07.09.2015 |
| GEN01014 | Morphine Oral Solution sell sheets | Ea. | |
| GEN01114 | Morphine Sulfate ER Tablets sell sheet | Ea. | 10 |
| GEN00413 | Opioid Addiction Treatment Education Series | Ea. | |

| | | | | | |
|---|---|---|---|---|---|
| GEN01814 | Oral Transmucosal Fentanyl Citrate | | Ea. | | |
| GN05123 | Oxycodone HCl & Oxycodone/APAP sell sheet | | Ea. | On Hold | 04.10.15 - Pending launch and date of first use of 15 mg & 30 mg unit dose strengths - product family image to be revised |
| GEN01214 | Pain Management Pocketcard Set | | Ea. | 50 | |
| GEN00713 | Unit Dose sell sheet | | Ea. | | |
| GEN01614 | Wong-Baker FACES Pain Scales | | Pk of 25 | 50 | |
| n/a | Wong-Baker FACES sell sheet *(not inventoried - print on demand)* | | Ea. | 5 | |