# EXHIBIT 14

Message

| | |
|---|---|
| **From:** | New, Bonnie I [Bonnie.New@mallinckrodt.com] |
| **Sent:** | 9/29/2016 3:12:33 PM |
| **To:** | Madonna McDonald (MMcDonald@rocksolidmeetings.com) [MMcDonald@rocksolidmeetings.com] |
| **Subject:** | HEB 2016 Generic Mkt Materials Form 7.26.16.xls |
| **Attachments:** | HEB 2016 Generic Mkt Materials Form 7.26.16.xls |

Madonna,

I updated the H.E.B. material list. In addition, I know requested the material be sent to the convention center but I changed my mind. I am going to transport via a suitcase to the convention center. This convention center is somewhat of a nightmare, decided to avoid the hassle.

Thank you,
Bonnie

Bonnie New  |  Director - National Accounts
Mallinckrodt Pharmaceuticals  |  Specialty Generics
675 McDonnell Blvd.  |  Hazelwood, MO  63042
O: 314.731.1000  |  F: 314.731.1007
bonnie.new@mallinckrodt.com  |  www.mallinckrodt.com

This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0005760129

| SPECIALTY GENERICS<br>Convention and Trade Show Marketing Material Order Form ||
|---|---|
| Updated: 07.26.2016 ||
| **SHOW** | HEB 2016 |
| **Ship to:** | Marriott RiverCenter - Attn: Bonnie New - Guest arrriving 10/10/16 |
| **Address:** | 101 Bowie Street |
| **City/State/Zip:** | San Antonio, TX 78205 |
| **Phone #:** | 210-223-1000 |

| Item # | Description | | Unit of Measure | Qty Requested |
|---|---|---|---|---|
| GEN01314 | ADHD Pocketcard Set | | Ea. | 250 |
| GEN02814 | 2017 Pharmacognosy Calendar | | Ea. | IN PROCESS |
| GEN03916 | Oxycodone HCL & APAP **Oral Solution** | | Ea. | IN PROCESS |
| GEN03515 | Clomipramine HCl Capsules | | Ea. | 0 |
| GN00051 | Convention Contact Cards | | Pad of 50 | 0 |

| | | | | |
|---|---|---|---|---|
| GEN02714 | Corporate Product Monitoring Cards | | Ea. | 250 |
| GEN01914 | Dextroamphetamine ER **Capsules** | | Ea. | 0 |
| GEN02014 | Dextroamphetamine Sulfate **Tablets** USP | | Ea. | 0 |
| GEN01514 | Equivalent Dose Conversion Guide | | Ea. | 250 |
| GEN00613 | Fentanyl Patch sell sheet | | Ea. | 0 |
| GEN00913 | Generic Product Catalogs - Rev 02.2015 | | Ea. | 0 |
| GEN03014 | Hydrocodone Bitartrate and Acetaminophen sell sheet | | Ea. | IN PROCESS |
| GEN01414 | Hydromorphone HCl ER tablets (EXALGO) | | Ea. | 0 |

Page 2

| GEN03315 | Improved Label Features | | Ea. | **0** |
|---|---|---|---|---|
| AT00114 | Methadose/Methadone Sell Sheet | | Ea. | **0** |
| GN11214 | Methylphenidate ER **Tablet** sell sheet (Concerta) | | Ea. | **0** |
| GEN01714 | Methylphenidate **Oral Solution** sell sheet | | Ea. | **0** |
| GEN03115 | Methadone HCl Tablets, Dispersible Orange Flavored for Oral Suspension) | | Ea. | **0** |
| GEN00513 | Mixed Salts sell sheet | | Ea. | **0** |
| GEN01014 | Morphine **Oral Solution** sell sheets | | Ea. | **0** |
| GEN01114 | Morphine Sulfate ER **Tablets** sell sheet | | Ea. | **0** |

Page 3

| | | | | |
|---|---|---|---|---|
| GEN00413 | Opioid Addiction Treatment Education Series | | Ea. | 0 |
| GEN01814 | Oral Transmucosal Fentanyl Citrate | | Ea. | 0 |
| GEN03615 | Oxycodone HCl & Oxycodone/APAP sell sheet | | Ea. | 0 |
| GEN01214 | Pain Management Pocketcard Set | | Ea. | 250 |
| GEN00713 | Unit Dose sell sheet | | Ea. | 0 |
| GEN01614 | Wong-Baker FACES Pain Scales | | Pk of 25 | 6 |
| n/a | Wong-Baker FACES sell sheet *(not inventoried - print on demand)* | | Ea. | 0 |