# EXHIBIT 17

# PHARMA/DOSAGE - DOMESTIC DRUG DATA ENTRY/INDEX FORM

**DRUG PRODUCT**

Product/Chemical Name _____ Meperidine Hydrochloride Tablets USP _____

Does this Document pertain to all Strengths? _X_ Yes _____ No

If No, enter strengths covered by this submission:

OTHER _____

Description: _____ Postcard – Drug Store News "Opioids in Pain Management" – Leave Behinds for Wholesalers, Chains, Pharmacists

Date: _07-28-05_

**CODE** (GRTS Location)

**Authorization**
☐ Reference Authorization   ☐ Export Authorization

**Commitment (to an Authority)**
☐ Labeling Letter   ☐ Phase 4 Commitment

**Notes (Internal notes and correspondence)**
☐ Meeting Minutes   ☐ Acknowledgment Receipt   ☐ Telephone Report
☐ General Correspondence
☐ Other Correspondence _____

**Query**
☐ Deficiency Letter   ☐ Response Letter   ☐ Other Reg. Authority Request

**Other**
☐ Approval Letter   ☐ Approvable Letter   ☐ Non-approvable letter

**SUBMISSION TYPES**
☐ ADR 15-day   ☐ NDA (Full National Drug)   ☐ ADR Annual/PSUR   ☐ IND (Inv New/Preclinical Drug)
☐ ADR Quarterly/PSUR   ☐ Pre-submission   ☐ ADR Follow UP   ☐ Resubmission
☐ ANDA (Abbreviated New Drug App.)   ☐ Amendment   ☐ Summary Basis of Approval
☐ Annual Report   ☐ Supplement CBE –0 (FDA)   ☒ Advertising   ☐ Supplement CBE-30 (FDA)
☐ DMF   ☐ Prior Approval Supplement (FDA)   ☐ Supplement

☐ Other _____

**ID NUMBER:**
(DMF#, ANDA#, NDA.)

_ANDA 40-352_

Sent from: _Russell D. Reed_

Sent To: _DDMAC_

Prepared by: _Jenny Rowlett_

Scanned by: _____ Date: _____         Indexed by: _____ Date: _____

Scanned file name: _25-ADV-012805_         Bookmarked by: _____ Date: _____

Security by: _____ Date: _____

GRTS Entered by: _____ Date: _____

MRA-DRDED 03/03/05

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0003284656

Note: Form 2253 is required by law. Reports are required for approved NDAs and ANDAs (21 CFR 314.81)

| TRANSMITTAL OF ADVERTISEMENTS AND PROMOTIONAL LABELING FOR DRUGS AND BIOLOGICS FOR HUMAN USE | 1. DATE SUMBITTED July 28, 2005 | Form Approved: OMB No. 0910-0001 Expiration Date: March 31, 2005 See OMB Statement on Reverse Part 1 |
|---|---|---|
| | | 3. NDA/ANDA/AADA OR BLA/PLA/PMA Number: 76-412 |
| | 2. LABEL REVIEW NO. (Biologics) | Single product ☐   Multiple products ☒ For multiple products, submit completed form and specimen of advertising/promotional materials to one application of choice and attach separate sheet addressing items 3-5 for remainder of products. Refer to No. 3 on instruction sheet. |

| 4. PROPRIETARY NAME Morphine Sulfate Extended-Release Tablets | 5. ESTABLISHED NAME Morphine Sulfate Extended-Release Tablets Prod. Code No. 8315, 8330, 8380 | 6. PACKAGE INSERT DATE AND ID NO (Latest final printing labeling) 050204 | 7. MANUFACTURER NAME: Mallinckrodt Inc. License No. (Biologics) |
|---|---|---|---|

**FDA/CBER USE ONLY**

| REVIEWED BY: | DATE | RETURNED BY: | | DATE |
|---|---|---|---|---|
| | | | | |

8.                               ADVERTISEMENT / PROMOTIONAL LABLEING MATERIALS

| Material Type (use FDA codes) a. | Dissemination/ Publication Date b. | Applicant's Material ID Code and/or description c. | Previous review No. if applicable / date (PLA Submissions) d. | COMMENTS: |
|---|---|---|---|---|
| PSA | July 2005 | Postcard - Drug Store News "Opioids in Pain Management" - Leave Behinds for Wholesalers, Chains, Pharmacists | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 9. TYPED NAME AND TITLE OF RESPONSIBLE OFFICIAL OR AGENT Russell D. Reed Labeling Manager | 10. SIGNATURE OF RESPONSIBLE OFFICIAL Russell O. Reed |
|---|---|
| 11. APPLICANT'S RETURN ADDRESS Mallinckrodt Inc. 675 McDonnell Boulevard P.O. Box 5840 St. Louis, MO 63134 | 12. RESPONSIBLE OFFICIAL'S a. PHONE NO. ( 314 ) 654-6255 b. FAX NO. ( 314 ) 654-3140 |
| | 13. BIOLOGICAL PRODUCTS: (Check One) ☐ Part I/Draft        ☐ Part II/Final |

**FORM FDA 2253 (7/02)**        PREVIOUS EDITION IS OBSOLETE.        PSC Media Arts (301) 443-2454  EF

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER        MNK-T1_0003284657

Transmittal of Advertisements dated July 28, 2005

"Opioids in Pain Management"

| 3.<br>NDA/ANDA/ AADA No.: | 4.<br>PROPRIETARY NAME: | 5.<br>ESTABLISHED NAME: | 5.<br>PRODUCT CODE No.(Strength): | 6.<br>PACKAGE INSERT REVISION: |
|---|---|---|---|---|
| 76-412 | Morphine Sulfate Extended-Release Tablets | Morphine Sulfate Extended-Release Tablets | 8315 (15 mg)<br>8330 (30 mg)<br>8380 (60 mg) | 050204 |
| 76-438 | Morphine Sulfate Extended-Release Tablets | Morphine Sulfate Extended-Release Tablets | 8390 (100 mg)<br>8320 (200 mg) | 050204 |
| 76-758 | Oxycodone Hydrochloride Tablets USP | Oxycodone Hydrochloride Tablets USP | 8515 (15 mg)<br>8530 (30 mg) | 122603 |
| 76-855 | Hydromorphone Hydrochloride Tablets USP | Hydromorphone Hydrochloride Tablets USP | 3249 (8 mg) | 050104 |
| 40-352 | Meperidine Hydrochloride Tablets USP | Meperidine Hydrochloride Tablets USP | 7113 (50 mg)<br>7115 (100 mg) | 111202 |
| 40-050 | Methadose® Oral Tablets | Methadone Hydrochloride Tablets USP | 6974 (5 mg)<br>3454 (10 mg) | 122902 |
| 17-116 | Methadose® Oral Concentrate *and* Methadose® Sugar-Free Oral Concentrate | Methadone Hydrochloride Oral Concentrate USP | 0527 (10 mg/mL) *and* 8725 (10 mg/mL) | 072302 *and* 072502 |
| 74-184 | Methadose® Dispersible Tablets | Methadone Hydrochloride Tablets USP | 0540 (40 mg) | 112104 |
| 77-142 | Methadone Hydrochloride Tablets (Dispersible Orange Flavored) | Methadone Hydrochloride Tablets for Oral Suspension USP | 2540 (40 mg) | 012705 |

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0003284658



# DRUG STORE NEWS
## CONTINUING EDUCATION QUARTERLY

**Authors:**
Joseph R. Ineck, PharmD
Clinical Specialist in Pain Management and Palliative Care
Assistant Professor Department of Pharmacy Practice
Creighton University School of Pharmacy and Health Professions

Carla Rubingh, PharmD
Assistant Professor Department of Pharmacy Practice
University of Nebraska Medical Center College of Pharmacy

**This program is worth two contact hours
(0.2 CEUs).**

**Target Audience**
Pharmacists in community-based practice

**Program Goal**
To improve the pharmacist's ability to provide pain management

**Learning Objectives**
Upon completion of this program, the pharmacist should be able to:
1. Know the definition of pain and the characteristics of different types of pain
2. Advocate the use of pain assessment
3. Describe the differences of opioids used in the management of pain
4. Perform dosing conversions using the concepts associated with equianalgesic dosing of opiates

See the Spring 2005 issue of *Drug Store News CE Quarterly* for information on this program.

This program is supported by an unrestricted educational grant from:


*Mallinckrodt*
*Pharmaceuticals*
*...Your Supply.*

Visit our website at www.drugstorenews.com
and click on our Continuing Education link.


*Drug Store News* is accredited by the
Accreditation Council on Pharmacy Education as a
provider of continuing pharmacy education.

# CEQ Pharmacist Continuing Education



This lesson is supported by an educational grant from

**Mallinckrodt Pharmaceuticals**
Our Source. Your Supply.

By Joseph R. Ineck, Pharm.D., clinical specialist in pain management and palliative care, assistant professor Department of Pharmacy Practice, Creighton University School of Pharmacy and Health Professions and Carla Rubingh, Pharm.D., assistant professor Department of Pharmacy Practice University of Nebraska Medical Center College of Pharmacy

Universal Program Number: 401-000-05-009-H01
Initial release date: May 1, 2005
Planned expiration date: May 1, 2008
This program is worth two contact hours (0.2 CEUs).

**Target Audience**
Pharmacists in community-based practice

**Program Goal**
To improve the pharmacist's ability to provide pain management

**Learning Objectives**
Upon completion of this program, the pharmacist should be able to:

1. know the definition of pain and the characteristics of different types of pain.
2. advocate the use of pain assessment.
3. describe the differences of opioids used in the management of pain.
4. perform dosing conversions using the concepts associated with equianalgesic dosing of opiates.
5. explain the role of methadone in pain management and describe methadone dosing.

**To obtain credit:** Answer the questions at the end of this lesson on the answer sheet provided. If you are submitting your answers by mail or fax, completely fill in the circle corresponding to your answer with a black pen (no pencils or blue pens please). A statement of credit will be sent to participants achieving a minimum score of 70 percent correct responses. Statements of credit are issued within seven days of receipt if submitted by mail or fax and immediately if submitted online. Questions regarding statements of credit and other customer service issues should be directed to Angela Sims at (800) 933-9666.

Include your seven-digit CEQ enrollment number on the answer sheet. (The seven-digit number immediately to the right of the letters CE on the first line of the label.) Fax to (813) 626-7203 or mail completed answer sheet to *DrSN/CEQuarterly*, P.O. Box 31180, Tampa, FL 33631-3180. Programs also may be completed online at www.drugstorenews.com.

If you are a paid enrollee, there is no cost to participate in this lesson. The fee for participants who are not enrolled is $8.95.



*Drug Store News* is accredited by the Accreditation Council for Pharmacy Education as a provider of continuing pharmaceutical education.



# Pharmacist pain management: a focus on opioids and conversion issues

## INTRODUCTION

We are currently living in the period dubbed the "decade of pain." This decade was described in such terms with great plans of advancing research and drug development and in improving clinical practice, which would lead to overall improvement in patient outcomes. Pain is the most frequent reason why patients seek out health care.[1] At any given time, it is estimated that 50 percent of the U.S. population suffers from some sort of pain and that 20 percent to 30 percent of the population suffers from serious pain.[1] It is estimated that pain costs the American public more than $100 billion each year in health care, compensation and litigation.[2] Lost productivity due to common pain conditions was estimated to cost $61.2 billion each year.[3] Those numbers are staggering and show the need for a decade devoted to the advancement of pain medicine and management.

We long have struggled with the many barriers to pain management, be they provider barriers, pharmacist barriers or patient barriers (Table 1).[4] Negative attitudes between providers and patients regarding the use of opioids have limited the use of opioids significantly. Perceived regulatory barriers have intimidated some providers into restrictive prescribing practices. Negative media reports have scared many patients and their families into poor pain management by avoiding the use of opioid products. Patients often are reluctant to report pain because they may view the pain as a necessary part of their illnesses or surgeries. Proper education and knowledge on the part of providers, pharmacists and patients can improve significantly the management of pain.

One of the most important educational concepts is learning about the risks of addiction and, more specifically, what addiction is and isn't. It is well known that opioids carry the risk of addiction, the certainty of dependence with chronic

> Pain is the most frequent reason why patients seek out health care.

use and the possibility of tolerance. However, these should not be reasons why proper pain management cannot be achieved.

Dependence to a medication means that the person is physiologically dependent on the medication and will suffer from withdrawal if the medication is stopped abruptly. Dependence can develop with many medications. For example, a patient taking a beta-blocker for hypertension for a period of time is physiologically dependent on the beta-blocker. Abrupt cessation can result in a rebound hypertension, which would signify a withdrawal symptom to the beta-blocker. Dependence to an opioid drug is nearly universal when the medication is used for longer than seven days to 10 days. That does not mean the patient is addicted to the opioid; it only means that he will suffer from withdrawal if the medication is stopped abruptly.

Tolerance to a drug is a physiological acclimatization where the patient has less of a response to a given dose of the drug. Tolerance may occur with sustained opioid use. However, it is now understood that tolerance does not occur at the rate experts once thought. Tolerance is highly variable among individual patients and often is mistaken for a sign of addiction. Physical dependence and tolerance are distinctly different from addiction in that they are both physical adaptations by the body to the drug.

Addiction implies some psychological need and is significantly rare when opioids are used for

pain control.[5] Understanding these distinctions can eliminate barriers, increase pain control and improve patient outcomes.

## PAIN CLASSIFICATIONS

Pain can be divided into two types: acute and chronic. Chronic pain can be further divided into pain from an active disease (chronic malignant pain) and pain not due to active disease (chronic nonmalignant pain). These types of pain are differentiated by their duration, pathology, biological value, psychological confounds, social effects and their treatment (Table 2).[6]

Distinction between acute and chronic pain relies on a single continuum of time. Some interval since the onset of the pain is used to designate the onset of acute pain or the transition point when acute pain becomes chronic. Traditionally the distinction between acute and chronic pain is set arbitrarily, with continuous pain being defined as that lasting longer than three months, six months or pain that extends beyond the expected time of healing.

Pain can be further classified based on its neurophysiologic origins in what is known as the etiology-based classification. There are two main etiologies of pain, nociceptive and neuropathic. Nociceptive pain arises when normal sensory nerve fibers are stimulated by a noxious stimulus. Nociceptive pain can be subdivided further based on the tissue of origin into either somatic or visceral pains. Somatic pain arises from activation of nociceptors in the body structures, such as skin, bones, muscle and other connective tissues. Visceral pain arises from activation of nociceptors from deep inside the body, such as the internal organs of the abdominal and thoracic cavities. Neuropathic pain is pain caused by damage to the central or peripheral nervous systems resulting in abnormal transmission and/or processing of sensory information.

CONTINUED ON PAGE 16

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER          MNK-T1_0003284660

Case ... Pharmacist Continuing Education ... 7 of 30, PageID #: 350663

# Pharmacist pain management: a focus on opioids and conversion issues

CONTINUED FROM PAGE 15

## ASSESSMENT OF PAIN

The most common reason for unrelieved pain is the failure of health care providers to ask routinely about pain and pain relief. It is important to incorporate routine pain assessment with practice. Multiple organizations have cultivated awareness about the poor management of pain and have succeeded in developing standards and guidelines for the management of pain. The Joint Commission on Accreditation of Health Care Organizations (JCAHO) developed standards for the assessment and treatment of pain that became effective January 2001. Other guidelines developed by the U.S. government, the American Pain Society and the World Health Organization are available to help practitioners improve pain care through regular assessment.[2]

Pain is subjective; there are no tests that can measure it. Objective signs of pain can be useful, especially in acute pain, but often are not present in chronic pain. The simplest way patients can communicate about their pain is by using a pain intensity rating scale. There are various pain intensity scales available, and a scale should be chosen based on an individual patient's needs and abilities. The pain intensity scale used most commonly is the numerical rating scale, which asks patients to rate the severity of their pain on a scale of one to 10. Another common scale used in children or elderly patients is the faces scale. Examples of various scales can be seen in Figure 1. It is important to

remember that these scales are only as useful as the explanation that accompanies them. Patients should be given a short definition of what the scale is and how it should be used. For example, when using the numerical rating scale, patients should be instructed as follows: "On a scale of zero to 10, with 10 being the worst imaginable pain and zero being no pain, what is your pain rating today?" Routinely asking patients about their pain helps identify the effectiveness of the implemented therapy. Pain should be assessed regularly with every patient encounter and with every medication change.

## ROLE OF OPIOIDS

In an attempt to improve pain management, the World Health Organization developed a Three-Step Analgesic Ladder. The three-step approach was developed as a guide to improve the treatment of pain and has become the gold standard for acute pain management in many settings. The ladder promotes a stepwise approach to the management of pain (Figure 2). The first step in the ladder states that for mild pain a nonopioid, such aspirin, acetaminophen or other NSAIDs, would be appropriate treatment. If pain is moderate, a combination opioid product, such as hydrocodone/apap, oxycodone/apap and codeine/apap, would be suitable. The top of the ladder states that for moderate to severe pain, a strong opioid, such as morphine, oxycodone or hydromorphone, would be fitting. In step three, opioids should be titrated to effect. At any level of the ladder, an adjuvant analgesic can be added in conjunction with the other analgesics to treat a specific type of pain, such as neuropathic pain.[8] The ladder was developed as a guide; application to patients still should be individualized.

The key principle to how fast and how much an opioid dose can be increased is determined by the severity of the pain. The dose can be increased by a percentage of the current dose, depending on the severity of the patient's pain rating. For moderate to

### TABLE 2

**Differentiating types of pain\***

|  | Acute | Chronic malignant | Chronic nonmalignant |
|---|---|---|---|
| Duration | Hours-days | Months-years | Unpredictable |
| Pathology | Present | Usually present | Often none found |
| Psychological confounds | Uncommon | Many (i.e., depression, loss of control) | Many (i.e., depression, anxiety, sleep disorder) |
| Biological value | High | Low | Low or absent |
| Social effects | Minimal | Variable—usually marked | Profound |
| Treatment | Primarily analgesics | Multimodal | Multimodal |

*Adapted from reference 6

### TABLE 1

**Reported barriers to pain management\***

**1. Barriers to pain management related to health care providers:**

- Risk of disciplinary action by federal or state regulators
- Fear that prescribing, dispensing and administering drugs will lead to addiction
- Avoidance of pain patients due to difficulties and frustrations inherent in certain types of pain management
- Fear of being duped by drug seekers or being labeled as a "prescription doctor"
- Lack of awareness of the extent to which pain can be managed with opioid analgesics
- Inability to differentiate between and understand the risks of physical dependence and addiction resulting from use of opioids
- Concerns of excessive side effects from opioids
- Longstanding, yet invalid belief that patients are poor judges of the scope and severity of pain
- Conventional thoughts that pain medication should be reserved for patients with moderate-to-severe pain only
- Failure to re-evaluate patients' pain status
- Perpetuation of the outdated mechanistic model that characterizes pain as a neurophysiological response to disease
- Inadequate education regarding pathophysiology of acute and chronic pain, undertraining in most aspects of palliative care and clinical pharmacology of opioids and their utilization for particular patients with particular pain states
- Cross-training of practitioners and sharing of knowledge bases are exceptions rather than the rule

**2. Barriers to pain management related to the health care and legal/regulatory sectors:**

- Hospitals operate on a disease-oriented model that discourages pain management or innovations that would improve pain management
- Pressure to reduce costs by denying potentially expensive treatments to terminally ill patients
- Inadequate coordination of care for seriously ill and terminally ill unless in a hospice setting
- Reimbursement policies of insurers centering on assumptions of "medical necessity" have resulted in irregular coverage of pain treatments
- Malpractice insurance policies that create disincentives for the practice of pain medicine
- Closed system of accountability that requires registration, record keeping and enforcement that allows regulating agencies to identify manufacturers, distributors, physicians and pharmacists who may divert controlled substances for illicit use
- Federal and state controlled-substance laws and policies that restrict access to and the amount of opioids that can be prescribed in a set period to specific numbers of dosage units
- Prescribing of Schedule II drugs: drugs with high potential for abuse (most opioid analgesics) are the most carefully scrutinized by the Drug Enforcement Agency (DEA)
- Duplicate copy prescriptions required by some state regulators to prescribe Schedule II drugs are cumbersome to complete and frequently are unavailable in clinical practice settings
- Regulatory boards presenting aggregate numbers of disciplinary actions involving prescribing without differentiating among causes (example: indiscriminate prescribing, self-prescribing, diversion and overprescribing all presented together)

**3. Barriers to pain management related to patients and/or family members:**

- Ideology that pain builds character
- Fear to discuss pain and death in general
- Desire to be a "good patient" resulting in underreporting of pain, not wanting to distract physician from treating the disease process, not wishing to admit increasing pain that may be suggestive of disease progression
- Opiophobia, or generalized fear of taking medications, including legitimate use of analgesic medications
- Thought that admitting to pain and taking opioids to relieve pain are signs of personal weakness
- Belief that opioid analgesics will cause mental confusion, disorientation, personality change and drug-seeking behaviors
- Fear that use of opioid analgesics will lead family and friends to view patients as "druggies"
- Concern that in terminally ill patients that high doses of analgesics will lead to death, and family members may fear appearing guilty of euthanasia

*Adapted from reference 4

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER     MNK-T1_0003284661

# CEC Pharmacist Continuing Education

severe pain, the total daily opioid dose may be increased by 50 percent to 100 percent. For mild to moderate pain, the total daily opioid dose may be increased by 25 percent to 50 percent. An increase by less than 25 percent, under any circumstance, is likely to be clinically meaningless."

It is widely appreciated that patients can demonstrate highly variable responses to different opioid drugs. That notion is the basis for rotation of opioids, a common practice among pain specialists. After titration of the opioid, rotation should take place if a patient has failed to achieve optimal analgesic benefit and is experiencing opioid-induced side effects. A trial of a different opioid may allow the patient to achieve analgesia with fewer incidences of side effects.

## EQUIANALGESIC DOSING

Opioid rotation is just one of the reasons equivalent doses of opioid analgesics may need to be calculated. A change in the route of administration also necessitates the equianalgesic calculation of opioids. An important role of the pharmacist can be to provide providers with and verify

equianalgesic dosing. There are many references available that provide equianalgesic dosing. Variances among equianalgesic tables often lead to confusion. An equianalgesic table (Table 3) provides relative potency for various opioids and is a guide when making changes among opioids. It is important to remember that these tables are to be used only as a guide. Initial calculations should be completed and double checked, and the opioid should be converted to the new drug and dose. Then the patient should be re-evaluated using accepted pain assessment tools and techniques.

There are several accepted ways of calculating equianalgesic doses using the various tables available. Probably the oldest method of calculation is using morphine equivalents. That method is effective and often referenced in the literature and drug potency studies. Equianalgesic tables provide relative potencies for various opioids. Calculating the dose of the desired drug is completed using the total daily dose of the current drug and the listed potency ratio.

Opioid conversions can be approached

### PATIENT SCENARIO 1

Mr. Howard has been diagnosed with cancer. His physician asks him if he is experiencing any pain. Mr. Howard sort of shrugs his shoulders and says, "Yeah, some." Seeking more information, the physician asks Mr. Howard to rate his pain on a 10-point scale, with one being no pain and 10 being the worst possible pain. Mr. Howard thinks for a second and responds, "eight." What does this example demonstrate about how people communicate the extent to which they are in pain?

*Answer:*

The reasons why people hesitate to communicate that they are in pain are many and varied. With this in mind, it is essential that health care providers use intensity scales to gain an understanding of the degree of pain being experienced.

like a simple math problem. First the patient's total 24-hour consumption of the opioid should be calculated. Second, if not already done, a different opioid should be chosen for pain control. Third, the equianalgesic table should be used to determine the equianalgesic ratio needed for conversion for the current drug and the desired new drug. Fourth, the multiplication should be completed, accounting for any change in units. Finally, the calculated dose should be rounded to the nearest available dosage strength.

