# EXHIBIT 18

Message

| | |
|---|---|
| **From**: | Novak, Rod P [Novak, Rod P] |
| **Sent**: | 11/17/2010 4:14:51 AM |
| **To**: | Webb, Kevin J; Wessler, Michael |
| **Subject**: | FW: ASCP Foundation Pain Management Traineeship |

FYI.

------------------------

**Rod Novak**
Senior Director of Marketing, Specialty Pharmaceuticals
Covidien
675 McDonnell Boulevard
Hazelwood, MO 63042

Office: (314) 654-3737
Cell: (314) 825-2878
Fax:   (314) 654-7129

www.covidien.com

This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.

**From:** Jones, Jason D
**Sent:** Monday, November 15, 2010 4:57 PM
**To:** Novak, Rod P
**Subject:** FW: ASCP Foundation Pain Management Traineeship

Rod:

We have supported the ASCP pain management traineeship for several years.  I believe this is funded through generics, or maybe even Covidien corporate.

I am sending you this so that you are aware, and if you think that there is something to leverage for PENNSAID or EXALGO.

Jason

> **From:** Janice Feinberg [mailto:janicefeinberg@rcn.com]
> **Sent:** Monday, November 15, 2010 11:03 AM
> **To:** Jones, Jason D
> **Cc:** John Feather; Lisa Gables
> **Subject:** ASCP Foundation Pain Management Traineeship
>
> Dear Mr. Jones,
>
> I'm sorry I missed you at the ASCP Annual Meeting.  Several people told me they spoke with you about Covidien's support for the ASCP Foundation Pain Management Traineeship.  I'm sure you received letters from the pharmacists who benefitted from the program this year.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000905348

Last year we followed Covidien's procedure for submitting the request. I have attached last year's proposal for your information. I have requested a Covidien Clinical Education Grant Form and Instructions from PACE@Covidien.com so I can submit a request for the 2011 traineeship.

Covidien's support for this exceptional continuing pharmacy education experience is greatly appreciated.

Sincerely,

Janice L. Feinberg, PharmD, JD
Research Director
ASCP Foundation
Center for Medicines & Healthy Aging
415 E North Water Street, Suite 2301
Chicago, IL 60611
312-755-0026
FAX 312-755-0027
jfeinberg@ascp.com
janicefeinberg@rcn.com
www.ascpfoundation.org
www.medsandaging.org

---

I am using the Free version of SPAMfighter.
SPAMfighter has removed 3559 of my spam emails to date.

Do you have a slow PC? Try free scan!

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER