# EXHIBIT 28

# Mallinckrodt



# Examples of Education and Enabling Tools

## Prescriber

- Validated Risk and Pain Assessment Tools
- Opioid Clinical Management Guide
- Responsible Opioid Prescribing
- Opioid Prescribing Toolkit
- Ask An Expert videos
- Demystifying Opioid Conversion Calculations
- Methadone safe prescribing resources

## Pharmacist

- DEA Pharmacist's Manual
- Verification, Identification, Generalization, Interpretation, Legalization (VIGIL) Process
- Opioid Clinical Management Guide
- Talking to Patients about Opioid Analgesics

## Patient

- Opioid Safe Use and Handling Guide
- My Meds card
- Safe Use and Handling card
- How To Talk To Your Doctor
- Pain Management Journal
- Defeat Chronic Pain Now
- Methadone safe use resources

 

C.A.R.E.S. Alliance℠   ▶ Intent   ▶ Education   ▶ Community Engagement   ▶ Resources   ▶ Contact Us

C.A.R.E.S. Alliance is a service mark of Mallinckrodt LLC. © 2012 Covidien.



◀ Back   🏠 Main Menu