# EXHIBIT 29



*See the Possibilities*

# Endo Commercial Capabilities Overview

**Jeremy Goldberg**

**Managing Director, Corporate Development**



**Confidential**

# Endo's Vision

**"To become a premier specialty pharmaceutical company anchored in pain management with a balanced focus in complementary therapeutic areas"**

**Confidential**

# Endo Profile

◆ Fully integrated specialty pharma company with market leadership in pain management; expanding into complementary therapeutic areas

◆ Established portfolio of branded products including Lidoderm® and Percocet®

◆ Commercial launches of Frova® and DepoDur™ underway

◆ Promising pipeline, with 8 mid-to late-stage products

◆ Strong cash flow and no debt

◆ Experienced and incentivized management team

*See the Possibilities*

**Confidential**



# Endo Commercial Performance:
# Selected Financial Highlights - Full Year

(dollars in millions, except per share data)

| | 2001 | 2002 | 2003 | 2004 | 2005E [3] |
|---|---|---|---|---|---|
| **Net Sales** | $252.0 | $399.0 | $595.6 | $615.1 | $800-825 |
| **Gross Profit** | $177.1 | $300.1 | $459.9 | $474.1 | --- |
| **SG&A** | $79.5 | $110.9 | $155.8 | $180.2 | --- |
| **R&D** | $39.0 | $56.8 | $51.0 | $50.5 | --- |
| **Consolidated EBITDA** [1] | $79.5 | $158.1 | $266.2 | $256.3 | --- |
| **Net Income** [2] | $27.6 | $85.9 | $173.6 | $153.7 | --- |
| **Diluted EPS** [2] | $0.30 | $0.84 | $1.31 | $1.16 | $1.68-1.73 |

(1)    As defined by Endo's credit facility
(2)    Excluding special charges
(3)    Company Guidance

*See the Possibilities*



**Confidential**

# Growth Strategy

◆ Capitalize on established brand names and brand awareness through focused marketing, promotional and educational efforts

◆ Develop/acquire proprietary products in our therapeutic areas

◆ Build balanced, sustainable pipeline across development phases

◆ Strengthen position in Pain Management and drive expansion into complementary therapeutic areas such as:

   ● Neurology

   ● Perioperative Care

   ● Supportive Care Oncology

*See the Possibilities*



# Pain Market: Large, Attractive Opportunity

## *Rx Pain Market: $19 Billion*



5-Year $ CAGR:
Opioid        20%
Non-Opioid    14%

$6.3B

$12.6B

Non-Opioid    Opioid

*Data for 12 mos. ended 12/31/04*

Source: IMS Sales Perspectives, 12/04

## Growth Drivers

◆ Changing attitudes toward pain management

◆ Aging population

◆ Increase in number of surgical procedures/chronic pain conditions

◆ Introduction of new forms of pain medications

*See the Possibilities*



**Confidential**

# Substantial Pipeline Opportunities

| Filed | Status |
|---|---|
| Oxymorphone ER [1] and IR | Complete response to approvable letters expected to be filed by early 2006 |

| In Development | | |
|---|---|---|
| Frova® (MRM indication) [2] | | |
| Rapinyl™ [3] | (1) Co-developed | |
| Topical ketoprofen patch [3] | (2) Licensed marketing rights | |
| Propofol IDD-D™ [2] | (3) Licensed marketing and development rights | |
| Lidoderm® (other indications) | | |
| LidoPAIN® BP [2] | | |
| Transdermal sufentanil patch [3] | | |
| CHRONOGESIC™ [2] | | |

