# **EXHIBIT 31**

**From:** Kitlinski, Linda
**To:** Aron, Carey
**CC:** Tormo, Vin
**Sent:** 12/6/2001 1:01:47 AM
**Subject:** 3202 Draft Plans for 2002
**Attachments:** 3202-TraversPreLaunch.ppt; CD&E Draft Strategy 3202& Opioids.PPT

Carey/Vin,

Attached please find a brief presentation I made to the 3202 team on our "proposed" strategy for 2002. The purpose was to serve as a springboard for discussion by the rest of the marketing team, hence its brevity. (Also, because our budget is likely to be pretty small in 2002, between $300K- $400K for 3202, although we can stretch that by combining 3202/3231 opioid initiatives where appropriate.)

The second BIG file (I'm warning you!) is Deb Travers' presentation – I have to give her credit --- she really has caught on fast for someone who has never worked in analgesics before, and as you can see, she thinks BIG!! (Her philosophy was, let's not worry about the budget for now, let's just propose what we think needs to be done....sound familiar???) Anyway, her perspective is refreshing, and with the exception of some of the acute pain stuff she included, seems right on the mark. (And, the acute pain things will be relevant for 3203).

Take a look at CD&E file now, and at Deb's when you get a moment so you'll have a good grasp of at least where we're hoping to go. Carey, this will provide good background info for the Dec. 10 meeting, and then you and I can run through it live wire (would sometime Friday afternoon work by any chance? If so, please leave me a message on my cell since I won't have access to email tomorrow morning. Thanks!)

Enjoy!!
Kit

CD&E Draft Strategy 3202& Opioids.PPT

3202-TraversPreLaunch.ppt

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-02002513