# GZJKDKV 54

| | |
|---|---|
| **From:** | Livingston, Kristin </O=ENDO PHARMACEUTICALS INC/OU=ENDO/CN=RECIPIENTS/CN=LIVINGSTON.KRISTIN> |
| **To:** | Brady, Dorothy M.; Ahdieh, Harry; Gallion, Kirk; Kerwin, Rosemary; Kurkimilis, Elisabeth; Lander, MaryEllen; Livingston, Kristin; Ma, Tina; mpadams@newdrugservices.com; Platt, Rebecca; Raudenbush, MaryAlice; Smith Carliss, Richard; Tom Sciascia (E-mail); Travers, Debbie; Utecht, Ken; Wydro, Phillip |
| **Sent:** | 3/25/2002 7:39:44 PM |
| **Subject:** | Risk Management Presentation |
| **Attachments:** | EN3202 Risk Management.ppt |

Dear Claims Subteam Members:

Attached is the Risk Management presentation that was presented to the Executive Committee (from Debbie).

Kris


EN3202 Risk Management.ppt

Deb

Debbie Travers
Marketing Director
Endo Pharmaceuticals Inc.
610-558-9800, ext. 4175
travers.debbie@endo.com

> -----Original Message-----
> **From:** Livingston, Kristin
> **Sent:** Monday, March 25, 2002 10:38 AM
> **To:** Travers, Debbie
> **Subject:** A couple of things
>
> Dear Debbie:
>
> Do you still want me to try to reschedule the next EN3202/03 Subteam meeting for Friday, 4/8?
>
> Also, just a reminder to send me the Risk Management presentation electronically so that I can send it to the rest of the Claims Subteam.
>
> Thanks.
>
> Kris