# EXHIBIT 33

**Produced In Native Format**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  ENDO-OPIOID_MDL-02344002