GZJ KDKV'56''''

# Exhibit 34 is a video that will be lodged with the Court.

**It may also be accessed here:
The 7 Essentials: The Endo
Pharmaceuticals Story
https://www.youtube.com/watch?v=6fqFOy-bZ1k&t=233s.**