# EXHIBIT 35

| | |
|---|---|
| **From:** | Byrne, Timothy |
| **To:** | Lortie, Brian; Bingol, Demir; AlSabbagh, Ahmad; Santilli, Nancy; Kitlinski, Linda; Wiggins, Kevin; Ben-Joseph, Rami; Carbery, Daniel; Munroe, Brian; Barto, Bob; Clark, Michael; Shusterman, Neil; Politis, Pamela; Clark, Chris; Chapman, Tara |
| **Sent:** | 4/7/2011 5:45:09 PM |
| **Subject:** | RE: Biden Letter - Endo's Efforts to Address Prescription Medicine Abuse and Misuse |
| **Attachments:** | Biden_Final Lettter to Vice President Biden.pdf |

Many thanks again to all of you for reviewing and for providing the substance to make this a meaningful document. Ivan reviewed, approved and signed. Attached is the document that was sent to Vice President Biden.

Thanks,
Tim

---

**From:** Byrne, Timothy
**Sent:** Wednesday, March 30, 2011 5:04 PM
**To:** Lortie, Brian; Bingol, Demir; AlSabbagh, Ahmad; Santilli, Nancy; Kitlinski, Linda; Wiggins, Kevin (Wiggins.Kevin@Endo.com); Ben-Joseph, Rami; Carbery, Daniel (Carbery.Dan@Endo.com); Munroe, Brian (Munroe.Brian@Endo.com); Barto, Bob; Clark, Michael; Shusterman, Neil; Politis, Pamela; Clark, Chris
**Subject:** RE: Biden Letter - Endo's Efforts to Address Prescription Medicine Abuse and Misuse

Thanks to all of you that have provided comments. If you are still planning to review and provide comments, please let me know. I have attached the version with the comments received to date incorporated into the document.

Thanks,
Tim

---

**From:** Byrne, Timothy
**Sent:** Thursday, March 24, 2011 3:41 PM
**To:** Lortie, Brian; Bingol, Demir; AlSabbagh, Ahmad; Santilli, Nancy; Kitlinski, Linda; Wiggins, Kevin (Wiggins.Kevin@Endo.com); Ben-Joseph, Rami; Carbery, Daniel (Carbery.Dan@Endo.com); Munroe, Brian (Munroe.Brian@Endo.com); Barto, Bob; Clark, Michael; Shusterman, Neil; Politis, Pamela; Clark, Chris
**Subject:** Biden Letter - Endo's Efforts to Address Prescription Medicine Abuse and Misuse

Many thanks to all of you for supplying information around Endo's efforts to address Rx medication abuse and misuse. I have compiled the information and drafted a letter to Vice President Biden to detail Endo's efforts to address this issue. Could you all please review the attached document and provide additional input to me by **Tuesday, March 29th**.

A couple of things to keep in mind when reviewing the document. First, since this is going to Vice President Biden we must work under the assumption that the document could become publicly available. Therefore, if there is any information you have concerns with being made public, please note them and we can discuss as a group.

Secondly, are there any initiatives currently being considered or in development that we may want to highlight to the Vice President. This document as written provides a snapshot of efforts to date.

Thanks again for your help and I look forward to your feedback.

Thanks,
Tim

Confidential                                                                                                            END00152457

**From:** Byrne, Timothy
**Sent:** Thursday, March 03, 2011 3:48 PM
**To:** Lortie, Brian; Bingol, Demir; AlSabbagh, Ahmad; Santilli, Nancy; Kitlinski, Linda; Wiggins, Kevin (Wiggins.Kevin@Endo.com); Ben-Joseph, Rami; Carbery, Daniel (Carbery.Dan@Endo.com); Munroe, Brian (Munroe.Brian@Endo.com)
**Subject:** Endo's Efforts to Prevent Prescription Medicine Abuse and Misuse

All –

As discussed on this afternoon's call, we would like to provide to Vice President Biden a detailed inventory of the programs and initiatives in which Endo is engaged that address prescription drug abuse, misuse or diversion. As recommended by Nancy, attached is a spreadsheet that will allow us to collect the data. This completed spreadsheet will also allow us to address Julie's action item for Tuesday's EOC meeting. I have provided an example of a program with the Partnership for a Drug-Free America.

Please provide your responses asap so that we can proactively engage the Administration on this important issue. Please don't hesitate to contact me if you have any questions.

Thanks,
Tim

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　END00152458