EXHIBIT 58

National Initiative on Pain Control (NIPC)
Independent Educational Initiative
2003-2009
   ACCME accredited
   Sponsored by Professional Postgraduate Services (PPS) a division of KnowledgePoint360
   Supported by educational grants from Endo Pharmaceuticals
   Linda Kitlinski was direct contact person at Endo
2010-2012
   Sponsored by American Pain Foundation (APF)
   Work performed by Clinical Bridges, a division of KnowledgePoint360, via SOWs with APF
   APF received educational grants from Endo
   Samantha Libby-Cap was direct contact person at APF

The initials of the KnowledgePoint360 employees who worked on various activities are provided in the KP360 Emplo
The names of those individuals are provided at the bottom of each page.

For those activities with an evaluation summary, it is indicated with a "YES" in the Executive Summary column on ea
The Evaluation Summaries are named (first) by job # corresponding to the job # provided in column A of each page,

For certain activities, typically older activities, grant amounts or specific dates could not be identified from currently a

yees column.


ch page.
 and can be found in a folder named "NIPC Evaluations".

vailable records.

vailable records.

| Job # | Description | Date -<br>Date Range | KP360<br>Employees* | Grant Amount |
|---|---|---|---|---|
| B214 | New  letter #1 | Jun 02 Mar 03 | VS/MC | $96,680 |
| B215 | Newsletter #2 | Jun 02-Mar 03 | VS/MC | $96,680 |
| B221 | Web Site Start Up | Aug 02-Apr 03 | CS | $140,000 |
| B222 | Web Cast/Videotaping Managing Neuropathic Pain: New Approaches For Today's Clinical Practice | Jun 02-Mar 04 | CS | $90,125 |
| B224 | Post Meeting CD-ROM: Physician Resource Kit | Jan 03-Apr 03 | CS | $16,500 |
| B225 | Dinner Dialogues Series #6 Planning & Development | Jan 03-Apr 03 | VS | $15,000 |
| B226 | Dinner Dialogues Series #6 Implementation | Jan 03-Apr 03 | VS | $198,750 |
| B227 | Dinner Dialogue  Serie  #6 Participant Guide | Jan 03 Apr 03 | VS | $6,005 |
| B228 | Slide Kit Update Series #6 | Jan 03-Apr 03 | VS/BG/DH | $7,985 |
| B229 | 2003 Education Council Meeting | Mar 03-May 03 | VS | |
| B230 | 2003 Faculty Update Meeting | Open | VS | |

PAIN Job Numbers For Razzo Team 2003

| | | | | |
|---|---|---|---|---|
| B231 | Neuropathic Pain Slide Kit | Mar 03-Jun 03 | CS/MC | |
| B232 | Neuropathic Pain Audioconference-Planning & Development | Mar 03-Jun 03 | VS/DP | $24,900 |
| B233 | Neuropathic Pain Audioconference-Implementation | Mar 03-Jun 03 | VS/DP | $87,600 |
| B234 | Neuropathic Pain Audioconference-Syllabus | Mar 03-Jun 03 | VS/DP | $18,330 |
| B235 | Neuropathic Pain Dinner Dialogues-Planning & Development | Apr 03 - Jun 03 | CS/DP | |
| B236 | Neuropathic Pain Dinner Dialogues-Implementation | Apr 03 - Jun 03 | CS/DP | |
| B237 | Neuropathic Pain Dinner Dialogues-Participant Guide | Apr 03 - Jun 03 | CS/DP | |
| B238 | Opioid Audioconference-Planning & Development | Mar 03-Jun 03 | VS/DP | $24,900 |
| B239 | Opioid Audioconference-Implementation | Mar 03-Jun 03 | VS/DP | $58,400 |
| B240 | Opioid Audioconference-Syllabus | Mar 03-Jun 03 | VS/DP | $13,015 |
| B241 | Opioid Dinner Dialogues-Planning & Development | | CS/DP | |

## PAIN Job Numbers For Razzo Team 2003

| | | | | |
|---|---|---|---|---|
| B242 | Opioid Dinner Dialogues-Implementation | | CS/DP | |
| B243 | Opioid Dinner Dialogues-Participant Guide | | CS/DP | |
| B244 | Opioid Slide Kit | | CS/MC | |
| B245 | Needs Assessment | | BG/DP | |
| B246 | Council Honoraria Contingency | | BG/DP | |
| B247 | Newsletter #1 | Apr 03-Jan 04 | CS/BG/DP | $122,965 |
| B248 | Newsletter #2 | Apr 03-Jan 04 | CS/BG/DP | |
| B249 | Fall Neuropathic Slide Kit | Aug 03-Oct 03 | VS/BG/DP | |
| B250 | Fall Opioid Slide Kit | Jul 03-Oct 03 | VS/BG/DP | |
| B251 | Fall Neuropathic Pain Dinner Dialogues Planning & Developm | Aug 03-Oct 03 | VS/BG/DP | $20,000 |
| B252 | Fall Neuropathic Pain Dinner Dialogues Implementation | | VS/BG/DP | |

PAIN Job Numbers For Razzo Team 2003

| | | | | |
|---|---|---|---|---|
| B253 | Fall Neuropathic Pain Dinner Dialogues Participant Guide | Aug 03-Oct 03 | VS/BG/DP | $17,460 |
| B254 | Fall Opioid Dinner Dialogues Planning & Development | Aug 03-Nov 03 | VS/BG/DP | |
| B255 | Fall Opioid Dinner Dialogues Implementation | | VS/BG/DP | |
| B256 | Fall Opioid Dinner Dialogues Participant Guide | Aug 03-Nov 03 | VS/BG/DP | $21,075 |
| B257 | Saturday Seminar Planning & Development | Aug 03-Nov 03 | CS/BG/DP | $43,450 |
| B258 | Saturday Seminar Implementation | Aug 03-Jan 04 | CS/BG/DP | $102,370 |
| B259 | Saturday Seminar Participant Guide | Aug 03-Nov 03 | CS/BG/DP | $14,575 |
| B260 | Website Maintenance | 2003-2004 | KC | $92,125 |
| B261 | Webcast of B255-022 Opioid Analgesia: Practical Treatment of the Patient With Chronic Pain | 2/04 - 2/05 | KC/BG/DP | |
| B263 | Return on Education Study | | JT | $35,500 |
| B264 | Video Vignettes for Back Pain Slide Kit/Dinner Dialogues | | CS/BG | |

PAIN Job Numbers For Razzo Team 2003

| | | | | |
|---|---|---|---|---|
| B265 | Slide Module on Back Pain | | CS/BG | |
| B266 | Task Force on Back Pain | | CS/BG | |
| B267 | NIPC New Faculty Recruitment | | VS | |
| B268 | NIPC Education Council Meeting | | VS | $222,209 |
| B269 | NIPC Curriculum Development Meeting | | VS | $333,488 |
| B270 | Winter-NIPC Neuropathic Pain Audioconference | | CS | |
| B271 | Winter-NIPC Neuropathic Pain Dinner Dialogues | Nov 17 - Dec 15 | VS | $229,400 |

