# EXHIBIT 37

| | |
|---|---|
| **From:** | Galer, Bradley |
| **To:** | Kitlinski, Linda; Alvarez, Nancy; Gammaitoni, Arnold; Aron, Carey; DiGioia,Kenneth; Speiller,Marcia; Tormo, Vin; Clark,Matthew |
| **CC:** | McLaughlin, Jerry; Travers, Debbie; Shively, Scott |
| **Sent:** | 6/16/2003 3:27:36 PM |
| **Subject:** | RE: NIPC Input Needed for Meeting |

All,

Thanks so much for your important input.
Linda and I will be meeting with our colleagues to best decide how to move forward to make NIPC a "win/win" for all involved.

brad

Bradley S. Galer, M.D.
Vice-President, Scientific Affairs
Endo Pharmaceuticals

-----Original Message-----
**From:** Kitlinski, Linda
**Sent:** Monday, June 16, 2003 11:16 AM
**To:** Alvarez, Nancy; Gammaitoni, Arnold; Aron, Carey; DiGioia,Kenneth; Speiller,Marcia; Tormo, Vin; Clark,Matthew
**Cc:** Galer, Bradley; McLaughlin, Jerry; Travers, Debbie; Shively, Scott
**Subject:** RE: NIPC Input Needed for Meeting

Nancy & Arnold,

Really appreciate your input, and I definitely agree with you that opioids should be the focus of the new NIPC module, for all the reasons you both outline below (particularly to assure a successful launch of 3202), and also because of multiple comments Nat Katz made to me during a discussion I had with him this past week.

He believes that the current environment is such that despite a company's best intentions, any educational programs that are not done through an "independent third-party" will be perceived as inappropriately promotional. He went so far as to say that he believes (I wrote this down verbatim) that within the next year or so there will be a "significant tightening influence on opioid promotion that will be energized by Congress, FDA, DEA, and perhaps other entities."

He didn't go into any further detail, and I didn't press him (I'm always mindful of not crossing any line that might later cause him to recuse himself should our NDA have to go to the advisory committee), but given how strongly he felt about "CME being the only way to credibly talk about opioids in this day and time," I can't see how we can successfully launch 3202 without this CME module.

Once again, thanks so much for the input – it's particularly valuable since you guys can balance what's needed as a practicing clinician with what's needed to meet Endo's strategic objectives.

Linda

-----Original Message-----
**From:** Alvarez, Nancy
**Sent:** Monday, June 16, 2003 8:11 AM
**To:** Gammaitoni, Arnold; Kitlinski, Linda; Aron, Carey; DiGioia,Kenneth; Speiller,Marcia; Tormo, Vin; Clark,Matthew

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Cc:** Galer, Bradley
**Subject:** RE: NIPC Input Needed for Meeting

Opioids should be the focus, despite the desire to not promote other's products.  Nothing new to add except that there is a great need for education as voiced by the last group of advisors.  They want it to be CME as opposed to a single-product focused.  They also voiced great concern over the need for pharmacists to receive information as they view them as a major barrier jockeying for position with managed care.  While this is targeted for MDs right now, perhaps the teleconferences can be considered for other health care professionals.  This may be something to suggest as part of the "pull through" strategy to get pharmacies to stock the product.  The return on investment may be to have product available when prescriptions are written.

The transcripts will capture these comments.  Again, nothing new, but may help in justifying need.

Nancy

**Nancy A. Alvarez, PharmD**
**Product Information Manager**
**Medical Affairs Department**
**Endo Pharmaceuticals Inc**
**Phone: 610-558-9800 ext. 4265**
*Fax: 610-387-4094 (NEW 5/03)*

-----Original Message-----
**From:** Gammaitoni, Arnold
**Sent:** Friday, June 13, 2003 9:09 AM
**To:** Kitlinski, Linda; Aron, Carey; DiGioia,Kenneth; Speiller,Marcia; Tormo, Vin; Clark,Matthew
**Cc:** Galer, Bradley; Alvarez, Nancy
**Subject:** RE: NIPC Input Needed for Meeting

See comments in **Blue** below.
-----Original Message-----
**From:** Kitlinski, Linda
**Sent:** Mon 6/9/2003 11:41 PM
**To:** Aron, Carey; DiGioia,Kenneth; Speiller,Marcia; Tormo, Vin; Clark,Matthew
**Cc:** Galer, Bradley; Gammaitoni, Arnold; Alvarez, Nancy
**Subject:** NIPC Input Needed for Meeting

Guyz,

Brad/Scott/Jerry/Debbie/Andy and I will be meeting on June 25 to make a final decision on the general topic we will recommend to PW for the new NIPC module.

As we discussed during our last conference call on NIPC, I would like Brad/myself to hear each of your respective input prior to this meeting to assure we are covering all possibilities, and also because you guys have been to many of the NIPC programs and are therefore the "eyes and ears" for the Chadds Ford team...

**Please hit reply all and let us know:**

**1)    your opinion on what the focus (topical analgesics, opioids, mixed) of the new module should be.**
    Items to consider in making this recommendation: a) what will provide best educational ROI for Endo; b) what        the Faculty/Education Council will likely be most receptive to; and c) what will generate best interest/turnout

**Given the high level of interest and issues surrounding opioids, coupled with our anticipated**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**launch of EN3202/03, I think opioids should be the focus.  Not sure if a program on topical analgesics would garner as much interest as a stand alone.**

**2)     given your response to question 1, propose 2-3 general topics for the module…**

I will then prepare a synopsis of your feedback to share with Deb, Jerry, Scott, Andy at the meeting.

**Pharmacology/Pharmacodynamics**
**Evidence Base for use in Nociceptive and Neuropathic Pain**
**New developments in Opioid Analgesia (include info from last APS meeting which would allow us to get oxymorphone in)**
**Practical prescribing considerations**
   **- Initiation and dose titration**
   **- Proactive use of adjuvants to ameliorate side effects (i.e. bowel regimens)**
   **- Dosing Conversion.**

If you could **please have this information to me by morning of June 23**, I can pull our collective recommendations together.  So, break out a good bottle of red to inspire your creativity, give it some thought, and then get back to us!

MANY THANKS for all your hard work in driving the success of the NIPC programs!

Signed,
Inquiring Minds Want to Know!!!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ENDO-OPIOID_MDL-02261845