# EXHIBIT 43

| | |
|---|---|
| From: | Kitlinski, Linda |
| To: | Tormo, Vin; Leigh,Teresa; Toomer,Aymsley |
| CC: | Lankau, Peter; Andrzejewski,Stephen; Shively, Scott; McLaughlin, Jerry; Travers, Debbie; Shafranski,Mike |
| Sent: | 11/16/2003 6:00:32 PM |
| Subject: | FW: NIPC OPIOID Cinci Program - Fantastic Feedback |
| Attachments: | image001.gif |

Teresa, Aymsley & Vin,

CONGRATULATIONS on working together to really optimize the value of the NIPC programs for the physicians in your area...

As we saw with the return on education study conducted this year, the effectiveness of well-planned CME content and well-executed audience recruitment is truly a "winning combination!"

Great teamwork, guyz!!

Linda

-----Original Message-----
**From:** Tormo, Vin
**Sent:** Thursday, November 13, 2003 11:24 PM
**To:** Leigh,Teresa; Sylvia Razzo (srazzo@pwcg.com); Vanessa Saullo (vsaullo@pwcg.com); Steven Rifkind (srifkind@pwcg.com)
**Cc:** Shafranski,Mike; Kitlinski, Linda; Galer, Bradley; Ambrefe, Joseph; Travers, Debbie; McLaughlin, Jerry; Watson, Andy; Tell, Ed
**Subject:** RE: NIPC OPIOID Cinci Program - Fantastic Feedback

Thanks for the feedback Teresa – glad that the program went so well there!!! Glad that your recommendation to have the opioid program in Cincinnati paved the way towards, and lessened the fear of appropriately prescribing opioids. The efforts that you and your team made in identifying the need and helping get the appropriate physicians attend no doubt helped with making this program a success.

Sylvia, Vanessa, & Steve – thanks also for ALL your efforts to make this NIPC program not only happen, but be a success!

Way to go everybody!
Vin


NOTE - New Contact Info_____
**Vincent J. Tormo, MS, RPh**
*Clinical Liaison, Clinical Development & Education*
*Scientific Affairs*
*Endo Pharmaceuticals*
*1235A North Clybourn Ave, Suite 423*
*Chicago, IL 60610*
*Office: (312) 787-0512*
*Fax: (312) 787-0513*
*Voicemail: (800) 892-6131 ext 4159*
*Email: tormo.vin@endo.com*


-----Original Message-----
**From:** Leigh,Teresa
**Sent:** Thursday, November 13, 2003 9:53 PM
**To:** Tormo, Vin
**Cc:** Shafranski,Mike
**Subject:** NIPC OPIOID Cinci Program - Fantastic Feedback

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-01928285

*Vin,*

Thank you again, for helping to facilitate the addition of an Opioid program in Cincinnati.

- As you know, the program, with Charles Argoff, was tonight, Thursday, November 13, 2003.
- First of all, the turnout was excellent. They were set up for @ 45 and over 60 showed up! With a quick reset of the room, there was plenty of space.
- Secondly, the Physician's were very impressed with the presentation content.
- Prior to the program, Cincinnati Representative, Aymsley Toomer, shared with Dr. Argoff, some of the specific regulatory issues Cinci Physicians have been dealing with. He used the info draw Physicians into the talk.
- Many Physicians expressed that they now have an enhanced understanding of the proper prescribing of Opioids while reducing the risk of licensure loss.

*Thanks again,*

*Teresa*


*Teresa Leigh*
Cincinnati District Manager
Office: 614.863.4704
Fax: 614.863.4726
Material Redacted
e-mail: Leigh.Teresa@Endo.com