# GZJ KDKV 66

| | |
|---|---|
| From: | Kitlinski, Linda </O=ENDO PHARMACEUTICALS INC/OU=ENDO/CN=RECIPIENTS/CN=KITLINSKI.LINDA> |
| To: | Ammon, Carol; Ivison, Skip |
| CC: | Galer, Bradley; Aron, Carey; Tormo, Vin |
| Sent: | 8/1/2001 3:31:50 AM |
| Subject: | Update from American Pain Foundation |
| Attachments: | APF Overview and Report for Endo 7.31.01.doc |

Carol and Skip,

Hope this finds you both well!

John Giglio, the new executive director of the American Pain Foundation, asked me to forward the attached update to you both. He also expressed his appreciation for the support Endo has provided to APF and is forwarding a copy of APF's Form 990 along to Skip in order to complete the grant submission request for 2001.

Take care!
Linda



APF Overview and Report for Endo 7.31.01.doc

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ENDO-OPIOID_MDL-06234029