# EXHIBIT 45



## Annual Sales

Source: EX. A and B to PAR Supp Objections/Responses to Plaintiffs' Interrogatory No. 33 – March 4th 2019, ENDO_DATA-OPIOID_MDL-00000025-41, PAR_OPIOID_MDL_0002203447-52, CDC Wonder Data
* Pills, single liquid dose, patches, lozenges

16

