# EXHIBIT 49

**Privileged Materials Withheld**

CONFIDENTIAL

ENDO-OR-CID-00754369