# Exhibit 57

| | |
|---|---|
| From: | Nathalie Leitch |
| To: | 'jaltier2001@yahoo.com' |
| Sent: | 8/26/2011 3:48:27 PM |
| Subject: | Re: Weekly Update |
| Attachments: | image001.gif |

Hi-thanks. You and Bruce etc are the et al. Wouldn't have a call like this w/o you :).

From: Jennifer Altier [mailto:jaltier2001@yahoo.com]
Sent: Friday, August 26, 2011 04:44 PM
To: Nathalie Leitch
Subject: Re: Weekly Update

Hi - your message below was great. Only thing extra I could think of are the TMS efforts around UA now and going after the generic market with the next script.

Now that everything is in production I have been starting to think about "what to do next". If you do have a call with the RBDs next week I'd love to be on it.
Have a good weekend - and be glad you're not in Irene's path!

Jennifer

Sent via BlackBerry by AT&T

---

From: "Nathalie Leitch" <NLeitch@actavis.com>
Date: Fri, 26 Aug 2011 16:20:50 -0400
To: <jaltier2001@yahoo.com>
Subject: Fw: Weekly Update

Hi,

Please have a look at the string below. We need to be thinking about any/all possibilities. I think we already have - but it seems the sky may be the limit.

Also- do ypou think I missed anything major below? My thumbs are starting to cramp up from bberrying.

Hoping that irene goes out with a whisper. Stay in and be as cautious as possible.

Nathalie


From: Nathalie Leitch
Sent: Friday, August 26, 2011 04:14 PM
To: Doug Boothe
Cc: Terrence Fullem; Bruce Sullivan
Subject: Re: Weekly Update

Doug,

The unit sales out from wholesalers to retailers does show a loss of momentum. This is seasonal to some degree but we need to turn it around.

Here's a rundown of where we're at and what's planned.

The team's objective coming out of the NSM was to maintain target TRx at the post-Embeda recall level. This meant targets needed to write an avg of 1306 Kadian Rx per day for the 4 mos ending August. So far, the team has managed to do this, but only just (they're trending at 1301 per day).

Exhibit: 003
Allergan - ALTIER
Date: 8/2/18
Reporter: Amanda Miller, CRR

ACTAVIS0815204

We added new high volume generic MS writers to each of the territories at the end of July. The response from these writers to our message has been positive so far. We're looking to this segment to drive growth over the coming months.

We have finalized the strategy for adding new territories and as of earlier this week, the new targets. Our focus once again is on the high volume generic ms writers. We now need to understand the MC coverage in these new terrs to make certain Kadian is not disadvantaged. The goal is to have folks in the field - assuming we don't uncover problems relating to MC - before the end of Sep.

We are pushing hard on the MC front and will check with Ara to see if additional resources (eg RBDs in supporting role) would help. Our biggest losses have come from CIGNA, Universal American and United Health. We have initiatives ongoing at all three to get the business back and will continue to push until we do get it back.

The direct mail and email campaigns roll out next week. Main messages here are long history of safe and efficicacious use, favorable formulary position and co-pay program. The main goal is awareness and it's a good campaign.

We have looked at speakers programs and every derivative thereof and have made the decision not to pursue. Legal and regulatory have been strongly opposed plus the cost-benefit very uncertain given the complete lack of clinical data for Kadian. Generating prescriber interest in a Kadian program would be very challenging given what we are able to talk about.

This is a promotionally sensitive group of prescribers. I think the approach we're taking ie focusing on generic MS writers is going to pay off. We will also re-evaluate the current territories and call plans to make sure we're optimizing reach and frequency.

I'll set up a call next week for RBDs et al to revisit current strategy and initiatives to make sure we are not missing anything and to look for creative ways to impact Rx.

Nathalie


From: Doug Boothe
Sent: Friday, August 26, 2011 09:47 AM
To: Nathalie Leitch
Cc: Terrence Fullem; Bruce Sullivan
Subject: RE: Weekly Update


We are certainly losing our momentum here.


What can we do to re-establish our script level over 26K/week?


Have we finalized the additional sales positions? What can we do to close gaps in Managed Markets? Other promotion/initiatives?


Have we scratched any ideas around speakers forums, etc?


At the end of the day, is this purely a brute-force direct detail item?


DB

ACTAVIS0815205

Doug Boothe
Chief Executive Officer, Actavis Inc.


Actavis
60 Columbia Rd. Bldg B t +1 973-889-6633 @ DBOOTHE@actavis.com
Morristown , NJ 07960 United States f +1 973-993-4303 w www.actavis.com
<http://www.actavis.com/>
Internal VoIP number t 1256633

Please note that this e-mail and its attachments are intended for the named addressee only and
may contain information that is confidential and privileged. If you have by coincidence or
mistake or without specific authorization received this e-mail and its attachments we request
that you notify us immediately that you have received them in error, uphold strict
confidentiality and neither read, copy, nor otherwise make use of their content in any way
Please note that the sender of this e-mail and its attachments is solely responsible for its
content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Nathalie Leitch
Sent: Thursday, August 25, 2011 6:36 PM
To: Doug Boothe; Terrence Fullem; Ara Aprahamian RPh; Stephen Gallagher; Bruce Sullivan;
Lorraine Rogalski; Mark Palmisano; Beth Zelnick-Kaufman; 'Shepherd, Michael'; Killion, Mark;
'McClanahan, Patrick'; 'Hepp, Christopher'; Jennifer Altier
Subject: Weekly Update


Hi everyone - please see the attached updated reports for Kadian.


Nathalie Leitch
Director, Specialty Rx Products


Actavis
60 Columbia Rd. Bldg B t +1 973-889-6968 @ NLeitch@actavis.com
Morristown , NJ 07960 United States w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 125 6968

Please note that this e-mail and its attachments are intended for the named addressee only and
may contain information that is confidential and privileged. If you have by coincidence or
mistake or without specific authorization received this e-mail and its attachments we request
that you notify us immediately that you have received them in error, uphold strict
confidentiality and neither read, copy, nor otherwise make use of their content in any way
Please note that the sender of this e-mail and its attachments is solely responsible for its
content if it does not concern the operations of Actavis Group or its subsidiaries.

ACTAVIS0815206