# EXHIBIT 59

**From:** David Myers
**To:** Karen Stoedter
**Sent:** 7/19/2011 9:26:48 AM
**Subject:** RE: Recap of Sales/Marketing/Contracts Meeting - MONDAY, JULY 18TH
**Attachments:** image001.gif

How much you wanna bet this becomes a competition? First, Jinping will include charts and a graph. Then, because the gauntlet had been thrown, I'll add custom photos and graphics…maybe music will play when you open the email. Something "pharmaceutical". Like the song "White Rabbit"….one pill makes you bigger, and one pill makes you small…and the ones that mother gives you, don't do anything at all!

---

From: Karen Stoedter
Sent: Tuesday, July 19, 2011 9:51 AM
To: David Myers
Subject: RE: Recap of Sales/Marketing/Contracts Meeting - MONDAY, JULY 18TH

We get to take TURNS being the scribe. Berryman did it last Monday. They pick somebody from each group to do it so nobody gets stuck with it. Honestly, I think it's for Perfetto since he's been missing a lot of calls. They said it was for anybody that missed the meeting - they could review what happened on the call. Well, geez, can we ALL just do the review afterward !!!!!

tl

Karen Stoedter

Actavis
60 Columbia Rd. Bldg B t +1 302-684-5168 @ KStoedter@actavis.com
Morristown , NJ 07960 United States w www.actavis.com <http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

---

From: David Myers
Sent: Tuesday, July 19, 2011 9:48 AM
To: Karen Stoedter
Subject: RE: Recap of Sales/Marketing/Contracts Meeting - MONDAY, JULY 18TH

Good morning.

This is quite comprehensive… as I would naturally expect from any document that you prepare.

How did you get targeted for this special honor? Not for nothing, but aren't people supposed to be listening to the meeting in the first place?

---

From: Karen Stoedter
Sent: Monday, July 18, 2011 2:01 PM
To: Ara Aprahamian RPh; Beth Zelnick-Kaufman; Bob Miranda; Cheryl De La Cruz; David Myers; Gerard Farrell; Jinping McCormick; John Reed; Karen Stoedter; Lindsay Wills; Lisa Pehlke; Mark Palmisano; Michael Berryman; Michael Dorsey; Michael Perfetto; Mike Diblasi; Nancy Baran; Pat Corridon; Patrick LaClair; Rachelle Galant; Soojung Chung; Steve Cohen; Thad Demos; Violet Wojtulewicz
Subject: Recap of Sales/Marketing/Contracts Meeting - MONDAY, JULY 18TH

Everyone:

Below is a recap of today's meeting.

OXYMORPHONE:

We successfully launched Oxymorphone on Friday, July 15th with over 75% market share. The product released early in the day and dropped $1.4 million in orders to UPS before lunchtime. 4500 units shipped to every customer for overnight delivery for receipt today. 100% of customers were able to track their shipments. The Kadian team will be training with Ara next Monday so they will be able to bring the doctors they normally visit up to speed on the generic option and also deliver the direct mailing materials that you will all receive at the trade show. We are focusing on creating awareness and want to target physicians to continue to write and increase their scripts. We have a two-way direct mail campaign to the top 10 prescribing physicians. The second wave will go out the Tuesday after Labor Day. We want to cover both physicians and pharmacists to let them know that a generic is now available. We have booked Pharmacy Times (Aug). and will work with major wholesalers and chains to target doctors and patients to get the word out to utilize the generic. The sales team can be helpful in driving this to get reasonable feedback from customers over several weeks to see if the demand has increased or maintained and will help in planning for production and evaluating the effectiveness of our marketing campaign. David will be sending out the product profile and stat sheet today. Nancy will follow up on Cheryl's post launch spreadsheet.

OUR FOCUS:

Sales for the month - $20.3 vs. $46.4. We are short since there are many new products that have not been approved. We need to get additional traction on Fentanyl. We have underachieved on Valacyclovir. Valacyclovir finished goods and API is piling up and there's a space and value concern. Let's give another go-round and see what the opportunities are. Mylan continues to be the market leader and are leary to give up share. Perhaps we can target smaller accounts. We have product to cover us based on our 10% market share and we are currently at 4%. There may be opportunity to pick up additional Oxycodone since there continues to be shortages in the marketplace. There is a price increase going out on Thursday on several liquids and topicals. There are a couple of bids that are outstanding. Cardinal's cough/cold

buy will go out next week. We need closure on outstanding offers so we can let the plant know whether to ramp up. NDC number changes continue to occur. Customers will be notified of the Despiramine NDC change. Violet feels that after Aug 8th we can work on picking up at least an additional 10% market share on Despiramine.

METHYLPHENIDATE:

We have about 75% market share secured. Our Regulatory team spoke with FDA last week and we are expecting a response by the end of the month. We haven't seen any signs of Sandoz movement so we will forego a press release and ship product when we can.

David has not received the new products list from Regulatory and has had to revise it since the prior one is now obsolete. David will be re-submitting this week.

Karen Stoedter

Actavis
60 Columbia Rd. Bldg B t +1 302-684-5168 @ KStoedter@actavis.com
Morristown , NJ 07960 United States w www.actavis.com <http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.



Case: 1:17-md-02804-DAP Doc #: 2251-59 Filed: 08/13/19 5 of 5. PageID #: 351427

actavis
creating value in pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ALLERGAN_MDL_00505044