# EXHIBIT 82

| From: | Jinping McCormick |
|---|---|
| To: | Michael Dorsey; Michael Perfetto; Ara Aprahamian RPh |
| Sent: | 1/10/2012 11:19:43 AM |
| Subject: | RE: Dr. Schwartz - Pharmacies |
| Attachments: | image001.gif; image002.png; image003.png; image004.png; image005.gif; image006.png; image007.png; image008.png; image009.png |

Mike,

Appreciate your input.

Per Nathalie, this is a huge prescriber - largest prescriber in the country.

Jinping McCormick
Director of Marketing

Actavis
60 Columbia Rd. Bldg B t +1 973-889-6977 @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States f 973-993-4319 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 1256977

Please note that this e-mail and its attachments are intended for the named addressee only and
may contain information that is confidential and privileged. If you have by coincidence or
mistake or without specific authorization received this e-mail and its attachments we request
that you notify us immediately that you have received them in error, uphold strict
confidentiality and neither read, copy, nor otherwise make use of their content in any way
Please note that the sender of this e-mail and its attachments is solely responsible for its
content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Michael Dorsey
Sent: Tuesday, January 10, 2012 9:43 AM
To: Michael Perfetto; Jinping McCormick; Ara Aprahamian RPh
Subject: RE: Dr. Schwartz - Pharmacies

All,

Specific store stockings are best done at the Store level — better yet with the help of
Ritchie. Tatia, the office manager. We are spending a lot of resources for this 1 doctor. If
Patrick (below) has already discussed with Tatia, I would have him ask her to fax/call in a
request for the store to stock - store will do so knowing that the patient is coming in there.

Just my 2 cents worth…

Michael Dorsey
Director, National Accounts

Actavis
60 Columbia Rd. t +1 262-377-0874 @ MDORSEY@actavis.com
Morristown , NJ 07960 United States w www.actavis.com <http://www.actavis.com/>



Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Michael Perfetto
Sent: Monday, January 09, 2012 10:02 PM
To: Jinping McCormick; Michael Dorsey; Ara Aprahamian RPh; Steve Cohen
Subject: RE: Dr. Schwartz - Pharmacies


I think two separate emails…


One to steve regarding Dr. Schwartz and the need for Walmart to stock it…. Then Steve can follow up…maybe there is a DM that help within Walmart


Then an email to Dorsey..for CVS….


That should get us started…




Michael Perfetto
VP,Sales and Marketing

Actavis
60 Columbia Rd. Bldg B t +1 908-868-9778 @ mperfetto@actavis.com
Morristown , NJ 07960 United States f 607-724-0322 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Jinping McCormick
Sent: Monday, January 09, 2012 2:12 PM
To: Jinping McCormick; Michael Perfetto; Michael Dorsey; Ara Aprahamian RPh; Steve Cohen
Subject: RE: Dr. Schwartz - Pharmacies


· CVS - 3 locations around Oklahoma City

· Walmart pharmacies - 20 locations see attached. Can we send the attached list to Walmart DC and ask them to ship product to these stores if they haven't?

· I cannot find any Albertson pharmacies around – I will ask Nathalie.

900 SOUTHWEST 44TH STREET
OKLAHOMA CITY, OK 73109
Phone: 405-682-1651

Pharmacy | 24-Hour Pharmacy | Drive Thru Pharmacy | Flu Shots |
24-Hour Store | Photo

Accepts SNAP

<http://www.cvs.com/CVSApp/store/storedetails.jsp?getStoreID=5959&frmsfr=true> Get Map &
Directionsfor Store # 5959

<http://www.cvs.com/CVSApp/store/storefinderresults.jsp?_requestid=458442> Weekly Store Ad for
Store # 5959

<http://www.cvs.com/CVSApp/store/storefinderresults.jsp?_requestid=458442> CollapseFull Store
Details for Store #5959

Store #5959

Store Hours
Mo-Fr: Open 24 hours
Sa: Open 24 Hours
Su: Open 24 Hours

<https://flushot.cvs.com/CVSApp/showStoreSearchResults.do?zipCode=73109&storeId=5959>

Pharmacy Hours
Mo-Fr: Open 24 hours
Sa: Open 24 Hours
Su: Open 24 Hours
Flu shots available every day.

CONFIDENTIAL                                                                  ACTAVIS0328321

No appointment needed or <https://flushot.cvs.com/CVSApp
/showStoreSearchResults.do?zipCode=73109&storeId=5959> schedule a flu shot appointment>
Age restriction: 9 yrs and older.
High dose flu shots and
Pneumonia shots are also
available.

Store # 6003 4026 NORTH MACARTHUR BOULEVARD
WARR ACRES, OK73122
Phone: 405-789-0101

Pharmacy | 24-Hour Pharmacy | Drive Thru Pharmacy | Flu Shots |
24-Hour Store | Photo

Accepts SNAP

<http://www.cvs.com/CVSApp/store/storedetails.jsp?getStoreID=6003&frmsfr=true> Get Map &
Directionsfor Store # 6003

<http://www.cvs.com/CVSApp/store/storefinderresults.jsp?_requestid=458442> Weekly Store Ad for
Store # 6003

<http://www.cvs.com/CVSApp/store/storefinderresults.jsp?_requestid=458442> ExpandFull Store
Details for Store #6003

Store #6003

CONFIDENTIAL

ACTAVIS0328322

Store Hours
Mo-Fr: Open 24 hours
Sa: Open 24 Hours
Su: Open 24 Hours

<https://flushot.cvs.com/CVSApp/showStoreSearchResults.do?zipCode=73122&storeId=6003>

Pharmacy Hours
Mo-Fr: Open 24 hours
Sa: Open 24 Hours
Su: Open 24 Hours
Flu shots available every day.
No appointment needed or <https://flushot.cvs.com/CVSApp
/showStoreSearchResults.do?zipCode=73122&storeId=6003> schedule a flu shot appointment>
Age restriction: 9 yrs and older.
High dose flu shots and
Pneumonia shots are also
available.

