# EXHIBIT 61

From: Jinping McCormick
To: Rachelle Galant
CC: David Myers; Violet Wojtulewicz; Karen Stoedter
Sent: 8/7/2011 7:32:31 PM
Subject: Monday call

Rachelle – can you please lead the call for marketing?

Levetiracetam ER – progress towards 20% share goal
Valacyclovir – need to focus and re-evaluate; 10% share target vs 4% now.
Oxymorphone ER – encouraging initial feedback from Kadian sales reps. Physicians are receptive and welcome the generic strengths.

NACDS prep – David can give update.

Thanks.

**Jinping McCormick**
Director of Marketing

Actavis
60 Columbia Rd. Bldg B  t +1 973-889-6977  @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States  f 973-993-4319  w www.actavis.com
Internal VoIP number  t 1256977

Please note that this e-mail and its attachments are intended for the named addressees only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_00235615



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_00235616