GZJ KDKV 84

**To:** Doug Boothe[DBOOTHE@actavis.com]
**From:** Michael Perfetto
**Sent:** Fri 7/15/2011 5:11:54 PM
**Importance:** Normal
**Subject:** FW: Sales rep training material draft
**MAIL_RECEIVED:** Fri 7/15/2011 5:12:18 PM
Attachment
image001.gif
Oxymorphone Sales Training.ppt

Fyi...only.


But I think it's good.


Michael Perfetto
VP,Sales and Marketing


Actavis
60 Columbia Rd. Bldg B t +1 908-868-9778 @ mperfetto@actavis.com
Morristown , NJ 07960 United States f 607-724-0322 w www.actavis.com
<http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and
may contain information that is confidential and privileged. If you have by coincidence or mistake
or without specific authorization received this e-mail and its attachments we request that you
notify us immediately that you have received them in error, uphold strict confidentiality and neither
read, copy, nor otherwise make use of their content in any way Please note that the sender of
this e-mail and its attachments is solely responsible for its content if it does not concern the
operations of Actavis Group or its subsidiaries.

From: Jinping McCormick
Sent: Friday, July 15, 2011 1:37 AM
To: Michael Perfetto; Nathalie Leitch; Terrence Fullem; Ara Aprahamian RPh
Cc: David Myers
Subject: Sales rep training material draft


All,


Attached please find a draft Oxymorphone training material for Sales reps.

Meeting is Monday July 25th. This piece will need to send through Regulatory and legal for
review and approval.

If you can provide feedback tomorrow Friday EOB, it's greatly appreciated.



EXHIBIT Boothe
WIT: Allergen14
DATE: 1-17-19
Marie Foley, RMR, CRR

CONFIDENTIAL

ACTAVIS0506794

Jinping

From: Michael Perfetto
Sent: Thursday, July 14, 2011 11:11 PM
To: Jinping McCormick; Nathalie Leitch; Terrence Fullem
Cc: Ara Aprahamian RPh
Subject: RE: Sales rep training time slot

Fine.... I don't want to over think this....

I approve just do it....

Tx.

Michael Perfetto
VP,Sales and Marketing

Actavis
60 Columbia Rd. Bldg B t +1 908-868-9778 @ mperfetto@actavis.com
Morristown , NJ 07960 United States f 607-724-0322 w www.actavis.com
<http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and
may contain information that is confidential and privileged. If you have by coincidence or mistake
or without specific authorization received this e-mail and its attachments we request that you
notify us immediately that you have received them in error, uphold strict confidentiality and neither
read, copy, nor otherwise make use of their content in any way Please note that the sender of
this e-mail and its attachments is solely responsible for its content if it does not concern the
operations of Actavis Group or its subsidiaries.

From: Jinping McCormick
Sent: Thursday, July 14, 2011 11:08 PM
To: Michael Perfetto; Nathalie Leitch; Terrence Fullem
Cc: Ara Aprahamian RPh
Subject: RE: Sales rep training time slot

Nathalie suggested a regional teal contest – there are four teams.

ACTAVIS0506795

Ara suggested adding the top 1 or 2 reps from each region on top of the team approach.

I think rewarding team and top performers will generate max effort.  Performance will be based on Aug-Oct scripts written within their territory.  Just to throw some numbers together – is this too low or too high?

Each Award

# of awards

Total Award

Top team by region (13 people)

$       500

13

$     6,500

Top two reps of each team

$     1,000

8

$     8,000

Total

21

$14,500

Jinping McCormick
Director of Marketing

CONFIDENTIAL

ACTAVIS0506796

Actavis
60 Columbia Rd. Bldg B t +1 973-889-6977 @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States f 973-993-4319 w www.actavis.com
<http://www.actavis.com/>
Internal VoIP number t 1256977

Please note that this e-mail and its attachments are intended for the named addressee only and
may contain information that is confidential and privileged. If you have by coincidence or mistake
or without specific authorization received this e-mail and its attachments we request that you
notify us immediately that you have received them in error, uphold strict confidentiality and neither
read, copy, nor otherwise make use of their content in any way Please note that the sender of
this e-mail and its attachments is solely responsible for its content if it does not concern the
operations of Actavis Group or its subsidiaries.

-----

From: Michael Perfetto
Sent: Thursday, July 14, 2011 10:44 PM
To: Jinping McCormick; Nathalie Leitch; Terrence Fullem
Cc: Ara Aprahamian RPh
Subject: RE: Sales rep training time slot


Have we all agreed upon the bonus plan for this.


I know I've suggest a few different idea.


I would prefer a contest for the top 5 or 10 reps...based on percentage group of scripts on this
product.


