# EXHIBIT 63

| | |
|---|---|
| **From:** | Jinping McCormick |
| **To:** | Brenda Vesey |
| **CC:** | David Myers; Michael Perfetto |
| **Sent:** | 9/15/2011 11:05:09 PM |
| **Subject:** | Marketing Plan and Media Plan |
| **Attachments:** | 2011 Collateral Material Development plan.xls; Actavis_Media_Plan_2011_110909a.xls; Launch Report 9-14-2011.xls |

Brenda,

I'm attaching our product promotional plan as well as media plan as we discussed earlier today.

**Media Plan** – details our advertising schedules and is updated every month to record actuals as well as adjustment for future insertions.  Attached is a Sept update, orange color is actual for past date and planned for future date.  As you can see from the schedule that we maintain Actavis presence in every month in both **print and digital** among these key trade journals which mostly target pharmacists and pharmacy buyers as audiences.  We occasionally target prescribing physicians as needed, e.g. oxymorphone to promote our products.  Practical Pain Management falls into this category.
Every year, we aim to develop new corporate ad to fresh the image.  This year, we planned for two new ones, one is being used in ad (Green Planet, Zero Carbon , we call TREE ad).

   We also did more product specific promotions this year as we discussed earlier.  Fentanyl, Zolpidem and Oxymorphone are published.  We did extensive promotion and media campaign for oxymorphone.  We have Methylphenidate ad completed and approved, ready to go as soon as the product is approved.  We are working on Amphetamine ER combo ad, near completion.  We completed Banzai ad too.  Product ads hinge upon how many products are approved of course.

**Collateral Material Development Plan** – this plan is developed for product promotions and timing.  It details which products require an advertisement in trade journals, which need a sell sheet that is used by sales team but not published, and which products require neither.  Launch date is from early in the year and you can see from the Launch Report that many of these products' launch schedule has been delayed.

This year, we updated the product section of the Actavis.us websites and site visits have increased since the launch of new contents.

Hope this provides some details on our effort to promote both Actavis name and products.  If you would like any details, either David and I would be more than happy to assist.

Jinping


**Jinping McCormick**
*Director of Marketing*



Actavis
60 Columbia Rd. Bldg B *t* +1 973-889-6977 @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States *f* 973-993-4319 *w* www.actavis.com
Internal VoIP number *t* 1256977

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

Allergan
McCormick 20
**EXHIBIT**
Date: 1-9-19
MLG, CSR, RPR, CRR

ACTAVIS0346651

| Product | Ad | Sellsheet | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pantaprazole | | ‡ | Launch | | | | | | | | | | | |
| Amphetamine Combo ER | 1 | | | Launch (tent/late) | | | | | | | | | | |
| Buprenorphine | | 1 | | | | | | | | | | Launch | | |
| Buprenorphine/Naloxone | 1 | | in process now | Launch | | | | | | | | | | |
| Morphine ER (Kadian) | | 1 | already completed - check for update | | | Launch | | | | | | | | |
| Morphine ER (Avinza) | 1 (wait) | | | | | Launch (delayed) | | | | | | | | |
| Valacyclovir | | 1 | | | | Launch | | | | | | | | |
| Zolipidem ER 12.5mg/6.25mg | 1 | update existing | | | | | | Launch 6/3/11 | | | | | | |
| Donepezil | need samples | 1 | | | | | Launch | | | | | | | |
| Diltiazem ER Caps (Tiazac) | 1 (maybe) | | | | | | Launch | | | | | | | |
| Ropinorole | when launching? | 1 | | | | | | Launch | | | | | | |
| Oxymorphone ER | 1 | 1 | | | | | | | Launch 7/1/11 | | | | | |
| Methylphenidate ER | 1 | | | | | | | | Launch | | | | | |
| Doxycycline DR | | ‡ | | | | | | | Launch | | | | | |
| Levetiracetam ER Tabs | | 1 | | | | | | | | | Launch | | | |
| Corporate Ad #1 (Green factory) | | | | | | | | | | | | | | |

CONFIDENTIAL

ACTAVIS0346652

Actavis 2011 Media Plan - 1/2/2019

2011 ACTAVIS  Media Schedule - September 9, 2011

CONFIDENTIAL

© 2011 Catalyst Agency Inc  This document contains confidential information

2011 ACTAVIS Media Schedule — detailed monthly insertion grid by publication (American Health & Drug Benefits, Chain Drug Review, Chain Drugstore Daily - NACDS, Drugstore Management, Drug Store News, Drug Topics, GMDC Membership Directory, MPR, Non-Foods Management, Pharmacy Purchasing & Products, Pharmacy Times, Pharmacy Today, Practical Pain Management, US Pharmacist, DNS GenericRX - Newsletter, NACDS Guide - Vertical Banner), with columns for CPI, Planned Insertions, Subtotal, and months January through December.

