# EXHIBIT 86

| | |
|---|---|
| From: | Dorothy McEntee <dmcentee@catalyst-agency.com> |
| Sent: | Monday, July 26, 2010 9:49 AM |
| To: | David Myers |
| Cc: | Steve Kane; Katherine Feinberg |
| Subject: | Fentanyl VA Mailer and 7/26/10 Weekly Status |
| Attachments: | catalyst_logo_rgb_signature.jpg; ATT1070181.htm; Fentanyl-VA Mailer-B-2010-07-26.pdf; ATT1070182.htm |

Hi David,

We hope you had a good weekend.

Attached is the revised Fentanyl VA mailer and the following provides you with a status of our current projects. Please let us know if you have any questions or if you need more information.

July 26, 2010

## ACTAVIS / CATALYST STATUS

### CREATIVE

**Fentanyl ad - done**

**Fentanyl Front/Back VA Mailer (Sell Sheet and Ad combined)**

- 7/22 Client provided revisions

- Revised layout sent to Client on 7/26 for approval

- Client to provide print release date

**Buproprian**

- Product approved

- Client to provide input on concepts

- Need info for tactics – sell sheet, ad, etc.

- Need bullets to develop headline with a more comprehensive claim

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          ALLERGAN_MDL_02053309

## Oxycodone

- Product approval TBD

- Need info for tactics – sell sheet, ad, etc.

- Client to provide bullets

## New Corporate ad – Motar ad - done

## Hydrocortisone and Acetic Acid OTIC Solution USP Sell Sheet - done

(Possible new project) Ibuprohen Product Slip Sheet - Agency to develop slip sheet for Ibuprofen product insertions — No word on this from the OTC group yet.

(ON HOLD) Agency will develop a Morphine Sulfate ad. It will include the capsule images and the message "Capsules are not shown actual size". Only five of the six bullets provided should be used for the ad. Agency will format PI provided both as an email and for the ad. It should be made as small as possible. Client liked the concepts presented 5/11. On hold until Q4

(ON HOLD) Morphine Sulfate sell sheet version A281 - complete. Versions A283 and A284 on hold until Q4:

    • A281 4/2010 — will continue to be used for the sheet stating "attached to the back of this sheet"

    • A283 4/2010 — will be used for PI being attached on "adjacent pages".

    • A284 4/2010 — will be used for the template sell sheet (please remove the word Group # from the heading).

(NOTE) Mandatory Ad Information:

- Agency to provide simpler, more abstract imagery for lyrical ad concepts, use of people is problematic with regulatory. Copy should promote how the product is different from other generics, or Actavis's manufacturing capabilities rather than product's benefits to the consumer. The long description should duplicate the most important points within the lyrical copy.

- Any reference to calling Actavis customer service should include the number: 888-925-2342

## EVENT

## 3 panels released to Westerly - done

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ALLERGAN_MDL_02053310

## PRINT

### 2010 U.S. Product Catalog Cover

- Agency to develop new 2010 U.S. product catalog cover

- Revised concepts to client w/o 7/26/10

- Agency to have the Product Catalog covers completed and ready to print by Friday 8/13/10.

## PHOTO SHOOTS

- Agency to provide CD database of high res and low res (ganged) images (Morphine sulfate bottles, empty KADIAN capsules and Alprazolam tablets and ODT bottles)

- Client to provide missing product 0228-2560 for make up shoot

- Buproprian and possibly Oxycodone to be added to next shoot

- CEO Photo Shoot – done

 - Order Express (Ordering System) product photo shoot – need client feedback on estimate and next steps

## WEB

SEO – Agency to send revised SEO recommendations

Ganged Images - Art available for use – summary to be sent to Client week of 7/26

(ON HOLD) Banner ads currently running on NACDS Guide can change at any time until May 11th 2011

http://content.multiview.com/banners/actavis.gif

http://content.multiview.com/banners/nacds8786_s.jpg

Agency to develop product specific banners when product section of site is back up

(ON HOLD) Agency to develop landing pages to support each of the new product launches similar to http://www.fougera.com/imhere/ once web product section is complete

## MEDIA PLAN

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02053311

August and Sept space approved and IOs sent

August Approved Insertions: <u>Drug store News (Rx Annual Report - Generic & Branded Rx Trends); US Pharmacist (Infectious Diseases); MRP</u>

September Approved Insertions: <u>Drug Store News (The Influencer Report/Generic Drugs); Chain Drug Review (Generic Drugs); American Health & Drug Benefits (Sept / Oct)</u>

Agency to discuss October – December ad units with Client mid August

INSERTION ORDERS

Ideally, 50% of placement should be product advertising

**MISC**

(ON HOLD) Client needs a simple way to add Actavis logo icon in Arial and Trebuchet onto four marketing desktop systems

Hope you are getting out for lunch today to enjoy this great day! Speak to you soon.

Kind regards,
Dorothy

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02053312



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02053313

**Dorothy McEntee**
Director, Account Services
914 827 0607
m 914 282 9507
f 815 550 0607

www.catalyst-agency.com
Making Complicated Things Simple

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

# Are you searching for Fentanyl in a reservoir system?



- Fentanyl Transdermal System CII
- A reservoir system
- Patch contains no metal
- Available in a wide array of strengths
- Count on Actavis
- On delivering
- A rigorous focus
- 25, 50, 75, and 100 mcg/h strengths
- Meeting the demand for quality generics
- With more than 8 million patches sold
- Consistency and reliability
- Part of an extensive product portfolio
- From one of the fastest growing generic pharmaceutical first-class products

## Look no further.
### Fentanyl Transdermal System from Actavis.

With more than 8 million patches sold in the United States, Actavis' Fentanyl Transdermal System CII offers a recognized, affordable alternative to name brand Fentanyl products.

The patch contains no metal and is available in 25, 50, 75 and 100 mcg/h strengths.

Count on Actavis for quality first-class generics.

To learn more, call Actavis customer service at 888.925.2342
Please see attached for full prescribing information.

A288 Rev 7/2010



actavis
creating value in pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02053315

# Fentanyl Transdermal System from Actavis



- AB rated to Duragesic®*
- Reservoir System
- Patch contains no metal

| NDC# | Product Name | Size | Strength (mcg/h) | AmerisourceBergen Order Numbers | Cardinal Order Numbers | McKesson Economost Numbers |
|---|---|---|---|---|---|---|
| 67767-120-18 | Fentanyl Transdermal System | 5 | 25 | 4845947 / 490577 | 4015194 | 1374164 |
| 67767-121-18 | Fentanyl Transdermal System | 5 | 50 | 4845954 / 490627 | 4015202 | 1375435 |
| 67767-122-18 | Fentanyl Transdermal System | 5 | 75 | 4845962 / 490641 | 4015210 | 1376888 |
| 67767-123-18 | Fentanyl Transdermal System | 5 | 100 | 4845970 / 490692 | 4015186 | 1380369 |

Please see attached for full prescribing information.

A288 Rev 7/2010

*Duragesic® is a registered trademark of Johnson & Johnson.



actavis
creating value in pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02053316