# EXHIBIT 65

| | |
|---|---|
| **From:** | Doug Boothe |
| **Sent:** | Wednesday, March 11, 2009 1:05 PM |
| **To:** | Nathalie Leitch; Kevin Bain; Terrence Fullem |
| **Cc:** | Matthew Berkle; Stephen Gallagher |
| **Subject:** | RE: Triple i co-pay program |

My only reservation is on the 'mass' distribution – up to 9,000 physicians and 250+K cards.

The physician segmentation at less than 4000 physicians generate 70% of the scripts (50% of scripts is under 2K physicians)

I think the general sense is that the vast majority of these are lost in physicians offices, etc. – but it is still a significant potential for redemptions.

If our costs are 'only' $50 co-pay per use – I guess we'd be overjoyed with extremely high utilization rates.

The initial program development cost is amortized over more units – so not an issue.

How much of the cost is due to mailing/emailing to the physicians 4000-9000 which are potentially quite marginal?

Either way – I'd rather proceed as proposed than spend another few weeks analyzing....

DB

**Douglas Boothe**
*Chief Executive Officer*

*Actavis Inc.*

60 Columbia Road Bldg B  t 973-889-6633  @ dboothe@actavis.com <mailto:dboothe@actavis.com>
Morristown, NJ 07960 USA  f 973-993-4303  w www.actavis.com <http://www.actavis.com/>


EXHIBIT Boothe
WIT: Allergan 10
DATE: 1-17-19
Marie Foley, RMR, CRR

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have

1

received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

**From:** Nathalie Leitch
**Sent:** Wednesday, March 11, 2009 3:40 PM
**To:** Kevin Bain; Doug Boothe; Terrence Fullem
**Cc:** Matthew Berkle; Stephen Gallagher
**Subject:** Triple i co-pay program

All-

The Triple I agreement is undergoing one last internal review. I wanted to provide you with a quick overview of the program workings and expected costs prior to signing.

Overview:

- Objectives:  To increase new therapy starts and script volume, and increase average length of therapy (persistence)
- 9000 physicians targeted.  Targeted physicians are those who have patients who have used the cards in the past.  List of docs taken from ALO/Dendrite files
- Each physician in the targeted file will receive a call from a customer service rep at Triple I to communicate acquisition of Kadian by Actavis and launch of new card program.  Calls were initiated today
- 43,000 pharmacies will receive an email introducing the new program.  Emails will be sent 03/16/09
- 270,000 cards to be distributed to physicians' offices in 3 separate mailings (actual distribution cycle/method TBD, but approximately April, Jul and October), 10,000 cards placed in inventory for fulfillment of physician requests
- Patients can also request a card directly from Triple I by calling their customer service line, or by completing/submitting a registration form available on the KADIAN website
- Cards can be used up to 2x per month up to a max of 12 uses.  The value of the card per use is up to $50.
- All cards expire 12/31/09

Triple I has estimated total program expenses at $2.5M as follows:

- Reimbursement/processing expense: $2.25M
- Program set-up and administration: $321K (majority relates to production costs and will be payable during Q1)

The $2.25M figure is an estimate and is based on an assumed redemption rate as follows:

2

- Number of cards printed: 280,000
- Assumed redemption rate: 10% (i.e. 28,000 cards)
- Of these 28,000 cards initially redeemed, 30% will be used a second time – leading to 8,400 redemptions
- Of these, 50% will be used a third time, for 4,200 redemptions, etc.
- Applying this approach for a max of 12 redemptions results in total redemptions of 44,792 redemptions
- Average co-pay reimbursement of $48 + pharmacy handling fees

Based on results of the Dendrite/ALO co-pay program, I think the total estimated redemption expense of $2.25M is realistic however I don't necessarily agree with Triple I's assumptions. For example, I believe that a higher proportion of cards will initially be redeemed (i.e. >10%) but each card re-used fewer times. The product managers at Alpharma communicated the following:

- Initial redemption rates were high but subsequent redemptions were significantly lower
- Explanation: there is a lot of turnover in the marketplace, i.e. switching from therapy to therapy (e.g. some physicians believe in a rotation of opioid therapies)
- 50% of patients are new to Kadian on a monthly basis (a portion of these new to the market, the majority switched from another product)

I've attached a spreadsheet showing results of the ALO program plus how I think the Actavis program will play out based on ALO performance.

Keep in mind; we can control the number of cards that are distributed to the field and thus total redemption expense.

Let me know if you have any questions.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01725568

THIS DOCUMENT COULD NOT BE IMAGED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01725569