# Exhibit 8: ""

**From:** Jinping McCormick
**To:** Ara Aprahamian RPh; Michael Perfetto
**Sent:** 8/19/2011 9:00:54 AM
**Subject:** RE: McKesson Marketing opportunities - Actavis Oxymorphone ER
**Attachments:** image001.gif

I agree, if we provide incentive to stores, say $25 for first bottle, that's $12,500, and additional $10 to McKesson for the 1st bottle order which is $5000. This way we can put product at 500 stores.

Jinping McCormick
Director of Marketing

Actavis
60 Columbia Rd. Bldg B t +1 973-889-6977 @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States f 973-993-4319 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 1256977

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Ara Aprahamian RPh
Sent: Friday, August 19, 2011 9:55 AM
To: Michael Perfetto; Jinping McCormick
Subject: FW: McKesson Marketing opportunities - Actavis Oxymorphone ER

Think we are on the same page... like the limited focus of calls to only those stores that have purchased brand in the past 9 months (or do we refine to 6 months)... Lets ratched it down with what we pay them to make the calls and potentially give them an opportunity to earn 5X or 6X the number (25K-30K) based on providing proof of store stocking in a period of 30 days.... With the 25K-30K we should get some to the retailer to incentivize them to order and fast...

Ara Aprahamian RPh
Director, Pricing & Contracts

Actavis
60 Columbia Rd. Bldg B t +1 973-993-4363 @ AAprahamian@Actavis.com
Morristown , NJ 07960 United States f 973-695-1976 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 125-4363

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.



EXHIBIT McCormick-8
Date: 1-9-19
MLG, CSR, RPR, CRR

CONFIDENTIAL                                                                       ACTAVIS0623776

From: Hansen, John [mailto:John.Hansen@McKesson.com]
Sent: Thursday, August 18, 2011 2:26 PM
To: Ara Aprahamian RPh
Cc: Jinping McCormick; Kehoe, Amber; Sambrano, Aubrey; Winter, Wendy
Subject: RE: McKesson Marketing opportunities - Actavis Oxymorphone ER

Hi Ara,

Attached is a slightly modified proposal for our promotional opportunities. In light of the fact that we are targeting only 500 pharmacies with significant brand sales, I've lowered the prices for the GenericsConnect phone campaign and the fax blast, in addition to reducing the store count for the mailer.

I am available Monday, August 22 between 2:00 - 3:00pm Eastern. I'm also free on Tuesday, August 23 from 1:00 - 2:00pm Eastern. Let me know if either of those times work for a call.

John Hansen
Marketing - McKesson Pharmaceutical
Tel: (415) 983-7543

From: Ara Aprahamian RPh [mailto:AAprahamian@Actavis.com]
Sent: Thursday, August 18, 2011 4:39 AM
To: Hansen, John
Cc: Jinping McCormick
Subject: RE: McKesson Marketing opportunities - Actavis Oxymorphone ER

John,

Thank you for putting the proposal together.

I'd like to schedule a call with you sometime today or early next week to review the proposal with our Director of Marketing (copied).

Please let me know your availability.

Thanks,

Ara Aprahamian RPh
Director, Pricing & Contracts

Actavis
60 Columbia Rd. Bldg B  t +1 973-993-4363 @ AAprahamian@Actavis.com
Morristown , NJ 07960 United States  f 973-695-1976 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 125-4363

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict

CONFIDENTIAL                                                                                      ACTAVIS0623777

confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

---

From: Hansen, John [mailto:John.Hansen@McKesson.com]
Sent: Wednesday, August 17, 2011 12:28 PM
To: Ara Aprahamian RPh
Cc: Sambrano, Aubrey
Subject: McKesson Marketing opportunities - Actavis Oxymorphone ER

Hi Ara,

I'm the Marketing Director for the McKesson OneStop Generics program. In collaboration with Amber Kehoe's Product Management team, I've put together a marketing plan to promote awareness of your recently launched oxymorphone ER tablets.

I understand that you are looking to target this to the approximately 500 accounts with significant brand purchase history, and have accounted for that in the proposal. Please note, however, that many of our communications vehicles can reach a larger population at no additional charge.

Please let me know your thoughts on our recommendations. Thank you.

John Hansen
Marketing - McKesson Pharmaceutical
Tel: (415) 983-7543


From: Kehoe, Amber
Sent: Tuesday, August 16, 2011 10:45 AM
To: 'Ara Aprahamian RPh'
Cc: Melvani, Vinod; Michael Perfetto; Lisa Pehlke; Bob Miranda
Subject: RE: Actavis Oxymorphone ER

Ara we can probably target the 500 accounts noted as part of the sales pull figures through CY 2010. I will pull in our marketing team to work through a campaign set up and get back to you accordingly with our recommendations

Thanks

Amber


OPANA ER TABLETS Sales History by Customer


ISMC Accounts

CONFIDENTIAL                                                                                                                ACTAVIS0623778

October 2010 - December 2010

OPANA ER 7.5mg

OPANA ER 15mg

Grand Total

500 Acts

261 units

876 units

From: Ara Aprahamian RPh [mailto:AAprahamian@Actavis.com]
Sent: Tuesday, August 16, 2011 10:14 AM
To: Kehoe, Amber
Cc: Melvani, Vinod; Michael Perfetto; Lisa Pehlke; Bob Miranda
Subject: Actavis Oxymorphone ER

Amber:

Good afternoon.

As you know, we have recently launched Oxymorphone ER 7.5mg and 15mg (attached launch notice) and need your assistance with the following:

1) Run a query of brand (Opana® ER 7.5mg and 15mg) sales within McKesson for the past 9 months to identify high purchasing pharmacies.

2) Coordinate a stocking promotion/offer to those target stores

3) Ship product to those target stores (based on receiving pharmacy order in house)

We are promoting awareness direct to physicians on the availability of Actavis generic Oxymorphone ER 7.5mg and 15mg but facing some stocking challenges in the pharmacy and would like to partner with you on this.

Please let me know your thoughts on the above and what it will take to get it done. Actavis is open to the actual structure of the program and compensation to make this happen but timing is getting to be the issue with physicians writing the script and pharmacies not having product on hand.

Thanks in advance for your time and consideration and please do let me know.

Ara Aprahamian RPh
Director, Pricing & Contracts

Actavis
60 Columbia Rd. Bldg B t +1 973-993-4363 @ AAprahamian@Actavis.com
Morristown , NJ 07960 United States f 973-695-1976 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 125-4363

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

CONFIDENTIAL

ACTAVIS0623780



CONFIDENTIAL

ACTAVIS0623781