# EXHIBIT 71

**File Provided Natively**



EXHIBIT
Teva
_____
1-15 19

EXHIBIT _____42_____
WIT _Doron Herman_
DATE _June 20, 2019_
BRENDA MATZOV CA CSR 9243

Highly Confidential

TEVA_MDL_A_09643590





TEVA

Teva is one of the leading pharma companies in the world, committed to increasing access to quality health solutions, with an unparalleled impact on patients and healthcare systems worldwide. This is how we enable people to live better, healthier lives





4



## Starting out in 1901 in Jerusalem

The company known today as Teva was established as a small wholesale drug business by Chaim Salomon, Moshe Levin and Yitschak Elstein. (They named it S.L.E after their names)

TEVA

# We came a long way in the last century

Through mergers, acquisitions and organic growth, fueled by our commitment to patients and healthcare communities

The **leading** global generic company

A strong specialty medicines portfolio, as well as OTC & API

Commercial presence in 80 markets

**57,000** employees

2016 revenues: **$21.9 billion**



**TEVA**

North America

Europe

ROW

Headquartered in Israel

Distributing medicines in approximately 100 markets around the world

Our business is divided across the United States, Europe and Rest of the World (ROW).

7

TEVA

One of
the most
competitive
operational
networks in
the industry



57,000 employees

87 production sites

Manufactures
120 billion tablets & capsules annually



9

**TEVA**

Providing accessible quality medicines to 200 million patients around the world every day

1 in 6 prescriptions in the U.S filled with a Teva medicine

1 in 8 prescription packs in the UK filled with a Teva medicine

1 in 5 prescriptions in Israel filled with a Teva medicine

Source: IMS

10

TEVA

# Saving billions for healthcare systems

Teva has saved the U.S. healthcare system

$215 billion

the past decade

11

Best in class R&D capabilities

26 R&D and clinical development sites



Pending
300 product registrations pending FDA approval

Leading with 100 pending first-to-file ANDAs in the U.S.

Over 600 pending product approvals in growth markets

Launches
1,000 generic launches globally in 2017

## Our core therapeutic areas



Migraine and Headache — Movement disorders and Neurodegeneration — Pain — Respiratory

13



## Central nervous system disorders

We are focused on improving
the health of patients, mainly in
multiple sclerosis (MS), movement
disorders, neurodegenerative conditions,
pain and migraine.

Copaxone™ - Revolutionized
treatment of relapsing-remitting
multiple sclerosis (RRMS)

Azilect™ - A Leading treatment
for the symptoms of Parkinson's
Disease

Nuvigil™ - A Leading treatment
for sleep disorders

Key research programs in
Huntington disease (HD),
migraine, pain and movement
disorders





16

**TEVA**

## Pain

We have a range of investigational, approved and marketed treatments

Migraine

Cancer pain

Neuropathic pain

Chronic pain

A range of abuse deterrent opioids based on leading proprietary technology

17

**TEVA**

## Respiratory



Helping the world breathe:
Teva is ranked No. 4 in
the world in Respiratory

Improving the lives of millions out
of the 235 million people world-
wide who are diagnosed as
suffering  from asthma, as well as
from COPD and Nasal Rhinitis

18

**TEVA**

We have a broad portfolio of in-line and pipeline products and solutions developed to meet the unique needs of patients across the spectrum of respiratory diseases

