# EXHIBIT 71



# Teva Advocacy Mapping: Identifying Advocacy Partners to Enhance Patient Care

*March 2013*

Confidential

TEVA_MDL_A_00499645