| | |
|---|---|
| **From:** | Stacey Beckhardt |
| **Sent:** | 11/18/2011 3:23:11 PM |
| **To:** | Bobby Clark ; 'Will Rowe (wrowe@painfoundation.org)' ; Jenifer Antonacci ; Jacobs, John C. ; Paula C. Williams ; Bill M Smith ; John C. Jacobs ; 'Eric Hauth MA MS' |
| **Subject:** | Teva - American Pain Foundation Meeting |
| **Location:** | Conference Room 3E152 / Call In Number Available |
| **Start:** | Fri 11/18/2011 3:30:00 PM |
| **End:** | Fri 11/18/2011 5:00:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| | |
| **Required Attendees:** | Jacobs, John C.; Williams, Paula C.; 'Will Rowe (wrowe@painfoundation.org)'; 'dcatlett@golinharris.com'; 'snothel@health4brands.com'; Conference Room 3E152; Mike Pursel; Bobby Clark; 'Eric Hauth MA MS'; Day, Matthew; Bill M Smith; 'mgollapalli@painfoundation.org' |
| **Optional Attendees:** | dcatlett@golinharris.com; Antonacci, Jenifer; snothel@health4brands.com; Matthew Day; Kathy Sapp |
| **Attachments:** | APFNovember2011.ppt |

Time: 10:30 – noon Eastern

Location: Teva (Cephalon), 41 Moores Road, Frazer, PA 19355 (on GPS you may need to use Malvern as the city)

Conference Call Procedures:

Outside call in number: 1-888-890-8208
Int

🗔 APFNovember2011.ppt

ernal call in number: 76560
Conference ID: 9416198 #

PROBLEMS: 610-247-0212 (Stacey's Cell) or sbeckhar@cephalon.com

Attendees:

Will Rowe, American Pain Foundation, CEO
Michelle Gollapalli, American Pain Foundation, Chief Development Officer
Bobby Clark, Teva Federal Government Affairs
Stacey Beckhardt, Teva Government Affairs / Advocacy Relations
Mike Pursel, Teva Advocacy Relations
John Jacobs, Teva Marketing, Pain
Bill M. Smith, Teva Marketing, Pain
Matt Day, Teva Marketing, Pain
Jen Antonacci, Teva Product Communications
Paula Williams, Teva Medical Education, Pain
Steve Nothel, H4B Chelsea (marketing / ad agency)
David Catlett, Golin Harris (communications agency)

Tentative Agenda:

Introductions
Overview of Transition to Teva Leadership (S. Beckhardt)
American Pain Foundation (W. Rowe)
Overview of Organization
Organizational Priorities
Corporate Roundtable Call
Pain Care Forum
Letter to FDA about Class-Wide REMS for Transmucosal Immediate-Release Fentanyl (TIRF) Products
State Pain Policy Action Coalition (SPPAC)
Status of Cephalon-Supported REMS Patient Education Program

**Confidential**

Teva Pain Franchise Update (J. Jacobs)
FENTORA REMS
Clinical Development of Tamper-Resistant Hydrocodone (Investigational Therapy)

Lunch Following Meeting: Will, Michelle, and Stacey
Other Attendees Welcome / If Possible, Please Let Stacey Know in Advance



*American Pain Foundation*

A United Voice of Hope and Power over Pain

# American Pain Foundation Today and Tomorrow

# November 2011

# About APF

An independent, nonprofit organization serving **people with pain** through information, advocacy and support





# Executive Board of Directors

- President & Chairman
  **Scott M. Fishman, M.D.**
  Chief: Division of Pain
    Medicine
  UC Davis Medical Center
- Vice-Chair
  **Mary Vargas, J.D.**
  Disabilities Attorney
  Pain Community Advisory
    Council

- Secretary
  **Aaron Gilson**, MS, MSSW, PhD
  Senior Scientist, PPSG
  University of Wisconsin
- Treasurer
  **Malene Davis**, MBA, MSN, RN,
    CHPN
  CEO and President
  Capital Hospice



# Board of Directors

**James Borynack**
Chairman and CEO , Wally Findlay Galleries

**Larry Driver, M.D.**
Professor and Chair
Department of Pain Medicine
UTMD Anderson Cancer Center

**Perry G. Fine, M.D.**
Professor, University of Utah School of Medicine

**Rollin McCulloch Gallagher, M.D., M.P.H.**
Director of Pain Management
Philadelphia Veterans Affairs Medical Center

**Aaron M. Gilson, M.S., M.S.S.W., Ph.D.**
Sr. Scientist, Director of U.S. Program
Pain & Policy Studies Group

Debra Gordon, RN, DNP, FAAN
Department of Anesthesiology and Pain Medicine
University of Washington

**Michael J. Hanewich**
Silicon Valley Bank

Malcolm Herman, Esq.
Attorney, Private Practice

**Russell Portenoy, M.D.**
Chair: Dept. of Pain Medicine & Palliative Care
Beth Israel Medical Center

**Malene Smith Davis, M.B.A., M.S.N., R.N., C.H.P.N.**
CEO & President
Capital Hospice

**Cindy Steinberg**
Pain Community Advisory Council
American Pain Foundation

**Lisa D. Weiss, MPH**
Executive Vice President
Cooney Waters Group

**Lonnie Zeltzer, M.D.**
Director: Pediatric Pain Program
Mattel Children's Hospital @ UCLA

Chair Emeritus
**James N. Campbell, M.D.**
Professor of Neurosurgery
Johns Hopkins Medical Center
Arcion Therapeutics



# **Vision and Mission**

**Vision**:  To eliminate pain as a major public health problem.

**Mission**: To educate, support and advocate for people affected by pain.

**Strategic Vision**:  APF is 2 million supported and supportive members.



# **Advocacy**

- **Pain Care Forum**:  Principal organizer and leader of 62 member organization coalition committed to improving federal pain policy

- **American Pain Foundation Action Network**:  National Advocacy Network of educated and trained advocates

- **Washington State Advocacy Focus**

- **Principal organization in the newly formed State Pain Policy Action Coalition**

- **"The Pain Project": To be launched in 2012.  A viral strategy for building a pain movement, gathering  vital data, targeting advocacy  and educational actions**



# Pain Care Forum

- 62 Member organizations representing patients, nurses, pharmacists, doctors, hospice, abuse community, pain education, medical ethics, and pain policy

- Task Forces: a) REMS, B) Acetaminophen, C) Legislative, D) IOM Task Force
  - Each with Action Sub-committees

- **REMS Task Force**: 35 organizations:
  - Created coordinated messaging to the FDA
  - Active presence at public meetings
  - Over 2,500 responses to the FDA Docket
    - APF Public Petition had over **4,000 submissions**
  - 4 sub-committees---Legislative, Congressional Strategy, Messaging, and Data Points



# **Pain Care Forum**

- **Acetaminophen Task Force**: 16 organizations:
  - Produced and disseminated messages regarding the FDA Advisory Committee acetaminophen recommendations
  - Generated over 250 responses to the FDA Docket
  - APF Public Petition: (http://www.thepetitionsite.com/petition/362024837
    - Generated over **3,200 submissions** in 3 weeks
  - 3 subcommittees---Scientific Meeting, Icon, and Education
    - Ongoing education and strategizing



# Legislative Strategy Committee

- Successfully passed the Veteran's Pain Bill in 2008; the Military Pain Bill in 2009; and the provisions of the National Pain Care Policy Act in 2010

- The Veteran and Military Pain Bills require VA and DOD require each to develop comprehensive pain treatment plans to be implemented and progress reported to Congress annually

- The NPCPA provisions include: a) IOM Conference and Report; b) NIH Research Plan and Interagency  Advisory Committee; c) HRSA Training and Education Grants Program

# IOM Task Force

Task Force Actions:

- Distributed information about IOM Report to 800+ organizations
- Engaged and continues to work with the CDC to implement CDC recommendations in IOM Report
- Commitment from Senator Harkin to hold a HELP Committee Hearing on the IOM Report
- Committed to long-term work to promote implementation of IOM recommendations



 # **Grassroots In Action**

- APF Action Network: <u>http://www.painfoundation.org/take-action/action-network/</u>
  - Combined force of trained persons living with pain and healthcare professionals
  - Database of over 40,000 available to take action
- Activities:
  - Advocacy actions at state and national levels
  - Public awareness activities
  - Focus on activities during Pain Awareness Month (PAM)
- Action Network Summit
  - Training and Alliance Building of action leaders **AND** advocates from over 17 national organizations



# Online Advocacy Center Targeted Actions For Results

2010 State Alert/Announcement Summary

Total # of Alerts – 75

Focus included:

- Step Therapy & Therapeutic Switching
- Worker's Compensation/Chronic Pain Guidelines
- Washington State Policy issues
- Announcements of Action Network events
- State targeted, for national effort – Shingles vaccine, IOM study involvement, PMDP issues, Pain Mill issues



# Summit 2009





# EDUCATION



# Principal Educational Efforts

- **Website**: Thousands of pages of educational  and support information
- **Publications**: *Treatment Options, Exit Wounds, Is Fibro the Cause,  Resource Guide, Bill of Rights, Describa Su Dolor,* a dozen other
- *Pain Community News*  and *Pain Monitor*
- *PainSAFE*
- *NIPC*
- *Med Ed*
- *Community Events*
- *Pain Awareness Month Activities*



# Educational Initiatives (cont)

- "Spotlights On…" Breakthrough Cancer Pain, on Shingles, Military and Veterans Pain, Back Pain,  Pain In Older Adults (2012)



# APF IS THE LEADING GO-TO RESOURCE
# FOR MEDIA COVERING PAIN

















## APF IS REACHING MILLIONS—
## THROUGH  PROACTIVE MEDIA OUTREACH AND
## CONTROLLED COMMUNICATION STRATEGIES

**TOTAL MEDIA IMPRESSIONS IN 2010:**

# 405,785,000 +

145 media placements

**MEDIA IMPRESSIONS FIRST HALF 2011:**

**286 million +**

211 media placements and growing!



Case: 1:17-md-02804-DAP  Doc #: 2251-74  Filed: 08/13/19  22 of 32.  PageID #: 351633



## *The Pain Project*
## *2012 to 2016*

Concept Overview

# 2012 to 2016
# STRATEGIC OBJECTIVES

- APF conducted an intense Strategic Planning Process in 2010 and articulated a focus on CAPACITY
- "Capacity" means:  2 million satisfied and engaged members
- 2 million members means:
  - Significantly greater ability to help people in pain
  - Significantly greater advocacy strength
  - Significantly greater and more diversified funding



# What Will It Take?

- A smart, scalable and cutting-edge campaign that engages large numbers and speaks directly to the population of people with pain and the public that….

  - Goes OUTSIDE THE BOX
  - Allows their voice to be heard
  - Visibly shows the state of pain care in America
  - Is highly scalable
  - Creates a simple and dynamic resource/support locator (e.g., local support groups)



# So What is "It?"

## *The Pain Project*

## www.painproject.org

## *Powered by the APF*



# Core Elements

1.  Dynamic "state of care map:"  Interactive blog + mapping software interface allowing anyone to report on barriers that impede access and visibly displays state by state crisis facing PWPs

2.  Dynamic "support map:"  Interactive blog, combined with social media (FB, Twitter, Meetups) establishing an interactive portal to connect with local supports

3.  Linkage to APF Educational and Support Services utilizing newly established APF Constituent Management Capacity

4.  Action oriented engagement: blogs, petitions, story telling, issue advocacy

5.  Full engagement of APF Action Network at local levels





# Benefits

- A major engagement mechanism to attract and retain members
- A major resource for issue data including numbers,  types of issues, potential advocates and spokespersons
- A major capacity to "get personal and local"
- A major resource for advocacy planning and actions
- Visible place to show the specific policy initiatives of the SPPAC
- Portal to connect each Action Network leader to potential "troops" in their states



# Cutting Through the "Noise"





# Outcomes

- A large-scale MOVEMENT to change pain care and policy
- Stakeholder engagement in a way we never have before = an engine for rapid and sustained membership growth
- Leveraging of grassroots, bottom up energy to build the movement, through FB, Twitter, Meetups, etc.
- Integration of core capacities of the APF (e.g., Action Network, CMS, Education and Support Services)
- A public "Storefront"  for PWPs to be heard and find support



# **DISCUSSION**



# THANK YOU!

