# EXHIBIT 75

## *2014 BUDGET TRACKER*

| 2014 VANTRELA ER PR SUPPORT | | BUDGET | Jan-14 | Feb-14 | Mar-14 | Apr-14 | YTD | Remaining |
|---|---|---|---|---|---|---|---|---|
| *Hydrocodone* | FEE | - | - | - | - | | - | 0.00 |
| 345378-10831475 | OOP | - | | - | - | | - | 0.00 |
| | TOTAL | - | - | - | - | - | - | 0.00 |
| *Pain Matters - PAINWeek Screening Event* | FEE | 50,000.00 | - | - | 22,035.00 | 5,118.75 | 27,153.75 | 22,846.25 |
| 356688 - 10855395 | OOP | 120,000.00 | | - | 87,786.74 | - | 87,786.74 | 32,213.26 |
| **PO 42168430** | TOTAL | 170,000.00 | - | - | 109,821.74 | 5,118.75 | 114,940.49 | 55,059.51 |
| *Pain Matters Road Tour* | FEE | 150,000.00 | - | - | 25,398.75 | 6,532.50 | 31,931.25 | 118,068.75 |
| 356689 - 10855395 | OOP | 90,000.00 | | - | 9,756.88 | - | 9,756.88 | 80,243.12 |
| | TOTAL | 240,000.00 | - | - | 35,155.63 | 6,532.50 | 41,688.13 | 198,311.87 |
| *Exit Wounds* | FEE | 85,000.00 | - | - | - | | - | 85,000.00 |
| 356690 - 10855395 | OOP | 15,000.00 | | - | - | | - | 15,000.00 |
| | TOTAL | 100,000.00 | - | - | - | - | - | 100,000.00 |
| *Advocacy Advisory Board* | FEE | 85,000.00 | - | - | - | | - | 85,000.00 |
| 356691 - 10855395 | OOP | 15,000.00 | | - | - | | - | 15,000.00 |
| | TOTAL | 100,000.00 | - | - | - | - | - | 100,000.00 |
| *Medical Meeging Analysis and Support* | FEE | 125,000.00 | - | - | 71,955.00 | - | 71,955.00 | 53,045.00 |
| 356692 - 10855395 | OOP | 40,000.00 | | - | 1,152.26 | 1,070.20 | 2,222.46 | 37,777.54 |
| | TOTAL | 165,000.00 | - | - | 73,107.26 | 1,070.20 | 74,177.46 | 90,822.54 |
| *Phase III Data Communications* | FEE | 130,000.00 | - | - | 43,338.75 | 37,342.50 | 80,681.25 | 49,318.75 |
| 356693 - 10855395 | OOP | 85,000.00 | | - | - | - | - | 85,000.00 |
| | TOTAL | 215,000.00 | - | - | 43,338.75 | 37,342.50 | 80,681.25 | 134,318.75 |
| *NDA Communications* | FEE | 80,000.00 | - | - | - | | - | 80,000.00 |
| 356695 - 10855395 | OOP | 5,000.00 | | - | - | | - | 5,000.00 |
| | TOTAL | 85,000.00 | - | - | - | - | - | 85,000.00 |
| *Admin and Counsel* | FEE | 275,000.00 | - | - | 81,900.00 | 23,838.75 | 105,738.75 | 169,261.25 |
| 356696 - 10855395 | OOP | 15,000.00 | | - | 3,379.87 | 236.00 | 3,615.87 | 11,384.13 |
| | TOTAL | 290,000.00 | - | - | 85,279.87 | 24,074.75 | 109,354.62 | 180,645.38 |
| | FEE | 980,000.00 | - | - | 244,627.50 | 72,832.50 | 317,460.00 | 662,540.00 |
| **TOTAL** | OOP | 385,000.00 | - | - | 102,075.75 | 1,306.20 | 103,381.95 | 281,618.05 |
| | TOTAL | 1,365,000.00 | - | - | 346,703.25 | 74,138.70 | 420,841.95 | 944,158.05 |