# EXHIBIT 75

## Best of Teva: Attacking Prescription Drug Abuse in the U.S.

In the United States, the impact of opioid abuse is truly staggering, one in 20 Americans over the age of 12 have abused an opioid drug.   Opioid abuse also:

- Leads to 15,000 overdose deaths a year – a 415 percent increase from a decade earlier.
- Results in over 450,000 emergency department visits a year.
- Costs the US health care system an estimated $60 billion a year.

Policymakers are responding by introducing legislation that targets individual symptoms and without taking a holistic view of the many factors that drive prescription drug abuse. This has created a potentially harmful legislative environment just as Teva is working to introduce abuse-deterrent pain medicines into the US marketplace.

This portfolio of products – abuse deterrent pain medicines – is an integral element to our New Therapeutic Entity (NTE) strategy and its success.  Between 2015 and 2020, we plan on introducing five different abuse deterrent NTEs, which are based on pairing traditional molecules with state-of-the-art technologies that are being developed by a company that is now integrated into Teva as a result of the Cephalon purchase.  This rich pipeline will not only make Teva a leader in this specific category, but also, in the eyes of U.S. policymakers, position us as a company that is on the cutting edge when it comes to addressing the epidemic of prescription drug abuse.  Combining these products, along with the specialty pain medicines from the Cephalon portfolio – Actiq, Amrix and Fentora, results in a major presence in this important and emerging class.

Recognizing this threat to the business, Teva Government Affairs, working in close coordination with the brand team and public affairs, has proactively initiated a multi-pronged approach designed to educate policymakers about the need to responsibly curb prescription drug abuse while maintaining access to critical medicines for patients with chronic pain. This includes:

- Bringing together an array of stakeholders, who often do not agree on policy issues, to educate policymakers on abuse deterrence and access to medicines.
- Presenting the face of chronic pain to policymakers through patient stories.
- Promoting legislation that incentivizes adoption of abuse-deterrent formulations in pain medicines.

Teva's strategy aims to change the current environment, which has resulted in piecemeal individual policies that target, physicians, wholesalers, pharmacists and manufacturers – all the while harming industry and, more importantly, impairing a patient's ability to access needed medicines.

**Building Alliances**

In the United States, Teva organized the **Alliance to Prevent the Abuse of Medicines,** a coalition of manufacturers, distributors, pharmacy benefit managers, pharmacies, physicians – to develop and offer policy solutions to address prescription drug abuse.

Most recently, the Alliance enlisted two senior Congressmen to host a Capitol Hill briefing focused on the need to prevent prescription drug abuse while preserving a patient's ability to obtain appropriate therapies.  John Jacobs, Teva Sr. Director and Head of CNS-East Marketing, represented Teva on the panel and touted Teva's expertise in developing abuse deterrent formulations to mitigate drug abuse.

**Confidential**

TEVA_MDL_A_01088080

**Patient Stories**

Telling the patient story is crucial to creating an understanding of the critical need for access to pain medicines, as well as the individual and societal impact of chronic pain.  Teva partnered with the Discovery Channel to create "Pain Matters," a documentary that tells the stories of six individuals living with chronic pain and their loved ones, as well as perspective from leading national experts in pain management.  To ensure policymakers heard the important message of this documentary, Government Affairs sponsored a screening on Capitol Hill.

In conjunction with backing "Pain Matters," Teva Government Affairs is raising awareness of the issues specific to veterans living with chronic pain.  Working to publish the book *Exit Wounds: A Survival Guide to Pain Management for Returning Veterans & Their Families*, Government Affairs is collaborating with author Derek McGinnis, an Iraq war veteran and amputee.  Plans are also underway to partner with a national veterans group to help promote and distribute the book.

**Incentivizing Abuse Deterrence Adoption**

Recognizing that pain medicines are prone to abuse, Teva Government Affairs is working with policymakers on legislation that promotes adoption of abuse-deterrent technology. Key policymkers have been indentified, both at the national and state level, and Teva Government Affairs has drafted bills that are currently under discussion.

**Conclusion**

As a result of the Government Affairs team's efforts, Teva is now recognized on Capitol Hill and in many state legislatures as a thought leader on abuse and access issues.  Seen as a go-to resource to answer questions, and a thoughtful partner to discuss policy alternatives, Teva is developing workable solutions that address the problem of abuse while maintaining patients' needed access to new medicines.