# EXHIBIT 77

| Created | Name | Contacting Party | Teva Company | Status | Type of Agreement | Site | Agreement date | Gain | Product | Territory | Other | Effective Date | Effected date comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 Apr 14 | CONTRACT-23-168336 | Waterford Life Sciences (United States); | Cephalon, Inc. (United States) | | Service | NorthAmerica | 31 Mar 14 | | | | | 31 Mar 14 | |

| Term | Termination Date | RENEWAL | Automatic Renewal Months | Indefinite | Parties Primary Obligations | Flag Red | Flag Yellow | Flag (Text) | Business Unit | Global Business Unit | Contact in Business Unit | Legal contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 31 Mar 15 |  | 0 |  | Edit, publish and distribute the 2nd edition of Exit Wounds: A Survival Guide to Pain Management for Returning Veterans & Their Families. |  |  |  | BUnit NorthAmerica Marketing |  | Ryan Daufenbach | Alex Nikas |

| File number | More Informations | Additional Information | Confidentiality | Material Transfer | Pharmacovigilance | Pharmacovigilance Text | Indemnity Guarantee | Indemnity Guarantee Text | Non compete | NonCompete Text | IP Restriction | IP Restriction Text | Change of Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-4373 | | | | | | | | | | | | | |

| Change of Control Text | TAPI | TAPI Text | Pharma | Pharma text | Supply-in | Supply-in Text | Supply-out | Supply-out Text | Manufacturing-in | Manufacturing-in Text | Manufacturing-out | Manufacturing-out Text | Exclusivity Issue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Exclusivity issue text | Confidential | Confidential Users | Created By | Modified By | ID | TEVA ID | URL |
|---|---|---|---|---|---|---|---|
| | | | Christine McClay | Christine McClay | 168337 | | http://apps.tevanet.teva.corp/sites/Teva Contracts/Contract/Pages/ContractsMangement.aspx?docsetid=168337&fUrl=http://apps.tevanet.teva.corp/sites/Teva Contracts/Contract/Contracts 2012/NorthAmerica/2014/3/CONTRACT-23-168336 |