# EXHIBIT 79

| | |
|---|---|
| **From:** | Beckhardt, Stacey |
| **Sent:** | Tuesday, June 19, 2007 7:15 PM |
| **To:** | Castagno, Paula |
| **Cc:** | Sarah Handza; Catherine Collier |
| **Subject:** | FW: APF Distributed the Treatment Options Guidebook to Soldiers and Family Members |
| **Attachments:** | APF Treatment Options - A Guide for People Living in Pain.pdf |

FYI.  Stacey

Stacey Beckhardt

Associate Director, Product Communications

Cephalon, Inc.

41 Moores Road, Frazer, PA  19380

sbeckhar@cephalon.com

610.738.6198 telephone

610.247.0212 cell

610.344.0981 fax

_____

From: Sarah Handza [mailto:SHandza@cooneywaters.com]
Sent: Monday, June 18, 2007 10:37 AM
To: Beckhardt, Stacey
Cc: Lisa Weiss; Catherine Collier; Jacqueline Davis
Subject: APF Distributed the Treatment Options Guidebook to Soldiers and Family Members

Hi Stacey.

APF's June newsletter covered their visit to Walter Reed Army Medical Center where they continued their work with Dr. Trip Buckenmaier and discussed pain care for military veterans.  APF staff also provided over 1,200 free pain materials to

1

**Confidential**                                                                 **TEVA_MDL_A_01090493**

soldiers and family members, including the Treatment Options guidebook (attached).  This is great news because, as you know, the guidebook includes a description of breakthrough pain.

On page 64, there is a mention of transbuccal delivery of fentanyl, but it is out of date, saying that "research is underway."  I've made a note that we should ask APF if/when they plan to update the Treatment Options guidebook.

Best,

Sarah

****************************

PAIN MONITOR

June 2007

APF NEWS

The day after Memorial Day APF staff members Micke Brown, Tamara Sloan Anderson, and Stan Gajda (Afghanistan Veteran) visited the Walter Reed Army Medical Center (WRAMC). Continuing APF's ongoing work with Dr. Trip Buckenmaier (click here <http://action.painfoundation.org/site/R?i=Nh4IFcOqghCK3UTYJP1B-g..> for transcripts of online chats), APF staff met with the Pain Task Force, discussed APF's Mil/Vet Initiative, the pending Military/Veteran Pain Care Act legislation, and our goals to increase awareness for better pain care of Mil/Vets. We discussed ways to improve communication and provide pain care resources to Dept. of Defense (DoD) staff, patients and their family members. APF's advocacy efforts in collaboration with the fabulous work being done at WRAMC and other VA and DoD facilities with wounded warriors received some well deserved news coverage in this weeks Newsweek magazine titled, "The New War on Pain <http://action.painfoundation.org/site/R?i=12n5wkKj8EFqFB28dNZ0Yg..> ." The APF staff also met individually with soldiers in various stages of recovery from traumatic amputations and other traumas, and met with family members and soldiers at the on-site housing facilities the Fisher Houses and the Mologne House. APF provided over 1,200 free pain materials to soldiers and family members, including our Treatment Options <http://action.painfoundation.org/site/R?i=Es4EMGzgZD3iGp9RiGy6dA..> guidebook, and we hope to be able to continue to provide these materials for free for the thousands of soldiers and family members who are treated at WRAMC and other trauma facilities.

Support the American Pain Foundation and our efforts to bring better pain care to Military and Veterans.  By donating now <http://action.painfoundation.org/site/R?i=74HEqoyOBndT_q3Xy8Irgg..> , you will help us:

*       Provide online chats specifically for veterans, bringing guest experts to speak about issues such as amputations and pain, PTSD and pain, the culture of pain in the military, battlefield pain medicine, etc. and provide monitored online support for veterans with pain and their family members.

Confidential                                                                                                 TEVA_MDL_A_01090494

\*        Develop and provide free pain treatment educational materials and resources to veterans and family members.
\*        Advocate for the passage of the Military/Veterans Pain Care Act, to improve pain care in the DoD and VA and to increase research on pain in this population.
\*        Develop Military/Veteran Pain Advocates in regions around the country to assist veterans with pain.
\*        Collaborate and advocate with other Veteran Service Organizations to make pain care a priority and a right for all veterans.

Secure online donations to APF's Military/Veteran Pain Initiative can be made by clicking here <http://action.painfoundation.org/site/R?i=1XSNLz74w7hx1kVVF0hB6g..> . If you prefer, you can mail your donation to: American Pain Foundation, Mil/Vet Pain Initiative, 201 N. Charles Street, Suite 710, Baltimore, MD 21201.


~~~~~~~~~~~~~~~~~~

Sarah Handza

Cooney/Waters Group

90 Fifth Avenue

Suite 800

New York, NY 10011-2052

212.886.2206

SHandza@cooneywaters.com <mailto:SHandza@cooneywaters.com>

Confidential                                                                                                          TEVA_MDL_A_01090495