# EXHIBIT 81

Visible to Users

Invisible to Users

| | |
|---|---|
| Page URL | www.painmatters.com |
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Information & Resources for Chronic Pain |
| Page Description (Limited to 150 characters including spaces) | Pain Matters is a comprehensive resource dedicated to providing information and support for the management of chronic pain and opioid abuse deterrence |
| Page Key Words | Pain, chronic pain, support, management, opioid abuse |







Enroll today for your free DVD >

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

## Healthcare Professionals

Tools for navigating evolving pain care in a complex landscape.

LEARN MORE

## People Affected by Pain

Understand your options and work with your doctor to determine what pain care plan is right for you.

DISCOVER TOOLS

## Pain Perspectives

The State Pain Policy Advocacy Network (SPPAN) works at the federal and state levels to advance responsible pain management through legislative advocacy and education.

READ MORE

## Register for Resources

Download complimentary clinical slide decks. Have the Pain Matters documentary delivered to your door.

GET YOUR RESOURCES

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals.[1]"*

—Michael Hayden, MD, PhD, President of Global R&D and Chief Scientific Officer at Teva Pharmaceuticals

Follow us

## Healthcare Professionals

Tools for navigating evolving pain care in a complex landscape.

LEARN MORE

## People Affected by Pain

Understand your options and work with your doctor to determine what pain care plan is right for you.

DISCOVER TOOLS

## Pain Perspectives

The State Pain Policy Advocacy Network (SPPAN) works at the federal and state levels to advance responsible pain management through legislative advocacy and education.

READ MORE

## Register for Resources

Download complimentary clinical slide decks. Have the Pain Matters documentary delivered to your door.

GET YOUR RESOURCES

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals.[1]"*

—Michael Hayden, MD, PhD, President of Global R&D and Chief Scientific Officer at Teva Pharmaceuticals

Follow us

## Healthcare Professionals

Tools for navigating evolving pain care in a complex landscape.

LEARN MORE

## People Affected by Pain

Understand your options and work with your doctor to determine what pain care plan is right for you.

DISCOVER TOOLS

## Pain Perspectives

The State Pain Policy Advocacy Network (SPPAN) works at the federal and state levels to advance responsible pain management through legislative advocacy and education.

READ MORE

## Register for Resources

Download complimentary clinical slide decks. Have the Pain Matters documentary delivered to your door.

GET YOUR RESOURCES

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals.[1]"*

—Michael Hayden, MD, PhD, President of Global R&D and Chief Scientific Officer at Teva Pharmaceuticals

Follow us






## Healthcare Professionals

Tools for navigating evolving pain care in a complex landscape.

LEARN MORE

## People Affected by Pain

Understand your options and work with your doctor to determine what pain care plan is right for you.

DISCOVER TOOLS

## Pain Perspectives

The State Pain Policy Advocacy Network (SPPAN) works at the federal and state levels to advance responsible pain management through legislative advocacy and education.

READ MORE

## Register for Resources

Download complimentary clinical slide decks. Have the Pain Matters documentary delivered to your door.

GET YOUR RESOURCES

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals.[1]"*

—Michael Hayden, MD, PhD, President of Global R&D and Chief Scientific Officer at Teva Pharmaceuticals

Follow us











## Healthcare Professionals

Tools for navigating evolving pain care in a complex landscape.

LEARN MORE

## People Affected by Pain

Understand your options and work with your doctor to determine what pain care plan is right for you.

DISCOVER TOOLS

## Pain Perspectives

The State Pain Policy Advocacy Network (SPPAN) works at the federal and state levels to advance responsible pain management through legislative advocacy and education.

READ MORE

## Register for Resources

Download complimentary clinical slide decks. Have the Pain Matters documentary delivered to your door.

GET YOUR RESOURCES

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals.[1]"*

—Michael Hayden, MD, PhD, President of Global R&D and Chief Scientific Officer at Teva Pharmaceuticals

Follow us









## Healthcare Professionals

Tools for navigating evolving pain care in a complex landscape.

LEARN MORE

## People Affected by Pain

Understand your options and work with your doctor to determine what pain care plan is right for you.

DISCOVER TOOLS

## Pain Perspectives

The State Pain Policy Advocacy Network (SPPAN) works at the federal and state levels to advance responsible pain management through legislative advocacy and education.

READ MORE

## Understanding Abuse Deterrence Technology

Watch a video on the evolving science and FDA's guidance on abuse deterrence technology.

WATCH VIDEO

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals.[1]"*

—Michael Hayden, MD, PhD, President of Global R&D and Chief Scientific Officer at Teva Pharmaceuticals

Follow us





PAIN MATTERS
WATCH DOCUMENTARY CLIPS

## Healthcare Professionals

Tools for navigating evolving pain care in a complex landscape.

LEARN MORE

## People Affected by Pain

Understand your options and work with your doctor to determine what pain care plan is right for you.

DISCOVER TOOLS

## Pain Perspectives

The State Pain Policy Advocacy Network (SPPAN) works at the federal and state levels to advance responsible pain management through legislative advocacy and education.

READ MORE

## Design for Dialogue

Reimagine the exam room experience to foster a more open dialogue between healthcare professionals and people affected by pain.

LEARN MORE

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals.[1]"*

—Michael Hayden, MD, PhD, President of Global R&D and Chief Scientific Officer at Teva Pharmaceuticals

Follow us

SIGN UP FOR UPDATES







## Healthcare Professionals

Tools for navigating evolving pain care in a complex landscape.

LEARN MORE

## People Affected by Pain

Understand your options and work with your doctor to determine what pain care plan is right for you.

DISCOVER TOOLS

## Pain Perspectives

The State Pain Policy Advocacy Network (SPPAN) works at the federal and state levels to advance responsible pain management through legislative advocacy and education.

READ MORE

## Pain Community Events Calendar

Find regional and national professional meetings, conferences, and events to keep you up-to-date on the latest in the pain community.

VIEW CALENDAR

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals.[1]"*

—Michael Hayden, MD, PhD, President of Global R&D and Chief Scientific Officer at Teva Pharmaceuticals

Follow us





PAIN MATTERS
WATCH DOCUMENTARY CLIPS

## Healthcare Professionals

Tools for navigating evolving pain care in a complex landscape.

LEARN MORE

## People Affected by Pain

Understand your options and work with your doctor to determine what pain care plan is right for you.

DISCOVER TOOLS

## Pain Perspectives

The State Pain Policy Advocacy Network (SPPAN) works at the federal and state levels to advance responsible pain management through legislative advocacy and education.

READ MORE

## Teva's Commitment to Pain Management

Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals treating pain.

LEARN MORE

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals.[1]"*

—Michael Hayden, MD, PhD, President of Global R&D and Chief Scientific Officer at Teva Pharmaceuticals

Follow us

SIGN UP FOR UPDATES

You are about to leave the PainMatters.com website and enter a website operated by a third party. Teva Pharmaceuticals is not responsible for and does not control the content contained on any third-party website linked to PainMatters.com.
Continue
Cancel



Home / Search

# Search Results

pain

About 62 results (0.35 seconds)

Sort by: Relevance

Ads by Google
TYLENOL® Pain Medicine
www.tylenol.com/
TYLENOL® Is Clinically Proven to Provide Strong, Fast Pain Relief.
TYLENOL® Extra Strength TYLENOL®8HR Arthritis Pain
TYLENOL® PM Infants' TYLENOL®

powered by Custom Search

**Pain Matters**
painmatters.com/

Pain Matters is a comprehensive resource dedicated to providing information and support for chronic **pain** management and opioid abuse deterrence.

**Pain Matters | Pain Matters Documentary**
painmatters.com/about-pain-matters/pain-matters-documentary.aspx

The **Pain** Matters documentary, produced by the Discovery Channel, chronicles the lives of people and families affected by chronic **pain**, and provides insights ...

**Pain Matters | About Pain Matters**
painmatters.com/about-pain-matters/

Watch a prominent **pain**-care physician highlight the key features of PainMatters. com —a comprehensive resource dedicated to providing information and ...

**About Chronic Pain | Pain Matters**
painmatters.com/people-affected-by-pain/understanding-pain.aspx

Understand the differences between acute and chronic **pain**.

**Community Resources for People Affected by Chronic Pain | Pain ...**
painmatters.com/...pain/community-resources-people-affected-chronic-pain. aspx

Find chronic **pain** management resources to help you get the information you need to reduce the risk of prescription abuse and misuses.

**Find the Right Chronic Pain Care Plan for You | Pain Matters**
painmatters.com/people-affected-by-pain/

Chronic **pain** is a serious medical condition that affects approximately 100 million American adults. It's important to work with your doctor to determine what **pain** ...

**Order Your Pain Matters DVD | Pain Matters**
painmatters.com/forms/order-your-copy.aspx

Order your own DVD copy of the **Pain** Matters documentary.

**Managing Your Chronic Pain | Pain Matters**
painmatters.com/...pain/finding-right-pain-care-plan-for-you.aspx

Creating a chronic **pain** care plan includes understanding your **pain** history and working with your doctor and treatment team to develop the right treatment plan ...

**Prescription Opioid Medicines | Pain Matters**
painmatters.com/people...pain/prescription-opioid-medicines.aspx

Prescription Opioid medicines may be an appropriate treatment for people living with chronic **pain**, but everyone should understand the risks for abuse and ...

**A Multidisciplinary Approach to Managing Chronic Pain | Pain Matters**
painmatters.com/.../multidisciplinary-approach-to-managing-chronic-pain. aspx

Approaches to chronic **pain** management include physical therapy, spinal manipulation, cognitive behavioral therapy, acupuncture, and prescription **pain** ...

1 2 3 4 5 6 7



Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/community-engagement |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Welcome To The Community |
| Page Description (Limited to 150 characters including spaces) | Pain Matters provides a community for healthcare providers, industry thought-leaders and people affected by chronic pain. |
| Page Key Words | Pain, chronic pain, community, healthcare providers, industry leaders |



Enroll today for your free DVD >

# Welcome To The Community

## Learn About Pain Matters

The impact of pain is evident, finding solutions takes time, and we all have a role to play. Because to all of us, Pain Matters.

## Share your ideas with Pain Matters

Have an idea for a new tool or resource?

Is there a pain management topic you'd like to learn more about?

Have ideas for how to foster open dialogue about pain?

SHARE YOUR INSIGHTS

## Design for Dialogue

JOIN THE MOVEMENT

## Pain Perspectives - Community Blog

READ THE BLOG

## Pain Matters Documentary

This documentary offers an uplifting overview of the journeys of people dealing with a variety of chronic pain conditions and how they have managed their pain.

WATCH NOW

## Teva's Commitment to Pain Care

LEARN MORE

## Pain Community Events Calendar

VIEW CALENDAR

SIGN UP FOR UPDATES

Visible to Users    Invisible to Users

| Page URL | www.painmatters.com/community-engagement/about-pain-matters |
| --- | --- |
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| About Pain Matters |
| Page Description (Limited to 150 characters including spaces) | Learn about PainMatters.com—a comprehensive resource dedicated to providing information for the responsible management of chronic pain |
| Page Key Words | Pain, chronic pain, support, management, opioid abuse |



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 17 of 221. PageID #: 351707

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / About Pain Matters

SHARE

# About Pain Matters

Pain Matters was developed by Teva Pharmaceuticals to offer practical information and resources for healthcare professionals and people affected by chronic pain as they navigate the evolving and complex pain care landscape. Pain Perspectives provides regular insights from people and families affected by pain, healthcare professionals, and community advocates on a variety of pain topics. The Pain Matters documentary produced by the Discovery Channel, brings to light the impact of chronic pain on those who live with it and those who treat it. The website includes tailored content for healthcare professionals treating pain and people who are affected by pain.

**Information for Healthcare Professionals in pain care:**

- A multidisciplinary approach to pain management
- Information on opioid abuse and misuse
- Government programs and policies
- Emerging abuse deterrence technologies
- Practical tools to support your patients and your practice
- Links to advocacy and professional organizations

**Support for people and families affected by chronic pain:**

- Information to help you take an active role in finding your pain management plan
- Education around prescription opioid medicines
- Instructions for appropriate use, storage, and disposal of prescription opioids
- Downloadable tools such as "Questions to ask your doctor"
- Support to help you connect to the larger pain community

Watch an introductory video about PainMatters.com
PAIN MATTERS
PainMatters.com
SHARE VIDEO

Healthcare Professionals

Find information, tools, and resources to support your practice

People Affected by Pain

Information and resources for people and families living with chronic pain

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00765959

| | Visible to Users | | Invisible to Users |
|---|---|---|---|

| Page URL | www.painmatters.com/community-engagement/design-for-dialogue |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Be the Voice that Inspires Change |
| Page Description (Limited to 150 characters including spaces) | Use Design for Dialogue to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. |
| Page Key Words | Pain, chronic pain, design for dialogue, exam room, design |



Enroll today for your free DVD
Intended for U.S. Audiences Only
Search
CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS
PAIN MATTERS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / Design for Dialogue SHARE

# Be the Voice that Inspires Change

DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[27] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[28]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?

Customize Your Ideal Exam Room
DESIGN FOR DIALOGUE
Getting Started
Wall Color
Lighting
Furniture
Flooring
Resources
1. Customize your ideal exam room by selecting:
Wall color
Lighting
Furniture
Flooring
And resources you see most valuable
2. Share your insights into how to have a more open conversation around pain and responsible pain management under the "Resources" tab.
Don't forget to Save and Submit your expert perspective!
Your experience may be showcased to highlight the community's perspective.
Let's Start with Wall Color

Glossary Privacy Policy Site Map SIGN UP FOR UPDATES

References Terms & Conditions Contact Us

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. [illegible] August 2016



Enroll today for your free DVD >
Intended for U.S. Audiences Only
Search
CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS
PAIN MATTERS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / Design for Dialogue

SHARE

# Be the Voice that Inspires Change

DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[27] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[28]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?

Customize Your Ideal Exam Room
DESIGN FOR DIALOGUE
Getting Started
Wall Color
Lighting
Furniture
Flooring
Resources
It is widely agreed upon that the color of the walls in a room can greatly affect the mood of its occupants.[29] What is the right color for you for creating a comfortable place to talk about pain?
Choose your preferred wall color out of the following swatches:
Classic Light Buff
Sticks & Stones
Moody Blue
Watery
Nurture Green
Mythical
Choose Your Lighting →

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40493 August 2016





Enroll today for your free DVD >
Intended for U.S. Audiences Only
Search
CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS
PAIN MATTERS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / Design for Dialogue

# Be the Voice that Inspires Change

DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[27] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[28]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?

Customize Your Ideal Exam Room
DESIGN FOR DIALOGUE
Getting Started
Wall Color
Lighting
Furniture
Flooring
Resources
Simple adjustments in lighting have been shown to affect productivity, mood and attentiveness.[29] What lighting would you prefer in your ideal exam room?
Choose your preferred lighting out of the following swatches:
Table Lamp
Floor Lamp
Ceiling Light-Fixture
Bright LED Lighting
Fluorescent Lighting
Natural Light
Choose Your Furniture

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES
Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40450 August 2016



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 22 of 221. PageID #: 351712

Enroll today for your free DVD >

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / Design for Dialogue

SHARE

# Be the Voice that Inspires Change

DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[27] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[28]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?

## Customize Your Ideal Exam Room

DESIGN FOR DIALOGUE

Getting Started | Wall Color | Lighting | Furniture | Flooring | Resources

Furniture, specifically the shape, can elicit different emotional responses from observers.[31] What furniture design would make you feel most comfortable?

**Choose your preferred furniture** out of the following swatches.

Modern Couch
Couch Chair
Modern Armchair
Curved Armchair
Coffee Table & Chairs
Reclining Chair

Choose Your Flooring →

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-[illegible] August 2016

Confidential TEVA_MDL_A_00765964





Enroll today for your free DVD >
Intended for U.S. Audiences Only
Search
CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS
PAIN MATTERS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / Design for Dialogue SHARE

# Be the Voice that Inspires Change

DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[37] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[45]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?

Customize Your Ideal Exam Room
DESIGN FOR DIALOGUE
Getting Started
Wall Color
Lighting
Furniture
Flooring
Resources
Flooring has been noted to affect the immediate judgment of space.[32] What flooring do you prefer?
Choose your preferred flooring out of the following swatches:
Big Tile
Small Tile
Carpet
Dark Hardwood
Light Hardwood
Linoleum
Add Dialogue and Submit Your Design

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES

Intended for U.S. Audiences Only

Enroll today for your free DVD >

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

PAIN
MATTERS

Home / Community Engagement / Design for Dialogue

SHARE

# Be the Voice that Inspires Change

DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[27] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[28]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?

Customize Your Ideal Exam Room
DESIGN FOR DIALOGUE
Getting Started
Wall Color
Lighting
Furniture
Flooring
Resources
Meaningful communication in the exam room is a delicate balance that requires maintaining a relationship, similar to a friendship. According to Dr. Zackary Berger, "Healing depends on sensitive emotional navigation as much as objective truth."[33]
What resources would help facilitate communication?
For Healthcare Professionals
Brief Pain Inventory (BPI) tool
For Healthcare Professionals
Exam Room Discussion Guide
For People Affected by Pain
Pain Self Assessment
For People Affected by Pain
Talking to Your Doctor Discussion Guide
Tell us a little about yourself:
Your Name:
First name only please
Are you a person living with chronic pain, family member, healthcare professional, or other?
Person living with chronic pain
The state you're from:
Select one
Submit Your Design
PRINT YOUR DESIGN
EMAIL YOUR DESIGN
Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES
Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc.



Home / Community Engagement / Design for Dialogue

# Be the Voice that Inspires Change

DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[27] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[28]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?

Meaningful communication in the exam room is a delicate balance that requires maintaining a relationship, similar to a friendship. According to Dr. Zackary Berger, "Healing depends on sensitive emotional navigation as much as objective truth."[33]

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40463 August 2016



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 26 of 221. PageID #: 351716

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Search

PAIN
MATTERS

Home / Community Engagement / Design for Dialogue

SHARE

# Be the Voice that Inspires Change

DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[1,2] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[3,4]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?

Customize Your Ideal Exam Room
DESIGN FOR DIALOGUE
Getting Started
Wall Color
Lighting
Furniture
Flooring
Resources
Thank you for sharing.
DON'T FORGET TO EMAIL YOUR DESIGN
We understand your time is precious and it's not easy to open up about the impact of living with pain and the challenges of pain management. We appreciate your time in helping to open and better inform the conversation around the effects of pain and responsible pain management.
Encourage Others to Join the Conversation
Members of the pain community are the experts on understanding the effects of living with pain and addressing the challenges of treating and managing pain responsibly. Choose one of the simple ways below to help your friends, family, and advocates for pain care to join the conversation.
FOLLOW PAIN MATTERS ON FACEBOOK
FOLLOW PAIN MATTERS ON YOUTUBE
SHARE
JOIN THE PAIN MATTERS COMMUNITY
Design Another Room

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00765968

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/community-engagement/pain-perspectives-community-insights |
| --- | --- |
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Pain Perspectives Community Blog |
| Page Description (Limited to 150 characters including spaces) | Hear perspectives from key healthcare providers, industry thought-leaders, and people affected by chronic pain |
| Page Key Words | Pain, chronic pain, healthcare providers, thought leaders, blog |




CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

# Pain Perspectives Community Blog

**SEPT** 2016

Going from Patient to Person: How I Live Fully With Pain

**SEPT** 2016

You're Not Alone: Finding Support from Others Living with Pain

**SEPT** 2016

Advocating for Pain Policy, Responsible Opioid Use

**APR** 2016

It's an "Us" Problem: Addressing Prescription Drug Abuse Through Appropriate Use

**SEPT** 2015

Addressing Challenging Topics in the Exam Room

**JULY** 2015

2015 Survey Results Address Rx Abuse

**JULY** 2015

Understanding Clinical Abuse Potential (CAP) Studies

**JUNE** 2015

One Woman's Inspiring Journey with Chronic Pain

**APR** 2015

Pain Matters Documentary Clips

**MAR** 2015

Welcome to Pain Perspectives Community Blog

SIGN UP FOR UPDATES

| | Visible to Users | | Invisible to Users |
|---|---|---|---|

| Page URL | www.painmatters.com/community-engagement/welcome-pain-perspectives |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Welcome to Pain Perspectives |
| Page Description (Limited to 150 characters including spaces) | Melanie Rosenblatt, MD, introduces Pain Perspectives: insights into today's complex pain management landscape from members of the pain community. |
| Page Key Words | Pain, chronic pain, pain community, pain management, pain perspectives |

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 30 of 221. PageID #: 351720

Intended for
U.S. Audiences Only

PAIN
MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Search

Home / Community Engagement / Pain Perspectives Community Insights / Welcome to Pain Perspectives

RELATED STORIES
April 2016
Short videos from people affected by chronic pain and their loved ones

# Welcome to Pain Perspectives

Pain Perspectives will feature various points of view from the pain community, comprised of pain specialists, general practitioners, nurses, social workers, advocacy organizations, people living with pain, and their loved ones. These individuals understand the complexities of treating pain and the daily burden of living with chronic pain.

By Melanie Rosenblatt, MD

As someone who has dedicated my career to what I consider to be both a human and economic crisis in America, I have witnessed first-hand the impact chronic pain can have on the lives of people living with pain and their families. I was privileged to be a part of the *Pain Matters* documentary film, produced by the Discovery Channel. The film provides real stories and inspiration through the lives of people and families affected by pain. I am pleased to be among the industry thought leaders who will provide insights related to the evolving pain care landscape and potential implications for people who live with chronic pain and those who care for them.

Pain Perspectives provides a platform for the pain community to contribute opinions about key moments, including federal and state-level regulatory changes, professional medical conferences, developments in the science of abuse deterrence technology to address the challenges of opioid abuse, and advocacy activities. This rotating series of presentations will be available in multiple formats, such as articles, Q&As, and videos. The many voices of Pain Perspectives will come together to raise awareness and deepen understanding of treating this often misunderstood condition.

Welcome to the first edition of Pain Perspectives.

— Melanie Rosenblatt, MD

Melanie Rosenblatt, MD, serves as a paid consultant for Teva Pharmaceuticals.

Chronic Pain Matters
Find support for navigating the complex and evolving pain care landscape.
Pain Matters Documentary
Discover the impact of chronic pain through the lives of people with pain and their loved ones.
Teva's Pain Care Commitment
Learn how Teva is supporting responsible pain management.
Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00765972

Visible to Users Invisible to Users

| Page URL | www.painmatters.com/community-engagement/one-womans-inspiring-journey-with-chronic-pain |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Beyond the Suffering, My Battle for Grace |
| Page Description (Limited to 150 characters including spaces) | Cynthia Toussaint, founder of For Grace, shares her inspiring journey moving beyond the suffering of chronic pain and battling for grace. |
| Page Key Words | Pain, chronic pain, grace, journey, inspiring |



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 32 of 221. PageID #: 351722

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / Pain Perspectives Community Insights / One Woman's Inspiring Journey with Chronic Pain

Related Content | SHARE

**RELATED STORIES**

March 2015

Pain Matters Film Clips
Short video stories from people affected by chronic pain and their loved ones.

# Beyond the Suffering, My Battle for Grace

**One Woman's Inspiring Journey with Chronic Pain**

As a woman who has lived with the devastating effects of chronic pain for nearly 33 years, I feel blessed to share my experiences and encourage others facing a similar struggle. My journey with chronic pain began with a minor ballet injury in my right hamstring when I was 21 years old, but that was only the beginning. My injury had triggered the onset of a chronic pain disease, Complex Regional Pain Syndrome.

Over the next 13 years, I fought to find a diagnosis as doctors, one after another, told me it was all in my head. I was left bedridden for a decade and unable to speak for five years while the pain spread throughout my body and attacked my vocal cords. I felt utterly alone. This lack of belief in me, and the terrible pain I was experiencing, led to feelings of anger, depression, and eventually thoughts of suicide. I felt doubted and dismissed because I was a woman. I never imagined I might someday turn my suffering into something of value.

Through the love and support of my life partner, John, I was able to let go of the negative and began to reinvent myself. Finally, and most importantly, I accepted suffering as an intimate part of me and, indeed, my new normal. I found a voice as a healthcare reform advocate and launched For Grace to help other women with pain. Helping women heal and make positive choices has brought blessings into my life – a physical remission and emotional healing beyond anything I could have imagined. I know how precious each moment is and on a daily basis, I experience the great reward of helping people. I wouldn't change my life for anything.

**Watch Her Story**

It is my privilege to be able to share my story as part of the Pain Matters Documentary, produced by the Discovery Channel. Watch the full documentary to hear more about my life and the experiences of others with chronic pain. You can also watch a preview of my story.

**About the Author:** Cynthia Toussaint

Cynthia Toussaint is the founder and spokesperson of For Grace, an organization that promotes better care and wellness for women in pain. Toussaint championed and gave key testimony at two California Senate hearings – one was dedicated to CRPS awareness, the second explored the gender bias and chronic under-treatment of women in pain. Her current Step Therapy bill, a six-year effort at this stage, will reform an unethical prescription practice used by the health insurance industry to save money in a way that increases the suffering of California pain patients. She is the author of Battle for Grace: A Memoir of Pain, Redemption and Impossible Love. For more about the author and dealing with chronic pain please visit ForGrace.org.

Cynthia Toussaint serves as a paid consultant for Teva Pharmaceuticals.

Related Content

About Pain Matters
Find support for navigating the complex and evolving pain care landscape.

Pain Matters Documentary
Discover the impact of chronic pain through the lives of people with pain and their loved ones.

Teva's Pain Care Commitment
Learn how Teva is supporting responsible pain management.

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2015 Teva Pharmaceuticals USA, Inc. PAIN-40493 August 2015

Confidential TEVA_MDL_A_00765974

| | Visible to Users | | Invisible to Users |
|---|---|---|---|

| Page URL | www.painmatters.com/community-engagement/importance-clinical-abuse-potential-studies |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| The Importance of Clinical Abuse Potential (CAP) Studies |
| Page Description (Limited to 150 characters including spaces) | Michael J. Brennan, MD answers commonly asked questions and provides insight into the purpose and rationale for CAP studies. |
| Page Key Words | Pain, chronic pain, CAP, questions, insight |



# The Importance of Clinical Abuse Potential (CAP) Studies

**Perspectives from Michael Brennan, MD**

As a practicing [illegible], I am committed to supporting my [illegible] working to create treatment plans that meet their unique clinical needs. For some patients living with chronic pain, prescription opioid medications are an important component of a multidisciplinary pain management plan. However, in all interactions with patients where opioids are being considered, one must always be aware of the possibility of prescription drug misuse, abuse, addiction, and diversion.

As such, it's important for physicians to implement comprehensive strategies to help reduce the risk of abuse and misuse. Moreover, each stakeholder such as patients, pharmaceutical companies, insurers and the patient's family plays an important role in this aspect of pain management.

The Food and Drug Administration (FDA) recognizes this and is encouraging the development of opioid medications with technologies intended to make prescription drug abuse more difficult. These formulations are referred to as abuse deterrent technologies. The goal of these formulations is to help mitigate the risk of abuse by one or several strategies. Evaluation of the [illegible] testing may not be familiar with clinical abuse potential studies, or CAP studies.

**What is a Clinical Abuse Potential (CAP) Study?**

First, it's important to recognize that many classes of pain medications have the potential to be abused. For example, opioids—mainstays of pain management—have a long history of abuse, and [illegible]. Clinical Abuse Potential studies, also known as human abuse potential studies, human abuse liability (HAL) studies, or "drug liking" studies, attempt to evaluate and quantify the abuse liability or abuse potential for certain prescription drugs.[3]

**Why are CAP studies conducted?**

These studies provide information on the relative abuse potential of medications in classes considered abusable.[3] Companies developing new opioid-based pain medications with abuse-deterrent formulations may conduct these studies as part of product development. For abuse deterrent formulations, these studies are conducted to obtain an understanding of the impact of the specific abuse deterrent technology on the product's abuse potential.[4]

**How are CAP studies conducted?**

These studies are usually conducted among experienced recreational drug users who have a recent or current history of drug-taking in the pharmacological class of the test drug. These studies are typically double-blind, double-dummy, placebo-controlled, and positive-comparator controlled, utilizing a crossover design.[4]

**How are study participants chosen?**

For the study to be interpretable, the subjects should be able to discriminate "drug liking" of the test drug and rate the effects of the test drug compared with placebo and with the positive control, such as an immediate release formulation.

**How is "drug liking" measured?**

Several instruments have been used to measure the potential for abuse including overall drug-liking, abuse, and likelihood of using the drug again.[4] Key instruments include[4]:

- [illegible]

- Profile of Mood States

**How do CAP studies impact product labeling?**

When abuse deterrence is proven or expected to lead to a substantial reduction in abuse potential, the data are included in the product labeling. The FDA has designated categories of labeling that [illegible] studies, including CAP studies, [illegible] and postmarket studies that assess clinical outcomes.[5]

Not all abuse deterrence technologies are created equal, and no one technology can eliminate the risk of abuse and misuse.[4] However, these evolving technologies are a step in the right direction as part of a larger effort to address the prescription drug abuse epidemic and its impact on our society. Whether one is a physician, a person affected by chronic pain, an advocate for pain care, or a supply chain partner, all stakeholders have a role to play in mitigating the risk of abuse and misuse and promoting responsible pain management.

[illegible] to learn more about abuse deterrent technologies or read more about [illegible]

**About the Author:** Michael Brennan, MD

Michael J. Brennan, MD, is Senior Attending Physician at Bridgeport Hospital and Assistant Clinical Attending Physician at St. Vincent's Hospital in Bridgeport, CT. In addition, he has a private practice in physical medicine and rehabilitation that specializes in the diagnosis and management of acute and chronic pain syndromes, electrodiagnosis, and cancer-related disabilities.

Michael J. Brennan, MD, serves as a paid consultant for Teva Pharmaceuticals.



Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/community-engagement/survey-results-address-rx-abuse |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| 2015 Rx Abuse Survey Results |
| Page Description (Limited to 150 characters including spaces) | Bob Twillman, PhD addresses the results of a new survey exploring complex issues impacting the pain care landscape. |
| Page Key Words | Pain, chronic pain, pain care, pain landscape, survey |



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 36 of 221. PageID #: 351726

Enroll today for your free DVD >

Intended for U.S. Audiences Only

PAIN
MATTERS

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / Pain Perspectives Community Insights / 2015 Survey Results Address Rx Abuse

Related Content | SHARE

# 2015 Rx Abuse Survey Results

**Physicians and People Affected by Chronic Pain Open Up About Rx Abuse**

Prescription drug abuse is a serious public health problem that is having a significant impact on our society and more directly, on the relationships between people affected by pain and their physicians. 2015 Survey Results shed light on the challenges that exist in this evolving pain care landscape. How do clinicians and people with pain balance the need to talk about the impact of pain on everyday life and the risks of abuse and misuse associated with prescription opioid medications? These survey results reveal that both clinicians and people affected by chronic pain recognize their important role in helping to reduce the risk of abuse, but feel that discussing the topic can be uncomfortable. Clinicians and people with chronic pain agree that information and practical resources that help address this complex problem are greatly needed. Dig deeper into the perspectives of clinicians and people affected by pain through the survey-results infographic below.

VIEW SURVEY-RESULTS INFOGRAPHIC

Clinicians and people affected by pain open up about Rx abuse

PainMatters.com provides information and resources for physicians and people affected by pain to help mitigate the risk of abuse and misuse and support ongoing dialogue. Practical discussion guides and a variety of downloadable resources are available for healthcare professionals in addition to a resource section specifically designed to support people affected by pain.

ACCESS TOOLS & INFORMATION FOR HEALTHCARE PROFESSIONALS

FIND RESOURCES & SUPPORT FOR PEOPLE AFFECTED BY CHRONIC PAIN

**About the Survey**

A survey conducted on behalf of Teva in partnership with the U.S. Pain Foundation and the American Academy of Pain Management explores issues impacting the pain care landscape. The survey included 1,100 prescribing healthcare professionals and 1,044 adults with chronic pain taking medications to manage their pain. The survey was conducted from January 21 to February 10, 2015.

**About the Author:** Bob Twillman, PhD

Bob Twillman, Ph.D., is the Executive Director for the American Academy of Pain Management. In that capacity, Dr. Twillman is responsible for overseeing federal and state pain policy developments and advocating for those supporting an integrative approach to managing pain. He also serves as Chair of the Prescription Monitoring Program Advisory Committee for the Kansas Board of Pharmacy. Dr. Twillman received his Ph.D. in Clinical Psychology at the University of California in Los Angeles, and maintains a volunteer faculty appointment as Clinical Associate Professor of Psychiatry and Behavioral Sciences at the University of Kansas School of Medicine in Kansas City, KS. Prior to taking his current position, Dr. Twillman was a full-time faculty member at the University of Kansas Medical Center, where he founded and directed the inpatient pain management program and was a co-founder of the hospital's Palliative Care Team. He has been actively involved in pain policy through his work with the Alliance of State Pain Initiatives and the American Pain Society for many years.

Teva Pharmaceuticals reviewed and edited this post prior to publication.

**RELATED STORIES**

July 2015

Understanding Clinical Abuse Potential (CAP) Studies
Michael J. Brennan, MD answers commonly asked questions and provides insight into the purpose and rationale for CAP studies.

Related Content

About Pain Matters
Find support for navigating the complex and evolving pain care landscape.

Pain Matters Documentary
Discover the impact of chronic pain through the lives of people with pain and their loved ones.

Teva's Pain Care Commitment
Learn how Teva is supporting responsible pain management.

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40493 August 2016

Confidential TEVA_MDL_A_00765978

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/community-engagement/vital-conversations |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Conversations that Matter: Addressing Challenging Topics in the Exam Room |
| Page Description (Limited to 150 characters including spaces) | Richard Payne, MD and Laura Cooley, PhD shed light on the impact of physical environment on discussions between clinicians and people with pain. |
| Page Key Words | Pain, chronic pain, psychological impact, physical environment, clinicians |



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 38 of 221. PageID #: 351728

Enroll today for your free DVD ›

Intended for U.S. Audiences Only

PAIN
MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / Pain Perspectives Community Insights / Conversations that Matter: Addressing Challenging Topics in the Exam Room

# Conversations that Matter: Addressing Challenging Topics in the Exam Room

DESIGN FOR DIALOGUE

**Laura Cooley, PhD:** As the Director of Education and Outreach at the American Academy on Communication in Healthcare, I'm very familiar with the challenges to open dialogue faced by healthcare providers and people living with pain in the exam room. I'm so pleased to be joined by Dr. Richard Payne, a practicing pain specialist at Duke University and past president of the American Pain Society, to discuss this important topic. Dr. Payne, considering the challenges that can hinder open, meaningful conversation in pain care, what would you say are clinicians' concerns?

**Richard Payne, MD:** As a specialist in pain care, I'm acutely familiar with the sense of apprehension I feel from my patients when discussing the impact of their pain during an office visit. Pain cannot be seen or quantified, making the patient interview a key tool for monitoring pain management. Pain, though, continually proves to be a difficult topic of discussion, and the issue of prescription opioid abuse has only compounded the difficulty.

As clinicians, we never want to imply that our patients are less than honest, upstanding, and sincere in their desire for treatment, and we never want to sound presumptuous or accusatory. Conversely, it is our understanding that many patients assume that we suspect them of abuse, and so they underreport their pain. Without an accurate picture of a patient's pain we are limited in our ability to provide them with the appropriate care.

**Laura:** The American Academy on Communication in Healthcare has quite a few tools they offer to physicians and patients that focus on an ideal we refer to as "relationship-centered care". With this focus, we can better ask and listen to patient concerns, respond more empathetically to patient emotions, and share in the decision-making process.

**Dr. Payne:** Absolutely, Laura. The solution to this multifaceted issue is not a simple one, but it begins by strengthening the relationships between patients and doctors. For clinicians, becoming familiar with simple communication techniques and working to put them into practice can make a big difference. For instance, turning off your cell phone, not fiddling with laptops, listening empathetically, and remembering not to interrupt can help create an environment where patients feel empowered to share their feelings.

**Laura:** Those are some great insights. I particularly appreciate Dr. Payne's point of not interrupting. Interestingly, clinicians often interrupt patients during their initial monologue whereas most patients would talk for up to 90 seconds if uninterrupted. Only 23 percent of patients feel they finish sharing their concerns with their clinicians.[26,27] Being mindful of allowing people affected by pain to share their full story can help clinicians and patients work together to find the right pain management plan.

**Dr. Payne:** Yes, and from this foundation we can start to have more open conversation about how patients can reduce the risks of abuse, misuse, and diversion associated with prescription opioid medications. It's important to help patients understand that our motivation for having these difficult discussions is to protect not only them, but their families, friends, and communities who may be at risk for intentional or unintentional abuse. It's important to provide patients with guidelines for appropriate use, storage, and disposal and to discuss the benefits of opioid medications with abuse deterrent properties whenever available. These medications help keep prescriptions in the hands of those who need them.

**Laura:** PainMatters.com provides information and resources for physicians and people affected by pain to help mitigate the risk of abuse and misuse and support ongoing dialogue. Practical discussion guides and a variety of downloadable resources are available for healthcare professionals in addition to a resource section specifically designed to support people affected by pain.

**About the Authors:** Laura Cooley, PhD

Laura Cooley, PhD, is the Director of Education and Outreach at the American Academy on Communication in Healthcare (AACH), a non-profit organization with a mission of improving healthcare through education, research, and practice that focuses on communication and relationships with patients, families, and healthcare teams. Additionally, Dr. Cooley guides marketing and development for DocCom, an online communication skills curriculum resource developed by AACH and The Drexel University College of Medicine.

**About the Authors:** Richard Payne, MD

Richard Payne, MD is the Esther Colliflower Professor of Medicine and Divinity at Duke Divinity School at Duke University, the Medical Director for the Pain Action Alliance, and John B. Francis Chair in Bioethics at the Center for Practical Bioethics. Dr. Payne has directed programs in pain management and palliative care at Memorial Sloan-Kettering Cancer Center and M.D. Anderson Cancer Center, and is a past president of the American Pain Society.

Teva Pharmaceuticals reviewed and edited this post prior to publication.

RELATED STORIES

July 2015

Bob Twillman, PhD addresses the results of a new survey exploring complex issues impacting the pain care landscape

Related Content
Find support for navigating the complex and evolving pain care landscape.
Discover the impact of chronic pain through the lives of people with pain and their loved ones.
Learn how Teva is supporting responsible pain management.

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00765980

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/community-engagement/its-an-us-problem |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| New Videos Underscore Importance of Appropriate Use, Storage & Disposal |
| Page Description (Limited to 150 characters including spaces) | Pain Matters introduces new videos that underscore importance of appropriate use, storage and disposal. |
| Page Key Words | Pain, chronic pain, video, storage, disposal |



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 40 of 221. PageID #: 351730

Enroll today for your free DVD >

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / Pain Perspectives Community Insights / Addressing Prescription Drug Abuse Through Appropriate Use

Related Content

SHARE

**RELATED STORIES**

September 2015

Richard Payne, MD and Laura Cooley, PhD shed light on the psychological impact of physical environment on discussions between clinicians and people with pain

# New Videos Underscore Importance of Appropriate Use, Storage & Disposal

**Watch the public service announcement videos now.**

Pain Matters: Ms. Generous
Pain Matters: The Collector
Pain Matters: Girls Night Out
Share Video
Share Video
Share Video

The prescription drug abuse epidemic is not a "his problem" or a "her problem", it's an "everyone's problem" and we all have a responsibility to address this critically important issue. Pain Matters is committed to providing resources that support responsible pain management for both people affected by pain and healthcare professionals treating pain. While prescription pain medications play a role in managing pain for some, the reality is they have the potential to be abused and misused. Finding solutions takes time and all stakeholders, including pharmaceutical industry, government organizations, advocacy groups and even everyday citizens, can take part in helping to ensure prescription pain medications stay only in the hands of those who need them.

Most people know that keeping unused or unsecured prescription pain medication or sharing medication with friends is technically wrong, but they don't necessarily realize how their behavior could be contributing to one of America's fastest growing drug problems. These videos depict absurd scenarios where sharing pain medication is not only commonplace and intentional, but also acceptable. The videos depict an exaggerated reality that will leave you wondering, why would anyone allow prescription pain medications to get in the wrong hands?

We encourage you not only to watch and share these videos, but use them to help foster more open conversation with your patients and your peers. Learn about all of the latest advancements to support responsible opioid use, storage and disposal.

We each have a role to play, and together, we can make a difference.

**Brought to you by Pain Matters**

PAIN MATTERS

Pain Matters is a multi-faceted initiative, sponsored by Teva Pharmaceuticals, designed to support responsible pain management by providing practical resources and information for healthcare professionals and people and people affected by pain. Throughout this website, you will find tailored content tailored including information on understanding chronic pain, opioid abuse and misuse, and the emerging science of abuse deterrence technology.

Video resources such as the "Don't Think It Matters?" series, the *Pain Matters* documentary, clinical presentations and the animated abuse deterrence technology video all aim to support people affected by pain and healthcare professionals navigating this complex pain care landscape.

Related Content
About Pain Matters
Find support for navigating the complex and evolving pain care landscape.
Pain Matters Documentary
Discover the impact of chronic pain through the lives of people with pain and their loved ones.
Teva's Pain Care Commitment
Learn how Teva is supporting responsible pain management.

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00765982



TEVA_MDL_A_00765983

Confidential

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/community-engagement/living-with-pain-perspectives |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Living with Pain Perspectives |
| Page Description (Limited to 150 characters including spaces) | Short video stories from people affected by chronic pain and their loved ones. |
| Page Key Words | Pain, chronic pain, loved ones, video, stories |



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 43 of 221. PageID #: 351733

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

PAIN MATTERS

Home / Community Engagement / Pain Perspectives Community Insights / Living with Pain Perspectives

Related Content | SHARE

# Living with Pain Perspectives

The *Pain Matters* documentary, produced by the Discovery Channel, chronicles the lives of people affected by chronic pain and their loved ones. Throughout the documentary film, participants shared personal details on how living with chronic pain has affected their ability to take part in activities and even its impact on their relationships.

Watch short clips from the documentary to understand first-hand what it is like to live with chronic pain.

Derek
Share Video
Share Video
Cynthia
Share Video
WATCH THE FULL PAIN MATTERS DOCUMENTARY

**RELATED STORIES**

March 2015
Welcome to Pain Perspectives
Melanie Rosenblatt, MD, provides an introduction to Pain Perspectives

Related Content
About Pain Matters
Find support for navigating the complex and evolving pain care landscape
Pain Matters Documentary
Discover the impact of chronic pain through the lives of people with pain and their loved ones
Teva's Pain Care Commitment
Learn how Teva is supporting responsible pain management

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00765985

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/community engagement/pain-matters-documentary |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| *Pain Matters* Documentary |
| Page Description (Limited to 150 characters including spaces) | The Pain Matters documentary, produced by the Discovery Channel, chronicles the lives of people and families affected by chronic pain, and provides insights from leading pain care professionals on the importance of working together to manage this complex condition. |
| Page Key Words | Pain, chronic pain, Discovery Channel, pain care, documentary |



# *Pain Matters* Documentary

Produced by the Discovery Channel.

Financial support, clinical input and other expertise for Pain Matters were provided by Teva Pharmaceuticals. It was produced by the Discovery Channel in collaboration with seven advocacy organizations, including: American Academy of Pain Management, American Academy of Pain Medicine, American Chronic Pain Association, American Pain Society, American Society for Pain Management Nursing, U.S. Pain Foundation and For Grace.

**Next Steps**

Learn About Teva's Commitment >

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/community-engagement/advocating-for-pain-policy-responsible-opioid-use |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Advocating for Pain Policy, Responsible Opioid Use |
| Page Description (Limited to 150 characters including spaces) | Amy Goldstein discusses state and federal advocacy efforts to advance pain policy that supports the needs of people living with pain. |
| Page Key Words | Pain, chronic pain, State Pain Policy Advocacy Network, advocacy, policy |

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 47 of 221. PageID #: 351737

Enroll today for your free DVD >

Intended for U.S. Audiences Only

PAIN MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / About Pain Matters / Pain Perspectives Community Insights / Advocating for Pain Policy, Responsible Opioid Use

Related Content | SHARE

RELATED STORIES

September 2016

Paul Gileno, Founder of the U.S. Pain Foundation, shares his story of living with pain and his perspective on the pain community's role in raising awareness of the invisible illness.

# Advocating for Pain Policy, Responsible Opioid Use

In addition to the physical, emotional, and spiritual challenges of living with pain, many people also feel misunderstood by others who don't share their experiences. Unfortunately, that misunderstanding can affect legislation and policy regarding development of and access to pain medication.

Individual states typically take the lead in defining and regulating the practice of pain management through licensing boards, regulatory agencies and legislation. Without proper consideration, the policies they put in place can stand in the way of effective pain management for people living with pain.

The State Pain Policy Advocacy Network (SPPAN), a project of the Academy of Integrative Pain Management (formerly American Academy of Pain Management), works at the federal and state levels to advance pain policy that supports the needs of people living with pain. To do this, we flag thousands of bills and regulations across nearly 20 topic areas, analyzing them for their potential impact on people living with pain and providers of pain care. This allows us to give advocacy leaders information about current pain-related policy proposals in their states and share tools and resources to help them motivate other advocates.

Our organization advances integrative pain care through advocacy and education; this has been our mission since 1988. Providing quality pain care requires excellent communication between the provider and the person with pain and an individualized approach to selecting appropriate treatments. Opioid therapy is part of this armamentarium of care for some people with pain, and advocating for responsible opioid use is of utmost importance. Therefore, one area of pain policy we follow closely is the development and availability of opioid medicines with abuse-deterrent technology (ADT). Opioid abuse and misuse has become a topic of national concern. Many people who abuse opioids swallow them, but others crush, cut or melt them, bypassing the extended-release mechanism present in many opioids and delivering the full dose of the drug to the bloodstream faster. Because data have shown that most prescription opioids used improperly come from medicine cabinets of friends or family, working to ensure increased access to ADT opioids may help prevent opioid-related overdose deaths by making the medications less desirable to those who would abuse them.

Healthcare providers and people living with pain recognize the risk of abuse and misuse and are eager to find a solution while protecting access to these medications in order to keep them in the hands of those who need them. Researchers and drug manufacturers are hard at work developing abuse-deterrent options that make opioid pills more difficult to tamper with and reduce their potential to be abused. In addition to this technology, healthcare professionals can provide resources and tools to help educate people experiencing or living with pain on how to appropriately use, store and dispose of opioid medications to help prevent abuse and misuse. You can learn more about abuse deterrence technology here and find information about properly using, storing and disposing of opioids here.

SPPAN is following bills in 25 states that aim to increase access to opioids with ADT by requiring insurers to cover them and/or discouraging pharmacists from substituting medicine with ADT for medicine without ADT.

**About the Author:** Amy Goldstein

Amy Goldstein, MSW, currently serves as the Director of State Pain Policy Advocacy Network. She has an extensive history in the policy and advocacy arena, having served as the leader of the Massachusetts Pain Initiative, and later overseeing all New England state pain initiatives for the American Cancer Society. More recently, as Sr. Director of Programs, Services & Advocacy, she was a leader in institutionalizing advocacy for the National Multiple Sclerosis Society's Mid America Chapter. These efforts demonstrate her proven ability to develop advocacy networks and lead them in producing positive results.

Teva Pharmaceuticals reviewed and edited this post prior to publication.

Related Content
About Pain Matters
Find support for navigating the complex and evolving pain care landscape.
Pain Matters Documentary
Discover the impact of chronic pain through the lives of people with pain and their loved ones.
Teva's Pain Care Commitment
Learn how Teva is supporting responsible pain management.

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only

Confidential TEVA_MDL_A_00765989

| Visible to Users | Invisible to Users |
|---|---|

| Page URL | www.painmatters.com/community-engagement/finding-support-from-others-living-in-pain |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| You're Not Alone: Finding Support from Others Living with Pain |
| Page Description (Limited to 150 characters including spaces) | Paul Gileno shares his story of living with pain and his perspective on the pain community's role in raising awareness of the invisible illness. |
| Page Key Words | Pain, chronic pain, support, U.S. Pain Foundation, invisible illness |



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 49 of 221. PageID #: 351739

Enroll today for your free DVD >

Intended for U.S. Audiences Only

PAIN
MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / About Pain Matters / Pain Perspectives Community Insights / You're Not Alone: Finding Support from Others Living with Pain

# You're Not Alone: Finding Support from Others Living with Pain

**RELATED STORIES**

September 2016

Penney Cowan, Founder and Executive Director of the American Chronic Pain Association, ... and finding a balanced approach to pain management.

Like most people who sustain an injury, I never imagined that the resulting pain would become part of my daily life.

For years, I was on my feet every day managing the gourmet food and catering business I owned and operated. In the spring of 2003, I severed my sciatic nerve in a workplace accident, leaving me with degenerative disc disease. I was later diagnosed with complex regional pain syndrome (CRPS), which can cause continuous burning or throbbing pain and sensitivity to touch. I had multiple surgeries and tried different treatments for my pain, but nothing worked.

The constant pain put a huge strain on my personal life. I got divorced, and my relationships with my six siblings suffered. Ultimately, once I accepted that the pain was chronic, I had to sell my business.

Once I realized my pain wasn't going away, I started to look for support. I knew there must be other people in similar situations, and I thought it would be helpful to talk to them about our shared experiences.

As one of the nearly 100 million people in the U.S. who are living with pain, I quickly realized that the need for resources and support was great. I started the Connecticut Pain Foundation in my home state to provide a community for people living with pain. Interest spread, and I soon helped the Connecticut Pain Foundation grow into the U.S. Pain Foundation, a nonprofit dedicated to serving people who live with pain and their caregivers.

With more than 70,000 members nationwide, the U.S. Pain Foundation advocates on behalf of Americans living with pain. We track bills and engage with government officials on a regular basis to make sure the voices of people living with pain are heard when national pain policy is written. We have supported legislation in several states that encourages pharmacists to honor doctors' prescriptions for pain medication, and we are working to get similar legislation passed across the country.

In an effort to raise awareness and eliminate the stigma that surrounds people living with pain, the U.S. Pain Foundation has started projects like the "INvisible Project," a traveling display that brings to life the many faces of people living with pain through real photos. We also work to bring the pain community together through programs like Heroes of Healing, a private, online support community, and our Pain Ambassador Network, which relies on a network of volunteer advocates to be the voice of people in pain and who give hope to their communities.

While I am honored to have the privilege to lead a national pain organization, I consider myself first and foremost to be a person who lives with pain. I relate to the struggle and isolation pain brings, and I know how important it is to feel heard and understood. The U.S. Pain Foundation was created by people with pain for people with pain. Everyone involved with our organization either has pain or is a caregiver of a person with pain.

I believe that if we work together, we can reduce the suffering pain brings with it, along with the isolation, depression, stress and stigma it involves.

**About the Author:** Paul Gileno

Paul Gileno has become a strong force in the chronic pain awareness movement. His mission and message in life are clear — to empower and support those living with pain. He believes that by exploring new ways to cope, those with pain can find personal answers that enable them to grow and live once more with meaning and purpose.

In 2003, Paul suffered a workplace injury that severed his sciatic nerve and left him with degenerative disc disease. After multiple failed back surgeries, grueling physical therapy and various pain management therapies, he came to accept that his pain was chronic. In time, Paul discovered that he had a new calling in life — helping chronic pain survivors.

Living with degenerative disc disease, failed back syndrome and complex regional pain syndrome for over three years, Paul eventually founded the Connecticut Pain Foundation in 2006, which later grew into the U.S. Pain Foundation. U.S. Pain exists to connect, inform, empower and advocate for the pain community. In addition to his work with US Pain, Paul is on the Advisory Board for PainPathways magazine, the co-administrator of Heroes of Healing and co-director of the INvisible Project. As part of his work with U.S. Pain, he advocates for and supports legislation at the state and federal level that aims to ensure access to quality pain management. He supports various organizations that raise awareness and fund research on behalf of the chronic pain community, as all endeavors shift perceptions about pain and motivate change.

Teva Pharmaceuticals reviewed and edited this post prior to publication.

Related Content
Find support for navigating the complex and evolving pain care landscape.
Discover the impact of chronic pain through the lives of people with pain and their loved ones.
Learn how Teva is supporting responsible pain management.

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00765991

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/community-engagement/going-from-patient-to-person |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Going From Patient to Person: How I Live Fully With Pain |
| Page Description (Limited to 150 characters including spaces) | Penney Cowan discusses the importance of support groups and finding a balanced approach to pain management. |
| Page Key Words | Pain, chronic pain, American Chronic Pain Association, pain management |

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 51 of 221. PageID #: 351741

Enroll today for your free DVD >

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS
PAIN MATTERS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

Home / About Pain Matters / Pain Perspectives Community Insights / Advocating for Pain Policy, Responsible Opioid Use

Related Content

SHARE

RELATED STORIES

April 2016

Pain Matters introduces new videos that underscore the importance of appropriate use, storage and disposal.

# Going from Patient to Person: How I Live Fully With Pain

When you live with chronic pain, it can consume your life, making it seem like your whole existence is defined by your pain. On top of that, much of what you hear about chronic pain in the news is overwhelmingly negative, with stories about pain being associated with opioid abuse and addiction.

But there's an untold story out there that is painfully familiar to the nearly 100 million people living with pain.

At any moment, you could be walking down the street next to someone who is living with pain and not even know it. Pain is an invisible and unpredictable monster. People who live with it may have good days and bad days. So for those who don't live with pain, the question becomes, "You could do this yesterday, why can't you do it today?" and that can make people with pain feel misunderstood and put them on the defense.

I know firsthand the frustrations that accompany living with pain. I've had chronic pain since 1974, and it took me six years to find a diagnosis. I felt like a 30-year-old trapped in an 80-year-old body, and it was very discouraging. I didn't fully realize what a huge personal accomplishment it was just learning to live with my pain until after my diagnosis when I took part in a pain management program at the Cleveland Clinic. For the very first time, I knew I wasn't the only person in the world with this kind of pain. Before going there I isolated and shut myself off from my family and friends. The program taught me how to live with my pain, providing the self-management skills I needed to live a full life in spite of my pain. The validation and support of others who live with pain is a critically important step in learning to live with pain.

I founded The American Chronic Pain Association (ACPA) in 1980 to provide that comfort for people living with pain. When I left my pain management program, I was eager to maintain my wellness and not allow pain to rule my life again. I placed a notice in my church bulletin and quickly found others in similar situations. One support group quickly blossomed into many.

Today, the ACPA organizes several hundred support groups, as well as providing resources and tools to help people manage their pain. We offer communication tools to help people talk to their doctors about pain, lessons from more than 30 years of supporting people with pain and information about chronic pain treatment.

It is possible to live life beyond simply existing with pain. With a balanced approach to pain management that may include medication, but also teaches you to listen to your body, manage stress, pace activities, and understand your emotions, you can live fully. To find tools and resources or connect with others living with pain, visit www.theacpa.org.

**About the Author:** Penney Cowan

Penney Cowan is the founder and Chief Executive Officer of the American Chronic Pain Association (ACPA). She herself is a person with chronic pain and established the ACPA in 1980 to help others living with the condition. The ACPA provides peer support and education in pain management skills to people with pain and their families. The ACPA also works to build awareness about chronic pain among professionals, decision makers and the general public.

She served as: Consumer Representative for the FDA/CDER Anesthetic and Analgesic Drug Products Advisory Committee (AADPAC) for 2012 and was appointed to Interagency Pain Research Coordinating Committee of the National Institute of Health from 2013 to 2015.

Cowan began the Partners for Understanding Pain campaign in 2002 in an attempt to raise awareness about the need to better understand, assess, and treat pain. There are more than 80 partner organizations. The campaign, under the direction of the ACPA, successfully established September as Pain Awareness Month.

Teva Pharmaceuticals reviewed and edited this post prior to publication.

Related Content
About Pain Matters
Find support for navigating the complex and evolving pain care landscape.
Pain Matters Documentary
Discover the impact of chronic pain through the lives of people with pain and their loved ones.
Teva's Pain Care Commitment
Learn how Teva is supporting responsible pain management.

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40463 August 2016

Confidential TEVA_MDL_A_00765993

Visible to Users    Invisible to Users

| | |
|---|---|
| Page URL | www.painmatters.com/community-engagement/teva-pharmaceuticals-pain-management |
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| About Teva Pharmaceuticals |
| Page Description (Limited to 150 characters including spaces) | Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals treating pain. |
| Page Key Words | Pain, chronic pain, Teva Pharmaceuticals, pain management, healthcare professionals |



Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Community Engagement / Teva Pharmaceuticals Commitment to Chronic Pain Care

# Teva Pharmaceuticals and Pain Management

At Teva Pharmaceuticals, we understand that chronic pain affects more than 100 million Americans.[1] It can greatly affect people touching many aspects of their lives, including their physical health and ability to participate in daily tasks.[1]

## Our Commitment to Pain Care

Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals treating pain. With a diverse portfolio and pipeline, we are working to help advance treatments in pain management. Prescription opioid medications are an important part of a treatment plan for many people living with chronic pain, but we know that they carry a serious risk of abuse and misuse.[2] Teva is equally committed to addressing the serious problems of chronic pain and prescription drug abuse.

As part of our ongoing commitment to support healthcare professionals and patients dealing with chronic pain, we are developing an innovative abuse deterrence technology platform to address the challenges of opioid abuse and misuse.

To learn more about Teva and our commitment, visit us online at TevaUSA.com

## Community Collaboration

As a company, Teva takes this commitment beyond its products, leading education and abuse-mitigation efforts. We're also working to develop educational resources and partner with a variety of stakeholders. In this complex pain care environment, Teva is focused on keeping patient needs at the center of all we do.

VIEW CALENDAR

## The Alliance to Prevent the Abuse of Medicines

In 2013, Teva became one of several leading industry stakeholders including the American Medical Association, CVS Caremark, Cardinal Health, the Healthcare Distribution Management Association, Prime Therapeutics, Millennium Health, and Kaleo dedicated to developing policy solutions aimed to address prescription drug abuse. This non-profit partnership includes perspectives from all angles of the prescription drug supply chain—from manufacturers to distributors and pharmacies to physicians.

LEARN MORE

**Next Steps**

Go to Healthcare Professionals >
People Affected by Pain >

Related Content
Understanding Chronic Pain
Watch the Pain Matters documentary to learn about the impact of chronic pain
Tools & Resources
Use these tools and downloads to learn more about responsible opioid use
Opioid Abuse Deterrence Technology Guidance
FDA guidance on evolving opioid abuse deterrence technology

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES



Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/community-engagement/pain-community-events-calendar |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Pain Care Community Events Calendar |
| Page Description (Limited to 150 characters including spaces) | Pain Matters provides an up-to-date list of pain care conferences and meetings for the pain community. |
| Page Key Words | Pain, chronic pain, events, calendar, conferences |

Enroll today for your free DVD >

# Pain Community Events Calendar

At Teva, we understand the impact chronic pain has on millions of Americans.[1] We are committed to supporting healthcare professionals, and others who are faced with navigating the complex, evolving pain care landscape. Be sure to check back regularly as regional and national professional meetings, conferences, and events will be updated as details become available throughout 2016 and 2017.

**SEPTEMBER 2016**

SEPTEMBER 6-10, 2016

PAINWeek 2016

*Las Vegas, NV*

**SEPTEMBER 2016**

SEPTEMBER 21-25, 2016

American Academy of Pain Management

*San Antonio, TX*

**SEPTEMBER 2016**

SEPTEMBER 23, 2016

[illegible]

*Los Angeles, CA*

**MARCH 2017**

MARCH 16-19, 2017

American Academy of Pain Medicine

*Orlando, FL*

**MARCH 2017**

MARCH 24-27, 2017

American Pharmacists Association Annual Meeting & Exposition

*San Francisco, CA*

**MARCH 2017**

MARCH 27-30, 2017

Academy of Managed Care Pharmacy Annual Meeting

*Denver, CO*

**MARCH 2017**

MARCH 30-APRIL 1, 2017

American College of Physicians Internal Medicine Meeting

*San Diego, CA*

**MAY 2017**

MAY 9-12, 2017

[illegible]

*New York, NY*

**MAY 2017**

MAY 11-14, 2016

American Pain Society Annual Scientific Meeting

*Austin, TX*

**MAY 2017**

MAY 21-24, 2017

FIP Pharmaceutical Sciences World Congress

*Stockholm, Sweden*

**JULY 2017**

JULY 15-19, 2017

American Association of Colleges of Pharmacy Annual Meeting

*Nashville, TN*

**SEPTEMBER 2017**

SEPTEMBER 5-9, 2017

PAINWeek 2017

*Las Vegas, NV*

**SEPTEMBER 2017**

SEPTEMBER 10-14, 2017

77th FIP World Congress of Pharmacy and Pharmaceutical Sciences

*Seoul, Republic of Korea*

**SEPTEMBER 2017**

SEPTEMBER 12-17, 2017

American Academy of Family Physicians Family Medicine Experience (FMX) Assembly

*San Antonio, TX*

**SEPTEMBER 2017**

SEPTEMBER 22-25, 2017

American Academy of Pain Management

*San Antonio, TX*

**OCTOBER 2017**

OCTOBER 7-10, 2017

American College of Clinical Pharmacy Annual Meeting

*Phoenix, AZ*

**NOVEMBER 2017**

NOVEMBER 12-16, 2017

American Association of Pharmaceutical Scientists Annual Meeting

*San Diego, CA*

**SEPTEMBER 2018**

SEPTEMBER 12-16, 2018

International Association for the Study of Pain 17th World Congress on Pain

*Boston, MA*

**Next Steps**

Related Content

Watch the Pain Matters documentary to learn about the impact of chronic pain

Pain Perspectives—hear from the pain community

Find screening tools and educational resources

SIGN UP FOR UPDATES

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/healthcare-professionals |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Healthcare Professionals in Pain Care |
| Page Description (Limited to 150 characters including spaces) | Pain Matters provides a variety of different tools and resources aimed at helping healthcare professionals navigate the complex pain care landscape. |
| Page Key Words | Pain, chronic pain, pain care, healthcare professionals, tools |



# Healthcare Professionals

## A Multidisciplinary Approach

Every patient has his or her own unique experiences with pain; therefore, a multidisciplinary approach is an important part of a patient-centered treatment plan.[2]

LEARN MORE

## Understanding Opioid Abuse

Prescription drug abuse is the nation's fastest growing drug problem.[3] Having an understanding of abuse and misuse is an important step in finding solutions.

CONTINUE READING

## Stakeholder Efforts in Abuse Deterrence

As part of the pain care community, we understand that we all have an active role to play to help advance responsible pain management and abuse deterrence.[3,4]

UNDERSTANDING STAKEHOLDER EFFORTS

## Government Programs & Policies

Federal and state laws and guidelines as well as evolving abuse deterrence technologies can help healthcare professionals mitigate opioid abuse and misuse within their practice.[4,5]

READ ABOUT PROGRAMS AND POLICIES

## Advancements in Abuse Deterrence

Scientifically driven solutions are needed to help combat this serious public health epidemic.

DISCOVER ADVANCEMENTS

## Evolving Abuse Deterrence Technology

New technologies adapt to the changing pain care landscape.

WATCH A VIDEO

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/healthcare-professionals/multidisciplinary-approach-to-managing-chronic-pain |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Multidisciplinary Pain Management |
| Page Description (Limited to 150 characters including spaces) | Every patient has his or her own unique experiences with pain. A multidisciplinary approach is an important part of a patient-centered treatment plan. |
| Page Key Words | Pain, chronic pain, treatment, patient, plan |

Enroll today for your free DVD >
Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 59 of 221. PageID #: 351749

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

PAIN
MATTERS

Home / Healthcare Professionals / Multidisciplinary Chronic Pain Management

Related Content SHARE

HEALTHCARE PROFESSIONALS

Multidisciplinary Chronic Pain Management

Understanding Opioid Abuse

Stakeholder Efforts in Opioid Abuse Deterrence

Opioid Abuse Mitigation Programs & Policies

Advancements in Opioid Abuse Deterrence

Opioid Abuse Deterrence Technology

# A Multidisciplinary Approach to Managing Chronic Pain

While there are a variety of options available to treat chronic pain, it usually cannot be cured, only managed.[6] There isn't one right way to treat pain.[6]

## Approaches to Pain Management[6,7]

PHYSICAL THERAPY

SPINAL MANIPULATION

COGNITIVE BEHAVIOR THERAPY

ACUPUNCTURE

PAIN MEDICATION (RX AND OTC)

## Managing Chronic Pain

The pain experience is individual. Chronic pain is defined by the International Association for the Study of Pain as "a persistent pain that is not amenable, as a rule, to treatments based upon specific remedies or to the routine methods of pain control."[8] It's a serious medical condition that may greatly affect people leaving them unable to work, maintain relationships, or participate in daily tasks.[1]

Chronic pain can affect anyone. The Institute of Medicine estimated that 100 million American adults are impacted by chronic pain, which includes people who reported having "severe pain, moderate pain, joint pain, arthritis, or functional limitation."[1]

## The Role of Opioids in Chronic Pain Management

Prescription pain medications, such as opioids, may be an appropriate treatment option for people whose chronic pain is not adequately managed by other methods.[2] Opioids are an important option for the treatment of certain types of chronic pain.[9]

**Next Steps**

Go to Understanding Opioid Abuse >

Related Content

Tools & Resources
Use these tools and downloads to learn more about responsible opioid use

Understanding Opioid Abuse
Statistics and insights into opioid abuse and misuse

Opioid Abuse Deterrence Technology
Advances in technology address the challenges of opioid abuse

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40493 August 2016

Confidential TEVA_MDL_A_00766001

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/healthcare-professionals/understanding-abuse-misuse |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Understanding Opioid Abuse |
| Page Description (Limited to 150 characters including spaces) | Understanding opioid abuse and the appropriate role of opioids is key to creating strategies that lead to appropriate use of prescription medications. |
| Page Key Words | Pain, chronic pain, opioid abuse, opioids, prescription medication |




Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 61 of 221. PageID #: 351751

Enroll today for your free DVD >

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS

PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Understanding Opioid Abuse

Related Content | SHARE

# Understanding Opioid Abuse & Misuse

More than 12 million people reported using prescription pain medications nonmedically in 2010.[10] That number encompasses both abuse and misuse. The abuse and misuse of prescription pain medications were responsible for more than 475,000 emergency department visits in 2009, a number that nearly doubled in just five years.[10] Further, opioid overdoses in particular are increasingly due to the abuse of prescription painkillers.[3]

## Opioid Abuse

**Abuse is a nonmedical use of a drug, repeatedly, or even sporadically, for the positive psychoactive effects it produces.**[11] The most common form of opioid abuse is swallowing a number of intact pills or tablets to achieve a feeling of euphoria.[5] While this is the most widespread form of abuse, opioid analgesics can be abused in a number of ways[5]:

- Swallowed whole
- Crushed and swallowed
- Crushed and snorted
- Crushed and smoked
- Crushed, dissolved, and injected

3.27%

Percent of patients being treated with chronic opioid therapy with high likelihood of abuse/addiction[26]

Alcohol-induced dose dumping, or the associated intake of alcoholic beverages together with oral controlled-release opioid formulations, is another form of abuse that may result in an uncontrolled and immediate drug release.[12]

## Opioid Misuse

**Misuse is using the prescription drug for a reason other than for which it was prescribed.**[11] The key differentiator being the drug is not being used for an intentional high, so it is labeled misuse rather than abuse. Misuse can also take many forms, for example[11]:

- Using a drug for a different condition than that for which the drug is prescribed
- Taking more drug than prescribed or at different dosing intervals
- Using a drug not prescribed for them for other therapeutic purposes

**Next Steps**

Go to Stakeholder Efforts in Opioid Abuse Deterrence >

Related Content
Understanding Chronic Pain
Watch the Pain Matters documentary to learn about the impact of chronic pain
Community Insights
Pain Perspectives—hear from members of the pain community
Opioid Abuse Deterrence Technology
Advances in technology address the challenges of opioid abuse

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766003

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/healthcare-professionals/multifaceted-approach-to-abuse-deterrence |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Stakeholder Efforts in Abuse Deterrence |
| Page Description (Limited to 150 characters including spaces) | Pain Matters provides information about abuse deterrence technology and the industry initiatives dedicated to eliminating opioid abuse and misuse. |
| Page Key Words | Pain, chronic pain, abuse deterrence technology, opioid abuse, misuse |

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 63 of 221. PageID #: 351753

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Stakeholder Efforts in Opioid Abuse Deterrence

HEALTHCARE PROFESSIONALS

Multifaceted Approach to Pain Management

Understanding Opioid Abuse

Opioid Abuse Mitigation Programs & Policies

Advancements in Opioid Abuse Deterrence

Opioid Abuse Deterrence Technology

# A Multifaceted Approach to Opioid Abuse Deterrence

## Key Stakeholders Are Making Strides to Mitigate Risk

As part of the pain care community, we understand that we all have an active role to play to help advance responsible pain management and abuse deterrence.[1] In a statement on prescription opioid abuse, the FDA underscored the need to work together to invest in strategies and responsible approaches that deter or mitigate abuse while preserving access to pain medications for the patients that need them most.[1,2]

### Healthcare Professional Training and Education

The FDA has identified three key ways prescribers can help curtail the US opioid epidemic[1,3]:

- Ensuring that they have adequate training in opioid therapy
- Knowing the content of the most current opioid drug labels
- Educating patients about the appropriate use of opioids, their potential risks, and proper disposal techniques

### Understanding Appropriate Use of Medications

It is important for people who are prescribed pain medications to understand how to appropriately use, store, and dispose of their prescription opioids.[3,4] Since many people who abuse or misuse prescription opioids are not the person the medication was prescribed to, understanding and following appropriate use, storage, and disposal instructions could help reduce the risk of abuse and diversion. The American Academy of Family Physicians has provided guidance and helpful tools on the appropriate use, storage, and disposal of opioid medications.[3,4]

Resources are available to help educate around the appropriate use, storage, and disposal of prescription opioid medications.

### Policies and Programs Provide Guidance

There are many government policies and programs in place to help address the opioid abuse public health issue. Laws and policies of today must simultaneously prevent abuse, addiction, and diversion while allowing and supporting the legal use of prescription drugs by those who need them.[4]

### Advocacy Organizations Offer Ongoing Support

Public education programs engage local healthcare professionals and antidrug coalitions to promote and distribute public education materials supporting the appropriate use and storage of prescription pain medications and understanding of the associated risks of abuse and misuse.[4]

### Pharmaceutical Industry Drives Evolving Technology

The FDA also encourages the ongoing study of abuse-deterrent technologies for prescription opioid medications. Currently, the concept of abuse deterrence is viewed as the introduction of some limits or impediments to abuse, as opposed to the outright elimination of abuse.[5]

At Teva Pharmaceuticals, we take our responsibility to help mitigate the risks of abuse seriously. In 2013, we partnered with five leading industry organizations across the prescription drug supply chain to form the Alliance to Prevent the Abuse of Medicines. We are dedicated to raising awareness of the risks of opioid drug abuse.

**Next Steps**

Go to Opioid Abuse Mitigation Programs & Policies >

Related Content

Glossary | Privacy Policy | Site Map | References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766005

Visible to Users    Invisible to Users

| Page URL | www.painmatters.com/healthcare-professionals/abuse-mitigation-programs-policies |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Abuse Mitigation Programs & Policies |
| Page Description (Limited to 150 characters including spaces) | Pain Matters is committed to providing the resources and guidance needed to mitigate opioid abuse, misuse, and diversion. |
| Page Key Words | Pain, chronic pain, resources, opioid abuse, misuse |



# Opioid Abuse Mitigation Programs & Policies

## The Role of Government in Mitigating Opioid Abuse

[illegible]

Prescription Drug Monitoring Programs (PDMPs) | Controlled Substance Scheduling | Risk Evaluation and Mitigation Strategy (REMS)

## Prescription Drug Monitoring Programs (PDMPs)

[illegible]

- [illegible]
- [illegible]
- [illegible]

## Schedules of Controlled Substances

[illegible]

| SCHEDULE | DESCRIPTION |
| --- | --- |
| [illegible] | [illegible] |

[illegible]

## Risk Evaluation and Mitigation Strategies (REMS)

[illegible]

**Medication Guides or Patient Package Inserts**

- [illegible]

**Communication Plans**

- [illegible]

**Elements to Assure Safe Use**

- [illegible]

**Implementation Systems**

- [illegible]

**Timetables for Reporting REMS Assessments**

- [illegible]

**Next Steps**

[illegible]

Visible to Users | Invisible to Users

| | |
|---|---|
| Page URL | www.painmatters.com/healthcare-professionals/advancements-in-abuse-deterrence |
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Advancements in Abuse Deterrence |
| Page Description (Limited to 150 characters including spaces) | Pain Matters provides information and resources to educate healthcare professionals around strategies and studies that address opioid abuse potential. |
| Page Key Words | Pain, chronic pain, healthcare professionals, opioid abuse, resources |

HEALTHCARE PROFESSIONALS

Multimodal Treatment Approaches to Pain Management

[illegible]

Stakeholder Efforts in Opioid Abuse Deterrence

Opioid Education, Safety Programs & Initiatives

[illegible]

Current Opioid Abuse Deterrence Technology

# Advancements in Opioid Abuse Deterrence

## Evolving Strategies Address Abuse Potential

According to the CDC, opioid abuse is the nation's fastest growing drug problem and it ranks among the top three for prescription drug abuse.[1] Scientifically driven solutions are needed to help combat this serious public health epidemic, including:

- [illegible]
- Abuse-deterrence technology, which is a modality to help reduce opioid abuse
- Continued scientific research and development of abuse-deterrent technologies[2]

In April 2015, the Food and Drug Administration (FDA) issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties.[3] The FDA encourages the development of abuse-deterrence formulations and believes that these products have promise to help reduce, though not necessarily prevent, opioid abuse.[3] The FDA guidance document explains[3]:

- Current thinking about studies designed to demonstrate abuse-deterrent properties of a given formulation
- How studies will be evaluated
- Labeling claims that may be approved based on study results

## Studies Evaluate New Potential Abuse Deterrent Technologies

In order to assess the impact of a potentially abuse-deterrent product, the FDA recommends that premarket and postmarket studies should be performed.[3] Data from each of the four categories are recommended.[3]

| Category 1 | Category 2 | Category 3 | Category 4 |
|---|---|---|---|
| Laboratory-based in vitro manipulation and extraction studies | Pharmacokinetic studies | Clinical abuse potential studies | Postmarket studies |

### Category 1: Laboratory Manipulation and Extraction Studies

The goal of laboratory-based studies should be to evaluate how easily potentially abuse-deterrent properties of a formulation can be defeated or compromised.[3] Such studies would examine how an abuser may alter the formulation to change the rate or amount of drug released.[3] Extractability and solubility studies should be designed to determine whether any of the formulation components might be dissolved and extracted, allowing abusers to bypass the drug's abuse-deterrent properties.[3]

### Category 2: Pharmacokinetic Studies

The goal of the clinical pharmacokinetic studies should be to understand the in vivo properties of the formulation by comparing the pharmacokinetic profiles of the manipulated formulation with the intact formulation and with manipulated and intact formulations of the comparator drugs through one or more routes of administration.[3]

### Category 3: Clinical Abuse Potential Studies

Clinical Abuse Potential studies, also known as human abuse potential studies, human abuse liability studies, or "drug liking" studies, evaluate the abuse liability or abuse potential for prescription drugs.[3] These studies provide information on the relative abuse potential of a drug in the same class.[3] Companies with abuse-deterrent formulations of opioid products are generally expected to conduct these studies to obtain an understanding of the impact of the technology on the product's abuse potential.[3]

**Methodology**

These studies are usually conducted among experienced, recreational drug users who have a recent or current history of using a drug in the pharmaceutical class of the test drug. These studies are typically double-blind, double-dummy, placebo-controlled, and positive-comparator controlled, utilizing a crossover design.[3] For the study to be interpretable, the subjects should be able to reliably report "drug liking" of the test drug and rate the effects of the test drug compared with placebo and with the positive control, such as an immediate-release formulation.[3]

Several instruments have been used to measure the potential for abuse including overall drug liking, abuse, and likelihood of using the drug again.[3] Key instruments include[3]:

- Visual Analogue Scale (VAS)—a 100-point bipolar scale that measures drug liking, overall high, good effects, euphoria, bad effects or adverse events, and the likelihood of repeated use.

Strong disliking | Neither like nor dislike | Strong liking

0 | VAS Score | 100

- [illegible]

### Category 4: Postmarket Studies

The goal of postmarket studies is to determine whether the marketing of a product with abuse-deterrent properties results in meaningful reductions in abuse, misuse, and related adverse clinical outcomes, including addiction, overdose, and death in the post-approval setting.[3] Currently, data on the impact of an abuse-deterrent product on drug abuse in the U.S. population are limited, and thus the optimal data sources, study variables, design features, analytical techniques, and outcomes of interest of postmarket epidemiologic studies are not fully established.[3]

## Labeling for Abuse Deterrent Opioid Formulations

Labeling for an abuse-deterrent product should include a description of the abuse-deterrent properties as well as the specific routes of abuse that the product has been developed to deter to inform healthcare professionals, the patient community, and the public about a product's abuse potential.[3] The FDA also encourages pharmaceutical companies to include the results of premarket studies in Categories 1, 2, and 3, and formal Category 4 postmarket studies.[3]

When premarket data show that a product's abuse-deterrent properties can be expected to result in a meaningful reduction in that product's abuse, these data are included in product labeling.[3] When postmarket data become available, that data may also be added to the product labeling.[3] If the postmarket data do not demonstrate a reduction in abuse, or if the data demonstrate a shift in routes of abuse that represent a greater risk, the FDA may determine that labeling revisions are needed.[3]

For more information see the FDA's Guidance for Industry: Abuse-Deterrent Opioids—Evaluation and Labeling.

**Next Steps**

View Opioid Abuse Deterrence Technology >

Related Content

[illegible]
Opioid Abuse
Opioid use and abuse guidance from state and federal [illegible]

Community Insights
Pain Perspectives—hear from members of the pain community

[illegible]
Find information on treatment options for managing pain

[illegible]

| Visible to Users | Invisible to Users |
|---|---|

| | |
|---|---|
| Page URL | www.painmatters.com/healthcare-professionals/understanding-abuse-deterrence-technology |
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Understanding Abuse Deterrence Technology |
| Page Description (Limited to 150 characters including spaces) | Watch this video to learn more about abuse deterrence technologies. |
| Page Key Words | Pain, chronic pain, abuse deterrence technology, video, education |



# Understanding Abuse Deterrence Technology

Understanding Abuse Deterrence Technology and How It Works in the Changing Chronic Pain Management Landscape
FDA guidance
SHARE VIDEO

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties.[2] Most abuse-deterrence technologies developed to date are designed to make:

- Product manipulation more difficult
- Abuse of the manipulated product less attractive or rewarding

**Click on a deterrence category below to learn more**

PHYSICAL & CHEMICAL BARRIERS
NOVEL APPROACHES

### Physical & Chemical Barriers

Physical and chemical barriers can limit drug release following mechanical manipulation, or change the physical form of a drug, rendering it less amenable to abuse.[5]

- Physical barriers can prevent chewing, crushing, cutting, grating, or grinding
- Chemical barriers resist extraction of the opioid using common liquids like water, alcohol, or other organic solvents

**Next Steps**

Go to Tools & Resources ›

Related Content
Guidelines for Mitigating Opioid Abuse
Opioid use and abuse guidance from state and federal governments
Tools & Resources
Find screening tools and educational resources.
Advancements in Opioid Abuse Deterrence
Strategies to address abuse potential




Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 70 of 221. PageID #: 351760

Enroll today for your free DVD ›

Intended for U.S. Audiences Only

PAIN
MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Understanding Opioid Abuse Deterrence Technology

HEALTHCARE PROFESSIONALS

# Understanding Abuse Deterrence Technology

Understanding Abuse Deterrence Technology and How It Works in the Changing Chronic Pain Management Landscape
FDA guidance
SHARE VIDEO

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties.[4] Most abuse-deterrence technologies developed to date are designed to make:

- Product manipulation more difficult
- Abuse of the manipulated product less attractive or rewarding

**Click on a deterrence category below to learn more**

### Opioid Agonist/Antagonist

An opioid antagonist can be added to an opioid agonist to interfere with, reduce, or defeat the euphoria (or high) associated with abuse. For example, a drug may be formulated such that the antagonist is not clinically active when swallowed but becomes active if the product is crushed and injected or snorted.[4]

**Next Steps**

Go to Tools & Resources ›

Related Content
Guidelines for Mitigating Opioid Abuse
Opioid use and abuse guidance from state and federal governments
Tools & Resources
Find screening tools and educational resources
Advancements in Opioid Abuse Deterrence
Strategies address abuse potential

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us
SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766012





Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 71 of 221. PageID #: 351761

Enroll today for your free DVD ›

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Understanding Opioid Abuse Deterrence Technology

HEALTHCARE PROFESSIONALS

# Understanding Abuse Deterrence Technology

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties.[4] Most abuse-deterrence technologies developed to date are designed to make:

- Product manipulation more difficult
- Abuse of the manipulated product less attractive or rewarding

**Click on a deterrence category below to learn more**

Aversion
Substances can be combined to produce an unpleasant effect if the dosage form is manipulated prior to ingestion or if a higher dosage than directed is used.[5]

**Next Steps**

Go to Tools & Resources ›

Confidential TEVA_MDL_A_00766013





Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 72 of 221. PageID #: 351762

Enroll today for your free DVD ›

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY · HEALTHCARE PROFESSIONALS · PEOPLE AFFECTED BY PAIN · VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Understanding Opioid Abuse Deterrence Technology

HEALTHCARE PROFESSIONALS

# Understanding Abuse Deterrence Technology

Understanding Abuse Deterrence Technology and How It Works in the Changing Chronic Pain Management Landscape
FDA guidance
SHARE VIDEO

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties.[4] Most abuse-deterrence technologies developed to date are designed to make:

- Product manipulation more difficult
- Abuse of the manipulated product less attractive or rewarding

**Click on a deterrence category below to learn more**

### New Molecular Entity or Prodrug

The properties of a new molecular entity (NME) or prodrug could include the need for enzymatic activation, different receptor binding profiles, slower penetration into the central nervous system, or other novel effects that would make the formulation less attractive for specific routes of abuse.[5]

**Next Steps**

Go to Tools & Resources ›

Related Content

Guidelines for Mitigating Opioid Abuse
Opioid use and abuse guidance from state and federal governments

Tools & Resources
Find screening tools and educational resources

Advancements in Opioid Abuse Deterrence
Strategies address abuse potential

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766014





Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 73 of 221. PageID #: 351763

Enroll today for your free DVD ›

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Understanding Opioid Abuse Deterrence Technology

HEALTHCARE PROFESSIONALS

# Understanding Abuse Deterrence Technology

Understanding Abuse Deterrence Technology and How It Works in the Changing Chronic Pain Management Landscape
SHARE VIDEO

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties.[4] Most abuse-deterrence technologies developed to date are designed to make:

**Click on a deterrence category below to learn more**

### Drug Delivery System

Drug delivery systems can also offer resistance to abuse.[5] For example, a sustained-release depot injectable formulation that is administered intramuscularly or subcutaneous implants can be more difficult to manipulate.[5]

**Next Steps**

Go to Tools & Resources ›

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766015





CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Understanding Opioid Abuse Deterrence Technology

HEALTHCARE PROFESSIONALS

# Understanding Abuse Deterrence Technology

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties.[4] Most abuse-deterrence technologies developed to date are designed to make:

- Product manipulation more difficult
- Abuse of the manipulated product less attractive or rewarding

**Click on a deterrence category below to learn more**

Combination

Two or more of the technologies described in this section may be combined to deter abuse.

**Next Steps**

Go to Tools & Resources







Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 75 of 221. PageID #: 351765

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Understanding Opioid Abuse Deterrence Technology

HEALTHCARE PROFESSIONALS

# Understanding Abuse Deterrence Technology

Understanding Abuse Deterrence Technology and How It Works in the Changing Chronic Pain Management Landscape
FDA guidance
SHARE VIDEO

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties.[2] Most abuse-deterrence technologies developed to date are designed to make:

- Product manipulation more difficult
- Abuse of the manipulated product less attractive or rewarding

**Click on a deterrence category below to learn more**

PHYSICAL/CHEMICAL BARRIERS
AGONIST/ANTAGONIST
AVERSION
NEW MOLECULAR ENTITY OR PRODRUG
DRUG DELIVERY SYSTEM
COMBINATION
NOVEL APPROACHES

Novel Approaches

Novel approaches include technologies that are not captured in the previous categories.[2]

**Next Steps**

Go to Tools & Resources >

Related Content
Guidelines for Mitigating Opioid Abuse
Opioid use and abuse guidance from state and federal governments
Tools & Resources
Find screening tools and educational resources
Advancements in Opioid Abuse Deterrence
Strategies address abuse potential

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us
SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766017

Visible to Users

Invisible to Users

| Page URL | www.painmatters.com/people-affected-by-pain/ |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| People Affected By Pain |
| Page Description (Limited to 150 characters including spaces) | Pain Matters provides people with pain information for working with a healthcare team and guidance about safe use, storage, and disposal of opioid medicines. |
| Page Key Words | Pain, chronic pain, resources, pain treatment, opioids |



Enroll today for your free DVD >

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

# People Affected by Pain

## About Chronic Pain

LEARN MORE

## Managing Your Pain

READ ON

## Prescription Opioid Medicines

FIND INFORMATION ABOUT OPIOIDS

## Opioid Use, Storage, & Disposal

FIND GUIDANCE

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us

SIGN UP FOR UPDATES

| | Visible to Users | | Invisible to Users |
|---|---|---|---|

| Page URL | www.painmatters.com/people-affected-by-pain/understanding-pain |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Understanding Chronic Pain |
| Page Description (Limited to 150 characters including spaces) | Understand the differences between acute and chronic pain. |
| Page Key Words | Pain, chronic pain, acute pain, acute, chronic |

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 79 of 221. PageID #: 351769

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY

HEALTHCARE PROFESSIONALS

PEOPLE AFFECTED BY PAIN

VIDEOS & DOWNLOADABLE TOOLS

Home / People Affected by Pain / About Chronic Pain

# Understanding Chronic Pain

## Chronic and Acute Pain

Pain is a serious medical condition that can impact anyone at any time. Pain that lasts only for a short period of time is called acute pain; it's a normal feeling that typically alerts us to a possible injury.[5] Chronic pain is very different. Chronic pain is often defined as any pain that lasts for 12 weeks or longer.[6] According to the Institute of Medicine, chronic pain is estimated to affect approximately 100 million American adults.[5]

Chronic pain may be caused by an initial injury or there may be an ongoing cause, like a medical illness.[6] But for some people, there may also be no clear cause.[6] Other health problems, such as fatigue, sleep disturbance, decreased appetite, and mood changes, often accompany chronic pain.[5] Chronic pain may affect people's ability to participate in daily tasks.[5]

**Next Steps**

Go to Managing Your Chronic Pain >

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766021

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/people-affected-by-pain/finding-right-pain-care-plan-for-you |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Finding the Right Chronic Pain Care Plan for You |
| Page Description (Limited to 150 characters including spaces) | Pain Matters provides guidance about working with a pain treatment team and different types of pain management. |
| Page Key Words | Pain, chronic pain, pain treatment, pain management, guidance |



Enroll today for your free DVD ›

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / People Affected by Pain / Managing Your Chronic Pain

Related Content | SHARE

PEOPLE AFFECTED BY PAIN

Prescription Opioid Medicine

Appropriate Use, Storage & Disposal

# Finding the Right Chronic Pain Care Plan for You

## Working with Your Doctor

How chronic pain is experienced is unique to every person.[6] There is no test to measure how chronic pain feels or exactly where it is located.[5] So, your doctor will rely on you to tell him or her how the pain feels, how often you experience the pain, and where exactly it hurts.[6] Defining pain as sharp or dull, constant, on-and-off, burning, or aching may give the best clues to the cause of the pain.[6] These descriptions are part of what is called the pain history. Your healthcare team will usually start your appointment by discussing your pain so they understand your pain history.[6]

## A Pain Treatment Team

Since chronic pain may occur in a variety of locations in the body and for many different reasons, it is important for you to work with your doctor to identify the causes and symptoms of your pain to find the treatment plan that works for you.[6] The best treatment plans are tailored to each individual person with input from healthcare team members.[6] It may be helpful to work with several healthcare professionals who have different training backgrounds and an understanding of chronic pain.[6] The person in pain and his or her loved ones must also be actively involved in the treatment plan.[5]

## Types of Chronic Pain Management

The overall goal of chronic pain management is to reduce the pain to help people return to daily living.[6] While there are a variety of options available to treat chronic pain, it usually cannot be cured, only managed.[5] A variety of options exist for you and your pain care team to create the treatment plan that is right for you.[7] These options include[6,7]:

- Psychotherapy
- Meditation
- Massage therapy
- Behavior modification
- Acupuncture
- Electrical stimulation
- Nerve blocks
- Surgery
- Medicines (aspirin, acetaminophen, nonsteroidal anti-inflammatory drugs, topical anesthetics, opioid medicines)

**Next Steps**

Go to Prescription Opioid Medicine ›

Related Content

Talking to Your Doctor
Helpful tips on talking to your doctor about your pain and questions to ask

Understanding Chronic Pain
Watch the Pain Matters documentary to learn about the impact of chronic pain

Use, Storage & Disposal
Appropriate use, storage and disposal guidelines for your prescriptions

Glossary | Privacy Policy | Site Map | References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/people-affected-by-pain/prescription-opioid-medicines |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Prescription Opioid Medicines |
| Page Description (Limited to 150 characters including spaces) | Find answers to your questions and information about prescription opioid medicines for people with chronic pain |
| Page Key Words | Pain, chronic pain, opioid, prescription opioid medicines, information |





# Prescription Opioid Medicines

## What You Need to Know

Your doctor may decide to prescribe a prescription pain medicine known as an opioid. These prescription medicines may be an appropriate treatment option for people living with chronic pain that is not adequately managed by other methods. It's important to understand that all prescription opioid medicines have the potential to be abused and misused. If you are prescribed a prescription opioid medicine, it is important to understand the risks and who else may be affected.

### Why does prescription drug abuse matter to me?

The person prescribed the medicine isn't necessarily the only person who is at risk for abuse. More than three out of four people who misuse prescription pain medications do so by using medication prescribed to someone else. Some factors that may contribute to higher risk potential could include living in a household with adolescents or teenagers, living in a home with a high traffic volume of visitors or household staff, having a history of substance abuse or misuse, or living with someone who does.

### What should I know about abuse and misuse?

It's important to know the difference between prescription drug abuse and misuse to understand who may be at risk.

#### Abuse

**Abuse is a nonmedical use of a drug, repeatedly, or even sporadically, for the positive psychoactive effects it produces.** The most common form of opioid abuse is swallowing a number of whole pills or tablets for the feeling or "high" it can cause.[5] While swallowing pills is the most common form of abuse, prescription opioids can also be abused by being crushed or dissolved.

#### Misuse

**Misuse is using the prescription drug for a reason other than for which it was prescribed.** The key difference in abuse and misuse is that the medicine is not being used for an intentional high, so it is labeled misuse rather than abuse. Misuse can take many forms most people may not realize is misuse, for example:

- Using a drug for a different condition than that for which the drug is prescribed
- Taking more drug than prescribed or at different dosing intervals

#### Diversion

**Diversion is a type of misuse that happens when people take prescription opioids that were not prescribed for them.** Unaware of the dangers of sharing medications, people often unknowingly support diversion by sharing their unused pain medications with their family members.

### What can I do to reduce the risk of abuse?

Everyone who is prescribed an opioid medicine can play a role in reducing the risk of these medicines being abused. Understanding how to appropriately use, store, and dispose of prescription opioid medicines can help decrease the chances that they will be abused or misused.

### What else is being done to reduce the risk of abuse of prescription medicines?

Because prescription drug abuse is the nation's fastest growing drug problem, it is important for everyone involved to play a role if we are going to reduce the impact of prescription drug abuse on society. This means that doctors, pharmacists, government policy makers, advocacy organizations, pharmaceutical companies, and people who are prescribed opioid medications must work together.

In order to help reduce the risk of prescription opioid medicines being abused, the pharmaceutical industry is changing the way they make, or manufacture, these medicines. Abuse deterrence technologies may make it more difficult to crush or dissolve opioid medicines and may help reduce how much someone likes the drug when they use it with the intention of getting high.

**Next Steps**

Related Content

Sign Up For Updates

| | Visible to Users | | Invisible to Users |
|---|---|---|---|

| Page URL | www.painmatters.com/people-affected-by-pain/appropriate-use-storage-disposal |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Appropriate Use, Storage & Disposal |
| Page Description (Limited to 150 characters including spaces) | Pain Matters provides information on appropriate use, storage, and disposal of prescription opioid medicines |
| Page Key Words | Pain, chronic pain, opioid, opioid disposal, opioid use |



 Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 85 of 221. PageID #: 351775

Enroll today for your free DVD ›

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY

HEALTHCARE PROFESSIONALS

PEOPLE AFFECTED BY PAIN

VIDEOS & DOWNLOADABLE TOOLS

Home / People Affected by Pain / Appropriate Use, Storage & Disposal

Related Content

SHARE

# Appropriate Prescription Opioid Medication Use, Storage & Disposal

## Using Prescription Opioid Medicines Appropriately

Following guidelines on appropriate use, storage, and disposal of your prescription pain medications is important. Prescription drug abuse is a serious public health issue.[3] Remember, the person who was prescribed a prescription opioid medication isn't always the only one who is at risk for abuse.

### Use[14]

- Take medications only as prescribed
- Be aware of risks
- Understand inappropriate use
- Never give prescription medicines to anyone else

### Storage[14,15]

- Hide or lock up opioid medications to avoid access by family, friends, or houseguests
- Keep prescription medications in their original packaging so it is clear for whom the medications were prescribed and to save the directions for appropriate use

### Disposal[15]

- Opioids may be disposed of through community-sponsored take-back programs
- If there are none available in your area, follow the Office of Drug Control National Policy recommendations for environmentally friendly disposal
- Learn more about appropriate use, storage and disposal of prescription opioid medications. Many communities also host drug take-back days to make proper prescription drug disposal easy

**Next Steps**

Go to Resources & Support ›

Confidential

TEVA_MDL_A_00766027

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/tools-resources/ |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Videos and Downloadable Tools |
| Page Description (Limited to 150 characters including spaces) | Pain Matters provides resources to help both healthcare professionals and people affected by pain navigate the complex pain care landscape. |
| Page Key Words | Pain, chronic pain, resources, pain care, healthcare professionals |

    

Enroll today for your free DVD >

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Videos and Downloadable Tools

# Videos and Downloadable Tools

Pain Matters provides resources to help both healthcare professionals and people affected by pain navigate the complex pain care landscape.

## Healthcare Professionals

Access tools here to help guide your conversations with people affected by pain, download forms for assessing pain levels, learn about advancements in abuse deterrence technology and more.

LEARN MORE

## People Affected by Pain

Find resources to help you learn more about chronic pain and foster productive conversations with your healthcare professional.

DISCOVER TOOLS

## Pharmacy Professionals

Tools and Guidelines for Pharmacy Professionals Dispensing Prescription Medications to Treat Pain.

FIND RESOURCES

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2018 Teva Pharmaceuticals USA, Inc. PAIN-40410 August 2018

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/healthcare-professionals/tools-resources-for-managing-chronic-pain |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Tools & Resources for Healthcare Professionals |
| Page Description (Limited to 150 characters including spaces) | Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients. |
| Page Key Words | Pain, chronic pain, resources, pain management, pain care |



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 89 of 221. PageID #: 351779

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Healthcare Professionals

SHARE

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Pain management experts address complexities of treating pain and the issue of prescription drug abuse.

**Evolving Roles Same Goals Presentation**

Jeffrey A. Gudin, MD

WATCH

Charles E. Argoff, MD

WATCH

Michael J. Brennan, MD

WATCH

**Putting Patients First—Developing Abuse Deterrent Opioids Presentation**

**Abuse Deterrence Technology Clinical Presentation**

Charles E. Argoff, MD
Michael J. Brennan, MD

WATCH

Joseph P. Valenza, MD
Gregory L. Holmquist, MD

WATCH

REGISTER TO DOWNLOAD THESE PRESENTATIONS

*Joseph P. Valenza, MD, Gregory L. Holmquist, MD, Jeffrey A. Gudin, MD, Charles E. Argoff, MD, and Michael J. Brennan, MD, have been compensated for their work on Pain Matters.*

**Next Steps**

Go to People Affected by Pain >

Confidential

TEVA_MDL_A_00766031

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 90 of 221. PageID #: 351780

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Tools & Resources / Evolving Roles Same Goals - Complexities in Pain Management

SHARE

# Evolving Roles Same Goals Video Presentation Complexities in Pain Management

Jeff Gudin, MD

Share Video

**About the Presenter:** Jeffrey A. Gudin, MD

Jeffrey A. Gudin, MD, is Director of Pain Management and Palliative Care at Englewood Hospital and Medical Center in Englewood, NJ, and Clinical Instructor of Anesthesiology at the Icahn School of Medicine at Mount Sinai. Dr. Gudin received his medical degree from Albany Medical College in New York. He completed a residency as chief in anesthesiology at Yale University School of Medicine in New Haven, CT. He continued his training with an extended postdoctoral fellowship in pain medicine at the Yale Center for Pain Management, where he was actively involved in research and teaching.

Jeffrey A. Gudin, MD, serves as a paid consultant for Teva Pharmaceuticals.

REGISTER TO DOWNLOAD THIS PRESENTATION

**Next Chapter**

Play Next Chapter >

**RELATED VIDEOS**

Clinical Presentations

**Addressing Opioid Abuse: A Multifaceted Approach**

**Developing Abuse-Deterrent Opioids**

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766032

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 91 of 221. PageID #: 351781

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Tools & Resources / Evolving Roles Same Goals Addressing Opioid Abuse: A Multifaceted Approach

# Addressing Opioid Abuse: A Multifaceted Approach

Charles E. Argoff, MD

Share Video

RELATED VIDEOS

Clinical Presentations

**Complexities in Pain Management**

**Developing Abuse-Deterrent Opioids**

**About the Presenter:** Charles E. Argoff, MD

Charles E. Argoff, MD, is Professor of Neurology at Albany Medical College and Director of the Comprehensive Pain Center at Albany Medical Center in New York. Dr. Argoff is a member of the American Academy of Neurology, the International Association for the Study of Pain, the American Academy of Pain Medicine, and the American Pain Society, among other professional organizations. He is the President of the American Academy of Pain Medicine Foundation Board.

Charles E. Argoff, MD, serves as a paid consultant for Teva Pharmaceuticals.

REGISTER TO DOWNLOAD THIS PRESENTATION

**Next Chapter**

Play Next Chapter >

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766033

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Tools & Resources / Evolving Roles Same Goals Developing Abuse-Deterrent Opioids

# Evolving Roles Same Goals Developing Abuse-Deterrent Opioids

About the Presenter: Michael J. Brennan, MD

Michael J. Brennan, MD, is Senior Attending Physician at Bridgeport Hospital and Assistant Clinical Attending Physician at St. Vincent's Hospital in Bridgeport, CT. In addition, he has a private practice in physical medicine and rehabilitation that specializes in the diagnosis and management of acute and chronic pain syndromes, electrodiagnosis, and cancer-related disabilities.

Michael J. Brennan, MD, serves as a paid consultant for Teva Pharmaceuticals.

REGISTER TO DOWNLOAD THIS PRESENTATION

RELATED VIDEOS

Complexities in Pain Management

Addressing Opioid Abuse: A Multifaceted Approach

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES




Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 93 of 221. PageID #: 351783

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS

PAIN
MATTERS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

Home / Healthcare Professionals / Tools & Resources / Putting Patients First Video Presentation
SHARE

# Putting Patients First Video Presentation

Charles E. Argoff, MD
PAIN
MATTERS

Share Video

**About the Presenter:** Charles E. Argoff, MD

Charles E. Argoff, MD, is Professor of Neurology at Albany Medical College and Director of the Comprehensive Pain Center at Albany Medical Center in New York. Dr. Argoff is a member of the American Academy of Neurology, the International Association for the Study of Pain, the American Academy of Pain Medicine, and the American Pain Society, among other professional organizations. He is the President of the American Academy of Pain Medicine Foundation Board.

**About the Presenter:** Michael J. Brennan, MD

Michael J. Brennan, MD, is Senior Attending Physician at Bridgeport Hospital and Assistant Clinical Attending Physician at St. Vincent's Hospital in Bridgeport, CT. In addition, he has a private practice in physical medicine and rehabilitation that specializes in the diagnosis and management of acute and chronic pain syndromes, electrodiagnosis, and cancer-related disabilities.

Charles E. Argoff, MD and Michael J. Brennan, MD, serve as paid consultants for Teva Pharmaceuticals.

REGISTER TO DOWNLOAD THIS PRESENTATION

RELATED VIDEOS

Clinical Presentations

**Complexities in Pain Management**

**Developing Abuse-Deterrent Opioids**

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766035



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 94 of 221. PageID #: 351784

Enroll today for your free DVD

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

PAIN
MATTERS

Home / Healthcare Professionals / Tools & Resources / Understanding Abuse-Deterrent Opioid Technology Clinical Presentation

SHARE

# Understanding Abuse-Deterrent Opioid Technology Clinical Presentation

PAIN
MATTERS
Understanding Abuse-Deterrent Opioid Technologies

Share Video

**About the Presenter:** Joseph P. Valenza, MD

Dr. Joseph Valenza received his medical degree from the State University of New York Health Science Center Downstate and completed his residency in physical medicine and rehabilitation at the University of Medicine and Dentistry of New Jersey-New Jersey Medical School. He also earned a Master's of Structural/Biomedical Engineering from The Cooper Union in New York City. Dr. Valenza is board certified in physical medicine and rehabilitation, with additional sub-specialty certification in pain medicine. As a specialist in pain management, he treats individuals with a wide range of pain issues, including complex regional pain syndrome, repetitive motion disorders, and spinal cord injury.

**About the Presenter:** Gregory L. Holmquist, PhD

Dr. Gregory L. Holmquist earned his Doctor of Pharmacy degree from the University of Washington in Seattle and has been a practicing clinical pain management and palliative care pharmacist for over 20 years. In addition to being the Director/Owner of Palliative Care Strategies, Dr. Holmquist currently provides direct patient care and consultative services for the chronic non-cancer pain and hospice teams at Group Health in Seattle.

Joseph P. Valenza, MD and Gregory L. Holmquist, PhD, serve as paid consultants for Teva Pharmaceuticals.

REGISTER TO DOWNLOAD THIS PRESENTATION

**RELATED VIDEOS**

Clinical Presentations

**Addressing Opioid Abuse: A Multifaceted Approach**
Charles E. Argoff, MD
Watch video

**Putting Patients First Video Presentation**
Charles E. Argoff, MD
Michael J. Brennan, MD
Watch video

SIGN UP FOR UPDATES

Confidential

TEVA_MDL_A_00766036

Enroll today for your free DVD >

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Healthcare Professionals

SHARE

TOOLS AND RESOURCES

For Healthcare Professionals

For People Affected by Pain

For Pharmacists

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Clinical Presentations | Videos | Diagnosing Pain | Assessment Tools | Opioid Storage Guidance | Events Calendar | Articles

Short videos exploring responsible opioid use, individual patient stories, and the evolving science of abuse-deterrent technology.

"Don't Think It Matters?" Video Series

This new video sheds light on how people knowingly or unknowingly contribute to prescription drug abuse.

- Pain Matters: Ms. Generous
- Pain Matters: The Collector
- Pain Matters: Girls Night Out

WATCH

SHARE

Pain Matters Documentary Film Clips

Watch short clips from the documentary to see first-hand the impact of chronic pain.

WATCH

SHARE

Introducing Pain Matters

Watch an introductory video about PainMatters.com.

WATCH

SHARE

Abuse Deterrence Technology Video

This video provides an overview of the evolving science of abuse deterrence technology.

WATCH

SHARE

NSAIDs Safely

This video from the American Chronic Pain Association discusses how to use NSAIDs safely and effectively.

WATCH

SHARE

**Next Steps**

Go to People Affected by Pain >

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PMR-40493 August 2016

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 96 of 221. PageID #: 351786

Enroll today for your free DVD >

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Healthcare Professionals

SHARE

**TOOLS AND RESOURCES**

- For Healthcare Professionals
- For People Affected by Pain
- For Pharmacists

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Clinical Presentations | Videos | Diagnosing Pain | Assessment Tools | Opioid Storage Guidance | Events Calendar | Articles

Diagnostic tools to support your pain assessment process.

**Brief Pain Inventory**
Assess the severity of a person's pain to align on a pain management plan.
DOWNLOAD
SHARE

**American Pain Society Assessment**
This tool supports recognizing, diagnosing, and managing chronic pain.
DOWNLOAD
SHARE

**Quality of Life Scale**
A tool to assess the impact of pain on daily life provided by the American Chronic Pain Association.
DOWNLOAD
SHARE

**Pain Scales**
Measure pain numerically through these scales provided by the US Department of Veterans Affairs.
DOWNLOAD
SHARE

**Pain Management Log**
Track daily pain with this log from MD Anderson.
DOWNLOAD
SHARE

**Wong-Baker FACES Pain Rating Scale**
Using faces to describe pain intensity, this tool provides a more visual approach to pain assessment.
VIEW
SHARE

**Pain Log**
Measure and track pain over time with this pain log from the American Chronic Pain Association.
VIEW TOOL
SHARE

**Ability Chart**
Track how pain is affecting daily activities with this chart from the American Chronic Pain Association.
VIEW TOOL
SHARE

**Nerve Pain Map**
Identify nerve pain symptoms with this interactive map from the American Chronic Pain Association.
VIEW TOOL
SHARE

**Back Pain Map**
Identify back pain symptoms with this interactive map from the American Chronic Pain Association.
VIEW TOOL
SHARE

**Head Pain Map**
Identify head pain symptoms with this interactive map from the American Chronic Pain Association.
VIEW TOOL
SHARE

**Follow-Up Sheet**
This form from the American Chronic Pain Association reminds patients of important follow-up activities.
VIEW TOOL
SHARE

**Next Steps**

Go to People Affected by Pain >

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. [illegible] August 2016

Confidential TEVA_MDL_A_00766038



Enroll today for your free DVD >

Intended for U.S. Audiences Only

PAIN
MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Healthcare Professionals

SHARE

TOOLS AND RESOURCES
For Healthcare Professionals
For People Affected by Pain
For Pharmacists

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Clinical Presentations
Videos
Diagnosing Pain
Assessment Tools
Opioid Storage Guidance
Events Calendar
Articles

Resources to support dialogue around responsible pain management and mitigate the risk of opioid abuse.

Exam Room Discussion Guide
This discussion guide is provided by the Substance Abuse and Mental Health Service Administration (SAMHSA).
VIEW
SHARE

Design for Dialogue
Join the pain community as we re-imagine the exam room experience and a more open dialogue. Be the voice that inspires change.
VIEW
SHARE

Opioid Risk Tool
An objective guide to identify patients for whom prescription opioid medications may be appropriate.
DOWNLOAD
SHARE

Treatment Agreement
Prescriber-patient treatment agreements can be customized to your practice and the laws in your state including:

- US Department of Veterans Affairs and the Department of Defense
- American Academy of Family Physicians

CAGE and CAGE AID Questionnaires
This tool can help facilitate exam room conversations about drinking and drug use.
VIEW
SHARE

Addiction Behaviors Checklist
This checklist can help assess behaviors that may indicate an increased risk for abuse or misuse.
VIEW
SHARE

SHARE

Parents 360 Toolkit
Start a conversation about opioid misuse and abuse with this toolkit from Parents 360.
LEARN MORE
SHARE

**Next Steps**

Go to People Affected by Pain >

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40483 August 2016



Enroll today for your free DVD ›

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Healthcare Professionals

TOOLS AND RESOURCES

For Healthcare Professionals

For People Affected by Pain

For Pharmacists

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Resources outlining responsible use, storage and disposal guidelines for opioid medications.

**Drug Disposal Guidelines**

The US Department of Justice and the Drug Enforcement Administration provide guidance on the disposal of opioid medications.

**Use & Storage of Opioids**

Taking opioids responsibly from the US Department of Veterans Affairs and the Department of Defense. Eight Opioid Safety Principles for Patients and Caregivers from the American Academy of Pain Medicine.

**Appropriate Disposal of Opioids**

Find FDA guidance on the proper disposal of prescription opioid medications.

Also available en Español.

**Opioid Safety Practices**

The American Academy of Pain Medicine offers eight safety practices for providers and patients.

VIEW PRACTICES

**Opioid Prescribing Guidelines**

The Centers for Disease Control and Prevention provides guidelines for prescribing opioids for chronic pain.

VIEW GUIDELINES

**Legislation Tracker**

The State Pain Policy Advocacy Network (SPPAN) tracks pain policy at the federal and state level.

VIEW LEGISLATION

**Next Steps**

Go to People Affected by Pain ›

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES



Intended for
U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS

PAIN
MATTERS

PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Healthcare Professionals

TOOLS AND
RESOURCES
For People Affected by Pain
For Pharmacies

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

Explore the resources below

Connect with professional pain care associations and find upcoming medical meetings.

Keep track of professional meetings and events throughout 2016.
VISIT CALENDAR

- The American Academy of Pain Medicine
- The American Academy of Pain Management
- The American Pain Society
- Center for Lawful Access and Abuse Deterrence
- Alliance for Patient Access
- The American Society for Pain Management Nursing

Several national organizations are dedicated to supporting people living with chronic pain and their families.

- American Chronic Pain Association
- US Pain Foundation
- Pain Action Alliance

Next Steps

Go to People Affected by Pain >

SIGN UP FOR UPDATES



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 100 of 221. PageID #: 351790

Enroll today for your free DVD >

Intended for U.S. Audiences Only

PAIN
MATTERS

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Healthcare Professionals

SHARE

TOOLS AND RESOURCES
For Healthcare Professionals
For People Affected by Pain
For Pharmacists

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Clinical Presentations
Videos
Diagnosing Pain
Assessment Tools
Opioid Storage Guidance
Events Calendar
Articles

Find FDA guidance, recent publications, and insights from pain community experts.

Guidance on Abuse Deterrent Opioids
FDA 2015 guidance to guide the evaluation and labeling of opioid drug products with potential abuse deterrent properties.

Pain Medicine News Articles

PainMedicineNews.com articles detail abuse-deterrence technology and the FDA guidance.

- Abuse-Deterrent Opioids: Advances in Technology
- Abuse-Deterrent Opioids: Study Requirements
- Abuse-Deterrent Opioids: Product Labeling

SHARE

Pain Perspectives Blog
Hear insights and perspectives into today's complex pain management landscape from members of the pain community.

VIEW

SHARE

Aches & Gains SiriusXM Radio Show
Hosted by Paul Christo, MD, this weekly radio show on SiriusXM Family Talk 131, provides information on pain management.

VIEW

SHARE

**Next Steps**

Go to People Affected by Pain >

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40490 August 2016

Confidential TEVA_MDL_A_00766042

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/people-affected-by-pain/community-resources-people-affected-chronic-pain |
| --- | --- |
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Community Resources for People Affected by Chronic Pain |
| Page Description (Limited to 150 characters including spaces) | . Find tools and resources to help you get the information you need to reduce the risk of prescription medicine abuse and misuse. |
| Page Key Words | Pain, chronic pain, pain care, resources, prescription medicine abuse |



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 102 of 221. PageID #: 351792

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For People Affected by Pain | Related Content | SHARE

**TOOLS AND RESOURCES**

- For Healthcare Professionals
- For People Affected by Pain
- For Pharmacists

# Community Resources for People Affected by Chronic Pain

Finding a pain care plan that is right for you starts by working with your doctor. Find tools and resources to help you get the information you need to reduce the risk of prescription medicine abuse and misuse.

**Explore the resources below**

Videos
Pain Self Assessment & Discussion Tools
Opioid Use Storage and Disposal
Advocacy Organizations & Community Connection

Short videos explore responsible opioid use and real stories from people affected by chronic pain and their families.

"Don't Think It Matters?"

DON'T THI MATTERS?

This new video sheds light on how people knowingly or unknowingly contribute to prescription drug abuse.

- Pain Matters: Ms. Generous
- Pain Matters: The Collector
- Pain Matters: Girls Night Out

WATCH

SHARE

Pain Matters Documentary Film Clips

Watch short clips from the documentary to see first-hand the impact of chronic pain.

WATCH

SHARE

Introducing Pain Matters

PainMatters.com

Watch an introductory video about PainMatters.com.

WATCH

SHARE

NSAIDs Safety

This video from the American Chronic Pain Association discusses how to use NSAIDs safely and effectively.

WATCH

SHARE

Pathways through Pain: Priorities and Goals

This video from the American Chronic Pain Association will empower you to take control of managing your pain.

WATCH

SHARE

**Next Steps**

Go to Pharmacists Resources Page >

Related Content

**Understanding Chronic Pain**
Watch the *Pain Matters* documentary to learn about the impact of chronic pain

**Tools & Resources**
Use these tools and downloads to learn more about responsible opioid use

**Appropriate Use, Storage & Disposal**
Appropriate use, storage and disposal guidelines for your prescriptions

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PMR-40492 August 2016

Confidential TEVA_MDL_A_00766044

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For People Affected by Pain

TOOLS AND RESOURCES

For Healthcare Professionals

For People Affected by Pain

For Pharmacists

# Community Resources for People Affected by Chronic Pain

Finding a pain care plan that is right for you starts by working with your doctor. Find tools and resources to help you get the information you need to reduce the risk of prescription medicine abuse and misuse.

**Explore the resources below**

Videos | Pain Self Assessment & Discussion Tools | Opioid Use Storage and Disposal | Advocacy, Organizations & Community Connection

Download tools to help prepare for your next appointment and discuss your pain symptoms with your doctor.

**Questions to Ask Your Doctor**
Prepare for an exam room discussion about your pain experience using this guide.
DOWNLOAD

**Design for Dialogue**
Join the pain community as we reimagine the exam room experience and a more open dialogue. Be the voice that inspires change.
VIEW

**Quality of Life Scale**
A tool to assess the impact of pain on daily life provided by the American Chronic Pain Association.
DOWNLOAD

**Pain Scales**
Measure pain numerically through these scales provided by the US Department of Veterans Affairs.
VIEW

**Pain Management Log**
Track daily pain with this log from MD Anderson.
VIEW

**Wong-Baker FACES Pain Rating Scale**
Using faces to describe pain intensity, this tool provides a more visual approach to pain assessment.
DOWNLOAD

**Before Your Visit**
Prepare for your health care visit with this guide from the American Chronic Pain Association.
LEARN MORE

**Pain Log**
Measure and track pain over time with this pain log from the American Chronic Pain Association.
VIEW TOOL

**Ability Chart**
Track how pain is affecting daily activities with this chart from the American Chronic Pain Association.
VIEW TOOL

**Nerve Pain Map**
Identify nerve pain symptoms with this interactive map from the American Chronic Pain Association.
VIEW TOOL

**Back Pain Map**
Identify back pain symptoms with this interactive map from the American Chronic Pain Association.
VIEW TOOL

**Head Pain Map**
Identify head pain symptoms with this interactive map from the American Chronic Pain Association.
VIEW TOOL

**Next Steps**

Go to Pharmacists Resources Page >

Related Content

**Understanding Chronic Pain**
Watch the *Pain Matters* documentary to learn about the impact of chronic pain

**Tools & Resources**
Use these tools and downloads to learn more about responsible opioid use

**Appropriate Use, Storage & Disposal**
Appropriate use, storage and disposal guidelines for your prescriptions

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Enroll today for your free DVD >

Intended for U.S. Audiences Only

PAIN MATTERS

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For People Affected by Pain | Related Content | SHARE

**TOOLS AND RESOURCES**

For Healthcare Professionals

For People Affected by Pain

For Pharmacists

# Community Resources for People Affected by Chronic Pain

Finding a pain care plan that is right for you starts by working with your doctor. Find tools and resources to help you get the information you need to reduce the risk of prescription medicine abuse and misuse.

**Explore the resources below**

Videos | Pain Self Assessment & Discussion Tools | Opioid Use Storage and Disposal | Advocacy Organizations & Community Connection

Helpful guidelines for responsible use, storage and disposal of prescription pain medicines.

## Drug Disposal Guidelines

The US Department of Justice and the Drug Enforcement Administration provide guidance on the disposal of opioid medications.

SHARE

## Use & Storage of Opioids

Taking opioids responsibly from the US Department of Veterans Affairs and the Department of Defense. Eight Opioid Safety Principles for Patients and Caregivers from the American Academy of Pain Medicine.

SHARE

## Appropriate Disposal of Opioids

Find FDA guidance on the proper disposal of prescription opioid medications.

Also available en Español.

SHARE

## Care Card

This guide from the American Chronic Pain Association will help you safely fill, use and dispose of prescription drugs

VIEW TOOL

SHARE

**Next Steps**

Go to Pharmacists Resources Page >

Related Content

Understanding Chronic Pain
Watch the *Pain Matters* documentary to learn about the impact of chronic pain

Tools & Resources
Use these tools and downloads to learn more about responsible opioid use

Appropriate Use, Storage & Disposal
Appropriate use, storage and disposal guidelines for your prescriptions

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40451 August 2016

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 105 of 221. PageID #: 351795

Enroll today for your free DVD >

Intended for U.S. Audiences Only

PAIN MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For People Affected by Pain

Related Content SHARE

TOOLS AND RESOURCES

For Healthcare Professionals

For People Affected by Pain

For Pharmacists

# Community Resources for People Affected by Chronic Pain

Finding a pain care plan that is right for you starts by working with your doctor. Find tools and resources to help you get the information you need to reduce the risk of prescription medicine abuse and misuse.

**Explore the resources below**

Videos | Pain Self Assessment & Discussion Tools | Opioid Use Storage and Disposal | Advocacy Organizations & Community Connection

Find support groups and community resources for people affected by pain.

### Support & Advocacy Organizations

Several national organizations are dedicated to supporting people living with chronic pain and their families.

- American Chronic Pain Association
- US Pain Foundation
- Pain Action Alliance

SHARE

### Pain Centers of Excellence

The American Pain Society's annual award honors programs or services that exemplify outstanding clinical care.

VIEW

SHARE

### Pain Perspectives Blog

Hear insights and perspectives into today's complex pain management landscape from members of the pain community.

VIEW

SHARE

### Aches & Gains SiriusXM Radio Show

Hosted by Paul Christo, MD., this weekly radio show on SiriusXM Family Talk 131, provides information on pain management.

VIEW

SHARE

### Legislation Tracker

The U.S. Pain Foundation tracks pain policy at the state level.

VIEW LEGISLATION

SHARE

**Next Steps**

Go to Pharmacists Resources Page >

Related Content

Understanding Chronic Pain
Watch the *Pain Matters* documentary to learn about the impact of chronic pain

Tools & Resources
Use these tools and downloads to learn more about responsible opioid use

Appropriate Use, Storage & Disposal
Appropriate use, storage and disposal guidelines for your prescriptions

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. [illegible] August 2016

Confidential TEVA_MDL_A_00766047

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/tools-resources/for-pharmacists |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Tools and Guidelines for Pharmacists Filling Prescriptions for Chronic Pain |
| Page Description (Limited to 150 characters including spaces) | Filling prescriptions allows you to play a vital role in both effective pain management and the prevention of opioid abuse and misuse. Find tools here to help understand the appropriate use of opioids and advocate for their proper use and disposal. |
| Page Key Words | Pain, chronic pain, pain management, opioid abuse, opioid |



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 107 of 221. PageID #: 351797

Enroll today for your free DVD
Intended for U.S. Audiences Only
Search
CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS
PAIN MATTERS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Pharmacists

SHARE

TOOLS AND RESOURCES
For Healthcare Professionals
For People Affected by Pain
For Pharmacists

# Tools and Guidelines for Pharmacists Filling Prescriptions for Chronic Pain

Filling prescriptions allows you to play a vital role in both effective pain management and the prevention of opioid abuse and misuse. Find tools here to help understand the appropriate use of opioids and advocate for their proper use and disposal.

**Explore the resources below**

Videos
Opioid Disposal
The Pharmacist's Role
Event Calendar

Short videos explore responsible opioid use and real stories from people and their families who are affected by chronic pain.

"Don't Think It Matters?" Video Series
DON'T THI MATTERS?
This new video sheds light on how people knowingly or unknowingly contribute to prescription drug diversion, abuse, and misuse.
Pain Matters: Ms. Generous
Pain Matters: The Collector
Pain Matters: Girls Night Out
WATCH VIDEO
SHARE
Pain Matters Documentary Film Clips
Watch short clips from the documentary to understand first-hand what it is like to live with chronic pain.
WATCH NOW
SHARE
Introducing Pain Matters
PainMatters.com
Watch an introductory video about PainMatters.com
WATCH VIDEO
SHARE

**Next Steps**

Sign Up for Updates >

SIGN UP FOR UPDATES
Privacy Policy
Site Map
Terms & Conditions
Contact Us

Confidential TEVA_MDL_A_00766049

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 108 of 221. PageID #: 351798

Enroll today for your free DVD >

Intended for U.S. Audiences Only

PAIN
MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Pharmacists

SHARE

TOOLS AND RESOURCES
For Healthcare Professionals
For People Affected by Pain
For Pharmacists

# Tools and Guidelines for Pharmacists Filling Prescriptions for Chronic Pain

Filling prescriptions allows you to play a vital role in both effective pain management and the prevention of opioid abuse and misuse. Find tools here to help understand the appropriate use of opioids and advocate for their proper use and disposal.

**Explore the resources below**

Videos
Opioid Disposal
The Pharmacist's Role
Event Calendar

Resources offering tips on the safe storage and disposal of opioid medications.

Drug Disposal Guidelines
The US Department of Justice and the Drug Enforcement Administration have provided a wealth of guidance and information for healthcare professionals and patients on the disposal of opioid medications.
VIEW GUIDELINES
SHARE

### Appropriate Use and Storage of Opioid Medications

Prescription medications must be appropriately stored. They should be in a locked container that does not allow others to gain access to them.[11]

- Taking opioids responsibly from the US Department of Veterans Affairs and the Department of Defense
- Eight Opioid Safety Principles for Patients and Caregivers from the American Academy of Pain Medicine

SHARE

Appropriate Disposal of Opioids
The FDA has provided a variety of downloadable resources on the proper disposal of prescription opioid medications.
Resources are also available en Español.
SHARE

Disposal at Home
The FDA has provided a list of medications that can safely be disposed of at home, including some opioids.
VIEW LIST
SHARE

**Next Steps**

Sign Up for Updates >

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766050

Enroll today for your free DVD >

Intended for U.S. Audiences Only

PAIN
MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Pharmacists

TOOLS AND RESOURCES
For Healthcare Professionals
For People Affected by Pain

# Tools and Guidelines for Pharmacists Filling Prescriptions for Chronic Pain

Filling prescriptions allows you to play a vital role in both effective pain management and the prevention of opioid abuse and misuse. Find tools here to help understand the appropriate use of opioids and advocate for their proper use and disposal.

**Explore the resources below**

The Pharmacist's Role

Resources to help determine the safety and appropriateness of opioid prescriptions for chronic pain in order to prevent abuse and misuse.

This tool from Practical Pain Management calculates appropriate opioid doses different patients.

This free app from the New York City Department of Mental Health and Hygiene calculates a patient's risk of overdose based on their opioid prescription.

**Next Steps**

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 110 of 221. PageID #: 351800

Enroll today for your free DVD >

Intended for U.S. Audiences Only

PAIN
MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Tools and Resources / For Pharmacists

TOOLS AND RESOURCES

For Healthcare Professionals

For People Affected by Pain

For Pharmacists

# Tools and Guidelines for Pharmacists Filling Prescriptions for Chronic Pain

Filling prescriptions allows you to play a vital role in both effective pain management and the prevention of opioid abuse and misuse. Find tools here to help understand the appropriate use of opioids and advocate for their proper use and disposal.

**Explore the resources below**

Event Calendar

Connect with professional pain management organizations and find upcoming medical and pharmaceutical meetings.

Professional Events Calendar

Keep track of professional meetings and events throughout 2017

VISIT CALENDAR

Professional Pain Care Organizations

There are many organizations dedicated to providing ongoing education, programs, and resources for healthcare professionals and people living with chronic pain.

- The American Academy of Pain Medicine
- The American Academy of Pain Management
- The American Pain Society
- Center for Lawful Access and Abuse Deterrence
- Alliance for Patient Access
- The American Society for Pain Management Nursing

**Next Steps**

Sign Up for Updates >

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766052





Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 111 of 221. PageID #: 351801

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS

PAIN MATTERS

PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Register for News & Updates

SHARE

# Register for News & Updates

By registering to be a part of the Pain Matters community, you'll be receiving news, information updates, and the latest resources right in your inbox. Sign up today!

* Denotes a required field

First Name*

First Name

Last Name*

Last Name

Email*

Email

Confirm Email*

Email

Are you a person living with chronic pain, family member, healthcare professional, or other?*

Person living with chronic pain

☐ I am a Healthcare Professional

☐ Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

☐ I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40433 August 2016

Confidential TEVA_MDL_A_00766053



Enroll today for your free DVD >
Intended for U.S. Audiences Only
Search
CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS
PAIN MATTERS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

Home / Register for News & Updates

SHARE

# Register for News & Updates

By registering to be a part of the Pain Matters community, you'll be receiving news, information updates, and the latest resources right in your inbox. Sign up today!

* Denotes a required field

First Name*

First Name

Last Name*

Last Name

Email*

Email

Confirm Email*

Email

Are you a person living with chronic pain, family member, healthcare professional, or other?*

✓ Person living with chronic pain
Family member
Physician
Other healthcare professional
Other

Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES



Home / Register for News & Updates SHARE

# Register for News & Updates

By registering to be a part of the Pain Matters community, you'll be receiving news, information updates, and the latest resources right in your inbox. Sign up today!

* Denotes a required field

First Name*
[First Name]

Last Name*
[Last Name]

Email*
[Email]

Confirm Email*
[Email]

Are you a person living with chronic pain, family member, healthcare professional, or other?*
[Physician]

☑ I am a Healthcare Professional

☑ Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

The value of the DVD is less than $10. In accordance with applicable laws, Teva may be required to publicly report this amount along with your name. Please confirm you still wish to receive a copy of the DVD.

Street Address*
[Street Address]
[Street Address]

City*
[City]

State*
[Select one]

ZIP*
[ZIP]

**Privacy Statement**
Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

☐ I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. [illegible] August 2016

Enroll today for your free DVD >

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Register for News & Updates | SHARE

# Register for News & Updates

By registering to be a part of the Pain Matters community, you'll be receiving news, information updates, and the latest resources right in your inbox. Sign up today!

* Denotes a required field

First Name*

[First Name]

Last Name*

[Last Name]

Email*

[Email]

Confirm Email*

[Email]

Are you a person living with chronic pain, family member, healthcare professional, or other?*

[Physician]

☑ I am a Healthcare Professional

☑ Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

The value of the DVD is less than $10. In accordance with applicable laws, Teva may be required to publicly report this amount along with your name. Please confirm you still wish to receive a copy of the DVD.

Street Address*

[Street Address]

[Street Address]

City*

[City]

State*

[Select one]

Priv...

Your ... he information you provide will be handled in acco...

Plea... carefully and check the box.

I und... rovide may be used by Teva and its business partn... it may be used to provide me with information abou... cational materials that may be of interest to me, and to de... and programs.

☐ ... age or older and I consent to the terms of the ... hat I may also withdraw my consent from

...y Policy | Site Map | & ...tions | Contact Us

SIGN UP FOR UPDATES





Enroll today for your free DVD >

TEVA
CNS

Intended for U.S. Audiences Only

Search

PAIN MATTERS

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Register for News & Updates

SHARE

# Thank You for Registering for Updates from Pain Matters

You're now signed up to receive helpful information from time to time that will be delivered right to your inbox. Teva Pharmaceuticals is dedicated to providing ongoing support, information, and resources for healthcare professionals, and patients living with pain.

Thank you for using our website.

Return to www.painmatters.com

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES
f
You Tube
Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40493 August 2016



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 116 of 221. PageID #: 351806

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY

HEALTHCARE PROFESSIONALS

PEOPLE AFFECTED BY PAIN

VIDEOS & DOWNLOADABLE TOOLS

Search

Home / Order Your Copy of the *Pain Matters* Documentary

SHARE

# Order Your Copy of the *Pain Matters* Documentary

Thank you for your interest in receiving a DVD copy of the *Pain Matters* documentary. Please provide your contact information to receive your copy by mail.

* Denotes a required field

First Name*

First Name

Last Name*

Last Name

Email*

Email

Confirm Email*

Email

Are you a person living with chronic pain, family member, healthcare professional, or other?*

Person living with chronic pain

☐ I am a Healthcare Professional

☐ Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

☐ I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. [illegible] August 2016

Confidential TEVA_MDL_A_00766058



Enroll today for your free DVD >
TEVA
CNS
Intended for U.S. Audiences Only
Search
CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS
PAIN MATTERS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS
Home / Order Your Copy of the *Pain Matters* Documentary
SHARE

# Your copy of the *Pain Matters* documentary is on the way.

You should expect to receive your copy of the *Pain Matters* documentary in the mail. You will also receive helpful information from time to time that will be delivered right in your inbox as new resources become available online.

Teva Pharmaceuticals is dedicated to providing ongoing support, information, and resources for healthcare professionals and people living with the burden of pain.

Thank you for using our website.

Return to www.painmatters.com

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us
SIGN UP FOR UPDATES
Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40493 August 2016



 Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 118 of 221. PageID #: 351808

Enroll today for your free DVD >

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS

PAIN
MATTERS

PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

Home / Download Clinical Presentations

SHARE

# Download Your Copy of the Clinical Presentation On the Evolving Science of Abuse Deterrence Technology

Thank you for your interest in downloading this clinical presentation. Please provide your contact information to begin your download.

* Denotes a required field

First Name*

First Name

Last Name*

Last Name

Email*

Email

Confirm Email*

Email

Are you a person living with chronic pain, family member, healthcare professional, or other?*

Person living with chronic pain

☐ I am a Healthcare Professional

☐ Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

☐ I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only

Confidential TEVA_MDL_A_00766060



Home / Download Clinical Presentation Thank You

SHARE

# Thank You for Downloading Your Copy of a Clinical Presentation on the Evolving Science of Abuse Deterrence Technology

You will also receive helpful information from time to time that will be delivered right to your inbox as new resources become available online.

Teva Pharmaceuticals is dedicated to providing ongoing support, information, and resources for healthcare professionals and patients living with the burden of chronic pain.

Thank you for using our website.

Return to www.painmatters.com





Enroll today for your free DVD >

Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Share Your Insights

SHARE

# Share Your Thoughts With Us!

As a member of the pain community, we understand that you are an expert on the complexities and challenges of living with pain. We are interested in hearing your thoughts and feedback on how we can continue to provide information and resources to support the pain community. Please provide your contact information and share your thoughts below.

* Denotes a required field

First Name*

First Name

Last Name*

Last Name

Email*

Email

Confirm Email*

Email

Are you a person living with chronic pain, family member, healthcare professional, or other?*

Person living with chronic pain

☐ I am a Healthcare Professional

☐ Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

We're interested in your feedback! What additional resources and information could Pain Matters provide?

☐ Diagnostic resources for clinicians

☐ Multidisciplinary treatment approaches

☐ Self assessment tools for people affected by pain

☐ Abuse mitigation resources

☐ Discussion guides

☐ Information on abuse deterrence technologies

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

☐ I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2018 Teva Pharmaceuticals USA, Inc. PAIN-40493 August 2018

Enroll today for your free DVD >

TEVA CNS Intended for U.S. Audiences Only

Search

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Insights Thank You

SHARE

# Thank You for Sharing Your Insights

You will also receive helpful information from time to time that will be delivered right to your inbox as new resources become available online.

Teva Pharmaceuticals is dedicated to providing ongoing support, information, and resources for healthcare professionals and patients living with the burden of chronic pain.

Thank you for using our website.

Return to www.painmatters.com

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40493 August 2016

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/glossary |
| --- | --- |
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| Glossary |
| Page Description (Limited to 150 characters including spaces) | Pain Matters provides a list of common terms and definitions used in the pain community. |
| Page Key Words | Pain, chronic pain, Pain Matters, pain community, definition |

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 123 of 221. PageID #: 351813

Enroll today for your free DVD >

Intended for U.S. Audiences Only

CONNECT WITH THE COMMUNITY | HEALTHCARE PROFESSIONALS | PAIN MATTERS | PEOPLE AFFECTED BY PAIN | VIDEOS & DOWNLOADABLE TOOLS

Home / Glossary

# Glossary

**AAPManagement:** American Academy of Pain Management

**AAPMed:** American Academy of Pain Medicine

**AANP:** American Association of Nurse Practitioners

**AAPA:** American Academy of Physician Assistants

**Abuse Deterrence Technology:** The introduction of limits or barriers in a drug formulation that are designed to make abuse or product manipulation less attractive or more difficult.

**ACPA:** American Chronic Pain Association

**Alcohol-Induced Dose Dumping:** Alcohol-induced dose dumping, or the associated intake of alcoholic beverages together with oral controlled release opioid formulations, may result in an uncontrolled and immediate drug release.

**Appropriate Disposal:** Prescription drugs may be disposed of through community-sponsored take-back programs. If not available, environmentally friendly disposal should be undertaken per Office of Drug Control National Policy recommendations.

**Appropriate Storage:** Keep medicines hidden or locked to avoid access by family or friends. Never share opioids with others.

**Appropriate Use:** Take medications only as prescribed, and make sure you understand the risks. Gain awareness of inappropriate use and take precautions to avoid missteps.

**APS:** American Pain Society

**ASPMN:** American Society for Pain Management Nursing

**Aversion:** It is defined by the Food & Drug Administration as "substances can be combined to produce an unpleasant effect if the dosage form is manipulated prior to ingestion or if a higher dosage than directed is used."

**Chronic Pain:** It is defined by the International Association for the Study of Pain as "a persistent pain that is not amenable, as a rule, to treatments based upon specific remedies or to the routine methods of pain control."

**DEA:** Drug Enforcement Administration

**Diversion:** According to the CDC, drug diversion is when prescription medicines are obtained or used illegally.

**Dose Dumping:** Dose dumping is the rapid release of the entire dose of a drug in a shorter time frame than intended.

**ER Opioids:** Extended release opioids

**Extractability & Solubility Studies:** Extractability and solubility studies assess the ease of opioid extraction from the intact and manipulated product, compared with extraction from comparator product(s) in similar states using commonly available solvents.

**FDA:** Food & Drug Administration

**HCP:** Healthcare Professional

***In Vitro* Study:** Refers to a study which examines and utilizes a whole, living organism in its natural form.

***In Vivo* Study:** Refers to a study which utilizes partial organisms outside of the living body (like in a test tube).

**IR Opioids:** Immediate release Opioids

**Misuse:** Using the prescription drug for a reason other than for which it was prescribed

**ONS:** Oncology Nursing Society

**Opioid Antagonist:** An opioid antagonist can be added to interfere with, reduce, or defeat the euphoria (or high) associated with abuse. For example, a drug may be formulated such that the antagonist is not clinically active when swallowed but becomes active if the product is not used in its original form, such as being crushed, injected, or snorted.

**Opioid Risk Evaluation & Mitigation Strategies:** The FDA requires a Risk Evaluation and Mitigation Strategy (REMS) program. The program is designed to make available training for healthcare professionals who prescribe opioid analgesics on proper prescribing practices. This program provides educational materials to prescribers and patients on the appropriate use of these pain medications.

**PCPC:** Pain Care for Primary Care

**Physical & Chemical Barriers:** Physical and chemical barriers can change the physical form of an oral drug, making it less responsive to abuse. Physical barriers can prevent chewing, crushing, cutting, grating, or grinding; and chemical barriers resist extraction of the opioid using common solvents like water, alcohol, or other organic solvents.

**Prescription Drug Abuse:** Prescription drug abuse is broadly defined as the intentional use of a medication without a prescription; in a way other than as prescribed; or for the experience or feeling it causes.

**Prescription Drug Monitoring Program:** Prescription Drug Monitoring Programs (PDMPs) are in place in several states to detect and reduce the risk of diversion and abuse of prescription drugs at the retail level. These state programs allow for the collection and analysis of prescription data.

**SAMHSA:** Substance Abuse and Mental Health Services Administration

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766065

Visible to Users | Invisible to Users

| Page URL | www.painmatters.com/references |
|---|---|
| Page Title Tag (Limited to 65 Characters) | Pain Matters \| References |
| Page Description (Limited to 150 characters including spaces) | Find articles and guidance documents referenced across PainMatters.com. |
| Page Key Words | Pain, chronic pain, documents, Pain Matters, references |

# References

1. Institute of Medicine Report from the Committee on Advancing Pain Research, Care, and Education. Relieving Pain in America: a Blueprint for Transforming Prevention, Care, Education and Research. Washington, DC: The National Academies Press; 2011. [illegible]. Accessed November 26, 2014.

2. The American Academy of Pain Medicine. Use of Opioids for the Treatment of Chronic Pain, a statement from the American Academy of Pain Medicine. The American Academy of Pain Medicine. [illegible]. Published 2013. Accessed November 16, 2014.

3. The White House. Epidemic: Responding to America's Prescription Drug Abuse Crisis. The White House. [illegible]. Published 2011. Accessed November 15, 2014.

4. The National Alliance for Model State Drug Laws and The National Safety Council. Prescription Drug Abuse, Addiction and Diversion: Overview of State Legislation and Policy Initiatives, Part 3: Prescribing of Controlled Substances for Non-Cancer Pain. [illegible]. Published October 2013. Accessed December 14, 2014.

5. U.S. Food and Drug Administration. Guidance for Industry Abuse-Deterrent Opioids – Evaluation and Labeling. U.S. Food and Drug Administration. [illegible].

6. NIH MedlinePlus. Chronic pain: symptoms, diagnosis, & treatment. NIH Medline Plus. 2011;6(1):5-6. [illegible].

7. Chou R, Huffman LH. Nonpharmacologic therapies for acute and chronic low back pain: a review of the evidence for an American Pain Society/American College of Physicians clinical practice guideline. Ann Intern Med. 2007;147(7):492-504.

8. Task Force on Taxonomy of the International Association for the Study of Pain. Classification of Chronic Pain: Descriptions of Chronic Pain Syndromes and Definitions of Pain Terms. Second Edition. International Association for the Study of Pain. [illegible]. Published 1994. Updated [illegible]. Accessed December 19, 2014.

9. Manchikanti L, Atluri S, Trescot AM, Giordano J. Monitoring opioid adherence in chronic pain patients: tools, techniques, and utility. Pain Physician. 2008;11(2 Suppl):S155-S180. [illegible]. Accessed November 16, 2014.

10. Centers for Disease Control and Prevention. Policy Impact: Prescription Painkiller Overdoses. Centers for Disease Control and Prevention. [illegible]. Published November 2011. Accessed November 16, 2014.

11. Willy, Mary. Risk Evaluation and Mitigation Strategy for Opioid Analgesics. Final Report of the Metrics Working Group. U.S. Food and Drug Administration. [illegible]. Accessed December 16, 2014.

12. Jedinger, N., Khinast, J., Roblegg, E. The design of controlled-release formulations resistant to alcohol-induced dose dumping – a review. Eur J Pharm Biopharm. 2014;87(2):217-226. [illegible]. Accessed November 16, 2014.

13. U.S. Food and Drug Administration. FDA Statement: FDA Commissioner Margaret A. Hamburg Statement on Prescription Opioid Abuse. U.S. Food and Drug Administration. [illegible]. Published April 3, 2014. Accessed November 16, 2014.

14. Amato A P, St. Marie B. Managing Chronic Pain With Opioids: A Call for Change. Nurse Practitioner Health Foundation. [illegible]. Published December 15, 2008. Accessed November 16, 2014.

15. American Academy of Family Physicians. Safe Use, Storage, and Disposal of Opioid Drugs. Available at: [illegible]. Published July 2013. Accessed November 25, 2014.

16. U.S. Food and Drug Administration. A Brief Overview of Risk Evaluation & Mitigation Strategies (REMS). U.S. Food and Drug Administration. [illegible]. Accessed November 15, 2014.

17. Centers for Medicare & Medicaid Services. The Role of A Prescription Drug Monitoring Program in reducing Prescription Drug Diversion, Fraud, and Abuse. Available at: [illegible]. Accessed November 14, 2014.

18. U.S. Department of Health and Human Services. Prescription Drug Monitoring Program Interoperability Standards – A Report to Congress. U.S. Department of Health and Human Services. [illegible]. Published September 2013. Accessed December 14, 2014.

19. U.S. Drug Enforcement Administration. Drug Scheduling. Drug Schedules. U.S. Drug Enforcement Administration. [illegible]. Accessed November 14, 2014.

20. U.S. Department of Justice and U.S. Drug Enforcement Administration. Office of Diversion Control. Program Description. U.S. Department of Justice and U.S. Drug Enforcement Administration. [illegible]. Accessed November 17, 2014.

21. Substance Abuse and Mental Health Services Administration. Results from the 2010 National Survey on Drug Use and Health: volume 1, summary of national findings. Rockville, MD: Substance Abuse and Mental Health Services Administration, Office of Applied Studies; 2011. [illegible]. Published September 2011. Accessed November 14, 2014.

22. Bohnert A., Logan JE, [illegible] et al. Patterns of abuse among unintentional pharmaceutical overdose fatalities. JAMA. 2008;300(22):2613-2620. doi:10.1001/jama.2008.802. [illegible]. Accessed November 18, 2014.

23. National Institute on Drug Abuse. DrugFacts: Prescription and Over-the-Counter Medications. NIH. National Institute on Drug Abuse. [illegible]. Revised November 2014. Accessed November 15, 2014.

24. U.S. Department of Health and Human Services. U.S. Food and Drug Administration, and Center for Drug Evaluation and Research (CDER). Guidance for Industry: Food-Effect Bioavailability and Fed Bioequivalence Studies. U.S. Food and Drug Administration. [illegible]. Published December 2002. Accessed November 16, 2014.

25. National Institute on Drug Abuse. (2011). Topics in Brief: Prescription Drug Abuse. Accessed December 12, 2014.

26. Fishbain DA, Cole B, Lewis J, Rosomoff HL, Rosomoff RS. What percentage of chronic nonmalignant pain patients exposed to chronic opioid analgesic therapy develop abuse/addiction and/or aberrant drug-related behaviors? A structured evidence-based review. Pain Med. 2008;9(4):444-59.

27. Data on file. Venta Research. Survey on Pain Matters, Report of Findings from the Chronic Pain and Abuse Deterrence Technology Surveys of Patients and Healthcare Professionals. 2015.

28. K. Dijkstra, M.E. Pieterse, A. Th. H. Pruyn. Individual differences in reactions towards color in simulated healthcare environments: The role of stimulus screening ability. Journal of Environmental Psychology. 2008; [illegible]. Published September 2008.

29. Morton Walker. The Power of Color. Avery Publishing Group; 1991; [illegible].

30. Jo Stevens and Dr Eleonora [illegible]. Lighting, Well-Being and Performance at Work. City University London & The Centre for Performance at Work. Environment and Behavior. 2010;4-10. [illegible].

31. Sibel S. Dazkir, Marilyn A. Read. Furniture Forms and Their Influence on Our Emotional Responses Toward Interior Environments. Oregon State University. 2011. [illegible].

32. Janet Reid. How to Install Floor Tiles to Make a Room Look Larger. SF Gate Home Guides. 2013. [illegible].

33. Dr. Zackary Berger. Talking to Your Doctor: A Patient's Guide to Communication in the Exam Room and Beyond. Rowman & Littlefield Publishers; 1 edition. 2013.

34. Rabinowitz, I, Tamir, R, Reis, A. Length of patient's monologue, rate of completion, and relation to other components of the clinical encounter. British Medical Journal. 2004;[illegible].

35. Beckman HB, Frankel RM. The effect of physician behavior on the collection of data. Annals of Internal Medicine. 1984;101(5):692-6.

36. Centers for Disease Control and Prevention. Injection Safety: Risks of healthcare-associated infections from Drug Diversion. Centers for Disease Control and Prevention. [illegible]. Published June 2014. Accessed November 19, 2015.

Enroll today for your free DVD >
Intended for U.S. Audiences Only
CONNECT WITH THE COMMUNITY
HEALTHCARE PROFESSIONALS
PAIN MATTERS
PEOPLE AFFECTED BY PAIN
VIDEOS & DOWNLOADABLE TOOLS

# Opt Out

To remove your address from the email list for [illegible], enter your email address and click the "Unsubscribe" button

* Denotes a required field

Email*

Confirm Email*

**Please take me off the list to receive the following materials:**

- ☐ Health-related information
- ☐ Product information
- ☐ Market research surveys
- ☐ All of the above

UNSUBSCRIBE

Glossary
References
Privacy Policy
Terms & Conditions
Site Map
Contact Us

SIGN UP FOR UPDATES





Intended for U.S. Audiences Only

Search

# Sitemap

- Home
- Connect with the Community
  - About Pain Matters
  - Design for Dialogue
  - Pain Perspectives: Community Blog
  - Entry-1 Welcome to Pain Perspectives
  - Entry-2 Pain Matters Clips
  - Entry-3 One Woman's Inspiring Journey with Chronic Pain (June 2015)
  - Entry-5 New Survey Results Address Rx Abuse
  - Entry-6 Vital Conversations: Expert Opinions in Discussing Pain and Prescription Opioid Abuse
  - Entry-7 It's an "Us" Problem: Addressing Prescription Drug Abuse Through Appropriate Use
  - Entry-8 Going from Patient to Person: How I Live Fully With Pain
  - Entry-9 You're Not Alone: Finding Support from Others Living with Pain
  - Entry-10 Advocating for Pain Policy, Responsible Opioid Use
  - Pain Matters Documentary
  - Teva Pharmaceuticals Commitment to Pain Care
  - Pain Care Professionals Events Calendar
- Healthcare Professionals
  - Multidisciplinary Pain Management
  - Understanding Opioid Abuse
  - Stakeholder Efforts in Abuse Deterrence
  - Abuse Mitigation Programs & Policies
  - Advancements in Abuse Deterrence
  - Abuse Deterrence Technology
- People Affected by Pain
  - About Pain
  - Managing Your Pain
  - Prescription Opioid Medicine
  - Appropriate Use, Storage, & Disposal
- Videos & Downloadable Tools
  - Tools & Resources for Healthcare Professionals
  - Community Resources for People Affected by Pain
  - Community Resources for Pharmacists
- Register for Updates
- Registration Sign Up
- Pain Matters DVD Order
- Clinical Presentation Download
- Share Your Insights Form
- Glossary
- References







Healthcare Professionals

[illegible]

LEARN MORE

People Affected by Pain

[illegible]

[illegible]

Pain Perspectives

[illegible]

[illegible]

Register for Resources

[illegible]

[illegible]

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals."*

[illegible]

Follow us





## Healthcare Professionals

[illegible]

[illegible]

## People Affected by Pain

[illegible]

[illegible]

## Pain Perspectives

[illegible]

[illegible]

## Understanding Abuse Deterrence Technology

[illegible]

[illegible]

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals."*

[illegible]

Follow us





## Healthcare Professionals

[illegible]

[illegible]

## People Affected by Pain

[illegible]

[illegible]

## Pain Perspectives

[illegible]

[illegible]

## Design for Dialogue

[illegible]

[illegible]

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals."*

[illegible]

Follow us





## Healthcare Professionals

LEARN MORE

## People Affected By Pain

## Pain Perspectives

READ MORE

## Pain Community Events Calendar

VIEW CALENDAR

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals."*

Follow us









## Healthcare Professionals

LEARN MORE

## People Affected By Pain

## Pain Perspectives

## Teva's Commitment to Pain Management

LEARN MORE

*"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals."*

Follow us







Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 133 of 221. PageID #: 351823

PAIN MATTERS
WATCH DOCUMENTARY & CLIPS

Confidential TEVA_MDL_A_00766075



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 134 of 221. PageID #: 351824

PAIN
MATTERS
Community Engagement
SHARE
Pain Community
You are about to leave the PainMatters.com website and enter a website operated by a third party. Teva Pharmaceuticals is not responsible for and does not control the content contained on any third-party website linked to PainMatters.com.
Continue
Cancel
SEPTEMBER 2016

Confidential TEVA_MDL_A_00766076

Enroll today for your free DVD >

PAIN
MATTERS

Home SHARE

# Search Results

pain

About 60 results (0.23 seconds) Sort by: Relevance

Pain Matters
painmatters.com/

Pain Matters is a comprehensive resource dedicated to providing information and support for the management of chronic **pain** and opioid abuse deterrence.

Pain Matters | Pain Matters Documentary
painmatters.com/about-pain-matters/pain-matters-documentary.aspx

The **Pain** Matters documentary, produced by the Discovery Channel, chronicles the lives of people and families affected by chronic **pain**, and provides insights ...

Pain Matters | About Pain Matters
painmatters.com/about-pain-matters/

Watch a prominent **pain**-care physician highlight the key features of PainMatters.com—a comprehensive resource dedicated to providing information and ...

About Chronic Pain | Pain Matters
painmatters.com/people-affected-by-pain/understanding-pain.aspx

Understand the differences between acute and chronic **pain**.

Community Resources for People
painmatters.com/...pain/community-resources-people-affected-chronic-pain.aspx

Find chronic **pain** management resources to help you get the information you need to reduce the risk of prescription abuse and misuses.

Find the Right Chronic Pain Care Plan for
www.painmatters.com/people-affected-by-pain/

Chronic **pain** is a serious medical condition that affects approximately 100 million American adults. It's important to work with your doctor to determine what **pain** ...

Prescription Opioid Medicines | Pain
painmatters.com/people...pain/prescription-opioid-medicines.aspx

Prescription Opioid medicines may be an appropriate treatment for people living with chronic **pain**, but everyone should understand the risks for abuse and ...

Managing Your Chronic Pain | Pain
painmatters.com/...pain/finding-right-pain-care-plan-for-you.aspx

Creating a chronic **pain** care plan includes understanding your **pain** history and working with your doctor and treatment team to develop the right treatment plan ...

Order Your Pain Matters DVD | Pain
painmatters.com/forms/order-your-copy.aspx

Thank you for your interest in receiving a DVD copy of the Pain Matters documentary. Please provide your contact information to receive your copy by mail.

Design for Dialogue | Pain Matters
painmatters.com/community-engagement/design-for-dialogue.aspx

Design for Dialogue is an initiative intended to allow the **pain** community to rethink the exam room experience and design a space to help address the ...

1 2 3 4 5 6

SIGN UP FOR UPDATES



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 136 of 221. PageID #: 351826

Confidential

TEVA_MDL_A_00766078

PAIN MATTERS

# About Pain Matters

Pain Matters was developed by Teva Pharmaceuticals to offer practical information and resources for healthcare professionals and people affected by chronic pain as they navigate the evolving and complex pain care landscape. [illegible] provides regular insights from people and families affected by pain, healthcare professionals, and community advocates on a variety of pain topics. The [illegible] documentary produced by the Discovery Channel, brings to light the impact of chronic pain on those who live with it and those who treat it. The website includes tailored content for healthcare professionals treating pain and people who are affected by pain.

**Information for Healthcare Professionals in pain care:**

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

**Support for people and families affected by chronic pain:**

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]





Acc[illegible]g to re[illegible] research, both people affected b[illegible] pain and healthcare [illegible]fessio[illegible] treatin[illegible] can feel th[illegible] [illegible]m roo[illegible] conversat[illegible] can b[illegible] [illegible]comfo[illegible][27] Th[illegible] pressure [illegible] up about the impact of pain on everyday life in an unfam[illegible] environment and [illegible] [illegible]ociate[illegible] opio[illegible] medicati[illegible] may [illegible]tribut[illegible] the fee[illegible] of disc[illegible]rt. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[28]

[illegible] sign fo[illegible] [illegible]ogue i[illegible] initiati[illegible] [illegible]nded [illegible] the pain community to reth[illegible] the exam room experience and design a space to help address the [illegible]comfo[illegible] natu[illegible] these [illegible] [illegible]ues. W[illegible] ould t[illegible] al do[illegible] [illegible]ce exa[illegible]m too[illegible] to ma[illegible] [illegible] feel most comfortable?

1. Customize your ideal exam room by sele[illegible]

- W[illegible]lor
- Lighting
- Furniture
- F[illegible]g
- A[illegible] source[illegible]

[illegible] valuable[illegible]

[illegible] Shar[illegible] insig[illegible] to hou[illegible] [illegible]ave a[illegible] open [illegible]rsatio[illegible] around pain and responsible pain management under the "Resources" [illegible]

**Don't forget to Save and Submit your expert perspective!**

Your experience may be showcased to highlight the community's [illegible]erspe[illegible]



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 139 of 221. PageID #: 351829

PAIN MATTERS

Community Engagement

# Be the Voice that Inspires Change

## DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable. The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?

Customize Your Ideal Exam Room
DESIGN FOR DIALOGUE
Wall Color
Choose your preferred wall color out of the following swatches
Classic Light Buff
Choose Your Lighting
Lighting
Furniture
Finishes
Resources

Confidential TEVA_MDL_A_00766081



Community Engagement SHARE

# Be the Voice that Inspires Change

## DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[27] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[28]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctors office exam room look like to make you feel most comfortable?



Enroll today for your free DVD >

PAIN MATTERS

Community Engagement SHARE

# Be the Voice that Inspires Change

## DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[27] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[28]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?



PAIN
MATTERS

Be the Voice that Inspires Change

# DESIGN FOR DIALOGUE

According to recent research, both people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[27] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[28]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex issues. What would the ideal doctor's office exam room look like to make you feel most comfortable?

Customize Your Ideal Exam Room
DESIGN FOR DIALOGUE
Flooring
Flooring has been noted to affect the immediate judgment of space.[32] What flooring do you prefer?
Choose your preferred flooring out of the following swatches:
Big Tile
Small Tile
Carpet
Dark Hardwood
Light Hardwood
Linoleum
Add Dialogue and Submit Your Design

PAIN MATTERS

Be the Voice that Inspires Change

DESIGN FOR DIALOGUE

According to [illegible] research, [illegible] people affected by pain [illegible] conversations can be uncomfortable. [illegible] The pressure [illegible] [illegible] [illegible] to the [illegible]. Research [illegible] [illegible] and behavior.

Design for Dialogue is an [illegible] intended to [illegible] design a space to help address the uncomfortable nature of [illegible] [illegible]



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 144 of 221. PageID #: 351834

PAIN MATTERS

Be the Voice that
Inspires Change
DESIGN FOR
DIALOGUE

According to recent research, both people affected by pain and healthcare professionals [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] changes to the physical healthcare environment can affect people's mood and behavior.[illegible]

Design for Dialogue [illegible] [illegible] the exam room [illegible] [illegible] What would the ideal doctor's office exam room look like to make you feel most comfortable?

Customize Your Ideal
Exam Room
DESIGN FOR
DIALOGUE
What resources would help facilitate communication?
For Healthcare Professionals
For Healthcare Professionals
For People Affected by Pain
For People Affected by Pain

[illegible]

Confidential TEVA_MDL_A_00766086





Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 145 of 221. PageID #: 351835

Enroll today for your free DVD >

PAIN
MATTERS

Community Engagement

# Be the Voice that Inspires Change

## DESIGN FOR DIALOGUE

According to recent research, from people affected by pain and healthcare professionals treating pain feel that exam room conversations can be uncomfortable.[17] The pressure to open up about the impact of pain on everyday life in an unfamiliar environment and discuss the risks of abuse and misuse associated with opioid medications may contribute to the feelings of discomfort. Research shows that simple changes to the physical healthcare environment can affect people's mood and behavior.[18]

Design for Dialogue is an initiative intended to allow the pain community to rethink the exam room experience and design a space to help address the uncomfortable nature of these complex talks. What would the ideal doctor's office exam room look like to make you feel most comfortable?

Customize Your Ideal Exam Room
DESIGN FOR DIALOGUE
Thank you for sharing.
Encourage Others to Join the Conversation
Design Another Room

Confidential TEVA_MDL_A_00766087



# Pain Perspectives Community Blog

**SEPT** 2016

Going from Patient to Person: How I Live Fully With Pain

**SEPT** 2016

You're Not Alone: Finding Support from Others Living with Pain

**SEPT** 2016

Advocating for Pain Policy, Responsible Opioid Use

**APR** 2016

It's an "Us" Problem: Addressing Prescription Drug Abuse Through Appropriate Use

**SEPT** 2015

Addressing Challenging Topics in the Exam Room

**JULY** 2015

2015 Survey Results Address ...

**JULY** 2015

Understanding Clinical Abuse Potential (CAP) Studies

**JUNE** 2015

One Woman's Inspiring Journey with Chronic Pain

**APR** 2015

Pain Matters Documentary Clips

**MAR** 2015

Welcome to Pain Perspectives Community Blog



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 147 of 221. PageID #: 351837

Enroll today for your free DVD >

PAIN MATTERS

Pain Perspectives
Community Insights

# Welcome to Pain Perspectives

Pain Perspectives will feature various points of view from the pain community. Comprised of pain specialists, general practitioners, nurses, social workers, advocacy organizations, people living with pain, and their loved ones, these individuals understand the complexities of treating pain and the daily burden of living with chronic pain.

By Melanie Rosenblatt, MD

As someone who has dedicated my career to what I consider to be both a human and economic crisis in America, I have witnessed first-hand the impact chronic pain can have on the lives of people living with pain and their families. I was privileged to be a part of the *Pain Matters* documentary film, produced by the Discovery Channel. The film provides real stories and inspiration through the lives of people and families affected by pain. I am pleased to be among the industry thought leaders who will provide insights related to the evolving pain care landscape and potential implications for people who live with chronic pain and those who care for them.

Pain Perspectives provides a platform for the pain community to contribute opinions about key moments, including federal and state-level regulatory changes, professional medical conferences, developments in the science of abuse deterrence technology to address the challenges of opioid abuse, and advocacy activities. This rotating series of presentations will be available in multiple formats, such as articles, Q&As, and videos. The many voices of Pain Perspectives will come together to raise awareness and deepen understanding of treating this often misunderstood condition.

Welcome to the first edition of Pain Perspectives.

— Melanie Rosenblatt, MD

Melanie Rosenblatt, MD, serves as a paid consultant for Teva Pharmaceuticals.

RELATED STORIES
April 2016
Short video stories from people affected by chronic pain and their loved ones.
Find support for navigating the complex and evolving pain care landscape.
Discover the impact of chronic pain through the lives of people with pain and their loved ones.
Learn how Teva is supporting responsible pain management.
Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766089





Enroll today for your free DVD >

PAIN MATTERS

Pain Perspectives
Community Insights

# Beyond the Suffering, My Battle for Grace

**One Woman's Inspiring Journey with Chronic Pain**

As a woman who has lived with the devastating effects of chronic pain for nearly 33 years, I feel blessed to share my experiences and encourage others facing a similar struggle. My journey with chronic pain began with a minor ballet injury in my right hamstring when I was 21 years old, but that was only the beginning. My injury had triggered the onset of a chronic pain disease, Complex Regional Pain Syndrome.

Over the next 13 years, I fought to find a diagnosis as doctor, one after another, told me it was all in my head. I was left bedridden for a decade and unable to speak for five years while the pain spread throughout my body and attacked my vocal cords. I felt utterly alone. This lack of belief in me, and the terrible pain I was experiencing, led to feelings of anger, depression, and eventually thoughts of suicide. I felt doubted and dismissed because I was a woman. I never imagined I might someday turn my suffering into something of value.

Through the love and support of my life partner, John, I was able to let go of the negative and began to reinvent myself. Finally, and most importantly, I accepted suffering as an intimate part of me and, indeed, my new normal. I found a voice as a healthcare reform advocate and launched For Grace to help other women with pain. Helping women heal and make positive choices has brought blessings into my life – a physical remission and emotional healing beyond anything I could have imagined. I know how precious each moment is and on a daily basis I experience the great reward of helping people. I wouldn't change my life for anything.

**Watch Her Story**

It is my privilege to be able to share my story as part of the Pain Matters Documentary, produced by the Discovery Channel. Watch the full documentary to hear more about my life and the experiences of others with chronic pain. You can also watch an excerpt of my story.

**About the Author:** Cynthia Toussaint

Cynthia Toussaint is the founder and spokesperson of For Grace, an organization that promotes better care and wellness for women in pain. Toussaint championed and gave key testimony at two California Senate hearings – one was dedicated to CRPS awareness, the second explored the gender bias and chronic under-treatment of women in pain. Her current Step Therapy bill, a six-year effort at this stage, will reform an unethical prescription practice used by the health insurance industry to save money in a way that increases the suffering of California pain patients. She is the author of Battle for Grace: A Memoir of Pain, Redemption and Impossible Love. For more about the author and dealing with chronic pain please visit ForGrace.org

Cynthia Toussaint serves as a paid consultant for Teva Pharmaceuticals.

**RELATED STORIES**

March 2015

Pain Matters of the Heart
Short videos series from people affected by chronic pain and their loved ones.

Related Content

About Pain Matters
Find support for navigating the complex and evolving pain care landscape.

Pain Matters Documentary
Discover the impact of chronic pain through the lives of people with pain and their loved ones.

Teva's Pain Care Commitments
Learn how Teva is supporting responsible pain management.

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 149 of 221. PageID #: 351839

# The Importance of Clinical Abuse Potential (CAP) Studies

What is a Clinical Abuse Potential (CAP) Study?

Confidential TEVA_MDL_A_00766091



Enroll today for your free DVD >

# 2015 Rx Abuse Survey Results

**Physicians and People Affected by Chronic Pain Open Up About Rx Abuse**

Prescription drug abuse is a serious public health problem that is having a significant impact on our society and more directly, on the relationships between people affected by pain and their physicians. 2015 Survey Results shed light on the challenges that exist in this evolving pain care landscape. How do clinicians and people with pain balance the need to talk about the impact of pain on everyday life and the risk of abuse and misuse associated with prescription opioid medications? These survey results reveal that both clinicians and people affected by chronic pain recognize their important role in helping to reduce the risk of abuse, but feel that discussing the topic can be uncomfortable. Clinicians and people with chronic pain agree that information and practical resources that help address this complex problem are greatly needed. Dig deeper into the perspectives of clinicians and people affected by pain through the survey results infographic below.

VIEW SURVEY RESULTS INFOGRAPHIC

PainMatters.com provides information and resources for physicians and people affected by pain to help mitigate the risk of abuse and misuse and support ongoing dialogue. Practical discussion guides and a variety of downloadable resources are available for healthcare professionals in addition to a resource section specifically designed to support people affected by pain.

ACCESS TOOLS & INFORMATION FOR HEALTHCARE PROFESSIONALS

FIND RESOURCES & SUPPORT FOR PEOPLE AFFECTED BY CHRONIC PAIN

**About the Survey**

A survey conducted on behalf of Teva in partnership with the U.S. Pain Foundation and the American Academy of Pain Management explores issues impacting the pain care landscape. The survey included 1,300 prescribing healthcare professionals and 1,044 adults with chronic pain taking medications to manage their pain. The survey was conducted from January 21 to February 10, 2015.

**About the Author:** Bob Twillman, PhD

Bob Twillman, Ph.D., is the Executive Director for the American Academy of Pain Management. In that capacity, Dr. Twillman is responsible for overseeing federal and state pain policy developments and advocating for those supporting an integrative approach to managing pain. He also serves as Chair of the Prescription Monitoring Program Advisory Committee for the Kansas Board of Pharmacy. Dr. Twillman received his Ph.D. in Clinical Psychology at the University of California in Los Angeles, and maintains a volunteer faculty appointment as Clinical Associate Professor of Psychiatry and Behavioral Sciences at the University of Kansas School of Medicine in Kansas City, KS. Prior to taking his current position, Dr. Twillman was a full-time faculty member at the University of Kansas Medical Center, where he founded and directed the inpatient pain management program and was a co-founder of the hospital's Palliative Care Team. He has been actively involved in pain policy through his work with the Alliance of State Pain Initiatives and the American Pain Society for many years.

Teva Pharmaceuticals reviewed and edited this post prior to publication.

**RELATED STORIES**

July 2015

Find support for navigating the complex and evolving pain care landscape.

# Conversations that Matter: Addressing Challenging Topics in the Exam Room

DESIGN FOR DIALOGUE

**Laura Cooley, PhD:** [illegible]

**Richard Payne, MD:** [illegible]

[illegible]

**Laura:** [illegible]

**Dr. Payne:** [illegible]

**Laura:** [illegible]

**Dr. Payne:** [illegible]

**Laura:** [illegible]

**About the Authors:** [illegible]

**About the Authors:** [illegible]

RELATED STORIES

[illegible]

SIGN UP FOR UPDATES

# New Videos Underscore Importance of Appropriate Use, Storage & Disposal

**Watch the public service announcement videos now.**

We each have a role to play, and together, we can make a difference.

**Brought to you by Pain Matters**

**RELATED STORIES**

SIGN UP FOR UPDATES



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 153 of 221. PageID #: 351843

Enroll today for your free DVD ›

PAIN MATTERS

Pain Perspectives
Community Insights

# Living with Pain Perspectives

The *Pain Matters* documentary, produced by the Discovery Channel, chronicles the lives of people affected by chronic pain and their loved ones. Throughout the documentary film, participants shared personal details on how living with chronic pain has affected their ability to take part in activities and events impact on their relationships.

Watch short clips from the documentary to understand first-hand what it is like to live with chronic pain.

**RELATED STORIES**

March 2015

Melanie Rosenblatt, MD, provides an introduction to Pain Perspectives

Related Content

Find support for navigating the complex and evolving pain care landscape

Discover the impact of chronic pain through the lives of people with pain and their loved ones

Learn how Teva is supporting responsible pain management

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766095

Enroll today for your free DVD >

PAIN MATTERS

Community Engagement SHARE

# *Pain Matters* Documentary

Produced by the Discovery Channel

REQUEST YOUR COPY OF THE *PAIN MATTERS* DOCUMENTARY
SHARE VIDEO
Financial support, clinical input and other expertise for Pain Matters were provided by Teva Pharmaceuticals. It was produced by the Discovery Channel in collaboration with seven advocacy organizations, including: American Academy of Pain Management, American Academy of Pain Medicine, American Chronic Pain Association, American Pain Society, American Society for Pain Management Nursing, U.S. Pain Foundation and For Grace.

**Next Steps**

Learn About Teva's Commitment >

Related Content
Guidelines for Mitigating Opioid Abuse
Opioid use and abuse guidance from state and federal governments
Tools & Resources
Find screening tools and educational resources
Opioid Abuse Deterrence Technology
Advances in technology address the challenges of opioid abuse
Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 155 of 221. PageID #: 351845

# Advocating for Pain Policy, Responsible Opioid Use

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

**About the Author:** [illegible]

[illegible]

[illegible]

[illegible]

Confidential

TEVA_MDL_A_00766097

# You're Not Alone: Finding Support from Others Living with Pain

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

About the Author: [illegible]

[illegible]

[illegible]

[illegible]

RELATED STORIES

[illegible]

SIGN UP FOR UPDATES

# Going from Patient to Person: How I Live Fully With Pain

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

About the Author: [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

RELATED STORIES

[illegible]

SIGN UP FOR UPDATES



Enroll today for your free DVD >

PAIN MATTERS

Community Engagement

# Teva Pharmaceuticals and Pain Management

At Teva Pharmaceuticals, we understand that chronic pain affects more than 100 million Americans.[1] It can greatly affect people touching many aspects of their lives including their physical health and ability to participate in daily tasks.[1]

## Our Commitment to Pain Care

Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals treating pain. With a diverse portfolio and pipeline, we are working to help advance treatments in pain management. Prescription opioid medications are an important part of a treatment plan for many people living with chronic pain, but we know that they carry a serious risk of abuse and misuse.[2] Teva is equally committed to addressing the serious problems of chronic pain and prescription drug abuse.

As part of our ongoing commitment to support healthcare professionals and patients dealing with chronic pain, we are developing an innovative abuse deterrence technology platform to address the challenges of opioid abuse and misuse.

To learn more about Teva and our commitment, visit us online at TevaUSA.com

## Community Collaboration

As a company, Teva takes this commitment beyond its products, leading education and abuse-mitigation efforts. We're also working to develop educational resources and partner with a variety of stakeholders in this complex pain care environment. Teva is focused on keeping patient needs at the center of all we do.

VIEW CALENDAR

## The Alliance to Prevent the Abuse of Medicines

In 2013, Teva became one of several leading industry stakeholders, including the American Medical Association, CVS Caremark, Cardinal Health, the Healthcare Distribution Management Association, Prime Therapeutics, Millennium Health, and Kaiser dedicated to developing policy solutions aimed to address prescription drug abuse. This non-profit partnership includes perspectives from all angles of the prescription drug supply chain—from manufacturers to distributors and pharmacies to physicians.

LEARN MORE

**Next Steps**

Related Content
SIGN UP FOR UPDATES





Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 159 of 221. PageID #: 351849

# Pain Community Events Calendar

SIGN UP FOR UPDATES

Confidential

TEVA_MDL_A_00766101



Healthcare Professionals

A Multidisciplinary Approach

Understanding Opioid Abuse

Stakeholder Efforts in Abuse Deterrence

Government Programs & Policies

Advancements in Abuse Deterrence

Evolving Abuse Deterrence Technology





Enroll today for your free DVD >

PAIN MATTERS

# A Multidisciplinary Approach to Managing Chronic Pain

While there are a variety of options available to treat chronic pain, it usually cannot be cured, only managed.[1] There isn't one right way to treat pain.[2]

## Approaches to Pain Management[3]

## Managing Chronic Pain

The pain experience is individual. Chronic pain is defined by the International Association for the Study of Pain as "a persistent pain that is not amenable, as a rule, to treatments based upon specific remedies or to the routine methods of pain control."[4] It's a serious medical condition that may greatly affect people leaving them unable to work, maintain relationships, or participate in daily tasks.[5]

Chronic pain can affect anyone. The Institute of Medicine estimated that 100 million American adults are impacted by chronic pain, which includes people who reported having "severe pain, moderate pain, joint pain, arthritis, or functional limitation."[6]

## The Role of Opioids in Chronic Pain Management

Prescription pain medications, such as opioids, may be an appropriate treatment option for people whose chronic pain is not adequately managed by other methods.[7] Opioids are an important option for the treatment of certain types of chronic pain.[8]

**Next Steps**

Enroll today for your free DVD >

PAIN MATTERS

Healthcare Professionals

# Understanding Opioid Abuse & Misuse

More than 12 million people reported using prescription pain medications nonmedically in 2010.[4] That number encompasses both abuse and misuse. The abuse and misuse of prescription pain medications were responsible for more than 425,000 emergency department visits in 2009, a number that nearly doubled in just five years.[10] Further, opioid overdoses in particular are increasingly due to the abuse of prescription painkillers.[7]

## Opioid Abuse

**Abuse is a nonmedical use of a drug, repeatedly, or even sporadically, for the positive psychoactive effects it produces.**[11] The most common form of opioid abuse is swallowing a number of intact pills or tablets to achieve a feeling of euphoria.[3] While this is the most widespread form of abuse, opioid analgesics can be abused in a number of ways[3]:

- Swallowed whole
- Crushed and swallowed
- Crushed and snorted
- Crushed and smoked
- Crushed, dissolved and injected

[illegible]

Alcohol-induced dose dumping, or the associated intake of alcoholic beverages together with oral controlled-release opioid formulations, is another form of abuse that may result in an uncontrolled and immediate drug release.[12]

## Opioid Misuse

**Misuse is using the prescription drug for a reason other than for which it was prescribed.**[11] The key differentiator being the drug is not being used for an intentional high, so it is labeled misuse rather than abuse. Misuse can also take many forms, for example[11]:

- Using a drug for a different condition than that for which the drug is prescribed
- Taking more drug than prescribed or at different dosing intervals
- Using a drug not prescribed for them for other therapeutic purposes

**Next Steps**

[illegible]

Related Content

Understanding Chronic Pain: Watch the Pain Matters documentary to learn about the impact of chronic pain

Pain Perspectives—hear from members of the pain community

Advances in technology address the challenges of opioid abuse

Glossary Privacy Policy Site Map
References Terms & Conditions Contact Us

SIGN UP FOR UPDATES

# A Multifaceted Approach to Opioid Abuse Deterrence

## Key Stakeholders Are Making Strides to Mitigate Risk

### Healthcare Professional Training and Education

### Understanding Appropriate Use of Medications

### Policies and Programs Provide Guidance

### Advocacy Organizations Offer Ongoing Support

### Pharmaceutical Industry Drives Evolving Technology

**Next Steps**











Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 164 of 221. PageID #: 351854

# Opioid Abuse Mitigation Programs & Policies

## The Role of Government in Mitigating Opioid Abuse

[illegible]

## Prescription Drug Monitoring Programs (PDMPs)

[illegible]

- [illegible]
- [illegible]
- [illegible]

## Schedules of Controlled Substances

[illegible]

SCHEDULE & DESCRIPTION

[illegible]

[illegible]

## Risk Evaluation and Mitigation Strategies (REMS)

[illegible]

**Medication Guides or Patient Package Inserts**

- [illegible]

**Communication Plans**

- [illegible]

**Elements To Assure Safe Use**

- [illegible]

**Implementation Systems**

- [illegible]

[illegible]

- [illegible]

**Next Steps**

[illegible]

SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766106

# Opioid Abuse Mitigation Programs & Policies

[illegible]

[illegible]

[illegible]

- [illegible]
- [illegible]
- [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 166 of 221. PageID #: 351856

# Opioid Abuse Mitigation Programs & Policies

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Confidential TEVA_MDL_A_00766108







Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 167 of 221. PageID #: 351857

Confidential

TEVA_MDL_A_00766109





Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 168 of 221. PageID #: 351858

# Opioid Abuse Mitigation Programs & Policies

Confidential TEVA_MDL_A_00766110

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 169 of 221. PageID #: 351859

# Opioid Abuse Mitigation Programs & Policies

[illegible]

[illegible]

Confidential TEVA_MDL_A_00766111

[illegible]

[illegible]

Enroll today for your free DVD >

PAIN MATTERS

Healthcare Professionals [illegible]

# Understanding Abuse Deterrence Technology

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties.[5] Most abuse-deterrence technologies developed to date are designed to make:

- [illegible]
- [illegible]

**Click on a deterrence category below to learn more**

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

**Next Steps**

[illegible] >

[illegible]

[illegible]
Opioid use and abuse guidance from state and federal governments.

[illegible]
Find screening tools and educational resources.

[illegible]
Strategies address abuse potential

# Understanding Abuse Deterrence Technology

## Understanding Abuse Deterrence Technology and How It Works in the Changing Chronic Pain Management Landscape

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties. Most abuse-deterrence technologies developed to date are designed to make

**Click on a deterrence category below to learn more.**

PHYSICAL & CHEMICAL BARRIERS

Physical & Chemical Barriers

**Next Steps**

Related Content

Guidelines for Mitigating Opioid Abuse
Opioid use and abuse guidance from CDC and federal governments

Tools & Resources
Find screening tools and educational resources

Advancements in Opioid Abuse Deterrence
Strategies address abuse potential



Enroll today for your free DVD [illegible]

PAIN MATTERS

[illegible]

# Understanding Abuse Deterrence Technology

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties. Most abuse-deterrence technologies developed to date are designed to make

- [illegible]
- [illegible]

**Click on a deterrence category below to learn more.**

PHYSICAL & CHEMICAL BARRIERS

OPIOID AGONIST/ANTAGONIST

Opioid Agonist/Antagonist

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

**Next Steps**

[illegible]

# Understanding Abuse Deterrence Technology

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

**Click on a deterrence category below to learn more**

**Next Steps**



[illegible]

PAIN MATTERS

[illegible]

# Understanding Abuse Deterrence Technology

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry in developing new formulations of opioid drug products with potentially abuse-deterrent properties.[1] Most abuse-deterrence technologies developed to date are designed to make:

- [illegible]
- [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

### [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

**Next Steps**

[illegible]

Related Content

Guidelines for Mitigating Opioid Abuse
Opioid use and abuse guidance from state and federal governments

Tools & Resources
Find screening tools and educational resources

Advancements in Abuse Deterrence
Strategies to address abuse potential

[illegible]

PAIN MATTERS

[illegible]

# Understanding Abuse Deterrence Technology

Understanding Abuse Deterrence Technology and How It Works in the Changing Chronic Pain Management Landscape

[illegible]

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA issued a guidance document to assist the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties.[4] Most abuse deterrence technologies developed to date are designed to make:

- [illegible]
- [illegible]

**[illegible]**

PHYSICAL & CHEMICAL BARRIERS

[illegible]

[illegible]

[illegible]

DRUG DELIVERY SYSTEM

## Drug Delivery System

[illegible][4]

[illegible]

NOVEL APPROACHES

**Next Steps**

[illegible]

Related Content

[illegible]

Tools & Resources
Find screening tools and educational resources

Advancements in Opioid Abuse Deterrence
[illegible]

[illegible]

PAIN MATTERS

# Understanding Abuse Deterrence Technology

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

In April 2015, the FDA [illegible] the pharmaceutical industry to [illegible] opioid [illegible] abuse-deterrent properties. Most abuse-deterrence technologies [illegible] to:

- [illegible] manipulation more difficult
- Abuse of the manipulated [illegible] attractive or rewarding

[illegible]

Combination

[illegible]

Next Steps

[illegible]

[illegible] opioid abuse

Opioid use and abuse guidance from state and federal governments

[illegible]

Find screening tools and educational resources

[illegible]

Strategies to address abuse potential

# Understanding Abuse Deterrence Technology

## Abuse Deterrence Technology Formulations Target Known Routes of Abuse

[illegible] the pharmaceutical industry to develop new formulations of opioid drug products with potentially abuse-deterrent properties. [illegible] abuse-deterrence technologies [illegible] are designed to make:

- [illegible]
- [illegible]

[illegible]

[illegible]

## Novel Approaches

[illegible]

**Next Steps**

[illegible]

Related Content

[illegible] Opioid use and abuse guidance from state and federal governments

[illegible]

[illegible] Strategies address abuse potential



People Affected by Pain

[illegible]

About Chronic Pain

[illegible]

Managing Your Pain

[illegible]

Prescription Opioid Medicines

[illegible]

Opioid Use, Storage, & Disposal

[illegible]





Enroll today for your free DVD >

PAIN
MATTERS

People Affected by Pain  SHARE

# Understanding Chronic Pain

 

## Chronic and Acute Pain

Pain is a serious medical condition that can impact anyone at any time. Pain that lasts only for a short period of time is called acute pain; it's a normal feeling that typically alerts us to a possible injury.[6] Chronic pain is very different. Chronic pain is often defined as any pain that lasts for 12 weeks or longer.[6] According to the Institute of Medicine, chronic pain is estimated to affect approximately 100 million American adults.[1]

Chronic pain may be caused by an initial injury or there may be an ongoing cause, like a medical illness.[6] But for some people, there may also be no clear cause.[6] Other health problems, such as fatigue, sleep disturbance, decreased appetite, and mood changes, often accompany chronic pain.[8] Chronic pain may affect people's ability to participate in daily tasks.[1]

**Next Steps**

Go to Managing Your Chronic Pain >

Related Content
Understanding Chronic Pain
Watch the *Pain Matters* documentary to learn about the impact of chronic pain
Managing Your Chronic Pain
Work with your doctor to find the pain care plan that is right for you
Support for Living With Chronic Pain
Links to advocacy and support groups for people with pain
Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES
Intended for U.S. Audiences Only



# Finding the Right Chronic Pain Care Plan for You

## Working with Your Doctor

How chronic pain is experienced is unique to every person. There is no test to measure how chronic pain feels or exactly where it is located. So, your doctor will rely on you to tell him or her how the pain feels, how often you experience the pain, and where exactly it hurts. Defining pain as sharp or dull, constant or on-and-off, burning, or aching may give the best clues to the cause of the pain. These descriptions are part of what is called the pain history. Your healthcare team will usually start your appointment by discussing your pain so they understand your pain history.

## A Pain Treatment Team

Since chronic pain may occur in a variety of locations in the body and for many different reasons, it is important for you to work with your doctor to identify the causes and symptoms of your pain to find the treatment plan that works for you. The best treatment plans are tailored to each individual person with input from healthcare team members. It may be helpful to work with several healthcare professionals who have different training backgrounds and an understanding of chronic pain. The person in pain and his or her loved ones must also be actively involved in the treatment plan.

## Types of Chronic Pain Management

The overall goal of chronic pain management is to reduce the pain to help people return to daily living. While there are a variety of options available to treat chronic pain, it usually cannot be cured, only managed. A variety of options exist for you and your pain care team to create the treatment plan that is right for you. These options include:

- Psychotherapy
- Meditation
- Massage therapy
- Behavior modification
- Acupuncture
- Electrical stimulation
- Nerve blocks
- Surgery
- Medicines (aspirin, acetaminophen, nonsteroidal anti-inflammatory drugs, topical anesthetics, opioid medicines)

**Next Steps**

Related Content
Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES

PAIN MATTERS

# Prescription Opioid Medicines

## What You Need to Know

[illegible]

## Why does prescription drug abuse matter to me?

[illegible]

## What should I know about abuse and misuse?

[illegible]

### Abuse

**Abuse is a nonmedical use of a drug, repeatedly, or even sporadically, for the positive psychoactive effects it produces.** [illegible]

### Misuse

**Misuse is using the prescription drug for a reason other than for which it was prescribed.** [illegible]

- [illegible]
- [illegible]

### Diversion

**Diversion is a type of misuse that happens when people take prescription opioids that were not prescribed for them.** [illegible]

## What can I do to reduce the risk of abuse?

[illegible]

## What else is being done to reduce the risk of abuse of prescription medicines?

[illegible]

[illegible]

Next Steps

[illegible]

SIGN UP FOR UPDATES

Enroll today for your free DVD >

PAIN MATTERS

# Appropriate Prescription Opioid Medication Use, Storage & Disposal

## Using Prescription Opioid Medicines Appropriately

Following guidelines on appropriate use, storage, and disposal of your prescription pain medications is important. Prescription drug abuse is a serious public health issue.[2] Remember, the person who was prescribed a prescription opioid medication isn't always the only one who is at risk for abuse.

### Use

- Take medications only as prescribed
- Be aware of risks
- Understand inappropriate use
- Never give prescription medicines to anyone else

### Storage

- Hide or lock up opioid medications to avoid access by family, friends, or houseguests
- Keep prescription medications in their original packaging so it is clear for whom the medication was prescribed and to save the directions for appropriate use

### Disposal

- Opioids may be disposed of through [illegible] [illegible]
- If there are none available in your area, follow the Office of Drug Control National Policy recommendations for [illegible] disposal
- Learn more about appropriate use, storage and disposal of prescription opioid medications. Many communities also host drug take-back days to make proper prescription drug disposal easy

**Next Steps**

[illegible]

Links to advocacy and support groups for people with pain
SIGN UP FOR UPDATES

Enroll today for your free DVD >

PAIN MATTERS

Home / Videos and Downloadable Tools

# Videos and Downloadable Tools

Pain Matters provides resources to help both healthcare professionals and [illegible] affected by [illegible] pain [illegible].

## Healthcare Professionals

Access tools here to help guide your conversations with people affected by pain, download forms for assessing pain levels, learn about advancements in abuse deterrence technology and more.

LEARN MORE

## People Affected by Pain

Find resources to help you learn more about chronic pain and foster productive conversations with your healthcare professional.

DISCOVER TOOLS

## Pharmacy Professionals

Tools and Guidelines for Pharmacy Professionals Dispensing Prescription Medications to Treat Pain.

FIND RESOURCES

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES



Enroll today for your free DVD >

PAIN MATTERS

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Pain management experts address complexities of treating pain and the issue of prescription drug abuse.

**Evolving Roles Same Goals Presentation**

Charles E. Argoff, MD

WATCH

Michael J. Brennan, MD

WATCH

**Putting Patients First—Developing Abuse Deterrent Opioids Presentation**

Charles E. Argoff, MD
Michael J. Brennan, MD

WATCH

**Abuse Deterrence Technology Clinical Presentation**

WATCH

REGISTER TO DOWNLOAD THESE PRESENTATIONS

*Joseph Pergolizzi, MD, Gregory J. Holmquist, MD, Jeffrey A. Gudin, MD, Charles E. Argoff, MD, and Michael J. Brennan, MD have been compensated for their work on Pain Matters.*

**Next Steps**



Enroll today for your free DVD >

PAIN
MATTERS

Tools & Resources Share

# Evolving Roles Same Goals Video Presentation Complexities in Pain Management

Jeff Gudin, MD

Share Video

**About the Presenter:**
Jeffrey A. Gudin, MD

Jeffrey A. Gudin, MD, is Director of Pain Management and Palliative Care at Englewood Hospital and Medical Center in Englewood, NJ, and Clinical Instructor of Anesthesiology at the Icahn School of Medicine at Mount Sinai. Dr. Gudin received his medical degree from Albany Medical College in New York. He completed a residency as chief in anesthesiology at Yale University School of Medicine in New Haven, CT. He continued his training with an extended postdoctoral fellowship in pain medicine at the Yale Center for Pain Management, where he was actively involved in research and teaching.

Jeffrey A. Gudin, MD, serves as a paid consultant for Teva Pharmaceuticals.

REGISTER TO DOWNLOAD THIS PRESENTATION

**Next Chapter**

Play Next Chapter >

RELATED VIDEOS
Clinical Presentations
Addressing Opioid Abuse: A Multifaceted Approach
Developing Abuse-Deterrent Opioids

Glossary Privacy Policy Site Map
References Terms & Conditions Contact Us

SIGN UP FOR UPDATES



Enroll today for your free DVD >

Tools & Resources SHARE

# Addressing Opioid Abuse: A Multifaceted Approach

Share Video

**About the Presenter:**
Charles E. Argoff, MD

Charles E. Argoff, MD, is Professor of Neurology at Albany Medical College and Director of the Comprehensive Pain Center at Albany Medical Center in New York. Dr. Argoff is a member of the American Academy of Neurology, the International Association for the Study of Pain, the American Academy of Pain Medicine, and the American Pain Society, among other professional organizations. He is the President of the American Academy of Pain Medicine Foundation Board.

Charles E. Argoff, MD, serves as a paid consultant for Teva Pharmaceuticals.

REGISTER TO DOWNLOAD THIS PRESENTATION

**Next Chapter**

Play Next Chapter >

**RELATED VIDEOS**

Clinical Presentations

**Complexities in Pain Management**
*Jeffrey Gudin, MD*
Watch Video

**Developing Abuse-Deterrent Opioids**
*Michael Brennan, MD*
Watch Video

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40402 August 2016



Enroll today for your free DVD >

PAIN
MATTERS

Tools & Resources SHARE

# Evolving Roles Same Goals Developing Abuse-Deterrent Opioids

Share Video

**About the Presenter:**
Michael J. Brennan, MD

Michael J. Brennan, MD, is Senior Attending Physician at Bridgeport Hospital and Assistant Clinical Attending Physician at St. Vincent's Hospital in Bridgeport, CT. In addition, he has a private practice in physical medicine and rehabilitation that specializes in the diagnosis and management of acute and chronic pain syndromes, electrodiagnosis, and cancer-related disabilities.

Michael J. Brennan, MD, serves as a paid consultant for Teva Pharmaceuticals.

REGISTER TO DOWNLOAD THIS PRESENTATION

Return to Resources Page >

RELATED VIDEOS
Clinical Presentations
Complexities in Pain Management
Addressing Opioid Abuse: A Multifaceted Approach
Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES



Enroll today for your free DVD >

PAIN
MATTERS

Tools & Resources SHARE

# Putting Patients First Video Presentation

Charles E. Argoff, MD

Share Video

**About the Presenter:**
Charles E. Argoff, MD

Charles E. Argoff, MD, is Professor of Neurology at Albany Medical College and Director of the Comprehensive Pain Center at Albany Medical Center in New York. Dr. Argoff is a member of the American Academy of Neurology, the International Association for the Study of Pain, the American Academy of Pain Medicine, and the American Pain Society, among other professional organizations. He is the President of the American Academy of Pain Medicine Foundation Board.

**About the Presenter:**
Michael J. Brennan, MD

Michael J. Brennan, MD, is Senior Attending Physician at Bridgeport Hospital and Assistant Clinical Attending Physician at St. Vincent's Hospital in Bridgeport, CT. In addition, he has a private practice in physical medicine and rehabilitation that specializes in the diagnosis and management of acute and chronic pain syndromes, electrodiagnosis, and cancer-related disabilities.

Charles E. Argoff, MD and Michael J. Brennan, MD, serve as paid consultants for Teva Pharmaceuticals.

REGISTER TO DOWNLOAD THIS PRESENTATION

RELATED VIDEOS
Clinical Presentations
Complexities in Pain Management
Developing Abuse-Deterrent Opioids
Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES





# Understanding Abuse-Deterrent Opioid Technology Clinical Presentation

**About the Presenter:**
Joseph P. Valenza, MD

Dr. Joseph Valenza received his medical degree from the State University of New York Health Science Center Downstate and completed his residency in physical medicine and rehabilitation at the University of Medicine and Dentistry of New Jersey-New Jersey Medical School. He also earned a Master's of Structural/Biomedical Engineering from The Cooper Union in New York City. Dr. Valenza is board-certified in physical medicine and rehabilitation, with additional sub-specialty certification in pain medicine. As a specialist in pain management, he treats individuals with a wide range of pain issues, including complex regional pain syndrome, repetitive motion disorders, and spinal cord injury.

**About the Presenter:**
Gregory L. Holmquist, PhD

Dr. Gregory L. Holmquist earned his Doctor of Pharmacy degree from the University of Washington in Seattle and has been a practicing clinical pain management and palliative care pharmacist for over 20 years. In addition to being the Director/Owner of Palliative Care Strategies, Dr. Holmquist currently provides direct patient care and consultative services for the chronic non-cancer pain and hospice teams at Group Health in Seattle.

Joseph P. Valenza, MD and Gregory L. Holmquist, PhD serve as paid consultants for Teva Pharmaceuticals.

REGISTER TO DOWNLOAD THIS PRESENTATION

**RELATED VIDEOS**



Enroll today for your free DVD >

PAIN MATTERS

Tools and Resources

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Short videos exploring responsible opioid use, individual patient stories, and the evolving science of abuse-deterrent technology.

DON'T THI
MATTERS?

WATCH

WATCH

PainMatters.com

WATCH

WATCH

WATCH

**Next Steps**

SIGN UP FOR UPDATES





Enroll today for your free DVD >

PAIN MATTERS

# Tools & Resources for Healthcare Professionals

**Explore the resources below**

DOWNLOAD

DOWNLOAD

DOWNLOAD

DOWNLOAD

DOWNLOAD

VIEW

VIEW TOOL

VIEW TOOL

VIEW TOOL

VIEW TOOL

VIEW TOOL

VIEW TOOL

**Next Steps**



Enroll today for your free DVD >

PAIN MATTERS

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Resources to support dialogue around responsible pain management and mitigate the risk of opioid abuse.

This discussion guide is provided by the Substance Abuse and Mental Health Services Administration (SAMHSA).

VIEW

VIEW

DOWNLOAD

This tool can help facilitate conversations about drinking and drug use.

VIEW

This checklist can help assess behaviors that may indicate an increased risk for abuse or misuse.

VIEW

LEARN MORE

**Next Steps**

SIGN UP FOR UPDATES

Enroll today for your free DVD >

PAIN MATTERS

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Opioid Storage Guidance

Resources outlining responsible use, storage and disposal guidelines for opioid medications.

The US [illegible] provide guidance on the disposal of opioid medications.

[illegible] from the US Department of Veterans Affairs and the Department of Defense [illegible] from the American Academy of Pain Medicine.

Find [illegible] on the proper disposal of prescription opioid medications.

Also available in [illegible]

The American Academy of Pain Medicine offers eight safety practices for providers and patients.

VIEW PRACTICES

The Centers for Disease Control and Prevention provides guidelines for prescribing opioids for chronic pain.

VIEW GUIDELINES

The State Pain Policy Advocacy Network (SPPAN) tracks pain policy at the federal and state level.

VIEW LEGISLATION

**Next Steps**

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES



Enroll today for your free DVD >
PAIN
MATTERS

Tools and Resources SHARE

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Events Calendar

Connect with professional pain care associations and find upcoming medical meetings.

Keep track of professional meetings and events throughout 2016
VISIT CALENDAR
The American Pain Society

Several national organizations are dedicated to supporting people living with chronic pain and their families.

- American Chronic Pain Association
- US Pain Foundation
- Pain Action Alliance

**Next Steps**

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES

Enroll today for your free DVD >

PAIN MATTERS

# Tools & Resources for Healthcare Professionals

Having the right resources can help foster productive dialogue with people affected by pain and support responsible pain management. Find tools here to help grow your understanding of the evolving pain care landscape and to share with your patients.

**Explore the resources below**

Articles

Find FDA guidance, recent publications, and insights from pain community experts.

VIEW

PainMedicineNews.com articles detail abuse-deterrence technology and the FDA guidance:

Real insights and perspectives into today's complex pain management landscape from members of the pain community.
VIEW

Hosted by Paul Christo, MD, this weekly radio show on SiriusXM Family Talk 131, provides information on pain management.
VIEW

**Next Steps**

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES



Enroll today for your free DVD >

PAIN MATTERS

# Community Resources for People Affected by Chronic Pain

Finding a pain care plan that is right for you starts by working with your doctor. Find tools and resources to help you get the information you need to reduce the risk of prescription medicine abuse and misuse.

**Explore the resources below**

Short videos explore responsible opioid use and real stories from people affected by chronic pain and their families.

[illegible]

WATCH

Watch short clips from the documentary [illegible] the impact of chronic pain.

WATCH

Watch an introductory video about PainMatters.com.

WATCH

This video from the American Chronic Pain Association discusses how to use NSAIDs safely and effectively.

WATCH

This video from the American Chronic Pain Association will empower you to take control of managing your pain.

WATCH

**Next Steps**

Watch the PainMatters documentary to learn about the impact of chronic pain.

Use these tools and downloads to learn more about responsible opioid use.

Appropriate use, storage and disposal guidelines for your prescriptions.

Glossary Privacy Policy Site Map

References Terms & Conditions Contact Us

SIGN UP FOR UPDATES

# Community Resources for People Affected by Chronic Pain

[illegible] information [illegible] prescription medicine abuse and misuse.

Explore the resources below

[illegible]

[illegible]

DOWNLOAD

[illegible]

VIEW

[illegible] American Chronic Pain Association.

DOWNLOAD

[illegible] American Chronic Pain Association.

VIEW

[illegible]

DOWNLOAD

[illegible] American Chronic Pain Association.

[illegible]

VIEW TOOL

[illegible] American Chronic Pain Association.

VIEW TOOL

[illegible] American Chronic Pain Association.

VIEW TOOL

[illegible]

VIEW TOOL

[illegible] American Chronic Pain Association.

VIEW TOOL

Next Steps

[illegible]

[illegible] Pain Matters [illegible]

[illegible]

[illegible]

Privacy Policy

SIGN UP FOR UPDATES



Enroll today for your free DVD >
PAIN MATTERS

# Community Resources for People Affected by Chronic Pain

Finding a pain care plan that is right for you starts by working with your doctor. Find tools and resources to help you get the information you need to reduce the risk of prescription medicine abuse and misuse.

**Explore the resources below**

Helpful guidelines for responsible use, storage and disposal of prescription pain medicines.

The [illegible] provide guidance on the disposal of opioid medications.

[illegible] Department of Veterans Affairs and the Department of Defense. [illegible] from the American Academy of Pain Medicine.

Find [illegible] on the proper disposal of prescription opioid medications.

Also available in [illegible].

This guide from the American Chronic Pain Association will help you safely [illegible] use and dispose of prescription drugs.

VIEW TOOL

**Next Steps**

Watch the Pain Matters documentary to learn about the impact of chronic pain.
Use these tools and downloads to learn more about responsible opioid use.
Appropriate use, storage and disposal guidelines for your prescriptions
Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES

Enroll today for your free DVD >

PAIN MATTERS

Tools and Resources

# Community Resources for People Affected by Chronic Pain

Finding a pain care plan that is right for you starts by working with your doctor. Find tools and resources to help you get the information you need to reduce the risk of prescription medicine abuse and misuse.

**Explore the resources below**

Find support groups and community resources for people affected by pain.

Several national organizations are dedicated to supporting people living with chronic pain and their families.

- **Pain ... Allian**

The American Pain Society's annual award honors programs or services that exemplify outstanding clinical care.

VIEW

Gain insights and perspectives into today's complex pain management landscape from members of the pain community.

VIEW

Hosted by Paul Christo, MD, this weekly radio show on SiriusXM Family Talk 131, provides information on pain management.

VIEW

The U.S. Pain Foundation tracks pain policy at the state level.

VIEW LEGISLATION

**Next Steps**

Related Content

Watch the *Pain Matters* documentary to learn about the impact of chronic pain.

Use these tools and ... more about responsible opioid use.

Appropriate use, storage and disposal guidelines for your prescriptions.

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Enroll today for your free DVD ›

PAIN MATTERS

# Tools and Guidelines for Pharmacists Filling Prescriptions for Chronic Pain

Filling prescriptions allows you to play a vital role in both effective pain management and the prevention of opioid abuse and misuse. Find tools here to help understand the appropriate use of opioids and advocate for their proper use and disposal.

**Explore the resources below**

Short videos explore responsible opioid use and real stories from people and their families who are affected by chronic pain.

This new video sheds light on how people knowingly or unknowingly contribute to prescription drug diversion, abuse and misuse.

WATCH

Watch short clips from the documentary to understand first-hand what it's like to live with chronic pain.

WATCH

Watch an introductory video about PainMatters.com

WATCH

**Next Steps**

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES



Enroll today for your free DVD >

PAIN MATTERS

Tools and Resources

# Tools and Guidelines for Pharmacists Filling Prescriptions for Chronic Pain

Filling prescriptions allows you to play a vital role in both effective pain management and the prevention of opioid abuse and misuse. Find tools here to help understand the appropriate use of opioids and advocate for their proper use and disposal.

**Explore the resources below**

Opioid Disposal

Resources offering tips on the safe storage and disposal of opioid medications.

The US Department of Justice and the Drug Enforcement Administration have provided a wealth of guidance and information for healthcare professionals and patients on the disposal of opioid medications.

VIEW GUIDELINES

Prescription medications must be appropriately stored. They should be in a locked container that does not allow others to gain access to them.

- from the US Department of Veterans Affairs and the Department of Defense
- from the American Academy of Pain Medicine

The FDA has provided a variety of downloadable resources on the proper disposal of prescription opioid medications.

Resources are also available en

The FDA has provided a list of medications that can safely be disposed of at home, including some opioids.

VIEW LIST

**Next Steps**

| Glossary | Privacy Policy | Site Map |
|---|---|---|
| References | Terms & Conditions | Contact Us |



Enroll today for your free DVD >

PAIN
MATTERS

Tools and Resources SHARE

# Tools and Guidelines for Pharmacists Filling Prescriptions for Chronic Pain

Filling prescriptions allows you to play a vital role in both effective pain management and the prevention of opioid abuse and misuse. Find tools here to help understand the appropriate use of opioids and advocate for their proper use and disposal.

**Explore the resources below**

Videos
Opioid Disposal
The Pharmacist's Role
Event Calendar

Resources to help determine the safety and appropriateness of opioid prescriptions for chronic pain in order to prevent abuse and misuse.

Opioid Calculator
VIEW CALCULATOR
SHARE

This tool from Practical Pain Managements calculates appropriate opioid doses different patients.

OpioidCalc App

This free app from the New York City Department of Mental Health and Hygiene calculates a patient's risk of overdose based on their opioid prescription.

- Download for Android
- Download for iOS

SHARE

**Next Steps**

Sign Up for Updates >

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES



Enroll today for your free DVD >

PAIN
MATTERS

Tools and Resources SHARE

# Tools and Guidelines for Pharmacists Filling Prescriptions for Chronic Pain

Filling prescriptions allows you to play a vital role in both effective pain management and the prevention of opioid abuse and misuse. Find tools here to help understand the appropriate use of opioids and advocate for their proper use and disposal.

**Explore the resources below**

Videos
Opioid Disposal
The Pharmacist's Role
Event Calendar

Connect with professional pain management organizations and find upcoming medical and pharmaceutical meetings.

Professional Events Calendar
Keep track of professional meetings and events throughout 2017
VISIT CALENDAR
SHARE
Professional Pain Care Organizations
There are many organizations dedicated to providing ongoing education, programs, and resources for healthcare professionals and people living with chronic pain.
The American Academy of Pain Medicine
The American Academy of Pain Management
The American Pain Society
Center for Lawful Access and Abuse Deterrence
Alliance for Patient Access
The American Society for Pain Management Nursing

**Next Steps**

Sign Up for Updates >

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES



Enroll today for your free DVD >

Home SHARE

# Register for News & Updates

By registering to be a part of the Pain Matters community, you'll be receiving news, information updates, and the latest resources right in your inbox. Sign up today

* Denotes a required field

First Name*

[First Name]

Last Name*

[Last Name]

Email*

[Email]

Confirm Email*

[Email]

Are you a person living with chronic pain, family member, healthcare professional, or other?*

[Person living with chronic pain]

☐ I am a Healthcare Professional

☐ Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

☐ I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only.

©2016 Teva Pharmaceuticals USA, Inc. PAIN-40423 August 2016



Enroll today for your free DVD >

PAIN
MATTERS

Home SHARE

# Register for News & Updates

By registering to be a part of the Pain Matters community, you'll be receiving news, information updates, and the latest resources right in your inbox. Sign up today!

* Denotes a required field

First Name*

First Name

Last Name*

Last Name

Email*

Email

Confirm Email*

Email

Are you a person living with chronic pain, family member, healthcare professional, or other?*

✓ Person living with chronic pain
Family member
Physician
Other healthcare professional
Other

☐ Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

☐ I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT

SIGN UP FOR UPDATES

PAIN MATTERS

# Register for News & Updates

By registering to be a part of the Pain Matters community, you'll be receiving news, information updates, and the latest resources right in your inbox. Sign up today!

* Denotes a required field

First Name*

First Name

Last Name*

Last Name

Email*

Email

Confirm Email*

Email

Are you a person living with chronic pain, family member, healthcare professional, or other?*

Physician

☑ I am a Healthcare Professional

☑ Yes, I'd like to receive a complimentary DVD of the Pain Matters documentary.

The value of the DVD is less than $10. In accordance with applicable laws, Teva may be required to publicly report this amount along with your name. Please confirm you still wish to receive a copy of the DVD.

Street Address*

Street Address

Street Address

City*

City

State*

Select one

ZIP*

ZIP

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

☐ I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT

PAIN MATTERS

# Register for News & Updates

By registering to be a part of the Pain Matters community, you'll be receiving news, information updates, and the latest resources right in your inbox. Sign up today!

* Denotes a required field

First Name*

Last Name*

Email*

Confirm Email*

Are you a person living with chronic pain, family member, healthcare professional, or other?*

Physician

☑ I am a Healthcare Professional

☑ Yes, I'd like to receive a complimentary DVD of the Pain Matters documentary.

The value of the DVD is less than $10. In accordance with applicable laws, Teva may be required to publicly report this amount along with your name.

Street Address*

City*

State*

Select one



Enroll today for your free DVD >

PAIN
MATTERS

Home | SHARE

# Thank You for Registering for Updates from Pain Matters

You're now signed up to receive helpful information from time to time that will be delivered right to your inbox. Teva Pharmaceuticals is dedicated to providing ongoing support, information, and resources for healthcare professionals, and patients living with pain.

Thank you for using our website.

Return to www.painmatters.com

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES
Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40493 August 2016

Enroll today for your free DVD >

PAIN MATTERS

Home SHARE

# Order Your Copy of the *Pain Matters* Documentary

Thank you for your interest in receiving a DVD copy of the *Pain Matters* documentary. Please provide your contact information to receive your copy by mail.

* Denotes a required field

First Name*

First Name

Last Name*

Last Name

Email*

Email

Confirm Email*

Email

Are you a person living with chronic pain, family member, healthcare professional, or other?*

Person living with chronic pain

☐ I am a Healthcare Professional

☐ Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

☐ I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT

Glossary Privacy Policy Site Map
References Terms & Conditions Contact Us

SIGN UP FOR UPDATES



Enroll today for your free DVD >

PAIN
MATTERS

Home    SHARE

# Your copy of the *Pain Matters* documentary is on the way.

You should expect to receive your copy of the *Pain Matters* documentary in the mail. You will also receive helpful information from time to time that will be delivered right in your inbox as new resources become available online.

Teva Pharmaceuticals is dedicated to providing ongoing support, information, and resources for healthcare professionals and people living with the burden of pain.

Thank you for using our website.

Return to www.painmatters.com

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES
Intended for U.S. Audiences Only

PAIN MATTERS

# Download Your Copy of the Clinical Presentation On the Evolving Science of Abuse Deterrence Technology

Thank you for your interest in downloading this clinical presentation. Please provide your contact information to begin your download.

* Denotes a required field

First Name*

First Name

Last Name*

Last Name

Email

Email

Confirm Email*

Email

Are you a person living with chronic pain, family member, healthcare professional, or other?*

Person living with chronic pain

I am a Healthcare Professional

Yes, I'd like to receive a complimentary DVD of the *Pain Matters* documentary.

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

I confirm that I am 18 years of age or older and I consent to the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails here.

SUBMIT





Enroll today for your free DVD >

Home

# Thank You for Downloading Your Copy of a Clinical Presentation on the Evolving Science of Abuse Deterrence Technology

You will also receive helpful information from time to time that will be delivered right to your inbox as new resources become available online.

Teva Pharmaceuticals is dedicated to providing ongoing support, information, and resources for healthcare professionals and patients living with the burden of chronic pain.

Thank you for using our website.

Return to

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us

SIGN UP FOR UPDATES



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 214 of 221. PageID #: 351904

PAIN MATTERS

# Share Your Thoughts With Us!

As a member of the pain community, we understand that you are an expert on the complexities and challenges of living with pain. We are interested in hearing your thoughts and feedback on how we can continue to provide information and resources to support the pain community. Please provide your contact information and share your thoughts below.

* Denotes a required field

First Name*

[First Name]

Last Name*

[Last Name]

Email*

[Email]

Confirm Email*

[Email]

Are you a person living with chronic pain, family member, healthcare professional, or other?*

[Person living with chronic pain]

- [ ] I am a Healthcare Professional

- [ ] Yes, I'd like to receive a complimentary DVD of the Pain Matters documentary.

We're interested in your feedback! What additional materials and information could Pain Matters provide?

- [ ] Diagnostic resources for clinicians
- [ ] Self-assessment tools for people affected by pain
- [ ] Discussion guides
- [ ] Multidisciplinary treatment approaches
- [ ] [illegible]
- [ ] Information on [illegible]

**Privacy Statement**

Your privacy is important to us and the information you provide will be handled in accordance with our privacy notice.

Please read the following paragraph carefully and check the box.

I understand that the information I provide may be used by Teva and its business partners for marketing purposes, and it may be used to provide me with information about pain, Teva's products, and educational materials that may be of interest to me, and to develop future products, services, and programs.

- [ ] I confirm that I am 18 years of age or older and [illegible] the terms of the Privacy Policy. I understand that I may also withdraw my consent from receiving emails (see [illegible]).

SUBMIT

Confidential TEVA_MDL_A_00766156



Enroll today for your free DVD >

PAIN
MATTERS

Home  SHARE

# Thank You for Sharing Your Insights

You will also receive helpful information from time to time that will be delivered right to your inbox as new resources become available online.

Teva Pharmaceuticals is dedicated to providing ongoing support, information, and resources for healthcare professionals and patients living with the burden of chronic pain.

Thank you for using our website.

Return to www.painmatters.com

Glossary
Privacy Policy
Site Map
References
Terms & Conditions
Contact Us
SIGN UP FOR UPDATES
You Tube
Intended for U.S. Audiences Only
©2016 Teva Pharmaceuticals USA, Inc. PAIN-40493 August 2016

Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 216 of 221. PageID #: 351906

Enroll today for your free DVD >

PAIN MATTERS

Home [illegible]

# Glossary

**AAPManagement:** American Academy of Pain Management

**AAPMed:** American Academy of Pain Medicine

**AANP:** American Association of Nurse Practitioners

**AAPA:** American Academy of Physician Assistants

**Abuse Deterrence Technology:** The introduction of [illegible] into the formulation that aim to [illegible] more difficult

**ACPA:** American Chronic Pain Association

**Alcohol-Induced Dose Dumping:** Alcohol-induced dose dumping, or the [illegible] intake of alcoholic beverages [illegible] may result in an uncontrolled and immediate drug release.[]

**Appropriate Disposal:** Prescription drugs may be disposed [illegible] take-back programs. If not available, [illegible] disposal should be [illegible] Office of Drug Control [illegible][]

**Appropriate Storage:** Keep medicines [illegible] children [illegible] others.[]

**Appropriate Use:** Take medications only as [illegible] [illegible][]

**APS:** American Pain Society

**ASPMN:** American Society for Pain Management Nursing

**Aversion:** It is defined by the Food & Drug Administration as [illegible] can be combined to produce an unpleasant effect if the dosage form is manipulated prior to ingestion or if a higher dosage than directed is used.[]

**Chronic Pain:** It is defined by the International Association for the Study of Pain as "[illegible] pain that [illegible] beyond the [illegible] time of healing [illegible]."[]

**DEA:** Drug Enforcement Administration

**Diversion:** According to the CDC, drug diversion is when prescription medicines are obtained or used illegally.[]

**Dose Dumping:** Dose dumping is the rapid release of an entire dose of a drug in a shorter time frame than intended.[]

**ER Opioids:** Extended-release opioids

**Extractability & Solubility Studies:** Extractability and solubility studies [illegible] opioid [illegible] manipulated [illegible] solvents.[]

**FDA:** Food & Drug Administration

**HCP:** Healthcare Professional

**In Vitro Study:** Refers to a study which [illegible] living organism in its natural form.

**In Vivo Study:** Refers to a study which utilizes partial organisms outside of the living body [illegible].

**IR Opioids:** Immediate-release Opioids

**Misuse:** Using the prescription drug [illegible] than intended.[]

**ONS:** Oncology Nursing Society

**Opioid Antagonist:** An opioid antagonist [illegible] euphoria [illegible] For example, a drug may be formulated such that the antagonist [illegible] if the product is not used in its original form, such as being crushed, injected, or snorted.[]

**Opioid Risk Evaluation & Mitigation Strategies:** "The FDA required a Risk Evaluation and Mitigation Strategy (REMS) program. The program is designed to make available training for health care professionals who prescribe [illegible] prescribers and patients about the appropriate use of these pain medications."

**PCPC:** [illegible]

**Physical & Chemical Barriers:** Physical and chemical barriers can change the physical form of an oral drug, making it less amenable to abuse. Physical barriers can prevent chewing, crushing, cutting, grating, or grinding, and chemical barriers can resist extraction of the opioid using common solvents like water, alcohol, or other organic solvents.[]

**Prescription Drug Abuse:** [illegible] intentional use of a medication without a prescription, in a way other than as prescribed, or for the experience or feeling it causes.[]

**Prescription Drug Monitoring Programs:** Prescription Drug Monitoring Programs (PDMPs) are in place in several states to detect and reduce the [illegible] diversion and abuse of opioid [illegible] at the retail level. These programs allow for the collection and analysis of prescription data.[]

**SAMHSA:** Substance Abuse and Mental Health Services Administration

Glossary
Privacy Policy
Site Map
SIGN UP FOR UPDATES

Confidential TEVA_MDL_A_00766158



Case: 1:17-md-02804-DAP Doc #: 2251-81 Filed: 08/13/19 217 of 221. PageID #: 351907

## References

[illegible]

Confidential

TEVA_MDL_A_00766159



# Opt Out

To remove your address from the email list for PainMatters.com, enter your email address and click the "Unsubscribe" button

* Denotes a required field

Email*

Email

Confirm Email*

Email

**Please take me off the list to receive the following materials:**

- ☐ Health-related information
- ☐ Product information
- ☐ Market research surveys
- ☐ All of the above

UNSUBSCRIBE

Glossary | Privacy Policy | Site Map
References | Terms & Conditions | Contact Us

SIGN UP FOR UPDATES

Intended for U.S. Audiences Only

Enroll today for your free DVD >

PAIN MATTERS

Home [illegible]

# Sitemap

- Home
- Connect with the Community
  - About Pain Matters
  - [illegible]
  - Pain Perspectives Community Blog
  - Entry 1 Welcome to Pain Perspectives
  - Entry 2 [illegible]
  - Entry 3 [illegible] Inspiring Journey with Chronic Pain [illegible]
  - Entry 5 [illegible] Results Address [illegible]
  - Entry 6 Vital Conversations: Expert Opinions in Discussing Pain and Prescription Opioid Abuse
  - Entry 7 [illegible] Problem: Addressing Prescription Drug Abuse Through Appropriate Use
  - Entry 8 [illegible] from Patient to Person: How I Live Fully With Pain
  - Entry 9 You're Not Alone: Finding Support from Others Living with Pain
  - Entry 10 Advocating for Pain Policy, Responsible [illegible]
  - Pain Matters Documentary
  - Teva Pharmaceuticals Commitment to Pain Care
  - Pain Care Professionals Events Calendar
- Healthcare Professionals
  - Multidisciplinary Pain Management
  - Understanding Opioid Abuse
  - Stakeholder Efforts in Abuse Deterrence
  - Abuse Mitigation Programs & Policies
  - Advancements in Abuse Deterrence
  - Abuse Deterrence Technology
- People Affected by Pain
  - About Pain
  - Managing Your Pain
  - Prescription Opioid Medicine
  - Appropriate Use, Storage & Disposal
- Videos & Downloadable Tools
  - Tools & Resources for Healthcare Professionals
  - Community Resources for People Affected by Pain
  - Community Resources for Pharmacists
- Register for Updates
- Registration Sign Up
- Pain Matters DVD Order
- [illegible]
- [illegible]
- Glossary
- References

## Video Tags

**Title:** Pain Matters Documentary
**Description:** The Discovery Channel Documentary, *Pain Matters,* explores the realities of chronic pain through the eyes of individuals who live with it and their loved ones, as well as perspectives from leading national experts in pain management.
**Tags:** Pain Matters, chronic pain, pain management, living with pain, Discovery Channel, responsible pain management

**Title:** Pain Matters: Ms. Generous
**Description:** The "Don't Think It Matters?" video series sheds light on how people knowingly or unknowingly contribute to prescription drug diversion, abuse, and misuse.
**Tags:** Pain Matters, pain management, pain medication, responsible pain management, medication storage, medication disposal

**Title:** Pain Matters: The Collector
**Description:** The "Don't Think It Matters?" video series sheds light on how people knowingly or unknowingly contribute to prescription drug diversion, abuse, and misuse.
**Tags:** Pain Matters, pain management, pain medication, responsible pain management, medication storage, medication disposal

**Title:** Pain Matters: Girls Night Out
**Description:** The "Don't Think It Matters?" video series sheds light on how people knowingly or unknowingly contribute to prescription drug diversion, abuse, and misuse.
**Tags:** Pain Matters, pain management, pain medication, responsible pain management, medication storage, medication disposal

**Title:** Pain Matters Documentary Film Clips
**Description:** Watch short clips from The Discovery Channel documentary, *Pain Matters,* to understand first-hand what it is like to live with chronic pain.
**Tags:** Pain Matters, chronic pain, pain management, living with pain, Discovery Channel, responsible pain management

**Title:** Introducing Pain Matters
**Description:** Watch an introductory video about PainMatters.com, a website developed by Teva Pharmaceuticals to offer practical information and resources for healthcare professionals and people affected by chronic pain as they navigate the evolving and complex pain care landscape.
**Tags:** Pain Matters, Teva, health care professionals, chronic pain, affected by chronic pain, pain perspectives, living with pain, pain care

**Title:** Abuse Deterrence Technology Video

**Description:** This video provides an overview of the evolving science of abuse deterrence technology.
**Tags:** Pain Matters, Abuse Deterrence Technology, chronic pain management, chronic pain, opioid abuse, opioid misuse, FDA Guidance