# EXHIBIT 85

| | |
|---|---|
| From: | Matthew Day </O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MDAY> |
| To: | Abbas Ebrahim, MD |
| Sent: | 1/8/2015 1:55:20 PM |
| Subject: | PAIN-40128_PM ERSG Video Script_TO CLIENT_01 07 15.docx |
| Attachments: | PAIN-40128_PM ERSG Video Script_TO CLIENT_01 07 15.docx |

Hi Abbas,

Attached is an example of how we need to rewrite the document prior to PARC submission.

Can you work on this in the morning and we can touch base at lunch.

I now have a forecast meeting at 9am.

Sorry for the inconvenience,

Matt

Confidential