# EXHIBIT 89

| | |
|---|---|
| **From:** | Matthew Day |
| **Sent:** | Wednesday, April 30, 2014 9:17 AM |
| **To:** | Brian Budisak (External) |
| **Cc:** | Neil Gardiner |
| **Subject:** | Re: APS Pre-Con Recap and Next Steps |

We should probably move the interactions on Thursday afternoon to the hotel suite.

Call me in the morning.

Sent from my iPhone

Matt Day
Product Manager, Teva
Tel: 610-883-5904
Cell: 484-343-0429

On Apr 29, 2014, at 10:19 PM, "Brian Budisak (External)" <BBudisak@hlxusa.com> wrote:

> Matt,
>
> We have scheduled breakfast with Dr. Hale on Thursday at 9am!
>
> Also, we will plan to attend these Poster presentations
>
> Brian
>
> **From:** Matthew Day [mailto:Matthew.Day@tevapharm.com]
> **Sent:** Monday, April 28, 2014 1:45 PM
> **To:** Brian Budisak; Neil Gardiner
> **Subject:** FW: APS Pre-Con Recap and Next Steps
>
> - Teva is presenting four posters on its technology with potential AD properties; Dr. Martin Hale will be presenting three of them (464, 466, 468); Dr. Richard White will present poster 458 on productivity
>   - MSL team to assist as needed, considering Dr. Hale is covering three posters at one time
> - APS submitted two proposals to med ed this year that weren't conducive to what Teva could support; Teva did not approve either
> - Dr. Martin Hale is a media spokesperson for CEP-33237 phase III data announcement as well; all requests for interviews with him or information on the announcement should be sent to GolinHarris or Nancy Leone
>
> We will want to make sure to thank Dr. Hale.
>
> <image001.png>   **Matt Day**
> Associate Brand Director – CNS Marketing, NUVIGIL & FENTORA

1

Highly Confidential

TEVA_MDL_A_00877813

Tel: 610-727-6573 / matthew.day@tevapharm.com

**From:** Vancura, Jenna (CHI-GHI) (External) [mailto:jvancura@golinharris.com]
**Sent:** Thursday, April 24, 2014 11:57 AM
**To:** Chinedu Momah; Matthew Day; Andy Cheadle; Kathy Sapp; Nathan Capone; Nathan Ross; Melanie Mchenry; Sue McGuinness; amorgan@health4brands.com; Amanda Wilhelm
**Cc:** GHI WW TEVA
**Subject:** APS Pre-Con Recap and Next Steps

Hi All,

Thank you for your participation in yesterday's APS pre-con. While we'll continue to evolve the process for future meetings, it was a good first step to ensuring our cross-functional pain franchise teams are set up for success.

Below is a recap of our discussion as well as next steps. Please let us know of any additions or updates.

Overall Team Next Steps
- Team to execute on all planned activities and report to team on activities outcomes and next steps through the following:
    1) GolinHarris initial summary report on competitor activity, media coverage and congress highlights
        - **Thursday, May 8:** GH to distribute to the core team
    2) Marketing/Advocacy/PR report
        - **Thursday, May 8:** Marketing and advocacy teams to share APS activities recap and outcomes with Chi/GolinHarris using the attached slide template
    3) MSL report
        - **Thursday, May 15:** Andy/Amanda to share with Chi
- Team to participate in May 19 APS debrief meeting from 9 – 10 a.m. EST

Team-Specific Next Steps
- **Melanie** to confirm onsite that Teva badges include platinum sponsor ribbons
- **Amanda** to send list of MSLs attending President's Reception with Kathy; **Kathy** to confirm Teva attendees with APS
    - Kathy Sapp, Matt Day, Andy Cheadle, and two MSLs to attend
- **Kathy/Matt Day** to discuss APS leadership onsite engagement and appropriate next steps
    - **GolinHarris** to develop discussion topics (meeting will be informal – i.e. no slides) as needed
- **Kathy** to follow up with APS to discuss med ed proposal submissions to ensure that moving forward they are in line with what Teva can support
- **Kathy/GolinHarris** to discuss relevant discussion topics for the ACPA and US Pain Foundation meetings (meetings will be informal – i.e. no slides)
- **GolinHarris** to attend booth walk-through meeting at 2:30 p.m. on April 30 to discuss media processes in case of CEP-33237 phase III data questions
    - **GolinHarris** to confirm press ribbon color on badges
- **Nate** to share Teva posters being presented once approved
    - MSL team to review in case of questions
- **Chi** to confirm any necessary internal approvals for debrief presentation on 5/19

Key Points from Meeting
- Teva is a platinum sponsor of the meeting, which is the highest level of sponsorship

2

- Marketing has confirmed six KOL executive encounters; a few are pending
    - MSLs to confirm their interactions are not duplicative
- An offsite FENTORA speaker training is pending
- Teva is presenting four posters on its technology with potential AD properties; Dr. Martin Hale will be presenting three of them (464, 466, 468); Dr. Richard White will present poster 458 on productivity
    - MSL team to assist as needed, considering Dr. Hale is covering three posters at one time
- APS submitted two proposals to med ed this year that weren't conducive to what Teva could support; Teva did not approve either
- Dr. Martin Hale is a media spokesperson for CEP-33237 phase III data announcement as well; all requests for interviews with him or information on the announcement should be sent to GolinHarris or Nancy Leone

Jenna Vancura
Senior Manager
GolinHarris
875 N Michigan Avenue
Chicago, IL 60610
T. + 1 312.729.4074  C. + 1 872.202.3328
@jcatherine

Meet the Agency for the Future at golinharris.com

2013 Agency of the Year, Holmes Report
2013 Large Firm of the Year, PR News
2013 Top Places to Work in PR, PR News
2012 International Consultancy of the Year, *PRWeek*

Highly Confidential

TEVA_MDL_A_00877815