# EXHIBIT 91

| APPLICABLE_MANUFACTURER_OR_APPLICABLE_GPO_NAME | PHYSICIAN_FIRST_NAME | PHYSICIAN_MIDDLE_NAME | PHYSICIAN_LAST_NAME |
|---|---|---|---|
| Teva Pharmaceuticals USA, Inc. | MARISOL | E | ARCILA |
| Teva Pharmaceuticals USA, Inc. | MICHAEL | J | BRENNAN |
| Teva Pharmaceuticals USA, Inc. | MICHAEL | J | BRENNAN |
| Teva Pharmaceuticals USA, Inc. | MICHAEL | J | BRENNAN |
| Teva Pharmaceuticals USA, Inc. | MICHAEL | J | BRENNAN |
| Teva Pharmaceuticals USA, Inc. | JAMES | J | CHOO |
| Teva Pharmaceuticals USA, Inc. | ORLANDO | G | FLORETE |
| Teva Pharmaceuticals USA, Inc. | CHRISTOPHER | | GHARIBO |
| Teva Pharmaceuticals USA, Inc. | CHRISTOPHER | | GHARIBO |
| Teva Pharmaceuticals USA, Inc. | CHRISTOPHER | | GHARIBO |
| Teva Pharmaceuticals USA, Inc. | CHRISTOPHER | | GHARIBO |
| Teva Pharmaceuticals USA, Inc. | CHRISTOPHER | | GHARIBO |
| Teva Pharmaceuticals USA, Inc. | JEFFREY | A | GUDIN |
| Teva Pharmaceuticals USA, Inc. | JEFFREY | A | GUDIN |
| Teva Pharmaceuticals USA, Inc. | MICHAEL | C | HANES |
| Teva Pharmaceuticals USA, Inc. | FRANCISCO | G | JUDILLA |
| Teva Pharmaceuticals USA, Inc. | PARVEN | | KHANNA |

| | | | |
|---|---|---|---|
| Teva Pharmaceuticals USA, Inc. | CHRISTOPHER | ROBERT | MANEES |
| Teva Pharmaceuticals USA, Inc. | JUSTIN | | MANN |
| Teva Pharmaceuticals USA, Inc. | MONIKA | Y | PATEL |
| Teva Pharmaceuticals USA, Inc. | KENNETH | A | POWELL |
| Teva Pharmaceuticals USA, Inc. | SCOTT | N | SCHIMPFF |
| Teva Pharmaceuticals USA, Inc. | CLAUDIO | E | VINCENTY |
| Teva Pharmaceuticals USA, Inc. | HAITAO | | ZHANG |

| PHYSICIAN_NAME_SUFFIX | RECIPIENT_PRIMARY_BUSINESS_STREET_ADDRESS_LINE_1 | RECIPIENT_PRIMARY_BUSINESS_STREET_ADDRESS_LINE_2 | RECIPIENT_CITY | RECIPIENT_STATE |
|---|---|---|---|---|
|  | 115 PROFESSIONAL DR STE 104 |  | PONTE VEDRA BE/ | FL |
|  | 140 SHERMAN ST STE 2 |  | FAIRFIELD | CT |
|  | 140 SHERMAN ST STE 2 |  | FAIRFIELD | CT |
|  | 140 SHERMAN ST STE 2 |  | FAIRFIELD | CT |
|  | 140 SHERMAN ST STE 2 |  | FAIRFIELD | CT |
|  | 575 OAK RIDGE TPKE STE 110 |  | OAK RIDGE | TN |
| JR. | 3716 UNIVERSITY BLVD S STE 1 |  | JACKSONVILLE | FL |
|  | 333 E 38TH ST FL 6 |  | NEW YORK | NY |
|  | 333 E 38TH ST FL 6 |  | NEW YORK | NY |
|  | 333 E 38TH ST FL 6 |  | NEW YORK | NY |
|  | 333 E 38TH ST FL 6 |  | NEW YORK | NY |
|  | 333 E 38TH ST FL 6 |  | NEW YORK | NY |
|  | 350 ENGLE ST |  | ENGLEWOOD | NJ |
|  | 350 ENGLE ST |  | ENGLEWOOD | NJ |
|  | 10475 CENTURION PKWY N STE 201 |  | JACKSONVILLE | FL |
| JR. | 3716 UNIVERSITY BLVD S STE 1 |  | JACKSONVILLE | FL |
|  | 10250 NORMANDY BLVD UNIT 703 |  | JACKSONVILLE | FL |

| | | |
|---|---|---|
| 280 DUNDAS DR | JACKSONVILLE | FL |
| 10475 CENTURION PKWY N STE 201 | JACKSONVILLE | FL |
| 655 W 8TH ST | JACKSONVILLE | FL |
| 2700 RIVERSIDE AVE STE 2 | JACKSONVILLE | FL |
| 2700 RIVERSIDE AVE STE 2 | JACKSONVILLE | FL |
| 10475 CENTURION PKWY N STE 201 | JACKSONVILLE | FL |
| 11555 CENTRAL PKWY STE 304 | JACKSONVILLE | FL |

| RECIPIENT_ZIP_CODE | RECIPIENT_COUNTRY | PHYSICIAN_NPI | PHYSICIAN_LICENSE_STATE_AND_LICENSE_NUMBER_1 | NAME_OF_DRUG_OR_BIOLOGICAL_OR_DEVICE_OR_MEDICAL_SUPPLY_1 | TOTAL_AMOUNT_OF_PAYMENT |
|---|---|---|---|---|---|
| 32082 | US | 1972708584 | FL-ME98859 | HYDROCODONE | 118.57 |
| 06824 | US | 1538117049 | CT-32201 | VANTRELA | 512.60 |
| 06824 | US | 1538117049 | CT-32201 | VANTRELA | 395.72 |
| 06824 | US | 1538117049 | CT-32201 | VANTRELA | 167.10 |
| 06824 | US | 1538117049 | CT-32201 | VANTRELA | 2500.00 |
| 37830 | US | 1396935227 | TN-44914 | HYDROCODONE | 12.50 |
| 32216 | US | 1104922541 | FL-ME00058430 | HYDROCODONE | 118.57 |
| 10016 | US | 1073500013 | NY-194152 | VANTRELA | 2500.00 |
| 10016 | US | 1073500013 | NY-194152 | VANTRELA | 702.32 |
| 10016 | US | 1073500013 | NY-194152 | VANTRELA | 381.06 |
| 10016 | US | 1073500013 | NY-194152 | VANTRELA | 249.48 |
| 10016 | US | 1073500013 | NY-194152 | VANTRELA | 257.96 |
| 07631 | US | 1831133420 | NJ-25MA07042200 | VANTRELA | 2500.00 |
| 07631 | US | 1831133420 | NJ-25MA07042200 | VANTRELA | 630.47 |
| 32256 | US | 1760708473 | FL-ME121093 | HYDROCODONE | 118.57 |
| 32216 | US | 1174527972 | FL-ME108232 | HYDROCODONE | 118.57 |
| 32221 | US | 1558346106 | FL-ME87424 | HYDROCODONE | 118.57 |

| 32218 | US | 1528276771 | FL-ME121992 | HYDROCODONE | 118.57 |
| 32256 | US | 1790075703 | FL-ME128030 | HYDROCODONE | 118.57 |
| 32209 | US | 1932428380 | FL-ME124284 | HYDROCODONE | 118.57 |
| 32205 | US | 1992824007 | FL-OS 10548 | HYDROCODONE | 118.57 |
| 32205 | US | 1376740191 | FL-ME115646 | HYDROCODONE | 118.57 |
| 32256 | US | 1285604793 | FL-44593 | HYDROCODONE | 118.57 |
| 32224 | US | 1679716344 | FL-ME120029 | HYDROCODONE | 118.57 |

| DATE_OF_PAYMENT | NUMBER_OF_PAYMENTS_INCLUDED_IN_TOTAL_AMOUNT | FORM OF PAYMENT OR TRANSFER OF VALUE  "1" = Cash or cash equivalent; "2" = In-kind items and services; "3" = Stock; "4" = Stock option; "5" = Any other ownership interest; "6" = Dividend, profit or other return on investment | NATURE OF PAYMENT OR TRANSFER OF VALUE  "1" = Consulting Fee; "2" = Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program; "3" = Honoraria; "4" = Gift; "5" = Entertainment; "6" = Food and Beverage; "7" = Travel and Lodging; "8" = Education; "9" = Charitable Contribution; "10" = Royalty or License; "11" = Current or prospective ownership or investment interest; "12" = Compensation for serving as faculty or as a speaker for a non-accredited and noncertified continuing education program; "13" = Compensation for serving as faculty or as a speaker for an accredited or certified continuing education program; "14" = Grant; "15" = Space rental or facility fees (teaching hospital only); | |
|---|---|---|---|---|
| 20170111 | 1 | 2 | 6 | |
| 20170331 | 1 | 2 | 7 | |
| 20170331 | 1 | 2 | 7 | |
| 20170331 | 1 | 2 | 7 | |
| 20170331 | 1 | 1 | 1 | |
| 20170102 | 1 | | 2 | 6 |
| 20170111 | 1 | 2 | 6 | |
| 20170211 | 1 | 1 | 1 | |
| 20170211 | 1 | 2 | 7 | |
| 20170211 | 1 | 2 | 7 | |
| 20170211 | 1 | 2 | 7 | |
| 20170211 | 1 | 2 | 7 | |
| 20170505 | 1 | 1 | 1 | |
| 20170505 | 1 | 2 | 7 | |
| 20170111 | 1 | 2 | 6 | |
| 20170111 | 1 | 2 | 6 | |
| 20170111 | 1 | 2 | 6 | |

| | | | |
|---|---|---|---|
| 20170111 | 1 | 2 | 6 |
| 20170111 | 1 | 2 | 6 |
| 20170111 | 1 | 2 | 6 |
| 20170111 | 1 | 2 | 6 |
| 20170111 | 1 | 2 | 6 |
| 20170111 | 1 | 2 | 6 |
| 20170111 | 1 | 2 | 6 |

| CITY_OF_TRAVEL | STATE_OF_TRAVEL | COUNTRY_OF_TRAVEL | THIRD_PARTY_PAYMENT_RECIPIENT_INDICATOR | NAME_OF_THIRD_PARTY_ENTITY_RECEIVING_PAYMENT_OR_TRANSFER_OF_VALUE |
|---|---|---|---|---|
| | | | 3 | |
| St Louis | MO | US | 3 | |
| St Louis | MO | US | 3 | |
| St Louis | MO | US | 3 | |
| | | | 3 | |
| | | | 3 | |
| | | | 3 | |
| | | | 3 | |
| Scottsdale | AZ | US | 3 | |
| Scottsdale | AZ | US | 3 | |
| Scottsdale | AZ | US | 3 | |
| Scottsdale | AZ | US | 3 | |
| | | | 3 | |
| Fort Laude | FL | US | 3 | |
| | | | 3 | |
| | | | 3 | |
| | | | 3 | |

3
3
3
3
3
3
3