**GZJ KDKV ; 4**

| Soft Delete | Speaker Name | Specialty | City | State | Office Phone |
|---|---|---|---|---|---|
| 1 | Avila, Fernando | ANES | San Antonio | TX | (210) 223-1181 |
| 1 | Bazargan, Sadaf | N | Tampa | FL | (813) 903-4630 |
| 1 | Bennett, Steven | PMM | Greenwich | CT | (203) 863-3448 |
| 1 | Blinderman, Craig | PLM | Boston | MA | |
| 1 | Brownlow, Roy | ANES | Newnan | GA | (770) 252-7557 |
| 1 | Columbus, David | ANES, PAIN | New Port Richey | FL | (727) 846-7618 |
| 1 | Cook, David | N | Cary | NC | (919) 460-5405 |
| 1 | Creighton, Christopher | ANES, PAIN | Saint Louis | MO | (314) 996-9100 |
| 1 | D'Olimpio, James | IM, ONC, PCP | New Hyde Park | NY | (516) 734-8900 |
| 1 | Gallant, James | IM | Corvallis | OR | (541) 758-0766 |
| 1 | Gibbs, William | PAIN, PM, REHAB | Sprngfld Gdns | NY | (718) 969-7900 |
| 1 | Grant, Paul | ANES, PAIN | Fort Worth | TX | (817) 332-6092 |
| 1 | Gruener, Daniel | P | Jenkintown | PA | (215) 624-1300 |
| 1 | Gudin, Jeffrey | PAIN, PMM | Englewood | NJ | |
| 1 | Hedrick, William | PM, REHAB | Fort Wayne | IN | (260) 969-6202 |
| 1 | Huang, Charles | PMD | Wellington | FL | (561) 791-1141 |
| 1 | Jahani, Sam | IM | Delta | CO | (970) 874-9977 |
| 1 | Jones, Byron | PM, PMM, REHAB | Lakewood | CO | (303) 985-4703 |
| 1 | Litman, Steven | ANES, PAIN | Bay Shore | NY | (631) 665-0075 |
| 1 | Martin-Davis, Nicholette | PAIN, PM, REHAB | Washington | DC | (301) 860-0305 |
| 1 | McMillen, James | IM, RHU | Mechanicsburg | PA | (717) 766-7300 |
| 1 | Melvin, Eugene | ANES, PAIN | Orlando | FL | (407) 649-7800 |
| 1 | Michna, Edward | PAIN | Chestnut Hill | MA | (617) 732-9060 |
| 1 | Miliman, Angela | FM, PAIN | BALTIMORE | MD | |
| 1 | Mueller, Scott | FM | Mechanicsburg | PA | (717) 791-2560 |
| 1 | Muresan, Carmen | PAIN | Miami | FL | (217) 413-1116 |
| 1 | Nasef, Sherif | RHU | Lake Havasu City | AZ | (928) 854-4400 |
| 1 | Perdikis, George | NS, PAIN | Lancaster | CA | (661) 940-5155 |
| 1 | Pociask, Stephen | PMD | Charlotte | NC | (704) 512-4469 |
| 1 | Radnovich, Richard | FSM, UNK | Boise | ID | (208) 939-2100 |
| 1 | Ross, Edgar | ANES | Chestnut Hill | MA | (617) 732-9060 |
| 1 | Saxton, Ernestina | N | Los Angeles | CA | (310) 556-0765 |
| 1 | Schneider, Jennifer | IM | Tucson | AZ | (520) 721-7886 |
| 1 | Somerville, Judson | ANES, PMD | Laredo | TX | (956) 717-2962 |
| 1 | Sun, Kenneth | PAIN | Wind Gap | PA | (610) 863-8598 |

| Name | Specialty | City | State | Phone |
|---|---|---|---|---|
| Tyler, John | PAIN, PM, REHAB | Colorado Springs | CO | (719) 599-5753 |
| Vrablik, Robert | PMD | DOVER | NJ | (973) 989-3123 |
| Whitten, Thomas | PAIN, PMM | Greensburg | PA | (724) 600-0607 |
| Abebe, Sheila | | Indianapolis | IN | |
| Ahmad, Mahmood | ANES | Sherwood | AR | (501) 834-7246 |
| Akbik, Hammam | ANES | West Chester | OH | (513) 584-0909 |
| Alhaj, George | ANES, PAIN | Oklahoma City | OK | (405) 620-4900 |
| Anderson, Wayne | N | San Francisco | CA | (415) 558-8584 |
| Arbuck, Dmitry | P, PAIN | Carmel | IN | (317) 814-1000 |
| Aronoff, Gerald | PAIN, PMM | Charlotte | NC | (704) 347-3447 |
| Azevedo, Michael | IM, PM | Fresno | CA | (559) 325-3070 |
| Baylor, George | PAIN | Roanoke | VA | |
| Behravan, Darien | ANES, PAIN | San Leandro | CA | (510) 614-9200 |
| Bennett  Daniel | ANES | Westminster | CO | (303) 487 0932 |
| Biskup  William | AM  ANES  PAIN | Hamilton | NJ | (609) 890 4080 |
| Black  Matthew | ANES  PAIN | Naples | FL | (239) 263 5501 |
| Bowman  Richard | ANES  PM  REHAB | Charleston | WV | (304) 347 6120 |
| Boyd  Scott | PAIN  PMD | Lafayette | CO | (303) 926 7360 |
| Brennan  Michael | PM  REHAB | Fairfield | CT | (203) 255 6780 |
| Brown  Paul | RHU | Seattle | WA | (206) 587 0693 |
| ampo  Salvatore | ANES  GP | Dallas | TX | (214) 324 1442 |
| anlas  Bernard | ANES | Jacksonville | FL | (904) 306 9860 |
| arter  Mary | AM  PAIN | Syosset | NY | (516) 496 6475 |
| ouch  John | PAIN  PMM | Mobile | AL | (251) 478 4900 |
| rowley  Henry | ANES | Fall River | MA | (508) 672 2290 |
| Dodenbier  Cindie | PMD | Ogden | UT | |
| Edmondson  Everton | N  Other | Houston | TX | (713) 797 1180 |
| Ellias  Mazin | PAIN  PMD | Wausau | WI | (715) 847 2408 |
| Epstein, Lawrence | ANES | White Plains | NY | (914) 289-1507 |
| Fanto, Steve | PM, REHAB | Scottsdale | AZ | (480) 502-0250 |
| Ferraro, Connie | ONC | Independence | OH | |
| Fisher, Philip | PAIN, PM, REHAB | Barboursville | WV | (304) 736-2981 |
| Freedman, Gordon | ANES, PAIN | New York | NY | (212) 288-2180 |
| Frey, Michael | PM, REHAB | Fort Myers | FL | (239) 437-8000 |
| Gaither, James | PUD | Indianapolis | IN | (317) 849-8222 |
| Gatz, Bart | ANES, PMM | Boynton Beach | FL | (561) 369-7644 |

| | | | | |
|---|---|---|---|---|
| Gerber, Marc | PAIN, PM, REHAB | Orlando | FL | (407) 822-8875 |
| Granick, Joel | MEONC | Burlington | WI | (847) 872-6419 |
| Grove, Julian | ANES, PAIN | Phoenix | AZ | (480) 222-7246 |
| Guarino, Anthony | ANES, PAIN | Saint Louis | MO | (314) 996-8891 |
| Haider, Nameer | PAIN, PM, REHAB | Utica | NY | (315) 733-1384 |
| Hoffberg, Howard | PM, REHAB | Owings Mills | MD | (410) 363-7246 |
| Hussey, Desmond | N | Naples | FL | (239) 649-8833 |
| Hymes, Jayson | ANES | Beverly Hills | CA | (310) 657-6300 |
| Irwin, Bruce | ANES | Libertyville | IL | (847) 549-1609 |
| Johnson, Benjamin | PM, PMD | Hermitage | TN | (615) 872-9966 |
| Jones, Dwayne | ANES, PAIN | Shawnee | KS | (913) 322-6370 |
| Jorgensen, Douglas | PMD | Manchester | ME | (207) 622-4500 |
| Kefer, Catherine | ONC | Springfield | IL | |
| Kelly  James | ANES  UNK | Kankakee | IL | (815) 932 7246 |
| Kesten  Jeffrey | PM  REHAB | Golden | CO | (303) 277 0700 |
| Kizelshteyn  Grigory | ANES | West Harrison | NY | (914) 289 1507 |
| Knab  John | ANES  PAIN | Wilmington | NC | (910) 442 1200 |
| Laham  Riad | ANES | Kirtland Hills | OH | (440) 449 7246 |
| Le  Son | PM  REHAB | Hermitage | TN | (615) 872 9966 |
| Leal  Liza | FM  PAIN | Sugar Land | TX | (281) 265 6565 |
| Leo  Paul | ANES | Thornton | CO | (303) 286 5067 |
| Lopez  Nichole | FM  PAIN | Rockville Centre | NY | (516) 764 7246 |
| Morales  Alfonso | FM  PAIN | Saint Paul | MN | (651) 644 6002 |
| Moufawad  Sami | PAIN | Bedford | OH | (440) 786 9886 |
| Mulder  John | FM | Grand Rapids | MI | (616) 235 5100 |
| Nalamachu  Srinivas | IM  PM | Overland Park | KS | (913) 599 2440 |
| Nath  Heather | ANES  PAIN | Portage | IN | (219) 921 1444 |
| Nolan  Joseph | ANES  PAIN | Charleston | SC | (843) 797 3636 |
| Ong  Robert | ANES | Elkhorn | WI | (262) 741 2326 |

| | | | | |
|---|---|---|---|---|
| Panjabi, Ravi | ANES, PAIN | Castro Valley | CA | (510) 582-8555 |
| Passik, Steven | P | New York | NY | (646) 888-0022 |
| Pendergrass Susan | PMD | Columbia | MO | (573) 999 7284 |
| Pierce  Jeff | PM  REHAB | Troy | MI | (248) 680 9000 |
| Reinking Jeffrey | PM  REHAB | Auburn | CA | (530) 888 1118 |
| Reusswig  Peter | ANES | Thornton | CO | (303) 286 5066 |
| Rhiner  Michelle | AM | Alta Loma | CA | (909) 319 1603 |
| Rho  James | PAIN | Rancho Cucamonga | CA | (909) 931 7246 |
| Rivera Weiss  Michael | ANES  PAIN | Carrollton | GA | (770) 812 5720 |
| Rosenberg  Jerrold | PM  REHAB | Providence | RI | (401) 453 5030 |
| Rosenblum  Stuart | ANES | Portland | OR | (503) 517 3785 |
| Rosenfeld  David | ANES | Starkville | MS | (662) 615 2970 |
| Ruan  Xiulu | PAIN | Mobile | AL | (251) 478 4900 |
| Scheuermann  Julie | AM  PAIN | Stony Brook | NY | |
| Schou, Michael | PAIN, PMD | Miami | FL | (305) 835-6000 |
| Shaiova, Lauren | PM, REHAB | New York | NY | (212) 423-6491 |
| Shurman, Joseph | ANES | La Jolla | CA | (858) 565-9666 |
| Simon, Steven | PM, REHAB | Overland Park | KS | 913 599 2440 |
| Singh, Manish | N | Cape May Court House | NJ | (609) 465-7780 |
| Sobel, Richard | P | Philadelphia | PA | (215) 731-1901 |
| Sorensen, Raymond | ANES, PAIN | Tulsa | OK | (918) 496-5195 |
| Soriano, Edward | PM, PMD, REHAB | Baltimore | MD | 410-601-6597 |
| Spagnoletti, Louis | PM, REHAB | Marlton | NJ | (856) 983-9001 |
| Sparks, Lisa | PAIN, PMM | Phoenix | AZ | 602-993-2959 |
| Spector, Paul | FM, PAIN, PMD | Richmond | VA | (804) 320-8570 |
| Spinelli, Kim | PAIN | Colorado Springs | CO | |
| Stewart  David | ANES | Snellville | GA | (770) 982 3661 |
| Stone  Carissa | PMD | Tampa | FL | (813) 877 6191 |
| Stoner  J  Fred | PTH | New Castle | PA | (724) 658 6367 |

| | | | | |
|---|---|---|---|---|
| Tham, William | IM, PM | Annapolis | MD | (410) 266-2700 |
| Trimarco  Donna | AM  ANES  PAIN | Setauket | NY | |
| Valenza, Joseph | PM, REHAB | Chester | NJ | (973) 252-6402 |
| Vallerand, April | PAIN | Detroit | MI | |
| Waghmarae  Romanth | ANES  PAIN | Buffalo | NY | (716) 446 5900 |
| Weingarten  Alexander | PAIN | Syosset | NY | (516) 496 4964 |
| Wellington  Joshua | ANES  PM  REHAB | Indianapolis | IN | (317) 274 5901 |
| Wik  Daniel | PM  REHAB | Omaha | NE | 402 391 7246 |
| Wilensky  Bonnie | PAIN | Boulder | CO | (303) 441 0409 |
| Wolf  Marcia | PM  REHAB | Pikesville | MD | (410) 484 2855 |
| Zimmerman  Amanda | PAIN | Winston Salem | NC | |

| AMFE Territory | Fentora Class | Fentora Programs |
|---|---|---|
| 81160000 | National | 0 |
| 81140000 | Local | 0 |
| 81110000 | Local | 0 |
| 81110000 | Local | 1 |
| 81140000 | Regional | 0 |
| 81140000 | Regional | 1 |
| 81130000 | Regional | 0 |
| 81170000 | Local | 0 |
| 81110000 | Regional | 1 |
| 81180000 | Local | 1 |
| 81110000 | Local | 0 |
| 81160000 | Local | 1 |
| 81110000 | National | 0 |
| 81110000 | National | 0 |
| 81150000 | Local | 0 |
| 81140000 | Regional | 0 |
| 81170000 | Local | 0 |
| 81170000 | Regional | 10 |
| 81110000 | Local | 1 |
| 81130000 | Regional | 0 |
| 81110000 | National | 19 |
| 81140000 | Local | 2 |
| 81110000 | Regional | 0 |
| 81130000 | National Non-Physician | 0 |
| 81110000 | Local | 0 |
| 81140000 | Local | 3 |
| 81170000 | Regional | 0 |
| 81180000 | Local | 3 |
| 81130000 | Regional | 0 |
| 81170000 | Regional | 0 |
| 81110000 | Regional | 0 |
| 81180000 | Local | 0 |
| 81170000 | Regional | 0 |
| 81160000 | Local | 0 |
| 81110000 | Local | 1 |

| | | |
|---|---|---|
| 81170000 | Regional | 0 |
| 81110000 | Local | 0 |
| 81120000 | Regional | 1 |
| | National Non-Physician | |
| 81160000 | Local | 2 |
| 81120000 | Regional | 3 |
| 81160000 | Regional | 0 |
| 81180000 | National | 37 |
| 81150000 | National | 9 |
| 81130000 | National | 2 |
| 81180000 | Regional | 0 |
| 81130000 | Regional | 6 |
| 81180000 | Local | 0 |
| 81170000 | National | 0 |
| 81110000 | Regional Non Physician | 1 |
| 81140000 | Regional | 1 |
| 81130000 | Regional | 5 |
| 81170000 | Regional | 1 |
| 81110000 | National | 0 |
| 81180000 | Regional | 20 |
| 81160000 | Local | 0 |
| 81140000 | Regional | 5 |
| 81110000 | National Non Physician | 6 |
| 81140000 | Regional | 0 |
| 81110000 | Local | 4 |
| 81170000 | Regional Non Physician | 4 |
| 81160000 | Local | 7 |
| 81150000 | Regional | 1 |
| 81110000 | Regional | 1 |
| 81170000 | Regional | 0 |
| | National Non-Physician | 7 |
| 81130000 | Local | 2 |
| 81110000 | Regional | 6 |
| 81140000 | Local | 5 |
| 81150000 | Local | 0 |
| 81140000 | National | 6 |

| 81140000 | National | 8 |
|---|---|---|
| 81150000 | Regional | 0 |
| 81170000 | Regional | 16 |
| 81170000 | National | 23 |
| 81110000 | Local | 5 |
| 81130000 | Regional | 0 |
| 81140000 | Local | 4 |
| 81180000 | Regional | 0 |
| 81150000 | Regional | 0 |
| 81120000 | Local | 6 |
| 81170000 | Regional | 2 |
| 81110000 | Regional | 3 |
|  | National Non-Physician | 1 |
| 81150000 | Local | 0 |
| 81170000 | Regional | 11 |
| 81110000 | Local | 0 |
| 81130000 | Regional | 10 |
| 81120000 | National | 25 |
| 81120000 | Regional | 1 |
| 81160000 | Local | 0 |
| 81170000 | Regional | 0 |
| 81110000 | Local | 3 |
| 81150000 | Regional | 1 |
| 81120000 | Regional | 1 |
| 81150000 | Regional | 0 |
| 81170000 | National | 27 |
| 81150000 | Local | 0 |
| 81130000 | Local | 1 |
| 81150000 | Local | 0 |

| 81180000 | Local | 0 |
|---|---|---|
| 81110000 | National | 2 |
| 81170000 | National Non Physician | 6 |
| 81150000 | Regional | 1 |
| 81180000 | National | 3 |
| 81170000 | Regional | 0 |
| 81180000 | National Non Physician | 1 |
| 81180000 | Local | 0 |
| 81120000 | Regional | 3 |
| 81110000 | Regional | 0 |
| 81180000 | Regional | 8 |
| 81160000 | Local | 2 |
| 81140000 | Regional | 3 |
|  | Regional Non Physician | 5 |
| 81140000 | Regional | 2 |
| 81110000 | National | 4 |
| 81180000 | Regional | 0 |
| 81170000 | National | 2 |
| 81110000 | Regional | 1 |
| 81110000 | Regional | 5 |
| 81160000 | Local | 0 |
| 81130000 | National | 7 |
| 81110000 | National | 8 |
| 81170000 | Regional | 0 |
| 81130000 | National | 4 |
|  | National Non-Physician | 2 |
| 81130000 | Regional | 7 |
| 81140000 | Regional | 10 |
| 81120000 | Regional | 0 |

| 81130000 | Local | 2 |
|---|---|---|
| | Regional Non Physician | 0 |
| 81110000 | National | 22 |
| | National Non-Physician | 3 |
| 81120000 | National | 21 |
| 81110000 | Local | 2 |
| 81150000 | National | 16 |
| 81170000 | Local | 0 |
| 81170000 | Regional Non Physician | 4 |
| 81130000 | Regional | 5 |
| | Local Non Physician | 2 |

| Comments from field 11/23/10 | Amrix Class | Amrix Programs |
|---|---|---|
| | | 0 |
| REMOVE | | 0 |
| | | 0 |
| | | 0 |
| | Regional | 0 |
| REMOVE | | 0 |
| Speaker can be deleted | | 0 |
| | | 0 |
| Discontinue.  Even though he is one of a few Fentora speakers that is an oncologist the hospital he works for sees a conflict of interest when he is involved with industry.  I don't think he will be able to speak in the future. | | 0 |
| New speaker, keep in systemS; DR. Gallant should remain on the speakers bureau.  Although an IM physician, he has good experience with Fentora and is able to articulate the benefits of Fentora to his audience very well. He will be used in 2011 | | 0 |
| Should continue.  Just got approved to start speaking on Oct.  He will be utilized next year. | Local | 5 |
| Keep on the bureau as he is the only local speaker for the two Ft. Worth territories. | | 0 |
| Ok to remove | | 0 |
| Discontinue.  I know he is a national speaker but it seems most pain management doctors are burnt out on him. | National | 1 |
| delete | | 0 |
| REMOVE | | 0 |
| | | 0 |
| | | 0 |
| Discontinue.  Not very  outgoing and not especially well liked by other pain management practitioners. | | 0 |
| | | 0 |
| Good speaker utilized by many TSS's on East Coast.  Continue on bureau. | National | 8 |
| REMOVE | | 0 |
| | | 0 |
| Ok to remove | | 0 |
| Ok to remove | | 0 |
| REMOVE | | 0 |
| | | 0 |
| | | 0 |
| Speaker can be deleted | | 0 |
| Should not remain on Bureau. Although  knowledgeable, he does not present the information well. He would not be used in 2011 | Regional | 0 |
| | | 0 |
| | | 0 |
| | | 0 |
| | | 0 |
| Ok to remove | | 0 |

| | | |
|---|---|---|
| Has not been used buy only speaker in south CO territory. Rep would like to keep | | 0 |
| Discontinue.  It has been indicated to me that this physican may not want to speak anymore. | | 0 |
| Ok to remove | | 0 |
| | | |
| | | 0 |
| Keep | | 0 |
| | | 0 |
| | National | 8 |
| | National | 0 |
| | National | 7 |
| YES - Mike would like to use this speaker throughout his territory next year.  He is well-respected and skilled with opioids and Fentora. | | 0 |
| | | 0 |
| Dr. Beharivan was re-added to the speakers bureau in early 2010 and then the representaitve transferred to a different division.  I have not had the opportunity to hear him speak and evaluate.  I would like to keep him on the speakers bureau for 2011 in order to be able to utilize and evaluate. | | 0 |
| has done several studies w fentora very personable and would be a good option | | 0 |
| Should continue   The only knowledgeable and influencial speaker in the Trenton area | | 0 |
| Matthew Black should remain on our speaker bureau in 2011 | | 0 |
| Keep | Regional | 4 |
| can do a good job for specific audiences  opinionated but very knowledgable | Regional | 0 |
| | | 0 |
| | National | 12 |
| Keep on the bureau   He is a decent local speaker for programs in and around the Dallas area. | | 0 |
| Bernard Canlas should remain on our speaker bureau in 2011 | | 0 |
| Should continue   Excellent  knowledgeable speaker with great connections to other NP's that practice pain management | National Non Physician | 3 |
| | | 0 |
| | | 0 |
| | | 0 |
| | | 0 |
| Has relationships with many Pain targets in Central WI and can continue as a speaker.  He is a thought leader and respected speaker in this area for both Amrix & Fentora. | Regional | 3 |
| | | 0 |
| YES - Liz plans on using him for local talks next year. | | 0 |
| | | |
| Keep | | 0 |
| Should continue.  Good speaker with the ability to attract other pain management doctors to his programs | Regional | 1 |
| Michael Frey should remain on our speaker bureau in 2011. | | 0 |
| | | 0 |
| Bart Gatz should remain on our speaker bureau in 2011. | National | 6 |

| | | |
|---|---|---|
| Marc Gerber should remain on our speaker bureau in 2011. | Local | 0 |
| Moved to Arizona. Could be a good oncology speaker. | | 0 |
| | Regional | 7 |
| | National | 11 |
| | | 0 |
| Was not used due to territory vacancy.  Continue on bureau. Full CV in Cogenix.  Board Certified in Physical Medicine and Rehabilitation  Board Certified in Pain Medicine – February 1999 Recertified Mar 7, 2009 until 2019  Fellow, American Academy of Pain Medicine (2003 - present)  Board Certified American Board of Physical Medicine and Rehabilitation,  Pain Medicine subspecialty – Sept. 2003 (valid until Dec. 31, 2013). | Regional | 6 |
| Desmond Hussey should remain on our speaker bureau in 2011. | | 0 |
| | | 0 |
| Product experience, good speaker, local speaker | | 0 |
| | | 0 |
| | Regional | 0 |
| | | 0 |
| Trained On:  (Fentora) New Dimensions in Pain Dialogues - Allied Health Deck | | |
| | | 0 |
| | Regional | 4 |
| | | 0 |
| | Regional | 1 |
| Keep | National | 30 |
| Yes  keep as speaker | | 0 |
| | | 0 |
| very knowledgable on fentora | | 0 |
| Should continue   Very good even handed speaker | | 0 |
| | | 0 |
| Keep | Regional | 5 |
| | | 0 |
| despite the fact that Dr  Nalamachu has recently done many programs  he is not a very strong speaker. He does not have an active practice at this time ( mainly research) and has not been impressive during the teleconference series | National | 23 |
| Should be kept as she is a good speaker  and will probably be used more next year | | 0 |
| | | 0 |
| Decent speaker  local speaker | | 0 |

| | | |
|---|---|---|
| He did not speak in 2011, but this could be due to not having a rep in the territory for the second half of 2011.  I would suggest keeping him on the bureau for 2011 in order to have the opportunity to utilize and evaluate as a speaker. | | 0 |
| Should continue. One of our best speakers.  Should be utilized more and he will be if we decide to implement abuse, addiction, and diversion programs again, which I definitely recommend | | 0 |
| | | 0 |
| Keep | Regional | 3 |
| | | 0 |
| | | 0 |
| I am not familiar with Michelle Rhiner as she is being used by Sci Medica for the Nursing professionals program in Redwood City.  Meghan will be attending this program and will be able to provide feedback at that time. | | 0 |
| YES   We plan on using this speaker next year and would like to keep him as a local speaker for the inand empire. | | 0 |
| He has moved back to Ohio and is now in Mike Morreale s Area | Regional | 0 |
| | Regional | 12 |
| | | 0 |
| | | 0 |
| | Regional | 0 |
| Trained On   (Fentora) New Dimensions in Pain Dialogues   Allied Health Deck | | |
| Michael Schou should remain on our speaker bureau in 2011. | Regional | 1 |
| Should continue.  Not a great speaker in the classic sense but is very influencial in the local and national pain management arena | | 0 |
| YES - He is a national thought leader and Tony would like to use him. | | 0 |
| | National | 1 |
| Should continue.  The only good speaker in South Jersey.  Is well respect and experienced. | | 0 |
| Associate Clinical Professor at Jefferson Health System.  Continue on bureau. | | 0 |
| I think Dr. Sorensen should stay on the speakers panel for at least one more year. Due to the political nature of the pain management groups in Tulsa, it is difficult to take a local pain doctor into another pain doctor's office. It is, however, helpful to have a local speaker available to speak to primary care physicians, especially if we need a local speaker to potentially roll out the REMS program. | | 0 |
| | National | 8 |
| Should continue.  Good speaker in the south western part of NJ where there is not a lot of them | National | 1 |
| YES - Liz will like to use this speaker for REMS | Regional | 0 |
| | National | 4 |
| Trained On:  (Fentora) New Dimensions in Pain Dialogues - Allied Health Deck | | |
| | Regional | 0 |
| Carissa Stone should remain on our speaker bureau in 2011 | Regional | 4 |
| FENTORA speaker being utilized in Pittsburgh and surrounding cities  3 programs just booker for December 2010.  3 programs cancelled in October 2010. Also will travel to West Virginia.  Continue on bureau. | Regional | 0 |

| | | |
|---|---|---|
| Dr. Tham is Board Certified in PM&R after attending Albert Einstein College of Medicine in New York. He has an undergraduate degree in Psychology which adds to expertise in working within pain medicine. Dr. Tham founded PMPMA in 1994. He has participated as a member of the Alternative MEDICINE Program Advisory Council for the National Institute of Health, as well as other community initiatives.<br><br>Good speaker.  2 programs being booked for December 2010.  Was not utilized due to territory vacancy.  Continue on bureau. | | 0 |
| Trained On   (Fentora) New Dimensions in Pain Dialogues    Allied Health Deck | | |
| Should continue.  One of our most valuable speaking resources. | National | 16 |
| Trained On:  (Fentora) New Dimensions in Pain Dialogues - Allied Health Deck | | |
| | National | 9 |
| Should continue   Influencial local speaker   NY pain doctors love to hear what he has to say. | | 0 |
| | | 0 |
| Understands REMS better than most   Speaks for several other companies   marginal credibility with physicians. | | 0 |
| | | 0 |
| Good speaker for Mid Atlantic Area   Director of Mid Atlantic Pain Society   Continue on bureau. | | 0 |
| Trained On   (Fentora) New Dimensions in Pain Dialogues   Allied Health Deck & (Fentora) Fentora for Breakthrough Pain in Patients with Cancer | | |

| * Total Programs | YTD Honoraria | Add Date |
|---|---|---|
| 0 | $0.00 | 12/11/2006 |
| 0 | $0.00 | 2/13/2006 |
| 0 | $0.00 | 6/18/2009 |
| 1 | $1,000.00 | 7/17/2008 |
| 0 | $0.00 | 10/1/2010 |
| 1 | $1,500.00 | 1/4/2006 |
| 0 | $0.00 | 10/16/2006 |
| 0 | $0.00 | 3/4/2008 |
| 1 | $1,500.00 | 1/1/2004 |
| 1 | $1,000.00 | 1/1/2004 |
| 5 | $5,000.00 | 6/18/2010 |
| 1 | $1,000.00 | 8/17/2005 |
| 0 | $0.00 | 11/2/2009 |
| 1 | $1,900.00 | 1/1/2004 |
| 0 | $0.00 | 10/16/2006 |
| 0 | $0.00 | 10/6/2006 |
| 0 | $0.00 | 1/2/2008 |
| 10 | $12,800.00 | 10/26/2006 |
| 1 | $1,000.00 | 3/21/2007 |
| 0 | $0.00 | 1/29/2007 |
| 27 | $47,650.00 | 1/1/2004 |
| 2 | $2,000.00 | 6/18/2009 |
| 0 | $0.00 | 10/16/2006 |
| 0 | $0.00 | 9/7/2010 |
| 0 | $0.00 | 7/3/2008 |
| 3 | $3,000.00 | 7/7/2009 |
| 0 | $0.00 | 4/5/2007 |
| 3 | $2,750.00 | 1/1/2004 |
| 0 | $0.00 | 2/28/2007 |
| 0 | $0.00 | 7/3/2008 |
| 0 | $0.00 | 3/21/2006 |
| 0 | $0.00 | 8/17/2006 |
| 0 | $0.00 | 1/1/2004 |
| 0 | $0.00 | 10/26/2006 |
| 1 | $1,000.00 | 7/26/2007 |

| | | |
|---|---|---|
| 0 | $0.00 | 10/9/2006 |
| 0 | $0.00 | 3/16/2007 |
| 1 | $1,500.00 | 1/1/2004 |
| | | |
| 2 | $2,000.00 | 10/16/2006 |
| 3 | $4,500.00 | 5/20/2005 |
| 0 | $0.00 | 5/25/2006 |
| 45 | $82,300.00 | 5/25/2006 |
| 9 | $15,900.00 | 1/2/2008 |
| 9 | $10,950.00 | 1/1/2004 |
| 0 | $0.00 | 5/25/2006 |
| 6 | $9,000.00 | 7/23/2004 |
| 0 | $0.00 | 4/9/2010 |
| 0 | $0 00 | 5/25/2006 |
| 1 | $1 500 00 | 3/22/2010 |
| 1 | $1 500 00 | 1/1/2004 |
| 9 | $13 500 00 | 2/10/2006 |
| 1 | $1 500 00 | 3/22/2007 |
| 0 | $0 00 | 7/3/2007 |
| 32 | $57 600 00 | 4/30/2009 |
| 0 | $0 00 | 10/18/2006 |
| 5 | $7 500 00 | 1/1/2004 |
| 9 | $11 500 00 | 9/9/2010 |
| 0 | $0 00 | 10/19/2006 |
| 4 | $4 000 00 | 5/2/2006 |
| 4 | $3 000 00 | 3/2/2005 |
| 7 | $6 750 00 | 6/2/2010 |
| 4 | $6 000 00 | 5/30/2007 |
| 1 | $1,500.00 | 4/9/2007 |
| 0 | $0.00 | 1/1/2004 |
| | | |
| 2 | $2,000.00 | 3/31/2009 |
| 7 | $10,500.00 | 2/10/2006 |
| 5 | $5,000.00 | 6/11/2008 |
| 0 | $0.00 | 1/7/2008 |
| 12 | $17,800.00 | 2/26/2007 |

| | | |
|---|---|---|
| 8 | $15,200.00 | 10/5/2010 |
| 0 | $0.00 | 11/28/2007 |
| 23 | $35,000.00 | 10/18/2006 |
| 34 | $60,200.00 | 1/1/2004 |
| 5 | $5,000.00 | 6/24/2009 |
| 6 | $9,000.00 | 10/16/2006 |
| 4 | $4,000.00 | 9/12/2008 |
| 0 | $0.00 | 4/23/2007 |
| 0 | $0.00 | 11/10/2004 |
| 6 | $5,750.00 | 1/1/2004 |
| 2 | $3,000.00 | 10/6/2010 |
| 3 | $4,500.00 | 3/1/2005 |
| | | |
| 0 | $0 00 | 1/1/2004 |
| 15 | $21 000 00 | 9/20/2010 |
| 0 | $0 00 | 1/1/2004 |
| 11 | $15 650 00 | 9/27/2010 |
| 55 | $87 850 00 | 1/1/2004 |
| 1 | $1 500 00 | 12/12/2006 |
| 0 | $0 00 | 10/26/2006 |
| 0 | $0 00 | 6/13/2007 |
| 3 | $3 000 00 | 1/11/2006 |
| 1 | $1 500 00 | 6/4/2007 |
| 6 | $9 000 00 | 10/6/2006 |
| 0 | $0 00 | 4/11/2006 |
| 50 | $74 800 00 | 1/1/2004 |
| 0 | $0 00 | 11/5/2009 |
| 1 | $1 000 00 | 6/8/2010 |
| 0 | $0 00 | 2/19/2007 |

| | | |
|---|---|---|
| 0 | $0.00 | 3/26/2007 |
| 2 | $3,400.00 | 10/11/2004 |
| 6 | $7 500 00 | 9/9/2010 |
| 4 | $6 000 00 | 9/16/2004 |
| 3 | $5 700 00 | 9/24/2008 |
| 0 | $0 00 | 1/1/2004 |
| 1 | $1 000 00 | 9/7/2010 |
| 0 | $0 00 | 11/27/2007 |
| 3 | $4 500 00 | 10/5/2010 |
| 12 | $14 500 00 | 6/1/2005 |
| 8 | $9 800 00 | 1/1/2004 |
| 2 | $2 000 00 | 7/7/2009 |
| 3 | $4 500 00 | 6/11/2009 |
| 3 | $4,500.00 | 10/23/2006 |
| 4 | $7,200.00 | 1/1/2004 |
| 0 | $0.00 | 7/27/2007 |
| 3 | $5,700.00 | 7/3/2007 |
| 1 | $1,500.00 | 7/20/2005 |
| 5 | $7,500.00 | 1/2/2008 |
| 0 | $0.00 | 5/25/2006 |
| 15 | $28,100.00 | 1/1/2004 |
| 9 | $17,100.00 | 1/1/2004 |
| 0 | $0.00 | 1/1/2004 |
| 8 | $14,800.00 | 1/1/2004 |
| 7 | $10 000 00 | 10/9/2007 |
| 14 | $21 000 00 | 8/3/2004 |
| 0 | $0 00 | 10/5/2010 |

| | | |
|---|---|---|
| 2 | $2,000.00 | 10/16/2006 |
| | | |
| 38 | $66,000.00 | 1/1/2004 |
| | | |
| 30 | $53 050 00 | 1/1/2004 |
| 2 | $2 000 00 | 3/5/2010 |
| 16 | $28 800 00 | 10/16/2006 |
| 0 | $0 00 | 8/4/2008 |
| 4 | $5 250 00 | 8/16/2005 |
| 5 | $7 500 00 | 4/8/2009 |
| | | |

| Speaker Name | Specialty | City | State | Office Phone | AMFE Territory | Comments |
|---|---|---|---|---|---|---|
| Basu, Sanghamitra | PMD | Las Vegas | NV | | | Dr. Sanghamitra is respected in the pain management specialty in Las Vegas.  She is willing to conduct programs locally and we currently do not have a speaker in this market. |
| Dr Phillip Matthews | PMD | Bellvue | WA | | | |
| Halter, Mitchell | PMD | Tuscon | AZ | | | Dr. Halter is a respected pain management professional in Tucson and is skilled with opioids.  We would use him for Tucson-based lunch and dinner CSPs. |
| Joshi  Jay | PMD | | IL | | | Dr. Joshi is currently a National Speaker for Amrix.  He is able and willing to travel around the Midwest, which does not have a lot of speakers.  He has done National training for Amrix and would be a very valued speaker to have in Illinois as Dr. Irwin is likely on the physically unable to perform list. |
| Kabazie, Abraham J | Pain | Pittsburg | PA | 412-578-5635 | | Chief, Division of Pain Medicine The Western Pennsylvania Hospital & The Western Pennsylvania Hospital Forbes Regional Campus Medical Director, The Western Pennsylvania Hospital Institute for Pain Medicine |
| Karver  Sloan | | Tampa | FL | | | |
| Lee, Marion | | Tifton | GA | | | |
| Leonard-Burns, Sophia | Pain | Annapolis | MD | 410-266-2700 | | Physician Assistant specializing in the pain management treatment of acute, chronic, and cancer pain. American Academy of Physician Assistants Maryland Academy of Physician Assistants National Commission on Certification of P.A. State of Maryland - PA |
| Levy, Michael | ONC Pain | Phildelphia | PA | 215-728-3544 | | Vice Chairman, Medical Oncology; Director, for Fox Chase Cancer Center. Top doctors 2010 Medical Oncology/ Cancer Pain. **Fellowship:** Hematology-Oncology, Hospital of the University of Pennsylvania  **Certifications:** American Board of Internal Medicine: Internal Medicine, Medical Oncology, Hospice and Palliative Care; American Board of Hospice and Palliative Medicine |
| Mcnamee, Sheila (NP) | Anesth/Pain | Wilimington | NC | (719) 599-5753 | 81170000 | Potential addition for 2011 |
| Miguel, Rafael | | Brandon | FL | | | |
| Nicholson, Bruce | Pain | Allentown | PA | 610-402-1756 | | The Director of Pain Specialists of Greater Lehigh Valley. He is the Medical Director for the Division of Pain Management, Lehigh Valley Hospital and Health Network. He is a Clinical Associate Professor at Penn State's College of Medicine at Hershey Medical Center. Dr. Nicholson is Board Certified in anesthesiology and pain management by the American Board of Anesthesiology. |
| O'laughlin, Thomas | PMD | Fresno | CA | | | Dr. O'laughlin is very skilled with opioids and fentora.  He is a well-respected pain management specialist and Mike needs a speaker in the Fresno/Bakersfield area for next year. |
| O'Neill, Paul | PCP | Lake Havasu | AZ | | | Dr. O'Neill is actually an Oncologist and not a PCP.  He is a great fit in the Havasu and Vegas markets and would be a welcome speaker in Oncology. |
| Pagano  Joseph | | Tallahassee | FL | | | |
| Raymond Bedell | Anes, PMD | Providence | UT | | | |
| Rubino, Daniel T. | Pain | Devon | PA | 610-688-8580 | | Pain Management Specialist affiliated with Main Line Health system hospitals and cancer cenetrs. |
| Scharlach, Randall | Onc | Santa Monica | CA | | | Dr. Scharlach is an Oncologist that has considerable experience with Fentora.  We are in need of an Oncology speaker in Southern California and would like to use him next year for our Oncology CSPs. |
| Tisdall, William | Anes, PMD | San Antonio | TX | (210)541-0700 | | Dr. Tisdall is a well thought of anesthesia trained pain management physician.  He is respected by his peers in San Antonio and by other members of the Texas Pain Society.  He would be an asset to our speakers bureau. |
| Upadhyay, Asit | Pain | York | PA | 717-718-9459 | | Director of York Rehab and Pain Consultants, privleges within Well Span Health network. |
| Wynn, Brenton | PMD | San Diego | CA | | | Dr. Wynn is skilled with opioids and would be a great addtion for local programs in the San Diego market. |

| Speaker Name | Specialty | City | State | Office Phone | AMFE Territory | Fentora Class |
|---|---|---|---|---|---|---|
| Columbus, David | ANES  PAIN | New Port Richey | FL | (727) 846 7618 | 81140000 | Regional |
| Huang  Charles | PMD | Wellington | FL | (561) 791 1141 | 81140000 | Regional |
| Litman  Steven | ANES  PAIN | Bay Shore | NY | (631) 665 0075 | 81110000 | Local |
| Melvin  Eugene | ANES  PAIN | Orlando | FL | (407) 649 7800 | 81140000 | Local |
| Miliman  Angela | FM  PAIN | BALTIMORE | MD | | 81130000 | National Non Physician |
| Muresan  Carmen | PAIN | Miami | FL | (217) 413 1116 | 81140000 | Local |
| Pociask  Stephen | PMD |  harlotte | NC | (704) 512 4469 | 81130000 | Regional |
| Sun  Kenneth | PAIN | Wind Gap | PA | (610) 863 8598 | 81110000 | Local |
| Whitten  Thomas | PAIN  PMM | Greensburg | PA | (724) 600 0607 | 81120000 | Regional |

| Fentora Programs | Soft Delete | Amrix Class | Amrix Programs | * Total Programs | YTD Honoraria | Add Date |
|---|---|---|---|---|---|---|
| 1 | 2 11 11  Usage; to reduce bureau | | 0 | 1 | $1 500 00 | 1/4/2006 |
| 0 | 2 11 11  Usage; to reduce bureau | | 0 | 0 | $0 00 | 10/6/2006 |
| 1 | 2 11 11  Usage; to reduce bureau | | 0 | 1 | $1 000 00 | 3/21/2007 |
| 2 | 2 11 11  Usage; to reduce bureau | | 0 | 2 | $2 000 00 | 6/18/2009 |
| 0 | 2 11 11  Usage; to reduce bureau | | 0 | 0 | $0 00 | 9/7/2010 |
| 3 | 2 11 11  Usage; to reduce bureau | | 0 | 3 | $3 000 00 | 7/7/2009 |
| 0 | 2 11 11  Usage; to reduce bureau | | 0 | 0 | $0 00 | 2/28/2007 |
| 1 | 2 11 11  Usage; to reduce bureau | | 0 | 1 | $1 000 00 | 7/26/2007 |
| 1 | 2 11 11  Usage; to reduce bureau | | 0 | 1 | $1 500 00 | 1/1/2004 |