PSJ17 Exh 84



2010 Brand
Plan

Cephalon

FENTORA.
fentanyl buccal tablet CII

Confidential

# Table of Contents

Overview................................................................4

Executive Summary........................................8

Situation Analysis.............................................16

  Market Assessment
    Disease Background
    Treatment
    Current Competitive Landscape
    Opioid Market Performance
    Payer Landscape
    Approved ROO Competitors in 2009
    Product Development in 2010 and Beyond
    Additional Influencers: REMS

  Product
    Description
    Clinical Profile
    Positioning/Messaging
    Customer Perceptions
    FENTORA Performance
      Value and Volume
      FENTORA Target Analysis
      Source of Business
    SWOT Analysis
    Key Issues

FENTORA Secure Access Program (REMS)........48

Business Strategy..............................................52

    Overall Business Strategy
    Key Strategic Imperatives and Substrategies
    Resource Allocation
    Messaging Strategy
    Sales Force Strategy
    Clinical Strategy
    Regulatory Strategy

Financials...........................................................60

    2010 Financial Objectives
    Marketing Budget
    Contribution

Terms, References, and Appendix.....................62

    Glossary of Terms
    References
    Key Clinical Studies
    2010 FENTORA Convention Schedule

Confidential

TEVA_MDL_A_00363032





# Overview

**FENTORA** 2010 Brand Plan

## Content provided by:

## Clinical, HCS, Legal, Marketing, Market Research, Public Relations, Regulatory, Sales, Sales Operations, Medical, Sales Training, SciCom, Strategic Planning, and AMFE

This document is based on the known product situation as of June 2009. It includes strategies and tactics based on assumptions with regard to regulatory outcomes, product enhancements, and clinical development plans. Sales and Marketing promotion is currently limited to the indication listed in the product's package insert as of September 1, 2008. Any reference to breakthrough pain (BTP) in the context of strategy/promotion refers to *Breakthrough pain in opioid tolerant patients with cancer.*

This is an internal planning document and is not intended for promotional use, but for review and/or reference of internal stakeholders.

Confidential

TEVA_MDL_A_00363034



# Overview

## FENTORA 2010 Brand Plan

### Overview

The *FENTORA* Marketing Team is pleased to provide you with the 2010 *FENTORA* Brand Plan. This document will provide in-depth coverage on the disease state, the marketplace, competition, product features and performance, key issues faced, and finally, the *FENTORA* business strategy and overview of 2010 tactics.

The National Pharmaceutical Council estimated that 50 million Americans suffer from chronic pain.[1] Chronic pain consists of 2 components: persistent pain and BTP.[1] While not all chronic pain patients suffer from BTP, prevalence studies have found that an estimated 51% to 89% of patients experience BTP episodes. BTP has been defined as a transitory exacerbation, or flare, of a moderate to severe pain that occurs in patients on chronic opioid therapy with otherwise stable persistent pain. BTP escalates to a maximum intensity in as little as 3 minutes, often strikes without warning, and typically occurs about 4 times per day.[2,3]

The distinct characteristics of BTP make it a challenge to manage. There are no validated assessment tools and no clear guidelines on optimal treatment regimens. Market research findings show that adjusting the long-acting opioids (LAOs) and/or adding short-acting opioids (SAOs) is the typical course of action when treating a BTP episode. The clinical profile of SAOs suggests that these may not be optimal treatment options, as the onset of analgesia is 30 to 45 minutes. Adding a rapid-onset opioid (ROO) like *FENTORA* is typically the last course of action, even though it is designed to match the early onset of a BTP episode.

*FENTORA* is a medication indicated for the management of BTP in opioid tolerant patients with cancer. Launched in 2006 (patent expiry 2019), *FENTORA* is the first and only buccal tablet that utilizes an OraVescent® reaction to provide onset of analgesia in as early as 15 minutes, matching the characteristics of BTP.

*FENTORA* competes in the SAO market space. The SAO category is made up of pure, combination, and ROOs (considered a subclass of the SAOs). The SAO marketplace is saturated with low-cost generics which provide healthcare professionals (HCPs) an ease of prescribing due to minimal reimbursement hurdles. Additionally, prescribers have a comfort level and familiarity with prescribing SAOs and perceive them to have minimal risk to patients. The challenge *FENTORA* faces is that based on the reasons above, prescribers do not see a meaningful value of prescribing it versus SAOs for BTP.

The ROO subclass is currently made up of Actiq®, its 3 generics,[a] and the recently approved Onsolis™ (fentanyl buccal soluble film). These are all fentanyl-based products with different delivery systems. *FENTORA* is disadvantaged in this class due to its lack of comparable high dosage strength. However, *FENTORA* and Actiq/oral transmucosal fentanyl citrate (OTFC) are available through retail distribution, whereas Onsolis is only available through a restrictive distribution system (specialty pharmacy). There are also a number of ROOs in development. These ROOs may be unintentional allies to *FENTORA,* as they will likely aid in the awareness and education around BTP as well as appropriate patient selection. However, there are foreseeable disadvantages to *FENTORA,* such as available dosage strengths, potential for earlier onset of analgesia, and alternate routes of administration, which future competitors may exploit.

---

[a] A third generic was approved October 2009 and is expected to launch Q1 2010 with an extensive risk management plan.

**Confidential**

TEVA_MDL_A_00363035

2010 will be a pivotal year for rebuilding the foundation for *FENTORA*, and a number of key events are anticipated. These include the launch of the *FENTORA* Risk Evaluation and Mitigation Strategies (REMS; SECURE Access™), the availability of head-to-head data (*FENTORA* vs OxyIR), and dosing and administration label enhancements (sublingual route of administration and high dose).

A significant market dynamic that all opioids will encounter is the requirement of a risk minimization plan. The regulatory authorities have mandated REMS. These programs must incorporate safe use elements that are measurable and effective. The REMS programs for *FENTORA* as well as for Actiq/OTFC are on an aggressive regulatory clock and will most likely be required to implement an access program substantially earlier than the LAOs and SAOs. This mandated program will have an impact on our prescribers. The nature and degree of this impact is not yet possible to determine.

The *FENTORA* 2010 brand strategy will focus on competitive issues, reimbursement challenges, and the pending REMS program currently being reviewed by the FDA. In order to achieve success in 2010, there are 3 strategic goals to be accomplished:

*1. Differentiate with a compelling value proposition*
Ensure prescribers recognize that *FENTORA* is an ideal option for those appropriate patients with cancer who are suffering from BTP episodes, because *FENTORA* matches the temporal characteristics of BTP.

*2. Reduce barriers to FENTORA treatment*
Reinvigorate the prescribers' willingness to navigate the reimbursement process so that appropriate patients have access to *FENTORA*.

Managed care recognizes the value of *FENTORA* for select patients.

*3. Flawlessly execute the SECURE Access Program*
Prescribers enroll and participate in the SECURE Access Program.

In order to compete with SAOs used for the treatment of BTP and with new ROO competitors, it will be important for Cephalon to provide appropriate support for *FENTORA*. This will include a dedicated sales force effort, nonpersonal promotion, medical education, public relations outreach, and the implementation of a robust publication plan.

With the solid strategies set forth in this document and the successful implementation of the tactical plan, it is estimated that *FENTORA* will generate $140MM in 2010.

**Confidential**

**TEVA_MDL_A_00363036**





# Executive Summary

**FENTORA Profile**

**Product Description:** Fentanyl incorporated into the OraVescent®
drug delivery platform

**Indication:** Breakthrough pain (BTP) in opioid tolerant patients with cancer

**Dosage:** 100-, 200-, 400-, 600-, 800-mcg tablets

**Administration:** Placement on the buccal mucosa

**Safety:** Similar AE profile and abuse potential to C-II opioids, REMS

**Efficacy:** 15-minute onset and up to 60-minute duration

**Key Events**

**Launched:** September 2006

**SECURE Access Program (REMS):** Estimated approval in 2010

**Response to CRL for sNDA:** Q4 2010

**Patent Expiration:** 2019 Method of Use: #6,200,604

## Performance

|  | 2007 | 2008 | 2009 |
|---|---|---|---|
| **Prescriptions** | 89,373 | 74,814 | FC ~ 65,000 |
| **Dollars (actual)** | $152,076,558 | $174,255,930 | FC – $169,083,000 (~$135,000,000 net) |
| **% to Objective** | 99% | 100% | ~97% |
| **Exit Market Share** | 27.3% | 26.9% | ~29.2% |

FC, forecast.

8

**Confidential**

TEVA_MDL_A_00363038



# Executive Summary

## Market Overview (as defined by Cephalon)

| Opioid Category | Value | | | Volume | | |
|---|---|---|---|---|---|---|
| | 6/09 MAT ($ - MM) | 6/09 MAT (%) | 6/09 MAT – 6/08 MAT Δ | 6/09 MAT (TRx MM) | 6/09 MAT (%) | 6/09 MAT – 6/08 MAT Δ |
| ROOs | $563 | 8% | -12% | 250K | ‹1% | -18% |
| Pure SAOs[a] | $920 | 13% | 1% | 13 | 6% | 11% |
| Combo SAOs | $1,214 | 17% | 5% | 166 | 81% | 5% |
| LAOs | $5,067 | 70% | 14% | 26 | 13% | 3% |
| Total opioids | $7,202 | 100% | 10% | 205 | 100% | 5% |

Source: IMS data; NPA and NSP.
[a] Pure SAOs include ROOs.

### Market Size and Growth

Opioid market is large and continues to grow in value and volume

LAOs dominate market value

Combination SAOs dominate market volume

Pure SAOs experience growth in volume but a minimal increase in value due to generic OTFCs

ROOs have declined in volume and value growth due to limited promotion, generics, and increased managed care hurdles

2009 *FENTORA* (forecast): $174MM

### Market Drivers

Increase in number of chronic pain patients continues to drive opioid prescriptions

### Market Threats

Competition from SAO, branded ROO (Onsolis™ [fentanyl buccal soluble film]), and generic OTFC

MCOs continue to limit access to ROO via prior authorizations and step edits

In general, there is a concern that persists around abuse, addiction, and diversion for opioids

9

## Opioid Market Competitive Analysis

| Company | 2008 US Pain Sales | Growth (+/-) | Key Pain Products Promoted | Sales Force Size | Products in Development |
|---|---|---|---|---|---|
| **Purdue** | $2.3B | +115% | OxyContin®a<br>MS Contin®<br>OxyIR®<br>Ryzolt® | 250 | • Oxycontin CR<br>• BTDS (transdermal buprenorphine) |
| **King (Acquired Alpharma 12/08)** | $1.1B | +20% | Avinza®b<br>Kadian®c<br>Skelaxin®c<br>Flector® Patchb<br>Embeda®c | Total: 669<br>Hosp: 100<br>Spec: 407<br>Pain: 157<br>Managed Care: 20 | • Acurox<br>• Remoxy abuse-resistant<br>• Oxycodone NT abuse-resistant |
| **Endo** | $1.4B | +21.3% | Lidoderm®b<br>Opana IR®b<br>Opana ER®b<br>Percocet®c | Total: 755<br>Pharma: 360<br>Specialty: 395 | • Topical ketoprofen patch<br>• Frova (new indication)<br>• Axomadol |
| **MEDA** | $56MM | +65% | SOMA®b<br>Onsolisc | Total: 501<br>PCP: 426<br>Specialty: ~110 | |
| **ProStraken** | Establishing US management team | N/A | No pain products<br>Sancuso® (chemo-induced nausea and vomiting) | Building sales team of 67 | • Abstral®<br>(NDA submitted October 2009) |
| **J&J** | $465MM | +5% | Ultram ER®b<br>Nucynta™c<br>Nucynta ER™c | Total: 3,197<br>Pain: 550 | |

Source: IMS NSP; Dominion Group Competitive Intelligence Report Sept 2009; SDI, Sales Force Structures and Strategies 2Q 2009.

[a] Promotional Sales Force information not available for Purdue.

[b] Represents that the product was promoted during 2Q 2009.

[c] Represents that the product was not promoted during 2Q 2009.

Confidential

TEVA_MDL_A_00363040



# Executive Summary

## Approved ROO Competitive Profile Comparison

| Key Attributes | *FENTORA* Buccal Tablet | Onsolis Buccal Film | Actiq/OTFC |
|---|---|---|---|
| Indication | BTP in CA pts (99-14) | BTP in CA pts | BTP in CA pts |
| Future Indication | BTP in non-CA patients; sNDA pending | BTP in non-CA patients; clinical development | |
| Active Ingredient | Fentanyl | Fentanyl | Fentanyl |
| Onset | 15 min | 15 min | 15 min |
| Duration | 60 min | 60 min | 60 min |
| Absolute Bioavailability | 65% | 70% | 47% |
| Dosage | 100-800 mcg | 200-1200 mcg | 200-1600 mcg |
| Safety | Comparable | Comparable | Comparable |
| Mucosal Irritation | Low | Minimal/none | Dental caries |
| Taste | "Baking soda" | Mint | Sweet |
| Clinical Data | Breadth of clinical database and publications | Limited clinical database, only abstracts and posters | Moderate |
| Sales Force Size | 110 PCS 2-product calls | ~110 Specialty Primary position expected | Not promoted |
| Targets | ~6000 | High ROO prescribers | NA |

Sources: BioDelivery Science International April 25, 2007; Press release Onsolis™ Fentanyl Demonstrates Substantial Transmucosal Delivery in Absolute Bioavailability Study; Press release May 14, 2007, BDSI Announces Positive Key Secondary Endpoint Results for Onsolis™ Fentanyl; Press release December 17, 2007; BioDelivery Science International November 19, 2008; Press release: BioDelivery Science Remains on Schedule for December Onsolis Resubmission Following Meeting with FDA; Webcast: November 7, 2008; BioDelivery Sciences to Meet with FDA to Finalize Proposed REMS for Onsolis. Actiq PI. *FENTORA* PI, October 2007; Onsolis PI, July 2009.

Confidential

TEVA_MDL_A_00363041

## FENTORA Profile

**Advantages vs Actiq/OTFC:**

- Greater absolute bioavailability (65% vs 47%)
- More discreet and user-friendly drug delivery
- Simplified titration scheme

**Advantages vs Onsolis:**

- Market experience
- More extensive clinical database
- Retail versus specialty distribution
- Buccal tablet with potential alternative route of administration (sublingual)

## Key Issues for 2010

| | |
|---|---|
| 1. The clinically meaningful value of *FENTORA* is not seen by HCPs | • Belief that SAOs are sufficient in the treatment of BTP<br><br>• Benefits of a ROO/*FENTORA* are not valued by most prescribers<br><br>• HCPs often do not recognize patients who would most benefit from *FENTORA* |
| 2. Multiple barriers to writing *FENTORA* perceived by HCPs | • Managed care restrictions/hurdles<br><br>• High patient "out-of-pocket" cost<br><br>• Fears and perceptions of increased risk |
| 3. Limited HCP awareness, acceptance, and endorsement of opioid REMS | • Prescriber base is not REMS savvy<br><br>• Perception of increased burden to HCP and office staff<br><br>• Concerns around perceived increased liability |

## Overall Business Strategy

Enhance prescriber understanding of the value *FENTORA* offers to opioid tolerant patients with BTP, motivating prescribers to address payer access hassles and enroll/participate in SECURE access.

Confidential

TEVA_MDL_A_00363042



# Executive Summary

**2010 Brand Objectives:** *Rebuilding the Foundation*



Confidential

TEVA_MDL_A_00363043

## Key Assumption (based on discussions/agreements with the FDA)

2010 will be a pivotal year for rebuilding the foundation for *FENTORA*. As such, a number of key events are anticipated. These include the launch of the *FENTORA* REMS program (SECURE Access), the availability of head-to-head data (*FENTORA* vs OxyIR), and dosing and administration label enhancements (sublingual route of administration and high dose).



Confidential

TEVA_MDL_A_00363044

# Executive Summary

## Financial Objectives

**Total Revenue:** $140MM

**TRxs:** 48,000

**TRx Exit Share:** 25%

**Total Marketing Budget:** $20MM

    REMS: ~ $ 7MM

    Advertising and promotion: ~ $ 13MM

**Sales Force Allocation:** 110 representatives

## Assumptions

- SECURE Access approved as submitted
- Retail pharmacy distribution
- *FENTORA* prescribing impacted by REMS
- Opioid non-tolerant patients excluded (~20%)
- Opioid class follow similar/same REMS requirements
- SECURE Access investment leveraged for success

## Challenges to Assumptions

REMS impact

- Process disruption from program
- Prescribing shifts to alternative opioids that do not have the burdensome perception of a REMS program
- Loss from patients not meeting opioid tolerant criteria (~20%)

Competitive impact

- Increased voice in BTP market
- High-dose advantage over *FENTORA*
- Specialty pharmacy distribution

Confidential

TEVA_MDL_A_00363045

Situation Analysis





# Situation Analysis

Data show that BTP occurs frequently in patients with chronic pain (both cancer- and non–cancer-related) whose baseline pain is characterized as being under control. BTP can strike a patient quickly and without warning, escalating to its peak intensity in just minutes, with a median duration of 30 minutes in patients with cancer.

There are 4 general types of BTP[4]:

1. Incident/predictable, in which there is a consistent temporal causal relationship between the pain and specific motor activity (eg, getting out of bed or walking).

2. Incident/unpredictable, in which such a relationship is inconsistent (eg, pain when sneezing or with bladder spasm).

3. Idiopathic, in which the cause of the pain is unknown.

4. End-of-dose failure, which occurs before a scheduled dose of an ATC analgesic is administered. This type has a more gradual onset and longer duration and is usually treated by increasing the ATC dose or reducing the interval between doses.

## BTP Prevalence and Characteristics

| | Cancer BTP (N=63)[2,5] | Noncancer BTP (N=228)[6] |
|---|---|---|
| **Prevalence** | 64% to 89%[2,5] | 74% |
| **Median episodes/day** | 4 to 7[2,5] | 2 |
| **Time to peak intensity** | 43% in 3 mins | 50% in 5 mins |
| **Median duration** | 30 mins | 60 mins |
| **Incident-related** | 55% | 92% |
| **Pathophysiology** | Somatic (33%)<br>Visceral (20%)<br>Neuropathic (27%)<br>Mixed (20%) | Somatic (38%)<br>Visceral (4%)<br>Neuropathic (18%)<br>Mixed (40%) |

## Awareness and Understanding of BTP

While BTP has been an identified disease state for nearly 20 years, prescribers still have limited awareness and understanding of it, limited tools to accurately assess BTP, and no clear guidelines around optimal treatment. Additionally, market research suggests there is a communication gap between the prescriber and the patient when it comes to the discussion around BTP due to a difference of language used. As a result of this gap, it has been challenging for physicians and patients to clearly identify, diagnose, and manage BTP.

Confidential

TEVA_MDL_A_00363047



# Situation Analysis

## Market Assessment

### Disease Background

### Chronic Pain

Chronic pain is a common malady in the United States. Chronic pain has been defined as pain that persists beyond the normal healing time (often defined as >3 months). The National Pharmaceutical Council estimated that 50 million Americans suffer from chronic pain per year.

The chart below presents derived estimates of prevalence, diagnosis rates, and treated patients by leading disease states.



Source: Cephalon Market Research.

### Breakthrough Pain

Within chronic pain there are 2 components: persistent pain and breakthrough pain (BTP).

Persistent pain is pain that lasts all day and is typically treated with an around-the clock opioid medication. BTP has been defined as a transitory exacerbation, or flare, of a moderate to severe pain that occurs in patients on chronic opioid therapy with otherwise stable persistent pain.[2,3]



16

## Impact of BTP[7]

Limited studies have assessed the cost and benefit elements associated specifically with BTP, and none have presented a pharmacoeconomic analysis for BTP. Current evidence suggests that BTP has significant negative effects (physical, emotional, and financial) on patients, caregivers, and the healthcare system. BTP is associated with decreased functional status, increased levels of anxiety and depression, dissatisfaction with treatment, and poor medical outcomes.

In 2002, Fortner et al published a study of outpatients with cancer. The study suggested that cancer patients with BTP had higher costs associated with hospitalizations, ER visits, and doctor visits, compared to cancer patients without BTP.[8]

### Cancer Pain Patients' Pain-Related Visits and Hospitalizations (Total Survey Sample N=1000)

|  | Patients w/BTP (n=160) | Patients w/o BTP (n=89) |
|---|---|---|
| Hospital stays per year | 1.0 | 0.4 |
| Length of hospital stay, days | 7.1 | 4.1 |
| ER visits per year | 1.3 | 0.5 |
| Outpatient doctor visits | 4.2 | 0.6 |
| Annual cost per patient | $12,000 | $2,400 |

In 2003, another study by Fortner et al concluded that cancer patients with BTP had higher direct and indirect costs.[9]

### Cancer Outpatients With Cancer-Related Pain (69% of 144 Surveyed Patients)

|  | Patients w/BTP | Patients w/o BTP |
|---|---|---|
| Mean monthly direct medical costs | $1,080 | $750 |
| Mean monthly indirect costs | $88 | $53 |

A study by Taylor et al of noncancer patients with chronic pain demonstrated that BTP can have a negative impact on patients' ability to work (93%) and finances (81%).[10]

Although the data are limited, it is clear that there are implications associated with suboptimal management of BTP. To help truly define and communicate the impact of BTP, more robust data are needed.

18

Confidential



# Situation Analysis

**Treatment**

## Classification of opioids by type



There are numerous treatment alternatives for the management of chronic pain, including pharmacotherapy, rehabilitation techniques, alternative medicines, injections, infusions, and implantable devices. Pharmacologic options include nonsteroidal anti-inflammatory drugs (NSAIDs), acetaminophen (APAP), opioids, antidepressants, and anticonvulsants.[11]

For moderate to severe chronic pain, opioids are an important therapeutic option. The choice of opioid depends on the nature and severity of the pain, and patient tolerance or willingness to take the medication (perceptual concerns around addiction).

19



### Classification of Opioids

The US opioid market consists of LAOs, SAOs (both pure and combination), and ROOs. The US Pharmacopeia (USP) classifies opioids by duration, as either LAO or SAO. SAOs are further categorized as combination or pure products.

### Long-Acting Opioid (LAO)

LAOs are most commonly prescribed to treat the persistent component of chronic pain in patients. The duration of analgesia ranges from 8 to 72 hours, while onset of analgesia ranges from 45 minutes to 12 hours. Adjusting the dose and/or frequency of the LAO is often first-line treatment for BTP, even though the onset of analgesia does not match the early onset of pain during a BTP episode. While not considered a direct competitor, this treatment strategy results in ROO therapy being a third- or fourth-line option.

### Short-Acting Opioid (SAO)

SAOs are sometimes used as first-line treatment for the persistent component of pain but are more commonly used as adjuncts to LAOs for BTP. Typically, prescribers will add or adjust the dose/dosage for the SAO for patients experiencing episodes of BTP. There are 2 classes of SAOs:

**Combination SAOs (C-II and C-III)** are the most frequently prescribed opioids. Examples of combination SAOs include Percocet and Vicoden®. Even though these products are often prescribed, they are less than ideal therapy for BTP because of limited dosing flexibility, maximum dose due to APAP, acetylsalicylic acid (ASA), and NSAID side effects, and the onset of meaningful analgesia can take up to 30 to 60 minutes. However, some physicians will prescribe combination SAOs for patients with BTP if they have a high comfort level and the experience and ease of prescribing these products.

**Traditional Pure SAOs (C-II)** offer greater dosing flexibility than the combination SAOs and do not have APAP, ASA, and NSAID side effects. However, the onset of meaningful analgesia of 30 to 60 minutes and a 4- to 6-hour duration of action may not optimally match the characteristics of a typical BTP episode.

While not formally recognized by the USP, there is a push among some clinicians to further subcategorize pure SAOs based on their onset of pain relief. The "traditional" pure SAOs (oxycodone, morphine sulfate, hydromorphone) offer onset of action of 30 to 45 minutes.

Fentanyl-based buccal products (such as *FENTORA*, Actiq) have been shown to offer onset of action in 15 minutes or less. This group of products is termed ROO.

### Rapid-Onset Opioid (ROO)

The ROO subclass consists of fentanyl-based products in unique mucosal delivery systems—the OTFC of Actiq, the OraVescent system of *FENTORA*, and the BioErodible MucoAdhesive (BEMA) technology of Onsolis (launched 10/09). Cephalon manufactures both the branded and generic OTFC ROOs and actively markets *FENTORA*.

20



# Situation Analysis

## Treatment Patterns

While the opportunity exists to increase the awareness and understanding among prescribers and patients about the recognition, communication, and treatment of BTP, there are HCPs that do have an understanding. These practitioners have employed numerous approaches to treatment.

By definition, patients with BTP manage the persistent component of chronic pain with around-the-clock (ATC) medications. Treatment regimens are individualized to manage the risk-benefit ratio. For patients in whom opioids are appropriate, ATC regimens include LAOs alone, SAOs alone, or a combination of an LAO plus an SAO.

Historically, the most common approach was to increase the dose or frequency of the LAO. The next common treatment choice was to adjust or add an SAO. Market research has found that the prescriber's perception of this approach to treat a BTP episode has shifted. The prescribers tend to add an SAO rather than increase the LAO for the treatment of BTP; switching to or adding a ROO is still the last course of action in the prescriber's mind.

The highlighted areas in the algorithm below show a discernable shift from 2007 to 2009 in the perceptions of prescriber's first-line approach for treatment of BTP.

## Treatment Algorithm

| Typical course of action[a] (aided) | LAO only | SAO only | LAO + SAO |
|---|---|---|---|
| **Increase LAO dose/frequency (response from 2007 study)** | 28% (63%)[b] | | 45% |
| **Increase SAO dose/frequency** | | 33% | 28% |
| **Add/change LAO** | 5% | 55% | 8% |
| **Add/change SAO (response from 2007 study)** | 61% (28%)[b] | 9% | 10% |
| **Add _FENTORA_ or OTFC** | 3% | 1% | 5% |
| **Other** | 3% | 2% | 4% |

[a] When patients report that the BTP treatment is inadequate and they are on either an LAO only, LAO and SAO, or SAO only, what would you typically do?
[b] Flores BTP Study 2007 (N=100).

While there may be an increased recognition of BTP, given the prescribers' perceived shift from LAO to SAO (61%) as the treatment choice for BTP, SAOs may not be the optimal treatment choice because they do not match the characteristics of a BTP episode, which is characterized as maximum intensity in as little as 3 minutes, striking without warning, and a median duration of 30 minutes per episode. Market research suggests that they are widely used due to nonclinical considerations such as cost and reimbursement, less perceived risk, ease of use, and familiarity.

## Current Competitive Landscape

The current opioid market is saturated with generic drugs. Some of the branded products listed do compete for Share of Voice (SOV) within our targeted audience. The small- to mid-sized companies that market branded pain products are listed below.

| Company | 2008 US Pain Sales | Growth (+/-) | Key Pain Products Promoted | Sales Force Size | Products in Development |
|---|---|---|---|---|---|
| **Purdue** | $2.3B | +115% | OxyContin®a<br>MS Contin®<br>OxyIR®<br>Ryzolt® | 250 | • Oxycontin CR<br>• BTDS (transdermal buprenorphine) |
| **King (Acquired Alpharma 12/08)** | $1.1B | +20% | Avinza®b<br>Kadian®c<br>Skelaxin®c<br>Flector® Patchb<br>Embeda®c | Total: 669<br>Hosp: 100<br>Spec: 407<br>Pain: 157<br>Managed Care: 20 | • Acurox<br>• Remoxy abuse-resistant<br>• Oxycodone NT abuse-resistant |
| **Endo** | $1.4B | +21.3% | Lidoderm®b<br>Opana IR®b<br>Opana ER®b<br>Percocet®c | Total: 755<br>Pharma: 360<br>Specialty: 395 | • Topical ketoprofen patch<br>• Frova (new indication)<br>• Axomadol |
| **MEDA** | $56MM | +65% | SOMA®b<br>Onsolis™c | Total: 501<br>PCP: 426<br>Specialty: ~110 | |
| **ProStraken** | Establishing US management team | N/A | No pain products<br>Sancuso® (chemo-induced nausea and vomiting) | Building sales team of 67 | • Abstral®<br>(NDA submitted October 2009) |
| **J&J** | $465MM | +5% | Ultram ER®b<br>Nucynta™c<br>Nucynta ER™c | Total: 3,197<br>Pain: 550 | |

Source: IMS NSP; Dominion Group Competitive Intelligence Report Sept 2009; SDI, Sales Force Structures and Strategies 2Q 2009.
[a] Promotional Sales Force information not available for Purdue.
[b] Represents that the product was promoted during 2Q 2009.
[c] Represents that the product was not promoted during 2Q 2009.

LAOs are not considered direct competitors in the BTP market. SAOs used to treat BTP are considered direct competitors to *FENTORA*.

**Confidential**

**TEVA_MDL_A_00363053**



# Situation Analysis

## Opioid Market Performance

The US opioid pain market contains many low-cost generics and a relatively small number of promoted branded products. The majority of market volume is made up of generics, while the branded products represent most of the value. During the 12-month period ending June 2009, the total opioid market value was $7.2B, with growth of 11% and volume of 205MM TRxs with 5% growth. The LAOs (26MM TRx) experienced minimal growth (3%), with branded products driving 68% of the value. The pure SAO class (13MM TRx) had growth in volume (11%) but was relatively flat (1%) in value. The ROO subclass of the pure SAO declined in both value (-18%) and volume (-12%). Finally, combination SAOs (166MM TRx) showed continued growth in volume (5%) and value (5%).

**Opioid Market Growth Rate**[a] (Mat 6/08 vs 6/09)



[a]Size of bubble = TRx volume.

Source: IMS NPA and NPS.

**Confidential**

**TEVA_MDL_A_00363054**

Secondary market research indicates that managed-care barriers to reimbursement such as prior authorizations (PAs) have increased for the ROO class. Market research also suggests that because of PA hurdles and extensive documentation, prescribers are less inclined to dedicate the time necessary to go through the reimbursement process for a ROO, and tend to choose simpler and more familiar alternatives like the low-cost generic SAOs. The result is a ROO volume decline of -12%.

**ROO Market Extended Unit Trends**



Source: IMS NPA.

Additionally, the value of the ROO market has declined. The ROO class was $563MM (MAT June 2009), representing an 18% decline compared to 2008. This can be attributed to 2 factors: (1) the subclass volume has shrunk, and (2) the price per unit has declined with the introduction of lower-priced generics.

**ROO Market Volume**
**246 TRx**



Source: IMS - NPA & NSP (MAT 6/09).
a Represents combined generic products.

24

TEVA_MDL_A_00363055



## Situation Analysis

### Prescribers

As demonstrated by the charts below, the majority of ROO prescriptions as well as *FENTORA* prescriptions are generated primarily by Pain/Anesthesiology/Physical Medicine & Rehabilitation, followed by PCPs. This distribution is consistent with both personal and nonpersonal targeting.



Source: IMS NPA (MAT 6/09).
[a] *Pain Medicine, Anesthesiology, Physical Medicine and Rehabilitation.*

### ROO Pricing[12]

ROOs are premium-priced products. Actiq is the most expensive ROO, with an average prescription cost of ~$5,300. A *FENTORA* prescription averages ~$2,500. Secondary data estimate that the cost of a generic OTFC prescription is ~$2,100. This estimate does not reflect the true cost of a generic prescription, as it does not reflect discounting, which may be as much as 50%.

25

**TEVA_MDL_A_00363056**

## Payer Landscape

The ROO payer landscape is primarily managed through third-party payers (82%). Due to the premium pricing of ROOs, managed care uses various tools to control pharmacy costs. Market trends suggest that ROOs are often subjected to prior authorization (PA), high copays, coinsurance, and quantity limits. These barriers can contribute to lower ROO utilization.

Generally, managed care applies the same restrictions on all ROOs. PA is a standard requirement, and copays are similar. When additional restrictions like step edits and quantity limits are in place, generics are treated the same as the branded products. (See tables below for comparisons.) Plans place the same restrictions on *FENTORA* prescriptions. While the majority of submitted *FENTORA* claims are eventually approved, it is not possible to determine the potential volume of prescriptions that were not written for *FENTORA* due to physician unwillingness to negotiate the reimbursement process.



Source: WK.

Confidential

TEVA_MDL_A_00363057



# Situation Analysis

Reimbursement issues also impact patients, specifically from a copay perspective. While ROOs may receive approval from the managed care plans, patients may still refuse at the point of dispensing, because of the high copay. In general, copays under $20 are acceptable to patients. However, we see increased refusal above $30. Approximately 3% of quarterly approved *FENTORA* claims are refused by patients.

There is an opportunity to minimize patient refusals through appropriate reimbursement support programs.



Source: WK

**Confidential**                                                                 **TEVA_MDL_A_00363058**

## Approved ROO Competitors in 2009

In 2010 and beyond there will be additional branded competitors that will enter the marketplace. Onsolis™ is the newest approved entry.



### Onsolis

Onsolis, a branded ROO, was approved July 2009 and launched in October of 2009.

### Product Profile

| Name | Onsolis |
|------|---------|
| Company | Technology: developed by BioDelivery Sciences International, Inc (BDSI) Commercial: MEDA/ MedPointe AB. |
| Product forecast | $200MM peak year sales |
| Other pain products | SOMA |
| Status | Approved July 2009 (launched Q4 2009) |
| Indication | The management of BTP in patients with cancer, 18 years of age or older, who are already receiving and who are tolerant to opioid therapy for their underlying persistent cancer pain |
| Description | Uses the BioErodible MucoAdhesive (BEMA™) bilayer delivery technology which is comprised of water-soluble polymeric films |
| Administration | A buccal-soluble disc designed to adhere to oral mucosa in less than 5 seconds and completely dissolve within 15-30 minutes |
| Dosage strengths | 200-, 400-, 600-, 800-, 1200-mcg |
| Distribution | Specialty pharmacy |

Source: BDSI investor report. September 29, 2009.

### Pharmacokinetics

| Parameter | Onsolis, mean[a] |
|-----------|------------------|
| $C_{max}$ (ng/mL) | 1.67 |
| $T_{max}$ (min) | 60 |
| $T_{first}$ (min) | 9 |
| $AUC_{inf}$ (hr*ng/mL) | 11.4-14.5 |
| Bioavailability | 70%[b] |

[a] Data presented at ASA, Orlando, FL, October 2008.
[b] Vasisht et al. APS Poster. Dose linearity and absolute bioavailability of BEMA fentanyl in healthy volunteers. May 8, 2008.

28



# Situation Analysis

## Efficacy

According to data presented at the American Society of Anesthesiologists in October 2008, Onsolis demonstrated:

Improvement in Sum of Pain Intensity Differences (SPID) at 15 minutes, sustained to 60 minutes

Improvement in the following secondary endpoints

Pain intensity

Pain relief

Use of rescue medication

Patient satisfaction with treatment

## Customer Perceptions

Primary research conducted in April 2009 indicated that prescribers generally viewed Onsolis and *FENTORA* as parity products and did not perceive any meaningful clinical difference. The differences noted were related to the delivery system and different dosage strengths (lack of 100 mcg and the availability of 1200 mcg).

Onsolis was approved with a REMS that utilizes a specialty pharmacy distribution system. Customer feedback stated concerns that this system could increase the potential for diversion, hamper patient access to therapy, and would place additional burdens on prescribers and office staff.

## MEDA Market Conditioning

MEDA market conditioning activities have included dissemination of clinical data at major pain meetings, issuing press releases, and holding webcasts. Based on these activities, it is anticipated that MEDA will place significant promotional muscle behind Onsolis. Additionally, Onsolis has been approved with a REMS, known as FOCUS™ (Full Ongoing Commitment to User Safety). With this program, Onsolis will only be available through specialty pharmacies.

The table below is a comparison of *FENTORA* and Onsolis. The highlighted boxes indicate the key attributes or strengths that MEDA is expected to leverage upon launch.

Confidential

TEVA_MDL_A_00363060



## Attribute Comparison

| Key Attributes | Buccal Tablet | Onsolis Buccal Film |
|---|---|---|
| Indication | BTP in CA pts (99-14) (pursuing BTP in non-CA patients) | BTP in CA pts (pursuing BTP in non-CA patients; clinical program to be initiated in Q1 2010) |
| Onset | 15 min | 15 min |
| Duration | 60 min | 60 min |
| Absolute bioavailability | 65% | 70% |
| Dosage | 100-800 mcg | 200-1200 mcg |
| Safety | Comparable | Comparable |
| Mucosal irritation | Low | Minimal/none |
| Taste | "Baking soda" | Mint |
| Clinical data | Breadth of clinical database and publications | Limited clinical database, only abstracts and posters |
| Sales force size | 110 PCS 2 product calls | ~100 specialty primary position expected |
| Targets | ~6000 | High ROO prescribers |

Sources: BioDelivery Science International, April 25, 2007; Press release: Onsolis™ Fentanyl Demonstrates Substantial Transmucosal Delivery in Absolute Bioavailability Study; Press release: May 14, 2007 BDSI Announces Positive Key Secondary Endpoint Results for Onsolis™ Fentanyl; Press release: December 17, 2007; BioDelivery Science International November 19, 2008; Press release: BioDelivery Science Remains on Schedule for December Onsolis Resubmission Following Meeting with FDA; Webcast: November 7, 2008: BioDelivery Sciences to Meet with FDA to Finalize Proposed REMS for Onsolis. *FENTORA* PI, October 2007; Onsolis PI, July 2009.

## Commercial Strategies

The MEDA sales force is similar in number to the size of the *FENTORA* field force (~110) and will target current ROO prescribers and oncologists. MEDA will need to focus on establishing Onsolis attributes as well as educating HCPs on the details around FOCUS, their REMS program.

What is unknown is the overall commercial investment regarding share of voice (ie, nonpersonal promotion). CI monitoring suggests MEDA will focus on a simple message—"adheres, dissolves, delivers"—while messaging against *FENTORA* on the following points:

    Broad range of doses up to 1200 mcg dosage strength

    Well tolerated in oral cavity

    Unique technology (BEMA™)

Additionally, as stated above, there will need to be significant education on the REMS process, as well as ongoing support efforts, as FOCUS is the first ROO REMS to be approved and is a new protocol for key stakeholders to follow.

The pricing strategy of Onsolis is at parity with *FENTORA*. Should MEDA employ an aggressive contracting/pricing strategy, it could negatively impact *FENTORA* business.

30



# Situation Analysis

## Mallinckrodt/Covidien: Oral Transmucosal Fentanyl Citrate (OTFC)

OTFC is the third approved (10/09) ROO that will enter the market and is expected to launch in early 2010. The launch will be accompanied by an extensive risk management plan. The introduction of this third generic is expected to increase the pressure on pricing and reimbursement of branded ROOs.

## Near-term ROO Competitors

### Abstral

Abstral is a sublingual formulation of fentanyl. The NDA was submitted and accepted for review in October 2009. Subject to successful completion of the US approval process, ProStrakan plans to launch Abstral in the USA in the second half of 2010.

### Sandoz: Generic OTFC

Competitive intelligence (CI) monitoring indicates that Sandoz has filed for approval of OTFC. The entry of this generic is contingent upon the approval of the ROO REMS. No additional details are available at this time, but CI will continue to monitor this potential competitor.

## Product Development in 2010 and Beyond

In the BTP segment, a host of opioid products are in development. The products in development may see weakness in the available products, specifically in the mode of delivery or current technology. Future agents are centered on sprays and inhaled products, which may have a faster onset than current oral mucosal products.

Below is a timeline for agents in development.



31

TEVA_MDL_A_00363062



## Additional Influencers: REMS

### Abuse, Addiction, and Diversion [13]

Chronic pain is commonly undertreated and is a widespread problem. One barrier to successful management of chronic pain with opioids is the concern associated with abuse, addiction, and diversion. These concerns are shared by patients, physicians, pharmacists, law enforcement, drug regulators, and policy makers. Despite the mounting evidence that demonstrates an effective analgesia improves quality of life, barriers do persist. National pain organizations, law enforcement, and regulators continue to evolve strategies to ensure opioids are available for appropriate patients while minimizing the associated risks.

In an effort to manage risks associated with use of opioids, the FDA requires select medications to have REMS. REMS programs are designed to meet specific goals and objectives in minimizing risks while preserving benefits.

### Risk Minimization Programs

While the benefits of opioids are well established in the treatment of pain when used appropriately, there is a growing concern over prescription opioids when they are misused or abused. Because of the issues of misuse, abuse, diversion, and in some cases death, opioid agents are perceived by some as a major public health crisis.

The FDA believes that the current risk minimization strategies for intervening are inadequate. Because of the authorities under the Food and Drug Administration Amendments Act (FDAAA) of 2007, risk minimization programs must meet specific criteria, provide efficacy measurements, and include corrective actions. If companies fail to meet the risk minimization requirements, they would be subject to severe penalties.

### Evolution of Risk Management

Risk minimization plans have been utilized for opioids for a number of years. Since their inception, there have been a number of modifications and requirements that have been incorporated. Originally, these programs were known as Risk Management Plans (RMP). These early plans were an iterative process of assessing a product's benefits-risk balance, developing tools to minimize any risk, and evaluating the effectiveness of those tools. The program evolved from an RMP to a Risk Minimization Action Plan (RiskMAP), which was a strategic safety program designed to meet specific goals and objectives. Today these programs are referred to as REMS.

Confidential

TEVA_MDL_A_00363063



## Situation Analysis

REMS, the newest iteration of risk management programs, are mandated by the FDA to assure safe use of a product and to ensure that the benefits of the drug or biological product outweigh the risks of the product. There are a number of FDA-identified elements that are intended to assure safe use. These are listed in the table below:

| Elements to assure safe use[a] |
| --- |
| 1. Prescribing restricted to HCPs who have particular training or experience, or who are specially certified |
| 2. Special certification of pharmacies, practitioners, or healthcare settings that dispense the drug |
| 3. Dispensing of the drug restricted to certain healthcare settings (eg, hospitals) |
| 4. Dispensing of the drug restricted to patients who have evidence of safe-use conditions (eg, laboratory test results) |
| 5. Mandatory monitoring by HCPs of all patients using the drug |
| 6. Requirement for all patients using the drug to be enrolled in a registry |

Source: FDAAA Title IX 2007– drug safety.
[a] All elements may not be required for all products.

While there is widespread resistance to a class-wide opioid REMS, these programs are forthcoming. In 2010, the ROO class will experience the initial impact of these programs, as this subclass is on a more aggressive regulatory clock than either of the LAOs or SAOs. These agents will most likely have similar REMS programs implemented sometime in 2011. Due to the difference in program timing, the ROO class may experience a "balloon squeeze" effect. This effect refers to the potential for prescribers to choose an agent without a REMS program, driving the prescriber, for example, to SAOs for the treatment of BTP that do not currently have restrictive REMS.

Confidential

TEVA_MDL_A_00363064

## Product

### Description

*FENTORA* (fentanyl buccal tablet) is an innovative therapy developed to optimize fentanyl absorption using the unique OraVescent® technology. *FENTORA* provides early onset of pain relief[a] and duration of 60 minutes[b] that match the characteristics of a BTP episode. *FENTORA* is also a discreet buccal tablet that is sugar free.



*FENTORA* C-II is a potent opioid analgesic intended for buccal mucosal administration. *FENTORA* is formulated as a white, flat-faced, round, beveled-edge tablet.

*FENTORA* is designed to be placed and retained within the buccal cavity for a period sufficient to allow disintegration of the tablet and the absorption of fentanyl across the buccal mucosa.



*FENTORA* employs OraVescent drug delivery technology that generates a reaction that releases carbon dioxide when the tablet comes in contact with saliva. It is thought that transient pH changes accompanying the reaction may optimize dissolution (at a lower pH) and membrane permeation (at a higher pH) of fentanyl across the buccal mucosa.

*FENTORA* is packed in cartons that contain 7 blister cards with 4 tablets in each card. Tablets are encased in child-resistant foil and available in the following dosage strengths:

| Dosage Strength (fentanyl base) | Debossing | Carton/Blister Package Color |
|---|---|---|
| 100 mcg | 1 | Blue |
| 200 mcg | 2 | Orange |
| 400 mcg | 4 | Sage green |
| 600 mcg | 6 | Magenta (pink) |
| 800 mcg | 8 | Yellow |

Note: the 300-mcg dose was discontinued in Q2 2009 due to low utilization.

### Indication

***FENTORA* is indicated only for the management of breakthrough pain in patients with cancer who are already receiving and who are tolerant to around-the-clock opioid therapy for their underlying persistent cancer pain.**

[a] 15 minutes (first time point measured).
[b] 60 minutes (last time point measured).

34

Confidential



# Situation Analysis

### Clinical Profile

### Pharmacokinetics

Four pharmacokinetic studies were conducted to characterize *FENTORA*. See tables below.

### NDA Cancer Label

| 1026 | Bioequivalence 4x100 ff 1x400 |
|------|-------------------------------|
| 1027 | Dose proportionality |
| 1028 | Absolute & relative bioavailability |
| 1029 | Multiple kinetics |

### Pharmacokinetic Profile

| Parameter | *FENTORA* |
|-----------|-----------|
| $C_{max}$ (ng/mL) | Mean 1.65 |
| $T_{max}$ (min) | Mean 46.8 |
| $AUC_{0-inf}$ (hr*ng/mL) | Mean 30.9 |
| Buccal absorption | 48% |
| GI absorption | 17% |
| Absolute bioavailability | 65% |

### Efficacy

Clinical safety and efficacy in opioid tolerant patients with cancer was demonstrated in 2 trials. These efficacy data help to differentiate the onset and duration of *FENTORA* from those of SAOs.

| Efficacy/safety | Result |
|-----------------|--------|
| Primary endpoint | SPID30 achieved |
| Onset (PID & PR) | 15 min |
| Duration (PID & PR) | 60 min |
| Most common AEs observed (>10%) | Nausea, dizziness, headache, fatigue, vomiting, somnolence |
| GI absorption | 17% |
| Absolute bioavailability | 65% |

Confidential

TEVA_MDL_A_00363066

## Positioning/Messaging

### Positioning Statement

*FENTORA* is the first and only buccal tablet that utilizes an OraVescent® reaction to provide early onset of analgesia, matching the characteristics of BTP.

### Reason to Believe

*FENTORA* employs OraVescent® drug delivery technology that generates a reaction that releases carbon dioxide when the tablet comes in contact with saliva. It is thought that transient pH changes accompanying this reaction may optimize dissolution (at a lower pH) and membrane permeation (at a higher pH).

### Key Messages

Current messaging communicates product features, appropriate patient selection, and safe and proper use of *FENTORA* in opioid tolerant patients with cancer.

| Product Messages |
|---|
| **Core message: *FENTORA* provides early and sustained relief of BTP for appropriate opioid tolerant patients** |
| • Supporting points:<br>—Efficacy<br>—Onset of pain relief within 15 minutes in some patients<br>—Duration of pain relief through 60 minutes<br>—Clinically significant decrease in pain intensity at all time points<br><br>• Unique delivery system<br>—OraVescent drug delivery technology may optimize delivery of fentanyl across the buccal mucosa<br>—Fentanyl is readily absorbed, achieving an absolute bioavailability of 65%<br>—Convenient, discreet, and sugar-free tablet<br><br>• Safety<br>—Common side effects: comparable to other opioids, except for application site abnormalities (8%)<br>—Serious side effects: life-threatening respiratory depression could occur at any dose in opioid non-tolerant |

Confidential

TEVA_MDL_A_00363067



# Situation Analysis

| Safety Messages |
|---|
| **Selecting appropriate patients**<br>• Establish that the patient has BTP<br>• *FENTORA* contraindicated in the management of acute pain or postoperative pain, including headache/migraine<br>• Ensure the patient is <u>opioid tolerant</u> during treatment with *FENTORA*<br>   —Patients must be on >60 mg of oral morphine or an equianalgesic dose of another opioid daily for a week or longer<br>**Proper dosing with *FENTORA***<br>• Initiation: starting dose = 100 mcg<br>   — *FENTORA* is not a generic version of any other transmucosal fentanyl product and cannot be substituted for any other fentanyl product. Do not convert patients on a mcg-per-mcg basis<br>• Titration: from the starting dose, titrate to a dosage strength that provides adequate analgesia with tolerable side effects<br>• Maintenance: once a successful dose is established, maintain using a single tablet |

Any reference to BTP in context of strategy/promotion refers to BTP in opioid tolerant patients with cancer until an approved change in indication.

In 2010, the *FENTORA* messaging will be reevaluated to ensure that it is concise and resonates with the target audience. Messaging will continue to focus on product strengths of *FENTORA* for the treatment of BTP in patients with cancer. Key messaging will evolve to emphasize the onset and duration of effect in relation to a typical BTP episode and the potential for positive outcomes in appropriate opioid tolerant patients with cancer and BTP.

37

**Confidential**

**TEVA_MDL_A_00363068**

## Customer Perceptions

In the July 2009 ATU Study of *FENTORA* targets, the total awareness of *FENTORA* (aided and unaided) among current[a] writers and non-writers was 79%, with unaided awareness at only 29%. It is a generally accepted industry standard that a high top-of-mind awareness (~80%) drives product utilization. Conversely, the SAOs have a high awareness.

### *FENTORA* ATU Study: July 2009

| Parameter | FENTORA | Leading SAOs |
|---|---|---|
| Unaided awareness | 29% | 59%-65% |
| Total awareness (unaided and aided) | 79% | 93%-97% |
| Ever prescribed | 40% | 88%-93% |
| Prescribed in the past month | 23% | 61%-87% |
| Intent to maintain or increase prescribing | 91% | 93% |
| Satisfaction score (writers) | 5.4 out of 7 | 4.8 out of 7 |
| Likelihood to recommend | 4.8 out of 7 | NA |
| Ranking[b]: early onset of action | 1st | 4th |
| Ranking: sufficient clinical data | 2nd | 1st |
| Ranking: ease/convenience of delivery system | 1st | 2nd |
| Ranking: improves patient quality of life | 1st | 4th |

Source: *FENTORA* ATU Study: July 2009.
[a] Defined as writers who have prescribed *FENTORA* in the last 6 months.
[b] 1 being low and 7 being high.

38

**TEVA_MDL_A_00363069**



# Situation Analysis

Customers state that the product attributes of early onset, effective pain relief, short duration of effect, and improved patient QOL are important in the treatment of BTP. This would suggest the likely choice of a ROO such as *FENTORA*. However, these attributes do not drive prescriber choice, nonclinical considerations do.

### *FENTORA* Compared to Other BTP Options

| | Decision Criteria | ACTIQ | Generic OTFC | All Other SAOs |
|---|---|---|---|---|
| **More Important** | **Efficacy of pain relief** | = | + | + |
| | **Efficacy in treating severe pain** | = | = | + |
| | **Patient's quality of life** | = | = | + |
| | **Out-of-pocket affordability to patient** | = | - | - |
| | **Onset of action (how soon patients experience meaningful relief)** | = | + | + |
| | **Insurance plan coverage** | = | - | - |
| | **Ease and convenience of medication delivery system** | = | = | = |
| | **Managed Care Organization approval** | = | = | - |
| | **Incidence of opioid side effects** | = | = | + |
| | **Availability at local pharmacies** | = | = | - |
| | **Dosing instructions** | = | = | = |
| | **Prescribing restricted by indication** | = | = | - |
| **Less Important** | **Uniqueness of medication delivery system** | = | + | + |

Source: GfK Healthcare – *FENTORA* ATU, 6/9 (N=150).

= Equal
+ *FENTORA* is better
- Competitor is better

Not only are SAOs top-of-mind, but prescribers also perceive both *FENTORA* and SAOs as satisfactory treatment options for BTP. In 2010, prescriber awareness must increase as well as the meaningful value they believe *FENTORA* provides over SAOs for the treatment of BTP in order to rebuild the foundation for long-term *FENTORA* growth.

Confidential

TEVA_MDL_A_00363070

**FENTORA** Performance
**Value and Volume**
**Shipments**



Source: Internal Shipment Data.



Source: IMS NGPS.

**Confidential**

TEVA_MDL_A_00363071



# Situation Analysis

## *FENTORA* Target Analysis

The universe for *FENTORA* is made up of a small number of high prescribers. The representatives focus on deciles 2-10 (~1500) and marketing efforts are focused on the entire ~7300.



Source: Internal Shipment Data.

The activity of the representatives on those higher decile prescribers is reflected below.

| | Physician count (1/09 –6/09) | TRxs (1/09 –6/09) | Productivity (1/09 –6/09) | Calls (1/09 –6/09) | | |
|---|---|---|---|---|---|---|
| | | | | >1 call | >3 calls | >6 calls |
| **Core** (Dec 8-10) | 104 (-4%) | 9,902 (-18%) | 94.3 (-15%) | 98% | 96% | 84% |
| **Users** (Dec 5-7) | 345 (4%) | 9,794 (-17%) | 28.4 (-21%) | 91% | 86% | 74% |
| **Trialers** (Dec 1-4) | 2,555 (-16%) | 13,047 (-17%) | 6.1 (-1%) | 50% | 38% | 27% |
| **Non-Writers** (Dec 0) | Rxers: 3,004 (-14%) TRxs: 32,634 (-17%) | | | | | |

Source: WK Source Prescriber, Jan 08 – June 2009, Sales Operations.

**Confidential**

TEVA_MDL_A_00363072

## Sales Force

Sixty representatives were added in February 2009 to the Pain Care Sales Force. The increase resulted in an upswing of PDEs but did not translate into an increase in prescriptions, as was expected since 2009 was a maintenance year for *FENTORA*. **Redaction - Other Teva Product** AMRIX, **Redaction - Other Teva Product** AMRIX Redaction - Other Teva Product **Redaction - Other Teva Product** In order to maximize ROI, the sales force targeted the most productive *FENTORA* prescribers (deciles 2-10).



In 2010, the targeted reach and frequency will be reevaluated to ensure that the appropriate productive prescribers are being targeted and detailed on *FENTORA* in order to establish and reinforce its position as preferred treatment of BTP in opioid tolerant patients with cancer. Messages will continue to provide important safety and dosing information in an effective manner that resonates with our prescribers.

Confidential  TEVA_MDL_A_00363073



# Situation Analysis

## Prescriber

Pain specialists write the majority (48%) of *FENTORA* prescriptions, followed by PCPs (21%). Oncologists write 3% of *FENTORA* prescriptions. Overall, there has been a decline in the number of pain specialists prescribing *FENTORA* on a monthly basis, as demonstrated in the graph below.

Additionally, there has been a drop in physician productivity across all specialties. Productivity is defined as the calculated number of prescriptions written by a physician in a month.

The 2 main reasons for the drop in productivity are a decrease in personal promotion (30% weighted) and an increase in managed care hurdles. In 2010, if promotional resources are reallocated with a greater weighting toward *FENTORA*, effective promotional efforts may observe an increase in prescriber productivity.



Source: WK Source Prescriber.

## Source of Business

Continuing therapy makes up the majority of *FENTORA* prescriptions at 90%. Add-on therapy and switches constitute 5% and 4%, respectively, with only 2% of the overall business coming from new starts.[12]



Source: IMS NPA/Sales Ops internal data.

43

### *FENTORA* Performance

Overall, with only 30% of sales force resources, a declining and less productive prescriber base, and very few new *FENTORA* starts for appropriate patients, *FENTORA* has experienced a decline of 8% in 2009. When this is compared to the ROO market at -12%, it would suggest that even limited personal promotion has a positive effect, as a 28% share of the market has been maintained. In order for *FENTORA* to be successful in 2010, we need to solidify its position in a changing marketplace.

### *FENTORA* and ROO Market Units (Mat 6/08 vs 6/09)



*FENTORA* must establish itself as the market leader in product attributes, marketplace knowledge and experience, and leverage its innovative approach to the REMS imperatives.

Confidential

TEVA_MDL_A_00363075

# Situation Analysis

## SWOT Analysis

| Strengths | Weaknesses |
|---|---|
| Highly efficacious | Patient safety ramifications in non-opioid tolerant patients |
| Onset of 15 minutes | Cost > value perception |
| Multiple and convenient routes of administration[a] | Physician prescribing hurdles |
| Recently completed clinical studies (head-to-head) | Limited differentiation from SAOs and other ROOs |
| Patent to 2019 | Limited dose range versus other ROOs |
| | Access to product outside typical retail channels (hospice, LTC institutions) |

| Opportunities | Threats |
|---|---|
| Increased noise by new market entry may raise awareness/treatment of BTP with ROOs | BTP alternatives (eg, LAOs/SAOs) have less stringent/no REMS requirements |
| Large gap between ROO-eligible and ROO-treated patients | New competitors: Onsolis and Abstral |
| Improved HCP/patient dialogue increases BTP/ROO treatment rates in BTP | MCO pressures on premium-priced products |
| Stronger BTP/ROO recommendations in chronic pain guidelines | Patient refusals due to out-of-pocket costs |
| | Miscommunication between HCPs and patients regarding BTP |

[a] PDUFA date for sublingual administration is anticipated December 2009.

Confidential

TEVA_MDL_A_00363076

## Key Issues

### 1. The clinically meaningful value of a ROO/*FENTORA* is not seen by HCPs

The ROO clinical profile, fast onset of action and limited duration, is ideally suited for the management of BTP. Most physicians manage BTP with monotherapy, LAOs/SAOs, or a combination of LAO plus SAO. Physicians' extensive experience and comfort level with traditional onset SAOs has limited their adoption of ROOs, and the small number that have used a ROO as third- or fourth-line treatment. Compelling evidence to drive a change in physician behavior is sparse; there are no robust published clinical studies demonstrating the value of a ROO versus traditional SAOs. Additionally, there are no established BTP treatment guidelines.

A significant contributing factor to why prescribers minimize the value of a ROO is due to the fact that prescribers may not fully appreciate the impact BTP has on a patient's ability to maintain a "normal" day-to-day routine.

Contributing to this issue is the prescriber/patient BTP dialogue. Market research has identified a distinct disconnect in the language used by both the prescriber and the patient when discussing BTP. Physicians communicate and assess in terms of pain scales ("better/worse" or "10 vs 9"); in doing this the prescriber's goal is to cover the patient's BTP by increasing their LAO or SAO, and leading to the potential effects of overmedication (ie, somnolence). Conversely, patients communicate their BTP with necessary daily activities (ie, "I can still walk") or qualitatively ("it shoots/burns/stabs"). Treatment goals are typically associated with the patients' individualized needs and lifestyles.

### 2. Multiple barriers to writing *FENTORA* perceived by HCPs

Current users indicate that *FENTORA* requires a high level of commitment in terms of patient selection, educating patients on proper dosing, and managing the reimbursement process.

The majority of managed care plans require a PA for *FENTORA* coverage. The PA requirements vary by plan, but typically include use for labeled indication, step edits, and letters of medical necessity. Plans also place quantity restrictions on *FENTORA* prescriptions.

Another barrier is prescriber concerns of abuse, addiction, and diversion, as well as scrutiny of regulators that monitor the prescribing and dispensing of class-II opioids.

Patients are also reluctant to use *FENTORA* due to the cost of their copay, the stigma of opioid use, and the fear of addiction.

46



# Situation Analysis

### 3. Limited opioid REMS awareness, acceptance, and endorsement by HCPs

Through a variety of market research, Cephalon has gained key insights regarding the pending REMS requirements for opioids, as well as for the *FENTORA* SECURE Access Program (REMS). The research provided findings that, in general, customer opinion has not been favorable for REMS. While the concept of REMS has become more familiar in 2009, the prescriber base is not overly savvy to the FDA opioid REMS requirements.

Historically, when prescribers have been tasked with incorporating a REMS program into their day-to-day practice, they view them as burdensome and overly time-consuming. However, prescribers were willing to incorporate the process into the workflow given that the therapeutic agent to be used was likely an agent of "last resort" or an end stage option. This is quite the opposite when considering a ROO REMS.

The primary issue from a stakeholder's perspective with a ROO being mandated into a REMS program is that the prescriber has other options (ie, SAOs) to utilize for BTP treatment. These options currently do not have a REMS program and would not be a burden to their practice flow, have barriers to prescribing the drug, or increase their liability when prescribing opioid analgesics.

| Logistical Prescriber Concerns | Liability Prescriber Concerns |
|---|---|
| Inconvenient/additional work | Intrusion/excessive oversight |
| Time drain/time consuming | Privacy/confidentiality concerns |
| Inconvenience/hassle factor | Legal liability shift tied to enrollment language |
| Barrier to prescribing drug | |
| Additional non-billable time/cost to comply | |

Initial acceptance of this program will be a challenge. Prescribers will need a significant amount of education and reinforcement around the value a REMS program will offer.

Although customer perception and concerns over REMS programs exist among prescribers, pharmacies, and physician and patient advocacy groups, the regulatory body is adamant in moving forward with the implementation of class-wide opioid REMS because of the issues around misuse, abuse, and diversion.

Confidential

TEVA_MDL_A_00363078

FENTORA SECURE
Access Program (REMS)



TEVA_MDL_A_00363079



# SECURE Access Program

**FENTORA SECURE Access Program**

The SECURE Access Program will be the second REMS program to be executed for the ROO class. This program is an extension of the SECURE (Solutions through Education, Communication & Understanding of Risk minimization Excellence) program, the overarching risk minimization plan for *FENTORA*. The other ROO REMS is the Onsolis FOCUS program, which was approved and launched October 2009. The FOCUS program only allows access to Onsolis through a specialty pharmacy distribution system.

The SECURE Access Program is designed to ensure safe and appropriate use of *FENTORA*. Because of FDA requirements, the SECURE Access Program has similarities to the other ROO REMS. However, a key difference between the 2 programs is that the *FENTORA* program provides access to the medication through retail pharmacies. This is an important difference as ~92% of *FENTORA* prescriptions are distributed through retail segments. Therefore, key stakeholders for *FENTORA*, those typically associated with most retail products—specifically prescribers, their staff, patients, and pharmacies— would not experience major disruptions to the prescribing and dispensing of *FENTORA*.

**Cephalon believes that the design of the SECURE Access Program would:**

- Educate prescribers on appropriate patient selection (opioid tolerant patients)
- Minimize the burden to key stakeholders
- Maximize education and communication between the HCP and patient
- Maintain appropriate patient access to *FENTORA*

It is important to understand that even with retail access to *FENTORA*, the REMS program presents challenges to Cephalon and our stakeholders.

**The following are key challenges associated with the *FENTORA* REMS:**

Currently, post-marketing surveillance and secondary data analyses estimate that ~20% of patients on *FENTORA* may not meet the strict definition of opioid tolerance as defined in the label and would, therefore, be prohibited from participating in the program.

The REMS will require additional actions beyond the typical retail prescribing process. If the process is overly burdensome and other opioids used for BTP are not required to have a REMS, prescribers and patients may choose not to participate and instead select the alternative BTP therapies. Alternative BTP treatment options may cause a "Balloon Squeeze" effect, which could potentially push or "squeeze" more prescriptions toward non-REMS opioids. This effect would not serve public health, because users and abusers may shift to unrestricted/less restrictive opioids (ie, SAOs).

Approval of the expanded label is contingent upon documenting the effectiveness of the REMS.

48

**Confidential**



# SECURE Access Program

**SECURE Access Program Overview[a]**

**The SECURE Access Program is:**

- A program designed to provide controlled access to *FENTORA* for appropriate patients
- A collaboration of established healthcare services organizations, including HMS/Cephalon, ScriptPro, Surescripts, Mirixa, and ValueCentric
- An integrated end-to-end secure solution utilizing existing technology within the current workflow practices

### Mirixa
- Educates/certifies prescribers & pharmacies
- Face-to-face clinical pharmacist counseling
- Tracks counseling for compliance
- Verifies DEA for C-IIs

### Cephalon
- Develops/maintains REMS protocols
- Develops/maintains educational content
- Reporting and metrics
- FDA interaction

### HMS/ScriptPro
- Maintains prescriber, pharmacy and patient registries
- Ensures hard stops
- Triggers patient education
- Central repository for REMS transactions
- Repository for patient dispensing data

### ValueCentric
- Wholesaler order analysis
- Repository for 867 data
- Reconciles product sold vs product dispensed
- Compliance auditing and signal detection

### Surescripts
- Certifies PMS and e-prescribe software
- Confirms safe use conditions [eRx]
- Validates e-prescription
- Repository for claims data and Rx history

[a] The SECURE Access Program is currently under development and has not been finalized. Program is subject to review and approval by the FDA.

Confidential

TEVA_MDL_A_00363081

### SECURE Access Operational Model[a]

The SECURE Access Program is designed to ensure safe and appropriate access to *FENTORA*. The schematic below represents the closed-system model of the SECURE Access Program.



[a] This model represents e-prescribing without class II approval.

The program requires stakeholders to enroll and maintain enrollment in the system in order to have access to *FENTORA*. The criteria for each stakeholder are the following:

- Wholesalers/distributors agree to ship *FENTORA* only to certified pharmacies
- Pharmacies complete education requirements and agree to implement the program requirements
- Prescribers complete the certification requirements and agree to implement the program requirements
- Patients consent to education/counseling and agree to program requirements by signing a Prescriber-Patient Agreement

Additionally, there is a mechanism within this model to identify and inactivate stakeholders who have lost eligibility.

50

Business Strategy





# Business Strategy

## Overall Business Strategy

In 2010, the strategy for *FENTORA* is to rebuild its foundation through differentiation from SAOs and other ROOs, minimizing the reimbursement barriers, and ensuring the successful implementation of the SECURE Access Program. Personal promotion will focus on ~1500 opioid prescribers. Nonpersonal promotion will focus on the entire targeted universe (~7300).

### Strategic Statement

Enhance prescriber understanding of the value *FENTORA* offers to opioid tolerant patients with BTP, motivating prescribers to address payer access hassles and enroll/participate in SECURE access.

### Timeline Assumptions

The schematic below outlines the timeline assumptions used to build this brand plan. These assumptions are subject to change because of uncertainties surrounding regulatory issues and the timing of new market entries.



Confidential

TEVA_MDL_A_00363084



# Business Strategy

## Key Strategic Imperatives and Substrategies

The 2010 marketing objectives are to differentiate *FENTORA* from other ROOs and SAOs, to flawlessly implement the SECURE Access program, and to minimize the barriers to appropriate patient access and use. These objectives are dependent upon timeline assumptions and key events. Resources will be adjusted to ensure the success of priority strategies and tactics.

The key strategic imperatives (KSI), strategies, and the high level tactical overview to achieve these objectives are the following:

| KSI 1: Differentiate With a Compelling Value Proposition | |
|---|---|
| • Ensure that prescribers recognize *FENTORA* is an ideal option for appropriate patients with cancer who are suffering from BTP episodes because *FENTORA* matches the temporal characteristics of BTP | |

| Strategy | Tactics[a] |
|---|---|
| Enhance HCP/patient dialogue | • Develop prescriber communication workshops to bridge the prescriber-patient gap when discussing BTP ("Voices & Faces of Pain")<br><br>• Create patient case studies<br><br>• Develop tools to enhance the prescriber-patient BTP dialogue (ie, "BTP Education Station") |
| Establish functionality as benefit of appropriate BTP treatment | • Conduct media outreach to highlight data announcements on the body of evidence around burden of illness<br><br>**Prescribers**<br>• Develop educational materials to educate on disease awareness that incorporate HCP feedback<br> —Prescriber discussion guide<br>• Develop non-branded educational components that address barriers in assessment and treatment of BTP<br> —"ROO Tube" – a video dialoging tool that displays sample dialogues between HCPs and patients<br><br>**Patients & Caregivers**<br>• Provide venues and materials for patient education<br> —ShareYourPain.org<br><br>• Create patient/caregiver-focused BTP podcast series to raise awareness of cancer-related BTP and treatment options |
| Differentiate *FENTORA* from SAOs/ROOs | • Create appropriate resources to communicate the body of evidence on *FENTORA* over other ROOs<br><br>• Evolve the current patient-centric campaign imagery (launched 6/09) to show *FENTORA* as the "solution" to BTP in opioid tolerant patients with cancer<br><br>• Streamline the messaging – Patient, Problem, Solution<br><br>• Sustain strong personal and non-personal SOV vs competitor |

[a] The tactics represented are intended only to provide an overview of recommendations.

53

**KSI 2: Reduce Barriers to *FENTORA* Treatment**

- Reinvigorate the prescriber's willingness to navigate the reimbursement process so that appropriate patients have access to *FENTORA*
- Ensure that Managed Care recognizes the value of *FENTORA* for select patients

| Strategy | Tactics[a] |
|---|---|
| Elevate importance of appropriate treatment and outcomes to all stakeholders | • Create appropriate resources to communicate clinical data to educate MCOs on *FENTORA* and why it is the optimal treatment for BTP<br>—Dossier<br>—NAM slide presentation on BTP, ROOs, *FENTORA*, and REMS<br>• Develop and implement clinical presentation for MSLs/MDs with head-to-head data |
| Enhance reimbursement support | • Enhance *FENTORA* Assistance Card Program using web-based ordering and targeted e-mail to provide prescriber ability to order cards according to individual needs<br>—Card provides important safety messages<br>—Defrays patient copay at point of dispensing<br>• Update the voucher program to work in concert with the *FENTORA* Assistance Card<br>• Develop comprehensive reimbursement kits<br>• Initiate Virtual Practice Manager Programs (pending internal review) |
| Segment payer market to drive targeted efforts | • Selectively contract with MCO<br>• Develop and implement defense plan against Onsolis |

[a] The tactics represented are intended only to provide an overview of recommendations.

54

**Confidential**

**TEVA_MDL_A_00363086**



# Business Strategy

| KSI 3: Flawlessly Execute SECURE Access | |
|---|---|
| **Strategy** | **Tactics[a]** |
| Drive positive perception and early enrollment | • Condition market on REMS<br>  —KOL "REMS Awareness" program<br><br>• Convention presence ("Ready for REMS")<br>  —Building awareness in advocacy groups<br><br>• Develop simple education and enrollment materials and tools for prescribers, office staff, and pharmacists<br><br>• Develop supplemental resources that educate, motivate, and reinforce the benefit of the SECURE Access program<br><br>• Communicate corporate commitment to safety<br>  —Continue to educate on the importance of appropriate patient selection in all promotional programs and material<br><br>  —Continue to educate on the safe use of *FENTORA* in all promotional programs and materials<br><br>• Create an efficient method to provide education to all stakeholders (internal and external)<br>  — Develop a comprehensive training plan for field force<br><br>• Develop multi-venue–based training for targeted audience (~6000 HCP) |
| Execute training appropriate to each stakeholder | • Create a prescriber feedback program<br><br>• Develop office staff resources for patient outreach<br><br>• Provide field force tools for communication to customers on:<br>  —SECURE Access: Prescriber Experience Programs<br><br>• Develop/reinforce resources to encourage ongoing stakeholder participation |
| Generate program advocacy | • Create a prescriber feedback program<br><br>• Develop office staff resources for patient outreach<br><br>• Provide field force tools for communication to customers on:<br>  —SECURE Access: Prescriber Experience Programs<br><br>• Develop/reinforce resources to encourage ongoing stakeholder participation |

[a] The tactics represented are intended only to provide an overview of recommendations.

Confidential

## Resource Allocation

| Targets | Description | Sales Force | NAMs | Non-personal | Investment | Major Focus |
|---|---|---|---|---|---|---|
| Prescribers[a] | Core 102 Dec 8-10 | √ | | √ | +++ | • Enhance value of *FENTORA*<br>• Decrease BTP communication gap<br>• SECURE Access |
| | Users 346 Dec 5-7 | √ | | √ | +++ | • Enhance value of *FENTORA*<br>• Decrease BTP communication gap<br>• SECURE Access |
| | Body 998 Dec 2-4 | √ | | √ | +++ | • Enhance value of *FENTORA*<br>• Decrease BTP communication gap<br>• SECURE Access |
| | Trialers 1,554 Dec 1 | √ | | √ | ++ | • Increase understanding of BTP and establish value of *FENTORA*<br>• SECURE Access |
| | Non-writers ~4300 Dec ø | | | √ | ++ | • Increase understanding of BTP and reestablish *FENTORA* as therapeutic option<br>• SECURE Access |
| | ROO ~5000 | | | √ | + | • Increase understanding of BTP<br>• Decrease BTP communication gap<br>• Drive trial and usage<br>• SECURE Access |
| Pharmacies | Retail based ~15,000 | √ | | √ | +++ | • SECURE Access |
| Patients | Opioid tolerant w/ BTP | | | √ | + | • Decrease BTP communication gap<br>• SECURE Access |
| Payers | MCOs | | √ | | + | • Patient access to *FENTORA*<br>• Increase understanding of BTP and establish value of *FENTORA*<br>• SECURE Access |

[a] Prescriber Feb 2009-July 2009.

56

**TEVA_MDL_A_00363088**



# Business Strategy

## Messaging Strategy

In 2010, the *FENTORA* messaging will be reevaluated to ensure that it is concise and resonates with the target audience. Messaging will continue to focus on product strengths of *FENTORA* for the treatment of BTP in patients with cancer. Key messaging will evolve to emphasize the onset and duration of effect in relation to a typical BTP episode and the potential for positive outcomes in appropriate opioid tolerant patients with cancer and BTP.

## Sales Force Strategy

In 2010, the targeted reach and frequency will be reevaluated to ensure that the appropriate productive prescribers are being targeted and detailed on *FENTORA* in order to establish and reinforce its position as preferred treatment of BTP in opioid tolerant patients with cancer. Messages will continue to provide important safety and dosing information in an effective manner that resonates with our prescribers.

In 2010, the *FENTORA* field force will need to focus on promotional efforts on targeted prescribers [Redaction - Other Teva Product] AMRIX. The field force will need to communicate key messages around:

Efficacy and the meaningful value *FENTORA* may provide in the treatment of BTP in patients with cancer

Appropriate patient selection

Risk minimization

Additionally, the field force will be an integral part of ensuring enrollment of targeted prescribers and pharmacies in the SECURE Access Program. A reevaluation of weighting must occur, as there will be increased time needed for stakeholder education and enrollment during the launch period.

57

## Clinical Strategy

*FENTORA* has a robust clinical profile. The foundation of this was established from a unique pharmacokinetic (PK) profile, as well as from efficacy and long-term safety data for the current approved indication. For 2010, there are additional trials designed to be supportive of the brand's stated KSIs.

### *FENTORA* — Clinical Development

| Study/sponsor | Study Design | Estimated Completion Date |
|---|---|---|
| FBT – 3056/Clinical Research | DB, Crossover - FBT vs Oxy IR (similar to Study 3055); followed by 12-week OL | Jan 2010 |
| Phase IV - Validation Study/Medical Affairs | Validation of three exploratory assessments (CAPF, PAF, and GAS)[a] used in the noncancer BTP Study 3052 | Jan 2010 |
| Phase IV - BTP Burden of Illness/Medical Affairs | Epidemiology and Burden of Illness – BTP in opioid tolerant patients with chronic cancer and noncancer pain | June 2010 |

[a] CAPF=Clinical Assessment of Patient Function; PAF=Patient Assessment of Function; GAS=Goal Attainment Scale.

Confidential

TEVA_MDL_A_00363090



# Business Strategy

## Regulatory Strategy

The regulatory deliverables of gaining approved REMS is important as it will help to ensure safe and appropriate use of *FENTORA*. Additionally, the other actions listed below will be supportive of the brand's efforts in differentiating *FENTORA* from other SAOs and ROOs.

### *FENTORA* — Clinical Development

| Deliverable | Actions | Estimated Completion Date |
|---|---|---|
| Incorporate date from sublingual study into labeling | Submit data from study 1043 to FDA (S-008); FDA PDUFA action date | PDUFA Action date: 12/31/09 |
| Obtain FDA-approved REMS | Submit 9/14/09<br>Negotiation in progress with FDA | Anticipate approval: Q1 |
| Increase available strengths of *FENTORA* to product line to provide patients with greater dose options | Submit data from PK BE study and labeling after approval of REMS<br><br>Anticipate FDA warranting clinical safety data obtained before approving high dose | **TBD** |

Confidential

Financials



# Financials

## 2010 Financial Objectives

**Total Revenue:** $140MM
**TRxs:** ~48,000
**TRx Exit Share:** 25%

### Assumptions

SECURE Access approved as submitted

Retail pharmacy distribution

*FENTORA* prescribing impacted by REMS

Opioid non-tolerant patients excluded (~20%)

Opioid class follow similar/same REMS requirements

SECURE Access investment leveraged for success

### Challenges to Assumptions

REMS impact

Process disruption from program

Prescribing shifts to alternative opioids that do not have the burdensome perception of a REMS program

Loss from patients not meeting opioid tolerant criteria (~20%)

Competitive impact

Increased voice in BTP market

High-dose advantage over *FENTORA* (2010)

Specialty pharmacy distribution

**Confidential**                                                                                    **TEVA_MDL_A_00363093**



# Financials

## Marketing Budget

| Category | 2010 | Description/Business Activity |
|---|---|---|
| A&P | $5,075 | Personal, nonpersonal, and Web initiatives to change beliefs around ROOs and to differentiate and increase utilization of *FENTORA* |
| CSPs | $3,000 | Utilized for *FENTORA* education as well as REMS education and enrollment as appropriate |
| Market research | $820 | |
| Med ed | $400 | Ad boards, speaker training, consultant meetings |
| Conventions | $600 | |
| PR | $1,000 | |
| Reprints | $200 | |
| Vouchers/debit cards | $2,650 | Titrating and maintaining *FENTORA* patients |
| REMS | $6,255 | Creating, producing, and fulfilling education module and enrollment materials, label change, outreach, and SECURE Web site updates and maintenance |
| **Total Budget** | **$20,000** | |

## Contribution

| Category | 2010 (MM) |
|---|---|
| **Gross sales** | $140.0 |
| **Marketing expense** | $20.0 (REMS: $7; A&P: $13) |
| **Sales** | $13.2 |
| **CME/pubs/ISS** | $3.9 |
| **Clinical trials** | $0.9 |
| **Contribution** | $102.0 |

Confidential

TEVA_MDL_A_00363094



Terms, References, and Appendix

# Terms, References, and Appendix

## Glossary of Terms

**AMFE:** Area Marketing Field Effectiveness (manager)

**BEMA:** BioErodible MucoAdhesive technology used in Onsolis

**BTP:** Breakthrough Pain

**KSI:** Key Strategic Imperative

**LAO:** Long-Acting Opioid

**OTFC:** Oral Transmucosal Fentanyl Citrate

**PCS:** Pain Care Specialists

**REMS:** Risk Evaluation and Mitigation Strategy

**ROO:** Rapid-Onset Opioid

**SAO:** Short-Acting Opioid

**SOV:** Share of Voice

**TSS:** Territory Sales Specialists

## References

1. National Pharmaceutical Council and Joint Commission on Accreditation of Healthcare Organizations. *Pain: Current Understanding of Assessment, Management, and Treatments.* Reston, VA: National Pharmaceutical Council; 2001.

2. Portenoy RK, Hagen NA. Breakthrough pain: definition, prevalence and characteristics. *Pain.* 1990;41:273-281.

3. Portenoy RK, Payne D, Jacobsen P. Breakthrough pain: characteristics and impact in patients with cancer pain. *Pain.* 1999;81:129-134.

4. Bennett D, Burton AW, Fishman S, et al. Consensus panel recommendations for the assessment and management of breakthrough pain: part 2 management. *Pharmacol Ther.* 2005;30:354-361.

5. Zeppetella G, O'Doherty CA, Collins S. Prevalence and characteristics of breakthrough pain in cancer patients admitted to a hospice. *J Pain Symptom Manage.* 2000;20:87-92.

6. Portenoy RK, Bennett DS, Rauck R, et al. The prevalence and characteristics of breakthrough pain in patients with chronic non-cancer pain. Poster presented at: the American Pain Society Annual Meeting; March 30-April 2, 2005; Boston, MA.

7. Abernathy AP, Wheeler JL, Fortner BV. A health economic model of breakthrough pain. *Am J Manag Care.* 2008;14(5):S129-S140.

8. Fortner BV, Demarco G, Irving G, et al. Description and predictors of direct and indirect costs of pain reported by cancer patients. *J Pain.* 2002;3:38-44.

9. Fortner BV, Demarco G, Irving G, et al. Description and predictors of direct and indirect costs of pain reported by cancer patients. *J Pain Symptom Manage.* 2003;25:9-18.

10. Taylor DR, Webster LR, Chun SY, et al. Impact of breakthrough pain on quality of life in patients with chronic, noncancer pain: patient perceptions and effect of treatment with oral transmucosal fentanyl citrate (OTFC, ACTIQ). *Pain Med.* 2007;8:281-288.

11. American Pain Foundation.

12. IMS. NPA (retail and mail order only); calculation is based upon NPA demand sales (units per strength * WAC per unit strength) divided by NPA TRx.

13. Promoting pain relief and preventing abuse of pain medications: a critical balancing act. American Pain Society Web site. http://www.ampainsoc.org/advocacy/promoting.htm. Accessed October 27, 2009.

Confidential

TEVA_MDL_A_00363096

# Terms, References, and Appendix

## Key Clinical Studies

| NDA | | Published (Y/N) |
|---|---|---|
| 99-14 | Efficacy: CA BTP | Y |
| 99-15 | Safety: CA BTP (open label) | Y |
| 1026-29 | PK: 4 main studies | Y |
| **sNDA:Expanded Label (noncancer)** | | |
| 3040 | Safety: all non-CA BTP (open label) | Y |
| 3041 | Efficacy: neuropathic BTP | Y |
| 3042 | Efficacy: lower back BTP | Y |
| 3052 | Pivotal Efficacy: all non-CA BTP | N[a] |
| 3054 | Pain anxiety symptoms | N |
| **Other PK Studies** | | |
| 1043 | Buccal vs sublingual | Y |
| 1052 | High dose | N[a] |
| 1046 | Relative potency (IV morphine) | N[a] |
| **H-2-H Studies** | | |
| 3055 | vs OxyIR ST efficacy & safety | N |
| 3056 | vs OxyIR LT efficacy & safety | N[b] |

[a] 3052, 1052, and 1046 are published in abstracts only as of 2009.
[b] Study data available ~ April 2010.

**Confidential**

TEVA_MDL_A_00363097

# Terms, References, and Appendix

## 2010 *Fentora* Convention Schedule

| Convention | Date | Audience Profile/ Attendance | Exhibit Space |
|---|---|---|---|
| **AAPM** - American Academy of Pain Medicine[a]<br>San Antonio, TX<br>(Corporate Members) | 2/03-2/05 | Pain Specialists<br>900 | 30 X 30 |
| **AMCP** - Academy of Managed Care Pharmacy[b]<br>San Diego, CA<br>(Managed Care Meeting) | 4/07-4/10 | Pharmacists<br>5000 | 10 X 20 |
| **APS** - American Pain Society[a]<br>Baltimore, MD<br>(Corporate Members) | 5/06-5/07 | Pain Researchers<br>1500 | 30 X 30 |
| **ONS** - Oncology Nursing Society<br>San Diego, CA | 5/13-5/16 | Oncology Nurses<br>5500 | 20 X 20 |
| **2010 PAIN WEEK**<br>Las Vegas, NV | 9/08-9/12 | Pain Specialist<br>800 | 10 X 20 |
| **AAPM** - American Academy of Pain Management<br>Las Vegas, NV<br>(Corporate Members) | 9/21-9/24 | Pain Management<br>1000 | 10 X 20 |
| **ASA** - American Society of Anesthesiologists<br>San Diego, CA | 10/18-10/20 | Anesthesiologists<br>16,000 | 20 X 20 |

[Redaction - Other Teva Product] AMRIX.
[Redaction - Other Teva Product] AMRIX and NUVIGIL.

**Confidential**                                                                                      **TEVA_MDL_A_00363098**