Case: 1:17-md-02804-DAP Doc #: 2255 Filed: 08/13/19 1 of 1. PageID #: 352940

Confidential

TEVA_MDL_A_00363099