PSJ17 Exh 85

**File Provided Natively**

**TEVA_MDL_A_00556008**







# *FENTORA* SWOT Analysis

**Strengths**

- Precise/Not over-medicating
- Flexibility to re-dose/Delivery matches pain
- Fast and powerful
- Reliable and predictable
- Permits patient functionality
- Bright future – Pipeline
- Heritage – Well-studied/Proven
- REMS as safety net

**Weaknesses**

- Expensive/Lack of coverage – weak Cost vs. Value perception
- REMS is viewed as a hassle
- Misunderstood – across all stakeholders
- Limited peer influence – HCPs and patients
- Lack of consistent messaging or sales force focus (e.g. "BTCP" vs. "BTP")
- Low awareness

**Opportunities**

- Focus on *FENTORA* core messaging and making it more relevant (because competitors are expanding knowledge of the BTP market)
- Shift focus from illness to wellness, to elevate the aspirational benefits and possibilities from treatment with *FENTORA*
- Establish a unified approach to treatment across various HCP stakeholders
- Facilitate earlier identification of patients

**Threats**

- Limited differentiation among ROOs, except in delivery and REMS hassle factor
- SAOs hold strong in the minds of prescribers
- Managed care pricing limit use
- KOL base is small



- The team put a stake in the ground and gained consensus on key strategic elements that led to the development of the Strategic Map
  - Vision for 2011 and for the long-term future
  - 2011 objectives
  - Critical success factors
  - Core strategies





# *FENTORA* 2011 Vision & Objectives









**Today: 2010**
***FENTORA* is an underutilized treatment for BTP**

**Tomorrow: 2011**
***FENTORA* is the treatment that best meets BTP needs**

**Future: 2020**
***FENTORA* is the gold standard of BTP treatment**

## 2011 Objectives

- *FENTORA* is viewed as a viable 1st/2nd line choice for BTP
- *FENTORA* is perceived as unique within BTP treatment options
- HCPs and Patients recognize "function" as a goal of therapy
- Leadership role among ROOs is maintained



# *FENTORA* Critical Success Factors





**Today: 2010**
***FENTORA* is an underutilized treatment for BTP**

**Tomorrow: 2011**
***FENTORA* is the treatment that best meets BTP needs**

**Future: 2020**
***FENTORA* is the gold standard of BTP treatment**

**Key Issues & Leverage Points**

| Breakdown of communication across the continuum of care inhibits use of *FENTORA* | Goal of treatment is currently limited to relief of pain | BTP assessment is subjective and individualized | REMS are poorly understood and perceived as a barrier |

   

**Critical Success Factors**

| Ensure productive dialogue so that elevated expectations remain intact | Convince the market that there's more than pain relief and that it's possible to achieve | Understand the intricacies of stakeholders' drivers and barriers | SECURE allows HCPs and patients to feel more confident about treating BTP |



# *FENTORA* Strategic Map



**Future: 2020**
*FENTORA* is the gold standard of BTP treatment; BTP is universally recognized

**Tomorrow: 2011**
*FENTORA* is recognized as the treatment that best meets BTCP needs

**Today: 2010**
*FENTORA* is an underutilized treatment for BTCP

| **Key Issues & Leverage Points** | Breakdown of communication across the continuum of care inhibits use of *FENTORA* | Goal of treatment is limited to pain relief often resulting in "acceptance" of sub-optimal treatment | BTCP assessment and treatment is subjective and individualized | REMS are poorly understood and perceived as a barrier |
|---|---|---|---|---|
| |  |  |  |  |
| **Critical Success Factors** | Ensure productive dialogue and treatment with *FENTORA* | Convince the market that there's more than pain relief and that it's possible to achieve | Understand the intricacies of stakeholders' drivers and barriers (benefit/risk, cost, etc) | SECURE Access allows HCPs and patients to feel more confident about treating BTCP |
| |  |  |  |  |
| **Strategies** | Understand and repair the gaps in communication | Align treatment expectations against *FENTORA*'s unique benefits | Facilitate a consistent and multi-dimensional approach to BTCP | Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA* |





2011 Tactical Plan Recommendations



## Rebranding *FENTORA* from Illness to Wellness

Concept:

- Expand upon and continue to refine the *FENTORA* brand story to focus on successful treatment outcomes framed within patient functionality



# Illness to Wellness Message Pull Through

**Strategy Addressed**
(highlight primary strategic driver)

1) **Understand and repair the gaps in communication**

2) **Align treatment expectations against FENTORA's unique benefits**

3) **Facilitate a consistent and multi-dimensional approach to BTCP**

4) **Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA***

| | |
|---|---|
| **Objective** | • Reinforce knowledge about BTP identification and evolve messaging from treatment matching to regaining/maintaining functional goals |
| **Description** | • Evolve existing and future selling materials to frame efficacy and successful treatment in terms of functional outcomes<br>• Inclusive of but not limited to:<br> – CVA and flashcards<br> – Case Assessment Detailer<br> – Oncology Leave Behind<br> – Convention panels<br> – Brand and unbranded websites<br> – Print and online media |
| **Target Audience** | • Pain Management Specialist (MD, nurse) Oncologist (MD, nurse), Patient, MMR |
| **Timing** | • Q42010 Initiation, Q1 Launch |
| **Cost** | • $600,000 |
| **Metrics** | • # Prescribers, NRx, primary & secondary market research |
| **Additional requirements/ opportunities** | • Sales force, MSL, Medical Education, MMR, Public Relations, 3rd party |

# Illness to Wellness Message Pull Through










es Aid

Flash Cards









dy Assessment Series

Oncology Leave Behind

Convention Panels



# Digital Selling Companion & Objection Handler

| | |
|---|---|
| **Strategy Addressed** (highlight primary strategic driver)<br><br>**1) Understand and repair the gaps in communication**<br><br>**2) Align treatment expectations against *FENTORA*'s unique benefits**<br><br>**3) Facilitate a consistent and multi-dimensional approach to BTCP**<br><br>**4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA*** | |

| | |
|---|---|
| **Objective** | • To leverage technology to complement sales force selling tools, allowing for seamless, cost-effective updates and optimization of messaging throughout a fiscal year<br>• To increase HCP acceptance and awareness of BTP |
| **Description** | • Digital Selling Companion to be installed on rep laptops; leverages existing visual aid and "build your own brochure" technology<br>• Creates "conversational selling" and aids in uncovering HCP decision-making behavior<br>• Survey Polling allows reps to understand what physician colleagues are saying<br>• The Digital Selling Companion houses the Digital Objection Handler<br>• Incorporates managed markets semi-annual data updates<br>• Digital Objection Handler to help reps in segmented selling as well as assistance with probing questions as it pertains to appropriate patient dialogue |
| **Target Audience** | • Sales Force |
| **Timing** | • Q3 Launch |
| **Cost** | • $150,000-$225,000 |
| **Metrics** | • Clicks per asset; time spent per asset, rep survey results, extended sales calls as a result, ability to leverage assets in other media for cost efficiency |
| **Additional requirements/ opportunities** | • Requires integration with sales force hardware; sales training; sales survey on functionality and recommendations |



# Digital Selling Companion





# *FENTORA*.com Evolution

**Strategy Addressed**
(highlight primary strategic driver)

1) Understand and repair the gaps in communication

2) **Align treatment expectations against *FENTORA*'s unique benefits**

3) **Facilitate a consistent and multi-dimensional approach to BTCP**

4) **Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA***

| | |
|---|---|
| **Objective** | • To leverage brand equity to prepare for label expansion via an online environment.<br>• Add tools to facilitate the appropriate treatment of patients; to better inform HCPs of diagnosis, treatment decisions and studies. |
| **Description** | • *FENTORA*.com: A general facelift to enhance usability and visual design to better align with strategic objectives, message evolution and lead generation goal<br> • **Interactive Clinical Case Studies** – Interactive HCP recall for interaction, measurement and education<br> • **Digital Data Module** – Showcases key studies in a searchable, scanable presentation<br> • **Doc Finder** – Help patients find a pain specialist in their area |
| **Target Audience** | • PCS, Onc, Onc Nurses, Patients, Caregivers |
| **Timing** | • Q1 Launch, Q3 launch |
| **Cost** | • *FENTORA*.com Evolution $100,000<br>• Interactive Clinical Case Studies $75,000 - $105,000<br>• Digital Data Module $125,000 - $150,000<br>• Doc Finder $30,000 |
| **Metrics** | • Better understand prescriber and patient mindsets at brand choice level.<br>• Registration-required content, most-viewed content, traffic to site, path analyses, downloads, registrations, referring traffic to BTP.com and SYP.com will be measured<br>• Views per case, time spent per slide, time spent viewing videos, opt-ins, survey answers, segmentation analysis<br>• Downloads, interactions, time spent per page, could require registration<br>• Interaction, participating HCPs, # prescribers, NRx |
| **Additional requirements/ opportunities** | • Leads to pass to sales force, work with Cephalon IT to host and launch<br>• Consider expanding to more than two cases<br>• Medical education, market research integration<br>• Doc Finder requires list rental |

# Interactive Clinical Case Studies





# Digital Data Module





# Label Optimization Initiative

| **Strategy Addressed**<br>(highlight primary strategic driver)<br><br>1) Understand and repair the gaps in communication<br><br>**2) Align treatment expectations against FENTORA's unique benefits**<br><br>3) Facilitate a consistent and multi-dimensional approach to BTCP<br><br>4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA* | | |
|---|---|---|
| **Objective** | •Create a process to pro-actively engage and prepare the marketing team for upcoming Fentora label changes and new clinical data | |
| **Description** | •  Ongoing process provides the marketing team with information and resources needed to<br>    •  Immediately help shape language & tone of the pending REMS label update so that  it most favorably aligns with brand strategy<br>    •  Proactively incorporate elements of anticipated REM label change into new initiatives<br>    •  Anticipate future label changes to drive market conditioning efforts for non-cancer indication , functional claims, etc. | |
| **Target Audience** | •Medical, Regulatory, Legal, KOL, FDA, Marketing | |
| **Timing** | •Immediate initiation, Q1 Launch coinciding with SECURE ACCESS | |
| **Cost** | •$70,000 | |
| **Metrics** | •Percentage of requested changes approved by the FDA that end up in the final label/ increased team efficiency, rapid adoption of new claims via primary & secondary market research | |
| **Additional requirements/ opportunities** | •Scientific story, category lexicon analysis, competitive PI analysis, advisory board access, Payor pull through | |



# Label Optimization Initiative

**BRAND**
- Lexicon analysis
- Scientific Story

**FUTURE BRAND**
- Other brand aspirations e.g. other indications

**COMPETITION**
- Competitive promo audit
- Competitive PI analysis

**INFLUENCERS**
- Regulatory guidance
- KOL insights

**PRACTICAL GUIDANCE**
- Payer insights
- Guideline analysis

**Hypothetical Label Infrastructure**



## Expanding the *FENTORA* Influence Network

Concept:

- Create and leverage KOL relationships that most closely align with *FENTORA* messaging

- Identify pain management clinicians from the front lines of *FENTORA* expertise and grow them into a new breed of influencers



# Mapping KOL Influence

**Strategy Addressed**
(highlight primary strategic driver)

**1) Understand and repair the gaps in communication**

**2) Align treatment expectations against FENTORA's unique benefits**

**3) Facilitate a consistent and multi-dimensional approach to BTCP**

**4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with _FENTORA_**

| | |
|---|---|
| **Objective** | • Identify & leverage existing and future KOLs in pain management and oncology pain management, that most closely align with _FENTORA_ messaging |
| **Description** | • Clearly define the differences between opinion leaders, advocates, and market influencers to allows for more targeted communications and more efficient medical/marketing activities<br>• Determine how to optimize peer consensus, stimulate overall discussion, and achieve product acceptance among cancer pain management HCPs<br>• Identify a Pain Advocacy Influence Network (P.A.I.N.) from the front lines of _FENTORA_ expertise and elevate them into higher levels of influence<br>• Leverage P.A.I.N. to gain _FENTORA_ influencer insights and identify _FENTORA_ patient stories and imagery for evolved selling materials and communications |
| **Target Audience** | • Pain Management Specialist, Oncologist, Payor |
| **Timing** | • Q32010 Initiation, Q2 2011 Launch |
| **Cost** | • $175,000-$300,000 |
| **Metrics** | • Influence mapping 75% call plan, 30% increase new KOL's |
| **Additional requirements/ opportunities** | • Sales force, MSL, Medical Education, MMR, Public Relations |



## Mapping KOL Influence





# White Paper Series

| Strategy Addressed (highlight primary strategic driver) | | |
|---|---|---|
| **1) Understand and repair the gaps in communication**<br><br>**2) Align treatment expectations against FENTORA's unique benefits**<br><br>**3) Facilitate a consistent and multi-dimensional approach to BTCP**<br><br>**4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with _FENTORA_** | **Objective** | • Shape and define BTP identification, management and treatment practices |
| | **Description** | • White paper series and subsequent live programming rollout and non-personal communication pull-through. Topics would include:<br>    • **Burden of Illness outcomes/implications**<br>    • **Maximizing _FENTORA_ and BTP Benefit:Risk ratio** –<br>        1. Principles of decision science & risk analysis<br>        2. Risk modeling & protocol development<br>        3. Risk management and communication<br>        _4. FENTORA_ risk architecture<br>    • **REMS/SECURE** – Positive effect on opioid prescribing |
| | **Target Audience** | • Oncology, Pain Management Specialists and respective nurses |
| | **Timing** | • Q2 Initiation, Q3 Launch |
| | **Cost** | • $360,000 |
| | **Metrics** | • # New prescribers, primary & secondary market research |
| | **Additional requirements/ opportunities** | • MSL, Medical Education, MMR, Public Relations, Sales Force |



# Transference of Experience

| Strategy Addressed (highlight primary strategic driver) | | |
|---|---|---|
| **1) Understand and repair the gaps in communication**<br><br>**2) Align treatment expectations against FENTORA's unique benefits**<br><br>**3) Facilitate a consistent and multi-dimensional approach to BTCP**<br><br>4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA* | **Objective** | • Expand BTP identification and appropriate treatment with *FENTORA* |
| | **Description** | • Regional KOL endorsed selling materials for use among HCPs with limited-to-no *FENTORA* experience<br>• Materials would include checklist/questionnaires to 1) facilitate BTP patient identification, 2) track progress of *FENTORA* treated patients<br>• Benefits of SECURE message delivery<br>• Aggregate program *FENTORA* usage / patient tracking information would be collected for use in follow-up communications<br>• Program delivery by MSLs and sales representatives, by target prescriber behaviors (ie. High volume SAO, low decile *FENTORA*)<br>• Materials could be customized to regional influencers |
| | **Target Audience** | • Oncology, Pain Management Specialists and respective nurses<br>• Low – medium decile *FENTORA* Rxers<br>• High volume SAO Rxers |
| | **Timing** | • Q1 Initiation, Q2 Launch |
| | **Cost** | • $250,000 |
| | **Metrics** | • # New Prescribers, NRx, increased live programming attendance |
| | **Additional requirements/ opportunities** | • MSL, Sales Force, Medical Education, MMR, Public Relations |

# Transference of Experience





Sell Sheet

Letter



Holder and Kits



Patient Enrollment Kit with vocher



Questionaire and Data Capture



Flash Card



# BTP Professionals Network

**Strategy Addressed**
(highlight primary strategic driver)

1) **Understand and repair the gaps in communication**

2) **Align treatment expectations against *FENTORA*'s unique benefits**

3) **Facilitate a consistent and multi-dimensional approach to BTCP**

4) **Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA***

| | |
|---|---|
| **Objective** | • Build a peer-to-peer network beginning with *FENTORA* KOLs to foster conversation around BTP and its potential treatment options. |
| **Description** | • **Online Community** where KOLs can gather in a private, closed environment leveraging third-party platform (Within3) |
| **Target Audience** | • KOLs as pilot; intention to allow invitation functionality to grow virally |
| **Timing** | • Q1 Initiation, Q2 Launch |
| **Cost** | • $405,000 |
| **Metrics** | • Number of conversations, trends within conversations, incremental Rx lift based on program start, expanded target list, comparison to KOL mapping |
| **Additional requirements/ opportunities** | • Requires sales force announcement that community has launched; possible integration into conferences; link to market research, monthly trendspotting |

# BTP Professionals Network







# HCP Video Testimonials and BTP Video FAQs

**Strategy Addressed**

(highlight primary strategic driver)

1) Understand and repair the gaps in communication

2) Align treatment expectations against *FENTORA*'s unique benefits

3) Facilitate a consistent and multi-dimensional approach to BTCP

4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA*

| | |
|---|---|
| **Objective** | • HCP Video Testimonials will utilize expert testimonials to educate on BTP and *FENTORA* on branded and unbranded platforms<br>• The video FAQs will define and reinforce BTP as a distinct subset of pain, which requires specific treatment |
| **Description** | • **HCP Videos** to include three video segments: nurse, onc and pain specialist to speak to specific issues pertaining to BTP and *FENTORA*<br>• **BTP FAQs:** A video collection of FAQs that can be delivered across multiple digital vehicles<br>• Content will be developed from *FENTORA* influencer insights and brand messaging to deliver the *FENTORA* story |
| **Target Audience** | • PCS, Onc, Onc Nurses, Patients, Caregivers, Pain Management Specialists and respective nurses |
| **Timing** | • Q1 – Q4 |
| **Cost** | • $165,000- $180,000 |
| **Metrics** | • Views per segment, time spent per video, most-viewed content areas, transcript downloads, referring URLs, exit URLs<br>• NRx, primary & secondary market research |
| **Additional requirements/ opportunities** | • KOL contracts, OOPs associated with one-day video shoot local to Philadelphia area<br>• Sales force, MSL, Medical Education, MMR, Public Relations |

# HCP Video Testimonials & FAQ







# Pain Tracker Mobile App

**Strategy Addressed**
(highlight primary strategic driver)

1) **Understand and repair the gaps in communication**

2) Align treatment expectations against *FENTORA*'s unique benefits

3) Facilitate a consistent and multi-dimensional approach to BTCP

4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA*

| | |
|---|---|
| **Objective** | • To leverage mobile usage prevalence to better foster a productive dialogue between patient and HCP |
| **Description** | • **Pain Tracker Mobile App;** Take algorithm from digital pain tracker and port to mobile technology for download on *FENTORA*.com, BTP.com and SYP.com<br>• Ability to upload data, track trends and medication usage and email to HCP (HL-7 compliance)<br>• Multi-dimensional: Speed of onset, duration, speed of offset, functionality between spikes, triggers, body location<br>• Create a personalized pain scale using your own face |
| **Target Audience** | • Primary: Patients<br>• Secondary: HCPs for patient education |
| **Timing** | • Q4 Launch |
| **Cost** | • $150,000 - $200,000 |
| **Metrics** | • Downloads, interactions |
| **Additional requirements/ opportunities** | • Possible approvals required from Apple, link to all web properties |

# Pain Tracker Mobile App







# Maximizing Convention Presence

**Strategy Addressed**
(highlight primary strategic driver)

**1) Understand and repair the gaps in communication**

**2) Align treatment expectations against FENTORA's unique benefits**

**3) Facilitate a consistent and multi-dimensional approach to BTCP**

**4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA***

| | |
|---|---|
| **Objective** | • Maintain FENTORA SOV at professional conventions dedicated to pain management and oncology |
| **Description** | • **Cephalon Tweet:** Cephalon Twitter feed that lists convention updates and announcements<br>• **Yesterday's Posters Today:** Collection of FENTORA posters from the previous day's poster sessions, handed out at the booth<br>• Door drop booth drivers, pre/post convention email contact stream, convention journal ad<br>• **BTP Wiki:** Capitalize on the principles of Wiki- content development to create an online, physician-created compilation of BTP pain reference information |
| **Target Audience** | • Pain Management Specialist (MD, nurse), Oncologist (MD, nurse) |
| **Timing** | • Q1 Initiation, Q1Launch |
| **Cost** | • $295,000 |
| **Metrics** | • Booth attendance, Twitter followers, poster distribution, # new prescribers, NRx |
| **Additional requirements/ opportunities** | • Sales force communication, sales training |



# *FENTORA* Virtual Convention Booth

**Strategy Addressed**
(highlight primary strategic driver)

**1) Understand and repair the gaps in communication**

**2) Align treatment expectations against FENTORA's unique benefits**

**3) Facilitate a consistent and multi-dimensional approach to BTCP**

**4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA***

| | |
|---|---|
| **Objective** | • Extend reach and impact of *FENTORA* convention content to targets not in attendance |
| **Description** | • Proprietary, immersive on-line environment designed to deliver convention experience at the HCP's convenience<br>• Leverages existing creative & scientific assets<br>   • STREAMING NEWS TICKER: Get the latest in disease state, clinical trial, and competitive news with a streaming ticker on the Virtual Booth landing page<br>   • VIRTUAL PATIENT/Clinical Case Studies: Visually demonstrating the impact of disease progression on patients<br>   • VIRTUAL MEDICAL LIBRARY: Personalized, comprehensive database of textbooks, journals, clinical articles and links to leading organizations<br>   • ON-DEMAND KOL/HCP Testimonial Video: On-demand or live presentations from KOLs including poster presentations and clinical paper discussion<br>   • CONVENTION PANELS COME TO LIFE: Instantly view panels with link to supporting clinical studies and Q&A to request additional information<br>• Able to stand independently or within FENTORA.com |
| **Target Audience** | • Pain Specialists & Nurses, Oncologists & Nurses, Payors |
| **Timing** | • Project initiation September2010, launch February 2011 |
| **Cost** | • $300,000-$500,000 |
| **Metrics** | • Program traffic, CRM registry pull-through, NRx |
| **Additional requirements/ opportunities** | • Will it require sales force communication, sales training, internal communication, other ? Can it be leveraged across channels, PR, MedEd, promotion, etc.? |





## Concept: Elevate Patient Experience

Objective:

- Leverage real patient experience with *FENTORA* to illustrate value of BTP treatment matching and regaining/maintaining functional goals

- Provide resources and services to drive successful patient-HCP dialogues about pain experience, characteristics and treatment progress





# *FENTORA* Breakthrough Pain Support Kit

| Strategy Addressed (highlight primary strategic driver) | | |
|---|---|---|
| **1) Understand and repair the gaps in communication**<br><br>**2) Align treatment expectations against FENTORA's unique benefits**<br><br>**3) Facilitate a consistent and multi-dimensional approach to BTCP**<br><br>**4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA*** | **Objective** | •Acknowledge pain as a distinct and unique component of the cancer patient experience upon first diagnosis and provide them with the tools and resources to |
| | **Description** | •Informative patient education resource to raise awareness about the unique characteristics of BTP and appropriate treatment<br>•Relevant to patients at any point in their pain journey<br>•Oncology and Pain Specialist nurse delivered, in print and digital formats<br>•Components would include: BTP Education; Patient appointment prep resources; Registration drivers for subsequent communications<br>• Web key links to customized portal at FENTORA.com to obtain resources |
| | **Target Audience** | •Patient |
| | **Timing** | •Q4 2010 Initiation, Q1 Launch |
| | **Cost** | •$160,000 |
| | **Metrics** | •Mobile Google analytics, Website analytics to Fentora.com and Web portal, NRx |
| | **Additional requirements/ opportunities** | •Will require sales force communication and delivery of kits to called on Oncologist offices. |



# *FENTORA* Breakthrough Pain Support Kit





*FENTORA*.com



Mobile Applications



# Patient Services – Nurse on Demand

| **Strategy Addressed** (highlight primary strategic driver) | | |
|---|---|---|
| **1) Understand and repair the gaps in communication**<br><br>**2) Align treatment expectations against FENTORA's unique benefits**<br><br>**3) Facilitate a consistent and multi-dimensional approach to BTCP**<br><br>4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA* | **Objective** | • Drive patient education, appropriate identification and treatment of BTP |
| | **Description** | • Establish a group of nurses to provide oncology patient education and support and BTP identification and treatment<br>• Nurses could be accessed via local group programs (live and/or telecon) and online<br>• Reinforce BTP education and *FENTORA* messages via personalized nurse-to-patient communications<br>• Maintain integration Nurse BTP Education programming |
| | **Target Audience** | • Patient |
| | **Timing** | • Q1 Initiation, Q2 Launch |
| | **Cost** | • $35,000 |
| | **Metrics** | • Increased persistency rate, NRx |
| | **Additional requirements/ opportunities** | • Sales Force, Sales Training, PR |



# Patient Services - Nurse on Demand





# Patient Services – *FENTORA* Patient Mentors

| Strategy Addressed | | |
|---|---|---|
| **(highlight primary strategic driver)** | **Objective** | • Increase SOV and impact of *FENTORA* key messages |
| **1) Understand and repair the gaps in communication** | **Description** | • Recruit *FENTORA* patient advocates to share their personal experiences with *FENTORA*<br>• Connect *FENTORA* Patient Mentors and oncology patient via live events, teleconference series and FENTORA.com<br>• Feature individual *FENTORA* Patient Mentors in non-personal communications<br>• Coordinate user-generated and push communications to amplify *FENTORA* mentor program messages within the social space<br>• Conduct mentor advisory board discussions to determine group knowledge and activity in oncology social media venues |
| **2) Align treatment expectations against FENTORA's unique benefits** | **Target Audience** | • Patient |
| 3) Facilitate a consistent and multi-dimensional approach to BTCP | **Timing** | • $35,000 |
| | **Cost** | • Overall & by quarter (may require more details) |
| 4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA* | **Metrics** | • NRx, increased persistency rate |
| | **Additional requirements/ opportunities** | • Sales Force, Sales Training, PR |



# The Art of Treatment Matching

| Strategy Addressed (highlight primary strategic driver) | | |
|---|---|---|
| **1) Understand and repair the gaps in communication**<br><br>2) Align treatment expectations against FENTORA's unique benefits<br><br>3) Facilitate a consistent and multi-dimensional approach to BTCP<br><br>4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA* | **Objective** | • Generate a travelling piece of art which increases BTP awareness and *FENTORA* education |
| | **Description** | • Commission a sculpture from patient quotes which inspires reflection on the positive outcomes of enhanced pain dialogues and treatment matching<br>• Displayed in esteemed oncology centers (i.e. Sloan Kettering, UCSF, et al.)<br>• The structure of the sculpture would also serve as a repository for patient education materials concerning improved identification and treatment of BTP with *FENTORA* |
| | **Target Audience** | • Oncologist, Oncology clinics / institutions, allied health; patient / caregiver |
| | **Timing** | • Q2 Initiation, Q3 Launch |
| | **Cost** | • $65,000 |
| | **Metrics** | • # Prescribers, NRx, # patient mentors, primary & secondary research |
| | **Additional requirements/ opportunities** | • Sales Force, Public Relations |



# Cause-Related Marketing

| Strategy Addressed (highlight primary strategic driver) | | |
|---|---|---|
| **1) Understand and repair the gaps in communication**<br><br>**2) Align treatment expectations against FENTORA's unique benefits**<br><br>3) Facilitate a consistent and multi-dimensional approach to BTCP<br><br>**4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with FENTORA** | **Objective** | • Leverage relationships and community commitment with national advocacy groups |
| | **Description** | • Establish a presence at oncology and pain management patient 3rd party/association events, via:<br>• Sponsorships and BTP/*FENTORA* patient education materials<br>• Team of *FENTORA* patients, and HCPs, to be the face of *FENTORA* efficacy |
| | **Target Audience** | • Patients, HCPs, Payors, Advocacy Groups |
| | **Timing** | • Initiation, PDRC review, Launch |
| | **Cost** | • $80,000 |
| | **Metrics** | • Event participation, primary & secondary market research, NRx |
| | **Additional requirements/ opportunities** | • Sales Force, Sales Training, PR |

# Cause-Related Marketing





## Concept: Creating Universal Understanding of BTP

Objective:

- Create consistent understanding of appropriate BTP patient identification, value of treatment matching and regaining/maintaining patient functional goals



# Broadening Market Education

**Strategy Addressed**
(highlight primary strategic driver)

1) **Understand and repair the gaps in communication**

2) **Align treatment expectations against FENTORA's unique benefits**

3) Facilitate a consistent and multi-dimensional approach to BTCP

4) **Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA***

| | |
|---|---|
| **Objective** | • Create consistent understanding of appropriate BTP patient identification, value of treatment matching and regaining/maintaining patient functional goals |
| **Description** | • Non-personal communications that reinforce a universal definition of BTP and appropriate BTP patient identification for *FENTORA* treatment. Campaign will include messaging about:<br>  – The effect of BTP on measures of patient functionality<br>  – Key components of patient dialogue to drive appropriate BTP patient identification<br>• Print advertorial series (quarterly)<br>  – BTP Understanding<br>  – Functionality<br>  – Communication<br>  – Patient Identification<br>• Direct mail and email series to call list HCPs<br>  – Drive to online educational and practice-building resources |
| **Target Audience** | • HCP, Patient |
| **Timing** | • Q3 2010 Initiation, Q1 Launch |
| **Cost** | • $540,000 |
| **Metrics** | • ATU Study, Message Recall Study, BreakThroughPain.com page views |
| **Additional requirements/ opportunities** | • Sales Force, Med Ed, PR |



# Unbranded Web Properties

<table>
<tr>
<td><strong>Objective</strong></td>
<td>
• To educate consumers and HCPs about BTP in an environment that is one-step before brand choice on the buying process<br>
• To leverage the idea of community to better inform the patient/HCP dialogue as it pertains to all types of pain—specifically driving BTP leads to a more relevant online destination
</td>
</tr>
<tr>
<td><strong>Description</strong></td>
<td>
• <strong>BreakThroughPain.com -</strong> an unbranded online environment that legitimizes breakthrough pain as a condition and allows for delivery of content appropriate for segments and mindsets—both consumer and HCP<br>
• <strong>ShareYourPain.com -</strong> evolution to include building upon the existing concept by developing an online destination for a true patient community<br>
• <strong>Doc Finder -</strong> to help patients find a pain specialist in their area
</td>
</tr>
<tr>
<td><strong>Target Audience</strong></td>
<td>• PCS, Onc, Onc Nurses, Patients, Caregivers</td>
</tr>
<tr>
<td><strong>Timing</strong></td>
<td>• Q2 Launch</td>
</tr>
<tr>
<td><strong>Cost</strong></td>
<td>
• BreakthroughPain.com   $250,000<br>
• ShareYourPain.com     $ 75,000<br>
• Doc Finder            $ 30,000
</td>
</tr>
<tr>
<td><strong>Metrics</strong></td>
<td>
• Meet the CSF of understanding the stakeholders' drivers and barriers, specifically through most-viewed content, downloads, registrations, traffic to site, path analyses, referring traffic to SYP.com and <em>FENTORA</em>.com<br>
• Help better understand patient mindsets at pre-diagnosis stage.  Registration-required content, most-viewed content, traffic to site, path analyses, downloads, registrations, referring traffic to BTP.com and <em>FENTORA</em>.com will be measured
</td>
</tr>
<tr>
<td><strong>Additional requirements/ opportunities</strong></td>
<td>
• Leads to pass to sales force, work with Cephalon IT to host and launch<br>
• Doc Finder requires list rental
</td>
</tr>
</table>

**Strategy Addressed**

(highlight primary strategic driver)

1) **Understand and repair the gaps in communication**

2) **Align treatment expectations against** *FENTORA*'s **unique benefits**

3) **Facilitate a consistent  and multi-dimensional approach to BTCP**

4)  Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA*



# Broadening Market Education Rollout

| Q4 '10 | Q1 | Q2 | Q3 | Q4 |

**Advertorials**

    

**DM & Email**

   

**Online**

 



### Concept: Relationship Marketing

Objective:

- Deliver relevant brand content on an individual basis, based upon audience need requests and level of engagement



# Relationship Marketing

| Strategy Addressed | Section | Content |
|---|---|---|
| **Strategy Addressed** (highlight primary strategic driver)<br><br>**1) Understand and repair the gaps in communication**<br><br>**2) Align treatment expectations against FENTORA's unique benefits**<br><br>**3) Facilitate a consistent and multi-dimensional approach to BTCP**<br><br>**4) Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA*** | **Objective** | • Deliver relevant brand content on an individual basis, based upon audience level of engagement |
| | **Description** | • Leverages ERL MetaMax VRM: A scalable, centralized profiling and interest data management tool<br>• Enrollment communications and drivers<br>• Initial development rules and ongoing refinement of system business rules<br>• Email and direct mail campaign of automated and rep triggered communications<br>• Viral content sharing enablement<br>• Sales enablement integration allows for rep customized communications and market materials (aligned with evolving target needs and preferences)<br>• Full integration with existing Cephalon customer database(s) |
| | **Target Audience** | • HCP, Patient |
| | **Timing** | • Q1 Initiation, Q3 Launch |
| | **Cost** | • $2,100,000 |
| | **Metrics** | • Engagement/response rates, # participants, # new prescribers, productivity of current prescribers, NRx |
| | **Additional requirements/ opportunities** | • Sales Force, Sales Training, Med Ed, PR, Medical |



# Relationship Marketing





**Today: 2010**
*FENTORA* **is an underutilized treatment for BTCP**

**Tomorrow: 2011**
*FENTORA* **is recognized as the treatment that best meets BTCP needs**

**Elevating the Offer**

**Tactical Concepts**

**Empowering the Patient**
Understand and repair the gaps in communication

**Leveraging Advocacy**

**CRM**

Align treatment expectations against *FENTORA*'s unique benefits

Expand the *FENTORA* Influence Network

Facilitate a consistent and multi-dimensional approach to BTCP

Elevate Patient Experience

Leverage Patient Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA*

Create a Universal Understanding of BTP

FENTORA: Illness to Wellness

**Owning the Diagnosis**



| Tactic | Understand and repair the gaps in communication ① | Align treatment expectations against *FENTORA*'s unique benefits ② | Facilitate a consistent and multi-dimensional approach to BTP ③ | Leverage SECURE Access as a valuable resource that enhances HCP-patient dialogue and treatment with *FENTORA* ④ |
|---|---|---|---|---|
| Rebranding *FENTORA* from Illness to Wellness | | | | |
| Label Optimization Initiative | | | | |
| Mapping KOL Influence | | | | |
| Narrative Competence initiative – MD and RN | | | | |
| White Paper Series | | | | |
| BTP Video FAQ | | | | |
| Transference of Experience | | | | |
| Elevate Patient Experience | | | | |
| Maximizing Convention Presence | | | | |
| The Cephalon TWEET— "Follow me at APS" | | | | |
| Yesterday's posters today— booth driver | | | | |
| BTCP Wiki Development Project | | | | |
| *FENTORA* BTP Support Kit | | | | |
| Patient Services – Nurse on Demand | | | | |
| Patient Services – *FENTORA* Patient Mentors | | | | |
| Collage | | | | |
| Cause-Related Marketing | | | | |
| Broadening Market Education | | | | |
| Relationship Marketing | | | | |
| *FENTORA* Facts Field Communications Plan | | | | |

| Tactic | Understand and repair the gaps in communication [1] | Align treatment expectations against *FENTORA*'s unique benefits [2] | Facilitate a consistent and multi-dimensional approach to BTCP [3] | Facilitate a consistent and multi-dimensional approach to BTCP [4] |
|---|---|---|---|---|
| Online KOL Community | X | X | X | X |
| HCP Videos | X | X | | |
| eCRM Strategy | X | X | X | X |
| eCRM Execution | X | X | X | X |
| Breakthroughpain.com | X | X | X | |
| Digital Selling Companion | X | X | X | |
| *FENTORA*.com Evolution | | X | X | X |
| ShareYourPain.com Evolution | X | | | |
| Online Promotion | X | X | X | X |
| Interactive Clinical Case Studies | | X | X | |
| Patient Videos | X | X | | |
| Pain Tracker Mobile App | X | | | |
| Pain Specialist Doc Finder | | X | | |
| Digital Data Module | | X | | |
| Digital Market Intelligence | X | X | X | X |
| Digital Objection Handler | X | X | X | X |
| Analytics Dashboard | X | X | X | X |
| Asset Syndication | X | X | X | X |
| Virtual Patient | X | X | X | |

