PSJ17 Exh 86

**File Provided Natively**

**Highly Confidential**

# 2012 *FENTORA* Brand Plan

Draft – November 2011





Update to Teva logo

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION. This document is for discussion purposes only and has not been approved by senior management.  All sales and marketing activity shall be strictly limited to the indications currently listed in the product's package insert.  This document contains proposed marketing and promotional strategies, tactics, and programs, as well as market research and other similar programs, all of which will only be developed and implemented after appropriate review and approval has been obtained in accordance with company policies (e.g., CARE, PDRC, or Legal/Compliance review).

1

# Detailed Agenda

- Executive Summary
- Market Situation Analysis
  - Market Overview
  - Competitive Landscape
  - Target Audiences
  - TIRF
- Product Situation Analysis
  - Financial Results (2011)
  - Customer Perceptions
  - REMS impact
  - Sales Force Size & Structure
  - Payer Situation
- Issues & Opportunities
  - SWOT, Key Issues
- Brand Strategy
  - Indication, Vision, Positioning, Strategic Map, Messaging
  - Tactical Plan & Timing
    - » Med Ed/Speaker Programs, Pubs, PR, HCP Promotion, REMS, Market Research, Managed Markets
- Budget

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# Executive Summary

**Need to update**



- Fentora is an effective yet underutilized brand

- Fentora has a small prescribing base, REMS hurdles, dosing confusion, and a lack of clear positioning in the doctor's mind

- In 2012, Teva will efficiently execute programs to
  - Clearly differentiate Fentora within the market
  - Mitigate prescribing hurdles
  - Solidify and expand the prescribing base
  - Establish clear triggers on when to utilize Fentora

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

3

# The Process



# Market Situation



FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# Market Landscape

▲ Need a slide on the opioid market in general

▲ Get from Sheila Joe McHale

# Add competitive – slide 57

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# Target Audience

**H4B Chelsea to update – Message Recall (targeting email)**

**How do we name these docs in a way that tells reps how to message**

| Audience | Description | Opportunity |
|---|---|---|
| **Field Sales Force** | - **71 reps**<br>- **X DMs**<br>- **X RDs/ X DAE / X SD Corporate Accts.**<br>- **X NAE / X AE / X Gov / X Instit / X Trade** | - **Protect/Grow** |
| **Fentora Prescribers (8-10)**<br>**XXX # of Prescribers** | - **XX East Region (XX%)**<br>- **XX West Region (XX%)**<br>- **Highest opioid & ROO comfort & productivity**<br>- **Likely influencers of others due to experience** | - **Protect**<br>- **Grow (Writing Intensity)** |
| **TIRF Prescribers (5-10)**<br>**XXX # of Prescribers** | - **XX East Region (XX%)**<br>- **XX West Region (XX%)**<br>- **Less comfortable with ROOs**<br>- **Driven more by patient request, efficacy, samples** | - **Protect**<br>- **Grow (Unique Prescribers)** |
| **Oncologists** | - **Limited Opioid & ROO experience** | - **Grow selectively**<br>- **Non-personal** |
| **Skilled Opioid Prescribers (H targets)** | - **Exhibit similar behavior to Mid-decile prescribersXXXX Whitespace XXXX** | - **Grow selectively**<br>- **Non-personal** |

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION



| Oct 2010 | Nov 2010 | Dec 2010 | Jan 2011 | Feb 2011 | Mar 2011 | Apr 2011 | May 2011 | Jun 2011 | Jul 2011 | Aug 2011 | Sep 2011 |

**Previous Period**
Oct 2010 – Mar 2011

**Current Period**
Oct 2010 – Mar 2011

**FROH Targets will be defined in both time periods using the same criteria**

- Allow for forward looking analysis of how each group performs based on call frequencies

- Show current landscape of targets and their respective growth

> **F:** FENTORA Decile 2-10
> **R:** Additional ROO Decile 5-10
> **O:** Additional ONCs LAO Decile 4-10 and PSAO Decile 4-10
> **H:** Additional LAO Decile 5-10 and PSAO Decile 5-10

TRx Growth: Oct 2010 – Mar 2011 vs. Apr 2011 – Sep 2011
Calls: Average calls/month in Apr 2011 – Sep 2011
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data

9

**F:** FENTORA Decile 2-10
**R:** Additional ROO Decile 5-10
**O:** Additional ONCs LAO Decile 4-10 and PSAO Decile 4-10
**H:** Additional LAO Decile 5-10 and PSAO Decile 5-10

## FROH Target Movement: Previous 6 months vs. current 6 months

| | | **Previous Targets** (Oct 2010 – Mar 2011) | | | | | |
|---|---|---|---|---|---|---|---|
| | | **F** | **R** | **O** | **H** | **Non Target** | **Total** |
| **Current Targets** (Apr 2011 – Sep 2011) | **F** | 885 | 47 | 24 | 161 | 151 | 1,268 |
| | **R** | 34 | 236 | 3 | 47 | 37 | 357 |
| | **O** | 13 | 6 | 933 | 0 | 597 | 1,549 |
| | **H** | 152 | 69 | 0 | 6,401 | 1,523 | 8,145 |
| | **Non Target** | 156 | 46 | 614 | 1,244 | 326,896 | 328,956 |
| | **Total** | 1,240 | 404 | 1,574 | 7,853 | 329,204 | 340,275 |

## Current F Targets:

• 70% came from previous F Targets

• 6% came from previous R and O Targets

• 24% came from previous H or Non-Targets

Current and Previous targets based on same criteria in respective time periods
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data

10

# TIRF TOE

▲ Contact Paula Castagno for a slide/info

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# Brand Situation





# FENTORA and ROO (Less FENTORA) Weekly TRxs

w/o 9/2/11
1,065 TRx

FENTORA TRxs
(Rolling 4 Wk Avg)

ROO TRxs
(less FENTORA, Rolling 4 Wk. Avg)

Following Trend

Reversing Trend

New Campaign
Sales Force Effort (70%)
Target Audience (3x)
Disruption / Vacancies

2009    2010    2011



**F:** FENTORA Decile 2-10
**R:** Additional ROO Decile 5-10
**O:** Additional ONCs LAO Decile 4-10 and PSAO Decile 4-10
**H:** Additional LAO Decile 5-10 and PSAO Decile 5-10

**FROH Target Count**
(Apr 2011 – Sep 2011)



**FROH TRx**
(Apr 2011 – Sep 2011)



F Targets make up 11% of the total targets and account for 94% of FENTORA TRx

Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data

14

F: FENTORA Decile 2-10
R: Additional ROO Decile 5-10
O: Additional ONCs LAO Decile 4-10 and PSAO Decile 4-10
H: Additional LAO Decile 5-10 and PSAO Decile 5-10

# FENTORA Growth by Call Count - F Targets



TRx Growth: Oct 2010 – Mar 2011 vs. Apr 2011 – Sep 2011
Calls: Average calls/month in Apr 2011 – Sep 2011
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data

15



**F:** FENTORA Decile 2-10
**R:** Additional ROO Decile 5-10
**O:** Additional ONCs LAO Decile 4-10 and PSAO Decile 4-10
**H:** Additional LAO Decile 5-10 and PSAO Decile 5-10

# FENTORA Growth by Call Count - R Targets

TRx Growth: Oct 2010 – Mar 2011 vs. Apr 2011 – Sep 2011
Calls: Average calls/month in Apr 2011 – Sep 2011
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data



**F:** FENTORA Decile 2-10
**R:** Additional ROO Decile 5-10
**O:** Additional ONCs LAO Decile 4-10 and PSAO Decile 4-10
**H:** Additional LAO Decile 5-10 and PSAO Decile 5-10

# FENTORA Growth by Call Count - O Targets

TRx Growth: Oct 2010 – Mar 2011 vs. Apr 2011 – Sep 2011
Calls: Average calls/month in Apr 2011 – Sep 2011
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data

17



**F:** FENTORA Decile 2-10
**R:** Additional ROO Decile 5-10
**O:** Additional ONCs LAO Decile 4-10 and PSAO Decile 4-10
**H:** Additional LAO Decile 5-10 and PSAO Decile 5-10

# FENTORA Growth by Call Count - H Targets

| TRx Growth | |
|---|---|
| All (n=7,853) | +147% |
| 3+ Calls/Mth (n=245) | +218% |
| 2-3 Calls/Mth (n=433) | +200% |
| 1-2 Calls/Mth (n=734) | +185% |
| 0-1 Calls/Mth (n=6,441) | +58% |

TRx Growth: Oct 2010 – Mar 2011 vs. Apr 2011 – Sep 2011
Calls: Average calls/month in Apr 2011 – Sep 2011
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data

## FENTORA TRx Growth by Previous FENTORA Decile

| FENTORA Decile Previous 6mo | FENTORA TRx Previous 6mo | FENTORA TRx Current 6mo | FENTORA TRx Growth | % Growth |
|:---:|:---:|:---:|:---:|:---:|
| 10 | 2,788 | 2,415 | -373 | -13% |
| 9 | 2,587 | 2,384 | -203 | -8% |
| 8 | 2,671 | 2,908 | 237 | 9% |
| 7 | 2,692 | 2,723 | 31 | 1% |
| 6 | 2,604 | 2,338 | -266 | -10% |
| 5 | 2,586 | 2,274 | -312 | -12% |
| 4 | 2,640 | 2,304 | -336 | -13% |
| 3 | 2,638 | 2,260 | -378 | -14% |
| 2 | 2,609 | 2,340 | -269 | -10% |
| 1 | 2,477 | 2,449 | -28 | -1% |
| Total | 26,292 | 24,395 | -1,897 | -7% |

Previous 6 months: Oct 2010 – Mar 2011;  Current  6 months: Apr 2011 –Sep 2011
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data

19

## FENTORA TRx Growth by Specialty

| Specialty | FENTORA TRx Previous 6mo | FENTORA TRx Current 6mo | FENTORA TRx Growth | % Growth |
|---|---|---|---|---|
| PMD | 17,430 | 17,698 | 268 | 2% |
| PCP | 4,236 | 4,733 | 497 | 12% |
| ONC | 881 | 1,151 | 270 | 31% |
| N | 1,488 | 1,812 | 324 | 22% |
| A/O | 2,257 | 2,860 | 603 | 27% |
| Total | 26,292 | 28,254 | 1,962 | 7% |

**Specialty Breakdown by Target Type**

| Specialty | F | R | O | H |
|---|---|---|---|---|
| PMD | 59% | 52% | 0% | 38% |
| PCP | 20% | 27% | 0% | 48% |
| ONC | 5% | 3% | 100% | 0% |
| N | 5% | 9% | 0% | 3% |
| A/O | 11% | 9% | 0% | 11% |
| Total | 100% | 100% | 100% | 100% |

Previous 6 months: Oct 2010 – Mar 2011;  Current  6 months: Apr 2011 –Sep 2011
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data



## New* FENTORA Writers

| Specialty | HCP Count | FENTORA TRx Current 6mo |
|-----------|-----------|--------------------------|
| PMD | 336 | 1,356 |
| PCP | 358 | 962 |
| ONC | 189 | 473 |
| N | 34 | 105 |
| A/O | 195 | 963 |
| Total | 1,112 | 3,859 |

| Targets Current 6mo | HCP Count | FENTORA TRx Current 6mo |
|---------------------|-----------|--------------------------|
| F | 197 | 2,172 |
| R | 35 | 85 |
| O | 166 | 311 |
| H | 242 | 465 |
| Non-Targets | 472 | 826 |
| Total | 1,112 | 3,859 |

*New  FENTORA writers wrote in current 6 months (Apr 2011 –Sep 2011) and not in previous (Oct 2010 – Mar 2011)
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data

21



**F:** FENTORA Decile 2-10
**R:** Additional ROO Decile 5-10
**O:** Additional ONCs LAO Decile 4-10 and PSAO Decile 4-10
**H:** Additional LAO Decile 5-10 and PSAO Decile 5-10

## FENTORA and ROO TRx Growth* by Target Type**

*6 vs. 6 month growth: Oct 2010 – Mar 2011 vs. Apr 2011 –Sep 2011
**Targets defined based on current time period: Apr 2011 –Sep 2011
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data



**F:** FENTORA Decile 2-10
**R:** Additional ROO Decile 5-10
**O:** Additional ONCs LAO Decile 4-10 and PSAO Decile 4-10
**H:** Additional LAO Decile 5-10 and PSAO Decile 5-10

## LAO and PSAO TRx Growth* by Target Type **

*6 vs. 6 month growth: Oct 2010 – Mar 2011 vs. Apr 2011 –Sep 2011
**Targets defind based on current time period: Apr 2011 –Sep 2011
Analysis excludes FENTORA DNC and Legislative Restricted HCPs
Source: Wolters Kluwer September 2011 Rx Data

23

# Financial Summary

- Growth from F targets (~4.3k TRx) is outweighing the decline from H and non-targets (~-2.3k)

- Potential to grow ROO Writers for FENTORA

- PSAO and LAO TRx is growing among all target groups

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

24

# Promotion Explains 31.4% of *FENTORA* Sales



| | Rep Message | Vouchers | Debit Cards | Venue Based CSPs | Office Based CSPs | Carryover |
|---|---|---|---|---|---|---|
| % of Revenue | 22% | 5% | 3% | 1% | 0.3% | 69% |

**FENTORA Sales at Historical Promotional Effort (Annualized Mar 2011 – May 2011)**

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

25

# For the Most Part, Tactics are Highly Profitable



| Tactic | Short-Term Marginal ROI* | | Total ROI* |
|--------|--------------------------|---|-----------|
| Sales Call | 67% | | **262%** |
| Rep Message | 58% | | 263% |
| Vouchers | 73% | | 254% |
| Debit Cards | Physician-level data unavailable | | 267% |
| CSPs – Venue | 5% | | 5% |
| CSPs – Office | -51% | | -51% |

35% of "mapped" attendees are outside 17K target universe**

Sales calls are the total of Messages, vouchers & debit cards
*mROI is the incremental profit at a given activity level over the Mar'-May'11 time period; Rep message cost assumes PDE cost of $121
      mROI of Rep Message includes 2 years of carryover impact. For the rest of the tactics, no future carryover impact is included in the profitability calculation
*Total ROI = (Impactable Sales*Gross-to-Net Margin)/Cost -1
      Sales Impact and Cost are based on annualized 3 months activity covering the Mar-May'11.
      Debit card costs include GTN costs, while voucher costs exclude GTN costs for ROI calculation purposes
**FENTORA 1-10, ROO 1-10, LAO/PSAO 5-10, Onc

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# 2011 Incremental Revenue from Detailing

- Projected volume of activity (PDEs) is tracking well against recommended levels

- Short-fall on potential incremental revenue is due, primary, to differences at the prescriber segment (decile) level compared to the recommendation



### Incremental Revenue due to Increase in Detailing

| SF Effort Scenario | Activity |
|---|---|
| 2010 Historical | 28.1k PDEs |
| 2010 Study Recommendation | 103.7k PDEs |
| 2011 Actual (Mar'11-May'11 Annualized) | 100.6k+ PDEs |

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

27

# 2011 Detailing Reach and Frequency

| ROO Decile | 2010 Recommended PDE Effort | | Current Effort* (annualized Mar – May'11) | |
|---|---|---|---|---|
| | % MD Reach | PDE Freq. | % MD Reach | PDE Freq. |
| H (10-8) | 98% | 30 | 89% | 33 |
| M (7-5) | 98% | 27 | 80% | 27 |
| L (4-1) | 71% | 14 | 34% | 19 |

Frequency is tracking on, or above, recommended levels

Reach well below recommended levels In lower deciles

* Does not include calls outside ROO deciles

28

# 2011 Incremental Revenue from Vouchers

- While the volume of voucher redemptions is substantially higher in 2011 compared to 2010, we have achieved only a fraction of the recommended increase

- Further short-falls on potential incremental revenue are the result of differences at the prescriber segment level compared to the recommendation



| Voucher Scenario | Redemptions |
|---|---|
| 2010 Historical | 6.3k |
| 2010 Mktg. Mix Recommendation | 16.6k |
| 2011 Actual (Mar'11-May'11 Annualized) | 9.9k |

# 2011 Voucher Reach and Frequency

- Most of the increased activity (voucher redemptions) came from the same set of prescribers redeeming more vouchers

| ROO Decile | 2010 Recommended Voucher Utilization | | Current Utilization (annualized Mar – May'11) | |
|---|---|---|---|---|
| | % MD Reach | Voucher Freq. | % MD Reach | Voucher Freq. |
| H (10-8) | 80% | 27 | 45% | 44 |
| M (7-5) | 60% | 17 | 19% | 18 |
| L (4-1) | 14% | 3 | 3% | 10 |

Negative ROI In high deciles – cannibalizing scripts

Reach well below Recommended levels

30

# 2011 Debit Card Utilization

- Overall, debit card usage (~4k) lags the number of voucher redemptions (~10k) on an annual basis – renewed focus on the program / linkage may improve use

- We are now receiving debit card data at the **prescriber level** which, going forward, will allow us to improve:



  - ✓ Overall impact assessment
  - ✓ Our coverage strategy
  - ✓ Tracking of program execution

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

31

# Customer Perceptions

- Need insights slides from Wendy & Michele

- Insert mkt research slides with Fentora negatives from HCPs
  - Why Rxing? Why not?
  - Look at *3928 Final report*

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# REMS will be a major factor in 2011

- Insert REMS slide that outlines what has to happen in March

- Ask Jessica for slide with different phases of the REMS program

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

33

# Fentora Sales Force

- ▲ Contact Sales Ops – Jennifer for info
- ▲ Insert Sales Force
  - – Size
  - – Structure
  - – # of calls by target

# Payer Situation

▲ Insert Payer situation slide

# Issues and Opportunities



# *FENTORA* SWOT Analysis

| Strengths | Weaknesses |
|---|---|
| • Efficacy: provides early and sustained relief of BTCP<br>• Onset: pain relief within 15 minutes in some patients<br>• Duration: pain relief sustained through 60 minutes<br>• Body of evidence<br>• 45k Patients & 290k Rx<br>• Profile is conducive to effectively treat BTCP<br>• Unique delivery system may optimize delivery of fentanyl across the buccal mucosa<br>•Currently only product promoted by PCS | • Non clinical barriers to prescribing<br>    • Cost<br>    • Reimbursement<br>    • REMS<br>• Existing product/class reputation<br>• Internal perception and lack of consistent focus<br>• |
| **Opportunities** | **Threats** |
| •Reinvigorate brand and raise awareness of *FENTORA* with "matching" focused campaign launched in 2011<br>•Empower appropriate patients by educating them about BTCP and encourage dialogue with their HCP about treatment options<br>• Increased competition may raise awareness & treatment of BTCP with ROO<br>• Development of appropriate BTCP / ROO recommendations / guidelines | • Generic OTFC ROO share ~62%<br>• Non ROO alternatives highly generic (SAOs) and currently do not have REMS (LAOs / SAOs)<br>• New competitors: Onsolis, Abstral, PecFent, Lazanda<br>• MCO pressures / step therapy<br>• Patent and exclusivity challenges<br>• Inability to establish breakthrough SOV in marketplace<br>• Concentrated prescriber base |

37

# Cool looking hurdles slide

▲ Insert TIRF announcement

▲ REMS

▲ Increased Competition

▲ Sales Force Size (decrease of 30)

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

38

# *FENTORA* Key Issues

*FENTORA* is not viewed as the treatment of choice for BTCP

Non clinical barriers hinder patient starts and retention (REMS, Complicated Dosing, Affordability)

Lack of clarity about where Fentora fits within pain management

Category shifting to TIRF may cause confusion

Small base of prescribing physicians

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

39

# Brand Strategy



FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# *FENTORA* Indication

*FENTORA* is indicated only for the management of breakthrough pain in adult patients with cancer who are already receiving and who are tolerant to around-the-clock opioid therapy for their underlying persistent cancer pain



FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

41

# Vision Statement

Establish *FENTORA* as the first choice ROO for cancer patients suffering with BTP



## Positioning Statement

**For** HCPs **that** are comfortable with their treatment of BTCP, *FENTORA* **is** the proven product of choice **that** enables HCPs to advance their approach providing freedom from BTCP



FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

43

# Fentora Strategic Map

**TODAY**

**TOMORROW**

Effective yet underutilized brand

First choice in BTCP for widespread number of physicians

**Key Issues**

*FENTORA* is not viewed as the treatment of choice for BTCP

Non clinical barriers hinder patient starts and retention (REMS, Complicated Dosing, Affordability)

Lack of clarity about where Fentora fits within pain management

Category shifting to TIRF may cause confusion

Small base of prescribing physicians

**Strategies**

Highlight compelling data and unique Mechanism of delivery as reason to believe Fentora is ideal BTCP choice

Target Office Managers/Nurses to champion Fentora and overcome obstacles

Highlight patient triggers for HCPs to recognize when to initiate Fentora therapy

Utilize first mover advantage to differentiate with new language

Solidify prescribing base while also expanding prescribing universe

44

*Update Based on POA Deck*

# *FENTORA* Message Platform

- **Breakthrough pain in patients with cancer is a legitimate medical condition that requires specific pain management**

- ***FENTORA* generally matches the onset, intensity, and duration of a breakthrough pain flare in appropriate opioid-tolerant patients with cancer**
  - Provides relief as early as 15 minutes
  - 75% of episodes significantly relieved by 33% at 1 hour versus 48% of placebo-treated episodes

- ***FENTORA* utilizes Oravescent® technology to optimize delivery of fentanyl**

- **Proper patient selection and dosing are essential to help ensure the appropriate use of *FENTORA***

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

45

# Programs/Tactical Plan



FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

46

# Tactical Plan

▲ HCP Promotion

▲ REMS

▲ Med Ed/Speaker Programs

▲ Publications

▲ Public Relations

▲ Market Research

▲ Managed Markets

# HCP Promotion By Strategy

**TODAY**                                                                                     **TOMORROW**

| Effective yet underutilized brand | | | First choice in BTCP for widespread number of physicians | |

**Key Issues**

| *FENTORA* is not viewed as the treatment of choice for BTCP | Non clinical barriers hinder patient starts and retention (REMS, Complicated Dosing, Affordability) | Lack of clarity about where Fentora fits within pain management | Category shifting to TIRF may cause confusion | Small base of prescribing physicians |

**Strategies**

| **Highlight compelling data and unique Mechanism of delivery as reason to believe Fentora is ideal BTCP choice** | **Target Office Managers/Nurses to champion Fentora and overcome obstacles** | **Highlight patient triggers for HCPs to recognize when to initiate Fentora therapy** | **Utilize first mover advantage to differentiate with new language** | **Solidify prescribing base while also expanding prescribing universe** |

**Programs**

| Highlight Differentiation | Nurse & Office Mgr program | HCP-PT Dialogue Program | Updated Messaging | Robust CRM/NPP Program |
|  |  |  | OWN TIRF |  |

48

# Insert Tactics By Medium

- ▲ HCP Promotion
- ▲ REMS
- ▲ Med Ed/Speaker Programs
- ▲ Publications
- ▲ Public Relations
- ▲ Market Research
- ▲ Managed Markets

# 2012 *FENTORA* Budget & OPEX

Draft – November 2011







FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION. This document is for discussion purposes only and has not been approved by senior management.  All sales and marketing activity shall be strictly limited to the indications currently listed in the product's package insert.  This document contains proposed marketing and promotional strategies, tactics, and programs, as well as market research and other similar programs, all of which will only be developed and implemented after appropriate review and approval has been obtained in accordance with company policies (e.g., CARE, PDRC, or Legal/Compliance review).

50

# Insert Promotion sensitivity slide

51





# *FENTORA* 2012 Budget – Gross Revenue



52

# *FENTORA* 2012 Budget Assumptions

|  | LRP (3/11) 2012 | Budget Plan (9/11) 2012 |
|---|---|---|
| **Market** | • TRx Growth   13.2% | • TRx Growth    - 6.5% |
| **Competition** | • Competitive uptake to drive growth<br>     PecFent launch 6/11, 12.5% share<br>     Abstral launch 3/11,   12.2% share<br>     Onsolis 5/11 REMS,   9.2% share<br>• Minimal competitive impact on FENTORA share<br>• Class REMS in 2011 | • Limited competitive uptake in '11<br>• Competitive uptake helped by Class REMS (targeted 2H '12)<br>     Lazanda,   4% share<br>     Abstral     3% share<br>     Onsolis     2% share |
| **Brand** | • REMs Impact 10%, April 2011<br>• Average Share 33% (2012)<br>• PCS 70% weighting, (~77 FTEs)<br>• Target Audience ~ ROO  prescribers ~6K<br>• Price Increase 3% | • REMS Impact (10%), April – June 2012<br>• Average Share 34%<br>• PCS 100% FENTORA (~ 104K PDEs)<br>• Target Audience: ~5.5k (FENTORA D10-2, ROO D5-10<br> Hi/Hi D10-5, additional oncologists hi/hi D4-10)<br>• Price Increase 5%, 1/12 |

To be updated….

# 2012 *FENTORA* Brand Objectives

The 2012 brand objective for *FENTORA* is to achieve:

▲ Gross sales of $205MM

▲ Net sales of  $127MM

▲ 34% average market share

In order to achieve this objective, we must achieve the following:

▲ 50,700 TRx's

▲ XX% Market share by XX

▲ % Targeted HCP Awareness level by

▲ % Untargeted HCP Awareness level by

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# 2011 Plan vs. 6+6

| 2011 Plan | 2011 YTD – August | % to YTD 2011 Plan |
|---|---|---|
| TRx  (54.4k) | 35,640 | 95% |
| Share (33%) | % | % |
| Gross Sales ($205MM) | $126.8MM | 96% |
| Net Sales ($MM) | $108,396,118 | % |

| 2011 6+6 | 2011 YTD – August | % to YTD 2011 6+6 |
|---|---|---|
| TRx (51.1k) | 35,640 | % |
| Share | % | % |
| Gross Sales ($195.6MM) | $126.8MM | % |
| Net Sales ($MM) | $108,396,118 | % |

55

# *FENTORA* 2012 Marketing Budget

| Category ($K) | 2011 Budget | 2011 6+6 | 2012 | Chg vs Budget |
|---|---|---|---|---|
| Promotional Materials (7630) | 7,514 | 3,718 | 3,288 | (4,226) |
| Voucher / Debit Cards (7690)[1] | 3,909 | 2,326 | 2,350 | (1,559) |
| Speaker Programs – CSPs (7600) | 2,040 | 2,253 | 1,300 | (740) |
| Market Research (7610) | 975 | 592 | 600 | (375) |
| Conventions (7054) | 481 | 481 | 481 | 0 |
| Medical Education (7640) | 1,335 | 953 | 2,181 | 846 |
| Journal Reprints (7670) | 106 | 0 | 0 | (106) |
| Corporate Memberships ((7056) | 5 | 20 | 20 | 15 |
| Charitable Contributions (7070) | 5 | 5 | 0 | (5) |
| Consultants (7225) | 5 | 5 | 0 | (5) |
| Total Promotion | 16,375 | 10,353 | 10,220 | (6,155) |
| Public Relations | 630 | 388 | 630 | 0 |
| REMS (marketing only) | 2,601 | 2,247 | 500 | (2,101) |
| Total *FENTORA* Marketing (before G-N) | 19,606 | 12,988 | 11,350 | (8,256) |
| Voucher / Debit Card Gross to Net | 5,000 | 9,327 | 9,400 | 4,400 |
| Total *FENTORA* Marketing | 24,606[3] | 22,315 | 20,750 | (3,856) |

[1] 2011:  $2,400 vouchers, $1,309 debit cards, $200K tele-detailing
2011 6+6:  $1,538 vouchers, $788 debit cards
2012:  $1,550 vouchers,  $800 debit cards

56

# *FENTORA*  2011 Plan A&P vs. 2012 Budget

## 2011 A&P



## 2012 A&P



- ■ Promo Materials (7630)
- ■ Speaker Programs -CSPs (7600)
- ■ Conventions (7054)
- ■ Journal Reprints (7670)

- ■ Voucher/debit Cards (7690)
- ■ Market Research (7610)
- ■ Promo Med Ed (7640)

**2012 Marketing A&P of $10.2MM, down 37.6% from 2011 plan**

57

Assumes how many reps?

# *FENTORA* 2012 Call Plan with Optimized Alignment

### ~104k FENTORA Calls
### ~5,200 Physicians[1]

| Target Group | FENTORA Decile 2-10 | Additional ROO Decile 5-10 | Additional High/High LAO/PSAO Oncologists | Additional High/High LAO/PSAO |
|---|---|---|---|---|
| Physician Count | 1,253 | 390 | 1,526 | 7,771 |
| Planned Reach | 100% | 100% | 80% | 30% |
| Planned Monthly Frequency | 2 | 2 | 1.5 | 1.5 |
| Total Annual Calls | 30,072 | 9,360 | 21,975 | 41,964 |

[1]Based on planned reach

**Additional High/High LAO/PSAO Oncologists = Decile 4-10 for both LAO and PSAO**
**Additional High/High LAO/PSAO = Decile 5-10 for both LAO and PSAO**

## Calls



- FENTORA
- ROO
- Oncology
- High/High

29% · 9% · 21% · 41%

– Coverage 94% prescribers, 95% TRx
– 59% of promotional effort applied toward
  • FENTORA business
  • ROO business to support REMS Launch
  • Highest potential oncologists
– 41% of promotional effort focused on non FENTORA prescribers with highest potential

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION



# *FENTORA* 2012 Contribution Statement

| | 2011 Budget | 2012 LRP | 2012 Budget | Sales & Marketing Activities |
|---|---|---|---|---|
| Gross Shipments | 205,000 | 227,391 | 204,992 | 5% Price Increase assumed Jan. 2012 |
| Net Sales | 173,350 | 188,626 | 168,913 | Co-Pay Program and Vouchers included in G-N deduction |
| | 84.6% | 83.0% | 82.4% | |
| Cost of Goods Sold | 6,886 | 7,581 | 6,863 | |
| cgs% | 4.0% | 4.0% | 4.1% | |
| Gross Margin | 166,464 | 181,045 | 162,050 | |
| | | | | |
| Marketing | 16,375 | 18,200 | 10,220 | Personal, Non-Personal and Web initiatives , Voucher / Co-Pay |
| Reimb | - | - | - | Admin Costs, CSPs, Medical Education, Marketing Research |
| SAA | - | - | - | |
| Marketing & Promo. | 16,375 | 18,200 | 10,220 | |
| Sales Force | 19,019 | 19,399 | 16,480 | 71 FTEs |
| 3rd Party Sales Force | - | - | | |
| Expense Subtotal | 35,394 | 37,599 | 26,700 | |
| Total Marketing Responsibility | 131,071 | 143,446 | 135,350 | |
| | | | | |
| Clinical Trials | 2,148 | - | 1,000 | Pediatric Study |
| Medical Education | 2,100 | 1,200 | 1,200 | |
| Phase IV | 200 | - | - | |
| Publications | 544 | 309 | 250 | |
| ISS | 150 | 100 | 25 | |
| Regulatory | 1,116 | 1,227 | - | |
| REMS | 2,711 | 1,300 | 4,923 | Includes Marketing ($500K) |
| Public Relations | 630 | 500 | 630 | |
| Expense Subtotal | 9,599 | 4,636 | 8,028 | |
| Total Expense | 44,992 | 42,235 | 34,728 | |
| Total Product Contribution | 121,472 | 138,810 | 127,322 | |

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# Back Up



breakthrough thinking. collaboration. customer focus. accountability.

# 2009 – 2010 KEY EVENTS SUMMARY

| Nov '09 | Dec '09 | Jan '10 | Feb '10 | March '10 | April '10 | May '10 |
|---------|---------|---------|---------|-----------|-----------|---------|

**Demand Generation:**

| Nov '09 | Dec '09 | Jan '10 | Feb '10 | March '10 | April '10 | May '10 |
|---------|---------|---------|---------|-----------|-----------|---------|
| • Satellite broadcast rep pull through materials | | • Wellpoint Win (20MM Lives)<br><br>• 113 Speaker Programs Launched | • Evolved HCP Campaign<br><br>• HCP Segmentation Implemented | • WebMD Consumer Launch<br><br>• DTC Ad in 5 CBSA's | • Sales Rep DTC/DTP Pull-through | • Revised materials in field minimizing PI promotion to 1 day |

**Challenges:**

| Nov '09 | Dec '09 | Jan '10 | Feb '10 | March '10 | April '10 | May '10 |
|---------|---------|---------|---------|-----------|-----------|---------|
| • Hepatic Label Update | • Negative media coverage on Hepatic Label Update<br>- Medscape<br>- Arthritis.org | • Writers, Tubes/TRx & Tubes all down from prior month<br><br>• Healthcare Reform | | | • DDMAC Untitled Letter | • Promotional Materials Pulled (twice)<br><br>• DTC/DTP Delayed |

breakthrough thinking. collaboration. customer focus. accountability.

# 2010 UPCOMING KEY EVENTS

| June '10 | July '10 | Aug '10 | Sep '10 | Oct '10 | Nov '10 | Dec '10 |
|---|---|---|---|---|---|---|

**Demand Generation:**

| June '10 | July '10 | Aug '10 | Sep '10 | Oct '10 | Nov '10 | Dec '10 |
|---|---|---|---|---|---|---|
| • Re-launch DTC/DTP (Pending DDMAC response timing) | • Vimovo prep. & messaging | • Pharmacy re-contact program | • Phase II Speaker Programs | • ABG ready to execute when appropriate | • American College of Rheum. | |
| | ← Own the Office  Campaign → | | | | | |
| • POA II | ← Revise appropriate HCP materials → | | | | | |

**Challenges:**

| June '10 | July '10 | Aug '10 | Sep '10 | Oct '10 | Nov '10 | Dec '10 |
|---|---|---|---|---|---|---|
| • Awaiting DDMAC guidance on Patient Brief Summary | • Vimovo Launch  • Naproxcinod PDUFA | | | • Loss of exclusivity 10/17/10 | | |
| ← Healthcare Reform → | | | | | | |

Confidential Internal Document.   Draft – Not Approved by Management.  June 8, 2010

63

# REMS Update – We're Ready!



**July 21, 2011:**
Approval &
Press Release

**October:**
REMS Speaker
Training and CSPs

**March 20, 2012:**
REMS
Operational

    

**September**

**Oct – Mar 2012:**
Ongoing Personal
& NP Efforts

September 6 – Dear Stakeholder Letters Mailed
September 6-21 – PCS & NAM E-learning/Training
September 7-9 – Ready For REMS at Pain Week
September 13th – Prescriber Field Test
September 19 – PCS Enrollment Materials Shipment
September 19-21 – AM Meeting
September 22&23 – RD led Implementation Telecons
September 26 – Enrollment begins

64

# *FENTORA* 2012 Objectives & Strategies



For HCPs that are comfortable with their treatment of BTCP, *FENTORA* is the proven product of choice that enables HCPs to advance their approach providing freedom from BTCP

Objectives

| Develop a common understanding of BTCP that evolves treatment approach | Reassess patient needs and align with benefits of *FENTORA* | Increase conviction that patient benefits outweigh additional effort needed |
|---|---|---|

Strategies




| Educate target segments on identifying and treating BTCP appropriately | Establish broader benefits of FENTORA vs. current BTCP treatment approach | Establish partnership in the process  to enhance patient experience |
|---|---|---|

65

# Treating
## BTCP Appropriately



**Objectives**

Develop a common understanding of BTCP that evolves treatment approach



**Strategies**

Educate target segments on identifying and treating BTCP appropriately

 Key Tactics & Initiatives

- Pain / Oncology Centers of Excellence (COE) Targeted Engagement
- COE Editorial Steering Committee (Content/Best Practices)
- Efficient Medical Education (leveraging peer interaction)
- Third Party / Advocacy Outreach

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# Current BTCP Treatment Approach



Objectives

Reassess patient needs and align with benefits of *FENTORA*



Strategies

Establish broader benefits of FENTORA vs. current BTCP treatment approach

| Key Tactics & Initiatives | ROI |
|---|---|
| • Sales Force Engagement / Selling Tools | 3:1 |
| • Case Based Approach / Learning | |
| • Targeted CSPs (venue)[1] | 2:1 / 3:1[2] |
| • Medical Education (web, teleconferences) | |
| • Patient Resources (HCP intermediary) | |
| • Pain/Oncology Nurse Initiative | |

[1]Reducing spend, modifying business rules, mix & setting to increase effectiveness, efficiencies
[2]ROI in Decile 10-9 /  Decile 8-7; Overall ROI is 5%.  ROI calculated based on all attendees.

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

67

# SP3: Establish Partnership in the Process to Enhance
# Patient
# Experience



Objectives

Increase conviction
that patient benefits
outweigh additional
effort needed



Strategies

Establish
partnership in the
process  to
enhance patient
experience

### Key Tactics & Initiatives                    ROI

• REMS

• Vouchers                                        3:1

• Debit Cards                                     3:1

• Patient Education (HCP intermediary)

• Reimbursement Resources

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

68

# 2012 *FENTORA* Budget Plan Summary

▲ Significant Unmet Need in BTCP; ROOs underutilized

▲ 2011 Plan => Increased investment: sales force effort, focus on key drivers of marketing mix (vouchers, debit cards, CSPs)

– *FENTORA* slightly below 2011 performance goals

▲ 2011 was a year of  learnings

– Level of promotion required to maintain base of business

– Key business drivers remain profitable

– Refine in execution required to optimize and realize 2012 plan

▲ Opportunity to maintain product contribution via increased effectiveness and efficiencies

– Sales force alignment

– Focused spend (sales force, vouchers, debit cards)

– Differential resourcing & improved execution

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

69

# 2010 Key Lessons Learned

**Update w/ JAT & MN comments**

| Industry | Customer | Brand |
|---|---|---|
| Economic crisis has negatively impacted the market<br>▪ Fewer patients visiting physician<br>▪ Decline in branded new starts  and add-ons<br>▪ Decline in adherence and brand refills<br><br>Growing competitive intensity<br>▪ Introductions and approval of other TIRF products (Onsolis, Abstral & Lazanda)<br>▪ Generic medications dominate market<br><br>Increasing restrictive regulatory guidelines challenge promotion<br>▪ Heightened DDMAC vigilance with increased review staff & number of enforcement actions<br>▪REMS | HCP brand choice primarily driven by efficacy, onset, habit and  ease to Rx<br>▪ OTFC (60% market) perceived as more affordable to prescribe HCPs are more familiar<br>▪ *FENTORA* perceived has difficult to prescribe, "good enough" relief is acceptable and other options are available<br><br>HCPs prescribe  cautiously  (since Dear Doctor Letter)<br>▪ 3,550 *FENTORA* writers lost from May 2007 – April 2009 to May 2009 – April 2011<br><br>BTCP is low priority condition<br>▪ Low volume of diagnosed patients<br>▪ Average annual months of therapy has declined from 12 months to 6 months | Low level of awareness among HCPs, Patients  and Caregivers<br>▪ HCPs: ~20% of MDs prescribing or familiar with *FENTORA* (ATU)<br>▪ Patients: low awareness, but receptive to message and are very to extremely satisfied when using *FENTORA*<br><br>*FENTORA* continues to outpace BTCP market amid challenges<br>▪ROO market continues to decline, FENTORA beginning to reverse trend |

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

**Cephalon**
INSIGHTS INTO MEDICINE℠

# Performance Back Up

Draft – September 2011







FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION. This document is for discussion purposes only and has not been approved by senior management.  All sales and marketing activity shall be strictly limited to the indications currently listed in the product's package insert.  This document contains proposed marketing and promotional strategies, tactics, and programs, as well as market research and other similar programs, all of which will only be developed and implemented after appropriate review and approval has been obtained in accordance with company policies (e.g., CARE, PDRC, or Legal/Compliance review).

71



# *FENTORA* Monthly TRxs (Budget) vs. 2010



Budget: $205M
TRx Goal: 54.4K
YTD 2011 TRxs: 33.3 K (95% to YTD Goal)

6+6: $195.6
TRx Goal: 51.1K
YTD 2011 TRxs: 33.3 K (100% YTD Goal)

Budget: (1.1%)
6+6:      (6.8%)

Budget: 12.5%
6+6:      5.4%

**2010**  **2011**

Source: IMS NPA

# *FENTORA* Monthly Shipments vs. Budget



**2011 Budget: $205M**
**YTD 2011 Shipments: $126.8M (96% to YTD goal)**

Source: Cephalon Finance

73



# *FENTORA* Monthly TRxs vs. Budget



**2011 Budget: $205M**
**2011 TRx Goal: 54K**
**YTD 2011 TRxs: 33.3 K (95% to YTD Goal)**





YTD July Shipments $108.1M, 94% to YTD Budget Forecast
YTD July TRx 28.7k, 95% to YTD Budget



# Key Issues
# Challenges/Opportunities
# Back Up
## Draft – September 2011





FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION. This document is for discussion purposes only and has not been approved by senior management.  All sales and marketing activity shall be strictly limited to the indications currently listed in the product's package insert.  This document contains proposed marketing and promotional strategies, tactics, and programs, as well as market research and other similar programs, all of which will only be developed and implemented after appropriate review and approval has been obtained in accordance with company policies (e.g., CARE, PDRC, or Legal/Compliance review).

# Issue # 1: Challenges & Opportunities

## Misconceptions about the characteristics of BTCP and comfort with current treatment approach

Challenges:

Clinically meaningful value of a ROO / *FENTORA* is not seen by HCPs

No current clear guidelines exist for BTCP

Limited commercial discussion around BTCP (Cephalon)

Limited commercial resources to support broad based education

Opportunities:

Expand educational initiatives on BTCP and *FENTORA* to key targeted audiences and COEs

Accelerate *FENTORA* publication plan to disseminate key unpublished data (BOI, head-to-head, expanded label).  Align release of data with PR / New Bureau

Improve reach/frequency of sales contacts, support broad reaching efficient education initiatives

Utilize influence mapping to develop  and optimize new/enduring content pull through

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# Issue # 2: Challenges & Opportunities

## *FENTORA* is not viewed as the treatment of choice for BTCP

**Challenges:**

Therapeutic Expert ID plan outside PMD is limited

Continuity of commercial therapeutic experts communications have been sporadic

HCP perception that the clinical benefit of *FENTORA* is not significant enough to make it worth the "risk" of prescribing

**Opportunities:**

Establish a centralized database of therapeutic experts for *FENTORA*

Establish a communication plan and database for management of therapeutic expert interactions

Communicate the *FENTORA* value proposition and paint the appropriate patient type in order to move *FENTORA* up in the HCPs current algorithm

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

# Issue # 3: Challenges & Opportunities

## Non clinical barriers hinder patient starts and retention

Challenges:

Some HCPs accept recognized sub-optimal treatment "It's not worth it"

Fear of cost, dose escalation, prior auths, time, poor understanding of dosing regimen

Comfort with current treatment option

Fear of addiction

Opportunities:

Optimize voucher / debit card strategy to facilitate convenient dosing, broader adoption

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

81

# Market Research Back Up

Draft – September 2011







FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION. This document is for discussion purposes only and has not been approved by senior management.  All sales and marketing activity shall be strictly limited to the indications currently listed in the product's package insert.  This document contains proposed marketing and promotional strategies, tactics, and programs, as well as market research and other similar programs, all of which will only be developed and implemented after appropriate review and approval has been obtained in accordance with company policies (e.g., CARE, PDRC, or Legal/Compliance review).

82

# Summary Metrics – June 2011 ATU

| Measure | Wave I 2Q'08 | Wave II 4Q'08 | Wave III 2Q'09 | Wave IV 4Q'09 | Wave V 2Q'10 | Wave VI 4Q'10 |
|---|---|---|---|---|---|---|
| Unaided Awareness of *FENTORA* | 20% | 30% | 29% | 26% | 44% | 13% |
| Total Awareness of *FENTORA* (unaided + aided) | 83% | 80% | 79% | 82% | 77% | 80% |
| % Ever Prescribed *FENTORA* | 41% | 44% | 40% | 55% | 66% | 40% |
| % Prescribed *FENTORA* in Past Month | 20% | 23% | 23% | 26% | 40% | 19% |
| Intent to Increase Prescribing | 23% | 19% | 27% | 20% | 24% | 16% |
| Overall Satisfaction (%Top 2 Box) | 5.0 (25%) | 4.8 (22%) | 5.0 (24%) | 4.8 (26%) | 5.1 (38%) | 4.9 (23%) |
| Likelihood to Recommend (%Top 2 Box) | 4.6 (25%) | 4.7 (34%) | 4.8 (34%) | 4.7 (33%) | 5.1 (42%) | 5.6 (55%) |
| Efficacy of Pain Relief (#1 in importance) | 1st (1,2) | 1st (1,2) | 1st (1,2) | 1st (1,2) | 1st (1,2) | 2nd (1,3) |
| Efficacy in Treating Severe Pain (#2 in importance ) | 1st (1,2) | 1st (1,2) | 1st (1,2) | 1st (1,2) | 1st (1,2) | 1st (1,2) |
| Onset of Action (#6 in importance) | 1st (1) | 1st (1) | 1st (1) | 1st (1) | 1st (1,2) | 2nd (1,3) |
| Patient Out-of-Pocket Affordability (#5 in importance) | 4th (last) | 4th (last) | 3rd (2) | 5th (last) | 5th (last) | 5th (last) |

(1) *FENTORA* rated top 2 box; (2) Tied with ACTIQ; (3) Second to ACTIQ
FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

83

# Physician Insights to Positioning Statement

| Comfortable | Proven | Product of Choice | Advance Their Approach | Freedom |
|---|---|---|---|---|
| Experience | Clinical Data | Standard of care | Having greater success | Patients aren't entrenched in the pain |
| Knowledge | Body of Evidence | Everyone is prescribing it | An advanced treatment | |
| Peace-of-Mind | Reason to Believe | Easy to prescribe | Taking things to the next level | Not controlled by the pain |
| Secure | Thousands of people have tried | Efficacy | An enlightened approach | Freedom from the constant reminder that they have cancer |
| Confident | Effective | Clinically the best in the group | A specialized option | |
| No worries | Confident in data | | | Not limited by the pain |
| Reliable | Security | | | |
| Efficacy | Assurance | | | |
| Aware of side effects | | | | |

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

84

# Physician Insights to Positioning Statement (cont)

| Comfortable | Proven | Product of Choice | Advance Their Approach | Freedom |
|---|---|---|---|---|
| *"I like that you are acknowledging my comfort zone and my clinical experience…."*<br><br>*"That means I'm doing the best I can with the tools I have but at times I'm unsuccessful."* | Drawn to PROVEN because it encompasses the comfort & confidence that the drug will work & they will be protected. | Struggle to see *FENTORA* in the role as product of choice although they are more accepting of it playing this role in BTCP. | *"FENTORA is definitely a more advanced treatment.  It is state of the art."* | Over-promise? Pain-free?<br><br>Important goal |

FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION

85

# Budget / OPEX Back Up

Draft – September 2011







FOR INTERNAL PURPOSES ONLY – NOT FOR USE IN PROMOTION. This document is for discussion purposes only and has not been approved by senior management.  All sales and marketing activity shall be strictly limited to the indications currently listed in the product's package insert.  This document contains proposed marketing and promotional strategies, tactics, and programs, as well as market research and other similar programs, all of which will only be developed and implemented after appropriate review and approval has been obtained in accordance with company policies (e.g., CARE, PDRC, or Legal/Compliance review).

# *FENTORA* Revenue Forecast



87

# Fentora Strategic Map

**TODAY**

**TOMORROW**

Effective yet underutilized brand

First choice in BTCP for widespread number of physicians

**Key Issues**

| *FENTORA* is not viewed as the treatment of choice for BTCP | Non clinical barriers hinder patient starts and retention (REMS, Complicated Dosing, Affordability) | Lack of clarity about where Fentora fits within pain management | Category shifting to TIRF may cause confusion | Small base of prescribing physicians |

**Strategies**

| **Highlight compelling data and unique Mechanism of Delivery as reason to believe Fentora is ideal BTCP choice** | **Target Office Managers/Nurses to champion Fentora and overcome obstacles** | **Highlight patient triggers for HCPs to recognize when to initiate Fentora therapy** | **OWN TIRF** | **Solidify prescribing base while also expanding prescribing universe** |