PSJ17 Exh 87



# FENTORA Marketing Mix Analysis
# Impact Assessment Findings Review

## Prepared for TEVA

June 30, 2014

This presentation is solely for the use of client personnel. No part of it may be circulated, quoted or reproduced for distribution outside of the client organization without prior written approval of ZS Associates.

ZS Associates | 847.492.3600 | www.zsassociates.com

**Highly Confidential**

**TEVA_MDL_A_02767666**

# Agenda



## Background and Overview

- Summary of Findings

- Historical Responsiveness Findings

© 2014 ZS Associates

**Highly Confidential**

**TEVA_MDL_A_02767667**

*Project Background*

# Feedback from our previous discussions has been incorporated in analysis to be reviewed today

- Physician Tier-based segmentation has been updated based on feedback from the group

- Non-personal promotion data was received at physician level and has been incorporated in the analysis

- Saving card programs costs were validated with the changes in program structure and have been incorporated in the analysis

© 2014 ZS Associates

– 3 –

**TEVA_MDL_A_02767668**

*Overview*

# Today's focus is on reviewing key findings around the historical impact and profitability of FENTORA promotional programs over the past year

## Project Objectives

- Evaluate impact and profitability of promotional tactics
- Determine how channels work together to influence brand performance
- Optimize FENTORA marketing budget across different tactics and physician segments

## Key Deliverables

- Summary of historical program impact and cost effectiveness
- Integrated (cross-program) marketing mix model, accounting for future adjustments to program impact
- Revenue and profit impact of marketing mix scenarios, evaluated against the "base case"

## Key Milestones

- ✓ May 28 - Project kick-off meeting
- ✓ Jun 12 - Data review meeting
- ✓ **Jun 30 - Impact Assessment meeting**
    - Review total costs and total revenue impact of each marketing tactic
    - Tactic ROI and Marginal ROI are key outputs of this project step
    - Understand the impact of the different tactics relative to each other as well as the impact of a tactic within different customer segments
- Early July  - Preliminary Marketing Mix Review
- Mid July  - Final Recommendations Meeting

© 2014 ZS Associates

**Highly Confidential**

**TEVA_MDL_A_02767669**

# Agenda

- Background and Overview

**Summary of Findings**

- Historical Responsiveness Findings

*Summary of Findings*

# Executive Summary



**Higher impactable sales (40%) as compared to the prior cycle (30%)**

- **FENTORA impactable sales have increased**, to 40% from 30% last cycle

    o Primarily driven by consistent utilization of Rx savings cards in initiating new patients while overall Fentora Rx have declined

- **Rep detailing impact is similar (~13%) as compared to last cycle**, even though the overall detailing effort dropped

    o The detailing effort was reduced optimally from the low value segment groups

    o Given the competitive activity, detailing effectiveness has also increased, providing a downside protection to sales



**Profitability of key marketing tactics (Rx Savings Cards, Speaker Programs) has declined**

- **Overall sales call profitability (mROI) has increased marginally** from last year, driven by increased detailing effectiveness

- The profitability of Rx Savings Cards and Speaker Programs has declined

- **Savings cards profitability (mROI) is negative**, likely driven by change in program terms last year, and overall program spend should be scaled down

    o Recent changes to program terms in Q2'14 could help improve profitability

- Venue based speaker programs are profitable for high value (Tiers 1 and 2) prescribers, while office based speaker programs are more suited to medium value physicians

- **Non-personal promotion has a high ROI** and should be used to target REMS enrolled physicians who have low access or are in the white space

© 2014 ZS Associates

– 6 –

**TEVA_MDL_A_02767671**

*Summary of Findings*

## Promotional tactics jointly explain ~40% ($59.8 MM) of annualized FENTORA sales ($150.6 MM)



### FENTORA Sales at Historical Promotional Effort (Annualized Oct'13 – Mar'14)

**Total FENTORA Sales**

Carryover Sales,
$90.8, 60.3%, *(70%)*

Impactable,
$59.8, 39.7%, *(30%)*

Sales $MM, % Impact, *(% Impact Based on Oct'12-Mar'13)*

**FENTORA Sales driven by Sales and Marketing**

Rx Savings Card,
$37.7, 25.1%, *(17%)*

Office Based CSP,
$0.5, 0.3%, *(0.2%)*

Rep Details,
$18.8, 12.5%, *(13%)*

Venue Based CSP
$1.5, 1.0%, *(0.5%)*

Non Personal Promotion
$1.4, 0.9%, *(NA)*

|  | Carryover | Detailing | RX Savings Card | NPP | Office Based CSPs | Venue Based CSPs |
|---|---|---|---|---|---|---|
| Gross Revenue  (in $MM) | $90.8 | $18.8 | $37.7 | $1.4 | $0.5 | $1.5 |
| % of Revenue | 60.3% | 12.5% | 25.1% | 0.9% | 0.3% | 1.0% |

*Sales projections based on physician universe with either sales or promotional activity in recent 6 months ending Mar'14*
*All sales figures on the slide are gross sales and do not include GTN*
Note : IMS Health Confidential Proprietary: Source IMS Health Incorporated
© 2014 ZS Associates

– 7 –

**Highly Confidential**

**TEVA_MDL_A_02767672**

*Summary of Findings*

# Most promotional programs have a positive return on investment, but have an opportunity to be optimized based on marginal return



| Tactic | Short-Term Marginal ROI* | | Sales Impact* ($ MM) | Cost* ($ MM) | Total ROI* |
|---|---|---|---|---|---|
| | ■ Oct'13-Mar'14  ■ Oct'12-Mar'13 | | | | |
| Sales Call | 40% | 34% | $56.5 $47.8 | $23.0 $17.3 | 226% 240% |
| Rep Message** | 167% | -15% | $18.8 $21.2 | $7.9 $11.2 | 505% 254% |
| Rx Savings Card | -26% | 131% | $37.7 $26.6 | $15.1 $6.1 | 80% 220% |
| CSPs – Venue | 23% | 159% | $1.5 $0.8 | $0.9 $0.2 | 23% 159% |
| CSPs – Office | -48% | 96% | $0.5 $0.4 | $0.6 $0.2 | -48% 96% |
| NPP | 172% | | $1.4 | $0.4 | 172% |
| Total | | | $58.4 $49.0 | $24.9 $17.6 | |

*All sales figures mentioned on the slide are gross sales*
*mROI is the incremental profit at a given activity level ;*
*** mROI of Rep Message includes 2 years of carryover impact. For the rest of the tactics, no future carryover impact is included in the profitability calculation*
** Sales Impact and Cost are based on annualized  based on 6 months analysis (Oct'13 – Mar'14)*
** Total ROI = (Impactable Sales*Gross-to-Net Margin)/Cost -1; Gross to Net = 72%*
© 2014 ZS Associates

– 8 –

**Highly Confidential**

**TEVA_MDL_A_02767673**

# Agenda

- Background and Overview

- Summary of Findings

**Historical Responsiveness Findings**

**Highly Confidential**

**TEVA_MDL_A_02767674**

*Historical Responsiveness: Detailing*

# Majority (~70%) of the decline in detailing effort is attributed to low value physicians, with low detailing responsiveness



### Relative response to detailing and decline in detailing effort by physician segment

|  | Tier 1: FENTORA D4-10 | Tier 2: FENTORA D1-3 | Tier 3: TIRF 1-10 | Tier 4: TIRF Writers | Tier 5: REMS enrolled PMD, ONC | Tier 6: Other REMS Enrolled | Others |
|---|---|---|---|---|---|---|---|
| Relative Detailing Response | 100% | 70% | 35% | 24% | 17% | 17% | 2% |
| Change in Detailing Effort (Recent 6 Mo.*) | -11% | -13% | -22% | -18% | -17% | -16% | -29% |

- *Change in detailing from the previous 6 months (Apr'13-Sep'13) vs. current 6 months (Oct'13-Mar'14)*
- *TIRF writers defined as physicians with > 2 OTFC TRx/month)*
- *Source: Pain_Mktg_Mix_Details.txt received 5/30/2014*

© 2014 ZS Associates

– 10 –

*Historical Responsiveness: Detailing*

# Due to increased market competition, detailing effectiveness has also increased in the recent 6 months



Tier 1: FENTORA Decile 4-10 : Detailing Response

Tier 1: FENTORA Decile 4-10 : Detailing Response



Due to increased market competition, SF detailing effectiveness has increased - providing downside protection



PDE/Month

Avg. Δ = ~0.8 PDE/month



NRx/Month

Avg. Δ = ~2.1 NRx/month

*Test group contains 102 MDs and the control group contains 88 MDs*
*Source: Pain_Mktg_Mix_Rx.txt ; Pain_Mktg_Mix_Details.txt received 5/30/2014*
© 2014 ZS Associates

– 11 –

*Historical Responsiveness: Savings Cards*

# In the wake of declining FENTORA sales, savings cards help maintain new patient initiations and ~40% FENTORA Rx are now associated with a card use



## Monthly Trend of proportion of FENTORA Rx with savings card redemption



Proportion of FENTORA TRx with a saving card redemption has increased in the recent 6 months

— % Rx with Savings Card redemption

## Monthly Trend of <u>New</u> savings card use and FENTORA Rx



Saving cards have helped maintain new patient starts while the overall FENTORA sales are declining

— FENTORA Rx    — # New Savings Cards used

*\* All new cards in March'14 might not have been captured as the Saving card program structure changed in mid-march 2014*

*Note: The FENTORA savings card program structure has changed over time – most recently in mid March 2014*
*Source:: Pain_Mktg_Mix_Rx.txt , Pain_Mktg_Mix_Copay_Redemptions.txt, Pain_Mktg_Mix_Voucher_Redemptions.txt received 5/30/2014*

© 2014  ZS Associates

– 12 –

**Highly Confidential**

**TEVA_MDL_A_02767677**

# Savings card program profitability depends on program structure, and the recent change in program terms will help improve ROI

| | Saving cards program terms | Avg. cost per Saving card use | Expected mROI | Expected ROI |
|---|---|---|---|---|
| **Q1 2013** | | $1,088 | + 35% | + 226% |
| **Q2 2013** | • *Fills 1-3 Max Dollar $8,650*<br>• *Fills 4 & above $5.00 Min Copay / $2,000  Max Dollar* | $1,100 | + 33% | + 223% |
| **Q3 2013** | | $1,122 | + 31% | + 217% |
| **Q4 2013** | • *Fills 1-3 free / Max Dollar $8,650*<br>• *Fills 4 & above $5.00 Min Copay / $8,650  Max Dollar* | $1,597 | - 8% | + 122% |
| **Q1 2014** | • *Fills 1-3 free / Max Dollar $11,500*<br>• *Fills 4 & above $5.00 Min Copay / $11,500 Max Dollar* | $1,978 | - 26% | + 80% |
| **Q2 2014** | • *Fills 1-3 free / $8,560 Max Dollar*<br>• *Fills 4 & above $5.00 Min Copay / $8,650  Max Dollar* | $1,538 | - 5% | +131% |

> Starting Q2 2014, the avg. cost per saving card redemption has come down, increasing overall profitability of the program

*Promotional sensitivity based on recent 6 months of savings card activity*
*Source:: Pain_Mktg_Mix_Rx.txt , Pain_Mktg_Mix_Copay_Redemptions.txt, Pain_Mktg_Mix_Voucher_Redemptions.txt  received 5/30/2014*

© 2014 ZS Associates

– 13 –

**Highly Confidential**

**TEVA_MDL_A_02767678**

*Historical Responsiveness: By Segment*

# Increasing the reach of detailing, Venue based CSPs and NPP amongst high value segments can provide significant upside for the brand

| Tier | Segment | SF Detailing | Rx Savings cards | NPP | CSP - Office Based | CSP - Venue Based |
|---|---|---|---|---|---|---|
| 1 | FENTORA D4-10 | 154% (90%, 24) | -48% (47%, 28) | 200+ % (51%) | -100% (2.7%, 1) | 189% (5.5%, 1) |
| 2 | FENTORA D1-3 | 136% (78%, 15) | 4% (22%, 13) | 34% (38%) | -100% (2.7%, 1) | 200+% (3.6%, 1) |
| 3 | Branded TIRF 1-10 | 200+ % (50%, 10) | 23% (6%, 9) | 33% (40%) | 215% (2.6%, 1) | 25% (1.7%, 1) |
| 4 | TIRF Writers | 52% (37%, 9) | 99% (4%, 5) | 34% (43%) | 80% (0.3%, 1) | -73% (1.4%, 1) |
| 5 | REMS enrolled PMD, ONC | 74% (30%, 8) | 27% (2%, 7) | 34% (52%) | -59% (1.0%, 1) | -84% (0.7%, 1) |
| 6 | Other REMS Enrolled | 46% (18%, 7) | -47% (1%, 11) | 34% (28%) | -26% (0.6%, 1) | -78% (0.5%, 1) |
| 7 | Others | -100% (48%, 4) | -100% (1%, 17) | -100% (32%) | -69% (1.5%, 1) | -100% (1.7%, 1) |

mROI
(Reach, Frequency)

*Notes:*
*Reach based on MDs receiving tactic effort between Oct'13– Mar'14*
*Frequency  = Oct'13-Mar'14 Activity / Reached MDs*
*Detailing based on PDE*
*TIRF writers defined as physicians with > 2 OTFC TRx/month*

■ mROI > 150%      ▨ mROI <-20%
☐ mROI 0% to <150%   ▨ <20 MDs reached

© 2014  ZS Associates

– 14 –

**Highly Confidential**

*Speaker program cost*

# In office speaker programs have a lower attendance per program compared to venue based programs, but at a similar cost



| | Overall (IO) | Local (IO) | National (IO) | Regional (IO) | Overall (VB) | Local (VB) | National (VB) | Regional (VB) |
|---|---|---|---|---|---|---|---|---|
| Cost per program | $2,665 | $1,560 | $3,018 | $2,552 | $3,664 | $2,695 | $4,069 | $3,699 |
| Total spend | $346,395 | $18,715 | $172,006 | $155,674 | $465,339 | $59,294 | $223,818 | $173,831 |
| Completed programs | 130 | 12 | 57 | 61 | 127 | 22 | 55 | 47 |
| Attendees | 381 | 43 | 154 | 184 | 460 | 82 | 165 | 205 |
| HCPs | 251 | 31 | 97 | 123 | 333 | 60 | 110 | 158 |
| Mapped HCPs | 188 | 27 | 80 | 81 | 221 | 42 | 78 | 96 |
| Mapped per program | 1.4 | 2.3 | 1.4 | 1.3 | 1.7 | 1.9 | 1.4 | 2.0 |
| $ per mapped HCP | **$1,843** | **$693** | **$2,150** | **$1,922** | **$2,106** | **$1,412** | **$2,869** | **$1,811** |

1. Other expenses include A/V expenses, meeting expenses, miscellaneous and venue room rental
2. Source: 2013-2014 AHM Data 5.30, Attendee Data Teva
3. Mapped attendee is defined as mapped to an ID in the demographics file (consistent with last year)

© 2014  ZS Associates

– 15 –

**TEVA_MDL_A_02767680**

*Historical Responsiveness: NPP*

# ~22% of the physicians targeted using non-personal promotion opened the email/newsletter and ~4% followed up



**Non-personal promotion physician response and open rate**

- 3,516 HCPs — *Sent:  (eNewsletter or eDetail)*
- 3,371 HCPs — *Received (96%)*
- 788 HCPs — *Communication Opened (22.4%)*
- 155 HCPs — *Email Link Click (4.4%)*



**Non-personal promotion: Open and Click rates segment**

| Tier | Communication Opened | Email Link Click |
|---|---|---|
| Tier 1: FENTORA Decile 4-10 | 28.7% | 7.0% |
| Tier 2: FENTORA Decile 1-3 | 23.0% | 3.3% |
| Tier 3: TIRF Decile 1-10 | 23.6% | 6.1% |
| Tier 4: TIRF Writers | 21.0% | 4.8% |
| Tier 5: REMS enrolled PMD, ONC | 23.1% | 4.0% |
| Tier 6: Other REMS Enrolled | 20.0% | 4.8% |

- Non-personal promotion (e-newsletters, e-detailing/m-detailing) could be an effective promotional vehicle to reach REMS enrolled prescribers with low access or in white space

© 2014  ZS Associates

– 16 –

**Highly Confidential**

**TEVA_MDL_A_02767681**

*Historical Responsiveness: FENTORA.COM*

# FENTORA.COM website visits have a negligible impact on FENTORA sales



**Although the FENTORA website may not currently serve as a promotional vehicle for sales , it is a required business cost**

*\* Change in detailing from the previous 6 months (Apr'13-Sep'13) vs. current 6 months (Oct'13-Mar'14)*
*Source: Pain_Mktg_Mix_Rx.txt : Fentora Amrix Geo Monthly Data received 5/30/2014*
© 2014  ZS Associates

– 17 –

**Highly Confidential**

**TEVA_MDL_A_02767682**

# Next steps

- Incorporate feedback from today's meeting

- Discuss high level future budget scenarios

- Evaluate marketing mix recommendation scenarios

- …

**Highly Confidential**                                                                                    **TEVA_MDL_A_02767683**