# PSJ17 Exh 88

| | |
|---|---|
| **From:** | Tocco, Philip </O=CEPHALON/OU=US01 ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=PTOCCO> |
| **To:** | Oppelt, Susan |
| **CC:** | Mosley-Speaks, Laura; Valerie Kaisen; Mazzucco, Frank |
| **Sent:** | 10/3/2006 12:37:56 PM |
| **Subject:** | RE: Fentora KOL |

Susan,

Here are some key physicians I think you should meet with over the next few months:

Drs. Massau, Desphande, and Griffin – Columbus, OH – Frank Mazzucco

Drs. Simon, Smith, and Akbik – Cincinnati, OH – Laura Mosley-Speaks

Drs. Dambrogio, Yokiel, and Moufawad – Cleveland, OH – Valerie McGinley

This list is not exclusive, and I am assuming the representatives will also have some pivotal folks they would like you to see.

Thanks,

*Philip Tocco*

*Great Lakes PCS*

*ptocco@cephalon.com <mailto:ptocco@cephalon.com>*

*419-343-2652*

_____

**From:** Oppelt, Susan
**Sent:** Tuesday, October 03, 2006 6:49 AM
**To:** Tocco, Philip; Gaither, Amy
**Cc:** Spokane, Randy; Tatum, Chandler; Bearer, Deborah
**Subject:** Fentora KOL

Amy and Phil:

Confidential  TEVA_MDL_A_11196054

As we discussed in Las Vegas at the Fentora Launch Meeting, and at our separate POA in Columbus, physician advocates will play a key role in ensuring appropriate access for Fentora.

I would like to meet some of our physician advocates for Actiq/Fentora in Ohio,

Confidential

TEVA_MDL_A_11196055