PSJ17 Exh 89

**File Provided Natively**



Teva-Beckhardt
EXHIBIT 020
Date: 02/01/19
VanderPol, CSR#3032

Highly Confidential - Attorneys' Eyes Only

# *FAST Team Meeting*
## (**F**ENTORA **A**ssessment **S**trategy **T**actics)

## January 18, 2007



# Agenda

- **FAST Team Activities**
- **Strategic Update**
  - **FENTORA Performance Update**
  - **Market Research - Primary Research Update**
  - **Clinical/ Regulatory/Pub Updates**
- **2007 Brand Plan Highlights**
- **Functional Area Updates**
  - **Marketing**
  - **HCS**
  - **Sales Force (Ops & Training)**
  - **PR**
  - **PSMI**
  - **Med-Ed (CME)**
  - **Tech Ops**
  - **Com Ops**
- **Next Steps**

# FAST Team Activities



# FAST Team Activities 2008

- **Goals:**
  - **Drive initiatives to reach 2007 objectives**
  - **Create the 2008 FENTORA Brand Plan**
  - **Create Three Year Strategic FENTORA Plan**
- **Process overview**
  - **FAST Team Update meetings (6)**
  - **Strategy/tactical development meetings**
    - **Internal staff**
    - **External key business partners**

004

# 2008 Brand Plan Development Process

**Steps:**

- Review all market research and internal database information
- Obtain input from SF/NAMs/MDMs
- Obtain input from customers (Ad Board/Consultants)
- Develop Issues/CSFs/Objectives
- Brief key external partners
- Review internal & external partners tactical recommendations

005

# 2008 Proposed Planning Process
## Key Activities Schedule

| Milestone | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mtg - FAST Update, Rev '06 plan ('06 isuses/CSFs) | 18 | | | | | | | | | | | |
| LRP Finalized | | | Early | | | | | | | | | |
| Mtg - FAST Update | | | 15 | | | | | | | | | |
| Mtg - Mkt dynamics (Mkt Res) | | | | x | | | | | | | | |
| Mtg - FAST Update & State of nation - SF/MCO/MSLs/MDMs issues, needs | | | | | x | | | | | | | |
| Mtg - Dev Issues/CSFs | | | | | | x | | | | | | |
| Mtg - FAST Update & data mining needs | | | | | | | x | | | | | |
| Mtg - agency day | | | | | | | x | | | | | |
| Mtg - other key vendor day | | | | | | | x | | | | | |
| Mtg - PR, Promo Ed, CME Ed tactics | | | | | | | | x | | | | |
| MTG - FAST Update | | | | | | | | | x | | | |
| MTG - Present '08 plan to Mgmt | | | | | | | | | Late | | | |
| Tactical Budget Finalized | | | | | | | | | Late SEP | Early OCT | | |
| Brand Plan Finalized | | | | | | | | | | x | | |
| Mtg - FAST Update | | | | | | | | | | | | x |

006

# Strategic Update



# *FENTORA*
# Key Milestones

| Milestone | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| Publication 1029  (Multi-dose PK) | Jan | | | |
| Press release 3041 (NP) | Jan | | | |
| Final Data of 99-15 (OL Safety - CA) | Jan/Feb | | | |
| 3039 BTP CA Efficacy – Target submission | Jan | | | |
| 3041 (NP) – Target submission | Jan | | | |
| NSM | Feb 12-16 | | | |
| FDA Type B meeting – Non-cancer sNDA requirements | Feb/Mar | | | |
| 99-11 + 99/18 (Dwell time) – Target submission | ✓ | | | |
| Publication 1028 (Absolute bioavailability) | Mar | | | |
| PDUFA – 300 mcg sNDA | Mar 3 | Commercialize | | |
| PDUFA -  label changes | | Apr 25 | | |
| AAN - 3041 (NP)? | | Apr 28-May 5 | | |
| APS - 3040, 3041, 3042 (LT Safety, NP, LB) (Accepted) | | May 2-5 | | |
| 3039 BTP CA efficacy – ASCO abstract | | June | | |
| sNDA Non-CA | | | ✓? | ✓? |

008

# *FENTORA* Performance







Source:  IMS Health NPA Monthly



# Launch Curves:  Opioid Analogs

FENTORA launch

Actiq re-launch

TRx

AVINZA — COMBUNOX — PALLADONE — KADIAN — ACTIQ — Duragesic — FENTORA

Source:  IMS Health Monthly

012





# ROO Weekly TRxs
## As of 1/05/07

Total TRx (1/05)
6,185

Share (1/05)

19% - FENTORA

26% - Watson

25% - Barr

33% - Actiq

Actiq   Barr OTFC   Wat OTFC   FENTORA

Source:  IMS NGPS Health Weekly Report  1/05/07

014



## 2006 Monthly Shipments
## Actiq vs. Fentora

* Shipments include gross sales in addition to product utilized for coupon & PAP
Source: SPS

015



**FENTORA Source of Business**

Source: IMS NPA Market Dynamics

Data through December 29, 2006

016

# Trx & Prescriber Count by Specialty
## November 2006

**Pain Specialists are the early adopters and the most productive for FENTORA**

### Prescriber Count by Specialty



### TRx by Specialty



Source: IMS NPA and NDC

017



# Core Target Analysis



| Core 2,131 (Dec 3-10) | October | | Details (Sep-Dec 13) | | |
|---|---|---|---|---|---|
| | **RXers** | **TRxs** | **>1** | **>2** | **>5** |
| | 541 | 2,787 | 81% | 74% | 49% |

**High Opioid Non-Actiq** 8,126

- Core Prescribers account for 79% of TRxs

**Low Actiq** 6,660 (Dec 0-2)

- Only 25% of the core have prescribed

- Only half of the core targets have received ≥ 5 details

**Non-Targets** 0

Data from FENTORA launch to December  13, 2006
Source: NDC Source Prescriber

018

# Market Research Update

## Primary Research



# Market Research Completed Projects

| Project | Vendor | Objective | Methodology |
|---------|--------|-----------|-------------|
| BTP Ed Foundational | Pinnacle & Lextant | Understand how to close the "gap" between physician and patient when communicating about BTP | Focus Groups |
| BTP Ed: Internet | Blue Diesel | Determine effective patient pull internet strategy by targeting websites for PR content and proper word usage. | Focus Groups |
| Reimbursement Slim Jim and Test Kit | Able Assoc. | Determine if Reimbursement Kit materials need tweaked before launching and determine usefulness and effectiveness of communication | Phone IDIs |
| MDS | Ziment | To take a picture of the marketplace to allow Cephalon to understand current treatment behaviors given current market conditions and to clarify the current competitive landscape. | Web Survey |
| BTP Ed Messaging | Pinnacle | Determine most effective messages for BTP Education for physicians and patients. | IDIs |
| BTP Ed Concept | Pinnacle | Determine most effective concepts for BTP Education for physicians and patients. | IDIs |
| FENTORA Concept "MOCHA" | Synovate | Evolve Vanilla FENTORA communication campaign | IDI and WebEx |

020

# Upcoming Market Research Projects

| Project | Objective | Methodology | Timeline |
|---------|-----------|-------------|----------|
| ATU | Understand physician awareness of FENTORA throughout launch | Web Survey | Dec wave presented 1/17/07; January wave fielding beginning January 12th |
| Message Recall | See what messages sales force recalling | Web Survey | Fielding January 1/16; topline 2/12; final report 3/2. |
| BTP Journal Ad Testing | To test reactions to finalized journal ad with patients and physicians prior to launch | IDIs | TBD (late February/early March Fielding) |
| BTP Campaign Impact | To measure the impact of the BTP education campaign on BTP awareness, perception and treatment approaches | Web Survey | TBD; RFPs for proposals in early February |

021

**Two months post launch, although top-of-mind awareness for Fentora remains low, it has grown slightly. In particular, awareness has risen slightly among ACTIQ Low Writers and High Opioid Writers, representing potential opportunity in these physician groups.**



Unaided Awareness of Current Treatments for BTP

% Among Total Physicians
Letters indicate statistically significant difference @ 95% confidence level between Users
Numbers indicate statistically significant difference @ 95% confidence level between waves

Q10a

**Furthermore, Cephalon's marketing efforts aimed at ACTIQ Medium Writers appears to be paying off, as total awareness of the drug among these physicians now matches that of ACTIQ High Writers.**



## Total Awareness of Current Treatments for BTP

| | Total (n=303,295) | ACTIQ High Writers (Deciles 6-10) (A) (n=34,44) | ACTIQ Medium Writers (Deciles 3-5) (B) (n=66,51) | ACTIQ Low Writers (Deciles 0-2) (C) (n=101,100) | High Writers Of Opioids (D) (n=102,100) |
|---|---|---|---|---|---|
| Hydrocodone | 98% / 98% | 97% / 98% | 99% / 100% | 96% / 98% | 100% A / 97% |
| Codeine + Acetaminophen | 97% / 96% | 94% / 93% | 96% / 96% | 96% / 97% | 99% A / 94% |
| Oxycodone + Acetaminophen | 97% / 97% | 94% / 98% | 99% / 100% | 96% / 95% | 98% / 98% |
| Oxycodone | 97% / 94% | 97% / 100% | 94% / 98% | 95% / 90% | 100% ABC / 98% C |
| Propoxyphene | 95% / 93% | 91% / 89% | 99% / 92% | 95% / 94% | 95% / 92% |
| Hydromorphone | 94% / 93% | 91% / 96% | 96% / 94% | 93% / 91% | 96% / 95% |
| Short-acting Morphine | 91% / 95% | 88% / 100% 1 | 91% / 98% | 89% / 92% | 95% / 98% |
| Oral Transmucosal Fentanyl | 89% / 88% | 94% D / 98% D | 99% D / 100% D | 90% D / 91% D | 82% / 77% |
| Oxymorphone | 62% / 63% | 85% CD / 89% CD | 77% CD C / 80% | 58% / 58% | 61% / 66% |
| Fentora (fentanyl buccal tablet) | 53% / 59% | 94% CD / 91% CD | 80% CD / 92% CD | 51% / 58% | 45% / 48% |

**Legend:** ■ Wave 1  ■ Wave 2

% Among Total Physicians
Letters indicate statistically significant difference @ 95% confidence level between Users
Numbers indicate statistically significant difference @ 95% confidence level between waves

Q11

023

**However, this increased awareness has yet to translate into increased Fentora usage, indicating the need for intensified marketing efforts.**



## Current Usage of Marketed Products – Mean Rating

- Wave 1
- Wave 2

| | Total | ACTIQ High Writers (Deciles 6-10) (A) | ACTIQ Medium Writers (Deciles 3-5) (B) | ACTIQ Low Writers (Deciles 0-2) (C) | High Writers Of Opioids (D) |
|---|---|---|---|---|---|
| Hydrocodone (n=291,284/32,43/65,51/93,93/101,97) | 3.7 / 3.6 | 3.8 / 3.7 | 3.7 / 3.7 | 3.6 / 3.6 | 3.7 / 3.6 |
| Oxycodone + Acetaminophen (n=291,276/32,42/65,50/95,89/99,95) | 3.5 / 3.5 | 3.6 / 3.6 | 3.6 / 3.6 | 3.5 / 3.5 | 3.7 C / 3.5 |
| Oxycodone (n=277,275/32,43/61,50/87,85/97,97) | 3.2 / 3.3 | 3.4 / 3.4 | 3.6 CD / 3.5 C | 3.1 / 3.2 | 3.3 / 3.3 |
| Short-acting Morphine (n=259,267/29*,41/57,49/84,83/89,94) | 3.0 / 3.0 | 3.1 / 3.1 | 3.1 / 3.2 | 2.9 / 2.9 | 3.2 C / 3.1 |
| Propoxyphene (n=268,245/30,52/63,43/84,86/91,84) | 2.9 / 2.8 | 2.6 / 2.6 | 2.8 / 2.6 | 2.9 / 2.8 | 2.8 / 2.7 |
| Codeine + Acetaminophen (n=274,249/32,35/59,44/84,85/99,85) | 2.9 [2] / 2.6 | 2.4 / 2.3 | 2.5 / 2.3 | 3.0 ABD2 / 2.6 | 2.8 / 2.7 AB |
| Hydromorphone (n=252,246/31,40/61,47/76,76/84,83) | 2.8 / 2.8 | 2.9 D / 2.8 | 2.9 D / 3.0 D | 2.8 D / 2.8 | 2.6 / 2.6 |
| Fentora (fentanyl buccal tablet) (n=75,92/25*,35/27*,31/12*,19*) | 2.5 / 2.3 ↓ | 2.8 B↑ / 3.0 B↑ | 2.6 / 2.5 ↓ | 2.6 / 2.2 ↓ | 2.1 / 2.0 ↓ |
| Oral Transmucosal Fentanyl (n=211,209/32,42/63,50/74,78/42,39) | 2.3 / 2.4 | 3.4 BCD / 3.1 CD | 2.9 CD / 3.0 CD | 2.3 D / 2.4 D | 1.8 / 1.7 |
| Oxymorphone (n=77,93/21*,30/20*,24*/15*,17*/21*,22*) | 2.2 / 2.3 | 2.5 / 2.4 | 2.4 / 2.2 | 2.0 / 2.4 | 2.2 / 2.1 |

Q15

Mean Among Physicians Prescribed Specific Medications
4 Point scale  1=I have tried it, but it is not part of my current regimen and 4 = I use it frequently   *Caution: Small Base Sizes
Letters indicate statistically significant difference @ 95% confidence level between Users
Numbers indicate statistically significant difference @ 95% confidence level between waves

# Regulatory Update

- **DDMAC**
  - Core Sales Aid comments received Oct 27
  - Core Sales Aid justification document pending

- **Type B Meeting:  sNDA non-CA**
  - Requesting mtg mid-Apr to gain FDA concurrence on requirements for non-CA sNDA

- **3039 CSR**
  - Submission to update IND

- **Risk MAP Quarterly Report – 1Q 2007**
  - Call for Information went to team 1/10/07
  - Contributions due to Regulatory 1/31/07
  - Report to be finalized & Submitted to FDA 3/31/07
  - Risk MAP External Advisory Board – Jun 2007
  - RADARs Advisory Board – 1/19/07 – Regulatory and GPS members

025

# Regulatory Update
## NDA Supplements

| NDA Supplements | Content | Submission Date | Review Period | Status |
|---|---|---|---|---|
| 1 | Modifications to: PI, Med Guide, carton, blister | OCT 26 | 6 months | Feedback Jan/early Feb |
| 2 | 300 mcg tablet* | NOV 2 | 4 months | FDA response to CMC issues - end Jan |
| 3 | sNDA Non-CA | 3Q07 | 10 months | Submission pending FDA mtgs |

* Commercialization of 300mcg tablet planned mid year

026

# Clinical Update

| Study # | Study | Status |
|---|---|---|
| **PK Studies** | | |
| TBD | PK/Efficacy Modeling | Phase 1 complete, awaiting 3039 |
| 1043 | Buccal Sublingual | Topline data Feb 07 |
| TBD | Relative Potency (IV morphine) | Start Jan 07, complete 2Q07 |
| TBD | PK Higher Dose | Start 2Q07?, complete 3Q07? |
| TBD | Relative Potency (SAO) | Start 3Q07, complete 4Q07 |
| **Cancer Studies** | | |
| 9915 | OL LT Safety-Cancer BTP | LPLV Nov 06, DB lock Feb 07 |
| 3039 | Efficacy-Cancer BTP (Onset) | Complete, data available |
| **Non-Cancer Studies** | | |
| 3040 | OL LT Safety-Non-Cancer BTP | LPLV Jan 08, data Jan 08 |
| 3041 | Efficacy-Neuropathic BTP | Complete, data available |
| 3042 | Efficacy-Back BTP | Complete, data available |
| 3052 | Non-Cancer Pivotal Efficacy | 89 enrolled, LPLV May 07, DB lock Jul 07 |
| 3054 | Pain Anxiety Symptoms | Study start Nov, complete 3Q07 |
| 3055 | OxyIR H2H ST Efficacy/Safety | Study start 2Q07, LPLV 4Q07 |
| 3056 | OxyIR H2H LT Efficacy/Safety | Study start 3Q07, LPLV 3Q08 |



# ROOs in Development

| 2007 | 2008 | 2009 | 2010 or later |
|------|------|------|---------------|

**ALZA**
Ionsys (ITS patch) Approved

**Endo**
Rapinyl (sublinguall) P3

**Biodelivery Sciences**
BEMA (buccal) P3

**DELEX**
Aerolef (inhaled) P2b

**Nastech**
Morphine (nasal) P2

**Javelin**
Rylomine (nasal) P3

**Nycomed**
Fentanyl (nasal) P3

**Competitor Vulnerabilities**
ALZA (Ionsys) – Hospital focus (post-op indication)
Endo (Rapinyl) – Delivery system – sublingual **

**FENTORA Basis for Differentiation**
ALZA (Ionsys)– Office vs Hospital
Endo (Rapinyl)–  OraVescent Technology

Note – not all product in development are expected to launch
* 30 minute onset of action. Not a ROO
** No effervescent reaction
Source: Cephalon Market Research

028



# LCM Plan

**Cancer BTP**
NDA filed with 99-14, 99-15, 1026, 1027, 1028, 1029

**Cancer BTP-Differentiation**
File sNDA for additional claims with 3039

**Non-Cancer BTP**
File sNDA for Non-Cancer New Indication with 3040, 3041, 3042, 3052

**Non-CA BTP Differentiation**
Pain Anxiety Symptoms

**HTH BTP**
Establish HTH Superiority for Non-Cancer BTP

**Chronic Pain**
a) Optimize BTP/Decrease ATC
  b) Switch from SAOs
    c) Switch from LAOs

Note – Promotion is based on positive clinical results

029

# Publications Update



# Publication Overview

Legend: ● Final data tables available | A Abstract submission (1 primary, 2 secondary endpoints) | M Manuscript submission | A Congress presentation | M Journal publication

| Study | 2006 3Q | 2006 4Q | 2007 1Q | 2007 2Q | 2007 3Q | 2007 4Q | 2008 1Q | 2008 2Q | 2008 3Q | 2008 4Q |
|---|---|---|---|---|---|---|---|---|---|---|
| 3042 | ● $A_1$ | $A_1$ $A_2$ M | | | | | | | | |
| 3041 | ● | $A_1$ $A_2$ | M | | | | | | | |
| 1037 | ON HOLD | | | | | | | | | |
| 3039 | | ● | A M | | | | | | | |
| 1028 | | M | | | | | | | | |
| 99-16 | | | A M | | | | | | | |
| 1029 | | | ❋ | | | | | | | |
| 99-15 | | | ● | A M | | | | | | |
| 1043 | | | | ● | A M | | | | | |
| 3054 | | | | | ● $A_1$ | $A_2$ M | | | | |
| 3040 | | | | | | ● $A_1$ $M_1$ | $A_2$ | $M_2$ | | |
| 3052 | | | | | | ● A | M | | | |
| 1046 | | | | | | ● A | M | | | |
| 3055 | | | | | | | | ● A | M | |
| 3056 | | | | | | | | | | ● A |

Primary publications only. Does not include pooled analyses, review papers, or encore presentations.

031

# Publications Update
## Manuscripts: Top Priorities

| STUDY # | STUDY SUMMARY | LPLV | Data Available | Target Submission | Target Pub Date |
|---|---|---|---|---|---|
| **Cancer Studies** | | | | | |
| 1029 | PK | - | Yes | 3Q06 | **Published** (Jan 07) |
| 1028 | PK | - | Yes | 4Q06 | March 07 |
| 3039 | BTP Efficacy (onset, duration) | Oct 06 | Nov 06 | Jan 07 | **TBD** (not fast track) |
| 99-16 | Mucositis | - | Yes | Jan 07 | 4Q07 |
| 99-15 | BTP OL Safety | Nov 06 | Jan/Feb 07 | May 07 | 1Q 08 |
| **Non-Cancer Studies** | | | | | |
| 3042 | Low Back BTP Efficacy (non-pivotal) | Mar 06 | May 06 | Submitted Nov 06 | **Published** (Dec 06) |
| 3041 | Neuropathic BTP Efficacy (non-pivotal) | Jun 06 | Aug 06 | Jan 07 | **2Q07** (fast track) |
| 3052 | BTP Efficacy (pivotal) | May 07 | 4Q 07 | 1Q08 | TBD |
| 3040 | BTP OL Safety | Aug 07 | 4Q 07 | 1Q08 | TBD |

# Publications Update
## *Manuscripts: Second Wave*

| Study | Authors | Focus | Journal | Status | Final data | Submission |
|---|---|---|---|---|---|---|
| 99-11 99-18 | Darwish, Kirby, Jiang | Dwell time | Clin PharmTher | 1st draft | Available | Feb 07 |
| 99-15 | TBD | Open label extension of 99-14 | TBD | Study ongoing | Jan/Feb 07 | May 07 |
| 1043 | TBD | Buccal vs sublingual | TBD | Study to start & finish Dec 06 | 2Q07 | 3Q07 |
| 1046 | TBD | Relative potency | TBD | Study start Dec 06 | 4Q07 | 1Q08 |
| 3054 | TBD | BTP and anxiety | TBD | Study start Nov 06 | 3Q07 | 4Q07 |
| 3052 | TBD | Pivotal noncancer | TBD | Study ongoing | 4Q07 | 4Q07 |
| 3055 | TBD | Oxycodone comparison (4 week) | TBD | Finalization of protocol | 2Q08 | 3Q08 |
| 3056 | TBD | Oxycodone comparison (12 week) | TBD | Finalization of protocol | 4Q08 | 1Q09 |
| 1037 | TBD | High-dose PK | TBD | On hold – patent issue | Available | TBD |

# Other Manuscripts

| Focus | Status |
|---|---|
| Statistical support paper (Jiang/Kingsbury) | Submitted (Sept 06) |
| Expert Opinion in Investigational Drugs (Webster) | Published (Oct 06) |
| ADIS Drugs Profile | Published (Jan 07) |
| FBT 'Drugs of Today' monograph (Messina, Darwish, Fine) | First draft development (submission Feb 07) |
| Patient/physician attitudes market research | Outline development (submission 2Q07) |
| Case histories | *Project will not proceed* |

034

# Publications Update
## Abstracts Accepted for Presentation at APS, May 2-5, 2007

| Study | Abstract focus | Authors |
|---|---|---|
| 3040 (interim) | Patient preference | Nalamachu et al |
| 3040 (interim) | Mood, functioning, & QoL | Nalamachu et al |
| 3041 + 3042 | Lack of dose correlation | Aronoff et al |
| 3041 + 3042 | Combined efficacy & safety analysis | Fine, Peppin et al |
| 3041 vs 3042 | Comparison efficacy & safety analysis | Simpson, Hale et al |
| 3040 + 3041 + 3042 | Patient preference & switch from Actiq | Taylor, Webster et al |

035

# Publications Update
## Abstracts Submitted Jan 07

| Congress | Study | Focus | Authors |
|---|---|---|---|
| ASCO (Chicago) | 3039 primary data | Efficacy and safety | Slatkin, Messina, Xie, Segal |
|  | 3039, 99-14 combined | Efficacy/safety data in cancer patients with neuropathic pain | Thakur, Vaughan, Messina, Xie, Taylor |
|  | 99-15 (late breaker) | Open label safety | Jhangiani, Messina, Xie, Reyes |
|  | 99-16 | Mucositis | Shaiova, Jiang, Darwish |
| ONS (Las Vegas) | 3039, 99-14, 99-15 combined | Lack of ATC/rescue dose correlation | Rhiner, Xie, Messina |
|  | 3039, 99-14 combined | Dose conversion, Actiq to FENTORA | Taylor, Xie, Messina |
|  | 3039, 99-14 combined | Efficacy and safety | Miaskowski, Xie, Messina |
| IASP (Berlin) | 3041 | Efficacy and safety (primary data) | Simpson, Xie, Messina |

# Highlights
# 2007 Brand Plan



# Objectives
## 2007

**$139.5M Total Revenue**

**81,207 TRxs**

## Assumptions

- TRx Share @ month 12 = 28% of ROO (fentanyl) Market
- FENTORA will grow from Actiq loyalists conversion & incremental market growth
- WAC/TRx = $1,357 (2.5% annual price increase)



Source:  FENTORA Forecast

039

# Critical Success Factors

## Issues

- Reimbursement challenges
- Need to expand prescribing audience
- *FENTORA* not well differentiated
- Limited BTP awareness/knowledge
- Dosing & administration challenges
- Risk for abuse & diversion
- Limited KOL & professional society relationships

## CSFs

- Maximize access
- Gain acceptance among Actiq users & beyond
- Physicians understand *FENTORA* is a superior treatment option for BTP
- Improve awareness & understanding of BTP
- Clear & consistent messaging on dosing & administration
- Clear & consistent communication of *FENTORA* risks
- KOLs and professional societies support *FENTORA*

# Tactical Plan

## *FENTORA* Campaign Evolution



# Campaign



# Campaign Evolution



**Tactical Timeline**

BTP Education Campaign (fully evolved campaign execution Apr 07)

Vanilla campaign

Mocha campaign

Chocolate campaign

1Q07    2Q07    3Q07    4Q07    2008

Label update: 300 mcg, language modifications

sNDA non-CA

043



# Current Campaign







# **Functional Area Updates**



# Marketing Update



# Marketing Update
## *Key Activities*

➢ Mocha campaign development ongoing

➢ New logo – Tag line TBD

➢ Implemented Marketing non-personal tactics: website, journal ads, direct mail

➢ Pharmacy Advisory Board:  Dec 3

➢ Targeted Media initiated: e.g. Epocrates, PDR, prescriptions pads, Catalina Newsletter, Physician Weekly

➢ New convention booth – launched at AAPM

➢ NSM Preparation

➢ Speaker Training Refresher CD (w/ Dr. Gudin Voice Over) plus updated slides

➢ Monograph complete

➢ FENTORA e-detail – wave 1

➢ Case Study Program

➢ Planning Speaker Training & Consultant Meetings

050



# Marketing Update
## Expanded BTP Disease Awareness Campaign

**Goal:  To continue to establish BTP as a distinct clinical problem & to facilitate dialogue between physicians and patients to improve the proper diagnosis and treatment of BTP**

- **Phase I (completed)**
  - **Understand how others in the industry have built disease states (Bipolar, HPV, Depression Pain, RLS)**
  - **Understand physician and patient interactions around BTP**
  - **Create a 'portrait' of our target audience**
  - **Understand how to leverage the internet**
- **Phase II (Nov 06 – Jan 07)**
  - **Create BTP messaging & concepts based on Ph I learnings**
  - **Start enhancing BTP.com / Start to maximize internet search**
- **Phase III (May 2007 - APS) – Execution**

052

# Marketing Update
## Expanded BTP Disease Awareness Campaign

|  | Jan. | Feb. | Mar. | Apr. | May | Jun. |
|---|---|---|---|---|---|---|

**Finalize Campaign Testing** ------------------------------ ★
  (concepts and messages)

**PDRC approval 1st version of BTP Patient** ----- ★
  (website)

**Mgt & PDRC approval Shareyourpain.org campaign** ---- ★

**Launch Shareyourpain.org Campaign** ---------------------------- ★

**Launch WebMD Healthzone** --------------------------------- ★

**PDRC approval on 2nd version of BTP campaign** ------------- ★
  (Physician / Patient)

**Start content seeding** ---------------------------------------- ★

**Launch Campaign APS & Journal Ads** -------------------------- ★

053

# Marketing Update
## *Disease Awareness Campaign*

### ShareYourPain.org



# Sales Operations Update



# Sales Operations Update

## Completed Reports:

### 1. Fentora Calls by Specialty report

➤ completed, 1st report distributed on 12/11

### 2. Weekly Fentora Switching report

➤ completed, 1st report distributed on 12/13

### 3. Fentora Voucher report Field

➤ completed, 1st report distributed on 12/21

# Sales Operations Update

## Reports in Progress:

1. **Promotional Activity Summary report**
   - ➢ in development, target date for Q4 data distribution is 1/19
2. **Executive Slide Workbook**
   - ➢ Target date of February
3. **Risk Management Program (RMP) reports**
   - ➢ Rx by Specialty
   - ➢ Quarterly detail compliance
   - ➢ Fentora last called on
     - ▪ Target date: asap

# Sales Operations Update

## Cephalon Speaker Programs (CSPs)

**The sales reps continue to do an outstanding job of scheduled and conducting CSPs in 2007:**

✓ Scheduled        2,445

✓ Completed        555

➤ Avg. of 3 CSP's per sales rep

# Detailing and TRx's





# Sales Training Update



# Sales Training Update

## NSM Preparation

- Goal: To enhance the knowledge base of the PCS and OAS representatives

  - Emphasis:
    - Consistently communicate *FENTORA* marketing messages
    - Effectively use resources (CVA, Clinical Reprints, Formulary Kit)
    - Increase reimbursement/MCO knowledge to minimize reimbursement obstacles
    - Strengthen clinical proficiency
    - Reinforce territory acumen through scenario driven learning (skill enhancement with HCP, critical office staff and Pharmacist)

061

# Sales Training Updates

## *Breakthrough Barriers*: Reimbursement

- Area Directors will present pertinent and relative information to inform the PCS field force of the evolving managed care environment
- AM and NAM co-facilitate handling questions & obstacles through round-table discussion

## *Breakthrough Vision*: Core Visual Aid

- Gallery Walk of the new "Mocha" sales aid
- AM to facilitate verbalization of sales aid upon completion of "Gallery Walk"

## *Breakthrough Science*: Clinical Proficiency

- PCS/OAS will review approved clinical studies to increase their clinical proficiency
- A presentation from John Messina and Arvind Narayana on salient points from pivotal trials

## *Breakthrough Skills*: Skill Refinement

- Increasing Territory Acumen
    - Data review
    - Approved resource application
    - Verbalization

# Sales Training Updates

Deliverables:

- Presentation of NSM workshops to Area Managers 1/23/07
- Train the Trainer for Area Managers 1/24/07
- Implementation of workshops at NSM 2/13/07 -2/14/07

# HCS Update



# Managed Markets/Reimbursement WT

## Covance Reimbursement Program (1-877-FENTORA)

### Service Requests to Date



n = 597

# Managed Markets/Reimbursement WT

### Covance Reimbursement Program (1-877-FENTORA)

### Prior Authorizations to Date



n = 41

066

# Managed Markets/Reimbursement WT

➤ **Final Production:**
- Abbreviated Formulary Kit
- NAM Slide Deck – Managers Meeting Rollout
- Reimbursement Kit – NSM Rollout

➤ **Managed Care Speaker Training:**
- 9914, 3039, 3041, 3042
- Final slide deck released 2-3 weeks

➤ **NAM Activity / Intelligence**
- "Mixed bag": Open access and PA common to new product introduction
- MSL presentations / clinical reviews continuing
- Low field-level PA "noise"
- DCA data points to some management
- No indication of severe restrictions / coverage likely similar to Actiq
- Situation will likely evolve over the coming months as formal reviews take place

067

# PR Update



# PR Update

- BTP Awareness Campaign
  - Patient interviews
    - National sales meeting
    - Case studies
    - Future PR opportunities
  - Early planning for local events

- Health Care Professional Advisory Board 2007
  - March 30 – April 1

- Data Publicity
  - *FENTORA*: Highlights and recent coverage
  - Data release coverage: LBP and neuropathic data (10/11 and 1/8)
  - LBP CMRO Article:  December Radio Media Tour

069

# Early *FENTORA* Approval Coverage



"Our longer-term clinical strategy is focused on developing **FENTORA** for patients with breakthrough pain associated with other conditions, including neuropathic pain and back pain," said **Frank Baldino.**





















070

# Recent *FENTORA* Approval Coverage





# *FENTORA* News Release Coverage: Neuropathic Pain & Cancer Onset

**Cephalon Announces Positive Results from Two Phase 3 Clinical Trials of *FENTORA*(TM) in Breakthrough Pain**

January 8, 2007

"Patients getting *FENTORA* had significant pain relief within 10 minutes of taking the drug, suggesting that it works faster that its current label."

Cephalon Rises After Positive Drug Trials



Cephalon: *FENTORA* Nerve Pain Data Good

















073

# Radio Media Tour:
# Chronic Low Back Pain Study

- John Peppin, DO
- 7 interviews on 12/19
  - One national stations
  - Two state syndicated stations (NY/PA and Iowa/Nebraska)
- **Audience reach: 3.5 million**









074

# Radio Media Tour:
# Chronic Low Back Pain Study

- Key messages conveyed by Dr. Peppin:
  - Serious problem for millions of Americans
  - Chronic pain often has two components:  persistent and breakthrough pain
  - *FENTORA*
    - New opioid pain medication
    - New data demonstrate relief of BTP in opioid-tolerant patients with chronic low back pain
    - Pain relief began at 10 minutes for some patients
  - If you have pain, talk to your doctor
  - Pain management goal: improve quality of life

# PSMI Update



# *PSMI Update*

## FENTORA

### SRLs
– Application site abnormalities SRL – recently approved and in use

### Core Clinical Slides
– 3042 – approved on 10/24/06
– 3041 – in approval process for end-Jan/07
– 3040 – in progress – scheduled for approval by mid-Feb/07
– 3039 – to be fast tracked - scheduled for approval by mid Feb/07
– 99-15 – scheduled for 1Q07

### Dossier
– 61 requests from HCPs have been received & fulfilled to-date
– 63 requests - NAMs (22), MSLs (24), MC Speaker Training attendees (17)

# PSMI Update

## PSMI ACTIVITY   25-Sep-06 (approval) to 31-Dec-06

### Case Inquiries

- 1272 Total Inquires
  - MIRF/e-MIRF = 373
  - Phone = 639

### Top Inquiries – 3057 Total*

- General Information
- BTP – Non-cancer
- NC pain/ LB/ NP
- Availability
- Dosing and Administration
- Product Complaint
- Adverse reaction
- Low Back Pain
- Comparison with OTFC
- Prescribing Information
- MCO dossier / Formulary Rev
- Clinical Trial Interest

- Efficacy
- Headache/ Migraine
- Neuropathic Pain
- Safety Profile
- Pharmacokinetics
- Patient Assistance
- Cost
- PK Comparison with OTFC
- Use as Pre-Med
- Potential for Abuse/Dependence
- Special population
- Reimbursement Support

* Each case may have more than one inquiry

078

# *PSMI Update*

## PSMI ACTIVITY   25-Sep-06 (approval) to 31-Dec-06

### Top SRLs – 984 letters sent

- BTP – Non-cancer
- General Information
- Dosing and Administration
- MCO Dossier/Formulary review
- Analgesic potency
- Overall Efficacy
- Migraine/headache
- Differences in drug delivery
- Use as Pre-Procedure – Acute Pain
- International availability

- PK profile
- Comparison to OTFC
- Formulary Review
- Request for PPI
- Request for PI
- Abuse/Dependence
- Use in Peds
- Safety profile
- Drug Interaction

\* Each case may have more than one inquiry

079

# *PSMI Update*

### Product Complaints   Oct-2006 to 31-Dec-06

#### Top PCs – 114 total

– Lack of effect (49)

– Dissolving issues (27)

– Difficulty opening package (21)

– Crumbling (4)

– Customer preference (17)

– Others include: Taste, broken tablets, units missing, empty blister, difficulty extracting tablet

#### Action

– PSMI will ask consumer additional questions related to PC reports of crumbling, broken tablets, dissolution issues, missing blisters, empty blisters for FENTORA

– Dear Concerned Patient letter (pending approval) encompassing the proper storage, use and disposal of FENTORA will be mailed to consumers who report PCs related only to crumbling, broken tablets, dissolution issues for FENTORA

# Medical Education Update





# Full-day Regional Symposia

## Persistent and Breakthrough
# Pain Management
### Individualizing Therapy, Optimizing Function

January 27th, 2007; 8.30am – 4.00pm
San Francisco, CA
Scott Fishman, Charles Argoff, Lynn Webster, Tony Yaksh

January 27th, 2007; 8.30am – 4.00pm
Boston, MA
Perry Fine, Michael Brennan, Steven Passik, Gavril Pasternak

**Scientific Communications**

**Cephalon**
deliver more>

083

# CME Reprint #4

## Expert Commentary in Pain Management: Part 4 of 4

Journal Article: Portenoy RK et al. Prevalence and characteristics of breakthrough pain in opioid-treated patients with chroni noncancer pain. *J Pain*. 200 Aug;7(8):583-91.

Interviewee: Michael Brennan, MD,



**Scientific Communications**

# Pocket Guide and Wall Chart

BTP treatment pocket guide and wall chart

Polly-bagged with Jan/Feb issue of Pain Med News



**Scientific Communications**

085

# AAPM National Symposium

Chronic pain management with opioids; strategies to improve communication between caregivers and patients

February 10, 2007,12:15- 1:45PM

Faculty:

Scott Fishman (Chair)

Perry Fine

Steven Passik



**Scientific Communications**

086

## AAHPM National Symposium

> Opioids in palliative and hospice medicine; Strategies to optimize comfort for patients with challenging problems
> February 17, 2007, 12-1:30pm
> Faculty:
> > Janet Abrahm ( chair)
> > Kerry Cranmer
> > Kathleen Foley
> > Denice Economou



**Scientific Communications**

**Cephalon**
deliver more

087

# 2007 BTP Cases Platform

Curriculum development round
table: Jan 20th

Faculty:

Russel Portenoy MD

Charles Argoff, MD

Michael Brennan, MD

Howard Heit, MD

Keela Herr, PhD

Douglas Gourlay, MD

Sunil Panchal, MD

Neal Slatkin, MD

Nathaniel Katz, MD



**Scientific Communications**



# Advances in Pain Management

Editor-in-chief:
  Russell Portenoy MD

Quarterly, fully accredited, CME journal

Issue 1: Feb 2007; launched at AAPM

Latest developments in pain management from bench to bedside



**Scientific Communications**



# Tech Ops Update



# Tech Ops Update

➢ The manufacturing of one lot of every strength is in process (800K)

➢ Manufacture of additional open label clinical supplies is in process

# MSL Update



# MSL Update

➢ Reorganized the group; each MSL covers all products to allow for good geographic coverage

# Com Ops Update



# Com Ops Update

➢ No issues

# Next Steps

- Next FAST Meeting March 15th
- Implement 2006 tactics
- Initiate development of LT Brand Plan
- Initiate 2008 planning process
- Keep eRoom updated
- Functional Areas – submit updates to DC

# **Meeting Outcome**

Issue raised:

- Package size: Feedback from SF/NAMs that customers would prefer 30 tabs per box
  - Action: Convene a task team to investigate needs and options in regards to packaging
  - Lead: Betsy Simmons - Project Management
  - Members:  Marketing, Sales, HCS, Comm Ops, REG, Tech Ops, Packaging

097