# PSJ17 Exh 90

| | |
|---|---|
| From: | Pyfer, Andy |
| Sent: | Friday, April 09, 2004 2:33 PM |
| To: | Wetherholt, Michael; Shimokawa, David; DeWildt, Charles; Barnes, Ryan; Beckhardt, Stacey; Datin, Joseph; Thiem, Michael; Cunningham, Bill |
| Cc: | Craig, Roy; Beckhardt, Stacey; Terifay, Terrence; Castagno, Paula; Robinson, Dean; Wells, Christine; Mangus, Lauren; Scott, Dan; Brookes, Lynne; Williams, Sheryl |
| Subject: | Important News: New Tools Available |

Hi Directors—

I have two very important things to tell you about. Please read the entire e-mail.

1) When you have a minute, please check out the link at the bottom of this e-mail. Our PR person for ACTIQ, Stacey Beckhardt, has been working with the American Pain Foundation (APF) over the last year to develop tools to raise awareness of the importance of assessing and treating chronic pain, especially BTP as a component of chronic pain. Through Cephalon support, the APF developed two tools to do just this. They are the "**TARGET Chronic Pain Card**," which is a clinician focused tool to assist in assessing and managing pain and the "**TARGET Chronic Pain Notebook**," which is a patient focused pain diary type of tool. Both of these tools were developed by KOL nurses with expertise in pain and supported through grants from Cephalon. As I stated, they both include BTP as a critical component of chronic pain that must be assessed and treated appropriately. Unfortunately, we will not be permitted to have our reps disseminate these tools; however, we will be able to provide our reps with order forms so that their pain clinics/offices may order them from APF for use in their practices. Each rep will receive examples of each tool and order forms in the very near future.

2) Another incredibly important tool has been developed by Stacey in PR. This tool is a non-branded BTP brochure entitled "**Breakthrough Pain: Do you still have pain?**" and it should serve as a tremendous complement to the non-branded BTP posters and table cards in raising awareness of BTP in your pain clinics/offices. We will be shipping a boatload (500 brochures) of these to each rep along with brochure holders (only 15 initially due to manufacturer constraints – more will be drop shipped in the 2nd QTR) in the 2nd QTR shipment so that they can be utilized in patient waiting rooms to raise awareness of BTP. Considering the incredible historical impact of the non-branded BTP posters and table cards, I believe that *this tool may be the most important "sales aid" we develop this year*. Please encourage your reps to utilize these brochures in every clinic/office possible. The more patients and clinicians talk about BTP, the greater chance we have of being prescribed.

If you have questions about any of these tools, please contact Paula Castagno.

Thanks for your dedication to ACTIQ and helping patients find a product that can change their lives.

Andy

-----Original Message-----
**From:** Beckhardt, Stacey
**Sent:** Thursday, April 08, 2004 9:14 AM
**To:** Pyfer, Andy; Castagno, Paula; Robinson, Dean; Terifay, Terrence; Wells, Christine; Pomento, Brian; Vadiei, Kiumars; Larijani, Susan
**Cc:** Williams, Sheryl
**Subject:** FW: American Pain Foundation

Thought you might be interested in the press release issued to announce the new materials developed by the American Pain Foundation with Cephalon's support. Cooney Waters was hired by APF to assist them with media outreach. They are working to get trade press coverage. If anyone would like to see a copy of the materials, please let me know.

Stacey

1

Teva-Beckhardt
EXHIBIT 023
Date: 02/01/19
VanderPol, CSR#3032

Stacey Beckhardt
Senior Manager, Product Communications
Cephalon, Inc.
145 Brandywine Parkway
West Chester, PA 19380
sbeckhar@cephalon.com
610-738-6198 phone
610-344-0981 fax

http://biz.yahoo.com/prnews/040407/nyw081_1.html

Confidential

TEVA_MDL_A_09667463