PSJ17 Exh 91

| From: | Beckhardt, Stacey |
|---|---|
| To: | Castagno, Paula |
| CC: | 'Lisa Weiss'; 'Catherine Collier' |
| Sent: | 12/13/2006 10:41:35 PM |
| Subject: | Do You Still Have Pain |
| Attachments: | Final printed patient brochure.pdf |

Paula --

Pretty sure this is the final version of the brochure. I left you a detailed message about the ACPA brochure. To recap -- I would be happy to facilitate but would first like to know if you have had an opportunity to talk to PDRC about the concept. I do not want to get their hopes up (assuming they receive this idea positively) if we cannot move forward. I would also encourage us to consider other nonbranded resources available from third party groups (e.g., the APF TARGET Notebook). In addition, I wanted to remind you that we have other PR pieces that could possibly be repurposed (e.g., a glossary that needs a couple of minor updates and a BTP fact sheet prepared for the media and that have already received PDRC approval).
Stacey

Stacey Beckhardt

Associate Director, Public Relations

Cephalon, Inc.

41 Moores Road

Frazer, PA 19355

sbeckhar@cephalon.com

610-738-6198 (telephone)

610-344-0981 (fax)



Teva-Beckhardt
EXHIBIT 024
Date: 02/01/19
VanderPol, CSR#3032

Confidential



04092-CBTPBRO-REV.QXD 3/26/04 1:18 PM Page 2

# BREAKTHROUGH
# PAIN

Do you *still* have pain?

A Patient's Guide to Recognizing Breakthrough Pain Flares

Confidential

TEVA_MDL_A_01399743

04092-CBTPBRO-REV.QXD  3/26/04  1:18 PM  Page 3

**I**f you are taking strong prescription pain medicine and have fairly good control over the pain you feel all day, then why do you still experience intense pain flares that sometimes seem to come out of nowhere?

Like many chronic pain patients, you may be experiencing breakthrough pain (BTP): *a sudden flare of pain that "breaks through" the medicine you take for the pain that's there all day.*

The good news is that with proper evaluation, breakthrough pain — like most pain — can be successfully managed.

TEVA_MDL_A_01399744

04092-CBTPBRO-REV.QXD   3/26/04   1:18 PM   Page 8

## What is Breakthrough Pain?

People who have pain that lasts for at least three months — chronic pain — usually describe their pain in two parts:

• **Persistent pain** — pain that lasts all day

• **Breakthrough pain (BTP)** — pain flares that occur suddenly throughout the day

If you are like most people who take medicine to treat persistent pain, you probably experience several breakthrough pain flares each day.

Your breakthrough pain flares may be caused by disease, treatment, or other unrelated factors and often strike quickly. For example, in cancer patients, breakthrough pain flares can peak in as little as 3 to 5 minutes, and last about 30 minutes. Your break-through pain flares may feel different each time, varying in length, intensity, or cause.



Breakthrough pain flares can reach peak intensity in as little as **3-5** minutes.

So when do breakthrough pain flares happen? They can occur at any time. Breakthrough pain may be unpredictable, brought on by something as simple as coughing, or it may happen regularly when you do a specific activity like walking. You may also experience break-through pain flares as you reach the end of your dose of persistent pain medicine.



The typical breakthrough pain flare lasts **30** minutes.

### What is Breakthrough Pain Like?



• P.B., a cancer patient, describes these pain flares as *"intense to the point that you lie on the floor and cry."*

• J.S., a chronic back pain patient, says it's like having *"a nail in your shoe when you walk."*

**Confidential**

**TEVA_MDL_A_01399745**

**Get Rid of Common Myths About Pain**



- Asking for pain medicine is NOT a sign of weakness.

- Side effects of pain medicines CAN usually be managed.

- Concerns about addiction should NOT prevent proper pain management.

Breakthrough pain is not the same as acute pain, which is usually associated with injury or surgery and only lasts a short period of time during the natural healing process. Like acute pain, breakthrough pain may come on quickly and each flare lasts a short period of time. However, breakthrough pain flares occur on a background of persistent pain that lasts longer (three months or more).

## How to Take Charge of Your Pain

All people deserve to have their persistent and breakthrough pain properly managed. Taking care of pain before it gets too bad — not "toughing it out" — lets you take control of your life.

☑ Talk openly with your doctor or nurse to make sure your concerns about your pain, including breakthrough pain, are understood.

☑ Give details about break-through pain flares: how many occur each day; how bad the pain is; how fast they happen; and how long they last.

☑ Track daily changes in your pain in a diary.

**Confidential**

**TEVA_MDL_A_01399746**

04092-CBTPBRO-REV.QXD  3/26/04  1:18 PM  Page 6

# Tell Your Doctor or Nurse About Your Pain

Complete this form based on your experiences **since your last medical visit** and bring it with you to your next appointment.

1. List all of the medicines you are taking to treat your pain, including prescription medicines, over-the-counter medicines, etc. Make sure to include your doses and when each medicine is taken.

2. Overall, how would you rate the relief that you are getting from your pain medicines?

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Relief | | Almost Total Relief | | Good Relief | | Moderate Relief | | Some Relief | | No Relief |

3. Do you have side effects from your pain medicine? *(check all that apply)*
   ☐ Drowsiness  ☐ Constipation  ☐ Nausea  ☐ Other_____

4. Does your pain: *(check all that apply)*
   ☐ Make it hard to walk or do daily activities at home or at work?
   ☐ Make you hesitant or unable to do things you like to do?

5. How would you rate your average persistent pain — the pain you feel most of the day?

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No Pain | | Mild Pain | | Moderate Pain | | Severe Pain | | Very Severe | | Worst Possible |

6. How would you describe your persistent pain? *(check all that apply)*
   ☐ Aching  ☐ Burning  ☐ Dull  ☐ Sharp  ☐ Shooting  ☐ Stabbing  ☐ Tingling
   ☐ Other_____

7. Do you have breakthrough pain — sudden, brief pain that flares up or breaks through your persistent pain medicine? ☐ Yes  ☐ No
   If yes, on average, how many pain flares do you have per day? ____

8. Do your breakthrough pain flares: *(check all that apply)*
   ☐ Happen without warning?
   ☐ Happen during or after a specific activity or movement?
   If so, what kind?_____

9. How intense is your average breakthrough pain flare?

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| No Pain | | Mild Pain | | Moderate Pain | | Severe Pain | | Very Severe | | Worst Possible |

10. Overall, how would you rate the relief you get from the methods you use to manage your breakthrough pain flares?

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Relief | | Almost Total Relief | | Good Relief | | Moderate Relief | | Some Relief | | No Relief |

Do you have breakthrough pain flares?

TEVA_MDL_A_01399747

04092-CBTPBRO-REV.QXD  3/26/04  1:18 PM  Page 7

## Notes for My Next
## Doctor or Nurse Visit

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

04092-CBTPBRO-REV.QXD   3/26/04   1:18 PM   Page 4

# Learn More About Pain

Many organizations provide information for
patients and their caregivers about pain.
The websites and phone numbers listed below
are good places to start:

Abramson Cancer Center
University of Pennsylvania
www.oncolink.org

American Pain Foundation
1-888-615-PAIN (7246)
www.painfoundation.org

breastcancer.org
www.breastcancer.org

CancerCare, Inc.
1-800-813-HOPE (4673)
www.cancercare.org

Dannemiller Memorial Educational Foundation
www.pain.com

National Cancer Institute
1-800-4-CANCER (422-6237)
www.cancer.gov

National Coalition for Cancer Survivorship
1-877-NCCS-YES (622-7937)
www.canceradvocacy.org

National Pain Foundation
1-866-590-7246
www.nationalpainfoundation.org

Confidential

TEVA_MDL_A_01399749

04092-CBTPBRO-REV.QXD  3/26/04  1:18 PM  Page 1



© 2004 Cephalon, Inc.  All rights reserved.  ACT 155  April/2004  Printed in USA

**TEVA_MDL_A_01399750**