PSJ17 Exh 92

# EDUCATIONAL GRANT DRAFT REQUEST

The attached material has been reviewed and is approved:

| | |
|---|---|
| Payee: | American Pain Foundation. |
| Amount: | $75,500 |
| Type of Program: | Dissemination of patient education and related materials: The American Pain Foundation is a not-for-profit organization with a primary aim of providing information to and advocacy on behalf of patients with pain. The proposal requests funds to reprint and more broadly disseminate two educational booklets: 1) a notebook to help patients document their pain, and 2) a non-branded card for healthcare professionals to facilitate communication with patients. The materials were previously developed through an unrestricted educational grant from Cephalon. They are not CME or independent education programs. APF would reach out to more than 50 organizations. |
| | Copies of the booklets are attached. |
| Submitted for Review: | 12.19.06 |

(The date the grant is being submitted to the committee)

| DEPARTMENT | NAME | SIGNATURE | DATE |
|---|---|---|---|
| Scientific Communications | Rod Hughes | *[signature]* | 1/4/07 |
| Medical Affairs | Kiumars Vadiei | *[signature]* | 1/9/07 |
| Legal & Government | Eric Siegel | *[signature]* | 1/4/2007 |

| | |
|---|---|
| Program Date: | Not applicable |
| Return to: | Stacey Beckhardt or Denise Madden |



Teva-Beckhardt
EXHIBIT 025
Date: 02/01/19
VanderPol, CSR#3032

# MEMORANDUM

**TO:**  **Grant Review Committee**
- **Rod Hughes**
- **Kiumars Vadiei**
- **Eric Siegel**

**FROM:**  Stacey Beckhardt
**DATE:**  12.19.06

**RE:**  **Unrestricted Educational Grant to Disseminate Patient Education Materials Developed by American Pain Foundation**

**Request for Second Review by the Committee**

---

Attached is a request from the American Pain Foundation to reprint for broad dissemination two complementary educational materials previously developed through an unrestricted educational grant from Cephalon. The TARGET Pain Notebook is an educational tool to be used by patients to document their pain experience. The TARGET Card provides information to assist healthcare professionals ask patients questions about their pain. The intent of these materials – which were developed independently by APF – is to facilitate communication between patient and healthcare professional. The materials do not include treatment-specific information.

The American Pain Foundation is a not-for-profit organization with a primary aim of providing information to and advocacy on behalf of patients with pain. The organization is **not a CME-accrediting body**; in addition, the booklets **do not meet the criteria for an independent educational program** (IEP). One is specifically for patients; the other is to foster patient-healthcare patient communication.

Please note that I have also changed the form to reflect that this request is being forwarded by Corporate and Public Affairs, not Scientific Communications. If this is not appropriate, that can be readily amended.

Please do not hesitate to contact me directly if you have a question about this or other requests forwarded by me.

Stacey

**Confidential**

# EDUCATIONAL GRANT DRAFT REQUEST

The attached material has been reviewed and is approved:

| | |
|---|---|
| Payee: | American Pain Foundation. |
| Amount: | $75,500 |

Type of Program:    Dissemination of patient education and related materials: The American Pain Foundation is a not-for-profit organization with a primary aim of providing information to and advocacy on behalf of patients with pain. The proposal requests funds to reprint and more broadly disseminate two educational booklets: 1) a notebook to help patients document their pain, and 2) a non-branded card for healthcare professionals to facilitate communication with patients. The materials were previously developed through an unrestricted educational grant from Cephalon. They are not CME or independent education programs. APF would reach out to more than 50 organizations.

Copies of the booklets are attached.

Submitted for Review:    12.19.06

(The date the grant is being submitted to the committee)

| DEPARTMENT | NAME | SIGNATURE | DATE |
|---|---|---|---|
| Scientific Communications | Rod Hughes | | |
| Medical Affairs | Kiumars Vadiei | | |
| Legal & Government | Eric Siegel | | |

Program Date:    Not applicable

Return to:    Stacey Beckhardt or Denise Madden

Confidential

## EDUCATIONAL GRANT DRAFT REQUEST
(Corporate and Public Affairs)

Submission to Committee Date: 12.19.06    Grant Tracking #_____    Amount: $75,500
     *NOTE:* •*Submission must be 30 days prior to program date*
        •*Grant Tracking # if applicable*
        •*Grant request must be submitted on provider letterhead*

Educational Provider Name:  American Pain Foundation
Accredited (CME/CE) ☐Yes    ☑No-**XX**    **NOT** AN INDEPENDENT EDUCATION PROGRAM

Street Address: 201 N. Charles Street, Suite 710

City: Baltimore State: MD            Zip: 21201

Program Date: N/A Title: TARGET Card and TARGET Pain Notebook        Location: N/A

Is Cephalon the only sponsor of program: ☑Yes-**XX**    ☐No    ☐Unknown

Type of Program (choose all that apply):  ☐Nat'l Symposia  ☐Teleconference  ☐Print-**XX**

                                      ☐Grand Rounds  ☐Website  ☐DVD/CD-ROM

                                        ☐Regional or Local Meeting    ☐Other_____

Will Grant Support Enduring Materials: ☑Yes-**XX**    ☐No

Was Cephalon Involved in the Grant Request to Date? ☑Yes-**XX**    ☐No  If Yes, describe
Previously supported development of booklet / related teleconference through an unrestricted educational grant.

Will Cephalon have future Involvement? ☐Yes    ☐No  If Yes, describe
Possibility for future support: Revisions or related activities may be considered in the future to continue to
broaden dissemination of information on pain; however, **no** discussions have been held to date and none is
anticipated at this time
Manager Signature: _Stacey Beckhardt_____
Print Name: Stacey Beckhardt

---

Medical Education Director/Sr. Director Signature: _____
Print Name: _____

---

GRANT COMMITTEE  APPROVAL    ☐Yes    ☐No  Date:_____

If no, state reason: _____

---

For Budgetary Purposes Only - Product:  (Check One)
☐Actiq ☐Gabitril ☐Provigil ☐Trisenox ☐Vivitrol ☑Other: FENTORA

                                                          May 2006

**TEVA_MDL_A_01174118**



AMERICAN PAIN FOUNDATION℠

American Pain Foundation
201 N. Charles Street, Suite 710
Baltimore, MD 21201-4111
Phone (410) 783-7292
Fax (410) 385-1832
*www.painfoundation.org*

November 28, 2006

Stacey Beckhardt
Associate Director
Public Relations
Cephalon, Inc.
145 Brandywine Parkway
West Chester, PA 19380-4245

**Re:    Unrestricted Educational Grant - TARGET Initiative Organization Outreach**

Dear Stacey:

This is a request for an unrestricted educational grant for $75,500 from Cephalon, Inc. This support will allow us to reach out to over fifty organizations to explore and support their interest in disseminating the TARGET Card and TARGET Pain Notebook. The American Pain Foundation is a 501(c)(3) organization, Tax I.D. #52-2002328.

The TARGET Initiative materials include two complementary pieces: (1) The TARGET Card and the (2) TARGET Chronic Pain Notebook. The first is a quick reference resource for clinicians to use for pain assessment and management. It provides basic information about the elements of appropriate pain assessment and a vocabulary and classification of types of pain that are useful for proper assessment. Importantly, it utilizes a vocabulary that models and promotes effective communication between provider and patient. The second, which is intended for use by patients or their caregivers, is a pain workbook or diary which allows for easy recording and description of pain over time and in relation to activities and interventions. It too utilizes a vocabulary and classification which helps detail and record the kind of information needed for proper assessment of pain. The two are intended to promote clearer and more detailed communication between patient and clinician which results in better assessment and treatment.

With this support we will be contacting a number of organizations to educate them about the pain issue and the TARGET materials. We will be requesting their collaboration as appropriate in distributing these materials to their constituencies. We will be contacting organizations which (1) represent some segment of medical services for populations likely to be affected by pain and (2) organizations whose memberships are likely have a high incidence of people affected by pain. Examples of the organizations we will be contacting include: AARP, The American

Academy of Nurse Practitioners, the American Nurses Association, Elderhostel organizations, Emeritus Assisted Living, Inc., the National Association of Black Nurses, the Visiting Nurses Association, Assisted Living Federation of America, General Federation of Women's Clubs, National Rural Health Association, Older Women's League, and Hadassah, to name a few. The project involves cultivating partnerships with organizations, generating an expanded list of potential partners, and supporting these organizations in distributing information about pain and the Target products.

We will also use funds to conduct Exhibitor Booth activities related to education about pain and dissemination of the TARGET materials at three conferences. One of the conferences will be the AARP 50+. At that conference we will arrange to have the TARGET Notebooks distributed in Registrant Event Bags. The estimated attendance at the AARP conference is 25,000.

The TARGET Initiative has proven to be an effective approach to improving communication between patients and practitioners. We look forward to making these materials available to many more patients and clinicians.

We appreciate your support.

Sincerely,

Will Rowe
Executive Director

*An independent nonprofit organization serving people with pain through information, advocacy, and support*

**Confidential**



**AMERICAN PAIN FOUNDATION®**
*A United Voice of Hope and Power over Pain*

201 N. Charles Street, Suite 710
Baltimore, MD 21201
Phone (410) 783-7292
Fax (410) 385-1832
*www.painfoundation.org*

**TARGET INITIATIVE ORGANIZATION OUTREACH**

## PROPOSED BUDGET

**1) Partnership Cultivation:** This effort includes contacting 60 organizations to cultivate their interest in disseminating TARGET materials. Each organization will require multiple contacts by APF staff to motivate organizations to disseminate TARGET Materials to their constituencies.                                                                    Cost: $28,000

**2) Fulfillment Activities:** This effort will involve confirming, clarifying, shipping, and tracking orders for materials.                                              Cost: $10,000

**3) Mailing:** Postage and shipping costs.             Cost: $ 8,000

**4) Printing:** 25,000 Notebooks.                      Cost: $12,000

**5) AARP Event Bag:** Fee for inserting.              Cost: $10,000

**6) Attendance at 3 Conferences:** Includes
registration, booth fees, travel, hotel, amenities.  Cost: $ 7,500

**TOTAL**                                              **$75,500**

---

*An independent nonprofit organization serving people with pain through education, advocacy, and support.*

Confidential

TEVA_MDL_A_01174121

# PAIN
# NOTEBOOK

NAME

ADDRESS

CITY

STATE, ZIP

EMAIL

PHONE

### AMERICAN PAIN FOUNDATION



**Confidential**

Confidential
TEVA MDL A 01174123



# THE IMPORTANCE OF MANAGING YOUR PAIN

**Good pain management starts with good communication between you and your healthcare provider.** This notebook will show you how to work together.

**Understanding that chronic pain is a disease in itself—and one that is harmful to the body—is a new way of thinking.** Until recently, pain was considered only as a symptom of a disease or condition, or just a natural part of aging.

**Today, we know that pain should never be ignored.** It should be assessed thoroughly and treated aggressively, and in some cases managed as a chronic condition. We've learned that when pain is managed, stress is reduced, and the body heals faster.

When people with pain work together with their healthcare professionals and take an active role in their pain management, they get the best results possible—less pain and more involvement in life.

## TYPES OF PAIN

Understanding the different kinds of pain that you may be experiencing—and the terms used to describe them—will help you communicate better with your medical team. Using the right terms (described below) and the Pain Notebook when meeting with your medical team will help them best determine the most specific and effective plan to manage your pain.

**Acute Pain** comes on suddenly, usually from an injury or surgery. It can usually be treated and lasts for a short period of time.

**Chronic Pain** lasts beyond the usual healing time for an illness or injury. It can last from months to years. At times it can go away completely, or it can remain constant. **Types of chronic pain:**

> **Intermittent Pain** is episodic. It may occur in waves or patterns. Intermittent pain is often treated with NSAIDs, adjuvant medicines, and non-drug therapies. Moderate to severe intermittent pain may be treated with short-acting opioids.

> **Persistent pain** lasts 12 or more hours every day for more than three months. It is usually treated with medicine that you take at specific times every day so that you get pain relief throughout the day. Moderate to severe pain may be treated with opioids.

> **Breakthrough pain** comes up quickly or "breaks through" the medicine you are taking to relieve your persistent pain. It can occur many times during the day. This type of pain can be treated with specific medicines used as you need them to get quick pain relief.



The goal of pain management is to treat pain until optimal relief and functional outcomes are reached.

3

**Confidential**

TEVA_MDL_A_01174124

# How can I best communicate with my Healthcare team?

You and the members of your healthcare team are partners in managing your pain. Here are some tips to help that partnership work well:

## Be prepared and organized:
- Use the Pain Notebook as much as you can. It will give your medical team valuable information about your pain experience between office or clinic visits.

- Write down your questions. List your most important concerns first. Bring them to the healthcare provider's office or the clinic, and check them off as they're answered.

## Be honest and open. Don't hold back. Remember:
- You have the information your medical team needs to be able to relieve your pain.

- You have no reason to be embarrassed or afraid to talk to your medical team. They will take the time to listen to your concerns.

## Take notes during your visit:
- Include concerns about your pain and other issues related to your care before the visit ends (refer to your list of questions).

- Think about bringing a family member or good friend to take notes. The stress of a medical visit can sometimes make people miss important information.

## Make sure you understand all instructions and explanations:
- If something isn't clear, ask your healthcare provider to explain it again in a different way until you're sure you understand.

- Before you leave, repeat what you heard back to the person who gave you the instructions. This is a final check to make sure you understand all the details and that your notes are accurate.

## Follow the agreed treatment plan:
- Don't make changes without checking with your healthcare provider.

- If the plan isn't working well, call the office or clinic as soon as possible and explain the problem.

---

## PAIN CARE BILL OF RIGHTS

### As a Person with Pain, You Have The Right to:

- Have your report of pain taken seriously and to be treated with dignity and respect by doctors, nurses, pharmacists, and other healthcare professionals.

- Have your pain thoroughly assessed and promptly treated.

- Be informed by your healthcare provider about what may be causing your pain, possible treatments, and the benefits, risks, and costs of each.

- Participate actively in decisions about how to manage your pain.

- Have your pain reassessed regularly and your treatment adjusted if your pain has not been eased.

- Be referred to a pain specialist if your pain persists.

- Get clear and prompt answers to your questions, take time to make decisions, and refuse a particular type of treatment if you choose.

*Although not always required by law, these are the rights you should expect for your pain care.*

4

**Confidential**

# Using Your Pain Notebook

## Why Use the Pain Notebook?

You are the expert on your own pain.

You have the right to have your pain treated.

Your Pain Notebook will help you keep a record of your pain experience throughout the day.

Keeping track of what things make your pain better or worse will help your medical team find the best ways to treat your pain.

This is why it is so important to use your Pain Notebook every day—especially on the days you are most in pain.

Your physical and emotional comfort are important parts of treating your pain. Your Pain Notebook has important information that will help your medical team find the most effective ways to treat your pain.

## How to Use Your Pain Notebook

**Use your Pain Notebook in a way that is most helpful to you.** You do not have to fill in all the parts. And if you need additional pages, you can print them from the APF website: www.painfoundation.org.

**Keep your Pain Notebook in one particular place—one that is handy and easy to remember.**

**Find a comfortable place to sit so that you can write down your information.**

**Write down as much information as you can think of about your pain.**

**Each two-page daily section of your notebook has three parts.**

The first section, the **Daily Pain Chart**, helps you create a visual picture of your daily pain experience. Follow your pain level throughout the day choosing several times that fit your routine, like when you get in or out of bed, eat meals, take medicines, get the mail, or take a walk. Make a mark that corresponds to your pain level at these times. For example, if you wake at 7 am and your pain is a 6, mark where 7 am and 6 on the pain scale intersect.

The second section, the **Daily Pain Log**, is where you can record information about your pain—intermittent, persistent, or breakthrough—treatments, and side effects. Also record days you have no pain. In addition, use this section to look at how you are dealing and coping with pain. What has helped you most? What is not working? Make additional notes in this section to record pain producing activities, as well as times of pain relief. Also keep a record of things you did to relieve your pain. **You can draw lines from the events on the Chart to explanations in the Log to show why pain levels went up or down.**

Then, at the end of the day, come back and use the **Daily Pain Summary** to give an overview of your pain for that day.

Using all sections gives your medical team the best description of how your pain changes throughout the day. If it's easier for you to complete one part only, that's okay. The important thing is to track your pain each day.

If you are not able to complete a page every day, find someone to help you with the task for at least one week. This can still give your medical team an idea of changes in your pain over time.

5

**Confidential**                                                    **TEVA_MDL_A_01174126**

Name _Mary Johnson_

Day _Thursday_

Date _June 10, 2004_

# 1

**DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed.  Every day, start a new chart.



# 2 DAILY PAIN LOG

**MEDICINES: NAME & DOSE**

#1 Morphine long-acting
30 mg. 6am and 30 mg. 6pm

#2 Morphine
10 mg. every 3 hrs. as needed

#3 Laxative/stool softener
1 every night

#4 nausea medicine
1 every 6 hours if needed

#5

NON-MEDICINE THERAPY (other than prescription medicines)

_hot bath_

ACTIVITIES/EXERCISE

_walked dog_

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_I forgot my morning medicine. I did a little too much yesterday_

_and had to take it easy today. I felt a little sad today, but was_

_able to reach a friend to talk. My pain is pretty well under_

_control, but I need help with my breakthrough pain._

Confidential

TEVA_MDL_A_01174127

Name _Mary Johnson_

Day _Thursday_

Date _June 10, 2004_

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ___NO  _X_ YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

_X_ NO ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** _X_ NO ____YES

**Even though you took your pain medicine for persistent pain on schedule, were there times during the day that you experienced unrelieved breakthrough pain?** ___NO _X_ YES

**How many times did this happen today?**

1 (2) 3  4  5  6  7  8  9  10  more than 10

**Did any specific activity start your breakthrough pain?** ___NO _X_ YES: **What activities?**

_walking my dog_

**Put an "X" on the body diagram to show each place you've had pain today.**



**What was your average level of pain today?**

0  1  2 (3) 4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
___NO _X_ YES (Check any that you used.)

_X_ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
___ Herbal remedies
_X_ Hot or cold packs
___ Exercise
___ Changing position (such as lying down or elevating your legs)
___ Physical therapy
___ Massage
___ Acupuncture
___ Rest
___ Psychological counseling
___ Talk to trusted friend, family, clergy
___ Prayer, meditation, guided imagery
___ Relaxation technique (hypnosis, biofeedback)
___ Creative technique (art or music therapy)
_X_ Other (describe):

_took a hot bath._

**Check any of these common side effects that you've noticed after taking your pain medicine.**

_X_ Drowsiness, sleepiness
___ Nausea, vomiting, upset stomach
___ Constipation
___ Lack of appetite
___ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ___NO _X_ YES: **Why?**
_I forgot_

**Did you call your doctor's office or clinic between visits because of pain?** _X_ NO ____YES

**Overall, are you satisfied with your pain management?** _X_ YES ____NO (Explain what makes you satisfied or not satisfied. Use Log section.)

**What pain level overall would you find acceptable?**

0  1 (2) 3  4  5  6  7  8  9  10

7

 TEVA_MDL_A_01174128

Name _____

Day _____

Date _____

**1**

**DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.



**2** DAILY PAIN LOG

MEDICINES: NAME/DOSE

#1 _____

#2 _____

#3 _____

#4 _____

#5 _____

NON-MEDICINE THERAPY (other than prescription medicines)

_____

_____

ACTIVITIES/EXERCISE

_____

_____

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_____

_____

_____

_____

_____

8

Confidential

TEVA_MDL_A_01174129

Name_____

Day_____

Date_____

## 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1 2 3 4 5 6 7 8 9 10 more than 10

**Did any specific activity start your breakthrough pain?** ____NO ____YES: **What activities?**

_____

Put an "X" on the body diagram to show each place you've had pain today.

**What was your average level of pain today?**

0 1 2 3 4 5 6 7 8 9 10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____NO ____YES **(Check any that you used.)**

____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (describe):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**

____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

_____

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Overall, are you satisfied with your pain management?** ____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0 1 2 3 4 5 6 7 8 9 10

9

TEVA_MDL_A_01174130

Name _____

Day _____

Date _____

# 1 DAILY PAIN CHART Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed.  Every day, start a new chart.



# 2 DAILY PAIN LOG

**MEDICINES: NAME & DOSE**

#1 _____

#2 _____

#3 _____

#4 _____

#5 _____

NON-MEDICINE THERAPY (other than prescription medicines)

_____

ACTIVITIES/EXERCISE

_____

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_____

_____

_____

_____

Confidential

TEVA_MDL_A_01174131

Name_____

Day_____

Date_____

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1 2 3 4 5 6 7 8 9 10 more than 10

**Did any specific activity start your breakthrough pain?** ____NO ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**



**What was your average level of pain today?**

0 1 2 3 4 5 6 7 8 9 10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____NO ____YES **(Check any that you used.)**

____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (describe):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**

____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

_____

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Overall, are you satisfied with your pain management?** ____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0 1 2 3 4 5 6 7 8 9 10

11

TEVA_MDL_A_01174132

Name _____

Day _____

Date _____

# 1 DAILY PAIN CHART
Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.



# 2 DAILY PAIN LOG

MEDICINES: NAME/DOSE

#1

#2

#3

#4

#5

NON-MEDICINE THERAPY (other than prescription medicines)

_____

ACTIVITIES/EXERCISE

_____

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_____

_____

_____

_____

12

Name _____

Day _____

Date _____

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO  ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO  ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** ____NO  ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO  ____YES

**How many times did this happen today?**

1  2  3  4  5  6  7  8  9  10  more than 10

**Did any specific activity start your breakthrough pain?** ____NO  ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**

**What was your average level of pain today?**

0  1  2  3  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____NO  ____YES (**Check any that you used.**)

____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (describe):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**

____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO  ____YES: **Why?**

_____

**Did you call your doctor's office or clinic between visits because of pain?** ____NO  ____YES

**Overall, are you satisfied with your pain management?** ____YES  ____NO (**Explain what makes you satisfied or not satisfied. Use Log section.**)

**What pain level overall would you find acceptable?**

0  1  2  3  4  5  6  7  8  9  10

13

TEVA_MDL_A_01174134

Name_____
Day_____
Date_____

**1** **DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.



**2** **DAILY PAIN LOG**

**MEDICINES: NAME/DOSE**

#1_____
#2_____
#3_____
#4_____
#5_____

NON-MEDICINE THERAPY (other than prescription medicines)

_____
_____

ACTIVITIES/EXERCISE

_____
_____

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_____
_____
_____
_____

14

TEVA_MDL_A_01174135

Name_____

Day_____

Date_____

# 3 DAILY PAIN SUMMARY

Did you have pain today? ____NO ____YES

Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?

____NO ____YES: **What activities?**

_____

Did you take all your pain medicine today according to instructions? ____NO ____YES

Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain? ____NO ____YES

**How many times did this happen today?**

1  2  3  4  5  6  7  8  9  10  more than 10

Did any specific activity start your breakthrough pain? ____NO ____YES: **What activities?**

_____

Put an "X" on the body diagram to show each place you've had pain today.

**What was your average level of pain today?**

0  1  2  3  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____NO ____YES **(Check any that you used.)**

____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (describe):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**

____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

_____

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Overall, are you satisfied with your pain management?** ____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0  1  2  3  4  5  6  7  8  9  10

15

Name _____

Day _____

Date _____

**1** **DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.



**2** **DAILY PAIN LOG**

| MEDICINES: NAME/DOSE | 6am | 7 | 8 | 9 | 10 | 11 | 12pm | 1 | 2 | 3 | 4 | 5 | 6pm | 7 | 8 | 9 | 10 | 11 | 12am | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | | | | | | | | | | | | | | | | | | | | | | | | |
| #2 | | | | | | | | | | | | | | | | | | | | | | | | |
| #3 | | | | | | | | | | | | | | | | | | | | | | | | |
| #4 | | | | | | | | | | | | | | | | | | | | | | | | |
| #5 | | | | | | | | | | | | | | | | | | | | | | | | |

NON-MEDICINE THERAPY (other than prescription medicines)

_____

_____

ACTIVITIES/EXERCISE

_____

_____

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_____

_____

_____

_____

16

TEVA_MDL_A_01174137

Name_____

Day_____

Date_____

## 3 DAILY PAIN SUMMARY

Did you have pain today? ____NO ____YES

Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?

____NO ____YES: **What activities?**

_____

Did you take all your pain medicine today according to instructions? ____NO ____YES

Even though you took your pain medicine for persistent pain on schedule, were there times during the day that you experienced unrelieved breakthrough pain? ____NO ____YES

How many times did this happen today?

1  2  3  4  5  6  7  8  9  10  more than 10

Did any specific activity start your breakthrough pain? ____NO ____YES: **What activities?**

_____

Put an "X" on the body diagram to show each place you've had pain today.

**What was your average level of pain today?**

0  1  2  3  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____NO ____YES (Check any that you used.)

____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (describe):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**

____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

_____

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Overall, are you satisfied with your pain management?** ____YES ____NO (Explain what makes you satisfied or not satisfied. Use Log section.)

**What pain level overall would you find acceptable?**

0  1  2  3  4  5  6  7  8  9  10

17

TEVA_MDL_A_01174138

Name ____________________

Day ____________________

Date ____________________

## 1 DAILY PAIN CHART

Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.

PAIN LEVEL
10
9
8
7
6
5
4
3
2
1
0

## 2 DAILY PAIN LOG

| MEDICINES: NAME/DOSE | 6am | 7 | 8 | 9 | 10 | 11 | 12pm | 1 | 2 | 3 | 4 | 5 | 6pm | 7 | 8 | 9 | 10 | 11 | 12am | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | | | | | | | | | | | | | | | | | | | | | | | | |
| #2 | | | | | | | | | | | | | | | | | | | | | | | | |
| #3 | | | | | | | | | | | | | | | | | | | | | | | | |
| #4 | | | | | | | | | | | | | | | | | | | | | | | | |
| #5 | | | | | | | | | | | | | | | | | | | | | | | | |

NON-MEDICINE THERAPY (other than prescription medicines)

ACTIVITIES/EXERCISE

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

Confidential TEVA_MDL_A_01174139

Name_____

Day_____

Date_____

# 3 DAILY PAIN SUMMARY

Did you have pain today? ____NO ____YES

Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?

____NO ____YES: What activities?

Did you take all your pain medicine today according to instructions? ____NO ____YES

Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain? ____NO ____YES

How many times did this happen today?

1  2  3  4  5  6  7  8  9  10  more than 10

Did any specific activity start your breakthrough pain? ____NO ____YES: What activities?

Put an "X" on the body diagram to show each place you've had pain today.

What was your average level of pain today?

0  1  2  3  4  5  6  7  8  9  10

Other than prescription medicine, did you do anything else today to relieve the pain?
____NO ____YES (Check any that you used.)

____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (describe):

Check any of these common side effects that you've noticed after taking your pain medicine.

____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

Did you skip any of your scheduled pain medicines today? ____NO ____YES: Why?

Did you call your doctor's office or clinic between visits because of pain? ____NO ____YES

Overall, are you satisfied with your pain management? ____YES ____NO (Explain what makes you satisfied or not satisfied. Use Log section.)

What pain level overall would you find acceptable?

0  1  2  3  4  5  6  7  8  9  10

19

TEVA_MDL_A_01174140

Name_____

Day _____

Date _____

# 1 DAILY PAIN CHART

Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.



# 2 DAILY PAIN LOG

**MEDICINES: NAME/DOSE**

#1 _____

#2 _____

#3 _____

#4 _____

#5 _____

NON-MEDICINE THERAPY (other than prescription medicines)

_____

_____

ACTIVITIES/EXERCISE

_____

_____

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_____

_____

_____

_____

20

TEVA_MDL_A_01174141

Name_____

Day_____

Date_____

# 3 DAILY PAIN SUMMARY

Did you have pain today? ____NO ____YES

Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?

____NO ____YES: **What activities?**

_____

Did you take all your pain medicine today according to instructions? ____NO ____YES

Even though you took your pain medicine for persistent pain on schedule, were there times during the day that you experienced unrelieved breakthrough pain? ____NO ____YES

How many times did this happen today?

1  2  3  4  5  6  7  8  9  10  more than 10

Did any specific activity start your breakthrough pain? ____NO ____YES: **What activities?**

_____

Put an "X" on the body diagram to show each place you've had pain today.

What was your average level of pain today?

0  1  2  3  4  5  6  7  8  9  10

Other than prescription medicine, did you do anything else today to relieve the pain?
____NO ____YES (Check any that you used.)

____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (describe):

_____

Check any of these common side effects that you've noticed after taking your pain medicine.

____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

Did you skip any of your scheduled pain medicines today? ____NO ____YES: **Why?**

_____

Did you call your doctor's office or clinic between visits because of pain? ____NO ____YES

Overall, are you satisfied with your pain management? ____YES ____NO (Explain what makes you satisfied or not satisfied. Use Log section.)

What pain level overall would you find acceptable?

0  1  2  3  4  5  6  7  8  9  10

21

TEVA_MDL_A_01174142

# NOTES

Confidential

TEVA_MDL_A_01174143



# LEARN MORE ABOUT PAIN RELIEF

- American Pain Foundation (useful information and links to disease-specific information)
  www.painfoundation.org    888-615-PAIN

- American Academy of Pain Medicine
  www.painmed.org    847-375-4731

- American Academy of Pain Management
  www.aapainmanage.org    209-533-9744

- American Alliance of Cancer Pain Initiatives (find listings of state initiatives)
  www.aacpi.wisc.edu    608-265-4013

- American Board of Pain Medicine
  www.abpm.org    847-375-4726

- American Chronic Pain Association
  www.theacpa.org    800-533-3231

- American Pain Society
  www.ampainsoc.org    847-375-4715

- American Society of Pain Management Nursing
  www.aspmn.org    888-342-7766

- Cancer Care
  www.cancercare.org    800-813-4673

- Case Management Resource Guide
  www.cmrg.com    800-784-2332

- Commission on Accreditation of Rehabilitation Facilities
  www.carf.org    520-325-1044

- Mayo Clinic Pain Management Center
  www.mayoclinic.com/findinformation/diseasesand
  conditions/index.cfm

- National Cancer Institute
  www.nci.nih.gov/cancerinfo    800-422-6237

- National Chronic Pain Society
  www.ncps-cpr.org    281-357-4673

- National Hospice and Palliative Care Organization
  www.nhpco.org    703-837-1500

- National Pain Foundation
  www.nationalpainfoundation.org    303-756-0889

- Pain.com
  www.pain.com

# ADVISORY BOARD

**The Pain Notebook was developed in collaboration with:**

**Sally Adelus, DN Cert., RN, SRN**
Hospice of the Valley
San Jose, California

**Micke A. Brown, BSN, RN**
American Pain Foundation
Baltimore, Maryland

**Christine Miaskowski, PhD, RN, FAAN**
University of California, San Francisco
San Francisco, California

**Guadalupe Palos, DrPH, LMSW, RN**
Department of Symptom Research
The University of Texas
M.D. Anderson Cancer Center
Houston, Texas

**Michelle Rhiner, MSN, RN, NP**
City of Hope National Medical Center
Duarte, California

# FEEDBACK!

We welcome your feedback on the Pain Notebook. Is it easy to use? Is it useful? Please send comments and suggestions to:
painnotebook@painfoundation.org

Confidential

American Pain Foundation • 201 N. Charles St., Suite 710
Baltimore, MD 21201-4111 • 1-888-615-PAIN(7246)
info@painfoundation.org • www.painfoundation.org

The American Pain Foundation is solely responsible for the content, and maintains
editorial control, of all materials and publications it produces. We gratefully acknowl-
edge those who support our work. This publication was underwritten with an
unrestricted educational grant from Cephalon, Inc.

Confidential

TEVA_MDL_A_01174145





# CHRONIC PAIN:
INTERMITTENT, PERSISTENT, BREAKTHROUGH

**Intermittent Pain**
Pain that is episodic. It may occur in waves or patterns. Intermittent pain is often treated with NSAIDs, adjuvant medicines, and non-drug therapies. Moderate to severe intermittent pain may be treated with short-acting opioids.

**Persistent Pain (static, constant, or continuous)**
Pain that lasts 12 or more hours every day. This pain is usually treated with medicines taken around-the-clock as well as non-drug therapies. Moderate to severe pain may be treated with opioids.

**Breakthrough Pain (dynamic, sudden, or incidental)**
Pain that flares up or breaks through the relief provided by around-the-clock pain medicines. This pain may be treated with short-acting pain medicine that is taken as needed to quickly relieve the pain. Long-acting and short-acting medicines can be used together to provide continuous relief—the goal of pain management.

TEVA_MDL_A_01174146

## Pain Assessment Questions to Ask

**T**alk to your patients about their pain.
- Where is the pain located?
- What does it feel like (e.g., sharp, dull, burning)?
- When did it begin? How long does it last?
- What makes it better? What makes it worse?

**A**sk about current treatments.
- What medicines are you taking to relieve pain (prescription, over-the-counter)? What is the dose?
- What other pain relief methods do you use (e.g., acupuncture, heat/cold, massage, home remedies)?
- When do you use these medications and methods and how well do they work?

**R**ate pain intensity and get details.
- What is your level of pain most of the time (0-10 scale)?
- When is your pain the worst/best?
- What is your pain level when you rest? During movement?

**G**et details about breakthrough pain (BTP).
- Do you have breakthrough pain—sudden, brief periods of increased pain?
- How often do you experience BTP on an average day?
- Do certain activities cause the pain or does it happen unexpectedly?
- Have you ever been treated for BTP? With what medicines?

**E**valuate limitations on activities.
- What daily activities do you avoid because of pain?
- Does pain interfere with your ability to sleep/walk/work/play?
- How does pain affect your mood and relationships?

**T**reat side effects.
- Are you experiencing side effects from pain medicines, such as drowsiness, nausea, or itching?
- What are you doing to decrease or prevent these side effects?
- Are you taking something to prevent constipation?
- Are you having side effects with other medicines or therapies?

## Suggestions for Managing Your Patients' Pain

Accept your patient's reports of pain.
Assess chronic pain as part of each visit.
Look for causes of pain.
Ask about any history of substance abuse or addiction.
Treat pain until optimal relief and functional outcomes are reached.

Develop a treatment plan that relates directly to the pain assessment findings. For prescribing medicines, consider using guidelines (see resources).
Review treatment plan with patients. Discuss expectations. Make sure patients understand the plan and are willing to follow it. If patients are not following the plan, find out why and work to correct the problem.

Evaluate need for multimodal pain treatment. That may include NSAIDs, opioids, adjuvants such as anticonvulsants or antidepressants, and/or non-drug therapies.
Among non-drug strategies consider rehabilitative and behavioral therapies.
Treat persistent moderate to severe pain for continuous relief. If a trial of opioid therapy is indicated, consider around-the-clock (ATC) dosing of long-acting opioids (LAO). For challenging cases, (e.g., refractory pain, psychiatric disease, disability, drug abuse risk), consider referrals to pain specialist, mental healthcare provider, addiction specialist, or others.

Treat BTP: Reduce or eliminate precipitating causes if possible. Optimize the ATC medication regimen. Consider multimodal strategy, including rehabilitative treatments (e.g., PT, OT, bracing) and psychological treatments (e.g., relaxation training).
If unrelieved BTP during opioid therapy:
- End of LAO dose interval? Increase LAO daily dose or shorten interval.
- Unpredictable BTP? Add or change SAO.
- Predictable BTP with pain-producing activity? Add or increase SAO dose before activity.
Do not exceed acetaminophen 4000 mg/24h if combination SAO is selected.

If daily activities are limited or prevented by mild to moderate pain:
- Add or increase non-drug strategies.
- Add or change non-opioid or adjuvant drugs, or change opioid plan.
If activities of sleep are limited or prevented by moderate to severe pain:
- Increase dose or change ATC medicine.
- Add or increase dose or change SAO for BTP.

Discuss potential side effects of all pain medicines and non-drug treatments.
If patient reports side effects from opioids.
- Use antiemetic if nauseous, antihistamine if itchy. In selected cases, co-administration of a stimulant may reverse drowsiness or mental clouding.
- Prevent or treat constipation with appropriate laxatives.
- Change opioid selection.
For side effects of SAO for BTP, consider:
- Take side effects medication before dose.
- Reduce dose or change opioid.
- Evaluate adequacy of multimodal adjuvant pain medications.
Expand use of non-drug methods.

## Resources and Information About Opioids

**Treating Patients with Opioids:**
When prescribed by a healthcare professional and taken as directed, opioids are safe, effective, and rarely lead to addiction. For more information go to www.painfoundation.org

**Definitions of Addiction, Dependence, and Tolerance:**
These terms are often confused. For more information see Definitions Related to the Use of Opioids in the Treatment of Pain: asam.org/pain/definitions2.pdf

**Evaluating Risk:**
When prescribing opioids, vulnerability to addiction should be assessed in all patients. Some problems to look for:
- A pattern of repeated non-adherence to pain treatment plan
- Absence of pain relief during gradual escalation of opioid therapy
- Lack of functional improvement

**Treating Patients at Risk for Addiction:**
To learn more about treating patients with addictive disease, see the ASPMN position statement Pain Management in Patients with Addictive Disease: www.aspmn.org/html/PSaddiction.htm

**Diversion & Abuse:**
Be mindful of the problem of diversion and abuse of opioids. To learn more about how you can care for patients with pain, while keeping your practice safe, refer to Model Guidelines for the Use of Controlled Substances for the Treatment of Pain by the Federation of State Medical Boards of the United States: www.medsch.wisc.edu/pain/policy/domestic/model.htm

**Other Resources:**
For information on treating your patients with opioids and other analgesics:
- American Pain Society's Principles of Analgesic Use in the Treatment of Acute Pain and Cancer Pain. For ordering information, go to: www.ampainsoc.org/pub/principles.htm
- Guideline for the Management of Pain in Osteoarthritis, Rheumatoid Arthritis and Juvenile Chronic Arthritis: www.ampainsoc.org/pub/arthritis.htm
- AGS Guidelines for the Management of Persistent Pain in Older Persons: www.americangeriatrics.org/education/manage_pers_pain.shtml
- National Institute on Drug Abuse (NIDA): www.drugabuse.gov (search "opioids")
- Drug and Alcohol Services Information System (DASIS): www.samhsa.gov/oas/dasis.htm
- Drug Abuse Warning Network (DAWN): dawninfo.samhsa.gov



**The goal of pain management is to treat pain until optimal relief and functional outcomes are reached.**
**If you are not having success, or are not comfortable treating pain, refer your patient to a pain specialist.**

**ATC** around-the-clock    **BTP** breakthrough pain    **LAO** long-acting opioid    **SAO** short-acting opioid

*language about Co___ Support*

Confidential

TEVA_MDL_A_01174147