# PSJ17 Exh 93

# EDUCATIONAL GRANT DRAFT REQUEST

The attached material has been reviewed and is approved:

Payee: American Chronic Pain Association

Amount: $ 33,800.

Type of Program: PR: Patient brochure and radio media tour on BTP during September Pain Awareness Month to be developed/ sponsored by a patient advocacy group.

Submitted for Review:
(The date the grant is being submitted to the committee)

| DEPARTMENT | NAME | SIGNATURE | DATE |
|---|---|---|---|
| Scientific Communications | Rod Hughes | *signed* | 9.12.06 |
| Medical Affairs | Kiumars Vadiei | *signed* | 8/13/06 |
| Legal & Government | Eric Siegel | *signed* * | 9/11/2006 |

Program Date: September 2006      URGENT

Return to: Denise Madden

* **Redaction – Privilege**


Teva-Beckhardt
EXHIBIT 026
Date: 02/01/19
VanderPol, CSR#3032

Highly Confidential                                                                 TEVA_MDL_A_01089593

# EDUCATIONAL GRANT DRAFT REQUEST
(Scientific Communications)

Submission to Committee Date: _9/11/06_____ Grant Tracking #_____ Amount: $33,800__

NOTE: •Submission must be 30 days prior to program date
•Grant Tracking # if applicable
•Grant request must be submitted on provider letterhead

Educational Provider Name: _____American Chronic Pain Association_____

Accredited (CME/CE) ☐ Yes  X No

Street Address: _____P.O. Box 850_____

City: __Rocklin_____ State: __CA____ Zip: ___95677_____

Program Date: _September 2006___, Title: __N/A_____, & Location: __N/A_____

Is Cephalon the only sponsor of program:    X Yes   ☐ No   ☐ Unknown

Type of Program (choose all that apply): ☐ Nat'l Symposia  ☐ Teleconference  X Print
☐ Grand Rounds  X Website  ☐ DVD/CD-ROM
☐ Regional or Local Meeting   X Other_Radio Media Tour

Will Grant Support Enduring Materials: X Yes   ☐ No

Was Cephalon Involved in the Grant Request to Date? ☐ Yes   X No   If Yes, describe _____

Will Cephalon have future Involvement? ☐ Yes   X No   If Yes, describe _____

Manager Signature: _____[signature]_____
Print Name: __Stacey Beckhardt Associate Director, Public Relations_____

Medical Education Director/Sr. Director Signature: _____
Print Name: _____

GRANT COMMITTEE APPROVAL  ☐ Yes  ☐ No  Date:_____

If no, state reason: _____

For Budgetary Purposes Only - Product: (Check One)
☐ Actiq  ☐ Gabitril  ☐ Provigil  ☐ Trisenox  ☐ Vivitrol  X Other: __FENTORA_____

May 2006



# American Chronic Pain Association

Post Office Box 850  
Rocklin, CA 95677  
916.632.0922  916.632.3208

Web page: www.theacpa.org  
Email: ACPA@pacbell.net  
Toll Free: 800.533.3231

**BOARD OF DIRECTORS**

**Penney Cowan**  
*Founder*

**Diana Adams, Ed.D.**  
*Stanford University Medical School*

**Mary Jane Bent**  
*Photographer*

**Hildegarde Berdine, PharmD.**  
*Duquesne University School of Pharmacy*

**Bridget Calhoun, MPH**  
*Duquesne University*

**Jennifer Christian, M.D., MPH**  
*Webility Corporation*

**Edward Covington, M.D**  
*Cleveland Clinic Foundation*

**John Encandela, Ph.D.**  
*Macro, International*

**Steve Feinberg, M.D.**  
*Stanford University School of Medicine*

**Daniel Galia**  
*Oracle*

**Tomio Inomata**  
*Live Wire Media*

**Nicole Kelly**  
*Consultant*

**Jennifer May**  
*H.J. Heinz*

**Christine Pasero, RN, BSN**  
*Pain Management Educator and Consultant*

**Claire Patterson**  
*Retired Trigeminal Neuralgia Association*

**Joanne Schneider, MSN, CNS, CNP**  
*Cleveland Clinic Foundation*

**Joan Tesla, MBA**  
*Haley Systems, Inc*

**Knox Todd, MD, MPH**  
*Beth Israel Health Center*

**John Williamson, J.D.**  
*Kirkpatrick & Lockhart Nicholson m LLP*

August 25, 2006

Stacey Beckhardt  
Senior Manager, Public Relations  
Cephalon, Inc.  
145 Brandywine Parkway  
West Chester, PA 19380 USA

Dear Ms. Beckhardt:

The American Chronic Pain Association is requesting a corporate contribution to support a Breakthrough pain educational project for $33,800. Below I've sketched out some ideas for an early fall campaign to raise awareness about this significant issue.

Because the time is short, the program we are proposing is modest. But we believe that it will capitalize on the attention generated by the September Pain Awareness Month activities.

### Background

For more than a quarter century, the ACPA has worked to provide direct education in pain management skills and peer support to people living with chronic pain. Our goal has always been to change the face of pain—to help those with pain and the public at large understand that pain can affect anyone and that, with appropriate treatment, it is possible to live a good quality of life with pain.

Reducing the crippling fear that can accompany pain is an important element of changing how we think about this condition. Because breakthrough pain is a key driver of fear and stands in the way of many, we propose addressing BTP in a campaign this September.

### Addressing Breakthrough Pain

The goal of our activities will be to allay fear and enhance coping skills by providing information about pain flares and how to better manage them to those who experience them.

Our key message will be that breakthrough pain can be managed and its impact on function and life satisfaction minimized through a combination of medications and behavioral approaches. Informational elements will include:

- What is breakthrough pain;
- What causes it;

Highly Confidential

TEVA_MDL_A_01089595

- Impact it has on quality of life;
- Techniques for managing pain flares; and
- Communicating with your doctor about them.

### Tactics
We propose to employ these elements in our campaign.
- **Consumer Brochure:** This consumer education/resource brochure will address breakthrough pain specifically as well as conveying our key messages. It will explain what breakthrough pain is, how to identify the triggers for BTP, the use of medications to combat BTP, and other techniques individuals can use to reduce its impact. The brochure will be available directly through ACPA. We will post it on the home page our web page as a "news item" in a PDF format. The BTP pamphlet will also be included it in every letter/information pack that we send out.
- *Radio Media Tour:* This nationwide media initiative would partner an expert from ACPA and a medical expert to speak of the challenges of breakthrough pain, how to overcome those challenges, and the resources available to people with pain.

### Timing
Time is short. We propose to begin work as soon as possible, with the goal of conducting the Radio Media Tour the fourth week of September. The brochure would be available by the end of the month to coincide with the radio media tour.

### Budget
Here are projected costs for each element we have proposed.
**Consumer brochure**
    Development and Writing: $5,000
    Design and layout: $5,000
    Printing: Printing of 10,000 4-color tri-folds: $3,800

**Radio Media Tour:**
    Radio Media Tour - $20,000
    Travel and miscellaneous costs: TBD

Total estimated costs: $33,800 plus travel and miscellaneous costs.

We hope this short-term project will lay a foundation for greater understanding of pain flairs among both people with pain and their health care providers. Please feel free to call me with any questions you might have. We'll look forward to talking with you about this exciting opportunity.

Yours truly,
Penney Cowan
Executive Director
American Chronic Pain Association

Highly Confidential

TEVA_MDL_A_01089596