# PSJ17 Exh 94

| | |
|---|---|
| From: | Catherine Collier |
| To: | Castagno, Paula |
| CC: | Beckhardt, Stacey |
| Sent: | 10/2/2006 7:55:38 PM |
| Subject: | ACPA brochure, etc |
| Attachments: | Breakthrough Pain 9-20-06.pdf |

Hi Paula,

Hope you had an uneventful and safe flight back to Philly. I drove Stacey to airport at about 85 miles per hour to assure that she did not miss her flight ....think we cut it a bit short but the good news is we made it safely and she caught her flight.

In any event, as a follow up to our conversation on Friday, attached please find a copy of the ACPA brochure on BTP that Cephalon sponsored as part of the September Pain Awareness Month activities. This will soon be posted on their website homepage under the "News" section. In addition, they will be including it in every informational packet they send out. Once we have hard copy I will send you a few for your archives.

ACPA is also hosting a radio media tour tomorrow on breakthrough pain with Penney Cowan as the person with pain, and Dr. Knox Todd, Professor of Emergency Medicine

Director at Beth Israel Medical Center. If you are interested I can send you additional information on this as well.

Finally, I have an invoice for the $60K that we discussed for activities related to launch (media montage, additional b-roll). I will fax it to you later today; please let me know if you need additional details added (e.g. budget estimates).

Thanks Paula,

Catherine



Teva-Beckhardt
EXHIBIT 027
Date: 02/01/19
VanderPol, CSR#3032

Confidential

TEVA_MDL_A_02935839



Confidential

TEVA_MDL_A_02935840

## Understanding Your BTP

The first step to coping with your BTP is to learn more about it. Keep a log of when it occurs and what you were doing at the time. Note your stress levels and state of mind, as well.

Review your log every week to see if there are certain times of the day that BTP occurs. You also may find that certain activities or feelings trigger your BTP. When you know more about what causes BTP, you can begin to manage it better.

Always take your log with you to your doctor appointments. Talk to your health care provider about your concerns and fears. When your health care provider understands your issues, he or she can work with you to find a solution.

## Getting the Right Treatment for Your Pain

The key to relieving breakthrough pain is to learn why these flares of pain are different from the pain you feel all day. You can:

- Talk with your doctor about medication that might help during BTP episodes. When using pain medications for BTP, the goal should always be improved pain relief and improved function.
- Ask your doctor about biofeedback training or stress management classes. Reducing stress may help you reduce the number of episodes of BTP you have or lessen their severity.
- Understand what activities create BTP. Then you can pace your activities so you don't push yourself beyond your limits.
- Learn about the pain management skills offered through the ACPA.
- Involve your family in your treatment plans.

For many people with moderate-to-severe chronic pain who also experience BTP, a logical treatment plan includes a pain medicine that can be taken at regular times around-the-clock to treat persistent pain, plus a short-acting medicine to take when you need to relieve the rapid onset of a BTP flare. In addition, you can get involved in managing your pain by practicing relaxation techniques, setting more realistic goals, pacing yourself, and asking for help when you need it to avoid triggering flares.

Managing BTP is a group effort. Work with your health care team to find the overall treatment plan that's right for you.

## Prepare for Your Next Doctor Visit

- Note if there is a regular time during the day when your persistent pain medicine doesn't last until you can take another dose.
- List methods of pain relief you have tried, such as exercise, meditation, stress reduction, etc., and how they work.
- List all the pain medicine you are taking, including over the counter medications, vitamins, and herbal supplements. Include a list of all medications or other treatments you take for any other reason, as well.
- List treatable conditions (persistent cough, nausea, constipation, etc.) that you feel might be a source of BTP.
- Take your pain log with you.
- Talk about activities your pain interferes with or the impact it has on your life.

Like all pain, BTP can be managed but you must play an active role in the recovery process by becoming part of the treatment team. Working with your health care team, taking part in a peer support group, and learning as much as you can will help you make the transition from patient to person.




Confidential

TEVA_MDL_A_02935841