PSJ17 Exh 95

# EDUCATIONAL GRANT DRAFT REQUEST

The attached material has been reviewed and is approved:

Payee: American Pain Foundation

Amount: $ 25,000.

Type of Program: PR: Patient focused book on treatment options to be developed by a patient advocacy group.

Submitted for Review:
(The date the grant is being submitted to the committee)

| DEPARTMENT | NAME | SIGNATURE | DATE |
|---|---|---|---|
| Scientific Communications | Rod Hughes | *RH* | 9.12.06 |
| Medical Affairs | Kiumars Vadiei | *[signature]* | 9/13/06 |
| Legal & Government | Eric Siegel | *Eric Siegel** | 9/11/2006 |

Program Date: September 2006     URGENT

Return to: Denise Madden

\* Cephalon has not had nor will it ~~be involved in~~ have involvement in content development.



Teva-Beckhrdt
EXHIBIT 029
Date: 02/01/19
VanderPol, CSR#3032

Confidential                                                                 TEVA_MDL_A_01089587

# EDUCATIONAL GRANT DRAFT REQUEST
(Scientific Communications)

Submission to Committee Date: ___9/11/06___ Grant Tracking #_____ Amount: $25,000

NOTE: •Submission must be 30 days prior to program date
•Grant Tracking # if applicable
•Grant request must be submitted on provider letterhead

Educational Provider Name: ___American Pain Foundation___

Accredited (CME/CE) ☐Yes  x No

Street Address: ___201 N. Charles Street, Suite 710___

City: ___Baltimore___ State: _MD_ Zip: 21201___

Program Date: _September 2006_, Title: __Treatment Options__, & Location: _N/A_

Is Cephalon the only sponsor of program: ☐Yes  x No  ☐Unknown

Type of Program (choose all that apply): ☐Nat'l Symposia ☐Teleconference x Print
☐Grand Rounds ☐Website ☐DVD/CD-ROM
☐Regional or Local Meeting ☐Other_____

Will Grant Support Enduring Materials: x Yes  ☐No

Was Cephalon Involved in the Grant Request to Date? ☐Yes  xNo  If Yes, describe _____

Will Cephalon have future Involvement? ☐Yes  x No  If Yes, describe _____

Manager Signature: _[signature]_
Print Name: _Stacey Beckhardt_ Assoc. Director ~~Scientific Communications~~ Public Relations

Medical Education Director/Sr. Director Signature: _____
Print Name: _____

GRANT COMMITTEE APPROVAL  ☐Yes  ☐No  Date:_____
If no, state reason: _____

For Budgetary Purposes Only - Product: (Check One)
☐Actiq ☐Gabitril ☐Provigil ☐Trisenox ☐Vivitrol ☒Other: _FENTORA_____

Confidential

TEVA_MDL_A_01089588



**AMERICAN PAIN FOUNDATION®**
*Dedicated to Eliminating the Undertreatment of Pain in America*

201 N. Charles Street, Suite 710
Baltimore, MD 21201
Phone (410) 783-7292
Fax (410) 385-1832
www.painfoundation.org

May 10, 2006

Stacey Beckhardt
Senior Manager, Public Relations
Cephalon, Inc.
41 Moores Road
P.O.Box 4011
Frazer, PA  19355

Dear Stacey:

On behalf of the American Pain Foundation I would like to request a $25,000 unrestricted educational grant from Cephalon to support the production and distribution of the American Pain Foundation's new book, <u>Treatment Options For Pain</u>. This book will present a comprehensive array of common pain treatment options along with important information about self-care and help in how to communicate about your pain with your healthcare provider. The book has an impressive group of contributing authors and will be an important resource for many thousands of people seeking treatment for their pain.

Sincerely,

*[signature]*

Will Rowe
Executive Director

*An independent nonprofit organization serving people with pain through information, advocacy, and support.*

Confidential

TEVA_MDL_A_01089589