# PSJ17 Exh 96

| | |
|---|---|
| **From:** | Bearer, Deborah |
| **Sent:** | Saturday, March 01, 2008 10:58 AM |
| **To:** | Duarte, Joseph; Rydell, Jeffrey; Caminiti, Joseph |
| **Cc:** | O'Connell, Keiren |
| **Subject:** | FW: Fentora LMNs and Cover Letters |
| **Attachments:** | FENTORA email cover note(patient specific) 022908 FINAL.docm; FENTORA LMN cover letter(patient specific)_ 022908 FINAL.docm; LMN- Generic template.Doc; LMN- BTP in patients with cancer.Doc; LMN - BTP, Chronic, Noncancer.Doc; LMN-NC BTP, Chronic Low Back Pain.Doc; LMN-NC BTP, Chronic Neuropathic Pain.Doc |

See attached – Not for distribution.

Deb

*Deborah W. Bearer*

Director of Marketing, Healthcare Systems
Cephalon, Inc.
41 Moores Road
Frazer, PA 19355
Office: 412-366-2033
Office: 610-727-6238
Cell:    412-855-0577

---

**From:** Sehgal, Arpana
**Sent:** Friday, February 29, 2008 5:42 PM
**To:** Steinbock, Lillian
**Cc:** Dayno, Jeffrey; Larijani, Susan; Bearer, Deborah; Narayana, Arvind
**Subject:** Fentora LMNs and Cover Letters

Lillian,

The following documents (attached above) for Fentora have been revised and approved:

- LMN for chronic noncancer pain
- LMN for chronic low back pain
- LMN for chronic neuropathic pain
- LMN for breakthrough pain in cancer
- Generic LMN template
- Cover letter for use with patient specific prior authorization
- Email cover letter note for patient specific requests

Please let me know if you have any questions.

Thanks

Arpana

Arpana Sehgal, PharmD.

1

Confidential                                                                 TEVA_CHI_00001939

Manager, Pain Medicine
Medical Services
Cephalon, Inc.
Frazer, PA 19355

Phone: 610-883-5803 (direct)
Fax: 610-738-6511
E-mail: asehgal@cephalon.com

2