PSJ17 Exh 100

| | |
|---|---|
| **From:** | Terifay, Terrence |
| **Sent:** | Monday, March 24, 2008 4:09 PM |
| **To:** | Paula C. Williams; Cynthia Condodina; Richards, Suzanne; Connelly, Denise; Matthew Day |
| **Subject:** | FW: Fentora LMNs and Cover Letters |

FYI


*Terrence Terifay*

*Director of Marketing, Pain Care Franchise*

*Cephalon, Inc.*

*41 Moores Road*

*Frazer, PA 19355*

*Office: 610-738-6783*

*Fax: 610-738-6641*

*tterifay@cephalon.com <mailto:tterifay@cephalon.com>*

---

**From:** Dayno, Jeffrey
**Sent:** Monday, March 03, 2008 1:37 PM
**To:** Terifay, Terrence; Richardson, Michael; Pyfer, Andy; Cooper, Jordan
**Cc:** Larijani, Susan; Mulholland, Michael; Baldassano, Valli F.; Russell, Lesley
**Subject:** FW: Fentora LMNs and Cover Letters


FYI – the LMNs for FENTORA were revised and sent to Covance on Fri and will be put into the system this week.  My thanks to Susan and her team for making all the revisions.


JMD

---

1

**Confidential**                                                                                                                                            TEVA_MDL_A_01065540

**From:** Sehgal, Arpana
**Sent:** Friday, February 29, 2008 5:42 PM
**To:** Steinbock, Lillian
**Cc:** Dayno, Jeffrey; Larijani, Susan; Bearer, Deborah; Narayana, Arvind
**Subject:** Fentora LMNs and Cover Letters

Lillian,

The following documents (attached above) for Fentora have been revised and approved:

-       LMN for chronic noncance

Attachments:
        FENTORA email cover note(patient specific) 022908 FINAL.docm (18989 Bytes)
        FENTORA LMN cover letter(patient specific)_ 022908 FINAL.docm (19142 Bytes)
        LMN- Generic template.Doc (50706 Bytes)
        LMN- BTP in patients with cancer.Doc (87058 Bytes)
        LMN -  BTP, Chronic, Noncancer.Doc (116754 Bytes)
        LMN-NC BTP, Chronic Low Back Pain.Doc (104978 Bytes)
        LMN-NC BTP, Chronic Neuropathic Pain.Doc (95250 Bytes)

Confidential                                                                                                                        TEVA_MDL_A_01065541