# PSJ17 Exh 101

| | |
|---|---|
| **From:** | Larijani, Susan |
| **Sent:** | Friday, March 07, 2008 5:54 PM |
| **To:** | Panning, Deborah; Sehgal, Arpana; Ceccanecchio, Danielle; King, James G.; Zarycranski, Donna |
| **Cc:** | Dayno, Jeffrey; Sterchele, James |
| **Subject:** | FW: Reimbursement Hotline -Letters of Medical Necessity |

All,

Please see below communication that was sent out today by Healthcare Systems to the field sales organization regarding distribution of template LMNs.

Susan

---

**From:** Bearer, Deborah
**Sent:** Fri 3/7/2008 12:24 PM
**To:** Sales PCS Managers
**Cc:** Sales PCS Directors; Sales Healthcare Systems & Reimbursement; Sales Area Marketing & Field Effectiveness; Pyfer, Andy; Caminiti, Joseph; Larijani, Susan; O'Connell, Keiren; Steinbock, Lillian
**Subject:** Reimbursement Hotline -Letters of Medical Necessity

# PCS Sales Managers:

## Please forward to your teams

**Effective Monday, March 10th**, upon an unsolicited request from an HCP, the Reimbursement Hotline will have four FENTORA Letters of Medical Necessity (LMN) templates available to assist during the appeal process

- To receive a template Letter of Medical Necessity, the physician/office must contact the Reimbursement Hotline and state the <u>specific clinical area or indication</u> for which they are interested in receiving a LMN.

- Sales Specialists may also forward the HCP's unsolicited request for a LMN to Cephalon's Medical Services department through the Cephalon's "MIRF" (Medical Information Request Form) process. However, the most expedient way for the HCP to access the LMN is directly through the Reimbursement Hotline service.

- The Letters of Medical Necessity can be provided to the physician electronically via email or CD-ROM. The physician can choose either format.

- The Reimbursement Hotline will transfer the HCP to Cephalon Medical Services if the LMN requested is not currently available. There will be no LMN for migraine.

Confidential

TEVA_CHI_00003304

**NOTE:** *Supporting documentation <u>will not</u> be automatically forwarded from the Reimbursement Hotline. HCP's may contact Cephalon Medical Services or sales specialists can MIRF the request.*

Letters of Medical Necessity (LMN) are a key component in the successful completion of the appeal process. Typically utilized after an initial prior authorization is declined, health plans may request that a physician provide additional supporting documentation in the form of a "patient appeal" or letter that includes a more detailed patient history.

**REMINDER:**

Sales Specialists may **proactively** make the HCP and/or office staff who is involved with reimbursement aware of Cephalon's hotline support programs to help with reimbursement issues. However, ***existence of this information is provided only as a service to physicians that need medical/scientific information and not as a tool to generate prescriptions.***

***The acknowledgement that this data exists does not condone or in any way suggest that we support promotion of our products for off label or unapproved uses.***

To review the list of LMN templates available, please reference the Cephalon intranet, Medical Services. If you have any questions, please contact your management or National Account Manager.

Regards,

*Deborah W. Bearer*

Director of Marketing, Healthcare Systems
Cephalon, Inc.
41 Moores Road
Frazer, PA 19355
Office:   412-366-2033
Office:   610-727-6238
Cell:     412-855-0577

Confidential

TEVA_CHI_00003305