# PSJ17 Exh 103

**From:** Matthew Day </O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MDAY>
**To:** Karen Hill
**Sent:** 2/24/2015 8:33:35 PM
**Subject:** RE: Are you okay with this option?

I agree. Thanks!

 

**Matt Day**
Associate Brand Director – CNS Marketing
Tel: 610-727-6573 / matthew.day@tevapharm.com

---

**From:** Karen Hill
**Sent:** Tuesday, February 24, 2015 2:58 PM
**To:** Matthew Day
**Subject:** Are you okay with this option?

Hi Matt,

Are you okay with my preference below or would you like to go with Derek reading the book? If the latter than we can discuss. Based on the previous version being destroyed by the publisher due to legalities, I'm not sure reading the past version is even an option to be honest. If you feel strongly about it, I can check. We'd like to get this into CARE this week if possible. Thanks!!!

Karen

---

**From:** Karen Hill
**Sent:** Tuesday, February 17, 2015 4:57 PM
**To:** 'Fischer, Erica (CHI-GHI)'; Matthew Day
**Cc:** Reggio, Jaimee (CHI-GHI); Leys, Alyssa (CHI-GHI)
**Subject:** RE: APS Pain Matters Screening Proposals

Hi Erica,

My preference is for the panel discussion rather than Derek reading from the book. In my last conversation with Rob, we currently can't get a guarantee to have the book even by September so I don't want to over emphasize something we can't produce at this point. I'll feel better about bringing more awareness to the book when we have a firm timeline for delivery.

On a side note, Paul Gileno is really wanting copies of the book when it is ready for distribution.

Karen

---

**From:** Fischer, Erica (CHI-GHI) [mailto:EFischer@golin.com]
**Sent:** Wednesday, February 11, 2015 9:39 AM
**To:** Matthew Day; Karen Hill
**Cc:** Reggio, Jaimee (CHI-GHI); Leys, Alyssa (CHI-GHI)
**Subject:** APS Pain Matters Screening Proposals

Hi Matt and Karen,

As a follow up to our conversation during yesterday's status call regarding options for the APS Pain Matters screening, we recommend changing the program slightly to better accommodate the audience and venue given the differences from PAINWeek and AAPM. We've developed two recommendations and included draft proposals for

Highly Confidential

TEVA_MDL_A_08649866

your consideration.

- **Option 1**: Derek McGinnis reads an excerpt from *Exit Wounds* followed by a discussion between Melanie Rosenblatt and Derek.
- **Option 2**: Melanie Rosenblatt moderates a discussion between Derek McGinnis and Cynthia Toussaint, both patients featured in the film.

Please let us your preferred format and/or feedback to the CARE proposal by Tuesday, February 17. We'll add this to the status call that day to help keep this moving.

Let us know if you have any questions.

Thanks,
Erica

Erica Fischer| Senior Manager, Healthcare
GOLIN
875 N. Michigan Ave | Chicago, IL, 60611
t. +1 312.729.4274 |m. +1 312.218.1946
efischer@golinharris.com

**GolinHarris is now Golin.**
**Find out how we Go All In at** golin.com
#goallin

**Highly Confidential**                                                                                                                              TEVA_MDL_A_08649867