PSJ17 Exh 104

Highly Confidential - Subject to Further Confidentiality Review

```
 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                     -  -  -
 5
     IN RE:  NATIONAL       :   HON. DAN A.
 6   PRESCRIPTION OPIATE    :   POLSTER
     LITIGATION             :
 7                          :
     APPLIES TO ALL CASES   :   NO.
 8                          :   1:17-MD-2804
                            :
 9
           - HIGHLY CONFIDENTIAL -
10
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                     -  -  -
12
                 January 4, 2019
13
                     -  -  -
14
15               Videotaped deposition of
     MATTHEW DAY, taken pursuant to notice,
16   was held at the offices of Golkow
     Litigation Services, 1650 Market Street,
17   Philadelphia, Pennsylvania, beginning at
     9:35 a.m., on the above date, before
18   Michelle L. Gray, a Registered
     Professional Reporter, Certified
19   Shorthand Reporter, Certified Realtime
     Reporter, and Notary Public.
20
                     -  -  -
21
22        GOLKOW LITIGATION SERVICES
     877.370.3377 ph | 917.591.5672 fax
23            deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:
 2

     WAGSTAFF & CARTMELL, LLP
 3   BY:  BRIAN J. MADDEN, ESQ.
     BY:  ANDREW N. FAES, ESQ.
 4   4740 Grand Avenue, Suite 300
     Kansas City, Missouri 64112
 5   (816) 701-1132
     bmadden@wcllp.com
 6   afaes@wcllp.com
 7          - and -
 8   BRANSTETTER, STRANCH & JENNINGS, PLLC
     BY:  BEN GASTEL, ESQ.
 9   223 Rosa L. Parks Avenue, Suite 200
     Nashville, Tennessee 37203
10   (615) 254-8801
     Beng@bsjfirm.com
11   Representing the Plaintiffs
12

     MORGAN LEWIS & BOCKIUS, LLP
13   BY:  NATHAN J. ANDRISANI, ESQ.
     1701 Market Street
14   Philadelphia, Pennsylvania 19103
     (215) 963-5362
15   nandrisani@morganlewis.com
16          - and -
17   MORGAN LEWIS & BOCKIUS, LLP
     BY:  JONATHAN E. MAIER, ESQ.
18   1111 Pennsylvania Avenue, NW
     Washington, DC 20004
19   (202) 739-5806
     Jonathan.maier@morganlewis.com
20   Representing the Defendant, Teva
     Pharmaceuticals and the Witness
21

22

23

24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:   (Cont'd.)

 2

      JONES DAY
 3    LOUIS P. GABEL, ESQ.
      150 West Jefferson, Suite 2100
 4    Detroit, Michigan 48226
      (313) 733-3939
 5    Lpgabel@jonesday.com
      Representing the Defendant, Walmart
 6

 7    PIETRAGALLO GORDON ALFANO BOSICK &
      RASPANTI, LLP
 8    BY:  DOUGLAS K. ROSENBLUM, ESQ.
      1818 Market Street, Suite 3402
 9    Philadelphia, Pennsylvania 19103
      (215) 320-6200
10    Dkr@pietragallo.com
      Representing the Defendant, Cardinal
11    Health

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    TELEPHONIC APPEARANCES:
 2

      REED SMITH, LLP
 3    BY:  ABIGAIL M. PIERCE, ESQ.
      Three Logan Square
 4    1717 Arch Street, Suite 3100
      Philadelphia, Pennsylvania 19103
 5    (215) 851-8226
      Abigail.pierce@reedsmith.com
 6    Representing the Defendant,
      AmerisourceBergen Drug Corporation
 7

 8    COVINGTON & BURLING, LLP
      BY:  SARA SUNDERLAND, ESQ.
 9    One Front Street
      San Francisco, California 94111
10    (415) 591-7063
      Ssunderland@cov.com
11    Representing the Defendant, McKesson
      Corporation
12

13    ARNOLD & PORTER KAYE SCHOLER, LLP
      BY:  JOHN CELLA, ESQ.
14    601 Massachusetts Avenue, NW
      Washington, D.C. 20001
15    (202) 942-6771
      John.cella@arnoldporter.com
16    Representing the Defendants, Endo
      Health Solutions; Endo Pharmaceuticals,
17    Inc.; Par Pharmaceutical Companies, Inc.,
      f/k/a Par Pharmaceutical Holdings, Inc.
18

19    ALLEGAERT, BERGER & VOGEL, LLP
      BY:  LOUIS A. CRACO, JR., ESQ.
20    111 Broadway, 20th Floor
      New York, New York 10006
21    (212) 616-7060
      Lcraco@abv.com
22    Representing the Defendant,
      Rochester Drug Co-op
23

24
```

Highly Confidential - Subject to Further Confidentiality Review

1    APPEARANCES:   (Cont'd.)

2

     ALSO PRESENT:

3

4    VIDEO TECHNICIAN:

     Dan Lawlor

5

6    LITIGATION TECHNICIAN

     Joe Wills

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Highly Confidential - Subject to Further Confidentiality Review

1          THE VIDEOGRAPHER:  Going off

2      the record.  The time is 1:08.

3              -  -  -

4          (Lunch break.)

5              -  -  -

6          THE VIDEOGRAPHER:  We are

7      going back on record.  Beginning

8      Media File Number 4.  The time is

9      1:41.

10   BY MR. MADDEN:

11       Q.    Mr. Day, we're back after a

12   lunch break.  And I want to go back to a

13   subject that we started talking about

14   this morning, which is the Pain Matters

15   unbranded marketing that we talked about

16   this morning.

17       A.    Yes.

18       Q.    It's a campaign, correct?

19       A.    Yes.

20       Q.    And your role was as

21   director of that campaign in the

22   marketing department?

23       A.    Yes.

24       Q.    All right.

Highly Confidential - Subject to Further Confidentiality Review

1                    (Document marked for

2           identification as Exhibit

3           Teva-Day-23.)

4    BY MR. MADDEN:

5           Q.    I'll hand you Exhibit 23.

6                 We have a cover e-mail dated

7    11/12/2014, with an attachment of Teva

8    Pain Matters routes.  And that's

9    forwarded to you from Samantha Schwarz,

10   November 12, 2014.

11                Do you see that?

12          A.    Yes.

13          Q.    Ms. Schwarz was?

14          A.    GolinHarris was our PR

15   agency.

16          Q.    I see.  And the people cc'd

17   are those all GolinHarris people?

18          A.    Yes, they are.

19          Q.    And is that the company that

20   you used to assist you in this unbranded

21   marketing campaign called Pain Matters?

22          A.    Yes.

23          Q.    If we go to the second page,

24   which is a Bates number ending 565.  You

Highly Confidential - Subject to Further Confidentiality Review

1    see a slide at the bottom of that page

2    which has a quote that says, "Teva

3    understands the risk of opioid abuse as a

4    societal challenge and one many

5    healthcare professionals face in treating

6    people living with chronic pain."

7              Do you see that?

8         A.    Yes.

9         Q.    I can't tell who that quote

10   is attributed to.  Do you know?

11        A.    I believe it's Dr. Michael

12   Hayden who was our chief, excuse me,

13   medical officer at the time.

14        Q.    Okay.  Dr. Hayden at the

15   time was inhouse with Teva?

16        A.    Yes.

17        Q.    Okay.  And what do you

18   understand this second page to be, is

19   this part of the website?

20        A.    It is, yes.

21        Q.    And it was forwarded to you

22   for approval then?

23        A.    Yes, it -- yes.  Yes, we

24   would update the website and this was

Highly Confidential - Subject to Further Confidentiality Review

1   sent to me.  Now I wouldn't approve this

2   solely.  This would be in a draft version

3   and it would go back into that PARC

4   committee that I talked about earlier

5   that would review the content.

6        Q.    What is the societal

7   challenge that's being referenced here,

8   opioid abuse?

9        A.    I don't -- I don't know.  I

10  didn't speak to Dr. Hayden directly.

11       Q.    At the time you received

12  this, you were the director for Pain

13  Matters marketing, right?

14       A.    I was, yes.

15       Q.    And this was part of that

16  marketing program, correct?

17       A.    Correct.

18       Q.    Okay.  And you have included

19  a quote from Dr. Hayden that says, "Teva

20  understands the risk of opioid abuse as a

21  societal challenge."

22       A.    Yeah.  I mean, I think they

23  can be multifaceted, right.  Abuse,

24  misuse, diversion, I think he's referring

Highly Confidential - Subject to Further Confidentiality Review

1    to all of those as societal challenges

2    that were going on and that still exist

3    today.

4          Q.    Okay.  This campaign then

5    was a public relations campaign for Teva?

6                MR. ANDRISANI:  Objection.

7                THE WITNESS:  It was -- no,

8          it was managed and created by a

9          public relations firm but it

10         wasn't a PR campaign as much as it

11         was really, in its truest sense, a

12         campaign of information and

13         education around pain management,

14         appropriate use of opioids, other

15         therapies, resources.

16              There was a lot of

17         information within the pain

18         community and there was no one

19         place to get all the resources

20         that you needed.  So it wasn't

21         necessarily a PR campaign.  It was

22         run by the PR company.

23   BY MR. MADDEN:

24         Q.    So typically, when a

Highly Confidential - Subject to Further Confidentiality Review

1    campaign such as this is run, it is

2    either for an existing opioid or pain

3    product, or an anticipated opioid or pain

4    product.  Was this campaign run in

5    connection with either of those?

6           A.    This campaign was run more

7    as a franchise campaign to speak to

8    Teva's commitment within pain management,

9    not just specific to opioids, Fentora or

10   Amrix or things in development.  But this

11   was a therapeutic focus of the

12   organization, was pain care.  So it

13   was -- it was a larger franchise.

14          Q.    What other pain products

15   were within that pain franchise at the

16   time this campaign was run?

17          A.    So this was a time, as we

18   spoke about earlier, with Fentora and

19   Amrix, and then the -- also the pipeline

20   which was developing the abuse-deterrent

21   opioids.  And the company was actually

22   looking into other areas of pain

23   management as well, like devices.  As I

24   mentioned, this was a therapeutic focus

Highly Confidential - Subject to Further Confidentiality Review

1    for Teva.

2           Q.    At the time Pain Matters was

3    run, was Fentora being detailed to

4    doctors?

5           A.    From what I can recall,

6    there may have been a short period of

7    time that it was.  And then I think, if I

8    recall, it was about four to six months,

9    and then it ceased promotion, and this

10   campaign continued.

11          Q.    All right.  At the time Pain

12   Matters campaign was run, was Amrix being

13   promoted to doctors?

14          A.    Yes.

15          Q.    At the time this campaign

16   was run, was the abuse-deterrent formula

17   Vantrela being detailed to doctors?

18          A.    No, it wasn't.

19                (Document marked for

20          identification as Exhibit

21          Teva-Day-25.)

22   BY MR. MADDEN:

23          Q.    Mr. Day, I'll hand you

24   Exhibit 25.

1        A.      Mm-hmm.

2        Q.      We spoke this morning about

3    media portion for the Pain Matters

4    campaign.

5        A.      Mm-hmm.

6        Q.      And this indicates that

7    there was a screening on the Discovery

8    Channel.  Is that true?

9        A.      Pain Matters originally was

10   a documentary that was created by the

11   Discovery Channel that chronicled the

12   lives of four patients that were

13   suffering from painful conditions but

14   then evolved into a campaign.  So the

15   movie clip that you see here, like Derek

16   McGuiness was a Iraqi war veteran van,

17   who was highlighted in the film in this

18   program.  That's in the brochure.

19       Q.      Okay.  So at the bottom we

20   see, "Supporting partners of Pain

21   Matters."  Teva is listed as one of the

22   supporting partners, correct?

23       A.      Mm-hmm.

24       Q.      Is that true?

Highly Confidential - Subject to Further Confidentiality Review

1    A.    Yes.

2    Q.    Did Teva help fund Pain

3    Matters, either the documentary or the

4    website?

5    A.    This is referring to the

6    documentary, which we did help fund

7    through the Discovery Channel.

8    Q.    Do you recall what the

9    amount of funding was?

10    A.    I do not.

11    Q.    The speakers are listed

12    here, correct?  Are any of those inhouse

13    Teva people?

14    A.    No.

15    Q.    All right.  And then the

16    description for the documentary says,

17    "Exploring perspectives around unmet

18    needs in chronic pain care and discussing

19    the future of pain management."

20    Do you see that?

21    A.    Yes.

22    Q.    At this time what chronic

23    pain medications were being promoted by

24    Teva?

Highly Confidential - Subject to Further Confidentiality Review

1    A.    We weren't promoting any

2    chronic pain.

3         Q.    So the marketing campaign

4    centered around chronic pain, even though

5    the company wasn't marketing any products

6    for chronic pain?

7              MR. ANDRISANI:  Objection.

8              THE WITNESS:  Not just

9         chronic pain.  There were other

10        hallmarks of the program.  This

11        was just one particular program.

12   BY MR. MADDEN:

13        Q.    But you would concede that

14   this description from the documentary

15   from the Discovery Channel references

16   unmet needs in chronic pain care,

17   correct?

18        A.    Yes.

19        Q.    I'm going backwards on you

20   here.

21             (Document marked for

22        identification as Exhibit

23        Teva-Day-24.)

24   BY MR. MADDEN:

Highly Confidential - Subject to Further Confidentiality Review

1          Q.    We're going to mark this one

2     Exhibit 24.

3          A.    Okay.  Keep this one?

4          Q.    Keep it.

5          A.    Okay.

6          Q.    I'll hand you Exhibit 24.

7     Should be the second one.  All right.

8               So you get this incremental

9     performance -- strike that.

10              Exhibit 24 is an incremental

11    performance detail for the fourth quarter

12    of 2015 with regard to Pain Matters,

13    correct?

14         A.    Correct.

15         Q.    Is this a report that you

16    would have received as the director of

17    the Pain Matters campaign?

18         A.    Yes.

19         Q.    From whom would you have

20    received it?

21         A.    This would come from the PR

22    agency GolinHarris.

23         Q.    All right.  If we go to Page

24    2 of Exhibit 24, in this report, do you

Highly Confidential - Subject to Further Confidentiality Review

1    see that there is a bullet point that

2    says, "Total 2015 budget $998,750"?

3         A.    Yes.

4         Q.    Does that indicate to you

5    that Teva spent almost a million dollars

6    in 2015 on the Pain Matters campaign?

7         A.    Yes, although I'm not sure

8    that is exactly what was spent that year.

9    I think it was less.  But yes, that

10   was -- that was the approved budget.

11        Q.    All right.  And did you

12   oversee that budget?

13        A.    Yes.

14        Q.    And were you in charge of

15   approving the spend on that budget?

16        A.    Yes.  I would make the

17   recommendations, and then my senior line

18   management would approve it.

19        Q.    If we go to page -- the next

20   page.  "Pain Matters website, media spend

21   and traffic."

22             Do you see that?

23        A.    Yes.

24        Q.    And do we see a graph that

1  shows the media spend and then the

2  website traffic associated therewith?

3       A.    Yes.

4       Q.    So was a goal of the Pain

5  Matters campaign to drive viewers to the

6  Pain Matters website?

7       A.    Yes.

8       Q.    And what would be the

9  purpose of that if the company wasn't

10  marketing any pain products at the time?

11            MR. ANDRISANI:  Objection.

12            THE WITNESS:  The purpose of

13        the Pain Matters campaign was to

14        provide information and resources

15        in one place for patients and

16        healthcare professionals about

17        management of pain and provide

18        those resources in one area.  And

19        it was a larger, as I mentioned

20        earlier, kind of franchise

21        umbrella, where, you know, we have

22        a therapeutic focus in pain.  Not

23        just the products, but the

24        condition itself.

Highly Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. MADDEN:
 2        Q.    Okay.  So you had an
 3   understanding that with this, at least
 4   from the document, million dollars spend
 5   in 2015, that doctors and patients would
 6   go to the website if they were impacted
 7   by that media spend to look at the
 8   website?
 9        A.    Mm-hmm.
10        Q.    Correct?
11        A.    Yes.
12        Q.    When is the last time that
13   you looked at the Pain Matters website?
14        A.    I cannot recall.  Maybe
15   three months ago.
16        Q.    Is it still up?
17        A.    I believe, yes.
18        Q.    Is -- I know you recently
19   left Teva within the last couple weeks,
20   but as of the time that you left Teva,
21   was Teva still contributing to the Pain
22   Matters campaign?
23        A.    No.
24        Q.    When did that stop?
```

Highly Confidential - Subject to Further Confidentiality Review

1          A.      Approximately a year ago.

2          Q.      Okay.  Do you know why it

3    stopped?

4          A.      The short answer is budget

5    cuts.  Teva's going to a significant

6    restructuring and as a part of that lost

7    a lot of funding for various projects.

8                 (Document marked for

9                 identification as Exhibit

10                 Teva-Day-26.)

11   BY MR. MADDEN:

12         Q.      Let me hand you Exhibit 26.

13   Do you recognize Exhibit 26 as printed

14   excerpts from web pages of the Pain

15   Matters website?

16         A.      Yes.

17         Q.      What role, if any, did you

18   have in reviewing and/or approving items

19   that went on the Pain Matters website?

20         A.      I would work myself.  I

21   would work with the PR agency, Golin.  We

22   would develop the drafts of the various

23   different pages of the website that you

24   see here.  And then it would be submitted

Highly Confidential - Subject to Further Confidentiality Review

1    into PARC, the promotional review

2    committee, to review the content and

3    approve it.

4         Q.    The promotional review

5    committee, was that a committee within

6    Teva?

7         A.    Yes.

8         Q.    Were there any other

9    manufacturers or distributors of opioids

10   who contributed to the Pain Matters

11   website?

12        A.    No.

13        Q.    So it was really a Teva

14   website, correct?

15        A.    Yes.

16        Q.    Because it's printed from

17   the web, page numbers are difficult.  So

18   I've provided tabs for you.  Okay?

19        A.    Okay.  Great.

20        Q.    So the third page in is

21   tabbed.  We have a page that says, "Pain

22   perspective, hear from the community."

23             Do you see that page?

24        A.    Yes.