PSJ17 Exh 105

| | |
|---|---|
| **From:** | Matthew Day |
| **To:** | Jeffrey Dierks |
| **Sent:** | 11/12/2014 8:32:07 PM |
| **Subject:** | FW: Updated Creative for Unbranded Initiative |
| **Attachments:** | teva-pain-matters-routes_11.12.pdf |

Updated microsite files.



**Matt Day**
Associate Brand Director – CNS Marketing
Tel: 610-727-6573 / matthew.day@tevapharm.com

**From:** Schwarz, Samantha (CHI-GHI) [mailto:SSchwarz@golin.com]
**Sent:** Wednesday, November 12, 2014 3:30 PM
**To:** Matthew Day
**Cc:** Fischer, Erica (CHI-GHI); Winfield, Phil (SFO-GHI); Carroll, Alice (SFO-ARC); Fuhrman-Kestler, Jennifer (CHI-GHI)
**Subject:** Updated Creative for Unbranded Initiative

Hi Matt,

Calling you now…

Sam

**Confidential**