# PSJ17 Exh 106

JOIN US FOR A SPECIAL SCREENING



# PAIN MATTERS

Exploring Perspectives Around Unmet Needs in Chronic Pain Care and Discussing the Future of Pain Management

**FRIDAY, SEPTEMBER 5, 2014**
**8:10 A.M. TO 9:10 A.M.**
**BREAKFAST WILL BE SERVED**

The screening will be followed by a panel discussion with individuals featured in the film.

## SPEAKERS

**PAUL J. CHRISTO, MD, MBA**
Assistant Professor, Anesthesiology and Critical Care,
Johns Hopkins University School of Medicine;
Host, Aches and Gains℠, Sirius XM Radio

**PENNEY COWAN**
Founder and Executive Director,
American Chronic Pain Association

**DEREK MCGINNIS**
U.S. Navy veteran who sustained debilitating injuries while in Iraq; from Discovery Bay, Calif.

**MELANIE ROSENBLATT, MD**
Medical Director of Pain Management,
North Broward Medical Center, Boca Raton, Fla.

**BOB TWILLMAN, PhD, FAPM**
Director of Policy and Advocacy,
American Academy of Pain Management

All of the speakers serve as paid consultants by Teva Pharmaceuticals for their participation in the panel discussion.



Teva Pharmaceuticals is a proud sponsor of this special screening. Financial support, clinical input, and other expertise for "Pain Matters" were provided by Teva Pharmaceuticals.

**Supporting Partners of "Pain Matters":**

        

Confidential    TEVA_MDL_A_08657349