# PSJ17 Exh 107

# Incremental Performance Detail
## Q4 2015



Highly Confidential
TEVA_MDL_A_08657218

# Media/NPP Q4 Incremental & Tactics Overview

- **Total 2015 budget $998,750**
  - PO# 42190546 $483,750; PO# 42206449 $515,000
- **Q4 Incremental: $265K**
- **Incremental investment allocation started 11/16/2015**
  - **Media Channels Breakdown**
    - Print: $50K
    - Paid Search: $95K
    - HCP/Digital Promotion: $120K
    - NPP: An additional Doximity Doc News Alert was deployed at no additional cost December 2015. Performance results for that alert will be available in the first week of February 2016


Print Ads


HCP Digital/Rich Media Display


Paid Search


NPP (Doximity)



2

# Pain Matters Website – Media Spend and Traffic



- Display/mobile and paid search drove a total of 63,050 visitors to the Pain Matters website from 11/16 to 12/31, a total share of 95% of all traffic driven to the website during the same period
    - Overall, traffic driven to the Pain Matters website by paid media tactics in Q4 (10/1 – 12/31) increased by 84% compared to Q2 + Q3 (4/15 – 9/30)
    - Traffic from the paid search campaign increased by 137% in Q4 and display/mobile traffic by 25%, together accounting for a 84% increase in paid media traffic vs. Q2 + Q3
- Overall, website visits driven by the paid media campaign accounted for 84% of all traffic to the Pain Matters website
- The campaign's average CPC was $6.29 for display/mobile partners. CPC increased slightly in December compared to the previous months partly due to decreases in traffic driven by our mobile partners, which had one of the lowest average CPCs of the campaign, and increases in traffic driven by partners with higher CPCs, such as Specific Media and Adprime, which in turn drove a more engaged and qualified traffic to the website
    - Adprime and Specific Media (rich media unit) received 40% of the Q4 incremental

- Traffic driven by display/mobile decreased in October and December compared to September and November partly due to lack of activity in mobile geo-targeting during those months
    - Mobile conference geo-targeting was a large contributor to website traffic throughout the 2015 paid media campaign, with traffic spikes occurring during Pain conferences in September and November

|  | Website Visits Q2 | Website Visits Q3 | Website Visits Q4 | Website Visits driven by Paid Media as a % of Total Visits (4/15 - 12/31) | % Increase in Q4 Visits vs. Q2 + Q3 |
|---|---|---|---|---|---|
| Display/Mobile | 7,165 | 17,543 | 30,997 | 32% | 25% |
| Paid Search | 10,456 | 17,022 | 64,993 | 53% | 137% |
| Total Visits | 17,621 | 34,565 | 95,990 | 84% | 84% |



Highly Confidential

TEVA_MDL_A_08657220

# Q4 Display/Mobile Engagement Performance

Display/Mobile CTR and Website Engagements per Quarter



Display/Mobile On-Site Average Engagement (4/15 - 12/31)

| Medium | Time Period | Visits | Avg. Bounce Rate | Avg. Pages/Session | Avg Time on Site |
|---|---|---|---|---|---|
| Display/Mobile | Q2 | 7,165 | 70.76% | 2.00 | 01:27 |
| | Q3 | 17,543 | 71.30% | 1.78 | 01:30 |
| | Q4 | 30,997 | 71.86% | 1.70 | 01:02 |
| Total | | 55,705 | 71.31% | 1.83 | 01:20 |

- Although overall display/mobile CTR decreased by 22% from Q3 to Q4, key website engagements* driven by display and mobile partners increased by 88% compared to Q2 + Q3 (4/15 - 9/30)
- Q4 incremental spend in display/mobile drove a total of 2,729 key website engagements on the Pain Matters website
  - Overall, 19% of all traffic to key website pages within the site was driven by display/mobile

- Engagement metrics for display/mobile performed slightly below overall site averages in Q4
  - Q4 overall site average bounce rate was 69%; average pages per session 1.96; and, average time spent on site was 01:25 minutes
- This decrease was partly due to a lower percentage of new users driven to the website during the same period
  - The percentage of new users driven to the Pain Matters website decreased 11% in Q4 compared to Q2, when 84% of traffic driven to the website was composed of new visitors (79% of the traffic in Q2 was driven by new visitors)
  - Users returning to the site were less likely to interact with the same content with which they had previously

| | Key Website Engagements Q2 | Key Website Engagements Q3 | Key Website Engagements Q4 | Total Key Website Engagements |
|---|---|---|---|---|
| Display/Mobile | 679 | 775 | 2,729 | 4,183 |
| Overall Site Engagements | 3,757 | 5,691 | 12,929 | 22,377 |

*Key website engagements are visits the Pain Matters website where HCPs visits any page with ADT content, watches the ADT video, or downloads the "Evolving Roles, Same Goals" presentation

PAIN MATTERS

Highly Confidential

# Paid Search Engagement Performance







*Incremental flight dates: 11/15-12/31.

- Incremental spend delivered an additional 2,021 HQEs on top of the 3,696 HQEs forecast for 11/15-12/31.
    - CPC did increase as spend increased, however CTR was positively impacted.
    - General keywords such as *"Pain Management"*, and *"Chronic Pain"* benefited the most from additional budget, driving increased clicks while also increasing CTR.
    - Incremental spend also resulted in additional Sitelink conversions; Sitelinks served more often due to improved ad position.

Note: High Quality Event (HQE): Advancements in Abuse page, Prescription Opioid Medicines page, Approach To Abuse Page, Understanding ADT page.

PAIN MATTERS

# Pain Matters Print

  

## Campaign Total Spend: $160,018



2015 Monthly Print Spend by Specialty (4/15 – 12/31)



Exposures Per Target (4/15 – 12/31)

- 1 additional print insertion was added to the 2015 Pain Matters campaign in Pain Medicine News, Pharmacy Times, Practical Pain Management, and American Family Physician in December as part of the Q4 incremental plan
- For the Pain publications, we ran 2 insertions in Q2, 2 insertions in Q3, and 3 insertions in Q4 resulting in a gradual increase in exposures of Pain specialists. For the PCP targeting, we ran 2 insertions in Q2, 1 insertion in Q3, and 1 in Q4, which explains why there was a decrease in PCP exposures between Q2 and Q3 and a stable amount of exposures between Q3 and Q4. For the Pharmacists, we ran 2 insertions, 1 in Q3 and 1 in Q4 resulting in a leveled amount of exposures in each quarter.



Highly Confidential

TEVA_MDL_A_08657223



Highly Confidential

TEVA_MDL_A_08657224