PSJ17 Exh 108

**Sign Up**       PAIN MATTERS       **TEVA** CNS



Access Downloadable Tools, Resources & Information

# BE THE VOICE THAT INSPIRES CHANGE







Join Pain Matters and the pain community as we reimagine the exam room experience to foster a more open dialogue between healthcare professionals and people affected by pain.

**Learn More** 

# PAIN MATTERS DOCUMENTARY

# PAIN PERSPECTIVES

### Hear from the Community                                    →

New Survey Results Address Rx Abuse, presented by Bob Twillman, PhD

Check back for regular updates from the pain community.



"Chronic pain continues to be a serious issue for millions of Americans, and Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals."[1]

Pain Matters | Information & Resources for Chronic Pain



More About Teva
Pharmaceuticals

COMMUNITY ENGAGEMENT

HEALTHCARE PROFESSIONALS

PEOPLE AFFECTED BY PAIN

SIGN UP FOR UPDATES

Glos

References

Privacy Policy

Terms & Conditions

Contact Us

SHARE

PAIN
MATTERS

Intended for U.S. Audiences Only

TEVA CNS

©2015 Teva Pharmaceutical
PAIN



## Watch Film



Produced by the Discovery Channel, the film chronicles the lives of people living with pain.

## View Stories



Short video stories from people and families affected by chronic pain.

*Financial support, clinical input, and other expertise for the Pain Matters film were provided by Teva Pharmaceuticals.*

**Sign Up**                     PAIN MATTERS                           CNS

# Teva Pharmaceuticals and Pain Management

At Teva Pharmaceuticals, we understand that chronic pain affects more than 100 million Americans.[1] It can greatly affect people touching many aspects of their lives, including their physical health and ability to participate in daily tasks.[1]



## Our Commitment to Pain Care

Teva is committed to supporting responsible pain management that meets the needs of people living with pain and healthcare professionals treating pain. With a diverse portfolio and pipeline, we are working to help advance treatments in pain management. Prescription opioid medications are an important part of a treatment plan for many people living with chronic pain, but we know that they carry a serious risk of abuse and misuse.[2] Teva is equally committed to addressing the serious problems of chronic pain and prescription drug abuse.

As part of our ongoing commitment to support healthcare professionals and patients dealing with chronic pain, we are developing an innovative **abuse deterrence technology** platform to address the challenges of opioid abuse and misuse.

To learn more about Teva and our commitment, visit us online at **TevaUSA.com**



# Community Collaboration

As a company, Teva takes this commitment beyond its products, leading education and abuse-mitigation efforts. We're also working to develop educational resources and partner with a variety of stakeholders. In this complex pain care environment, Teva is focused on keeping patient needs at the center of all we do.

View Calendar

# The Alliance to Prevent the Abuse of Medicines

In 2013, Teva became one of several leading industry stakeholders including the **American Medical Association**, **CVS Caremark**, **Cardinal Health**, the **Healthcare Distribution Management Association**, **Prime Therapeutics**, **Millennium Health**, and **Kaleo** dedicated to developing policy solutions aimed to address prescription drug abuse. This non-profit partnership includes perspectives from all angles of the prescription drug supply chain— from manufacturers to distributors and pharmacies to physicians.

Learn More

### Next Steps

**Go to Healthcare Professionals ⟩**

**Sign Up** PAIN MATTERS TEVA CNS

## Related Content



**Understanding Chronic Pain**
Watch the *Pain Matters* documentary to learn about the impact of chronic pain



**Tools & Resources**
Use these tools and downloads to learn more about responsible opioid use



**Opioid Abuse Deterrence Technology Guidance**
Recent FDA guidance on evolving opioid abuse deterrence technology

COMMUNITY ENGAGEMENT

HEALTHCARE PROFESSIONALS

PEOPLE AFFECTED BY PAIN

SIGN UP FOR UPDATES

Glossary

References

Privacy Policy

Terms & Conditions

Contact Us

SHARE



 

**Sign Up**      PAIN MATTERS      TEVA CNS

1/2/2019                                        Pain Matters

http://painmatters.com:80/community-engagement/survey-results-address-rx-abu | Go |   **SEP**    **NOV**   

**7 captures**                                                                    ◄ 18 ►
16 Sep 2015 - 24 Dec 2017                                                          2014    2016

Sign Up                           PAIN MATTERS                                        **TEVA** CNS

**Pain Perspectives Community Insights**                    **SHARE**

# New Rx Abuse Survey Results

## Physicians and People Affected by Chronic Pain Open Up About Rx Abuse

Prescription drug abuse is a serious public health problem that is having a significant impact on our society and more directly, on the relationships between people affected by pain and their physicians. New survey results shed light on the challenges that exist in this evolving pain care landscape. How do clinicians and people with pain balance the need to talk about the impact of pain on everyday life and the risks of abuse and misuse associated with prescription opioid medications? These survey results reveal that both clinicians and people affected by chronic pain recognize their important role in helping to reduce the risk of abuse, but feel that discussing the topic can be uncomfortable. Clinicians and people with chronic pain agree that information and practical resources that help address this complex problem are greatly needed. Dig deeper into the perspectives of clinicians and people affected by pain through the survey-results infographic below.

View Survey Results Infographic   ›



**Clinicians and people affected by pain open up about Rx abuse**

1/2/2019                                                    Pain Matters

http://painmatters.com:80/community-engagement/survey-results-address-rx-abu   Go   SEP  OCT  NOV

**7 captures**                                                                  ◄ 18 ►

16 Sep 2015   24 Dec 2017                                              2014  2015  2016

addition to a resource section specifically designed to support **people affected by pain** .

About the Survey

A new survey conducted on behalf of Teva in partnership with the U.S. Pain Foundation and the American Academy of Pain Management explores issues impacting the pain care landscape. The survey included 1,100 prescribing healthcare professionals and 1,044 adults with chronic pain taking medications to manage their pain. The survey was conducted from January 21 to February 10, 2015.



**About the Author:** Bob Twillman, PhD

Bob Twillman, Ph.D., is the Executive Director for the American Academy of Pain Management. In that capacity, Dr. Twillman is responsible for overseeing federal and state pain policy developments and advocating for those supporting an integrative approach to managing pain. He also serves as Chair of the Prescription Monitoring Program Advisory Committee for the Kansas Board of Pharmacy. Dr. Twillman received his Ph.D. in Clinical Psychology at the University of California in Los Angeles, and maintains a volunteer faculty appointment as Clinical Associate Professor of Psychiatry and Behavioral Sciences at the University of Kansas School of Medicine in Kansas City, KS. Prior to taking his current position, Dr. Twillman was a full-time faculty member at the University of Kansas Medical Center, where he founded and directed the inpatient pain management program and was a co-founder of the hospital's Palliative Care Team. He has been actively involved in pain policy through his work with the Alliance of State Pain Initiatives and the American Pain Society for many years.

Teva Pharmaceuticals reviewed and edited this post prior to publication.

**RELATED STORIES**

March 2015



1/2/2019                                                                    Pain Matters

http://painmatters.com:80/community-engagement/survey-results-address-rx-abu | Go |   SEP   OCT   NOV          ⊕  ⑦  ⊗

**7 captures**                                                                    ◄ 18 ►                           f  ⊻
16 Sep 2015  24 Dec 2017                                                      2014  2015  2016

from the pain community.

## Continue Reading

### Related Content

**About Pain Matters**
Find support for navigating the complex and evolving pain care landscape.

***Pain Matters* Documentary**
Discover the impact of chronic pain through the lives of people with pain and their
loved ones.

**Teva's Pain Care Commitment**
Learn how Teva is supporting responsible pain management.

COMMUNITY ENGAGEMENT

HEALTHCARE PROFESSIONALS

PEOPLE AFFECTED BY PAIN

SIGN UP FOR UPDATES

Glossary

References

Privacy Policy

Terms & Conditions

Contact Us

SHARE



1/2/2019                                          Pain Matters

http://painmatters.com:80/community-engagement/survey-results-address-rx-abu  Go   **SEP** OCT **NOV**

◀ **18** ▶

**7 captures**
16 Sep 2015 - 24 Dec 2017                              2014  2015  **2016**

©2015 Teva Pharmaceuticals USA, Inc.
PAIN-40329 July 2015

Pain Matters | Abuse Mitigation Programs & Policies

http://www.painmatters.com:80/healthcare-professionals/abuse-mitigation-progra  | Go |   JUL  OCT  NOV

**11 captures**
16 Jul 2015 - 24 Dec 2017

◀  06  ▶

2014  2015  **2016**

**Healthcare Professionals**                                    SHARE

# Opioid Abuse Mitigation Programs & Policies

## The Role of Government in Mitigating Opioid Abuse

Due to the complex issues surrounding opioid abuse and misuse, various national and state programs, policies, and laws have been put in place to help mitigate opioid abuse and misuse.

**Prescription Drug Monitoring Programs (PDMPs)**

**Controlled Substance Scheduling**

**Risk Evaluation and Mitigation Strategy (REMS)**

## Prescription Drug Monitoring Programs (PDMPs)

PDMPs are in place in 49 states to help detect and reduce the risk of diversion and abuse of prescription drugs at the practice and retail levels. These state programs allow for the collection and analysis of prescription data.[17] Proactive reporting through the use of PDMPs can help[18]:

- Alert prescribers and pharmacists to potential prescription opioid abuse or diversion among their patients



1/2/2019          Pain Matters | Abuse Mitigation Programs & Policies

http://www.painmatters.com:80/healthcare-professionals/abuse-mitigation-progra   Go

11 captures
16 Jul 2015 - 24 Dec 2017

JUL   OCT   NOV
◀ 06 ▶
2014   2015   2016

- Provide an opportunity to intervene and refer patients for substance use disorder treatment when appropriate



# Schedules of Controlled Substances[19]

The DEA plays an important role in mitigating abuse and diversion of opioids. This federal agency enforces the controlled substance laws and regulations in the US, including the scheduling of controlled substances, such as opioids.[19] Controlled substances are classified into five categories, or schedules, according to the accepted medical use and the potential for abuse.[19] Schedule I drugs are considered the most dangerous, while Schedule V drugs are seen to have the least risk for abuse.[19] Prescription opioid medications generally fall under Schedules II and III.[19]

| SCHEDULE & DESCRIPTION |
| --- |
| I |
| II |
| III |

1/2/2019                                    Pain Matters | Abuse Mitigation Programs & Policies

http://www.painmatters.com:80/healthcare-professionals/abuse-mitigation-progra [Go]   JUL   NOV
11 captures                                                                      ◀ 06 ▶
16 Jul 2015 - 24 Dec 2017                                                        2014   2016

V

In addition to classifying potentially dangerous substances by schedule, the DFA's Office of Diversion Control requires physicians who intend to prescribe scheduled (controlled) medications to register in the state where they obtained a valid medical license.[20] The goal of this initiative is to detect and investigate diversion of controlled substances from legitimate sources while ensuring an adequate and uninterrupted supply for legitimate medical, commercial, and scientific needs.[20]

# Risk Evaluation and Mitigation Strategies (REMS)

REMS are requirements set by the **Food and Drug Administration (FDA)** for pharmaceutical manufacturers to help ensure that the benefits outweigh the risks for certain drugs.[16] There are several components of REMS that can be used by the pharmaceutical industry, including one or more of the following[16]:

## Medication Guides or Patient Package Inserts

+ FDA-approved instructions for appropriate use and instructions for patients focused on avoiding serious adverse events

## Communication Plans

• A comprehensive plan for providing healthcare professionals with education, information, and increased awareness of risks associated with a drug

## Elements To Assure Safe Use

• Some products are required to have additional actions that healthcare professionals need to execute prior to prescribing or dispensing the drug to the patient, known as Elements To Assure Safe Use (ETASU)

## Implementation Systems

• When ETASU are required as part of a REMS program, the FDA may also require pharmaceutical companies to create a plan to ensure prescribers are complying with ETASU



Assessment results may be used to modify the REMS, or even eliminate it, if the assessment shows

changes are needed or that the REMS have met its goals

## Next Steps

**Go to Opioid Advancements in Abuse Deterrence ❯**

## Related Content



**Community Insights**
Pain Perspectives -hear from members of the pain community



**Tools & Resources**
Find screening tools and educational resources

**Opioid Abuse Deterrence Technology**
Advances in technology address the challenges of opioid abuse

COMMUNITY ENGAGEMENT

HEALTHCARE PROFESSIONALS

PEOPLE AFFECTED BY PAIN

SIGN UP FOR UPDATES

Glossary

References

Privacy Policy

Terms & Conditions

Contact Us

SHARE

http://www.painmatters.com:80/healthcare-professionals/abuse-mitigation-progra   Go    JUL  OCT  NOV

**11 captures**                                                                 ◄  06  ►
16 Jul 2015 - 24 Dec 2017                                                        2014  2015  2016

Intended for U.S. Audiences Only



©2015 Teva Pharmaceuticals USA, Inc.
PAIN 40329 July 2015

http://painmatters.com:80/healthcare-professionals/multifaceted-approach-to-abu  | Go

**12 captures**
16 Jul 2015 - 25 Dec 2017

SEP  OCT  DEC
◀ 25 ▶
2014  2015  2016

**Sign Up**                    PAIN MATTERS                    TEVA  CNS

**Healthcare Professionals**                    **SHARE**

# A Multifaceted Approach to Opioid Abuse Deterrence

## Key Stakeholders Are Making Strides to Mitigate Risk

As part of the pain care community, we understand that we all have an active role to play to help advance responsible pain management and abuse deterrence.[13] In a recent statement on prescription opioid abuse, the FDA underscored the need to work together to invest in strategies and responsible approaches that deter or mitigate abuse while preserving access to pain medications for the patients that need them most.[13]



HEALTHCARE PROFESSIONALS



POLICY MAKERS



1/2/2019                                      Pain Matters | Stakeholder Efforts in Abuse Deterrence



## Healthcare Professional Training and Education

The FDA has identified three key ways prescribers can help curtail the US opioid epidemic[13]:

- Ensuring that they have adequate training in opioid therapy

- Knowing the content of the most current opioid drug labels

- Educating patients about the appropriate use of opioids, their potential risks, and proper disposal techniques



## Understanding Appropriate Use of Pain Medications



1/2/2019       Pain Matters | Stakeholder Efforts in Abuse Deterrence

http://painmatters.com:80/healthcare-professionals/multifaceted-approach-to-abu   Go   SEP   OCT   DEC

◀ 25 ▶

**12 captures**     2014   2015   2016
16 Jul 2015 - 25 Dec 2017

understanding and following appropriate use, storage, and disposal instructions could help reduce the risk of abuse and diversion. The American Academy of Family Physicians has provided **general guidance and helpful tools** on the appropriate use, storage, and disposal of opioid medications.[15]

**Resources are available** to help educate around the appropriate use, storage, and disposal of prescription opioid medications.



## Policies and Programs Provide Guidance

There are many government **policies and programs** in place to help address the opioid abuse public health issue. Laws and policies of today must simultaneously prevent abuse, addiction, and diversion while allowing and supporting the legal use of prescription drugs by those who need them.[4]



## Advocacy Organizations Offer Ongoing Support

Public education programs engage local healthcare professionals and antidrug coalitions to promote and distribute public education materials supporting the appropriate use and storage of prescription pain medications and understanding of the associated risks of abuse and misuse.[3]

http://painmatters.com:80/healthcare-professionals/multifaceted-approach-to-abu  Go     SEP   OCT   DEC

**12 captures**                                                                          ◀  **25**  ▶
16 Jul 2015  25 Dec 2017                                                            2014  2015  **2016**

# Pharmaceutical Industry Drives Evolving Technology

The FDA also encourages the ongoing study of **abuse deterrence technologies** for prescription opioid medications. Currently, the concept of abuse deterrence is viewed as the introduction of some limits or impediments to abuse, as opposed to the outright elimination of abuse.[5]

At Teva Pharmaceuticals, we take our responsibility to help mitigate the risks of abuse seriously. In 2013, we partnered with five leading industry organizations across the prescription drug supply chain to form the **Alliance to Prevent the Abuse of Medicines**. We are dedicated to raising awareness of the risks of opioid drug abuse.

## Next Steps

**Go to Opioid Abuse Mitigation Programs & Policies** ❭

### Related Content

**Managing Chronic Pain**
Find information on treatment options for managing pain

**Opioid Abuse Mitigation Programs & Policies**
Opioid use and abuse guidance from state and federal governments

**Advancements in Opioid Abuse Deterrence**
New strategies address abuse potential

COMMUNITY & MARRIAGE

HEALTHCARE PROFESSIONALS

1/2/2019                                      Pain Matters | Stakeholder Efforts in Abuse Deterrence



Glossary

References

Privacy Policy

Terms & Conditions

Contact Us

SHARE





©2015 Teva Pharmaceuticals USA, Inc.
PAIN-40329 July 2015

1/2/2019                                    Pain Matters | Understanding Opioid Abuse

http://painmatters.com:80/healthcare-professionals/understanding-abuse-misuse  Go   SEP    DEC

**26 captures**                                                                ◀  25  ▶
16 Jul 2015 - 25 Apr 2018                                                       2014  2016

**Healthcare Professionals**                              SHARE

# Understanding Opioid Abuse & Misuse

More than 12 million people reported using prescription pain medications non-medically in 2010.[10] That number encompasses both abuse and misuse. The abuse and misuse of prescription pain medications were responsible for more than 475,000 emergency department visits in 2009, a number that nearly doubled in just five years.[10] Further, opioid overdoses in particular are increasingly due to the abuse of prescription painkillers.[3]

## Opioid Abuse

**Abuse is a nonmedical use of a drug, repeatedly, or even sporadically, for the positive psychoactive effects it produces.**[11] The most common form of opioid abuse is swallowing a number of intact pills or tablets to achieve a feeling of euphoria.[5] While this is the most widespread form of abuse, opioid analgesics can be abused in a number of ways[5]:

- Swallowed whole

- Crushed and swallowed

- Crushed and snorted

- Crushed and smoked

- Crushed, dissolved, and injected



**3.27%**

Alcohol-induced dose dumping, or the associated intake of alcoholic beverages together with oral controlled-release opioid formulations, is another form of abuse that may result in an uncontrolled and immediate drug release.[12]

## Opioid Misuse

**Misuse is using the prescription drug for a reason other than for which it was prescribed.**[11] The key differentiator being the drug is not being used for an intentional high, so it is labeled misuse rather than abuse. Misuse can also take many forms, for example[11]:

- Using a drug for a different condition than that for which the drug is prescribed

- Taking more drug than prescribed or at different dosing intervals

- Using a drug not prescribed for them for other therapeutic purposes

**Next Steps**

**Go to Stakeholder Efforts in Opioid Abuse Deterrence ›**

Related Content



**Understanding Chronic Pain**
Watch the *Pain Matters* documentary to learn about the impact of chronic pain



1/2/2019        Pain Matters | Understanding Opioid Abuse

http://painmatters.com:80/healthcare-professionals/understanding-abuse-misuse   Go   **SEP**   DEC

**26 captures**     ◀ **25** ▶

16 Jul 2015 - 25 Apr 2018     2014   2015   **2016**



## Opioid Abuse Deterrence Technology

Advances in technology address the challenges of opioid abuse

COMMUNITY ENGAGEMENT

HEALTHCARE PROFESSIONALS

PEOPLE AFFECTED BY PAIN

SIGN UP FOR UPDATES

Glossary

References

Privacy Policy

Terms & Conditions

Contact Us

SHARE



 

©2015 Teva Pharmaceuticals USA, Inc.
PAIN-40329 July 2015

http://painmatters.com:80/healthcare-professionals/multidisciplinary-approach-to-  Go    SEP  OCT  NOV
◀ **25** ▶
16 captures
16 Jul 2015 - 24 Dec 2017                                                           2014  2015  **2016**

**Healthcare Professionals**                                          SHARE

# A Multidisciplinary Approach to Managing Chronic Pain

While there are a variety of options available to treat chronic pain, it usually cannot be cured, only managed.[6] There isn't one right way to treat pain.[6]

# Approaches to Pain Management[6,7]



PHYSICAL THERAPY                                    SPINAL MANIPULATION

COGNITIVE BEHAVIOR THERAPY                          ACUPUNCTURE



PAIN MEDICATION
(RX AND OTC)

| http://painmatters.com:80/healthcare-professionals/multidisciplinary-approach-to- | Go | SEP | NOV |
| --- | --- | --- | --- |
| **16 captures** | | ◀ **25** ▶ | |
| 16 Jul 2015 - 24 Dec 2017 | | 2014    **2016** | |

The pain experience is individual. Chronic pain is defined by the International Association for the Study of Pain as "a persistent pain that is not amenable, as a rule, to treatments based upon specific remedies or to the routine methods of pain control."[8] It's a serious medical condition that may greatly affect people leaving them unable to work, maintain relationships, or participate in daily tasks.[1]

Chronic pain can affect anyone. The Institute of Medicine estimated that 100 million American adults are impacted by chronic pain, which includes people who reported having "severe pain, moderate pain, joint pain, arthritis, or functional limitation."[1]

# The Role of Opioids in Chronic Pain Management

Prescription pain medications, such as opioids, may be an appropriate treatment option for people whose chronic pain is not adequately managed by other methods.[2] Opioids are an important option for the treatment of certain types of chronic pain.[9]

**Next Steps**

**Go to Understanding Opioid Abuse ⟩**

Related Content

**Tools & Resources**
Use these tools and downloads to learn more about responsible opioid use

**Understanding Opioid Abuse**
Statistics and insights into opioid abuse and misuse

**Opioid Abuse Deterrence Technology**
Advances in technology address the challenges of opioid abuse



http://painmatters.com:80/healthcare-professionals/multidisciplinary-approach-to- [ Go ]    **SEP**   OCT   **NOV**

**16 captures**              ◀ **25** ▶
16 Jul 2015 - 24 Dec 2017          2014   2015   **2016**

SIGN UP FOR UPDATES

Glossary

References

Privacy Pol cy

Terms & Conditions

Contact Us

    SHARE





©2015 Teva Pharmaceuticals USA, Inc.
PAIN-40329 July 2015

1/2/2019                                        Pain Matters

http://painmatters.com:80/references.aspx          Go    SEP    NOV      ⊙ ⓘ ⊗

11 captures                                        ◀  25  ▶         f  ✕
15 Jul 2015 - 22 Aug 2018                          2014  2016

Sign Up                                                          TEVA  CNS

Home                                    SHARE

# References

1. Institute of Medicine Report from the Committee on Advancing Pain Research, Care, and Education. Relieving Pain in America: a Blueprint for Transforming Prevention, Care, Education and Research. Washington, DC: The National Academies Press; 2011. **http://books.nap.edu/openbook.php?record_id=13172&page;=1**. Accessed November 16, 2014.

2. The American Academy of Pain Medicine. Use of Opioids for the Treatment of Chronic Pain, a statement from the American Academy of Pain Medicine. The American Academy of Pain Medicine. **http://www.painmed.org/files/use-of-opioids-for-the-treatment-of-chronic-pain.pdf**. Published 2013. Accessed November 16, 2014.

3. The White House. Epidemic: Responding to America's Prescription Drug Abuse Crisis. The White House. **http://www.whitehouse.gov/sites/default/files/ondcp/issues-content/prescription-drugs/rx_abuse_plan.pdf**. Published 2011. Accessed November 16, 2014.

4. The National Alliance for Model State Drug Laws and The National Safety Council. Prescription Drug Abuse, Addiction and Diversion: Overview of State Legislative and Policy Initiatives, Part 3: Prescribing of Controlled Substances for Non-Cancer Pain. **http://www.namsdl.org/library/7176E80B-1C23-D4F9-745A3D08D1C82161/**. Published October 2013. Accessed December 14, 2014.

5. U.S. Food and Drug Administration. Guidance for Industry Abuse-Deterrent Opioids— Evaluation and Labeling. U.S. Food and Drug Administration. **http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm334743.pdf**.

6. NIH Medline Plus. Chronic pain: symptoms, diagnosis, & treatment. NIH Medline Plus. 2011;6(1):5,6,9. **http://www.nlm.nih.gov/medlineplus/magazine/issues/spring11/articles/spring11pg5-6.html**.

7. Chou R, Huffman LH. Nonpharmacologic therapies for acute and chronic low back pain: a review of the evidence for an American Pain Society/American College of Physicians clinical practice guideline. Ann Intern Med. 2007;147(7):492-514.

8. Task Force on Taxonomy of the International Association for the Study of Pain. Classification of Chronic Pain: Descriptions of Chronic Pain Syndromes and Definitions of Pain Terms: Second Edition. International Association for the Study of Pain. **http://www.iasp-**

http://painmatters.com:80/references.aspx          Go   SEP   NOV
11 captures
15 Jul 2015 - 22 Aug 2018                              2014      2016

9. Manchikanti L, Atluri S, Trescot AM, Giordano J. Monitoring opioid adherence in chronic pain patients: tools, techniques, and utility. Pain Physician. 2008;11(2 Suppl):S155-S180.
http://www.painphysicianjournal.com/linkout_vw.php?issn=1533-3159&vol;=11&page;=S155. Accessed November 16, 2014.

10. Centers for Disease Control and Prevention. Policy Impact: Prescription Painkiller Overdoses. Centers for Disease Control and Prevention.
http://www.cdc.gov/HomeandRecreationalSafety/pdf/PolicyImpact-PrescriptionPainkillerOD.pdf. Published November 2011. Accessed November 16, 2014.

11. Willy, Mary. Risk Evaluation and Mitigation Strategy for Opioid Analgesics: Final Report of the Metrics Working Group. U.S. Food and Drug Administration. June 2010. Available at:
http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/AnestheticAndLifeSupportDrugsAdvisoryCommittee/ucm217510.pdf. Accessed December 15, 2014.

12. Jedinger, N., Khinast, J., Roblegg, E. The design of controlled-release formulations resistant to alcohol induced dose dumping – a review [abstract]. Eur J Pharm Biopharm. 2014;87(2):217-226.
http://www.ncbi.nlm.nih.gov/pubmed/24613542. Accessed November 16, 2014.

13. U.S. Food and Drug Administration. FDA Statement: FDA Commissioner Margaret A. Hamburg Statement on Prescription Opioid Abuse. U.S. Food and Drug Administration.
http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm391590.htm. Published April 3, 2014. Accessed November 16, 2014.

14. Arnstein P, St. Marie B. Managing Chronic Pain With Opioids: A Call for Change. Nurse Practitioner Health Foundation.
http://www.nphealthcarefoundation.org/programs/downloads/white_paper_opioids.pdf. Published December 15, 2010. Accessed November 16, 2014.

15. American Academy of Family Physicians. Safe Use, Storage, and Disposal of Opioid Drugs. Available at:
http://familydoctor.org/familydoctor/en/drugs-procedures-devices/prescription-medicines/safeuse.html. Published July 2013. Accessed November 25, 2014.

16. U.S. Food and Drug Administration. A Brief Overview of Risk Evaluation & Mitigation Strategies (REMS). U.S. Food and Drug Administration.
http://www.fda.gov/downloads/AboutFDA/Transparency/Basics/UCM328784.pdf. Accessed November 12, 2014.

17. Centers for Medicare & Medicaid Services. The Role of A Prescription Drug Monitoring Program in reducing Prescription Drug Diversion, Misuse, and Abuse. Available at: http://www.cms.gov/Medicare-Medicaid-Coordination/Fraud-Prevention/Medicaid-Integrity-Education/Downloads/prescriptiondrug-monitoring-factsheet.pdf. Accessed November 24, 2014.

18. U.S. Department of Health and Human Services. Prescription Drug Monitoring Program Interoperability Standards: A Report to Congress. U.S. Department of Health and Human Services.

http://painmatters.com:80/references.aspx    Go    SEP   OCT   NOV

11 captures                                   ◀    25    ▶
15 Jul 2015 - 22 Aug 2018                           2014  2015  2016

19. U.S. Drug Enforcement Administration. Drug Scheduling. Drug Schedules. U.S. Drug Enforcement Administration. **http://www.dea.gov/druginfo/ds.shtml**. Accessed November 14, 2014.

20. U.S. Department of Justice and U.S. Drug Enforcement Administration. Office of Diversion Control. Program Description. U.S. Department of Justice and U.S. Drug Enforcement Administration. **http://www.deadiversion.usdoj.gov/prog_dscrpt/index.html**. Accessed November 12, 2014.

21. Substance Abuse and Mental Health Services Administration. Results from the 2010 National Survey on Drug Use and Health: volume 1: summary of national findings. Rockville, MD: Substance Abuse and Mental Health Services Administration, Office of Applied Studies; 2011. **http://oas.samhsa.gov/NSDUH/2k10NSDUH/2k10Results.pdf** Published September 2011. Accessed November 14, 2014.

22. Hall AJ, Logan JE, Toblin RL, et al. Patterns of abuse among unintentional pharmaceutical overdose fatalities. JAMA. 2008;300(22):2613-2620. doi:10.1001/jama.2008.802. **http://jama.jamanetwork.com/article.aspx?articleid=183046**. Accessed November 16, 2014.

23. National Institute on Drug Abuse. DrugFacts: Prescription and Over-the-Counter Medications. NIH: National Institute on Drug Abuse. **http://www.drugabuse.gov/publications/drugfacts/prescription-over-counter-medications**. Revised November 2014. Accessed November 16, 2014.

24. U.S. Department of Health and Human Services, U.S. Food and Drug Administration, and Center for Drug Evaluation and Research (CDER). Guidance for Industry: Food-Effect Bioavailability and Fed Bioequivalence Studies. U.S. Food and Drug Administration. **http://www.fda.gov/downloads/regulatoryinformation/guidances/ucm126833.pdf**. Published December 2002. Accessed November 16, 2014.

25. National Institute on Drug Abuse. (2011). Topics in Brief: Prescription Drug Abuse. Accessed December 5, 2014.

26. Fishbain DA, Cole B, Lewis J, Rosomoff HL, Rosomoff RS. What percentage of chronic nonmalignant pain patients exposed to chronic opioid analgesic therapy develop abuse/addiction and/or aberrant drug-related behaviors? A structured evidence-based review. Pain Med. 2008;9(4):444-59.

27. Data on file: Versta Research. Survey on Pain Matters, Report of Findings from the Chronic Pain and Abuse Deterrence Technology Surveys of Patients and Healthcare Professionals. 2015.

28. K. Dijkstra, M.E. Pietrse, A. Th. H. Pruyn. Individual differences in reactions towards color in simulated healthcare environments: The role of stimulus screening ability. Journal of Environmental Psychology. 28(3):268–277. Published September 2008.

29. Morton Walker. The Power of Color. New York, Avery Publishing Group. 1991; 50-52.

30. Jo Silvester and Dr Efrosyni Konstantinou. Lighting, Well-being and Performance at Work. City University London & The Centre for Performance at Work. Environment and Behavior. 2010; 4-19.

http://painmatters.com:80/references.aspx    Go   SEP   OCT   NOV

◄ 25 ►

**11 captures**
15 Jul 2015 - 22 Aug 2018

2014   2015   **2016**

31. Sibel S. Dazkir, Marilyn A. Read. Furniture Forms and Their Influence on Our Emotional Responses Toward Interior Environments. Oregon State University. 2011; 1. **http://eab.sagepub.com/content/44/5/722**.

32. Janet Beal. How to Install Floor Tiles to Make a Room Look Larger. SF Gate Home Guides. 2013. **http://homeguides.sfgate.com/install-floor-tiles-make-room-look-larger-34928.html**.

33. Dr. Zackary Berger, Talking to Your Doctor: A Patient's Guide to Communication in the Exam Room and Beyond. Rowman & Littlefield Publishers, 1 edition. 2013

COMMUNITY ENGAGEMENT

HEALTHCARE PROFESSIONALS

PEOPLE AFFECTED BY PAIN

SIGN UP FOR UPDATES

Glossary

References

Privacy Policy

Terms & Conditions

Contact Us

SHARE





©2015 Teva Pharmaceuticals USA, Inc.
PAIN 40329 July 2015

1/2/2019                                        Pain Matters

http://painmatters.com:80/references.aspx          Go    SEP  OCT  NOV

**11 captures**                                          ◀ **25** ▶
15 Jul 2015 - 22 Aug 2018                          2014  2015  **2016**