# PSJ17 Exh 110



Number of Ohio Fentora Sales Visits By Teva Each Year

Source: Teva Sales Visit Database (TEVA_MDL_A_00763717)