PSJ17 Exh 113

**teva** | HR | Employee Central

# 2018 Mid-Year Review for Colleen M McGinn

## Introduction

During Mid Year review, we have an opportunity to discuss performance with our employees through an open and honest conversation, both on what was achieved and on what needs to be done towards achieving the goals by the end of the year. This stage allows us to guide our employees and align their goals' direction with the priorities of the team/business/organization, as well as discuss progress towards achievement.

## Employee Information

| | | | |
|---|---|---|---|
| First Name | Colleen | Last Name | McGinn |
| Supervisor | Joerg Tillmann | Position Title | Sr. Dir, DEA Compliance |
| Department | DEA COMPLIANCE - US (50016922) | Job Code | Sr Dir SC Function Mgr I (6947 |
| Job Grade | J16 (16) | Hire Date | 10/14/2011 |

## Overall Summary

Please review the employees' set of goals and highlight the main insights of what was achieved/done so far, what are the main areas where the employee's focus is needed for achieving the goals and how should the employee move forward towards a successful performance by the end of the year. Conduct a dialog with your employee and provide guidance regarding the actions the employee need to do in order to achieve the goals. Please summarize the Mid Year evaluation and fill in the review form accordingly. (It is possible to comment per each goal separately)

## Goals 2018

### 1.1 Suspicious Order Monitoring Oversight

On Track

a. Align SOM processes and procedures with Legal to ensure future success of the program
b. Support litigation defense with necessary documents and information

### Goal Details

| | | | |
|---|---|---|---|
| Goal | Suspicious Order Monitoring Oversight | Success Measure | a. Align SOM processes and procedures with Legal to ensure future success of the program b. Support litigation defense with necessary documents and information |
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | On Track | Progress | |

Other Details



EXHIBIT
McGinn-3
12/14/18 mR
PENGAD 800-631-6989

## Tasks

### 1.2 DC Consolidation Project

On Track

i. Transition Gurnee CS inventory to new Teva DEA registration
ii. Ensure NW renovations are in compliance with DEA regulations
iii. Obtain DEA approval for new cage and vault in NW
iv. Surrender Gurnee DEA registrations
v. Ensure packaging sites have appropriate licensing to support import, export and distribution activities

## Goal Details

| | | | |
|---|---|---|---|
| Goal | DC Consolidation Project | Success Measure | i. Transition Gurnee CS inventor to new Teva DEA registration<br>ii. Ensure NW renovations are in compliance with DEA regulation:<br>iii. Obtain DEA approval for new cage and vault in NW<br>iv. Surrender Gurnee DEA registrations<br>v. Ensure packaging sites have appropriate licensing to support import, export and distribution activities |
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | On Track | Progress | i. Led team of 4 people the week of 5/29 on-site in Gurnee to ensure transfer activities were performed on time. Conducted reconciliation of physical inventory, completed 222 forms, transfer forms and ARCOS reporting. New Teva registration effective 6/1/18.<br>ii.<br>iii. Submitted drawings and received approval for new cage and vault in NW on 6/1/18.<br>iv. Gurnee Actavis registrations surrendered on 6/15/18. |

Other Details

## Tasks

### 1.3 Support Manati Closure

Completed

i. Transfer all CS out of Manati
ii. Surrender DEA registration

TEVA_MDL_A_10226903

## Goal Details

| | | | |
|---|---|---|---|
| Goal | Support Manati Closure | Success Measure | i. Transfer all CS out of Manati<br>ii. Surrender DEA registration |
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | Completed | Progress | i. All controlled substances transferred out of Manati by 5/18/18.<br>ii. DEA on site the week of 5/24/18. Reconciliation conducted and registrations surrendered. |

Other Details

## Tasks

### 1.4 Standardization

On Track

a. Roll out standardized electronic training for all employees
b. Obsolete Actavis SOPs
c. Streamline internal audit process by standardizing findings and ratings

## Goal Details

| | | | |
|---|---|---|---|
| Goal | Standardization | Success Measure | a. Roll out standardized electronic training for all employees<br>b. Obsolete Actavis SOPs<br>c. Streamline internal audit process by standardizing finding and ratings |
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | On Track | Progress | |

Other Details

## Tasks

### 1.5 Oversee Transfer/Overlap Process

On Track

a. Host bi-weekly meetings to ensure transfer timelines are communicated
b. Participate in project meetings for updates to switch dates

## Goal Details

TEVA_MDL_A_10226904

| Goal | Oversee Transfer/Overlap Process | Success Measure | a. Host bi-weekly meetings to ensure transfer timelines are communicated<br>b. Participate in project meetings for updates to switch dates |
|------|----------------------------------|-----------------|---------------|
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | On Track | Progress | |

Other Details

### Tasks

### Summary

Use this section to summarize the employee's performance during the review period.

**Overall Form Rating:**

- ☆
- ☆
- ☆
- ☆

Select One...

**Overall Performance Rating**

Select One...

**Confidential**