PD4 Exh 4

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3

    IN RE: NATIONAL           )
 4  PRESCRIPTION              )   MDL No. 2804
    OPIATE LITIGATION         )
 5  _____    )   Case No.
                              )   1:17-MD-2804
 6                            )
    THIS DOCUMENT RELATES     )   Hon. Dan A.
 7  TO ALL CASES              )   Polster
 8
                   FRIDAY, JULY 13, 2018
 9
      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10              CONFIDENTIALITY REVIEW
11                        - - -
12         Videotaped deposition of Shirlene
13  Justus, held at the offices of BakerHostetler
14  LLP, 200 South Civic Center Drive, Columbus,
15  Ohio, commencing at 9:05 a.m., on the above
16  date, before Carrie A. Campbell, Registered
17  Diplomate Reporter and Certified Realtime
18  Reporter.
19
20
21                        - - -
22
                GOLKOW LITIGATION SERVICES
23         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              A P P E A R A N C E S :
 2
 3      MCHUGH FULLER LAW GROUP
        BY:   MICHAEL J. FULLER, JR., ESQUIRE
 4            mike@mchughfuller.com
              AMY J. QUEZON, ESQUIRE
 5            amy@mchughfuller.com
        97 Elias Whiddon Road
 6      Hattiesburg, Mississippi 39402
        (601) 261-2220
 7
 8      NAPOLI SHKOLNIK, PLLC
        BY:   HUNTER J. SHKOLNIK, ESQUIRE
 9            hunter@napolilaw.com
              SHAYNA E. SACKS, ESQUIRE
10            SSacks@NapoliLaw.com
              (VIA TELECONFERENCE)
11      360 Lexington Avenue, 11th Floor
        New York, New York 10017
12      (212) 397-1000
13
14      GREENE KETCHUM BAILEY WALKER FARRELL & TWEEL, LLP
        BY:   PAUL T. FARRELL, JR., ESQUIRE
15            paul@greeneketchum.com
        419 Eleventh Street
16      Huntington, West Virginia 25701
        (314) 525-9115
17      Counsel for Plaintiffs
18
        WILLIAMS & CONNOLLY LLP
19      BY:   JENNIFER G. WICHT, ESQUIRE
              jwicht@wc.com
20            STEVEN M. PYSER, ESQUIRE
              spyser@wc.com
21            MIRANDA PETERSEN, ESQUIRE
              mpetersen@wc.com
22      725 Twelfth Street, N.W.
        Washington, DC 20005
23      (202) 434-5331
        Counsel for Cardinal Health, Inc.
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      REED SMITH LLP
        BY:  LOUIS W. SCHACK, ESQUIRE
 2           lschack@reedsmith.com
        Three Logan Square
 3      1717 Arch Street, Suite 3100
        Philadelphia, Pennsylvania 19103
 4      (215) 851-8100
        Counsel for AmerisourceBergen
 5
 6      BARTLIT BECK HERMAN PALENCHAR &
        SCOTT LLP
 7      BY:  ALEX J. HARRIS, ESQUIRE
             alex.harris@bartlit-beck.com
 8      1801 Wewatta Street, Suite 1200
        Denver, Colorado 80202
 9      (303) 592-3100
        Counsel for Walgreens
10
11      JONES DAY
        BY:  EDWARD M. CARTER, ESQUIRE
12           emcarter@jonesday.com
        325 John H. McConnell Boulevard
13      Suite 600
        Columbus, Ohio 43125-2673
14      (614) 469-3939
        Counsel for Walmart
15
16      PELINI, CAMPBELL & WILLIAMS LLC
        BY:  PAUL B. RICARD, ESQUIRE
17           pbricard@pelini-law.com
        8040 Cleveland Avenue NW, Suite 400
18      North Canton, Ohio 44720
        (330) 305-6400
19      Counsel for Prescription Supply,
        Inc.
20
21      JACKSON KELLY PLLC
        BY:  WILLIAM J. AUBEL, ESQUIRE
22           william.j.aubel@jacksonkelly.com
        500 Lee Street East, Suite 1600
23      Charleston, West Virginia 25301
        (304) 340-1146
24      Counsel for Miami-Luken
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      ZUCKERMAN SPAEDER LLP
        BY:  R. MILES CLARK, ESQUIRE
 2           mclark@zuckerman.com
        1800 M Street NW, Suite 1000
 3      Washington, DC  20036-5807
        (202) 778-1800
 4      Counsel for CVS Indiana, LLC, and
        CVS RX Services, Inc.
 5
 6      ARNOLD & PORTER KAYE SCHOLER, LLP
        BY:  ALLISON GARDNER, ESQUIRE
 7           Allison.Gardner@arnoldporter.com
             (VIA TELECONFERENCE)
 8      601 Massachusetts Avenue, NW
        Washington, DC 20001-3743
 9      (202) 942-5000
        Counsel for Endo Pharmaceuticals
10      Inc., and Endo Health Solutions Inc.
11
        MORGAN, LEWIS & BOCKIUS LLP
12      BY:  PAMELA C. HOLLY, ESQUIRE
             pamela.holly@morganlewis.com
13           (VIA TELECONFERENCE)
        101 Park Avenue
14      New York, New York 10178
        (212) 309-6000
15      Counsel for Teva Pharmaceuticals
        USA, Inc., Cephalon, Inc., Watson
16      Laboratories, Inc., Actavis LLC,
        Actavis Pharma, Inc., f/k/a Watson
17      Pharma, Inc.
18
        MORGAN, LEWIS & BOCKIUS LLP
19      BY:  JOHN P. LAVELLE, JR., ESQUIRE
             john.lavelle@morganlewis.com
20           (VIA TELECONFERENCE)
        1701 Market Street
21      Philadelphia, Pennsylvania 19103-2921
        (215) 963-5000
22      Counsel for Rite Aid
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      LOCKE LORD LLP
        BY:  BRANDAN MONTMINY, ESQUIRE
 2           brandan.montminy@lockelord.com
             (VIA TELECONFERENCE)
 3      2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201
 4      (214) 740-8445
        Counsel for Henry Schein, Inc., and
 5      Henry Schein Medical Systems, Inc.
 6
 7   ALSO PRESENT:
 8      CARDINAL HEALTH
        BY:  CAITLIN E. ANDERSON, ESQUIRE
 9           caitlin.anderson@cardinalhealth.com
        7000 Cardinal Place
10      Dublin, Ohio 43017
        (614) 757-5382
11      In-house Counsel for Cardinal Health
12      AJ ELKINS, McHugh Fuller
13
     VIDEOGRAPHER:
14          DAN LAWLOR,
            Golkow Litigation Services
15
16   TRIAL TECHNICIAN:
            EVAN WOLFE,
17          Golkow Litigation Services
18                  - - -
19
20
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          that it should not happen.
 2                  MR. FULLER:  Evan, let's go to
 3          macro number 2.
 4    QUESTIONS BY MR. FULLER:
 5          Q.      This is the suspicious order
 6    reporting but this time for a ███████████
      ███████.
 8                  Do you see that?
 9          A.      I do.
10          Q.      And then the order is for the
11    ████████████████████  same address, same
12    customer DEA number, right?
13          A.      Yes, I agree.  Yes.
14                  MR. FULLER:  If you move to the
15          right for me.
16    QUESTIONS BY MR. FULLER:
17          Q.      And the date of the suspicious
18    order report or overage is ████████████████
      ████████████████████████████████████████████
      ████████████████████████████████
21                  Do you see that?
22          A.      I do.
23          Q.      Now, you would expect to see
24    some sort of explanation again in the
25    diligence file; is that right?
```

```
 1                MS. WICHT:  Object to the form
 2        of the question and no foundation.
 3                THE WITNESS:  It should be
 4        there.
 5   QUESTIONS BY MR. FULLER:
 6        Q.   Okay.  And was that your
 7   standard practice?
 8                If you were going to change a
 9   threshold or if you were going to clear
10   something or allow future shipments to go
11   through, you would have documented your
12   reasoning behind that, why you were doing
13   that?
14                MS. WICHT:  Object to the form
15        of the question.
16   QUESTIONS BY MR. FULLER:
17        Q.   Correct?
18        A.   I should have, yes.
19        Q.   That was your normal procedure?
20        A.   Yes, that would have been what
21   I should have done, yes.
22        Q.   Okay.  And you -- sitting here
23   today, you don't know whether you did or
24   didn't?
25        A.   I have no idea whether I did or
```