PD4 Exh 5

FILED UNDER SEAL