PD4 Exh 11



# SOM System Logic



# Overview

As required by 21 CFR 1301.74 (b), Actavis Pharmaceuticals, Inc. operates an order monitoring system that discloses suspicious orders of controlled substances. Additionally, Actavis employs a SOM program that consists of customer vetting, order monitoring, and order investigation and disposition.

Actavis vets all prospective customers and requires the completion of a detailed questionnaire. Potential customers provide information relative to their business type, customer base (e.g. nursing homes, retail pharmacy locations, etc.), industry membership (e.g. HDMA), registrations (i.e. DEA and State Boards) and purchasing commitment. Actavis customers must order multiple product lines and cannot exclusively order controlled substances. Actavis customers are primarily wholesalers, chains, distributors and mail order companies. Actavis does not sell direct to pharmacy locations.



2

# Overview (continued)

Actavis utilizes an order monitoring component of SAP to evaluate a variety of order characteristics to intelligently determine whether a controlled substance order should be "suspended". These characteristics include order size, ordering frequency, ordering pattern, and similar attributes that assist in evaluating the likely "suspiciousness" of an order. The Actavis Customer Relations Department performs an initial review of the suspended order, at this point considered an "order of interest," and contacts the customer to request additional information/order justification.

SOMS monitors customer ordering behavior based on predefined benchmarks for Customer, Class of Trade, Order and Month to Date quantities.  If an order line exceeds any of the four benchmarks the order is blocked for delivery.

Controlled Substance Compliance is responsible for the investigation and disposition of controlled substance "orders of interest". These orders are thoroughly investigated and if substantiated by the customer, they are released within the SAP System and filled by the Gurnee, IL Distribution Center. If an order is deemed suspicious, the customer's order is cancelled and an investigation report is completed. All suspicious orders are reported to the DEA Chicago Field Office.



3

ALLERGAN_MDL_02181130

# Transaction ZVMUL  SOMS/OMS table – Multiplier Data Based on Class of Trade



No. field is used only for OMS

Multiplier for SOMS

Multiplier for OMS



4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Transaction SE16 S911 Table



This table captures number of orders and billed quantity
data for Ship-to party customer and Material by month.

5



ALLERGAN_MDL_02181132



Example: Selection criteria Ship-to party and Material.



6



Once the order has been saved the Orders field is populated and when it has been invoiced the Billed qty. field is populated.   The Table contains data by Per Month, Ship-to party, Material, Number of Orders and Billed qty. This table is used to calculate the values displayed in the ZVCUSTDATA table for Average month quantities and Average order quantities for rolling twelve months.

7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Transaction SE16 S910 Table



This table captures number of orders and billed quantity data for
Class of Trade and Material by month.

8





Example: Selection criteria Class of Trade and Material



9

ALLERGAN_MDL_02181136



Once the order has been saved the Orders field is populated and when it has been invoiced the Billed qty field is populated.   The Table contains data by Month, Class of Trade, Material, Number of Orders and Billed qty.  This table is used to calculate the values displayed in the ZVTRADEDATA table for Average month quantity and Average order quantity.



10

# Transaction SE16 ZVCUSTDATA
# Based on Ship-to Customer





11

   ALLERGAN_MDL_02181138



Example:  Selection criteria Customer (ship to)





This table captures the average monthly and average order quantity for ship-to *customer* and *material* for a rolling 12 months.  OMS only uses the Avg. mon. Qty. SOMS uses both.

Note:  A batch job is scheduled to run the first of the month to update tables ZVCUSTDATA and ZVTRADEDATA.  Batch job:  ZNH_SD_M_TABMAINTENANCE. The data stored in the S911 and S910 tables is used to calculate the values on the ZVCUSTDATA and ZVTRADEDATA tables for a rolling 12 months.  13



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02181140

## Transaction SE16 ZVTRADEDATA Table
## Based on Class of Trade



14



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02181141



Example: Selection Criteria Class of Trade



15



ZVTRADEDATA table is used for SOMS only. This table captures the Average month quantity and Average order quantity for **class of trade** and **material** for rolling 12 months.

Note: A batch job is scheduled to run the first of the month to update tables ZVCUSTDATA and ZVTRADEDATA. Batch job: ZNH_SD_M_TABMAINTENANCE. The data stored in the S911 and S910 tables is used to calculate the values on the ZVCUSTDATA and ZVTRADEDATA tables for a rolling 12 months.

16



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Suspicious Order Management (SOMS)
## SOMS Logic **Program ZVE_SUSP_ORDER_CHECK**

*Program ZVE_SUSP_ORDER_CHECK*

*User exit in order processing is executed when a material and order quantity is entered and "Enter" is pressed.  Transactions VA01 and VA02.*

*OMS logic occurs before the SOMS logic.*

*Order types that include SOMS logic: OR, FD, TAV, ZC2, ZEDI, ZDO, ZSD and ZC2.*

*Only checks for controlled substances (Schedule 2, 2N, 3, 3N, 4 and 5)*

*Bypasses SOMS logic if an item is a literature material (item category 'ZKLL').*

*Bypasses SOMS delivery block if an order is already blocked by logic other than SOMS.*

*     Example: Order Type ZC2 automatically blocks for 'ZC2 QA Block' delivery block, once that is removed if there is an item on the order that exceeds one of the SOMS benchmarks, it will block for SOMS.*

17



# Suspicious Order Management (SOMS) Logic

*Logic retrieves benchmark data for:*
- customer / material from table ZVCUSTDATA
- class of trade / material from table ZVTRADEDATA
- month-to-date billed quantity for customer/material from table S911
- class of trade multiplier from ZVMUL is based on class of trade of the sold-to customer

*Sequence for retrieving benchmark data:*
1. Customer Average per Month
2. Customer Average per Order
3. Class of Trade Average per Month
4. Class of Trade Average per Order

*Delivery blocks values for SOMS are:*
- Suspect CUS Av/mth (12)
- Suspect CUS Av/ord (13)
- Suspect COT Av/mth(10)
- Suspect COT Av/ord(11)

18



# Suspicious Order Management (SOMS) Documentation

*Custom FS EDD0011 Suspicious Order Check (SOMS)*

*Custom FS EDD0024 Table Maintenance for SOMS and OMS*

*Custom FS EDD0052 Additional Data on Sales Order*

*FORM0053 SOMS Investigation Form*
*RPT0077 Purchasing Benchmark for the Suspicious Order Monitoring System*

*Technical Specification located in G:\Global\IT Doc Control\Approved Documents\SAP APPROVED DOCUMENTS\Custom Objects*

19



*Example: 1A*



Sales Order is blocked for SOMS Customer
Average per Month.

20



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02181147

*Example: 1A*



Material line item has a delivery block for Suspect
Customer Average per Month.  SOMS blocks for delivery
at the header and item level.  If stock is available the line
item will confirm order qty.

21



*Example: 1A*



Customer's Class of Trade is WHOLS (Wholesaler).

22





SOMS Multiplier for WHOLS Class of Trade is 3.000

23



## Example 1A



Customer Average Per Month is 26.000.  Class of Trade is WHOLS so the (ZVMUL table) SOMS Multiplier is 3.000.

Calculation:  Cust Av/Mth x SOMS Multiplier – Cust Month to Date Quantity (S911) = Benchmark.

26.000 x 3.000 – 0 = 78    Anything greater than 78 will block for SOMS.

24



## Example 1B



Order quantity is changed to 78 and the order is now blocked for Suspect Customer Average per Order.

25



## *Example 1B*



Customer Average Per Order is 17.333.  Class of Trade is WHOLS so the (ZVMUL table) SOMS Multiplier is 3.000.
Calculation:  Customer Average Per Order x SOMS Multiplier = Benchmark
17.333 x 3.000 = 51.999  Anything over 52 will block for SOMS.

26



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Example 2



Sales Order is blocked for Suspect Class of Trade Average Per Order.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02181154

*Example 2*



Customer's Class of Trade is Whols (Wholesaler).

28



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02181155

## *Example 2*



Class of Trade Average Per Order is 30.804.  Customer's Class of Trade is Wholesaler so the SOMS Multiplier is 3.000 (ZVMUL table).

Calculation: Class of Trade Average Per Order x SOMS Multiplier = Benchmark.

30.804 x 3.000 = 92.412   Anything over 92 will block for SOMS.

29



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02181156

## Example 3



Sales Order is blocked for Suspect Class of Trade
Average per Month.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02181157

## Example 3



Customer's Class of Trade is Whols (Wholesaler).

31



*Example 3*



Class of Trade Average Per Month is 1006.250   Customer's Class of Trade is Wholesaler so the (ZVMUL table) SOMS Multiplier is 3.000.

Calculation:  COT Av/Mth x SOMS Multiplier = Benchmark

1006.250 x 3.000 = 3018.75 (Benchmark)  Anything higher than 3018 will block for SOMS.

32



# Releasing a SOMS block



To release a SOMS block one of the following Reason codes is entered in the SOMS Release code field using transaction VA02.



33

ALLERGAN_MDL_02181160



After the SOMS Release code has been entered the Delivery block field is set to 'Order Management' at the header and schedule line. Note: Orders can be blocked for Order Management (OMS) after the SOMS have been released. In this case the ship-to customer has no values in the ZVCUSTDATA table so it will rely on the OMS baseline quantity by class of trade on the ZVMUL table. The baseline quantity is 36 and the order quantity exceeds the baseline quantity so it blocks for OMS. (Logic was changed, orders stop and OMS for order adjusments 1st, and they block at SOMS if they still violate order qty.)

34



Schedule line Delivery block is set to 'Order Management'.

35



# Transaction VA14L can be used to view orders blocked for SOMS



Enter values 10 thru 13 in the Delivery block header field



36

ALLERGAN_MDL_02181163



A list of orders blocked for SOMs is displayed. This transaction also allows changes to the order.



# Printing the SOMS Investigation Form



Select Menu Path: Sales document> Issue Output
to using transaction VA02.

38





Click on Print Options.  For the Test environment the Logical destination (printer id) needs to changed to your local printer.

39



# SOMS Investigation Form



Class of Trade Average per Order, Class of Trade Average per Month, Customer Average per Order, Customer Average per Month and Month to Date values displayed on the SOMS Investigation Form are rounded to the next higher value. This form is used to document the authorization of SOMS Release code prior to actually entering Release code on the order.

40



ALLERGAN_MDL_02181167

# Purchasing Benchmark for the Suspicious Order Monitoring System (SOMS)  Transaction ZVSUS





41

ALLERGAN_MDL_02181168



This report is captures the SOMS Release Activity by Plant, Document date range and Release code values with pertinent information (Sold-to, Ship-to, Ship-to name, Sales Order #, Material, Description, etc..)

42



Page 2 to capture all the data displayed within the Report.



ALLERGAN_MDL_02181170

# Our Commitment to Preventing Diversion



As a responsible manufacturer and a good corporate citizen to the communities where we conduct business, Actavis takes its responsibility to prevent drug diversion very seriously.

Our commitment to preventing drug diversion is critical. Throughout our manufacturing and supply chain processes, we employ safeguards that work to ensure legitimate patients receive our medicines, while minimizing the risk of diversion.

By engaging all Actavis team members on dangers of prescription drug abuse and the many things we can do as a company to safeguard against diversion, we achieve our mission of providing high quality, critical medicines while preventing abuse.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

