PSJ10 Exh 8

**From:** Lisa A Scott
**Sent:** Thursday, April 29, 2010 9:33 AM
**To:** Tom P Napoli
**Subject:** Fw: Placebo--Hydro

Ugh, VOMIT!

---

**From:** Pete J Herrera
**To:** Tom P Napoli; Lisa A Scott
**Sent:** Thu Apr 29 12:22:19 2010
**Subject:** RE: Placebo--Hydro

I felt like I was a Class President or something at the seminar...pretty popular guy as soon as someone would read my name badge and see I was from Watson.....

Peter J. Herrera
Supervisor, Security
Watson Pharmaceuticals
U.S. Generics Division
951-493-5380 Office
pete.herrera@watson.com
www.watson.com

---

**From:** Tom P Napoli
**Sent:** Thursday, April 29, 2010 9:12 AM
**To:** Pete J Herrera; Lisa A Scott
**Subject:** RE: Placebo--Hydro

I don't think it will ever be under control, the bad boys are always a step ahead. This is why DEA likes to beat up on legitimate industry...it is all they can control!

Thomas Napoli, CPP
Manager, Security & DEA Affairs
Watson Pharmaceuticals

---

**From:** Pete J Herrera
**Sent:** Thursday, April 29, 2010 12:07 PM
**To:** Tom P Napoli; Lisa A Scott
**Subject:** RE: Placebo--Hydro

Tom,

Thank you for your prompt reply....I hear you about the FBI's m.o. with reverses. The agents that were interested were from the San Diego field office and there was one presentation by a SD County prosecutor that keyed on the diversion wave in SD (especially Watson Hydro & Norco) really hard. Maybe I'm I heard it wrong at the DEA seminar but didn't the DEA people say they had the problem under control down there??

Hope things are well for you!

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236095

Pete

Peter J. Herrera
Supervisor, Security
Watson Pharmaceuticals
U.S. Generics Division
951-493-5380 Office
pete.herrera@watson.com
www.watson.com

---

**From:** Tom P Napoli
**Sent:** Thursday, April 29, 2010 8:52 AM
**To:** Pete J Herrera; Lisa A Scott
**Subject:** RE: Placebo--Hydro

Hi Pete,
It is not uncommon to return from NADDi with a pocket full of placebo requests. We will be establishing a placebo program this year though, so you can forward the contact names to Lisa and they will be added to the list. Interesting that FBI inquired, they usually follow the money trail on high profile Rx cases through electronic channels, and tend not to get their hands dirty with reverse buys, etc.
Tom
Thomas Napoli, CPP
Manager, Security & DEA Affairs
Watson Pharmaceuticals

---

**From:** Pete J Herrera
**Sent:** Thursday, April 29, 2010 11:45 AM
**To:** Tom P Napoli; Lisa A Scott
**Subject:** Placebo--Hydro

Good morning!

Just got back from NADDI last night and wanted some clarification on how Watson (DEA Affairs) administers the placebo program for law enforcement. A few people at NADDI asked me about it as soon as they saw I was from Watson. The requestors were mostly FBI Agents who are working Rx cases but there were some local LE guys who wanted information as well.

Thanks for your help!

Pete

Peter J. Herrera
Supervisor, Security
Watson Pharmaceuticals
U.S. Generics Division
951-493-5380 Office
pete.herrera@watson.com
www.watson.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236096