PSJ10 Exh 11

# Memorandum

| Subject | Date |
|---|---|
| Distributor Briefing with Actavis Elizabeth, LLC (RK0146806), on September 12, 2012 | |
| (DFN:601.04.2) | **NOV 0 5 2012** |

| To | From |
|---|---|
| Joseph T. Rannazzisi | Barbara J. Boockholdt |
| Deputy Assistant Administrator | Barbara J. Boockholdt, Chief |
| Office of Diversion Control | Regulatory Section, ODG |
| | Office of Diversion Control |

On September 12, 2012, a meeting was held in Arlington, Virginia at the Drug Enforcement Administration (DEA) Headquarters between DEA and Actavis Elizabeth, LLC (Actavis). Representing Actavis were: Nancy Baran, Director, Customer Service, Jason Chung, DEA Manager, John S. Kaldes, Senior Director Engineering & EHS, Michael R. Clarke, Ethics & Compliance Officer, Americas, and Doug Plassche, Managing Director, NJ Solid Oral Dose (SOD). Representing DEA were: Barbara J. Boockholdt, Chief, Regulatory Section; Staff Coordinator (SC) Leonard Levin, Regulatory Section; Dedra Curteman, Office of Chief Counsel, Jason Hadges, Office of Chief Counsel; Christine Sannerud, Chief, Quota Section; Stacy Harper-Avilla, Chief, Quota Unit; GS Andrew Breiner, and D/I Michael Smilek, both from the Newark Division Office. The purpose of the meeting was to address the manufacturing and distribution practices of controlled substances by Actavis. SC Levin stated he would only concentrate on oxycodone 15mg and 30mg tablets for the purposes of this meeting. Actavis holds the following DEA Registrations: RK0146806 (Manufacturer, NJ), R0146818 (Distributor, NJ), RB0185579 (Manufacturer, NC), RA0231062 (Manufacturer, FL), RA0419552 (Manufacturer, NJ), RA0419540 (Distributor, NJ), and RA0395675 (Manufacturer, NJ).

SC Levin opened the meeting by stating its purpose was both educational and informative. SC Levin stated he would discuss Actavis' responsibilities under the Controlled Substances Act (CSA), their suspicious order monitoring system, their procedures concerning due diligence, knowing their customers, who their customers sell to, and graphs depicting the pharmacies where their products were ultimately dispensed from. SC Levin stated he would be primarily focusing on the distribution of oxycodone 15mg and 30mg tablets by Actavis. SC Levin asked for a representative from Actavis to talk briefly about the firm, their product line, their suspicious order monitoring system and to whom they distribute. Ms. Baran spoke on behalf of Actavis. Ms. Baran stated that Actavis manufactures non-controlled and controlled substances from their locations in New Jersey, North Carolina and Florida. Actavis' corporate offices are located in New Jersey. Ms. Baran stated that as of November 1, 2012, Watson Pharmaceuticals will acquire Actavis and the firm will have a new name. Ms. Baran stated both Actavis and Watson will be applying for new DEA registrations. Watson was not invited to this meeting per Actavis because the acquisition has not yet taken place. Ms. Baran stated Actavis sells some products directly to distributors, but the bulk of their finished products are sent to UPS Supply Chain, which serves as a fulfillment center

Confidential – Subject to Protective Order

for orders placed with Actavis. Ms. Baran stated Actavis remains the owner of the controlled substances while in the possession of UPS Supply Chain. Ms. Baran stated that UPS Supply Chain has their own suspicious order monitoring system. Almost all of Actavis' controlled substances are sent to the UPS Supply Chain location in Louisville, KY. Actavis ships the order to UPS Supply Chain for processing and distribution. Actavis is the owner of the inventory, not UPS Supply Chain. UPS Supply Chain uses their own DEA registration and reports purchases and sales directly to ARCOS. Ms. Baran explained their charge back system. The system enables Actavis to see who their customers are selling their products to and what they are purchasing. Ms. Baran stated that Actavis is just beginning to review their sales through the charge back system. Ms. Baran stated she has visited UPS Supply Chain and been able to review their suspicious monitoring system. UPS Supply Chain has a staff which monitors any suspicious orders of controlled substances. Value Centric is a firm who stores sales data for Actavis which they can review. Recently, Ms. Baran has gone out to visit their large volume customers, such as Cardinal, McKesson and AmerisourceBergen. SC Levin mentioned to Ms. Baran the significance of "Knowing Your Customers". SC Levin stated that the United States (U.S.) consumes more legitimately manufactured controlled drugs than any other country. SC Levin mentioned that 97 percent of hydrocodone that is manufactured is prescribed and dispensed in the United States. SC Levin explained the dramatic increase of prescription drug abuse, which has increased by 400 percent over the past 10 years. SC Levin stated that today more people are abusing prescription medication than are abusing illicit drugs. The abuse of prescription drugs has become a national epidemic.

SC Levin presented a PowerPoint presentation exemplifying the common characteristics and issues associated with the distribution and manufacturing practices by manufacturers and distributors of controlled substances. SC Levin stressed the importance of a manufacturer's due diligence requirements, knowing one's customers, and the detection of suspicious orders. Specifically reviewed were the following:

- Supreme Court Cases and Immediate Suspension Orders
- Closed System of controlled substance distribution
- Establishing the medical necessity for a prescription and/or a distribution to be legal
- The DEA Internet Policy and the Ryan Haight Act
- Policies published by the American Medical Association (AMA) and the Federation of State Medical Boards (FSMB)
- Review of Suspicious Order requirements of Title 21, Code of Federal Regulations
- Knowing one's customer
- Theft and loss reporting
- Recent News Articles regarding actions taken against CVS pharmacies, Cardinal and Walgreens
- System to insure the address, controlled substance schedules and expiration date of customers' DEA registrations prior to shipping them controlled substances
- Recent actions taken by the DEA to suspend or revoke controlled substance registrations of distributors and pharmacies that continue to divert controlled substances into the illicit market

At the conclusion of the PowerPoint Presentation, SC Levin presented graphs documenting the distribution of oxycodone 15mg and 30mg tablets by Actavis Elizabeth, LLC. These distributions were derived from ARCOS reports submitted by Actavis under specific NDC numbers. The graphs revealed a dramatic increase in the sale of oxycodone 15mg and 30mg tablets from 2010 to present with the vast majority being distributed to Florida. The graphs did show a decrease in the amounts of oxycodone distributed in the past six months. SC Levin attributed the decrease to actions taken by DEA in Florida,

Confidential – Subject to Protective Order

the Florida prescription monitoring program, administrative action taken by DEA against registrants and meetings such as this one.  Chief Boockholdt explained that the manufacturer that produces oxycodone is just as responsible as the distributor and pharmacy for ensuring that these drugs do not end up in the wrong hands.  SC Levin thoroughly discussed the problems associated with pain management clinics in Florida, which has directly attributed to the abuse and the diversion of oxycodone.  Chief Boockholdt stated that addicts are coming from around the country to Florida and are specifically seeking oxycodone 15mg and 30mg tablets.  Chief Boockholdt stated that in Florida eleven people per day are dying from oxycodone overdoses and seven babies are born each day addicted to opiates.  SC Levin discussed the red flags associated with physicians prescribing at pain management clinics and the pharmacies who filled the prescriptions, such as, controlled versus non-controlled drugs, trends in purchasing, types of drugs purchased, quantity of drugs purchased, hours of operation, mainly cash customers, etc.  Chief Boockholdt stated that ARCOS data revealed the ███████████████ was distributing very large quantities of Actavis oxycodone 15mg and 30mg to numerous pharmacies in Florida.  Some of the pharmacies had purchased well in excess of a million dosage units per year.  This is an obvious concern to DEA and must be addressed by Actavis.

The graphs were broken down by year and included 2010, 2011, and the first six months of 2012.  The graphs revealed that Actavis' oxycodone 15mg. and 30mg tablets are distributed throughout the country, but more is distributed in Florida than almost all of the other states combined.  The problem is especially bad in South Florida, specifically Miami Dade, Broward and Palm Beach Counties.  Chief Boockholdt stated that Florida's prescription drug laws have traditionally been very lax and because of that and the influx of pain management clinics oxycodone sales went out of control.  Chief Boockholdt mentioned that because of the amount of oxycodone prescriptions being written, Florida, specifically South Florida has more pending pharmacy applications than all other states combined.  Statistics are now showing this problem is spreading north into Georgia, Tennessee, Kentucky, Ohio and West Virginia.  SC Levin stated one of the purposes of this meeting is to bring the wholesaler or manufacturer on board to be part of the solution, rather than contribute to the problem.

SC Levin showed graphs of oxycodone shipped by UPS Supply Chain to the distributors and to the distributors' customers  SC Levin advised Ms. Baran that Actavis should send someone from their compliance team to visit pharmacies who were receiving their products in south Florida, in order for them to witness the long lines at pain clinics, out of state license plates, questionable clients, security guard(s) in the parking lots, and signs stating cash payment only.  SC Levin and Chief Boockholdt stressed to Ms. Baran and the other Actavis representatives to get to know their customers, visit distribution sites, visit customers of those distributors, check on customers' suspicious order monitoring systems, review due diligence files, and obtain printouts of pharmacies or practitioners who are receiving Actavis products.

Ms. Baran stated Actavis has only recently begun looking at the pharmacies that purchase their products and wants to be involved in working to resolve this problem.  SC Levin stated that if their customers refused to provide them with sales information Actavis should consider cutting them off.  Chief Boockholdt suggested Actavis determine the percentage of their products being shipped into Florida.  SC Levin inquired about the two NDC numbers for both oxycodone 15mg and 30mg tablets in 2011.  Ms. Baran stated that two of Actavis NDC numbers was terminated in 2011 and replaced by the two new ones.  SC Levin again mentioned the ████████████████ Ms. Baran stated that ████████ distribution centers purchase oxycodone from Actavis.  SC Levin suggested representatives of Actavis travel to some of the distribution sites, especially the one in ████████, to review their suspicious order monitoring systems.  A review of ████████ pharmacies purchases of Actavis products is important.  The charts shown at this briefing revealed that some ████████

Confidential – Subject to Protective Order

pharmacies were purchasing in excess of 20 times the national average of oxycodone. SC Levin pointed out that ▮▮▮▮▮▮▮▮▮▮▮▮ in Delaware are owned by ▮▮▮▮ and dispense large quantities of oxycodone. Chief Boockholdt mentioned that any manufacturer's quota request is based on anticipated need and the fact that the majority of prescriptions dispensed in Florida were not legitimate show that Actavis' quota may be too high. SC Levin asked the representatives from Actavis to take serious look at their quota request, review their suspicious order monitoring system, visit their customers to review their suspicious order monitoring systems as well as their due diligence files, ask to see their customers' top customers for Actavis products, and contact their local DEA Office with any questions or issues. Ms. Baran stated that their sales force has been informed to keep management abreast of what is going on in the field. SC Levin mentioned that sales people are generally on commission and may not be objective when it comes to their accounts purchasing suspicious or unusual orders of controlled substances.

Ms. Baran said that Actavis will do whatever it takes to remain in compliance with the CSA. Ms. Baran stated she will take this information back to Actavis corporate headquarters and begin thoroughly reviewing charge back information, as well as the other data bases. Ms. Baran stated Actavis Compliance personnel plan to visit more of Actavis' customers to review their due diligence records and suspicious order monitoring systems. Ms. Baran stated Actavis wants to ensure to the best of its ability that their products are being properly monitored by Actavis and their customers.

SC Levin explained that the purpose of this meeting was to inform, educate, provide pertinent ARCOS data, discuss national trends, and discuss the pain management epidemic in Florida involving oxycodone. DEA is seeking to partner with drug distributors and manufacturers in resolving this problem. SC Levin did state that if Actavis or any firm who had been briefed was found to have violated the CSA pertaining to what was discussed during the course of this meeting DEA could seek administrative or civil action to remedy the situation. Chief Boockholdt advised the representatives from Actavis that all employees who have access to controlled substances at Actavis should receive training similar to that provided at this meeting today.

SC Levin asked if there were any questions. There were none. The meeting between the Drug Enforcement Administration and Actavis Elizabeth, LLC was concluded.

Attachments:

1. PowerPoint presentation
2. Graphs of Actavis Elizabeth, LLC ARCOS sales/purchases

cc:  GS Andrew Breiner, Newark Division Office

Confidential – Subject to Protective Order

This presentation does not cover the totality of your obligations nor is it a substitute for your obligations as a DEA registrant under The Controlled Substances Act and its Regulations.

September 12, 2012

2

The information presented should not be considered new information. The substance of this presentation has been previously available and communicated through The Controlled Substances Act, its Regulations, Federal Register Notices, DEA and sponsored conferences, correspondence from the DEA, releases from the popular press, in addition to the Registrant's own sales data.

September 12, 2012

3

Confidential – Subject to Protective Order

## Closed System

- The comprehensive Drug Abuse Prevention and Control Act of 1970, as amended in 1990 and 1994 created a system for the legitimate manufacturing, distribution, and prescribing/dispensing of controlled substances.

- Each registrant within this "closed system of distribution" has defined privileges and responsibilities in which they must operate.

September 12, 2012                                        4

## Closed System

- When a registrant fails to adhere to their responsibilities, those violations represent a danger to the public and jeopardize the "closed system of distribution".

- DEA is responsible for the oversight and integrity of the system and to protect the public.

September 12, 2012                                        5

Confidential – Subject to Protective Order                                        US-DEA-00000006



Distributors 858

Importers/Exporters 458

Manufacturers 539

67,746 Pharmacies    1,139,861 Practitioners    15,799 Hospitals

Research/Analytical Use 8,442

Narcotic Treatment Programs 1,299

Patients 314,014,591 (As of 7/24/2012)

September 12, 2012 | Drug Enforcement Administration, Office of Diversion Control | 6

## Supreme Court Cases

☐ **Direct Sales Co, Inc. v. United States (1943)**

- Mail order sales to doctor
- Most sales were morphine
- Increase in quantities purchased
- Business practices attracted customers who were violating the law
- Drugs have inherent susceptibility to harmful and illegal use

September 12, 2012                                    7

Confidential – Subject to Protective Order

US-DEA-00000007

## Supreme Court Cases

☐ **United States v. Moore (1975)**

■ Usual course of professional practice

☐ Patient with a Medical Complaint

☐ History

☐ Physical Examination

☐ Nexus Between Complaint/History/Exam and Drug Prescribed

September 12, 2012                                                    8

## RESPONSIBITIES

**Distributor Responsibilities**

■ 21 USC, Section 823

☐ Is the registration in the public interest?

**Maintenance of Effective Controls**

■ Against diversion of particular controlled substances into other than legitimate medical channels

September 12, 2012                                                    9

Confidential – Subject to Protective Order                                    US-DEA-00000008

**Responsibilities**

**Pharmacy Responsibilities:**

□ 21 USC, 823

- Compliance with applicable State, Federal, or local laws relating to controlled substances,

- Such other conduct which may threaten the public health and safety

□ 21 CFR, 1306.04(a):

- A corresponding responsibility rests with the pharmacist who fills the prescription

September 12, 2012                                    10

---

**Responsibilities**

**Practitioner Responsibilities:**

□ 21 USC 823

- Compliance with applicable State, Federal, or local laws related to controlled substances

- Such other conduct which may threaten the public health and safety

□ 21 CFR 1306.04(a)

- A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of his professional practice

September 12, 2012                                    11

Confidential – Subject to Protective Order                                    US-DEA-00000009

**Ryan Haight Act**

- ☐ <u>MUST</u> be approved prior to <u>any</u> online dispensing. <u>ONLY</u> a previously registered pharmacy who DEA approved with a modification of registration may be an online pharmacy

- ☐ A DEA registered pharmacy that is approved to conduct online dispensing <u>MUST</u> notify DEA and the state boards of pharmacy in all states in which they conduct business 30 days prior to offering a controlled substance to sell, deliver, distribute, or dispense

September 12, 2012                                                    12

---

**Ryan Haight Act**

- ☐ An online pharmacy <u>MUST</u> comply with all state laws from which and to which they deliver, or dispense, or offer to deliver or dispense controlled substances by means of the Internet

- ☐ A <u>VALID</u> prescription for a controlled substance by means of the Internet <u>MUST</u> be for legitimate medical purpose and have at least one in-person medical examination by a practitioner authorized by DEA and respective State authorities to prescribe controlled substances in that controlled substance schedule

September 12, 2012                                                    13

Confidential – Subject to Protective Order

US-DEA-00000010



**Pain & Other Specialties**

□ Pain Management Organizations have established guidelines which suggest treatment is not exclusive to the administering of controlled substances only

□ There must be a balance between pain and addiction

September 12, 2012                                                    14

**Pain & Other Specialties**

**Recognized Modalities for the Treatment of Pain:**

□ Pharmacotherapy

□ Psychosocial Interventions

□ Rehabilitation Techniques

□ Complementary & Alternative Medicine

□ Implantable Devices & Surgical Interventions

September 12, 2012                                                    15

Confidential – Subject to Protective Order

## Pain & Other Specialties

☐ Three Pain Management Associations recommend "Opioid Guidelines"

☐ Guidelines provide recommended procedures and best practices for a practitioner to implement

☐ Not an endorsement by the DEA. A guide for you to assess your customers.

September 12, 2012                    16

## Suspicious Orders

### 21 CFR 1301.74

☐ Requires that registrants design and operate a system to identify suspicious orders

☐ Report suspicious orders to DEA **when discovered**

September 12, 2012                    17

Confidential – Subject to Protective Order

US-DEA-00000012

## Suspicious Orders

Reporting of a suspicious order to DEA does <u>NOT</u> relieve the distributor of the responsibility to maintain effective controls against diversion

September 12, 2012                                    18

## Suspicious Orders

☐ DEA cannot advise a distributor if an order is legitimate or not.

☐ Distributor must determine which orders are suspicious and make their <u>OWN</u> decision to sell or not to sell

September 12, 2012                                    19

Confidential – Subject to Protective Order                                    US-DEA-00000013

## DUE DILIGENCE

### "KNOW YOUR CUSTOMER"

Prior to filling an order the distributor should review the following:

☐ Unusual frequency of order(s),*

☐ Unusual size of order(s),*

☐ Deviating substantially from a normal pattern *

   * Mandated by 21 CFR, 1301.74(b)

September 12, 2012     20

---

## DUE DILIGENCE

☐ **Range of Products Being Purchased,**

☐ **Methods of Payment (cash, insurance, Medicaid),**

☐ **Location and hours of operation,**

☐ **% Controlled vs. % Non-Controlled,**

☐ **Customer pick up at distributorship**

September 12, 2012     21

Confidential – Subject to Protective Order

US-DEA-00000014



**DUE DILIGENCE**

September 12, 2012 — 22



**Notifications**

☐ Theft and Loss – Report immediately via on-line.

☐ Contact your local field office.

☐ ODGR – Regulatory Unit – (202) 307-7161

☐ **ODG@USDOJ.GOV** – Notification of termination of customers for cause. (No explanation required.)

September 12, 2012 — 23

Confidential – Subject to Protective Order

US-DEA-00000015



**Actions Taken by DEA**

### Southwood Pharmaceuticals, Inc.

☐ 72 FR 36,487 (2007)

- Revocation of Registration
- Immediate Suspension Order
  - ☐ Failure to maintain effective controls against diversion
  - ☐ Supplied millions of dosage units of controlled substances to Internet pharmacies
  - ☐ Failure to exercise due diligence (21 USC 823)

September 12, 2012                                                                 24

**Actions Taken by DEA**

### Ladapo O. Shyngle, M.D.

☐ 72 FR 6056 (2009)

- Revocation of Application to renew registration
- Dr. Shyngle prescribed C/S's via an Internet questionnaire and telephone interviews.
- Prescribed over 500,000 d.u. to patients in 41 states.
- Issued prescriptions primarily for hydrocodone.

September 12, 2012                                                                 25

Confidential – Subject to Protective Order

US-DEA-00000016

## Actions Taken by DEA

### Dale L. Taylor, M.D.

☐ 72 FR E7-10622 (2007)

- Revocation of registration.
- Authorized prescriptions via the Internet, based solely on on-line questionnaire and telephone conversations.
- Authorized 6,069 prescriptions to 1,098 patients in 46 different states.
- 5,156 prescriptions were for hydrocodone and 526 were for alprazolam.

September 12, 2012                                    26

## Actions Taken by DEA

### United Prescription Services

☐ 72 FR 50397 (2007)

- Immediate Suspension Order and revocation of registration.
- United Prescription Services operated several Internet sites.
- Between Oct 2005 – Jan 2006, distributed 1,808,693 d.u. More than 1,275,000 were written by one practitioner.
- Mostly written for hydrocodone and alprazolam.

September 12, 2012                                    27

Confidential – Subject to Protective Order

US-DEA-00000017

## Actions Taken by DEA

### Patrick W. Stodola, M.D.

☐ 74 FR 20727 (2009)

- Revocation of Registration.
- Authorized prescriptions based upon an on-line questionnaire and telephone conversations.
- Prescriptions were for hydrocodone.
- Prescriptions were in violation of state laws where the patients were having them filled.

September 12, 2012                                                28

## Actions Taken by DEA

### Bob's Pharmacy & Diabetic Supplies

☐ 74 FR 19599 (2009)

- Immediate Suspension Order and Revocation of Registration.
- Between Apr – Dec 2007, ordered 2.3 million dosage units of hydrocodone products.
- Prescriptions were approved via an on-line questionnaire.

September 12, 2012                                                29

Confidential – Subject to Protective Order

US-DEA-00000018

**SUMMARY**

☐ Prescriptions not written in the usual course of professional practice are not valid.

☐ Drugs dispensed pursuant to invalid prescriptions are not for legitimate medical purpose, the drugs are being diverted.

☐ Not limited to Internet pharmacies.

September 12, 2012                    30

---

**SUMMARY**

☐ A pattern of drugs being distributed to pharmacies who are diverting controlled substances demonstrates the lack of effective controls against diversion by the distributor

☐ The DEA registration of the distributor could be revoked under public interest grounds

September 12, 2012                    31

Confidential – Subject to Protective Order

## SUMMARY

- ☐ Any Distributor who is selling controlled substances that are being dispensed outside the course of professional practice must stop immediately

- ☐ DEA cannot guarantee that past failure to maintain effective controls against diversion will not result in action against a distributor

September 12, 2012

32

## SUMMARY

- ☐ DEA will:
  - Meet with other distributors
  - Provide this information to your employees at your request
  - Meet with Industry groups or associations to discuss issue as requested

September 12, 2012

33

Confidential – Subject to Protective Order

US-DEA-00000020

# SUMMARY

## www.deadiversion.usdoj.gov

- Current Revocation Actions
- Policy Changes
- Validation of Registration
- Links to web sites with useful information (AMA, Pain Management, Pharmacy, etc.)
- Other

September 12, 2012                                                      34

---

**NEW DATA REVEAL 400% INCREASE IN SUBSTANCE ABUSE TREATMENT ADMISSIONS FOR PEOPLE ABUSING PRESCRIPTION DRUGS**
*White House Bulletin*

WASHINGTON - Today, Gil Kerlikowske, Director of National Drug Control Policy (ONDCP), and Thomas McLellan, Deputy Director of ONDCP, joined Peter Delany, Director of Substance Abuse and Mental Health Services Administration's (SAMHSA) Office of Applied Studies, and Michele M. Leonhart, Acting Administrator of the Drug Enforcement Administration (DEA), to release a new study showing a 400 percent increase in substance abuse treatment admissions for prescription pain relievers. Governor Jack Markell of Delaware and Chris Kennedy Lawford were also in attendance.

The study, Substance Abuse Treatment Admissions Involving Abuse of Pain Relievers 1998-2008, conducted by the SAMHSA, and based on the agency's Treatment Episode Data Set (TEDS) reveals a 400 percent increase between 1998 and 2008 of substance abuse treatment admissions for those aged 12 and over reporting abuse of prescription pain relievers. The increase in the percentage of admissions abusing pain relievers spans every age, gender, race, ethnicity, education, employment level, and region. The study also shows a more than tripling of pain reliever abuse among patients who needed treatment for opioid dependence.

"The TEDS data released today highlights how serious a threat to public health we face from the abuse of prescription drugs", said Gil Kerlikowske, National Drug Policy Director. "The spikes in prescription drug abuse rates captured by this study are dramatic, pervasive, and deeply disturbing."

"The non-medical use of prescription pain relievers is now the second-most prevalent form of illicit drug use in the Nation, and its tragic consequences are seen in substance abuse treatment centers and hospital emergency departments throughout our Nation" said SAMHSA Administrator Pamela S. Hyde, J.D. "This public health threat demands that we follow the President's National Drug Control Strategy's call for an all-out effort to raise awareness of this risk and the critical importance of properly using, storing, and disposing of these powerful drugs."

"The data released today is alarming and shows the tremendous damage being caused by prescription drug abuse all across this country each and every day," said DEA Acting Administrator Michele M. Leonhart. "The effective enforcement of laws regulating the distribution of controlled substances, coupled with their lawful disposal are essential parts of a comprehensive strategy to reduce drug abuse. DEA is committed to being part of the solution, however it will take all of us working together to prevent the tragedies that inevitably come with drug abuse."

"This rise in prescription drug abuse is no surprise to the doctors and law enforcement professionals who see its effects in our communities," said Governor Markell. "We have been focused on making sure that health care professionals have the best tools

September 12, 2012                                                      35

Confidential – Subject to Protective Order                    US-DEA-00000021



available to detect and prevent this kind of abuse before it ruins lives, Delaware's new legislation to authorize a prescription monitoring program is one of these tools and an important component of the President's National Drug Control Strategy."

"Our national prescription drug abuse problem cannot be ignored. I have worked in the treatment field for the last 35 years, and recent trends regarding the extent of prescription drug abuse are startling," said A. Thomas McLellan, Deputy Director of ONDCP. "We must work with prescribers, the pharmaceutical industry, law enforcement, and families to help us fight this scourge."

The National Drug Control Strategy, released in May, outlines several steps to address what Director Kerlikowske calls "the fastest-growing drug problem in the United States"--prescription drug abuse.

They include

* Increasing prescription drug return, take-back, and disposal programs. Prescription drugs that are commonly abused are often found in the family medicine cabinet, and individuals should get rid of unused or expired prescription drugs to prevent diversion and abuse.

* Educating physicians about opiate painkiller prescribing. The Administration's FY 2011 Budget request proposes funding for a program to train prescribers on how to instruct patients in the use and proper disposal of painkillers, to observe signs of dependence, and to use prescription drug monitoring programs to detect when an individual is going from doctor to doctor in search of prescriptions (also called "doctor shopping").

* Expanding prescription drug monitoring programs. Currently, these programs are operating in 34 states. The Administration supports establishment of these programs in every state, and is seeking to ensure new and existing monitoring programs effectively use the data they acquire and share information across state lines.

* Assisting states in addressing doctor shopping and pill mills. Criminal organizations have established thriving businesses of transporting people to states with little regulation to obtain prescription drugs from multiple doctors or from pill mills, which distribute drugs indiscriminately. Federal, state, local, and tribal authorities are working together to address this problem.

* Driving illegal Internet pharmacies out of business.

* Cracking down on rogue pain clinics that do not follow appropriate prescription practices.

The National Drug Control Strategy provides a blueprint for reducing prescription drug abuse. Parents, law enforcement, the medical community, and all levels of government have a role to play in reducing prescription drug abuse.

September 12, 2012                                              36



Later today, Director Kerlikowske will travel to Delaware to attend Governor Markell's bill signing for the Delaware Prescription Drug Monitoring Program.

September 12, 2012                                              37

Confidential – Subject to Protective Order                    US-DEA-00000022



September 12, 2012

38



September 12, 2012

39

US-DEA-00000023



September 12, 2012    40



September 12, 2012    41

Confidential – Subject to Protective Order      US-DEA-00000024



September 12, 2012

42



September 12, 2012

43

Confidential – Subject to Protective Order

US-DEA-00000025



Cardinal Health settles drug distribution case
*USA Today*
*May 16, 2013*

The DEA suspended Cardinal Health, the county's second largest drug distributor, from selling and shipping powerful painkillers and other drugs from its Lakeland, Fla., facility for two years as part of a settlement reached Tuesday.

The Drug Enforcement Administration sought to revoke Cardinal's license in February, accusing the company of selling excessive amounts—more than 12 million oxycodone pain pills—to four Florida pharmacies over three years. The DEA said the company did not report suspicious orders or visit the chain pharmacies that purchased large amounts of the drugs.

The DEA also suspended controlled substance licenses for two CVS pharmacies in Sanford, Fla., which purchased millions of oxycodone pills from Cardinal. A judge is expected to rule on the CVS case this month.

"Cardinal Health is not above the law," said Joe Rannazzisi, DEA deputy assistant administrator. "With this agreement, it admits that it neglected its vital responsibility to prevent the diversion of controlled substance medications."

While the agreement resolves the licensing issue, the DEA said it may pursue civil penalties, including fines, against the company. The Dublin, Ohio-based company had revenue of more than $100 billion in 2011.

This is the second time the DEA has taken action against Cardinal. In 2008, Cardinal paid a $34 million fine after the DEA accused it of shipping excessive amounts of hydrocodone, another powerful painkiller, to Internet pharmacies. As part of that settlement, the DEA suspended licenses at three distribution facilities for a year.

Cardinal admitted Tuesday it had "inadequate" control over some of its controlled drugs and had not fully complied with the 2008 agreement.

"This agreement allows us to put this matter behind us, and just as important, will clear the way for a more productive dialogue about how we and others in the health care and regulatory community can work together to prevent the abuse and misuse of prescription drugs," Cardinal CEO George Barrett said.

The five-year agreement applies to all 28 of Cardinal's distribution facilities and requires the company to review orders for the controlled drugs, visit pharmacies to look for signs of diversion and hire extra field inspectors for Florida pharmacies.

The Lakeland facility can still distribute non-controlled drugs and medical supplies.

September 12, 2012                                                                44



Cardinal Plant Can't Ship Pain Pills
Wall Street Journal

A U.S. appeals court ruled Friday that a Cardinal Health Inc. distribution hub in Florida can't ship prescription painkillers while the company battles a Drug Enforcement Administration move to suspend that facility's license.

While the appeals court recently issued a stay of the DEA's enforcement efforts against Cardinal's Lakeland, Fla., facility, the court Friday said Cardinal hasn't met the "stringent requirements for an injunction." The decision means the Lakeland facility can't stop controlled substances until the appeal is sorted out.

Cardinal, based in Dublin, Ohio, said it activated contingency plans earlier this month "and will continue to endeavor to meet our customers' needs with minimal disruption from our other distribution centers."

The contingency plans see the shipping controlled drugs to customers in the Southeast U.S. from alternative facilities in Mississippi or North Carolina. Analysts have said the plans could add transportation costs to Cardinal and delay deliveries.

The suspension of the DEA license means the Lakeland facility to has had from shipping controlled medications like the pain drug oxycodone to thousands of pharmacies, hospitals and other health-care providers. Cardinal, the nation's No. 2 drug distributor by sales after McKesson Corp., can still ship non-controlled medications, which include most prescription drugs, and supplies such as surgical packs.

The DEA also suspended last month the controlled-medication licenses of four Florida pharmacies, including two owned and operated by CVS Caremark Corp. CVS, was a temporary administration stay on Wednesday to keep dispensing controlled medications after its appeal in court denied the pharmacy chain's request for a preliminary injunction.

The DEA took action against the Lakeland facility last month while accusing Cardinal of not doing enough to stop suspicious abuse. Cardinal has said that it supports the DEA's efforts but also disagreed that it wasn't doing enough.

A U.S. District Court Judge ruled in late February that the government acted properly in trying to cut off shipments of oxycodone from the Lakeland site. Cardinal appealed that ruling in the U.S. Court of Appeals for the United States of Columbia Circuit.

September 12, 2012                                                                45

Confidential – Subject to Protective Order          US-DEA-00000026

---

Page 1 of 2

### DEA searches Fla. Walgreens in painkiller probe
CURT ANDERSON, AP Legal Affairs Writer
Updated 3:01 p.m., Friday, April 6, 2012

MIAMI (AP) — Federal drug agents have searched six Walgreens pharmacies and a company distribution center in Florida as part of an investigation into prescription painkiller drug abuse, U.S. Drug Enforcement Administration officials said Friday.

The distribution center in Jupiter and the six pharmacies — two in Fort Pierce and one each in Hudson, Port Richey, Fort Myers and Oviedo — all showed signs of suspiciously high distribution of the highly addictive drug oxycodone, a DEA investigator wrote in an affidavit for the search warrants.

Such large amounts, investigator Marjorie Milan wrote, indicates "a pharmacy that fills prescriptions issued by physicians at pain clinics and/or a pharmacy which services primarily drug-seeking individuals who abuse the medication."

The searches for pharmacy records conducted Wednesday are the latest in a crackdown by federal and state authorities on "pill mills" and other illegal sources of prescription drugs in Florida, which has become the nation's leading source of oxycodone and similar drugs. The DEA says that prescription drug abuse now exceeds abuse of all illegal drugs combined, except marijuana.

Michael Polzin, a spokesman for Deerfield, Ill.-based Walgreens, said it is cooperating in the investigation.

8/14/2012

**September 12, 2012**                                                     46

---

Page 2 of 2

Earlier this year, the DEA moved to suspend the sale of similar controlled substances at two CVS pharmacies in the Orlando area, and the shipment of them from Cardinal Health Inc.'s Lakeland, Fla.-based center that supplied the stores. A federal appeals court recently upheld those suspensions.

DEA records cited in the Walgreens affidavit show sharp increases in oxycodone purchases at each of the locations. For example, the pharmacy in Fort Myers went from selling 95,800 units of oxycodone in 2009 to more than 2.1 million units in 2011 — good for 67 percent of all the oxycodone purchased by pharmacies in that same zip code in 2011.

In the first two months of this year, the DEA added, 53 Walgreens pharmacies are listed in the agency's top 100 purchasers of oxycodone. In 2009, none were on the list.

Earlier this year, the DEA released figures showing that Florida may be losing its distinction as the nation's leading illicit source for painkillers because of the ongoing law enforcement crackdown and several new laws. Florida also last year began operating a prescription drug tracking system and database aimed at combating illegal diversion of the drugs.

About 85 people, including at least 13 doctors, have been arrested in South Florida over the past year on pill mill-related charges, according to federal prosecutors.

8/14/2012

**September 12, 2012**                                                     47

---

Confidential – Subject to Protective Order                     US-DEA-00000027

The DEA's prescription drug policy saves many lives
Wall Street Journal
By: Peter Bensinger and Robert L. DuPont

Scott Gottlieb's "The DEA's War on Pharmacies—and Pain Patients" (op-ed, March 20) hardly tells the true story of prescription drug abuse and the government's response. In the current Cardinal Health case, the Drug Enforcement Administration discovered numerous oxycodone transactions that greatly exceeded the "suspicious order" criteria in the law and were not noticed or reported to the DEA. Cardinal Health was fined $34 million in 2008 for similar violations.

Last July, the Florida legislature declared a public-health emergency—not because of a shortage of medicine, but because of increased overdose deaths caused by prescription opioids. Last year 25 distributors provided over 570 million dosage units of oxycodone in Florida alone, with Cardinal Health accounting for 25%.

Dr. Gottlieb thinks transferring DEA's responsibilities to the FDA would be a good idea, and the FDA's record when it comes to regulating controlled substances is not good. In 1996, DEA asked FDA to schedule Soma (carisoprodol), a muscle relaxant abused by opiate addicts. In 2009, 13 years later, the FDA granted permission to schedule the drug. In 2004, the DEA asked the FDA to reschedule hydrocodone products (Vicodin, Lortab, etc.). The FDA responded four years later but did not agree to tighten the controls on what continues to be America's most frequently prescribed opioid associated with significant overdose deaths. A bill currently in Congress, if passed, will accomplish this long overdue action.

Prescription-drug overdose deaths now exceed U.S. motor-vehicle fatalities. The only federal agency that has confronted the unlawful diversion of these drugs is the DEA. Shifting regulatory control from the DEA to the FDA would accomplish nothing, but would add to the problem.

The DEA represents the unspoken interests of tens of thousands of victims harmed or killed each year by prescription drug abuse. The DEA's enforcement actions in Florida are clearly in the public interest, and its regulatory authority should not be diminished, but strongly supported.

September 12, 2012

48

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| | BF2006628 | FOOD CITY PHARMACY #674 | KNOX | KNOXVILLE | TN | 37918 | 386,500 |
| | AB9244497 | BERNIE'S PHARMACY | ANCHORAGE | ANCHORAGE | AK | 99508 | 213,600 |
| | FH6863567 | HAPPY HARRY'S INC. | SUSSEX | SEAFORD | DE | 19973 | 194,600 |
| | BH3636698 | HEP2084H | | HILLSBOROUGH | TAMPA | FL | 33613 | 177,300 |
| | BE6812754 | EXPRESS SCRIPTS | BUCKS | BENSALEM | PA | 19020 | 168,300 |
| | BT7486744 | THE WELLNESS PHARMACY INC | DAVIDSON | ANTIOCH | TN | 37013 | 160,000 |
| | BJ2674464 | J & H STORES INC | BROWARD | FORT LAUDERDALE | FL | 33309 | 148,000 |
| | FJ2066899 | JK SERVICES OF SARASOTA LLC | MANATEE | BRADENTON | FL | 34202 | 146,900 |
| | BS5246349 | SAFESCRIPT PHARMACY #6 | CABELL | HUNTINGTON | WV | 25701 | 146,400 |
| | AW0028304 | WALGREEN CO. | BREVARD | PALM BAY | FL | 32906 | 138,000 |
| | FH1161627 | HAPPY HARRY'S INC. | SUSSEX | MILFORD | DE | 19963 | 134,100 |
| | BW6872394 | WALGREEN CO. | SAINT LUCIE | FORT PIERCE | FL | 34961 | 127,900 |
| | FS0617893 | SANDLAKE PHARMACY | ORANGE | ORLANDO | FL | 32819 | 126,600 |
| | BE2131626 | ESI MAIL PHARMACY SERVICE | MARICOPA | TEMPE | AZ | 85284 | 125,600 |
| | BW5548760 | WALGREEN CO. | SEMINOLE | CASSELBERRY | FL | 32730 | 125,600 |
| | AW9346877 | WALGREEN CO. | LEE | FORT MYERS | FL | 33907 | 124,100 |
| | BP6777632 | PROSCRIPT PHARMACY SERVICES, INC | BROWARD | FORT LAUDERDALE | FL | 33314 | 117,400 |
| | BN9344724 | NORWIN PHARMACY | WESTMORELAND | IRWIN | PA | 15642 | 110,200 |
| | BO5931657 | OSBORNE PHARM INC | BROWARD | FORT LAUDERDALE | FL | 33317 | 108,700 |
| | BH9876026 | HAPPY HARRY'S INC. | NEW CASTLE | BEAR | DE | 19701 | 103,400 |
| | AW6430843 | WALGREEN CO. | SARASOTA | SARASOTA | FL | 34233 | 101,100 |
| | BW5133916 | WALGREEN CO. | ORANGE | ORLANDO | FL | 32806 | 99,600 |
| | BW5039394 | WALGREEN EASTERN CO., INC. | STRAFFORD | ROCHESTER | NH | 03867 | 99,000 |
| | FW0277283 | WALGREEN CO. | CALVERT | PRINCE FREDERICK | MD | 20678 | 98,900 |
| | FP1067164 | PERRY DRUG INC. | JOHNSON | LENEXA | KS | 66216 | 97,600 |
| | BW9810878 | WALGREENS MAIL SERVICE, INC. | ORANGE | ORLANDO | FL | 32819 | 96,500 |
| | FU1700612 | UPSTATE PHARMACY CROSS CREEK | GREENVILLE | GREENVILLE | SC | 29605 | 94,700 |
| | BW6837891 | WALGREEN CO. | MILWAUKEE | MILWAUKEE | WI | 53222 | 94,600 |
| | BH9674619 | HAPPY HARRY'S INC. | SUSSEX | LEWES | DE | 19958 | 93,600 |
| | BW0920613 | WALGREEN CO. | BALTIMORE | PARKVILLE | MD | 21234 | 91,600 |
| | AW8026941 | WALGREEN CO. | MANATEE | BRADENTON | FL | 34206 | 90,600 |
| | AE6993274 | ELK PHARMACY PHC | SURRY | ELKIN | NC | 28621 | 89,300 |
| | BL4239616 | LOVELACE OUTPATIENT PHARMACY | BERNALILLO | ALBUQUERQUE | NM | 87108 | 88,800 |
| | BH9874161 | HAPPY HARRY'S INC. | NEW CASTLE | NEWARK | DE | 19713 | 88,700 |
| | AM8423960 | MANOR PHARMACY | NEW CASTLE | NEW CASTLE | DE | 19720 | 87,600 |
| | AW6036639 | WALGREEN CO. | MANATEE | BRADENTON | FL | 34207 | 86,300 |
| | BH9876216 | HAPPY HARRY'S INC. | SUSSEX | LAUREL | DE | 19956 | 86,900 |
| | BE6924217 | EXPRESS SCRIPTS | SAINT LOUIS | SAINT LOUIS | MO | 63134 | 85,700 |
| | BW4713892 | WALGREEN CO. | PASCO | HUDSON | FL | 34667 | 84,300 |
| | BP8248234 | PHARMCORE INC | BROWARD | HALLANDALE | FL | 33009 | 83,600 |
| | AX7118366 | TRU-VALU DRUGS | PALM BEACH | LAKE WORTH | FL | 33460 | 82,600 |
| | FW0896647 | WALGREEN CO | ORANGE | WINTER PARK | FL | 32789 | 82,200 |
| | BW6661970 | WALGREEN CO. | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 82,000 |
| | BW9643013 | WALGREEN CO. | ASHTABULA | ASHTABULA | OH | 44004 | 81,700 |
| | AG0308238 | P & B PHARMACY | SULLIVAN | KINGSPORT | TN | 37660 | 81,600 |
| | FW1422812 | WALGREEN CO. | MATANUSKA SUBITNA | WASILLA | AK | 99654 | 81,400 |
| | BH9874923 | HAPPY HARRY'S INC. | SUSSEX | MILLSBORO | DE | 19966 | 81,200 |
| | BW3819781 | WALGREEN ARIZONA DRUG CO. | MARICOPA | GLENDALE | AZ | 86308 | 80,400 |
| | BW7169154 | WALGREEN CO. | SALT LAKE | SALT LAKE CITY | UT | 84118 | 79,400 |

**Top 80 Pharmacies**
**Sales of Oxycodone 30mg (NDC 52162-0216-02)**
**2010**

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | BF7300528 | FOOD CITY PHARMACY #674 | KNOX | KNOXVILLE | TN | 37918 | 1,349,800 |
| 2 | BJ2676466 | J & H STORES INC | BROWARD | FORT LAUDERDALE | FL | 33309 | 1,078,100 |
| 3 | BG6577830 | GENERIC DEPOT #2 INC | BROWARD | HOLLYWOOD | FL | 33020 | 973,400 |
| 4 | FG1644239 | GENERIC DEPOT 3, INC | BROWARD | FORT LAUDERDALE | FL | 33321 | 782,400 |
| 5 | FH0772267 | HILLS PHARMACY | HILLSBOROUGH | TAMPA | FL | 33616 | 663,400 |
| 6 | BJ9782116 | JR PHARMACY | ORANGE | ORLANDO | FL | 32837 | 638,600 |
| 7 | AW8830267 | WALGREEN CO. | PASCO | PORT RICHEY | FL | 34668 | 559,700 |
| 8 | BW9540796 | WALGREEN CO. | SEMINOLE | CASSELBERRY | FL | 32730 | 543,800 |
| 9 | BW6713892 | WALGREEN CO. | PASCO | HUDSON | FL | 34667 | 542,300 |
| 10 | BW6272484 | WALGREEN CO. | SAINT LUCIE | FORT PIERCE | FL | 34981 | 517,700 |
| 11 | BO9931627 | OSBORNE PHARM INC | BROWARD | FORT LAUDERDALE | FL | 33317 | 493,000 |
| 12 | BW3133916 | WALGREEN CO. | ORANGE | ORLANDO | FL | 32806 | 470,600 |
| 13 | AW9606588 | WINDSOR PHARMACY | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 447,200 |
| 14 | BK7546062 | KABS OF TAMPA | HILLSBOROUGH | TAMPA | FL | 33613 | 405,400 |
| 15 | BS9266274 | SUPERIOR PHARMACY LLC | HILLSBOROUGH | TAMPA | FL | 33609 | 379,300 |
| 16 | BD6353169 | BELEW DRUG | KNOX | KNOXVILLE | TN | 37917 | 363,900 |
| 17 | FN1282963 | NDBP LLC | BROWARD | POMPANO BEACH | FL | 33064 | 359,200 |
| 18 | AW9068887 | WALGREEN CO. | PINELLAS | LARGO | FL | 33771 | 362,700 |
| 19 | FK1426166 | KISKEYA PHARMACY | BROWARD | FORT LAUDERDALE | FL | 33312 | 349,200 |
| 20 | BH9331436 | HYGEIA HOLDINGS, LLC | PINELLAS | LARGO | FL | 33771 | 336,700 |
| 21 | BW7066567 | WALGREEN CO. | PALM BEACH | BOCA RATON | FL | 33428 | 332,800 |
| 22 | BP6776522 | PROSCRIPT PHARMACY SERVICES, INC | BROWARD | FORT LAUDERDALE | FL | 33314 | 323,800 |
| 23 | AW6430963 | WALGREEN CO. | SARASOTA | SARASOTA | FL | 34233 | 319,200 |
| 24 | BS9699711 | SUPERIOR PHARMACY, LLC | HILLSBOROUGH | TAMPA | FL | 33615 | 318,100 |
| 25 | BR9379730 | RURAL ENTERPRISE INC | SUFFOLK | SELDEN | NY | 11784 | 315,600 |
| 26 | FJ1672745 | JPPD INC | PALM BEACH | BOCA RATON | FL | 33431 | 314,300 |
| 27 | AS6841429 | SCHAEFER DRUGS WELLINGTON | PALM BEACH | WELLINGTON | FL | 33414 | 313,900 |
| 28 | FF0129708 | FUTURE PHARMACY LLC | MIDDLESEX | OLD BRIDGE | NJ | 08857 | 313,800 |
| 29 | BL3161176 | L KRENIK | MAUI | KAHULUI | HI | 96732 | 312,600 |
| 30 | BB9044847 | BETTER HEALTH PHARMACY INC | HILLSBOROUGH | SEFFNER | FL | 33584 | 306,300 |
| 31 | BS9481147 | SUPER SAVER PHARMACY | OSCEOLA | KISSIMMEE | FL | 34744 | 300,400 |
| 32 | BW0582967 | WALGREEN CO. | ORANGE | ORLANDO | FL | 32812 | 298,900 |
| 33 | AW0368877 | WALGREEN CO. | LEE | FORT MYERS | FL | 33907 | 296,100 |
| 34 | AW0200939 | WALGREEN CO. | BROWARD | HOLLYWOOD | FL | 33024 | 294,100 |
| 35 | BW6061276 | WALGREEN CO. | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 291,000 |
| 36 | FP1223898 | PROGRESSIVE PHARMACY INC. | PALM BEACH | LAKE WORTH | FL | 33467 | 287,400 |
| 37 | AH3731026 | HOLLYWOOD DISCOUNT PHARMACY | BROWARD | HOLLYWOOD | FL | 33021 | 286,300 |
| 38 | BW7286792 | WALGREEN CO. | ORANGE | OCOEE | FL | 34761 | 282,400 |
| 39 | AW0533784 | WALGREEN CO. | BREVARD | PALM BAY | FL | 32909 | 277,700 |
| 40 | BS8038424 | SARASOTA PHARMACY SERVICES | SARASOTA | SARASOTA | FL | 34233 | 277,300 |
| 41 | FE1612601 | EDGE PHARMACY | POLK | LAKELAND | FL | 33803 | 272,900 |

**Top 80 Pharmacies Sales of Oxycodone 30mg (NDC 52162-0214-02)  2011**

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | AW1264877 | WALGREEN CO. | LEE | FORT MYERS | FL | 33907 | 411,100 |
| 2 | FH3863347 | HAPPY HARRY'S INC. | SUSSEX | SEAFORD | DE | 19973 | 148,000 |
| 3 | BE6634317 | EXPRESS SCRIPTS | SAINT LOUIS | SAINT LOUIS | MO | 63134 | 131,800 |
| 4 | BW8487438 | WALGREEN CO. | SEMINOLE | OVIEDO | FL | 32765 | 128,300 |
| 5 | BW6713892 | WALGREEN CO. | PASCO | HUDSON | FL | 34667 | 127,800 |
| 6 | BT0167544 | THE MEDICINE SHOPPE | ALLEGHENY | OAKMONT | PA | 15139 | 122,000 |
| 7 | FN0277263 | WALGREEN CO. | CALVERT | PRINCE FREDERICK | MD | 20678 | 121,400 |
| 8 | BT9637946 | THE PILL BOX PHARMACY | SUSSEX | MILFORD | DE | 19963 | 110,600 |
| 9 | BW6872484 | WALGREEN CO. | SAINT LUCIE | FORT PIERCE | FL | 34981 | 109,800 |
| 10 | BC7126467 | CAREMED HEALTH CORPORATION | LEE | BONITA SPRINGS | FL | 34136 | 109,300 |
| 11 | FH5161617 | HAPPY HARRY'S, INC. | SUSSEX | MILFORD | DE | 19963 | 106,300 |
| 12 | BN8244726 | NORWIN PHARMACY | WESTMORELAND | IRWIN | PA | 16642 | 106,200 |
| 13 | FP1856646 | PHARMA-1 | FRANKLIN | COLUMBUS | OH | 43207 | 105,600 |
| 14 | AB9244867 | BERNIE'S PHARMACY | ANCHORAGE | ANCHORAGE | AK | 99508 | 105,600 |
| 15 | FV2178879 | VILLAGE PHARMACY | LIVINGSTON | DENHAM SPRINGS | LA | 70726 | 101,200 |
| 16 | BW1564766 | WALGREEN CO. | SEMINOLE | CASSELBERRY | FL | 32730 | 99,000 |
| 17 | AW0026564 | WALGREEN CO. | BREVARD | PALM BAY | FL | 32905 | 98,900 |
| 18 | BE9739326 | ESTRELLA PHARMACY | MARICOPA | PHOENIX | AZ | 85037 | 96,400 |
| 19 | AT3701072 | CITY PHARMACY INC OF ELKTON | CECIL | ELKTON | MD | 21921 | 94,600 |
| 20 | BW6641270 | WALGREEN CO. | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 93,200 |
| 21 | AW8830267 | WALGREEN CO. | PASCO | PORT RICHEY | FL | 34668 | 92,200 |
| 22 | AN1656337 | NATIONAL FAMILY PHARMACY | SEBASTIAN | FORT SMITH | AR | 72901 | 86,700 |
| 23 | FN1144874 | WALGREEN CO. | RALEIGH | BECKLEY | WV | 25801 | 86,300 |
| 24 | BW6674116 | WALGREEN CO. | SEMINOLE | OVIEDO | FL | 32766 | 83,900 |
| 25 | FU3700612 | UPSTATE PHARMACY CROSS CREEK | GREENVILLE | GREENVILLE | SC | 29606 | 83,800 |
| 26 | FW1444895 | WALGREEN CO. | ORANGE | ORLANDO | FL | 32807 | 81,900 |
| 27 | BS8244349 | SAFESCRIPT PHARMACY #6 | CABELL | HUNTINGTON | WV | 25701 | 81,500 |
| 28 | BW0818781 | WALGREEN ARIZONA DRUG CO. | MARICOPA | GLENDALE | AZ | 85308 | 79,900 |
| 29 | BF7300528 | FOOD CITY PHARMACY #674 | KNOX | KNOXVILLE | TN | 37919 | 79,300 |
| 30 | BH9670038 | HAPPY HARRY'S INC. | NEW CASTLE | BEAR | DE | 19701 | 79,100 |
| 31 | BW6637691 | WALGREEN CO. | MILWAUKEE | MILWAUKEE | WI | 63222 | 78,300 |
| 32 | FJ1306599 | JK SERVICES OF SARASOTA LLC | MANATEE | BRADENTON | FL | 34202 | 77,800 |
| 33 | FH0956616 | HAPPY HARRYS INC. | KENT | DOVER | DE | 19904 | 77,500 |
| 34 | FW1223869 | WALGREEN CO. | RALEIGH | BECKLEY | WV | 25801 | 74,300 |
| 35 | AW9020639 | WALGREEN CO. | MANATEE | BRADENTON | FL | 34207 | 76,500 |
| 36 | FF1280599 | FOOD CITY PHARMACY # 616 | KNOX | KNOXVILLE | TN | 37932 | 74,400 |
| 37 | BH9678316 | HAPPY HARRY'S INC. | SUSSEX | LAUREL | DE | 19956 | 74,300 |
| 38 | FW0648272 | WALGREEN CO. | CLARK | WINCHESTER | KY | 40391 | 74,200 |
| 39 | BW2101860 | WALGREEN CO. | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 73,900 |
| 40 | BW7746769 | WALGREEN CO. | PINELLAS | SAINT PETERSBURG | FL | 33709 | 73,500 |
| 41 | AW6442354 | WALGREEN CO. | PINELLAS | SAINT PETERSBURG | FL | 33712 | 68,900 |
| 42 | FW1423812 | WALGREEN CO. | MATANUSKA SUSITNA | WASILLA | AK | 99654 | 68,600 |
| 43 | BH0133916 | WALGREEN CO. | ORANGE | ORLANDO | FL | 32806 | 68,600 |
| 44 | AM6429069 | MANOR PHARMACY | NEW CASTLE | NEW CASTLE | DE | 19720 | 66,200 |
| 45 | BW9097966 | WALGREEN CO. | PUEBLO | PUEBLO | CO | 81001 | 66,000 |
| 46 | BH9874341 | HAPPY HARRY'S INC. | SUSSEX | GEORGETOWN | DE | 19947 | 64,700 |
| 47 | AW1268463 | WALGREEN CO. | MARTIN | STUART | FL | 34997 | 64,700 |

US-DEA-00000029

**Top 50 Pharmacies Sales of Oxycodone 30mg (NDC00228-2879-11) 2011**

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | BF7000526 | FOOD CITY PHARMACY #674 | KNOX | KNOXVILLE | TN | 37919 | 851,200 |
| 2 | BW8487438 | WALGREEN CO. | SEMINOLE | OVIEDO | FL | 32765 | 817,400 |
| 3 | BW4712992 | WALGREEN CO. | PASCO | HUDSON | FL | 34667 | 718,800 |
| 4 | AW1366877 | WALGREEN CO. | LEE | FORT MYERS | FL | 33907 | 518,500 |
| 5 | BW3872494 | WALGREEN CO. | SAINT LUCIE | PORT SAINT LUCIE | FL | 34981 | 439,900 |
| 6 | BW6561370 | WALGREEN CO. | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 429,500 |
| 7 | FR1433255 | ROCKET'S MED SHOPPE, LLC | WASHINGTON | BOGALUSA | LA | 70427 | 418,200 |
| 8 | BW1249160 | WALGREEN CO. | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 404,800 |
| 9 | FF1280089 | FOOD CITY PHARMACY # 616 | KNOX | KNOXVILLE | TN | 37932 | 356,800 |
| 10 | AN1556237 | NATIONAL FAMILY PHARMACY | SEBASTIAN | FORT SMITH | AR | 72901 | 314,700 |
| 11 | BW1548750 | WALGREEN CO. | SEMINOLE | CASSELBERRY | FL | 32730 | 308,400 |
| 12 | AW1307138 | WALGREEN CO. | CITRUS | HOMOSASSA | FL | 34446 | 295,300 |
| 13 | BW9688992 | WALGREEN CO. | MARION | OCALA | FL | 34471 | 293,000 |
| 14 | BW9628631 | WALGREEN CO. | PINELLAS | SAINT PETERSBURG | FL | 33702 | 291,200 |
| 15 | FD0598207 | DUANE READE | NEW YORK | NEW YORK | NY | 10003 | 289,800 |
| 16 | BW1329118 | WALGREEN CO. | DUVAL | JACKSONVILLE | FL | 32216 | 285,300 |
| 17 | BF2649308 | FOOD CITY PHARMACY #694 | KNOX | KNOXVILLE | TN | 37919 | 259,300 |
| 18 | FW0487122 | WALGREEN CO. | CITRUS | HOMOSASSA | FL | 34446 | 247,100 |
| 19 | AW1758463 | WALGREEN CO. | MARTIN | STUART | FL | 34997 | 244,900 |
| 20 | BW9940923 | WALGREEN CO. | PINELLAS | LARGO | FL | 33771 | 228,400 |
| 21 | AW3028304 | WALGREEN CO. | BREVARD | PALM BAY | FL | 32905 | 225,500 |
| 22 | BW0682957 | WALGREEN CO. | ORANGE | ORLANDO | FL | 32812 | 217,600 |
| 23 | AK1221140 | KEARSBURG DRUGS | MONMOUTH | KEARSBURG | NJ | 07734 | 214,700 |
| 24 | BB6382169 | BELEW DRUG | KNOX | KNOXVILLE | TN | 37917 | 210,200 |
| 25 | AW0201032 | WALGREEN CO. | PALM BEACH | WEST PALM BEACH | FL | 33404 | 209,800 |
| 26 | BW7066347 | WALGREEN CO. | PALM BEACH | BOCA RATON | FL | 33428 | 208,000 |
| 27 | AW2388242 | WALGREEN CO. | SAINT LUCIE | FORT PIERCE | FL | 34950 | 206,600 |
| 28 | FW0064799 | WALGREEN CO. | PALM BEACH | WELLINGTON | FL | 33414 | 205,500 |
| 29 | FH0825013 | HUMANA PHARMACY INC DBA RIGHTSOURCE | BUTLER | WEST CHESTER | OH | 45069 | 204,500 |
| 30 | AW2290699 | WALGREEN CO. | SARASOTA | SARASOTA | FL | 34233 | 202,700 |
| 31 | BJ5678456 | J & H STORES INC | BROWARD | FORT LAUDERDALE | FL | 33309 | 201,900 |
| 32 | FW1444695 | WALGREEN CO. | ORANGE | ORLANDO | FL | 32807 | 197,600 |
| 33 | AW6043224 | WALGREEN CO. | PINELLAS | SAINT PETERSBURG | FL | 33712 | 196,500 |
| 34 | BW4808929 | WALGREEN CO. | INDIAN RIVER | VERO BEACH | FL | 32962 | 195,500 |
| 35 | BW5307416 | WALGREEN CO. | SEMINOLE | OVIEDO | FL | 32765 | 191,900 |
| 36 | BW9108178 | WALGREEN EASTERN CO., INC. | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 191,700 |
| 37 | BH4283309 | WALGREEN CO. | HILLSBOROUGH | TAMPA | FL | 33614 | 190,700 |
| 38 | BE0505687 | E. HARTMAN LLC DBA DEAL DRUGS | DAVIDSON | NASHVILLE | TN | 37211 | 188,800 |
| 39 | AW9808968 | WUNDSOR PHARMACY | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 185,000 |
| 40 | AW5041153 | WALGREEN CO. | PINELLAS | SAINT PETERSBURG | FL | 33703 | 180,700 |
| 41 | BW7738759 | WALGREEN CO. | PINELLAS | SAINT PETERSBURG | FL | 33702 | 179,100 |
| 42 | FH0852247 | HAPPY HARRY'S INC | SUSSEX | SEAFORD | DE | 19973 | 178,600 |
| 43 | BW0523488 | WALGREEN CO. | PASCO | NEW PORT RICHEY | FL | 34653 | 177,400 |
| 44 | BW4933114 | WALGREEN CO. | PINELLAS | SAINT PETERSBURG | FL | 33707 | 177,400 |
| 45 | BW2101880 | WALGREEN CO. | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 174,400 |
| 46 | BA3438505 | NEW ALBERTSON'S, INC. | CLARK | LAS VEGAS | NV | 89128 | 173,900 |

**Top 50 Pharmacies Sales of Oxycodone 15mg (NDC 00228-2878-11)**

**January 1, 2012 to June 30, 2012**

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | BW5837891 | WALGREEN CO. | MILWAUKEE | MILWAUKEE | WI | 53222 | 132,200 |
| 2 | AB9244497 | BERNES PHARMACY | ANCHORAGE | ANCHORAGE | AK | 99508 | 127,600 |
| 3 | FB2049466 | BYPASS PHARMACY, INC | RALEIGH | BECKLEY | WV | 25801 | 105,800 |
| 4 | FH1151517 | HAPPY HARRY'S, INC | SUSSEX | MILFORD | DE | 19963 | 104,000 |
| 5 | BF7000526 | FOOD CITY PHARMACY #674 | KNOX | KNOXVILLE | TN | 37919 | 88,000 |
| 6 | BT0167444 | THE MEDICINE SHOPPE | ALLEGHENY | OAKMONT | PA | 15129 | 84,000 |
| 7 | FH1454099 | HOWARD FAMILY PHARMACY | FLOYD | EASTERN | KY | 41623 | 82,000 |
| 8 | BW4713992 | WALGREEN CO. | PASCO | HUDSON | FL | 34667 | 81,800 |
| 9 | BF4478803 | FRANCK'S EPS | ALLEGHENY | PITTSBURGH | PA | 15202 | 81,600 |
| 10 | FA2478610 | ARIZONA PHARMACY # 2 | MARICOPA | PHOENIX | AZ | 85027 | 79,600 |
| 11 | AW5430943 | WALGREEN CO. | SARASOTA | SARASOTA | FL | 34233 | 76,400 |
| 12 | BW5092658 | WALGREEN EASTERN CO., INC. | PROVIDENCE | WOONSOCKET | RI | 02895 | 75,800 |
| 13 | BC8361343 | CRAIN TOWERS PHARMACY | ANNE ARUNDEL | GLEN BURNIE | MD | 21061 | 75,800 |
| 14 | BW4050996 | WALGREEN CO. | MILWAUKEE | MILWAUKEE | WI | 53208 | 75,600 |
| 15 | FW1144574 | WALGREEN CO. | RALEIGH | BECKLEY | WV | 25801 | 74,000 |
| 16 | BW7920413 | WALGREEN CO. | BALTIMORE | PARKVILLE | MD | 21234 | 73,400 |
| 17 | FU1700812 | UPSTATE PHARMACY CROSS CREEK | GREENVILLE | GREENVILLE | SC | 29605 | 72,800 |
| 18 | FH0852247 | HAPPY HARRY'S INC | SUSSEX | SEAFORD | DE | 19973 | 72,000 |
| 19 | BW6997906 | WALGREEN CO. | PUEBLO | PUEBLO | CO | 81001 | 70,200 |
| 20 | FW1223699 | WALGREEN CO. | RALEIGH | BECKLEY | WV | 25801 | 70,000 |
| 21 | FF1280089 | FOOD CITY PHARMACY # 616 | KNOX | KNOXVILLE | TN | 37932 | 69,600 |
| 22 | BN7185286 | NORTHSIDE PHARMACY LLC | LAFAYETTE | LAFAYETTE | LA | 70501 | 69,600 |
| 23 | FW1423312 | WALGREEN CO. | MATANUSKA SUSITNA | WASILLA | AK | 99654 | 67,000 |
| 24 | BH9874241 | HAPPY HARRY'S INC | SUSSEX | GEORGETOWN | DE | 19947 | 63,200 |
| 25 | BW3819781 | WALGREEN ARIZONA DRUG CO. | MARICOPA | GLENDALE | AZ | 85308 | 64,400 |
| 26 | BW8910879 | WALGREENS MAIL SERVICE, INC. | ORANGE | ORLANDO | FL | 32819 | 64,000 |
| 27 | BT7485166 | THE WELLNESS PHARMACY INC | DAVIDSON | ANTIOCH | TN | 37013 | 63,400 |
| 28 | FJ1305689 | JH SERVICES OF SARASOTA LLC | MANATEE | BRADENTON | FL | 34202 | 63,000 |
| 29 | BW6678734 | WALGREEN CO. | BALTIMORE CITY | BALTIMORE | MD | 21224 | 63,000 |
| 30 | BW2101880 | WALGREEN CO. | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 63,000 |
| 31 | FH1704825 | MEADOW PHARMACY | MONTGOMERY | BALA CYNWYD | PA | 19004 | 62,400 |
| 32 | BW7143908 | WALGREEN CO. | HILLSBOROUGH | TAMPA | FL | 33603 | 61,800 |
| 33 | BX9625560 | KREBSS CARE PHARMACY | MARICOPA | AVONDALE | AZ | 85392 | 58,000 |
| 34 | BL9260415 | LAKE PHARMACY | LAKE | CLEARLAKE | CA | 95422 | 58,200 |
| 35 | BW4004258 | WALGREEN EASTERN CO., INC. | BUCKS | LEVITTOWN | PA | 19054 | 58,000 |
| 36 | BW0057393 | WALGREEN HASTINGS CO. | SANDOVAL | RIO RANCHO | NM | 87124 | 58,000 |
| 37 | FR2333780 | RT 70 PHARMACY, INC | CAMDEN | CHERRY HILL | NJ | 08034 | 56,400 |
| 38 | BW6097790 | WALGREEN CO. | PUEBLO | PUEBLO | CO | 81005 | 56,200 |
| 39 | BW5119498 | WALGREEN CO. | MILWAUKEE | MILWAUKEE | WI | 53208 | 56,000 |

Confidential – Subject to Protective Order

| | | Top 50 Pharmacies Sales of Oxycodone 15mg (NDC 52152-0214-02) | | |
| | | January 1, 2012 to June 30, 2012 | | |
| Rank | Buyer's DEA Number | Buyer's Name | Buyer's State | Total |
|---|---|---|---|---|
| 1 | FQ1872844 | QUICK CARE PHARMACY INC | CA | 3,600 |
| 2 | AA8612790 | CIGNA HEALTH PLAN OF ARIZONA | AZ | 2,400 |
| 3 | BF3545704 | FRUTH PHARMACY #16 | OH | 2,400 |
| 4 | FD0982846 | DELCO DRUGS & SPECIALTY PHARMACY INC. | NY | 1,000 |
| 5 | BB9732389 | BASHAS UNITED DRUG #160 | AZ | 1,000 |
| 6 | BF1124609 | FRUTH PHARMACY OF HURRICANE | WV | 900 |
| 7 | FM0386082 | MORRILTON FOOD & DRUG BIG STAR | AR | 600 |
| 8 | FT0748333 | TOTAL PHARMACY AND COMPOUNDING SERVICES | TX | 500 |
| 9 | AK5643095 | KLINGENSMITH'S DRUG STORE | PA | 500 |
| 10 | BR3876084 | REEDSBURG MEDIC ARTS PHAR | WI | 300 |
| 11 | AW4125452 | BUFFALO DRUGS INC | MI | 200 |
| 12 | BE8487589 | EDMONDSON DRUG CO INC | AL | 100 |
| 13 | FT0710649 | TAINO STAR PHARMACY INC | NY | 100 |

September 12, 2012                                                                 54

| | | Top 50 Pharmacies | | | | | |
| | | Sales of Oxycodone 30mg (NDC 52152-0215-02) | | | | | |
| | | January 1, 2012 to June 30, 2012 | | | | | |
| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | BO9283184 | OLD TOWN PHARMACY INC | RICHMOND | STATEN ISLAND | NY | 10305 | 26,000 |
| 2 | BM4533369 | MW & W GLOBAL ENTERPRISES INC | KINGS | BROOKLYN | NY | 11223 | 17,600 |
| 3 | BB4896784 | BARRINGTON-WILSHIRE PHARMACY | LOS ANGELES | LOS ANGELES | CA | 90025 | 12,000 |
| 4 | FR2328918 | BAY MART PHARMACY II | WAYNE | DETROIT | MI | 48207 | 9,700 |
| 5 | AB5920079 | ROSSMORE PHARMACY INC | ESSEX | BELLEVILLE | NJ | 07109 | 8,300 |
| 6 | BB9114000 | SAINT MARY AND JESSIE, LLC | MIDDLESEX | PERTH AMBOY | NJ | 08861 | 7,900 |
| 7 | AF5427199 | PARAMOUNT DRUG | BURLINGTON | RIVERSIDE | NJ | 08075 | 7,200 |
| 8 | BM9098551 | MEDMART PHARMACY | FAYETTE | CONNELLSVILLE | PA | 15428 | 7,200 |
| 9 | BO4568715 | BRIDGE & PRATT FAMILY PHARMACY | PHILADELPHIA | PHILADELPHIA | PA | 19124 | 6,100 |
| 10 | AM9597900 | MOUNDSVILLE PHARMACY | MARSHALL | MOUNDSVILLE | WV | 26041 | 5,600 |
| 11 | FS1638266 | BCRIPT LIFE PHARMACY | FRESNO | CLOVIS | CA | 93612 | 5,400 |
| 12 | BD0100317 | DEAL ENTERPRISE | VENTURA | SIMI VALLEY | CA | 93065 | 4,800 |
| 13 | BM0180086 | MEDICINE SHOPPE | FRESNO | FRESNO | CA | 93727 | 4,500 |
| 14 | BB6658712 | RIVERSIDE PHARMACY | ETOWAH | CAMDEN | AL | 35901 | 4,100 |
| 15 | BB9442966 | SUPER RX PHARMACY #151 | SAN DIEGO | OCEANSIDE | CA | 92054 | 3,600 |
| 16 | FY1382542 | FAMILY PHARMACY | NYE | PAHRUMP | NV | 89048 | 3,000 |
| 17 | BF4827071 | FOLLANSBEE PHARMACY | BROOKE | FOLLANSBEE | WV | 26037 | 3,000 |
| 18 | BQ0876629 | QUICK CHEK PHARMACY DEPT | OCEAN | BEACHWOOD | NJ | 08722 | 3,000 |
| 19 | BB9128516 | SULLIVAN PHARMACY INC | SULLIVAN | LIBERTY | NY | 12754 | 2,400 |
| 20 | FH1614819 | HARPER WOODS PHARMACY LLC | WAYNE | HARPER WOODS | MI | 48225 | 2,400 |
| 21 | BF3545704 | FRUTH PHARMACY #16 | PIKE | WAVERLY | OH | 45690 | 2,400 |
| 22 | FQ1872844 | QUICK CARE PHARMACY INC | SAN BERNARDINO | CUCAMONGA | CA | 91730 | 2,400 |
| 23 | AF1553117 | P & G PHARMACY INC | NASSAU | FARMINGDALE | NY | 11735 | 2,000 |
| 24 | FK2413780 | MAST PHARMACY & SURGICAL | BURLINGTON | BORDENTOWN | NJ | 08505 | 2,000 |
| 25 | AQ2494287 | QUICK CHEK PHCY DEPT | HUDSON | BAYONNE | NJ | 07002 | 2,000 |
| 26 | BM1457642 | MISSION PHARMACY | LOS ANGELES | LONG BEACH | CA | 90813 | 2,000 |
| 27 | AM2906935 | M B DRUGS INC | KINGS | BROOKLYN | NY | 11215 | 1,800 |
| 28 | BF7447774 | FARMACIA SAN ANTONIO | CAMDEN | CAMDEN | NJ | 08105 | 1,800 |
| 29 | FC0792704 | CHURCH SQUARE PHARMACY | CUYAHOGA | CLEVELAND | OH | 44103 | 1,700 |
| 30 | BB9732389 | BASHAS UNITED DRUG #160 | PIMA | TUCSON | AZ | 85704 | 1,600 |
| 31 | FA2650607 | ADIAPT PHARMACY INC | RIVERSIDE | SAN JACINTO | CA | 92583 | 1,600 |
| 32 | FT0748333 | TOTAL PHARMACY AND COMPOUNDING SERVICES | HARRIS | HOUSTON | TX | 77006 | 1,500 |

Confidential – Subject to Protective Order                                                                 US-DEA-00000031



| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| | | **Top 50 Pharmacies Sales of Oxycodone 30mg (NDC 00228-2879-11)** | | | | | |
| | | **January 1, 2012 to June 30, 2012** | | | | | |
| 1 | BF7000526 | FOOD CITY PHARMACY #674 | KNOX | KNOXVILLE | TN | 37919 | 628,100 |
| 2 | BA3425506 | NEW ALBERTSON'S, INC. | CLARK | LAS VEGAS | NV | 89128 | 409,200 |
| 3 | FF1280089 | FOOD CITY PHARMACY # 616 | KNOX | KNOXVILLE | TN | 37932 | 279,200 |
| 4 | FU0599207 | UTANE READE | NEW YORK | NEW YORK | NY | 10003 | 265,200 |
| 5 | BF9649506 | FOOD CITY PHARMACY #694 | KNOX | KNOXVILLE | TN | 37919 | 227,400 |
| 6 | AW9808568 | WINDSOR PHARMACY | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 193,800 |
| 7 | BW2101880 | WALGREEN CO. | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 165,600 |
| 8 | BW4963977 | WALGREEN CO. | CLARK | NORTH LAS VEGAS | NV | 89020 | 156,100 |
| 9 | BW3108178 | WALGREEN EASTERN CO., INC. | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 154,600 |
| 10 | BF9650380 | WAL-MART PHARMACY 10-2627 | HILLSBOROUGH | TAMPA | FL | 33612 | 154,300 |
| 11 | FZ1435350 | ROCKY'S MED SHOPPE, LLC | WASHINGTON | BOGALUSA | LA | 70427 | 151,600 |
| 12 | AK3221140 | KEANSBURG DRUGS | MONMOUTH | KEANSBURG | NJ | 07734 | 149,100 |
| 13 | BW6917972 | WALGREEN CO. | CLARK | NORTH LAS VEGAS | NV | 89032 | 143,500 |
| 14 | BH9875040 | HAPPY HARRY'S INC. | NEW CASTLE | WILMINGTON | DE | 19806 | 143,400 |
| 15 | BB6282169 | BELEW DRUG | KNOX | KNOXVILLE | TN | 37917 | 138,700 |
| 16 | BW4712992 | WALGREEN CO. | PASCO | HUDSON | FL | 34667 | 137,700 |
| 17 | FH1306984 | HOPKINS PHARMACY | PHILADELPHIA | PHILADELPHIA | PA | 19128 | 136,800 |
| 18 | AV3732119 | WALGREEN ARIZONA DRUG CO. | PIMA | TUCSON | AZ | 85712 | 136,600 |
| 19 | BW8431707 | WALGREEN CO. | CLARK | LAS VEGAS | NV | 89107 | 134,800 |
| 20 | FE0623513 | HUMANA PHARMACY INC DBA RIGHTSOURCE | BUTLER | WEST CHESTER | OH | 45069 | 132,900 |
| 21 | BH4283309 | HEALTHWISE PHARMACY | HILLSBOROUGH | TAMPA | FL | 33614 | 132,900 |
| 22 | BW4986632 | WALGREEN CO. | CLARK | LAS VEGAS | NV | 89108 | 132,800 |
| 23 | BW4319338 | WALGREEN CO. | BLOUNT | ALCOA | TN | 37701 | 132,500 |
| 24 | BW2727791 | WALGREEN CO. | CLARK | LAS VEGAS | NV | 89121 | 131,000 |
| 25 | BW0882987 | WALGREEN CO. | ORANGE | ORLANDO | FL | 32812 | 129,500 |
| 26 | BS7719795 | BHAYORA PHARMACY | MIDDLESEX | PERTH AMBOY | NJ | 08861 | 126,600 |
| 27 | BW5842656 | WALGREEN EASTERN CO., INC. | SUFFOLK | SELDEN | NY | 11784 | 120,100 |
| 28 | BD1649978 | DISNEY PHARMACY SEVICES | KNOX | POWELL | TN | 37849 | 119,700 |
| 29 | FW1672422 | WALGREEN EASTERN CO., INC. | RICHMOND | STATEN ISLAND | NY | 10305 | 116,500 |
| 30 | BW6997906 | WALGREEN CO. | PUEBLO | PUEBLO | CO | 81001 | 115,100 |
| 31 | BW8856636 | WALGREEN EASTERN CO., INC. | RICHMOND | STATEN ISLAND | NY | 10312 | 114,700 |
| 32 | AW5430943 | WALGREEN CO. | SARASOTA | SARASOTA | FL | 34233 | 112,600 |
| 33 | BW5837591 | WALGREEN CO. | MILWAUKEE | MILWAUKEE | WI | 53223 | 112,100 |
| 34 | BT6419053 | THE HOMETOWN PHARMACY | LAWRENCE | NEW CASTLE | PA | 16101 | 111,000 |
| 35 | BW7249633 | WALGREEN CO. | CLARK | LAS VEGAS | NV | 89106 | 110,800 |
| 36 | BP9744524 | PRESCRIPTION SOLUTIONS BY OPTUMRX | SAN DIEGO | CARLSBAD | CA | 92010 | 110,800 |

The following charts and graphs have been compiled from ARCOS reports your firm has previously submitted to DEA. The data was reviewed and the purchases of a few of your customers will be addressed during our discussion.

The mentioning of specific customers is NOT to be implied that the sale of controlled substances to these customers is illicit or that they may be involved in illicit activities.

It also should NOT be inferred that based upon the documentation provided to you that your company should terminate or restrict business with any customer discussed for the purposes of this presentation.

It is incumbent upon you to know your customers, fully review all orders for controlled substances and to exercise due diligence procedures prior to deciding whether or not to terminate or restrict sales to any customer.

September 12, 2012

57

Confidential – Subject to Protective Order

US-DEA-00000032





Confidential – Subject to Protective Order

US-DEA-00000033





Confidential – Subject to Protective Order

US-DEA-00000034





US-DEA-00000035









Confidential – Subject to Protective Order

US-DEA-00000037





Confidential – Subject to Protective Order

US-DEA-00000038





US-DEA-00000039





US-DEA-00000040



Actavis Elizabeth, LLC Oxycodone 30mg (NDC 52152-0215-02)  Customer Sales in Dosage Units from January 1, 2010 to December 31, 2010 (Pg.2)

September 12, 2012

74



Actavis Elizabeth , LLC (NDC 00228-2879-11 & NDC 52152-0215-02) Oxycodone 30mg Customer Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.1)

September 12, 2012

75

Confidential – Subject to Protective Order

US-DEA-00000041









Confidential – Subject to Protective Order

US-DEA-00000043





Confidential – Subject to Protective Order

US-DEA-00000044





US-DEA-00000045





Confidential – Subject to Protective Order

US-DEA-00000046





US-DEA-00000047





US-DEA-00000048





US-DEA-00000049





Confidential – Subject to Protective Order

US-DEA-00000050





Confidential – Subject to Protective Order

US-DEA-00000051





US-DEA-00000052





Confidential – Subject to Protective Order

US-DEA-00000053





Confidential – Subject to Protective Order

US-DEA-00000054





US-DEA-00000055

### Suggested Questions a Distributor should ask prior to shipping controlled substances.

This list of questions is not intended to be all inclusive nor should it be interpreted that every situation or registrant activity is covered.  This questionnaire is provided to assist the distributor to formulate a better understanding of who their customers are and whether or not they should sell to them controlled substances.  It is incumbent upon you, the distributors, to ensure that sales to your customers are for legitimate purposes.  It is further incumbent upon you to identify illicit or suspicious activities which may result in the diversion of controlled substances.

The use of this questionnaire should not be construed in any manner to be a mechanism or means that you have fully met the criteria and actions required by 21 USC 823 or other state and federal laws that are applicable.

Possible questions for a pharmacy:

- Does the pharmacy fill prescriptions via the Internet?  If so, is the pharmacy registered with the DEA under the Ryan Haight Act?
- Is this a mail order pharmacy (fills prescriptions for insurance, etc.)?
  **Note**:  A pharmacist may claim to be mail order pharmacy but may actually be operating as an Internet pharmacy.  Do not accept the response to this question at face value.
- Is the pharmacy licensed in all states for which it mails or fills prescriptions?
- Does the pharmacy report to all states that have prescription monitoring programs in which their customers reside and to whom they dispense?
- Does the pharmacy provide services for any specialty customers such as Long Term Health Care, Hospice Centers, Assisted Care Living Facilities, etc.?
- Does the pharmacy have staff or a private firm that solicits practitioners to get more business?
- What is the pharmacy's ratio of controlled vs. non-controlled orders?
- Does the pharmacy order a full variety of controlled substances and are they fairly evenly dispersed?  If not, why the disparity?
- What are the hours of operation of the pharmacy?
- Does the pharmacy offer a full assortment of sundries to its customers (e.g., aspirin, snacks, cosmetics, etc.)?
- Does the pharmacy have security guards on the premises?  If so, why?
- What methods of payment does the pharmacy accept (cash, insurance, Medicaid, and in what ratios)?
- Who is the pharmacy's primary supplier?
- Does the pharmacy order from other suppliers as well?  If so, why and what controlled substances?
- If this is a new account, why does the pharmacy want you to be their supplier?

1 of 3

September 12, 2012

Confidential – Subject to Protective Order  US-DEA-00000056