

Actavis Elizabeth, LLC (NDC00228-2878-11 & NDC52152-0214-02) Oxycodone 15mg Sales in Dosage Units by State from January 1, 2011 to December 31, 2011

| State | Sales |
|-------|-------|
| FL | 30,460,500 |
| AZ | 10,523,800 |
| TN | 8,736,100 |
| PA | 6,778,400 |
| CA | 6,192,100 |
| OH | 6,167,200 |
| NJ | 5,852,100 |
| WA | 5,272,200 |
| MD | 5,163,200 |
| WI | 5,074,000 |

Confidential – Subject to Protective Order

US-DEA-00000097



Actavis Elizabeth, LLC (NDC00228-2878-11 & NDC52152-0214-02) Oxycodone 15mg Sales in Dosage Units by State Units from January 1, 2012 to June 30, 2012

| State | Sales |
|---|---|
| FL | 17,764,800 |
| AZ | 7,498,300 |
| TN | 6,980,400 |
| PA | 6,002,600 |
| NJ | 5,206,500 |
| CA | 5,133,000 |
| WI | 4,637,100 |
| MD | 4,527,900 |
| NY | 4,455,800 |
| OH | 4,227,000 |

Confidential – Subject to Protective Order

US-DEA-00000098



Actavis Elizabeth, LLC (NDC52152-0215-02) Oxycodone 30mg Sales in Dosage Units by State from January 1, 2010 to December 31, 2010

Confidential – Subject to Protective Order

US-DEA-00000099



**Actavis Elizabeth, LLC (NDC00228-2879-11 & NDC52152-0215-02) Oxycodone 30mg Sales in Dosage Units by State from January 1, 2011 to December 31, 2011**

| State | Sales |
|---|---|
| FL | 120,109,500 |
| NJ | 19,806,200 |
| NY | 15,158,600 |
| CA | 15,000,300 |
| TN | 14,768,400 |
| PA | 9,484,000 |
| AZ | 9,403,000 |
| GA | 9,177,200 |
| NV | 6,079,700 |

Confidential – Subject to Protective Order

US-DEA-00000100



Actavis Elizabeth, LLC (NDC00228-2879-11) Oxycodone 30mg Sales in Dosage Units by State from January 1, 2012 to June 30, 2012

Confidential – Subject to Protective Order

US-DEA-00000101



Actavis Elizabeth, LLC (NDC 52152-0214-02) Oxycodone 15mg Pharmacy Sales in Dosage Units from January 1, 2010 to December 31, 2010

| Pharmacy | Location | State | Dosage Units |
|---|---|---|---|
| BF700052G-Knoxville | Food City Pharmacy #674 | TN | 245,000 |
| AB9244497-Anchorage | Bernie's Pharmacy | AK | 213,600 |
| FH0853247-Seafood | Happy Harry's Inc. | DE | 194,600 |
| BH863659B-Tampa | Hepzibah | FL | 177,300 |
| BE681277S4-Bensalem | Express Scripts | | 158,300 |
| BT748516G-Antioch | The Wellness Pharmacy, Inc. | PA | 150,000 |
| BJ36754S6-Ft. Lauderdale | J&H Stores, Inc. | | 148,000 |
| FJ130S689-Bradenton | JK Services of Sarasota, LLC | | 145,900 |
| BSB24634G9-Huntington | Safescript Pharmacy #6 | WV | 145,400 |
| AW3028304-Palm Bay | Walgreen Co. | FL | 138,000 |

2010

Confidential – Subject to Protective Order



Actavis Elizabeth, LLC  (NDC 00228-2878-11 & NDC-52152-0214-02) Oxycodone 15mg
Pharmacy Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.1)

| Pharmacy | Dosage Units |
|---|---|
| AW1366877-FL FH0853247-DE Walgreen Co.- Ft Myers | 568,900 |
| Happy Harry's Inc. | 264,200 |
| BW8487438-FL Walgreen Co.- Oviedo | 251,000 |
| BT0167444-PA The Medicine Shoppe | 245,700 |
| AB9244497-AK Bernie's Pharmacy | 239,300 |
| BW4713992-FL Walgreen Co.- Hudson | 227,300 |
| FH1151517-DE Happy Harry's Inc. | 217,100 |
| BF7000526-TN Food City Pharmacy #674 | 207,200 |
| FU1700512-SC Upstate Pharmacy Cross Creet | 203,200 |
| FP1856446-OH Pharma-1 | 182,200 |

Confidential – Subject to Protective Order



Actavis Elizabeth, LLC (NDC 00228-2878-11) Oxycodone 15mg Pharmacy
Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.2)

| Pharmacy | Value |
|---|---|
| BW583759-WI — Walgreen Co. | 166,700 |
| FW11445174-WV — Walgreen Co. | 166,000 |
| FH089S815-DE — Happy Harry's Inc. | 158,800 |
| BH987S216-DE — Happy Harry's Inc. | 152,200 |
| BW381979781-AZ — Walgreen Arizona Drug Co. | 151,900 |
| BW656122570-FL — Walgreen Co. | 151,200 |
| BH987434341-DE — Happy Harry's Inc. | 146,700 |
| FJ130S689-FL — JK Services of Sarasota, LLC | 141,000 |
| BH987S026-DE — Happy Harry's Inc. | 139,000 |
| BW77587S9-FL — Walgreen Co. | 135,500 |

Confidential – Subject to Protective Order



Actavis Elizabeth, LLC Oxycodone 15mg (NDC 52152-0214-02)
Sales in Dosage Units from January 1, 2012 to June 2012

| | CA | AZ | OH | NY | AZ | WV | AR | TX |
|---|---|---|---|---|---|---|---|---|
| | QUICK CARE PHARMACY INC | CIGNA HEALTH PLAN OF ARIZONA | FRUTH PHARMACY #16 | DELCO DRUGS & SPECIALTY PHARMACY INC. | BASHAS UNITED DRUG #160 | FRUTH PHARMACY OF HURRICANE | MORRILTON FOOD & DRUG BIG STAR | TOTAL PHARMACY AND COMPOUNDING SERVICES |
| | FQ1872844 | AA8612790 | BF3545704 | FD0982846 | BB9732389 | BF1124609 | FM0386082 | FT0748333 |
| Dosage Units | 3,600 | 2,400 | 2,400 | 1,000 | 1,000 | 900 | 600 | 500 |

Confidential – Subject to Protective Order

US-DEA-00000105



Actavis Elizabeth, LLC Oxycodone 15mg. (NDC00228-2878-11)
Sales in Dosage Units from January 1, 2012 to June 30, 2012 (Pg.1)

Confidential – Subject to Protective Order

US-DEA-00000106



Actavis Elizabeth, LLC Oxycodone 15mg. (NDC 00228-2878-11)
Sales in Dosage Units from January 1, 2012 to June 30, 2012 (Pg.2)



Actavis Elizabeth, LLC (NDC 52152-0215-02) Oxycodone 30mg Customer Sales in Dosage Units from January 1, 2010 to December 31, 2010 (Pg.1)

Confidential – Subject to Protective Order

US-DEA-00000108



**Actavis Elizabeth, LLC Oxycodone 30mg (NDC 52152-0215-02) Customer Sales in Dosage Units from January 1, 2010 to December 31, 2010 (Pg.2)**

| Customer | Distributor | State | Dosage Units |
|---|---|---|---|
| BO993155T-Ft. Lauderdale | Osborne Pharm, Inc. | FL | 492,000 |
| BW133915-Orlando | Walgreen Co. | | 470,500 |
| AW980856B-East Brunswick | Windsor Pharmacy | NJ | 447,200 |
| BK745605Z-Tampa | Kabs of Tampa | FL | 405,400 |
| B5925527J-Tampa | Superior Pharmacy, LLC | | 379,200 |
| BB638169-Knoxville | Belew Drug | TN | 362,900 |
| FN1282968-Pompano Beach | NDBP, LLC | FL | 359,200 |
| AW205888T-Largo | Walgreen Co. | MD | 352,700 |
| FK142819G-Ft. Lauderdale | Kiskeya Pharmacy | FL | 349,200 |
| BH9131436-Largo | Hygeia Holdings, LLC | MD | 335,700 |

Confidential – Subject to Protective Order

US-DEA-00000109



Actavis Elizabeth , LLC (NDC 00228-2879-11 & NDC 52152-0215-02) Oxycodone 30mg
Customer  Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.1)

| Customer ID | Location | Dosage Units |
|---|---|---|
| BW4713992 | Wagreen Co.- FL Hudson | 1,693,900 |
| AW1366877 | Ft. Myers | 1,525,000 |
| BW8487438 | Oviedo | 1,344,800 |
| BF7000526 | Food City Pharmacy #674-TN | 1,281,200 |
| AW8830247 | Wagreen Co.- FL Pt Richie | 1,021,600 |
| FW0457122 | Homosassa | 975,200 |
| BW5872494 | Ft Pierce | 905,000 |
| BW6561270 | Ft Pierce | 866,900 |
| BW1548760 | Fern Park | 813,900 |
| BW5507415 | Oviedo | 639,800 |
| BJ3675456 | J&H Stores, Inc.-FL | 625,500 |

Confidential – Subject to Protective Order

US-DEA-00000110



US-DEA-00000111



Actavis Elizabeth, LLC Oxycodone 30mg. (NDC 00228-2879-11) Sales in Dosage Units from January 1, 2012 to June 30, 2012 Pg. (1)

Confidential – Subject to Protective Order

US-DEA-00000112



**Actavis Elizabeth, LLC Oxycodone 30mg. (NDC 00228-2879-11)**
**Sales in Dosage Units from January 1, 2012 to June 30, 2012 (Pg.2)**

| | NV<br>WALGREEN CO.<br>BW4963977 | NJ<br>WALGREEN EASTERN<br>CO., INC.<br>BW5108178 | FL<br>WAL-MART<br>PHARMACY 10-2627<br>BW6630380 | LA<br>ROCKY'S MED<br>SHOPPE, LLC<br>FR1435355 | NJ<br>KEANSBURG DRUGS<br>AK3221140 | NV<br>WALGREEN CO.<br>BW6917972 | DE<br>HAPPY HARRY'S INC.<br>BH9875040 |
|---|---|---|---|---|---|---|---|
| | 156,100 | 154,600 | 154,300 | 151,600 | 149,100 | 143,500 | 143,400 |

Confidential – Subject to Protective Order

US-DEA-00000113



Actavis Elizabeth, LLC Oxycodone 30mg. (NDC 00228-2879-11)
Sales in Dosage Units from January 1, 2012 to June 30, 2012 (Pg.3)

Confidential – Subject to Protective Order

US-DEA-00000114



Actavis Elizabeth, LLC Oxycodone 30mg. (NDC 52152-0215-02)
Sales in Dosage Units from January 1, 2012 to June 30, 2012

| Pharmacy | State | ID | Dosage Units |
|---|---|---|---|
| OLD TOWN PHARMACY INC | NY | BO9283184 | 26,000 |
| MW & W GLOBAL ENTERPRISES INC | NY | BM4633269 | 17,600 |
| BARRINGTON-WILSHIRE PHARMACY | CA | BB4896784 | 12,000 |
| SAV MART PHARMACY II | MI | FS2338918 | 9,700 |
| ROSSMORE PHARMACY INC | NJ | AR5920079 | 8,300 |
| SAINT MARY AND JESSIE, LLC | NJ | BS9114000 | 7,900 |
| PARAMOUNT DRUG | NJ | AP5437199 | 7,200 |

Confidential – Subject to Protective Order

US-DEA-00000115



UPS Supply Chain  Solutions, Inc. (RU0346088) KY Sales in Dosage Units from January 1, 2010 to December 31, 2010

15mg-Oxycodone
2010

| Company | Dosage Units |
|---|---|
| WALGREEN CO | 50,438,400 |
| MCKESSON CORPORATION | 20,143,200 |
| WAL-MART PHARMACY WHSE #45 | 10,608,000 |
| AMERISOURCEBERGEN DRUG CORP | 9,511,200 |
| CARDINAL HEALTH | 7,108,800 |
| ADVANTAGE LOGISTICS | 2,788,800 |
| ANDA PHARMACEUTICALS INC | 2,119,200 |
| SMITH DRUG COMPANY | 1,248,000 |

Confidential – Subject to Protective Order

US-DEA-00000116



UPS Supply Chain Solutions (RU0346088) KY Sales in Dosage Units from January 1, 2011 to December 31, 2011

15mg-Oxycodone 2011

| Company | Units |
|---|---|
| WALGREEN CO | 84,828,000 |
| CARDINAL HEALTH | 25,476,000 |
| MCKESSON CORPORATION | 23,023,200 |
| AMERISOURCEBERGEN DRUG CORP | 13,183,200 |
| WAL-MART PHARMACY WHSE #45 | 11,212,800 |
| SMITH DRUG COMPANY | 4,005,600 |
| ADVANTAGE LOGISTICS | 3,986,400 |
| H. D. SMITH | 1,610,400 |
| AMERISOURCE HEALTH SERVS CORP | 1,063,200 |

Confidential – Subject to Protective Order

US-DEA-00000117



UPS Supply Chain Solutions, Inc. (RU0346088) KY Sales in Dosage Units from January 1, 2010 to December 31, 2010

30mg-Oxycodone
2010

| Distributor | Dosage Units |
|---|---|
| WALGREEN CO | 64,029,600 |
| MCKESSON CORPORATION | 23,781,600 |
| AMERISOURCEBERGEN DRUG CORP | 15,595,200 |
| NUCARE PHARMACEUTICALS | 12,374,400 |
| CARDINAL HEALTH | 10,780,800 |
| ANDA PHARMACEUTICALS INC | 8,592,000 |
| WAL-MART PHARMACY WHSE #45 | 7,432,800 |



UPS Supply Chain Solution, Inc. (RU0346088) KY Sales in Dosage Units from January 1, 2011 to December 31, 2011

| Company | Units |
|---|---|
| WALGREEN CO | 138,972,000 |
| MCKESSON CORPORATION | 36,040,800 |
| AMERISOURCEBERGEN DRUG CORP | 32,126,400 |
| CARDINAL HEALTH | 26,846,400 |
| NUCARE PHARMACEUTICALS | 17,143,200 |
| SMITH DRUG COMPANY | 15,290,400 |
| WAL-MART PHARMACY WHSE #45 | 11,966,400 |
| H. D. SMITH | 5,505,600 |
| AMERISOURCEBERGEN DRUG CORP. | 5,292,000 |
| ADVANTAGE LOGISTICS | 4,202,400 |
| QK HEALTHCARE, INC. | 3,384,700 |
| ROCHESTER DRUG CO-OPERATIVE INC | 2,983,200 |
| LOUISIANA WHOLESALE DRUG CO | 2,282,400 |

30mg-Oxycodone
2011

Confidential – Subject to Protective Order

US-DEA-00000119



Winn-Dixie Stores Purchases in Dosage Units of Actavis Oxycodone 30mg Tablets from McKesson Corporation NDC #52152-0215-02 (PM0000771) from January 1, 2010 to December 31, 2010

30mg Oxycodone
2010-FL

| Store | Units |
|---|---|
| BW609001T-Casselberry | 178,400 |
| BW577959585-Fort Myers | 119,000 |
| BW542631-Orlando | 97,400 |
| BW303947T-Kissimmee | 68,700 |
| BW345474T-Lehigh Acres | 55,300 |
| BW556213T-Hobe Sound | 54,400 |
| BW447268S-Englewood | 40,800 |
| BW914833D-Marco Island | 40,600 |
| BW423634H-Hudson | 38,400 |
| BW788374T-Longwood | 36,000 |

Confidential – Subject to Protective Order

US-DEA-00000120



**Publix Stores Purchases in Dosage Units from McKesson Corporation Lakeland (PM0000771) NDC 52152-0215-02 January 1, 2010 to December 31, 2010**

30mg Oxycodone
2010-FL

| Store | Dosage Units |
|-------|--------------|
| BP8567971-Jupiter | 80,800 |
| BP6616102-Sarasota | 78,300 |
| BP4348341-Cocoa | 68,600 |
| BP8732984-Parrish | 64,900 |
| BP2452960-Boynton Beach | 60,500 |
| FP0152645-Land O Lakes | 53,900 |
| FP0996592-Brooksville | 48,700 |
| BP5621796-West Palm Beach | 46,700 |
| BP0768955-Tampa | 45,900 |
| BP3821685-Spring Hill | 45,000 |

Confidential – Subject to Protective Order



Publix Super Markets Purchases in Dosage Units from McKesson Corporation
Lakeland (PM0000771) NDC52152-0215-02 January 1, 2011 to September 30, 2011

| Location | Dosage Units |
| --- | --- |
| FP0996592-Brooksville | 52,200 |
| FP0152645-Land O Lakes | 49,100 |
| FP1864924-Pompano Beach | 45,600 |
| BP6797318-Venice | 41,300 |
| FP0116740-Orlando | 40,600 |
| BP8732984-Parrish | 37,800 |
| FP0725195-Homosassa | 36,100 |
| BP7480142-Bradenton | 36,000 |
| BP5621796-West Palm Beach | 32,800 |
| BP8567971-Jupiter | 28,800 |
| BP6025729-Pompano Beach | 28,100 |
| BP7587009-Spring Hill | 23,800 |

30mg Oxycodone
2011-FL

Confidential – Subject to Protective Order



McKesson Corporation Lakeland (PM0000771) NDC #52152-0215-02 Sales of Actavis Oxycodone 30mg Tablets in Dosage Units from January 1, 2010 to December 31, 2010

30mg Oxycodone
2010-FL

| Retailer | Dosage Units |
|---|---|
| J&H Stores, Inc. (BJ3675456) Ft.Lauderdale | 985,500 |
| Schaefer Drugs Wellington (AS8841428) Wellington | 310,600 |
| Osborne Pharm., Inc. (BO9931557) Ft. Lauderdale | 307,600 |
| Park Drugs, Inc. (AP7120594) Stuart | 166,000 |
| AMI Rx Inc. (BA9106320) Ft. Lauderdale | 132,000 |
| Winkles Pharmacy (BW1681104) Milton | 129,000 |

Confidential – Subject to Protective Order

US-DEA-00000123



McKesson Corporation (Lakeland) PM0000771  NDC# 52152-0215-02 Sales of Actavis Oxycodone 30mg Tablets in Dosage Units from January 1, 2010 to December 31, 2010

Confidential – Subject to Protective Order

US-DEA-00000124



McKesson Corporation Lakeland (PM0000771) NDC52152-0215-02 Sales of Actavis Oxycodone 30mg Tablets in Dosage Units from January 1, 2011 to September 30, 2011

30mg Oxycodone 2011-FL

| Customer | Dosage Units |
|---|---|
| J&H Stores, Inc. BJ3675456-Ft. Lauderdale | 332,400 |
| Prescription Shoppes BP8350718-Daytona Beach | 154,100 |
| Schaefer Drugs Wellington AS8841428-Wellington | 132,200 |
| Osborne Pharm, Inc. BO9931557-Ft. Lauderdale | 100,500 |
| Veterans Administration BV6325852-Melbourne | 97,200 |
| Infupharma, LLC FI1159272-Hollywood | 74,500 |
| V H Enterprises AV6332441-Miami | 72,600 |

Confidential – Subject to Protective Order

US-DEA-00000125



Walgreen Co. (RW0294493) OH Sales in Dosage Units from January 1, 2010 to December 31, 2010 (Pg.1)

15mg-Oxycodone 2010

| Store | Dosage Units |
| --- | --- |
| FW1223659 (WV) | 62,000 |
| FW1011117 (WV) | 62,200 |
| BW7515191 | 58,700 |
| BW8574320 | 66,000 |
| BW8912594 (TN) | 71,600 |
| FH0094691 | 74,500 |
| BW4319338 | 74,900 |
| AW2795978 | 55,500 |
| BW5456101 (OH) | 74,600 |
| BW9643013 | 79,700 |
| BW3674656 (WI) | 58,500 |
| BW5837591 | 94,500 |
| BW7920413 | 88,300 |
| FW0277283 (MD) | 97,300 |

Confidential – Subject to Protective Order

US-DEA-00000126



**Walgreen Co. (RW0294493) OH Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.2)**

15mg-Oxycodone 2011

| Store | Dosage Units |
|-------|-------------|
| FW0277283 | 162,700 |
| BW7920413 | 115,700 |
| FH0094691 | 97,900 |
| BW8912594 | 92,300 |
| BW8574320 | 87,600 |
| BW9265720 | 85,400 |
| BW9638719 | 77,800 |
| BW9512422 | 66,200 |
| FW0166846 | 62,700 |
| BW5456101 | 103,800 |
| BW9643013 | 94,800 |
| AW2795978 | 77,400 |
| BW4319338 | 73,400 |
| AW8388743 | 60,100 |
| BW9546271 | 57,800 |
| BW6138312 | 57,000 |
| FW1135258 | 55,000 |

MD / OH / TN / VA

Confidential – Subject to Protective Order

US-DEA-00000127



Walgreen Co. (RW0294493) OH Sales in Dosage Units from January 1, 2010 to December 31, 2010 (Pg.3)

30mg-Oxycodone 2010

Confidential – Subject to Protective Order

US-DEA-00000128



Walgreen Co. (RW0294493) OH Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.4)

Confidential – Subject to Protective Order

US-DEA-00000129



Walgreen Co. (RW0277752) FL Sales in Dosage Units of Actavis Oxycodone 15mg Tablets by State from January 1, 2010 to December 31, 2010 (Pg.1)

15mg-Oxycodone 2010

| State | Dosage Units |
|-------|-------------|
| FL | 13,631,200 |
| NC | 1,317,600 |
| TN | 915,000 |
| GA | 891,700 |
| TX | 785,500 |
| SC | 655,400 |
| LA | 469,100 |
| AL | 264,500 |
| VA | 237,100 |
| ME | 179,400 |
| MS | 87,200 |

Confidential – Subject to Protective Order

US-DEA-00000130



Walgreen Co. (RW0277752) FL Sales in Dosage Units of Actavis Oxycodone
30mg Tablets by State from January 1, 2010 to December 31, 2010 (Pg.2)

30mg-Oxycodone
2010

| State | Units |
|---|---|
| FL | 34,649,600 |
| GA | 1,077,400 |
| NC | 739,200 |
| TN | 727,100 |
| SC | 637,100 |
| TX | 610,000 |
| LA | 366,500 |
| VA | 270,300 |
| AL | 254,200 |
| MS | 72,100 |
| ME | 64,600 |
| CA | 15,300 |
| PR | 13,800 |

Confidential – Subject to Protective Order

US-DEA-00000131



Walgreen Co. (RW0277752) FL Sales in Dosage Units of Actavis Oxycodone 15mg Tablets by State from January 1, 2011 to December 31, 2011 (Pg.3)

15mg-Oxycodone
2011

| State | Dosage Units |
|-------|-------------|
| FL | 18,692,900 |
| NC | 2,113,500 |
| TN | 1,463,400 |
| GA | 1,442,400 |
| TX | 1,164,400 |
| SC | 982,700 |
| LA | 641,200 |
| AL | 514,100 |
| VA | 410,700 |
| ME | 269,000 |
| MS | 170,600 |
| PR | 4,700 |

Confidential – Subject to Protective Order

US-DEA-00000132



Walgreen Co. (RW0277752) FL Sales in Dosage Units of Actavis Oxycodone 30 mg Tablets by State from January 1, 2011 to December 31, 2011 (Pg.4)

30mg-Oxycodone
2011

| State | Dosage Units |
|-------|-------------|
| FL | 58,319,500 |
| GA | 2,234,100 |
| TN | 1,618,500 |
| NC | 1,269,500 |
| TX | 1,060,100 |
| SC | 1,020,200 |
| AL | 703,300 |
| LA | 635,400 |
| VA | 488,700 |
| MS | 182,700 |
| ME | 156,600 |
| PR | 21,800 |

Confidential – Subject to Protective Order



Confidential – Subject to Protective Order

US-DEA-00000134



Walgreen Pharmacies Purchases of Actavis Oxycodone 15mg Tablets in Dosage Units from Walgreen Co. (RW0277752) FL January 1, 2010 to December 31, 2010 (Pg.1)

15mg Oxycodone
2010

| Pharmacy | Dosage Units |
|---|---|
| AW3028304-Melbourne | 137,200 |
| BW5872494-Ft. Pierce | 127,900 |
| BW1548760-Fern Park | 124,500 |
| AW1366877-Ft. Myers | 121,300 |
| AW5430943-Sarasota | 101,100 |
| FW0998647-Winter Park | 80,700 |

Confidential – Subject to Protective Order

US-DEA-00000135



Walgreen Pharmacies Purchases of Actavis Oxycodone 15mg Tablets in Dosage Units from Walgreen Co. (RW0277752) FL from January 1,2011 to December 31, 2011 (Pg.2)

Confidential – Subject to Protective Order

US-DEA-00000136



Happy Harry's Inc. Purchases in Dosage Units from Walgreen Co. (RW0294493) OH January 1, 2010 to December 31, 2010 (Pg.1)

Confidential – Subject to Protective Order

US-DEA-00000137



Happy Harry's Inc. Purchases in Dosage Units from Walgreens Co. (RW0294493) OH from January 1, 2011 to December 31, 2011 (Pg.2)

| | 2011-DE | |
|---|---|---|
| FH08S3247-Seaford | 264,200 | |
| FH089S815-Dover | 158,800 | |
| BH987S216-Laurel | 152,200 | 15mg-Oxycodone |
| BH98743A1-Georgetown | 146,700 | |
| BH987S026-Bear | 139,000 | |
| FH08S3247-Seaford | 309,500 | |
| BH98750A0-Wilmington | 257,200 | |
| BH98743A1-Georgetown | 236,900 | 30mg-Oxycodone |
| BH98749896-Millsboro | 186,600 | |
| BH987492923-Millsboro | 174,700 | |

Confidential – Subject to Protective Order

**Suggested Questions a Distributor should ask prior to shipping controlled substances.**

This list of questions is not intended to be all inclusive nor should it be interpreted that every situation or registrant activity is covered.  This questionnaire is provided to assist the distributor to formulate a better understanding of who their customers are and whether or not they should sell to them controlled substances.  It is incumbent upon you, the distributors, to ensure that sales to your customers are for legitimate purposes.  It is further incumbent upon you to identify illicit or suspicious activities which may result in the diversion of controlled substances.

The use of this questionnaire should not be construed in any manner to be a mechanism or means that you have fully met the criteria and actions required by 21 USC 823 or other state and federal laws that are applicable.

Possible questions for a pharmacy:

- Does the pharmacy fill **prescriptions via** the Internet?  If so, is the pharmacy registered with **the DEA under the Ryan** Haight Act?
- Is this a mail **order pharmacy** (fills **prescriptions** for insurance, etc.)?
  **Note**:  A **pharmacist may claim** to be mail order pharmacy but may actually be operating **as an Internet** pharmacy.  Do not accept the response to this question at face value.
- Is the pharmacy **licensed** in all **states** for which it mails or fills prescriptions?
- Does the **pharmacy report to** all states that **have** prescription monitoring programs in which their **customers** reside **and** to whom they dispense?
- Does the pharmacy provide **services** for any specialty customers such as Long Term Health Care, Hospice Centers, Assisted Care Living Facilities, etc.?
- Does the **pharmacy** have staff or a private firm that solicits practitioners to get **more business?**
- What is the **pharmacy's** ratio of controlled vs. non-controlled orders?
- Does the **pharmacy order** a full variety of controlled substances and are they fairly evenly dispersed?  If not, why the disparity?
- What are the hours of operation of the pharmacy?
- Does the pharmacy offer a full assortment of sundries to its customers (e.g., aspirin, snacks, cosmetics, etc.)?
- Does the **pharmacy** have security guards on the premises?  If so, why?
- What methods of payment does the pharmacy accept (cash, insurance, Medicaid, and in what ratios)?
- Who is the **pharmacy's** primary supplier?
- Does the pharmacy order from other suppliers as well?  If so, why and what controlled substances?
- If this is a new account, why does the pharmacy want you to be their supplier?

1 of 3

September 12, 2012

Confidential – Subject to Protective Order

US-DEA-00000139

- If you are not the only supplier, what controlled substances will the pharmacy be ordering from you, in what quantities, in what time frame, and will they be ordering these same products from other suppliers?
- What ratio will you be supplying compared to other suppliers?
- Does the pharmacy fill prescriptions for out of state customers? If so, for how many out of state customers does the pharmacy fill (ratio or approximate number)?
- If the pharmacy fills prescriptions for Pain Management or other specialty practitioners (diet, oncology, etc.), is the pharmacist comfortable with the prescribing practices of the practitioner?
- Has the pharmacist questioned or been uncomfortable with, the prescribing practices of any practitioner?
- Has the pharmacy ever refused to fill prescriptions for a practitioner? If so, why and who?
- Are there particular practitioners who constitute most of the prescriptions it fills? Who are these practitioners (Name and DEA registration number)?
- Does the pharmacy have any exclusive contracts, agreements, arrangements, etc., with any particular practitioner, business group, investors, etc.? If so, explain those arrangements and/or obtain copies of those agreements.
- Is the pharmacist comfortable enough with the prescribing practices of any or all practitioners for which they fill, to stake their professional livelihood on it?
- Does the pharmacy supply, order for, or sell to any practitioners or other pharmacies?
- How does the pharmacy sell/transfer controlled substances to other pharmacies or practitioners? Via a prescription, sales invoice, or DEA Form-222? (Transfer by prescriptions is not authorized).

Possible questions for a practitioner:

- What is the practitioner's specialty, if any (family practice, oncology, geriatrics, pain management, etc.)?
- Do the controlled substances being ordered correspond to his specialty or the treatment he provides?
- What method of payment does the practitioner accept (cash, insurance, Medicare) and what is the ratio of each?
- Has the practitioner ever been disciplined by any state or federal authority?
- How many patients does the practitioner see each day? What is his weekly average?
- Does the practitioner prescribe as well as dispense?
- Why does the practitioner prefer to dispense as opposed to prescribe?
- Who was the practitioner's previous supplier? Are they still ordering from this supplier? If not, why are they looking for a new supplier?
- Do the hours of operation and the facility accommodate the type of practice being conducted?
- Does the practitioner's office have security guards on-site? If so, why?

2 of 3

September 12, 2012

Confidential – Subject to Protective Order

US-DEA-00000140

- Are all applicable state, federal, local licenses current and are they issued for the registered address at which the practitioner is practicing?
- Does the practitioner see out of state patients?  If so,
  - From what states,
  - How many,
  - Approximate ratio of out of state compared to local, and
  - Why, specifically, they travel so far to see him?

- Can the practitioner provide a blank copy of an agreement which they enter into with a patient, specifying the course of treatment, the patient rights and responsibilities, and reasons for termination of treatment?
- Does the practitioner conduct random unannounced drug testing?
- What measures does the practitioner employ and/or monitor to prevent addiction and diversion of controlled substances?
- Are there more than one practitioner dispensing controlled substances from the registered location?
- Do you order for just yourself or for the whole clinic?
- What controlled substances are you currently dispensing?  (If only one or two controlled substances are being ordered, have the practitioner fully explain why he administers or dispenses only these specific controlled substances).
- In what dosage levels is the practitioner dispensing (2 tablets, 4 times a day, for 30 days, or 90, 120, 240 a week, month).
- Does the practitioner prescribe as well as dispense to his patients?
- Does the practitioner prescribe the same controlled substances as were dispensed to the patient?
- How many patients is the practitioner presently treating (day, week, and month)?

Should you have any additional questions, concerns, or issues beyond what has been presented; it is strongly recommended you contact your local DEA Office.

3 of 3

September 12, 2012