PSJ10 Exh 18





Case: 1:17-md-02804-DAP Doc #: Allergan plc Filed: 08/13/19 3 of 8. PageID #: 359448

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ALLERGAN_MDL_04450024



Allergan plc and Subsidiaries / Allergan W.C. Holding, Inc. and Subsidiaries at December 31, 2018







