# PSJ10 Exh 26

| | |
|---|---|
| From: | David Myers |
| To: | Michael Perfetto |
| CC: | Jinping McCormick |
| Sent: | 8/26/2011 3:09:23 PM |
| Subject: | Oxymorphone Promotion and chargeback results to date |
| Attachments: | Oxymorphone ER charge back detail to 8-19-2011 (2).XLS; Promotion of Oxymorphone.doc |

Mike,

I have attached Word document which outlines our promotional activities in relation to Oxymorphone. This includes not only national print/mail/electronic advertising campaigns, but those campaigns which are currently being executed through drug wholesaler and distributors to drive awareness and shipment into the pharmacies. Additionally, I have attached the chargeback results to date.

I hope this information is helpful. Please give me a call if you would like to discuss.

Regards,

David


**David Myers**
*Senior Manager, Products & Communications*



Actavis
60 Columbia Rd. Bldg B  *t* + 1 973-993-4503  @ DMYERS@actavis.com
Morristown, NJ 07960 United States  *f* 973-993-4302  *w* www.actavis.com
Internal VoIP number  *t* 1254503

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.



EXHIBIT
Myers-20
12/13/18 MR

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                       ALLERGAN_MDL_00508576



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_00508577

Produced as Natives

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_00508578

## Charge Back Details since launch 7/15/2011

| CARS Prod Group Dimension | Jul 15 - Aug 19, 2011 |
|---|---|
| Cars Item(2/2) | ChargeBack Units |
| Oxymorphone HCl E-R Tablets, 15mg CII 10 | 656 |
| Oxymorphone HCl E-R Tablets, 7.5mg CII 1 | 142 |
| **Oxymorphone** | **798** |

| CARS MktType Contracts Dimension | 2011 |
|---|---|
| Cars Contracts(2/2) | Cb Units |
| WAL MART | 284 |
| AMERISOURCEBERGEN PRXO GEN | 149 |
| CARDINAL - PREF. SRC A | 139 |
| MCKESSON ONESTOP PROGRAM | 79 |
| RITE AID | 64 |
| MCKESSON MULTI SOURCE PROGRAM | 14 |
| ECONDISC | 11 |
| CARDINAL - KMART/GEN ALLIANCE | 9 |
| CVS RETAIL STORE BUSINESS | 8 |
| MANAGED HEALTHCARE - GPO | 7 |
| WALGREENS | 7 |
| SUPERVALU PHARMACIES, INC | 6 |
| CARDINAL LTC GENERICS | 6 |
| MEDASSETS (GPO) | 4 |
| PUBLIX | 4 |
| HEB GROCERY COMPANY | 2 |
| INNOVATIVE PURCHASING CONCEPTS | 1 |
| MEDASSETS SUPPLY - RETAIL | 1 |
| PREMIER PURCHASING - RETAIL | 1 |
| SAJ/SUPER D STORES | 1 |
| KINRAY INDIRECT | 1 |
| **All CARS MktType Contracts** | **798** |

| CARS Wholesalers Dimension | 2011 |
|---|---|
| Cars Whol Grp(1/2) | Cb Units |
| AMERISOURCE BERGEN | 152 |
| Bellco | 3 |
| CARDINAL HEALTH | 183 |
| MCKESSON DRUG CO. | 460 |
| **All CARS Wholesalers** | **798** |



# Oxymorphone Promotional Plan

Direct Mail
- Two wave direct-mail campaign to the top 10,000 prescribing doctors.
    - 1st wave was mailed 8/9/11
    - 2nd wave will be mailed week of 9/6/2011

Journal Advertising
- Pharmacy Times – focused on Pharmacy buyers & Pharmacists
    - Circulation: 163,500. Full page insertion in 8/2011 issue.
- Practical Pain Management- focused on pain specialist physicians.
    - Circulation: 45,000. Full page insertion 8/2011 issue and 10/2011 issue

Email Campaign
- Campaign reaching a pharmacy audience of 87,000 addresses.

Customer Campaigns:
- NC Mutual – Sellsheet will be distributed to each of their ~500 pharmacy customers
- Premier – Electronic sellsheet sent to each of their facilities
- MedAssets - Electronic sellsheet sent to each of their facilities
- Anda – Telemarketing promotion through Anda's call center. Telemarketers are financially incentivized to promote Oxymorphone
- Kmart – Kmart corporate buyer has sent the electronic sellsheet to all of their stores.
- Safeway – Safeway corporate buyer has sent the electronic sellsheet to all of their stores.
- Costco – Electronic sellsheet has been sent to all of their pharmacies from Costco corporate.
- Hi-School Pharmacy – Electronic sellsheet sent to each of their pharmacies from Hi-School corporate.
- HD Smith – Blast fax to each account announcing launch of Oxymorphone
    - Telemarketing team targeting accounts that have previously ordered Opana ER.
- McKesson – will use telemarketer to call 500 independent pharmacies with highest script history and provide incentives ($25 off 7.5mg, $50mg off a bottle of 15mg) to pharmacies on first order.
- Rite-Aid – provided store level incentive to top volume stores ($30 off first order)
- Walgreens – met Walgreens marketing team, currently analyzing promotional campaign options

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_00508579

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_00508580