PSJ10 Exh 32

| | |
|---|---|
| **From:** | Lisa A Scott |
| **Sent:** | Tuesday, February 02, 2010 11:47 AM |
| **To:** | Tom P Napoli |
| **Subject:** | Presentation |
| **Attachments:** | FL Presentation 2010.pptx |

Tom: See attached.

Scottie



1

ALLERGAN_MDL_01236063

**Watson**

Helping People Live Better™

# DEA Affairs Organizational Overview

Thomas Napoli, CPP

US Generics

February 2, 2010

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236064



**Watson**
Helping People Live Better

# Objective

Provide an overview of the DEA Affairs Team

- Who we are

- What we do

- Origins and path forward

- Achievements to date

- Compliance Landscape & Opportunities

- 2010 Goals & Objectives

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**Watson**
Helping People Live Better

# Who We Are

An  organization that has been reinvented to align itself with the new Watson Culture

- Fulfill our objectives
- Support the sustained growth of the company
- Leverage our operational & regulatory expertise to support the company vision

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236066



# DEA Affairs Organization: Current State

**Watson**
Helping People Live Better



Tom Napoli
**Mgr., Security &
DEA Affairs**

Barbara
Christiansen
**Admin.**

| Bill Hepworth **CS Specialist, Sr.** | Lynn Dacunha **CS Analyst** | Lisa Scott **CS Auditor** | Ione Graziosi **Mgr., DEA Affairs** |
|---|---|---|---|
| **Quota** | **Registration & Licensing** | **Audit Program** | **Quota** |
| **Site Liaison** | **Federal & State** | **Investigations** | **Site Liaison** |
| **Reporting** | **Export Control** | **Agency Requests** | **Reporting** |
| •Corona | | **Policy Development** | •SLC |
| •Carmel | | | •Gurnee |
| •Florida | | **Inspection support** | **Import Control R&D/New product Support** |
| **R&D/New product Support** | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236067

# DEA Affairs Organization: 2010



**Watson**
Helping People Live Better



**Tom Napoli**
**Mgr., Security &**
**DEA Affairs**

**Security**
**Coordinator**

| Bill Hepworth | Lynn Dacunha | Lisa Scott | |
|---|---|---|---|
| **Compliance Specialist, Sr. 7)** | **Compliance Analyst** | **Security & Compliance Auditor** | **Proposed "Team Lead"** |

**Quota Facilitation**
All sites
**R&D/New product Support**
All sites
**Compliance Report Monitoring**

**Registration & Licensing**
Federal & State
**Import & Export Control**

**Audit Program**

**Investigations**

**Agency Requests**

**Inspection preparedness/ support**

**Placebo program**

**Theft/Loss reporting**

**Site SME liaison**
All Sites
**Training/Awareness**
**Automated System Oversight**

**Policy/Procedure Development**

**Electronic community (portal page) oversight**

**Coordinate daily activities**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236068



**Watson**
Helping People Live Better

# What We Do

Guiding Principles:

• Lead in the development of an overall culture of compliance throughout the controlled substance lifecycle

- Manufacturing
- Procurement
- Distribution
- Product Development

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236069



Watson.
Helping People Live Better

# What We Do (continued)

Guiding Principles:

• Ensure that our facilities operate in a manner that guards against theft and diversion of controlled substances by maintaining effective controls and procedures

- Reporting & Recordkeeping
- Operational & Physical Security Controls
- Procedural development

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236070



# What We Do (Continued)

Guiding Principles:

• Ensure the uninterrupted flow of controlled substance materials to meet the needs of the operation and customers

- Quota facilitation
- Import/Export

• Continually monitor the regulatory landscape and proactively anticipate needs

- Emerging trends
- Changes in regulatory requirements

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236071



**Watson**
Helping People Live Better

# Origins

Senior Management Decision was made to integrate the former C/S Compliance Department into the Security Department in April of 2009

- Department renamed Security & DEA Affairs

- Created Synergy where "silos" previously existed

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Watson.
Helping People Live Better

# Origins (Continued)

Department focus and management plan was recalibrated to meet the needs of organizational growth

- Previous compliance effort maintained intense ownership of local responsibilities

- No corporate vision or promotion of compliance environment

- Lack of focus on operational environment

- Site relationships with local field offices discouraged

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236073



**Watson**

Helping People Live Better

# Path Forward

- ## Harmonization of Processes
  - Policy and management plan
  - Proliferation of expertise
  - Logical balance of responsibility/accountability

- ## Risk-based Auditing
  - Audit processes v. completed tasks
  - Integrate auditing & investigation functions

- ## The "Zero Tolerance" Culture
  - Establish Watson's position on theft/diversion
  - Employee awareness & education
  - Confidential diversion "hotline"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



# Policy & Plan

## Policy to establish authority & expectations

## Proprietary compliance manual/handbook

- Comprehensive process & information resource

- Accessible and user-friendly

- Universal best practices "play book"

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236075


**Watson**
Helping People Live Better

# Proliferation of Expertise

## Significantly proliferate expertise to site PPIC teams
- Establish true local ownership (and accountability) of recurring compliance tasks (inventory, ARCOS, etc.)

## Business continuity/sustain activities through attrition
- Develop "position above/position below" task fluency for those engaged in DEA compliance activities

## Increase DEA Field Office confidence in local abilities
- Establish site representatives as the "go-to" POC for routine compliance matters

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236076



Watson
Helping People Live Better

# Logical Balance of Responsibility & Accountability

## Provide effective centralized leadership

- Program development
- Oversight & maintenance
- Monitor industry landscape

## Localize administrative & recurring tasks

- Empowerment & ownership
- Accountability
- Contribution

## Automate critical processes

- ARCOS
- Quota
- Suspicious Order Reporting

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236077



**Watson**
Helping People Live Better

# Audit Processes v. Completed Tasks

Mitigate risk at the source *before* problems materialize

Audit against established *standardized* policy and/or
  processes v. regulations

- Promote "comprehension" v. "interpretation"
- Close gaps resulting from vague/subjective regulations
- Focus on critical processes that mitigate diversion

Establish continual self-auditing protocols for low-risk
  recurring administrative tasks

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**Watson**
Helping People Live Better

# Integrate Audit & Investigations Functions

Establish a cross-functional compliance auditing & diversion investigation entity

- Value-added leveraging of expertise
- Intimate knowledge of processes = unparalleled insight to vulnerabilities

Narrows investigatory gaps by extending Supply Chain Security activities beyond the shipping lanes

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236079



# Establish Watson's Position on Theft/Diversion

Commit to "Zero Tolerance" policy regarding internal product theft

- Formalize position on filing law enforcement complaints, prosecution of offenders, etc.

Demonstrate our commitment to maintaining a theft-free environment ("walk the walk")

- Ultra-stringent controlled substance accountability processes
- Frequent security inspections at manufacturing plants
- Enhanced physical security measures

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**Watson**
Helping People Live Better

# Employee Awareness & Education

## Visual aid campaign in MFG common areas

- Importance of "talk the talk"
- Daily reminders of lawfulness and compliance

## All employees engaged in C/S activities

- External (industry) training for PPIC
- Internal training modules tailored for:
  - Shipping/Receiving
  - Vault & Cage attendants
  - Mfg & Pkg operators
  - Laboratory & QA personnel

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236081



**Watson**
Helping People Live Better

# Confidential Internal Theft "Hotline"

## Compliance/Ethics Hotline

- Manage as a unique, critical issue
- No intermediary review or delayed response
- Historically, employees seek Security when reporting theft

## Employee confidence & trust

- Develop reputation as approachable & discreet
- Build confidence in the security "brand"

## Visibility of "Hotline" program

- Effective marketing
- Broad exposure

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236082



**Watson**
Helping People Live Better

# Achievements to Date

## Three CSOPs issued
- Two in draft

## Subject Matter Expert Program (SME)
- Job Description created/approved
- Position established at Corona site as "pilot"

## Transfer of compliance reporting responsibilities to sites
- Inventory/verification
- ARCOS
- YER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236083


**Watson**
Helping People Live Better

# Achievements to Date (continued)

## Security & Compliance Auditor

- Position created/staffed
- Consolidated C/S audit & investigation function

## "Zero Tolerance" Culture

- Developed and delivered theft awareness training to management at all C/S manufacturing sites (400 employees)
- Visual aid campaign promoting:
  - Compliant behaviors
  - Compliance/Ethics hotline "See something/Say something"
- Designated Observer
  - Program initiated at Corona and Florida sites

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236084



Watson
Helping People Live Better

# Achievements to Date (continued)

Automated Compliance Reporting (JDE)

- Quota Summary Report

  - Evaluation in production environment

- ARCOS

  - Data integrity

  - Florida program implemented

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236085


Watson
Helping People Live Better

# Compliance Landscape

In 2008, 6.2 million Americans used prescription-type psychotherapeutic drugs for non-medical purposes in a one month period (2.5% of population)

- More than cocaine, heroin, hallucinogens, and inhalants combined
- Nonmedical use of prescription pain relievers tied with marijuana as having the highest rate of new abusers (2.2 million)

Drugs most frequently implicated in non-medical use (2004 - 2006):

- Benzodiazepines (hydrocodone/alprolozam) - 36 % increase
- Hydrocodone/combinations - 44% increase
- Oxycodone/combinations (primarily Oxycontin) – 56% increase

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236086



Watson
Helping People Live Better

# Compliance Landscape

Presidential mandate to cut drug use – prescription abuse
    continues to rise

Proliferation of Internet and now pain management centers

- South Florida (just around the corner)
- Los Angeles

Application of traditional principles of enforcement to
    industry

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**Watson**
Helping People Live Better

# Challenges

Our products are among the most commonly prescribed for legitimate medical use in the US

- Entered into evidence by Law Enforcement

- Sought after in both legitimate & illicit markets

Corona facility manufactured 5 billion dosage units in 2009, planned increase to 6 billion

- Approximately 80% of production is C/S

ALLERGAN_MDL_01236088



**Watson**
Helping People Live Better

# Challenges (continued)

## Products Include:

### Corona

- Hydrocodone
  (Initial quota grant is 25% of aggregate)
- Oxycodone
- Fentanyl
- Methylphenidate
- Diazepam/Lorazepam
- F-line/Butalbital
- Pentazocine

### Salt Lake City

- Fentanyl
- Methylphenidate
- Testosterone

### Florida

- Hydrocodone
- Amphetamine
- Pseudophedrine (List 1 Chemical)
- Carisoprodol*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236089



**Watson**
Helping People Live Better

# Challenges (continued)

## Product Development

- Alprazolam

- Armodafinil

- Fentanyl Citrate EQ Oral

- Hydromorphone

- Lisdexamfetamine

- Morphine sulfate

- Oxymorphone

- Zolpidem

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236090



Watson
Helping People Live Better

# Compliance Landscape

Suspicious Order Monitoring (SOM)

- The registrant shall design and operate a system to disclose suspicious orders of controlled substances
  - Unusual size, pattern, frequency
  - Suspicious orders should not be identified on benchmarks/thresholds only

- SOM, as well as "know your customer" efforts, are key to DEA's effort to curb diversion of C/S and listed chemicals

- A number of companies had actions taken against them by DEA for having non-compliant SOM programs
  - Registration suspensions
  - Civil fines

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Watson
Helping People Live Better

# Compliance Landscape (continued)

Distributor Briefing [DEA Regulatory Unit]

- In-depth briefing of registrant's due diligence and regulatory requirements using their own ARCOS data

  - Meeting is one on one

  - Expectations set

Illicit Activities by Employees

- Importance of physical security controls

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236092



Watson

Helping People Live Better

# 2010 Goals & Objectives

SOM

Designated Observer/Physical Controls

SME Program

Site Inspection Preparedness

Quota Project

Placebo Program

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01236093



# Questions/Comments

ALLERGAN_MDL_01236094