PSJ10 Exh 34

**From:** Tom P Napoli [/O=MAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TNAPOLI]
**Sent:** 9/27/2012 11:51:41 AM
**To:** Victoria Lepore [victoria.lepore@watson.com]; Lisa A Scott [lisa.scott@watson.com]; Jaydeep R Shukla [jaydeep.shukla@watson.com]; Lynn DaCunha [lynn.dacunha@watson.com]
**CC:** #Master Data Group [master.data.group@watson.com]; Vicky C Goldy [vicky.goldy@watson.com]; Bea Padilla [bea.padilla@watson.com]; Judy L Callahan [judy.callahan@watson.com]
**Subject:** RE: Order(s) on Hold - Cardinal SD# 574340

Hi Vicky,
DEA Affairs has evaluated and approves the release of this order. Although the customer is citing the Mallinkrodt backorder situation as justification, can you please have them articulate which customer(s) specifically has/have been affected and are utilizing Watson product as a result?
Thanks very much,
Tom

Thomas Napoli, CPP
Manager, Security & DEA Affairs
Watson Pharmaceuticals



---

**From:** Victoria Lepore
**Sent:** Thursday, September 27, 2012 2:04 PM
**To:** Tom P Napoli; Lisa A Scott; Jaydeep R Shukla; Lynn DaCunha
**Cc:** #Master Data Group; Vicky C Goldy; Bea Padilla; Judy L Callahan
**Subject:** FW: Order(s) on Hold - Cardinal SD# 574340

Please let me know the status on this order. We need a response as soon as possible. Thank you.

Vicky

---

**From:** Victoria Lepore
**Sent:** Thursday, September 27, 2012 12:06 PM
**To:** Lisa A Scott; Jaydeep R Shukla; Lynn DaCunha
**Cc:** #Master Data Group; Vicky C Goldy; Bea Padilla; Judy L Callahan
**Subject:** FW: Order(s) on Hold - Cardinal SD# 574340
**Importance:** High

Attached please find the customer's response along with the SOMS order. I am also attaching the controlled substance for your reference. Based on the controlled substance report, they don't go over their customer's allowance per month until this month and they didn't order any product in August.

Vicky

**From:** D'Ippolito, Sandra [mailto:sandra.dippolito@cardinalhealth.com]
**Sent:** Thursday, September 27, 2012 7:34 AM



**To:** Victoria Lepore
**Cc:** Vicky C Goldy; jared.green; Robert Geddis; Bea Padilla; Judy L Callahan
**Subject:** RE: Order(s) on Hold - Cardinal
**Importance:** High

Good Morning,

We are seeing increased volume do to Mallinckrodt being on backorder. Please let me know what additional information you need to release this order.

Thank you,
Sandy

Sandra D'Ippolito
Manager, Inventory Management
Cardinal Health
7000 Cardinal Place, Dublin, OH 43017
614.757.7979 tel
sandra.dippolito@cardinalhealth.com

---

**From:**
**Sent:** Thursday, September 27, 2012 9:43 AM
**To:** Green, Jared; Geddis, Robert
**Cc:** #Master Data Group; Vicky C Goldy; Bea Padilla; Judy L Callahan
**Subject:** FW: Order(s) on Hold - Cardinal
**Importance:** High

Hi Jared & Robert,

Please see my email below. Order is still pending. Thank you.

Vicky Lepore

---

**From:** Victoria Lepore
**Sent:** Wednesday, September 26, 2012 4:09 PM
**To:** jared.green; Robert Geddis
**Cc:** #Master Data Group; Vicky C Goldy; Bea Padilla; Judy L Callahan
**Subject:** Order(s) on Hold - Cardinal

Hi Jared & Robert, in accordance with 21 CFR 1301.74, we are required to conduct independent analysis of orders prior to completing a sale to determine whether substances are likely to be diverted from legitimate channels. You have been contacted due to the fact that your order placed today has prompted further analysis based on a deviation in one of the following areas; unusual size, frequency, or pattern. In an effort to expedite the investigation process and mitigate any delays or inconvenience, we are requesting supporting information necessary to justify the fulfillment of the order in question.

PO# C0175649NLC
00591074905 OXYCODONE/APAP 5/325MG TAB 500 - Qty: 384

Please note the entire order is on hold. Your quick response will ensure your entire order will be released in a timely manner.

Any questions, please respond to Master.Data.group@watson.com.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_04173112

**Vicky Lepore**
Master Data Administrator
Watson Pharma, Inc.
U.S. Generics Division
400 Interpace Parkway, Bldg A
Parsippany, NJ 07054
P. 862.261.7043
F. 862.261.7806

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                 ALLERGAN_MDL_04173113