PSJ10 Exh 38

## Contact

www.linkedin.com/in/nancybaran
(LinkedIn)

## Top Skills

Business Process Improvement
Customer Service
Pharmaceutical Industry

# Nancy Baran

Global Customer Relations/Operations Executive
Greater New York City Area

## Summary

Versatile, results-driven Customer Relations Executive Director with extensive experience delivering exceptional customer service and cross-functional leadership in the pharmaceutical and medical device industries. Adept at identifying areas for process improvement and streamlining operations to enhance efficiency and customer satisfaction. Excels at implementing new systems, integrating teams, and ensuring continuity of high-level service during mergers, acquisitions, and other changes. Builds and manages large and high-performing teams capable of managing large call volumes and providing up-to-date information on all products, and services. Easily adapts to changing situations and develops scalable solutions. Strong time management and organizational skills.  Strong negotiation, collaboration, team facilitation and influencing skills. Superior coaching skills with a passion for people development.

## Experience

Daiichi Sankyo, Inc.
Strategy Leadership & Program Management- Contractor
February 2018 - July 2018 (6 months)
Basking Ridge, New Jersey

Actavis plc (now Allergan)
Executive Director, Customer Relations Operations
2008 - 2017 (10 years)
Parsippany, New Jersey

Spearheads all customer interactions and relationships with trade customers (wholesalers, retailers, retail chains, healthcare providers, pharmacists, and consumers). Provides exceptional support for order processing, distribution, pricing contract execution, and inventory management. Managed both branded and generic products; current focus is on generics. Oversees customer master data, licensing, suspicious order monitoring, and contract manufacturing. Handles escalated calls up to the executive level and responds on behalf of



Allergan EXHIBIT
Baran- 2
Date: 12-11-18
MLG, CSR, RPR, CRR

CEO. Supervises 6 direct and 14 indirect reports and manages budgetary operations.

• Recipient of five performance-based promotions since starting as Manager in 2008. Progressed to Team Leader, Senior Manager, Associate Director, Director, and finally Executive Director in 2014. Assumed increasing responsibility and scope of operations as mergers and acquisitions were completed.
• Coordinates integration of newly acquired businesses to facilitate smooth merging of operations and create uniform and cohesive processes across units. Directed integration for multiple mergers and acquisitions over the past four years including Watson Pharmaceuticals, Actavis, Warner Chilcott, Forest Laboratories, and Allergan.
• Supervises accurate generation of more than 500 reports distributed weekly to nearly 150 customers regarding open orders, estimated release/availability dates, shipment information, and product tracking.
• Analyzes requirements, conducts fit gap analyses, and evaluates operating systems to determine best components and systems for business needs following mergers and acquisitions. Served as business owner during implementation and upgrading of systems.
• Revamped entire telecommunications system to create uniform messaging for more than 120 800-numbers funneling into four call centers. Wrote scripts for all menus to achieve consistency and professionalism and restructured organization of phone trees.

Teva Pharmaceuticals
Executive Director, Customer Relations Operations - cont.
2008 - 2017 (10 years)
Parsippany, New Jersey

•Decreased average answer speed to 4-6 seconds and sustained abandoned call rate of less than 1%. Manages Customer Relations team handling more than 87,000 calls per year, a 40% increase from 2013 due to business growth and acquisitions.
•Writes all commercial communications regarding mergers and acquisitions, product launches, and other changes to ensure customers are well-informed and receive clear instructions regarding processes and procedures.
•Engages in professional development and training exercises to ensure team members have appropriate product knowledge for 1850 products and can accurately answer consumer inquiries and resolve problems in a timely manner. Maintains up-to-date knowledge on all recalls.

- Initiated cross-functional strategies to streamline processes and reduce shipping claims by 30%. Improved communication with customers and closed gaps to decrease unnecessary claims.
- Transferred Watson Headquarters from California to New Jersey following acquisition with no disruption in service. Hired and trained brand new customer relations team.
- Acquired knowledge of DEA and FDA regulations and building new processes and procedures to ensure full compliance and improve suspicious order monitoring initiatives.
- Ensures product launch readiness by coordinating appropriate distribution and training team members on product, pricing, availability, and other non-medical information to provide outstanding service.
- Documents and codes all customer interactions in a customer relationship management system. Accurately escalates and triages calls for timely and effective resolution. Successfully receives, documents, investigates, triages, resolves, and closes approximately 95% of cases within 24 hours. Average volume is 32,000 cases per year, a 74% increase over 2015 due to business growth and acquisitions.

### Actavis (now Allergan)
Director, Customer Service
2008 - 2013 (6 years)
Parsippany, New Jersey

- Recipient of five performance-based promotions since starting as Manager in 2008. Progressed to Team Leader, Senior Manager, Associate Director, Director, and finally Executive Director in 2014. Assumed increasing responsibility and scope of operations as mergers and acquisitions were completed.

### Aircast
Senior Manager, Global Customer Service
2005 - 2007 (3 years)
Summit, New Jersey

Oversaw business support and customer service for internal and external customers. Supervised Customer Service Representatives, Export Customer Service Representatives, Sales Administration staff, and Department Supervisors. Cultivated positive partnerships with staff, customers, and management.

- Assisted with planning and logistics for relocation of company to San Diego, California and Indianapolis, Indiana. Facilitated transitions and provided continuity of service throughout change.

### Datascope (presently operating as Maquet Cardiovascular (Getinge Group) and Mindray)
Project Manager-ERP System Implementation
2002 - 2004 (3 years)
Montvale, New Jersey

Selected to lead worldwide implementation of JD Edwards, an integrated order management and distribution system. Proposed and managed Project Standards including business requirements, issues management, and systems acceptance testing, leading to improved efficiency and consistency.

- Directed conversion of legacy systems to ERP for order-to-cash implementation across two core business units. Defined application architecture to meet current and future business needs.
- Collaborated with multiple departments to coordinate all aspects of system integration, verify compliance and scalability, resolve problems, and mitigate risk.

### Datascope (presently operating as Maquet Cardiovascular (Getinge Group) and Mindray)
Manager, Global Customer Service/Sales Support
1994 - 2001 (8 years)
Montvale, New Jersey

Built new Customer Service Department from the ground up and spearheaded all phases of order management and customer service. Championed diverse initiatives to streamline processes, improve cash flow, increase customer satisfaction, enhance customer service training, reduce order entry time, decrease errors, and quickly and efficiently resolve problems.

- Achieved 83% retention rate in Customer Service Department with remaining 17% of personnel receiving internal promotions.
- Developed and implemented Corporate Call Ownership Policy resulting in increased customer satisfaction, 11-secoond average answer speed, and 1.5% abandon rate.
- Launched two new programs for collections and requests for return which led to resolution of 95% of Accounts Receivable disputes in less than 48 hours.

Programs also decreased average level of aged open return authorizations by almost 60%.

• Generated approximately $65,000 in cost savings through introduction of Demo Inventory Utilization/Cost Reduction plan for Global Sales and Clinical Specialists.

### Datascope Corp
International Coordinator
1992 - 1993 (2 years)
Montvale, New Jersey

### Datascope Corp
Domestic Account Representative
1991 - 1992 (2 years)
Montvale, New Jersey

## Education

### Cranfield University - Cranfield School of Management
Business Excellence Program

### Ramapo University
Bachelor of Science, Business Administration