PSJ10 Exh 40

**From:** Jeff J Collins <jeffrey.collins@watson.com>
**Sent:** Wednesday, June 26, 2013 12:05 PM
**To:** Tom P Napoli
**Cc:** William Simmons
**Subject:** FW: Order(s) on Hold - MIAMI-LUKEN INC SD# 636885
**Attachments:** Oxycodone sales may-june '13.txt; MIAMI-LUKEN INC SD# 636885 - CONTROLLED SUBSTANCE SALES HISTORY REPORT - 06 26 2013.xls; RE: Order(s) on Hold - MIAMI-LUKEN INC SD# 636885; MIAMI-LUKEN INC SD# 636885 SOMS FORM.pdf

Tom,

I believe you are out of the office today, however I was hoping you would be able to take a look at this one and give some feedback. Miami-Luken has placed an order for 72 units of Oxy/APAP 10/650mg 100ct, this is on top of the 84 they have already received this month. Their allowable is 53 which would put them 103 over for the month. They sent along their sales for May 1-June 25 which was helpful and produced nothing extraordinary other than one customer.

McMeans #1 Ashland appears to be a local pharmacy in Ashland, Kentucky. They have ordered 42 units of this product during this time frame which accounts for 4,200 pills. This account jumps out as having purchased significantly more than the other which is why I'm asking. This is a small rural town of 21,000 people in the mountains of Kentucky. Do you have much knowledge of Miami-Luken's SOMS program and are you comfortable with this order?

Jeff

Jeffrey Collins
Investigator, Global Product Protection
Global Security & DEA Affairs, Actavis Inc (formerly Watson Pharmaceuticals)
605 Tri State Parkway, Gurnee, IL 60031
Office 847.377.5677 | Mobile 224.419.8504




**From:** Bettina C Dwor
**Sent:** Wednesday, June 26, 2013 1:28 PM
**To:** Jeff J Collins; Lynn DaCunha; Tom P Napoli
**Cc:** #Master Data Group; Vicky C Goldy; Maria Lesny; Bea Padilla; Judy L Callahan
**Subject:** FW: Order(s) on Hold - MIAMI-LUKEN INC SD# 636885

For your review & approval, see attached SOMS form, Controlled Substance Sales History Report, & customer justification (see attached) for **00591082501 OXYCODONE/APAP 10/650MG TAB 100**. Please advise. Thanks!



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02179760



**Bettina C. Dwor**
Master Data Administrator
Actavis
Morris Corporate Center III
400 Interpace Parkway, Bldg A
Parsippany, NJ 07054
P. 862.261.7071
F. 862.261.7808

**From:** Cindy Willet [mailto:cwillet@miamiluken.com]
**Sent:** Wednesday, June 26, 2013 2:21 PM
**To:** Bettina C Dwor
**Subject:** RE: Order(s) on Hold - MIAMI-LUKEN INC SD# 636885

Please find attached our sales for the month of May-present day June. We have 12 bottles in stock.

Let me know if you need anything further.

Cindy


*Cindy A. Willet*
*Sr. Buyer Generic & Branded Pharmaceuticals*
*Miami-Luken Inc.*
*265 S. Pioneer Blvd.*
*Springboro, OH 45066*
*Phone: 937-743-7775 x111*
*Fax:    888-884-4793*
cwillet@miamiluken.com


**From:** Bettina C Dwor [mailto:bettina.dwor@actavis.com]
**Sent:** Wednesday, June 26, 2013 2:12 PM
**To:** cwillet
**Subject:** RE: Order(s) on Hold - MIAMI-LUKEN INC SD# 636885

Hi, Cindy. This is a requirement of our DEA Affairs Dept. Please respond to my previous e-mail asking for justification. If you cannot provide valid justification, we will cancel the line. Please advise. Thanks!

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              ALLERGAN_MDL_02179761


# Actavis

**Bettina C. Dwor**
Master Data Administrator
Actavis
Morris Corporate Center III
400 Interpace Parkway, Bldg A
Parsippany, NJ 07054
P. 862.261.7071
F. 862.261.7808

---

**From:** Cindy Willet [mailto:cwillet@miamiluken.com]
**Sent:** Wednesday, June 26, 2013 2:05 PM
**To:** Bettina C Dwor
**Subject:** RE: Order(s) on Hold - MIAMI-LUKEN INC SD# 636885

How many can you send without needing supporting documentation???


Cindy A. Willet
Sr. Buyer Generic & Branded Pharmaceuticals
Miami-Luken Inc.
265 S. Pioneer Blvd.
Springboro, OH 45066
Phone: 937-743-7775 x111
Fax:    888-884-4793
cwillet@miamiluken.com

---

**From:** Bettina C Dwor [mailto:bettina.dwor@actavis.com]
**Sent:** Wednesday, June 26, 2013 1:22 PM
**To:** cwillet
**Cc:** #Master Data Group; Vicky C Goldy; Maria Lesny; Bea Padilla; Judy L Callahan
**Subject:** Order(s) on Hold - MIAMI-LUKEN INC SD# 636885

Hi Cindy, in accordance with 21 CFR 1301.74, we are required to conduct independent analysis of orders prior to completing a sale to determine whether substances are likely to be diverted from legitimate channels. You have been contacted due to the fact that your order placed today has prompted further analysis based on a deviation in one of the following areas; unusual size, frequency, or pattern. In an effort to expedite the investigation process and mitigate any delays or inconvenience, we are requesting supporting information necessary to justify the fulfillment of the order in question.

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02179762

PO# 0446902    SD# 636885
00591082501 OXYCODONE/APAP 10/650MG TAB 100 – QTY        72

Please note the entire order is on hold. Your quick response will ensure your entire order will be released in a timely manner.

Any questions, let me know, please respond to Master.Data.group@watson.com.



**Bettina C. Dwor**
Master Data Administrator
Actavis
Morris Corporate Center III
400 Interpace Parkway, Bldg A
Parsippany, NJ 07054
P. 862.261.7071
F. 862.261.7808

This message and its attachments are intended for the named addressee only, and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you have by coincidence or mistake received this email and its attachments, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message or its attachments if you are not the intended recipient. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis, Inc. or its affiliates.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                              ALLERGAN_MDL_02179763

```
6/26/13  SH080B                ITEM SOLD REPORT              PAGE  1
DIVISION 00                 FROM 5/01/13 TO 0/00/00
   ITEM
   NO.  DESCRIPTION                            CATEGORY
   972422 EA   100 OXYCODONE APAP 10/650MG TAB OS    GEN
   CUSTOMER                          INVOICE INVOICE       NET   EXTENDED  TRANS
   NO.  DESCRIPTION                  NO.      DATE    QTY  PRICE  AMOUNT   CODE
   9812 BATAVIA COMMUNITY PHCY    MLI 1641210  5/01/13  1  31.800   31.80
   4350 *ARENSBERG #2 W.CHURCH ST REM 1642230  5/06/13  3  31.800   95.40
   9925 SLONE'S DISCOUNT PHARMACY MLI 1642511  5/07/13  2  31.800   63.60
 852600 LOOP PLAZA DISC PHARM RX  MLI 1642631  5/07/13  1  31.800   31.80
   9720 COMMUNITY PHARMACY        MLI 1643249  5/09/13  2  31.800   63.60
   9925 SLONE'S DISCOUNT PHARMACY MLI 1643290  5/09/13  4  31.800  127.20
  36129 HIGHLAND SQUARE PHARMACY  MLI 1643682  5/10/13  2  31.800   63.60
   9779 MAPLE LEAF HILLTOP PHCY   MLI 1643694  5/10/13  1  31.800   31.80
  19785 TRUMBULL MAHONING MED GRP MLI 1643697  5/10/13  2  31.800   63.60
   9954 MIDDLETOWN PHARMACY       MLI 1643974  5/13/13  1  31.800   31.80
   9958 MARWOOD LOW COST PHCY     MLI 1644051  5/13/13  4  31.800  127.20
 522288 *FAIRFIELD PHARMACY       REM 1644075  5/13/13  1  31.800   31.80
   9833 VALUE-MED, INC PNTSVL     MLI 1644351  5/14/13  5  31.800  159.00
  27200 HOMETOWN PHARMACY INEZ   /MLI 1644722  5/15/13  3  31.800   95.40
   9833 VALUE-MED, INC PNTSVL     MLI 1645058  5/16/13  3  31.800   95.40
  35430 MCMEANS #1 ASHLAND        MLI 1645089  5/16/13  5  31.800  159.00
TEMPORARY SHORT
 852600 LOOP PLAZA DISC PHARM RX  MLI 1645111  5/16/13  2  31.800   63.60
TEMPORARY SHORT
   9833 VALUE-MED, INC PNTSVL     MLI 1645766  5/20/13  6  31.800  190.80
 522288 *FAIRFIELD PHARMACY       REM 1646083  5/21/13  1  31.800   31.80
 852600 LOOP PLAZA DISC PHARM RX  MLI 1646202  5/21/13  2  31.800   63.60
  35430 MCMEANS #1 ASHLAND        MLI 1646475  5/22/13  5  31.800  159.00
  19785 TRUMBULL MAHONING MED GRP MLI 1646888  5/23/13  2  31.800   63.60
   9833 VALUE-MED, INC PNTSVL     MLI 1646918  5/23/13  6  31.800  190.80
  38659 DELPHOS DISCOUNT DRUG     MLI 1647232  5/24/13  1  31.800   31.80
  23510 *GERMANTOWN PRESCRIP      REM 1647251  5/24/13  1  31.800   31.80
  20375 *EASTERDAY PHARMACY       REM 1647521  5/28/13  1  31.800   31.80
TEMPORARY SHORT
 850650 DENNIS' PHARMACY        @ MLI 1647638  5/28/13  3  31.800   95.40- CR MEMO
   9779 MAPLE LEAF HILLTOP PHCY   MLI 1647655  5/28/13  1  31.800   31.80
   9812 BATAVIA COMMUNITY PHCY    MLI 1648034  5/29/13  1  31.800   31.80
   9917 FAMILY DRUG WHEELWRIGHT   MLI 1648305  5/30/13  1  31.800   31.80
  35430 MCMEANS #1 ASHLAND        MLI 1648307  5/30/13  5  31.800  159.00
TEMPORARY SHORT
   9954 MIDDLETOWN PHARMACY       MLI 1648379  5/30/13  2  31.800   63.60
TEMPORARY SHORT
 696105 TUG VALLEY PHARMACY,LLC   MLI 1649020  6/03/13  4  31.800  127.20
TEMPORARY SHORT
  35430 MCMEANS #1 ASHLAND        MLI 1649822  6/05/13 10  31.800  318.00
TEMPORARY SHORT
   4350 *ARENSBERG #2 W.CHURCH ST REM 1649920  6/05/13  1  31.800   31.80
TEMPORARY SHORT
 522288 *FAIRFIELD PHARMACY       REM 1650593  6/07/13  2  31.800   63.60
TEMPORARY SHORT
  35445 MCMEANS #2 SOUTH POINT    MLI 1650669  6/07/13  3  31.800   95.40
   9779 MAPLE LEAF HILLTOP PHCY   MLI 1651011  6/10/13  1  31.800   31.80
   4350 *ARENSBERG #2 W.CHURCH ST REM 1651093  6/10/13  1  31.800   31.80
  36129 HIGHLAND SQUARE PHARMACY  MLI 1651455  6/11/13  1  31.800   31.80
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                ALLERGAN_MDL_02179764

```
  9925  SLONE'S DISCOUNT PHARMACY  MLI 1651776  6/12/13   2  31.800    63.60
 35430  MCMEANS #1 ASHLAND         MLI 1651841  6/12/13  12  31.800   381.60
 59884  WESTSIDE PHARMACY          MLI 1652173  6/13/13   2  31.800    63.60
852600  LOOP PLAZA DISC PHARM RX   MLI 1652179  6/13/13   2  31.800    63.60
696105  TUG VALLEY PHARMACY,LLC    MLI 1652460  6/14/13   6  31.800   190.80
522288  *FAIRFIELD PHARMACY        REM 1652804  6/17/13   2  31.800    63.60
 35430  MCMEANS #1 ASHLAND         MLI 1653496  6/19/13   5  31.800   159.00
 35445  MCMEANS #2 SOUTH POINT     MLI 1653525  6/19/13   2  31.800    63.60
696105  TUG VALLEY PHARMACY,LLC    MLI 1653857  6/20/13   6  31.800   190.80
```

6/26/13 SH080B                ITEM SOLD REPORT                PAGE  2
DIVISION 00              FROM 5/01/13 TO 0/00/00

ITEM
 NO.    DESCRIPTION                      CATEGORY
972422 EA   100 OXYCODONE APAP 10/650MG TAB OS    GEN

CUSTOMER                  INVOICE INVOICE        NET   EXTENDED  TRANS
 NO.   DESCRIPTION           NO.    DATE    QTY  PRICE  AMOUNT   CODE

```
716688  NORTHERN HILLS PHARMACY    MLI 1653910  6/20/13   5  31.800   159.00
 23510  *GERMANTOWN PRESCRIP       REM 1654221  6/21/13   4  31.800   127.20
  9954  MIDDLETOWN PHARMACY        MLI 1654284  6/21/13   4  31.800   127.20
 19785  TRUMBULL MAHONING MED GRP  MLI 1654292  6/21/13   3  31.800    95.40
525188  YOST PHARMACY              MLI 1654594  6/24/13   1  31.800    31.80
 38659  DELPHOS DISCOUNT DRUG      MLI 1654638  6/24/13   2  31.800    63.60
  9958  MARWOOD LOW COST PHCY      MLI 1654954  6/25/13   3  31.800    95.40
                    ITEM SHIPPED    126 ***      4006.80 ***
                    ITEMS OMITTED    32 ***      1017.60 ***
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              ALLERGAN_MDL_02179765

# Produced as Natives

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02179766



▓▓▓▓▓▓▓▓▓▓ Contract Entity Current

**From:** cwillet <cwillet@miamiluken.com>
**Sent:** Wednesday, June 26, 2013 11:21 AM
**To:** Bettina C Dwor
**Subject:** RE: Order(s) on Hold - MIAMI-LUKEN INC SD# 636885
**Attachments:** image003.gif; image004.gif; Oxycodone sales may-june '13.txt

Please find attached our sales for the month of May-present day June. We have 12 bottles in stock.

Let me know if you need anything further.

Cindy

Cindy A. Willet
Sr. Buyer Generic & Branded Pharmaceuticals
Miami-Luken Inc.
265 S. Pioneer Blvd.
Springboro, OH 45066
Phone: 937-743-7775 x111
Fax: 888-884-4793
cwillet@miamiluken.com

**From:** Bettina C Dwor [mailto:bettina.dwor@actavis.com]
**Sent:** Wednesday, June 26, 2013 2:12 PM
**To:** cwillet
**Subject:** RE: Order(s) on Hold - MIAMI-LUKEN INC SD# 636885

Hi, Cindy. This is a requirement of our DEA Affairs Dept. Please respond to my previous e-mail asking for justification. If you cannot provide valid justification, we will cancel the line. Please advise. Thanks!



**Bettina C. Dwor**
Master Data Administrator
Actavis

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ALLERGAN_MDL_02179767

**Morris Corporate Center III**
**400 Interpace Parkway, Bldg A**
**Parsippany, NJ 07054**
**P. 862.261.7071**
**F. 862.261.7808**

---

**From:** Cindy Willet [mailto:cwillet@miamiluken.com]
**Sent:** Wednesday, June 26, 2013 2:05 PM
**To:** Bettina C Dwor
**Subject:** RE: Order(s) on Hold - MIAMI-LUKEN INC SD# 636885

How many can you send without needing supporting documentation???

Cindy A. Willet
Sr. Buyer Generic & Branded Pharmaceuticals
Miami-Luken Inc.
265 S. Pioneer Blvd.
Springboro, OH 45066
Phone: 937-743-7775 x111
Fax:    888-884-4793
cwillet@miamiluken.com

---

**From:** Bettina C Dwor [mailto:bettina.dwor@actavis.com]
**Sent:** Wednesday, June 26, 2013 1:22 PM
**To:** cwillet
**Cc:** #Master Data Group; Vicky C Goldy; Maria Lesny; Bea Padilla; Judy L Callahan
**Subject:** Order(s) on Hold - MIAMI-LUKEN INC SD# 636885

Hi Cindy, in accordance with 21 CFR 1301.74, we are required to conduct independent analysis of orders prior to completing a sale to determine whether substances are likely to be diverted from legitimate channels. You have been contacted due to the fact that your order placed today has prompted further analysis based on a deviation in one of the following areas; unusual size, frequency, or pattern. In an effort to expedite the investigation process and mitigate any delays or inconvenience, we are requesting supporting information necessary to justify the fulfillment of the order in question.

PO#   0446902    SD#   636885
00591082501 OXYCODONE/APAP 10/650MG TAB 100 – QTY            72

Please note the entire order is on hold. Your quick response will ensure your entire order will be released in a timely manner.

Any questions, let me know, please respond to Master.Data.group@watson.com.

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02179768



**Bettina C. Dwor**
**Master Data Administrator**
**Actavis**
**Morris Corporate Center III**
**400 Interpace Parkway, Bldg A**
**Parsippany, NJ 07054**
**P. 862.261.7071**
**F. 862.261.7808**

This message and its attachments are intended for the named addressee only, and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you have by coincidence or mistake received this email and its attachments, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message or its attachments if you are not the intended recipient. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis, Inc. or its affiliates.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02179769

```
6/26/13  SH080B              ITEM SOLD REPORT               PAGE  1
DIVISION 00                FROM 5/01/13 TO 0/00/00
    ITEM
    NO.   DESCRIPTION                 CATEGORY
    972422 EA  100 OXYCODONE APAP 10/650MG TAB OS    GEN
    CUSTOMER                      INVOICE INVOICE       NET   EXTENDED TRANS
    NO.   DESCRIPTION              NO.      DATE    QTY PRICE   AMOUNT  CODE
    9812  BATAVIA COMMUNITY PHCY   MLI 1641210  5/01/13  1  31.800   31.80
    4350  *ARENSBERG #2 W.CHURCH ST REM 1642230 5/06/13  3  31.800   95.40
    9925  SLONE'S DISCOUNT PHARMACY MLI 1642511 5/07/13  2  31.800   63.60
  852600  LOOP PLAZA DISC PHARM RX MLI 1642631 5/07/13  1  31.800   31.80
    9720  COMMUNITY PHARMACY       MLI 1643249  5/09/13  2  31.800   63.60
    9925  SLONE'S DISCOUNT PHARMACY MLI 1643290 5/09/13  4  31.800  127.20
   36129  HIGHLAND SQUARE PHARMACY MLI 1643682  5/10/13  2  31.800   63.60
    9779  MAPLE LEAF HILLTOP PHCY  MLI 1643694  5/10/13  1  31.800   31.80
   19785  TRUMBULL MAHONING MED GRP MLI 1643697 5/10/13  2  31.800   63.60
    9954  MIDDLETOWN PHARMACY      MLI 1643974  5/13/13  1  31.800   31.80
    9958  MARWOOD LOW COST PHCY    MLI 1644051  5/13/13  4  31.800  127.20
  522288  *FAIRFIELD PHARMACY      REM 1644075  5/13/13  1  31.800   31.80
    9833  VALUE-MED, INC PNTSVL    MLI 1644351  5/14/13  5  31.800  159.00
   27200  HOMETOWN PHARMACY INEZ  /MLI 1644722  5/15/13  3  31.800   95.40
    9833  VALUE-MED, INC PNTSVL    MLI 1645058  5/16/13  3  31.800   95.40
   35430  MCMEANS #1 ASHLAND       MLI 1645089  5/16/13  5  31.800  159.00
TEMPORARY SHORT
  852600  LOOP PLAZA DISC PHARM RX MLI 1645111  5/16/13  2  31.800   63.60
TEMPORARY SHORT
    9833  VALUE-MED, INC PNTSVL    MLI 1645766  5/20/13  6  31.800  190.80
  522288  *FAIRFIELD PHARMACY      REM 1646083  5/21/13  1  31.800   31.80
  852600  LOOP PLAZA DISC PHARM RX MLI 1646202  5/21/13  2  31.800   63.60
   35430  MCMEANS #1 ASHLAND       MLI 1646475  5/22/13  5  31.800  159.00
   19785  TRUMBULL MAHONING MED GRP MLI 1646888 5/23/13  2  31.800   63.60
    9833  VALUE-MED, INC PNTSVL    MLI 1646918  5/23/13  6  31.800  190.80
   38659  DELPHOS DISCOUNT DRUG    MLI 1647232  5/24/13  1  31.800   31.80
   23510  *GERMANTOWN PRESCRIP     REM 1647251  5/24/13  1  31.800   31.80
   20375  *EASTERDAY PHARMACY      REM 1647521  5/28/13  1  31.800   31.80
TEMPORARY SHORT
  850650  DENNIS' PHARMACY       @ MLI 1647638  5/28/13  3  31.800   95.40- CR MEMO
    9779  MAPLE LEAF HILLTOP PHCY  MLI 1647655  5/28/13  1  31.800   31.80
    9812  BATAVIA COMMUNITY PHCY   MLI 1648034  5/29/13  1  31.800   31.80
    9917  FAMILY DRUG WHEELWRIGHT  MLI 1648305  5/30/13  1  31.800   31.80
   35430  MCMEANS #1 ASHLAND       MLI 1648307  5/30/13  5  31.800  159.00
TEMPORARY SHORT
    9954  MIDDLETOWN PHARMACY      MLI 1648379  5/30/13  2  31.800   63.60
TEMPORARY SHORT
  696105  TUG VALLEY PHARMACY,LLC  MLI 1649020  6/03/13  4  31.800  127.20
TEMPORARY SHORT
   35430  MCMEANS #1 ASHLAND       MLI 1649822  6/05/13 10  31.800  318.00
TEMPORARY SHORT
    4350  *ARENSBERG #2 W.CHURCH ST REM 1649920 6/05/13  1  31.800   31.80
TEMPORARY SHORT
  522288  *FAIRFIELD PHARMACY      REM 1650593  6/07/13  2  31.800   63.60
TEMPORARY SHORT
   35445  MCMEANS #2 SOUTH POINT   MLI 1650669  6/07/13  3  31.800   95.40
    9779  MAPLE LEAF HILLTOP PHCY  MLI 1651011  6/10/13  1  31.800   31.80
    4350  *ARENSBERG #2 W.CHURCH ST REM 1651093 6/10/13  1  31.800   31.80
   36129  HIGHLAND SQUARE PHARMACY MLI 1651455  6/11/13  1  31.800   31.80
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02179770

```
  9925  SLONE'S DISCOUNT PHARMACY  MLI 1651776  6/12/13   2  31.800    63.60
 35430  MCMEANS #1 ASHLAND         MLI 1651841  6/12/13  12  31.800   381.60
 59884  WESTSIDE PHARMACY          MLI 1652173  6/13/13   2  31.800    63.60
852600  LOOP PLAZA DISC PHARM RX   MLI 1652179  6/13/13   2  31.800    63.60
696105  TUG VALLEY PHARMACY,LLC    MLI 1652460  6/14/13   6  31.800   190.80
522288  *FAIRFIELD PHARMACY        REM 1652804  6/17/13   2  31.800    63.60
 35430  MCMEANS #1 ASHLAND         MLI 1653496  6/19/13   5  31.800   159.00
 35445  MCMEANS #2 SOUTH POINT     MLI 1653525  6/19/13   2  31.800    63.60
696105  TUG VALLEY PHARMACY,LLC    MLI 1653857  6/20/13   6  31.800   190.80
```

```
6/26/13  SH080B              ITEM SOLD REPORT              PAGE  2
DIVISION 00               FROM 5/01/13 TO 0/00/00
  ITEM
  NO.   DESCRIPTION                   CATEGORY
  972422 EA   100 OXYCODONE APAP 10/650MG TAB OS   GEN
CUSTOMER                     INVOICE  INVOICE         NET  EXTENDED  TRANS
  NO.   DESCRIPTION            NO.     DATE    QTY   PRICE  AMOUNT   CODE
716688  NORTHERN HILLS PHARMACY   MLI 1653910  6/20/13   5  31.800   159.00
 23510  *GERMANTOWN PRESCRIP      REM 1654221  6/21/13   4  31.800   127.20
  9954  MIDDLETOWN PHARMACY       MLI 1654284  6/21/13   4  31.800   127.20
 19785  TRUMBULL MAHONING MED GRP MLI 1654292  6/21/13   3  31.800    95.40
525188  YOST PHARMACY             MLI 1654594  6/24/13   1  31.800    31.80
 38659  DELPHOS DISCOUNT DRUG     MLI 1654638  6/24/13   2  31.800    63.60
  9958  MARWOOD LOW COST PHCY     MLI 1654954  6/25/13   3  31.800    95.40
                  ITEM SHIPPED       126 ***     4006.80 ***
                  ITEMS OMITTED       32 ***     1017.60 ***
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                           ALLERGAN_MDL_02179771

# WATSON Pharma, Inc.

**SOMS Investigation Form**

A Subsidiary of Watson Pharmaceuticals, Inc.
311 Bonnie Circle, P.O Box 1900, Corona, CA 92878-1900
Tel: 800-272-5525 * Fax: 951-735-2871

| Sales Order Date | Purchase Order # | Order # |
|---|---|---|
| 06/26/2013 | 0446902 | 636885 |

| Sold To #: 1201428 | | Ship To #: 1201428 | |
|---|---|---|---|
| Name | MIAMI-LUKEN INC | Name | MIAMI-LUKEN INC |
| Street | 265 PIONEER BLVD | Street | 265 PIONEER BLVD |
| City | SPRINGBORO | City | SPRINGBORO |
| State | OH  45066 | State | OH  45066 |

| Item # | Material # | Description | Order Qty | Sales Unit | Description | COT Avg./ord | COT Avg./mth | Cust Allow/ord | Cust Allow/mth | MTD Qty | Pending Qty | Release Qty | Reason Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 00591321472 | FENTANYL PATCH 100MCG 5 | 24  5 | EA | Suspect (Cus Av/mth) | 138 | 32,551 | 63 | 91 | 72 | 0 | 24 | 12 |
| 30 | 00591321372 | FENTANYL PATCH 75MCG 5 | 24  24 | EA | Suspect (Cus Av/mth) | 112 | 23,643 | 48 | 48 | 48 | 0 | 24 | 12 |
| 110 | 00591082501 | OXYCODONE/APAP 10/650MG TAB 100 | 72  103 | EA | Suspect (Cus Av/mth) | 131 | 25,304 | 35 | 53 | 84 | 0 | 72 | |

**DEA Contacted / Date / Action**

Signature _____

| Customer Support Representative | Date | Manager Call Center Operations | Date |

Location  ☐ 311 Bonnie Circle, Corona, CA 92880     ☐ 311 Bonnie Circle, Corona, CA 92880
          ☐ 400 Interpace Parkway, Parsippany, NJ 07054     ☐ 400 Interpace Parkway, Parsippany, NJ 07054

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02179772