PSJ10 Exh 43

| | |
|---|---|
| **From:** | Trugman, Joel |
| **Sent:** | Monday, June 29, 2015 3:43 PM |
| **To:** | Brolly, Tara |
| **Cc:** | Zhuang, Wei; Raczkowski, Victor; Li, Kim; Sachdev, Puneet; Trugman, Joel; Despain, Wendy |
| **Subject:** | RE: Tara's Email |

Tara-

Thanks for the call.

As we discussed, please keep the following people updated over the next 1-2 weeks as you and Regulatory submit this REMS assessment report.

Puneet Sachdev (Project Management)
Joel Trugman (Clinical Development)
Kim Li (Safety)
Wendy Despain (Regulatory)
Wei Zhuang (Regulatory)
Victor Raczkowski (Regulatory)

As we discussed, the RPC stands for REMS Program Companies (is this correct) and this RPC is apparently a consortium that deals with opioid REMS. This is a separate consortium from our OPC (Opioid Consortium) that deals with the PMRs. ??

**Joel M. Trugman, M.D.**
Senior Director
Clinical Development – CNS
Allergan plc
Harborside Financial Center – Plaza V
Jersey City, NJ 07311
Work: 201-427-8681
Cell: 434-996-5080

**From:** Brolly, Tara [mailto:Brolly_Tara@Allergan.com]
**Sent:** Monday, June 29, 2015 6:08 PM
**To:** Trugman, Joel
**Subject:** Tara's Email

**Tara Brolly, RN, BSN, JD**
Director, Risk Evaluation and Mitigation Strategies (REMS)

1

EXHIBIT 17
WIT: Allergan [illegible]
DATE: 10-26-18
C. Campbell, RDR CRR CSR #13921

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ALLERGAN_MDL_01335569

Global Patient Safety & Epidemiology
Tel: 908.203.2259
Mobile: 908.421.0765
Email: brolly_tara@allergan.com

ALLERGAN

This e-mail, including any attachments, is meant only for the intended recipient and may be a confidential communication or a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify the sender immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            ALLERGAN_MDL_01335570