PSJ10 Exh 45

| | |
|---|---|
| From: | Daily Inventory Report |
| Sent: | Friday, December 11, 2015 7:18 AM |
| To: | Daily Inventory Report; Abraham, Biju; Agbato, Isi; Ali, Omara; Allis, Danny; 'Amato, Lynn M.'; Arleen Sandoz; Athan, Stephen; Balaramakrishnan, Arun; Baran, Nancy; Barriero, Sherilyn; Barros, Cecilia; Bates, Francis; Beideman, Diane; Bellmeyer, Darryl; Beyger, Joseph; Bhe, Mindy; Bicho, Mary C. (C.P.M.,CPSM); Bisaro, Paul; Bjorgvinsdottir, Linda Yr; 'Bossenmayer, Antoinette'; Boyer, Andrew; Branning, Todd; Brunner, Patrick; Burgos, Daniel; Cachia, Patrick; 'Campbell, Sheila'; 'Candea, Robert'; Cassano, Briana; Cerra, Melba; Rey, Carlos; 'Chin, Weldon'; Chipalkatti, Swapnil; 'Chua-Fernando, Luinor'; Cipkins, Ann; Clark, Napoleon; Clarke, Neil; Conti, Pamela; Crespo-Rodriguez, Sandra; Cucalon, Catherine; Customer Relations; Daigneault, Donna; Dave, Ashesh; Del Ponte, Ashley; Delicato, Tony; Diaz, Thansee; DiVita, Kristen; Dommermuth, Ellen; Doornbos, RJ; Dundas, Alana; Elvin, David; Escobar, Javier; Evolga, Alexis; Falkin, Marc; Fallon, John; 'Ferguson, Scott'; Ferreira-Foley, Arianna; Ferrell, Sharon; 'Fisher, Clay'; Flores, Luis; Frank Rodriguez; Fung, Elizabeth; Galenkamp, Paul; Gardner, Donna; Gene, Darrell; George, Sulinda; Gilligan, Claire; Glickman, Stuart; Gomez Rodriguez, Miguel; Gordon, Nicholas; 'Goulden, Christina'; 'Griffin, Thomas'; 'Grover, Edward'; Gudlaugsdottir, Helga; Gupta, Mohit; Hamilton, Brian; Hartzell, Carolyn; Hauck, Christopher; Haurissa, Carmen; Hegarty, Thomas; Hellstern, Matthew; Hetrick, Walter; Hooper, Rob; Hormilla, Julian; Howard, Jeffrey; Hume, Jacqueline; Jackson, Sonya; Jakob, Jeffrey; Kane, William; Khabra, Vick; 'King, Brianne'; King, Jessica; Koebler, Lisa; Koetsch, Robert; Koleto, Christina; 'Kollar, Kevin'; 'Kona, Bharat'; Kosiba, David; 'Kramer, Abigail'; Kuderka, Michael; Kulik, Robert; Lahoz, Lina; Lamborn, Lee; Lappas, Panos; 'Lappin, Kelly'; Le, Erin; Lesny, Maria; Li, Yuping; Maiolo, Christine; Manasse, Christie; Mangondato, Khalil; 'Marlow, David'; 'Martin, Marleah'; Martinez, Jorge; Mastrosimone, Laura; Mcadoo, Patricia; McConkey, William; Mcdonough, Kathleen; McHugh, James; Mcleod, Jessica; Millar, Willis; 'Minchey, Garry'; Monakhova, Alina; Moore, Tiffany N.; Morris, Brant; Murray, Eugene; Myers, David; Nieves, Joanne; Nizio, Brian; Novick, Glenn; Omelczuk, Marcelo; Padilla, Edgar; Panarello, Anthony; Patel, Dhaval; Perrino, Lisa; Perry, Christina; Persaud, Kaminie; Petroski, Elaine; Pinti, Laura; Porter, Jennifer; Preter, Justin; Raghavan, Vijay; Ramkirath, Vidya; 'Rana, Dipti'; Rebeco, Noemi; Reed, Michael; Regan, Jeffery; ReillyEvans, Tyler; Renna, Steven; Rieping, Robert; Rivera, Zandra; Roach, Keith; Rodriguez, Janet; Rogerson, Richard; Rosenbaum, Mark; Ruiz, Diego; Russell, Vance; Saakyan, Violet; Santos Berrios, Yanira; Scaria, Elizabeth; Schwier, James; 'Scrudato, Salvatore'; 'Sequeira, Francis'; 'Sherwood, Gregory'; Sierra, Margarita; Singh, Harvinder; Singh, Harvinder; Smith, Brian - Product Manager; Snyder, Julie; Solis, Julie; Spigiel, John; Stawicki, Nicholas; Steinberger, Susan; Stewart, Robert A; Strouss, Meghan; 'Sutton, Madeleine'; Swanton, Wayne; Taveras, Randol; Thiel, Christina; Topalovic, Petar; Topolinski, Randall; Toro, Jose; Torres, Luis; Turner, Brandon; Tyagi, Vipin; 'Van Houten, Alexa'; Van Winden, Michael; Vella, Sergio; Viegas, Ryan; 'VonArb, Megan'; Wallace, Douglas; 'Wambolt, Erika'; Wang, Jennifer; Weatherford, Ryan; 'Whalen, Rhonda'; 'Williams, Wayne'; Williamson, James; Wisner-Felch, Melissa; Woods, Mary; Yelton, Doug; Yeung, Steven; Zack, Melissa; Zavaleta, Sara; Zerillo, Jeffrey; Hedden, Whitney; Sanyal, Debasish; Nair, Vinod; Liberto, Erin; Walker-Johnson, Denise; Breuer, Curtis; Dean, Christopher; Morrison, Chris; Lichtenberger, Richard |
| Subject: | Daily Back-order Report for 12/11 |
| Attachments: | Daily Inventory Report (Dollars)2015.12.11.xlsm |

EXHIBIT 30
WIT: Allergan Kaufhold
DATE: 10 36 78
C. Campbell, RDR CRR CSR #13921

1

To All,

Attached, please find the SAP Daily Back-order Report for today. Total dollars on back-order for "Orders less than Inventory Available to Customer." to **$17,286,465.**
Please note the following breakout:

Generic breakout:

| | |
|---|---:|
| TPM Rx Value - | $4,784,451 |
| Internal Rx Value - | $569,380 |
| Total Value - | $5,353,831 |

Brand breakout:

| | |
|---|---:|
| TPM Rx Value - | $1,221,488 |
| Internal Rx Value - | $10,396,462 |
| Total Value - | $11,617,950 |

OTC Value (including Nicotine Gum) breakout:

| | |
|---|---:|
| TPM Rx Value - | $264,795 |
| Internal Rx Value - | $49,889 |
| Total Value - | $314,684 |

Commentary:

Total dollars on backorder for orders less than inventory available to customer, decreased from $24,635,199 on 12/10/2015 to $17,286,465. Major changes are as follows:

- LINZESS 290MCG CAP 30 count backorders decreased by $5.1MM. Brand order management strategy
- ARMOUR THYROID 1G TAB 100 count backorders decreased by $1.4MM. Shipments received, clearing backorders.
- ADAPALENE 0.3% GEL 45G count backorders decreased by $1.1MM. Shipments received, clearing backorders.
- OXYCODONE HCL CR 40MG TAB 100 count backorders decreased by $471K. Current orders decrease.

Kind Regards,
**Ebenezer Ankrah**
Inventory Optimization Co-op
Allergan plc
400 Interpace Parkway, Bldg D

2

Parsippany, NJ 07054
Email: Ebenezer.Ankrah@actavis.com



This message and its attachments are intended for the named addressee only, and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you have by coincidence or mistake received this email and its attachments, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message or its attachments if you are not the intended recipient. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis or its affiliates.

This e-mail, including any attachments, is meant only for the intended recipient of the transmission, and may be a confidential or privileged communication. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01489488