PSJ10 Exh 46

| From: | Steve Kane <skane@catalyst-agency.com> |
| To: | David Myers |
| CC: | Dorothy McEntee |
| Sent: | 9/13/2010 5:41:44 PM |
| Subject: | Re: Buprenorphine advertisement |

Hi David,

Drum roll please. Please find rough concepts for the Buprenorphine ad attached.

As always, we look forward to your thoughts and feedback.

Best,
Steve

catalyst

**Steve Kane**
Managing Director
914 207 1108
m 914 318 6351
f 914 207 1109
www.catalyst-agency.com
Making Complicated Things Simple



Confidential

Acquired_Actavis_01373136

# Leave the past behind.



**Buprenorphine HCl Sublingual Tablets**

actavis
creating value in pharmaceuticals

Acquired_Actavis_01373137



*Independence day.*

**Buprenorphine HCl Sublingual Tablets**



Acquired_Actavis_01373138

# A new start.



**Buprenorphine HCl Sublingual Tablets**



Acquired_Actavi s_01373139

# *Break the ties that bind.*



## *Buprenorphine HCl Sublingual Tablets*



Acquired_Actavis_01373140

# *A bright new path.*



## *Buprenorphine HCl Sublingual Tablets*



Acquired_Actavis_01373141

# *A fresh new start.*



## *Buprenorphine HCl Sublingual Tablets*



Acquired_Actavis_01373142

# Finding the way home.



## Buprenorphine HCl Sublingual Tablets



Acquired_Actavis_01373143

*Free at last.*



*Buprenorphine HCl Sublingual Tablets*



Acquired_Actavis_01373144

# *Toward a brighter tomorrow.*



**Buprenorphine HCl Sublingual Tablets**



Acquired_Actavi s_01373145

# *A road to freedom.*



## *Buprenorphine HCl Sublingual Tablets*



Confidential

Acquired_Actavis_01373146



**Breaking free.**

*Buprenorphine HCl Sublingual Tablets*



On Aug 31, 2010, at 5:23 PM, David Myers wrote:

Dorothy,

As we discussed, we'd like to begin development on a new drug we expect to be approved in October. Here are the details of the product:

- Buprenorphine Hydrochloride Sublingual Tablets
- Two strengths: 2mg and 8mg. We will have both
- Indication: Buprenorphine HCl Sublingual Tablets are indicated in the treatment of opioid dependence.
- Significance of approval: Showcases our research capability. This is a complex product to get approved.

Confidential

Acquired_Actavi s_01373147

• We may have a possible first-to-market - Let's see if we can highlight this in a way that it can be easily removed if necessary.

As usual, we will be utilizing the lyrical format for our ad development - please let your imagination run free on rough concepts. But please keep in mind the usual constraints we operate within; we can't use a concept that has too much direct relation to opioid addiction. It can be "indication" adjacent... much like we used the moon in the Zolpidem ad, but didn't say ANYTHING about it making you sleep.

Do you think it would be possible to see rough concepts by 9/10 or 9/13?

Thanks,

David

**David Myers**
*Senior Manager, Products & Communications*

<image001.gif>

Actavis
60 Columbia Rd. Bldg B    *t* +1 973-993-4503 @ DMYERS@actavis.com
Morristown , NJ 07960 United States *f* 973-993-4302 *w* www.actavis.com
Internal VoIP number *t* 1254503

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

Acquired_Actavis_01373148

catalyst

Confidential

Acquired_Actavi s_01373149

# Leave the past behind.





## Buprenorphine HCl Sublingual Tablets



Acquired_Actavis_01373150



# Independence day.

## *Buprenorphine HCl Sublingual Tablets*



# *A new start.*



## *Buprenorphine HCl Sublingual Tablets*





# Break the ties that bind.

*Buprenorphine HCl Sublingual Tablets*



Acquired_Actavi s_01373153

# A bright new path.



## Buprenorphine HCl Sublingual Tablets



Confidential

Acquired_Actavis_01373154

# A fresh new start.



## Buprenorphine HCl Sublingual Tablets



Confidential

# Finding the way home.



## Buprenorphine HCl Sublingual Tablets



Confidential

Acquired_Actavis_01373156

# Free at last.



## Buprenorphine HCl Sublingual Tablets



Confidential

# Toward a
# brighter tomorrow.



## Buprenorphine HCl Sublingual Tablets



Confidential

# A road to freedom.



## Buprenorphine HCl Sublingual Tablets



Confidential



Confidential

Acquired_Actavis_01373160