# PSJ10 Exh 51

**From:** Michael Perfetto <MPerfetto@actavis.com>
**To:** Doug Boothe
**Sent:** 2/20/2008 1:39:10 AM
**Subject:** Programs
**Attachments:** stragetic program tracking sheet.xls

<<stragetic program tracking sheet.xls>>

Let me know if I missed anything.

Your ADM.

Michael Perfetto
Vice President, Sales
Actavis US
Cell 908 - 868 -9778
Office 607-724-2930
Fax 607-724-0322



Confidential

Acquired_Actavis_00002258

**File Provided Natively**

Highly Confidential

Acquired_Actavis_00002259

| | STRATEGIC PROGRAM TRACKING SHEET - Major Wholesalers | | | | | 18-Feb-07 | |
|---|---|---|---|---|---|---|---|
| **Account** | **Share (%)** | **Key Contact(s)** | **Contact Date(s)** | **Key Dates** | **Program Type** | **Notes** | **Est Value (RR)** |
| ABC | 6-8% | Marc Kulicki, VP Joe Lefevbre, Director | Fall '07, 12/7, 1/22, ongoing, ECRM, Trip to India | April 1 for Fentanyl | 'True' profit split (Distribution and Manfucturer profits) across complete Actavis range. Program would also include select new products and reset annually based on profit true-ups | Fentanyl requirements understood. Revised offer by 2/22. Fentanyl recall delay. | $20M |
| Cardinal Health | 6-8% | Craig Cowman, VP Hanna Watson (Almus) | Fall '07, Jan 5-12 (Bid), ongoing ECRM | March 7th (Morristown) | Private label deal for selected SOD products to be supplied under "Almus" label as primary Cardinal Source volumes. Lists prioritized and Actavis successful on multiple lines, including Alprazolam, Propranolol, Others. Leverage deal into Phase 2 and new products. | Contract being finalized. Approx $10-$12M in incremental business (annualized). First ships as soon as 4/1. | $10-12M |
| McKesson | 6-8% | Saul Factor (SVP) Ivan Elias (VP) | Fall '07, Jan 8 (SF), Feb 12 (GPhA), ongoing | March 11th (DCAT) | Private label deal for selected India-based ANDAs for exclusive (or semi-exclusive) US Distribution (e.g. Simvastatin) via McKesson One-Stop Progam. 2008/09 Pipeline products of highest initial interest. | Enabled Propranolol win at McKesson (Feb '07), Potential on Clonidine, other SODs in interim. | $5-8M |
| | STRATEGIC PROGRAM TRACKING SHEET - Direct Chain Stores and Select Wholesalers/Distributors | | | | | 18-Feb-07 | |
| **Account** | **Share (%)** | **Key Contact(s)** | **Contact Date(s)** | **Key Dates** | **Program Type** | **Notes** | |
| Morris Dixon | 1% | Skipper Dickson (owner) and Dale Kelley (Generics purchasing lead) | Feb 20th (Divya and Mike Berryman) | Feb 29 for program bid | Proposed Actavis "Strategic Points Program" for targeted accounts. Accounts receive upfront payments and annual rebate based on # and value of incremental base and new products committed. | Awaiting 2/20 meeting feedback | |
| Longs | 1.5% | JD McCall (Generics Buyer) & Frank Scorpiniti (VP OPS) | Fall '07, 12/14, and 1/9 (SF) | TBD | Proposed Actavis "Strategic Points Program" for targeted accounts. Account lacking Sr. Pharmacy lead, so MP and DB to approach VP Operations via personal contacts. | Proposed offer sent out 2/22. Currently with ABC with selected carve-out potential. | |
| Safeway | 3% | Tonya Johnson Buyer | Fall '07, 1/10 (SF), ECRM | N/A | Proposed Actavis "Strategic Program" with pipeline overview. Safeway has decided to abandon direct purchasing and is reverting to McKesson One Stop program | In discussions regarding potential 'carve-out' portion of McKesson program (e.g. Diltiazem) | |
| Omnicare | 2% | Dan Maloney (VP Purchasing) | Strategic Program in Place (since '05), 2/1/08 | March 7 for progam update | Updating existing Strategic Program with additional incentives for new 08/09 Actavis pipeline products. Recent wins on Finasteride via the existing Strategic Program | Proactive offers on new products with high LTC usage in place. | |
| Kroger/Peyton | 3% | Bob Breetz - Director of Purchasing | Fall '07, 12/9, 1/14, ECRM | TBD | Proposed Actavis "Strategic Points Program" for targeted accounts. Update existing points program to drive additional distribution | Revised offer to be sent by 2/22 | |
| Ahold | 1% | Laura Schneider (Director Purchasing) John Fagan (SVP) | Ongoing, week of 2/25 | Week of Feb 25th | Proposed Actavis "Strategic Points Program" for targeted accounts. Leverage existing account relationships to secure Strategic Program | Revised offer to be sent by 2/26. Leverage Rep relationship. | |
| ANDA | 2% | Marc Falkin (VP Marketing) Jay Barret (VP Purchasing) Al Paonessa (President) | Fall '07, 12/18, 1/15, ongoing, D5ECRM | | Expand existing strategic program (Fentanyl, Nifedipein) to include new 2008 approvals. Propose Actavis "Strategic Points Program" for targeted accounts. Update existing points program to drive additional distribution. Note - Watson is the owner of ANDA, but business operates independently (currently) | Compliance programs underway to drive additional Fentanyl and Nifedepine ER conversion. | |
| Supervalu | 2% | Scott Johnson (VP) | Fall '07, 1/10, 2/13 (ECRM) | | Proposed Actavis "Strategic Points Program" for targeted accounts. Pharmacy buyer recently exited to Taro, so a management gap currently in place. | Follow-up week of 2/25 with personal visit (Scottsdale) | |
| Kinray | 1% | Steve Burns, Director | Fall '07, ongoing | | Proposed Actavis "Strategic Points Program" for targeted accounts. | Follow-up week of 2/25 with personal visit (Whitestone) | |
| HEB | 2% | Will Stripling, Buyer | Fall '07, 2/12 (ECRM) | N/A | Proposed Actavis "Strategic Points Program" for targeted accounts. Leverage existing account relationships to secure Strategic Program | Awarded all major new product launches. Solidify for balance of 2008 launches. | |
| Schnucks/GE | 1% | Kevin Wingerter, Cat. Manager | Ongoing, ECRM | | Proposed Actavis "Strategic Points Program" for targeted accounts. Leverage existing account relationships to secure Strategic Program | Awarded all major new product launches. Solidify for balance of 2008 launches. | |
| Publix | 1% | Paul Hines, Director | Ongoing, ECRM | | Proposed Actavis "Strategic Points Program" for targeted accounts. Leverage existing account relationships to secure Strategic Program | Awarded all major new product launches. Solidify for balance of 2008 launches. | |
| Walmart | 5% | David Badeen, Pharmacy Buyer | Ongoing, 2/6, ECRM | | Proposed Actavis "Strategic Points Program" for new distribution. Ongoing strategic discussion on bulk/compliance units in support of Walmart initiative | Revised offer to be sent by 2/28. | |
| Express Scripts | 3% | Kevin McElfresh | Ongoing, ECRM | | In consideration | TBD | |
| TOTAL (ex. ESI) | 26% | | | | | | |
| ECRM - meeting was 2/10/08 to 2/13/08. | | | | | | | |