PSJ10 Exh 54

Document Produced in Native Format

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_04240833

## Opera Spend Analytics
*Spend is based on posted invoices (not accrual-based)*

**The following Spend Categories have been excluded from this workbook:**
  DIRECT MATERIALS
  RESEARCH & DEVELOPMENT
  EXCLUSIONS

| USD Amount | Global Spend | | | North America Spend | | | Ex-North America Spend | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Invoice Posting Date | | | Invoice Posting Date | | | Invoice Posting Date | | |
| Commodity Hierarchy | FY 2013 | Oct 2014 YTD | Grand Total | FY 2013 | Oct 2014 YTD | Grand Total | FY 2013 | Oct 2014 YTD | Grand Total |
| SALES & MARKETING | 607,968,035 | 595,649,374 | 1,203,617,408 | 495,501,914 | 511,160,097 | 1,006,662,012 | 112,466,121 | 84,489,276 | 196,955,397 |
| CORPORATE | 257,151,823 | 147,201,360 | 404,353,183 | 170,578,652 | 85,247,340 | 255,825,992 | 86,573,171 | 61,954,020 | 148,527,191 |
| PROFESSIONAL SERVICES | 157,903,506 | 168,224,151 | 326,127,657 | 139,152,865 | 154,313,753 | 293,466,619 | 18,750,641 | 13,910,398 | 32,661,039 |
| IT | 169,672,400 | 138,132,517 | 307,804,917 | 155,975,516 | 128,148,959 | 284,124,475 | 13,696,884 | 9,983,558 | 23,680,442 |
| TRANSPORTATION & DISTRIBUTION | 160,669,453 | 147,004,394 | 307,673,848 | 104,280,909 | 102,407,475 | 206,688,385 | 56,388,544 | 44,596,919 | 100,985,463 |
| HUMAN RESOURCES | 111,009,029 | 100,150,657 | 211,159,686 | 74,209,334 | 75,645,675 | 149,855,009 | 36,799,696 | 24,504,982 | 61,304,677 |
| Other | 114,493,302 | 80,721,934 | 195,215,235 | 51,866,587 | 34,127,847 | 85,994,433 | 62,626,715 | 46,594,087 | 109,220,802 |
| FACILITIES | 66,322,220 | 66,364,005 | 132,686,224 | 39,654,956 | 46,179,086 | 85,834,041 | 26,667,264 | 20,184,919 | 46,852,183 |
| MANUFACTURING/OPERATIONS | 45,874,898 | 51,608,197 | 97,483,095 | 35,474,324 | 40,533,362 | 76,007,686 | 10,400,574 | 11,074,835 | 21,475,409 |
| CAPITAL | 34,843,706 | 23,934,728 | 58,778,434 | 30,980,479 | 18,114,105 | 49,094,584 | 3,863,227 | 5,820,623 | 9,683,850 |
| Grand Total | 1,725,908,372 | 1,518,991,317 | 3,244,899,688 | 1,297,675,535 | 1,195,877,700 | 2,493,553,234 | 428,232,837 | 323,113,617 | 751,346,454 |

**Notes:**
Spend classification for North America data has been validated / refined with North America stakeholders
Spend classification for ex-North America global data is in progress, target completion end of 2014

**North America spend includes the following company codes:**
  0129 (ALLERGAN USA, INC.)
  0120 (ALLERGAN SALES LLC.)
  0010 (ALLERGAN INC)
  0500 (ALLERGAN INC. CANADA)

**EXCLUSIONS represents spend that is not typically actionable from a Strategic Sourcing / Procurement perpsective:**
  Rebates
  Reimbursements
  Royalties
  Taxes
  Employee Payments / Reimbursements (non-payroll)
  Origination & Warranty
  Donations
  Settlements & Penalties
  Interest

# Opera Spend Analytics
*Spend is based on posted invoices (not accrual-based)*

**The following Spend Categories have been excluded from this workbook:**
DIRECT MATERIALS
RESEARCH & DEVELOPMENT
EXCLUSIONS

| USD Amount | | Global Spend | | | North America Spend | | | Ex-North America Spend | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Posting Date | | | Invoice Posting Date | | | Invoice Posting Date | | |
| Spend Category | Sub-Category | FY 2013 | Oct 2014 YTD | Grand Total | FY 2013 | Oct 2014 YTD | Grand Total | FY 2013 | Oct 2014 YTD | Grand Total |
| **SALES & MARKETING** | | 607,968,035 | 595,649,374 | 1,203,617,408 | 495,501,914 | 511,160,097 | 1,006,662,012 | 112,466,121 | 84,489,276 | 196,955,397 |
| | AGENCIES | 309,339,363 | 313,176,846 | 622,516,209 | 285,619,029 | 298,259,185 | 583,878,214 | 23,720,334 | 14,917,661 | 38,637,995 |
| | SALES OPERATIONS | 71,579,272 | 54,922,255 | 126,501,527 | 44,367,517 | 33,347,161 | 77,714,678 | 27,211,755 | 21,575,094 | 48,786,849 |
| | MEETINGS & EVENTS | 63,873,379 | 52,021,741 | 115,895,120 | 35,802,457 | 30,106,722 | 65,909,179 | 28,070,922 | 21,915,019 | 49,985,941 |
| | MARKET RESEARCH | 56,967,675 | 53,280,031 | 110,247,706 | 48,297,158 | 46,047,954 | 94,345,112 | 8,670,517 | 7,232,078 | 15,902,594 |
| | CONSUMER BENEFITS | 28,571,330 | 57,338,537 | 85,909,866 | 22,333,260 | 53,023,825 | 75,357,084 | 6,238,070 | 4,314,712 | 10,552,782 |
| | PRINT & PATIENT EDUCATION | 23,039,767 | 21,115,424 | 44,155,191 | 14,168,371 | 13,428,968 | 27,597,340 | 8,871,396 | 7,686,455 | 16,557,851 |
| | CALL CENTER | 21,371,551 | 15,279,564 | 36,651,115 | 21,371,551 | 15,279,564 | 36,651,115 | | | |
| | SALES & MARKETING - GENERAL | 13,230,794 | 10,857,758 | 24,088,552 | 4,344,005 | 4,998,926 | 9,342,931 | 8,886,789 | 5,858,832 | 14,745,621 |
| | GLOBAL HEALTH OUTCOMES | 9,248,048 | 5,760,429 | 15,008,478 | 9,248,048 | 5,760,429 | 15,008,478 | | | |
| | MEDICAL AFFAIRS | 6,377,871 | 7,531,102 | 13,908,974 | 6,144,851 | 7,119,440 | 13,264,291 | 233,020 | 411,662 | 644,683 |
| | PUBLICATIONS | 3,587,120 | 3,460,590 | 7,047,710 | 3,580,399 | 3,455,691 | 7,036,090 | 6,721 | 4,899 | 11,620 |
| | TRANSLATION SERVICES | 554,457 | 700,517 | 1,254,974 | 125,411 | 222,209 | 347,620 | 429,046 | 478,308 | 907,354 |
| | DIRECT MARKETING | 227,408 | 204,579 | 431,987 | 99,857 | 110,023 | 209,880 | 127,551 | 94,556 | 222,107 |
| **CORPORATE** | | 257,151,823 | 147,201,360 | 404,353,183 | 170,578,652 | 85,247,340 | 255,825,992 | 86,573,171 | 61,954,020 | 148,527,191 |
| | TRAVEL & ENTERTAINMENT | 215,104,673 | 107,442,578 | 322,547,251 | 145,043,920 | 58,700,844 | 203,744,764 | 70,060,753 | 48,741,734 | 118,802,487 |
| | CORPORATE FINANCE | 23,454,684 | 22,208,382 | 45,663,067 | 11,834,178 | 12,921,669 | 24,755,848 | 11,620,506 | 9,286,713 | 20,907,219 |
| | PR & CORPORATION COMMUNICATIONS | 7,551,338 | 7,627,877 | 15,179,215 | 6,256,933 | 6,659,635 | 12,916,569 | 1,294,405 | 968,242 | 2,262,647 |
| | CORPORATE SERVICES | 6,755,747 | 6,546,278 | 13,302,025 | 5,122,341 | 5,156,215 | 10,278,556 | 1,633,406 | 1,390,062 | 3,023,468 |
| | OFFICE SUPPLIES | 4,285,380 | 3,376,245 | 7,661,625 | 2,321,279 | 1,808,976 | 4,130,255 | 1,964,101 | 1,567,269 | 3,531,370 |
| **PROFESSIONAL SERVICES** | | 157,903,506 | 168,224,151 | 326,127,657 | 139,152,865 | 154,313,753 | 293,466,619 | 18,750,641 | 13,910,398 | 32,661,039 |
| | LEGAL SERVICES | 81,394,015 | 77,114,047 | 158,508,062 | 78,901,879 | 75,449,766 | 154,351,645 | 2,492,137 | 1,664,281 | 4,156,418 |
| | CONSULTING | 51,627,659 | 65,893,310 | 117,520,969 | 39,689,340 | 57,269,800 | 96,959,141 | 11,938,318 | 8,623,510 | 20,561,828 |
| | ACCOUNTING/TAX/AUDIT | 19,042,717 | 20,282,920 | 39,325,637 | 15,026,291 | 16,988,738 | 32,015,029 | 4,016,426 | 3,294,182 | 7,310,607 |
| | BANKING & FINANCIAL SERVICES | 5,839,115 | 4,933,874 | 10,772,989 | 5,535,355 | 4,605,449 | 10,140,804 | 303,760 | 328,425 | 632,185 |

# Opera Spend Analytics
*Spend is based on posted invoices (not accrual-based)*

**The following Spend Categories have been excluded from this workbook:**
DIRECT MATERIALS
RESEARCH & DEVELOPMENT
EXCLUSIONS

| USD Amount | | Global Spend | | | North America Spend | | | Ex-North America Spend | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Invoice Posting Date | | | Invoice Posting Date | | | Invoice Posting Date | | |
| Spend Category | Sub-Category | FY 2013 | Oct 2014 YTD | Grand Total | FY 2013 | Oct 2014 YTD | Grand Total | FY 2013 | Oct 2014 YTD | Grand Total |
| IT | | 169,672,400 | 138,132,517 | 307,804,917 | 155,975,516 | 128,148,959 | 284,124,475 | 13,696,884 | 9,983,558 | 23,680,442 |
| | IT SERVICES | 89,345,607 | 71,665,218 | 161,010,825 | 87,665,760 | 70,727,193 | 158,392,953 | 1,679,847 | 938,025 | 2,617,872 |
| | SOFTWARE | 44,888,240 | 37,639,810 | 82,528,050 | 43,750,273 | 36,922,235 | 80,672,508 | 1,137,967 | 717,575 | 1,855,541 |
| | TELECOMMUNICATIONS | 21,103,744 | 17,265,383 | 38,369,127 | 14,031,866 | 12,237,051 | 26,268,917 | 7,071,878 | 5,028,332 | 12,100,210 |
| | HARDWARE | 14,334,809 | 11,562,106 | 25,896,915 | 10,527,616 | 8,262,480 | 18,790,096 | 3,807,193 | 3,299,626 | 7,106,819 |
| TRANSPORTATION & DISTRIBUTION | | 160,669,453 | 147,004,394 | 307,673,848 | 104,280,909 | 102,407,475 | 206,688,385 | 56,388,544 | 44,596,919 | 100,985,463 |
| | 3PL AND DISTRIBUTION | 57,267,608 | 61,087,796 | 118,355,405 | 55,084,806 | 58,841,882 | 113,926,688 | 2,182,803 | 2,245,914 | 4,428,717 |
| | FREIGHT | 57,221,628 | 47,916,264 | 105,137,891 | 35,442,657 | 31,054,131 | 66,496,787 | 21,778,971 | 16,862,133 | 38,641,104 |
| | SHIPPING | 27,585,160 | 20,286,205 | 47,871,365 | 4,363,127 | 4,014,843 | 8,377,970 | 23,222,033 | 16,271,362 | 39,493,395 |
| | WAREHOUSING | 18,595,057 | 17,714,130 | 36,309,187 | 9,390,320 | 8,496,620 | 17,886,939 | 9,204,737 | 9,217,510 | 18,422,248 |
| HUMAN RESOURCES | | 111,009,029 | 100,150,657 | 211,159,686 | 74,209,334 | 75,645,675 | 149,855,009 | 36,799,696 | 24,504,982 | 61,304,677 |
| | BENEFITS | 62,557,639 | 58,096,649 | 120,654,288 | 47,464,280 | 45,756,069 | 93,220,348 | 15,093,360 | 12,340,580 | 27,433,940 |
| | TEMP LABOR | 27,718,265 | 19,894,477 | 47,612,742 | 15,045,898 | 14,307,844 | 29,353,741 | 12,672,367 | 5,586,633 | 18,259,001 |
| | RECRUITING/STAFFING | 9,521,974 | 7,279,050 | 16,801,023 | 6,615,542 | 5,411,663 | 12,027,204 | 2,906,432 | 1,867,387 | 4,773,819 |
| | TRAINING & DEVELOPMENT | 6,307,846 | 5,017,019 | 11,324,865 | 3,363,603 | 2,750,595 | 6,114,198 | 2,944,243 | 2,266,424 | 5,210,667 |
| | EMPLOYEE REWARDS | 2,250,759 | 7,787,737 | 10,038,496 | 1,720,011 | 7,419,505 | 9,139,516 | 530,747 | 368,232 | 898,980 |
| | PAYROLL SERVICES | 2,652,546 | 2,075,725 | 4,728,271 | | | | 2,652,546 | 2,075,725 | 4,728,271 |
| Other | | 114,493,302 | 80,721,934 | 195,215,235 | 51,866,587 | 34,127,847 | 85,994,433 | 62,626,715 | 46,594,087 | 109,220,802 |
| | | 114,493,302 | 80,721,934 | 195,215,235 | 51,866,587 | 34,127,847 | 85,994,433 | 62,626,715 | 46,594,087 | 109,220,802 |
| FACILITIES | | 66,322,220 | 66,364,005 | 132,686,224 | 39,654,956 | 46,179,086 | 85,834,041 | 26,667,264 | 20,184,919 | 46,852,183 |
| | UTILITIES | 24,475,199 | 19,234,832 | 43,710,032 | 12,226,312 | 10,917,712 | 23,144,025 | 12,248,887 | 8,317,120 | 20,566,007 |
| | REAL ESTATE | 21,214,864 | 19,606,908 | 40,821,771 | 12,385,695 | 12,350,345 | 24,736,040 | 8,829,169 | 7,256,563 | 16,085,731 |
| | BUILDING & GROUNDS MAINTENANCE | 11,185,414 | 20,346,891 | 31,532,305 | 9,955,600 | 19,198,228 | 29,153,828 | 1,229,814 | 1,148,663 | 2,378,477 |
| | FOOD SERVICE & CAFETERIA | 3,716,482 | 2,899,593 | 6,616,076 | 70,415 | 74,815 | 145,230 | 3,646,067 | 2,824,778 | 6,470,846 |
| | SECURITY SERVICES | 2,683,465 | 2,395,310 | 5,078,775 | 2,034,828 | 1,806,425 | 3,841,253 | 648,637 | 588,885 | 1,237,522 |

# Opera Spend Analytics
*Spend is based on posted invoices (not accrual-based)*

**The following Spend Categories have been excluded from this workbook:**
DIRECT MATERIALS
RESEARCH & DEVELOPMENT
EXCLUSIONS

| | | Global Spend | | | North America Spend | | | Ex-North America Spend | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **USD Amount** | | **Invoice Posting Date** | | | **Invoice Posting Date** | | | **Invoice Posting Date** | | |
| **Spend Category** | **Sub-Category** | **FY 2013** | **Oct 2014 YTD** | **Grand Total** | **FY 2013** | **Oct 2014 YTD** | **Grand Total** | **FY 2013** | **Oct 2014 YTD** | **Grand Total** |
| | OFFICE FURNITURE | 2,901,568 | 1,851,015 | 4,752,583 | 2,841,329 | 1,804,503 | 4,645,832 | 60,239 | 46,512 | 106,751 |
| | MOVING SERVICES | 145,227 | 29,455 | 174,682 | 140,776 | 27,057 | 167,833 | 4,451 | 2,398 | 6,849 |
| **MANUFACTURING/OPERATIONS** | | **45,874,898** | **51,608,197** | **97,483,095** | **35,474,324** | **40,533,362** | **76,007,686** | **10,400,574** | **11,074,835** | **21,475,409** |
| | MAINTENANCE SERVICES | 23,336,839 | 30,390,805 | 53,727,644 | 22,394,250 | 29,352,545 | 51,746,795 | 942,589 | 1,038,260 | 1,980,850 |
| | MRO | 17,075,651 | 15,264,810 | 32,340,462 | 10,044,737 | 9,190,672 | 19,235,409 | 7,030,914 | 6,074,139 | 13,105,053 |
| | CONTRACT MANUFACTURING | 2,720,025 | 2,293,509 | 5,013,534 | 2,120,191 | 1,611,505 | 3,731,696 | 599,834 | 682,004 | 1,281,838 |
| | MISCELLANEOUS PRODUCTION | 1,035,004 | 2,528,262 | 3,563,266 | 31,391 | 30,333 | 61,724 | 1,003,613 | 2,497,929 | 3,501,542 |
| | MANUFACTURING SERVICES | 1,707,378 | 1,130,811 | 2,838,189 | 883,755 | 348,307 | 1,232,062 | 823,623 | 782,504 | 1,606,127 |
| **CAPITAL** | | **34,843,706** | **23,934,728** | **58,778,434** | **30,980,479** | **18,114,105** | **49,094,584** | **3,863,227** | **5,820,623** | **9,683,850** |
| | CONSTRUCTION MANAGEMENT | 22,840,228 | 12,722,232 | 35,562,460 | 22,840,228 | 12,722,232 | 35,562,460 | | | |
| | CAPITAL EQUIPMENT | 6,144,353 | 7,524,989 | 13,669,342 | 3,613,668 | 2,109,743 | 5,723,411 | 2,530,685 | 5,415,246 | 7,945,931 |
| | ARCHITECTURAL DESIGN & ENGINEERING | 5,859,125 | 3,687,507 | 9,546,632 | 4,526,583 | 3,282,130 | 7,808,714 | 1,332,542 | 405,377 | 1,737,919 |
| **Grand Total** | | **1,725,908,372** | **1,518,991,317** | **3,244,899,688** | **1,297,675,535** | **1,195,877,700** | **2,493,553,234** | **428,232,837** | **323,113,617** | **751,346,454** |

**Notes:**
Spend classification for North America data has been validated / refined with North America stakeholders
Spend classification for ex-North America global data is in progress, target completion end of 2014

**North America spend includes the following company codes:**
   0129 (ALLERGAN USA, INC.)
   0120 (ALLERGAN SALES LLC.)
   0010 (ALLERGAN INC)
   0500 (ALLERGAN INC. CANADA)

| Sum of $USD Amount | | | Invoice Posting Date | | |
|---|---|---|---|---|---|
| Category | Sub-Category | Supplier Name | 2013 | 2014 | Grand Total |
| **SALES & MARKETING** | AGENCIES | | 309,339,363 | 313,176,846 | 622,516,209 |
| | SALES OPERATIONS | | 71,579,272 | 54,922,255 | 126,501,527 |
| | MEETINGS & EVENTS | | 63,873,379 | 52,021,741 | 115,895,120 |
| | MARKET RESEARCH | | 56,967,675 | 53,280,031 | 110,247,706 |
| | CONSUMER BENEFITS | | 28,571,330 | 57,338,537 | 85,909,866 |
| | PRINT & PATIENT EDUCATION | | 23,039,767 | 21,115,424 | 44,155,191 |
| | CALL CENTER | | 21,371,551 | 15,279,564 | 36,651,115 |
| | SALES & MARKETING - GENERAL | | 13,230,794 | 10,857,758 | 24,088,552 |
| | GLOBAL HEALTH OUTCOMES | | 9,248,048 | 5,760,429 | 15,008,478 |
| | MEDICAL AFFAIRS | | 6,377,871 | 7,531,102 | 13,908,974 |
| | PUBLICATIONS | | 3,587,120 | 3,460,590 | 7,047,710 |
| | TRANSLATION SERVICES | | 554,457 | 700,517 | 1,254,974 |
| | DIRECT MARKETING | | 227,408 | 204,579 | 431,987 |
| **SALES & MARKETING Total** | | | 607,968,035 | 595,649,374 | 1,203,617,408 |
| **CORPORATE** | TRAVEL & ENTERTAINMENT | | 215,104,673 | 107,442,578 | 322,547,251 |
| | CORPORATE FINANCE | | 23,454,684 | 22,208,382 | 45,663,067 |
| | PR & CORPORATION COMMUNICATIONS | | 7,551,338 | 7,627,877 | 15,179,215 |
| | CORPORATE SERVICES | | 6,755,747 | 6,546,278 | 13,302,025 |
| | OFFICE SUPPLIES | | 4,285,380 | 3,376,245 | 7,661,625 |
| **CORPORATE Total** | | | 257,151,823 | 147,201,360 | 404,353,183 |
| **PROFESSIONAL SERVICES** | LEGAL SERVICES | | 81,394,015 | 77,114,047 | 158,508,062 |
| | CONSULTING | | 51,627,659 | 65,893,310 | 117,520,969 |
| | ACCOUNTING/TAX/AUDIT | | 19,042,717 | 20,282,920 | 39,325,637 |
| | BANKING & FINANCIAL SERVICES | | 5,839,115 | 4,933,874 | 10,772,989 |
| **PROFESSIONAL SERVICES Total** | | | 157,903,506 | 168,224,151 | 326,127,657 |
| **IT** | IT SERVICES | | 89,345,607 | 71,665,218 | 161,010,825 |
| | SOFTWARE | | 44,888,240 | 37,639,810 | 82,528,050 |
| | TELECOMMUNICATIONS | | 21,103,744 | 17,265,383 | 38,369,127 |
| | HARDWARE | | 14,334,809 | 11,562,106 | 25,896,915 |
| **IT Total** | | | 169,672,400 | 138,132,517 | 307,804,917 |
| **TRANSPORTATION & DISTRIBUTION** | 3PL AND DISTRIBUTION | | 57,267,608 | 61,087,796 | 118,355,405 |
| | FREIGHT | | 57,221,628 | 47,916,264 | 105,137,891 |
| | SHIPPING | | 27,585,160 | 20,286,205 | 47,871,365 |
| | WAREHOUSING | | 18,595,057 | 17,714,130 | 36,309,187 |
| **TRANSPORTATION & DISTRIBUTION Total** | | | 160,669,453 | 147,004,394 | 307,673,848 |
| **HUMAN RESOURCES** | BENEFITS | | 62,557,639 | 58,096,649 | 120,654,288 |
| | TEMP LABOR | | 27,718,265 | 19,894,477 | 47,612,742 |
| | RECRUITING/STAFFING | | 9,521,974 | 7,279,050 | 16,801,023 |
| | TRAINING & DEVELOPMENT | | 6,307,846 | 5,017,019 | 11,324,865 |
| | EMPLOYEE REWARDS | | 2,250,759 | 7,787,737 | 10,038,496 |
| | PAYROLL SERVICES | | 2,652,546 | 2,075,725 | 4,728,271 |
| **HUMAN RESOURCES Total** | | | 111,009,029 | 100,150,657 | 211,159,686 |
| **Other** | Other | | 114,493,302 | 80,721,934 | 195,215,235 |
| **Other Total** | | | 114,493,302 | 80,721,934 | 195,215,235 |
| **FACILITIES** | UTILITIES | | 24,475,199 | 19,234,832 | 43,710,032 |
| | REAL ESTATE | | 21,214,864 | 19,606,908 | 40,821,771 |
| | BUILDING & GROUNDS MAINTENANCE | | 11,185,414 | 20,346,891 | 31,532,305 |
| | FOOD SERVICE & CAFETERIA | | 3,716,482 | 2,899,593 | 6,616,076 |
| | SECURITY SERVICES | | 2,683,465 | 2,395,310 | 5,078,775 |
| | OFFICE FURNITURE | | 2,901,568 | 1,851,015 | 4,752,583 |
| | MOVING SERVICES | | 145,227 | 29,455 | 174,682 |
| **FACILITIES Total** | | | 66,322,220 | 66,364,005 | 132,686,224 |
| **MANUFACTURING/OPERATIONS** | MAINTENANCE SERVICES | | 23,336,839 | 30,390,805 | 53,727,644 |
| | MRO | | 17,075,651 | 15,264,810 | 32,340,462 |
| | CONTRACT MANUFACTURING | | 2,720,025 | 2,293,509 | 5,013,534 |
| | MISCELLANEOUS PRODUCTION | | 1,035,004 | 2,528,262 | 3,563,266 |
| | MANUFACTURING SERVICES | | 1,707,378 | 1,130,811 | 2,838,189 |
| **MANUFACTURING/OPERATIONS Total** | | | 45,874,898 | 51,608,197 | 97,483,095 |
| **CAPITAL** | CONSTRUCTION MANAGEMENT | | 22,840,228 | 12,722,232 | 35,562,460 |
| | CAPITAL EQUIPMENT | | 6,144,353 | 7,524,989 | 13,669,342 |
| | ARCHITECTURAL DESIGN & ENGINEERING | | 5,859,125 | 3,687,507 | 9,546,632 |
| **CAPITAL Total** | | | 34,843,706 | 23,934,728 | 58,778,434 |
| **Grand Total** | | | 1,725,908,372 | 1,518,991,317 | 3,244,899,688 |

| Sum of $USD Amount | | | Invoice Posting Date | | |
|---|---|---|---|---|---|
| Supplier Name | Category | Sub-Category | 2013 | 2014 | Grand Total |
| **MEDIACOM-** | | | 137,542,772 | 166,402,966 | 303,945,738 |
| | SALES & MARKETING | | 137,542,772 | 166,402,966 | 303,945,738 |
| **AMERICAN EXPRESS INC.-** | | | 101,430,523 | 10,488,209 | 111,918,732 |
| | CORPORATE | | 78,345,732 | 7,829,865 | 86,175,596 |
| | Other | | 20,426,878 | 2,352,316 | 22,779,194 |
| | SALES & MARKETING | | 2,429,896 | 292,766 | 2,722,662 |
| | PROFESSIONAL SERVICES | | 200,875 | 11,742 | 212,617 |
| | HUMAN RESOURCES | | 21,060 | 1,479 | 22,539 |
| | IT | | 6,055 | | 6,055 |
| | TRANSPORTATION & DISTRIBUTION | | 26 | 43 | 69 |
| **MCKESSON DRUG COMPANY-** | | | 32,861,177 | 36,309,157 | 69,170,334 |
| | TRANSPORTATION & DISTRIBUTION | | 26,993,779 | 29,177,529 | 56,171,309 |
| | SALES & MARKETING | | 5,867,398 | 7,131,627 | 12,999,025 |
| **XEROX CORPORATION LTD-** | | | 40,163,194 | 25,613,662 | 65,776,855 |
| | IT | | 40,120,381 | 25,581,462 | 65,701,843 |
| | CORPORATE | | 42,813 | 32,200 | 75,013 |
| **ACCUSHIP.COM L.L.C.** | | | 34,872,505 | 30,735,681 | 65,608,186 |
| | TRANSPORTATION & DISTRIBUTION | | 34,872,505 | 30,735,681 | 65,608,186 |
| **CARDINAL HEALTH INC.-** | | | 25,687,467 | 25,712,016 | 51,399,483 |
| | TRANSPORTATION & DISTRIBUTION | | 25,687,467 | 25,712,016 | 51,399,483 |
| **PSKW & ASSOCIATES L.L.C.** | | | 10,488,694 | 40,778,694 | 51,267,388 |
| | SALES & MARKETING | | 10,488,694 | 40,778,694 | 51,267,388 |
| **CALL INC-** | | | 23,676,885 | 26,997,598 | 50,674,483 |
| | SALES & MARKETING | | 23,676,885 | 26,989,820 | 50,666,705 |
| | CORPORATE | | | 7,779 | 7,779 |
| **AMERISOURCEBERGEN** | | | 23,089,068 | 19,608,904 | 42,697,972 |
| | SALES & MARKETING | | 19,928,339 | 14,706,130 | 34,634,469 |
| | TRANSPORTATION & DISTRIBUTION | | 3,160,729 | 4,902,774 | 8,063,503 |
| **INVENTIV HEALTH INC-** | | | 21,458,014 | 14,709,046 | 36,167,060 |
| | SALES & MARKETING | | 20,956,206 | 13,662,742 | 34,618,948 |
| | CORPORATE | | 501,808 | 1,046,304 | 1,548,111 |
| **KUEHNE AND NAGEL PTE LTD-** | | | 18,223,028 | 17,603,552 | 35,826,580 |
| | TRANSPORTATION & DISTRIBUTION | | 18,223,028 | 17,603,552 | 35,826,580 |
| **IMS HEALTH INC.-** | | | 18,049,782 | 17,381,887 | 35,431,670 |
| | SALES & MARKETING | | 17,785,637 | 16,931,003 | 34,716,640 |
| | PROFESSIONAL SERVICES | | 182,301 | 442,884 | 625,185 |
| | IT | | 79,749 | | 79,749 |
| | HUMAN RESOURCES | | 2,095 | 8,000 | 10,095 |
| **MARSH & MCLENNAN** | | | 16,700,157 | 16,046,161 | 32,746,318 |

| | | | | |
|---|---|---:|---:|---:|
| MARSH & MCLENNAN | CORPORATE | 12,414,255 | 12,654,562 | 25,068,817 |
| | PROFESSIONAL SERVICES | 4,285,902 | 3,391,599 | 7,677,501 |
| ADECCO EMPLOYMENT SERVICES LTD.- | | 14,738,398 | 14,320,566 | 29,058,964 |
| | HUMAN RESOURCES | 14,607,894 | 14,200,288 | 28,808,182 |
| | Other | 115,195 | 106,202 | 221,397 |
| | PROFESSIONAL SERVICES | 3,987 | 13,202 | 17,189 |
| | CORPORATE | 9,049 | 783 | 9,832 |
| | SALES & MARKETING | 2,272 | 91 | 2,364 |
| LEASE PLAN AG- | | 16,291,741 | 12,651,752 | 28,943,493 |
| | SALES & MARKETING | 16,291,741 | 12,651,752 | 28,943,493 |
| WPP | | 22,263,970 | 4,574,924 | 26,838,894 |
| | SALES & MARKETING | 22,263,970 | 4,574,924 | 26,838,894 |
| AUTOMOTIVE RENTALS INC. | | 16,074,395 | 10,750,015 | 26,824,410 |
| | SALES & MARKETING | 16,074,395 | 10,750,015 | 26,824,410 |
| NOT AVAILABLE- | | 13,244,178 | 12,479,242 | 25,723,420 |
| | CORPORATE | 7,995,252 | 6,944,653 | 14,939,906 |
| | Other | 4,095,080 | 4,209,601 | 8,304,681 |
| | SALES & MARKETING | 1,011,040 | 943,748 | 1,954,787 |
| | IT | 102,958 | 323,656 | 426,614 |
| | HUMAN RESOURCES | 28,462 | 45,870 | 74,332 |
| | TRANSPORTATION & DISTRIBUTION | 11,385 | 11,714 | 23,099 |
| ZS ASSOCIATES INTERNATIONAL INC.- | | 13,137,039 | 12,279,572 | 25,416,611 |
| | SALES & MARKETING | 11,699,215 | 10,153,780 | 21,852,995 |
| | HUMAN RESOURCES | 1,124,266 | 1,014,183 | 2,138,449 |
| | PROFESSIONAL SERVICES | 313,559 | 1,111,608 | 1,425,167 |
| AETNA INC.- | | 10,815,454 | 13,097,909 | 23,913,363 |
| | HUMAN RESOURCES | 10,815,454 | 13,097,909 | 23,913,363 |
| LATHAM & WATKINS L.L.P. | | 6,360,682 | 15,795,221 | 22,155,903 |
| | PROFESSIONAL SERVICES | 6,360,682 | 15,795,221 | 22,155,903 |
| RHENUS LOGISTICS ALSACE | | 11,035,947 | 8,629,949 | 19,665,896 |
| | TRANSPORTATION & DISTRIBUTION | 10,959,073 | 8,590,799 | 19,549,872 |
| | Other | 76,874 | 39,150 | 116,024 |
| OTHER SUPPLIERS | | 10,458,806 | 8,593,073 | 19,051,879 |
| | CORPORATE | 10,458,806 | 8,593,073 | 19,051,879 |
| PUBLICIS GROUP | | 11,925,187 | 6,480,538 | 18,405,726 |
| | SALES & MARKETING | 11,840,556 | 6,389,227 | 18,229,783 |
| | Other | 61,365 | 57,417 | 118,782 |
| | PROFESSIONAL SERVICES | 23,266 | 33,895 | 57,161 |
| AUSTIN COMMERCIAL L.P. | | 6,359,966 | 11,684,774 | 18,044,741 |
| | MANUFACTURING/OPERATIONS | 6,359,966 | 9,595,971 | 15,955,937 |
| | FACILITIES | | 2,088,803 | 2,088,803 |
| GIBSON DUNN & CRUTCHER L.L.P. | | 11,826,165 | 6,095,934 | 17,922,099 |
| | PROFESSIONAL SERVICES | 11,826,165 | 6,095,934 | 17,922,099 |

| | | | | |
|---|---|---|---|---|
| **DELOITTE & TOUCHE LLP-** | | 9,098,902 | 8,253,536 | 17,352,438 |
| | PROFESSIONAL SERVICES | 8,417,528 | 7,918,812 | 16,336,340 |
| | IT | 681,375 | 334,723 | 1,016,098 |
| **THE BOSTON CONSULTING GROUPINC.-** | | 12,233 | 17,049,838 | 17,062,071 |
| | PROFESSIONAL SERVICES | | 17,049,838 | 17,049,838 |
| | Other | 12,233 | | 12,233 |
| **FISH & RICHARDSON P.C.-** | | 12,083,947 | 4,871,473 | 16,955,419 |
| | PROFESSIONAL SERVICES | 12,083,947 | 4,871,473 | 16,955,419 |
| **CARTUS CORPORATION** | | 8,950,383 | 7,928,331 | 16,878,713 |
| | HUMAN RESOURCES | 8,950,383 | 7,928,331 | 16,878,713 |
| **BEACON HEALTHCARE COMMUNICATIONS** | | 8,353,100 | 8,459,220 | 16,812,320 |
| | SALES & MARKETING | 8,353,100 | 8,459,220 | 16,812,320 |
| **MARRIOTT INTERNATIONAL-** | | 9,324,412 | 7,079,917 | 16,404,328 |
| | CORPORATE | 9,324,412 | 7,079,917 | 16,404,328 |
| **MEREDITH CORPORATION** | | 7,095,935 | 8,944,274 | 16,040,210 |
| | SALES & MARKETING | 7,095,935 | 8,944,274 | 16,040,210 |
| **SALESFORCE COM-** | | 7,941,352 | 8,074,448 | 16,015,800 |
| | IT | 7,911,352 | 8,074,448 | 15,985,800 |
| | HUMAN RESOURCES | 30,000 | | 30,000 |
| **JR UNIVERSAL CONSTRUCTION INC.** | | 10,374,869 | 5,451,986 | 15,826,855 |
| | CAPITAL | 10,250,145 | 5,398,056 | 15,648,200 |
| | FACILITIES | 124,724 | 53,930 | 178,655 |
| **BROOKFIELD GLOBAL RELOCATION SERV.** | | 8,014,513 | 6,838,850 | 14,853,363 |
| | HUMAN RESOURCES | 8,014,513 | 6,838,850 | 14,853,363 |
| **ORACLE CORPORATION-** | | 10,297,386 | 3,945,827 | 14,243,213 |
| | IT | 10,297,386 | 3,945,827 | 14,243,213 |
| **CC FORD GROUP L.L.C.-** | | 6,666,398 | 5,248,531 | 11,914,928 |
| | SALES & MARKETING | 6,666,398 | 5,248,531 | 11,914,928 |
| **RR DONNELLEY-** | | 4,172,280 | 7,687,403 | 11,859,683 |
| | SALES & MARKETING | 4,172,280 | 7,687,403 | 11,859,683 |
| **VIRIDIAN ENERGY LTD.TRADING AS ENE** | | 6,998,927 | 4,674,756 | 11,673,683 |
| | FACILITIES | 6,998,927 | 4,674,756 | 11,673,683 |
| **WIPRO LIMITED** | | 5,769,526 | 5,805,809 | 11,575,335 |
| | IT | 5,769,526 | 5,805,809 | 11,575,335 |
| **TEMP TRANSP DISTRIBUICAO LTDA** | | 6,343,917 | 4,778,298 | 11,122,215 |
| | TRANSPORTATION & DISTRIBUTION | 6,343,917 | 4,778,298 | 11,122,215 |
| **VWR INTERNATIONAL-** | | 5,425,430 | 5,213,353 | 10,638,782 |
| | MANUFACTURING/OPERATIONS | 5,204,974 | 5,041,790 | 10,246,763 |
| | CAPITAL | 148,781 | 116,372 | 265,153 |
| | FACILITIES | 66,974 | 40,223 | 107,197 |
| | IT | 2,329 | 14,213 | 16,542 |
| | CORPORATE | 2,372 | 705 | 3,078 |
| | TRANSPORTATION & DISTRIBUTION | | 49 | 49 |

| Company | Category | | | |
|---|---|---:|---:|---:|
| HUNTSWORTH HEALTH CORPORATION- | | 5,933,208 | 4,424,636 | 10,357,844 |
| | SALES & MARKETING | 5,313,547 | 3,280,967 | 8,594,515 |
| | CORPORATE | 619,660 | 977,622 | 1,597,282 |
| | Other | | 166,047 | 166,047 |
| BARTLIT BECK HERMAN PALENCHAR | | 2,695,311 | 7,483,926 | 10,179,237 |
| | PROFESSIONAL SERVICES | 2,695,311 | 7,483,926 | 10,179,237 |
| DPR CONSTRUCTION | | 9,900,937 | 146,826 | 10,047,763 |
| | CAPITAL | 9,150,483 | 88,605 | 9,239,088 |
| | MANUFACTURING/OPERATIONS | 739,531 | 58,221 | 797,752 |
| | FACILITIES | 10,922 | | 10,922 |
| ERNST & YOUNG US L.L.P.- | | 5,719,730 | 4,247,688 | 9,967,419 |
| | PROFESSIONAL SERVICES | 5,719,730 | 4,247,688 | 9,967,419 |
| ARTHUR J. GALLAGHER & CO.- | | 4,417,604 | 5,094,312 | 9,511,916 |
| | CORPORATE | 4,417,604 | 5,094,312 | 9,511,916 |
| VERIZON COMMUNICATIONS- | | 4,657,320 | 4,351,195 | 9,008,516 |
| | IT | 4,657,320 | 4,351,195 | 9,008,516 |
| UNITED PARCEL SERVICE- | | 4,951,440 | 4,041,801 | 8,993,242 |
| | TRANSPORTATION & DISTRIBUTION | 4,951,440 | 4,041,801 | 8,993,242 |
| EVIDENCE SCIENTIFIC SOLUTIONS INC. | | 4,623,682 | 4,123,179 | 8,746,861 |
| | SALES & MARKETING | 4,623,682 | 4,123,179 | 8,746,861 |
| EQUANT INC. | | 4,382,103 | 3,688,020 | 8,070,123 |
| | IT | 4,137,134 | 3,524,056 | 7,661,191 |
| | Other | 244,968 | 163,964 | 408,932 |
| ELEMENT MARKETING GROUP INC. | | 3,123,391 | 4,401,821 | 7,525,212 |
| | SALES & MARKETING | 2,983,310 | 4,113,718 | 7,097,028 |
| | PROFESSIONAL SERVICES | 140,081 | 288,103 | 428,184 |
| BSM FINANCIAL INC. | | 4,000,460 | 3,362,647 | 7,363,107 |
| | PROFESSIONAL SERVICES | 4,000,460 | 3,208,918 | 7,209,378 |
| | SALES & MARKETING | | 153,728 | 153,728 |
| AMERICAN AIRLINES- | | 3,982,216 | 3,060,746 | 7,042,962 |
| | CORPORATE | 3,982,216 | 3,060,746 | 7,042,962 |

| Invoice Posting Date | Category | Sub-Category | Supplier Name | $USD Amount |
|---|---|---|---|---|
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | JR UNIVERSAL CONSTRUCTION INC. | 10,250,145 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | DPR CONSTRUCTION | 9,150,483 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | TRG BUILDERS L.L.C. | 1,128,134 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | COMMISSIONING AGENTS INC. | 234,320 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | CLARK RICHARDSON & BISKUP | 177,887 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | GEKA GMBH- | 223,902 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | INNOVATIVE QUALITY SOLUTIONS | 213,562 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | THE TECH GROUP NORTH AMERICA | 224,021 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | VWR INTERNATIONAL- | 2,209 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | KUEHNE CONSTRUCTION SERVICES INC. | 55,968 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | GS VALIDATION SERVICES INC. | 151,903 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | JHP PHARMACEUTICALS L.L.C. | 207,233 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | PSC BIOTECH CORPORATION | 23,933 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | RIVERVIEW PROCESS SPECIALISTS | 9,243 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | PROPHARMA GROUP L.L.C.- | 33,575 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | BIOPHARMA CONSULTING JAD GROUP | 7,790 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | ENGINEERING CONSULTING AND | 99,977 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | 3M | 95,800 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | EMD MILLIPORE CORPORATION- | 59,969 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | ENPRO INC.- | 45,128 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | THERMO FISHER SCIENTIFIC INC- | 6,408 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | DYNATEC SCIENTIFIC LABORATORIES | 38,102 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | SKAN HOLDING AG- | 1,804 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | ELLAB INC.- | 55,622 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | STERIGENICS INTERNATIONAL INC.- | 23,158 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | PARTICLE MEASURING SYSTEMS INC.- | 21,642 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | MCMASTER-CARR SUPPLY COMPANY- | 25 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | GLEN POWELL RESOURCES L.P. | 25,531 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | AGILENT TECHNOLOGIES INC.- | 2,916 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | DEEP SKY RELIANCE SOLUTIONS INC. | 32,125 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | GRAINGER INC- | 31 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | BIOSCIENCE INTERNATIONAL INC.- | 23,893 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | ARDIEN CONSULTING SERVICES L.L.C. | 11,382 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | BIOMETRIX CORPORATION- | 26,450 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | PDA INC.- | 24,000 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | CLIMET INSTRUMENTS COMPANY- | 9,819 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | EXOVA INC.- | 17,600 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | GVE GLOBAL VISION SALES INC.- | 6,950 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | PPD DEVELOPMENT L.L.C.- | 13,455 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | TA INSTRUMENTS WATERS- | 11,348 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | SAB ENTERPRISES L.L.C. | 11,334 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | VALIDATION SYSTEMS INC. | 9,049 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | SENSITECH INC.- | 5,225 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | CARGO TRAINING INTERNATIONAL | 8,598 |

| Year | Type | Category | Vendor | Amount |
|---|---|---|---|---:|
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | PARKER HANNIFIN CORPORATION- | 1,902 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | AKERS KENNEDY AND ASSOCIATESINC. | 7,488 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | MIDI INC- | 6,650 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | CMX PROCESS TECHNOLOGIES L.L.C. | 5,997 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | DYNASTY LIMOUSINES | 4,803 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | NEMMER ELECTRIC INC.- | 4,731 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | TRACY B. WILSON | 5,066 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | ELENA KILLOUGH | 4,610 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | GENERAL ECONOPAK | 3,660 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | STRAINOPTICS INC.- | 3,300 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | ROMACO INC.- | 2,750 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | MESA LABORATORIES INC- | 2,668 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | ENV SERVICES INC. | 985 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | AMERICAN PRODUCTION & INVENTORY CONTROL SOCIETY- | 1,000 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | CENTRAL TEXAS PURCHASING | 900 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | KEANE FIRE & SAFETY EQUIPMENT CO. | 598 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | BUREAU VERITAS NORTH AMERICA INC- | 570 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | LABEL VISION SYSTEM- | 498 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | PLASTIC DESIGN INC. | 244 |
| 2013 | CAPITAL | CONSTRUCTION MANAGEMENT | CHARLES RIVER LABORATORIES INC.- | 160 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | FLUID CONCEPT | 997,499 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | BILFINGER LTM INDUSTRIE SAS | 1,533,186 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | BOSCH PACKAGING SERVICES INC.- | 843,624 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | WILCOHESS- | 701,136 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | COMMISSIONING AGENTS INC. | 15,115 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | GEKA GMBH- | 689,662 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | PHASEX CORPORATION | 227,300 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | BROOKS MACHINE AND DESIGN INC. | 124,986 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | VWR INTERNATIONAL- | 146,572 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | RIVERVIEW PROCESS SPECIALISTS | 7,020 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | FP DEVELOPMENTS- | 146,347 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | BONFIGLIOLI ENGINEERING S.P.A. | 139,294 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | MALISKO ENGINEERING INC. | 6,917 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | TWO C PACK SYSTEMS CORPORATION | 84,291 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | RF SYSTEMS SRL | 79,522 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | ABEC INC.- | 41,159 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | THERMO FISHER SCIENTIFIC INC- | 43,805 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | FIACAO DE SEDA BRATAC S.A. | 28,267 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | COLBERT PACKAGING CORPORATION | 29,347 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | MCMASTER-CARR SUPPLY COMPANY- | 18,729 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | PROFESSIONAL CONTRACT | 16,120 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | BIO-RAD LABORATORIES INC.- | 18,399 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | POWDER HORN PRESS INC. | 23,462 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | AGILENT TECHNOLOGIES INC.- | 2,700 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | GRAINGER INC- | 21,167 |

| Year | Type | Category | Vendor | Amount |
|---|---|---|---|---:|
| 2013 | CAPITAL | CAPITAL EQUIPMENT | MAGID GLOVE & SAFETY MFG. L.L.C. | 17,210 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | PEELMASTER PACKAGING CORPORATION | 17,358 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | WEILER LABELING SYSTEMS L.LC. | 22,728 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | BECKMAN COULTER INC.- | 11,271 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | BRODIE INC. | 1,221 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | SCANDIA PLASTICS INC. | 5,933 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | EAST COAST FILTER INC. | 7,125 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | PERKINELMER HEALTH SCIENCES INC.- | 9,376 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | KURT J. LESKER COMPANY INC- | 10,635 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | WATERS TECHNOLOGIES CORP- | 5,535 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | LANDSBERG- | 7,899 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | PARKER HANNIFIN CORPORATION- | 3,674 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | SIGMA-ALDRICH INC.- | 8,031 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | MAR COR PURIFICATION INC.- | 4,286 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | ATLAS BOX & CRATING CO. INC. | 3,372 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | GENERAL ELECTRIC- | 1,636 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | INTEGRA LIFESCIENCES- | 2,101 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | ELDON SPECIALTIES INC. | 1,983 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | ULINE INC.- | 1,471 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | JOHN R. LYMAN COMPANY | 3,193 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | UNIVERSAL FOREST PRODUCTS INC. | 2,352 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | COUNTRY SAVE CORPORATION | 2,178 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | FLACK TEK INC. | 1,695 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | FINE SCIENCE TOOLS USA INC- | 299 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | ROBOZ SURGICAL INSTRUMENT CO INC- | 1,192 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | JOSEPH J. EDMUNDS | 893 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | PHENOMENEX INC- | 1,317 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | ASTRO MED INC- | 565 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | W.B. MASON CO. INC. | 577 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | CAMBRIDGE VALVE & FITTING INC.- | 545 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | PIERCE BIOTECHNOLOGY | 513 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | GMP LABELING INC.- | 142 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | LIFE TECHNOLOGIES CORPORATION- | 212 |
| 2013 | CAPITAL | CAPITAL EQUIPMENT | BUSCH L.L.C. | 208 |
| 2013 | CAPITAL | ARCHITECTURAL DESIGN & ENGINEERING | WESTERN ALLIED CORPORATION- | 2,331,800 |
| 2013 | CAPITAL | ARCHITECTURAL DESIGN & ENGINEERING | ZAORI ENGENHARIA E CONSTRUCOES LTDA | 869,214 |
| 2013 | CAPITAL | ARCHITECTURAL DESIGN & ENGINEERING | LIEBKE ASSOCIATES INC. | 593,970 |
| 2013 | CAPITAL | ARCHITECTURAL DESIGN & ENGINEERING | LOGIC SPACE SYSTEMS INC. | 317,200 |
| 2013 | CAPITAL | ARCHITECTURAL DESIGN & ENGINEERING | C & T STRUCTURAL ENGINEERING | 210,000 |
| 2013 | CAPITAL | ARCHITECTURAL DESIGN & ENGINEERING | INNOVATIVE QUALITY SOLUTIONS | 3,383 |
| 2013 | CAPITAL | ARCHITECTURAL DESIGN & ENGINEERING | WD CONSULTING | 172,675 |