PSJ10 Exh 55

**From:** Michael Perfetto </o=oneteam/ou=first administrative group/cn=recipients/cn=mperfetto>
**Sent:** Fri Jul 15 2011 13:11:54 EDT
**To:** Doug Boothe </o=oneteam/ou=first administrative group/cn=recipients/cn=dboothe>
**Subject:** FW: Sales rep training material draft

Importance: Normal
Priority: Normal
Sensitivity: None

Fyi…only.


But I think it's good.


Michael Perfetto
VP,Sales and Marketing


Actavis
60 Columbia Rd. Bldg B t +1 908-868-9778 @ mperfetto@actavis.com
Morristown , NJ 07960 United States f 607-724-0322 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Jinping McCormick
Sent: Friday, July 15, 2011 1:37 AM
To: Michael Perfetto; Nathalie Leitch; Terrence Fullem; Ara Aprahamian RPh
Cc: David Myers
Subject: Sales rep training material draft


All,


Attached please find a draft Oxymorphone training material for Sales reps.

Meeting is Monday July 25th.  This piece will need to send through Regulatory and legal for review and approval.

If you can provide feedback tomorrow Friday EOB, it's greatly appreciated.


Jinping

From: Michael Perfetto
Sent: Thursday, July 14, 2011 11:11 PM
To: Jinping McCormick; Nathalie Leitch; Terrence Fullem
Cc: Ara Aprahamian RPh
Subject: RE: Sales rep training time slot

Fine…. I don't want to over think this....

I approve just do it….

Tx.

Michael Perfetto
VP,Sales and Marketing

Actavis
60 Columbia Rd. Bldg B t +1 908-868-9778 @ mperfetto@actavis.com
Morristown , NJ 07960 United States f 607-724-0322 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Jinping McCormick
Sent: Thursday, July 14, 2011 11:08 PM
To: Michael Perfetto; Nathalie Leitch; Terrence Fullem
Cc: Ara Aprahamian RPh
Subject: RE: Sales rep training time slot

Nathalie suggested a regional teal contest – there are four teams.

Ara suggested adding the top 1 or 2 reps from each region on top of the team approach.

I think rewarding team and top performers will generate max effort.  Performance will be based on Aug-Oct scripts written within their territory.  Just to throw some numbers together – is this too low or too high?

Each Award

# of awards

Total Award

Top team by region (13 people)

$       500

13

$       6,500

Top two reps of each team

$       1,000

8

$       8,000

Total

21

$14,500

Jinping McCormick
Director of Marketing

Actavis
60 Columbia Rd. Bldg B t +1 973-889-6977 @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States f 973-993-4319 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 1256977

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

---

From: Michael Perfetto
Sent: Thursday, July 14, 2011 10:44 PM
To: Jinping McCormick; Nathalie Leitch; Terrence Fullem
Cc: Ara Aprahamian RPh
Subject: RE: Sales rep training time slot

Have we all agreed upon the bonus plan for this.

I know I've suggest a few different idea.

I would prefer a contest for the top 5 or 10 reps…based on percentage group of scripts on this product.

But I'm open to any and all ideas that maximize our results… with not breaking the bank.

tx

Michael Perfetto
VP,Sales and Marketing

Actavis
60 Columbia Rd. Bldg B t +1 908-868-9778 @ mperfetto@actavis.com
Morristown , NJ 07960 United States f 607-724-0322 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Jinping McCormick
Sent: Thursday, July 14, 2011 10:36 PM
To: Nathalie Leitch; Terrence Fullem

Cc: Ara Aprahamian RPh; Michael Perfetto
Subject: Sales rep training time slot

Nathalie and Terry,

Can you please schedule a time slot for oxymorphone ER training at your up coming sales meeting?  It's pretty straight forward; I would think 30min is all we need.

Nathalie has plenty on her plate with Kadian, so I asked Ara to deliver the training if no one objects.

Thanks for your help.

Jinping

Jinping McCormick
Director of Marketing

Actavis
60 Columbia Rd. Bldg B t +1 973-889-6977 @ JMCCORMICK@actavis.com
Morristown , NJ 07960 United States f 973-993-4319 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 1256977

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.