PSJ10 Exh 59

| | |
|---|---|
| From: | Jinping McCormick |
| To: | David Myers |
| Sent: | 9/2/2011 12:43:19 PM |
| Subject: | FW: Revised marketing plan |
| Attachments: | MARKETING PLAN FOR ACTAVIS(3).doc |

This is the plan we are going with. I sent John our email blast to Pharmacists, emailable ad (27 page long) and some background information.

---

**From:** Hansen, John [mailto:John.Hansen@McKesson.com]
**Sent:** Thursday, September 01, 2011 2:41 PM
**To:** Ara Aprahamian RPh; Jinping McCormick; Lisa Pehlke
**Cc:** Winter, Wendy; Sambrano, Aubrey
**Subject:** Revised marketing plan

<<MARKETING PLAN FOR ACTAVIS(3).doc>>

Ara, Jinping, and Lisa –

Attached is a revised marketing plan for oxymorphone ER that recommends a bundled promotion consisting of the following:

- GC phone campaign to ~200 customers

- Fax blast to ~200 customers

- McK Connect ad for one week

The total cost for the bundle is $8,500.

We'll go over this in more detail on our call today.

*John Hansen*
Marketing - McKesson Pharmaceutical
Tel: (415) 983-7543



CONFIDENTIAL

ACTAVIS0622787

MARKETING PLAN (Revised) FOR ACTAVIS US
September 2011

### I. EXECUTIVE SUMMARY

Primary goal is to move market share of Actavis' oxymorphone hydrochloride ER tablets within McKesson Pharmaceutical's OneStop customer base.

| NDC# | Product Name | Size |
|---|---|---|
| 0228-3261-11 | Oxymorphone HCl Extended-Release Tablet, CII 7.5mg | 100 |
| 0228-3262-11 | Oxymorphone HCl Extended-Release Tablet, CII 15mg | 100 |

Awareness of the availability of this new generic can be achieved through direct promotion to McKesson customers. We recommend the following opportunities as a multi-tiered approach.

### II. INTERNAL ADVERTISING AND PROMOTION TO McKESSON CUSTOMERS

ONLINE

Weekly advertising campaigns on McKesson Connect, our exclusive online ordering and information portal that provides more than 30,000 unique daily log-ins with content and promotions to encourage sales. Ads can feature links to your site or sales materials, in addition to your products in McKesson's product ordering system.

- **Recommendation** –  ad running the third week of September

FAX BLAST

Fax blasts provide fast access to a targeted audience of ~200 retail independent pharmacies with significant brand sales of this item. Awareness of your product's availability through a one-page fax is an effective way to generate additional sales.

- **Recommendation** –  one fax blast in mid September

PHONE AWARENESS CAMPAIGNS

McKesson's team of dedicated generics specialists, GenericsConnect, can help customers understand your product's value and create additional promotional opportunities. Each specialist has a regular series of ongoing conversations with the same customer base, and

promotional awareness of your product line can be incorporated into their outbound messaging.

- **Recommendation** – one phone awareness campaign to a targeted pool of ~200 retail independent pharmacies with significant brand sales, in September

**TOTAL COST FOR BUNDLED PROMOTION: $8,500 (all-inclusive)**

| MARKETING OPPORTUNITY | REACH | BENEFITS |
|---|---|---|
| McKesson Connect banner ad | 30,000+ McKesson pharmacy customers | Wide reach of message on customer's homepage for one week |
| Fax blast | Fax sheet sent to ~200 McKesson pharmacy customers | Delivery of marketing message directly to the pharmacy |
| Phone Awareness Campaigns | Awareness or promotional campaign by phone to ~200 customers | Messaging personally delivered by generics specialist to pharmacy decision maker |