PSJ10 Exh 62

 **Watson Pharma, Inc.**

## Call Center Operations
## Call Center Operational Procedure

| PROCEDURE: | Suspicious Orders of Controlled Drugs | | |
|---|---|---|---|
| WRITTEN BY: | Judy Callahan | DATE: | May 3, 2004 |
| Call Center Policy Number: | OPDCC 507509-03.00 | Policy Effective Date | May 3, 2004 |
| REVISION WRITTEN BY: | | REVISION DATE: | |
| Supersede CC Policy # | CC 1007.00 | CC Policy Date: | 09/03 |
| cSOP Reference # | cSOP 11-004 | cSOP Ref. Date: | May 3, 2004 |

I. **Purpose:** To assure distribution of controlled drugs is monitored for excessive use by an individual location using the DEA number as the identifier.

II. **Scope:** This procedure applies to all controlled drugs distributed by Watson Laboratories, Inc. and its Subsidiaries.

**DOCUMENT REFERENCES:**

| Document Number | Document Title |
|---|---|
| CTMAN-80-041-CC-OPR | Order Processing |
| CTMAN-80-041-CC-OPS | Order Processing Supervisor |

**ATTACHMENTS:**

| Document Number | Document Title |
|---|---|
| N/A | N/A |

**DEFINITIONS:**

| | | |
|---|---|---|
| • | DEA | Drug Enforcement Agency |
| • A | SOMS | Suspicious Order Management System |

III. **Procedure:**

1.0 **Process for Suspicious Orders of controlled drugs**

| Responsibility | Action | |
|---|---|---|
| General | 1.1 | The SAP system compiles a past history of controlled substance drug product orders by each customer to establish a normal order size and order frequency. This is accomplished through the normal Sales Order process see CTMAN-80-041-CC-OPR, Order Processing, for details on this process. |
| Call Center Management/ Controlled Substance Compliance Management | 1.2 | The SOMS Multiplier Table is determined by Call Center Management and the Controlled Substance Compliance Department. |

EXHIBIT Allergan 306X6 3 Woods 1/9/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ALLERGAN_MDL_01839001

 **Watson Pharma, Inc.**

## Call Center Operations
## Call Center Operational Procedure

| PROCEDURE: | Suspicious Orders of Controlled Drugs | | |
|---|---|---|---|
| WRITTEN BY: | Judy Callahan | DATE: | May 3, 2004 |
| Call Center Policy Number: | OPDCC 507506-03.00 | Policy Effective Date | May 3, 2004 |

|  |  |  |
|---|---|---|
|  | 1.2.1 | See CTMAN 80-045-CC-LEM, License Entry and Management for description of system functionality with regards to the establishment of SOM levels, as well as how to access this information. |
| Order Processing Representative | 1.3 | The list is to be updated by written request to the customer approximately 30 days prior to the expiration date of the current registrations. |
| License Administrator | 1.4 | The license administrator will review the SOMS report, and then contact the customer to confirm the quantity ordered and verify the reason for a larger or more frequent order. |
|  | 1.5 | Once this SOMS report is confirmed and verified by the Customer, the SOMS report is signed and marked with a reason code by the license administrator and submitted to the Supervisor or Management for review and signature. |
|  | 1.6 | The license administrator will be responsible to ensure that pending sales orders on hold due to suspicious order (SOMS) violation are investigated. |
|  | 1.7 | The license administrator will release pending orders due to SOMS violations by canceling the order, or reducing the quantity, per customer requirements. |
|  | 1.8 | If the SOMS violation cannot be resolved by canceling the order or reducing the quantity, the license administrator will escalate the suspicious order to the next level. |
|  | 1.9 | Determine if the order does or does not classify as suspicious. |
|  | 1.10 | If a valid reason (based on objective criteria) does not exist, the order will be deemed as a suspicious order and will not be filled. Report suspicious issue to Control Substance Compliance Department. |
| Controlled Substance Compliance Department | 1.11 | The control Substance Compliance Department will determine the next level of Communication. |
| Order Processing Representative | 1.12 | File a copy of the SOMS Report, along with the customer purchase order, in the suspicious order record file. |

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ALLERGAN_MDL_01839002