# PSJ10 Exh 68

Highly Confidential - Subject to Further Confidentiality Review

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
                        - - -

  IN RE:  NATIONAL            :  HON. DAN A.
  PRESCRIPTION OPIATE         :  POLSTER
  LITIGATION                  :
                              :
  APPLIES TO ALL CASES        :  NO.
                              :  1:17-MD-2804
                              :

            - HIGHLY CONFIDENTIAL -

   SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

                       - - -

                 December 18, 2018

                       - - -

            Videotaped deposition of
  MICHAEL PERFETTO, taken pursuant to
  notice, was held at the offices of Lieff
  Cabraser, LLP, 250 Hudson Street, New
  York, New York, beginning at 9:09 a.m.,
  on the above date, before Michelle L.
  Gray, a Registered Professional Reporter,
  Certified Shorthand Reporter, Certified
  Realtime Reporter, and Notary Public.
                       - - -

         GOLKOW LITIGATION SERVICES
      877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:
 2
     ROBBINS GELLER RUDMAN & DOWD, LLP
 3   BY:  AELISH M. BAIG, ESQ.
     Post-Montgomery Center
 4   One Montgomery Street, Suite 1800
     San Francisco, California 94104
 5   (415) 288-4545
     aelishb@rgrdlaw.com
 6
              - and -
 7
     ROBBINS GELLER RUDMAN & DOWD, LLP
 8   BY: CARISSA J. DOLAN, ESQ.
     655 West Broadway, Suite 1900
 9   San Diego, California 92101
     (619) 231-1058
10   cdolan@rgrdlaw.com
     Representing the Plaintiffs
11
12   MORGAN LEWIS & BOCKIUS, LLP
     BY:  STEVEN A. LUXTON, ESQ.
13   1111 Pennsylvania Avenue NW
     Washington, D.C. 20004
14   (202) 739-5452
     steven.luxton@morganlewis.com
15   Representing the Defendant, Teva
     Pharmaceuticals
16
17   LINKLATERS, LLP
     BY:  CAITLIN POTRATZ METCALF, ESQ.
18   601 13th Street, NW
     Washington, D.C. 20005
19   (202) 654-9200
     Caitlin.potratz@linklaters.com
20   Representing the Witness
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:  (Cont'd.)
 2
     KIRKLAND & ELLIS, LLP
 3   BY:  MARTIN L. ROTH, ESQ.
     300 North LaSalle Street
 4   Chicago, Illinois 60654
     (312) 862-7184
 5   martin.roth@kirkland.com
 6          - and -
 7   KIRKLAND & ELLIS, LLP
     BY:  CATIE VENTURA, ESQ.
 8   655 15th Street, NW
     Washington, D.C. 20005
 9   (202) 879-5907
     catie.ventura@kirkland.com
10   Representing the Defendant, Allergan
     Finance
11
12   ALLEGAERT, BERGER & VOGEL, LLP
     BY:  CHRISTOPHER ALLEGAERT, ESQ.
13   111 Broadway, 20th Floor
     New York, New York 10006
14   (212) 616-7060
     callegaert@abv.com
15   Representing the Defendant, Rochester
     Drug Co-Op
16
17   WILLIAMS & CONNOLLY, LLP
     BY:  JOEL S. JOHNSON, ESQ.
18   725 12th Street, NW
     Washington, D.C. 20005
19   (202) 434-5148
     jjohnson@wc.com
20   Representing the Defendant, Cardinal
     Health
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:  (Cont'd.)
 2
     JONES DAY
 3   BY:  SHIRLETHIA V. FRANKLIN, ESQ.
     51 Louisiana Avenue, NW
 4   Washington, D.C. 20001
     (202) 879-3939
 5   Sfranklin@jonesday.com
     Representing the Defendant, Walmart
 6
 7   COVINGTON & BURLING, LLP
     BY:  CLAYTON BAILEY, ESQ.
 8   850 Tenth Street, NW
     Suite 586N
 9   Washington, D.C.  20001
     (202) 662-5769
10   Cbailey@cov.com
     Representing the Defendant, McKesson
11   Corporation
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   TELEPHONIC APPEARANCES:
 2
     LINKLATERS, LLP
 3   BY:  ADAM LURIE, ESQ.
     601 13th Street, NW
 4   Washington, D.C. 20005
     (202) 654-9200
 5   Adam.lurie@linklaters.com
     Representing the witness
 6
 7   MORGAN LEWIS & BOCKIUS, LLP
     BY:  THEODORE E. DAYNO, ESQ.
 8   600 Anton Boulevard, Suite 1800
     Los Angeles, California 92626
 9   (714) 830-0668
     theodore.dayno@morganlewis.com
10   Representing the Defendant, Teva
     Pharmaceuticals
11
12   REED SMITH, LLP
     BY:  SARAH B. JOHANSEN, ESQ.
13   355 South Grand Avenue, Suite 2900
     Los Angeles, California 90071
14   (213) 457-8135
     sjohansen@reedsmith.com
15
              - and -
16
     REED SMITH, LLP
17   BY:  LUKE PORTER, ESQ.
     101 Second Street, Suite 1800
18   San Francisco, California 94105
     (415) 543-8700
19   lporter@reedsmith.com
     Representing the Defendant,
20   AmerisourceBergen Drug Corporation
21
22
23
24
```

```
 1    TELEPHONIC APPEARANCES:  (Cont'd.)
 2
      BAKER HOSTETLER, LLP
 3    BY:  DOUGLAS SHIVELY, ESQ.
      127 Public Square, Suite 2000
 4    Cleveland, Ohio 44114
      (216) 861-7309
 5    Dshively@bakerlaw.com
 6           - and -
 7    ARNOLD & PORTER KAYE SCHOLER, LLP
      BY:  TIFFANY M. IKEDA, ESQ.
 8    777 Figueroa Street, 44th Floor
      Los Angeles, California 90017
 9    (213) 243-4000
      Tiffany.ikeda@arnoldporter.com
10    Representing the Defendants, Endo Health
      Solutions; Endo Pharmaceuticals, Inc.;
11    Par Pharmaceutical Companies, Inc. f/k/a
      Par Pharmaceutical Holdings, Inc.
12
13    ALLEGAERT, BERGER & VOGEL, LLP
      BY:  LUCY N. ONYEFORO, ESQ.
14    111 Broadway, 20th Floor
      New York, New York  10006
15    (212) 616-7060
      Lonyeforo@abv.com
16    Representing the Defendant,
      Rochester Drug Co-op
17
18
19
20
21
22
23
24
```

```
 1   those shows for NACDS for Actavis.
 2        Q.    Okay.  How about -- are you
 3   familiar with the Alliance For Patient
 4   Access?
 5        A.    No.
 6        Q.    How about the U.S. Pain
 7   Foundation?
 8        A.    No.
 9        Q.    American Geriatric Society?
10        A.    No.
11        Q.    Pharmaceutical Research and
12   Manufacturers of American -- of America?
13        A.    No.
14        Q.    Cares Alliance?
15        A.    There's Care Alliance that
16   was a distributor, I believe.  But they
17   may not be the same one you're
18   referencing.
19        Q.    Was the Care Alliance -- did
20   you have interaction with Care Alliance?
21        A.    Was it -- where was it
22   located?
23        Q.    I don't know.
24        A.    Oh.  Because if that were
```

1  Care, it was a distributor -- I never
2  dealt with Care Alliance.  But there was
3  a -- you asked me if I ever heard of
4  them.  There was a Care -- there was a
5  buying group I thought that had that
6  name.
7       Q.   Okay.  Have you heard of
8  Healthcare Distribution Alliance?
9       A.   No.
10      Q.   Did you ever hear that
11 Actavis participated in any advisory
12 boards?
13      A.   I -- I was on the McKesson
14 advisory board for one or two years.  And
15 I was on the -- maybe the NACDS planning
16 board for a year.  I was on a few -- few,
17 what I call planning boards for meetings.
18      Q.   Any other boards, advisory
19 boards that you are aware that Actavis
20 was involved in?
21      A.   Actavis generic?  Can I --
22      Q.   Actavis generally.
23      A.   I -- any boards that we were
24 involved in?  No.  I think what I stated.

1   McKesson -- I was on the McKesson vendor
2   board, and I believe I was on the NACDS
3   planning board for one year and maybe a
4   small grocery store meeting.
5           Q.    And what were your
6   responsibilities on the McKesson advisory
7   board?
8           A.    I attended a -- it was maybe
9   a four-hour meeting on -- on ways
10  McKesson could improve working with
11  vendors.
12          Q.    Do you recall what was
13  recommended to McKesson to improve on --
14  in their --
15          A.    I do not.
16          Q.    You don't recall anything
17  about that?
18          A.    I do not.
19          Q.    Were there notes -- notes
20  taken of that meeting?
21          A.    Not by me.
22          Q.    Do you recall what your
23  responsibilities were with respect to the
24  NACDS planning board?

```
 1          A.   Suggest -- reviewing the
 2   format of the meeting and -- and just top
 3   line inputting from a vendor standpoint
 4   to NACDS how to improve the meeting so it
 5   was more productive.
 6          Q.   Well, what was the purpose
 7   of the meeting?
 8          A.   To get -- to give NACDS
 9   vendor input and advise -- advise NACDS
10   to improve -- how ways they can improve
11   their meeting, either the schedule,
12   maybe -- maybe the booth layout.  Maybe
13   the -- the meals they were serving,
14   things like that.
15          Q.   Meaning how NACDS could
16   improve their trade show?
17          A.   Yes.  Yes.
18          Q.   And how many meetings did
19   you attend as part of the NACDS planning
20   board?
21          A.   This again goes back
22   probably five or six years.  I
23   probably -- I can recall one for sure.
24          Q.   But there may have been
```

```
 1   more?
 2         A.    Not many more.  Maybe less
 3   than -- one or two I would say, to my
 4   knowledge right now that I attended.
 5         Q.    And who else was on those
 6   boards with you, was on the NACDS
 7   planning board with you?
 8         A.    Other vendors across --
 9   across -- it could be food vendors.  It
10   could be plastic bag vendors.  It could
11   be cookie vendors.  It was across --
12         Q.    Who else involved in
13   pharmaceuticals was on the NACDS planning
14   board with you?
15         A.    I don't recall --
16         Q.    You don't recall anybody?
17         A.    -- anyone from that advisory
18   board as I sit here today, who was on
19   with me.
20         Q.    Okay.  Do you recall anyone
21   that was on the McKesson advisory board
22   with you?
23         A.    Maybe the woman from
24   Greenstone.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1         Q.    What's Greenstone?
 2         A.    It's a generic manufacturer,
 3   a generic division of Pfizer.
 4         Q.    Do you recall anybody else
 5   on the McKesson advisory board with you?
 6         A.    Yeah.  I believe -- I
 7   believe Andy Boyer was on that with me
 8   too.
 9         Q.    Where is he from?
10         A.    Watson.
11         Q.    Anybody else?
12         A.    I mean, this is awhile ago
13   too.  A representative from Teva, but I
14   don't know who -- who that was.
15         Q.    Anybody else?
16         A.    Not that I can think of.
17         Q.    Can you recall if anybody
18   from Purdue was on the advisory board,
19   the McKesson advisory board?
20         A.    No.  These were generic
21   manufacturers.
22         Q.    And do you -- do you recall
23   if Mallinckrodt was -- anybody from
24   Mallinckrodt was on either of those
```