# PSJ10 Exh 71

| | |
|---|---|
| **From:** | Nancy Baran |
| **Sent:** | Wednesday, November 14, 2012 7:43 AM |
| **To:** | Michael R. Clarke; Michael Perfetto |
| **Cc:** | Lynne Baxter |
| **Subject:** | FW: Suspicious Order Letters - Update |
| **Attachments:** | Mail Merge - Suspicious Order Monitoring Compliance - responses.xlsx |

I think we should come up with a plan as to how we will follow-up with these customers. 30 customers out of 48 that we're selling controlled drugs is not a great response rate. I believe these letters went out in the very beginning of October and customers were given 30 days to respond. 2 out of 3 of our top wholesalers have not even responded (ABC and McKesson). Our largest chains – Walgreens and Wal-mart have not responded. I'm thinking we should follow-up with this. For the time being, we are still operating our SOM process business as usual. I would really like to turn this over to Watson with these documents in good order. I would also be concerned explaining to the DEA that we had a process and allowed customers to not respond. Perhaps these are the customers we should be more concerned about. Let's discuss.

Nancy

**Nancy Baran**
*Director, Customer Service*



Actavis
60 Columbia Rd. Bldg B  *t* +1 973-993-4510 or *888-925-2342* @ NBARAN@actavis.com
Morristown, NJ 07960 United States  *f* +1-973-993-4300  *w* www.actavis.com
Internal VoIP number  *t* 125-4510

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

> **From:** Lynne Baxter
> **Sent:** Tuesday, November 13, 2012 10:32 AM
> **To:** Michael R. Clarke; Nancy Baran
> **Subject:** Suspicious Order Letters - Update
>
> Hi,
>
> As of today, I have the following information;
>
> Total # of entities = 78
>   1) 30 have signed the form
>   2) 5 have various issues (see attached spreadsheet)
>   3) 43 entities have not sent in the form
>
> Please contact me if you have any questions. Thank you.



Allergan
EXHIBIT 13
Baran -
Date: 12-71-18
MLG, CSR, RPR, CRR

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ALLERGAN_MDL_01796473

**Lynne Baxter**
*Manager, Corporate Records*



Actavis
60 Columbia Rd. Bldg B t +1 973-889-6626 @ LBaxter@Actavis.com
Morristown, NJ 07960 United States w www.actavis.com
Internal VoIP number t 125-6626

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER		ALLERGAN_MDL_01796474

Produced as Natives

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_01796475

ALLERGAN_MDL_01796475.xlsx

| Received Notice | Fam By/ Region | Family Description | Sales Rep | Contracts Manager | CEO | Address | Phone Number | "Designated Party 1" | "Designated Party 2" | Notes | Acknowledgement Form |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | AH1 | AHOLD USA | Steve Cohen | Soojung Chung | Raymond McCall | 1149 Harrisburg Pike, Carlisle, PA 17013 | 1 717 249 4000 | Laura Schneider, R.Ph. Director Rx Purchasing American Sales Company/Ahold USA Pharmacy 8301 Professional Place, Suite 115 Landover, MD 20785 | Office of General Counsel Ahold USA, Inc. 1385 Hancock Street Quincy, MA 02169 | | |
| | AHP | AMERICAN HEALTH PKG. | Mike Dorsey | Ara Aprahamian | Domenic Ciarico | 2550 John Glenn Avenue, Suite A, Columbus, OH 43217 | (800) 707-4621 | Amerisource Health Services Corporation d/b/a American Health Packaging 2550 John Glenn Avenue, Suite A Columbus, OH 43217 Attn: Domenic Ciarico, President | Amerisource Bergen Corporation 1300 Morris Drive Chesterbrook, PA 19073 Attn: General Counsel | | |
| | ABC | AMERISOURCE BERGEN | Mike Dorsey | Ara Aprahamian | Steven H. Collis | 300 Morris Drive, Chesterbrook, PA 19087 | 1-800-829-3132 | Amerisource Bergen Corporation 1300 Morris Drive Chesterbrook, PA 19073 Attn: General Counsel | | | |
| | AN1 | ANDA GENERICS | Steve Cohen | Sherice Koonce | Albert Paonessa III | 2915 Weston Rd., Weston, FL 33331 | 800-331-2632 | Albert Paonessa III Anda, Inc. 2915 Weston Rd. Weston, FL 33331 | | | |
| Yes | AI1 | ASSOCIATED PHARMACY | Mike Berryman | Bob Miranda | Jon Copeland | 211 Lonnie E Crawford Boulevard, Scottsboro, AL 35769-7408 | (256) 574-6819 | Ashley Dawson Contract Administrator Associated Pharmacies, Inc. 211 Lonnie Crawford Blvd. Scottsboro, AL 35769 | | Associated Pharmacies Inc - Authorized by Clinton King, President | \\Srvmsr10\home\LBAXTER\Suspicious Order Replies\Associated Pharmacies.pdf |
| | ABB | Bellco | Mike Dorsey | Ara Aprahamian | Steven H. Collis | 300 Morris Drive, Chesterbrook, PA 19087 | 1-800-829-3132 | Amerisource Bergen Corporation 1300 Morris Drive Chesterbrook, PA 19073 Attn: General Counsel | | | |
| | BRY | Bryant Ranch Prepack | Thad Demos | Patrick LaClair | Robert Mernick | 12623 Sherman Way North Hollywood, CA 91605 | (877) 885-0882 | Fred Ganjian VP Sales & Marketing Bryant Ranch Prepack 12623 Sherman Way North Hollywood, CA 91605 | | | |
| | ca1 | CARDINAL HEALTH | Lisa Pehlke | Sherice Koonce | George S. Barrett | 7000 Cardinal Place, Dublin, OH 43017 | 614.757.5000 | Cardinal Health 7000 Cardinal Place Dublin, OH 43017 Attn: General Counsel | | | |
| | CED | CEDARDALE | Thad Demos | Alana Dundas | Sam Toscano | 620 Gotham Pkwy, Carlstadt, NJ 07072 | 877-443-6768 | William Horst Senior Director of Purchasing Cedardale Distributors LLC 620 Gotham Pkwy Carlstadt, NJ 07072 | | | |
| Yes | CC1 | Cesar Castillo | Mike Dorsey | Patrick LaClair | Jose L Castillo Sr | Km 21 1 Sector La M Br 1, Guaynabo, PR 00971 | (787) 999-1616 | Rx Purchasing Manager Cesar Castillo, Inc. Carr #1, KM 21.1 La Muda, Guaynabo, PR 00971 c/o P.O. Box 191149 San Juan, Puerto Rico 00919 1149 | | Authorized by Lois Vazquez, Managing Director | \\Srvmsr10\home\LBAXTER\Suspicious Order Replies\Cesar Castillo.pdf |
| No - See Notes | CI1 | CIGNA | Thad Demos | Sherice Koonce | David Cordani | 900 Cottage Grove Road, Bloomfield, CT 06002 | 1.800.882.4462 | Alex Krikorian, R. Ph., MBA Vice President, Pharmaceutical Contracting CIGNA Healthcare 900 Cottage Grove Road, S123 Hartford, CT 06152 | | Sent Letter - Alex G. Krikorian, VP, Pharmaceutical Contracting | |
| | CV1 | CVS DISTRIBUTION, INC | Mike Dorsey | Soojung Chung | Larry J. Merlo | One CVS Drive, Woonsocket, RI 02895 | (401) 765-1500 | Multiple contact names Legal is pulling up contact information from Masters contract - this will be updated | | | |
| | DBS | DBS TRADING | Lisa Pehlke | Alana Dundas | Denny Smith | 12930 Kemper Springs Drive, Cincinnati, OH 45240 | (513) 354-2650 | Brenda Schapiro Pharmaceutical Contract Manager Diamond Pharmacy Services 645 Kolter Drive Commerce Park - Indiana, PA 15701-3570 | | | |
| | DIA | DIAMOND | Thad Demos | Alana Dundas | Mark J. Zilner, R.Ph. | 645 Kolter Drive, Indiana, PA 15701 | 724-349-1111 | Jim Strang Pharmaceutical Buyer Discount Drug Mart 211 Commerce Drive Medina, OH 44256 | | | |
| Yes | DI1 | DISCOUNT DRUG MART | Lisa Pehlke | Alana Dundas | Parviz Boodjeh | 211 Commerce Drive, Medina, OH 44256 | (640) 729-2400 | Jeff Loomer Director of Purchasing/Vendor Relations R&S Northeast LLC 8607 Austin Tracy Road Fountain Run, KY 42133 | | Authorized by Tom Nameth, Dir. of Pharmacy | \\Srvmsr10\home\LBAXTER\Suspicious Order Replies\Discount Drug Mart.pdf |
| | DI2 | DIXON SHANE | Lisa Pehlke | Soojung Chung | Steve Shirley | 10049 Sandmeyer Lane, Philadelphia, PA 19116-3501 | (215) 673-3415 | Scott Hettenhausen Director Strategic Drug Sourcing Econdisc Contracting Solutions LLC 8555 University Place Drive St. Louis, MO 63121 | | | |
| | ECD | Econdisc - Express Scripts | Lisa Pehlke | Bob Miranda | George Paz | One Express Way, St. Louis, MO 63121 | (800) 322-5455 | Scott Hettenhausen Director Strategic Drug Sourcing Econdisc Contracting Solutions LLC 8555 University Place Drive St. Louis, MO 63121 | | | |
| | ECD | Econdisc - Kroger | Lisa Pehlke | Bob Miranda | David Dillon | 1014 Vine Street, Cincinnati, OH 45202 | (866) 221-4141 | Ralph Young Vice President, Rx Purchasing Frank W Kerr Company 43155 W. Nine Mile Road Novi, MI 48375 | | | |
| | FK1 | FRANK W KERR | Lisa Pehlke | Alana Dundas | Ann Newman | 43155 W 9 Mile Road # 1, Novi, MI 48375-4190 | (248) 349-5000 | Greg Camson Director, Pharmacy Sourcing HBC Services Company Division of Giant Eagle, Inc. 601 Meadowlands Blvd. Washington, PA 15301 | | | |
| | GE1 | GIANT EAGLE | Steve Cohen | Soojung Chung | Laura Shapira Karet | 101 Kappa Dr. Pittsburgh, PA 15238 | (412)963-6200 | John D. Wiest Vice President, Generic Pharmaceuticals HD Smith Wholesale Drug Co. 670 Belleville Turnpike Corporate Office, 2nd Floor Kearny, NJ 07032-4407 | | | |
| Yes | HD1 | H D SMITH | Thad Demos | Patrick LaClair | Dale Smith | 670 Belleville Turnpike, Corporate Offices, 2nd Floor, Kearny, NJ 07032 | | Will Shipping Pharmacy Business Development Manager HEB Grocery Company, LP 646 South Main Street San Antonio, TX 78238 | | Authorized by George L. Euson, Director Corporate Compliance & Security | \\Srvmsr10\home\LBAXTER\Suspicious Order Replies\HD Smith.pdf |
| | HEB | H E BUTT GROCERY | Steve Cohen | Soojung Chung | Craig Norman | 646 S Main Avenue, San Antonio, TX 78204-1210 | (210) 938-8000 | | | | |

| Received Notice | Family/Region | Family Description | Sales Rep | Contracts Manager | CEO | Address | Phone Number | "Designated Party 1" | "Designated Party 2" | Notes | Acknowledgement Form |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PR3 | HANAFORD-PROGRESSIVE | Thad Demos | Alana Dundas | | | | Jarod Castonguay, Category Manager - Pharmacy, Delhaize America d/b/a Hannaford Bros. Co., 145 Pleasant Hill Road, Scarborough, ME 04074 | | | |
| Yes | HV1 | HARVARD DRUG GROUP | Lisa Pehlke | Soojung Chung | Terrance P. Haas | 31778 Enterprise Drive, Livonia, MI 48150 | 1-800-875-0123 | Andre Patton, Director of Generic Procurement, The Harvard Drug Group LLC, 31778 Enterprise Drive, Livonia, MI 48150 | The Harvard Drug Group LLC - Authorized by Len Lewis, Director Regulatory | | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Harvard Drug Group LLC.pdf |
| | HE1 | HEARTLAND HEALTHCARE | Mike Berryman | Bob Miranda | John Figueroa | 1600 RiverCenter II 100 East Rivercenter Blvd. Covington, KY 41011 | 1-859-392-3300 | James Maloney, R. PH., Sr. Vice President of Purchasing, Omnicare Inc. 100 East River Center Blvd. Tower 2, Suite 500 Covington, KY 41011 | | | |
| yes | HE1 | HENRY SCHEIN INC. | Thad Demos | Alana Dundas | Stanley M. Bergman | 135 Duryea Road, Melville, NY 11747 | 1-631-843-5500 | Ed Yaeger, Director, Generics, Henry Schein Inc. 135 Duryea Road Melville, NY 11747 | | Authorized by Nancy F. Lanis, VP, Regulatory & Legal Affairs | H:\Suspicious Order Replies\Henry Schein Inc.pdf |
| | KA1 | KAISER FOUNDATION | Lisa Pehlke | Patrick LaClair | George Halvorson | One Kaiser Plaza, 1550 Ordway, Oakland, California 94612 | (510) 271-2640 | Patrick LaClair, Contract Specialist, Kaiser Permanente, 300 Pullman Street, Livermore, CA 94551 | | | |
| | | | | | | | | | | | |
| Yes | MJ1 | Major Test-Pak | Lisa Pehlke | Soojung Chung | Terrance P. Haas | 31778 Enterprise Drive, Livonia, MI 48150 | 1-800-875-0123 | Andre Patton, Director of Generic Procurement, The Harvard Drug Group LLC, 31778 Enterprise Drive, Livonia, MI 48150 | | Major Pharmaceuticals - Authorized by Len Lewis, Director Regulatory | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Major Pharmaceuticals.pdf |
| | MC1 | MCKESSON DRUG CO. | Lisa Pehlke | Bob Miranda | John H. Hammergren | One Post Street, San Francisco, CA 94104 | 415.983.8300 | Director, Generic Rx Product Management, McKesson Drug Company, One Post Street, San Francisco, CA 94104 | | | |
| | MC3 | McKesson Packaging | Lisa Pehlke | Bob Miranda | John H. Hammergren | One Post Street, San Francisco, CA 94104 | 415.983.8300 | Todd J. Prieskill, Vice President, Sales & Marketing, McKesson Packaging Services, 7101 Weddington Road, Concord, NC 28027 | | | |
| | MM1 | MEDCO HEALTH | Steve Cohen | Sherice Koonce | Mr George Paz CEO | One Express Way, St. Louis, MO 63121 | (800) 322-5455 | Patricia Herzberg, R. Ph., Vice President, Generic Drug Purchasing, Medco Health, 100 Parson Pond Road, Franklin Lakes, NJ 07417 | | | |
| Yes | ME1 | MEIJER | Lisa Pehlke | Alana Dundas | Hank Meijer | 2929 Walker Avenue NW, Grand Rapids, MI 49544-9428 | (616) 453-6711 | Joe Muhl, R.PH., Generic Pharmacy Buyer, Meijer, Inc. 2929 Walker Avenue NW Grand Rapids, MI 49544 | | Meijer Distribution Inc #98 - Authorized by Seth Major, Pharmacy Distribution Supervisor Designated Representative | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Meijer Distribution.pdf |
| | MOD | MODERN MED | Thad Demos | Soojung Chung | Frank Fodor | 13160 Leadwell Street, North Hollywood, CA 91605 | (818) 765-8895 | Frank Fodor, President, Modern Medical Products Inc. 13160 Leadwell Street, North Hollywood, CA 91605 | | | |
| Yes | md1 | MORRIS & DICKSON CO. | Mike Berryman | Sherice Koonce | Skipper Dickson | 410 Kay Lane, Shreveport LA 71115 | (318) 797-7900 | Sue Cadigan, Morris & Dickson Co., LLC, 410 Kay Lane, Shreveport, LA 71115 | | Authorized by Markham A. Dickson Jr. | Suspicious Order Replies\Morris and Dickson.pdf |
| | MWI | MWI Vet | Thad Demos | Patrick LaClair | Jim Cleary | 651 S Stratford Drive # 100, Meridian, ID 83642 | (208) 955-8930 | Jeff Schutt, C.A. Purchasing Manager, MWI Veterinary Supply, 651 S. Stratford Drive, Suite 100, Meridian, ID 83642 | | | |
| Yes | NC1 | NC MUTUAL (CAPS) | Mike Berryman | Alana Dundas | David Moody | 816 Ellis Road Durham, North Carolina 27703 | 919-596-2151 | Hal Harrison, Director - Purchasing, Carolina Allied Pharmaceutical Services Inc. 816 Ellis Road Durham, NC 27702 | | Authorized by Hal Harrison | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\NC Mutual-CAPS.pdf |
| | | | | | | | | | | | |
| Yes | OP1 | BURLINGTON MILTON | Mike Dorsey | Alana Dundas | Michael Mitiguy | 91 Catamount Drive, Milton, VT 05468-3236 | (802) 893-5105 | Legal is pulling up contact information from Optisource - this will be updated | | Authorized by Margaret M. Glazer, Legal (Burlington Drug Company) | Suspicious Order Replies\Burlington Drug.pdf |
| See Notes | OP1 | DAKOTA MINOT | Mike Dorsey | Alana Dundas | Robert Nelson | 216 W Hazeltine Lane, Sioux Falls, SD 57108-6407 | (605) 335-1942 | Legal is pulling up contact information from Optisource - this will be updated | | Residential address for George N. Berger - who is not familiar with the company. Nelson was a former employee of his. | |
| | OP1 | DAKOTA FARGO | Mike Dorsey | Alana Dundas | Robert Nelson | 217 W Hazeltine Lane, Sioux Falls, SD 57108-6407 | (605) 335-1943 | Legal is pulling up contact information from Optisource - this will be updated | | | |
| | OP1 | DAKOTA ANOKA | Mike Dorsey | Alana Dundas | Robert Nelson | 218 W Hazeltine Lane, Sioux Falls, SD 57108-6407 | (605) 335-1944 | Legal is pulling up contact information from Optisource - this will be updated | | | |
| No(?) - see Notes | OP1 | DIK BURR RIDGE | Mike Dorsey | Alana Dundas | John Dik | 160 Tower Drive, Burr Ridge, IL 60527-7811 | (630) 655-4000 | Legal is pulling up contact information from Optisource - this will be updated | | Dik Drug Co (?) - Acquired by Cardinal Health. | |
| | OP1 | DROGUERIA BETANCES | Mike Dorsey | Alana Dundas | Raul Rodriguez-Font | 34 Carr 1, Caguas, PR 00725-6163 | (787) 746-0951 | Legal is pulling up contact information from Optisource - this will be updated | | | |
| Yes | OP1 | LOUISIANA SUNSET | Mike Dorsey | Alana Dundas | Gayle White | P.O. Box 500, Sunset, LA 70584 | 337-662-1040 | Legal is pulling up contact information from Optisource - this will be updated | | Authorized by Chad Gielen, Pres/CEO (Louisiana Wholesale Drug Co) | Suspicious Order Replies\Louisiana Wholesale Drug.pdf |
| Yes | OP1 | MIAMI LUKEN | Mike Dorsey | Alana Dundas | Anthony Rattini | 265 S Pioneer Boulevard, Springboro, OH 45066-3307 | (937) 743-7775 | Legal is pulling up contact information from Optisource - this will be updated | | Authorized by Anthony V. Rattini, President & CEO | Suspicious Order Replies\Miami Luken.pdf |
| Yes | OP1 | PRESCRIPTION SUPPLY | Mike Dorsey | Alana Dundas | Thomas Schoen | 2233 Tracy Road, Northwood, OH 43619-1302 | (419) 661-6600 | Pamela Warren, RxSolutions, Inc. 5995 Plaza Drive Mail Stop: CA112-0535x, Cypress, CA 90630 | | Authorized by Thomas G. Schoen | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Prescription Supply.pdf |

ALLERGAN_MDL_01796475.xlsx

| Received Notice | Family/Region | Family Description | Sales Rep | Contracts Manager | CEO | Address | Phone Number | "Designated Party 1" | "Designated Party 2" | Notes | Acknowledgement Form |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | OP1 | ROCHESTER DRUG | Mike Dorsey | Alana Dundas | Larry Doud | 50 Jetview Drive, Rochester, NY 14624-4900 | (585) 371-7220 | Wendy Coppola, Contract Administration, Rochester Drug | | | |
| | OP1 | SMITH SPARTANBURG SC | Mike Dorsey | Alana Dundas | Ken Couch | 1104 Jones Road, Paragould, AR 72450-7579 | (870) 268-6100 | Legal is pulling up contract information from Optisource - this will be updated | | | |
| | OP1 | SMITH DRUG PARAGOULD | Mike Dorsey | Alana Dundas | Ken Couch | 1104 Jones Road, Paragould, AR 72450-7579 | (870) 268-6100 | Legal is pulling up contract information from Optisource - this will be updated | | | |
| Yes | OP1 | VALUE ALTOONA PA | Mike Dorsey | Alana Dundas | Greg Drew | 1 Golfview Drive, Altoona, PA 16601-9311 | (814) 944-9316 | Legal is pulling up contract information from Optisource - this will be updated | | Value Drug Company - Authorized by Greg Drew, President | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Value Drug Company.pdf |
| Yes | OP1 | VALLEY STOCKTON | Mike Dorsey | Alana Dundas | Stephen J Shoneff | 1401 W Fremont Street, Stockton, CA 95203-2627 | (209) 466-0131 | Legal is pulling up contract information from Optisource - this will be updated | | Valley Wholesale Inc - Authorized by Stephen Shoneff, CEO/President | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Valley Wholesale.pdf |
| Yes | OP1 | CAPITAL WHOLESALE | Mike Dorsey | Alana Dundas | GK Richards | 873 Williams Avenue, Columbus, OH 43212-3867 | (614) 297-8225 | Legal is pulling up contract information from Optisource - this will be updated | | Authorized by George K Richards (Capitol Wholesale Drug Company) | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\George K Richards.pdf |
| | OP1 | SMITH VALDOSTA | Mike Dorsey | Alana Dundas | Ken Couch | 1104 Jones Road, Paragould, AR 72450-7579 | (870) 268-6100 | Legal is pulling up contract information from Optisource - this will be updated | | | |
| Yes | PB1 | PBA | Mike Dorsey | Soojung Chung | Nick Simock | 6300 Enterprise RD, Kansas City, MO 64120 | 816-245-5700 | Nick Mingori, PBA Health/Truecare Pharmacies, 6300 Enterprise Road, Kansas City, MO 64120 | | PBA Health - Authorized by Nick Simock, President, CEO | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\PBA Health.pdf |
| | pr1 | AUBURN PHARMACEUTICALS | Mike Dorsey | Sherice Koonce | Jeffrey Farber | 1775 John R. Road, Troy, Michigan 48083 | 1-800-222-5609 | Legal is pulling up contract information from Premier Group - this will be updated | | | |
| Yes | PR1 | BLOODWORTH | Mike Dorsey | Sherice Koonce | Dennis Bloodworth | 2128 Yank Lamb Road, Tifton, GA 31793 | 800-841-8700 | Legal is pulling up contract information from Premier Group - this will be updated | | Authorized by George D. Bloodworth (Bloodworth Wholesale Drugs) | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Bloodworth Wholesale Drugs.pdf |
| | PR1 | DRUGS UNLIMITED (Gen of PR) | Mike Dorsey | Sherice Koonce | Carlos Fraga | Acacia#3 Urb Monte Rey Pueblo Viejo, San Juan PR 00910 | 787-792-2430 | Legal is pulling up contract information from Premier Group - this will be updated | | | |
| Yes | PR1 | GENETCO INC | Mike Dorsey | Sherice Koonce | Carol Reinbold | 711 Union Parkway, Ronkonkoma, NY 11779 | 631-585-1000 | Carol Reinbold, President, Genetco, 711 Union Parkway, Ronkonkoma, NY 11779 | | Authorized by Carol A. Reinbold | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Genetco.pdf |
| Yes | PR1 | QUEST PHARMACEUTICALS | Mike Dorsey | Sherice Koonce | Kevin Higgins | 300 East Chestnut Street, Murray, KY 42071 | 270-759-1248 | Legal is pulling up contract information from Premier Group - this will be updated | | Authorized by Kevin E Higgins, President | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Quest Pharmaceuticals.pdf |
| Yes | PR1 | RICHIE PHARMACEUTICAL | Mike Dorsey | Sherice Koonce | Dawn Boyter | 119 State Avenue, Glasgow, KYU 42141 | 270-651-6159 | Wendy Fahrenholz, Director of Purchasing, Richie Pharmacal Co., 119 State Avenue, Glasgow, KY 42142 | | Authorized by Dawn Boyter, CEO | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Richie Pharmacal.pdf |
| Yes | PR1 | TOP RX | Mike Dorsey | Sherice Koonce | John T. Ray | 2950 Brother Boulevard, Bartlett, TN 38133 | 1-800-542-8677 | Legal is pulling up contract information from Premier Group - this will be updated | | Authorized by John T. Ray (Raj?) | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Top RX.pdf |
| | RXS | PRESCRIP SOLUTIONS | Steve Cohen | Soojung Chung | Dr. Jacqueline Kosecoff CEO | 5995 Plaza Drive, Cypress., CA 90630 | | Legal is pulling up RX Solutions contracts and will update this. | | | |
| Yes | PSS | PSS World | Thad Demos | Soojung Chung | Gary A Corless | 4345 Southpoint Boulevard, Jacksonville, Florida 32216 | (904) 332-3000 | Beverly Buchanan, National Director of Pharmaceuticals, PSS World Medical Inc, 4345 Southpoint Blvd., Jacksonville, FL 32216 | | PSS World Medical Inc - Authorized by Andrew S. Woods, VP, Compliance & Regulatory Affairs | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\PSS World Medical Inc.pdf |
| Yes | PUB | PUBLIX | Steve Cohen | Soojung Chung | Ed Crenshaw | 3300 Publix Corporate Parkway, Lakeland, FL 33811 | (863) 688-1188 | Gary Menser, Generic Buyer, Publix Super Markets, Inc., Corporate Office - Pharmacy Dept., 3300 Airport Road, Lakeland, FL 33811 | | Publix Super Markets Inc - Authorized by Fred Ottolino, VP Pharmacy Operations | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Publix Super Markets Inc.pdf |
| Yes | QK1 | QUALITY KING | Thad Demos | Soojung Chung | Glenn H. Nussdorf | 35 Sawgrass Dr., Bellport, NY 11713 | 631-439-2000 | Sal Laiosa, President, QK Healthcare Inc., 35 Sawgrass Drive, Bellport, NY 11713 | | Authorized by Alfred R. Paliani, Chief Compliance Officer | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\QK Healthcare.pdf |
| | RA1 | RITE AID CORP. | Steve Cohen | Bob Miranda | John Standley | 30 Hunter Lane, Camp Hill, PA 17011 | 717-761-2633 | Owen McMahon, Pharm D., Vice President Generic Pharmaceutical Purchasing and Clinical Services, Rite Aid HDQTRS. Corp., 30 Hunter Lane, Camp Hill, PA 17011 | Sean Walsh, Vice President Pharma Relations & Development, Rx Outreach, Inc., 3171 Riverport Tech Center Drive, Maryland Heights, MO 63043 | | |
| Yes | RXO | RX Outreach | Lisa Pehlke | Bob Miranda | Michael Holmes | 3171 Riverport Tech Center, Maryland Heights, MO 63043 | 1-800-769-3880 | Michael Holmes, President | | Authorized by Michael Holmes, President | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Rx Outreach.pdf |
| | SAJ | SAJ DISTRIBUTORS | Thad Demos | Soojung Chung | Steve LaFrance | 3022 N. Midland Drive, Pine Bluff, AR 71613 | | Steve L. LaFrance, President, SAJ/Super D Stores, 3022 N. Midland Drive, Pine Bluff, AR 71613 | | | |
| | SV1 | SUPERVALUE | Steve Cohen | Soojung Chung | Craig R Herkert | 11840 Valley View Road, Eden Prairie, MN 55344-3643 | (952) 828-4000 | Scott M. Johnson, R.Ph. Director of Pharmacy Procurement, Supervalu Inc., 2501-1 W. Grandview Rd., Phoenix, AZ 85023 | | | |
| | SXC | SXC Health Solutions | Lisa Pehlke | Alana Dundas | Mark A. Thierer | 2441 Warrenville Road, Suite 610, Lisle, IL 60532-3642 | (630) 577-3100 | Lisa Miller, Sr. Director, Industry Relations, SXC Health Solutions, Inc., 2441 Warrenville Rd., Suite 610, Lisle, IL 60532 | | | |
| Yes | TW1 | THRIFTY WHITE | Mike Dorsey | Alana Dundas | Robert J. Narveson | 6055 Nathan Lane North, Suite 200 - Plymouth, MN 55442 | 763-513-4300 | Frank Axne, Corp. Manager Third Party Contracting & Drug Purchasing, Thrifty White Stores, 6901 East Fish Lake Rd., Suite 118, Maple Grove, MN 55369 | | Company: Thrifty Drug Stores, Inc. Authorized by Tanya M. Jonshon, Dir. of Procurement/Strategic Pharma Partnerships | \\Srvmor10\home\LBAXTER\Suspicious Order Replies\Thrifty Drug Stores.pdf |
| | va1 | V.A. CALM | Mike Berryman | Bob Miranda | Craig Robinson | PO Box 76 1st Ave Bldg. 37 Hines, Illinois 60141 | 708-786-5157 | CANNOT LOCATE CONTRACT | | | |
| | WAK | WAKEFERN | Mike Dorsey | Alana Dundas | Joseph S. Colalillo | 5000 Riverside Drive, Keasbey, NJ 08832 | (732) 346-9501 | Deborah Golden, Pharmacy Procurement, Wakefern Pharmacy Division, 505 Davidson's Mill Road, Jamesburg, NJ 08831 | | | |

ALLERGAN_MDL_01796475.xlsx

| Received Notice | Family/Region | Family Description | Sales Rep | Contracts Manager | CEO | Address | Phone Number | "Designated Party 1" | "Designated Party 2" | Notes | Acknowledgement Form |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | WA1 | WALGREEN | Mike Dorsey | Sherice Koonce | Gregory D. Wasson | 200 Wilmot Road, Deerfield, IL 60015 | (847) 914-2500 | Brian Schneider Category Manager - Generics Walgreen Co. 200 Wilmot Road Deerfield, IL 60015 |  |  |  |
|  | WA2 | WAL-MRT STORES INC. | Steve Cohen | Bob Miranda | Dr. John Agwunobi MD | 702 SW 8th Street, Bentonville, Arkansas 72716-8611 | 479-273-4000 | Wal-Mart Stores, Inc. Vendor Master 1108 S. E. 10th Street Bentonville, AR 72716-0680 |  |  |  |
| Yes | WE1 | WEIS MARKET | Thad Demos | Patrick LaClair | David Hepfinger | 1000 South Second Street, PO Box 471, Sunbury, Pennsylvania 17801 | 1-866-999-9347 | Nancy Hunsinger Weis Markets Inc. 1000 South Second Street Sunbury, PA 17801 |  | Authorized by Joseph Scott Douglas, VP Pharmacy & Health/Wellness | \\Seymor10\home\LBAXTER\Suspicious Order Replies\Weis Markets.pdf |
| Yes | WIN | WINN DIXIE | Steve Cohen | Patrick LaClair | Randall Onstead President &CEO | 5050 Edgewood Court, Jacksonville, FL 32254-3699 | (904) 783-5000 | Charlie Van Pelt Sr. Category Manager - Pharmacy 5050 Edgewood Court Jacksonville, FL 32254 | Winn-Dixie Stores, Inc. Attn: General Counsel 5050 Edgewood Court Jacksonville, FL 32254 | Bi-Lo/Winn-Dixie Stores - Authorized by John J. Fegan, VP Pharmacy | \\Seymor10\home\LBAXTER\Suspicious Order Replies\Winn Dixie Stores.pdf |