PSJ10 Exh 72

