PSJ10 Exh 73

Highly Confidential - Subject to Further Confidentiality Review

```
 1          IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF OHIO
 3                     EASTERN DIVISION
 4                         -  -  -
 5     IN RE:  NATIONAL      :   MDL NO. 2804
        PRESCRIPTION OPIATE  :
 6     LITIGATION            :
       ---------------------------------------------
 7                           :   CASE NO.
        THIS DOCUMENT         :   1:17-MD-2804
 8      RELATES TO ALL CASES:
                              :   Hon. Dan A.
 9                            :   Polster
10                         -  -  -
                Friday November 2, 2018
11                         -  -  -
12       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                   CONFIDENTIALITY REVIEW
13
                           -  -  -
14
                 Videotaped deposition of
15     JULIE SNYDER, taken pursuant to notice,
       was held at the law offices of Lieff
16     Cabraser Heimann & Bernstein, LLP, 250
       Hudson Street, 8th Floor, New York, New
17     York 10013 beginning at 9:12 a.m., on the
       above date, before Amanda Dee
18     Maslynsky-Miller, a Certified Realtime
       Reporter.
19
                           -  -  -
20
21
22
23           GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24                deps@golkow.com
```

```
 1    APPEARANCES:
 2
 3          ROBBINS GELLER RUDMAN & DOWD, LLP
            BY: MATTHEW S. MELAMED, ESQUIRE
 4          1 Montgomery Street
            San Francisco, California 94104
 5          (415) 393-1500
            Mmelamed@rgrdlaw.com
 6
            - and -
 7
            BY: CARISSA J. DOLAN, ESQUIRE
 8          655 West Broadway
            San Diego, California 92101
 9          (619) 702-0655
            Cdolan@rgrdlaw.com
10          Representing the Plaintiffs
11
12          MORGAN LEWIS & BOCKIUS, LLP
            BY: EVAN K. JACOBS, ESQUIRE
13          1701 Market Street
            Philadelphia, Pennsylvania 19103
14          (215) 963-5000
            evan.jacobs@morganlewis.com
15          Representing the Defendants,
            Teva Pharmaceuticals, Inc.,
16          Cephalon, Inc., Watson
            Laboratories, Actavis LLC, and
17          Actavis Pharma, Inc
18
19          JONES DAY
            BY:  EDWARD M. CARTER, ESQUIRE
20          325 John H. McConnell Boulevard
            Suite 600
21          Columbus, Ohio 43215
            (614) 469-3939
22          emcarter@jonesday.com
            Representing the Defendant,
23          Walmart
24
```

```
 1   APPEARANCES: (Continued)
 2
 3        PELINI CAMPBELL & WILLIAMS, LLC
          BY: PAUL B. RICARD, ESQUIRE
 4        8040 Cleveland Avenue NW
          Suite 400
 5        North Canton, Ohio 44720
          (330) 305-6400
 6        pbricard@pelini-law.com
          Representing the Defendant,
 7        Prescription Supply, Inc.
 8
 9        WILLIAMS & CONNOLLY, LLP
          BY: ANDREW C. MCBRIDE, ESQUIRE
10        725 Twelfth Street, N.W.
          Washington, DC  20005
11        (202) 434-5000
          amcbride@wc.com
12        Representing the Defendant,
          Cardinal Health
13
14
          KIRKLAND & ELLIS LLP
15        BY:  DONNA M. WELCH, P.C, ESQUIRE
          300 North LaSalle
16        Chicago, Illinois 60654
          (312) 862-2000
17        donna.welch@kirkland.com
18        - and -
19        BY:  CATIE VENTURA, ESQUIRE
          655 Fifteenth Street, N.W.
20        Washington, D.C. 20005
          (202) 879-5000
21        Catie.ventura@kirkland.com
          Representing Allergan Finance, LLC
22
23
24
```

```
 1   APPEARANCES: (Continued)
 2
 3        ROPES & GRAY LLP
          BY:  WILLIAM T. DAVISON, ESQUIRE
 4        Prudential Tower
          800 Boylston Street
 5        Boston, Massachusetts 02199
          (617) 951-7000
 6        William.Davison@ropesgray.com
          Representing the Defendant,
 7        Mallinckrodt
 8
 9   VIA TELECONFERENCE/LIVESTREAM:
10
11        ROBBINS GELLER RUDMAN & DOWD, LLP
          BY: AELISH MARIE BAIG, ESQUIRE
12        1 Montgomery Street
          San Francisco, California 94104
13        (415) 393-1500
          Aelishb@rgrdlaw.com
14        Representing the Plaintiffs
15
16
          ARNOLD & PORTER KAYE SCHOLER LLP
17        BY: JOHN CELLA, ESQUIRE
          601 Massachusetts Avenue, N.W.
18        Washington, DC 20001
          (202) 942-5000
19        john.cella@arnoldporter.com
          Representing the Defendant,
20        Endo Pharmaceuticals
21
22
23
24
```

```
 1   APPEARANCES:  (Continued)
 2   VIA TELECONFERENCE/LIVESTREAM:
 3
 4
         COVINGTON & BURLING LLP
 5       BY:  CLAYTON BAILEY, ESQUIRE
         850 Tenth Street, NW
 6       Suite 856N
         Washington, DC 20001
 7       (202) 662-5000
         cbailey@cov.com
 8       Representing the Defendant,
         McKesson Corporation
 9
10
         REED SMITH, LLP
11       BY: SAMANTHA L. ROCCHINO, ESQUIRE
         BY: NEIL A. HLAWATSCH, ESQUIRE
12       Three Logan Square
         1717 Arch Street
13       Philadelphia, Pennsylvania 19103
         (215) 851-8100
14       Srocchino@reedsmith.com
         nhlawatsch@reedsmith.com
15       Representing the Defendant,
         Amerisource Bergen Drug
16       Corporation
17
18
19
20
     ALSO PRESENT:
21   Dan Lawlor, Videographer
22
23
24
```

```
 1    there.
 2         Q.    And then Exhibit-5 is a
 3    contract sales force agreement by and
 4    between Ventiv Commercial Services and
 5    Actavis Chadian LLC, correct?
 6         A.    A contract between Ventiv
 7    and Actavis, yes.
 8         Q.    We may return to these
 9    later.  You can put them aside for now.
10    As a general matter, try to keep the
11    marked exhibits neat.  So when we go back
12    to them, it will be easier to go back to.
13              I'm going to hand you what's
14    previously been marked Exhibit 1 from the
15    Allergan Kaufheld deposition.
16              Have you seen this document
17    before?
18         A.    It looks familiar.  I'm not
19    sure if I saw this exact one, but it
20    looks familiar.
21         Q.    You know that you are
22    designated, on the second -- on the
23    second page, which is Page Number 1 of
24    this, to testify on behalf of the
```

```
 1   corporate entity for a series of topics,
 2   correct?
 3          A.    Yes.
 4          Q.    And you are prepared to
 5   testify on those topics today?
 6          A.    Yes, I am prepared.
 7          Q.    What is the name of the
 8   corporation you've been designated to
 9   provide testimony on behalf of?
10          A.    It's on behalf of Allergan,
11   I'm not clear on the exact corporate
12   structure.  That wasn't part of my --
13   what I prepared for.
14                But my understanding is it's
15   Allergan.  I believe Allergan Finance.
16          Q.    Are you prepared to offer
17   testimony on behalf of Watson
18   Pharmaceuticals, Inc.?
19          A.    On behalf of Watson?
20                MS. WELCH:  Objection to the
21          extent you're asking her legal
22          questions.  She's been designated
23          on behalf of Allergan Finance,
24          LLC.  That's clear from the
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          pleading that you've put in front
 2          of her.
 3                  MR. MELAMED:  I was asking
 4          the witness who she understands
 5          she's been designated to testify
 6          on.
 7                  MS. WELCH:  And she answered
 8          the question.  And in response to
 9          follow-up questions, I'm saying
10          it's clear, on behalf of the
11          pleading, who she's been
12          designated to testify on behalf
13          of.
14                  MR. MELAMED:  You're free to
15          object.
16   BY MR. MELAMED:
17          Q.    Can you answer the question,
18   please?
19          A.    Can you repeat the question?
20          Q.    Sure.
21                Are you prepared to testify
22   on behalf of Watson Pharmaceuticals, Inc.
23   today?
24                  MS. WELCH:  Same objection.
```