# PSJ10 Exh 75

Original Workings

| Document Type | Account | Cost Center | US | Document Number | Text | User name | Company Code | Amount in local currency | Posting Date | Document Date | Customer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SA | 170000 | | Yes | 1000005 | Generess JE | TANDER01 | 1300 | 73,000,000.00 | 12/27/2013 | 12/27/2013 | |
| SA | 170000 | | No | 1000011 | Transfer intangible balances for remain CO entiti | EBENJAMIN | 1300 | (224,000,000.00) | 12/31/2015 | 1/8/2015 | |
| SA | 170000 | | No | 1000007 | xfrb IP to WCCL | LPUZANOV | 1300 | 165,337,810.00 | 10/21/2015 | 10/21/2015 | |
| SA | 170000 | | No | 1000008 | Transfer intangible balances for remain CO entiti | EBENJAMIN | 1300 | (224,000.00) | 12/31/2015 | 1/8/2016 | |
| AB | 170000 | | No | 1000010 | Transfer intangible balances for remain CO entiti | EBENJAMIN | 1300 | 224,000.00 | 12/31/2015 | 1/8/2016 | |
| AB | 190000 | | No | 1000006 | WCC(Puerto Rico) Distribution to APRH | DHUANG | 1300 | 262,295.00 | 3/31/2015 | 4/1/2015 | |
| SA | 190539 | | No | 1000009 | Transfer intangible balances for remain CO entiti | EBENJAMIN | 1300 | (224,000.00) | 12/31/2015 | 1/8/2015 | |
| AB | 190539 | | No | 1000012 | Transfer intangible balances for remain CO entiti | EBENJAMIN | 1300 | 224,000.00 | 12/31/2015 | 1/8/2015 | |
| SA | 190539 | | No | 1000008 | Transfer intangible balances for remain CO entiti | EBENJAMIN | 1300 | 224,000.00 | 12/31/2015 | 1/8/2016 | |
| AB | 190539 | | No | 1000010 | Transfer intangible balances for remain CO entiti | EBENJAMIN | 1300 | (224,000.00) | 12/31/2015 | 1/8/2016 | |
| SA | 190631 | | No | 1000009 | Transfer intangible balances for remain CO entiti | EBENJAMIN | 1300 | 224,000.00 | 12/31/2015 | 1/8/2015 | |
| SA | 190631 | | No | 1000011 | Transfer intangible balances for remain CO entiti | EBENJAMIN | 1300 | 224,000,000.00 | 12/31/2015 | 1/8/2015 | |
| AB | 190631 | | No | 1000012 | Transfer intangible balances for remain CO entiti | EBENJAMIN | 1300 | (224,000.00) | 12/31/2015 | 1/8/2015 | |
| SA | 253000 | | Yes | 1000005 | Generess JE | TANDER01 | 1300 | (73,000,000.00) | 12/27/2013 | 12/27/2013 | |
| SA | 253000 | | No | 1000007 | xfrb IP to WCCL | LPUZANOV | 1300 | (165,337,810.00) | 10/21/2015 | 10/21/2015 | |
| AB | 521551 | 910300 | No | 1000006 | WCC(Puerto Rico) Distribution to APRH | DHUANG | 1300 | (262,295.00) | 3/31/2015 | 4/1/2015 | |
| | | | | | | | | - | | | |

ALLERGAN_MDL_04452226 - HIGHLY CONFIDENTIAL

US Working

| Document Type | Account | Cost Center | US | Document Number | Text | User name | Company Code | Amount in local currency | Posting Date | Document Date | Customer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SA | 170000 | | Yes | 1000005 | Generess JE | TANDER01 | 1300 | 73,000,000.00 | 12/27/2013 | 12/27/2013 | |
| SA | 253000 | | Yes | 1000005 | Generess JE | TANDER01 | 1300 | (73,000,000.00) | 12/27/2013 | 12/27/2013 | |
| | | | | | | | | - | | | |

ALLERGAN_MDL_04452226 - HIGHLY CONFIDENTIAL