PSJ10 Exh 77

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle<br>Chicago, IL 60654 |  |
|---|---|---|
| Donna M. Welch<br>To Call Writer Directly:<br>(312) 862-2425<br>donna.welch@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

October 19, 2018

*Via Electronic Mail*

Plaintiffs' Executive Committee -
*See* Electronic Service List

Re:   *In re National Prescription Opiate Litigation*, MDL No. 2804

Dear Counsel:

I write to provide Allergan Finance, LLC's ("Allergan Finance") weekly document production status report, as directed by Special Master Cohen, and production/prioritization status chart, as agreed by the parties.

**Production this week under ALLERGAN_MDL Bates numbers:**  Allergan Finance is making another production today under the ALLERGAN_MDL Bates numbers. The production includes 701 documents, including more than 4,550 pages. Allergan Finance is also producing the eleventh installment of its privilege log. This week's production ranges from Bates ALLERGAN_MDL_03362742 to ALLERGAN_MDL_03367291.

**Sources:**  This week's production under the ALLERGAN_MDL Bates numbers contains custodial documents from, among others, Jeannette Barrett. It also includes Board of Director materials. *See* ALLERGAN_MDL_03363459 to ALLERGAN_MDL_03365956.

**Production to date:**  Through today's production, Allergan Finance has produced more than 449,550 documents, including more than 3.36 million pages, under the ALLERGAN_MDL Bates numbers.

**Productions this week under Acquired_Actavis Bates numbers:**  In conjunction with Teva/the Acquired Actavis Entities, Allergan Finance made another substantial production of documents under the Acquired_Actavis Bates numbers yesterday. *See* Acquired_Actavis_00441552 to Acquired_Actavis_00733691. The production included more than 69,000 documents. The custodians included in that production were: Jeannette Barrett; Doug Boothe; Michael Clarke; Joyce DelGaudio; Michael Dorsey; Rachelle Galant; Nathalie Leitch; Jinping McCormick; David Myers; Tom Napoli; Terri Nataline; Mike Perfetto; Sarita Thapar; and Mary Woods.

## KIRKLAND & ELLIS LLP

October 19, 2018
Page 2

      **Production/prioritization status chart:** As agreed by the parties, Allergan Finance is enclosing its updated Production/Prioritization Status Chart.

      **Productions next week:** Allergan Finance anticipates making another production under the ALLERGAN_MDL Bates numbers as well as under the Acquired_Actavis Bates numbers next week.

* * *

Please let us know if you have any questions.

                    Sincerely,

                    /s/ Donna M. Welch
                    Donna M. Welch, P.C.

cc:
Special Master David R. Cohen (david@specialmaster.law)
Rana B. Dawson (rana.barakat.com)
Jennifer Levy, P.C. (jennifer.levy@kirkland.com)
Martin L. Roth (martin.roth@kirkland.com)
Timothy W. Knapp (timothy.knapp@kirkland.com)
Karl Stampfl (karl.stampfl@kirkland.com)
Carissa Dolan (cdolan@rgrdlaw.com)
Matthew Melamed (mmelamed@rgrdlaw.com)
Mark Dearman (mdearman@rgrdlaw.com)
Aelish Baig (aelishb@rgrdlaw.com)
Dory Antullis (dantullis@rgrdlaw.com)
Jennifer Scullion (jscullion@seegerweiss.com)
Paul Geller (pgeller@rgrdlaw.com)
Linda Singer (lsinger@motleyrice.com)
Tom Egler (tome@rgrdlaw.com)
Rebeca Hillyer (rebecca.hillyer@morganlewis.com)
Jonathan E. Maier (jonathan.maier@morganlewis.com)

**Electronic Service List**

Don Barrett

# KIRKLAND & ELLIS LLP

October 19, 2018
Page 3


Barrett Law Group, P.A.
donbarrettpa@gmail.com

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein
ecabraser@lchb.com

James E. Cecchi
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
jcecchi@carellabyrne.com

Erin Dickinson
Crueger Dickinson LLC
ekd@cruegerdickinson.com

James R. Dugan, II
The Dugan Law Firm, APLC
jdugan@dugan-lawfirm.com

Paul J. Geller
Robbins Geller Rudman & Dowd LLP
pgeller@rgrdlaw.com

Michael J. Fuller
McHugh Fuller
mike@mchughfuller.com

R. Eric Kennedy
Weisman Kennedy & Berris Co.
ekennedy@weismanlaw.com

Mark Lanier
Lanier Law Firm
wml@lanierlawfirm.com

Peter J. Mougey
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA
pmougey@levinlaw.com

Ellen Relkin

## KIRKLAND & ELLIS LLP

October 19, 2018
Page 4


Weitz & Luxenberg, P.C.
erelkin@weitzlux.com

Lynn Sarko
Keller Rohrback
lsarko@kellerrohrback.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
hunter@napolilaw.com

Christopher A. Seeger
Seeger Weiss LLP
cseeger@seegerweiss.com

Roland Tellis
Baron & Budd, P.C.
rbudd@baronbudd.com

James D. Young
Morgan & Morgan
jyoung@forthepeople.com