PSJ15 Exh 1

**Message**

**From:** Borelli, Victor [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VICTOR.BORELLI]
**Sent:** 1/27/2009 4:12:07 PM
**To:** Steven J. Cochrane [steve@keysourcemedical.com]
**Subject:** RE: Oxy 30

Just like Doritos

keep eating, we'll make more.

*Victor M. Borelli*

National Account Manager, Retail
Covidien
Mallinckrodt Pharmaceutical Generics
O:410.308.0633
F:410.308.0634
C:443.204.7914
email: victor.borelli@covidien.com
www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

---

**From:** Steven J. Cochrane [mailto:steve@keysourcemedical.com]
**Sent:** Tuesday, January 27, 2009 11:08 AM
**To:** Borelli, Victor
**Subject:** Re: Oxy 30

Keep 'em comin'! Flyin' out of here. Its like people are addicted to these things or something. Oh, wait, people are...

Thank you,
Steve


**Steven J. Cochrane**
*VP, Purchasing*
**KeySource** Medical, Inc.
*An* **Inc. 500** *Company*

e-mail Steve@KeySourceMedical.com
direct tel 1-866-371-0408
cell 1-516-510-6582

---

**From:** "Borelli, Victor" <Victor.Borelli@Covidien.com>
**To:** Steven J. Cochrane <steve@keysourcemedical.com>
**Sent:** Tuesday, January 27, 2009 10:31:51 AM
**Subject:** Oxy 30



Just got a release today.   You will receive 1200 bottles on Thursday morning.

Thanks,

*Victor M. Borelli*

National Account Manager, Retail
Covidien
Mallinckrodt Pharmaceutical Generics
O:410.308.0633
F:410.308.0634
C:443.204.7914
email: victor.borelli@covidien.com
www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.