PSJ15 Exh 7

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**Meeting:**
**AmerisourceBergen National Healthcare Conference and Exposition**
Paris Las Vegas Hotel
Booth #
July 16, 2005
Las Vegas, NV

**Meetings/Audience:** - All AmerisourceBergen wholesaler buyers.  The conference provides buying opportunities, more than 40 continuing education programs, peer interaction, one day exposition, as well as networking opportunities with AmerisourceBergen members and staff.

ABC expects approximately 7,000 attendees


**Organization Contact Information:**
Director, Generic RX – Sam Vossenberg, 610-727-7000
Conference & Expo Contacts:  Dina Gabriele, 610-727-7163
                              Scott Nemitz, 610-727-7288
Sponsorships – Kristin Hodgson, 610-727-7016
Show Services Contractor –

*Next year's meeting is:*
TBD

**Featured Products/Messages** – *(<u>only</u> products/services are under contract with ABC)*
Last year, we highlighted the following:
- APAP/Codeine
- Morphine ER
- Oxycodone/APAP
- Hydrocodone/APAP
- VIP, Our Source.  Your Supply
- ComplyRight


**Exhibit –**
MI Exhibit Model – Featherlite Tabletop

Header – Mallinckrodt Pharmaceuticals Generics

Graphics – The following graphic panels will be used in the exhibit.

| Graphic Location | Size | Graphic |
|---|---|---|
| C-Print | 24" x 40" | Hydrocodone Eagle – MPFETT06 |
| C-Print | 24" x 40" | ComplyRight – RE-SIZE of MPBC012 |
| | | |

**NEW GRAPHIC FILES DUE TO VISIONSTREAM BY JUNE 24.**

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                      MNK-T1_0004206740

## Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**Exhibit Schedule and Support:**

<u>Saturday, July 16,</u>
Generic Sales – Steve Becker, Mitchell Goldberg, Bonnie New
Marketing – John Adams, Nancy Buckingham, Jeff Burd?

**Mallinckrodt Staff Attending**
MI attendees are:
- Generic Sales – Steve Becker, Mitchell Goldberg, Bonnie New
- Marketing – John Adams, Nancy Buckingham, Jeff Burd?

**Meeting Literature:**

| | | | |
|---|---|---|---|
| 25 | Your Generics Brochure | 3 | ComplyRight Binders |
| 50 | Hydrocodone sell sheet | 100 | Product Charts |
| 10 | Living with ADHD brochure | 25 | Catalogs |
| 10 | Taking ADD to School books | | |
| 10 | Chronic Pain brochure | 50 | Oxycodone sell sheet |
| 50 | APAP/Codeine sell sheet | 50 | Oxy/APAP sell sheet |
| 50 | Morphine ER sell sheet | 50 | Hydromorphone sell sheet |
| 25 | Methylin ER sell sheet | | |
| 200? | Hydrocodone Rebate Promotion sheet (Barb) | | |

**NOTE**:  Need to rent a literature rack.

**Giveaways:**

| | | | |
|---|---|---|---|
| 200 | Generics Highlighter Pens | 100 | ComplyRight Pocket Protectors |
| 100 | Krazy Klips (Oxy) | 100 | Magnetic Dots |
| 100 | CE Program Reprints | 100 | Red Hots |
| 50 | Drug Store News CE Postcards | | |

**Miscellaneous to Send:**

**Special Promotions:**  Pre-Show Mailer with BRC
Poker Chips for Comply Right Meeting participants.

**Sponsorship:**

**Marketing Tactics:**  None

**Opportunities:**

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                        MNK-T1_0004206741

**Pre-show Worksheet**

[ DATE \@ "M/d/yyyy" ]

**Issues and Policies:**

**Attire:**  MPG Apparel

**Budget/Expense:**  This meeting is budgeted through Generic/Customer– account #157-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.7421.

<u>**Next Steps:**</u>

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                              MNK-T1_0004206742

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**Meeting**
    **American Pharmacists Association (APhA)**
    Annual Meeting
    Booth #539
    March 18-20, 2006
    San Francisco, CA

**Meetings/Audience:** - An annual meeting is held every spring that draws 6,000 practitioners, students, federal/military pharmacists, and technicians.  The Federal Forum is a premier opportunity to access government decision-makers.  Some compounding pharmacists attend.

Demographics (%) – independents (13), chain (18), hospital (16), federal/military (12), managed care/mail (8), academia (10), students (19) and pharmaceutical industry (5).

*Next year's meeting is:*    March 16-19, 2007
                                Georgia World Congress Center
                                Atlanta, GA

**OBJECTIVES:**
1. Promote Mallinckrodt products and educate pharmacists about the MI story, as well as our alliance with Zydus.
2. Focus on Federal pharmacists and buyers to promote our products within the military.
3. Identify issues relative to our business that effect the daily business of our customers.
4. Training ground for new Inside Sales Representatives

**Featured Products/Messages:**
*Generics*

*1. Unit Dose* – <u>Display message</u>: "

<u>Exhibit representative message</u> – "Mallinckrodt is responding to your needs by offering alternative packaging options, including unit dose with bar coding down to the unit of use."
Advantages:
- Decreases dispensing errors
- Decreases labor costs
- Increases time for patient care

*2. Hydrocodone* – <u>Display message</u>: "Trust in our strengths and soar with the #1 dispensed generic in the U.S. …hydrocodone/APAP from Mallinckrodt".

<u>Exhibit representative message</u> – "Mallinckrodt has an extensive line of hydrocodone/APAP strengths and ours is the #1 dispensed prescription drug product on the market."

*3. Oxycodone* – <u>Display message</u>: "One for all, all from one…responding to your oxycodone needs."

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T1_0001304097

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

<u>Exhibit representative message</u> – "Mallinckrodt has an oxycodone product for every patient need and you can get these products from one source …us."

**4. *Morphine ER*** - <u>Display message</u>:  *"The complete package…005"*

<u>Exhibit representative message</u> – "Mallinckrodt offers an AB-rated alternative to MS Contin in the 15, 30, 60, 100 and 200mg strengths.  It is also available in a number of packaging configurations to meet every pharmacy's needs."

**5. *Zydus Products***

1. Promethazine
2. Metformin
3. Ribaviran

**Exhibit**
*MI Exhibit Model* – New Custom Island Booth.  The footprint will be a 20 x 30 island.

NOTE: Nuclear will exhibit across aisle - #538, 10' x 20' in-line –

*Layout/Mock-up* – Attached is a layout and mock-up of the exhibit.

***Graphics*** – The following graphic panels will be used in the exhibit.

| *Graphic Location* | *Size* | *Graphic* |
|---|---|---|
| Semi-private wall #1 - Inside | 30" x 40" C-Print | MPCU108–RESIZED – Oxy & Oxy/APAP |
| Semi-private wall #1 - Outside | 30" x 40" C-Print | MPCU107–RESIZED–Trust in Our Strengths–HB/APAP |
| Semi-private wall #2 - Inside | 30" x 40" C-Print | MPCU125-RESIZED – Compounding Powders |
| Semi-private wall #2 - Outside | 30" x 40" C-Print | MPCU135-RESIZED – Morphine ER |
| Center Pole - Front | 30" x 40" C-Print | MPCU206 - NEW – Unit Dose |
| Center Pole - Back | 30" x 40" C-Print | MPCU206 - NEW – Unit Dose |
| Inside Conference Room – Left | 30" x 40" C-Print | MPCU118-RESIZED – Our Source. Your Supply. |
| Inside Conference Room–Middle | 30" x 40" C-Print | MPCU119-RESIZED – Our Process. Your Supply. |
| Inside Conference Room – Right | 30" x 40" C-Print | MPCU120-RESIZED – Our Promise. Your Supply. |
| Outside Conf. Rm–Left side- Left | 30" x 40" C-Print | NEW - Promethazine |
| Outside Conf. Rm–Left side - Rt. | 30" x 40" C-Print | MPCU118-RESIZED – Our Source. Your Supply. |
| Outside Conf. Rm. – Back Wall | 30" x 40" C-Print | MPCU119-RESIZED – Our Process. Your Supply. |
| Outside Conf. Rm–Rt. side - Left | 30" x 40" C-Print | MPCU120-RESIZED – Our Promise. Your Supply. |
| Outside Conf. Rm–Rt. side - Rt. | 30" x 40" C-Print | NEW - Ribavirin |

**GRAPHIC FILES DUE TO VISIONSTREAM BY February 16.**

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**Exhibit Schedule and Support**
<u>Saturday, March 18, 11:00am – 3:00pm</u>
Station #1:   Military Rep – Lewis Archibeck
              Military Rep – Rich McKendrick
              Inside Sales – Jane Reiter (back-up)
Station #2:   Generic Rep – Jeff Burd
              Generic Rep – Jac Buelterman
Reception Counter:   Kathy Westbrook
                     Becky Lorentz (Zydus)
                     Jane Stables (back-up)

<u>Sunday, March 19, 11:00am – 3:00pm</u>
Station #1:   Military Rep – Lewis Archibeck
              Military Rep – Rich McKendrick
              Inside Sales – Jac Buelterman (back-up)
Station #2:   Generic Rep – John Adams
              Generic Rep – Jane Reiter
              Zydus Rep   – Becky Lorentz (back-up)
Reception Counter:   Kathy Westbrook
                     Jeff Burd
                     Jane Stables (back-up)

<u>Monday, March 20, 11:00am – 2:00pm</u>
Station #1:   Military Rep – Lewis Archibeck
              Military Rep – Rich McKendrick
              Inside Sales – Kathy Westbrook (back-up)
Station #2:   Generic Rep – Jeff Burd
              Generic Rep – Jac Buelterman (back-up)
              Zydus Rep   – Becky Lorentz
Reception Counter:   Jane Reiter (back-up)
                     John Adams
                     Jane Stables

**Mallinckrodt Staff Attending**
MI will receive *(24)* complimentary meeting registrations (8) for Nuclear booth, which will allow entry to the exhibit and all other sessions.  MI attendees are:
- PTR – Ed Hesterlee, Steve Mullenix, Jane Stables, Penny Estes (new booth set-up only)
- Generic Marketing – John Adams, Jeff Burd
- Generic Sales – Lewis Archibeck, Rich McKendrick
- Generic Inside Sales – Kathy Westbrook, Jac Buelterman, Jane Reiter
- Zydus Marketing – Becky Lorentz
- Other

**In-Booth Promotion** – A drawing will be held for VIP Gift Boxes (10 per day)
                         Send five samples to show.

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



## Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**Meeting Literature:**
- 100    Generic Catalogs – GN00044
- 500    Unit Dose sell sheet – MK8436
- 100    VIP Brochure – GN00048
- 100 ea  Oxycodone sell sheets (2) – GN05523 and GN05121
- 100    Hydrocodone sell sheet – GN05523
- 100    Hydromorphone sell sheet – GN32430
- 100    Compounding Powders sell sheet – GN71051
- 100    Morphine ER sell sheet – GN00003
- 25    All other pain management sell sheets and variety of others
- 100    "Your Generics" brochure – GN00012
- 100    Chronic Pain brochure – GN03452
- 50    Methylin sell sheet – GN11211
- 50    Dextroamphetamine sell sheet – GN89611
- 100    Fluoxetine sell sheet – IF AVAILABLE
- 50    Metformin sell sheet – GN06003
- 50    Atenolol sell sheet – GN06002
- 50    Promethazine sell sheet – GN06005
- 500    Corporate Product Monitoring Roladex Cards
- 200    Drug Store News CE Program – GN03469
- 3    Inside Sales Responsibility sheets - laminated
- 3    Package Insert sets – shrink wrapped – GN00055
- 3    Lead Card Pads – GN00051

**Giveaways:**
- 750    Generic Highlighter Pens – GN00021
- 1000    M&Ms with Mall. Pharm. Logo label – Red, white, blue
- 800    Red, White, Blue Pens
- 500    Packaging Totes – GN11122
- 500    Unit Dose Phone Cards
- 400    Flag Pins
- 120    Oxycodone Puzzle People (Generics closet)
- 180    Oxycodone Krazy Klips (Generics closet)
- 300    Morphine ER Computer Mirror
- 500    Morphine ER Pens – (Generics closet)
- 100    Cinnamon Mint Tins (For semi-private tables)
- 500    Plastic Bags
- 4 or 5  Medicinal Plant Calendars
- 4 or 5  VIP Gift Boxes for display
- 2    Glass jars for M&Ms

**Budget/Expense** – This meeting is budgeted through Market Development – account #157-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.7421

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER      MNK-T1_0001304100

**Pre-show Worksheet**

[ DATE \@ "M/d/yyyy" ]

**Opportunities**
At this meeting we have access to the decision makers that can influence the purchase and use of our products as well as influence the education of pharmacists and students. This meeting draws a large number of military pharmacists and buyers and gives us the opportunity to discuss our products with them.

**Issues and Policies** – The current issues include.
- Medicare Pharmacy Benefit
- Payment for Pharmacy Services
- HIPAA
- DEA Central Fill
- FDA Compounding

**Sponsorships** – Federal Pharmacy Forum

**Attire** – See Convention Wear Plan

<u>**Next Steps:**</u>

- Graphics sizes to be determined for new booth (Jane) - DONE
- Need Sheet for plastic stand to advertise drawing for VIP Gifts

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                      MNK-T1_0001304101

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**Meeting:**
    **AmerisourceBergen National Healthcare Conference and Exposition**
    Paris Las Vegas Hotel
    Booth #
    July 16, 2005
    Las Vegas, NV

**Meetings/Audience:** - All AmerisourceBergen wholesaler buyers. The conference provides buying opportunities, more than 40 continuing education programs, peer interaction, one day exposition, as well as networking opportunities with AmerisourceBergen members and staff.

ABC expects approximately 7,000 attendees


**Organization Contact Information:**
    Director, Generic RX – Sam Vossenberg, 610-727-7000
    Conference & Expo Contacts:  Dina Gabriele, 610-727-7163
            Scott Nemitz, 610-727-7288
    Sponsorships – Kristin Hodgson, 610-727-7016
    Show Services Contractor –

*Next year's meeting is:*
    TBD

**Featured Products/Messages** – *(only products/services are under contract with ABC)*
Last year, we highlighted the following:
- APAP/Codeine
- Morphine ER
- Oxycodone/APAP
- Hydrocodone/APAP
- VIP, Our Source.  Your Supply
- ComplyRight


**Exhibit –**
MI Exhibit Model – Featherlite Tabletop

Header – Mallinckrodt Pharmaceuticals Generics

Graphics – The following graphic panels will be used in the exhibit.

| Graphic Location | Size | Graphic |
|---|---|---|
| C-Print | 24" x 40" | Hydrocodone Eagle – MPFETT06 |
| C-Print | 24" x 40" | ComplyRight – RE-SIZE of MPBC012 |
|  |  |  |

**NEW GRAPHIC FILES DUE TO VISIONSTREAM BY JUNE 24.**

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T1_0006308768

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**Exhibit Schedule and Support:**

<u>Saturday, July 16,</u>
Generic Sales – Steve Becker, Mitchell Goldberg, Bonnie New
Marketing – John Adams, Nancy Buckingham, Jeff Burd?


**Mallinckrodt Staff Attending**
MI attendees are:
- Generic Sales – Steve Becker, Mitchell Goldberg, Bonnie New
- Marketing – John Adams, Nancy Buckingham, Jeff Burd?


**Meeting Literature:**

| | | | |
|---|---|---|---|
| 25 | Your Generics Brochure | 3 | ComplyRight Binders |
| 50 | Hydrocodone sell sheet | 100 | Product Charts |
| 10 | Living with ADHD brochure | 25 | Catalogs |
| 10 | Taking ADD to School books | | |
| 10 | Chronic Pain brochure | 50 | Oxycodone sell sheet |
| 50 | APAP/Codeine sell sheet | 50 | Oxy/APAP sell sheet |
| 50 | Morphine ER sell sheet | 50 | Hydromorphone sell sheet |
| 25 | Methylin ER sell sheet | | |
| 200? | Hydrocodone Rebate Promotion sheet (Barb) | | |

**NOTE**: Need to rent a literature rack.

**Giveaways:**

| | | | |
|---|---|---|---|
| 200 | Generics Highlighter Pens | 100 | ComplyRight Pocket Protectors |
| 100 | Krazy Klips (Oxy) | 100 | Magnetic Dots |
| 100 | CE Program Reprints | 100 | Red Hots |
| 50 | Drug Store News CE Postcards | | |


**Miscellaneous to Send:**


**Special Promotions:** Pre-Show Mailer with BRC
Poker Chips for Comply Right Meeting participants.


**Sponsorship:**

**Marketing Tactics:** None

**Opportunities:**


*Professional & Trade Relations*
*"Enhancing Access to Customers"*



HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T1_0006308769

**Pre-show Worksheet**

[ DATE \@ "M/d/yyyy" ]

**Issues and Policies:**

**Attire:**  MPG Apparel

**Budget/Expense:**  This meeting is budgeted through Generic/Customer– account #157-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.7421.

<u>**Next Steps:**</u>

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                        MNK-T1_0006308770

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**Meeting**
    **American Pharmacists Association (APhA)**
    Annual Meeting
    Booth #539
    March 18-20, 2006
    San Francisco, CA

**Meetings/Audience:** - An annual meeting is held every spring that draws 6,000 practitioners, students, federal/military pharmacists, and technicians. The Federal Forum is a premier opportunity to access government decision-makers. Some compounding pharmacists attend.

Demographics (%) – independents (13), chain (18), hospital (16), federal/military (12), managed care/mail (8), academia (10), students (19) and pharmaceutical industry (5).

*Next year's meeting is:*    March 16-19, 2007
                              Georgia World Congress Center
                              Atlanta, GA

**OBJECTIVES:**
1. Promote Mallinckrodt products and educate pharmacists about the MI story, as well as our alliance with Zydus.
2. Focus on Federal pharmacists and buyers to promote our products within the military.
3. Identify issues relative to our business that affect the daily business of our customers.
4. Training ground for new Inside Sales Representatives

**Featured Products/Messages:**
*Generics*
*1. Unit Dose* – <u>Display message</u>: "The products you want. The packaging you need. From one source.

<u>Exhibit representative message</u> – "Mallinckrodt is responding to your needs by offering alternative packaging options, including unit dose with bar coding down to the unit of use."
Advantages:
- Decreases dispensing errors
- Decreases labor costs
- Increases time for patient care

*2. Hydrocodone* – <u>Display message</u>: "Trust in our strengths and soar with the #1 dispensed generic in the U.S. …hydrocodone/APAP from Mallinckrodt".

<u>Exhibit representative message</u> – "Mallinckrodt has an extensive line of hydrocodone/APAP strengths and ours is the #1 dispensed prescription drug product on the market."

*3. Oxycodone* – <u>Display message</u>: "One for all, all from one…responding to your oxycodone needs."

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

<u>Exhibit representative message</u> – "Mallinckrodt has an oxycodone product for every patient need and you can get these products from one source …us."

*4. Morphine ER* - <u>Display message</u>: *"The complete package…005"*

<u>Exhibit representative message</u> – "Mallinckrodt offers an AB-rated alternative to MS Contin in the 15, 30, 60, 100 and 200mg strengths. It is also available in a number of packaging configurations to meet every pharmacy's needs."

*5. Zydus Products*

**Promethazine** – <u>Display message</u>: "Trust Us to Make the Grade. Your Full Line Supplier"

<u>Exhibit representative message</u> – "Mallinckrodt offers all three strengths of Promethazine tablets, including the 12.5mg. The 12.5mg, 25mg, and 50mg strengths are all bioequivalent to the brand. These are available through your wholesaler."

**Ribaviran** - <u>Display message</u>: "Another sure winner from your trusted supplier."

<u>Exhibit representative message</u> – "Trust Mallinckrodt to supply your Ribavirin tablets and capsules. Both are AB-rated to the brand and available through your wholesaler."

**Metformin** - <u>Display message</u>: No booth graphics for this product at this show… but we can still deliver the message below.

<u>Exhibit representative message</u> – "You can rely on Mallinckrodt for your uninterrupted supply of high quality Metformin tablets, available through your wholesaler."

**Exhibit**
*MI Exhibit Model* – New Custom Island Booth. The footprint will be a 20 x 30 island.

NOTE: Nuclear will exhibit across aisle - #538, 10' x 20' in-line –

*Layout/Mock-up* – Attached is a layout and mock-up of the exhibit.

*Graphics* – The following graphic panels will be used in the exhibit.

| Graphic Location | Size | Graphic |
|---|---|---|
| Semi-private wall #1 - Inside | 30" x 40" C-Print | MPCU108–RESIZED – Oxy & Oxy/APAP |
| Semi-private wall #1 - Outside | 30" x 40" C-Print | MPCU107–RESIZED–Trust in Our Strengths–HB/APAP |
| Semi-private wall #2 - Inside | 30" x 40" C-Print | MPCU125-RESIZED – Compounding Powders |
| Semi-private wall #2 - Outside | 30" x 40" C-Print | MPCU135-RESIZED – Morphine ER |
| Center Pole - Front | 30" x 40" C-Print | MPCU206 - NEW – Unit Dose |
| Center Pole - Back | 30" x 40" C-Print | MPCU206 - NEW – Unit Dose |
| Inside Conference Room – Left | 30" x 40" C-Print | MPCU118-RESIZED – Our Source. Your Supply. |
| Inside Conference Room–Middle | 30" x 40" C-Print | MPCU119-RESIZED – Our Process. Your Supply. |
| Inside Conference Room – Right | 30" x 40" C-Print | MPCU120-RESIZED – Our Promise. Your Supply. |

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



**Pre-show Worksheet**

[ DATE \@ "M/d/yyyy" ]

| Outside Conf. Rm–Left side- Left | 30" x 40" C-Print | NEW - Promethazine |
|---|---|---|
| Outside Conf. Rm–Left side - Rt. | 30" x 40" C-Print | MPCU118-RESIZED – Our Source. Your Supply. |
| Outside Conf. Rm. – Back Wall | 30" x 40" C-Print | MPCU119-RESIZED – Our Process. Your Supply. |
| Outside Conf. Rm–Rt. side - Left | 30" x 40" C-Print | MPCU120-RESIZED – Our Promise. Your Supply. |
| Outside Conf. Rm–Rt. side - Rt. | 30" x 40" C-Print | NEW - Ribavirin |

### GRAPHIC FILES DUE TO VISIONSTREAM BY February 16.

**Exhibit Schedule and Support**
Saturday, March 18, 11:00am – 3:00pm
Station #1:    Military Rep – Lewis Archibeck
               Military Rep – Rich McKendrick
Station #2:    Inside Sales – Jane Reiter
               Inside Sales – Jac Buelterman
Reception Counter:   Kathy Westbrook
                     Becky Lorentz (Zydus rep)
                     Jane Stables (back-up)

Sunday, March 19, 11:00am – 3:00pm
Station #1:    Military Rep – Lewis Archibeck
               Military Rep – Rich McKendrick
Station #2:    Generic Rep – John Adams
               Inside Sales – Jane Reiter
               Zydus Rep   – Becky Lorentz (back-up)
Reception Counter:   Kathy Westbrook
                     Jac Buelterman
                     Jane Stables (back-up)

Monday, March 20, 11:00am – 2:00pm
Station #1:    Military Rep – Lewis Archibeck
               Military Rep – Rich McKendrick
Station #2:    Inside Sales – Kathy Westbrook (back-up)
               Generic Rep – John Adams
Reception Counter:   Jane Reiter (back-up)
                     Jac Buelterman (back-up)
                     Jane Stables

**Mallinckrodt Staff Attending**
MI will receive *(24)* complimentary meeting registrations (8) for Nuclear booth, which will allow entry to the exhibit and all other sessions.  MI attendees are:
- PTR – Ed Hesterlee,Steve Mullenix,Jane Stables, Penny Estes(new booth set-up only)
- Generic Marketing – John Adams
- Generic Sales – Lewis Archibeck, Rich McKendrick
- Generic Inside Sales – Kathy Westbrook, Jac Buelterman, Jane Reiter
- Zydus Marketing – Becky Lorentz

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**In-Booth Promotion** – A drawing will be held for VIP Gift Boxes (10 per day)
Send five samples to show.

**Meeting Literature:**
| | |
|---|---|
| 100 | Generic Catalogs – GN00044 |
| 500 | Unit Dose sell sheet – MK8436 |
| 100 | VIP Brochure – GN00048 |
| 100 ea | Oxycodone sell sheets (2) – GN05523 and GN05121 |
| 100 | Hydrocodone sell sheet – GN03462 |
| 100 | Hydromorphone sell sheet – GN32430 |
| 100 | Compounding Powders sell sheet – GN71051 |
| 100 | Morphine ER sell sheet – GN00003 |
| 25 | All other pain management sell sheets and variety of others |
| 100 | "Your Generics" brochure – GN00012 |
| 100 | Chronic Pain brochure – GN03452 |
| 50 | Methylin sell sheet – GN11211 |
| 50 | Dextroamphetamine sell sheet – GN89611 |
| 100 | Fluoxetine sell sheet – GN06611 |
| 50 | Metformin sell sheet – GN06003 |
| 50 | Atenolol sell sheet – GN06002 |
| 50 | Promethazine sell sheet – GN06005 |
| 500 | Corporate Product Monitoring Roladex Cards |
| 200 | Drug Store News CE Program – GN03469 |
| 3 | Inside Sales Responsibility sheets - laminated |
| 3 | Package Insert sets – shrink wrapped – GN00055 |
| 3 | Lead Card Pads – GN00051 |
| 200 | Pain Topix.com flyer – GN00057 |

**Giveaways:**
| | |
|---|---|
| 750 | Generic Highlighter Pens – GN00021 |
| 1000 | M&Ms with Mall. Pharm. Logo label – Red, white, blue |
| 800 | Red, White, Blue Pens |
| 500 | Packaging Totes – GN11122 |
| 500 | Unit Dose Phone Cards |
| 400 | Flag Pins |
| 120 | Oxycodone Puzzle People (Generics closet) |
| 180 | Oxycodone Krazy Klips (Generics closet) |
| 300 | Morphine ER Computer Mirror – GN83160 |
| 500 | Morphine ER Pens – (Generics closet) |
| 100 | Cinnamon Mint Tins (For semi-private tables) |
| 500 | Plastic Bags – GN00101 |
| 4 or 5 | Medicinal Plant Calendars |
| 4 or 5 | VIP Gift Boxes for display – GN00056 |
| 2 | Glass jars for M&Ms |
| 12 | Badge Lanyards |

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER        MNK-T1_0002247623

**Pre-show Worksheet**

[ DATE \@ "M/d/yyyy" ]

**Budget/Expense** – This meeting is budgeted through Market Development – account #157-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.7421

**Opportunities**
At this meeting we have access to the decision makers that can influence the purchase and use of our products as well as influence the education of pharmacists and students. This meeting draws a large number of military pharmacists and buyers and gives us the opportunity to discuss our products with them.

**Issues and Policies** – The current issues include.
- Medicare Pharmacy Benefit
- Payment for Pharmacy Services
- HIPAA
- DEA Central Fill
- FDA Compounding

**Sponsorships** – Federal Pharmacy Forum

**Attire** – See Convention Wear Plan

**Next Steps:**

- Graphics sizes to be determined for new booth (Jane) - DONE
- Need Sheet for plastic stand to advertise drawing for VIP Gifts - DONE

*Professional & Trade Relations*
*"Enhancing Access to Customers"*

tyco / Healthcare / **Mallinckrodt**