PSJ15 Exh 10




CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　　　MNK-T1_0001531484