PSJ15 Exh 11

Document Produced in Native Format

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER MNK-T1_0002699252

Convention & Trade Show
Standard Marketing Material Order  as of 1/30/2011
Per 100 Attendees

Ship to Address:

| Item # | Revision Date | Description | Unit of Measure | Qty Requested |
|---|---|---|---|---|
| GN33318 | 2010/06 | Fentanyl Lozenge Brochures | Ea. | |
| GH33302 | 2011/02 | Fentanyl Patch Brochures | Ea. | |
| GN00044 | 2011/03 | Generic Catalogs | Ea. | |
| GN11127 | 2011/10 | Unit Dose Products Brochures | Ea. | |
| GN3471 | 2011/10 | Hydrocodone Bitartrate and Acetaminophen Brochures | Ea. | |
| GN05123 | 2011/10 | Oxycodone Hydrochloride Brochures | Ea. | |
| GN83170 | 2010/05 | Morphine Sulfate Extended-Release Brochures | Ea. | |
| GN89581 | Apr-12 | Dextroamphetamine Sulfate Extended-Release Capsules | Ea. | |
| Coming Soon | | Dextroamphetamine Sulfate Tablets, USP | | |
| n/a | n/a | Corporate Product Monitoring Cards | Ea. | |
| n/a | n/a | Pain Management Pocketcard Set | Pk of 10 | |
| CA-001F | n/a | CARES Alliance Business Cards | Pk of 25 | |
| CA-200 | n/a | Pharmacist's Manual (An informational Outline of the Controlled Substances Act) | Ea. | |
| GN03472 | | Ease Your Pain - A Guide to Feeling Better Pamphlet | | |
| n/a | n/a | Oxford American Pocket Cards (OAPC) Breakthrough Pain | | |
| n/a | n/a | CE Lesson - Power-Pak C.E. | | |