PSJ15 Exh 12

Document Produced in Native Format

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000972885

Convention & Trade Show
Standard Marketing Material Order as of 1/30/2011
Per 100 Attendees

Ship to Address:

| Item # | Description | Unit of Measure | Quantity /100 | Qty Requested |
|---|---|---|---|---|
| | **Bonnie's Kroger List** | | | |
| GN33318 | Fentanyl Lozenge Brochures | Ea. | 2 | |
| GH33302 | Fentanyl Patch Brochures | Ea. | 10 | |
| GN00044 | Generic Catalogs | Ea. | 5 | |
| GN11127 | Unit Dose Brochures | Ea. | 2 | |
| GN3471 | Hydrocodone/APAP Brochures | Ea. | 2 | |
| GN05123 | Oxycodone Brochures | Ea. | 2 | |
| GN83170 | Morphine Brochures | Ea. | 2 | |
| | Corporate Product Monitoring Cards | Ea. | 50 | |
| | Pain Management Pocketcard Set | Pk of 10 | 5 | |
| CA-001F | CARES Alliance Business Cards | Pk of 25 | 2 | |
| | **Bonnie's Supervalu List** | | | |
| GN33318 | Fentanyl Lozenge Brochures | Ea. | 2 | |
| GN33302 | Fentanyl Patch Brochures | Ea. | 0 | |
| GN00044 | Generic Catalogs | Ea. | 5 | |
| GN11127 | Unit Dose Brochures | Ea. | 2 | |
| GN3471 | Hydrocodone/APAP Brochures | Ea. | 2 | |
| GN05123 | Oxycodone Brochures | Ea. | 2 | |
| GN83170 | Morphine Brochures | Ea. | 2 | |
| | Corporate Product Monitoring Cards | Ea. | 50 | |
| | Pain Management Pocketcard Set | Pk of 10 | 5 | |
| CA-001F | CARES Alliance Business Cards | Pk of 25 | 2 | |
| | **Tim's List** | | | |
| GN33318 | Fentanyl Lozenge Brochures | Ea. | 10 | |
| GH33302 | Fentanyl Patch Brochures | Ea. | 10 | |
| GN00044 | Generic Catalogs | Ea. | 5 | |
| GN11127 | Unit Dose Brochures | Ea. | 2 | |
| GN3471 | Hydrocodone/APAP Brochures | Ea. | 2 | |
| GN05123 | Oxycodone Brochures | Ea. | 2 | |
| GN83170 | Morphine Brochures | Ea. | 2 | |
| | Corporate Product Monitoring Cards | Ea. | 10 | |
| | Pain Management Pocketcard Set | Pk of 10 | 5 | |
| CA-001F | CARES Alliance Business Cards | Ea. | 10 | |