PSJ15 Exh 16

Message

| | |
|---|---|
| **From**: | Cardetti, Lisa M [Lisa.Cardetti@mallinckrodt.com] |
| **Sent**: | 7/20/2015 8:03:03 PM |
| **To**: | Greaving, Ashley M (Rauschenbach) [Ashley.Greaving@Mallinckrodt.com] |
| **Subject**: | Generic Mkt Materials Form (6).xls |
| **Attachments**: | Generic Mkt Materials Form (6).xls |

Hi Ashley,

Please see attached for ABC tradeshow, also, if the Oxy/APAP sell sheets are ready, I would like 10 of those as well.

Thanks,
Lisa

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                         MNK-T1_0004862918

Document Produced in Native Format

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER MNK-T1_0004862919

| | SPECIALTY GENERICS | | |
|---|---|---|---|
| | Convention and Trade Show Marketing Material Order Form | | |
| | Updated: 07.10.2015 | | |
| Ship to: | | | |
| Address: | | | |
| City/State/Zip: | | | |
| Phone #: | | | |
| Item # | Description | Unit of Measure | Qty Requested |
| GEN01314 | ADHD Pocketcard Set | Ea. | 50 |
| GEN02814 | 2015 Pharmacognosy Calendar | Ea. | 50 |
| GN00051 | Convention Contact Cards | Pad of 50 | |
| GEN02714 | Corporate Product Monitoring Cards | Ea. | 50 |
| GEN01914 | Dextroamphetamine ER **Capsules** | Ea. | Not Avail | 04.10.2015 - Per Labeling, multiple ongoing changes to the PI will be made, so we are temporarily removing these sell sheets from inventory. |
| GEN02014 | Dextroamphetamine Sulfate **Tablets** USP | Ea. | Not Avail | 04.10.2015 - Per Labeling, multiple ongoing changes to the PI will be made, so we are temporarily removing these sell sheets from inventory. |
| GEN01514 | Equivalent Dose Conversion Guide | Ea. | 50 |
| GEN00613 | Fentanyl Patch sell sheet | Ea. | 10 |

Page 1

| GEN00913 | Generic Product Catalogs - Rev 02.2015 | | Ea. | **25** |
|---|---|---|---|---|
| GEN03014 | Hydrocodone Bitartrate and Acetaminophen sell sheet | | Ea. | **10** |
| GEN01414 | Hydromorphone HCl ER tablets (EXALGO) | | Ea. | **5** |
| GEN03315 | Improved Label Features | | Ea. | **10** |
| AT00114 | Methadose/Methadone Sell Sheet | | Ea. | **PI Swap** |
| GN11214 | Methylphenidate ER **Tablet** sell sheet (Concerta) | | Ea. | **10** |
| GEN01717 | Methylphenidate **Oral Solution** sell sheet | | Ea. | |
| GEN03115 | Methadone HCl Tablets, Dispersible Orange Flavored for Oral Suspension) | | Ea. | |
| GEN00513 | Mixed Salts sell sheet | | Ea. | **PI Swap in process 07.09.2015** |
| GEN01014 | Morphine **Oral Solution** sell sheets | | Ea. | |

| | | | | |
|---|---|---|---|---|
| GEN01114 | Morphine Sulfate ER **Tablets** sell sheet | | Ea. | 10 |
| GEN00413 | Opioid Addiction Treatment Education Series | | Ea. | |
| GEN01814 | Oral Transmucosal Fentanyl Citrate | | Ea. | |
| GN05123 | Oxycodone HCl & Oxycodone/APAP sell sheet | | Ea. | On Hold — **04.10.15 - Pending launch and date of first use of 15 mg & 30 mg unit dose strengths - product family image to be revised** |
| GEN01214 | Pain Management Pocketcard Set | | Ea. | 50 |
| GEN00713 | Unit Dose sell sheet | | Ea. | |
| GEN01614 | Wong-Baker FACES Pain Scales | | Pk of 25 | 50 |
| n/a | Wong-Baker FACES sell sheet *(not inventoried - print on demand)* | | Ea. | 5 |