PSJ15 Exh 18

# Additional Resources

**American Chronic Pain Association**
P.O. Box 850
Rocklin, CA 95677-0850
916-632-0922
www.theacpa.org

**American Pain Foundation**
201 N. Charles Street
Suite 710
Baltimore, MD 21201-4111
www.painfoundation.org

**Back Pain Association of America**
P. O. Box 135
Pasadena, MD 21122-0135
410-255-3633

**National Chronic Pain Outreach Association**
P. O. Box 274
Millboro, VA 24460
540-997-5004

**National Foundation for the Treatment of Pain**
1330 Skyline Drive #21
Monterey, CA 93940
831-655-8812
www.paincare.org

**New England Pain Association**
P. O. Box 11086
Richmond, VA 23230-1086
804-282-4011

**Pain.com**

**Society for Pain Practice Management**
4801 College Boulevard
Leawood, KS 66211
913-387-3155
www.sppm.org

# Take Power Over Pain

To win any battle, you need effective weapons and strategies and that's also the case when you're fighting chronic pain. There are many steps you can take to alleviate your physical suffering, ranging from tried-and-true practices to doctor-prescribed medications to more unconventional methods.

We've prepared this brochure to provide an array of ideas to assist you in controlling and minimizing pain. It also refers you to several resources where you can obtain more thorough or specific recommendations.

Whichever steps prove to be most useful in your particular situation, please remember you're not alone — your doctors, pharmacists and others are in this fight with you. You can trust them to offer insightful advice and counseling along with the most appropriate and effective solutions.

Pain can be a formidable opponent. Here are 5 ways to help you beat it.

Information contained herein is for educational purposes only. It should not be used as a substitute for medical care. Consult your physician about your individual case.

tyco | Healthcare | Mallinckrodt

www.mallinckrodt.com
© 2002 Mallinckrodt Inc. All rights reserved.
CR-010-04/02



# five Steps To Control
# Chronic Pain

**Mallinckrodt Pharmaceuticals**

### one
### Relaxation and Meditation

Pain is naturally reduced when your body produces endorphins, which can be released when your stress or anxiety levels are lowered. Among the ways to stimulate endorphins are relaxation through meditation, breathing techniques, music or aromatherapy. Many patients are able to induce a pain-relieving feeling with soothing thoughts, or by visualizing pleasant images.

To learn more, **contact the physical therapy department** of your local hospital or **visit a wellness center**. Some patients report improvements even after one instructional session. Or you can **search the web** under 'pain relief.' You'll find information on seminars, videos, books and more.

### two
### Humor and Positive Thinking

The old saying about laughter being the best medicine is based on fact, and there's much anecdotal evidence to support its validity as a healing force. Quite often, feelings of pain can be lessened simply by overpowering them with an uplifting mental attitude or humor – whether you get it from comedy videos, encouraging conversation or just using the strength of your own will to fight back.

You can access more information on this topic by visiting websites such as www.rxlaughter.org, www.worldlaughtertour.com and www.aath.org. You may also want to visit your library or bookstore. Paradoxically, there are many funny books on the issue of pain management and how to use humor to find relief.

### three
### Sleep and Exercise

A well-rested body is naturally stronger, but as you may know, discomfort can affect your sleep. Anecdotal information tells us that new techniques in mattress and pillow design are able to improve many people's sleep quality and help them reduce pain. Better sleep can help promote a better, hardier attitude as well. **Ask a physical therapist** for a recommendation on mattress brands designed for people with chronic pain.

There are also many specialized exercises designed to address certain musculoskeletal functions to minimize sensitivity in particular areas, such as with pain in joints. Ask your physician or a physical therapist if such a step could be beneficial for you.

### four
### Diet and Nutrition

Removing or adding certain foods and supplements can greatly affect how a person feels, especially in the presence of related pain-causing factors. It's possible that a simple dietary change may be an effective answer for you.

As you can imagine, there are many claims set forth by proponents of various food products, herbal additives and other nutrients, so be careful when considering which ones may be most applicable to your situation. Among the numerous resources available are several helpful websites, including **www.eatright.org**, sponsored by the American Dietetic Association. For more personalized help, you can **contact the registered dietician** at your local hospital and many wellness centers have dieticians on staff.

### five
### Medication

Pharmaceutical solutions are <u>always</u> available to relieve pain. Your physician can choose from several generic and branded drugs specifically created to control chronic pain. These include <u>generic</u> products that contain **oxycodone, hydrocodone, codeine** and related medications.

As you may know, most generic medications have been proven to work on chronic pain as quickly and effectively as branded pharmaceuticals, but at much less cost. Generally, drugs for chronic pain can <u>only</u> be dispensed with a prescription, so please see your physician.

But if you have questions or concerns about these drugs, their effectiveness, possible interactions and guidelines-to-follow when taking them, **speak to your pharmacist**. He or she is an expert in these matters and is eager to provide helpful advice.

We hope these five suggested steps will be useful for you or anyone else you know who suffers from chronic pain. Additionally, the list on the other side offers a wide range of resources which may be helpful in your search for solutions and effective pain relief.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0007040477