PSJ15 Exh 19

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3
       IN RE: NATIONAL            )
 4     PRESCRIPTION               )   MDL No. 2804
       OPIATE LITIGATION          )
 5     _____    )   Case No.
                                  )   1:17-MD-2804
 6                                )
       THIS DOCUMENT RELATES      )   Hon. Dan A.
 7     TO ALL CASES               )   Polster
 8
                   THURSDAY, JANUARY 17, 2019
 9
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                  CONFIDENTIALITY REVIEW
11                          - - -
12           Videotaped deposition of Kevin
13    Webb, Fact Deposition, Volume I, held at the
14    offices of STINSON LEONARD STREET LLP, 7700
15    Forsyth Boulevard, Suite 1000, St. Louis,
16    Missouri, commencing at 2:36 p.m., on the
17    above date, before Carrie A. Campbell,
18    Registered Diplomate Reporter and Certified
19    Realtime Reporter.
20
21
22                          - - -
             GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
24
25
```

```
 1              A P P E A R A N C E S :
 2
 3      KELLER ROHRBACK LLP
        BY:   DEAN KAWAMOTO
 4           dkawamoto@kellerrohrback.com
             GARY GOTTO
 5           ggotto@kellerrohrback.com
             CHANELE REYES
 6           creyes@kellerrohrback.com
        1201 Third Avenue, Suite 3200
 7      Seattle, Washington 98101
        (206) 623-1900
 8      Counsel for MDL Plaintiffs
 9
10      BRANSTETTER STRANCH & JENNINGS, PLLC
        BY:   JAMES G. STRANCH, III
11           jims@bsjfirm.com
             SEAMUS KELLY
12           seamusk@bsjfirm.com
        223 Rosa L. Parks Avenue, Suite 200
13      Nashville, Tennessee 37203
        (615) 254-8801
14      Counsel for the Tennessee Action
15
16      ARMSTRONG TEASDALE, LLP
        BY:   SARAH E. HARMON
17           sharmon@armstrongteasdale.com
        7700 Forsyth Boulevard, Suite 1800
18      St. Louis, Missouri 63105
        (314) 621-5070
19      Counsel for Cardinal Health, Inc.
20
21      COVINGTON & BURLING LLP
        BY:   RYAN ROBERTS
22           rroberts@cov.com
             (VIA TELECONFERENCE)
23      850 Tenth Street, NW
        Washington, DC 20001-4956
24      (202) 662-6000
        Counsel for McKesson Corporation
25
```

```
 1      JACKSON KELLY PLLC
        BY:   JAMES D. JOHNSON
 2            jdjohnson@jacksonkelly.com
              (VIA TELECONFERENCE)
 3      221 NW Fifth Street
        Evansville, Indiana  47708
 4      (812) 422-9444
        Counsel for AmerisourceBergen
 5
 6
        JONES DAY
 7      BY:   LOUIS P. GABEL
              lpgabel@jonesday.com
 8      150 West Jefferson Avenue, Suite 2100
        Detroit, Michigan  48226-4438
 9      (614) 469-3939
        Counsel for Walmart
10
11
        ROPES & GRAY, LLP
12      BY:   BRIEN T. O'CONNOR
              brien.o'connor@ropesgray.com
13            JOSH GOLDSTEIN
              joshua.goldstein@ropesgray.com
14      800 Boylston Street
        Boston, Massachusetts 02199-3600
15      (617) 951-7000
        Counsel for Mallinckrodt
16
17
        ARNOLD & PORTER KAYE SCHOLER, LLP
18      BY:   PHILIP A. GIORDANO
              Philip.Giordano@arnoldporter.com
19            (VIA TELECONFERENCE)
        601 Massachusetts Avenue, NW
20      Washington, DC 20001-3743
        (202) 942-5000
21      Counsel for Endo Pharmaceuticals
        Inc., and Endo Health Solutions Inc.
22
23
     VIDEOGRAPHER:
24        JAMES ARNDT,
          Golkow Litigation Services
25                 - - -
```

Highly Confidential - Subject to Further Confidentiality Review

| | | |
|---|---|---|
| 1 | surgery on some type of analgesic, which then | 15:10:54 |
| 2 | led to less adverse events, shorter hospital | 15:10:57 |
| 3 | stays, more rapid recovery at home. | 15:11:01 |
| 4 | Q. Okay. And what were the -- can | 15:11:05 |
| 5 | you describe generally for me the steps that | 15:11:17 |
| 6 | you took in your advocacy role to try to | 15:11:21 |
| 7 | promote this MMA initiative? | 15:11:25 |
| 8 | A. Well, there were several -- | 15:11:27 |
| 9 | just trying to understand how -- how would | 15:11:32 |
| 10 | you communicate that out, I mean, | 15:11:34 |
| 11 | understand -- you know, what is it that we | 15:11:37 |
| 12 | want to say, "we" meaning what does the | 15:11:39 |
| 13 | science support. How would you support -- | 15:11:44 |
| 14 | how would you communicate that out. How do | 15:11:45 |
| 15 | you create awareness regarding MMA. | 15:11:47 |
| 16 | So we would look to partner | 15:11:49 |
| 17 | with professional organizations. There's a | 15:11:51 |
| 18 | group called ERISA, E-R-I-S-A. I forget what | 15:11:55 |
| 19 | the acronym -- but it was anesthesiologists, | 15:12:05 |
| 20 | and understand -- you know, helping them | 15:12:09 |
| 21 | understand that, you know, during the pre -- | 15:12:11 |
| 22 | pre and postop pain about the concept of MMA. | 15:12:13 |
| 23 | We would partner with hospital | 15:12:16 |
| 24 | associations, hospitals, and those who were | 15:12:19 |
| 25 | doing MMA and were generating -- had positive | 15:12:21 |

Highly Confidential - Subject to Further Confidentiality Review

```
 1    results.  How could we replicate that.  How      15:12:26
 2    could we bring that knowledge to other           15:12:28
 3    hospitals.  How could we create awareness        15:12:31
 4    that -- with providers that there are            15:12:37
 5    potentially several ways of managing pain        15:12:43
 6    that didn't have to require an opioid.           15:12:45
 7           Q.    And you also described this         15:12:47
 8    wholistic or balanced approach to pain           15:12:54
 9    management.                                      15:12:57
10           A.    Uh-huh.                             15:12:57
11           Q.    Did you also understand that to     15:12:58
12    be part of your responsibility in the            15:13:00
13    advocacy role, to advocate for that sort of      15:13:02
14    approach to pain management?                     15:13:05
15           A.    That was the impetus behind the     15:13:06
16    Alliance for Pain Management, recognizing        15:13:09
17    that not every patient needed a                  15:13:12
18    pharmacological treatment, and so how -- how     15:13:14
19    could patients who needed -- and/or the          15:13:17
20    patient would want to have a treatment beyond    15:13:21
21    an opioid, have access to it.  What were the    15:13:23
22    barriers to treatment, insurance companies,      15:13:28
23    others.                                          15:13:31
24           Q.    And had anyone at                   15:13:32
25    Mallinckrodt -- well, when did Mallinckrodt's    15:13:36
```

Golkow Litigation Services　　　　　　　　　　　　　　　　　Page 37