PSJ15 Exh 20

| | Oct. 1, 2009 - Sept. 30, 2010 | PROPOSED<br>Convention and Trade Show Budget Summary FY10 | | &D |
|---|---|---|---|---|
| | A | B | C | D | E |
| 1 | Signed Up | Date | Convention | Location | Booth Size |
| 2 | Y | 10/1-4/09 | CSHP - California Society of Health System Pharmacists | Phoenix, AZ | Tabletop |
| 3 | Y | 10/7-9/09 | AMCP (Academy of Managed Care Pharmacy) Educational Conference | San Antonio, TX | N/A |
| 4 | Y | 10/14-16/09 | HDMA (Healthcare Distribution Management Association) Annual Leadership Forum | Orlando, FL | N/A |
| 5 | Y | 10/14-16/09 | HDMA (Healthcare Distribution Management Association) Annual Leadership Forum | Orlando, FL | N/A |
| 6 | Y | 10/15-17/09 | AAFP (American Academy of Family Physicians) Scientific Assembly | Boston, MA | 20x20 |
| 7 | | 10/25-27/09 | PCMA (Pharmaceutical Care Management Assocation) Annual Meeting & Conf. | Dana Point, CA | N/A |
| 8 | | 10/25-27/09 | PCMA (Pharmaceutical Care Management Assocation) Annual Meeting & Conf. | Dana Point, CA | N/A |
| 9 | Y | 10/26-29/09 | Joint Forces Pharmacy Seminar (JFPS)--formerly Combined Forces | Reno, NV | 10' Featherlite |
| 10 | | 10/27-29/09 | Pinsonault MC Training | Del Mar, CA | N/A |
| 11 | Y | 10/27-28/09 | First Choice | Tyler, TX | BC |
| 12 | | Oct | United Buying Group Preferred Partner Program | | N/A |
| 13 | | Oct | Cardinal Health Management Conference | | N/A |
| 14 | | Oct | Pennsylvania Society of Health-Systems Pharmacists (PSHP) Annual Conference | | Briefcase |
| 15 | Y | 10/17-21/09 | NCPA (National Community Pharmacists Association) Annual Meeting | New Orleans, LA | 10x20 |
| 16 | | Oct | HIGPA National Pharmacy Forum | | N/A |
| 17 | | Oct | Optisource Group Meeting no materials needed | | N/A |
| 18 | | Oct | HD Smith "Night Out with the Vendors" | DID NOT HAVE IN 2008 | Briefcase |
| 19 | Y | 11/2-4/09 | US Psychiatric & Mental Health Congress | Las Vegas, LA | 20x20 |
| 20 | Y | 11/18-20/10 | ASCP (American Society of Consultant Pharmacists) Annual Meeting | Anaheim, CA | 10' Featherlite |
| 21 | | 11/13/2009 | GMPC/OTPG (Opiod Treatment Providers of Georgia) | Lake Lanier, GA | Briefcase |
| 22 | | Nov | ATPNJ-Assoc Treatment Providers of NJ | | Briefcase |
| 23 | | Nov | Duane Reade Pharmacy Conference | | Briefcase |
| 24 | | Nov | MedAssets Regional Education Forum | | Briefcase |
| 25 | | Nov | Premier Vendor Meeting | | N/A |
| 26 | | Nov | Harvard Drug Vendor Meeting | | N/A |
| 27 | | Nov | ANDA Meeting | | N/A |
| 28 | | Nov | AMSUS (Association of Military Surgeons United States) Annual Meeting | | N/A |
| 29 | | 12/6-10/10 | ASHP (American Society of Health-System Pharmacists) Mid-Year Clinical Meeting | Las Vegas, LA | 20 x 20 |
| 30 | | Dec | NACDS (National Association of Chain Drug Stores) Foundation Dinner | | N/A |
| 31 | | Dec | Kroger - QFC | | Briefcase |
| 32 | | 1/18-21/10 | ECRM/EPPS (Efficient Collaborative Retail Marketing) Retail Pharmacy Brands Conference | San Antonio, TX | N/A |
| 33 | | Jan | ASAP (Alcohol and Substance Abuse Provider) NYS Annual Meeting | | 10' Featherlite |
| 34 | | Jan | OptionCare Annual Meeting  Bought by Walgreens | | ~~BC & Banner~~ |
| 35 | | 2/15-18/10 | ECRM/EPPS (Efficient Collaborative Retail Marketing) Retail Pharmacy Generic Pharmaceuticals Conf | Orlando, FL | |
| 36 | | 2/23-25/10 | Pinsonault  Summit | Lake Buena Vista, FL | N/A |
| 37 | | 2/26-3/2/10 | AAAAI (American Academy of Allergy, Asthma & Immunology) Annual Mtg | New Orleans, LA | 20x20 |
| 38 | | Feb | NCFADS Conv | | Tabletop |
| 39 | | Feb | Medicare Rx 340B Coalition Winter Conference | | Briefcase or Tabletop? |
| 40 | | Feb | GPhA Annual Meeting | | N/A |

1 of 6

| | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|
| 1 | **Attendees** | **Budget** | **Cost-Center** | **Planner** | **Notes** | **Bus Group** | **Cost** | **Actual Cost** |
| 2 | | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 3,500 | 3,050 |
| 3 | BH/KW | Jones | 157.011.22.0976.7421 | Nancy or Other | | Brands-Natl | 2,750 | |
| 4 | JA, GC, MG | Adams | 157.011.22.0962.7421 | Deb | | Gen | 13,000 | |
| 5 | JJ | Jones | 157.011.22.0976.7421 | Deb | | Brands-Natl | 3,200 | |
| 6 | | Novak | 157.011.24.0300.7421 | Deb | TussiCaps/Tofranil-PM | Brands | 40,000 | |
| 7 | DS | Adams | 157.011.22.0962.7421 | Deb | | Gen | 10,000 | |
| 8 | JJ/BH | Jones | 157.011.22.0976.7421 | Nancy or Other | | Brands-Natl | 4,400 | |
| 9 | MAC, LA, | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 12,200 | 7,000 |
| 10 | KW | Jones | 157.011.22.0976.7421 | Nancy or Other | | Brands-Natl | 3,795 | |
| 11 | AM | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 750 | |
| 12 | Steve Becker | Adams | 157.011.22.0962.7421 | Deb | | Gen | | |
| 13 | MLG, DI, JGA | Adams | 157.011.22.0962.7421 | Deb | | Gen | | |
| 14 | MC | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 2,000 | |
| 15 | JA, KM, SB, MM | Adams | 157.011.22.0962.7421 | Deb | | Gen | 60,000 | |
| 16 | | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 3,500 | |
| 17 | SAB & JGA | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 5,000 | |
| 18 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | pd with annual program | Gen | | |
| 19 | | Novak | 157.011.24.0300.7421 | Deb | Tofranil-PM | Brands | 40,000 | |
| 20 | | Lesnak | 157.011.22.0964.7421 | Deb | JJones attends-share booth w/generics | Gen & Brands-Natl | 5,000 | |
| 21 | Pete Romer | Lesnak | 157.011.24.0965.7421 | Deb | | AT | 2,000 | |
| 22 | | Lesnak | 157.011.24.0965.7421 | Deb | **ATTENDING?** show cxld in 2009 | AT | 1,500 | |
| 23 | VB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 2,000 | |
| 24 | LA & BP | Lesnak | 157.011.22.0964.7421 | Deb | **ATTENDING?** Jane's note: Not holding as of 2009 | Gen | | |
| 25 | VB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 5,000 | |
| 26 | VB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,500 | |
| 27 | SB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,500 | |
| 28 | MAC | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | | |
| 29 | | Lesnak | 157.011.22.0964.7421 | Stephanie | | Gen | 40,000 | |
| 30 | SM | Adams | 157.011.22.0962.7421 | Deb | | | 3,000 | |
| 31 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 0 | |
| 32 | JJ, BH, KW | Jones | 157.011.22.0976.7241 | Nancy or Other | Appts-room assigned | Brands-Natl | 15,350 | |
| 33 | | Lesnak | 157.011.24.0965.7421 | Deb | | AT | 15,000 | |
| 34 | ~~LA~~ | ~~Lesnak~~ | ~~157.011.22.0964.7421~~ | ~~Deb~~ | **ATTENDING??** Jane has this partially lined out | Gen | ~~5,000~~ | |
| 35 | JGA, JWB, VB, DI, Eric Evans | Adams | 157.011.22.0962.7421 | Deb | Appts-room assigned | Gen | 28,000 | |
| 36 | BH/KW | Jones | 157.011.22.0976.7421 | Nancy or Other | | Brands-Natl | 5,190 | |
| 37 | | Novak | 157.011.24.0300.7421 | Deb | TussiCaps | Brands | 40,000 | |
| 38 | Pete Romer | Lesnak | 157.011.24.0965.7421 | Deb | | AT | 5,000 | |
| 39 | BL, AM | Lesnak | 157.011.22.0964.7421 | Deb | Tabletop next year | Gen | 3,000 | |
| 40 | MG | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 4,000 | |

Confidential      MAL-MI 000186090

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER      MNK-T1_0000444964

| | Oct. 1, 2009 - Sept. 30, 2010 | | PROPOSED Convention and Trade Show Budget Summary FY10 | | &D |
|---|---|---|---|---|---|
| | A | B | C | D | E |
| 41 | Y | 3/4-5/10 | MHA Managed Healthcare Associates) Annual Business Summit | Las Vegas, LA | Tabletop |
| 42 | Y | 3/12-15/10 | APhA (AmericanPharmacists Association) Annual Meeting | Washington, DC | 10 x 30 |
| 43 | | Mar | ASADS (AL School of Alcohol & Other Drug Studies) | | Briefcase |
| 44 | | Mar | Aurora Pharmacy Spring Conference | | Briefcase |
| 45 | | Mar | Federation of American Hospitals (FAH) | | N/A |
| 46 | | Mar | Discount Drug Mart | | BC |
| 47 | | Mar | Kerr Drug's Trade Show | | Briefcase |
| 48 | | Mar | Kroger Delta KMA Pharmacy Expo | | Briefcase |
| 49 | | Mar | HDMA (Healthcare Distribution Management) Conference SPONSORSHIP | | Registration/Staff Office |
| 50 | | Mar | Kerr Drug's Trade Show | | Briefcase |
| 51 | | Mar | Rite Aid Found. Charity Golf Classic SPONSORSHIP | | N/A |
| 52 | | Mar | Drogueria (LaFeria) Trade Show | | Briefcase |
| 53 | | Mar | Armada Specialty Pharmacy Summit | | Briefcase |
| 54 | | Mar | APCI | | Briefcase |
| 55 | | Mar | Pharmacy Select Annual Meeting | | N/A |
| 56 | | Mar | Kroger Graduate Interns -- buy books SPONSORSHIP | | Buy Books |
| 57 | Y | 4/7-10/10 | AMCP (Academy of Managed Care Pharmacy) Annual Mtg | Orlando, FL | N/A |
| 58 | | Apr | ASAM (American Society of Addiction Medicine) | | 20' In-line |
| 59 | | Apr | MedAssets Health Care Business Summit / Annual Meeting | | 10' Featherlite/ Banner |
| 60 | | Apr | Kerr Drug's Trade Show | | Briefcase |
| 61 | | Apr | ANDA Annual Supply Chain Symposium | | N/A |
| 62 | | Apr | King Sooper RxPO Annual Meeting | | Briefcase |
| 63 | | 4/24-27/10 | NACDS (National Association of Chain Drug Stores) Annual Meeting | Palm Beach, FL | N/A |
| 64 | | Apr | NACDS (National Association of Chain Drug Stores) Annual Meeting | | N/A |
| 65 | | Apr | Smith Drug Annual Marketing Meeting | | Briefcase |
| 66 | | Apr | Fred Meyer (Kroger) | | Briefcase |
| 67 | | Apr | API (Associated Pharmacies Inc Annual Seminar) | | Bronze (includes booth) |
| 68 | | Apr | Value Drug | | Briefcase |
| 69 | | Apr | Kroger - Atlanta Division | | Briefcase |
| 70 | | Apr | Wakefern Food Corp/Shop Rite Pharmacy | | Briefcase |
| 71 | | Apr | Wakefern Food Corp/Shop Rite Pharmacy | | Briefcase |
| 72 | | Apr | PACT McKesson Medication Management Mtg | | Briefcase |
| 73 | | Apr | Smiths Food & Drug (Kroger) | | Briefcase |
| 74 | | 5/6-7/10 | APS (American Pain Society Annual Scientific Mtg | Baltimore, MD | 20x20 |
| 75 | | 5/22-27-10 | APA (American Psychiatric Assoc Annual Mtg | New Orleans, LA | 10x20 |
| 76 | | 5/29-6/3/10 | AAPA (American Academy of Physician Assistants) Annual Conf | Atlanta, GA | 20x20 |
| 77 | | 5/26-28/10 | ASCP (American Society of Consultant Pharmacists) Mid-Year Conference | Phoenix, AZ | 10 x 10 |
| 78 | | May | Health Connect Partners-Spring Hospital Pharmacy Conf. | | Rev. Expo |
| 79 | | May | Amerinet Membership Conf. | | Tabletop / Banner |
| 80 | | May | Costco/Jewel meeting -- paying for speaker | | N/A |
| 81 | | May | Kroger Michigan Pharmacy Conference | | Briefcase |
| 82 | | May | Kroger Southwest Managers Meeting | | Briefcase |
| 83 | | May | BiMart | | Briefcase |

Confidential
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000186091
MNK-T1_0000444965

Oct. 1, 2009 - Sept. 30, 2010     PROPOSED     &D
Convention and Trade Show Budget Summary FY10

|    | F | G | H | I | J | K | L | M |
|----|---|---|---|---|---|---|---|---|
| 41 | BL & DS | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 8,000 | |
| 42 | | Adams | 157.011.22.0962.7421 | Deb | | Gen | 20,000 | |
| 43 | P Romer | Lesnak | 157.011.24.0965.7421 | Deb | | AT | 1,500 | |
| 44 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,000 | |
| 45 | AM | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 800 | |
| 46 | VB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 500 | |
| 47 | VB | Adams | 157.011.22.0962.7421 | Stephanie | 9/16/09-Brian E approved all 3 mtgs | Gen | 5,000 | |
| 48 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 2,500 | |
| 49 | | Adams | 157.011.22.0962.7421 | Deb | **ATTENDING?** Jane's note: Did not do this year. | Gen | 5,000 | |
| 50 | SAB for VB | Adams | 157.011.22.0962.7421 | Stephanie | 9/16/09-Brian E approved all 3 mtgs | Gen | | |
| 51 | DI, JGA | Adams | 157.011.22.0962.7421 | Deb | | Gen | 20,000 | |
| 52 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | | |
| 53 | AM | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | | |
| 54 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,800 | |
| 55 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,500 | |
| 56 | | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 0 | |
| 57 | JJ/BH/KW | Jones | 157.011.22.0976.7421 | Nancy or Other | | Brands-Natl | 1,500 | |
| 58 | BL, MN, PM, DA, EJ | Lesnak | 157.011.24.0965.7421 | Deb | | AT | 25,000 | |
| 59 | BL, AM | Lesnak | 157.011.22.0964.7421 | Deb | +5000 one-time sponsr | Gen | 7,000 | |
| 60 | VB | Adams | 157.011.22.0962.7421 | Stephanie | 9/16/09-Brian E approved all 3 mtgs | Gen | | |
| 61 | JA, SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 5,000 | |
| 62 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 2,600 | |
| 63 | MG, JA | Adams | 157.011.22.0962.7421 | Deb | reduced from $35K | Gen | 20,000 | |
| 64 | JJ? | Jones | 157.011.22.0976.7421 | Nancy or Other | | Brands-Natl | 4,500 | |
| 65 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 4,000 | |
| 66 | BN | Adams | 157.011.22.0962.7421 | Stephanie | postponed until fall | Gen | 2,500 | |
| 67 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,450 | |
| 68 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,200 | |
| 69 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 2,550 | |
| 70 | VB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 0 | |
| 71 | VB | Adams | 157.011.22.0962.7421 | Stephanie | 0 pd w/April 10 mtg | Gen | | |
| 72 | AM | Lesnak | 157.011.22.0694.7421 | Deb | | Gen | 5,200 | |
| 73 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,000 | |
| 74 | | Novak | 157.011.24.0300.7421 | Deb | Fee is 14,400 Pennsaid/Exalgo | Brands | 14,400 | |
| 75 | | Novak | 157.011.24.0300.7421 | Deb | | Brands | 20,000 | |
| 76 | | Novak | 157.011.24.0300.7421 | Deb | | Brands | 40,000 | |
| 77 | | Lesnak | 157.011.22.0964.7421 | Deb | Jason Jones shares space | Brands-Natl | 5,000 | |
| 78 | MM | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 0 | |
| 79 | BL, AM | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 4,000 | |
| 80 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 0 | |
| 81 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | | |
| 82 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | | |
| 83 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 2,500 | |

4 of 6

Confidential     MAL-MI 000186092
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER     MNK-T1_0000444966

Oct. 1, 2009 - Sept. 30, 2010     PROPOSED     &D
Convention and Trade Show Budget Summary FY10

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 84 | | May | VHA/Novation Leadership Conf | | 10' Featherlite/ Banner |
| 85 | | May | ECRM Institutional, Mail Order, Govt, Mgd.Care | | N/A |
| 86 | | May | Kmart National Pharmacy Meeting | | Briefcase |
| 87 | | May | Acme | | |
| 88 | | May | Meijer Leader Trade Show | | Briefcase |
| 89 | | May | Supervalu  - Shaw | | Briefcase |
| 90 | | May | McKesson National Sales Conference | | N/A |
| 91 | | May | SuperValu Acme Markets/Sav On Meeting | | Briefcase |
| 92 | | May | MMCAP | | Briefcase |
| 93 | | May | Supervalu - Jewel Osco | | Briefcase |
| 94 | | May | Ralph's Food for Less (Kroger) | | Briefcase |
| 95 | | May | Rite Aid CMNetwork Golf  SPONSORSHIP | | Corporate Sponsor |
| 96 | | May | Frank W. Kerr Golf Outing  SPONSORSHIP | | Beverage Cart |
| 97 | | 6/23-27/10 | AANP (American Academy of Nurse Practitioners National Conference) | Phoenix, AZ | 10x20 |
| 98 | | Jun | CA Dept of Alcohol & Drug Programs Workshop-ADP | | Tabletop |
| 99 | | Jun | HDMA (Health Care Distribution Management Association) Business Exchange (formerly Marketing Conference) | | N/A |
| 100 | | Jun | HDMA (Health Care Distribution Management Association) Business Exchange (formerly Marketing Conference) | | N/a |
| 101 | | Jun | ASHP (American Society of Health-System Pharmacists) Summer Meeting | | 10 x 10 |
| 102 | | Jun | Premier Annual Breakthroughs Conference | | 10' Featherlite/ Banner |
| 103 | | Jun | HEB Generic Vendor Conference/Golf Tournament | | N/A |
| 104 | | Jun | Supervalu/ Shop 'n Save | | Briefcase |
| 105 | | Jun | Bi Lo Charity Classic | | N/A |
| 106 | | Jun | Supervalu | | Briefcase |
| 107 | | Jun | HD Smith, CA Division (June & Aug mtgs pay together) | | Briefcase |
| 108 | | Jun | Int'l Academy of Compounding Powders (IACP) | | Briefcase |
| 109 | | Jun | Kinray Trade Show Catalog | | General |
| 110 | | Jun | Prescription Supply Opti-Source | | General |
| 111 | | Jun | Medicine Shoppe National Meeting | | 10x10 |
| 112 | | Jun | SelectCARE Meeting | | |
| 113 | | Jun | Burlington Drug SelectCARE Meeting/Golf Tourn | | General |
| 114 | | Jun | NC Mutual Customer Aprec. Golf Outing  SPONSORSHIP | | N/A |
| 115 | | Jun | CVS Charity Outing   SPONSORSHIP | | N/A |
| 116 | | Jul | VA Summer Inst/Addiction Studies | | Tabletop |
| 117 | | Jul | NC Summer School for Alcohol & Drug Studies | Wilmington, NC | Briefcase |
| 118 | | Jul | Texas-USA Opiate Treatment Providers Conference | | Briefcase |
| 119 | | Jul | McKesson Pharmacy Strategies Conference/Trade Show | | Booth provided |
| 120 | | Jul | Kroger Columbus | | Briefcase |
| 121 | | Jul | Kroger Cincinnati/Dayton KMA Vendor Show | | Briefcase |
| 122 | | Jul | IPC Reception at McKesson Trade Show - Silver Sponsor   SPONSORSHIP | | General |
| 123 | | Jul | AmerisourceBergen - 4 regional meetings | | 10 x 10 |
| 124 | | 7/22-25/09 | Cardinal Health Retail Business Conf. | Denver, CO | 10' Featherlite |
| 125 | | 7/22/25/09 | Cardinal Health Retail Business Conf.   SPONSORSHIP | Denver, CO | Opening Night & Internet Café |
| 126 | | Jul | United Drug Annual Meeting (in conjunction w/Cardinal) | | 10' Featherlite |
| 127 | | Jul | United Drug Annual Meeting (in conjunction w/Cardinal)  SPONSORSHIP | | Closest to pin & Longest Drive |
| 128 | | Jul | Smith Annual Trade Show | | Briefcase |

5 of 6

Oct. 1, 2009 - Sept. 30, 2010 — PROPOSED Convention and Trade Show Budget Summary FY10 — &D

| | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|
| 84 | BL, AM | Lesnak | 157.011.22.0964.7421 | Deb | **Attending??** Was canceled in 2009 | Gen | 8,500 | |
| 85 | DS | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | | |
| 86 | DI | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 10,000 | |
| 87 | TB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | | |
| 88 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 7,700 | |
| 89 | TWB | Adams | 157.011.22.0962.7421 | Stephanie | pd w/ other mtgs | Gen | | |
| 90 | JA, TWB | Adams | 157.011.22.0962.7421 | Deb | | Gen | 19,000 | |
| 91 | TWB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 5,000 | |
| 92 | AM | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 0 | |
| 93 | TWB | Adams | 157.011.22.0962.7421 | Stephanie | pd w/ other mtgs | Gen | | |
| 94 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 3,000 | |
| 95 | JA, DI | Adams | 157.011.22.0962.7421 | Deb | | Gen | 0 | |
| 96 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,750 | |
| 97 | | Novak | 157.011.24.0300.7421 | Deb | | Brands | 20,000 | |
| 98 | Dan Alexander | Lesnak | 157.011.24.0965.7421 | Deb | | AT | 5,000 | |
| 99 | MLG, JGA, SAB, TWB, VB, DI, | Adams | 157.011.22.0962.7421 | Deb | | Gen | 19,500 | |
| 100 | JJ, CP | Jones | 157.011.22.0976.7421 | Nancy or Other | | Brands-Natl | 5,000 | |
| 101 | | Lesnak | 157.011.22.0964.7421 | Deb | | Brands | 5,000 | |
| 102 | BL, AM | Lesnak | 157.011.22.0964.7421 | Deb | | Gen | 5,000 | |
| 103 | DI | Adams | 157.011.22.0962.7421 | Deb | | Gen | 2,500 | |
| 104 | TWB | Adams | 157.011.22.0962.7421 | Stephanie | Pd w/other mtgs | Gen | | |
| 105 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 0 | |
| 106 | TWB | Adams | 157.011.22.0962.7421 | Stephanie | Pd w/other mtgs | Gen | | |
| 107 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | Pd w/other mtgs | Gen | | |
| 108 | TWB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 2,700 | |
| 109 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,000 | |
| 110 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,000 | |
| 111 | DI | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 6,000 | |
| 112 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 750 | |
| 113 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,000 | |
| 114 | VB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 1,500 | |
| 115 | TB | Adams | 157.011.22.0962.7421 | Deb | | Gen | 6,000 | |
| 116 | Ed Ryan | Lesnak | 157.011.24.0965.7421 | Deb | | AT | 5,000 | |
| 117 | Pete Romer | Lesnak | 157.011.24.0965.7421 | Deb | | AT | 1,500 | |
| 118 | Pete Romer | Lesnak | 157.011.24.0965.7421 | Deb | | AT | 5,000 | |
| 119 | TWB | Adams | 157.011.22.0962.7421 | Deb | Pd w/May show | Gen | | |
| 120 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 3,000 | |
| 121 | BN | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 3,000 | |
| 122 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 2,000 | |
| 123 | VB | Adams | 157.011.22.0962.7421 | Deb | **Attending in 2010?** (I don't think you attended 2009) | Gen | 9,000 | |
| 124 | DI, MG | Adams | 157.011.22.0962.7421 | Deb | | Gen | 20,000 | |
| 125 | DI, MG | Adams | 157.011.22.0962.7421 | Deb | 22,500 | Gen | 15,000 | |
| 126 | SAB, VB ?? | Adams | 157.011.22.0962.7421 | Deb | | Gen | 4,700 | |
| 127 | SAB | Adams | 157.011.22.0962.7421 | Deb | | Gen | 500 | |
| 128 | SAB | Adams | 157.011.22.0962.7421 | Stephanie | | Gen | 8,500 | |

6 of 6

| | Oct. 1, 2009 - Sept. 30, 2010 | | PROPOSED<br>Convention and Trade Show Budget Summary FY10 | | &D |
|---|---|---|---|---|---|
| | A | B | C | D | E |
| 129 | | Jul | Morris Dickson Trade Show | | |
| 130 | | Jul | Walgreens Management Seminar | | |
| 131 | | Jul | Harvard Drug Appreciation Outing  SPONSORSHIP | | N/A |
| 132 | | Aug | ALAMTA (Alabama State Methadone Association Conf) | | Briefcase |
| 133 | | Aug | Kroger Cincinnati/Dayton KMA Vendor Show | | Briefcase |
| 134 | | Aug | Kroger Mid-South Division Mtg | | Briefcase |
| 135 | | 8/28-31/10 | NACDS (National Association of Chain Drug Stores) Pharmacy Conference | San Diego, CA | 30 x 30 |
| 136 | | 8/28-31/10 | NACDS (National Association of Chain Drug Stores) Pharmacy Conference | San Diego, CA | 10x20 |
| 137 | | Aug | Kroger Columbus | | Briefcase |
| 138 | | Aug | OmniCare Management Conference | | Tabletop |
| 139 | | Aug | Pharmacy Purchasing (PPO) Networking Conf. | | 10x10 |
| 140 | | Aug | Pharmacy Purchasing (PPO) Networking Conf.   SPONSORSHIP | | Silver Sponsor (inc. 8 regist's /  3 session tickets) |
| 141 | | Aug | Thrifty White Independent Retailer Expo | | Briefcase |
| 142 | | Aug | Rite Aid Education Connection Conf.   SPONSORSHIP | | Sponsorship |
| 143 | | Aug | PBA True Care Pharmacy Conference | | Briefcase |
| 144 | | Aug | Rite Aid Conference & Supplier Exhibition | | 10' Featherlite |
| 145 | | Aug | Basha's Pharmacy Meeting | | Briefcase |
| 146 | | Aug | N.C. Mutual Trade Show (CAPS) | | N/A |
| 147 | | Aug | Dik Drug Annual Meeting | | N/A |
| 148 | | Aug | HD Smith Sales Mtg | | ?? |
| 149 | | Aug | Kroger Mid-Atlantic | | Briefcase |
| 150 | | Aug/Sep | Fry's Pharmacy Expo (Kroger) | | Briefcase |
| 151 | | Sep | S.T.S.A.R.S. Fund Raiser Dinner and Exhibit | | Briefcase |
| 152 | | Sep | Kroger Southwest Division | | Briefcase |
| 153 | | Sep | CVS Operations & Marketing Conference | | 10' Featherlite |
| 154 | | Sep | Kroger Southwest Division | | Briefcase |
| 155 | | Sep | VHA Pharmacy Director's Ed Conf. | | BC |
| 156 | | Sep | Kroger Central Marketing Area | | Briefcase |
| 157 | | Sep | Innovatix National Meeting | | BC / Banner |
| 158 | | Sep | Health Connect Partners Fall Hospital Pharmacy Conference | | Rev. Expo |
| 159 | | Sep | HEB Pharmacy Team Meeting | | Briefcase |
| 160 | | Sep | Duane Reade Pharmacy Conference | | Briefcase |
| 161 | | Sep | Schnucks Fall Pharmacy Managers Business Mtg | | Briefcase |
| 162 | | Sep | Price Chopper | | Briefcase |
| 163 | | Sep | EPIC Annual Trade Show | | Briefcase |
| 164 | | Sep | Kroger Great Lakes (3 of 4 shows) | | Briefcase |
| 165 | | Sep | Kroger Great Lakes (4 of 4 shows) | | Briefcase |
| 166 | | Sep | Stop'n'Shop Annual Meeting | | ?? |
| 167 | | Sep | Albertsons | | Briefcase |
| 168 | | Sep | Kroger Michigan | | Briefcase |
| 169 | | Sep | Kroger Michigan | | Briefcase |
| 170 | | Sep | American College of Apothecaries | | Table Drape |
| 171 | | Sep | Pinsonault Summit | | N/A |
| 172 | | | | | |
| 173 | | **KEY TO INITIALS:** | | | |

Confidential<br>HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000186095<br>MNK-T1_0000444969

Oct. 1, 2009 - Sept. 30, 2010                     PROPOSED                                                              &D
Convention and Trade Show Budget Summary FY10

|     | F                        | G      | H                  | I                | J                          | K           | L       | M |
|-----|--------------------------|--------|--------------------|------------------|----------------------------|-------------|---------|---|
| 129 | SAB                      | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 0       |   |
| 130 | SAB                      | Adams  | 157.011.22.0962.7421 | Stephanie        | reduced from 130,000       | Gen         | 20,000  |   |
| 131 | VB                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 3,000   |   |
| 132 | Pete Romer               | Lesnak | 157.011.24.0965.7421 | Deb              |                            | AT          | 3,000   |   |
| 133 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        | pd w/7/29/09 show          | Gen         |         |   |
| 134 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 3,500   |   |
| 135 |                          | Adams  | 157.011.22.0962.7421 | Deb              | not including event        | Gen         | 113,900 |   |
| 136 | JJ/CB/CP                 | Jones  | 157.011.22.0976.7421 | Deb              | Pharmacy                   | Brands-Natl | 20,000  |   |
| 137 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        | pd with 7/29/09            | Gen         |         |   |
| 138 | DS                       | Lesnak | 157.011.22.0964.7421 | Deb              | Kendall pays 1/2           | Gen         | 12,000  |   |
| 139 | LA, SR, CEM, AM, SM, ML  | Lesnak | 157.011.22.0964.7421 | Deb              |                            | Gen         | 9,800   |   |
| 140 | LA                       | Lesnak | 157.011.22.0964.7421 | Deb              |                            | Gen         | 4,200   |   |
| 141 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         |         |   |
| 142 | DI                       | Adams  | 157.011.22.0962.7421 | Deb              | Jane's note CANCELED this year | Gen     | 50,000  |   |
| 143 | SAB                      | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 1,500   |   |
| 144 | DI                       | Adams  | 157.011.22.0962.7421 | Deb              | Jane's note CANCELED this year | Gen     | 37,000  |   |
| 145 | SAB                      | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 0       |   |
| 146 | VB                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 1,200   |   |
| 147 | SAB                      | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 1,000   |   |
| 148 | SB, MG                   | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         |         |   |
| 149 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 3,500   |   |
| 150 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 4,500   |   |
| 151 | Pete Romer               | Lesnak | 157.011.24.0965.7421 | Deb              |                            | AT          | 1,500   |   |
| 152 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 3,600   |   |
| 153 | JA, VB                   | Adams  | 157.011.22.0962.7421 | Deb              |                            | Gen         | 32,000  |   |
| 154 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        | pd with 9/10/09 show       | Gen         |         |   |
| 155 | LA                       | Lesnak | 157.011.22.0964.7421 | Deb              |                            | Gen         | 2,500   |   |
| 156 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 3,500   |   |
| 157 | AM                       | Lesnak | 157.011.22.0964.7421 | Stephanie        |                            | Gen         | 6,000   |   |
| 158 | AM                       | Lesnak | 157.011.22.0964.741  | Stephanie        |                            | Gen         | 3,590   |   |
| 159 | DI                       | Adams  | 157.011.22.0962.7421 | Deb              |                            | Gen         | 5,000   |   |
| 160 | VB                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 6,500   |   |
| 161 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 3,200   |   |
| 162 | VB                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 3,500   |   |
| 163 | SAB                      | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 1,000   |   |
| 164 | TWB                      | Adams  | 157.011.22.0962.7421 | Stephanie        | pd with 7/31/07 show       | Gen         |         |   |
| 165 | TWB                      | Adams  | 157.011.22.0962.7421 | Stephanie        | pd with 7/31/07 show       | Gen         |         |   |
| 166 | DI                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 4,000   |   |
| 167 | TWB                      | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         |         |   |
| 168 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        |                            | Gen         | 3,000   |   |
| 169 | BN                       | Adams  | 157.011.22.0962.7421 | Stephanie        | pd with 1st MI show        | Gen         |         |   |
| 170 | MM                       | Adams  | 157.011.22.0962.7421 | Deb              |                            | Gen         | 1,500   |   |
| 171 | BH/KW                    | Jones  | 147.011.22.0976.7421 | Nancy or Other   |                            | Brands-Natl | 5,190   |   |
| 172 |                          |        |                    |                  |                            |             |         |   |
| 173 |                          |        |                    |                  |                            |             |         |   |

Confidential                                                                                                                                        MAL-MI 000186096
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                                     MNK-T1_0000444970

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 174 |   | MG = Mike Gunning |   | RC = Rebecca Coyner |   |
| 175 |   | JA = John Adams |   | MM = Mark Montgomery |   |
| 176 |   | SB = Steve Becker |   |   |   |
| 177 |   | TB = Tim Berry |   |   |   |
| 178 |   | VB = Vic Borelli |   |   |   |
| 179 |   | DI = Dave Irwin |   | KW = Kathy Westbrook |   |
| 180 |   | MAC = Rich McKendrick |   | JB = Jacqueline Buelterman |   |
| 181 |   | BN = Bonnie New |   | DK = Debbie Kovac |   |
| 182 |   |   |   | JR = Jane Reiter |   |
| 183 |   | BL = Bob Lesnak |   | TT = Tracey Tharp |   |
| 184 |   | AM = Alex McGregor |   |   |   |
| 185 |   |   |   |   |   |
| 186 |   |   |   |   |   |
| 187 |   | **NOT DOING IN FY10** |   |   |   |
| 188 |   | Oct | NEFSHP - Northeast Florida Health-System Pharmacists |   | Briefcase |
| 189 |   | 10/8-10/09 | **CXLD** AAPM (American Academy of Pain Management Annual Clinical Mtg) | Phoenix | 10x10 |
| 190 |   | 10/17-21/09 | **CXLD** ACR/ARHP (American College of RhuematologyAnnual Conference) | Philadelphia | 10x10 |
| 191 |   | Nov | Joint Forces Pharmacy Seminar (JFPS) - SPONSORSHIP | None in FY09 | Used $ on gas cards in FY08 |
| 192 |   | Nov. | Michigan Pharmacists Association SPONSORSHIP |   | Educational Grant |
| 193 |   | Feb. | GPhA Annual Meeting SPONSORSHIP |   | Patron |
| 194 |   | Feb. | HIGPA National Pharmacy Forum |   | N/A |
| 195 |   | March | Pennsylvania Society of Health-Systems Pharmacists (PSHP) Mid-Year Conference (costs pd w/Oct mtg) |   |   |
| 196 |   | March | HEB (American Diabetes Expo) SPONSORSHIP |   | N/A |
| 197 |   | April | TSHP (Texas Soc HealthSys Pharm Annual Mtg) |   | Tabletop/Banner |
| 198 |   | April | ShopKo Sponoring CE SPONSORSHIP |   | CE Sponsorship |
| 199 |   | June | Int'l Academy of Compounding Powders (IACP) SPONSORSHIP |   | Dinner Table Sponsor |
| 200 |   | June | ECRM Industrial, Mail Order, Government, Managed Care |   |   |
| 201 |   | June | Kerr Cares for Kids Tournament SPONSORSHIP |   | N/A |
| 202 |   | July | Shopko Charity Golf Classic SPONSORSHIP |   | N/A |
| 203 |   | Sept | Chain Drug Consortium |   | --- |
| 204 |   | April | Safeway Pharmacy Mgs Mtg no meetings this year |   | Briefcase |
| 205 |   | Aug. | Health Trust University (formerly Consorta) |   | Tabletop/Banner |
| 206 |   | Sept | McQueary Brothers Sales Meeting - were sold to McKesson - ????? Meeting???? |   | N/A |
| 207 |   | Nov. | AmerisourceBergen Mgmt Mtg not this year |   | N/A |

Oct. 1, 2009 - Sept. 30, 2010  PROPOSED  &D
Convention and Trade Show Budget Summary FY10

| | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|
| 174 | | | | | | | | |
| 175 | | | | | | | | |
| 176 | | | | | | | | |
| 177 | | | | | | | | |
| 178 | | | | | | | | |
| 179 | | | | | | | | |
| 180 | | | | | | | | |
| 181 | | | | | | | | |
| 182 | | | | | | | | |
| 183 | | | | | | | | |
| 184 | | | | | | | | |
| 185 | | | | | | | | |
| 186 | | | | | | | | |
| 187 | | | | | | | | |
| 188 | ~~CEM~~ | ~~Hlth Sys~~ | | | No per Mike | | | |
| 189 | | ~~Novak~~ | ~~157.011.24.0300.7421~~ | ~~Deb~~ | ~~Scientific, MSLs~~ | ~~Brands~~ | ~~5,000~~ | |
| 190 | | ~~Novak~~ | ~~147.011.24.0300.7421~~ | ~~Deb~~ | ~~Scientific, MSLs~~ | ~~Brands~~ | ~~5,000~~ | |
| 191 | ~~MAC, LA~~ | ~~Military~~ | | | No per Mike | | | |
| 192 | ~~N/A~~ | ~~Hlth Sys~~ | | | No per Mike | | | |
| 193 | ~~VK, MLG~~ | ~~Cust~~ | | | No per Mike | | ~~10,000~~ | |
| 194 | ~~LA~~ | ~~Hlth Sys~~ | | | No per Mike | | | |
| 195 | ~~JM~~ | ~~Hlth Sys~~ | | | No per Mike | | | |
| 196 | ~~DI~~ | ~~Cust~~ | | | No per Mike | | ~~500~~ | |
| 197 | ~~AM, KDH, LA~~ | ~~Hlth Sys~~ | | | No per Mike | | | |
| 198 | | ~~Cust~~ | | | No per Mike | | ~~1,850~~ | |
| 199 | ~~TWB~~ | ~~Cust~~ | | | No per Mike | | ~~3,000~~ | |
| 200 | DS & ?? | Hlth Sys | | | No per Mike | | | |
| 201 | ~~VB~~ | ~~Cust~~ | | | not in budget this yr. | | | |
| 202 | ~~TWB~~ | ~~Cust~~ | | | No per Mike | | ~~5,000~~ | |
| 203 | ~~VB~~ | ~~Cust~~ | | | No per Mike | | ~~10,000~~ | |
| 204 | ~~TWB~~ | ~~Cust~~ | | | | | ~~6,000~~ | |
| 205 | ~~AM~~ | ~~Hlth Sys~~ | | | Not this yr. per Bob | | | |
| 206 | ~~SAB~~ | ~~Cust~~ | | | | | ~~3,500~~ | |
| 207 | ~~TCB~~ | ~~Cust~~ | | ~~Deb~~ | | | ~~15,000~~ | |

Confidential  MAL-MI 000186098
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER  MNK-T1_0000444972