PSJ15 Exh 21

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**Meeting**
    **American Society of Health-System Pharmacists (ASHP)**
    Mid-year Clinical Meeting (MCM)
    December 6-9, 2004
    Orlando, Florida

**Meetings/Audience:** - The MCM is the largest meeting of pharmacists in the world. Around 10,000 registered pharmacists, thousands of pharmacy students, and a total of 20,000 people attend this meeting each December. Midyear Clinical Meetings have tracks of ASHP-developed educational programs that are not industry sponsored. However, several opportunities exist for the industry to hold satellite symposia. Papers describing clinical research underway are displayed in the exhibit area during the meeting.

*Next year's meeting is:*
    Summer Meeting
    June 11-15, 2005
    Boston, MA

    MCM
    December 4-8, 2005
    Las Vegas

**Featured Products/Messages**
*Generics*
*Hydrocodone* – <u>Display message</u>: "Trust in our strengths and soar with the #1 dispensed generic in the U.S. …hydrocodone/APAP from Mallinckrodt".

<u>Exhibit representative message</u> – "Mallinckrodt has an extensive line of hydrocodone/APAP strengths and ours is the #1 dispensed prescription drug product on the market."

*Oxycodone* – <u>Display message</u>: "One for all, all from one…responding to your oxycodone needs."

<u>Exhibit representative message</u> – "Mallinckrodt has an oxycodone product for every patient need and you can get these products from one source …us."

*Packaging* – <u>Display message</u>: "The products you want, the packaging you need."

<u>Exhibit representative message</u> – "Mallinckrodt is responding to your needs by offering alternative packaging options, including unit dose, punch cards, and bulk with bar coding down to the unit of use." Advantages:

- Decreases dispensing errors
- Decreases labor costs
- Increases time for patient care

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T1_0001193724

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

### Brands
*Tofranil-PM* – <u>Display message</u>: "The Paradox of Depression and Comorbid Pain" and "Balanced, Dual-acting, Once-a-day" treatment for depression

<u>Exhibit representative message</u> – "Tofranil-PM treats depression that can present as pain symptoms."

*Restoril 7.5* – <u>Display message</u>: "Equivalent Efficacy to Restoril 15mg"

<u>Exhibit representative message</u> – "Restoril 7.5 is used for transient and short-term insomnia and the lower dose has been show to be as effective as Restoril 15mg as measured by sleep onset, total sleep time, and sleep architecture."

### Exhibit
*MI Exhibit Model* - Custom Tower Booth.  The footprint will be a 20x20 island.

*Layout/Mock-up* – Attached is a layout and mock-up of the exhibit.

*Graphics* – The following graphic panels will be used in the exhibit.

| Graphic Location | Size | Graphic |
|---|---|---|
| Side1 – Generics | 40" x 30" Tower Duratran | MPCU88 - VIP - "Our Promise" |
| | 30" x 24" Module Duratran | MPCU90 – Oxycodone |
| | 40' x 30" Tower Duratran | MPCU89 - VIP – "Our Source" |
| | 30" x 24" Module Duratran | MPCU85 – Packaging |
| | 60" x 42" End Panel | MPCU91 - Hydrocodone w/eagle |
| Side 2 – Brands | 30" x 24" Module Duratran | Tofranil – MPCU58 "Balanced" |
| | 40" x 30" Tower Duratran | Tofranil – MPCU57 "Paradox" |
| | 30" x 24" Module Duratran | Restoril – MPCU65 – runners |
| | 40" x 30" Tower Duratran | Restoril – MPCU67 – sleeping |
| | 60" x 42" End Panel | Restoril – MPCU64 - runners |

**GRAPHIC FILES DUE TO VISIONSTREAM BY NOVEMBER 12**

**Exhibit Schedule and Support**
<u>Monday, December 6, 11:00am – 3:00pm</u>
Generic Rep – B. (Weber) Dill, Kelly Hartman, Jane Reiter
Generic Rep – Tim Berry or New Product Mgr.
Generic Rep –Rich McKendrick
Brand Rep – Laila Lawrence
Brand Rep – Michele Fitzpatrick

<u>Tuesday, December 7, 11:00am – 3:00pm</u>
Generic Rep – B. (Weber) Dill, Kelly Hartman, Jane Reiter
Generic Rep – Tim Berry or New Product Mgr.
Generic Rep –Rich McKendrick
Brand Rep - Laila Lawrence
Brand Rep - Michele Fitzpatrick

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001193725

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

<u>Wednesday, December 8, 11:00am – 3:00pm</u>
Generic Rep –B. (Kilper) Lorentz, Debbie Kovac, K. Westbrook
Generic Rep – Tim Berry or New Product Mgr.
Generic Rep –Rich McKendrick
Brand Rep - Laila Lawrence
Brand Rep - Michele Fitzpatrick

<u>Thursday, December 9, 11:00am – 2:00pm</u>
Generic Rep –B. (Kilper) Lorentz, Debbie Kovac, K. Westbrook
Generic Rep – Tim Berry or New Product Mgr.
Generic Rep – Rich McKendrick
Brand Rep - Laila Lawrence
Brand Rep - Michele Fitzpatrick

**In-Booth Promotion** – Apothecary Jar Drawing (Morphine jar) – 1 ea. day
   Use scanner print outs for drawing entries.

**Mallinckrodt Staff Attending**
MI will receive *(16)* complimentary meeting registrations, which will allow entry to the exhibit and all other sessions. MI attendees are:
- PTR – Mark Pilkington, Penny Estes
- Generic Marketing – M. Gunning, T. Berry, New Inst.Prod.Mgr, New Sr.Prod. Mgr?
- Generic Sales – Lewis Archibeck, Stephen Rhea, Rich McKendrick
- Generic Inside Sales – Beth Ann Dill, Becky Lorentz, Kathy Westbrook, Kelly Hartman, Jane Reiter, Debbie Kovac
- Brand Marketing -
- Brand Sales – 2 Reps – Laila Lawrence, Michele Fitzpatrick
- Corporate –
- Other

**Meeting Literature** –
| | |
|---|---|
| 150 | Brand and Generic Catalogs |
| 200 | Packaging sell sheet |
| | Oxycodone sell sheet – not available |
| 200 | Hydrocodone sell sheet |
| 200 | Compounding Powders sell sheet |
| | NEW VIP brochure – not available |
| 100 | All other pain management sell sheets and variety of others |
| 100 | "Your Generics" brochure |
| 100 | Chronic Pain brochure |
| 1000 | Website/Packaging Sell Sheet Cards |
| 300 | CDs |
| 500 | Restoril Z-Fold Sell Sheet – MK8657 |
| 500 | Restoril Sonata Comparison Sales Aid – MK8659 |
| 500 | Tofranil Detail Aid First Edition – MK8648 |

*Professional & Trade Relations*
*"Enhancing Access to Customers"*

tyco | Healthcare | **Mallinckrodt**

**Pre-show Worksheet**

[ DATE \@ "M/d/yyyy" ]

| | |
|---|---|
| 500 | Tofranil Which Comes First File Card – MK8658 |
| 500 | Tofranil (Balanced Eggs) Detail Aid 2nd Edition – MK8660 |

**Giveaways –**

| | |
|---|---|
| 3000 | Generic Highlighter Pens |
| 800 | Monthly Planners |
| 600 | Plastic Bags |
| 2 box | Magic Eight Balls (returned from Hobart) |
| 200 | Morphine Sunglasses – in copier closet |
| 200 | Morphine Pens    - in copier closet |
| 600 | Packaging Totes |
| 1400 | Unit Dose Phone Cards |
| 500 | Unit Dose Post-it Dispensers |
| 500 | Hydrocodone cell phone cases |
| 500 | Oxycodone Puzzle People |
| 500 | Oxycodone Krazy Clips |
| 50 | Compounding Powders Hourglass |
| 500 | Restoril Magnets – MK8560 |
| 500 | Restoril Pen Flashlight – MK8524 |
| 1000 | Restoril Flip Clip Pens – MK8525 |
| 1000 | Tofranil Flip Clip Pens – MK8526 |

**Budget/Expense** – This meeting is budgeted through Market Development – account #157-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.

**Opportunities**
In 2004, MI had limited interaction with ASHP. During the Summer meeting, ASHP Advantage organized an advisory panel of leading directors of hospital pharmacy to help craft a marketing strategy for MI's generic pharmaceuticals in the health systems channel. Since its inception in 1942, ASHP has helped shape the course of the pharmacy profession, establishing itself as a leader in the development of practice standards and quality products and services. Because of our activities and interactions in policies and issues with this audience, we have access to the decision makers that can influence the purchase and use of our products as well as influence the education of pharmacists. Partnership with ASHP will enable us to access pharmacists who make purchasing decisions in a variety of health system settings.

**Issues and Policies** – The current key issue for ASHP is patient safety.

**Attire** – Plan attached

<u>**Next Steps:**</u>
- Upon approval, FL to resize graphics.
- FL to price out puzzle piece people oxycodone (Lori).. - DONE
- FL to recommend higher end premiums for all products.
- FL to recommend premiums for Compounding Powders including hour glass. (Tim)

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



**Pre-show Worksheet**

[ DATE \@ "M/d/yyyy" ]

- MAL to confirm go ahead on Post-Show Mailer - No
- Dave to follow-up with Lewis on Viability of Plasma Screen T.V. – NOT USING
- FL to send PDFs of mailers to Dave.
- FL to meet with Tim on 9/15 to discuss Compounding Powder Sell Sheet objectives.
- FL to begin production to update Packaging sell sheet.
- FL to follow-up on timing of Oxycodone APAP and Hydrochloride sell sheets changes.
- FL to begin development on VIP brochure.
- FL to begin development on Methadone sell sheet.
- FL to develop entry form drop box - No

*Professional & Trade Relations*
*"Enhancing Access to Customers"*

tyco | Healthcare | **Mallinckrodt**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                    MNK-T1_0001193728