PSJ15 Exh 22

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**Meeting**
*National Community Pharmacists Association (NCPA)*
*2005 Annual Convention*
*107th Annual NCPA Convention & Trade Exposition*
October 15-19, 2005
Broward County Convention Center
Ft. Lauderdale, FL

**Organization Contact Information**
Sponsorship and Workshops – Lois Davis 703-683-2655
Exhibit Manager – Nina Dadgar 703-838-2673, email: nina.dadgar@ncpanet.org
NCPA Daily Advertising – Tim Mabie, Ascend Media 800-445-4577 ext.204

**Meetings/Audience:** - More than 3000 leaders of independent pharmacy, independent pharmacy GPOs (retail buying groups), and students, will attend.
**Theme:** "Ride the Independent Wave"

*Next year's meeting is:*    October 7 - 11, 2006
                              Las Vegas, NV

**MEETING OBJECTIVES:**
1. Enhance relationship with NCPA organization and its' members by providing sponsorship of various programs.
2. Maintain awareness of Mallinckrodt and our products for independent pharmacists.
3. Uncover information regarding pharmacists experience in purchasing Mallinckrodt product through the various generic source programs.
4. Hold meetings in booth space . . .
5. Obtain competitive intelligence and selling messages from various booths with an emphasis on Fentanyl and Morphine (Mylan, Sandoz, Ivax/Teva).

**Featured Products/Messages**
*Generics –*
**1. Compounding Powders** – <u>Display message</u>:  Narcotic compounding powders measure up to the highest standard.  We're the leader in narcotic production.

<u>Exhibit representative message</u> – We've been the trusted source for high-quality compounding powders for more than 120 years.  Because we make our powders, you're assured of purity, quality and a reliable supply.

**2. Hydrocodone** – <u>Display message</u>: "Trust in our strengths and soar with the #1 dispensed generic in the U.S. …hydrocodone/APAP from Mallinckrodt".

<u>Exhibit representative message</u> – "Mallinckrodt has an extensive line of hydrocodone/APAP strengths and ours is the #1 dispensed prescription drug product on the market."

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                          MNK-T1_0006311200

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

*3. Oxycodone* – <u>Display message</u>: "One for all, all from one…responding to your oxycodone needs."

<u>Exhibit representative message</u> – "Mallinckrodt has an oxycodone product for every patient need and you can get these products from one source …us."

*4. Morphine ER -* <u>Display message</u>: *"The complete package…005"*

<u>Exhibit representative message</u> – "Mallinckrodt offers an AB-rated alternative to MS Contin in the 15, 30, 60, 100 and 200mg strengths. It is also available in a number of packaging configurations to meet every pharmacies' need."

**5. Fentanyl (if approved)**

*Zydus -*
*1. Atenolol*

*2. Metformin*

*3. Ribaviran Tablets and Capsules* – Coming soon


**Exhibit**
*MI Exhibit Model* - Custom Tower Booth - 20x20 island
*Layout/Mock-up* – Attached is a layout and mock-up of the exhibit.
*Graphics* – The following graphic panels will be used in the exhibit

| *Graphic Location* | *Size* | *Graphic* |
|---|---|---|
| Side 1 - Generics | 30" x 24" Module Duratran – left | MPCU    - Oxy/APAP |
| (Facing main aisle) | 40" x 30" Tower Duratran – left | MPCU54–RESIZE-Morphine ER |
|  | 30" x 24" Module Duratran – rt. | MPCU    - Oxycodone |
|  | 40' x 30" Tower Duratran – rt. | MPCU NEW –Coming Soon Ribaviran |
|  | 60" x 42" End Panel – left | MPCU86 – Our Promise, Your Supply |
| Side 2 – Zydus | 30" x 24" Module Duratran – left | MPCU113 – Metformin |
|  | 40" x 30" Tower Duratran – left | MPCU82 – RESIZE Comp. Powders |
|  | 30" x 24" Module Duratran – rt. | MPCU112 – Atenolol |
|  | 40" x 30" Tower Duratran – rt. | MPCU83 – Hydrocodone (eagle) |
|  | 60" x 42" End Panel – rt. | MPCU82 – RESIZE Comp. Powders |
|  | Privacy Wall | MPCU118, 119, 120 – Source/Supply/Promise |

**If Fentanyl approved, replace Powders in Tower and Morphine in Tower with Fentanyl graphics.**

**Graphic Files due to VisionStream**:  No later than Monday, September 26.


*Professional & Trade Relations*
*"Enhancing Access to Customers"*



Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

*Exhibit Schedule and Support* – As a corporate member, MI receives twelve (12) complimentary registrations. These registrations provide access to educational and social events. Additional badges are $495 per person.

Since we will be featuring both generics and Zydus products, we will need two representatives from both organizations during each exhibit session.

<u>Sunday, October 16, 12:00 pm – 4:30 pm</u>
Generic Rep 1 – Steve Becker
Generic Rep 2 – John Adams/Tim Berry
Generic/Zydus – Becky Lorentz
Zydus Rep – Kendall Brown

<u>Monday, October 17, 12:00 pm – 4:00 pm</u>
Generic Rep 1 – Steve Becker
Generic Rep 2 – John Adams/Tim Berry
Generic/Zydus – Becky Lorentz
Zydus Rep – Kendall Brown

<u>Tuesday, October 18, 11:00 am – 2:00 pm</u>
Generic Rep 1 – John Adams
Generic Rep 2 – Tim Berry
Generic/Zydus – Penny Estes
Generic/Zydus – Mark Pilkington/Steve Mullenix


**In-Booth Promotion** –
Drawing for Marble Apothecary Jar – MORPHINE – One per day.
Pre-Show Mailing – NCPA Group Mailing Deadline was Sept. 3 – 3000 pieces/$3000

**Mallinckrodt Staff Attending**
MI will receive *(12)* complimentary meeting registrations, which will allow entry to the exhibit and all other sessions. MI attendees are:
- PTR – Ed Hesterlee, Mark Pilkington, Steve Mullenix, Penny Estes
- Generic Marketing –John Adams, Tim Berry, Kendall Brown, Becky Lorentz
- Generic Sales – Steve Becker
- Corporate – Vince Kaiman

**Meeting Literature** – List all meeting literature here –
300     Generic Catalogs
50 ea.  Brand & AT Catalogs
50      Oxycodone sell sheet
50      Oxy/APAP sell sheets
200     Hydrocodone sell sheet
250     Compounding Powders sell sheet
100     Morphine ER sell sheet

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                   MNK-T1_0006311202

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

25 ea. Variety of others
100     Chronic Pain brochure
100     Your Generics brochure
50      Living with ADHD brochure
50      Metformin sell sheets
50      Atenolol sell sheets
        SEND BOTTLES

**Giveaways** – List all meeting giveaways
400     Plastic Bags
1000    Generic Logo Highlighter Pens
400     Compounding Powders Sand Balls
400     Oxycodone Krazy Clips
600     Key Chain Lights
1000    M&M Packs (to Penny's room)
500     Morphine Mirrors

**Budget/Expense** – A budget of $40,000 is projected and expenses will be posted to Market Development 157-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.

**Opportunities** – Below are all MI investments in NCPA for CY2005.
Corporate Membership
Projects
    Pharmacist e-Link
Meetings
    Multiple Locations Conference
        Sponsorship
    Annual
        Exhibit
        Sponsorship -  President's Portrait
        Family Dinner
        Student Competition
        Safety Award

**Issues and Policies** – Following are some of the issues that all MI representatives should know and may serve as discussion points on business issues or public policy matters that might come up during the meeting.
- Pharmacist e-Link – review use
- Outcomes
- Buying groups – how NCPA can facilitate access
- Compounding
- PBMs – Understanding the NCPA position
- Pharmacist recovery programs

**Attire** – New FY06 Attire – Plan will follow

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                    MNK-T1_0006311203

Pre-show Worksheet

[ DATE \@ "M/d/yyyy" ]

**ACTION ITEMS:**

*Professional & Trade Relations*
*"Enhancing Access to Customers"*



HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T1_0006311204