PSJ15 Exh 25

Message

| | |
|---|---|
| From: | Novak, Rod P [Novak, Rod P] |
| Sent: | 11/17/2010 4:14:51 AM |
| To: | Webb, Kevin J; Wessler, Michael |
| Subject: | FW: ASCP Foundation Pain Management Traineeship |

FYI.

---

**Rod Novak**
Senior Director of Marketing, Specialty Pharmaceuticals
Covidien
675 McDonnell Boulevard
Hazelwood, MO 63042

Office: (314) 654-3737
Cell: ███████
Fax:   (314) 654-7129

www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

---

**From:** Jones, Jason D
**Sent:** Monday, November 15, 2010 4:57 PM
**To:** Novak, Rod P
**Subject:** FW: ASCP Foundation Pain Management Traineeship

Rod:

We have supported the ASCP pain management traineeship for several years. I believe this is funded through generics, or maybe even Covidien corporate.

I am sending you this so that you are aware, and if you think that there is something to leverage for PENNSAID or EXALGO.

Jason

---

> **From:** Janice Feinberg [mailto:janicefeinberg@rcn.com]
> **Sent:** Monday, November 15, 2010 11:03 AM
> **To:** Jones, Jason D
> **Cc:** John Feather; Lisa Gables
> **Subject:** ASCP Foundation Pain Management Traineeship
>
> Dear Mr. Jones,
>
> I'm sorry I missed you at the ASCP Annual Meeting. Several people told me they spoke with you about Covidien's support for the ASCP Foundation Pain Management Traineeship. I'm sure you received letters from the pharmacists who benefitted from the program this year.

Last year we followed Covidien's procedure for submitting the request. I have attached last year's proposal for your information. I have requested a Covidien Clinical Education Grant Form and Instructions from PACE@Covidien.com so I can submit a request for the 2011 traineeship.

Covidien's support for this exceptional continuing pharmacy education experience is greatly appreciated.

Sincerely,

Janice L. Feinberg, PharmD, JD
Research Director
ASCP Foundation
Center for Medicines & Healthy Aging
415 E North Water Street, Suite 2301
Chicago, IL 60611
312-755-0026
FAX 312-755-0027
jfeinberg@ascp.com
janicefeinberg@rcn.com
www.ascpfoundation.org
www.medsandaging.org

---

I am using the Free version of SPAMfighter.
SPAMfighter has removed 3559 of my spam emails to date.

Do you have a slow PC? Try free scan!

## Covidien Educational Grant Request Form

*All educational grant requests must be received 90 days prior to program date. All parties associated with this request agree to abide by all requirements of the ACCME Standards for Commercial Support of Continuing Education or other appropriate standards* **and the** *AdvaMed Code of Ethics on Interactions with Health Care Professionals or PhRMA Code on Interactions with Health Care Professionals, as appropriate.*
*** Please type in the open fields to complete this form, then print and mail with the additional materials requested below. You will be unable to save a copy of your completed form electronically so be sure to print and save a hardcopy for your records.***

Institution Requesting Grant:  American Society of Consultant Pharmacists Foundation          Date: 12-14-09

Contact Person:  Lisa Gables        Title:  Executive Director

Contact Phone Number:  703-739-1316 ext 107        Contact E-Mail:  lgables@ascp.com

Institution Tax ID Number:  54-1358129      Make Check Payable To:  ASCP Foundation

Address:  1321 Duke Street

City:  Alexandria          State:  VA        Zip:  22314


Program Type:  - **Accredited Education Accredited Provider:  X**

Name/Title of Educational Program: Pain Management Traineeship for Pharmacists
Date(s) of Program:  September 2010 (exact days TBD) and June 2011 (exact days TBD)
Type of Organization Being Supported:  - Health Care Institution   - Physician   - Third Party CME Provider
- **Professional Society/ Organization   X** Other (please give details):   **501(c)(3) non-profit organization**

Amount of Funding Being Requested:  $60,000       Expected Number of Participants: 16
Does the requested amount include an Exhibit Fee? - No
If Yes, Amount Requested  $
For Exhibit?
Total Amount Requested  $

Target Audience: (check all that apply) - Interns - Residents    - Surgeons/Physicians    - Nurses
**X  Other Healthcare Professionals (Explain):   Pharmacists**

Has Covidien (Formerly Mallinckrodt / Tyco Healthcare) Supported This Program in the Past?   Yes

Have you requested/received funding for this event from Covidien: Yes, for Sept 2009 and June 2010.
If Yes, Amount Received: $ $60,000

The following items *MUST* be submitted with this Educational Request Form in order for request to be considered:
- Letter of Request
- Agenda
- Budget
- Meeting Objectives
- Statement of Accreditation (if applicable)
- Program Brochure (if available)
- Letter of Agreement (if applicable)
**If you require a signed LOA, please include completed form with your submission**
- Levels of Support Available

| Please forward all information to: |
|---|
| Brian Elsbernd |
| Covidien – Legal Compliance |
| 675 McDonnell Blvd. |
| Hazelwood, MO  63042 |
| Fax: 314-654-3370 |
| Brian.Elsbernd@Covidien.com |

**Internal Use Only**    Date Received: _____

Total Approved: $_____ Cost Center(s):  _____   _____

Fund Distribution:    PME $_____  Marketing $_____
R&D $_____ Other $_____ Other (explain): _____

Budgeted:  ☐ Yes  ☐ No    Post on PME Website:  ☐ Yes  ☐ No

Approved By (*ink signature required*):

_____  _____  _____
Name                                                            Department               Date

_____  _____  _____
Name                                                            Department               Date

_____  _____  _____
Name                                                            Department               Date

Submission of form and requested documentation does not constitute a guarantee for funding.
Educational Grants are provided without condition of product use or contingent upon any commitment to purchase, use or recommend the use of Covidien products.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                                    MNK-T1_0000905351



December 14, 2009

Brian Elsbernd
Covidien – Legal Compliance
675 McDonnell Blvd.
Hazelwood, MO 63042

Dear Mr. Elsbernd:

This **LETTER OF REQUEST** seeks funding for a practice-based continuing pharmacy education activity: **Pain Management Traineeship**. The American Society of Consultant Pharmacists (ASCP) Foundation has conducted the Pain Management Traineeship since 2001. Covidien (and previously Mallinckrodt) has supported this program since 2004.

**Description and Objectives.** The Pain Management Traineeship is a five-day, experiential, patient-focused Practice-based Continuing Pharmacy Education activity. Six pharmacists are competitively selected to participate in each traineeship session. The primary objectives of the traineeship are to (1) prepare pharmacists to provide a high level of pharmaceutical care to patients with acute and chronic pain, including those suffering from malignant and nonmalignant pain conditions; (2) create pharmacist advocates for appropriate care and treatment of persons with acute and chronic pain in the settings where they practice; (3) positively impact the way pharmacists and other health care professionals perceive the pharmacists' role in the care and treatment of persons with acute and chronic pain; and (4) foster collaboration and more effective communication among the members of the health care team.

**Preceptors and Sites.** The Pain Management Traineeship is conducted at Hospice of the Western Reserve, which provides palliative end-of-life care, caregiver support, and bereavement services throughout Northern Ohio, in Cleveland; and Heartland of Mentor, a long-term care facility, in Mentor, Ohio. Albert Barber, PharmD, CGP, and Janice Scheufler, PharmD, are the traineeship preceptors. Additional faculty include: David Demangone, MD, Pain Management Specialist, Private Practice; Stephen Baum, MD, Medical Director, Heartland of Mentor; Mary Early, RN, Director of Nursing, Heartland of Mentor; and Ron Ross, PT.

The ASCP Foundation requests a grant in the amount of $60,000 to conduct two five-day sessions of the Pain Management Traineeship, one in September 2010 and one in June 2011. The ASCP Foundation agrees to abide by all requirements of the *ACCME Standards for Commercial Support of Continuing Education* and the *AdvaMed Code of Ethics on Interactions with Health Care Professionals,* and *PhRMA Code on Interactions with Health Care Professionals*, as appropriate.

Sincerely,

*Lisa M. Gables*

Lisa M. Gables
Executive Director

1321 Duke Street, Alexandria, Virginia 22314-3563
703-739-1300 ~ fax 703-739-1500
www.ascpfoundation.org

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000905352

Covidien
ASCP Foundation Pain Management Traineeship
Page 2

## AGENDA: Pain Management Traineeship for Pharmacists

| Monday | Hospice of the Western Reserve | |
|---|---|---|
| 8am – 4:30pm | Topic | Presenter |
| | Hospice & Palliative Care 101 | Janice Scheufler, PharmD |
| | Physician Patient Visits | |
| | Home Visits | |
| | Open Discussion, Case Studies, Debriefing | Janice Scheufler, PharmD |
| **Tuesday** | | |
| 8am – 4:30pm | Treating Difficult Pain Cases | David Demangone, MD |
| | Methadone Discussion | Janice Scheufler, PharmD |
| | NP Patient Assessment and Med Reviews | Sue Wiechelman |
| | Break, Open Discussion, Case Studies, Debriefing | Janice Scheufler, PharmD |
| **Wednesday** | | |
| 8am – 4:30pm | Communication, Neuropathic Pain | Janice Scheufler, PharmD |
| | Physician-Patient Visits | |
| | Complementary Therapies: Massage | |
| | Complementary Therapies: Art & Music | |
| | Team Meeting | Westlake AltHome |
| **Thursday** | **Heartland of Mentor** | |
| 8am – 4:30pm | Lecture: Barriers to Pain Management | Stephen Baum, MD |
| | Pain Rounds with Dr. Baum | |
| | Case Assignments | |
| | Patient Interviews and Case Workups | |
| | Lecture: Physical Therapy | Ron Ross, PT |
| | Lecture: Persistent Pain | Al Barber, PharmD |
| | Pain Management and Family/Patient Dynamics | Beth Clough, LSW |
| | QI/QM/Five Star | Elizabeth Schupp, Administrator |
| | Patient Interviews | |
| **Friday** | | |
| 8am – 2pm | Patient Interviews and Case Discussions | |
| | QOL Team Meeting | |
| | Pain Assessment/Management in Cognitively Impaired | Mary Early, RN, DON |
| | Heartland Case Presentations to Nurse Practitioner | |
| | Evaluations and Wrap-up | Al Barber, PharmD |

Covidien
ASCP Foundation Pain Management Traineeship
Page 3

## BUDGET

| Pain Management Traineeship Budget | Session 1 | Session 2 |
|---|---|---|
| **Traineeship Expenses** | | |
| Site/Preceptor Honorarium | 13,500 | 13,500 |
| Orientation Meeting - Participants, Preceptors | 385 | 385 |
| Staff Travel (Orientation Meeting) | | |
|   Airfare | 350 | 350 |
|   Hotel | 150 | 150 |
|   Ground transporation to/from home airport | 110 | 110 |
|   Rental car/gas | 200 | 200 |
| Continuing Pharmacy Education Fee | 3,750 | 3,750 |
| CE Certificate Process/Distribution | 250 | 250 |
| **Miscellaneous Expenses** | | |
| Advertising | 1,500 | 1,500 |
| Website Costs | 300 | 300 |
| Photocopying | 200 | 200 |
| Postage/Shipping | 50 | 50 |
| Telephone | 25 | 25 |
| Supplies | 25 | 25 |
| **Personnel** | | |
| Executive Director | 1,200 | 1,200 |
| Project Manager | 5,250 | 5,250 |
| Operation Officer | 750 | 750 |
| Fringe (30%) | 2,160 | 2,160 |
| | | |
| **Total Cost Per Session** | **$30,155** | **$30,155** |
| | | |
| TOTAL COST (Two Traineeship Sessions) | 60,310 | |
| In-kind Contribution ASCP Foundation | 310 | |
| **TOTAL AMOUNT REQUESTED** | **$60,000** | |

### Traineeship Administration
Administration of the traineeship includes the following:
- Printing and disseminating promotional materials and applications to ASCP members, other relevant professional associations, and other appropriate institutions, organizations, individuals, and publications via mail, e-mail, the ASCP Foundation Web site, and advertisements in selected publications.
- Coordinating the application evaluation and participant selection process.
- Preparing and disseminating pre-traineeship reading and on-site materials.

Covidien
ASCP Foundation Pain Management Traineeship
Page 4

- Coordinating logistics, including lodging, transportation, and pre-traineeship orientation meeting.
- Conducting an orientation meeting for preceptors and participants immediately preceding the traineeship session.
- Payment of preceptor and site honoraria.
- Providing ACPE-approved continuing pharmacy education credit and a certificate of completion to participants after traineeship requirements have been met.
- Development and distribution of instruments to evaluate the Traineeship and reading materials, analysis of results, and review with preceptors.
- Follow up with Trainees regarding post-traineeship requirements.
- Managing the Traineeship Network database and e-mail list server.
- Disseminating relevant material to the Traineeship Network throughout the year.

**MEETING OBJECTIVES**
The ASCP Foundation Pain Management Traineeship participants are provided didactic and experiential training in the most current information concerning the etiology, recognition, assessment, and pharmacologic and non-pharmacologic management of acute and chronic pain through interaction with an interdisciplinary team caring for patients with these conditions.  The psychological, emotional, and social supports required, cultural issues, and patient education needed for appropriate care are also addressed during the traineeship.  With the intensive training provided through the Pain Management Traineeship, pharmacists can greatly influence the appropriateness, effectiveness, and safety of pharmacotherapy in patients with acute and chronic pain, and improve the quality of life for these patients.

Since its inception, scores of pharmacists working in a wide range of practice sites – including skilled nursing facilities, hospitals, hospices, outpatient clinics, and home- and community-based care – have been trained through the Pain Management Traineeship. The pharmacists who have been trained through the Pain Management Traineeship have had a demonstrated impact on the care and treatment of patients with acute and chronic pain.  These pharmacists have been empowered by the knowledge and skills obtained during the traineeship to proactively intervene for the benefit of countless patients with acute and chronic pain and to impart this knowledge to pharmacists and other health care providers in their communities and practice sites.  In the community, they become involved with local and state pain-related organizations to meet specific needs within their community.  In the nursing home, where they are the experts in the management and treatment of acute and chronic pain, they identify and rectify the under-treatment of pain.  In the profession, they take a leading role in educating pharmacists and other health care providers.

**Needs Assessment**
Pain is one of the most common reasons for patients to seek medical attention and one of the most prevalent medical complaints in the US.  A hallmark of many chronic conditions, pain affects more Americans than diabetes, heart disease, and cancer combined (American Pain Foundation).  More than one quarter of Americans age 20

Case: 1:17-md-02804-DAP  Doc #: 2295-1  Filed: 08/14/19  10 of 15.  PageID #: 362446

Covidien
ASCP Foundation Pain Management Traineeship
Page 5

years and older — an estimated 76.5 million Americans — report that they have had a problem with pain of any sort that persisted for more than 24 hours in duration (National Center for Health Statistics, 2006).

It is estimated that the annual cost of chronic pain in the United States, including health care expenses, lost income, and lost productivity, is $100 billion (National Institutes of Health, 1998). Two in ten American adults report that physical pain or discomfort disrupts their sleep a few nights a week or more (National Sleep Foundation, 2003). And in spite of the availability of therapies to alleviate most pain for those dying of cancer, research shows that 50% to 75% of patients die in moderate to severe pain (Weiss et al, 2001).

The geriatric population is at risk for under-treatment of pain or inadequate pain management. Some 25% to 50% of community-dwelling older adults have pain that interferes with normal function (Helme and Gibson, 1999), and 59% to 80% of nursing home residents report experiencing daily unrelieved pain (Stein and Ferrell, 1996). Older adults may present with multiple medical problems and have many potential sources of pain, complicating diagnosis and treatment.

Inadequate pain control, in some cases, may result from a lack of knowledge or understanding of proper pain management by health care professionals and patients. The topic of pain management is poorly presented and inadequately developed in the curricula of many U.S. schools of pharmacy (Singh et al, 2003). Under-treatment of pain can also be the result of fear or misunderstanding of the position of regulatory boards or law enforcement agencies regarding the use of controlled substances in the treatment and management of pain.

Pharmacists play a pivotal role in ensuring patient access to analgesic medications. A survey of pharmacists' attitudes toward and knowledge of opioid analgesics suggests that pharmacists who lack knowledge about pain management and controlled substances policies could be a weak link if they make decisions that break the chain of distribution of valid prescriptions for opioid analgesics (Joranson and Gilson 2001). The findings indicate that pharmacists need continuing education programs focusing on pain, opioid analgesics, the characteristics and risks of addiction, and federal and state controlled substances and pharmacy policies. The authors conclude that pharmacists should know enough about pain management and addiction to distinguish between acceptable and unacceptable practices by today's standards.

Pain is influenced by individual experiences, co-morbidities, cultural beliefs, cognitive abilities, expectations, emotions, and memory, making the approach to pain management unique to each patient. Consequently, pharmacists need current, state-of-the-art education to assist them in developing the skills required to evaluate and manage pain in the populations they serve.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                    MNK-T1_0000905356

Covidien
ASCP Foundation Pain Management Traineeship
Page 6

**General Educational Outcomes and Goals**

After completion of the Pain Management Traineeship, participants will provide pharmaceutical care in cooperation with patients, prescribers, and other members of an inter-professional health care team based upon sound therapeutic principles and evidence-based data, taking into account relevant legal, ethical, social, economic, and professional issues; emerging technologies; and evolving pharmaceutical, biomedical, sociobehavioral, and clinical sciences that may impact therapeutic outcomes.

*Goals*

- Design, implement, monitor, evaluate, and adjust pharmaceutical care plans that are patient-specific and evidence-based.
- Communicate and collaborate with prescribers, patients, caregivers, and other health care providers to engender a team approach to patient care.
- Retrieve, analyze, and interpret the professional, lay, and scientific literature to provide drug information to patients, their families, and other health care providers.
- Carry out duties in accordance with legal, ethical, social, economic, and professional guidelines.

General Educational Outcomes and Goals will be assessed by requiring traineeship participants to:

1. Write up and submit two case consults for which they made recommendations for treatment or interventions to improve care of patients with acute or chronic pain, that include:  (1) description of the problem; (2) treatment/intervention recommended and why; (3) goals of treatment/intervention plan; (4) expected outcomes; (5) how outcomes were measured; (6) how staff, caregivers, family members, and patients were involved in treatment decisions and monitoring; and (7) actual outcomes and how and why they differed from the expected outcomes.

Traineeship participants are also expected to become involved with state and/or local organizations, such as State Pain Initiatives, Pain Management Board, Partners Against Pain, Arthritis Foundation, Fibromyalgia Association, or participate in other ways to meet a specific need within their community, and report their participation to the ASCP Foundation.

*Specific Learning Objectives*

Upon successful completion of the Pain Management Traineeship, the participant will be able to:

1. Describe the etiology, pathophysiology, types, and presentation of acute and chronic pain disorders.
2. Adopt a vision of treatment for acute and chronic pain as controllable, individualized, comprehensive, and team-oriented.
3. Conduct comprehensive pain management assessments for older adults who are cognitively intact and non-cognitively intact.
4. Define appropriate goals and outcomes of nonpharmacologic and pharmacologic treatments in various health care and community-based settings.

Covidien
ASCP Foundation Pain Management Traineeship
Page 7

5. Explain the complementary nature of pharmacologic and nonpharmacologic treatments (e.g., massage therapy, distraction, cognitive/behavioral interventions).
6. Define and differentiate the goals, tasks, and constraints of other persons involved in the care of persons with acute and chronic pain.
7. List the numerous barriers impeding optimal pain management (e.g., legal, educational, regulatory, ethical, and cultural) in individuals, institutions, and society, and identify strategies to overcome these barriers.
8. Apply the most appropriate pain management guidelines in his/her practice setting(s) and track changes in practice that lead to improved pain management outcomes.
9. Investigate, identify, and apply available resources, including Internet sites, to continue to learn and educate others about acute and chronic pain.

Participants will meet daily with at least one of the preceptors and other members of the interdisciplinary team at the clinical practice sites to participate in patient rounds, assessment, and care planning for patients with acute or chronic pain. Participants will interact directly with patients on a daily basis to observe symptoms of acute and/or chronic pain and discuss medication responses and other management issues and actively engage in discussions on management of selected patients.

The traineeship will utilize four basic educational components, but will focus heavily on the experiential/clinical components. Other components are lecture/discussion, case discussions and pre-traineeship reading, which includes more than 30 required and recommended articles on the following topics: pain assessment, bone pain, chronic pain, pain guidelines, neuropathic pain, use of NSAIDs, rheumatoid/osteoarthritis, fibromyalgia, patient-controlled analgesia, pain in dementia, and pain management for older adults.

**STATEMENT OF ACCREDITATION**
Trainees will earn 3.5 CEUs (35 contact hours) for successful completion of the Pain Management Traineeship. To receive continuing education credit, trainees must participate in all sessions of the program and complete an evaluation at the conclusion of the traineeship. Statements of continuing education credit will be mailed to trainees within one month after successful completion of the program and receipt of evaluation. The American Society of Consultant Pharmacists is accredited by the Accreditation Council for Pharmacy Education as a provider of continuing pharmacy education.



## STATEMENT OF ACCREDITATION

The American Society of Consultant Pharmacists (ASCP) is accredited by the Accreditation Council for Pharmacy Education (ACPE) as a provider of continuing pharmacy education (CPE) and adheres to the Standards for Accreditation. ASCP is in good standing with ACPE.

ASCP will provide continuing pharmacy accreditation for the ASCP Foundation Pain Management Traineeship. The ASCP Foundation Pain Management Traineeship is a **Practice-based CPE activity** and provides 3.5 CEUs (35 contact hours) of continuing pharmacy education for successful completion of the activity.

ASCP CPE Administrator:   Patricia M D'Antonio, RPh, CGP

*Patricia M. D'Antonio*                                             December 7, 2009
Signature                                                                         Date

1321 Duke Street
Alexandria, VA 22314-3563

703/739-1300
703-739-1500 fax                                        America's Senior Care Pharmacists™
http://www.ascp.com/

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                    MNK-T1_0000905359

Covidien
ASCP Foundation Pain Management Traineeship
Page 9

## ASCP FOUNDATION

The ASCP Foundation — a 501(c)(3) charitable organization incorporated in the District of Columbia (Tax ID # 54-1358129) — is the research and education affiliate of the American Society of Consultant Pharmacists.  The ASCP Foundation has a proven track record of developing practical programs for improving medication use in the senior population.  The mission of the ASCP Foundation is to foster appropriate, effective, and safe medication use in older persons.  The unique focus of the ASCP Foundation is the development, integration, and application of knowledge regarding medication use in the senior population and the practice of senior care pharmacy to optimize health outcomes.  The ASCP Foundation has a history of leadership, innovation, and expertise in medicines and aging, and has collaborated with numerous organizations to address the information and education needs of consumers, families, caregivers, health care professionals, and the aging network regarding medication use.

As part of its educational mission, the ASCP Foundation develops and administers post-graduate pharmacotherapy traineeships — five-day, experiential, patient-focused, educational programs — to create pharmacist experts in specific therapeutic areas and prepare pharmacists and other health care professionals to provide a high level of pharmaceutical care to their patients.

Since its first traineeship in 1993, the ASCP Foundation has conducted more than 120 traineeship sessions.  Approximately 700 pharmacists and other health care professionals have successfully completed one or more ASCP Foundation traineeships in the following areas:  Parkinson's Disease; Alzheimer's/Dementia; GeroPsych/Behavioral Disorders; Pain Management; HIV/AIDS; Disease Pharmacotherapy for Congestive Heart Failure, Osteoporosis, and Osteoarthritis; Wound Care; and Thrombosis Prevention and Management.  The current traineeships are described in the ASCP Foundation's 2008 Annual Report, which can be accessed at http://www.ascpfoundation.org/documents/08AnnualReport.pdf.

## REFERENCES

American Pain Foundation.  Pain Facts & Figures.  Available at: http://www.painfoundation.org/page.asp?file=Newsroom/PainFacts.htm.  Accessed November 24, 2008.

Helme RD, Gibson SJ.  Pain in Older People.  In: Crombie IK, ed.  Epidemiology of Pain.  Seattle: IASP Press; 1999:103-112.

Joranson DE, Gilson AM.  Pharmacists' knowledge of and attitudes toward opioid pain medications in relation to federal and state policies.  J Am Pharm Assoc 2001;41(2):213-220.

National Center for Health Statistics. Health, United States, 2006 With Chartbook on Trends in the Health of Americans. Hyattsville, MD: 68-71.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000905360

National Institutes of Health. NIH Guide: New directions in pain research I. September 4, 1998. Available at http://grants.nih.gov/grants/guide/pa-files/PA-98-102.html. Accessed November 26, 2008.

National Sleep Foundation. Sleep in America poll. 2003. Available at: http://www.sleepfoundation.org/site/c.huIXKjM0IxF/b.2417365/k.1460/2003_Sleep_in_America_Poll.htm. Accessed November 26, 2008.

Singh RM, Wyant SL. Pain management content in curricula of U.S. schools of pharmacy. J Am Pharm Assoc 2003;43(1):34-40.

Stein WM, Ferrell BA. Pain in the nursing home. Clin Geriatr Med 1996;12:601-613.

Weiss SC, Emanuel LL, Fairclough DL, Emanuel EJ. Understanding the experience of pain in terminally ill patients. Lancet 2001;357:1311-1315.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000905361