PSJ15 Exh 27

# Mallinckrodt 

## Examples of Education and Enabling Tools

### Prescriber
- Validated Risk and Pain Assessment Tools
- Opioid Clinical Management Guide
- Responsible Opioid Prescribing
- Opioid Prescribing Toolkit
- Ask An Expert videos
- Demystifying Opioid Conversion Calculations
- Methadone safe prescribing resources

### Pharmacist
- DEA Pharmacist's Manual
- Verification, Identification, Generalization, Interpretation, Legalization (VIGIL) Process
- Opioid Clinical Management Guide
- Talking to Patients about Opioid Analgesics

### Patient
- Opioid Safe Use and Handling Guide
- My Meds card
- Safe Use and Handling card
- How To Talk To Your Doctor
- Pain Management Journal
- Defeat Chronic Pain Now
- Methadone safe use resources

 

▸ Intent   ▸ Education   ▸ Community Engagement   ▸ Resources   ▸ Contact Us

 C.A.R.E.S. Alliance is a service mark of Mallinckrodt LLC. © 2012 Covidien.

 ◂ Back   🏠 Main Menu



EXHIBIT 13
WIT: Mallinckrodt Webb
DATE: 1-17-19
C. Campbell, RDR CRR CSR #13921

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER    MNK-T1_0000098099