influencing its development and manifestations. It is characterized by behaviors that include the following: impaired control over drug use, craving, compulsive use, and continued use despite harm. Physical dependence and tolerance are normal physiological consequences of extended opioid therapy for pain and are not the same as addiction.

*Chronic Pain*—Chronic pain is a state in which pain persists beyond the usual course of an acute disease or healing of an injury, or that may or may not be associated with an acute or chronic pathologic process that causes continuous or intermittent pain over months or years.

*Pain*—An unpleasant sensory and emotional experience associated with actual or potential tissue damage or described in terms of such damage.

*Physical Dependence*—Physical dependence is a state of adaptation that is manifested by drug class-specific signs and symptoms that can be produced by abrupt cessation, rapid dose reduction, decreasing blood level of the drug, and/or administration of an antagonist. Physical dependence, by itself, does not equate with addiction.

*Pseudoaddiction*—The iatrogenic syndrome resulting from the misinterpretation of relief seeking behaviors as though they are drug-seeking behaviors that are commonly seen with addiction. The relief seeking behaviors resolve upon institution of effective analgesic therapy.

*Substance Abuse*—Substance abuse is the use of any substance(s) for non-therapeutic purposes or use of medication for purposes other than those for which it is prescribed.

*Tolerance*—Tolerance is a physiologic state resulting from regular use of a drug in which an increased dosage is needed to produce a specific effect, or a reduced effect is observed with a constant dose over time. Tolerance may or may not be evident during opioid treatment and does not equate with addiction.

Confidential

END00051441

## About the Author

**Scott M. Fishman, M.D.**, is a nationally recognized author and advocate for patients in pain. He is Chief of the Division of Pain Medicine and Professor of Anesthesiology and Pain Medicine at the University of California, Davis. He was formerly Medical Director of the Massachusetts General Hospital Pain Center at Harvard Medical School. Dr. Fishman is trained and board certified in Internal Medicine, Psychiatry, Pain Medicine, and Hospice and Palliative Care.

Dr. Fishman is the author of *The War on Pain* and *Listening to Pain*. He is the co-author of *The Massachusetts General Hospital Handbook of Pain Management 2nd Edition*; and *Essentials of Pain Medicine and Regional Anesthesia*. He serves as Senior Editor for the journal *Pain Medicine* and sits on the editorial board of numerous other medical journals.

Dr. Fishman is past president of the American Academy of Pain Medicine, is Vice Chairman of the board of directors for the American Pain Foundation, and has served on the board of directors for the American Pain Society. He has helped national and state legislatures with pain-related laws and consults to numerous government agencies and organizations, such as the Federation of State Medical Boards (FSMB), The Drug Enforcement Administration (DEA), and various state medical boards.

Confidential    END00051442

$12.95

*Responsible Opioid Prescribing* offers physicians effective strategies for reducing the risk of addiction, abuse, and diversion of opioids that they prescribe for their patients in pain. Written by pain medicine specialist Scott M. Fishman, M.D., this concise handbook translates the Federation of State Medical Board's *Model Policy for the Use of Controlled Substances for the Treatment of Pain* into pragmatic steps for risk reduction and improved patient care, including:

- Patient evaluation, including risk assessment
- Treatment plans that incorporate functional goals
- Informed consent and prescribing agreements
- Periodic review and monitoring of patients
- Referral and patient management
- Documentation
- Compliance with state and federal law

Scott M. Fishman, M.D., is a leading pain medicine clinician, researcher, teacher, lecturer, and writer. He is Chief of the Division of Pain Medicine and Professor of Anesthesiology at the University of California, Davis. Board certified in Internal Medicine, Psychiatry, Hospice and Palliative Medicine, and Pain Medicine, Dr. Fishman is Past President of the American Academy of Pain Medicine, author of *The War on Pain* and *Listening to Pain*, and coauthor of *The Massachusetts General Hospital Handbook of Pain Management* and *Essentials of Pain Medicine*.



WATERFORD
LIFE SCIENCES

Confidential END00051443