PSJ15 Exh 37

Document Produced in Native Format

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001332076



# Understanding Addiction

**The Great Brain Robbery**









# What is this presentation about?

- How is addiction defined?

- Why are certain drugs addictive?

- How do people become addicted?

- What are some important clinical considerations?





# America "Hooked" on Drugs



**Large and growing problems:**

☐ 6.3 million Americans need treatment for *illicit* substance abuse or addiction.

☐ Opioids account for 83% of admissions for injection drug abuse.

☐ 4.4 million adults abuse opioid painkillers.

☐ 83% of patients entering MMT also abuse Rx opioids.


*Mallinckrodt MMTP — Methadone Training Program*

Graphic retouched from *Time* magazine*;* May 5, 1997



# Better Understandings Essential

- Addiction affects millions of persons.

- Need for science to overcome stigma, prejudice, and misunderstandings.

- Especially important regarding MMT.*

*Methadone Maintenance Treatment.



Trepanation once used to release "evil spirits."





# Spheres of Exploration

Addiction studied from various perspectives – from actions of molecules in the brain to influences of external environment.

*We know a great deal, yet there is much to learn and understand.*







# A Lab Rat's Life: Food or Drugs?



A laboratory animal will eventually starve to death while seeking only "drug rewards" instead of food.

*Drugs can take on survival value that overrides all other, more basic, needs.*





# People Have Choices *(Initially)*



- Addiction begins as a voluntary act of drug (or alcohol) taking.

- After repeated use, drugs take control; person is transformed.

- Result is a chronic, relapsing brain disorder – "drug addiction."



Drawing courtesy of David Sinclair, PhD; used with permission.



# **Defining Addiction**

**What is the difference between drug abuse and addiction?**

**How does dependence differ from addiction?**

**Are drug tolerance and withdrawal necessary for addiction?**



# Misunderstood Definitions

| Drug Tolerance* | Reduced drug effects. |
|---|---|
| Withdrawal* | Abstinence syndrome. |
| **Drug Abuse** | **Use despite harm.** |
| **Drug Addiction** | **Chronic, relapsing, loss of control.** |
| "Pseudo" Drug Addiction | *Inappropriate* drug seeking. |

\* Components of physical *dependence*.





# DSM-IV-TR* Criteria — **Drug Abuse**

One or more of the following related to drug use:

- Major obligations ignored.

- Use is physically hazardous.

- Substance-related legal problems.

- Social or interpersonal problems.



*Diagnostic and Statistical Manual of Mental Disorders*,
American Psychiatric Association (DSM-IV-TR, 2000)



# DSM-VI-TR* – **Drug Dependence**

## Three or more of the following related to drug use:

- Tolerance.

- Withdrawal.

- Used more than intended.

- Loss of control.

- Much time/effort expended.

- Important obligations ignored.

- Use despite negative consequences.



*Diagnostic and Statistical Manual of Mental Disorders*, American Psychiatric Association (DSM-IV-TR, 2000)



# MMT Admission Criteria

- Federal MMT Regulations require _addiction_ to an opioid drug.
  - ☐ One year, with some exceptions.

- Defined using DSM-IV criteria.

## Department of Health and Human Services

**Substance Abuse and Mental Health Services Administration**

21 CFR Part 291

42 CFR Part 8

**Opioid Drugs in Maintenance and Detoxification Treatment of Opiate Addiction; Final Rule**





# **Opioid Addiction** Summary

- Cognitive/behavioral aspects take precedence:

  - ☐ Obsessive thinking.

  - ☐ Compulsive use.

  - ☐ Loss of control.

  - ☐ Activities/obligations neglected.



- Physical dependence need not be present – usually is.

- Amount, frequency, type of opioid not critical in defining addiction severity.





# Is Methadone in MMT Addictive?



- Methadone is a prescribed medi-cation, legally dispensed.

- Addictive behaviors replaced by adaptive coping skills.

  - Mental obsession, opioid-seeking cease.
  - Patients engage in normal life activities.

- Patients still physiologically dependent.

  - Withdrawal occurs.
  - Tolerance blocks illicit opioids.





# Addiction Pathways in the Brain



# It's All About Dopamine

- Dopamine regulates mood/emotions.

- Responsible for motivation, "natural rewards."

- Addictive drugs stimulate dopamine in brain pathways associated with "reward."

- In addiction, dopamine system becomes dysfunctional…

  - more drug needed.
  - loss of control over drug use.





# The Dopamine-Reward Pathway

Signals travel from VTA (ventral tegmental area) to accumbens.

Drug effects can be greater than natural rewards.

Dopamine carries the message.



VTA-accumbens pathway "tells" other brain centers how rewarding a drug is.



Graphic adapted from NIDA 2000

# Route of Administration Influences Speed & Potency of Drug Effects





Graphic adapted from NIDA 2000



# "Addiction Switch"



- Abused drugs bypass cognitive (thinking) centers – leads to abnormal brain function.

- As if an "addiction switch" has been turned on – mental world changes, with loss of control unresponsive to individual's will.

- Intellect is intact, but *volition* – the ability to consciously control drug use – is deranged.

- Brains of addicted persons become "different."



# **Some Clinical Considerations**

- **Diagnosis**
- **Genetics**
- **Relapse**
- **Treatment**



# Diagnosing Opioid Abuse

- Vein pigmentation, clotted/thrombosed veins.
- Abscesses.
- Clubbing of fingers.
- Constricted pupils.
- Abnormal nasal mucosa.
- Swollen lymph glands.

- Enlarged liver.
- Abnormal lab tests.
- Multiple physicians, vague pain complaints.
- Prior Rx analgesics.
- Blood/urine toxicology.
- Self-reported drug history.



Adapted from Schuckit 2002



# IDU (Injection Drug Use) Skin Lesions



Recent lesions, forearm –linear skin punctures ("track marks").

New lesions, neck – inflamed puncture wounds.





Cagle et al. 2002

# IDU Skin Lesions (continued)



Left hand – old lesions with scars, pigmentation changes, and atrophy (shiny skin); new lesions show healing with fresh scabs.

Right hand – old lesions show inflammatory changes in pigmentation; new lesions show non-healed, inflamed puncture wounds.







Cagle et al. 2002

# Addiction Genes?

- Genes are involved in addictive processes.

- Some addictions directly influenced by genetics.

- Research still underway.

- Even if genes responsible, they cannot be changed – today.







# Is Drug Relapse Avoidable?

■ Relapse is
a problem of
behavior change.

■ Several factors
contribute.



■ Need to "unlearn"
drug-related habits and cues.





# Can Medications Help?

- Few medications are FDA-approved for addiction treatment.



- ☐ Methadone

- ☐ Buprenorphine

- ☐ Naltrexone

- ☐ Disulfiram

- ☐ Acamprosate (approved August 2004)

- ☐ Methadone is the most thoroughly studied treatment, and has demonstrated effectiveness during 40+ years in millions of MMT patients.





# Meds + Psychosocial Therapy Best

*Medication Benefits…*

- Reduce drug craving.
- Suppress withdrawal.
- Decrease illicit drug use.
- Stabilize brain chemistry.

*Therapy Benefits…*

- Improve attitudes.
- Therapeutic alliance.
- Facilitate motivation & compliance.
- Overcome obstacles to change.
- Reset priorities.
- Develop coping skills.
- Enhance support for sobriety.
- Create abstinent lifestyle.





# Methadose® Brand of Methadone HCl from Mallinckrodt



- **Helping to meet the need for flexibility in dosing.**

- **5 formulations:**
  - ☐ Liquid…
    - Cherry (10 mg/mL).
    - Sugar-free, dye-free, unflavored (10 mg/mL).
  - ☐ Solid
    - Tablet - 5 mg or 10 mg
    - Dispersible Tab - 40 mg.







# **Conclusions**

- **Opioid addiction is a large and growing problem in the U.S.**

- **Addiction is a chronic, relapsing brain disorder – a disease.**

- **A principal feature of addiction is dysregulation of the dopamine neurotransmitter system.**

- **Methadone plus psychosocial therapy are effective treatments for opioid addiction.**