PSJ15 Exh 39

Document Produced in Native Format

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001256480



ADDICTION TREATMENT
**MMTP**
**Mallinckrodt**
**Methadone Training Program**
A COLLABORATIVE EFFORT

# The Addicted Brain



## A Disease Perspective



# What is this presentation about?

- Why is addiction a brain *<u>disease</u>*?

- How do addictive substances affect the brain and cause dysfunctions?

- Why do addicted persons continue to self-destruct despite reasons to stop?

- How can medications and psychotherapy help addiction recovery?





# Electro-Chemical Communication

Electrical signals in neurons travel to axon terminals.

Chemicals transfer from the terminals to dendrites.







# Chemical Transfer at Synapses

Chemicals (*neurotransmitters*) cross the synapse gap to activate receptors.

Transmitters taken back into the terminal through transporters.





# Drugs Release Neurochemicals

Addictive drug (green mole-cules) crosses blood-brain barrier.

Causes flood of dopamine (white) in synapse.



Illustration by C. Donner

**Mallinckrodt MMTP**
*Methadone Training Program*



# Drug Receptors (Lock 'n Key)

Neurotransmitters fit receptors like keys in locks.

The fit must be just right to activate the receptor.



Red molecule is not a match.
Green molecule (e.g., heroin) fits and activates the receptor.



# Methadone Fills Opioid Receptors





# Taming the Roller Coaster

Methadone allows the patient to get off the opioid roller coaster and live a more normal life.



*Adequate* methadone dosing smoothes peaks and valleys. Concentration stays in comfort zone (green).






# How the Brain Became Fertile Ground for Addiction

# The Brain Evolved for Survival



It was not originally equipped to cope with video games and snack foods, or heroin and cocaine – and, it has not adapted.

The amazing thing is that more people are not addicted to more substances.



# How Brain Organization Influences Behavior & Addiction



- Brain evolved through 3 primary stages.

- Stages function together like biological computers.

- Older structures drive addiction.

- Thinking part of brain a "new innovation."



# Primitive Reptilian Brain





- Responsible for self-preservation; instinct.
- Produces aggressive, compulsive, ritualistic behaviors.
- Repeats same behaviors without learning from past mistakes.



# Limbic Brain





- Older mammalian brain.
- Controls feeding, fighting, fleeing, mating.
- Drives emotions and reward-seeking.
- A center of addiction.



# Neo-mammalian Brain (Cortex)



Neocortex

- Higher cognitive and control functions.
- "The mother of invention and the father of abstract thought."
- Comprises 2/3 of the brain mass in humans.





# Composite Human Brain



- Human brain has all components of brain evolution.

- "Heart" of addiction resides in more primitive structures (**red**/**yellow**).

- "Thinking brain" (**green**) is impaired by addiction.



# The Functional Brain



Addiction involves reward, memory, and judgement, which reside within more primitive, limbic areas of the brain (black circle).



Graphic adapted from NIDA 2000

# Dysfunctions of the Limbic Brain Are Linked to Addiction

*Limbic system disturbances promote…*

- Moodiness, irritability, depression.
- Pessimism.
- Negative emotions, de-motivation.
- Sleep problems, sexual dysfunction.
- Social isolation.



**Some Limbic Structures**, Mayor 2004





# The Great Disconnect



Control functions of the cortex are disconnected in the addicted brain, which becomes dominated by a dysfunctional limbic system.



Modified from: Volkow et al. 2003



# Drugs Acquire Deadly Survival Value

- Limbic drives take command.

- Drugs perceived as essential for survival.

- Helps explain obsessive, compulsive, self-destructive addictive behaviors.

- Recovery involves "rewiring" the brain for a sober life.







# Addictive Drugs Alter Brain Structure & Function

**The result is a neurobiological *disease* state.**





# Shrinking Neurons

Opioid addiction shrinks dopamine neurons in reward centers.

*(Box)*
Dendrites wither, filaments in axons reduced.





Illustration modified from L. Kibiuk, in Ariniello 1997

# Abnormal "Hairy" Dendrites



Addictive drugs cause dendrites to vastly increase the number of signal-receiving projections (spines) on their branches (micrograph on right).



Retouched photos from Nestler and Malenka 2004

# PET Scanning: Peering Into Brain Function

Positron emission tomography (PET) measures activity in specific regions or neurons in the brain.

Patients are awake during image scanning, which is painless





Photo from NIDA 2000

# The Drugged Brain: PET Scans

*Chronic* drug abuse *decreases* dopamine in reward pathways.



Left: red areas show normal dopamine activity.
Right: chronic drug abuse effects.



Modified from Volkow et al. 2003

# Illicit Drugs Can Decrease Normal Brain Activity, Disrupt Function

*Chronic* drug abuse *reduces* glucose metabolism.

Lowered activity disrupts many brain functions.



Left: red depicts normal glucose use.
Right: activity greatly diminished.



Modified from NIDA 2000

# Drug Effects Are Persistent

Dysfunction can persist long after the last dose of a drug or alcohol is taken.

Brain shows de-creased cerebral cortex activity for several months or much longer.





PET scans modified from Brookhaven National Laboratory

# Medication vs Psychotherapy



Meds and psychotherapy both benefit brain function.
Each may affect *different parts* of the brain in *opposite ways*.



Composite scan from Goldapple et al. 2004



# Treating Addiction



- No "magic bullets."

- No "cure" for addiction.

- Time required for return to more normal brain function is unknown.

- Ongoing therapy may be required for a lifetime in recovery.





# Methadose<sup>®</sup> Brand of Methadone HCl from Mallinckrodt



- Helping to meet the need for flexibility in dosing.

- 5 formulations:
  - ☐ Liquid…
    - Cherry (10 mg/mL).
    - Sugar-free, dye-free, unflavored (10 mg/mL).
  - ☐ Solid
    - Tablet - 5 mg or 10 mg
    - Dispersible Tab - 40 mg.







# Conclusions

- **Addiction is a multifaceted _disease_.**

- **Chronic drug abuse creates serious dysfunctions in brain activity.**

- **Judgement and control functions are disconnected; patients cannot simply _think_ their way out of addiction.**

- **A combination of medication (such as, methadone) and psychotherapy may be required for a lifetime.**