PSJ15 Exh 41

# Addiction Treatment Business



# Vision



**Types Of Addictions:**

**Heroin**

**Opiate**

**Alcohol**

Cocaine

Bulimia

Smoking

Gambling

Sexual

Etc.

–Market Focused

–Pharmaceutical Resource

–Broad Range Of Products & Services

# Methadose®

*methadone hydrochloride tablets, USP*

*methadone hydrochloride oral concentrate, USP*

# Methadone Maintenance Treatment



- Used for Opiate addiction since 1950's
- Most studied and regulated drug in U.S.
- Most effective method for treating opiate addiction
- Patients in treatment grew from 120K in 1995 to 180K in 1998 (now ~200K)
- Average dose of methadone rose from 55mg to 70mg during same period (now ~75-80mg)

# Illicit Opiate Use

MALLINCKRODT

- 800M to 1.2MM heroin users in U.S.
- Purity and low cost causing rise in use
- Heroin users younger than ever before
- OxyContin abuse is changing the market
- Coming changes in regulations should make methadone treatment more available and increase the number in treatment

# Why Methadone?

MALLINCKRODT

- Most cost effective treatment form
- Prevents withdrawal
- Prevents "high" if opiates are used
- Allows patient to lead normal life when properly dosed (patients are not walking "zombies")

# U.S. Market For MMT

MALLINCKRODT

- Products
  - Liquid(10mg/mL)
  - Tablets (40mg and 5mg primarily)
  - Powder
- Value of market ~$23MM

# MMT Clinics



- Methadone Maintenance Treatment (MMT) Clinics:
    - are highly regulated
    - have special licenses
    - provide counseling and medicine

# MMT Market Share



# MMT Market Dynamics

MALLINCKRODT

- Roxane
  - **Cut their sales force in December 2000**
  - **Moved production in-house from Lilly in June 2001**
  - **Result of transition has been quality problems (broken tablets, short counts), late shipments, unhappy customers and lost business**

- UDL(Mylan)
  - **Ran out of product in October 2000 (bought from MI for four months)**
  - **Exited the market in February 2001 (returned four months later)**
  - **Resulted in customers lost confidence and lost business**

# MMT Market Dynamics

- Roxane ⟶ Cebert
  - **Licensed AT rights to the methadone products in September 2001**
  - **Copying MI where they are deficient (Methasoft) and promoting the strength they do have**
  - **Pricing is highest**
- UDL(Mylan) ⟶ Vista Pharm (GeriMed)
  - **Sold plant and AT products in November 2001**
  - **One sales rep (Ray Porra)**
  - **Competes only on price (pricing is the lowest) and relationships**

MALLINCKRODT

# MMT Market Dynamics



- Prior to Roxane, Cebert's products were owned by Lilly

- MI is the <u>stable force</u> in the market place
  - **In this market since the 1970's**
  - **Supports the market with educational materials among other things**
  - **Continues to add new products**
  - **Has the support of upper management**

# MMT Competitor Comparison

| Product | Mallinckrodt | Cebert | Vista |
|---|---|---|---|
| **Cherry Liquid** | X | X | X |
| **Clear Liquid** | X | X | |
| **White Tablet** | X | X | X |
| **Orange Tablet** | | X | |
| **Powder** | X | X | X |
| **Manual Dispenser** | *X* | *X* | |
| **Computer System** | X | X | |
| **ZT Pump** | X | X | |
| **Educational Materials** | X | | |
| **Sales Force** | 5 | 1 | 1 |

# The Future



- MI looking to increase our product offering

- Reached agreement with CSM to sell the M4
  - ID System
  - ZT Pump
  - New Platform
  - CSM to manage the help desk

