PSJ15 Exh 43

Document Produced in Native Format

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER MNK-T1_0000562022

Daily 222 clearing report - ALL

| CSR# | CSR Name | Ship To | Ship To Name | Ship to address 1 | Ship to address 2 | City | State | Zip Code | Order # | Order Type | 222 form # | 222 form issue date | 222 form expired | Order Line Item | Order Line Descrp | Order Qty Allocated | Order Qty Shipped | Order line Ship date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 1.000 158253 | HYDROCODONE BIT PWDR USP | 12.000 | 12.000 | 01/16/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 2.000 112201 | METHYLPHENIDATE 10 MG TABS | 2544.000 | 2544.000 | 03/13/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 3.000 112210 | METHYLPHENIDATE 10 MG TABS | 18.000 | 18.000 | 01/16/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 4.000 112401 | METHYLPHENIDATE 20 MG TABS | 1908.000 | 1908.000 | 01/16/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 5.000 145101 | METHYLPHENIDATE ER 20 MG TAB | 636.000 | 636.000 | 01/16/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 6.000 142301 | METHYLPHENIDATE ER 10 MG TAB | 192.000 | 192.000 | 02/13/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 7.000 575501 | METHADONE HCL 5MG TABS USP | 1584.000 | 1584.000 | 01/16/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 8.000 577101 | METHADONE HCL 10MG TABS USP | 15840.000 | 15840.000 | 01/19/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 9.000 575562 | METHADONE HCL 5MG TABS USP | 72.000 | 72.000 | 01/16/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 9.001 575562 | METHADONE HCL 5MG TABS USP | 24.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70124532 | SZ | 085323734 | 01/14/09 | Y | 10.000 577162 | METHADONE HCL 10MG TABS USP | 432.000 | 432.000 | 01/16/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127053 | SZ | 085719537 | 02/04/09 | Y | 1.000 0406083015 | MORPHINE ORAL CONC 20MG/ML | 360.000 | 360.000 | 03/06/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127053 | SZ | 085719537 | 02/04/09 | Y | 2.000 0406083030 | MORPHINE ORAL CONC 20MG/ML | 1026.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127053 | SZ | 085719537 | 02/04/09 | Y | 3.000 0406083012 | MORPHINE ORAL CONC 20MG/ML | 66.000 | 66.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127053 | SZ | 085719537 | 02/04/09 | Y | 4.000 0406083024 | MORPHINE ORAL CONC 20MG/ML | 6.000 | 6.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 1.000 324552 | HYDROMORPHONE HCL PWDR USP | 75.000 | 75.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 2.000 112101 | METHYLPHENIDATE 5 MG TABS | 1908.000 | 1908.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 3.000 112210 | METHYLPHENIDATE 10 MG TABS | 12.000 | 12.000 | 02/23/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 4.000 112401 | METHYLPHENIDATE 20 MG TABS | 1908.000 | 1908.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 5.000 145101 | METHYLPHENIDATE ER 20 MG TAB | 636.000 | 636.000 | 03/03/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 6.000 142301 | METHYLPHENIDATE ER 10 MG TAB | 84.000 | 84.000 | 02/13/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 7.000 575501 | METHADONE HCL 5MG TABS USP | 1584.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 7.001 575501 | METHADONE HCL 5MG TABS USP | 1584.000 | 1584.000 | 04/01/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 8.000 577101 | METHADONE HCL 10MG TABS USP | 12672.000 | 12672.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 9.000 575562 | METHADONE HCL 5MG TABS USP | 72.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127056 | SZ | 085719538 | 02/04/09 | Y | 10.000 577162 | METHADONE HCL 10MG TABS USP | 456.000 | 456.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127058 | SZ | 085719540 | 02/04/09 | Y | 1.000 051201 | OXY/APAP 5/325 TABLETS USP | 28392.000 | 28392.000 | 04/02/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127058 | SZ | 085719540 | 02/04/09 | Y | 2.000 053205 | OXY/APAP 5/500 CAPS USP | 12.000 | 12.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127058 | SZ | 085719540 | 02/04/09 | Y | 3.000 055401 | OXYCODONE HCL 5MG CAPS | 396.000 | 396.000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127058 | SZ | 085719540 | 02/04/09 | Y | 4.000 855550 | OXYCODONE HCL ORAL SOLN 5/5 | 480.000 | 480.000 | 02/23/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127058 | SZ | 085719540 | 02/04/09 | Y | 5.000 853001 | OXYCODONE HCL 30MG TABS USP | 13356.000 | 13356.000 | 03/13/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127058 | SZ | 085719540 | 02/04/09 | Y | 6.000 052262 | OXY/APAP 7.5/325 TABS USP | 144.000 | 144.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 1.000 152155 | MORPHINE SULFATE PWDR USP | 7.000 | 7.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 2.000 324301 | HYDROMORPHONE HCL 2MG TABS | 3168.000 | 3168.000 | 02/24/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 2.001 324301 | HYDROMORPHONE HCL 2MG TABS | 3192.000 | 3192.000 | 03/20/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 3.000 324401 | HYDROMORPHONE HCL 4MG TABS | 4452.000 | 4452.000 | 02/13/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 4.000 052710 | METHADOSE® ORAL CONC 10 MG | 296.000 | 296.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 5.000 855830 | OXYCODONE HCL ORAL CONC 20/ | 270.000 | 270.000 | 02/25/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 6.000 0406800315 | Morphine Oral Conc 20mg/mL F | 192.000 | 192.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 7.000 0406800324 | Morphine Oral Conc 20mg/mL F | 6.000 | 6.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 8.000 0406800330 | Morphine Oral Conc 20mg/mL F | 132.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 9.000 0406866830 | Morphine Oral Conc 20mg/mL F | 18.000 | 18.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 10.000 0406866830 | OXY ORAL CONC RASBERRY FLAV | 12.000 | 12.000 | 02/09/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127059 | SZ | 085719541 | 02/04/09 | Y | 10.001 0406866830 | OXY ORAL CONC RASBERRY FLAV | 4.000 | .000 | |
| 072 | Polly Jordan | 528598 | PRIORITY HEALTHCARE DIST,GROVE C | DBA CURASCRIPT SD SPECIALTY | 2297 SOUTHWEST BLVD | GROVE CITY | OH | 43123 | 70127143 | SO | 085640921 | 02/03/09 | Y | 1.000 051262 | OXY/APAP 5/325 TABLETS USP | 24.000 | 24.000 | |
| 072 | Polly Jordan | 528598 | PRIORITY HEALTHCARE DIST,GROVE C | DBA CURASCRIPT SD SPECIALTY | 2297 SOUTHWEST BLVD | GROVE CITY | OH | 43123 | 70127143 | SO | 085640921 | 02/03/09 | Y | 2.000 055262 | OXYCODONE HCL 5MG TABS USP | 24.000 | 24.000 | 02/27/09 |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCK | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70127261 | SZ | 081467494 | 02/05/09 | Y | 1.000 0406800312 | Morphine Oral Conc 20mg/mL F | 6.000 | 6.000 | 02/11/09 |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCK | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70127261 | SZ | 081467494 | 02/05/09 | Y | 2.000 0406083012 | MORPHINE ORAL CONC 20MG/ML | 24.000 | .000 | |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCK | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70127261 | SZ | 081467494 | 02/05/09 | Y | 3.000 0406083024 | MORPHINE ORAL CONC 20MG/ML | 6.000 | 6.000 | 02/11/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127396 | SO | 085107518 | 02/03/09 | Y | 1.000 577101 | METHADONE HCL 10MG TABS USP | 144.000 | 144.000 | 02/06/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127396 | SO | 085107518 | 02/03/09 | Y | 2.000 0406800330 | Morphine Oral Conc 20mg/mL F | 864.000 | .000 | |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127396 | SO | 085107518 | 02/03/09 | Y | 3.000 0406083030 | MORPHINE ORAL CONC 20MG/ML | 96.000 | 96.000 | 03/10/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127396 | SO | 085107518 | 02/03/09 | Y | 4.000 839001 | MORPHINE SULFATE ER 100MG TA | 24.000 | 24.000 | 03/23/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127396 | SO | 085107518 | 02/03/09 | Y | 5.000 831501 | MORPHINE SULFATE ER 15MG TAB | 72.000 | 72.000 | 02/06/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127396 | SO | 085107518 | 02/03/09 | Y | 6.000 833001 | MORPHINE SULFATE ER 30MG TAB | 72.000 | 72.000 | 03/27/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127396 | SO | 085107518 | 02/03/09 | Y | 7.000 838001 | MORPHINE SULFATE ER 60MG TAB | 48.000 | 48.000 | 02/06/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127396 | SO | 085107518 | 02/03/09 | Y | 8.000 855830 | OXYCODONE HCL ORAL CONC 20/ | 144.000 | 144.000 | 02/26/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127396 | SO | 085107518 | 02/03/09 | Y | 9.000 851501 | OXYCODONE HCL 15MG TABS USP | 72.000 | 72.000 | 02/17/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127396 | SO | 085107518 | 02/03/09 | Y | 10.000 853001 | OXYCODONE HCL 30MG TABS USP | 864.000 | 864.000 | 03/24/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127524 | SO | 086401282 | 02/03/09 | Y | 1.000 324301 | HYDROMORPHONE HCL 2MG TABS | 24.000 | 24.000 | |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127524 | SO | 086401282 | 02/03/09 | Y | 2.000 324401 | HYDROMORPHONE HCL 4MG TABS | 12.000 | 12.000 | 02/13/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127524 | SO | 086401282 | 02/03/09 | Y | 3.000 577101 | METHADONE HCL 10MG TABS USP | 240.000 | 240.000 | 02/09/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127524 | SO | 086401282 | 02/03/09 | Y | 5.000 145101 | METHYLPHENIDATE ER 20 MG TAB | 12.000 | 12.000 | 03/03/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127524 | SO | 086401282 | 02/03/09 | Y | 6.000 112201 | METHYLPHENIDATE 10 MG TABS | 24.000 | 24.000 | 03/17/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127524 | SO | 086401282 | 02/03/09 | Y | 7.000 112401 | METHYLPHENIDATE 20 MG TABS | 12.000 | 12.000 | 03/03/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127524 | SO | 086401282 | 02/03/09 | Y | 8.000 112101 | METHYLPHENIDATE 5 MG TABS | 36.000 | 36.000 | 02/09/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127524 | SO | 086401282 | 02/03/09 | Y | 9.000 853001 | OXYCODONE HCL 30MG TABS USP | 48.000 | 48.000 | 03/04/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127524 | SO | 086401282 | 02/03/09 | Y | 10.000 055401 | OXYCODONE HCL 5MG CAPS | 24.000 | 24.000 | |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127525 | SO | 086401283 | 02/03/09 | Y | 1.000 052301 | OXY/APAP 10/325TABLETS USP | 48.000 | 48.000 | 03/12/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127525 | SO | 086401283 | 02/03/09 | Y | 2.000 051262 | OXY/APAP 5/325 TABLETS USP | 24.000 | 24.000 | |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127525 | SO | 086401283 | 02/03/09 | Y | 3.000 051201 | OXY/APAP 5/325 TABLETS USP | 72.000 | 72.000 | 02/24/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127525 | SO | 086401283 | 02/03/09 | Y | 4.000 051205 | OXY/APAP 5/325 TABLETS USP | 180.000 | 180.000 | 03/02/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70127525 | SO | 086401283 | 02/03/09 | Y | 5.000 058201 | OXY/APAP 7.5/500 TABLETS USP | 36.000 | 36.000 | 02/09/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127777 | SO | 090158384 | 02/06/09 | Y | 1.000 051205 | OXY/APAP 5/325 TABLETS USP | 480.000 | 480.000 | 02/09/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127777 | SO | 090158384 | 02/06/09 | Y | 2.000 324401 | HYDROMORPHONE HCL 4MG TABS | 144.000 | 144.000 | 02/13/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127777 | SO | 090158384 | 02/06/09 | Y | 3.000 831501 | MORPHINE SULFATE ER 15MG TAB | 120.000 | 120.000 | 02/13/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127777 | SO | 090158384 | 02/06/09 | Y | 4.000 833001 | MORPHINE SULFATE ER 30MG TAB | 96.000 | 96.000 | 03/27/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127777 | SO | 090158384 | 02/06/09 | Y | 5.000 832001 | MORPHINE SULFATE ER 200MG TA | 24.000 | 24.000 | 03/18/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127777 | SO | 090158384 | 02/06/09 | Y | 6.000 112101 | METHYLPHENIDATE 5 MG TABS | 48.000 | 48.000 | 02/13/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127777 | SO | 090158384 | 02/06/09 | Y | 7.000 575501 | METHADONE HCL 5MG TABS USP | 144.000 | .000 | |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127777 | SO | 090158384 | 02/06/09 | Y | 8.000 577101 | METHADONE HCL 10MG TABS USP | 1200.000 | 1200.000 | 02/10/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127777 | SO | 090158384 | 02/06/09 | Y | 9.000 324901 | HYDROMORPHONE HCL 8MG TAB | 240.000 | .000 | |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127777 | SO | 090158384 | 02/06/09 | Y | 10.000 0406800315 | Morphine Oral Conc 20mg/mL F | 480.000 | .000 | |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127926 | SO | 090158389 | 02/09/09 | Y | 1.000 051201 | OXY/APAP 5/325 TABLETS USP | 720.000 | 720.000 | 03/02/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127926 | SO | 090158389 | 02/09/09 | Y | 2.000 051205 | OXY/APAP 5/325 TABLETS USP | 480.000 | 480.000 | 03/02/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEF | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127926 | SO | 090158389 | 02/09/09 | Y | 3.000 833001 | MORPHINE SULFATE ER 30MG TAB | 72.000 | 72.000 | 03/27/09 |

Daily 222 clearing report - ALL

| CSR# | CSR Name | Ship To | Ship To Name | Ship to address 1 | Ship to address 2 | City | State | Zip Code | Order # | Order Type | 222 form # | 222 form issue date | 222 form expired | Order Line Item | Order Line Descrp | Order Qty Allocated | Order Qty Shipped | Order line Ship date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEP | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127926 | SO | 090158389 | 02/09/09 | Y | 4.000 838001 | MORPHINE SULFATE ER 60MG TAB | 48.000 | 48.000 | 02/11/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEP | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127926 | SO | 090158389 | 02/09/09 | Y | 5.000 855550 | OXYCODONE HCL ORAL SOLN 5/5 | 144.000 | 144.000 | 02/23/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEP | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127926 | SO | 090158389 | 02/09/09 | Y | 6.000 577101 | METHADONE HCL 10MG TABS USP | 1200.000 | 1200.000 | 02/11/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEP | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127926 | SO | 090158389 | 02/09/09 | Y | 7.000 324901 | HYDROMORPHONE HCL 8MG TAB | 240.000 | .000 | |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEP | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70127926 | SO | 090158389 | 02/09/09 | Y | 8.000 0406800315 | Morphine Oral Conc 20mg/mL F | 480.000 | .000 | |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 1.000 324301 | HYDROMORPHONE HCL 2MG TABS | 24.000 | 24.000 | 02/24/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 1.001 324301 | HYDROMORPHONE HCL 2MG TABS | 24.000 | 24.000 | 03/27/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 2.000 145101 | METHYLPHENIDATE ER 20 MG TAB | 12.000 | 12.000 | 03/03/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 3.000 112401 | METHYLPHENIDATE 20 MG TABS | 12.000 | 12.000 | 03/03/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 4.000 0406800330 | Morphine Oral Conc 20mg/mL F | 576.000 | .000 | |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 5.000 0406083030 | MORPHINE ORAL CONC 20MG/ML | 72.000 | 72.000 | 03/10/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 6.000 831501 | MORPHINE SULFATE ER 15MG TAB | 48.000 | 48.000 | 02/13/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 7.000 833001 | MORPHINE SULFATE ER 30MG TAB | 48.000 | 48.000 | 03/27/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 8.000 855830 | OXYCODONE HCL ORAL CONC 20/ | 144.000 | 144.000 | |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 9.000 851501 | OXYCODONE HCL 15MG TABS USF | 432.000 | .000 | |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70127927 | SO | 085107522 | 02/05/09 | Y | 10.000 853001 | OXYCODONE HCL 30MG TABS USF | 864.000 | 864.000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127942 | SZ | 085837202 | 02/11/09 | Y | 1.000 0406083030 | MORPHINE ORAL CONC 20MG/ML | 252.000 | 252.000 | 03/10/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127942 | SZ | 085837202 | 02/11/09 | Y | 2.000 0406800330 | MORPHINE ORAL CONC 20MG/ML | 306.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127942 | SZ | 085837202 | 02/11/09 | Y | 3.000 0406083024 | MORPHINE ORAL CONC 20MG/ML | 30.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127948 | SZ | 085837206 | 02/11/09 | Y | 1.000 152155 | MORPHINE SULFATE PWDR USP | 5.000 | 5.000 | 02/13/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127948 | SZ | 085837206 | 02/11/09 | Y | 2.000 152053 | COCAINE HYDROCHLORIDE PWDR | 3.000 | 3.000 | 02/13/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127948 | SZ | 085837206 | 02/11/09 | Y | 3.000 324301 | HYDROMORPHONE HCL 2MG TABS | 3504.000 | 3504.000 | 02/24/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127948 | SZ | 085837206 | 02/11/09 | Y | 3.001 324301 | HYDROMORPHONE HCL 2MG TABS | 3492.000 | 3492.000 | 03/20/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127948 | SZ | 085837206 | 02/11/09 | Y | 4.000 324401 | HYDROMORPHONE HCL 4MG TABS | 5724.000 | 5724.000 | 02/24/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127948 | SZ | 085837206 | 02/11/09 | Y | 5.000 112110 | METHYLPHENIDATE 5 MG TABS | 24.000 | 24.000 | 03/20/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127948 | SZ | 085837206 | 02/11/09 | Y | 6.000 052710 | METHADOSE® ORAL CONC 10 MG | 236.000 | 236.000 | 02/13/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127948 | SZ | 085837206 | 02/11/09 | Y | 8.000 0406800315 | Morphine Oral Conc 20mg/mL F | 540.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127948 | SZ | 085837206 | 02/11/09 | Y | 9.000 0406800324 | Morphine Oral Conc 20mg/mL F | 42.000 | 42.000 | 03/06/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127948 | SZ | 085837206 | 02/11/09 | Y | 10.000 0406800330 | Morphine Oral Conc 20mg/mL F | 1062.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127949 | SZ | 085837207 | 02/11/09 | Y | 2.000 058201 | OXY/APAP 7.5/500 TABLETS USP | 600.000 | 600.000 | 02/13/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127949 | SZ | 085837207 | 02/11/09 | Y | 3.000 0406800312 | Morphine Oral Conc 20mg/mL F | 138.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70127949 | SZ | 085837207 | 02/11/09 | Y | 4.000 0406866830 | OXY ORAL CONC RASBERRY FLAV | 54.000 | 54.000 | 02/13/09 |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCI | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70128079 | SZ | 081467537 | 02/12/09 | Y | 1.000 577162 | METHADONE HCL 10MG TABS USP | 24.000 | 24.000 | 02/17/09 |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCI | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70128079 | SZ | 081467537 | 02/12/09 | Y | 2.000 0406800312 | Morphine Oral Conc 20mg/mL F | 12.000 | .000 | |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCI | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70128079 | SZ | 081467537 | 02/12/09 | Y | 3.000 0406800312 | Morphine Oral Conc 20mg/mL F | 102.000 | .000 | |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCI | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70128079 | SZ | 081467537 | 02/12/09 | Y | 4.000 0406083030 | MORPHINE ORAL CONC 20MG/ML | 90.000 | .000 | |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCI | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70128079 | SZ | 081467537 | 02/12/09 | Y | 5.000 0406800312 | MORPHINE ORAL CONC 20MG/ML | 24.000 | .000 | |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCI | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70128079 | SZ | 081467537 | 02/12/09 | Y | 6.000 0406083024 | MORPHINE ORAL CONC 20MG/ML | 18.000 | .000 | |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70128181 | SO | 085107528 | 02/11/09 | Y | 1.000 324301 | HYDROMORPHONE HCL 2MG TABS | 48.000 | 48.000 | 04/09/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70128181 | SO | 085107528 | 02/11/09 | Y | 2.000 055401 | OXYCODONE HCL 5MG CAPS | 72.000 | 72.000 | 04/07/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70128181 | SO | 085107528 | 02/11/09 | Y | 3.000 055201 | OXYCODONE HCL 5MG TABS USP | 192.000 | .000 | |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70128181 | SO | 085107528 | 02/11/09 | Y | 4.000 112201 | METHYLPHENIDATE 10 MG TABS | 12.000 | 12.000 | 03/17/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70128181 | SO | 085107528 | 02/11/09 | Y | 5.000 0406800330 | Morphine Oral Conc 20mg/mL F | 720.000 | .000 | |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70128181 | SO | 085107528 | 02/11/09 | Y | 6.000 0406083030 | MORPHINE ORAL CONC 20MG/ML | 72.000 | 72.000 | 03/10/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70128181 | SO | 085107528 | 02/11/09 | Y | 7.000 833001 | MORPHINE SULFATE ER 30MG TAB | 36.000 | 36.000 | 03/27/09 |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70128181 | SO | 085107528 | 02/11/09 | Y | 8.000 052301 | OXY/APAP 10/325TABLETS USP | 72.000 | .000 | |
| 072 | Polly Jordan | 52001272 | KEYSOURCE MEDICAL INC,CINCINNATI, | 7820 PALACE DRIVE | | CINCINNATI | OH | 45249 | 70128181 | SO | 085107528 | 02/11/09 | Y | 9.000 052201 | OXY/APAP 7.5/325 TABLETS USP | 36.000 | 36.000 | 03/05/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128219 | SO | 086519062 | 02/05/09 | Y | 1.000 324301 | HYDROMORPHONE HCL 2MG TABS | 12.000 | 12.000 | |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128219 | SO | 086519062 | 02/05/09 | Y | 2.000 324401 | HYDROMORPHONE HCL 4MG TABS | 12.000 | 12.000 | 02/13/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128219 | SO | 086519062 | 02/05/09 | Y | 4.000 112201 | METHYLPHENIDATE 20 MG TABS | 12.000 | 12.000 | 03/24/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128219 | SO | 086519062 | 02/05/09 | Y | 5.000 0406083015 | MORPHINE ORAL CONC 20MG/ML | 12.000 | 12.000 | 03/04/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128219 | SO | 086519062 | 02/05/09 | Y | 6.000 0406083024 | MORPHINE ORAL CONC 20MG/ML | 12.000 | 12.000 | 02/16/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128219 | SO | 086519062 | 02/05/09 | Y | 7.000 851501 | OXYCODONE HCL 15MG TABS USF | 96.000 | 96.000 | 02/26/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128219 | SO | 086519062 | 02/05/09 | Y | 8.000 853001 | OXYCODONE HCL 30MG TABS USF | 48.000 | 48.000 | 03/05/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128219 | SO | 086519062 | 02/05/09 | Y | 9.000 053205 | OXY/APAP 5/500 CAPS USP | 6.000 | 6.000 | 02/13/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128219 | SO | 086519062 | 02/05/09 | Y | 10.000 052201 | OXY/APAP 7.5/325 TABLETS USP | 48.000 | 48.000 | 03/04/09 |
| 072 | Polly Jordan | 52000393 | CARDINAL HEALTH-FINDLAY,FINDLAY,O | 14601 COUNTY/TOWNSHIP RD 212 | | FINDLAY | OH | 45840 | 70128288 | SO | 085837195 | 02/11/09 | Y | 1.000 0406800312 | Morphine Oral Conc 20mg/mL F | 24.000 | .000 | |
| 072 | Polly Jordan | 52000737 | MASTERS PHARMACEUTICALS,CINCIN | 11930 KEMPER SPRINGS DR | | CINCINNATI | OH | 45240 | 70128296 | SO | 090197510 | 02/12/09 | Y | 1.000 055401 | OXYCODONE HCL 5MG CAPS | 576.000 | 576.000 | 04/07/09 |
| 072 | Polly Jordan | 52000737 | MASTERS PHARMACEUTICALS,CINCIN | 11930 KEMPER SPRINGS DR | | CINCINNATI | OH | 45240 | 70128296 | SO | 090197510 | 02/12/09 | Y | 2.000 055401 | OXYCODONE HCL 5MG TABS USP | 1440.000 | 1440.000 | 03/20/09 |
| 072 | Polly Jordan | 52000737 | MASTERS PHARMACEUTICALS,CINCIN | 11930 KEMPER SPRINGS DR | | CINCINNATI | OH | 45240 | 70128296 | SO | 090197510 | 02/12/09 | Y | 3.000 851501 | OXYCODONE HCL 15MG TABS USF | 9216.000 | .000 | |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEP | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70128381 | SO | 090158403 | 02/12/09 | Y | 1.000 0406800312 | Morphine Oral Conc 20mg/mL F | 300.000 | .000 | |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEP | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70128381 | SO | 090158403 | 02/12/09 | Y | 2.000 0406800312 | Morphine Oral Conc 20mg/mL F | 54.000 | .000 | |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEP | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70128381 | SO | 090158403 | 02/12/09 | Y | 3.000 0406083015 | MORPHINE ORAL CONC 20MG/ML | 54.000 | 54.000 | 03/04/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEP | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70128381 | SO | 090158403 | 02/12/09 | Y | 4.000 0406083030 | MORPHINE ORAL CONC 20MG/ML | 54.000 | 54.000 | 03/10/09 |
| 072 | Polly Jordan | 52000096 | ANDA PHARMACEUTICALS INC,GROVEP | 6500 ADELAIDE COURT | | GROVEPORT | OH | 43125 | 70128381 | SO | 090158403 | 02/12/09 | Y | 5.000 0406083012 | MORPHINE ORAL CONC 20MG/ML | 54.000 | 54.000 | 03/31/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70128546 | SO | 085837224 | 02/13/09 | Y | 1.000 0406083012 | MORPHINE ORAL CONC 20MG/ML | 288.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70128546 | SO | 085837224 | 02/13/09 | Y | 2.000 0406083024 | MORPHINE ORAL CONC 20MG/ML | 60.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70128550 | SO | 085837225 | 02/13/09 | Y | 1.000 0406800315 | Morphine Oral Conc 20mg/mL F | 498.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70128550 | SO | 085837225 | 02/13/09 | Y | 2.000 0406800324 | Morphine Oral Conc 20mg/mL F | 24.000 | 24.000 | 03/04/09 |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70128550 | SO | 085837225 | 02/13/09 | Y | 3.000 0406800312 | Morphine Oral Conc 20mg/mL F | 162.000 | .000 | |
| 072 | Polly Jordan | 52000394 | CARDINAL HEALTH,GROVEPORT,OH | NATIONAL LOGISTICS CENTER | 5995 COMMERCE CENTER DR | GROVEPORT | OH | 43125 | 70128550 | SO | 085837225 | 02/13/09 | Y | 4.000 0406866830 | OXY ORAL CONC RASBERRY FLAV | 78.000 | 78.000 | 02/20/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128560 | SO | 086519064 | 02/12/09 | Y | 1.000 324301 | HYDROMORPHONE HCL 2MG TABS | 24.000 | 24.000 | 04/09/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128560 | SO | 086519064 | 02/12/09 | Y | 2.000 324401 | HYDROMORPHONE HCL 4MG TABS | 24.000 | 24.000 | 03/27/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128560 | SO | 086519064 | 02/12/09 | Y | 3.000 575501 | METHADONE HCL 5MG TABS USP | 24.000 | 24.000 | 04/07/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128560 | SO | 086519064 | 02/12/09 | Y | 4.000 145101 | METHYLPHENIDATE ER 20 MG TAB | 12.000 | 12.000 | 03/03/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128560 | SO | 086519064 | 02/12/09 | Y | 5.000 112201 | METHYLPHENIDATE 10 MG TABS | 12.000 | 12.000 | 03/17/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128560 | SO | 086519064 | 02/12/09 | Y | 6.000 112210 | METHYLPHENIDATE 10 MG TABS | 6.000 | 6.000 | 02/23/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128560 | SO | 086519064 | 02/12/09 | Y | 7.000 112401 | METHYLPHENIDATE 20 MG TABS | 24.000 | 24.000 | 03/24/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128560 | SO | 086519064 | 02/12/09 | Y | 8.000 0406083030 | MORPHINE ORAL CONC 20MG/ML | 144.000 | 144.000 | 03/10/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128560 | SO | 086519064 | 02/12/09 | Y | 9.000 831501 | MORPHINE SULFATE ER 15MG TAB | 48.000 | 48.000 | |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70128560 | SO | 086519064 | 02/12/09 | Y | 10.000 833001 | MORPHINE SULFATE ER 30MG TAB | 48.000 | 48.000 | 03/27/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70129223 | SO | 086519058 | 02/19/09 | Y | 1.000 051262 | OXY/APAP 5/325 TABLETS USP | 48.000 | 48.000 | 04/14/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70129223 | SO | 086519058 | 02/19/09 | Y | 2.000 051205 | OXY/APAP 5/325 TABLETS USP | 144.000 | 144.000 | 03/04/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70129223 | SO | 086519058 | 02/19/09 | Y | 3.000 053201 | OXY/APAP 5/500 CAPS USP | 24.000 | 24.000 | 03/24/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70129223 | SO | 086519058 | 02/19/09 | Y | 4.000 053205 | OXY/APAP 5/500 CAPS USP | 6.000 | 6.000 | 03/02/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70129223 | SO | 086519058 | 02/19/09 | Y | 5.000 052201 | OXY/APAP 7.5/325 TABLETS USP | 144.000 | 144.000 | 03/05/09 |

Daily 222 clearing report - ALL

| CSR# | CSR Name | Ship To | Ship To Name | Ship to address 1 | Ship to address 2 | City | State | Zip Code | Order # | Order Type | 222 form # | 222 form issue date | 222 form expired | Order Line Item | Order Line | Order Line Descrp | Order Qty Allocated | Order Qty Shipped | Order line Ship date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70129223 | SO | 086519058 | 02/19/09 | | 6.000 | 058201 | OXY/APAP 7.5/500 TABLETS USP | 24.000 | 24.000 | 03/26/09 |
| 072 | Polly Jordan | 52001877 | PRESCRIPTION SUPPLY INC,NORTHWO | 2233 TRACY RD | | NORTHWOOD | OH | 43619 | 70129223 | SO | 086519058 | 02/19/09 | | 7.000 | 051201 | OXY/APAP 5/325 TABLETS USP | 144.000 | 144.000 | 03/02/09 |
| 072 | Polly Jordan | 528598 | PRIORITY HEALTHCARE DIST,GROVE C DBA CURASCRIPT SD SPECIALT | 2297 SOUTHWEST BLVD | | GROVE CITY | OH | 43123 | 70129280 | SO | 085640949 | 02/19/09 | | 1.000 | 051262 | OXY/APAP 5/325 TABLETS USP | 48.000 | 48.000 | 04/14/09 |
| 072 | Polly Jordan | 528598 | PRIORITY HEALTHCARE DIST,GROVE C DBA CURASCRIPT SD SPECIALT | 2297 SOUTHWEST BLVD | | GROVE CITY | OH | 43123 | 70129795 | SO | 086575778 | 02/26/09 | | 1.000 | 051262 | OXY/APAP 5/325 TABLETS USP | 24.000 | 24.000 | 04/14/09 |
| 072 | Polly Jordan | 528598 | PRIORITY HEALTHCARE DIST,GROVE C DBA CURASCRIPT SD SPECIALT | 2297 SOUTHWEST BLVD | | GROVE CITY | OH | 43123 | 70129795 | SO | 086575778 | 02/26/09 | | 2.000 | 055262 | OXYCODONE HCL 5MG TABS USP | 24.000 | 24.000 | 03/02/09 |
| 072 | Polly Jordan | 528598 | PRIORITY HEALTHCARE DIST,GROVE C DBA CURASCRIPT SD SPECIALT | 2297 SOUTHWEST BLVD | | GROVE CITY | OH | 43123 | 70131226 | SO | 086575791 | 03/11/09 | | 1.000 | 324301 | HYDROMORPHONE HCL 2MG TABS | 12.000 | 12.000 | 04/09/09 |
| 072 | Polly Jordan | 528598 | PRIORITY HEALTHCARE DIST,GROVE C DBA CURASCRIPT SD SPECIALT | 2297 SOUTHWEST BLVD | | GROVE CITY | OH | 43123 | 70131226 | SO | 086575791 | 03/11/09 | | 2.000 | 052362 | OXY/APAP 10/325TABS USP | 24.000 | 24.000 | 03/30/09 |
| 072 | Polly Jordan | 528598 | PRIORITY HEALTHCARE DIST,GROVE C DBA CURASCRIPT SD SPECIALT | 2297 SOUTHWEST BLVD | | GROVE CITY | OH | 43123 | 70131226 | SO | 086575791 | 03/11/09 | | 3.000 | 051262 | OXY/APAP 5/325 TABLETS USP | 24.000 | 24.000 | 04/14/09 |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCI | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70133231 | SZ | 081467954 | 04/02/09 | | 1.000 | 2363599401 | MAGNACET 10mg/400mg | 6.000 | 6.000 | 04/14/09 |
| 072 | Polly Jordan | 52000306 | AMERISOURCEBERGEN DRUG CO,LOCI | ABC LASALLE-COLUMBUS | 6305 LASALLE DR | LOCKBOURNE | OH | 43137 | 70133231 | SZ | 081467954 | 04/02/09 | | 2.000 | 2363599301 | MAGNACET 7.5mg/400mg | 6.000 | 6.000 | 04/14/09 |