PSJ15 Exh 44

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
      IN RE: NATIONAL          )
 4    PRESCRIPTION             )   MDL No. 2804
      OPIATE LITIGATION        )
 5    _____   )   Case No.
                               )   1:17-MD-2804
 6                             )
      THIS DOCUMENT RELATES    )   Hon. Dan A.
 7    TO ALL CASES             )   Polster
 8
                     FRIDAY, JUNE 28, 2019
 9
       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                CONFIDENTIALITY REVIEW
11                        - - -
12            Videotaped deposition of Ronald
13    W. Buzzeo, R.Ph., held at the offices of Williams
14    Mullen, 200 South 10th Street, Suite 1600,
15    Richmond, Virginia, commencing at 9:08 a.m.,
16    on the above date, before Carrie A. Campbell,
17    Registered Diplomate Reporter and Certified
18    Realtime Reporter.
19
20
21
22                        - - -
             GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              A P P E A R A N C E S :
 2
        KELLER ROHRBACK LLP
 3      BY:   DEREK W. LOESER
              dloeser@kellerrohrback.com
 4            DAVID J. KO
              dko@kellerrohrback.com
 5            DEAN KAWAMOTO
              dkawamoto@kellerrohrback.com
 6      1201 Third Avenue, Suite 3200
        Seattle, Washington 98101
 7      (206) 623-1900
 8
        SIMMONS HANLY CONROY LLC
 9      BY:   JAYNE CONROY
              jconroy@simmonsfirm.com
10            LAURA FITZPATRICK
              lfitzpatrick@simmonsfirm.com
11            (VIA REALTIME STREAM)
              SANFORD SMOKLER
12            (VIA REALTIME STREAM)
        112 Madison Avenue, Seventh Floor
13      New York, New York 10016
        (212) 784-6400
14
15      WEISMAN KENNEDY & BERRIS CO., L.P.A.
        BY:   DANIEL P. GOETZ
16            dgoetz@weismanlaw.com
              (VIA REALTIME STREAM)
17      101 West Prospect Avenue
        Cleveland, Ohio 44115
18      (216) 781-1111
        Counsel for Plaintiffs
19
20      NAPOLI SHKOLNIK, PLLC
        BY:   HUNTER J. SHKOLNIK
21            hunter@napolilaw.com
              (VIA TELECONFERENCE)
22      360 Lexington Avenue, 11th Floor
        New York, New York 10017
23      (212) 397-1000
        Counsel for Cuyahoga County
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          ROPES & GRAY LLP
            BY:   WILLIAM DAVISON
 2                william.davison@ropesgray.com
                  ANDREW O'CONNOR
 3                andrew.o'connor@ropesgray.com
                  CASSANDRA A. LARUSSA
 4                cassandra.larussa@ropesgray.com
            800 Boylston Street
 5          Boston, Massachusetts 02199-3600
            (617) 951-7000
 6          Counsel for Mallinckrodt & SpecGx
 7
            WILLIAMS & CONNOLLY LLP
 8          BY:   JENNIFER G. WICHT
                  jwicht@wc.com
 9          725 Twelfth Street, N.W.
            Washington, DC 20005
10          (202) 434-5331
            Counsel for Cardinal Health, Inc.
11
12          DECHERT LLP
            BY:   ERIK W. SNAPP
13                erik.sapp@dechert.com
            35 West Wacker Drive, Suite 3400
14          Chicago, Illinois  60601
            (312) 646-5800
15          Counsel for Purdue Pharma
16
            ZUCKERMAN SPAEDER LLP
17          BY:   PAUL B. HYNES, JR.
                  phynes@zuckerman.com
18          1800 M Street NW, Suite 1000
            Washington, DC  20036-5807
19          (202) 778-1800
            Counsel for CVS Indiana, LLC, and
20          CVS RX Services, Inc.
21
            MARCUS & SHAPIRA LLP
22          BY:   DARLENE M. NOWAK
                  nowak@Marcus-Shapira.com
23          301 Grant Street, 35th Floor
            Pittsburgh, Pennsylvania 15219-6401
24          (412) 338-4690
            Counsel for HBC
25
```

```
 1          KIRKLAND & ELLIS LLP
            BY:  CATIE VENTURA
 2               catie.ventura@kirkland.com
            1301 Pennsylvania Avenue, N.W.
 3          Washington, DC 20004
            (202) 389-5000
 4          Counsel for Allergan Finance, LLC
 5
            O'MELVENY & MYERS LLP
 6          BY: ZHAO LIU
                zliu@omm.com
 7          1625 Eye Street, NW
            Washington, DC 20006
 8          (202) 383-5300
            Counsel for Johnson & Johnson and
 9          Janssen
10
            LOCKE LORD LLP
11          BY:  BRANDAN MONTMINY
                 brandan.montminy@lockelord.com
12          2200 Ross Avenue, Suite 2800
            Dallas, Texas 75201
13          (214) 740-8445
            Counsel for Henry Schein, Inc., and
14          Henry Schein Medical Systems, Inc.
15
            JONES DAY
16          BY:  TARA A. FUMERTON
                 tfumerton@jonesday.com
17               (VIA TELECONFERENCE)
            77 West Wacker
18          Chicago, Illinois 60601-1692
            (312) 782-3939
19          Counsel for Walmart
20
            COVINGTON & BURLING LLP
21          BY:  ALISON DICIURCIO
                 (VIA TELECONFERENCE)
22               ALEXANDRIA WIDAS
                 awidas@cov.com
23               (VIA REALTIME STREAM)
            850 Tenth Street, NW
24          Washington, DC 20001-4956
            (202) 662-6000
25          Counsel for McKesson Corporation
```

```
 1      MORGAN, LEWIS & BOCKIUS LLP
        BY:  MAUREEN K. BARBER
 2           maureen.barber@morganlewis.com
             (VIA TELECONFERENCE)
 3      One Oxford Centre, 32nd Floor
        Pittsburgh, Pennsylvania  15219-6401
 4      (412) 560-7463
        Counsel for Teva Pharmaceuticals
 5      USA, Inc., Cephalon, Inc., Watson
        Laboratories, Inc., Actavis LLC,
 6      Actavis Pharma, Inc., f/k/a Watson
        Pharma, Inc.
 7
 8      MORGAN, LEWIS & BOCKIUS LLP
        BY:  JOHN P. LAVELLE, JR.
 9           john.lavelle@morganlewis.com
             (VIA TELECONFERENCE)
10      1701 Market Street
        Philadelphia, Pennsylvania 19103-2921
11      (215) 963-5000
        Counsel for Rite Aid
12
13      FOLEY & LARDNER LLP
        BY:  GREGORY N. HEINEN
14           gheinen@foley.com
             (VIA TELECONFERENCE)
15      777 East Wisconsin Avenue
        Milwaukee, WI 53202-5306
16      (414) 271-2400
        Counsel for Anda
17
18      FOX ROTHSCHILD LLP
        BY:  ZACHARY MARTIN
19           Zmartin@foxrothschild.com
             (VIA TELECONFERENCE)
20      2700 Kelly Road, Suite 300
        Warrington, Pennsylvania  18976-3624
21      (215) 345-7500
        Counsel for Prescription Supply, Inc.
22
23
24
25
```

```
 1         BARNES & THORNBURG LLP
           BY:  ALYSSA C. HUGHES
 2              ahughes@btlaw.com
                (VIA TELECONFERENCE)
 3         11 South Meridian Street
           Indianapolis, Indiana  46204-3535
 4         (317) 236-1313
           Counsel for HD Smith
 5
 6         BAILEY WYANT PLLC
           BY:  JOHN FULLER
 7              jfuller@baileywyant.com
                (VIA REALTIME STREAM)
 8         500 Virginia Street East, Suite 600
           Charleston, West Virginia 25301
 9         (304) 345-4222
           Counsel for West Virginia Board of
10         Pharmacy
11
12    VIDEOGRAPHER:
           DEVYN MULHOLLAND,
13         Golkow Litigation Services
14
                       - - -
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

 1    and I think your words were that you wouldn't
 2    touch diverters.
 3              Do you recall that testimony?
 4       A.    I mentioned something to that
 5    effect, that we would turn down, to my
 6    knowledge, customers that would --
 7    registrants that were involved in what we
 8    felt was the illicit market.  And I'm going
 9    back a long time.
10       Q.    Yeah.  And, sir, how do you
11    define the legitimate industry?
12       A.    They meet the DEA requirements
13    for registration.
14       Q.    And what do you mean by
15    "diverters"?
16       A.    Is when drugs or controlled
17    substances departs or leaks out or however,
18    what terms you want to use, from the
19    distribution chain in an illicit manner.
20       Q.    So if a pharmacy provides
21    controlled substances for other than
22    legitimate medical purposes, is that a
23    pharmacy a diverter?
24              MR. DAVISON:  Objection.
25              THE WITNESS:  Yes.  If --

Highly Confidential - Subject to Further Confidentiality Review

```
 1              anybody who diverts, let's say,
 2              controlled substances for illicit
 3              purposes would be a diverter -- would
 4              be, you know, involved in diversion,
 5              let's say.
 6     QUESTIONS BY MR. LOESER:
 7          Q.    So a pain clinic that provides
 8     prescriptions for other than legitimate
 9     medical purposes, that would be a diverter
10     too?
11          A.    Pain clinics -- pain clinics
12     were an issue that DEA looked at very
13     carefully, to my knowledge.
14                I inspected some of them for a
15     member of the industry, and some of them are
16     probably very honest, but there are a number
17     of them that were basically selling drugs.
18          Q.    And you say you inspected some
19     pain clinics for a member of industry.
20                Who did you inspect pain
21     clinics on behalf of?
22                MR. DAVISON:  Objection.
23                THE WITNESS:  I don't recall
24          who it was.  I just remember us doing
25          it.  That was many years ago, when I
```