PSJ15 Exh 45

**MNK-T1_0002124481**

expandedmrlist.xls

Ronald Celeste

| Physician_ME | CPDecile | ExalgoTarg | CPworkloa | CPMarket | Physician_ | Physician_ | Physician_Address_1 | Physician_ | Physician_ | Physician_ | Physician_ | Physician_ | prescriber | segment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6491489022 | 8 | 1 | 1 | 1077 | RONALD | CELESTE | 9297 CANTERBURY LN | | MENTOR | OH | 44060 | IM | Yes | Oxycodone Dominant |