PSJ15 Exh 46

**To:**   Patterson, Steven J[Steven.Patterson@Covidien.com]; Rago, Jay M[Jay.Rago@covidien.com]; Molnar, Mike[Mike.Molnar@Covidien.com]; Kelly, Shannon M[Shannon.Kelly@covidien.com]; Dumont, Kirk E[Kirk.Dumont@covidien.com]; Donalty, Brian T[Brian.Donalty@Covidien.com]
**From:**   McGowan, Gavin J
**Sent:**   Wed 6/20/2012 9:36:11 PM
**Subject:**   FW: EXALGO 3 Star Prescribers and 16mg Pharmacies

Team,

Attached are two very important files as we prepare to launch 32mg Exalgo.  Please read Mike Patterson's message, and review the data.  These are the customers (both Prescribers and Pharmacies) that we will want to focus on.

Thanks,

Gavin J. McGowan
Eastern Regional Sales Director
Covidien Specialty Pharmaceuticals
603-418-5005
gavin.mcgowan@covidien.com<mailto:gavin.mcgowan@covidien.com>

[Pennsaid Logo_ Final.jpg]

[cid:image005.png@01CD4F0B.2D97CC90]



Field Sales Force,

In an effort to help us target the right physicians and pharmacies for the potential launch of EXALGO(r) 32 mg, we have attached a list of "3 Star" prescribers and "16 mg" pharmacies from across the nation.

What does this mean?  Quite simply:

*    "3 Star" prescribers are prescribers that write a significant number of high dose opioid prescriptions

o   A prescriber that has written on average 20 or more 120 mg morphine equivalent TRxs per month for the previous seven months.  This is comprehensive of prescriptions for EXALGO and the competition.

*    "16 mg" pharmacies are pharmacies that consistently order multiple bottles of 16 mg monthly.


"3 Star" Prescribers:
This knowledge is key as you tailor your message and efforts with these targeted prescribers.  Since these physicians are comfortable prescribing higher doses of other opioid therapies, they may be more comfortable prescribing multiple tablets of EXALGO to achieve efficacy while balancing safety.  Also, should an EXALGO 32 mg tablet be approved later this year, these targets will be a top priority at launch.  Securing EXALGO trials with these physicians today will help you drive bonus dollars in Q3 and position you for success should a 32 mg tablet be approved.  While you cannot discuss a potential launch of a 32 mg tablet with customers, you can focus on the following:

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                                         MNK-T1_0000745147

\*       When executing the INSPIRE message, remember to sell the potential therapeutic value that EXALGO can provide patients.  Also, ensure they are comfortable with properly converting and titrating patients to EXALGO

\*       Increase frequency with these targets where possible - at least 2x per month (territory/access/geography permitting)

\*       Assess their current 16 mg usage.  This may be an indicator of their openness to quickly adopt the 32 mg tablet

\*       Identify the pharmacies these prescribers use most frequently

\*       Schedule lunches now for early September

The "3 Star" prescribers are also highlighted in Mobile Intelligence under the Ratings tab (see screen shot below).

"16 mg" Pharmacies:

The role of the Pharmacy Tech and Pharmacist is critical to the success of EXALGO.  The identified pharmacies are already supporting physicians that consistently prescribe 16 mg or more of EXALGO per day.  Targeting these accounts with increased frequency is important to protecting your EXALGO prescriptions and establishing a strong working relationship now will also help you ensure stocking of 32 mg bottles should it be approved.

Your focus and execution are essential to driving results with these key targets since they represent a significant business opportunity for all of us.  Please contact your District Manager if you have questions concerning the target list.

Thanks and Great Selling!!

Regional Director Team

EXALGO Brand Team

"3 Star" Prescribers in Mobile Intelligence
[cid:image003.png@01CD4AD0.A6E215E0]

[MALCOV tail.jpg]

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                         MNK-T1_0000745148

MNK-T1_0000745154_filtered.xlsx
Three Star Doctors (3).xlsx
Ronal Celeste, Guang Yang, Syed Akhtar-Zaidi

| First Name | Last Name | Territory | Territory Rank | Specialty | Address 1 | Address 2 | City | State | Zip Code | EXALGO FY12 PDEs | EXALGO Segment | EXALGO Decile | Tier | Priority | High Strength Opioid Writer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SYED | AKHTAR-ZAIDI | 30302 - Cleveland East | 1 | PAIN MGMT, PM & REHAB | 34055 SOLON RD SUITE 101 | | SOLON | OH | 44139 | 14.0 | Dabbler | 10 | A | E | *** |
| RONALD | CELESTE | 30302 - Cleveland East | 13 | INTERNAL MEDICINE | 9297 CANTERBURY LANE | | MENTOR | OH | 44060 | 8.0 | Non-Writer | 7 | A | EP | *** |
| GUANG | YANG | 30311 - Akron OH | 1 | PHYSICAL MEDICINE & REHAB | 4302 ALLEN ROAD | SUITE 300 | STOW | OH | 44224 | 12.0 | Dabbler | 10 | A | EP | *** |