PSJ15 Exh 49

Message

| | |
|---|---|
| **From**: | Moore, Travis [Travis.Moore@mallinckrodt.com] |
| **Sent**: | 6/6/2014 1:04:01 PM |
| **To**: | Dress, Timothy [Timothy.Dress@mallinckrodt.com] |
| **Subject**: | Q3 FY14 Target Lists - 30300 CLEVELAND, OH 06-04-2014.xls |

Good Morning Tim,

As previously communicated, please find your target district target list for identifying physicians who will be called on. If you have any questions, please feel free to reach out.

Best Regards,
Travis Moore

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                       MNK-T1_0004250514