PSJ15 Exh 50

Message
| | |
|---|---|
| **From**: | Meyer, Jay E [Jay.E.Meyer@covidien.com] |
| **Sent**: | 12/12/2011 3:50:40 PM |
| **To**: | Becker, Kevin [Kevin.Becker@Covidien.com] |
| **Subject**: | Re: Dr. George Griffin |

I agree.

From: Becker, Kevin
Sent: Monday, December 12, 2011 09:29 AM
To: Meyer, Jay E
Subject: RE: Dr. George Griffin

It is on my agenda for our January 4th meeting.  I will speak to Art as to how we can structure this
meeting.  It would be better if Exalgo was a minimal/no part as if the participants perceive it to be a
speaker program we will get minimal attendance.

Great idea though!

Kevin

Kevin Becker
District Sales Manager - Ohio
Covidien Specialty Pharmaceuticals
675 McDonnell Blvd.
Hazelwood, MO 63042
(216) 496-7023 (cell)
www.covidien.com<file:///C:\Documents%20and%20Settings\kevin.becker\Application%20Data\Microsoft\Signatur
es\www.covidien.com>
This information may be confidential and/or privileged. Use of this information by anyone other than the
intended recipient is prohibited. If you receive this in error, please inform the sender and remove any
record of this message
From: Meyer, Jay E
Sent: Monday, December 12, 2011 10:26 AM
To: Becker, Kevin
Subject: Fw: Dr. George Griffin

Have to look into this now.

From: Wickline, Ronald P
Sent: Monday, December 12, 2011 08:07 AM
To: Meyer, Jay E
Subject: RE: Dr. George Griffin

Ohio is really getting hit. Perhaps a program sponsored by Medical Affairs would be appropriate?

From: Meyer, Jay E
Sent: Monday, December 12, 2011 7:36 AM
To: Wickline, Ronald P
Subject: Fw: Dr. George Griffin

Oops. We'll figure something out.

From: Becker, Kevin
Sent: Monday, December 12, 2011 07:30 AM
To: Meyer, Jay E
Subject: Dr. George Griffin

Jay —

It appears that as of November 22, 2011, Dr. Griffin lost his license.

He is the districts 10th largest prescriber and Matt's #2 writer of Exalgo.

Crap.

Kevin Becker
District Sales Manager - Ohio
Covidien Specialty Pharmaceuticals
675 McDonnell Blvd.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0007063164

Hazelwood, MO 63042
(216) 496-7023 (cell)
www.covidien.com<file:///C:\Documents%20and%20Settings\kevin.becker\Application%20Data\Microsoft\Signatur
es\www.covidien.com>
This information may be confidential and/or privileged. Use of this information by anyone other than the
intended recipient is prohibited. If you receive this in error, please inform the sender and remove any
record of this message

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                      MNK-T1_0007063165