PSJ15 Exh 51

---

**Message**

**From:** Muhlenkamp, Kate M (Neely) [/O=THCG/OU=HAZELWOOD01/CN=RECIPIENTS/CN=KATE.NEELEY]
**Sent:** 4/10/2009 7:34:14 PM
**To:** Borelli, Victor [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VICTOR.BORELLI]; Irwin, Dave H [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DAVE.IRWIN]
**CC:** Adams, John G [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JOHN.ADAMS]
**Subject:** RE: Oxycodone 15 mg tabs

Vic -

Thank you for all of your work on this.

I worked with Sara and we are shipping to Keysource, the order should ship to them on Monday.

Thanks,

Kate

Kate Muhlenkamp
Product Manager
Covidien
Mallinckrodt
Specialty Generic Pharmaceuticals
675 McDonnell Blvd
Saint Louis, MO  63042

(314) 654-3735 - Office
(314) 654-7128 - Fax

www.covidien.com

---

**From:** Borelli, Victor
**Sent:** Friday, April 10, 2009 11:15 AM
**To:** Irwin, Dave H; Muhlenkamp, Kate M (Neely)
**Cc:** Adams, John G
**Subject:** RE: Oxycodone 15 mg tabs

Here goes:

1. Kate and I have spoken and Keysource can get this done but they need product.   I think we are moving that along as we speak.
2. Keysource has contacted the pharmacy and is setting them up as we speak.
3. The pharmacy will place an order for this (and additional) products from Keysource today and Aunt Sarah can walk into the pharmacy on Thursday to pick up the product.   Keysource is going to try to ship the pharmacy 1 months needs at a time so depending on what is happening with the market place (supply / demand) we may have to circle back in a month to allocate more Oxy 15 mg. to them for this special circumstance.

Thanks to all, especially Aunt Sarah!

*Victor M. Borelli*



Δ π EXHIBIT 32
Deponent Borelli
Date 11/29/18  Rptr. LH
WWW.DEPOBOOK.COM

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000562387

National Account Manager, Retail
Covidien
Mallinckrodt Pharmaceutical Generics
O:410.308.0633
F:410.308.0634
C:443.204.7914
email: victor.borelli@covidien.com
www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

**From:** Irwin, Dave H
**Sent:** Friday, April 10, 2009 9:58 AM
**To:** Borelli, Victor; Muhlenkamp, Kate M (Neely)
**Cc:** Adams, John G
**Subject:** RE: Oxycodone 15 mg tabs

I'm sure I'll be talking to Heather Goodman later today so I can clarify this, but I did the math in my head late yesterday and this equates to 50 tablets per day. Is that even possible?

**From:** Borelli, Victor
**Sent:** Friday, April 10, 2009 9:35 AM
**To:** Muhlenkamp, Kate M (Neely); Irwin, Dave H
**Cc:** Adams, John G
**Subject:** RE: Oxycodone 15 mg tabs

Kate,

We need to talk when you get a moment. We can get this done today but we have 1 problem.

*Victor M. Borelli*

National Account Manager, Retail
Covidien
Mallinckrodt Pharmaceutical Generics
O:410.308.0633
F:410.308.0634
C:443.204.7914
email: victor.borelli@covidien.com
www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

**From:** Muhlenkamp, Kate M (Neely)
**Sent:** Thursday, April 09, 2009 5:49 PM
**To:** Irwin, Dave H
**Cc:** Borelli, Victor; Adams, John G
**Subject:** RE: Oxycodone 15 mg tabs

I have spoken with Victor and he thinks he can make this happen (2 cases/month to the below pharmacy). He is working on it and should have an answer shortly.

Thanks,

Kate


Kate Muhlenkamp
Product Manager
Covidien
Mallinckrodt
Specialty Generic Pharmaceuticals
675 McDonnell Blvd
Saint Louis, MO 63042

(314) 654-3735 - Office
(314) 654-7128 - Fax

www.covidien.com


---

**From:** Irwin, Dave H
**Sent:** Thursday, April 09, 2009 3:51 PM
**To:** Muhlenkamp, Kate M (Neely)
**Cc:** Borelli, Victor; Adams, John G
**Subject:** FW: Oxycodone 15 mg tabs

Kate: Here is the info we talked about earlier. Is there something I can do to help out from this point on? Heather Goodman used to report to Craig Cowman, who referred her to us. You may want to let Mike know what's going on...he will see Craig at NACDS in 2 weeks.

Vic: Thanks for helping set this up. Sounds like it is much appreciated.

---

**From:** Heather Goodman [mailto:heathergoodman@insight.rr.com]
**Sent:** Thursday, April 09, 2009 4:38 PM
**To:** Irwin, Dave H
**Subject:** FW: Oxycodone 15 mg tabs

Oops! One extra letter...

---

**From:** Heather Goodman [mailto:heathergoodman@insight.rr.com]
**Sent:** Thursday, April 09, 2009 3:29 PM
**To:** David H. Irwin (dave.irwin@covidient.com)
**Cc:** 'smorrow@insight.rr.com'
**Subject:** Oxycodone 15 mg tabs

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000562389

Dave,

I spoke with my aunt, and the independent pharmacy she chose is:

Dane Drugs
6495 E. Broad Street
Columbus, Ohio 43213
614.866.9338

Her monthly prescription is 1500 oxycodone 15 mg.

We have not contacted the pharmacy to let them know this is happening yet. In addition, as soon as we know that this arrangement is set up, Aunt Sandra will call her doctor and have him call in the script for her.

Please let us know how you'd like to proceed.

Dave, as I said, I can't tell you how much this means to me. You're doing a *really* good thing here. I've copied my aunt, Sandra Morrow, on this email, so she's in the loop.

Heather Goodman, Esq.
**Two Labs Marketing**
7250 Talanth Place
New Albany, Ohio 43054
614.657.7586
888.227.1168 (fax)
heather@twolabsmarketing.com

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000562390