PSJ15 Exh 52

Message
**From:** Borelli, Victor [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VICTOR.BORELLI]
**Sent:** 4/13/2009 8:39:40 PM
**To:** steve@keysourcemedical.com
**Subject:** Re: Guess who called today...

Bastards
Thanks,,

Victor Borelli
National account manager, retail
Covidien Mallinckrodt pharmaceuticals
Generics
410 308 0633 office
410 308 0634 fax
443 204 7914 cell
Victor.borelli@covidien.com
www.covidien.com

---

**From:** Steven J. Cochrane <steve@keysourcemedical.com>
**To:** Borelli, Victor
**Sent:** Mon Apr 13 15:39:09 2009
**Subject:** Re: Guess who called today...
Maureen here said they are very nice now that they understand what is going on. Filled out a credit application, so we have their account ready to go. Sounds like they might possibly order, but not positive yet.

Steve

---

**From:** "Borelli, Victor" <Victor.Borelli@Covidien.com>
**To:** steve@keysourcemedical.com
**Sent:** Monday, April 13, 2009 4:33:19 PM
**Subject:** Re: Guess who called today...

So what happened?
Thanks,,

Victor Borelli
National account manager, retail
Covidien Mallinckrodt pharmaceuticals
Generics
410 308 0633 office
410 308 0634 fax
443 204 7914 cell
Victor.borelli@covidien.com
www.covidien.com

Δ π EXHIBIT 34
Deponent Borelli
Date 11/29/18  Rptr. lt
WWW.DEPOBOOK.COM

---

**From:** Steven J. Cochrane <steve@keysourcemedical.com>
**To:** Borelli, Victor
**Sent:** Mon Apr 13 14:19:20 2009
**Subject:** Guess who called today...
Dane Drug! They wanted to know who the F this lady Aunt Sandra was that showed up looking for her Oxycodone 15mg today!

You can't make this stuff up! Dane Drug said they thought it was a crank call when KeySource called Friday to arrange the order with them.

Thank you in advance,
Steve

**Steven J. Cochrane**
*VP, Purchasing*
**KeySource** Medical, Inc.
*An* **Inc. 500** *Company*

e-mail Steve@KeySourceMedical.com
*direct tel* 1-866-371-0408
*cell* 1-516-510-6582

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000560901