Once again the equianalgesic tables are not exact. It is important that the patient be re-evaluated after he or she has been converted to the desired drug to see if the new drug and dose is effective. Titration of the new drug is completed using the guidelines discussed above based on the severity of the patient's pain.

## METHADONE

Methadone is a synthetic opioid structurally classified as a diphenylheptane opioid analgesic. Methadone was discovered originally by a German laboratory during World War II, but it was not used as an analgesic until after the war was over. In the 1950s the U.S. Public Health Service hospitals recognized and used methadone as a treatment for opioid abstinence syndromes. Shortly thereafter, methadone grew in popularity for the treatment of heroin addictions as it was discovered that it prevented cravings and withdrawal symptoms in heroin users. In the early 1970s, strict legislation was passed regulating the prescribing or dispensing of methadone to physicians and pharmacies that had special registrations, thus the development of specialized methadone maintenance clinics. In the mid 1970s, the American Pharmaceutical Association (APhA) successfully sued for the ability to dispense methadone as an analgesic without special licenses and registration. The use of methadone to treat heroin addiction still is tightly regulated, requiring special licensure and registration for this purpose, but when dispensed as an analgesic, methadone does not require these special licenses and registration.[10]

Our current knowledge on the use of methadone as an analgesic is largely based on the experience with methadone in preventing opioid withdrawals in methadone maintenance clinics. Early use of methadone as an analgesic proved

### TABLE 3

#### Opioid equianalgesic table*

| Opioid | po | Parenteral |
| --- | --- | --- |
| Morphine | 30 | 10 |
| Codeine | 200 | 130 |
| Oxycodone | 20 | — |
| Hydrocodone | 20–30 | — |
| Hydromorphone | 7.5 | 1.5 |
| Fentanyl | — | 0.1 |
| Meperidine | 300 | 75 |
| Methadone** | | |

*Adapted from Ham: Gammaitoni AR, et al. Clinical Application of Opioid Equianalgesic Data. Clin J Pain. 2003;19(3):286-297
**See Table 4

to be difficult, and several key differences were noted when comparing its use for maintaining abstinence versus analgesia. When methadone is used as an analgesic, it provides several distinct advantages compared with other opioics: namely, the drug has an inherently long half-life; it is highly potent; and it is inexpensive. The following discussion on methadone will review some of the characteristics of methadone that make it different from the other opioids, as well as special precautions that should be noted when using methadone.

Understanding the pharmacokinetic properties of methadone is vitally important to understanding how it is to be used as an analgesic. Methadone is highly bioavailable and lipophilic, resulting in wide distribution and rapid onset of action of the drug. Methadone analgesia generally begins within an hour or two of administration. Methadone is inherently long acting; the half-life of methadone can range between 22 and 28 hours. Methadone is metabolized by the liver to inactive metabolites through the cytochrome p450 enzyme system as a major substrate of the 3A4 enzyme pathway and a minor substrate of the 2D6 enzyme pathway. Interestingly, methadone also is a weak enzyme inhibitor of the 3A4 p450 enzymes and a moderate

CONTINUED ON PAGE 18



FIGURE 1

**Examples of pain intensity scales**

SIMPLE DESCRIPTIVE PAIN INTENSITY SCALE

None — Mild — Moderate — Severe — Very severe — Worst possible

0–10 NUMERIC PAIN INTENSITY SCALE

0 1 2 3 4 5 6 7 8 9 10
None — Moderate — Worst possible

VISUAL ANALOG SCALE (VAS)

None — Worst possible



FIGURE 2

**WHO analgesic ladder**

| 3 | Opioid ± Adjuvant ± Nonopioid | Morphine Oxycodone Hydromorphone |
| 2 | Combination Opioid + Adjuvant | Codeine Hydrocodone Oxycodone |
| 1 | Nonopioid ± Adjuvant | Aspirin Acetaminophen Ibuprofen |

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER     MNK-T1_0003284662

Case ... 9 of 30, PageID #: 350605

# Pharmacist pain management: a focus on opioids and conversion issues



FIGURE 3

Biphasic methadone elimination

CONTINUED FROM PAGE 17

inhibitor of the 2D6 p450 enzymes, leading to the possibility of some auto-inhibition.[11] Careful notation of concomitant drugs that either increase or decrease the p450 metabolic pathways is important to prevent potential drug-drug interactions. That is specifically important because there have been recent reports of patients taking high dose methadone, generally greater than 200 mg/day, that have noted QT prolongation and development of cardiac arrhythmias such as Torsades de Pointes.[12-15] Careful monitoring for the p450 drug-drug interactions, as well as for any other drug-drug that may result in cardiac conduction problems is important. The inactivated methadone metabolites then are excreted renally.

In the case of opioid abstinence, it long has been known that once-daily dosing is adequate to prevent withdrawals and cravings. Dosing in pain management is different. Methadone's analgesic properties do not appear to last as long as the drug's detectable half-life. The duration of analgesia for methadone appears to be between four hours to six hours with acute dosing, and then increases to between eight hours to 10 hours with chronic repeated dosing. When dosing methadone for analgesic effects, six-hour to eight-hour dosing intervals generally are needed to maintain stable analgesic control.

There are several thoughts as to why the duration of analgesia of methadone is shorter than its half-life: one is based on the fact that methadone has a biphasic elimination curve,[16] and another is that methadone may dissociate rapidly and readily from the opioid receptors.

Methadone's elimination has two distinct phases called the alpha-elimination phase and the beta-elimination phase (Figure 3). The alpha-elimination is considered to be a more rapid elimination, and the elimination curve is steeper. The beta-elimination is considered to be slower, and the elimination curve flattens out significantly compared with the alpha-phase. The alpha-elimination phase lasts until about six hours to eight hours after dosing.

After that, elimination begins to slow as it enters the beta-phase, which can last up to 30 hours.[16] The change in elimination rate coincides with the observed duration of analgesia for methadone. As the methadone enters its beta-elimination, the drug may not continue to bind to the opioid receptors and, thus, as it dissociates more readily, analgesia is not maintained. The differences in the elimination phases may help explain why methadone lasts for roughly 24 hours for the prevention of withdrawals and cravings in the treatment of heroin addiction, but the analgesia only lasts for a fraction of that time.

Chemically, methadone is available only as a racemic mixture of equal portions of dextrorotatory (d) and levorotatory (l) isomers. The d isomer is relatively inactive as an opioid analgesic as the l isomer is roughly eight times to 50 times more potent than the d isomer in terms of analgesic effect.[16] The d isomer, though it has little opioid-mediated analgesic properties, is not devoid of any effect. The d isomer is a relatively potent n-methyl-d-aspartate receptor (NMDA) antagonist,[17] a unique activity compared with the other opioid analgesics. The NMDA receptor has been implicated in several divergent activities related to pain transmission and analgesia, including, but not limited to, neuropathic pain signal transmission, the wind-up phenomenon (pain amplification due to central nervous system sensitization to pain signals) and development of tolerance to opioid analgesics.[18-21] Although the specific actions of the NMDA receptor in pain are not clearly elucidated and actually may be multifactorial, the NMDA receptor an-

PICTORIAL PAIN ASSESSMENT SCALE

| | Scale | |
|---|---|---|
| No pain | 0 | |
| | 1 | |
| Mild, annoying pain | 2 | Which one of the following best describes your pain? (Patient can respond by pointing to the words, numbers or pictures.) |
| | 3 | |
| Nagging, uncomfortable, troublesome pain | 4 | |
| | 5 | |
| Distressing, miserable pain | 6 | |
| | 7 | |
| Intense, dreadful, horrible pain | 8 | |
| | 9 | |
| Worst possible, unbearable, excruciating pain | 10 | |

## PATIENT SCENARIO 2

A physician calls regarding a patient who is currently taking morphine sustained-release 30 mg po TID, and he wants to convert him to oxycodone. He would like you, as the pharmacist, to help determine the equianalgesic dose.

Answer:
1) Total 24-hour consumption of morphine = 90 mg
2) Provider wants to change to oxycodone.
3) Equianalgesic ratio: morphine 30 mg = oxycodone 20 mg
4) Complete multiplication and solve for x.
   - 90 mg morphine
   - 30 mg morphine = 20 mg oxycodone; x = 60 mg of oxycodone
5) Oxycodone extended-release is available in 20 mg tablets so there is no need to round. Recommend 20 mg po q 8 hours.

## PATIENT SCENARIO 3

A local physician calls regarding a patient who currently is taking sustained-release oxycodone 80 mg po q 8 hours. Because of financial reasons, the physician is considering switching the patient to methadone. He would like you, as a pharmacist, to help determine the equianalgesic dose.

Answer:
1) Total 24-hour consumption of morphine equivalents (mg)
   - Total daily oxycodone = 240 mg
   - Equianalgesic ratio: morphine 30 mg = oxycodone 20 mg
   - Calculate total daily morphine equivalents.
     - 240 mg oxycodone
     - 20 mg oxycodone = 30 mg morphine; x = 360 mg of po morphine
2) Provider wants to change to methadone.
3) Equianalgesic ratio: for morphine 300:1000 mg use methadone
   - mg = morphine 12 mg
4) Complete multiplication and solve for x.
   - 360 mg morphine
5) Methadone is available in 10 mg tablets so there is no need to round. Recommend 10 mg po q 8 hours.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER          MNK-T1_0003284663

# CEQ Pharmacist Continuing Education

| TABLE 4 | |
|---|---|
| **Determining the conversion ratio for methadone, based on current morphine equivalent dose** | |
| **Oral morphine equivalent dose** | **Conversion ratio (morphine : methadone)** |
| less than 100 mg | 1 : 4 |
| 100–300 mg | 1 : 8 |
| 300–1,000 mg | 1 : 12 |
| > 1,000 mg | 1 : 20 |

## PRACTICE POINTS

1. Signs or symptoms of physical dependence and/or tolerance to an opioid analgesic do not mean the patient is an addict.
2. Pain assessment should be performed using a reliable and valid instrument for the type of pain.
3. Opioid regimen should be based on provider evaluation that there is enough requirdance between opioid doses. Dose titration may differ from guidelines based on patient response following the conversion to a new opioid equivalency ratio.
4. Methadone equivalency ratio may change based on previous opioid dose, being calculated in morphine equivalents.
5. Double-check medical calculations and equivalency ratios.

tagonism effects of methadone can be interpreted as a positive effect.

Methadone does not reach steady state for several days to weeks because of its inherently long half-life, its potential for p450 enzymatic drug interactions and the beta-elimination curve. When methadone is dosed for analgesia, subsequent doses are administered well before all of the drug from previous doses has been eliminated from the body. Careful equivalent dosing calculations are necessary to avoid accidental rapid drug accumulation and potential overdose within the first few days after the drug has been started. Dose titration should be done slowly, giving several days to weeks between titrations.

Methadone's potency as an analgesic

has been widely underestimated. Early single-dose potency equivalency trials comparing methadone with morphine in opioid-naive subjects resulted in calculated equivalent ratios of 1:2 to 1:4.[22] In patients with chronic pain who are opioid tolerant, the equivalencies may be much greater, especially for patients who use higher daily doses of morphine equivalents. Recent studies have begun to show that the higher the equivalent dose of morphine a patient is using, the more sensitive he might be to methadone, necessitating larger equivalency ratios.[22,23] That may be because of an increasingly incomplete cross-tolerance between the drugs as a patient becomes more tolerant to higher doses of morphine, or it may be that the additional NMDA-receptor antagonism is

more pronounced once a patient has become more tolerant to the opioid analgesic effects. Whatever the cause for the difference between the equianalgesic ratios between other opioids and methadone, the result is that there is a greater risk of opioid overdose due to increased sensitivity to methadone's effects.

When converting an opioid dose to methadone from another opioid analgesic, a conversion to the equivalent total daily dose of oral morphine is recommended first. Calculating the equivalent methadone dose then can be done using equivalency ratios based on the daily consumption of morphine equivalents.[22,23]

When the previous daily dose of oral morphine equivalents is less than 100 mg, calculate using a ratio of 1 mg of oral methadone to 4 mg of oral morphine. When the previous daily dose of oral morphine equivalents is between 100 mg and 300 mg, calculate using a ratio of 1 mg of oral methadone to 8 mg of oral morphine. When the previous daily dose of oral morphine equivalents is between 300 mg and 1,000 mg, calculate using a ratio of 1 mg of oral methadone to 12 mg of oral morphine. When the previous daily dose of oral morphine equivalents is greater than 1,000 mg, calculate using a ratio 1 mg of oral methadone to 20 mg of oral morphine (Table 4).

Unfortunately, that sliding scale equivalency ratio is not well defined, and there are many variations available in the literature. As a result, there have been many different models for opioid rotation / titration developed for methadone (Table 5). Also very important to note is the fact that the equianalgesic conversion ratios aren't necessarily bidirectional. Thus, once a patient is titrated to a stable methadone dose, it may be difficult to determine the equivalency of other opioid agents if further change is necessitated.

Methadone is a potent, long-acting, inexpensive opioid analgesic with a clean metabolism profile, (i.e., no active metabolites), but it needs to be managed carefully. The drug's propensity for accumulation, complexity in determining equivalence and potential for drug-drug interactions, as well as and the potential for development of opioid-induced side effects, make the drug difficult to manage for practitioners unless they understand its kinetics and are well versed in its analgesic effects.

| TABLE 5 | |
|---|---|
| **Titration models for methadone** | |
| Edmonton Model | For opioid tolerant patients ...<br>• Recommend a 3-day conversion protocol of oral/parenteral MS equivalent to oral ME. Decrease MS equivalent by ~33% and increase equivalent ME by ~33% each day using a MS:po ME dosing ratio of 10:1 |
| Italian Model | For opioid-naive or tolerant patients ...<br>• Schedule based on MS or equivalent opioid.<br>• Opioid naive: start ME 3 mg q8h<br>• MS dose ≤ 60 mg po/day: switch to ME 5 mg q8h.<br>• MS dose 70 – 90 mg po/day: switch to ME at 25% of 24h MS dose.<br>• MS dose ≥ 100 mg po/day: switch to ME at 1/6 or 1/8% of 24h MS dose.<br>• The dose of methadone is titrated each day until pain relief is obtained w/o side effects. |
| British Model | For opioid tolerant patients ...<br>• Recommend a 6-day conversion protocol oral morphine (MS) equivalent to oral methadone (ME).<br>1. Stop current opioid<br>• DAY 1–5: If current MS equivalent is ≤ 300 mg/day, dose ME at fixed dose equal to 10% of MS equivalent.<br>OR<br>If current oral MS equivalent is > 300 mg/day, dose ME at a max fixed dose of 30 mg q3h.<br>• DAY 6: Average the amount of daily methadone taken on days 4 & 5 and convert to a q12h dosing. Increase the scheduled methadone dose by 30-50% every 4–6 days based on pm use. |
| German Model | Opioid-tolerant patients using ≈ 600 mg/day of morphine or equivalent opioid.<br>• DAY 1: Stop MS, initiate ME 5–10 mg po q4h and q1h prn.<br>• DAYS 2–3: If no pain control: ME up to 30% q4h and q1h prn to pain relief and no AE's.<br>• DAY 4: After 72h change to q8h and q3h prn at the same single dose used during days 2-3.<br>• DAY 5: If no pain control: ME up to 30% q8h and q3h prn until sufficient pain relief and no AE's.<br>(Note: Dose of methadone may range from 10–200 mg q8h.) |
| Chinese Model | Utilized an ad libitum dosing schedule to convert oral MS to oral ME in 37 patients.<br>• DAY 1: Stop current morphine dose. Convert total daily MS dose to po ME using a MS:ME ratio of 12:1 up to a max fixed dose of 30 mg q3h.<br>• Follow-up: Ad libitum dosing continued until demand for methadone was ↓ or stabilized. Total daily dose of ME required was divided by 2 or 3 and administered q8h or q12h. Daily ME dose increased by 50% if pain uncontrolled by day 7. |

## CONCLUSION

Pharmacists can play a pivotal role in the management of patients with pain. Education regarding the differences between dependence, tolerance and addiction is a key first step. Development of standards and guidelines for the practice of pain management has improved the recognition of the importance of pain management. Assessment of the patient's pain by health care providers—including pharmacists—is important in recognition, classification and evaluation of pain. Identi-

CONTINUED ON PAGE 20

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0003284664

# Pharmacist pain management: a focus on opioids and conversion issues

CONTINUED FROM PAGE 19

fying the types of pain a patient may be experiencing better enables the pharmacist to recommend specific treatment options. Specific understanding of dosing, kinetics, titration and rotation of opioids

in pain management is where pharmacists can help direct patient care and improve outcomes. Methadone, compared with the other opioid analgesics, possesses many unique characteristics that are not understood by many in the health

care community. In terms of safety and patient monitoring, pharmacists' knowledge and understanding of those characteristics are vital in methadone's use as an analgesic. In conclusion, opioid analgesics can be highly effective in the man-

agement of pain when dosed, administered and monitored properly.

For a complete list of references, visit www.drugstorenews.com.

## Learning Assessment

Successful completion of "Pharmacist pain management: a focus on opioids and conversion issues" (lesson 401-000-05-009-H01) is worth two contact hours of credit. Mail completed answer sheet to *DrSN/CE Quarterly*, P.O. Box 31180, Tampa, FL 33631-3180. For fastest service, fax to (813) 626-7203. For fastest service, visit our Web site at www.drugstorenews.com.

1. Lost productivity from common pain is estimated to cost approximately $_____ billion each year.
   a. 100
   b. 74
   c. 61
   d. 33

2. An example of a health care provider barrier to effective pain management is/are
   a. a patient's desire to be a good patient.
   b. failure to re-evaluate patients' pain status..
   c. insurers' reimbursement policies.
   d. regulatory restrictions on the amount of opioids that may be prescribed in a period of time.

3. An example of patient or family member barrier to effective pain management is
   a. risk of disciplinary action by federal or state regulators.
   b. fear of being duped by drug seekers.
   c. limited stock of opioids because of concerns of possible abuse or diversion.
   d. fear that any use of opioids will lead to becoming an addict.

4. Tolerance to opioids
   a. means a person is physiologically dependent on the medication and will suffer from withdrawal if the medication is stopped abruptly.
   b. means a physiological acclimatization where the patient has less of a response to a given dose of the drug.
   c. implies some psychological need.

5. Dependence
   a. means a person is physiologically dependent on the medication and will suffer from withdrawal if the medication is stopped abruptly.
   b. means a physiological acclimatization where the patient has less of a response to a given dose of the drug.
   c. implies some psychological need.

6. Addiction
   a. Means a person is physiologically dependent on the medication and will suffer from withdrawal if the medication is stopped abruptly.
   b. Means a physiological acclimatization where the patient has less of a response to a given dose of the drug.
   c. implies some psychological need.

7. Objective signs of pain often are not present in chronic pain.
   a. True
   b. False

8. One advantage of pain scales is that there is no need to explain them to the patient.
   a. true
   b. false

9. According to the WHO Analgesic ladder, treatment of all pain patients should begin at step one, with aspirin, acetaminophen or other NSAIDs.
   a. true
   b. false

10. When increasing opioids dosage, which of the following would be appropriate?
    a. A patient with moderate pain has his or her opioid dosage increased by 20 percent.
    b. A patient with severe pain has his or her opioid dosage increased by 200 percent.
    c. A patient with mild pain has his or her opioid dosage increased by 75 percent.
    d. A patient with moderate pain has his or her opioid dosage increased by 50 percent.

11. Patients often demonstrate highly variable responses to different opioid drugs.
    a. true
    b. false

12. The regulations, licensure and registrations required to dispense methadone for the treatment of pain are the same as those for treatment of heroin addiction.
    a. true
    b. false

13. Characteristics of methadone that are advantageous in the treatment of pain include
    a. its long half-life.
    b. the fact that it is highly potent.
    c. the fact that it is inexpensive.
    d. all of the above.

14. When used in the treatment of pain, multiple daily doses are required.
    a. true
    b. false

15. With methadone, steady state may not be reached until after
    _____
    a. four doses to six doses.
    b. two days to three days.
    c. one week.
    d. several weeks.

16. The ratio for calculating an equianalgesic dose of methadone will vary depending on
    a. the patient's body weight.
    b. the patient's gender.
    c. the patient's previous daily dose of oral morphine equivalents.
    d. the length of time over which the patient has been receiving opioid treatment.

17. Equianalgesic conversion ratios are bidirectional, thus enabling precise calculation of the appropriate dose when changing between any opioid agents.
    a. true
    b. false

18. Mr. Downs suffers from chronic back pain. He comes into your pharmacy for a refill of his oxycodone prescription. As you are ringing up his prescription you ask him how he's feeling and how his pain is. He responds, "OK, I guess." You wish him a good day and he leaves.
    a. It was inappropriate for you to ask about his pain. Pain is between him and his physician.
    b. Well done. You have assessed his pain effectively.
    c. Good start, but you should have followed up by asking him to rate his pain on a pain intensity scale

19. In the process of converting oxycodone, 40 mg po q8hrs, to methadone, the appropriate oral morphine to methadone ratio would be
    a. 1:4.
    b. 1:8.
    c. 1:12.
    d. 1:20.

20. With regard to methadone:
    a. the analgesic effect does not last as long as the drug's detectable half-life.
    b. the duration of analgesic effect increased from four hours to six hours with acute dosing to eight hours to 10 hours with chronic repeated dosing.
    c. drugs that increase or decrease the p450 metabolic pathways may result in drug interactions with methadone.
    d. all of the above

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                MNK-T1_0003284665

MNK-T1_0003284666

# Morphine Sulfate Extended-Release Tablets

## 15 mg, 30 mg, 60 mg, 100 mg and 200 mg*

**Rx only**

*200 mg for use in opioid-tolerant patients only

## DESCRIPTION

Morphine Sulfate Extended-Release Tablets are supplied in tablet form for oral administration.

Chemically, morphine is 7,8-didehydro-4,5α-epoxy-17-methylmorphinan-3,6α-diol sulfate (2:1) (salt) pentahydrate and has the following structural formula:



$$(C_{17}H_{19}NO_3)_2 \cdot H_2SO_4 \cdot 5H_2O$$

MW = 758.83

## CLINICAL PHARMACOLOGY

### Pharmacokinetics and Metabolism

## INDICATIONS AND USAGE

## CONTRAINDICATIONS

## WARNINGS

### Impaired Respiration

### Hypotensive Effect

### Head Injury and Increased Intracranial Pressure

## PRECAUTIONS

### General

### Drug Dependence

### Interactions With Other CNS Depressants

### Interactions With Mixed Agonist/Antagonist Opioid Analgesics

**Drug Interactions** (See also WARNINGS)

The concomitant use of other central nervous system depressants including anxiolytics, sedatives or hypnotics, general anesthetics, phenothiazines, tranquilizers, and alcohol may produce additive depressant effects. Respiratory depression, hypotension, and profound sedation or coma may occur. When such combined therapy is contemplated, the dose of one or both agents should be reduced.

Cardiorespiratory Metabolic/Impairment of Fertility
Studies to evaluate the mutagenic potential of morphine or the effect on fertility have not been conducted.

**Pregnancy**
Teratogenic Effects – CATEGORY C
Adequate animal studies on reproduction have not been performed to determine whether morphine affects fertility in males or females. Morphine Sulfate Extended-Release Tablets should be used in pregnant women only if the potential benefit justifies the potential risk to the fetus.

**PRECAUTIONS: Labor and Delivery, and Fertility**
Morphine crosses the placental barrier. Narcotic analgesics should be used in pregnant women only when clearly needed. (See also Nursing Mothers section.)

**Labor and Delivery**
Morphine Sulfate Extended-Release Tablets are not recommended for use in women during and immediately prior to labor.

**Nursing Mothers**
Occasionally, small amounts of morphine have been detected in human milk. Withdrawal symptoms can occur in breast-feeding infants when maternal administration of morphine sulfate is stopped.

Morphine Sulfate Extended-Release Tablets since morphine may be excreted in the milk.

**Pediatric Use**
Use of Morphine Sulfate Extended-Release Tablets have not been evaluated systematically in children.

**Geriatric Use**
Use of Morphine Sulfate Extended-Release Tablets in the elderly may warrant sufficient numbers of subjects aged 65 years and older to determine whether they respond differently from younger subjects.

**ADVERSE REACTIONS**

The adverse reactions caused by morphine are essentially those observed with other opioid analgesics. They include the following:

**Most frequently observed**
Constipation, nausea, and sedation. Dizziness, vomiting, sweating, dysphoria and euphoria.

**Central Nervous System** Weakness, headache, agitation, tremor, uncoordinated muscle movements, seizure, alterations of mood.

**Gastrointestinal** Dry mouth, biliary tract spasm, laryngospasm, anorexia, diarrhea, cramps, taste alterations, constipation, ileus.

**Cardiovascular** Flushing of the face, chills, tachycardia, bradycardia, palpitation, faintness, syncope, hypotension, hypertension

**Genitourinary** Urine retention or hesitancy, reduced libido and/or potency.

**Other** Antidiuretic effect, paresthesia, muscle tremor, blurred vision, nystagmus, diplopia, miosis, anaphylaxis

**DRUG ABUSE AND DEPENDENCE**

Opioid analgesics may cause psychological dependence, physical dependence and tolerance. Physical dependence results in withdrawal symptoms in patients who abruptly discontinue the drug or may be precipitated through the administration of drugs with opioid antagonist activity.

Physical dependence usually does not occur to a clinically significant degree until after several weeks of continued opioid usage. Tolerance, in which increasingly large doses are required in order to produce the same degree of analgesia, is initially manifested by a shortened duration of analgesic effect, and subsequently by decreases in the intensity of analgesia.

In chronic pain patients, and in narcotic-tolerant cancer patients, the administration of Morphine Sulfate Extended-Release Tablets should be guided by the degree of tolerance manifested. Physical dependence, per se, is not ordinarily a concern when one is Morphine Sulfate Extended-Release Tablets are used properly.

If Morphine Sulfate Extended-Release Tablets are abruptly discontinued, a moderate to severe abstinence syndrome may occur. The opioid abstinence or withdrawal syndrome is characterized by some or all of the following: restlessness, lacrimation, rhinorrhea, yawning, perspiration, goosebumps, restless sleep or "yen" and mydriasis during the first 24 hours. These symptoms often increase in severity and over the next 72 hours may be accompanied by increasing irritability, anxiety, weakness, twitching and spasms of muscles, kicking movements, severe backache, abdominal and leg pains, abdominal and muscle cramps, hot and cold flashes, insomnia, nausea, anorexia, vomiting, intestinal spasm, diarrhea, coryza, and repetitive sneezing, increase in body temperature, blood pressure, respiratory rate and heart rate. In general, opioids should not be abruptly discontinued (See DOSAGE AND ADMINISTRATION: Cessation of Therapy).

**OVERDOSAGE**

Acute overdose with morphine is manifested by respiratory depression, somnolence progressing to stupor or coma, skeletal muscle flaccidity, cold and clammy skin, constricted pupils, and, sometimes, bradycardia, hypotension and death.

In the treatment of overdosage, primary attention should be given to the establishment of a patent airway and institution of assisted or controlled ventilation. Supportive measures (including oxygen, vasopressors) should be employed in the management of circulatory shock and pulmonary edema accompanying overdose as indicated. Cardiac arrest or arrhythmias may require cardiac massage or defibrillation.

**DOSAGE AND ADMINISTRATION**

(See also CLINICAL PHARMACOLOGY, WARNINGS, and PRECAUTIONS sections)

**MORPHINE SULFATE EXTENDED-RELEASE TABLETS ARE TO BE TAKEN WHOLE, AND ARE NOT TO BE BROKEN, CHEWED, OR CRUSHED.**

**TAKING BROKEN, CHEWED OR CRUSHED MORPHINE SULFATE EXTENDED-RELEASE TABLETS COULD LEAD TO THE RAPID RELEASE AND ABSORPTION OF A POTENTIALLY TOXIC DOSE OF MORPHINE.**

Morphine Sulfate Extended-Release Tablets are intended for use in patients who require more than several days continuous treatment with a potent opioid analgesic.

**HOW SUPPLIED**

Each Morphine Sulfate Extended-Release tablet 15 mg is available as a round, blue convex tablet, one side debossed 15 and other opioids.

| | |
|---|---|
| Bottles of 100 | NDC No. 0406-8315-01 |
| Bottles of 500 | NDC No. 0406-8315-05 |
| Unit Dose (10 x 10) | NDC No. 0406-8315-62 |
| Punch Card (5 x 20) | NDC No. 0406-8315-72 |

Each Morphine Sulfate Extended-Release Tablet 30 mg is available as a round, purple convex tablet, one side debossed 30 and the other side debossed "30".

| | |
|---|---|
| Bottles of 100 | NDC No. 0406-8330-01 |
| Bottles of 500 | NDC No. 0406-8330-05 |
| Unit Dose (10 x 10) | NDC No. 0406-8330-62 |
| Punch Card (5 x 20) | NDC No. 0406-8330-72 |

Each Morphine Sulfate Extended-Release Tablet 60 mg is available as a round, orange convex tablet, one side debossed 60 and the other side debossed "60".

| | |
|---|---|
| Bottles of 100 | NDC No. 0406-8360-01 |
| Bottles of 500 | NDC No. 0406-8360-05 |
| Unit Dose (10 x 10) | NDC No. 0406-8360-62 |

Each Morphine Sulfate Extended-Release Tablet 100 mg is available as a round, gray convex tablet, one side debossed 100 and the other side debossed "100".

| | |
|---|---|
| Bottles of 100 | NDC No. 0406-8390-01 |
| Bottles of 500 | NDC No. 0406-8390-05 |

Each Morphine Sulfate Extended-Release Tablet 200 mg is available as a capsule-shaped, green convex tablet, one side debossed and the other side debossed "200".

| | |
|---|---|
| Bottles of 100 | NDC No. 0406-8320-01 |

Dispense in a tight, light-resistant container.

**CAUTION**
DEA Order Form Required.

™ is a registered trademark of Mallinckrodt Inc.

Mallinckrodt Inc.
675 McDonnell Blvd.
St. Louis, MO 63134

Made in U.S.A.



tyco
Healthcare

Mallinckrodt

Rev. 05/2005

MNK-T1_0003284667

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0003284668



# OXYCODONE HYDROCHLORIDE
Tablets, USP
15 mg & 30 mg
Rx only

## DESCRIPTION

Oxycodone Hydrochloride Tablets, USP are an opioid analgesic.

Each tablet for oral administration contains 15 mg or 30 mg of oxycodone hydrochloride USP.

Oxycodone hydrochloride is a white, odorless crystalline powder derived from the opium alkaloid, thebaine. Oxycodone hydrochloride dissolves in water (1 g in 6 to 7 mL) and is considered slightly soluble in alcohol (octanol water partition coefficient is 0.7).

Chemically, oxycodone hydrochloride is 4,5-α-epoxy-14-hydroxy-3-methoxy-17-methylmorphinan-6-one hydrochloride and has the following structural formula:

$C_{18}H_{21}NO_4 \cdot HCl$   MW 351.83

The tablets contain the following inactive ingredients: microcrystalline cellulose, sodium starch glycolate, corn starch, lactose monohydrate, stearic acid, FD&C Yellow No. 10, and FD&C Blue No. 2 (15 mg and 30 mg tablets).

The 15 mg and 30 mg tablets contain the equivalent of 13.5 mg and 27.0 mg, respectively, of oxycodone free base.

## CLINICAL PHARMACOLOGY

**Pharmacology:**

The active ingredient, oxycodone, is a semi-synthetic, narcotic with multiple actions qualitatively similar to those of morphine. The most important of these involves the central nervous system and organs composed of smooth muscle.

## Table 1
### Pharmacokinetic Parameters (Mean±SD)

| Dose/Parameters | AUC (ng·h/mL) | Cmax (ng/mL) | Tmax (hr) | Cmin (ng/mL) | Cavg (ng/mL) | Half-Life (hr) |
|---|---|---|---|---|---|---|
| **Single Dose Pharmacokinetics** | | | | | | |
| Oxycodone Hydrochloride tablets 5 mg tabs x 3 | 133.2±23 | 22.3±8.2 | 1.8±1.8 | n/a | n/a | 3.73±0.9 |
| Oxycodone Hydrochloride Tablets 5 mg tabs x 3 | 128.2±25.1 | 22.2±7.6 | 1.4±0.7 | n/a | n/a | 3.55±1.0 |
| Oxycodone Hydrochloride Oral Concentrate Solution 1.5 mg/30 solution | 130.8±24.7 | 21.1±8.1 | 1.9±1.5 | n/a | n/a | 3.7±0.8 |
| Oxycodone Hydrochloride Tablets 20 mg tab | 260.2±60.7 | 39.3±14.6 | 2.6±3.0 | n/a | n/a | 3.86±1.3 |
| **Food-Effect, Single Dose** | | | | | | |
| Oxycodone Hydrochloride Oral Solution, USP 10 mg/10 mL, oral sol'n (fasted) | 105±6.2 | 19.0±5.7 | 1.25±0.5 | n/a | n/a | 2.9±0.4 |
| Oxycodone Hydrochloride Oral Solution, USP 10mg/10 mL oral sol'n (fed) | 120±25.2 | 17.7±3.0 | 2.5±1.2 | n/a | n/a | 3.2±0.5 |
| **Multiple-Dose Studies** | | | | | | |
| Oxycodone Hydrochloride Tablets 5 mg tabs qd/h x 14 doses | 113.3±24.0 | 15.7±3.2 | 1.3±0.3 | 7.4±1.8 | 9.4±2.0 | n/a |
| Oxycodone Hydrochloride Oral Solution, USP 3.33 mg (3.33 mL) oral sol'n, q6h x 21 doses | 99.0±24.8 | 17.9±3.1 | 1.0±0.3 | 7.2±2.3 | 8.1±2.6 | n/a |

### Figure 1 - Oxycodone Hydrochloride Tablets Dose Proportionality Study
5 mg, 15 mg and 30 mg
(single-dose)





## PRECAUTIONS

OXYCODONE HYDROCHLORIDE TABLETS, USP 15 mg and 30 mg
Rx only

Physical dependence results in withdrawal symptoms in patients who abruptly discontinue the drug or may be precipitated through the administration of drugs with opioid antagonist activity. If Oxycodone Hydrochloride Tablets are abruptly discontinued in a physically dependent patient, an abstinence syndrome may occur.

**Information for Patients/Caregivers**

1. Patients should be advised to report episodes of break-through pain and adverse experiences occurring during therapy. Individualization of dosage is essential to make optimal use of this medication.
2. Patients should be advised not to adjust the dose of Oxycodone Hydrochloride Tablets without consulting the prescribing professional.
3. Patients should be advised that Oxycodone Hydrochloride Tablets may impair mental and/or physical ability required for the performance of potentially hazardous tasks.
4. Patients should not combine Oxycodone Hydrochloride Tablets with alcohol or other central nervous system depressants (sleep aids, tranquilizers) except by the orders of the prescribing physician, because dangerous additive effects may occur, resulting in serious injury or death.
5. Women of childbearing potential who become, or are planning to become, pregnant should be advised to consult their physician regarding the effects of analgesics and other drug use during pregnancy on themselves and the unborn child.
6. Patients should be advised that Oxycodone Hydrochloride Tablets are a potential drug of abuse. They should protect them from theft, and they should never be given to anyone other than the individual for whom they were prescribed.
7. Patients should be advised that if they have been receiving treatment with Oxycodone Hydrochloride Tablets for more than a few weeks and cessation of therapy is indicated, it may be appropriate to taper the Oxycodone Hydrochloride Tablets dose, rather than abruptly discontinue it, due to the risk of precipitating withdrawal symptoms. Their physician can provide a dose schedule to accomplish a gradual discontinuation of the medication.

**Drug Interactions**

Oxycodone is metabolized in part to oxymorphone via the cytochrome p450 isoenzyme CYP2D6. While the pathway may be blocked by a variety of drugs (e.g., certain cardiovascular drugs and antidepressants), such blockade has not yet been shown to be of clinical significance with this agent. Clinicians should be aware of this possible interaction.

**DRUG ABUSE AND DEPENDENCE**

**Controlled Substance**

Oxycodone Hydrochloride Tablets are a Schedule II narcotic under the U.S. Controlled Substances Act (CSA) and Oxycodone Hydrochloride Tablets can produce drug dependence of the morphine type and, therefore, have the potential for being abused. Oxycodone Hydrochloride Tablets should be prescribed and administered with the same degree of caution appropriate to the use of other narcotic containing medications.

**Abuse**

Drug addiction is characterized by compulsive use, use for non-medical purposes, and continued use despite harm or risk of harm. Drug addiction is a treatable disease, utilizing a multi-disciplinary approach, but relapse is common.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

**Pregnancy**

**Nonteratogenic Effects**

**Labor and Delivery**

**Nursing Mothers**

**Pediatric Use**

**Geriatric Use**

**ADVERSE REACTIONS**

**DOSAGE AND ADMINISTRATION**

**Patients Currently on Opioid Therapy**

**Maintenance of Therapy**

**Cessation of Therapy**

**HOW SUPPLIED**

Oxycodone Hydrochloride Tablet, USP 15 mg is available as a light green round convex tablet with a $\bigwedge$ on one side and 15 above a score and 111 below the score on the other side.

NDC 0406-8515-01

Oxycodone Hydrochloride Tablet, USP 30 mg is available as a light blue round convex tablet with a $\bigwedge$ on one side and "30" above a score and

NDC 0406-8530-01

Bottles of 100 .......................... NDC 0406-8530-01

**DEA Order Form Required**

Dispense in tight, light-resistant container with child-resistant closure.

Store at 25°C (77°F) [see USP Controlled Room Temperature with brief excursions permitted between 15° to 30°C (59° to 86°F)
[see USP].

$\bigwedge$ is a registered trademark of Mallinckrodt Inc.

Mallinckrodt Inc.
St. Louis, MO 63134 U.S.A.
M01419309

Rev. 6/03

tyco Healthcare

**Mallinckrodt**

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



# HYDROMORPHONE
## HYDROCHLORIDE TABLETS USP
### 8 mg only
#### Rx only

## DESCRIPTION

Hydromorphone hydrochloride tablets, USP, 8 mg are supplied in tablet form for oral administration.

Hydromorphone hydrochloride, a hydrogenated ketone of morphine, is a narcotic analgesic. The structural formula of hydromorphone hydrochloride is:



$C_{17}H_{19}NO_3 \cdot HCl$

MW = 321.80

Each hydromorphone hydrochloride tablet USP, 8 mg contains:
Hydromorphone Hydrochloride, USP .......... 8 mg

In addition, each tablet contains the following inactive ingredients: lactose monohydrate NF, magnesium stearate NF, microcrystalline cellulose NF and stearic acid NF.

## CLINICAL PHARMACOLOGY

Many of the effects described below are common to this class of mu-opioid agonist analgesics. In some instances data may not exist to distinguish the effects of hydromorphone hydrochloride tablets from those observed with other opioid analgesics. However, in the absence of data to the contrary, it is assumed that hydromorphone hydrochloride tablets would possess the same qualitative pharmacodynamic activity of other opioids.

Opioid analgesics exert their primary effects on the central nervous system and organs containing smooth muscle. The principal actions of therapeutic value are analgesia and sedation. A significant feature of the analgesia is that it can occur without loss of consciousness. Opioid analgesics also suppress the cough reflex and may cause respiratory depression, mood changes, mental clouding, euphoria, dysphoria, nausea, and vomiting and electroencephalographic changes.

The precise mode of analgesic action of opioid analgesics is unknown. However, specific CNS opiate receptors have been identified. Opioids are believed to express their pharmacological effects by combining with these receptors.

Opioids depress the cough reflex by direct effect on the cough center in the medulla.

Opioids depress the respiratory reflex by a direct effect on brain stem respiratory centers. The mechanism of respiratory depression involves a reduction in the responsiveness of the brain stem respiratory centers to increases in $CO_2$ tension.

Opioids cause miosis. Pinpoint pupils are a common sign of opioid overdose but are not pathognomonic (e.g., pontine lesions of hemorrhagic or ischemic origin may produce similar findings) and marked mydriasis rather than miosis may be seen with worsening hypoxia.

Gastric, biliary and pancreatic secretions are decreased by opioids. Opioids cause a reduction in motility associated with an increase in tone in the gastric antrum and duodenum. Digestion of food in the small intestine is delayed and propulsive contractions are decreased. Propulsive peristaltic waves in the colon are decreased, and tone may be increased to the point of spasm. The end result is constipation. Opioids can cause a marked increase in biliary tract pressure as a result of spasm of the sphincter of Oddi.

Certain opioids produce peripheral vasodilation which may result in orthostatic hypotension. Release of histamine may occur with opioids and may contribute to opioid-induced hypotension. Other manifestations of histamine release may include pruritus, flushing, and red eyes.

The dosage of opioid analgesics like hydromorphone should be individualized for any given patient, since adverse events can occur at doses that may not provide complete freedom from pain. (see INDIVIDUALIZATION OF DOSAGE).

## Pharmacokinetics

The analgesic activity of hydromorphone hydrochloride is due to the parent drug, hydromorphone. Hydromorphone is rapidly absorbed from the gastrointestinal tract after oral administration and undergoes extensive first-pass metabolism. In vivo bioavailability following single-dose administration of the hydromorphone hydrochloride tablets, 8 mg is approximately 24% (coefficient of variation 21%). Dose proportionality between hydromorphone hydrochloride tablets 8 mg and other strengths of hydromorphone hydrochloride tablets (2 mg and 4 mg) has not been established.

### Absorption

After oral administration of hydromorphone hydrochloride tablets, 8 mg, peak plasma hydromorphone concentrations are generally attained within $\frac{1}{2}$ to 1 hour.

| Dosage Form | $C_{max}$ (mg) | $T_{max}$ (hrs) | AUC (mg\*hr/mL) | $T_{1/2}$ (hrs) |
|---|---|---|---|---|
| | Mean (%cv) | | | |
| 8 mg Tablet | 5.5 (33%) | 0.74 (34%) | 23.7 (28%) | 2.6 (18%) |

**Food effects:** The effect on the rate and extent of absorption of hydromorphone hydrochloride tablets when given with food has not been studied.

### Distribution

At therapeutic plasma levels, hydromorphone is approximately 8 to 19% bound to plasma proteins. After an i.v. bolus dose, the steady state of volume of distribution (mean [%cv]) is 302 (62%) liters.

### Metabolism

Hydromorphone is extensively metabolized via glucuronidation in the liver, with greater than 95% of the dose metabolized to hydromorphone-3-glucuronide along with minor amounts of 6-hydroxy reduction metabolites.

### Elimination

Only a small amount of the hydromorphone dose is excreted unchanged in the urine. Most of the dose is excreted as hydromorphone-3-glucuronide along with minor amounts of 6-hydroxy reduction metabolites. The systemic clearance is approximately 1.96 (30%) liters/minute. The terminal elimination half-life of hydromorphone after an i.v. dose is about 2.3 hours.

### Special Populations

**Pediatrics:** The pharmacokinetics of hydromorphone have not been evaluated in children.

**Hepatic and renal impairment:** The effects of hepatic and renal disease on the clearance of hydromorphone are unknown but caution should be taken to guard against possible accumulation of hydromorphone with repeated dosing in seriously impaired patients.

**Pregnancy and nursing mothers:** Hydromorphone crosses the placenta. Hydromorphone is also found in low levels in breast milk, and may cause respiratory compromise in newborns when administered during labor or delivery.

## CLINICAL TRIALS

Analgesic effects of single doses of hydromorphone hydrochloride oral liquid administered to patients with post-surgical pain have been studied in double-blind controlled trials. In one study with 81 patients, both 5 mg and 10 mg of hydromorphone hydrochloride oral liquid provided significantly more analgesic effect, compared to placebo for up to 6 hours. In a second study, hydromorphone hydrochloride oral liquid doses were compared to 30 mg and 60 mg of morphine sulfate oral liquid. The pain relief provided by 5 mg and 10 mg hydromorphone hydrochloride oral liquid was comparable to 30 mg and 60 mg oral morphine sulfate, respectively.

## INDIVIDUALIZATION OF DOSAGE

Safe and effective administration of opioid analgesics to patients with acute or chronic pain depends upon a comprehensive assessment of the patient. The nature of the pain (severity, frequency, etiology, and pathophysiology) as well as the concurrent medical status of the patient will affect selection of the starting dosage.

In opioid-tolerant patients, therapy with hydromorphone is typically initiated at an oral dose of 2 to 4 mg every four hours, but elderly patients may require lower doses (see PRECAUTIONS: Geriatric Use).

In patients receiving opioids, both the dose and duration of analgesia will vary substantially depending on the patient's opioid tolerance. The dose should be selected and adjusted so that at least 3 to 4 hours of pain relief may be achieved. In patients taking opioid analgesics, the starting dose of hydromorphone hydrochloride should be based on prior opioid usage. This should be done by converting the total daily usage of the previous opioid to an equivalent total daily dosage of oral hydromorphone hydrochloride using an equianalgesic table (see below). For opioids not in the table, first estimate the equivalent total dosage of oral morphine, then use the table to find the equivalent total daily dosage of hydromorphone hydrochloride.

---

Once the total daily dosage of hydromorphone hydrochloride has been estimated, it should be divided into the desired number of doses. Since there is individual variation in response to different opioid drugs, only $\frac{1}{2}$ to $\frac{2}{3}$ of the estimated dose of hydromorphone hydrochloride calculated from equianalgesic tables should be given for the first few doses, then adjusted as needed according to the patient's response.

In chronic pain, doses should be administered around-the-clock. A supplemental dose of 5% to 15% of the total daily usage may be administered every two hours on an 'as-needed' basis.

Periodic reassessment after the initial dosing is always required. If pain management is not satisfactory and in the absence of significant opioid-induced adverse events, the hydromorphone dose may be increased gradually. If excessive opioid side effects are observed early in the dosing interval, the hydromorphone dose should be reduced. If this results in breakthrough pain at the end of the dosing interval, the dosing interval may need to be shortened. Dose titration should be guided more by the need for analgesia than the absolute dose of opioid employed.

### OPIOID ANALGESIC EQUIVALENTS WITH APPROXIMATELY EQUIANALGESIC POTENCY*

| Nonproprietary (Trade) Name | IM or SC Dose | ORAL Dose |
|---|---|---|
| Morphine sulfate | 10 mg | 40 to 60 mg |
| Hydromorphone HCl (THI alUdid) | 1.3 to 2 mg | 6.50 or 7.5 mg |
| Oxymorphone HCl (Numorphan) | 1 to 1.1 mg | 6.6 mg |
| Levorphanol tartrate (Levo-Dromoran) | 2 to 2.3 mg | 4 mg |
| Meperidine, pethidine HCl (Demerol) | 75 to 100 mg | 300 to 400 mg |
| Methadone HCl (Dolophine) | 10 mg | 10 to 20 mg |

*Dosages and ranges of dosages represented, are a compilation of estimated equianalgesic dosages from published references comparing opioid analgesics in cancer and severe pain.

## INDICATIONS AND USAGE

Hydromorphone hydrochloride tablets are indicated for the management of pain in patients where an opioid analgesic is appropriate.

## CONTRAINDICATIONS

Hydromorphone hydrochloride tablets are contraindicated in patients with known hypersensitivity to hydromorphone, patients with respiratory depression in the absence of resuscitative equipment, and in patients with status asthmaticus. Hydromorphone hydrochloride tablets are also contraindicated for use in obstetrical analgesia.

## WARNINGS

**Impaired Respiration:** Respiratory depression is the chief hazard of hydromorphone hydrochloride tablets. Respiratory depression occurs most frequently in overdose situations, in the elderly, in the debilitated, and in those suffering from conditions accompanied by hypoxia or hypercapnia when even moderate therapeutic doses may dangerously decrease pulmonary ventilation.

Hydromorphone hydrochloride tablets should be used with extreme caution in patients with chronic obstructive pulmonary disease or cor pulmonale, patients having a substantially decreased respiratory reserve, hypoxia, hypercapnia, or pre-existing respiratory depression. In such patients even usual therapeutic doses of opioid analgesics may decrease respiratory drive while simultaneously increasing airway resistance to the point of apnea.

**Drug Dependence:** Hydromorphone hydrochloride is a Schedule II narcotic. Tolerance, physical dependence and tolerance may develop upon repeated administration of hydromorphone hydrochloride, and it should be prescribed and administered with the degree of caution appropriate to the use of morphine. Abrupt discontinuation in the administration of hydromorphone hydrochloride tablets in patients who are physically dependent on opioids is likely to result in a withdrawal syndrome (see DRUG ABUSE AND DEPENDENCE).



## PRECAUTIONS

**Special Risk Patients:** In general, opioids should be given with caution and the initial dose should be reduced in the elderly or debilitated and those with severe impairment of hepatic, pulmonary, or renal functions; myxedema or hypothyroidism; adrenocortical insufficiency (e.g., Addison's Disease); CNS depression or coma; toxic psychoses; prostatic hypertrophy or urethral stricture; gall bladder disease; acute alcoholism; delirium tremens; kyphoscoliosis or following gastrointestinal surgery.

The administration of opioid analgesics including hydromorphone hydrochloride tablets may obscure the diagnosis or clinical course in patients with acute abdominal conditions and may aggravate preexisting convulsions in patients with convulsive disorders.

Reports of mild to severe seizures and myoclonus have been reported in severely compromised patients, administered high doses of parenteral hydromorphone, for cancer and severe pain, who also received other CNS depressants. Reports in association with alcohol and myoclonus in a variety of diseases with poor control is the primary focus.

**Head Injury and Increased Intracranial Pressure:** The respiratory depressant effects of hydromorphone and its capacity to elevate cerebrospinal fluid pressure may be markedly exaggerated in the presence of head injury, other intracranial lesions, or preexisting increase in intracranial pressure. Opioid analgesics including hydromorphone hydrochloride tablets may produce effects which can obscure the clinical course and neurologic signs of further increase in intracranial pressure in patients with head injuries.

**Hypotensive Effect:** Opioid analgesics, including hydromorphone hydrochloride tablets, may cause severe hypotension in an individual whose ability to maintain blood pressure has already been compromised by a depleted blood volume, or a concurrent administration of drugs such as phenothiazines or general anesthetics. (See PRECAUTIONS - Drug Interactions.) Therefore, hydromorphone hydrochloride tablets should be administered with caution to patients in circulatory shock, since vasodilation produced by the drug may further reduce cardiac output and blood pressure.

**Use in Ambulatory Patients:** Hydromorphone hydrochloride tablets may impair mental and/or physical ability required for the performance of potentially hazardous tasks (e.g., driving, operating machinery). Patients should be cautioned accordingly. Hydromorphone may produce orthostatic hypotension in ambulatory patients. The addition of other CNS depressants to hydromorphone hydrochloride therapy may produce additive depressant effects. Patients receiving such agents should be cautioned accordingly. (See also PRECAUTIONS - Drug Interactions.)

**Use in Biliary Surgery:** Opioid analgesics including hydromorphone hydrochloride tablets should also be used with caution in patients about to undergo surgery of the biliary tract since it may cause spasm of the sphincter of Oddi.

**Use in Drug and Alcohol Dependent Patients:** Hydromorphone hydrochloride should be used with caution in patients with alcoholism and other drug dependencies due to the increased frequency of narcotic tolerance, dependence, and the risk of addiction observed in these patient populations. Abuse of hydromorphone hydrochloride in combination with other CNS depressant drugs can result in serious risk to the patient.

**Drug Interactions:** The concurrent use of other central nervous system depressants including sedatives or hypnotics, general anesthetics, phenothiazines, tranquilizers and alcohol may produce additive depressant effects. Respiratory depression, hypotension and profound sedation or coma may occur. When such combined therapy is contemplated, the dose of one or both agents should be reduced. Opioid analgesics, including hydromorphone hydrochloride tablets, may enhance the action of neuromuscular blocking agents and produce an excessive degree of respiratory depression.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** Studies in animals to evaluate the drug's carcinogenic and mutagenic potential or the affect on fertility, have not been conducted.

**Pregnancy, Teratogenic Effects:** Pregnancy Category C: Literature reports of hydromorphone hydrochloride administration to pregnant rats indicate that hydromorphone hydrochloride is teratogenic at a dose of 20 mg/kg which is 600 times the human dose. A maximal teratogenic effect (60% of fetuses affected) in the Syrian hamster was observed at a dose of 19 mg/kg (73 times the human dose, on a mg/m² basis). Hydromorphone is known to cross placental membranes. Hydromorphone hydrochloride tablets should be used in pregnant women only if the potential benefit justifies the potential risk to the fetus. (See DRUG ABUSE AND DEPENDENCE.)

**Labor and Delivery:** Hydromorphone hydrochloride tablets are contraindicated in Labor and Delivery (see CONTRAINDICATIONS).

**Nursing Mothers:** Low levels of opioid analgesics have been detected in human milk. As a general rule, nursing should not be undertaken while a patient is receiving hydromorphone hydrochloride tablets since it, and other drugs in this class, may be excreted in the milk.

**Pediatric Use:** Safety and effectiveness in children have not been established.

**Geriatric Use:** Clinical studies of hydromorphone hydrochloride did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy (see INDIVIDUALIZATION OF DOSAGE and PRECAUTIONS).

## ADVERSE REACTIONS

The adverse effects of hydromorphone hydrochloride tablets are similar to those of other opioid analgesics, and represent established pharmacological effects of the drug class. The major hazards include respiratory depression and apnea. To a lesser degree, circulatory depression, respiratory arrest, shock and cardiac arrest have occurred.

The most frequently observed adverse effects are lightheadedness, dizziness, sedation, nausea, vomiting, sweating, flushing, dysphoria, euphoria, dry mouth, and pruritus. These effects seem to be more prominent in ambulatory patients and in those not experiencing severe pain. Syncopal reactions and related symptoms in ambulatory patients may be alleviated if the patient lies down.

**Less Frequently Observed with Opioid Analgesics:**
**General and CNS:** Weakness, headache, agitation, tremor, uncoordinated muscle movements, alterations of mood (nervousness, apprehension, depression, floating feelings, dreams), muscle rigidity, paresthesia, muscle tremor, blurred vision, nystagmus, diplopia and miosis, transient hallucinations and disorientation, visual disturbances, insomnia and increased intracranial pressure may occur.
**Gastrointestinal:** Constipation, biliary tract spasm, ileus, anorexia, diarrhea, cramps and taste alteration have been reported.
**Genitourinary:** Urinary retention or hesitancy, and antidiuretic effects have been reported.
**Respiratory:** Bronchospasm and laryngospasm.
**Cardiovascular:** Flushing of the face, chills, faintness, syncope, hypotension and hypertension have been reported.
**Dermatologic:** Urticaria, other skin rashes, and diaphoresis.

## DRUG ABUSE AND DEPENDENCE

Hydromorphone hydrochloride is a Schedule II narcotic, similar to morphine. Opioid analgesics have the potential for being abused. Physical dependence, the condition in which dependence results in withdrawal symptoms in patients who abruptly discontinue the drug. Withdrawal symptoms also may be precipitated in the patient with physical dependence by the administration of a drug with opioid antagonist activity, e.g., naloxone (see also OVERDOSAGE.)

**Physical dependence** usually does not occur to a clinically significant degree until after several weeks of continued opioid usage. Tolerance, in which increasingly larger doses as a week. Tolerance, in which increasingly larger doses are required in order to produce the same degree of analgesia, is initially manifested by a shortened duration of analgesic effect, and subsequently by decreases in the intensity of analgesia. The rate of development of tolerance varies among patients. Patients on long-term therapy should be tapered gradually from the drug if it is no longer required for pain control.

In chronic pain patients in whom opioid analgesics including hydromorphone hydrochloride tablets are administered, the risk of abuse, addiction and diversion is very low. Opioid abuse may be similar to the abstinence syndrome noted in patients who withdraw from heroin. The severity of the syndrome depends on the degree of physical dependence that has developed. Patients experiencing any abstinence syndrome usually exhibit lacrimation, rhinorrhea, yawning and sweating. As withdrawal becomes more severe, other signs and symptoms appear including: restlessness, irritability, anxiety, tremor, muscular twitching, hot flashes, abdominal cramps, nausea and vomiting, diarrhea, coryza, rapid respiration, dilated pupils, piloerection and disturbances in acid-base balance. Cardiovascular collapse can occur. Without treatment most observable symptoms disappear in 5 to 14 days. In the treatment of physical dependence, there is no secondary or chronic abstinence syndrome, which may last for 2 to 6 months and is characterized by insomnia, irritability, muscular aches, and autonomic instability.

In the treatment of overdosage, primary attention should be given to the re-establishment of a patent airway and institution of assisted or controlled ventilation. In the terminal opioid-overdosed patient, if abstinence symptoms become severe, the patient may be detoxified with methadone. Temporary administration of tranquilizers and sedatives may aid in reducing patient anxiety. Gastrointestinal disturbances or dehydration should be treated accordingly.

## OVERDOSAGE

Serious overdosage with hydromorphone hydrochloride tablets is characterized by respiratory depression, somnolence progressing to stupor or coma, skeletal muscle flaccidity, cold and clammy skin, constricted pupils, and sometimes bradycardia and hypotension. In serious overdosage, particularly following intravenous injection, apnea, circulatory collapse, cardiac arrest and death may occur.

In the treatment of overdosage, primary attention should be given to the re-establishment of a patent airway and institution of assisted or controlled ventilation. A potentially serious oral ingestion, if recent, should be managed with gut decontamination. In unconscious patients with a secure airway, instill activated charcoal (30 to 100 g in adults, 1 to 2 g/kg in children) via a nasogastric tube. A saline cathartic or sorbitol may be added to the first dose of activated charcoal.

**Opioid-tolerant patient:** Since tolerance to the respiratory and CNS depressant effects of opioids develops concomitantly with tolerance to the analgesic effect, serious respiratory depression due to an acute overdose is unlikely to be seen in opioid patients receiving the usual therapeutic dosage of hydromorphone hydrochloride tablets to chronic pain. Naloxone administration and the usual doses such an individual who is physically dependent on opioids, administration of the usual doses of an opioid antagonist will precipitate an acute withdrawal syndrome. The severity of this syndrome will depend on the degree of physical dependence and the dose of the antagonist administered. If necessary to treat serious respiratory depression in the physically-dependent patient, the opioid antagonist should be administered with care and by titration, using fractional (one fifth to one half doses of the antagonist).

**Non-tolerant patient:** The opioid antagonist, naloxone, is a specific antidote against respiratory depression which may result from overdosage or unusual sensitivity to opioids such as hydromorphone hydrochloride tablets. A dose of naloxone (usually given as a test dose of 0.2 mg, followed by up to 2 mg if needed) should be administered intravenously, if possible, simultaneously with respiratory resuscitation. The dose can be repeated in 3 minutes. Naloxone should not be administered in the absence of clinically significant respiratory or circulatory depression. Naloxone should be administered cautiously to persons who are known or suspected to be physically dependent on hydromorphone hydrochloride tablets (see CAUTIONS). In such cases, an abrupt or complete reversal of narcotic effects may precipitate an acute withdrawal syndrome. The severity of the withdrawal syndrome produced will depend on the degree of physical dependence and the dose of the antagonist administered. Apply other supportive measures when indicated.

## DOSAGE AND ADMINISTRATION

The usual starting dose for hydromorphone hydrochloride tablets USP is 2 mg to 4 mg, orally, every 4 to 6 hours. Appropriate use of hydromorphone hydrochloride tablets USP, 8 mg must be decided by careful evaluation of each clinical situation.

If a gradual increase in dosage for patients whose tolerance is inadequate, as tolerance develops or if pain severity increases. The first sign of tolerance is usually a reduced duration of effect.

## SAFETY AND HANDLING INSTRUCTIONS

Hydromorphone hydrochloride tablets pose little risk of direct exposure to health care personnel and should be handled and disposed of prudently in accordance with hospital or institutional policy. Significant absorption from dermal exposure is unlikely. Patients and their families should be instructed to flush any hydromorphone hydrochloride tablets that are no longer needed.

Access to abusable drugs such as hydromorphone hydrochloride tablets presents an occupational hazard for addiction in the health care industry. Routine procedures for handling controlled substances developed to protect the public may not be adequate to protect health care workers. Implementation of more effective accounting procedures and measures to reduce access to drugs of this class (disposable to the practice setting) may minimize the risk of self-administration by health care providers.

## HOW SUPPLIED

Hydromorphone hydrochloride tablets USP, 8 mg, are available as a white to off-white triangle shaped tablet debossed with a bisected "M" on one side and a split "8" on the other side.

Bottles of 100 ................ NDC No. 0406-3249-01

**STORAGE:** Store at 25°C (77°F); excursions permitted to 15° to 30°C (59° to 86°F). (See USP Controlled Room Temperature). Protect from light.

A Schedule CII Narcotic. DEA Order Form is required.

Mallinckrodt Inc.
St. Louis, MO 63134 U.S.A.

MG #19750

Rev 09/

tyco
*healthcare*

**Mallinckrodt**

MNK-T1_0003284671

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



METHADOSE®
ORAL TABLETS

METHADONE
HYDROCHLORIDE
TABLETS, USP

## METHADOSE® ORAL TABLETS
### METHADONE HYDROCHLORIDE TABLETS, USP



Rx only

CONDITIONS FOR DISTRIBUTION AND USE OF
METHADONE PRODUCTS:
*Code of Federal Regulations, Title 21, Sec 291.505*

METHADONE PRODUCTS, WHEN USED FOR THE TREATMENT OF NARCOTIC ADDICTION IN DETOXIFICATION OR MAINTENANCE PROGRAMS, SHALL BE DISPENSED ONLY BY APPROVED HOSPITAL PHARMACIES, APPROVED COMMUNITY PHARMACIES, AND MAINTENANCE PROGRAMS APPROVED BY THE FOOD AND DRUG ADMINISTRATION AND THE DESIGNATED STATE AUTHORITY.

APPROVED MAINTENANCE PROGRAMS SHALL DISPENSE AND USE METHADONE IN ORAL FORM ONLY AND ACCORDING TO THE TREATMENT REQUIREMENTS STIPULATED IN THE FEDERAL METHADONE REGULATIONS (21 CFR 291.505).

FAILURE TO ABIDE BY THE REQUIREMENTS IN THESE REGULATIONS MAY RESULT IN CRIMINAL PROSECUTION, SEIZURE OF THE DRUG SUPPLY, REVOCATION OF THE PROGRAM APPROVAL, AND INJUNCTION PRECLUDING OPERATION OF THE PROGRAM.

A METHADONE PRODUCT, WHEN USED AS AN ANALGESIC, MAY BE DISPENSED IN ANY LICENSED PHARMACY.

### DESCRIPTION

Methadone Hydrochloride, USP 6-(dimethylamino)-4, 4-diphenyl-3-heptanone hydrochloride, is a white, crystalline material that is water soluble. Its molecular weight is 345.91.

Each METHADOSE® Oral Tablet contains: 5 mg (0.0145 mmol) or 10 mg (0.029 mmol) Methadone Hydrochloride, USP.

Each tablet also contains Dibasic Calcium Phosphate USP, Microcrystalline Cellulose NF, Magnesium Stearate NF, Colloidal Silicon Dioxide NF, Pregelatinized Starch NF, and Stearic Acid NF.

### CLINICAL PHARMACOLOGY

Methadone hydrochloride is a synthetic narcotic analgesic with multiple actions quantitatively similar to those of morphine, the most prominent of which involve the central nervous system and organs composed of smooth muscle. The principal actions of therapeutic value are analgesia and sedation and detoxification or temporary maintenance in narcotic addiction. The methadone abstinence syndrome, although qualitatively similar to that of morphine, differs in that the onset is slower, the course is more prolonged, and the symptoms are less severe.

A parenteral dose of 8 to 10 mg of methadone is approximately equivalent in analgesic effect to 10 mg of morphine. With single-dose administration, the onset and duration of analgesic action of the two drugs are similar.

When administered orally, methadone is approximately one half as potent as when given parenterally. Oral administration results in a delay of the onset, a lowering of the peak, and an increase in the duration of analgesic effect.

### INDICATIONS AND USAGE *(see boxed Note)*

1. For relief of severe pain.

2. For detoxification treatment of narcotic addiction.

3. For temporary maintenance treatment of narcotic addiction.

### NOTE

If methadone is administered for treatment of heroin dependence for more than 3 weeks, the procedure passes from treatment of the acute withdrawal syndrome (detoxification) to maintenance therapy. Maintenance is permitted to be undertaken only by approved methadone programs. This does not preclude the maintenance treatment of an addict who is hospitalized for medical conditions other than addiction and who requires temporary maintenance during the critical period of his/her stay or whose enrollment has been verified in a program which has approval for maintenance treatment with methadone.

### CONTRAINDICATION

Hypersensitivity to methadone.

### WARNINGS

METHADOSE® Oral Tablets are for oral administration only and *must not be* used for injection. It is recommended that METHADOSE® Oral Tablets, if dispensed, be packaged in child-resistant containers and kept out of the reach of children to prevent accidental ingestion.

Methadone hydrochloride, a narcotic, is a Schedule II controlled substance under the Federal Controlled Substances Act. Appropriate security measures should be taken to safeguard stocks of methadone against diversion.

*DRUG DEPENDENCE* — METHADONE CAN PRODUCE DRUG DEPENDENCE OF THE MORPHINE TYPE AND, THEREFORE, HAS THE POTENTIAL FOR BEING ABUSED. PSYCHIC DEPENDENCE, PHYSICAL DEPENDENCE, AND TOLERANCE MAY DEVELOP ON REPEATED ADMINISTRATION OF METHADONE, AND IT SHOULD BE PRESCRIBED AND ADMINISTERED WITH THE SAME DEGREE OF CAUTION APPROPRIATE TO THE USE OF MORPHINE.

*Interaction With Other Central Nervous System Depressants* — Methadone should be used with caution and in reduced dosage in patients who are concurrently receiving other narcotic analgesics, general anesthetics, phenothiazines, other tranquilizers, sedative-hypnotics, tricyclic antidepressants, and other CNS depressants (including alcohol). Respiratory depression, hypotension, and profound sedation or coma may result.

*Anxiety* — Since methadone, as used by tolerant subjects at a constant maintenance dosage, is not a tranquilizer, patients who are maintained on this drug will react to life problems and stresses with the same symptoms of anxiety as do other individuals. The physician should not confuse such symptoms with those of narcotic abstinence and should not attempt to treat anxiety by increasing the dosage of methadone. The action of methadone in maintenance treatment is limited to the control of narcotic symptoms and is ineffective for relief of general anxiety.

*Head Injury and Increased Intracranial Pressure* — The respiratory depressant effects of the methadone and its capacity to elevate cerebrospinal-fluid pressure may be *markedly exaggerated in the presence of increased intracranial pressure.* Furthermore, narcotics produce side effects that may obscure the clinical course of patients with head injuries. In such patients, methadone must be used with caution and only if it is deemed essential.

*Asthma and Other Respiratory Conditions* — Methadone should be used with caution in patients having an acute asthmatic attack, in those with chronic obstructive pulmonary disease or cor pulmonale, and in individuals with a substantially decreased respiratory reserve, preexisting respiratory depression, hypoxia, or hypercapnia. In such patients, even usual therapeutic doses of narcotics may decrease respiratory drive while simultaneously increasing airway resistance to the point of apnea.

*Hypotensive Effect* — The administration of methadone may result in severe hypotension in an individual whose ability to maintain his/her blood pressure has already been compromised by a depleted blood volume or concurrent administration of such drugs as the phenothiazines or certain anesthetics.

*Use in Ambulatory Patients* — Methadone may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks, such as driving a car or operating machinery. The patient should be cautioned accordingly.

Methadone, like other narcotics, may produce orthostatic hypotension in ambulatory patients.

*Use in Pregnancy* — Safe use in pregnancy has not been established in relation to possible adverse effects on fetal development. Therefore, methadone should not be used in pregnant women unless, in the judgment of the physician, the potential benefits outweigh the possible hazards.

Methadone is not recommended for obstetric analgesia because its long duration of action increases the probability of respiratory depression in the newborn.

*Use in Children* — Methadone is not recommended for use as an analgesic in children, since documented clinical experience has been insufficient to establish a suitable dosage regimen for the pediatric age group.

### PRECAUTIONS

*Drug Interactions:*
*Pentazocine* — **Patients who are addicted to heroin or who are on the methadone maintenance program may experience withdrawal symptoms when given pentazocine.**

*Rifampin* — The concurrent administration of rifampin may possibly reduce the blood concentration of methadone to a degree sufficient to produce withdrawal symptoms. The mechanism by which rifampin may decrease blood concentrations of methadone is not fully understood, although enhanced microsomal drug-metabolized enzymes may influence drug disposition.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                            MNK-T1_0003284672



METHADONE® ORAL TABLETS
METHADONE HYDROCHLORIDE TABLETS, USP

Monoamine Oxidase (MAO) Inhibitors — Therapeutic doses of meperidine have precipitated severe reactions in patients concurrently receiving monoamine oxidase inhibitors or those who have received such agents within 14 days. Similar reactions thus far have not been reported with methadone; but if the use of methadone is necessary in such patients, a sensitivity test should be performed in which repeated small incremental doses are administered over the course of several hours while the patient's condition and vital signs are under careful observation.

Special-Risk Patients — Methadone should be given with caution and the initial dose should be reduced in certain patients, such as the elderly or debilitated and those with severe impairment of hepatic or renal function, hypothyroidism, Addison's disease, prostatic hypertrophy, or urethral stricture.

Acute Abdominal Conditions — The administration of methadone or other narcotics may obscure the diagnosis or clinical course in patients with acute abdominal conditions.

## ADVERSE REACTIONS
THE MAJOR HAZARDS OF METHADONE, AS OF OTHER NARCOTIC ANALGESICS, ARE RESPIRATORY DEPRESSION AND, TO A LESSER DEGREE, CIRCULATORY DEPRESSION. RESPIRATORY ARREST, SHOCK, AND CARDIAC ARREST HAVE OCCURRED.

The most frequently observed adverse reactions include lightheadedness, dizziness, sedation, nausea, vomiting, and sweating. These effects seem to be more prominent in ambulatory patients and in those who are not suffering severe pain. In such individuals, lower doses are advisable. Some adverse reactions may be alleviated if the ambulatory patient lies down.

Other adverse reactions include the following:

Central Nervous System — Euphoria, dysphoria, weakness, headache, insomnia, agitation, disorientation, and visual disturbances.

Gastrointestinal — Dry mouth, anorexia, constipation, and biliary tract spasm.

Cardiovascular — Flushing of the face, bradycardia, palpitation, faintness, and syncope.

Genitourinary — Urinary retention or hesitancy, antidiuretic effect, and reduced libido and/or potency.

Allergic — Pruritus, urticaria, other skin rashes, edema, and, rarely, hemorrhagic urticaria.

Hematologic — Reversible thrombocytopenia has been described in a narcotics addict with chronic hepatitis.

## OVERDOSAGE
Symptoms — Serious overdosage of methadone is characterized by respiratory depression (a decrease in respiratory rate and/or tidal volume, Cheyne-Stokes respiration, cyanosis), extreme somnolence progressing to stupor or coma, maximally constricted pupils, skeletal-muscle flaccidity, cold and clammy skin, and, sometimes, bradycardia and hypotension. In severe overdosage, particularly by the intravenous route, apnea, circulatory collapse, cardiac arrest, and death may occur.

Treatment — Primary attention should be given to the reestablishment of adequate respiratory exchange through provision of a patent airway and institution of assisted or controlled ventilation. If a nontolerant person, especially a child, takes a large dose of methadone, effective narcotic antagonists are available to counteract the potentially lethal respiratory depression. The physician must remember, however, that methadone is a long-acting depressant (36 to 48 hours), whereas the antagonists act for much shorter periods (1 to 3 hours). The patient must, therefore, be monitored continuously for recurrence of respiratory depression and treated repeatedly with the narcotic antagonist as needed. If the diagnosis is correct and respiratory depression is due only to overdosage of methadone, the use of respiratory stimulants is not indicated.

An antagonist should not be administered in the absence of clinically significant respiratory or cardiovascular depression. Intravenously administered naloxone is the drug of choice to reverse signs of intoxication. Because of the relatively short half-life of naloxone as compared with methadone, repeated injections may be required until the status of the patient remains satisfactory. Naloxone may also be administered by continuous intravenous infusion.

Oxygen, intravenous fluids, vasopressors, and other supportive measures should be employed as indicated.

NOTE: IN AN INDIVIDUAL PHYSICALLY DEPENDENT ON NARCOTICS, THE ADMINISTRATION OF THE USUAL DOSE OF A NARCOTIC ANTAGONIST WILL PRECIPITATE AN ACUTE WITHDRAWAL SYNDROME. THE SEVERITY OF THIS SYNDROME WILL DEPEND ON THE DEGREE OF PHYSICAL DEPENDENCE AND THE DOSE OF THE ANTAGONIST ADMINISTERED. THE USE OF A NARCOTIC ANTAGONIST IN SUCH A PERSON SHOULD BE AVOIDED IF POSSIBLE. IF IT MUST BE USED TO TREAT SERIOUS RESPIRATORY DEPRESSION IN THE PHYSICALLY DEPENDENT PATIENT, THE ANTAGONIST SHOULD BE ADMINISTERED WITH EXTREME CARE AND BY TITRATION WITH SMALLER THAN USUAL DOSES OF THE ANTAGONIST.

## DOSAGE AND ADMINISTRATION
For Relief of Pain — Dosage should be adjusted according to the severity of the pain and the response of the patient. Occasionally it may be necessary to exceed the usual dosage recommended in cases of exceptionally severe pain or in those patients who have become tolerant to the analgesic effect of narcotics.

The usual adult dosage is 2.5 mg to 10 mg even three or four hours as necessary.

For Detoxification Treatment — THE DRUG SHALL BE ADMINISTERED DAILY UNDER CLOSE SUPERVISION AS FOLLOWS:

A detoxification treatment course shall not exceed 21 days and may not be repeated earlier than four weeks after completion of the preceding course.

In detoxification, the patient may receive methadone when there are significant symptoms of withdrawal. The dosage schedules indicated below are recommended but could be varied in accordance with clinical judgment. Initially, a single oral dose of 15 to 20 mg of methadone will often be sufficient to suppress withdrawal symptoms. Additional methadone may be provided if withdrawal symptoms are not suppressed or if symptoms reappear. When patients are physically dependent on high doses, it may be necessary to exceed these levels. Forty mg/day in single or divided doses will usually constitute an adequate stabilizing dosage level. Stabilization can be continued for 2 to 3 days, and then the amount of methadone normally will be gradually decreased. The rate at which methadone is decreased will be determined separately for each patient. The dose of methadone can be decreased on a daily basis or at 2-day intervals, but the amount of intake shall always be sufficient to keep withdrawal symptoms at a tolerable level. In hospitalized patients, a daily reduction of 20% of the total daily dose may be tolerated and may cause little discomfort. In ambulatory patients, a somewhat slower schedule may be needed. If methadone is administered for more than 3 weeks, the procedure is considered to have progressed from detoxification or treatment of the acute withdrawal syndrome to maintenance treatment, even though the goal and intent may be eventual total withdrawal.

If the patient is unable to ingest oral medication, parenteral administration may be substituted.

## HOW SUPPLIED
**METHADONE® Oral Tablets (Methadone Hydrochloride Tablets, USP):**

5 mg white, scored tablets (identified METHADOSE 5) NDC 0406-6974-34: Bottles of 100 tablets

10 mg white, scored tablets (identified METHADOSE 10) NDC 0406-3454-34: Bottles of 100 tablets

Keep tightly closed. Dispense in a tight, light-resistant container. Store at controlled room temperature. 15° to 30° C (59° to 86° F) [see USP].

METHADOSE® is a registered trademark of Mallinckrodt Inc.

Mallinckrodt Inc.
St. Louis, MO 63134, USA

tyco

Healthcare

**Mallinckrodt**

MG #13774

Rev 122902

98018

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0003284673



## MEPERIDINE HYDROCHLORIDE TABLETS, USP (50 mg and 100 mg) ℞

### Rx only

### DESCRIPTION

Meperidine hydrochloride, a narcotic analgesic, is ethyl 1-methyl-4-phenylisonipecotate hydrochloride, a white crystalline substance with a melting point of 186° C to 189° C. It is readily soluble in water and has a neutral reaction and a slightly bitter taste. The solution is not decomposed by a short period of boiling. It has the following structural formula:

**Meperidine Hydrochloride**

$C_{15}H_{21}NO_2 \cdot HCl$      M.W.=283.80

Each MEPERIDINE HYDROCHLORIDE, USP 50 mg tablet for oral administration contains:
    Meperidine Hydrochloride, USP..........................50 mg

Each MEPERIDINE HYDROCHLORIDE, USP 100 mg tablet for oral administration contains:
    Meperidine Hydrochloride, USP..........................100 mg

In addition, each MEPERIDINE HYDROCHLORIDE, USP tablet contains the following inactive ingredients:  Dibasic Calcium Phosphate, Magnesium Stearate, Microcrystalline Cellulose, Povidone, Pregelatinized Starch, Stearic Acid, and Talc.

### CLINICAL PHARMACOLOGY

Meperidine hydrochloride is a narcotic analgesic with multiple actions qualitatively similar to those of morphine; the most prominent of these involve the central nervous system and organs composed of smooth muscle. The principal actions of therapeutic value are analgesia and sedation.

There is some evidence which suggests that meperidine may produce less smooth muscle spasm, constipation, and depression of the cough reflex than equianalgesic doses of morphine. Meperidine, in 60 mg to 80 mg parenteral doses, is approximately equivalent in analgesic effect to 10 mg of morphine. The onset of action is slightly more rapid than with morphine, and the duration of action is slightly shorter. Meperidine is significantly less effective by the oral than by the parenteral route, but the exact ratio of oral to parenteral effectiveness is unknown.

### INDICATIONS AND USAGE

For the relief of moderate to severe pain.

### CONTRAINDICATIONS

Hypersensitivity to meperidine.

Meperidine is contraindicated in patients who are receiving monoamine oxidase (MAO) inhibitors or those who have recently received such agents. Therapeutic doses of meperidine have occasionally precipitated unpredictable, severe, and occasionally fatal reactions in patients who have received such agents within 14 days. The mechanism of these reactions is unclear, but may be related to a preexisting hyperphenylalaninemia. Some have been characterized by coma, severe respiratory depression, cyanosis, and hypotension, and have resembled the syndrome of acute narcotic overdose. In other reactions the predominant manifestations have been hyperexcitability, convulsions, tachycardia, hyperpyrexia, and hypertension. Although it is not known that other narcotics are free of the risk of such reactions, virtually all of the reported reactions have occurred with meperidine. If a narcotic is needed in such patients, a sensitivity test should be performed in which repeated, small, incremental doses of morphine are administered over the course of several hours while the patient's condition and vital signs are under careful observation. (Intravenous hydrocortisone or prednisolone have been used to treat severe reactions, with the addition of intravenous chlorpromazine in those cases exhibiting hypertension and hyperpyrexia. The usefulness and safety of narcotic antagonists in the treatment of these reactions is unknown.)

Solutions of meperidine hydrochloride and barbiturates are chemically incompatible.

### WARNINGS

*Drug Dependence.* Meperidine can produce drug dependence of the morphine type and therefore has the potential for being abused. Psychic dependence, physical dependence, and tolerance may develop upon repeated administration of meperidine, and it should be prescribed and administered with the same degree of caution appropriate to the use of morphine. Like other narcotics, meperidine is subject to the provisions of the Federal narcotic laws.

*Interaction with Other Central Nervous System Depressants.* MEPERIDINE SHOULD BE USED WITH GREAT CAUTION AND IN REDUCED DOSAGE IN PATIENTS WHO ARE CONCURRENTLY RECEIVING OTHER NARCOTIC ANALGESICS, GENERAL ANESTHETICS, PHENOTHIAZINES, OTHER TRANQUILIZERS (SEE DOSAGE AND ADMINISTRATION), SEDATIVE-HYPNOTICS (INCLUDING BARBITURATES), TRICYCLIC ANTIDEPRESSANTS AND OTHER CNS DEPRESSANTS (INCLUDING ALCOHOL). RESPIRATORY DEPRESSION, HYPOTENSION, AND PROFOUND SEDATION OR COMA MAY RESULT.

*Head Injury and Increased Intracranial Pressure.* The respiratory depressant effects of meperidine and its capacity to elevate cerebrospinal fluid pressure may be markedly exaggerated in the presence of head injury, other intracranial lesions, or a preexisting increase in intracranial pressure. Furthermore, narcotics produce adverse reactions which may obscure the clinical course of patients with head injuries. In such patients, meperidine must be used with extreme caution and only if its use is deemed essential.

*Asthma and Other Respiratory Conditions.* Meperidine should be used with extreme caution in patients having an acute asthmatic attack, patients with chronic obstructive pulmonary disease or cor pulmonale, patients having a substantially decreased respiratory reserve, and patients with preexisting respiratory depression, hypoxia, or hypercapnia. In such patients, even usual therapeutic doses of narcotics may decrease respiratory drive while simultaneously increasing airway resistance to the point of apnea.

*Hypotensive Effect.* The administration of meperidine may result in severe hypotension in the postoperative patient or any individual whose ability to maintain blood pressure has been compromised by a depleted blood volume or the administration of drugs such as phenothiazines or certain anesthetics.

    



MEPERIDINE HYDROCHLORIDE TABLETS, USP (50 mg and 100 mg) Rx only

7113 1102

*Usage in Ambulatory Patients.* Meperidine may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks such as driving a car or operating machinery. The patient should be cautioned accordingly.

Meperidine, like other narcotics, may produce orthostatic hypotension in ambulatory patients.

*Usage in Pregnancy and Lactation.* Meperidine should not be used in pregnant women prior to the labor period, unless in the judgement of the physician the potential benefits outweigh the possible hazards, because safe use in pregnancy prior to labor has not been established relative to possible adverse effects on fetal development.

Meperidine appears in the milk of nursing mothers receiving the drug.

### PRECAUTIONS

*Supraventricular Tachycardias.* Meperidine should be used with caution in patients with atrial flutter and other supraventricular tachycardias because of a possible vagolytic action which may produce a significant increase in the ventricular response rate.

*Convulsions.* Meperidine may aggravate preexisting convulsions in patients with convulsive disorders. If dosage is escalated substantially above recommended levels because of tolerance development, convulsions may occur in individuals without a history of convulsive disorders.

*Acute Abdominal Conditions.* The administration of meperidine or other narcotics may obscure the diagnosis or clinical course in patients with acute abdominal conditions.

*Special Risk Patients.* Meperidine should be given with caution and the initial dose should be reduced in certain patients such as the elderly or debilitated, and those with severe impairment of hepatic or renal function, hypothyroidism, Addison's disease, and prostatic hypertrophy or urethral stricture.

### ADVERSE REACTIONS

The major hazards of meperidine, as with other narcotic analgesics, are respiratory depression and, to a lesser degree, circulatory depression; respiratory arrest, shock, and cardiac arrest have occurred.

The most frequently observed adverse reactions include lightheadedness, dizziness, sedation, nausea, vomiting, and sweating. These effects seem to be more prominent in ambulatory patients and in those who are not experiencing severe pain. In such individuals, lower doses are advisable. Some adverse reactions in ambulatory patients may be alleviated if the patient lies down.

Other adverse reactions include:

*Nervous System.* Euphoria, dysphoria, weakness, headache, agitation, tremor, uncoordinated muscle movement, severe convulsions, transient hallucinations and disorientation, visual disturbances.

*Gastrointestinal.* Dry mouth, constipation, biliary tract spasm.

*Cardiovascular.* Flushing of the face, tachycardia, bradycardia, palpitation, hypotension (see WARNINGS), syncope.

*Genitourinary.* Urinary retention.

*Allergic.* Pruritus, urticaria, other skin rashes.

*Other.* Antidiuretic effect.

### OVERDOSAGE

*Symptoms.* Serious overdosage with meperidine is characterized by respiratory depression (a decrease in respiratory rate and/or tidal volume, Cheyne-Stokes respiration, cyanosis), extreme somnolence progressing to stupor or coma, skeletal muscle flaccidity, cold and clammy skin, and sometimes bradycardia and hypotension. In severe overdosage, apnea, circulatory collapse, cardiac arrest, and death may occur.

*Treatment.* Primary attention should be given to the reestablishment of adequate respiratory exchange through provision of a patent airway and institution of assisted or controlled ventilation. The narcotic antagonist, naloxone hydrochloride, is a specific antidote against respiratory depression which may result from overdosage or unusual sensitivity to narcotics, including meperidine. Therefore, an appropriate dose of this antagonist should be administered, preferably by the intravenous route, simultaneously with efforts at respiratory resuscitation.

An antagonist should not be administered in the absence of clinically significant respiratory or cardiovascular depression.

Oxygen, intravenous fluids, vasopressors, and other supportive measures should be employed as indicated.

In cases of overdosage with Meperidine Hydrochloride Tablets, USP, the stomach should be evacuated by emesis or gastric lavage.

NOTE: In an individual physically dependent on narcotics, the administration of the usual dose of a narcotic antagonist will precipitate an acute withdrawal syndrome. The severity of this syndrome will depend on the degree of physical dependence and the dose of the antagonist administered. The use of narcotic antagonist in such individuals should be avoided if possible. If a narcotic antagonist must be used to treat serious respiratory depression in the physically dependent patient, the antagonist should be administered with extreme care and only one-fifth to one-tenth the usual initial dose administered.

### DOSAGE AND ADMINISTRATION

**For Relief of Pain**

Dosage should be adjusted according to the severity of the pain and the response of the patient. Meperidine is less effective orally than with parenteral administration. The dose of Meperidine Hydrochloride Tablets, USP should be proportionally reduced (usually by 25 to 50 percent) when administered concomitantly with phenothiazines and many other tranquilizers since they potentiate the action of meperidine.

*Adults.* The usual dosage is 50 mg to 150 mg orally, every 3 or 4 hours as necessary.

*Children.* The usual dosage is 0.5 mg/lb to 0.8 mg/lb orally, up to the adult dose, every 3 or 4 hours as necessary.

### HOW SUPPLIED

Each Meperidine Hydrochloride Tablet, USP (50 mg) is available as a round, white to off-white scored tablet debossed with a semi-circle arc "7113" on one side and a Ⓜ on the other side.
Bottles of 100.........................NDC 0406-7113-01

Each Meperidine Hydrochloride Tablet, USP (100 mg) is available as a round, white to off-white tablet debossed with a semi-circle arc "7115" on one side and a Ⓜ on the other side.
Bottles of 100.........................NDC 0406-7115-01

Store at controlled room temperature 15° to 30° C (59° to 86° F).

Dispense in a tight, light-resistant container as defined in the USP.

Ⓜ is a registered trademark of Mallinckrodt Inc.



*tyco*

Healthcare

**Mallinckrodt**

Mallinckrodt Inc.
St. Louis, MO 63134
MG #15760

111202

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0003284675



052?0702

Methadose®
Oral Concentrate
(methadone
hydrochloride oral
concentrate, USP)
Rx only

# Methadose® Oral Concentrate
(methadone hydrochloride oral concentrate, USP) Ⅱ
Rx only
FOR ORAL USE ONLY

## CONDITIONS FOR DISTRIBUTION AND USE OF METHADONE PRODUCTS

Code of Federal Regulations, Title 42, Sec. 8

METHADONE PRODUCTS WHEN USED FOR THE TREATMENT OF OPIOID ADDICTION IN DETOXIFICATION OR MAINTENANCE PROGRAMS, SHALL BE DISPENSED ONLY BY OPIOID TREATMENT PROGRAMS (AND AGENCIES, PRACTITIONERS, OR INSTITUTIONS BY FORMAL AGREEMENT WITH THE PROGRAM SPONSOR) CERTIFIED BY THE SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION AND APPROVED BY THE DESIGNATED STATE AUTHORITY.

CERTIFIED TREATMENT PROGRAMS SHALL DISPENSE AND USE METHADONE IN ORAL FORM ONLY AND ACCORDING TO THE TREATMENT REQUIREMENTS STIPULATED IN THE FEDERAL OPIOID TREATMENT STANDARDS (42 CFR 8.12).

FAILURE TO ABIDE BY THE REQUIREMENTS IN THESE STANDARDS MAY RESULT IN CRIMINAL PROSECUTION, SEIZURE OF THE DRUG SUPPLY, REVOCATION OF THE PROGRAM CERTIFICATION AND INJUNCTION PRECLUDING OPERATION OF THE PROGRAM.

## DESCRIPTION

METHADOSE® Oral Concentrate (methadone hydrochloride oral concentrate, USP) is supplied as a cherry flavored liquid concentrate. The liquid concentrate contains 10 mg of methadone hydrochloride per mL. Methadone hydrochloride, 3-heptanone, 6-(dimethylamino)-4, 4-diphenyl-, hydrochloride is a white, crystalline, odorless powder. It is soluble in water; freely soluble in alcohol and in chloroform; practically insoluble in ether and in glycerin. It is present in Methadose® as the racemic mixture. Methadone hydrochloride has a melting point of 235° C, a pKa of 8.25 to 10.12, a solution (1 in 100). pH between 4.5 and 6.5, a partition coefficient of 117 at pH 7.4 n octanol/water and a molecular weight of 345.91. Its molecular formula is $C_{21}H_{27}NO \cdot HCl$ and its structural formula is:

[Structural formula diagram]

Other Ingredients: Artificial Cherry Flavor, Citric Acid Anhydrous USP, FD&C Red No. 40, D&C Red No. 33, Methylparaben NF, Poloxamer 407 NF, Propylene Glycol USP, Propylparaben NF, Purified Water USP, Sodium Citrate Dihydrate USP, Sucrose NF.

## CLINICAL PHARMACOLOGY

Methadone hydrochloride is a synthetic opioid analgesic with multiple actions quantitatively similar to those of morphine, the most prominent of which involve the central nervous system and organs composed of smooth muscle. The principal actions of therapeutic value are analgesia and sedation, detoxification or maintenance in opioid addiction. The methadone abstinence syndrome, although qualitatively similar to that of morphine, differs in that the onset is slower, the course is more prolonged, and the symptoms are less severe.

When administered orally, methadone is approximately one-half as potent as when given parenterally. Oral administration results in a delay of the onset, a lowering of the peak, and an increase in the duration of analgesic effect.

### INDICATIONS AND USAGE

1. Detoxification treatment of opioid addiction (heroin or other morphine-like drugs).

2. Maintenance treatment of opioid addiction (heroin or other morphine-like drugs), in conjunction with appropriate social and medical services.

### NOTE

Maintenance and detoxification treatment is permitted to be undertaken only by certified treatment programs. This does not preclude the maintenance treatment of an addict who is hospitalized for medical conditions other than addiction and who requires temporary maintenance during the critical period of his stay, and whose enrollment has been verified in a program which has been certified for maintenance treatment with methadone.

## CONTRAINDICATIONS
Hypersensitivity to methadone.

## WARNINGS

METHADOSE® is for oral administration only. This preparation must not be injected. It is recommended that METHADOSE®, if dispensed, be packaged in child-resistant containers and kept out of reach of children to prevent accidental ingestion.

Asthma and Other Respiratory Conditions: Methadone should be used with caution in patients having an acute asthmatic attack, in those with chronic obstructive pulmonary disease, or cor pulmonale, and in individuals with a substantially decreased respiratory reserve, pre-existing respiratory depression, hypoxia, or hypercapnia. In such patients, even usual therapeutic doses of opioids may decrease respiratory drive while simultaneously increasing airway resistance to the point of apnea.

Head Injury and Increased Intracranial Pressure: The respiratory depressant effects of opioids and their capacity to elevate cerebrospinal fluid pressure may be markedly exaggerated in the presence of head injury, other intracranial lesions or a pre-existing increase in intracranial pressure. Furthermore, opioids produce adverse reactions which may obscure the clinical course of patients with head injuries. In such patients, methadone must be used with caution, and only if it is deemed essential.

Acute Abdominal Conditions: The administration of opioids may obscure the diagnosis or clinical course of patients with acute abdominal conditions.

Hypotensive Effect: The administration of methadone may result in severe hypotension in an individual whose ability to maintain his blood pressure has already been compromised by a depleted blood volume or concurrent administration of such drugs as the phenothiazines or certain anesthetics.

### PRECAUTIONS

General: Special-Risk Patients: Methadone should be given with caution and the initial dose reduced in certain patients, such as the elderly or debilitated and those with severe impairment of hepatic or renal function, hypothyroidism, Addison's disease, prostatic hypertrophy, or urethral stricture. The usual precautions should be observed and the possibility of respiratory depression should be kept in mind.

Information for Patients: Use in Ambulatory Patients: Methadone, like all opioids, may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks such as driving a car or operating machinery. The patient should we cautioned accordingly.

Methadone, like other opioids, may produce orthostatic hypotension in ambulatory patients

Alcohol and other CNS depressants may produce an additive CNS depression, when taken with this product, and should be avoided.

Drug Interactions: Interaction with Pentazocine: Patients who are addicted to opioids or who are on the methadone maintenance program may experience withdrawal symptoms when given pentazocine.

Interaction with Other Central Nervous System Depressants: Methadone should be used with caution and in reduced dosage in patients who are concurrently receiving other opioid analgesics, general anesthetics, phenothiazines, other tranquilizers, sedative-hypnotics, tricyclic antidepressants, and other CNS depressants (including alcohol). Respiratory depression, hypotension, and profound sedation or coma may result.

Interaction with Rifampin: The concurrent administration of rifampin may possibly reduce the blood concentrations of methadone to a degree sufficient to produce withdrawal symptoms. The mechanism by which rifampin may decrease blood concentrations of methadone is not fully understood, although enhanced microsomal drug-metabolized enzymes may influence drug disposition.

Interaction with Monoamine Oxidase (MAO) Inhibitors: Therapeutic doses of meperidine have precipitated severe reactions in patients concurrently receiving monoamine oxidase inhibitors or in those who have received such agents within fourteen days. Similar reactions thus far have not been reported with methadone; but if the use of methadone is necessary in such patients, a sensitivity test should be performed in which repeated small incremental doses are administered over the course of several hours while the patient's condition and vital signs are under careful observation.

Anxiety: Since methadone, as used by tolerant subjects at a constant maintenance dosage is not a tranquilizer, patients who are maintained on this drug should not be led to expect that it will be useful in the treatment of anxiety. Furthermore, if problems and stresses with the same symptoms of anxiety as do other individuals. The physician should not confuse such symptoms with those of opioid abstinence and should not attempt to treat anxiety by increasing the dosage of methadone. The action of methadone in maintenance treatment is limited to the control of opioid symptoms and is ineffective for relief of general anxiety.

Carcinogenesis, Mutagenesis, Impairment of Fertility: No adequate studies have been conducted in animals to determine whether methadone has a potential for carcinogenesis, mutagenesis, or impairment of fertility.

Pregnancy: Teratogenic Effects: Pregnancy Category C. There are no adequate and well-controlled studies in pregnant women. Methadone should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Nonteratogenic Effects: Babies born to mothers who have been taking opioids regularly prior to delivery will be physically dependent. The withdrawal signs include irritability and excessive crying, tremors, hyperactive reflexes, increased respiratory rate, increased stools, sneezing, yawning, vomiting, and fever. The intensity of the syndrome does not always correlate with the duration of maternal opioid use or dose. There is no consensus on the best method of managing withdrawal.

Labor and Delivery: As with all opioids, administration of this product to the mother shortly before delivery may result in some degree of respiratory depression in the newborn, especially if higher doses are used.

Nursing Mothers: It is not known whether methadone is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from methadone, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

Pediatric Use: Safety and effectiveness in pediatric patients have not been established.

### ADVERSE REACTIONS

Opioid Withdrawal: During the induction phase of methadone maintenance treatment, patients are being withdrawn from opioids and may therefore show typical withdrawal symptoms, which should be differentiated from methadone-induced side-effects. They may exhibit some or all of the following symptoms associated with acute withdrawal from opioids: lacrimation, rhinorrhea, sneezing, yawning, excessive perspiration, gooseflesh, fever, chilliness, alternating with flushing, restlessness, irritability, "sleepy yen," weakness, anxiety, depression, dilated pupils, tremors, tachycardia, abdominal cramps, body aches, involuntary twitching and kicking movements, anorexia, nausea, vomiting, diarrhea, intestinal spasms, and weight loss.

Initial Administration: Initially, the dosage of methadone should be carefully titrated to the individual. Induction too rapid for the patient's sensitivity is more likely to produce the following effects.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER



**Methadose® Oral Concentrate**
(methadone hydrochloride oral concentrate, USP)
Rx only

THE MAJOR HAZARDS OF METHADONE, AS OF OTHER OPIOID ANALGESICS, ARE RESPIRATORY DEPRESSION AND, TO A LESSER DEGREE, CIRCULATORY DEPRESSION, RESPIRATORY ARREST, SHOCK, AND CARDIAC ARREST HAVE OCCURRED.

The most frequently observed adverse reactions include light-headedness, dizziness, sedation, nausea, vomiting, and sweating. These effects seem to be more prominent in ambulatory patients and in those who are not suffering severe pain. In such individuals, lower doses are advisable. Some adverse reactions may be alleviated in the ambulatory patient if he lies down.

**Other adverse reactions include the following:** Central Nervous System - Euphoria, dysphonia, weakness, headache insomnia, agitation, disorientation, and visual disturbances.

Gastro-Intestinal - Dry mouth, anorexia, constipation, and biliary tract spasm.

Cardiovascular - Flushing of the face, bradycardia, palpitation, faintness, and syncope.

Genito-Urinary - Urinary retention or hesitancy, antidiuretic effect, and reduced libido and/or potency.

Allergic - Pruritus, urticaria, other skin rashes, edema, and, rarely, hemorrhagic urticaria.

**Maintenance on a Stabilized Dose:** During prolonged administration of methadone, as in an opioid treatment program, there is a gradual, yet progressive, disappearance of side-effects over a period of several weeks. However, constipation and sweating often persist.

## DRUG ABUSE AND DEPENDENCE

**Controlled Substance:** Methadone hydrochloride, an opioid, is a Schedule II controlled substance under the Federal Controlled Substances Act. Appropriate security measures should be taken to safeguard stocks of methadone against diversion.

**ABUSE AND DEPENDENCE: METHADONE CAN PRODUCE DRUG DEPENDENCE OF THE MORPHINE TYPE AND, THEREFORE, HAS THE POTENTIAL FOR BEING ABUSED. PSYCHIC DEPENDENCE, PHYSICAL DEPENDENCE, AND TOLERANCE MAY DEVELOP UPON REPEATED ADMINISTRATION OF METHADONE, AND IT SHOULD BE PRESCRIBED AND ADMINISTERED WITH THE SAME DEGREE OF CAUTION APPROPRIATE TO THE USE OF MORPHINE.**

### OVERDOSAGE

**Symptoms:** Serious overdosage of methadone is characterized by respiratory depression (a decrease in respiratory rate and/or tidal volume, Cheyne-Stokes respiration, cyanosis), extreme somnolence progressing to stupor or coma, maximally constricted pupils, skeletal-muscle flaccidity, cold and clammy skin, and, sometimes, bradycardia and hypotension. In severe overdose, particularly by the intravenous route, apnea, circulatory collapse, cardiac arrest, and death may occur.

**Treatment:** Primary attention should be given to the reestablishment of adequate respiratory exchange through provision of a patent airway and institution of assisted or controlled ventilation. If a non-tolerant person, especially a child, takes a large dose of methadone, effective opioid antagonists are available to counter-act the potentially lethal respiratory depression. **THE PHYSICIAN MUST REMEMBER, HOWEVER, THAT METHADONE IS A LONG-ACTING DEPRESSANT (THIRTY-SIX TO FORTY-EIGHT HOURS), WHEREAS THE ANTAGONISTS ACT FOR MUCH SHORTER PERIODS (ONE TO THREE HOURS).** The patient must, therefore, be monitored continuously for recurrence of respiratory depression and treated repeatedly with the opioid antagonist as needed. If the diagnosis is correct and respiratory depression is due only to overdosage of methadone, the use of respiratory stimulants is not indicated.

An antagonist should not be administered in the absence of clinically significant respiratory or cardiovascular depression. Intravenously administered opioid antagonists, naloxone hydrochloride, nalorphine hydrochloride, or levallorphan tartrate are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. The hazard that the opioid antagonist will further depress respiration is less likely with the use of naloxone.

Oxygen, intravenous fluids, vasopressors, and other supportive measures should be employed as indicated.

NOTE: IN AN INDIVIDUAL PHYSICALLY DEPENDENT ON OPIOIDS, THE ADMINISTRATION OF THE USUAL DOSE OF AN OPIOID ANTAGONIST WILL PRECIPITATE AN ACUTE WITHDRAWAL SYNDROME. THE SEVERITY OF THIS SYNDROME WILL DEPEND ON THE DEGREE OF PHYSICAL DEPENDENCE AND THE DOSE OF THE ANTAGONIST ADMINISTERED. THE USE OF AN OPIOID ANTAGONIST IN SUCH PERSON SHOULD BE AVOIDED IF POSSIBLE. IF IT MUST BE USED TO TREAT SERIOUS RESPIRATORY DEPRESSION IN THE PHYSICALLY DEPENDENT PATIENT, THE ANTAGONIST SHOULD BE ADMINISTERED WITH EXTREME CARE AND BY TITRATION WITH SMALLER THAN USUAL DOSES OF THE ANTAGONIST.

### DOSAGE AND ADMINISTRATION

**For Detoxification Treatment:** Patients with two or more unsuccessful detoxification episodes within a 12-month period must be assessed by the treatment program physician for other forms of treatment. A program shall not admit a patient for more than two detoxification treatment episodes in one year.

**Short-Term Detoxification:** A short-term detoxification treatment program may not exceed 30 days. No medications may be dispensed to patients in short-term detoxification treatment for unsupervised or take-home use.

**Long-Term Detoxification:** A long-term detoxification program is for a period of more than 30 days but may not exceed 180 days. The conditions under which medication for unsupervised use by patients in long-term detoxification treatment are to be determined by the program medical director.

In detoxification, the patient may receive methadone when determined to be appropriate by the program physician. The dosage schedules indicated below are

recommended but could be varied in the judgement of the program physician. Initially, a single oral dose of 15 to 20 mg of methadone will often be sufficient to suppress withdrawal symptoms. The initial dose shall not exceed 30 mg. Additional methadone may be provided if withdrawal symptoms are not suppressed or if symptoms reappear. When patients are physically dependent on high doses, it may be necessary to exceed these levels. The total dose for the first day shall not exceed 40 mg, unless the program physician documents that 40 mg did not suppress opiate abstinence symptoms. Forty mg per day, in single or divided doses, will usually constitute an adequate stabilizing dosage level. Stabilization can be continued for two to three days, and then the amount of methadone normally will be gradually decreased. The rate at which methadone is decreased will be determined separately for each patient. The dose of methadone can be decreased on a daily basis or at two-day intervals, but the amount of intake shall always be sufficient to keep withdrawal symptoms at a tolerable level. In hospitalized patients, a daily reduction of 20 percent of the total daily dose may be tolerated and may cause little discomfort. In ambulatory patients, a somewhat slower schedule may be needed. If methadone is administered for more than 180 days, the procedure is considered to have progressed from detoxification to maintenance treatment, even though the goal and intent may be eventual total withdrawal.

**For Maintenance Treatment:** Interim Maintenance Treatment: A patient may be admitted into an interim maintenance treatment program while awaiting admission to a program providing comprehensive maintenance treatment. Interim maintenance may not be provided for more than 120 days in a 12-month period. Admission must be voluntary, and the patient must have become addicted at least one year before admission for treatment except as provided in the opioid treatment standards. No medications may be dispensed to patients in interim Maintenance Treatment for unsupervised or take-home use.

In maintenance treatment, the initial dosage of methadone should control the abstinence symptoms that follow withdrawal of opioid drugs but should not be so great as to cause sedation, respiratory depression, or other effects of acute intoxication. It is important that the initial dosage be adjusted on an individual basis to the opioid tolerance of the new patient. If such a patient has been a heavy user of opioids up to the day of admission, he may be given 20 mg four to eight hours later, or up to 30 mg in an initial, single dose. If the patient enters with little or no opioid tolerance (e.g., if he has recently been released from jail or other confinement), the initial dosage may be one-half these quantities. When there is any doubt, the smaller dose should be used initially. The patient should then be kept under observation, and, if symptoms of abstinence are distressing, additional methadose may be administered as needed. Any first-day dose in excess of 40 mg must be documented by the program physician. Any deviation from the approved labeling (dose, frequency, or conditions of use) must also be documented. Subsequently, the dosage should be adjusted individually, as tolerated and required. In comprehensive maintenance programs, any patient may receive a single take-home dose for a day that the clinic is closed for business, including State and Federal holidays. This is in addition to other take-home allowances given as follows. All other doses shall be taken under supervision. For the first 90 days of treatment, the take-home supply shall be limited to a single dose per week. After demonstrating satisfactory adherence to the program requirements for this first 90 days, the patient may receive two take-home doses per week. With continuing adherence to the program requirements for 180 days, the patient may receive a three-day take-home supply. For the remainder of the first year of treatment, the patient may be given a maximum 6-day supply of take-home medication. After 1 year of continuous treatment, the patient may be given a maximum 2-week supply of take-home medication. After 2 years of continuous treatment, the patient may be given a maximum one-month supply of take-home medication, but must make monthly visits. A regular review of dosage level should be made by the program physician, with careful consideration given to reduction of dosage as indicated on an individual basis.

**Special Considerations for a Pregnant Patient:** Caution shall be taken in the maintenance treatment of pregnant patients. Dosage levels shall be kept as low as possible if continued methadone treatment is deemed necessary. It is the responsibility of the program sponsor to assure that each female patient be fully informed concerning the possible risks to a pregnant woman or her unborn child from the use of methadone.

**Special Limitations:** Treatment of Patients under Age Eighteen: The safety and effectiveness of methadone for use in the treatment of adolescents have not been proven by adequate clinical study.

A Patient under 18 years of age is required to have had two documented unsuccessful attempts at short-term detoxification treatment or drug-free treatment within a 12-month period to be eligible for maintenance treatment.

No person under 18 years of age may be admitted to maintenance treatment unless a parent, legal guardian, or responsible adult designated by the State authority consents in writing to such treatment.

### HOW SUPPLIED

METHADOSE® Oral Concentrate (methadone hydrochloride oral concentrate, USP) 10 mg per mL is supplied as a red, cherry flavored liquid concentrate in one liter bottles (NDC 0406-0527-10).

Preserve in tight containers, protected from light. Store at Controlled Room Temperature 20° - 25° C (68° - 77° F); brief excursions permitted between 15° - 30° C (59° - 86° F).

Methadose® is a registered trademark of Mallinckrodt Inc.

Mallinckrodt Inc.
St. Louis, MO 63134, USA

**tyco** | Healthcare / **Mallinckrodt**

MG # 15332

Rev. 072302

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0003284677



# Methadose® Sugar-Free Oral Concentrate
## (methadone hydrochloride oral concentrate, USP)
### dye-free, sugar-free, unflavored
**Rx only**

FOR ORAL USE ONLY

THE MAJOR HAZARDS OF METHADONE, AS OF OTHER OPIOID ANALGESICS, ARE RESPIRATORY DEPRESSION AND, TO A LESSER DEGREE, CIRCULATORY DEPRESSION, RESPIRATORY ARREST, SHOCK, AND CARDIAC ARREST HAVE OCCURRED.

The most frequently observed adverse reactions include light-headedness, dizziness, sedation, nausea, vomiting, and sweating. These effects seem to be more prominent in ambulatory patients and in those who are not suffering severe pain. In such individuals, lower doses are advisable. Some adverse reactions may be alleviated in the ambulatory patient if he lies down.

Other adverse reactions include the following: Central Nervous System - Euphoria, dysphoria, weakness, headache, insomnia, agitation, disorientation, and visual disturbances.

Gastro-Intestinal - Dry mouth, anorexia, constipation, and biliary tract spasm.

Cardiovascular - Flushing of the face, bradycardia, palpitation, faintness, and syncope.

Genito-Urinary - Urinary retention or hesitancy, antidiuretic effect, and reduced libido and/or potency.

Allergic - Pruritus, urticaria, other skin rashes, edema, and, rarely, hemorrhagic urticaria.

Maintenance on a Stabilized Dose: During prolonged administration of methadone, as in an opioid treatment program, there is a gradual, yet progressive, disappearance of side-effects over a period of several weeks. However, constipation and sweating often persist.

## DRUG ABUSE AND DEPENDENCE

Controlled Substance: Methadone hydrochloride, an opioid, is a Schedule II controlled substance under the Federal Controlled Substances Act. Appropriate security measures should be taken to safeguard stocks of methadone against diversion.

ABUSE AND DEPENDENCE: METHADONE CAN PRODUCE DRUG DEPENDENCE OF THE MORPHINE TYPE AND, THEREFORE, HAS THE POTENTIAL FOR BEING ABUSED. PSYCHIC DEPENDENCE, PHYSICAL DEPENDENCE, AND TOLERANCE MAY DEVELOP UPON REPEATED ADMINISTRATION OF METHADONE, AND IT SHOULD BE PRESCRIBED AND ADMINISTERED WITH THE SAME DEGREE OF CAUTION APPROPRIATE TO THE USE OF MORPHINE.

## OVERDOSAGE

Symptoms: Serious overdosage of methadone is characterized by respiratory depression (a decrease in respiratory rate and/or tidal volume, Cheyne-Stokes respiration, cyanosis), extreme somnolence progressing to stupor or coma, maximally constricted pupils, skeletal-muscle flaccidity, cold and clammy skin, and, sometimes, bradycardia and hypotension. In severe overdosage, particularly by the intravenous route, apnea, circulatory collapse, cardiac arrest, and death may occur.

Treatment: Primary attention should be given to the reestablishment of adequate respiratory exchange through provision of a patent airway and institution of assisted or controlled ventilation. If a non-tolerant person, especially a child, takes a large dose of methadone, effective opioid antagonists are available to counter-act the potentially lethal respiratory depression. THE PHYSICIAN MUST REMEMBER, HOWEVER, THAT METHADONE IS A LONG-ACTING DEPRESSANT (THIRTY-SIX TO FORTY-EIGHT HOURS), WHEREAS THE ANTAGONISTS ACT FOR MUCH SHORTER PERIODS (ONE TO THREE HOURS). The patient must, therefore, be monitored continuously for recurrence of respiratory depression and treated repeatedly with the opioid antagonist as needed. If the diagnosis is correct and respiratory depression is due only to overdosage of methadone, the use of respiratory stimulants is not indicated.

An antagonist should not be administered in the absence of clinically significant respiratory or cardiovascular depression. Intravenously administered opioid antagonists, naloxone hydrochloride, nalorphine hydrochloride, or levallorphan tartrate are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. The hazard that the opioid antagonist will further depress respiration is less likely with the use of naloxone.

Oxygen, intravenous fluids, vasopressors, and other supportive measures should be employed as indicated.

NOTE: IN AN INDIVIDUAL PHYSICALLY DEPENDENT ON OPIOIDS, THE ADMINISTRATION OF THE USUAL DOSE OF AN OPIOID ANTAGONIST WILL PRECIPITATE AN ACUTE WITHDRAWAL SYNDROME. THE SEVERITY OF THIS SYNDROME WILL DEPEND ON THE DEGREE OF PHYSICAL DEPENDENCE AND THE DOSE OF THE ANTAGONIST ADMINISTERED. THE USE OF AN OPIOID ANTAGONIST IN SUCH PERSON SHOULD BE AVOIDED IF POSSIBLE. IF IT MUST BE USED TO TREAT SERIOUS RESPIRATORY DEPRESSION IN THE PHYSICALLY DEPENDENT PATIENT, THE ANTAGONIST SHOULD BE ADMINISTERED WITH EXTREME CARE AND BY TITRATION WITH SMALLER THAN USUAL DOSES OF THE ANTAGONIST.

## DOSAGE AND ADMINISTRATION

For Detoxification Treatment: Patients with two or more unsuccessful detoxification episodes within a 12-month period must be assessed by the treatment program physician for other forms of treatment. A program shall not admit a patient for more than two detoxification treatment episodes in one year.

Short-Term Detoxification: A short-term detoxification treatment program may not exceed 30 days. No medications may be dispensed to patients in short-term detoxification treatment for unsupervised or take-home use.

Long-Term Detoxification: A long-term detoxification program is for a period of more than 30 days but may not exceed 180 days. The conditions under which medication for unsupervised use by patients in long-term detoxification treatment are to be determined by the program medical director.

In detoxification, the patient may receive methadone when determined to be appropriate by the program physician. The dosage schedules indicated below are

recommended but could be varied in the judgement of the program physician. Initially, a single oral dose of 15 to 20 mg of methadone will often be sufficient to suppress withdrawal symptoms. The initial dose shall not exceed 30 mg. Additional medication may be provided if withdrawal symptoms are not suppressed or if symptoms reappear. When patients are physically dependent on high doses, it may be necessary to exceed these levels. The total dose for the first day shall not exceed 40 mg, unless the program physician documents that 40 mg did not suppress opiate abstinence symptoms. Forty mg per day, in single or divided doses, will usually constitute an adequate stabilizing dosage level. Stabilization can be continued for two to three days, and then the amount of methadone normally will be gradually decreased. The rate at which methadone is decreased will be determined separately for each patient. The dose of methadone can be decreased on a daily basis or at two-day intervals, but the amount of intake shall always be sufficient to keep withdrawal symptoms at a tolerable level. In hospitalized patients, a daily reduction of 20 percent of the total daily dose may be tolerated and may cause little discomfort. In ambulatory patients, a somewhat slower schedule may be needed. If methadose is administered for more than 180 days, the procedure is considered to have progressed from detoxification to maintenance treatment, even though the goal and intent may be eventual total withdrawal.

For Maintenance Treatment: Interim Maintenance Treatment: A patient may be admitted into an interim maintenance treatment program while awaiting admission to a program providing comprehensive maintenance treatment. Interim maintenance may not be provided for more than 120 days in a 12-month period. Admission must be voluntary, and the patient must have become addicted at least one year before admission for treatment except as provided in the opioid treatment standards. No medications may be dispensed to patients in Interim Maintenance Treatment for unsupervised or take-home use.

In maintenance treatment, the initial dosage of methadone should control the abstinence symptoms that follow withdrawal of opioid drugs but should not be so great as to cause sedation, respiratory depression, or other effects of acute intoxication. It is important that the initial dosage be adjusted on an individual basis to the opioid tolerance of the new patient. If such a patient has been a heavy user of opioids up to the day of admission, he may be given 20 mg four to eight hours later, or up to 30 mg in an initial, single dose. If the patient enters with little or no opioid tolerance (e.g., if he has recently been released from jail or other confinement), the initial dosage may be one-half these quantities. When there is any doubt, the smaller dose should be used initially. The patient should then be kept under observation, and, if symptoms of abstinence are distressing, additional methadose may be administered as needed. Any first-day dose in excess of 40 mg must be documented by the program physician. Any deviation from the approved labeling (dose, frequency, or conditions of use) must also be documented. Subsequently, the dosage should be adjusted individually, as tolerated and required. In comprehensive maintenance programs, any patient may receive a single take-home dose for a day that the clinic is closed for business, including State and Federal holidays. This is in addition to other take-home allowances given as follows. All other doses shall be taken under supervision. For the first 90 days of treatment, the take-home supply shall be limited to a single dose per week. After demonstrating satisfactory adherence to the program requirements for this first 90 days, the patient may receive two take-home doses per week. With continuing adherence to the program requirements for 180 days, the patient may receive a three-day take-home supply. For the remainder of the first year of treatment, the patient may be given a maximum 6-day supply of take-home medication. After 1 year of continuous treatment, the patient may be given a maximum 2-week supply of take-home medication. After 2 years of continuous treatment, the patient may be given a maximum one-month supply of take-home medication, but must make monthly visits. A regular review of dosage level should be made by the program physician, with careful consideration given to reduction of dosage as indicated on an individual basis.

Special Considerations for a Pregnant Patient: Caution shall be taken in the maintenance treatment of pregnant patients. Dosage levels shall be kept as low as possible if continued methadone treatment is deemed necessary. It is the responsibility of the program sponsor to assure that each female patient be fully informed concerning the possible risks to a pregnant woman or her unborn child from the use of methadone.

Special Limitations: Treatment of Patients under Age Eighteen: The safety and effectiveness of methadone for use in the treatment of adolescents have not been proven by adequate clinical study.

A Patient under 18 years of age is required to have had two documented unsuccessful attempts at short-term detoxification treatment or drug-free treatment within a 12-month period to be eligible for maintenance treatment.

No person under 18 years of age may be admitted to maintenance treatment unless a parent, legal guardian, or responsible adult designated by the State authority consents in writing to such treatment.

## HOW SUPPLIED

Methadose® Sugar-Free Oral Concentrate (methadone hydrochloride oral concentrate, USP) 10 mg per mL is supplied in one liter bottles (NDC 0406-8725-10).

Preserve in tight containers, protected from light. Store at Controlled Room Temperature 20° - 25° C (68° - 77° F); brief excursions permitted between 15° - 30° C (59° - 86° F).

Methadose® is a registered trademark of Mallinckrodt Inc.

Mallinckrodt Inc.
St. Louis, MO 63134, USA

**tyco** / Healthcare / Mallinckrodt

MG # 16428                                                                Rev. 072502

## Methadose® Sugar-Free Oral Concentrate
### (methadone hydrochloride oral concentrate, USP)
### dye-free, sugar-free, unflavored
**Rx only**

FOR ORAL USE ONLY

### CONDITIONS FOR DISTRIBUTION AND USE OF METHADONE PRODUCTS

Code of Federal Regulations, Title 42, Sec. 8

METHADONE PRODUCTS WHEN USED FOR THE TREATMENT OF OPIOID ADDICTION IN DETOXIFICATION OR MAINTENANCE PROGRAMS, SHALL BE DISPENSED ONLY BY OPIOID TREATMENT PROGRAMS (AND AGENCIES, PRACTITIONERS OR INSTITUTIONS BY FORMAL AGREEMENT WITH THE PROGRAM SPONSOR) CERTIFIED BY THE SUBSTANCE ABUSE AND HEALTH SERVICES ADMINISTRATION AND APPROVED BY THE DESIGNATED STATE AUTHORITY.

CERTIFIED TREATMENT PROGRAMS SHALL DISPENSE AND USE METHADONE IN ORAL FORM ONLY AND ACCORDING TO THE TREATMENT REQUIREMENTS STIPULATED IN THE FEDERAL OPIOID TREATMENT STANDARDS (42 CFR 8.12).

FAILURE TO ABIDE BY THE REQUIREMENTS IN THESE STANDARDS MAY RESULT IN CRIMINAL PROSECUTION, SEIZURE OF THE DRUG SUPPLY, REVOCATION OF THE PROGRAM CERTIFICATION AND INJUNCTION PRECLUDING OPERATION OF THE PROGRAM.

### DESCRIPTION

Methadose® Sugar-Free Oral Concentrate is a liquid concentrate of methadone hydrochloride. The liquid concentrate contains 10 mg of methadone hydrochloride per mL. Methadone hydrochloride, 3-heptanone, 6-(dimethylamino)-4, 4-diphenyl-, hydrochloride is a white, crystalline, odorless powder. It is soluble in water; freely soluble in alcohol and in chloroform; practically insoluble in ether and in glycerin. It is present in Methadose® as the racemic mixture. Methadone hydrochloride has a melting point of 235° C, a pKa of 8.25 to 10.12, a solution (1 in 100) pH between 4.5 and 6.5, a partition coefficient of 117 at pH 7.4 in octanol/water and a molecular weight of 345.91. Its molecular formula is $C_{21}H_{27}NO \cdot HCl$ and its structural formula is:



Other Ingredients: Citric Acid Anhydrous USP, Purified Water USP, Sodium Benzoate NF.

### CLINICAL PHARMACOLOGY

Methadone hydrochloride is a synthetic opioid analgesic with multiple actions quantitatively similar to those of morphine, the most prominent of which involve the central nervous system and organs composed of smooth muscle. The principal actions of therapeutic value are analgesia and sedation, detoxification or maintenance in opioid addiction. The methadone abstinence syndrome, although qualitatively similar to that of morphine, differs in that the onset is slower, the course is more prolonged, and the symptoms are less severe.

When administered orally, methadone is approximately one-half as potent as when given parenterally. Oral administration results in a delay of the onset, a lowering of the peak, and an increase in the duration of analgesic effect.

### INDICATIONS AND USAGE

1. Detoxification treatment of opioid addiction (heroin or other morphine-like drugs).

2. Maintenance treatment of opioid addiction (heroin or other morphine-like drugs), in conjunction with appropriate social and medical services.

**NOTE**

Maintenance and detoxification treatment is permitted to be undertaken only by certified treatment programs. This does not preclude the maintenance treatment of an addict who is hospitalized for medical conditions other than addiction and who requires temporary maintenance during the critical period of his stay, and whose enrollment has been verified in a program which has been certified for maintenance treatment with methadone.

### CONTRAINDICATIONS

Hypersensitivity to methadone.

### WARNINGS

Methadose® Sugar-Free Oral Concentrate is for oral administration only. This preparation must not be injected. It is recommended that Methadose® Sugar-Free Oral Concentrate, if dispensed, be packaged in child-resistant containers and kept out of reach of children to prevent accidental ingestion.

**Asthma and Other Respiratory Conditions:** Methadone should be used with caution in patients having an acute asthmatic attack, in those with chronic obstructive pulmonary disease, or cor pulmonale, and in individuals with a substantially decreased respiratory reserve, pre-existing respiratory depression, hypoxia, or hypercapnia. In such patients, even usual therapeutic doses of opioids may decrease respiratory drive while simultaneously increasing airway resistance to the point of apnea.

**Head Injury and Increased Intracranial Pressure:** The respiratory depressant effect of opioids and their capacity to elevate cerebrospinal fluid pressure may be markedly exaggerated in the presence of head injury, other intracranial lesions or a pre-existing increase in intracranial pressure. Furthermore, opioids produce adverse reactions which may obscure the clinical course of patients with head injuries. In such patients, methadone must be used with caution, and only if it is deemed essential.

**Acute Abdominal Conditions:** The administration of opioids may obscure the diagnosis or clinical course of patients with acute abdominal conditions.

**Hypotensive Effect:** The administration of methadone may result in severe hypotension in an individual whose ability to maintain his blood pressure has already been compromised by a depleted blood volume or concurrent administration of such drugs as the phenothiazines or certain anesthetics.

### PRECAUTIONS

**General:** Special-Risk Patients: Methadone should be given with caution and the initial dose reduced in certain patients, such as the elderly or debilitated and those with severe impairment of hepatic or renal function, hypothyroidism, Addison's disease, prostatic hypertrophy, or urethral stricture. The usual precautions should be observed and the possibility of respiratory depression should be kept in mind.

**Information for Patients:** Methadone, like all opioids, may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks such as driving a car or operating machinery. The patient should be cautioned accordingly.

Methadone, like other opioids, may produce orthostatic hypotension in ambulatory patients.

Alcohol and other CNS depressants may produce an additive CNS depression, when taken with this product, and should be avoided.

**Drug Interactions:** Interaction with Pentazocine: Patients who are addicted to opioids or who are on the methadone maintenance program may experience withdrawal symptoms when given pentazocine.

Interaction with Other Central Nervous System Depressants: Methadone should be used with caution and in reduced dosage in patients who are concurrently receiving other opioid analgesics, general anesthetics, phenothiazines, other tranquilizers, sedative-hypnotics, tricyclic antidepressants, and other CNS depressants (including alcohol). Respiratory depression, hypotension, and profound sedation or coma may result.

Interaction with Rifampin: The concurrent administration of rifampin may possibly reduce the blood concentrations of methadone to a degree sufficient to produce withdrawal symptoms. The mechanism by which rifampin may decrease blood concentrations of methadone is not fully understood, although enhanced microsomal drug-metabolized enzymes may influence drug disposition.

Interaction with Monoamine Oxidase (MAO) inhibitors: Therapeutic doses of meperidine have precipitated severe reactions in patients concurrently receiving monoamine oxidase inhibitors or in those who have received such agents within fourteen days. Similar reactions thus far have not been reported with methadone; but if the use of methadone is necessary in such patients, a sensitivity test should be performed in which repeated small incremental doses are administered over the course of several hours while the patient's condition and vital signs are under careful observation.

**Anxiety:** Since methadone, as used by tolerant subjects at a constant maintenance dosage, is not a tranquilizer, patients who are maintained on this drug will react to life problems and stresses with the same symptoms of anxiety as do other individuals. The physician should not confuse such symptoms with those of opioid abstinence and should not attempt to treat anxiety by increasing the dosage of methadone. The action of methadone in maintenance treatment is limited to the control of opioid abstinence and is ineffective for relief of general anxiety.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** No adequate studies have been conducted in animals to determine whether methadone has a potential for carcinogenesis, mutagenesis, or impairment of fertility.

**Pregnancy:** Teratogenetic Effects: Pregnancy Category C: There are no adequate and well-controlled studies in pregnant women. Methadone should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Nonteratogenetic Effects: Babies born to mothers who have been taking opioids regularly prior to delivery will be physically dependent. The withdrawal signs include irritability and excessive crying, tremors, hyperactive reflexes, increased respiratory rate, increased stools, sneezing, yawning, vomiting, and fever. The intensity of the syndrome does not always correlate with the duration of maternal opioid use or dose. There is no consensus on the best method of managing withdrawal.

**Labor and Delivery:** As with all opioids, administration of this product to the mother shortly before delivery may result in some degree of respiratory depression in the newborn, especially if higher doses are used.

**Nursing Mothers:** It is not known whether methadone is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from methadone, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established.

### ADVERSE REACTIONS

**Opioid Withdrawal:** During the induction phase of methadone maintenance treatment, patients are being withdrawn from opioids and may therefore show typical withdrawal symptoms, which should be differentiated from methadone-induced side-effects. They may exhibit some or all of the following symptoms associated with acute withdrawal from opioids: lacrimation, rhinorrhea, sneezing, yawning, excessive perspiration, gooseflesh, fever, chilliness, alternating with flushing, restlessness, irritability, sleepy yen, weakness, anxiety, depression, dilated pupils, tremors, tachycardia, abdominal cramps, body aches, involuntary twitching and kicking movements, anorexia, nausea, vomiting, diarrhea, intestinal spasms, and weight loss.

**Initial Administration:** Initially, the dosage of methadone should be carefully titrated to the individual. Induction too rapid for the patient's sensitivity is more likely to produce the following effects.



# METHADOSE® DISPERSIBLE TABLETS
## METHADONE HYDROCHLORIDE TABLETS, USP

**Rx only**

CONDITIONS FOR DISTRIBUTION AND USE OF
METHADONE PRODUCTS:
*Code of Federal Regulations, Title 21, Sec. 291.505*

METHADONE PRODUCTS, WHEN USED FOR THE TREATMENT OF NARCOTIC ADDICTION IN DETOXIFICATION OR MAINTENANCE PROGRAMS, SHALL BE DISPENSED ONLY BY APPROVED HOSPITAL PHARMACIES, APPROVED COMMUNITY PHARMACIES, AND MAINTENANCE PROGRAMS APPROVED BY THE FOOD AND DRUG ADMINISTRATION AND THE DESIGNATED STATE AUTHORITY.

APPROVED MAINTENANCE PROGRAMS SHALL DISPENSE AND USE METHADONE IN ORAL FORM ONLY AND ACCORDING TO THE TREATMENT REQUIREMENTS STIPULATED IN THE FEDERAL METHADONE REGULATIONS (21 CFR 291.505).

FAILURE TO ABIDE BY THE REQUIREMENTS IN THESE REGULATIONS MAY RESULT IN CRIMINAL PROSECUTION, SEIZURE OF THE DRUG SUPPLY, REVOCATION OF THE PROGRAM APPROVAL, AND INJUNCTION PRECLUDING OPERATION OF THE PROGRAM.

## DESCRIPTION

Methadone Hydrochloride, USP 6-(dimethylamino)-4, 4-diphenyl-3-heptanone hydrochloride, is a white, crystalline material that is water soluble. However, the METHADOSE® Dispersible Tablet preparation of Methadone Hydrochloride, USP has been specially formulated with insoluble excipients to deter the use of this drug by injection. Its molecular weight is 345.91.

Each METHADOSE® Dispersible Tablet contains: 40 mg (0.116 mmol) Methadone Hydrochloride, USP.

Each tablet also contains Dibasic Calcium Phosphate USP, Microcrystalline Cellulose NF, Magnesium Stearate NF, Colloidal Silicon Dioxide NF, Pregelatinized Starch NF, and Stearic Acid NF.

## CLINICAL PHARMACOLOGY

Methadone hydrochloride is a synthetic narcotic analgesic with multiple actions quantitatively similar to those of morphine, the most prominent of which involve the central nervous system and organs composed of smooth muscle. The principal actions of therapeutic value are analgesia and sedation and detoxification or maintenance in narcotic addiction. The methadone abstinence syndrome, although qualitatively similar to that of morphine, differs in that the onset is slower, the course is more prolonged, and the symptoms are less severe.

When administered orally, methadone is approximately one half as potent as when given parenterally. Oral administration results in a delay of the onset, a lowering of the peak, and an increase in the duration of analgesic effect.

## INDICATIONS AND USAGE

1. Detoxification treatment of narcotic addiction (heroin or other morphine-like drugs).

2. Maintenance treatment of narcotic addiction (heroin or other morphine-like drugs), in conjunction with appropriate social and medical services.

## NOTE

If methadone is administered for treatment of heroin dependence for more than 3 weeks, the procedure passes from treatment of the acute withdrawal syndrome (detoxification) to maintenance therapy. Maintenance treatment is permitted to be undertaken only by approved methadone programs. This does not preclude the maintenance treatment of an addict who is hospitalized for medical conditions other than addiction and who requires temporary maintenance during the critical period of his/her stay or whose enrollment has been verified in a program which has approval for maintenance treatment with methadone.

## CONTRAINDICATION

Hypersensitivity to methadone

## WARNINGS

METHADOSE® Dispersible Tablets are for oral administration only. This preparation contains insoluble excipients and therefore must not be injected. It is recommended that METHADOSE® Dispersible Tablets, if dispensed, be packaged in child-resistant containers and kept out of the reach of children to prevent accidental ingestion.

Methadone hydrochloride, a narcotic, is a Schedule II controlled substance under the Federal Controlled Substances Act. Appropriate security measures should be taken to safeguard stocks of methadone against diversion.

*DRUG DEPENDENCE* — **METHADONE CAN PRODUCE DRUG DEPENDENCE OF THE MORPHINE TYPE AND, THEREFORE, HAS THE POTENTIAL FOR BEING ABUSED. PSYCHIC DEPENDENCE, PHYSICAL DEPENDENCE, AND TOLERANCE MAY DEVELOP ON REPEATED ADMINISTRATION OF METHADONE, AND IT SHOULD BE PRESCRIBED AND ADMINISTERED WITH THE SAME DEGREE OF CAUTION APPROPRIATE TO THE USE OF MORPHINE.**

*Interaction With Other Central Nervous System Depressants* — Methadone should be used with caution and in reduced dosage in patients who are concurrently receiving other narcotic analgesics, general anesthetics, phenothiazines, other tranquilizers, sedative-hypnotics, tricyclic antidepressants, and other CNS depressants (including alcohol). Respiratory depression, hypotension, and profound sedation or coma may result.

*Anxiety* — Since methadone, as used by tolerant subjects at a constant maintenance dosage, is not a tranquilizer, patients who are maintained on this drug will react to life problems and stresses with the same symptoms of anxiety as do other individuals. The physician should not confuse such symptoms with those of narcotic abstinence and should not attempt to treat anxiety by increasing the dosage of methadone. The action of methadone in maintenance treatment is limited to the control of narcotic symptoms and is ineffective for relief of general anxiety.

*Head Injury and Increased Intracranial Pressure* — The respiratory depressant effects of methadone and its capacity to elevate cerebrospinal-fluid pressure may be markedly exaggerated in the presence of increased intracranial pressure. Furthermore, narcotics produce side effects that may obscure the clinical course of patients with head injuries. In such patients, methadone must be used with caution and only if it is deemed essential.

*Asthma and Other Respiratory Conditions* — Methadone should be used with caution in patients having an acute asthmatic attack, in those with chronic obstructive pulmonary disease or cor pulmonale, and in individuals with a substantially decreased respiratory reserve, preexisting respiratory depression, hypoxia, or hypercapnia. In such patients, even usual therapeutic doses of narcotics may decrease respiratory drive while simultaneously increasing airway resistance to the point of apnea.

*Hypotensive Effect* — The administration of methadone may result in severe hypotension in an individual whose ability to maintain his/her blood pressure has already been compromised by a depleted blood volume or concurrent administration of such drugs as the phenothiazines or certain anesthetics.

*Use in Ambulatory Patients* — Methadone may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks, such as driving a car or operating machinery. The patient should be cautioned accordingly.

Methadone, like other narcotics, may produce orthostatic hypotension in ambulatory patients.

*Use in Pregnancy* — Safe use in pregnancy has not been established in relation to possible adverse effects on fetal development. Therefore, methadone should not be used in pregnant women unless, in the judgment of the physician, the potential benefits outweigh the possible hazards.

## PRECAUTIONS

*Drug Interactions:*

*Pentazocine* — Patients who are addicted to heroin or who are on the methadone maintenance program may experience withdrawal symptoms when given pentazocine.

*Rifampin* — The concurrent administration of rifampin may possibly reduce the blood concentration of methadone to a degree sufficient to produce withdrawal symptoms. The mechanism by which rifampin may decrease blood concentrations of methadone is not fully understood, although enhanced microsomal drug-metabolized enzymes may influence drug disposition.

*Monoamine Oxidase (MAO) Inhibitors* — Therapeutic doses of meperidine have precipitated severe reactions in patients concurrently receiving monoamine oxidase inhibitors or those who have received such agents within 14 days. Similar reactions thus far have not been reported with methadone; but if the use of methadone is necessary in such patients, a sensitivity test should be performed in which repeated small incremental doses are administered over the course of several hours while the patient's condition and vital signs are under careful observation.

*Special-Risk Patients* — Methadone should be given with caution and the initial dose should be reduced in certain patients, such as the elderly or debilitated and those with severe impairment of hepatic or renal function, hypothyroidism, Addison's disease, prostatic hypertrophy, or urethral stricture.

*Acute Abdominal Conditions* — The administration of methadone or other narcotics may obscure the diagnosis or clinical course in patients with acute abdominal conditions.

## ADVERSE REACTIONS

*Heroin Withdrawal* — During the induction phase of methadone maintenance treatment, patients are being withdrawn from heroin and may therefore show typical withdrawal symptoms, which should be differentiated from methadone-induced side effects. They may exhibit some or all of the following symptoms associated with acute withdrawal from heroin or other opiates: lacrimation, rhinorrhea, sneezing, yawning, excessive perspiration, goose-flesh, fever, chilliness alternating with flushing, restlessness, irritability, "sleepy yen", weakness, anxiety, depression, dilated pupils, tremors, tachycardia, abdominal cramps, body aches, involuntary twitching and kicking movements, anorexia, nausea, vomiting, diarrhea, intestinal spasms, and weight loss.

*Initial Administration* — Initially, the dosage of methadone should be carefully titrated to the individual. Induction too rapid for the patient's sensitivity is more likely to produce the following effects:

THE MAJOR HAZARDS OF METHADONE, AS OF OTHER NARCOTIC ANALGESICS, ARE RESPIRATORY DEPRESSION AND, TO A LESSER DEGREE, CIRCULATORY DEPRESSION. RESPIRATORY ARREST, SHOCK, AND CARDIAC ARREST HAVE OCCURRED.

MNK-T1_0003284680

05401104

METHADOSE®
DISPERSIBLE TABLETS
METHADONE HYDROCHLORIDE
TABLETS, USP

The most frequently observed adverse reactions include lightheadedness, dizziness, sedation, nausea, vomiting, and sweating. These effects seem to be more prominent in ambulatory patients and in those who are not suffering severe pain. In such individuals, lower doses are advisable. Some adverse reactions may be alleviated if the ambulatory patient lies down.

Other adverse reactions include the following:

*Central Nervous System* — Euphoria, dysphoria, weakness, headache, insomnia, agitation, disorientation, and visual disturbances.

*Gastrointestinal* — Dry mouth, anorexia, constipation, and biliary tract spasm.

*Cardiovascular* — Flushing of the face, bradycardia, palpitation, faintness, and syncope.

*Genitourinary* — Urinary retention or hesitancy, antidiuretic effect, and reduced libido and/or potency.

*Allergic* — Pruritus, urticaria, other skin rashes, edema, and, rarely, hemorrhagic urticaria.

*Hematologic* — Reversible thrombocytopenia has been described in a narcotics addict with chronic hepatitis.

*Maintenance on a Stabilized Dose* — During prolonged administration of methadone, as in a methadone maintenance treatment program, there is a gradual, yet progressive, disappearance of side effects over a period of several weeks. However, constipation and sweating often persist.

## OVERDOSAGE

*Symptoms* — Serious overdosage of methadone is characterized by respiratory depression (a decrease in respiratory rate and/or tidal volume, Cheyne-Stokes respiration, cyanosis), extreme somnolence progressing to stupor or coma, maximally constricted pupils, skeletal-muscle flaccidity, cold and clammy skin, and, sometimes, bradycardia and hypotension. In severe overdosage, particularly by the intravenous route, apnea, circulatory collapse, cardiac arrest, and death may occur.

*Treatment* — Primary attention should be given to the reestablishment of adequate respiratory exchange through provision of a patent airway and institution of assisted or controlled ventilation. If a nontolerant person, especially a child, takes a large dose of methadone, effective narcotic antagonists are available to counteract the potentially lethal respiratory depression. **The physician must remember, however, that methadone is a long-acting depressant (36 to 48 hours), whereas the antagonists act for much shorter periods (1 to 3 hours).** The patient must, therefore, be monitored continuously for recurrence of respiratory depression and treated repeatedly with the narcotic antagonist as needed. If the diagnosis is correct and respiratory depression is due only to overdosage of methadone, the use of respiratory stimulants is not indicated.

An antagonist should not be administered in the absence of clinically significant respiratory or cardiovascular depression. Intravenously administered naloxone is the drug of choice to reverse signs of intoxication. Because of the relatively short half-life of naloxone as compared with methadone, repeated injections may be required until the status of the patient remains satisfactory. Naloxone may also be administered by continuous intravenous infusion.

Oxygen, intravenous fluids, vasopressors, and other supportive measures should be employed as indicated.

NOTE: IN AN INDIVIDUAL PHYSICALLY DEPENDENT ON NARCOTICS, THE ADMINISTRATION OF THE USUAL DOSE OF A NARCOTIC ANTAGONIST WILL PRECIPITATE AN ACUTE WITHDRAWAL SYNDROME. THE SEVERITY OF THIS SYNDROME WILL DEPEND ON THE DEGREE OF PHYSICAL DEPENDENCE AND THE DOSE OF THE ANTAGONIST ADMINISTERED. THE USE OF A NARCOTIC ANTAGONIST IN SUCH A PERSON SHOULD BE AVOIDED IF POSSIBLE. IF IT MUST BE USED TO TREAT SERIOUS RESPIRATORY DEPRESSION IN THE PHYSICALLY DEPENDENT PATIENT, THE ANTAGONIST SHOULD BE ADMINISTERED WITH EXTREME CARE AND BY TITRATION WITH SMALLER THAN USUAL DOSES OF THE ANTAGONIST.

## DOSAGE AND ADMINISTRATION

*For Detoxification Treatment* — THE DRUG SHALL BE ADMINISTERED DAILY UNDER CLOSE SUPERVISION AS FOLLOWS:

A detoxification treatment course shall not exceed 21 days and may not be repeated earlier than four weeks after completion of the preceding course.

In detoxification, the patient may receive methadone when there are significant symptoms of withdrawal. The dosage schedules indicated below are recommended but could be varied in accordance with clinical judgment. Initially, a single oral dose of 15 to 20 mg of methadone will often be sufficient to suppress withdrawal symptoms. Additional methadone may be provided if withdrawal symptoms are not suppressed or if symptoms reappear. When patients are physically dependent on high doses, it may be necessary to exceed these levels. Forty mg/day in single or divided doses will usually constitute an adequate stabilizing dosage level. Stabilization can be continued for 2 to 3 days, and then the amount of methadone normally will be gradually decreased. The rate at which methadone is decreased will be determined separately for each patient. The dose of methadone can be decreased on a daily basis or at 2-day intervals, but the amount of intake shall always be sufficient to keep withdrawal symptoms at a tolerable level. In hospitalized patients, a daily reduction of 20% of the total daily dose may be tolerated and may cause little discomfort. In ambulatory patients, a somewhat slower schedule may be needed. If methadone is administered for more than 3 weeks, the procedure is considered to have progressed from detoxification or treatment of the acute withdrawal syndrome to maintenance treatment, even though the goal and intent may be eventual total withdrawal.

*For Maintenance Treatment* — In maintenance treatment, the initial dosage of methadone should control the abstinence symptoms that follow withdrawal of narcotic drugs but should not be so great as to cause sedation, respiratory depression, or other effects of acute intoxication. It is important that the initial dosage be adjusted on an individual basis in the narcotic tolerance of the new patient. If such a patient has been a heavy user of heroin up to the day of admission, he/she may be given 20 mg 4 to 8 hours later or 40 mg in a single oral dose. If the patient enters treatment with little or no narcotic tolerance (eg, if he/she has recently been released from jail or other confinement), the initial dosage may be one half these quantities. When there is any doubt, the smaller dose should be used initially. The patient should then be kept under observation, and, if symptoms of abstinence are distressing, additional 10-mg doses may be administered as needed. Subsequently, the dosage should be adjusted individually, as tolerated and required, up to a level of 120 mg daily. The patient will initially ingest the drug under observation daily, or at least 6 days a week, for the first 3 months. After demonstrating satisfactory adherence to the program regulations for at least 3 months, the patient may be permitted to reduce to 3 times weekly the occasions when he/she must ingest the drug under observation. The patient shall receive no more than a 2-day take-home supply. With continuing adherence to the program's requirements for at least 2 years, he/she may then be permitted twice-weekly visits to the program for drug ingestion under observation, with a 3-day take-home supply. A daily dose of 120 mg or more shall be justified in the medical record. Prior approval from state authority and the Food and Drug Administration is required for any dose above 120 mg administered at the clinic and for any dose above 100 mg to be taken at home. A regular review of dosage level should be made by the responsible physician, with careful consideration given to reduction of dosage as indicated on an individual basis. A new dosage level is only a test level until stability is achieved.

*Special Considerations for a Pregnant Patient* — Caution shall be taken in the maintenance treatment of pregnant patients. Dosage levels shall be kept as low as possible if continued methadone treatment is deemed necessary. It is the responsibility of the program sponsor to assure that each female patient be fully informed concerning the possible risks to a pregnant woman or her unborn child from the use of methadone.

*Special Limitations — Treatment of Patients Under Age 18*

1. The safety and effectiveness of methadone for use in the treatment of adolescents have not been proved by adequate clinical study. Special procedures are therefore necessary to assure that patients under age 16 will not be admitted to a program and that patients between 16 and 18 years of age will be admitted to maintenance treatment only under limited conditions.

2. Patients between 16 and 18 years of age who were enrolled and under treatment in approved programs on December 15, 1972 may continue in maintenance treatment. No new patients between 16 and 18 years of age may be admitted to a maintenance treatment program after March 15, 1973, unless a parent, legal guardian, or responsible adult designated by the state authority completes and signs Form FD 2635, "Consent for Methadone Treatment".

   Methadone treatment of new patients between the ages of 16 and 18 years will be permitted after December 15, 1972, only with a documented history of 2 or more unsuccessful attempts at detoxification and a documented history of dependence on heroin or other morphine-like drugs beginning 2 years or more prior to application for treatment. No patient under age 16 may be continued or started on methadone treatment after December 15, 1972, but these patients may be detoxified and retained in the program in a drug-free state for follow-up and aftercare.

3. Patients under age 18 who are not placed on maintenance treatment may be detoxified. Detoxification may not exceed 3 weeks. A repeat episode of detoxification may not be initiated until 4 weeks after the completion of the previous detoxification.

## HOW SUPPLIED

**METHADOSE® Dispersible Tablets (Methadone Hydrochloride Tablets, USP):**

40 mg (white, quadrisect) (Identified METHADOSE 40) NDC 0406-0540-34: Bottles of 100 tablets

Store at 20° to 25°C (68° to 77°F) [see USP Controlled Room Temperature].

METHADOSE® is Mallinckrodt Inc.'s brand of Methadone Hydrochloride, USP.

tyco
Healthcare

Mallinckrodt Inc.
St. Louis, MO 63134, USA

*Mallinckrodt*

Rev 112104    MG #13776
98017

## Methadone Hydrochloride Tablets USP 40 mg (Dispersible, Orange Flavored) (Methadone Hydrochloride Tablets for Oral Suspension, USP)

**For Methadone Treatment Programs**

**Rx only**

CONDITIONS FOR DISTRIBUTION AND USE OF METHADONE PRODUCTS:
Code of Federal Regulations,
Title 21, Sec. 291.505

METHADONE PRODUCTS, WHEN USED FOR THE TREATMENT OF NARCOTIC ADDICTION IN DETOXIFICATION OR MAINTENANCE PROGRAMS, SHALL BE DISPENSED ONLY BY APPROVED HOSPITAL PHARMACIES, APPROVED COMMUNITY PHARMACIES, AND MAINTENANCE PROGRAMS APPROVED BY THE FOOD AND DRUG ADMINISTRATION AND THE DESIGNATED STATE AUTHORITY.

APPROVED MAINTENANCE PROGRAMS SHALL DISPENSE AND USE METHADONE IN ORAL FORM ONLY AND ACCORDING TO TREATMENT REQUIREMENTS STIPULATED IN THE FEDERAL METHADONE REGULATIONS (21 CFR 291.505).

FAILURE TO ABIDE BY THE REQUIREMENTS IN THESE REGULATIONS MAY RESULT IN CRIMINAL PROSECUTION, SEIZURE OF THE DRUG SUPPLY, REVOCATION OF THE PROGRAM APPROVAL, AND INJUNCTION PRECLUDING OPERATION OF THE PROGRAM.

## DESCRIPTION

Methadone hydrochloride tablets for oral suspension, (3-heptanone, 6-(dimethylamino)-4,4-diphenyl-hydrochloride), is a white, essentially odorless, bitter-tasting, crystalline powder. It is very soluble in water, soluble in isopropanol and in chloroform, and practically insoluble in ether and in glycerine. Methadone hydrochloride has a pKa of 8.25 in water at 20°C. Its molecular weight is 345.91 and it has the following structural formula.

$C_{21}H_{27}NO \cdot HCl$          MW = 345.91

The preparation of methadone hydrochloride for oral suspension has been formulated with insoluble inactive excipients to deter the use of this drug by injection.

Each methadone hydrochloride tablet for oral suspension contains:

Methadone Hydrochloride USP .................. 40 mg (0.116 mmol)

In addition, each tablet also contains: colloidal silicon dioxide NF, dibasic calcium phosphate dihydrate, USP; magnesium stearate, NF; microcrystalline cellulose, NF; pregelatinized starch, NF; stearic acid, NF; orange blend: FD&C yellow #6, FD&C yellow #6 lake, and FD&C yellow #5 lake; orange flavor.

## CLINICAL PHARMACOLOGY

Methadone hydrochloride is a synthetic narcotic analgesic with multiple actions quantitatively similar to those of morphine, the most prominent of which involve the central nervous system and organs composed of smooth muscle. The principal actions of therapeutic value are analgesia and sedation and detoxification or maintenance in narcotic addiction. The methadone abstinence syndrome, although qualitatively similar to that of morphine, differs in that the onset is slower, the course is more prolonged, and the symptoms are less severe.

When administered orally, methadone is approximately one-half as potent as when given parenterally. Oral administration results in a delay of the onset, a lowering of the peak, and an increase in the duration of analgesic effect.

## INDICATIONS AND USAGE

1. Detoxification treatment of narcotic addiction (heroin or other morphine-like drugs).

2. Maintenance treatment of narcotic addiction with appropriate social and medical services.

## NOTE

If methadone is administered for treatment of heroin dependence for more than three weeks, the procedure passes from treatment of the acute withdrawal syndrome (detoxification) to maintenance therapy. Maintenance treatment is permitted to be undertaken only by approved methadone programs. This does not preclude the maintenance treatment of an addict who is hospitalized for medical conditions other than addiction and who requires temporary maintenance during the critical period of his/her stay or whose enrollment has been verified in a program which has approval for maintenance treatment with methadone.

## CONTRAINDICATIONS

Hypersensitivity to methadone.

## WARNINGS

Methadone hydrochloride tablets are for oral administration only. This preparation contains insoluble excipients and therefore must not be injected. It is required that the methadone hydrochloride tablets, if dispensed, be packaged in child-resistant containers and kept out of the reach of children to prevent accidental ingestion.

Methadone hydrochloride, a narcotic, is a Schedule II controlled substance under the Federal Controlled Substances Act. Appropriate security measures should be taken to safeguard stocks of methadone against diversion.

DRUG DEPENDENCE - METHADONE CAN PRODUCE DRUG DEPENDENCE OF THE MORPHINE TYPE AND, THEREFORE, HAS THE POTENTIAL FOR BEING ABUSED. PSYCHIC DEPENDENCE, PHYSICAL DEPENDENCE, AND TOLERANCE MAY DEVELOP ON REPEATED ADMINISTRATION OF METHADONE, AND IT SHOULD BE PRESCRIBED AND ADMINISTERED WITH THE SAME DEGREE OF CAUTION APPROPRIATE TO THE USE OF MORPHINE.

*Interaction with Other Central Nervous System Depressants* - Methadone should be used with caution and in reduced dosage in patients who are concurrently receiving other narcotic analgesics, general anesthetics, phenothiazines, other tranquilizers, sedative-hypnotics, tricyclic antidepressants, and other CNS depressants (including alcohol). Respiratory depression, hypotension, and profound sedation or coma may result.

*Anxiety* - Since methadone, as used by tolerant subjects at a constant maintenance dosage, is not a tranquilizer, patients who are maintained on this drug will react to life problems and stresses with the same symptoms of anxiety as do other individuals. The physician should not confuse such symptoms with those of narcotic abstinence and should not attempt to treat anxiety by increasing the dosage of methadone. The action of methadone in maintenance treatment is limited to the control of narcotic symptoms and is ineffective for relief of general anxiety.

*Head Injury and Increased Intracranial Pressure* - The respiratory depressant effects of methadone and its capacity to elevate cerebrospinal-fluid pressure may be markedly exaggerated in the presence of increased intracranial pressure. Furthermore, narcotics produce side effects which may obscure the clinical course of patients with head injuries. In such patients, methadone must be used with caution and only if it is deemed essential.

*Asthma and Other Respiratory Conditions* - Methadone should be used with caution in patients having an acute asthmatic attack, in those with chronic obstructive pulmonary disease or cor pulmonale, and in individuals with a substantially decreased respiratory reserve, preexisting respiratory depression, hypoxia, or hypercapnia. In such patients, even usual therapeutic doses of narcotics may decrease respiratory drive while simultaneously increasing airway resistance to the point of apnea.

*Hypotensive Effect* - The administration of methadone may result in severe hypotension in an individual whose ability to maintain his blood pressure has already been compromised by a depleted blood volume or concurrent administration of such drugs as the phenothiazines or certain anesthetics.

*Use in Ambulatory Patients* - Methadone may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks, such as driving a car or operating machinery. The patient should be cautioned accordingly.

Methadone, like other narcotics, may produce orthostatic hypotension in ambulatory patients.

*Use in Pregnancy* - Safe use in pregnancy has not been established in relation to possible adverse effects on fetal development. Therefore, methadone should not be used in pregnant women unless, in the judgment of the physician, the potential benefits outweigh the possible hazards.

## PRECAUTIONS

*Drug Interactions:*
**Pentazocine** - Patients who are addicted to heroin or who are on the methadone maintenance program may experience withdrawal symptoms when given an opioid agonist-antagonist, such as pentazocine.

**Rifampin** - The concurrent administration of rifampin may adversely reduce the blood concentration of methadone to a degree sufficient to produce withdrawal symptoms. The mechanism by which rifampin can decrease blood concentrations of methadone is not fully understood, although enhanced microsomal drug-metabolizing enzymes may influence drug disposition.

**Monoamine Oxidase (MAO) Inhibitors** - Therapeutic doses of meperidine have precipitated severe reactions in patients concurrently receiving monoamine oxidase inhibitors or those who have received such agents within 14 days. Similar reactions thus far have not been reported with methadone; but if the use of methadone is necessary in such patients, a sensitivity test should be performed in which repeated small incremental doses are administered over the course of several hours while the patient's condition and vital signs are under careful observation.

**Desipramine** - Blood levels of desipramine have increased with concurrent methadone therapy.

*Special-Risk Patients:* Methadone should be given with caution and the initial dose should be reduced in certain patients, such as the elderly or debilitated and those with severe impairment of hepatic or renal function, hypothyroidism, Addison's disease, prostatic hypertrophy, or urethral stricture.

*Acute Abdominal Conditions* - The administration of methadone or other narcotics may obscure the diagnosis or clinical course in patients with acute abdominal conditions.

## ADVERSE REACTIONS

*Heroin Withdrawal* - During the induction phase of methadone maintenance treatment, patients are being withdrawn from heroin and may therefore show typical withdrawal symptoms, which should be differentiated from adverse effects of methadone itself. They may exhibit some or all of the following withdrawal symptoms associated with acute withdrawal from heroin or other opiates: lacrimation, rhinorrhea, sneezing, yawning, excessive perspiration, goose-flesh, fever, chilliness alternating with flushing, restlessness, irritability, "sleepy yen", weakness, anxiety, depression, dilated pupils, tremors, tachycardia, abdominal cramps, body aches, involuntary twitching, and kicking movements, anorexia, nausea, vomiting, diarrhea, intestinal spasms, and weight loss.

*Initial Administration* - Initially, the dosage of methadone should be carefully titrated to the individual. Induction too rapid for the patient's sensitivity is more likely to produce the following effects.

THE MAJOR HAZARDS OF METHADONE, AS OF OTHER NARCOTIC ANALGESICS, ARE RESPIRATORY DEPRESSION AND, TO A LESSER DEGREE, CIRCULATORY DEPRESSION; RESPIRATORY ARREST, SHOCK, AND CARDIAC ARREST HAVE OCCURRED.

The most frequently observed adverse reactions include lightheadedness, dizziness, sedation, nausea, vomiting, and sweating. These effects seem to be more prominent in ambulatory patients and in those who are not suffering severe chronic pain. In such individuals, lower doses are advisable. Some adverse reactions may be alleviated in the ambulatory patient if he lies down.

Other adverse reactions include the following:

**Central Nervous System** - Euphoria, dysphoria, weakness, headache, insomnia, agitation, disorientation, and visual disturbances.

**Gastrointestinal** - Dry mouth, anorexia, constipation and biliary tract spasm.

**Cardiovascular** - Flushing of the face, bradycardia, palpitation, faintness, and syncope.

**Genitourinary** - Urinary retention or hesitancy, antidiuretic effect, and reduced libido and/or potency.

**Allergic** - Pruritus, urticaria, other skin rashes, edema, and, rarely, hemorrhagic urticaria.

**Hematologic** - Reversible thrombocytopenia has been described in a narcotic addict with chronic hepatitis.

**Maintenance on a Stabilized Dose** - During prolonged administration of methadone, as in a methadone maintenance treatment program, there is a gradual, yet progressive, disappearance of side effects over a period of several weeks. However, constipation and sweating often persist.

## OVERDOSAGE

**Signs and Symptoms** - Methadone is an opioid and produces effects similar to those of morphine. Symptoms of overdose begin within seconds after intravenous administration and within minutes of nasal, oral, or rectal administration. Prominent symptoms are miosis, respiratory depression, somnolence, coma, cold clammy skin, skeletal muscle flaccidity that may progress to hypotension, apnea, bradycardia, and death. Noncardiac pulmonary edema may occur, and monitoring of heart filling pressures may be helpful.

**Treatment** - To obtain up-to-date information about the treatment of overdose, a good resource is your certified Regional Poison Control Center. Telephone numbers of certified poison control centers are listed in the *Physicians' Desk Reference* (*PDR*). In managing overdosage, consider the possibility of multiple drug overdoses, interaction among drugs, and usual drug kinetics in your patient.

Initial management of opioid overdose should include establishment of a secure airway and support of ventilation and perfusion. Naloxone may be given to antagonize opioid effects; but the airway must be secured as vomiting may ensue. **The duration of methadone effect is much longer (36 to 48 hours) than the duration of naloxone effect (1 to 3 hours), and repeated doses (or continuous intravenous infusion) of naloxone may be required.**

If the patient has chronically abused opioids, administration of naloxone may precipitate a withdrawal syndrome that may include yawning, tearing, restlessness, sweating, dilated pupils, piloerection, vomiting, diarrhea, and abdominal cramps. If these symptoms develop, they should abate quickly as the effects of naloxone dissipate.

If methadone has been taken by mouth, protect the patient's airway and support ventilation and perfusion. Meticulously monitor and maintain, within acceptable limits, the patient's vital signs, blood gases, serum electrolytes, etc. Absorption of drugs from the gastrointestinal tract may be decreased by giving activated charcoal, which, in many cases, is more effective than emesis or lavage; consider charcoal instead of or in addition to gastric emptying. Repeated doses of charcoal over time may hasten elimination of some drugs that have been absorbed. Safeguard the patient's airway when employing gastric emptying or charcoal.

Forced diuresis, peritoneal dialysis, hemodialysis, or charcoal hemoperfusion have not been established as beneficial for an overdose of methadone.

## NOTE

IN AN INDIVIDUAL, PHYSICALLY DEPENDENT ON NARCOTICS, THE ADMINISTRATION OF THE USUAL DOSE OF A NARCOTIC ANTAGONIST WILL PRECIPITATE AN ACUTE WITHDRAWAL SYNDROME. THE SEVERITY OF THIS SYNDROME WILL DEPEND ON THE DEGREE OF PHYSICAL DEPENDENCE AND THE DOSE OF THE ANTAGONIST ADMINISTERED. THE USE OF A NARCOTIC ANTAGONIST IN SUCH A PERSON SHOULD BE AVOIDED IF POSSIBLE. IF IT MUST BE USED TO TREAT SERIOUS RESPIRATORY DEPRESSION IN THE PHYSICALLY DEPENDENT PATIENT, THE ANTAGONIST SHOULD BE ADMINISTERED WITH EXTREME CARE AND BY TITRATION WITH SMALLER THAN USUAL DOSES OF THE ANTAGONIST.

## DOSAGE AND ADMINISTRATION

**Methadone Hydrochloride Tablets for Oral Suspension are intended for dispersion in a liquid prior to oral administration of the prescribed dose.**

*For Detoxification Treatment* - THE DRUG SHALL BE ADMINISTERED DAILY UNDER CLOSE SUPERVISION AS FOLLOWS:

A detoxification treatment course shall not exceed 21 days and may not be repeated earlier than 4 weeks after completion of the preceding course.

In detoxification, the patient may receive methadone when there are significant symptoms of withdrawal. The dosage schedules indicated below are recommended but could be varied in accordance with clinical judgment to include prior doses of up to 20 mg of methadone will often be sufficient to suppress withdrawal symptoms. Additional methadone may be provided if withdrawal symptoms are not suppressed or if symptoms reappear. When patients are physically dependent on high doses, it may be necessary to exceed these levels. Forty mg/day in single or divided doses will usually constitute an adequate stabilizing dosage level. Stabilization may be continued for 2 to 3 days, and then the amount of methadone normally will be gradually decreased. The rate at which methadone is decreased will be determined separately for each patient. The dose of methadone can be decreased on a daily basis or at 2-day intervals, but the amount of intake shall always be sufficient to keep withdrawal symptoms at a tolerable level. In hospitalized patients, a daily reduction of 20% of the total daily dose may be tolerated and may cause little discomfort. In ambulatory patients, a somewhat slower schedule may be needed. In methadone

is administered for more than 3 weeks, the procedure is considered to have progressed from detoxification or treatment of the acute withdrawal syndrome to maintenance treatment, even though the goal and intent may be eventual total withdrawal.

*For Maintenance Treatment* - In maintenance treatment, the initial dosage of methadone should control the abstinence symptoms that follow withdrawal of narcotic drugs but should not be so great as to cause sedation, respiratory depression, or other effects of acute intoxication. It is important that the initial dosage be adjusted on an individual basis to the narcotic tolerance of the new patient. If such a patient then has been shown to be a heavy user, the initial single oral dose may be given 20 mg 1 to 4 hours later or ½ hour to 1 hour after the oral dose. If the patient enters treatment with little or no narcotic tolerance (e.g., if he/she has recently been released from jail or other confinement), the initial dosage should be one half these quantities. Where there is any doubt, the smaller dose should be used initially. The patient should then be kept under observation, and, if symptoms of abstinence are distressing, additional 10-mg doses may be administered as needed. Subsequently, the dosage should be adjusted individually, as tolerated and required, up to a level of 120 mg daily. The patient will initially ingest the drug under observation daily, or at least 6 days a week, for the first 3 months. After demonstrating satisfactory adherence to the program regulations for at least 3 months, the patient may be permitted to reduce to 5 times weekly the occasions when he/she must ingest the drug under observation. The patient shall receive no more than a 2-day take-home supply. With continuing adherence to the program's requirements for at least 2 years, he/she may then be permitted twice-weekly visits to the program for drug ingestion under observation, with a 3-day take-home supply. A daily dose of 120 mg or more shall be justified in the medical record. Prior approval from state authority and the Food and Drug Administration is required for any dose above 120 mg administered at the clinic and for any dose above 100 mg to be taken at home. A regular review of dosage level should be made by the responsible physician, with careful consideration given to reduction of dosage as indicated on an individual basis. A new dosage level is only a test level until stability is achieved.

*Special Circumstances for a Pregnant Patient* - Caution shall be taken in the maintenance treatment of pregnant patients. Dosage levels shall be kept as low as possible if continued methadone treatment is deemed necessary. It is the responsibility of the program sponsor to assure that each female patient be fully informed concerning the possible risks to a pregnant woman or her unborn child from the use of methadone.

### Special Limitations:

### Treatment of Patients Under Age 18

1. The safety and effectiveness of methadone for use in the treatment of adolescents have not been proved by adequate clinical study. Special procedures are therefore necessary to assure that patients under age 16 will not be admitted to a program and that patients between 16 and 18 years of age will be admitted to maintenance treatment only under limited conditions.

2. Patients between 16 and 18 years of age who were enrolled and under treatment in approved programs on December 15, 1972, may continue in maintenance treatment. No new patients between 16 and 18 years of age may be admitted to a maintenance treatment program after March 15, 1973, unless a parent, legal guardian, or responsible adult designated by the state authority completes and signs Form FD 3635, "Consent for Methadone Treatment."

Methadone treatment of new patients between the ages of 16 and 18 years will be permitted after December 15, 1972, only with a documented history of 2 or more unsuccessful attempts at detoxification and a documented history of dependence on heroin or other morphine-like drugs beginning 2 years or more prior to application for treatment. No patient under age 16 may be continued or started on methadone treatment after December 15, 1972, but these patients may be detoxified and retained in the program as a drug-free state for follow-up and aftercare.

3. Patients under age 18 who are not placed on maintenance treatment may be detoxified. Detoxification may not exceed 3 weeks. A repeat episode of detoxification may not be initiated until 4 weeks after the completion of the previous detoxification.

## HOW SUPPLIED

Each methadone hydrochloride tablet for oral suspension contains 40 mg of methadone hydrochloride USP. It is available as a speckled orange colored, rounded rectangular tablet, debossed with "M" over "5540" on one side, & quadrisect on the other with an orange color.

Bottles of 100 ........................................ NDC No. 0406-2540-01

Dispense in a tight, light-resistant container as defined in the USP. Store at 20° to 25°C (68° to 77°F) [see USP Controlled Room Temperature].

*Physicians' Desk Reference* and *PDR* are registered trademarks of Global Informational Licensing.

Mallinckrodt Inc.
St. Louis, MO 63134, U.S.A.

tyco
Healthcare

**Mallinckrodt**

Rev 012705     MG #20680

MNK-T1_0003284683

Shipment Details



FedEx

| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out     Home

Your Shipment Details:

| | | | |
|---|---|---|---|
| Ship to: | FDA-Dept Health & Human Serv<br>CDER (HFD-42)<br>5600 Fishers Lane<br>Rockville, MD  208571706<br>US<br>301-827-2828 | Package Type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared Value:<br>Courtesy Rate Quote | FedEx Pak<br>give to scheduled courier at my locati<br>2 LBS<br>0 x 0 x 0<br>0  USD<br>*9.08 |
| From: | KATHLEEN BAUM<br>Tyco Mallinkrodt<br>675 McDonnell Blvd<br>Hazelwood, MO  63042<br>US<br>314-6542000 | Discounted variable %<br>Special Services:<br>Purpose:<br>Shipment Type: | 0.00<br><br><br>Express |
| Tracking no: | 790101144844 | | |
| Your reference: | 0080113002366656 | | |
| Ship date: | Jul 28 2005 | | |
| Service Type: | Standard Overnight | | |

Print                                                                                                    Return t

Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely cl Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. W claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                    MNK-T1_0003284684