*See the Possibilities*



**Confidential**

# Our Business Model = Optimization of Partners' Products

|  | ODT | Oral Solid | Oral Solid ER | Parenteral | Transdermal and Topical | Implant |
|---|---|---|---|---|---|---|
| *Product* | **Rapinyl™** | **Frova®** <br> **Frova.** <br> frovatriptan succinate <br> 2.5mg Tablets | **Oxymorphone** | **DepoDur™** <br> **DepoDur™** <br> (morphine sulfate extended-release liposome injection) <br> **Propofol** <br> **IDD-D™** | **Sufentanil** <br><br> **Ketoprofen** <br> **(Topical)** | **Chronogesic®** <br><br> **DURECT** |
| *Partner* | Orexo AB <br><br> orexo | Vernalis plc <br><br> Vernalis | Penwest <br><br> Penwest | SkyePharma plc <br><br> SkyePharma | Durect ProEthic <br><br> DURECT <br><br> ProEthic | Durect <br><br> DURECT |
| *Status* | **Phase 2** | **MRM** <br> **Phase 3** | **IND to NDA in 4 years** | **Phase 3** | **Phase 2** <br><br> **Phase 2/3** | **Phase 2** |

*See the Possibilities*

**Confidential**

7



# Our Business Model <u>is</u> Partnerships…

◆ **Track Record of Success and Financial Health**
- Alignment of Endo strategy with Biovail goals
- Organization and operating model that delivers results

◆ **Drug Safety and Commercial Expertise to support Tramadol ER Partnership**
- Outstanding S&OP process
  - Minimizes burden on Biovail supply chain
  - Secures on going 100% service levels to maximize product value

◆ **Partnership Culture**
- Alignment of common interests and balance of rewards
- Alliance Management organization





*See the Possibilities*

# Driving Commercial Success

**Mark Gossett**

**Senior Vice President,**

**Commercial Business**



**Confidential**

# Strong Commercial Capability

◆ Targeted sales and marketing effort has produced strong revenue growth:

  ● 24% net sales CAGR 2002-2004

  • 93% Lidoderm® net sales CAGR 2002-2004

◆ Three distinct sales forces totaling 370 reps calling on approximately 55,000 physicians across the U.S.

◆ Lidoderm® and Frova® are promoted through highly-focused sales forces:

  – 90 specialty representatives

  – 220 primary care representatives

✦ DepoDur™ has 70 hospital-based representatives currently targeting 1,000 of the largest surgical hospitals in the U.S.

◆ Leveraging our commercial infrastructure by adding new products in areas where we have established a strong presence:

  ● Pain management specialists, neurologists, oncologists

  ● High-prescribing primary care physicians

  ● Anesthesiologists, surgeons

*See the Possibilities*



**Confidential**

10

# The Company that Percocet® built

◆ Percodan®

◆ Percocet®

- First launched by DuPont in 1976
- Endo grew from $40 million to $214 million (2003)
- "Gold standard" in pain management
    - Approximately 77% of prescriptions for oxycodone with acetaminophen written as "Percocet"[1]
- Significant generic competition
- Life-cycle management program to address market needs

(1) Source  IMS NPA

*See the Possibilities*

**Confidential**



# The company that built Percocet®



*See the Possibilities*

**Confidential**



# The company that is building Lidoderm®



◆ Topical patch launched in 1999
   n covered by patents through 2015

◆ First FDA-approved drug for the treatment of the pain of post-herpetic neuralgia (PHN), a form of neuropathic pain

◆ Provides analgesia (without anesthesia) directly to the affected nerves

*See the Possibilities*

**Confidential**

13

# Lidoderm® Net Sales

*($ in millions)*



*Represents high end of company guidance of $390-$400 million



# Lidoderm® Patches Dispensed



Note: Data represents total patches dispensed
Source: IMS NPA, 6/05

**Quarter Ended**



# Broadening our Pain/CNS position Frova®



- ◆ Triptan indicated for acute treatment of migraine headaches in adults
- ◆ Commercial strategy to implement marketing, education and clinical plan to differentiate Frova in the marketplace
  - Long half life
  - Low recurrence rate
- ◆ Target specialty physician audience
  - Focus on neurologists, pain management specialists
  - Leverage existing coverage of high prescribers
  - Create advocacy base among thought leaders
- ◆ Phase III development ongoing for MRM prophylaxis indication

*See the Possibilities*



**Confidential**

# Rapid Internalization of Frova®

◆ Initial contact              3/30/04

◆ First meeting                4/20/04

◆ Deal signing                 7/14/04

◆ Deal closing                 8/17/04

◆ Launch meeting               8/23-27/04

*See the Possibilities*

**Confidential**



# Deepening our core business: DepoDur™



- ◆ Encapsulated morphine sulfate
- ◆ Epidural injection with up to 48-hour extended-release delivery
- ◆ Changing the paradigm for post-surgical pain management
- ◆ Indicated for the treatment of pain following major surgery such as:
  - Lower Abdominal Surgery
  - Hip Arthroplasty
  - Knee Arthroplasty
  - Scheduled Caesarean Section
- ◆ Commercial shipments initiated December 2004

*See the Possibilities*

**Confidential**

18



# Time is of the essence



**Key Launch Activities**
- Formulary reviews
- Education / In-service
- Initial stocking

**Peri-Launch Phase**

**Full Commercial Launch**

## Commercial Readiness for Launch Success

**Promotion materials**

DDMAC submission ready in

July (5 weeks after approval)

**Pricing**

Primary market research

complete in August (6 weeks)

**Sales Force Sizing**

Preliminary sizing analysis complete

Recruiting to begin in June (4 weeks)

Strike force (n=25) on board by Aug 1 (10 weeks)

Sales training materials completed by Aug 1 (10 weeks)

*See the Possibilities*



# Real World Launch Experience with DepoDur™

DepoDur™ ONE (Peri-Operative New Experience Program)

- ◆ Conception                                                  7/28/04
- ◆ Training website/on-line program start:          9/9/04
- ◆ First DepoDur™ shipment:                            9/27/04
- ◆ First patient in (FPI):                                   ~9/28/04
- ◆ Last patient out (LPO)                               ~3/1/05

- ◆ Objectives:
  - To train physicians on the use and administration of DepoDur™ and obtain feedback regarding the physician's training materials
  - To obtain "real world" hospital experience with DepoDur™ in a variety of surgical procedures

*See the Possibilities*



**Confidential**

# Endo - Experienced Commercialization Partner

**Proven expertise in trademark process**

- ◆ DepoDur™ Success
  - ● Submission of proposed proprietary name 2/02/04
  - ● DMETS accepts name                                    4/28/04
  - ● Final approval for the NDA 5/18/04

- ◆ DMETS average review time is 83 days (through 2004) for all NDA, ANDA and IND applications
  - ● Specific review time for already approved products is not reported

*See the Possibilities*

**Confidential**



# Rapid Integration & Expansion to Maximize Our Partners' Brands

- Expanded to optimize targets for Lidoderm®
- Expanded to reach primary targets for Frova®
- Built new sales force infrastructure to support launch of DepoDur™

- *Endo will build & expand to optimize Tramadol ER*

|  | 2004 | 2005 | % Increase |
|---|---|---|---|
| Pharma | 161 | 220 | 37% |
| Specialty | 70 | 90 | 29% |
| Hospital | 25 | 70 | 180% |

*See the Possibilities*



**Confidential**

# 2005 Sales Force Structure

| Sales Force | Size | Products Promoted | Current Audience |
|---|---|---|---|
| Pharma | 220 | Lidoderm® Frova® | 32K PCPs & ORS |
| Specialty | 90 | Lidoderm® Frova® | 13K Neuro, Pain Mgmt, & PMRs |
| Hospital | 70 | DepoDur™ | 1K surgical hospitals; Anes, High Volume ORS |

*See the Possibilities*



**Confidential**

23



*See the Possibilities*

# Developing Physician Advocacy

**Bradley Galer, MD**

**Senior Medical Officer**

**Group Vice President, Scientific Affairs**



**Confidential**

# Medicalization of Marketed Products

## Endo Scientific Affairs (S.A.):

◆ Why are we unique?

◆ What are our responsibilities?

◆ Who are we?

◆ What are some of our accomplishments?

*See the Possibilities*



**Confidential**

# We are unique

- **Relationships, relationships, relationships**
  - Forged over years on multiple levels
- **Endo team respected by KOLs**
  - Pain clinicians
  - Opioid management
  - Analgesic clinical research design
  - Pain Pharmacoeconomics
  - Peer Reviewers for pain journals
- Excellent long-term synergy between S.A. and Marketing

*See the Possibilities*

**Confidential**

26



# What we do

◆ **Insure maximal output of scientifically compelling data in an efficient and persuasive manner**

  ● Phase 3B & 4 Studies, as well as Grant-in-Aid

    – Design
    – Execution
    – Data interpretation
    – Abstracts / Posters
    – Advisory Boards
    – CME activities
    – Manuscripts
      Book Chapters

*See the Possibilities*



**Confidential**

PAIN MEDICINE
Volume 3 • Number 4 • 2002

**Lidocaine Patch 5% Reduces Pain Intensity and Interference with Quality of Life in Patients With Postherpetic Neuralgia: An Effectiveness Trial**

Nathaniel P. Katz, MD,* Arnold R. Gammaitoni, PharmD,† Matthew W. Davis, MD, RPh,† Robert H. Dworkin, PhD,‡ and the Lidoderm Patch Study Group

*Harvard Medical School, Boston, Massachusetts; †Endo Pharmaceuticals Inc., Chadds Ford, Pennsylvania; ‡University of Rochester School of Medicine and Dentistry, Rochester, New York

---

ORIGINAL CONTRIBUTION

---

Effectiveness, Tolerability, and Impact on Quality of Life of the 5% Lidocaine Patch in Diabetic Polyneuropathy

Richard L. Barbano, MD, PhD; David N. Herrmann, MBBCh; Stephanie Hart-Gouleau, MD; Janet Pennella-Vaughan, MS, NP; Peter A. Lodewick, MD; Robert H. Dworkin, PhD

**Arch Neurol**

# Targeted Topical Peripheral Analgesics in the Management of

Charles E. Argoff, MD

PAIN MEDICINE
Volume 3 • Number 4 • 2002

**Curr Pain & HA Reports**

CASE REPORTS

---

**Use of Lidocaine Patch 5% for Chronic Low Back Pain: A Report of Four Cases**

Robert Hines. MD. Diane Keanev. RN. BSN. Michael H. Moskowitz, MD, and Steven Prakken, MD

Assessment of Pain Quality in Chronic Neuropathic and Nociceptive Pain Clinical Trials With the Neuropathic Pain Scale

Mark P. Jensen,*,† Robert H. Dworkin,‡ Arnold R. Gammaitoni,§ David O. Olaleye,§ Napoleon Oleka,§ and Bradley S. Galer§

*See the Possibilities*

**Confidential**

28



# S.A. - Responsibilities

◆ **Build and maintain therapeutic area relationships**

- *We already have relations (> 10 yrs!)*

    On personal level

- CD & E activities

- GIA

- Advisory Boards

- Writing manuscripts/chapters with KOLs



# S.A. - Responsibilities

◆ Develop sound PE strategy & data
   ● demonstration of economic value and advantages for products to
      – **Patients**
      – **Health care providers**
      – **Formulary Committees**
         **Payers- managed care entities, Medicaid, Medicare**

◆ Insure all post-marketing safety surveillance meets FDA requirements
   ● Develop and monitor RMPs

◆ Appropriate medical training of sales force

*See the Possibilities*



# S.A. - Postmarketing Support

◆ **Medical Affairs**

- **Design/execution of Ph 3B & 4 studies**
- **Publication plan (posters & manuscripts)**
  **2004**
  - **110 abstracts**
  - **80 posters**
  - **20 manuscripts**
  - **several book chapters**
- **Grant-in-Aid Studies**
  **18 studies funded**
  **7 posters; 2 manuscripts**

*See the Possibilities*



# S.A. - Postmarketing Support

◆ **Clinical Development & Education (CD&E)**
  - **Long-standing (10 yr +) & primary relationships with National & Regional Experts**
    – **Pain Specialists                         - PCP**
    – **Oncologist                    - Rheumatology**
    – **Palliative Care               - NP, PA**
  - **Well-established relationships w/ national/regional societies to support and provide input on major initiatives**
    **APS, AAPMed, AAPMgmt, IASP, APF, ASPMN, ONS, MASCC, AAFP, ACP, AAN, STFM, ASAM, AOA, ASPAN, AACPI, ASHP, ACPA, NPF, RSDSA, AHS, NHF, ACHE, AAPMR, ACR, AGS, ASRA, AANA, ASA, NSSORA, AAPA, AAHPM, AANP**
  - **CME & Educational activities with national impact that establishes scientific and clinical approach to pain management**
    – **National Initiative on Pain Control**
    – **Symposium at National Medical meetings**
      - **2006 APS: *Update on Opioid Analgesics: Receptors, Research, Regulations and Real Patients***
    **APS and PCP Residence Pain Course**
    – **Health & Human Services Pain Initiative**
    – **Neuropathic Pain Guidelines**

*See the Possibilities*

**Confidential**

32



# CD&E:  Pyramid of Influence



**A Coordinated Approach:**

◆ **Generate advocacy among national and regional opinion leaders through advisory boards**

◆ **Establish treatment algorithms in partnership with national societies**

◆ **Improve awareness among general public via public health announcements, 3rd party media relations**

◆ **Initiate influence mapping in order to identify key influencers**

*See the Possibilities*



**Confidential**

33

# National Initiative on Pain Control
## NIPC
*Impacted > 150,000 physicians since 2001*

| Therapeutic Area | # Prog. | Reach |
|------------------|---------|-------|
| Neuropathic Pain | 218 | 22,180 |
| Low Back Pain | 45 | 3,150 |
| Opioid Analgesia | 85 | 10,985 |
| Web-based CME | 2 | 3,512 |
| Peer-reviewed Pubs | 11 | 609,100 |
| CE- accred. Pubs | 12 | 625,000 |
| Total | 373 | 1,273,927 |

# 2004 Metrics

*See the Possibilities*

**Confidential**

34



# PainEdu.org

- Online community for health care providers
- Continuing education programs
- PainEdu.org Manual: A Clinical Companion
- Information and resources from the National Initiative on Pain Control® (NIPC®)
- Interactive Clinician Tools
- News articles and Resources

*See the Possibilities*

**Confidential**



**PainEDU**.org
IMPROVING PAIN TREATMENT THROUGH EDUCATION

E-MAIL ADDRESS _____ PASSWORD _____ 

FORGOT YOUR PASSWORD?    NOT REGISTERED? 

PAINEDU COURSE  ·  SPOTLIGHT  ·  ROUNDTABLE  ·  BOOK REVIEWS  ·  TOOLS  ·  POPULATIONS  ·  NEWS AND RESOURCES



## JOB SAFETY WITH THE MEDICATED PATIENT

The issue regarding use of medications in the workplace, especially in safety-sensitive jobs, is of widespread concern. What are the treatment options for a patient employed in a safety-sensitive job? This month's clinical roundtable takes a look at this pressing issue. GO 

### CLINICAL ROUNDTABLE
LEARN HOW PAIN MANAGEMENT EXPERTS HANDLE CRITICAL PAIN ISSUES WITH THEIR PATIENTS.

### IN THE SPOTLIGHT
READ OUR MONTHLY INTERVIEWS WITH LEADERS IN THE PAIN MANAGEMENT FIELD.

### BOOK REVIEW
CHECK-OUT EXPERT REVIEWS ON PAIN MANAGEMENT BOOKS FOR PATIENTS.

## NIPC


**NATIONAL INITIATIVE ON PAIN CONTROL**™

NIPC™ has developed educational resources ranging from physician tools, downloadable slides, and web-based / live CME activities for clinicians.

Click for more ▶

## SOAPP

Concerned about prescribing opioids? Find out more about the Screener and Opioid Assessment for Patients with Pain.

Click for more ▶

## PAINEDU COURSE



### Online Interactive Course
This interactive, pain management course is designed for:

✓ Physicians  ✓ Nurses
✓ Pharmacists  ✓ Psychologists

Earn **NO COST** continuing education credits right now! ▶

**ACCREDITING AGENCIES**
    

## CLINICIAN MANUAL

### The PainEDU.org Manual: A Clinical Companion

Enhance patient care with this no-cost comprehensive pain management resource.

✓ Based on latest pain management research
✓ Includes medication information
✓ Details treatment options
✓ Can be used as a staff training tool

*Click here to order or download, it's FREE!* ▶

Last Update  Newsletter · Tell a Colleague · Rate This Site · Terms of Use · About Us · Contact Us · Site Map

8/27/2004 ©2004 All rights reserved. Inflexxion® Inc. Supported by an unrestricted educational grant from Endo Pharmaceuticals

# Education for Primary Care

◆ **Dept. of Health & Human Services/Office of Women's Health Initiatives**
- "*Breakthroughs & Challenges in the Management of Common Chronic Pain Conditions*"
- Teaching slides to dept. chairs & residency program directors
- *Clinical Courier* CME monograph (dist = 50,000 PCP)
- "*Pain in Older Adults*" case-based CME-accredited publication (dist = 50,000 PCPs)
- "Management of Pain in Older Persons" peer-reviewed journal article

◆ **PriMed Conferences & Enduring Materials**
- 12 City Group Regional Meetings (3000 participants)
- 2 PriMed Update Meetings (750+ participants)
- PriMed Pocket Guide (60,000 PCPs)
- PriMed in Practice Monograph (60,000 PCPs)
- Peer reviewed supplement to "Journal of Family Practice" (91,000 PCPs)

*See the Possibilities*



**Confidential**

# Long-Term Relationships w/ Key Pain Institutions

- MGH
- Brigham & Women's
- Memorial Sloan Kettering
- Beth Israel (NY & Boston)
- NYU
- UPenn
- Duke
- Vanderbilt
- Northwestern
- Case-Western

- UCSF
- Stanford
- UCLA
- UCSD
- Univ of Wash
- Indiana Univ
- Univ of Mississippi
- Univ of Miami
- Univ of Utah
- Univ of Oregon

*See the Possibilities*



**Confidential**

# The Lidoderm® Roadmap: We've Done It Before

◆ *Excellent synergy between S.A. & Marketing*
◆ Development of advocates → evangelicals
◆ Phase 4 and GIA strategy
  ● Well-crafted stepwise study designs
  ● Well executed publication plan
    – Targeted poster presentations
    – Squeeze every inch ("cm") out of data
    – Orchestrated PR
◆ Novel, multi-venue, multimedia CME
◆ Insure product has 'visibility' during Guideline development

*See the Possibilities*

Confidential





*See the Possibilities*

# Tramadol ER

## *Ensuring Launch Success*



**Confidential**

# Overview

◆ Fit for Tramadol ER

◆ Commercialization of Tramadol ER

- Market Dynamics

- Rapid Integration & Launch Plan (select elements)

- Prescribers/Target Audience

◆ Why Endo for Tramadol ER?

*See the Possibilities*

**Confidential**

41



# Tramadol ER
## Complement to Endo's Existing & Near-term Portfolio



**Confidential**



# Rapid Deployment & Focused Attention Will Drive Continued Market Growth





# Low Promotional Noise = Ripe Market Opportunity

◆ J&J minimally promoting tramadols in light of generics on both brands

◆ Purdue promotion reduced in light of generic oxycodone ER & Palladone™ withdrawal

◆ Merck no longer promoting Vioxx™

◆ Pfizer no longer promoting Bextra™



*See the Possibilities*

**Confidential**



# Tramadol ER Market Definition

◆ Moderate to Moderately Severe Pain

◆ Competition

- Primary:
  - Tramadol & tramadol/APAP (brands & generics)

    Other tramadol once-daily formulations (Labopharm/Purdue)

- Secondary:
  - COX-IIs / NSAIDs
  - Mild opioids (propoxyphene, Tylenol® #3)
  - Moderate opioids (Hydrocodones)

*See the Possibilities*

**Confidential**



# Tramadol ER Sources of Business

- **New starts instead of:**
  - Generic & brand tramadols (Ultram & Ultracet), COX-IIs, mild-to-moderate opioids (codeine, propoxyphene, hydrocodone)

- **Addition to:**
  - COX-IIs, NSAIDs, Tylenol®

- **Switches from:**
  - Generic & brand tramadols, COX-IIs, NSAIDs, Tylenol®

    Opportunity to take advantage of evolving market dynamics (Cox-IIs and NSAIDs)

- **Leverage Influence and develop the product profile.**

*See the Possibilities*

**Confidential**



# Tramadol ER
# What Needs to Happen NOW

◆ MOST IMPORTANTLY: Rapidly deploy a dedicated sales force to communicate the availability of Tramadol ER – NOW!

◆ Create awareness – Value of once-daily pain control

◆ Drive differentiation the market

  ● Develop advocacy & experience

  ● The first once-daily tramadol

  ● Convenience and tolerability

  ● Capitalize on the market - Not an NSAID or Cox-II

◆ Secure launch formulary position

*See the Possibilities*

**Confidential**

47



# Tramadol ER
# Drive advocacy for rapid uptake

◆ **Generate advocacy among national leaders in Pain Management**
  - Leveraging existing Endo relationships and programs

◆ **Established advisory boards in the following:**
  - Pain medicine
  - Rheumatology
  - Family/general practice
  - Physical medicine & rehabilitation
  - Surgery
  - Oncology
  - Nurses: pain management and oncology

**Confidential**



# Endo is a PREMIER player in the pain management arena

◆ **Leadership position at Congresses critical to the success of pain-related products**





**APS E-News**

Review of 2... Meeting

John D. Loeser, M... ...sents Decade of Pain Control and Research Address

Former HHS Secretary Louis Sullivan Addresses APS Meeting Attendees

E-News Editor Appointed

Guidelines for Pediatric Analgesia Trials and Consortium for Pediatric

**Record-breaking Meeting!**
**Record Attendance!**
**Record Number of Posters, Lectures, and Symposia!**



APS Annual Meeting attendees visit with each other and with exhibitors' representatives in the exhibit hall

*See the Possibilities*

**Confidential**

# Tramadol ER
# Implement a Phase IV & Medical Publications Program

◆ **Develop and leverage viable points of differentiation for Tramadol ER versus tramadol and other extended-release tramadol brands**

◆ **Phase IV trial(s)**
- **Conversion study:**
  - Demonstrate ease of use and patient preference (ER > IR)
- **Improved QOL/Functionality**
  - Further demonstration of efficacy and impact on patient's lives

◆ **Publish, Publish, Publish!**
- **Posters, abstracts, review articles, supplements, etc.**



# Tramadol ER
# Focused Brand Development

◆ Endo employs an integrated process to efficiently and effectively prepare for product launches

- coupling creative brand development and market research

**DDMAC Submission**

| Qualitative Market Understanding Study* | Brand Market Study* | Message Testing | Creative Concept Testing | Detail Aid Testing |
|---|---|---|---|---|

| Brand Personality | Brand Hallmarks | Creative Concepts | Final Branding |
|---|---|---|---|

**\*Compression of plan will be necessary for Tramadol ER launch campaign**

*See the Possibilities*

**Confidential**

51

ENDO PHARMACEUTICALS

# Endo has proven ability to generate category and brand specific PR



**The Lidoderm® patch**



*See the Possibilities*



# Tramadol ER
# Comprehensive & Targeted Marketing Drives Demand

**Research & Education**
PH IV
Grant in Aid
Pharmacoeconomics
Clinical education
Publications
Safety
Regulatory
Advocate development



**Sales & Marketing**
Call frequency
Sampling
e-detailing
Direct email
Direct mail
Media
Conventions
Advertising

*Endo's success has been built upon focusing a disproportionate share of resources against high potential customers.*

See the Possibilities



**Confidential**

# Tramadol ER
# Managed Markets: A Key Competitive Battlefield

> Tramadol ER will expand Endo's position as the leader
> in pain management with a complement of branded and generic
> pain products ranging from mild/moderate pain to severe pain

◆ Rapidly deploy Tramadol ER SWAT team
  ● Gain & maintain preferential placement in light of impending competition

◆ Leverage breadth of pain portfolio to shape continuum of care

◆ Focus efforts on select accounts managing a vast majority of lives
  ● Conduct retrospective/comparative analysis of costs (indirect/direct) to build pharmacoeconomic story

*See the Possibilities*



**Confidential**

# Tramadol ER
## *Deploying a focused sales force*

◆ Pain experts

- Shaping the pain management landscape

◆ Proven success in:

- Building brands (Lidoderm®)
- Launching new formulations (Percocet®)

◆ Effectiveness further enhanced

- Optimization and upsizing of sales force in 2005

*See the Possibilities*



**Confidential**

# Tramadol ER
# Sales Force Targeting

Physician prescribing frequency for tramadol is less than two prescriptions per week below decile 5



*See the Possibilities*



# Tramadol ER
## *Sales Force Targeting*

◆ About 29k physicians constitute 50% of market value

| Decile | # MDs | Cum. MDs | Value Relative to Decile 10 | Mkt TRx/MD |
|---|---|---|---|---|
| 10 | 1,882 | 1,882 | 100% | 840 |
| 9 | 3,766 | 5,648 | 50% | 418 |
| 8 | 5,545 | 11,193 | 34% | 286 |
| 7 | 7,606 | 18,799 | 25% | 209 |
| 6 | 10,018 | 28,817 | 19% | 159 |
| 5 | 13,159 | 41,976 | 14% | 120 |
| 4 | 17,860 | 59,836 | 11% | 88 |
| 3 | 25,995 | 85,831 | 7% | 60 |
| 2 | 46,943 | 132,774 | 4% | 34 |
| 1 | 235,681 | 368,455 | 0.8% | 6 |
| Total | 368,455 | | | 43 |

*See the Possibilities*



**Confidential**

# Tramadol ER
## *What Endo Brings to the Table*

- Pain experts
- Proven ability to convert brands
- Experts in compressed lifecycles
- Sustain growth of brands
- Focus efforts to maximize return
- Rapid integration and deployment
- A commitment to Tramadol ER





*See the Possibilities*

**Confidential**

58



# Why Endo for Tramadol ER?

**Proven expertise in pain management through focused Sales & Marketing**

◆ Commercial horsepower with world class experience in the pain management / OA / RA therapeutic area

       Vioxx®, Vicoprofen®, Relafen®, Advil®, Enbrel®, Arthrotec®

   – Outstanding relationships with leaders in the field

◆ Successful lifecycle management and ability to build brands

   – Percocet® launches in 1999, 2001

   – CAGR for Lidoderm® of 93% 2002-2004

◆ Endo portfolio complements the Tramadol ER franchise

       Opportunity for options across the pain continuum

◆ The pain management company that can maximize Tramadol ER franchise

*See the Possibilities*



**Confidential**