\* BG = Barbara Guidos
CP = Christine Park
CS = Cecilly Sullivan
DF = Denise Frontin
DP = Darlene Pedersen
GS = Gina Salmond
JA = Jodi Andrews
JG = Jennifer Gonzalez
JP = Janet Pederson
JS = Jamie Sanford
JT = John Trombetta
KA = Kimberly Andrews
KC = Karen Capadonna
LC = Lisa Cariaga
LG = Lisa Giangeruso
LW = Leah Williams
MC = Matthew Cahill
MJ = Marianna Jordan
MO = Melanie Olsen
MR = Marilyn Rodas
PD =  Patricia Doyle
SR = Steven Rifkind
VS = Vanessa Saullo

PAIN Job Numbers For Razzo Team 2003

PAIN Job Numbers For Razzo Team 2003

| Executive Summary |
| --- |
|  |
|  |
|  |
| YES |
|  |
|  |
|  |
|  |
|  |
| YES |
|  |

PAIN Job Numbers For Razzo Team 2003

YES

PAIN Job Numbers For Razzo Team 2003

| |
|---|
| YES |
| |
| |
| |
| |
| YES |
| YES |
| |
| |
| |

PAIN Job Numbers For Razzo Team 2003

YES

PAIN Job Numbers For Razzo Team 2003

| |
|---|
| |
| |
| |
| YES |
| YES |
| YES |
| |

PAIN Job Numbers For Razzo Team 2003

PAIN Job #'s for Razzo Team 2004

| Job # | Description | Date<br>Date Range | KP360<br>Employees* |
|---|---|---|---|
| B272 | Spring Neuropathic Pain Dinner Dialogue-Planning & Development | Dec 03 - March 04 | LW/BG |
| B273 | Spring Neuropathic Pain Dinner Dialogue-Implementation | Feb - March | LW/BG |
| B274 | Spring Neuropathic Pain Dinner Dialogue–Participant Guide | Feb - March | LW/BG |
| B275 | Low Back Pain Audioconference Planning & Development | Feb - May | CS/BG |
| B276 | Low Back Pain Audioconference  Implementation | May - June | CS/BG |
| B277 | Low Back Pain Audioconference Syllabus | Feb - April | CS/BG |
| B278 | Low Back Pain Dinner Dialogues Planning & Dev | Feb - April | CS/BG |
| B279 | Low Back Pain Dinner Dialogues Implementation | April - June | CS/BG |
| B280 | Low Back Pain Dinner Dialogues Participant Guide | Feb - April | CS/BG |
| B281 | Neuropathic Pain Audioconference Planning & Development | Feb - April | LG/BG |
| B282 | Neuropathic Pain Audioconference Implementation | April - June | LG/BG |

PAIN Job #'s for Razzo Team 2004

| | | | |
|---|---|---|---|
| B283 | Neuropathic Pain Audioconference Syllabus | Feb - April | LG/BG |
| B284 | Opioid Dinner Dialogues Planning & Development | Feb - April | LW/BG |
| B285 | Opioid Dinner Dialogues Implementation | April - June | LW/BG |
| B286 | Opioid Dinner Dialogues Participant Guide | Feb - April | LW/BG |
| B287 | Saturday Seminars Planning & Development | Feb - April | VS/BG |
| B288 | Saturday Seminars Implementation | April - June | VS/BG |
| B289 | Saturday Seminars Participant Guide | Feb - April | VS/BG |
| B290 | Neuropathic Pain Slide Kit Update | Feb - March | LW/BG |
| B291 | Opioid Slide Kit Update | Feb - March | CS/BG |
| B292 | Physician Tool Kit | Feb - March | VS/BG |
| B293 | Newsletter #1 | Feb - April | LG/BG |

PAIN Job #'s for Razzo Team 2004

| | | | |
|---|---|---|---|
| B294 | Newsletter #2 | May - Sept | JA/BG |
| B295 | NIPC Honoraria Contingency | | |
| B296 | Low Back Pain Slide Kit Update | July - Sept | LW/BG |
| B297 | Low Back Pain Fall Dinner Dialogue Planning & Development | May - July | LG/BG |
| B298 | Low Back Pain Fall Dinner Dialogue Implementation | July - Dec | LG/BG |
| B299 | Low Back Pain Fall Dinner Dialogue Participant Guide | July - Dec | LG/BG |
| B038 | Neuropathic Pain Fall Dinner Dialogue Planning & Development | May - July | LG/BG |
| B039 | Neuropathic Pain Fall Dinner Dialogue Implementation | July - Dec | LG/BG |
| B040 | Neuropathic Pain Fall Dinner Dialogue Participant Guide | July - Dec | LG/BG |
| B041 | Neuropathic Pain Slide Kit Update | Jul - Sept | LW/BG |
| B042 | NIPC Webcast | Jul - Dec | VS/BG |

PAIN Job #'s for Razzo Team 2004

| B043 | NIPC Web with PainEdu.org | April-December | KC/BG |
|------|---------------------------|----------------|-------|
| B044 | Neuropathic Pain June Dinner Dialogues – Planning & Development | March - April | LW/BG |
| B045 | Neuropathic Pain June Dinner Dialogues – Implementation | April - June | LW/BG |
| B046 | Neuropathic Pain June Audioconferences – Planning & Development | April - May | JA/BG |
| B047 | Neuropathic Pain June Audioconferences – Implementation | May - August | JA/BG |
| B048 | Opioid Slide Kit Update End of Year | July - Sept | LW/BG |
| B049 | Needs Assessment (post-operative pain) | | |
| B050 | PainKnowledge.org | Sept - March 05 | KC/BG |

r/pain/Dbases and Lists/PAIN job list for razzo team.xls

PAIN Job List for Razzo Team 2005

| Job # | Description | Date Date Range | KP360 Employees* |
|-------|-------------|-----------------|------------------|
| B052 | Neuropathic Pain Interactive Module Task Force | 12/04 - 3/05 | LG/BG |
| B053 | Education Council Meeting Development & Organization | 12/04   3/05 | VS/LG/BG |
| B054 | Post Operative Pain Nurse Recruitment | 12/04 - 1/05 | DF/CP |
| B055 | Post Operative Pain Nurse Task Force Mtgs (2) | 1/05 - 2/05 | DF/CP |
| B056 | Post Operative Pain Nurse Self Study CD Rom | 4/05 | DF/CP |
| B057 | Migraine Need   A   e   ment | 11/04 1/05 | DF/MJ |
| B058 | Migraine Steering Committee Recruitment | 12/04-1/05 | DF/MJ |
| B059 | Migraine Steering Committee Webconference | 1/05-3/05 | JA/MJ |
| B060 | Education Council Meeting Implementation | 3/11 - 3/13 | VS/LG/BG |
| B061 | Neuropathic Pain Winter Dinner Dialogue Development & Organization | 1/05   3/05 | LW/BG |

PAIN Job List for Razzo Team 2005

| Job # | Description | Date Date Range | |
|---|---|---|---|
| B062 | Migraine Newsletter #1 | 1/05-5/05 | JA/MJ |
| B063 | Migraine Steering Committee Meeting | 1/05 4/05 | JA/MJ |
| B064 | Chronic Pain Newsletter #1 | 1/05 - 5/05 | LW/MJ |
| B065 | Migraine Spring Dinner Dialogue   Development & Organization | hrough June 2005 | JA/MJ |
| B066 | Migraine Dinner Dialogues Implementation (25) | hrough June 2005 | JA/MJ |
| B067 | Migraine Dinner Dialogue   Participant Guide | hrough June 2005 | JA/MO |
| B068 | Neuropathic Pain Dinner Dialogues Imp (20) | rough March 2005 | LW/BG |
| B069 | Neuropathic Pain Dinner Dialogues Participant Guide | 1/05 - 4/05 | LW/MO |
| B070 | Low Back Pain Dinner Dialogues Development & Organization | 1/05 - 3/05 | LW/BG |
| B071 | Low Back Pain Dinner Dialogue   Imp (10) | rough March 2005 | LW/BG |

PAIN Job List for Razzo Team 2005

| Job # | Description | Date Date Range | |
|---|---|---|---|
| B072 | Low Back Pain Dinner Dialogues Participant Guide | 1/05 - 3/05 | LW/MO |
| B073 | Migraine Slide Kit | 1/05 4/05 | JA/MJ |
| B074 | Migraine Webconferences Development & Organization | 1/05-4/05 | JA/MJ |
| B075 | Migraine Webconferences (10) | 1/05-4/05 | JA/MJ |
| B076 | Peripheral Pain Spring Case Based Dinner Dialogues Development & Organization | hrough June 2005 | LG/BG |
| B077 | Peripheral Pain Spring Case Based Dinner Dialogues – Implementation (20) | hrough June 2005 | LG/BG |
| B078 | Peripheral Pain Spring Case Based Dinner Dialogues – Participant Guide | hrough June 2005 | LG/BG |
| B079 | NIPC Persistant Pain Slide Curriculum | through April 2005 | VS/BG |
| B080 | Spring Publicity Brochure | 1/05 - 4/05 | LW |
| B081 | Opioid Slide Curriculum Update | 1/05   4/05 | VS/BG |

PAIN Job List for Razzo Team 2005

| Job # | Description | Date<br>Date Range | |
|-------|-------------|-----------|---|
| B082 | Newsletter # 2 | 5/05 - 9/05 | LW/MJ |
| B083 | Opioid Spring Dinner Dialogues Development & Organization | 1/05   4/05 | LW/BG |
| B084 | Opioid Spring Dinner Dialogues Implementation (20) | 1/05 - 9/05 | LW/BG |
| B085 | Opioid Spring Dinner Dialogues Participant Guide | 1/05 - 9/05 | LW/MO |
| B086 | Saturday Seminar Development & Organization | 1/05 - 7/05 | LG/BG |
| B087 | Saturday Seminar Implementation | 1/05 7/05 | LG/BG |
| B088 | Saturday Seminar Participant Guide | 1/05 - 7/05 | LG/MO |
| B089 | Practice Impact Initiative/CDs for Persistant Pain Module | 1/05 - 4/05 | VS |
| B090 | Curriculum Development Meeting | 1/05 - 10/05 | VS/LG/BG |
| B091 | NIPC Faculty Contact Continuum (Contingency) | | |

PAIN Job List for Razzo Team 2005

| Job # | Description | Date Date Range | |
|-------|-------------|-----------------|---|
| B092 | Migraine Video Vignettes (2) | | DF |
| B093 | Migraine Webca t | | DF |
| B094 | Migraine Fall Dinner Dialogues Development & Organization | | LW/BG |
| B095 | Migraine Fall Dinner Dialogues Implementation (10) | | LW/BG |
| B096 | Migraine Fall Dinner Dialogues Participant Guide | | LW/BG |
| B097 | Migraine Saturday Seminar Development & Organization | | DF |
| B098 | Migraine Saturday Seminar Implementation | | DF |
| B099 | Migraine Saturday Seminar Participant Guide | | DF |
| B343 | Migraine Curriculum Development Meeting | | DF |
| B344 | Migraine New  letter #2 | | DF |

PAIN Job List for Razzo Team 2005

| Job # | Description | Date Date Range | |
|---|---|---|---|
| B345 | NIPC PainEDU.org Web Maintenance | | VS/MV |
| B346 | Chronic Pain New  letter #3 | | LW/BG |
| B347 | Fall Persistent Pain Dinner Dialogues Development & Organization | | GS/BG |
| B348 | Fall Persistent Pain Dinner Dialogues Implementation | | GS/BG |
| B349 | Fall Persistent Pain Dinner Dialogues Participant Guides | | GS/BG |
| B350 | Fall Saturday Seminar Development & Organization | | LW/MR/BG |
| B351 | Fall Saturday Seminar Implementation | | LW/MR/BG |
| B352 | Fall Saturday Seminar Participant Guides | | LW/MR/BG |
| B353 | Opioid Task Force Meeting | | VS |
| B354 | Opioid Slide Curriculum Update | | VS |

PAIN Job List for Razzo Team 2005

| Job # | Description | Date<br>Date Range | |
|-------|-------------|-----------|---|
| B355 | Opioid Newsletter Insert | | VS |
| B356 | Opioid Audioconference Development & Organization | | MR |
| B357 | Opioid Audioconference Implementation (12) | | MR |
| B358 | Opioid Audioconference  Participant Guide | | MR |
| B359 | Opioid Dinner Dialogues Development & Organization | | GS |
| B360 | Opioid Dinner Dialogue   Implementation (7) | | GS |
| B361 | Opioid Dinner Dialogues Participant Guide | | GS |
| B362 | Webcast of Opioid Dinner Dialogue | | LW |

\* BG = Barbara Guidos
CP   Chri  tine Park
CS = Cecilly Sullivan
DF = Denise Frontin
DP = Darlene Pedersen
GS   Gina Salmond
JA = Jodi Andrews
JG = Jennifer Gonzalez
JP = Janet Pederson
JS   Jamie Sanford
JT = John Trombetta

PAIN Job List for Razzo Team 2005

| Job # | Description | Date<br>Date Range |
|---|---|---|
|  | KA = Kimberly Andrews<br>KC   Karen Capadonna<br>LC = Lisa Cariaga<br>LG = Lisa Giangeruso<br>LW = Leah Williams<br>MC   Matthew Cahill<br>MJ = Marianna Jordan<br>MO = Melanie Olsen<br>MR = Marilyn Rodas<br>PD    Patricia Doyle<br>SR = Steven Rifkind<br>VS = Vanessa Saullo |  |

PAIN Job List for Razzo Team 2005

| Grant Amount | Executive Summary |
|---|---|
| $59,142 | |
| $90,311 | |
| $13,544 | |
| $67,890 | |
| $166,736 | |
| $25,000 | |
| $17,500 | |
| $60,000 | |
| $125,000 | |
| $32,960 | |

PAIN Job List for Razzo Team 2005

| Grant Amount | Executive Summary |
|---|---|
| $92,500 | |
| $104,000 | |
| $125,750 | |
| $39,960 | |
| $573,500 | |
| $24,800 | |
| $458,000 | |
| $23,200 | |
| $20,600 | |
| $229,400 | |

PAIN Job List for Razzo Team 2005

| Grant Amount | Executive Summary |
|---|---|
| $20,500 | |
| $143,000 | |
| $27,500 | |
| $73,700 | |
| $32,960 | |
| $528,800 | |
| $23,200 | |
| $115,000 | |
| $52,000 | |
| $29,000 | |

PAIN Job List for Razzo Team 2005

| Grant Amount | Executive Summary |
|---|---|
| $125,750 | |
| $32,960 | |
| $458,000 | |
| $23,200 | |
| $25,495 | |
| $112,500 | YES |
| $12,500 | |
| $76,181 | |
| $19,179 | |
| $30,000 | |

PAIN Job List for Razzo Team 2005

| Grant Amount | Executive Summary |
|---|---|
| $55,000 | |
| $140,000 | YES |
| $20,600 | |
| $229,400 | YES |
| $20,500 | |
| $25,495 | |
| $112,500 | |
| $12,500 | |
| $0 | |
| $92,500 | YES |

PAIN Job List for Razzo Team 2005

| Grant Amount | Executive Summary |
|---|---|
| $62,700 | |
| $118,750 | YES |
| $11,500 | |
| $158,640 | YES |
| $19,500 | |
| $25,500 | |
| $112,500 | YES |
| $12,500 | |
| $146,000 | |
| $46,600 | |

PAIN Job List for Razzo Team 2005

| Grant Amount | Executive Summary |
|---|---|
| $40,000 | |
| $29,500 | |
| $100,400 | YES |
| $22,800 | |
| $26,200 | |
| $221,900 | YES |
| $21,700 | |
| $140,000 | YES |

PAIN Job List for Razzo Team 2005

| Grant Amount | Executive Summary |
|---|---|

PAIN Job List for Razzo Team 2006

| Job # | Description | Date<br>Date Range | KP360<br>Employees* |
|---|---|---|---|
| B363 | Spring Opioid Dinner Dialogues Development & Organization | April - May | MR/MV |
| B364 | Spring Opioid Dinner Dialogues Implementation 10 | May - July | MR/MV |
| B365 | Opioid Spring Dinner Dialogues Participant Guide | April - May | MR/MV |
| B366 | Opioid Summer Slide update | May - August | VS/BG |
| B367 | Opioid Audioconference Development & Organization | April - May | GS/MV |
| B368 | Opioid Audioconference Implementation (8) | May - August | GS/MV |
| B369 | OpioidAudioconference Syllabus | April - May | GS/MV |
| B370 | Opioid Summer Newsletter | April - August | GS/BG/JG |
| B371 | Opioid Website success stories | June - Dec | VS/BG |
| B372 | Opioid Website expert corner | June - Dec | GS/JG |
| B373 | Opioid Website monthly slide update | June - Dec | GS/BG |

PAIN Job List for Razzo Team 2006

| B374 | Opioid Website monthly literature update | June - Dec | GS/MV |
|------|------------------------------------------|------------|-------|
| B375 | Opioid Summer Saturday Seminar Development & Organization | May - August | VS/MR/MV |
| B376 | Opioid Summer Saturday Seminar Implementation | May - Sept | VS/MR/MV |
| B377 | Opioid Summer Saturday Seminar Participant guide | July - Sept | MR/MV |
| B378 | Postoperative Pain CD on Painknowledge.org | | BG |
| B379 | Persistent Pain Slide update | June - Sept | VS/BG |
| B380 | Persistent Pain Archived Webcast | Sept  - Nov | GS/JG |
| B381 | Persistent Pain Fall Dinner Dialogues Development & Organization | June - August | GS/JG |
| B382 | Persistent Pain Fall Dinner Dialogues Implementation(10) | July - Nov | GS/JG |
| B383 | Persistent Pain Fall Dinner Dialogues Participant Guide | July - Oct | GS/JG |
| B384 | Persistent Pain Summer Newsletter | May - Sept | GS/BG/JG |

PAIN Job List for Razzo Team 2006

| | | | |
|---|---|---|---|
| B385 | Persistent Pain Website Success Stories | June - Dec | VS/BG |
| B386 | Persistent Pain Website Slide Update | June - Dec | VS/BG |
| B387 | Persistent Pain Website Literature Update | June - Dec | VS/BG |
| B388 | Persistent Pain Website Expert Corner | June - Dec | VS/JG |
| B389 | Persistent Pain Saturday Seminar Development & Organization | May - August | VS/MR/MV |
| B390 | Persistent Pain Saturday Seminar #1 Implementation | May - Oct | VS/MR/MV |
| B391 | Persistent Pain Saturday Seminar #2 Implementation | May - Nov | VS/MR/MV |
| B392 | Persistent Pain Saturday Seminar Participant Guide | July - Nov | MR/MV |
| B393 | Education Council Conference Calls (2) | June  - Dec | VS/BG |
| B394 | PainEDU.org Web Maintenance | May - Dec | GS/MV |
| B395 | Faculty Contact Continuum | May - March 2007 | VS/BG |

PAIN Job List for Razzo Team 2006

| | | | |
|---|---|---|---|
| B396 | Opiod Charleston Area Medical Center (CAMC) dinner dialogues | Oct-06 | PD/BG |
| B144 | NIPC Fall Opioid Training Webcast | Sep-06 | PD/BG |
| B145 | NIPC Fall Opioid Webconference Development & Organization | | PD/MV |
| B146 | NIPC Fall Opioid Webconference Implementation (10) | | PD/MV |
| B147 | NIPC Fall Opioid Webconference Participant Guide | | PD/MV |
| B148 | NIPC Fall Opioid Webconference OnDemand | April - May 2007 | PD/MV |
| B149 | NIPC Fall Opioid Dinner Dialogues Development & Organization | | MR/JG |
| B150 | NIPC Fall Opioid Dinner Dialogues Implementation 1 (17) | | PD/JG |
| B151 | NIPC Fall Opioid Dinner Dialogues Implementation 2 (8) | | PD/JG |
| B152 | NIPC Fall Opioid Dinner Dialogues Participant Guide | | MR/JG |
| B153 | NIPC Fall Opioid Dinner Dialogues & Webconference Evaluation | | PD/JG |

PAIN Job List for Razzo Team 2006

| | | | |
|---|---|---|---|
| B154 | NIPC Opioid Newsletter Winter | | GS/BG |
| B155 | NIPC Fall Opioid Newsletter Podcasts (3) | | GS/MV/JG |
| B156 | NIPC Fall Opioid Clinical Trials Slide Library | | GS/MV/JG |
| B157 | NIPC Fact Sheet Brochure - Opioids | | GS/BG |

* BG = Barbara Guidos
CP = Christine Park
CS = Cecilly Sullivan
DF = Denise Frontin
DP = Darlene Pedersen
GS = Gina Salmond
JA = Jodi Andrews
JG = Jennifer Gonzalez
JP = Janet Pederson
JS = Jamie Sanford
JT = John Trombetta
KA = Kimberly Andrews
KC = Karen Capadonna
LC = Lisa Cariaga
LG = Lisa Giangeruso
LW = Leah Williams
MC = Matthew Cahill
MJ = Marianna Jordan
MO = Melanie Olsen
MR = Marilyn Rodas
PD =  Patricia Doyle
SR = Steven Rifkind
VS = Vanessa Saullo

PAIN Job List for Razzo Team 2006

| Grant Amount | Executive Summary |
|---|---|
| $22,500 | |
| $298,000 | YES |
| $23,500 | |
| $47,800 | |
| $27,400 | |
| $69,700 | YES |
| $21,600 | |
| $121,600 | |
| $7,600 | |
| $10,000 | |
| $8,400 | |

PAIN Job List for Razzo Team 2006

| | |
|---|---|
| $9,900 | |
| $36,700 | |
| $103,700 | |
| $15,000 | |
| $120,000 | |
| $50,000 | |
| $65,300 | YES |
| $25,975 | |
| $299,850 | YES |
| $24,675 | |
| $121,600 | |

PAIN Job List for Razzo Team 2006

| | |
|---|---|
| $7,600 | |
| $8,400 | |
| $6,600 | |
| $10,000 | |
| $15,000 | |
| $107,500 | |
| $107,500 | YES |
| $10,000 | |
| $42,537 | |
| $54,133 | |
| $12,685 | |

PAIN Job List for Razzo Team 2006

| | |
|---|---|
| $37,500 | |
| $17,700 | |
| $27,400 | |
| $124,000 | YES |
| $19,300 | |
| $45,900 | YES |
| $35,000 | |
| $508,300 | YES |
| $274,400 | YES |
| $27,800 | |
| $49,200 | YES |

PAIN Job List for Razzo Team 2006

| | |
|---|---|
| $129,100 | |
| $73,100 | |
| $27,750 | |
| $19,800 | |

PAIN Job List for Razzo Team 2007

| Job # | Description | Date Date Range | KP360 Employees* |
|---|---|---|---|
| B158 | 2007 NIPC Curriculum Development Meeting  Development & Organization | Jan- May | PD/BG/MV/JG |
| B159 | Winter Opioid Audioconference Development & Organization | Dec- Feb | PD/BG/MV/JG |
| B160 | Winter Opioid Audioconference Implementation (10) | Dec- April | PD/BG/MV/JG |
| B161 | Winter Opioid Audioconference Participant Guide | Jan- March | PD/BG/MV/JG |
| B162 | Curriculum Development Meeting - Implementation | April- May | PD/BG/MV/JG |
| B163 | Opioid Analgesia Task Force Webconferences (2) | Jan- May | LC/BG/MV/JG |
| B164 | Persistent Pain Task Force Webconferences (2) | Jan- May | LC/BG/MV/JG |
| B165 | Opioid Analgesia Slide Kit | April - Sept | PD/BG/MV/JG |
| B166 | Opioid Analgesia Newsletter | April - September | JP/BG/MV/JG |
| B167 | Opioid Analgesia Newsletter Podcast | September- Ocotber | JP/BG/MV/JG |

PAIN Job List for Razzo Team 2007

| | | | |
|---|---|---|---|
| B168 | Persistent Pain Slide Kit | April - Sept | JP/BG/MV/JG |
| B169 | Persistent Pain Newsletter | July- November | JP/BG/MV/JG |
| B170 | Persistent Pain Newsletter Podcast | October - November | JP/BG/MV/JG |
| B171 | Opioid Analgesia Audioconference Development & Organization | May - June | PD/BG/MV/JG |
| B172 | 2007 Persistent Pain Dinner Dialogues Development & Organization | June- August | JP/BG/MV/JG |
| B173 | 2007 Persistent Pain Dinner Dialogues Implementation (20) | Sept- November | JP/BG/MV/JG |
| B174 | 2007 Persistent Pain Dinner Dialogues Participant Guide | July- Sept | JP/BG/MV/JG |
| B175 | 2007 Persistent Pain Videoconference Development & Organization | July- August | LG/MR/BG/MV/JG |
| B176 | 2007 Persistent Pain Videoconference Implementation (10) | August- November | LG/MR/BG/MV/JG |
| B177 | 2007 Persistent Pain Videoconference-Dinner Dialogues Outcomes Study | December- January | JP/BG/MV/JG |

PAIN Job List for Razzo Team 2007

| | | | |
|---|---|---|---|
| B178 | 2007 PP Medscape Dinner Dialogues Webcast | October - December | JP/BG/MV/JG |
| B179 | 2007 Persistent Pain  Videoconference ON Demand on PainKnowledge | | LG/MR/BG/MV/JG |
| B180 | 2007 Persistent Pain PAINEDU.ORG Maintenance | Ongoing | MR/BG/MV/JG |
| B181 | 2007 Opioid Analgesia Dinner Dialogues OUTCOMES STUDY | December- January | PD/BG/MV/JG |
| B182 | 2007 Opioid Analgesia Audioconference Implementation 10 | June - September | PD/BG/MV/JG |
| B183 | 2007 Opioid Analgesia Audioconference Participant Guide | August - September | PD/BG/MV/JG |
| B184 | 2007 Opioid Analgesia Retainer | Ongoing | LG/BG/MV/JG |
| B185 | 2007 Opioid Analgesia PAINEDU.ORG Maintainence | Ongoing | LG/MR/BG/MV/JG |
| B186 | 2007 Opioid Analgesia PainKnowledge Slide Library | June - July | KA/JS/BG/MV/JG |
| B187 | 2007 Opioid Analgesia PainKnowledge Slides Clinical trials | August- September | KA/JS/BG/MV/JG |

PAIN Job List for Razzo Team 2007

| | | | |
|---|---|---|---|
| B188 | 2007 Opioid Analgesia PainKnowledge Vignettes | June-July | KA/JS/BG/MV/JG |
| B189 | 2007 Opioid Analgesia PainKnowledge Podcast Interviews | June- August | KA/JS/BG/MV/JG |
| B190 | 2007 Opioid Analgesia PainKnowledge Toolkit | Sept-October | KA/JS/BG/MV/JG |
| B191 | 2007 Opioid Analgesia Dinner Dialogues Development and Organization | June- August | PD/BG/MV/JG |
| B192 | 2007 Opioid Analgesia Dinner Dialogues Implementation 20 | Sept- November | PD/BG/MV/JG |
| B193 | 2007 Opioid Analgesia Dinner Dialogues Participant Guide | July- September | PD/BG/MV/JG |
| B194 | NIPC Opioid Analgesia  Painweek Conference | Sept 6-9, 2007 | |
| B195 | NIPC Persistent Pain Painweek Conference | Sept 6-9, 2007 | |

* BG = Barbara Guidos
CP = Christine Park
CS = Cecilly Sullivan
DF = Denise Frontin
DP = Darlene Pedersen
GS = Gina Salmond
JA = Jodi Andrews
JG = Jennifer Gonzalez
JP = Janet Pederson
JS = Jamie Sanford
JT = John Trombetta
KA = Kimberly Andrews

PAIN Job List for Razzo Team 2007

KC = Karen Capadonna
LC = Lisa Cariaga
LG = Lisa Giangeruso
LW = Leah Williams
MC = Matthew Cahill
MJ = Marianna Jordan
MO = Melanie Olsen
MR = Marilyn Rodas
PD =  Patricia Doyle
SR = Steven Rifkind
VS = Vanessa Saullo

PAIN Job List for Razzo Team 2007

| Grant Amount | Executive Summary |
|---|---|
| $119,327 | YES |
| $35,100 | |
| $128,500 | YES |
| $27,850 | |
| $281,851 | |
| $49,000 | |
| $49,000 | |
| $72,400 | |
| $136,700 | YES |
| $20,000 | |

PAIN Job List for Razzo Team 2007

| | |
|---|---|
| $82,300 | |
| $136,700 | YES |
| $20,000 | |
| $49,900 | |
| $46,300 | |
| $755,140 | YES |
| $30,761 | |
| $47,000 | |
| $151,877 | YES |
| $36,500 | YES |

PAIN Job List for Razzo Team 2007

| | |
|---|---|
| $157,100 | |
| $53,600 | |
| $15,000 | |
| $36,500 | YES |
| $133,012 | YES |
| $29,730 | |
| $27,000 | |
| $15,000 | |
| $8,800 | |
| $18,200 | |

PAIN Job List for Razzo Team 2007

| | |
|---|---|
| $41,200 | YES |
| $36,700 | |
| $53,200 | |
| $46,300 | |
| $740,300 | YES |
| $29,768 | |
| $35,000 | YES |
| $35,000 | YES |

PAIN Job List for Razzo Team 2007

PAIN Job List for Razzo Team 2008

| Job # | Description | Date<br>Date Range | KP360<br>Employees* |
|---|---|---|---|
| B196 | NIPC Publicity Brochure | January | LG/BG |
| B197 | PriMed Meeting Development & Organization | Jan - May | LG/BG |
| B198 | PriMed Meeting #1 Implementation | Jan- March | LG/BG |
| B199 | PriMed Meeting Participant Guide | Jan- May | BG |
| B397 | Meeting #2 Implementation | Feb- April | BG |
| B398 | Meeting #3 Implementation | March - June | BG |
| B439 | Opioid Analgesia Task Force Webconference | Jan- Feb | LG/BG |
| B440 | Opioid Analgesia Slide Update | Jan- March | LG/BG |
| B441 | Opioid Analgesia Dinner Dialogues Development & Organization | Jan- March | JP/BG |
| B442 | Opioid Analgesia Dinner Dialogues Implementation (20) | Feb- July | JP/BG |

PAIN Job List for Razzo Team 2008

| B443 | Opioid Analgesia Dinner Dialogues Participant Guide | March - June | JP/BG |
|---|---|---|---|
| B444 | Opioid Analgesia Audioconference Development & organization | Jan- March | GS/BG |
| B445 | Opioid Analgesia Audioconference Implementation (10) | March - June | GS/BG |
| B446 | Opioid Analgesia Audioconference Participant Guide | April - June | GS/BG |
| B447 | Opioid Analgesia Newsletter #1 | Jan- May | GS/BG |
| B448 | Opioid Analgesia Newsletter Podcast | May | GS/BG |
| B449 | 2008 NIPC Opioid Analgesia PriMed Development & Organization | May- July | GS/BG |
| B450 | 2008 NIPC Opioid Analgesia  PriMed Symposium #1 | July- December | GS/BG |
| B451 | 2008 NIPC Opioid Analgesia  PriMed Symposium #2 | July- December | GS/BG |
| B452 | 2008 NIPC Opioid Analgesia  PriMed Participant Guide | July- December | GS/BG |

PAIN Job List for Razzo Team 2008

| | | | |
|---|---|---|---|
| B453 | Opioid Analgesia PAINWEEK Symposium | May- September | JP/BG |
| B454 | Persistent Pain Task Force Meetings (2) | May -July | JP/BG |
| B455 | Persistent Pain Slide Kit UPDATE | May -August | JP/BG |
| B456 | Persistent Pain Dinner Dialogues Development & Organization | June- September | JP/BG |
| B457 | Persistent Pain Dinner Dialogues Implementation (10) | September - November | JP/BG |
| B458 | Persistent Pain Dinner Dialogues Participant Guides | July- September | JP/BG |
| B459 | Persistent Pain Audioconferences Development & Organization | July-September | GS/BG |
| B460 | Persistent Pain Audioconferences Implementation (10) | October- November | GS/BG |
| B461 | Persistent Pain Audioconferences Participant Guides | August - September | GS/BG |
| B462 | Persistent Pain Dinner Dialogues WEBCAST | December | GS/BG |
| | * BG = Barbara Guidos<br> CP = Christine Park<br> CS = Cecilly Sullivan | | |

PAIN Job List for Razzo Team 2008

```
DF = Denise Frontin
DP = Darlene Pedersen
GS = Gina Salmond
JA = Jodi Andrews
JG = Jennifer Gonzalez
JP = Janet Pederson
JS = Jamie Sanford
JT = John Trombetta
KA = Kimberly Andrews
KC = Karen Capadonna
LC = Lisa Cariaga
LG = Lisa Giangeruso
LW = Leah Williams
MC = Matthew Cahill
MJ = Marianna Jordan
MO = Melanie Olsen
MR = Marilyn Rodas
PD =  Patricia Doyle
SR = Steven Rifkind
VS = Vanessa Saullo
```

PAIN Job List for Razzo Team 2008

| Grant Amount | Executive Summary |
|---|---|
| $24,140 | |
| $28,100 | |
| $73,168 | YES |
| $26,700 | |
| $73,166 | YES |
| $73,166 | YES |
| $49,700 | |
| $68,900 | |
| $62,700 | |
| $795,579 | YES |

PAIN Job List for Razzo Team 2008

| | |
|---|---|
| $27,000 | |
| $62,100 | |
| $176,000 | YES |
| $32,100 | |
| $156,400 | YES |
| $20,700 | |
| $30,000 | YES |
| $80,000 | |
| $80,000 | |
| $27,500 | |

PAIN Job List for Razzo Team 2008

| | |
|---|---|
| $125,500 | YES |
| $53,000 | |
| $71,500 | |
| $56,300 | |
| $371,700 | YES |
| $23,000 | |
| $61,000 | |
| $176,000 | YES |
| $32,000 | |
| $51,500 | |

PAIN Job List for Razzo Team 2008

PAIN 2009 JOB LIST

| Job # | Description | Date<br>Date Range | KP360<br>Employees* |
|-------|-------------|--------------------|----------------------|
| B696 | Opioid Analgesia INTERACTIVE WEB CAST | Jan- Feb | LC/MV |
| B697 | Opioid Analgesia PATIENT ED HANDOUTS | Feb- May | LC/MV |
| B698 | Opioid Analgesia PHYSICIAN TOOL | Feb-May | LC/MV |
| B699 | Opioid Analgesia Webconference OUTCOMES STUDY | May | LC/MV |
| B700 | 2009 Opioid Analgesia PRIMED SOUTH Conference | Jan- Feb | LC/MV |
| B701 | 2009 Opioid Analgesia PRIMED SOUTH Participant Guide | Jan- Feb | LC/MV |
| B702 | 2009 Opioid Analgesia SLIDES UPDATE FOR PainKnowledge | Feb- March | LC/MV |
| B703 | 2009 Persistent Pain PRIMED SOUTH Conference | Jan- Feb | LC/MV |
| B704 | 2009 Persistent Pain PRIMED SOUTH Paticipant Guide | Jan- Feb | LC/MV |
| B705 | 2009 Persistent Pain SLIDES UPDATE FOR PainKnowledge | Feb- March | LC/MV |

PAIN 2009 JOB LIST

| | | | |
|---|---|---|---|
| B706 | 09 Persistent Pain Task Force | January | LC/MV |
| B707 | 09 Persistent Pain Curriculum Update | Jan- Feb | LC/MV |
| B708 | 2009  Persistent Pain Dinner Dialogues Development & Organization | Jan -March | LC/MV |
| B709 | 2009  Persistent Pain Spring Dinner Dialogues Implementation (10) | April - June | LC/MV |
| B710 | 2009 Persistent Pain Dinner Dialogues Participant Guide | April - June | LC/MV |
| B711 | 2009  Persistent Pain Dinner Dialogues OUTCOMES STUDY | June | LC/MV |
| B712 | 2009 Persistent Pain PATIENT HANDOUT (2) | June | LC/MV |
| B713 | 2009 Persistent Pain WALL CHART | June | LC/MV |
| B714 | 2009 Persistent Pain  PRIMED Meetings Development & Organization | Feb - March | LC/MV |
| B715 | 2009 Persistent Pain  PRIMED Meetings Implementation (3) | March - May | LC/MV |

PAIN 2009 JOB LIST

| | | | |
|---|---|---|---|
| B716 | 2009  Persistent Pain  PRIMED Meetings Participant Guide | March - May | LC/MV |
| B717 | 2009  Persistent Pain  PRIMED Meetings Webcast | March- May | LC/MV |
| B718 | 2009  Persistent Pain  PRIMED Patient Handout | March- May | LC/MV |
| B719 | 2009  Persistent Pain  PRIMED Physician Tool | March - May | LC/MV |
| B720 | 2009  Persistent Pain NEWSLETTER | March - May | LC/MV |
| B721 | 2009  Persistent Pain Newsletter PODCAST | April - June | LC/MV |
| B722 | 2009  Persistent Pain American Pain Society ONSITE INSIGHT newsletter | April - May | LC/MV |
| B723 | 2009  Persistent Pain  Summer Audioconference Development & Organization | Feb- March | LC/MV |
| B724 | 2009  Persistent Pain  Summer Audioconference Implementation (10) | April - June | LC/MV |
| B725 | 2009  Persistent Pain  Summer Audioconference Participant Guide | April - June | LC/MV |

PAIN 2009 JOB LIST

| | | | |
|---|---|---|---|
| B734 | 2009 Opioid Analgesia Task Force Webconference | Feb- March | SR/MV |
| B735 | 2009 Opioid Analgesia Curriculum Update | Feb- March | SR/MV |
| B736 | 2009 Opioid Analgesia Dinner Dialogues Development & organization | Feb- March | JP/MV |
| B737 | 2009 Opioid Analgesia Dinner Dialogues Implementation (15) | April - June | JP/MV |
| B738 | 2009 Opioid Analgesia Dinner Dialogues Participant Guide | March - May | JP/MV |
| B739 | 2009 Opioid Analgesia NEWSLETTER | March - May | JP/MV |
| B740 | 2009 Opioid Asnalgesia Newsletter PODCAST | May -June | JP/MV |
| B745 | Opioid Analgesia AUDIOCONFERENCE SUMMER 09 Development & Organization | March - April | JP/MV |
| B746 | Opioid Analgesia AUDIOCONFERENCE SUMMER 09 IMPLEMENTATION | April - July | JP/MV |
| B747 | Opioid Analgesia AUDIOCONFERENCE Participant Guide | April - May | JP/MV |

PAIN 2009 JOB LIST

| | | | |
|---|---|---|---|
| B748 | Opioid Analgesia PRIMED WEST Development & Organization | March - April | LC/MV |
| B749 | Opioid Analgesia PRIMED WEST IMPLEMENTATION | April - May | LC/MV |
| B750 | Opioid Analgesia PRIMED WEST Participant Guide | April | LC/MV |
| B751 | ARCHIVED WEBCAST OF Opioid Analgesia PRIMED OR DINNER DIALOGUE | May - June | JP/LC/MV |

* BG = Barbara Guidos
CP = Christine Park
CS = Cecilly Sullivan
DF = Denise Frontin
DP = Darlene Pedersen
GS = Gina Salmond
JA = Jodi Andrews
JG = Jennifer Gonzalez
JP = Janet Pederson
JS = Jamie Sanford
JT = John Trombetta
KA = Kimberly Andrews
KC = Karen Capadonna
LC = Lisa Cariaga
LG = Lisa Giangeruso
LW = Leah Williams
MC = Matthew Cahill
MJ = Marianna Jordan
MO = Melanie Olsen
MR = Marilyn Rodas
PD =  Patricia Doyle
SR = Steven Rifkind
VS = Vanessa Saullo

PAIN 2009 JOB LIST

| Grant Amount | Executive Summary |
|---|---|
| $127,380 | |
| $17,057 | |
| $31,059 | |
| $23,033 | YES |
| $132,520 | YES |
| $8,391 | |
| $18,216 | |
| $123,707 | YES |
| $10,039 | |
| $16,310 | |

PAIN 2009 JOB LIST

| | |
|---|---|
| $66,190 | |
| $52,620 | |
| $42,412 | |
| $450,406 | YES |
| $24,955 | |
| $27,800 | YES |
| $40,119 | |
| $21,314 | |
| $29,596 | |
| $254,156 | YES |

PAIN 2009 JOB LIST

| | |
|---|---|
| $12,877 | |
| $77,636 | |
| $28,560 | |
| $30,852 | |
| $124,358 | YES |
| $17,233 | |
| $87,994 | |
| $44,356 | |
| $130,071 | YES |
| $26,753 | |

PAIN 2009 JOB LIST

| | |
|---|---|
| $21,632 | |
| $21,702 | |
| $45,863 | |
| $594,163 | YES |
| $26,016 | |
| $123,685 | YES |
| $17,247 | |
| $44,375 | |
| $138,343 | YES |
| $18,662 | |

PAIN 2009 JOB LIST

| | |
|---|---|
| $24,596 | |
| $71,108 | YES |
| $21,915 | |
| $38,949 | |

NIPC Job List 2010

| Job # | NIPC Description | Date Date Range | KP360 Employees* |
|---|---|---|---|
| CB0024/11262 | 2010 NIPC Pain Slide Curriculum Update | | LC/MV |
| CB0025/11263 | 2010 NIPC Pain Dinner Dialogue Development & Oranization | | LC/MV |
| CB0026/11264 | 2010 NIPC Pain Dinner Dialogue Implementation (12) | | LC/MV |
| CB0027/11265 | 2010 NIPC Pain Dinner Dialogue Participant Guide | | LC/MV |
| 11274 | 2010 APF Moderate to Severe Dinner Dialogues Development & Organization | | LC/MV |
| 11275 | 2010 APF Moderate to Severe Dinner Dialogues Implementation 12 | | LC/MV |
| 11276 | 2010 APF Moderate to Severe Dinner Dialogues Participant Guide | | LC/MV |
| 11273 | 2010 APF Moderate to Severe Slide Curriculum | | LC/MV |
| 14531 | Survey for E-Newsletters/Steering Committee meeting | Jun-10 | LC/MV |
| 14130 | E-Newsletters | August 2010- May 2011 | LC/MV |

NIPC Job List 2010

| 14138 | E-Newsletter Podcasts | August 2010- May 2011 | LC/MV |
|---|---|---|---|
| 14143 | Archive Webcast on PainKnowledge.org | July - December 2010 | LC/MV |
| 14545 | Effectiveness Study and Publication | November - February 2011 | LC/MV |
| 14543 | Patient Handout | July - December 2010 | LC/MV |
| 14272 | Pain Week Symposia | Sep-10 | LC/MV |
| 16963 | REMS Slide Curriculum | November - January 2011 | LC/MV |
| 16332 | REMS Dinner Dialogues Development & Organization | November- January 2011 | LC/MV |
| 16333 | REMS Dinner Dialogues Implementation (12) | Feb- March 2011 | LC/MV |
| 16335 | REMS Dinner Dialogues Participant Guide | January - February 2011 | LC/MV |
| 16976 | REMS Check List | January - February 2011 | LC/MV |
| 20016 | Persistent Pain Dinner Dialogues Development & Organization | Feb-March 2011 | LC/MV |

NIPC Job List 2010

| | | | |
|---|---|---|---|
| 20017 | Persistent Pain Dinner Dialogues Implementation (12) | May-11 | LC/MV |
| 20019 | Persistent Pain Dinner Dialogues Participant Guides | Apr-11 | LC/MV |
| 20020 | Persistent Pain Slide Curriculum | Feb-April 2011 | LC/MV |
| 20021 | Persistent Pain Pearls to Practice Webcast | June 2011-June 2012 | LC/MV |
| 20022 | Persistent Pain Dinner Dialogues Outcome Study | June 2011- Sept 2011 | LC/MV |
| 18220 | Opioid Analgesia Tool Kit | August-11 | LC/MV |
| 17997 | Development & Organization Opioid Tool Kit Dinner Dialogues | September-11 | LC/MV |
| 18009 | Implementation Opioid Tool Kit | October-11 | LC/MV |
| 18042 | Participant Guide Opioid Tool Kit | September-11 | LC/MV |
| 18045 | Opioid Tool Kit Slide Curriculum | September-11 | LC/MV |
| 23175 | PainWeek 2011 REMS Symposium | September-11 | LC/MV |

NIPC Job List 2010

| | | | |
|---|---|---|---|
| 23800 | APF-NIPC Spring 2012 REMS Dinner Dialogues Slide Kit | January - February 2012 | LC/MV |
| 23802 | APF-NIPC Spring REMS Dinner Dialogues Development & Organization | January - February 2012 | LC/MV |
| 23806 | APF-NIPC Spring REMS Dinner Dialogues Implementation | February - March 2012 | LC/MV |
| 23807 | APF-NIPC Spring REMS Dinner Dialogues Participant Guide | February - March 2012 | LC/MV |
| 23809 | APF-NIPC Spring REMS Dinner Dialogues Companion Set | February - March 2012 | LC/MV |
| 23808 | APF-NIPC Spring  REMS Dinner Dialogues Outcome Study | April and June 2012 | LC/MV |
| 24075 | eNewsletter Series (5 issues) | March - October 2012 | LC/MV |

\* BG = Barbara Guidos
CP = Christine Park
CS = Cecilly Sullivan
DF = Denise Frontin
DP = Darlene Pedersen
GS = Gina Salmond
JA = Jodi Andrews
JG = Jennifer Gonzalez
JP = Janet Pederson
JS = Jamie Sanford
JT = John Trombetta
KA = Kimberly Andrews
KC = Karen Capadonna
LC = Lisa Cariaga
LG = Lisa Giangeruso
LW = Leah Williams
MC = Matthew Cahill
MJ = Marianna Jordan

NIPC Job List 2010

MO = Melanie Olsen
MR = Marilyn Rodas
PD =  Patricia Doyle
SR = Steven Rifkind
VS = Vanessa Saullo

NIPC Job List 2010

| Grant Amount | Executive Summary |
|---|---|
| $63,876 | |
| $29,436 | |
| $434,985 | YES |
| $16,854 | |
| $28,804 | |
| $420,336 | YES |
| $17,250 | |
| $51,878 | |
| $18,600 | |
| $281,410 | YES |

NIPC Job List 2010

| | |
|---|---|
| $35,200 | |
| $62,904 | YES |
| $15,000 | |
| $27,910 | |
| $136,940 | YES |
| $50,050 | |
| $31,471 | |
| $447,020 | YES |
| $16,836 | |
| $25,428 | |
| $37,330 | |

NIPC Job List 2010

| | |
|---|---|
| $433,543 | YES |
| $17,566 | |
| $65,571 | |
| $95,769 | |
| $35,500 | |
| $120,067 | |
| $28,237 | |
| $384,025 | YES |
| $13,328 | |
| $68,801 | |
| $145,000 | YES |

NIPC Job List 2010

| | |
|---|---|
| $21,580 | |
| $31,460 | |
| $451,830 | |
| $18,725 | |
| $20,565 | |
| $36,000 | |
| $212,575 | |

NIPC Job List 2010