Store # 6165 3651 WEST ROBINSON STREET
NORMAN, OK73072
Phone: 405-360-5406

Pharmacy | 24-Hour Pharmacy | Drive Thru Pharmacy | MinuteClinic® | Flu Shots | 24-Hour Store
| Photo

Accepts SNAP

<http://www.cvs.com/CVSApp/store/storedetails.jsp?getStoreID=6165&frmsfr=true> Get Map &
Directionsfor Store # 6165

<http://www.cvs.com/CVSApp/store/storefinderresults.jsp?_requestid=458442> Weekly Store Ad for
Store # 6165

CONFIDENTIAL

ACTAVIS0328323

<http://www.cvs.com/CVSApp/store/storefinderresults.jsp?_requestid=458442> ExpandFull Store Details for Store #6165

Store #6165

Jinping McCormick
Director of Marketing

Actavis
60 Columbia Rd. Bldg B t +1 973-889-6977 @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States f 973-993-4319 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 1256977

Please note that this e-mail and its attachments are intended for the named addressee only and
may contain information that is confidential and privileged. If you have by coincidence or
mistake or without specific authorization received this e-mail and its attachments we request
that you notify us immediately that you have received them in error, uphold strict
confidentiality and neither read, copy, nor otherwise make use of their content in any way
Please note that the sender of this e-mail and its attachments is solely responsible for its
content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Jinping McCormick
Sent: Monday, January 09, 2012 12:23 PM
To: Michael Perfetto; Michael Dorsey; Ara Aprahamian RPh; Steve Cohen
Subject: RE: Dr. Schwartz


CVS and Supervalu is a little different via wholesalers.

For Walmart, they buy direct, can we ask DCs to send product to the stores directly, push
rather than pull?



Jinping McCormick
Director of Marketing

Actavis
60 Columbia Rd. Bldg B t +1 973-889-6977 @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States f 973-993-4319 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 1256977

Please note that this e-mail and its attachments are intended for the named addressee only and
may contain information that is confidential and privileged. If you have by coincidence or
mistake or without specific authorization received this e-mail and its attachments we request
that you notify us immediately that you have received them in error, uphold strict
confidentiality and neither read, copy, nor otherwise make use of their content in any way
Please note that the sender of this e-mail and its attachments is solely responsible for its
content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Michael Perfetto
Sent: Monday, January 09, 2012 11:13 AM
To: Michael Dorsey; Jinping McCormick; Ara Aprahamian RPh; Steve Cohen
Subject: RE: Dr. Schwartz

Maybe we can get the wholesaler #'s and the chain may have an order number…

We can also call the chain accounts or email…to advise them we need some specific help…

Michael Perfetto
VP, Sales and Marketing

Actavis
60 Columbia Rd. Bldg B t +1 908-868-9778 @ mperfetto@actavis.com
Morristown , NJ 07960 United States f 607-724-0322 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Michael Dorsey
Sent: Monday, January 09, 2012 11:03 AM
To: Jinping McCormick; Michael Perfetto; Ara Aprahamian RPh; Steve Cohen
Subject: RE: Dr. Schwartz

It is loaded in CVS System and they can pull from Wholesaler and it'll be on the shelve the next day.

Michael Dorsey
Director, National Accounts

Actavis
60 Columbia Rd. t +1 262-377-0874 @ MDORSEY@actavis.com
Morristown , NJ 07960 United States w www.actavis.com <http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Jinping McCormick
Sent: Monday, January 09, 2012 11:02 AM
To: Michael Perfetto; Ara Aprahamian RPh; Michael Dorsey; Steve Cohen
Subject: FW: Dr. Schwartz

Need to put some generic Kadian to the following pharmacies in Oklahoma City. This doctor is one of the top prescribers in Kadian.

-Albertsons

-CVS

-Walmart


Mike D, Steve - what would you suggest? Can you call the distribution center to send products? For CVS, would we call wholesaler or call pharmacy directly?


Jinping McCormick
Director of Marketing

Actavis
60 Columbia Rd. Bldg B t +1 973-889-6977 @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States f 973-993-4319 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 1256977

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: McClanahan, Patrick [mailto:PMcClanahan@kadian.com]
Sent: Sunday, January 08, 2012 12:02 PM
To: Nathalie Leitch
Cc: Ritchie
Subject: re: Dr. Schwartz


Nathalie,

I spoke with Dr. Schwatrz' office late Friday and with Ritchie. Tatia, the office manager, said things did get better this week but still having trouble finding generic Kadian. I told her that we would send out communication to the retail pharmacies in the Oklahoma area and make sure they have access to generic Kadian. She said that would be great. I informed her to call me with any issue that may arise next week and in the future.


Below are the most critical pharmacies they use:


-Albertsons

-CVS

-Walmart


Please let me know what I can do on my end to assist and thanks for the help. Tell Jinping thanks as well.


CONFIDENTIAL
ACTAVIS0328326

Patrick


Patrick McClanahan

Regional Business Director

Actavis / inVentiv

Cell # 407-257-9047

Off # 407-740-7731

Fax # 407-740-7807

pmcclanahan@kadian.com

CONFIDENTIAL

ACTAVIS0328327



CONFIDENTIAL

ACTAVIS0328328

CONFIDENTIAL

ACTAVIS0328329

CONFIDENTIAL

ACTAVIS0328330

ACTAVIS0328331

ACTAVIS0328332



ACTAVIS0328333

ACTAVIS0328334

ACTAVIS0328335

ACTAVIS0328336