But I'm open to any and all ideas that maximize our results... with not breaking the bank.


tx


Michael Perfetto
VP,Sales and Marketing

Actavis
60 Columbia Rd. Bldg B t +1 908-868-9778 @ mperfetto@actavis.com
Morristown , NJ 07960 United States f 607-724-0322 w www.actavis.com
<http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and

may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Jinping McCormick
Sent: Thursday, July 14, 2011 10:36 PM
To: Nathalie Leitch; Terrence Fullem
Cc: Ara Aprahamian RPh; Michael Perfetto
Subject: Sales rep training time slot


Nathalie and Terry,


Can you please schedule a time slot for oxymorphone ER training at your up coming sales meeting? It's pretty straight forward; I would think 30min is all we need.

Nathalie has plenty on her plate with Kadian, so I asked Ara to deliver the training if no one objects.


Thanks for your help.


Jinping


Jinping McCormick
Director of Marketing

Actavis
60 Columbia Rd. Bldg B t +1 973-889-6977 @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States f 973-993-4319 w www.actavis.com
<http://www.actavis.com/>
Internal VoIP number t 1256977

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

CONFIDENTIAL

ACTAVIS0506798



ACTAVIS0506799



# Introduction of
## Oxymorphone Hydrochloride Extended-Release Tablets, CII

Sales Training Class



A347 Rev 7/2011

CONFIDENTIAL

ACTAVIS0506800



# Oxymorphone Overview

- Oxymorphone Hydrochloride Extended-Release Tablets, CII is available in July from Actavis in 7.5mg and 15mg, bottles of 100's.
- AB-rated to Opana ER®* by Endo Labs.
- Opana ER was originally available in 7 strengths: 5mg, 7.5mg, 10mg, 15mg, 20mg, 30mg and 40mg.
- Endo discontinued the 7.5mg and 15mg strengths in March, 2011.
- We believe that Actavis is the first, and perhaps only, generic available in the 7.5mg and 15mg strengths at initial launch.
- Product launched on July 15th, shipped to all major wholesalers.



Confidential – for internal & training purpose only.  Not to be distributed

*Opana ER® is a trademark owned by a party other than Actavis

CONFIDENTIAL

# Key Messages



- Endo discontinued Opana ER 7.5mg and 15mg. If some of your patients prefer Opana ER, just want to let you know that generic Opana ER is available now in these two strengths.

- Generic product is stocked at all major wholesalers and readily available.



Confidential – for internal & training purpose only. Not to be distributed

3

CONFIDENTIAL

ACTAVIS0506802

# Sell Sheet – front & back





Confidential – for internal & training
purpose only. Not to be distributed

4

CONFIDENTIAL

ACTAVIS0506803

# Marketing Support



- A two wave **direct-mail campaign** to the top 10,000 prescribing doctors.  The first wave is planned to coincide with our launch to bring awareness to prescribing doctors.  A follow-up mailing is planned for four weeks post-launch.
- **Journal advertising** to cover both prescribers and pharmacists:
  - Practical Pain Management – focused on pain specialists. Circulation: 45,000. Insertion in August 2011 issue.
  - Pharmacy Times – focused on Pharmacists/Pharmacy buyers. Circulation: 163,500. Insertion in August 2011 issue.
- **Email campaign** reaching a pharmacy audience of 87,000 addresses.

Confidential – for internal & training purpose only.  Not to be distributed

5

CONFIDENTIAL

ACTAVIS0506804

# Indications and Usage



- Oxymorphone hydrochloride extended-release tablets are indicated for the relief of moderate to severe pain in patients requiring continuous, around-the-clock opioid treatment for an extended period of time.

Limitations of Usage

- Oxymorphone hydrochloride extended-release tablets are not intended for use as an as needed analgesic.
- Oxymorphone hydrochloride extended-release tablets are not indicated for pain in the immediate post-operative period if the pain is mild, or not expected to persist for an extended period of time.
- Oxymorphone hydrochloride extended-release tablets are only indicated for post-operative use if the patient is already receiving the drug prior to surgery or if the post-operative pain is expected to be moderate or severe and persist for an extended period of time. Physicians should individualize treatment, moving from parenteral to oral analgesics as appropriate. (See American Pain Society guidelines).

Confidential – for internal & training purpose only.  Not to be distributed

6

ACTAVIS0506805

# Oxymorphone Boxed Warning



---

**WARNING: POTENTIAL FOR ABUSE, IMPORTANCE OF PROPER PATIENT SELECTION AND LIMITATIONS OF USE**

Potential for Abuse

- Oxymorphone hydrochloride extended-release tablets contain oxymorphone, which is a morphine-like opioid agonist and a Schedule II controlled substance, with an abuse liability similar to other opioid analgesics.

- Oxymorphone can be abused in a manner similar to other opioid agonists, legal or illicit. This should be considered when prescribing or dispensing oxymorphone hydrochloride extended-release tablets in situations where the physician or pharmacist is concerned about an increased risk of misuse, abuse, or diversion.

Proper Patient Selection

- Oxymorphone hydrochloride extended-release tablets are an extended-release oral formulation of oxymorphone indicated for the management of moderate to severe pain when a continuous, around-the-clock opioid analgesic is needed for an extended period of time.

Limitations of Use

- Oxymorphone hydrochloride extended-release tablets are NOT intended for use as an as needed analgesic.

- Oxymorphone hydrochloride extended-release tablets are to be swallowed whole and are not to be broken, chewed, dissolved, or crushed. Taking broken, chewed, dissolved, or crushed oxymorphone hydrochloride extended-release tablets leads to rapid release and absorption of a potentially fatal dose of oxymorphone.

- Patients must not consume alcoholic beverages, or prescription or non-prescription medications containing alcohol, while on oxymorphone hydrochloride extended-release tablet therapy. The co-ingestion of alcohol with oxymorphone hydrochloride extended-release tablets may result in increased plasma levels and a potentially fatal overdose of oxymorphone.

Confidential – for internal & training purpose only.  Not to be distributed

7

ACTAVIS0506806

# Important Safety Information



**IMPORTANT SAFETY INFORMATION**

- Oxymorphone hydrochloride extended-release tablets contain oxymorphone, an opioid agonist and a Schedule II controlled substance, with an abuse liability similar to other opioid analgesics.

- Oxymorphone can be abused in a manner similar to other opioid agonists, legal or illicit. This should be considered when prescribing or dispensing oxymorphone hydrochloride extended-release tablets in situations where the physician or pharmacist is concerned about an increased risk of misuse, abuse, or diversion.

- Oxymorphone hydrochloride extended-release tablets are an opioid agonist indicated for the relief of moderate to severe pain in patients requiring continuous around-the-clock opioid treatment for an extended period of time.

- Oxymorphone hydrochloride extended-release tablets are NOT intended for use as an as needed analgesic.

- Oxymorphone hydrochloride extended-release tablets are to be swallowed whole and are not to be broken, chewed, dissolved, or crushed as this leads to rapid release and absorption of a potentially fatal dose of oxymorphone.

- Patients must not consume alcoholic beverages, prescription or non prescription medications containing alcohol. Co-ingestion of alcohol with oxymorphone hydrochloride extendedrelease tablets may result in a potentially fatal overdose of oxymorphone.

Confidential – for internal & training purpose only. Not to be distributed

8

ACTAVIS0506807



# FAQs

- **Q1:** Is the generic product as effective as the brand?

  **A1:** This product is approved by FDA and AB rated to Opana ER.

- **Q2:** What does AB rating mean?

  **A2:** AB rating means that FDA has determined that the generic product is pharmaceutical and therapeutically equivalent to the brand Opana ER.

- **Q3:** What about the other strength?

  **A3:** Actavis has tentative approval on the other strengths.  But I cannot discuss the timing of their availability.

- **Q4:** Where will this product be stocked?  Can patients easily get their scripts filled?

  **A4:** This product is stocked at all major wholesalers and major drug chain stores.  Patients should be able to get their scripts filled easily.

Confidential – for internal & training
purpose only.  Not to be distributed

9

CONFIDENTIAL

ACTAVIS0506808

# FAQs – cont'd



- Q5: Do I have to do anything special when writing a script?
  A5: Nothing different from what you normally do.

- Q6: Are you shifting your focus to marketing generics?
  A6: No, Kadian is still our focus product; we just want to make you aware that Actavis has a generic division that is marketing this product

- Q7: Won't this product compete against Kadian?
  A7: No, Actavis is committed to providing quality products to patients and providing health care professionals with a generic option as well

  A7b: No. For patients who prefer this product but cannot get it since the discontinuation, Actavis provides these patients an opportunity they deserve.

  Alternative answers for Q7 – input please

Confidential – for internal & training purpose only. Not to be distributed

10

CONFIDENTIAL

ACTAVIS0506809



# DOs

- Do discuss the generic product availability

- Do mention that brand discontinued the 7.5mg and 15mg strengths

- Do discuss safety considerations

- Do leave the sell sheet with the prescribers



Confidential – for internal & training
purpose only.  Not to be distributed

11

CONFIDENTIAL

ACTAVIS0506810



# DON'Ts

- Do not provide information outside of the scope of this training
- Do not compare products
- Do not discuss or mention pricing



Confidential – for internal & training
purpose only.  Not to be distributed

ACTAVIS0506811



## Additional infomation

- For general medical questions and product information, please contact Medical Affairs:

  Call: 800-432-8534
  Email: <u>medicalaffairs@actavis.com</u>

- This is a different number from that used for Kadian



Confidential – for internal & training purpose only.  Not to be distributed

13

CONFIDENTIAL

ACTAVIS0506812

# Compensation and Incentives



- **Team Award**

  - Top regional team with the highest cumulative Rx written for the period of August – October 2011

  - Each member of the team wins $500

- **Individual Award**

  - Top two performers from each team with the highest cumulative Rx written for the period of August – October 2011

  - Each award is $1000

- **Renewable upon review of overall performance**

Confidential – for internal & training
purpose only.  Not to be distributed                    14

CONFIDENTIAL

ACTAVIS0506813



15

CONFIDENTIAL

ACTAVIS0506814