CONFIDENTIAL

ACTAVIS0346653

Actavis 2011 Media Plan - 1/2/2019

| | $147.88 | 12 | $1,775 | $147.88 | 12 | $1,775 | | | | | | | | | | | | | | | | |
| NACDS Guide - Horizontal Banner | $147.88 | 12 | $1,775 | $147.88 | 12 | $1,775 | | | | | | | | | | | | | | | | |
| NCPA - Horizontal Banner | $245.83 | 12 | $2,950 | $245.83 | 12 | $2,950 | | | | | | | | | | | | | | | | |
| subtotal | | | $24,999 | | | $24,999 | | | | | | | | | | | | | | | | |
| percent of budget | | | 6% | | | 7% | | | | | | | | | | | | | | | | |
| SEO | | | | | | | | | | | | | | | | | | | | | | |
| Paid | | | $0 | | | $0 | | | | | | | | | | | | | | | | |
| subtotal | | | $0 | | | $0 | | | | | | | | | | | | | | | | |
| percent of budget | | | 0% | | | 0% | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | | | | | |
| Budget | | | $420,000 | | | $420,000 | | | | | | | | | | | | | | | | |
| Differences | | | $15,358 | | | $(66,607) | | | | | | | | | | | | | | | | |

CONFIDENTIAL

110909
2 of 3

ACTAVIS0346653

Actavis 2011 Media Plan - 1/2/2019

| Jrl | Web | Rate Card | Rep | Rep Email | Rep # | Target Audience | Circulation | 12X Rate b/w page | 12X Rate 4/C page | Total 1pg 4/C + 3pg b/w |
|---|---|---|---|---|---|---|---|---|---|---|
| **Practical Pain Managemnt** | **http://www.practicalpainmanagement.com/** | **http://www.practicalpainmanagement.com/sites/default/files/PPM_MediaKit_2011b.pdf** | **Sean.Cunningham** | **Sean.Cunningham@VerticalHealth.com** | **919-467-3653** | **clinicians, pharmacists** | **46580** | **$3,225** | **$5,245** | **$14,920** |
| Pain Medicine | http://www.blackwellpublishing.com/journal.asp?ref=1526-2375 | email sent | Karl Franz | KFranz@Wiley.com | 781-388-8470 | TBD | 5,734 | | | $5,555 |
| **Pain Medicine News - A page** | **http://www.painmedicinenews.com/** | **http://www.painmedicinenews.com/PDF/mediaplanner.pdf** | **Angela Labrozzi** | **alabrozzi@mcmahonmed.com** | **212-957-5300, ext. 204** | **clinicians** | **48,134** | | | **$19,465** |
| The Journal of Pain | http://www.elsevier.com/wps/find/journaldescription.cws_home/505775/description#description | http://mediakits.elsevier.com/ratecards/JPAI_display.pdf | Michael Targowski | m.targowski@elsevier.com | 212-633-3693 | researchers, scientiests, cliniicans | 2600 | $1,245 | $2,750 | $6,485 |
| The Journal of Pain Symptom and Pain Management | | http://mediakits.elsevier.com/ratecards/JPSM_display.pdf | Michael Targowski | m.targowski@elsevier.com | 212-633-3693 | Anesthesiologists, neurologists, oncologists, pharmacologists, nurses, social workers, and others in clinical or academic disciplines concerned with pain and palliative care | 4700 | $1,935 | $3,695 | $9,500 |
| **Anesthesiology News** | www.anesthesiologynews.com | **http://www.anesthesiologynews.com/PDF/mediaplanner.pdf** | **Angela Labrozzi** | **alabrozzi@mcmahonmed.com** | **212-957-5300, ext. 204** | **all Anesthesiologists (pain - 1,204, pediatric, critial care and cardiovasular)** | **44,832** | | | **$17,965** |

CONFIDENTIAL

ACTAVIS0346653



ACTAVIS0346654

| Total Launched | 7 |
| Total Launches Remaining for : | 11 |
| TOTAL Projected Launches for | 18 |



2011 BUDGET KPI = ?? LAUNCHES

## 2011 Budget Launches

| Label | Product | Dosage | Brand (Company) | Strengths | MAT June 2010 IMS Sales US ($MM) | 2011 Budget Approval | Target Approval [Best Case] | 2011 Budget Sales ($000) | Mfg Country, Site | Competitors | Comments | Market Share Target (2011 budget) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actavis Inc. | Pantaprazole | DR Tablet | Protonix (Pfizer) | 20, 40mg | $1,771 | Jan-11 | 02/07/11 | $6,473 | India, Shasun | on market: Teva, Sun; new approvals: Dr. Reddy's, Kudco, Matrix, Torrent, Wockhardt | PE expires 1/19/2011 | 10% |
| Actavis Totowa | Valacyclovir | Tablet | Valtrex (GSK) | 500mg, 1000mg | $2,018 | Jul-11 | 04/25/11 | $4,000 | India, Alathur | On market: Ranbaxy, Watson, Mylan, Roxane, Sandoz, Teva, Aurobindo, Greenstone, Northstar | Filed Jun-08. API constraints help keep price at profitable level | 7%-10% |
| Actavis Inc. | Donepezil | Tablet | Aricept (Eisai) | 5, 10mg | $2,374 | May-11 | 5/31/2011 | $1,052 | India, Alathur | 13 TA.  Expect highly competitive market. | Teva lost exclusivity, but Ranbaxy can lauch with exclusivity. | 7% |
| Actavis SouthAtlantic | Zolpidem | ER Tabs | Ambien CR (Sanofi) | 12.5 mg | $812 | May-11 | 06/06/11 | $11,255 | US, ELZ | Not FTM, Anchen launched 12/6/2010 | | 25% |
| Actavis Elizabeth | Oxymorphone | ER Tabs | Opana ER (Endo) | 7.5mg, 15mg | $15 | July-11 | 07/15/11 | $3,289 | US, ELZ | approval received on 7.5mg and 15mg; TA on other strengths. Brand is | PIV, filed Jun-07, May-08 | 60% |
| Sagent | Gemcitabine | Inj | Gemzar | 200mg; 1g | $814 | 2011 | 07/25/11 | $5.3M | Romania | Teva-APP; Hospira; Watson; Pliva; Sun; Sandoz | Teva-APP launched Jan. 26, last possible date to maintain 180-day exclusivity; Act-Sagent launch date revised to July 25, 2011. | 15% |
| Actavis Elizabeth | Levetiracetam | ER Tabs | Keppra XR (UCB) | 500, 750mg | $120 | Sep-11 | 9/12/2011 | $622 | US, ELZ | 8TA - Watson, Lupin, Torrent | Launched 9/12/2011 on market formation | 20% |
| Sagent | Paclitaxel | Inj | Taxol (BMS) | 6mg/ml | $52 | 2011 | Sept-11 | $2.4M | Romania | Teva, Hospira, APP, Bedford, Parenta already in market. 1-2 additional competitors expected over next 1-2 years. | Approved 12/10/09. API 6 month lead time. Capacity issues at Sindan; reviewing 2011 launch dates. Revised launch date August 2011. | 10-15% depending on strength |
| Actavis Elizabeth | ISMN | ER | Imdur | 30, 60mg | $77 | NA | Oct-11 | NA | US, ELZ | KU, WestWard, Alvergo, Qualitest | relaunch | 15% |
| Actavis, Inc | Trimipramine | Caps | Surmontil | 25, 50, 100mg | $3 | NA | Oct-11 | NA | US, Epic | No generic.  Teva owns the brand. Potential AG | relaunch | 100% |
| Actavis SouthAtlantic | Methylphenidate | ER Caps | Ritalin LA (Novartis) | 10, 20, 30, 40mg | $91 | Jul-11 | Oct-11 | $9,524 | US, Catalent | expect 3 inlcuding Sandoz as AG post exclusivity | First to file on 20, 30, 40mg; delayed due to two Citizen Petitions. Settled with Brand | 60% |
| Actavis Elizabeth | Amphetamine Combo ER | ER Caps | Adderall XR (Shire) | 5, 10, 15, 20, 25, 30 mg | $791 | Feb 11 | Dec-11 | $26,419 | US, ELZ | Teva/Barr launched 4/1/09. Both are AG. | Product at UPS went short-dated.  CP pending - | 15% |

 ACTAVIS CONFIDENTIAL - DO NOT COPY

| Total Launched | 7 |
|---|---|
| Total Launches Remaining for : | 11 |
| TOTAL Projected Launches for | 18 |



**2011 BUDGET KPI = ?? LAUNCHES**

## 2011 Budget Launches

| Label | Product | Dosage | Brand (Company) | Strengths | MAT June 2010 IMS Sales US ($MM) | 2011 Budget Approval | Target Approval [Best Case] | 2011 Budget Sales ($000) | Mfg Country, Site | Competitors | Comments | Market Share Target (2011 budget) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actavis SouthAtlantic | Nifedipine | ER Tabs | Adalat CC (Bayer) | 90mg | $25 | Jul-10 | Dec-11 | $2,144 | US, ELZ | Teva; Mylan got approval on all 3 strength | Filed Dec-08; line ext to existing 30mg & 60mg. | 30% |
| Actavis Elizabeth | Buprenorphine | Sublingual Tabs | Subutex | 2, 8 mg | $86 | Feb-11 | TBD | $6,879 | US, ELZ | Market formation 10/8/09. On market - Roxane, Teva; Hi-Tech | Filed September of 2008. Awaiting RiskMap/REMS approval | 25% |
| Actavis Elizabeth | Morphine ER | Caps | Kadian (Actavis) | 10, 20, 30, 50, 60, 80, 100, 200mg | $266 | Apr-11 | ready | $29,400 | US, ELZ | Patents expire Apr-10; own AG | Product ready at UPS | 60% |
| Actavis Elizabeth | Diltiazem | ER Caps | Tiazac (Biovail) | 120, 180, 240, 300, 360, 420mg | $96 | May-11 | Feb-12 | $2,915 | US, ELZ | Approval: Watson, KV, Apotex, Inwood (AG). KV, Apotex is out of market | Filed Dec-08; | 20% |
| Actavis Totowa | Oxycodone | Tablet | Roxicodone | 5mg | $51 | Jan-11 | 2012 | $1,737 | US, ELZ | Mallinkrodt, Qualitest, KVK, Caraco, Corepharm | Current product short-dated; Needs fresh product from ELZ post CBE 30 filing | 15% |
| Actavis Totowa | Oxycodone APAP | Tablets | Percocet (Endo) | 7.5/325, 10/325, 7.5/500, 10/650 mg | $451 | Oct-10 | 2012 | $6,817 | US, ELZ | Mallinkrodt, Watson, Endo Roxane, Qualitest. | Filed Oct-06. Not launching 5mg/325mg; Not getting approval on 7.5/500 & 10/625mg per FDA | 10% |
| Actavis Elizabeth | Ropinorole | ER Tabs | Requip XL | 2,4,6,8,12mg | $54 | Jun-11 | 2012 | $6,200 | US, ELZ | FTF; Impax is known filer | | 50% |
| Actavis Elizabeth | Morphine ER | Caps | Avinza (King) | 30, 60, 90, 120mg | $144 | Apr-11 | 2013 | $18,044 | US, ELZ | | | 50% |
| Actavis Elizabeth | Atomoxetine | Caps | Strattera (Lilly) | 10, 18, 25, 40, 60, 80, 100mg | $514 | Nov-10 | 2017 | $858 | US, ELZ | Approval - Actavis, Aurobindo, Zydus, Sandoz, Sun, Mylan, | Court date Dec 9, 2010 | 15% |
| Actavis SouthAtlantic | Doxycycline Hyclate DR | DR Tabs | Doryx (Warner Chilcott) | 75, 100mg | $36 | Jul-11 | Cancelled | $2,506 | US, ELZ | Impax and Mylan approved 12/28/2010. Four known filers:Mylan, Impax, Actavis, Mutual. | | 50% |
| Actavis Inc. | Letrozole | Tablet | Femara (Novartis) | 2.5mg | $644 | Dec-11 | Cancelled | $209 | Romania | Tentative approval: Roxane, Teva, Zyus, Accord (Intas), Fresenius | Patent expires 6/30/2011; Cancelled due to capacitu constrains at Sindan | 10% |

ACTAVIS CONFIDENTIAL - DO NOT COPY