Asthma

COPD

Allergic Rhinitis

Optimizing respiratory therapies for patients through novel delivery systems

Targeted biologics

19

**TEVA**

# Helping the world breathe: Spiromax®/RespiClick®




Breath-actuated dry powder inhaler

No "hand-breath coordination" during inhalation needed

Intuitive device, easy for patients to learn and use

Uses unique technology to deliver a consistent, effective and accurate dose

# Our leading specialty brands



# Building A Promising Specialty Pipeline

| Phase 1 | Phase 2 | Phase 3 | Registration |
|---|---|---|---|
| **TV-46139 (abuse deterrent)** *Pain* | **TV-45070 Topical** *Neuropathic pain* | **Fremanezumab (anti CGRP)** *Chronic migraine (Global)* | **Deutetrabenazine, SD-809** *Huntington Disease* |
| **TEV-90105 (abuse deterrent)** *Pain* | **Fasinumab \*\*** *Chronic Lower Back Pain* | **Fremanezumab (anti CGRP)** *Episodic migraine (Global)* | **Deutetrabenazine, SD-809** *Tardive dyskinesia* |
| **Deutetrabenazine, SD-809** *Tourette syndrome* | **Laquinimod** *Multiple sclerosis (primary progressive)* | **Fremanezumab (anti CGRP)** *Cluster Headache (Global)* | **QVAR® (beclomethasone dipropionate BAI)** *Asthma (U.S.)* |
| **Deulevodopa, SD-1077** *Parkinson's Disease* | **Laquinimod** *Huntington disease* | **TV-46763 (abuse deterrent)** *Pain* | **Reslizumab\* IV** *Asthma (Global)* |
| **TV-46000** *Schizophrenia* | **Pridopidine** *Huntington disease* | **Fasinumab \*\*** *Osteoarthritis pain* | **Fluticasone Propionate MDPI** *Asthma (Growth markets)* |
| | | **Laquinimod** *Multiple sclerosis (relapsing remitting)* | **Fluticasone Salmeterol MDPI** *Asthma (Growth markets)* |
| | | **Reslizumab\* SC** *Asthma (Global)* | |
| | | **CT-P10 \*\*\*** *Biosimilar (Rituxan® U.S.)* | |
| | | **CT-P6 \*\*\*** *Biosimilar (Herceptin® U.S.)* | |

**25 products in phase 1 through submission**

■ Migraine & Pain — 9

■ Neurology & neuropsychiatry — 9

■ Respiratory — 5

■ Biosimilars — 2

Note: Pipeline is current as of Feb 1st, 2017. Phase 1 includes also projects designated for IND filing.
\* Approved in the U.S under the trade name: CINQAIR® \*\* In partnership with Regeneron \*\*\* In partnership with Celltrion







24

TEVA

We also have a unique Over The Counter partnerships with a world leader – P&G (Procter and Gamble) Drawing on Teva's go-to-market expertise, experience in marketing branded medicines and P&G's marketing power

 **PGT** Healthcare

Expansion into new markets, such as South Asia, and fast-growing categories

Marketing more than 200 consumer healthcare brands in more than 70 countries

25

TEVA

# We are committed to the highest quality standards

Our R&D operations focus on creating quality medications through effective design

Our medicines are produced in state-of-the-art manufacturing facilities using the most advanced testing equipment

We supervise our suppliers' procedures to ensure that we are using the highest quality materials



# TEVA Israel Operations



**KFS- Oral Solid and Sterile**

Markets: US/ EU/ CA/ EMEA-APAC/ LATAM
Technologies: Solids/ Sterile
Employees: 1300



**Jerusalem- New Inhalers Technology & OSD**

Markets: US/EU
Employees: ~1000



**Ashdod (Sterile, Liquids) & KSH (medical devices, 2nd pack)**

Ashdod
Market: EMEA
Employees: 170

KSH
Markets: EU, US, EMEA, IL
Employees: 159



K.Shmona

Netanya

Petach Tikva    Kfar Saba

Rehovot    Shoham

Ashdod    Jerusalem

Neot Hovav

**Kiryat Shmona** medical devices production
**Netanya** API for pharmaceutical industries production, R&D
**Kfar-Saba** R&D and Pharma
**Petach-Tikva** company headquarters, R&D
**Jerusalem** R&D and Pharma
**Ashdod** hospital kits production
**Rehovot** R&D
**Neot Hovav** API for pharmaceutical industries production
**Shoham** Teva IL marketing and distribution



**TEVA TECH - API**

Markets: World Wide
Employees: 1060



**SLE Shoham- Logistic Center**

Employees: 600



ISRAEL    Kiryat
Shmona

Kfar Saba
Ashdod    Jerusalem

**TEVA**

# Teva's investment in Israel
## Major contribution to Israel's economy, academia and the biotech industry

25% of Teva's sales originate in Israel manufacturing

Teva's academic royalty payments account for 12% of national high education budget

Over **7,000** employees, doubled since 2003

Over $27B in exports over the past five years

Over $4B investment in R&D and Innovation in the last decade

28

# TEVA

# A strong biopharmaceutical cluster



**Presence of top global pharmaceutical companies:**

30







# Safe Harbor Statement under the U.S. Private
# Securities Litigation Reform Act of 1995: