PSJ15 Exh 53



Document Produced in Native Format

| DEA# | Customer # | SEARCH TYPE | CUSTOMER NAME | ADD LINE 1 | ADD LINE 2 | ADD LINE 3 | CITY | STATE | ZIP | Date Chargeback Restriction | Reactivate Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AB0397441 | 52004930 | CTD | BOATWRIGHT DRUG CO INC | 7899 C STREET | | | MILLINGTON | TN | 38053 | 3/8/2013 | |
| AB7128487 | 52005845 | CTD | DAVIDS PHARMACY AND SURG | 1637 NE 36TH STREET | | | POMPANO BEACH | FL | 33064 | 10/18/2011 | |
| AB8889258 | 52005974 | CTD | BARCLAY PHARMACY, INC | 200 A N TAMIAMI TR | | | VENICE | FL | 34285 | 4/1/2012 | |
| AB9375456 | 52090304 | CTD | BOLLING APOTHECARY | 106 16TH ST NE | | | FAYETTE | AL | 35555 | 6/3/2015 | |
| AC136746 | 52006343 | CTD | HOSPITAL DISCOUNT DRUGS | 98 JACKSON STREET | | | NEWNAN | GA | 30263 | 7/29/2012 | |
| AC3187398 | 52090396 | CT | CROPWELL PHARMACY | 527 WEST OLD MARLTON PK. | | | MARLTON | NJ | 08053 | 8/15/2012 | 10/10/12 |
| AC336183 | 52007890 | CT | DRUG CITY PHARMACY | 2805 NORTH POINT ROAD | | | BALTIMORE | MD | 21222 | 7/29/2012 | 3/1/13 |
| AD6548195 | 52090574 | CT | DELRAY SHORES PHARMACY | DILDINE THOM LAWSON | 601 NORTH CONGRESS AVENUE #407 | | DELRAY BEACH | FL | 33445 | 11/17/2011 | 11/22/11 |
| AD9690959 | 52008480 | CTD | SUPER DRUGS | 855 WAYNE RD | | | SAVANNAH | TN | 38372 | 3/8/2013 | |
| AH0192865 | 52090799 | CTD | ISLAND DRUG | 1081 N COLLIER BLVD | | | MARCO ISLAND | FL | 34145 | 10/18/2011 | |
| AJ594036 | 52090983 | CTD | JORGES PHARMACY | 1701 CORAL WAY | | | MIAMI | FL | 33145 | 7/29/2012 | |
| AK3819402 | 52013086 | CT | KNEIBERT CLINIC PHARMACY | 686 LESTER ST. | | | POPLAR BLUFF | MO | 63901 | 10/30/2012 | 5/28/14 |
| AL0210168 | 52014066 | CTD | LIVE AND LET LIVE PHARMACY | 3520 NORTHWEST 17TH AVE | | | MIAMI | FL | 33142 | 9/22/2011 | |
| AL1059662 | 52014167 | CTD | MEDICAL TOWERS PHARMACY | 17822 BEACH BLVD | CHARLES LESSI AND RICHARD SIEBERT | | HUNTINGTON BEACH | CA | 92647 | 2/17/2012 | |
| AL2790182 | 52091067 | CT | LOWE'S DRUG INC | 1536 EAST BROADWAY | | | MARYVILLE | TN | 37804 | 10/19/2011 | 9/2/15 |
| AL3934014 | 52014531 | CTD | LAABS INC | 911 NORTH 27 STREET | | | MILWAUKEE | WI | 53208 | 2/28/2012 | |
| AM8101634 | 52016450 | CTD | METROVIEW PHARMACY INC | 1900 RANDOLPH RD | | | CHARLOTTE | NC | 28207 | 7/15/2014 | |
| AO7946520 | 52091437 | CTD | OLSON LIGGETT DRUG | 75 S TUTTLE AVE | | | SARASOTA | FL | 34237 | 11/6/2013 | |
| AP1653117 | 52017767 | CTD | P G PHARMACY | 1111 ROUTE 110 | | | EAST FARMINGDALE | NY | 11735 | 1/31/2013 | |
| AP2331851 | 52017958 | CTD | PERRY COUNTY FOOD AND DRUG | 112 HOUSTON AVE | PO BOX 327 | | PERRYVILLE | AR | 72126 | 2/26/2015 | |
| AR3072991 | 52019656 | CT | RAMON PHARMACY INC | 6218 BUSTLETON AVE | | | PHILADELPHIA | PA | 19149 | 1/31/2013 | 4/26/13 |
| AR5920079 | 52020113 | CTD | ROSSMORE PHARMACY | 338 WASHINGTON AVE | | | BELLEVILLE | NJ | 07109 | 10/8/2014 | |
| AS1824514 | 52091724 | CTD | STANLEY PHARMACY | 2 S BROADWAY | | | YONKERS | NY | 10701 | 1/31/2013 | |
| AS9125419 | 52022847 | CTD | SCHULTZ PHARMACY (OSHKOSH) | 220 NORTH MAIN STREET | | | OSHKOSH | WI | 54901 | 6/3/2014 | |
| AT0192928 | 52022968 | CTD | TOWN DRUG OF HOLLYWOOD INC | 2730 HOLLYWOOD BLVD. | | | HOLLYWOOD | FL | 33020 | 11/17/2011 | |
| AT1087887 | 52023033 | CTD | TRINITY PHARMACY | 1925 EAST ROSEMEADE PARKWAY | | | CARROLLTON | TX | 75007 | 10/22/2015 | |
| AT2277437 | 52023237 | CTD | EAST HILLS FAMILY PHARMACY | FORMERLY MEDICINE SHOPPE 0539 | 1111 SCALP AVE | | JOHNSTOWN | PA | 15904 | 9/20/2012 | |
| AT3154060 | 52092000 | CT | THE DRUG STORE PHARMACY | 2940 GROVEPORT RD | | | COLUMBUS | OH | 43207 | 6/21/2013 | 7/9/13 |
| AT8003814 | 52023787 | CTD | THE MEDICINE SHOPPE | 2039 JOHNSTON STREET | | | LAFAYETTE | LA | 70503 | 11/8/2012 | |
| AT8334447 | 52023823 | CT | TRIVILLIANS PHARMACY HOME INFUSION | 215 35TH STREET | | | CHARLESTON | WV | 25304 | 1/13/2015 | 10/15/15 |
| AV6332441 | 52024653 | CT | VH PHARMACIES 1 | 1000 SOUTHWEST 1ST ST | | | MIAMI | FL | 33130 | 11/17/2011 | 8/1/12 |
| B98590247 | 52088405 | CTD | 88TH STREET DRUG CORP | 1695 FIRST AVE | | | NEW YORK | NY | 10128 | 1/31/2013 | |
| BA0775912 | 57026572 | CT | APPLE DISCOUNT DRUGS | 512 CLINCH AVE | | | CLINTON | TN | 37716 | 9/16/2013 | 12/27/13 |
| BA2166355 | 52026879 | CTD | APPLE PHARMACY | 500 NORTH INDIANA AVE | | | ENGLEWOOD | FL | 34223 | 3/8/2013 | |
| BA3809653 | 52027651 | CTD | A FAIR DEAL PHARMACY | 39 11 104TH STREET | | | CORONA | NY | 11368 | 1/30/2014 | |
| BA6658124 | 52029197 | CTD | MEDICINE SHOPPE | 938 PATRICIA AVE | | | DUNEDIN | FL | 34698 | 9/13/2012 | |
| BA6800216 | 52029261 | CT | ACCOKEEK DRUG HEALTHCARE | 15789 LIVINGSTON RD. | | | ACCOKEEK | MD | 20607 | 2/28/2013 | 6/14/13 |
| BA9094133 | 52030165 | CTD | ALPHA DRUGS | 7857 PALM RIVER ROAD | | | TAMPA | FL | 33619 | 11/17/2011 | |
| BA9500352 | 500212 | CTD | AMERIMEDZ II | DBA CITY PLACE PHARMACY | 200 SOUTH ROSEMARY AVE | | WEST PALM BEACH | FL | 33401 | 11/17/2011 | |
| BA9633252 | 565678 | CTD | AMERIMEDZ II | DBA CITY PLACE PHARMACY | 200 SOUTH ROSEMARY AVENUE | | WEST PALM BEACH | FL | 33401 | 11/17/2011 | |
| BB0852055 | 52030266 | CT | DAVIS ISLANDS PHARMACY | 232 E. DAVIS BLVD. | | | TAMPA | FL | 33606 | 9/13/2012 | 11/10/14 |
| BB4199217 | 52031008 | CT | BAYVIEW PHARMACY | 6510 O'DONNELL STREET | | | BALTIMORE | MD | 21224 | 9/16/2013 | 11/6/13 |
| BB8426264 | 52032469 | CTD | BER CORPORATION | 1700 LAS VEGAS BLVD SOUTH | | | LAS VEGAS | NV | 89104 | 10/18/2011 | |
| BB9044847 | 52032636 | CTD | BETTER HEALTH PHARMACY | 2007 SOUTH PARSONS AVENUE | | | SEFFNER | FL | 33584 | 9/13/2012 | |
| BB9186506 | 478756 | CTD | BEST CARE PHARMACY INC | 4 GARTON PLAZA | | | WESTON | WV | 26452 | 7/15/2014 | |
| BC2753021 | 52033277 | CTD | CABANA PHARMACY | 119 NORTHWEST 29TH | | | MIAMI | FL | 33127 | 10/18/2011 | |
| BC5814810 | 52035588 | CTD | CAFFEY'S PHARMACY | 3707 ST STEPHENS RD SUITE B | | | WHISTLER | AL | 36612 | 10/8/2014 | |
| BC7126457 | 52036698 | CTD | BROOK'S PHARMACY | 3501 HEALTH CENTER BLVD | | | BONITA SPRINGS | FL | 34135 | 10/18/2011 | |
| BC7467081 | 52036913 | CT | CALIGOR RX INC. | 1226 LEXINGTON AVE | | | NEW YORK | NY | 10028 | 11/17/2011 | 1/12/16 |
| BC8624997 | 52037523 | CTD | COMMUNITY DRUG OF MANCHESTER | 1668 SOUTH HWY 421 | | | MANCHESTER | KY | 40962 | 9/13/2012 | |
| BD1842815 | 52057956 | CT | DERIS PHARMACY | 4835 EL CAMINO REAL | | | ATASCADERO | CA | 93422 | 8/15/2012 | 11/8/12 |
| BD9670058 | 515312 | CTD | DBA LAMS PHARMACY CORP | 2202 WEST CHARLESTON BLVD | SUITE 13 | | LAS VEGAS | NV | 89102 | 10/18/2011 | |
| BE3525930 | 52039681 | CTD | HAROLDS PHARMACY | 2272 MCDONALD AVE | | | BROOKLYN | NY | 11223 | 11/17/2011 | |
| BE3814541 | 52039712 | CT | EASTSIDE DISC PHCY | 400 EAST PINE BLVD | | | POPLAR BLUFF | MO | 63901 | 10/30/2012 | 5/28/14 |
| BE665472 | 52042923 | CTD | EXTENDED CARE PHARM | 650 M D | | | CHICOPEE | MA | 01020 | 7/29/2012 | |
| BE9638909 | 512210 | CTD | EXTRA CARE PHARMACY INC | 2001 EAST FLETCHER AVE | | | TAMPA | FL | 33612 | 1/31/2013 | |
| BF7447774 | 52044413 | CTD | FARMACIA SAN ANTONIO | 2317 FEDERAL ST | | | CAMDEN | NJ | 08105 | 10/23/2012 | |
| BG3157989 | 52045295 | CTD | GOLDEN GATE PHARMACY INC | 11669 COLLIER BLVD | | | NAPLES | FL | 34116 | 4/1/2012 | |
| BG5508099 | 52045694 | CTD | MCLAIR GRIFFIN PHCY DME | 860 MONTCLAIR RD. | | | BIRMINGHAM | AL | 35213 | 4/1/2012 | |
| BG8271900 | 52046258 | CTD | GULFSHORE PHARMACY | 421 9TH STREET NORTH | | | NAPLES | FL | 34102 | 3/8/2013 | |
| BG8830223 | 52046215 | CTD | GULF COAST MEDICAL PHARM | 13685 DOCTORS WAY | SUITE 150 ROOM 1 | | FORT MYERS | FL | 33912 | 9/16/2011 | |
| BH7503205 | 52048761 | CTD | HUNTINGTON PHARMACY | 2300 HUNTINGTON DRIVE | | | SAN MARINO | CA | 91108 | 10/30/2012 | |
| BH9540992 | 52048795 | CT | HAWA PHARMACY INC | 646 SOUTH DILLARD STREET | DBA MEDICINE SHOPPE 0446 | | WINTER GARDEN | FL | 34787 | 4/1/2012 | 8/1/12 |
| BH9513136 | 52049231 | CT | HYGEIA HOLDINGS | 1555 EAST BAY DR | DBA THE MEDICINE SHOPPE PHARMACY | | LARGO | FL | 33771 | 4/1/2012 | 8/1/12 |
| BH9523437 | 500076 | CTD | HEALTH PLUS PHARMACY | 8820 MIRAMAR PARKWAY | BAY 11 | | MIRAMAR | FL | 33025 | 11/17/2011 | |
| BI5793395 | 52049494 | CTD | ROBERTS DRUG STORE | 590 WEST FLAGLER ST | | | MIAMI | FL | 33130 | 9/22/2011 | |
| BI6616138 | 52092880 | CTD | IZZ AND SONS | 3454 NORTHWEST 7TH AVENUE | DBA ROBERTS DRUG STORE 2 | | MIAMI | FL | 33127 | 9/22/2011 | |
| BJ1035802 | 52049750 | CT | JUDYS DRUG STORE | 24 NORTH MAIN ST | | | PETERSBURG | WV | 26847 | 7/15/2014 | 8/8/14 |
| BJ4626062 | 52049913 | CTD | JAY SCOTT | 2200 NORTH GLENOAKS BLVD | | | BURBANK | CA | 91504 | 2/19/2014 | |

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001315847

| DEA# | Customer # | SEARCH TYPE | CUSTOMER NAME | ADD LINE 1 | ADD LINE 2 | ADD LINE 3 | CITY | STATE | ZIP | Date Chargeback Restriction | Reactivate Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BJ6562690 | 52050032 | CT | JOHNSTOWN PHARMACY INC | 339 WALNUT STREET | SUITE 100 | | JOHNSTOWN | PA | 15901 | 9/20/2012 | 1/23/14 |
| BJ9752115 | 518537 | CTD | JR PHARMACY | 2160 WHISPER LAKES BLVD | | | ORLANDO | FL | 32837 | 6/21/2013 | |
| BL9637818 | 509113 | CT | LA VOTRE RX | 27567 SMYTH DR | SUITE 101 | | VALENCIA | CA | 91355 | 8/15/2012 | 7/15/14 |
| BM2206856 | 52093057 | CTD | MEDI CENTER DRUG | 509 MEMORIAL DRIVE | SUITE 1 | | MANCHESTER | KY | 40962 | 10/30/2012 | |
| BM4155657 | 52056560 | CT | MECHES FAMILY DRUGS | 913 THE BLVD | | | RAYNE | LA | 70578 | 4/1/2012 | 8/13/15 |
| BM4332134 | 52093120 | CTD | MOBLEYS DISCOUNT PHARMACY | 235 WEST WARD STREET | | | DOUGLAS | GA | 31533 | 2/28/2012 | |
| BM4963904 | 52056802 | CT | THE MEDICINE SHOPPE | 3796 HOWELL BRANCH RD | | | WINTER PARK | FL | 32792 | 4/1/2012 | 8/1/12 |
| BM5606326 | 52057397 | CTD | MEDICINE SHOPPE 1528 | 6643 CHURCH ST | | | DOUGLASVILLE | GA | 30134 | 4/1/2012 | |
| BM5868267 | 52057560 | CTD | MEDICINE CENTER | 1634 JONESBORO RD SE | | | ATLANTA | GA | 30315 | 9/13/2012 | |
| BM682611 | 52057938 | CT | MEDICAP PHARMACY 182 | 11460 12 MILE ROAD | | | WARREN | MI | 48093 | 4/1/2012 | 12/1/13 |
| BM809849 | 52058662 | CTD | MODERN PHARMACY | 123 ALTON RD | | | MIAMI BEACH | FL | 33139 | 7/29/2012 | |
| BM8694665 | 52058919 | CTD | SYL MAX PHARMCARE | 375 WEST STREET RD | | | WARMINSTER | PA | 18974 | 11/17/2011 | |
| BM9269196 | 481897 | CTD | MURPHY DRUGS | 616 SOUTH BROAD ST | | | THOMASVILLE | GA | 31792 | 8/9/2013 | |
| BN6420490 | 52059746 | CT | NORTH PORT PHARMACY INC | 14255 SOUTH TAMIAMI TRAIL | SUITE C | DBA MEDICINE SHOPPE | NORTH PORT | FL | 34287 | 4/1/2012 | 8/1/12 |
| BN7065332 | 52059816 | CTD | NASHVILLE PHARMACY SERVICES | 719 THOMPSON LANE | | | NASHVILLE | TN | 37204 | 1/31/2013 | |
| BO6802448 | 52060722 | CTD | OWAIS INC | 2981 FULTON ST | | | BROOKLYN | NY | 11208 | 6/21/2013 | |
| BO9808506 | 519714 | CTD | OVERTONS PHARMACY/MUNSEY | 106 ADMINISTRATION ROAD | | | OAK RIDGE | TN | 37830 | 11/17/2011 | |
| BP6777532 | 52063248 | CTD | PROSCRIPT PHARMACY SERVICES INC. | 3744 SW 64TH AVE. | | | DAVIE | FL | 33314 | 11/17/2011 | |
| BP7204833 | 52093398 | CTD | PHARMACY ONE INC | DBA ROBERTS DRUG STORE #3 | 2505 NW54TH ST | | MIAMI | FL | 33142 | 9/22/2011 | |
| BP8156662 | 52063841 | CT | PROSPERITY PHARMACY | 3505 ARLINGTON BLVD | SUITE 110 | | FAIRFAX | VA | 22031 | 4/1/2012 | 4/25/12 |
| BQ4831889 | 52064388 | CTD | QUALITY HEALTH DRUG INC | 1003 OGDEN AVENUE | | | BRONX | NY | 10452 | 1/31/2014 | |
| BR2404654 | 52093418 | CTD | RIPPETOE | 3336 WEST A J HWY | | | MORRISTOWN | TN | 37814 | 9/13/2012 | |
| BR2505999 | 52065188 | CTD | RHINE DRUG COMPANY | 215 FRONT ST | | | RHINE | GA | 31077 | 3/11/2016 | |
| BR269730 | 52067861 | CT | RANI, INC | 24718 STATE RD 54 | | | LUTZ | FL | 33559 | 4/1/2012 | 11/6/13 |
| BR7787495 | CT | | RX EXPRESS PHARMACY | 8986 ORTEGA PARK DRIVE | | | NAVARRE | FL | 32566 | 1/31/2013 | 6/14/13 |
| BR9443728 | 489656 | CTD | ROBERTS DRUG #4 | 111 NORTHWEST 1ST ST | | | MIAMI | FL | 33128 | 10/18/2011 | |
| BS0926545 | 52068530 | CTD | SOUTHWEST PHARMACY | DBA THE PHARMACY SHOPPE | 3201 SOUTH 16TH STREET | SUITE 1030 | MILWAUKEE | WI | 53215 | 10/18/2011 | |
| BS5385504 | 52070487 | CTD | ST PAULS PHARMACY | 2459 FLORENCE AVENUE | | | HUNTINGTON PARK | CA | 90255 | 10/30/2012 | |
| BS5714645 | 52070721 | CT | SUNSHINE WELLNESS CENTER | 90 PONCE DE LEON BLVD | | | BROOKSVILLE | FL | 34601 | 11/17/2011 | 8/1/12 |
| BS6156245 | 52070982 | CTD | SUNSHINE PHARMACY INC | 5482 RATTLESNAKE HAMMOCK RD | | | NAPLES | FL | 34113 | 3/8/2013 | |
| BS7218565 | 52071964 | CTD | SUNSHINE PHARMACY | 5480 RATTLESNAKE | DBA SUNSHINE SOLUTIONS PHARMACY | | NAPLES | FL | 34113 | 3/8/2013 | |
| BS7719795 | 52072394 | CTD | SHAYONA PHARMACY | 167 SMITH ST | | | PERTH AMBOY | NJ | 08861 | 11/17/2011 | |
| BS9085538 | 52073214 | CTD | SUMMERFIELD PHARMACY | 11349 BIG BEN RD | | | RIVERVIEW | FL | 33569 | 1/31/2013 | |
| BS9255274 | 498175 | CTD | SUPERIOR PHARMACY LLC | 3007 WEST CYPRESS ST | | | TAMPA | FL | 33609 | 3/8/2013 | |
| BS9352131 | 490645 | CTD | SUPER AID PHARMACY LLC | 247 VIRGINIA AVE | | | RICH CREEK | VA | 24147 | 1/31/2013 | |
| BS9699731 | 540901 | CTD | SUPERIOR PHARMACY LLC | 7747 WEST HILLSBOROUGH AVE | | | TAMPA | FL | 33615 | 3/8/2013 | |
| BS9884467 | 525063 | CTD | SUNSHINE PHCY AT DAVIS | 6350 DAVIS BLVD | | | NAPLES | FL | 34104 | 3/8/2013 | |
| BT0313243 | 52073261 | CTD | TOWNE PHARMACY | 2 WASHINGTON AVE | | | DUNELLEN | NJ | 08812 | 12/13/2012 | |
| BT7016860 | 52076980 | CTD | TAFT PHARMACY | 20056 VENTURA BLVD | | | WOODLAND HILLS | CA | 91364 | 8/15/2012 | |
| BT7672492 | 52077481 | CTD | T J ENTERPRISE INC | DBA BETTER VALUE PHARMACY | 1135 SOUTH SUNSET AVENUE | SUITE 101 | WEST COVINA | CA | 91790 | 11/17/2011 | |
| BT8152023 | 52077796 | CT | TODD'S HARVARD PARK PHAR INC | 950 E HARVARD AVE SUITE 170 | | | DENVER | CO | 80210 | 9/16/2013 | 3/26/14 |
| BT8599891 | 52078078 | CTD | MEDICINE SHOPPE | 2004 E HOUSTON | | | SAN ANTONIO | TX | 78207 | 11/17/2014 | |
| BT9195620 | 479102 | CT | HEART MED PHARMACY | 2351 NORTHWEST 93 AVE | | | MIAMI | FL | 33172 | 11/17/2011 | 11/6/13 |
| BT7945901 | 484941 | CTD | TEXAS ROAD PHARMACY Z | 300 GORDONS CORNER ROAD | | | MANALAPAN | NJ | 07726 | 7/29/2012 | |
| BU6083416 | 52078669 | CTD | ULTRATECH MED SUPPLY EQUIP | 8150 SW 8TH ST | SUITE 105 | | MIAMI | FL | 33144 | 11/17/2011 | |
| BU9949946 | 527799 | CTD | UNIVERSITY PHARMACY INC | 500 UNIVERSITY BLVD | SUITE 108 | | JUPITER | FL | 33458 | 11/17/2011 | |
| BV7445857 | 52079642 | CT | VALLEY PHARMACY | 1324 WEST AVE J #1 | | | LANCASTER | CA | 93534 | 9/16/2013 | 12/10/14 |
| BW0997037 | 52080181 | CTD | WESTBURY PHARMACY | 8903 THREE CHOPT ROAD | | | RICHMOND | VA | 23229 | 5/15/2015 | |
| BW5311383 | 52082704 | CTD | WHITE FRONT | 801 B BAKER | | | COSTA MESA | CA | 92626 | 9/13/2012 | |
| BW7566170 | 52086732 | CTD | WESTSIDE PLAZA PHARMACY | 314 I STREET | | | MODESTO | CA | 95351 | 10/23/2012 | |
| BW9060702 | 52088076 | CT | WILKES FAMILY PHARMACY | 1300A WESTWOOD LN | | | WILKESBORO | NC | 28697 | 1/31/2013 | 6/22/15 |
| F93708964 | 707452 | CTD | 184TH STREET PHARMACY CORP | 2387 MORRIS AVE | | | BRONX | NY | 10468 | 6/3/2014 | |
| FA0615205 | 575749 | CT | AB SPECIALTY PHARMACY INC | 2311 SEVEN SPRINGS BLVD | | | NEW PORT RICHEY | FL | 34655 | 9/16/2011 | 5/28/14 |
| FA0676986 | 575161 | CT | ADISHWAR LLC | 172 NORTH PINE STREET | LANGHORNE PHARMACY | | LANGHORNE | PA | 19047 | 3/15/2012 | 6/14/13 |
| FA1240706 | 603760 | CT | APOTHECARY SHOP | 9777 NORTH 91ST STREET | SUITE C102A | | SCOTTSDALE | AZ | 85258 | 9/13/2012 | 12/20/12 |
| FA1240718 | 603755 | CT | APOTHECARY SHOP | 4512 EAST CAMP LOWELL DR | | | TUCSON | AZ | 85712 | 9/13/2012 | 12/20/12 |
| FA1429629 | 616742 | CTD | AVALON PARK PHARMACY | 457 AVALON PHARMA SOUTH BLVD | | | ORLANDO | FL | 32828 | 1/31/2013 | |
| FA1571579 | 620549 | CTD | ABC PHARMACY | 3050 EAST BONANZA RD | | | LAS VEGAS | NV | 89101 | 9/13/2012 | |
| FA2032578 | 52005997 | CT | AAKASH LLC | 437 SOUTH 11TH STREET | DBA THE APOTHECARY SHOP | | LAKE WALES | FL | 33853 | 9/20/2012 | 3/30/15 |
| FA2536158 | 678717 | CTD | A AND J RX LLC | 8324 US HIGHWAY 301 NORTH | | | PARRISH | FL | 34219 | 8/9/2013 | |
| FA3106209 | 689549 | CT | AMAVI LLC (REPLACED CTD 660774 HERNDON - 208 ELDEN STREET | | DBA HERNDON PHARMACY AND MEDICAL SUPPLY | | HERNDON | VA | 20170 | 4/30/12 | |
| F80048341 | 536048 | CTD | BELAVINASH, INC | 3851 NORTHDALE BLVD | | | NORTHDALE | FL | 33624 | 9/19/2011 | 10/16/11 |
| FB0048341 | 536048 | CTD | BELAVINASH INC NORTHDALE PHARMACY | 3851 NORTHDALE BLVD | | | NORTHDALE | FL | 33624 | 4/1/2012 | |
| FB0066882 | 544451 | CTD | BUDGET DRUGS | 13150 SOUTHWEST 134TH STREET | | | MIAMI | FL | 33186 | 11/17/2011 | |
| FB0852358 | 593385 | CTD | BROTHERS PHARMACY AND DISCOUNT | 1001 SOUTHWEST 27TH AVE | | | MIAMI | FL | 33135 | 12/13/2012 | |
| FB1241746 | 604847 | CTD | BOTTLE HILL PHARMACY | 42 MAIN ST | | | MADISON | NJ | 07940 | 3/8/2013 | |
| FB2211782 | 654951 | CTD | BALDEVBHAI KN INC | DBA APOPKA DISCOUNT DRUGS | 63 WEST MAIN ST | | APOPKA | FL | 34703 | 3/8/2013 | |
| FB2330315 | 654148 | CT | BEST CARE OF BRIDGEPORT | 129 EAST MAIN ST | | | BRIDGEPORT | WV | 26330 | 7/15/2014 | 3/8/14 |
| FB2330948 | 658114 | CT | BUNCH MEDICAL LLC MD PHARMACY | 1467 WEST MORRIS BLVD | | | MORRISTOWN | TN | 37813 | 11/17/2011 | 6/21/15 |

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001315847

| DEA# | Customer # | SEARCH TYPE | CUSTOMER NAME | ADD LINE 1 | ADD LINE 2 | ADD LINE 3 | CITY | STATE | ZIP | Date Chargeback Restriction | Reactivate Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FB2351891 | 661719 | CTD | BREWERYTOWN RX PHARMACY | 2621 WEST GIRARD AVENUE | | | PHILADELPHIA | PA | 19130 | 10/23/2012 | |
| FB3717153 | 706064 | CTD | BROWNS DISCOUNT APOTHECARY | 2965 HIGHWAY 195 | | | JASPER | AL | 35503 | 6/3/2015 | |
| FC0096215 | 555137 | CTD | CAPE CORAL EXPRESS | 505 DEL PRADO BLVD NORTH | | | CAPE CORAL | FL | 33909 | 10/18/2011 | |
| FC0488420 | 564598 | CTD | CHAAND INC DISCOUNT | 15511 NORTH FLORIDA AVE | SUITE C2 | | TAMPA | FL | 33613 | 11/17/2011 | |
| FC0861345 | 588097 | CTD | CASTLE HILL DRUGS INC | 674 CASTLE HILL AVE | | | BRONX | NY | 10473 | 11/17/2011 | |
| FC2476047 | 668509 | CTD | C AND R PHARMACY | 2001 SPRINGHILL AVE | | | MOBILE | AL | 36607 | 7/13/2015 | |
| FC3590886 | 702890 | CTD | CAREPRO PHARMACY | 343 NEW PORT AVE | | | QUINCY | MA | 2170 | 9/16/2013 | |
| FD0486490 | 564597 | CTD | DYL LLC | DBA WEST GORE PHARMACY | | | ORLANDO | FL | 32806 | 1/31/2013 | |
| FD0801515 | 585626 | CTD | DAYTONA DISCOUNT PHARMACY | 815 D BEVILLE ROAD | | | S DAYTONA BCH | FL | 32119 | 9/22/2011 | |
| FD102097 | 591414 | CT | DALES PHARMACY | 237 DENVER AVENUE | | | FORT LUPTON | CO | 80621 | 7/29/2012 | 10/10/12 |
| FD124323 | 614387 | CTD | DESERT SKY PHARMACY | 6750 WEST THUNDERBIRD ROAD | | | PEORIA | AZ | 85381 | 4/1/2012 | |
| FD2295269 | 659594 | CTD | D Y L LLC | 1670 EAST HIGHWAY 50 | | | CLERMONT | FL | 34711 | 3/8/2013 | |
| FE0422826 | 562506 | CTD | EAST COAST PHARMACY | 504 GARDEN STREET | | | TITUSVILLE | FL | 32796 | 5/3/2013 | |
| FE0792146 | 608194 | CTD | ENCORE PHARMACY DISCOUNT INC | 105 EAST MONUMENT AVE | | | KISSIMMEE | FL | 34744 | 9/16/2013 | |
| FE1512501 | 624162 | CTD | EDGE PHARMACY | 2039 EAST EDGEWOOD DR | 102 | | LAKELAND | FL | 33803 | 3/8/2013 | |
| FE1781207 | 643231 | CTD | HOPKINS PHARMACY | 4401 SOUTH HOPKINS AVENUE | | | TITUSVILLE | FL | 32780 | 9/13/2012 | |
| FE185478B | 642467 | CTD | EXTENDED CARE PHARM | 100 NORTH MAIN STREET | PO BOX 640 | | HASTINGS | FL | 32145 | 7/29/2012 | |
| FE2088183 | 649724 | CTD | EB DRUGS | 4158 ROWAN ROAD | DBA EDS FAMILY FRIENDLY PHARMACY | | NEW PORT RICHEY | FL | 34653 | 8/15/2012 | |
| FE2683969 | 678148 | CTD | EUROPEAN APOTHECARY INC | 66-19 FRESH POND RD | DBA CHOPIN CHEMISTS | | RIDGEWOOD | NY | 11385 | 12/17/2015 | |
| FE4302434 | 715732 | CTD | E O R PHARMACY CORP | 2272 MC DONALD AVE | DBA HAROLDS PHARMACY | | BROOKLYN | NY | 11223 | 2/13/2014 | |
| FF0465890 | 562321 | CTD | FARMACIA DEL PUEBLO | 2123 CIVIC CENTER DRIVE | | | NORTH LAS VEGAS | NV | 89030 | 4/1/2012 | |
| FF0704610 | 585400 | CTD | FELKY RX | 15429 NORTH FLORIDA AVE | | | TAMPA | FL | 33613 | 11/17/2011 | |
| FF1706956 | 638325 | CTD | FRUITVALE AVE PHARMACY | 2693 FRUITVALE AVENUE | | | OAKLAND | CA | 94601 | 9/13/2012 | |
| FF1928110 | 646850 | CTD | HUNTING CREEK POINTE PHARMACY | 8147 COPERNICUS WAY | SUITE 101 | | NEW PORT RICHEY | FL | 34655 | 4/1/2012 | |
| FF213045 | 650724 | CTD | SMZA ENTERPRISES LLC | DBA FIRST CHOICE PHARMACY & COMPOU | 754 SOUTH GOLDENROD ROAD | | ORLANDO | FL | 32822 | 4/1/2012 | |
| FG1524657 | 618408 | CTD | GENERIC RX LLC | 3448 WEST HILLSBORO BLVD | | | DEERFIELD BEACH | FL | 33441 | 11/17/2011 | |
| FG1706893 | 626179 | CTD | GUDOC PHARMACY PLLC | 106 SOUTH PARSONS AVENUE | | | BRANDON | FL | 33511 | 11/17/2011 | |
| FG1828435 | 650294 | CTD | GREENWALL PHARMACY | 3390 SOUTHWEST 22ND STREET | | | MIAMI | FL | 33145 | 7/29/2012 | |
| FG2605876 | 671453 | CTD | GOODHEART PHARMACY | 1337 SOUTH 49 ST | | | PHILADELPHIA | PA | 19143 | 1/31/2013 | |
| FH0605507 | 569446 | CT | HS PHARMACY DBA HIGH STREET PHARMACY | 4248 MACARTHUR BLVD | | | OAKLAND | CA | 94619 | 9/16/2013 | 11/6/13 |
| FH0772257 | 585436 | CTD | HILLS PHARMACY | 7730 WEST HILLSBOROUGH AVE | | | TAMPA | FL | 33615 | 3/8/2013 | |
| FH1551248 | 622387 | CT | HOMETOWN PHARMACY OF MANCHESTER | 397 OLD HIGHWAY 421 | | | MANCHESTER | KY | 40962 | 3/8/2013 | 11/10/14 |
| FH2162167 | 659025 | CTD | HEALTH CENTER PHARMACY | 15418 CRENSHAW BLVD | | | GARDENA | CA | 90249 | 10/18/2011 | |
| FH2314893 | 658145 | CTD | HELLERTOWN PHARMACY | 25 MAIN ST | | | HELLERTOWN | PA | 18055 | 12/13/2012 | |
| FH2358275 | 660774 | CT | HERNDON PHARMACY MED SUPPLY | 208 ELDEN STREET | | | HERNDON | VA | 20170 | 11/17/2011 | 5/6/15 |
| FH2651986 | 676984 | CTD | HOOSIERS PRESCRIPTION SHOP | 3020 SOUTH 7TH STREET | | | TERRE HAUTE | IN | 47802 | 8/9/2013 | |
| FI2637152 | 680423 | CTD | INTEGRA PHARMACY | 3074 COLLEGE PARK | SUITE B | | CONROE | TX | 77384 | 10/22/2015 | |
| FI4893423 | 723248 | CTD | INTEGRA PHARMACY | 3074 COLLEGE PARK | SUITE B | | CONROE | TX | 77384 | 10/22/2015 | |
| FJ0537083 | 571849 | CTD | JOCHYS PHARMACY | 5858 WEST 20TH AVE | | | HIALEAH | FL | 33016 | 11/17/2011 | |
| FJ1629635 | 625163 | CTD | JET PHARMACY LLC | 2310 WEST WATERS AVENUE SUUITE J | | | TAMPA | FL | 33604 | 3/8/2013 | |
| FJ1711147 | 625264 | CTD | JM WARD ENTERPRISES | JOHNS PHARMACY | 9048 BONITA BEACH ROAD SOUTHEAST | | BONITA SPRINGS | FL | 34135 | 9/13/2012 | |
| FL0025064 | 543149 | CTD | LIFE EXTENSION PHARMACY INC | 1100 WEST COMERCIAL BLVD | | | FORT LAUDERDALE | FL | 33309 | 11/17/2011 | |
| FL0306414 | 563066 | CTD | LANDSDOWNE PHARMACY | 19465 DEERFIELD AVE | SUITE 107 | | LEESBURG | VA | 20176 | 9/13/2012 | |
| FL0745870 | 580357 | CTD | LAMBRIGHT PHARMACY HM | 3430 WEST LAMBRIGHT ST | SUITE 103 | | TAMPA | FL | 33614 | 11/17/2011 | |
| FL091410B | 600618 | CTD | LA MILAGROSA PHARMACY | 444 SOUTHWEST 8 AVE | | | MIAMI | FL | 33130 | 7/29/2012 | |
| FL1001077 | 592382 | CT | LIFE PHARMA II INC | 471 LENOX AVE | | | NEW YORK | NY | 10037 | 11/17/2011 | 3/1/13 |
| FL1255492 | 606698 | CTD | LIFEFIRST PHARMACY | 3233 WEST CHARLESTON BLVD | SUITE 204 | | LAS VEGAS | NV | 89102 | 10/18/2011 | |
| FL2090746 | 650246 | CTD | LAUDERHILL PHARMACY LLC | 5368 NORTH UNIVERSITY DRIVE | | | LAUDERHILL | FL | 33351 | 11/17/2011 | |
| FL2475312 | 668679 | CTD | LA MILAGROSA PHARMACY | 444 SOUTHWEST 8TH AVENUE | | | MIAMI | FL | 33130 | 7/30/2012 | |
| FM0698956 | 575451 | CTD | MEDICINE SHOPPE INTL | 14936 NORTH FLORIDA AVENUE | | | TAMPA | FL | 33613 | 9/16/2011 | 10/16/11 |
| FM0698956 | 575451 | CTD | MADABHUSHI PHARMACY SERVICES | 14936 NORTH FLORIDA AVENUE | | | TAMPA | FL | 33613 | 4/1/2012 | |
| FM1239183 | 608728 | CT | MEDICAL PLAZA PHARMACY | 201 NORTHWEST 82ND AVE | | | PLANTATION | FL | 33324 | 11/17/2011 | 8/1/12 |
| FM1266813 | 612472 | CTD | MARWOOD LOW COST PHARMACY | 3381 KENTUCKY AVE | | | INDIANAPOLIS | IN | 46221 | 11/17/2011 | |
| FM1284861 | 611317 | CTD | MARCUS HOOK PHARMACY | 26 EAST 10TH STREET | | | MARCUS HOOK | PA | 19061 | 9/20/2012 | |
| FM164411 | 621993 | CT | MMRX HEALTHSOLUTIONS | 12620 US HWY 301 | | | DADE CITY | FL | 33525 | 4/1/2012 | 7/24/12 |
| FM1850228 | 649363 | CTD | METRO DRUGS | 6338 WEST SAHARA AVENUE | | | LAS VEGAS | NV | 89146 | 10/18/2011 | |
| FM2315186 | 657451 | CTD | MEDICAL TOWERS | 17822 BEACH BLVD | | | HUNTINGTON BEACH | CA | 92647 | 10/18/2011 | |
| FM2382391 | 660450 | CTD | MEDI SGN SOLUTIONS | 898 WASHINGTON STREET | | | NORWOOD | MA | 2062 | 9/16/2013 | |
| FM2397986 | 676980 | CTD | MARROWBONE HOMETOWN PHARMACY | 9613 MILLARD HIGHWAY | | | PIKEVILLE | KY | 41501 | 1/31/2013 | |
| FM2641214 | 678150 | CTD | MAIN AVENUE PHARMACY INC | 1094 A MAIN AVE | | | CLIFTON | NJ | 7011 | 9/16/2013 | |
| FM2675695 | 679550 | CTD | MED EXPRESS RX LLC | 1717 SHEPHARD RD | | | LAKELAND | FL | 33811 | 9/20/2012 | |
| FM3127520 | 689840 | CTD | MEDICINE CENTER PHARMACY | 403 CLEVELAND ST | | | ELYRIA | OH | 44035 | 5/29/2013 | |
| FN0841418 | 586387 | CTD | NORTHEAST PHARMACY | 6730 BUSTLETON AVENUE | | | PHILADELPHIA | PA | 19149 | 11/17/2011 | |
| FO3174795 | 697121 | CTD | OMNICARE PHARMACY INC | 1134 WEST NORTH AVE | | | MILWAUKEE | WI | 53223 | 9/16/2013 | |
| FP1340126 | 618086 | CTD | PHARMLAND LLC | AKA LIFECARE PHARMACY | 3426 13TH AVENUE NORTH | | SAINT PETERSBURG | FL | 33713 | 4/1/2012 | |
| FP1390397 | 616122 | CT | PHARMACY OF AMERICA | 1500 EAST ERIE AVE | | | PHILADELPHIA | PA | 19124 | 11/17/2011 | 2/14/14 |
| FP1538113 | 622219 | CTD | PARADISE VALLEY PHARMACY | 3805 EAST BELL ROAD | SUITE 1900 | | PHOENIX | AZ | 85032 | 4/1/2012 | |
| FP1625067 | 622933 | CTD | PHILLY PHARMACY | 210 MARKET ST | | | PHILADELPHIA | PA | 19106 | 9/20/2012 | |
| FP1703835 | 645229 | CTD | PHARMALIFE CONSULT | 6850 CORAL WAY | | | MIAMI | FL | 33155 | 10/18/2011 | |

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001315847

| DEA# | Customer # | SEARCH TYPE | CUSTOMER NAME | ADD LINE 1 | ADD LINE 2 | ADD LINE 3 | CITY | STATE | ZIP | Date Chargeback Restriction | Reactivate Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FP1856446 | 643045 | CTD | PHARMA 1 | 1763 SOUTH HIGH STREET | | | COLUMBUS | OH | 43230 | 6/21/2013 | |
| FP2370334 | 660954 | CTD | PRIME SYNERGY LLC | DBA CURE AID PHARMACY | 7333 LAKE UNDERHILL ROAD | | ORLANDO | FL | 32822 | 10/23/2012 | |
| FP2589515 | 677228 | CTD | PHILLY PHARMACY | 9475 ROOSEVELT BLVD | SUITE 12 | | PHILADELPHIA | PA | 19114 | 9/20/2012 | |
| FP3136884 | 691016 | CTD | PLAINFIELD PHARMACY | 603 WEST FOURTH ST | | | PLAINFIELD | NJ | 7060 | 12/27/2013 | |
| FQ0141767 | 572880 | CTD | QUALITY HEALTH DRUG INC | 1003 OGDEN AVENUE | | | BRONX | NY | 10452 | 1/30/2014 | |
| FR1398709 | 617335 | CTD | RX SOLUTIONS | 5144 EAST BUSCH BLVD | QUALITY SPECIALTY PHARMACY | | TAMPA | FL | 33617 | 9/13/2012 | |
| FR1812266 | 640931 | CTD | ROCK 3 INC | DBA MIMS PHARMACY | 2448 US HIGHWAY 1 | | MIMS | FL | 32754 | 9/13/2012 | |
| FS0082292 | 540535 | CTD | SOUTSIDE PHARMACY | 2811 FULTON RD SUITE B | | | LORAIN | OH | 44055 | 5/29/2013 | |
| FS0487985 | 563087 | CT | SUPER DISCOUNT PHARMACY | 1423 SOUTH COLLINS STREET | | | PLANT CITY | FL | 33566 | 4/1/2012 | 7/23/12 |
| FS0967692 | 590355 | CTD | SPRING VALLEY PHARMACY | 2725 SOUTH JONES STREET | SUITE 101 | | LAS VEGAS | NV | 89146 | 10/18/2011 | |
| FS0997809 | 600584 | CTD | SOUTH PACIFIC MEDICAL EQUIP | 1800 SOUTHWEST 1ST | SUITE 101 | | MIAMI | FL | 33135 | 7/29/2012 | |
| FS1539937 | 621552 | CTD | SHAAN BUSINESS INC | DBA HOMESTEAD PHARMACY | 1320 HOMESTEAD ROAD NORTH | | LEHIGH ACRES | FL | 33936 | 11/17/2011 | |
| FS1757701 | 637081 | CTD | SAVMORX DURGS | 205 EAST OCMULGEE STREET | | | BROXTON | GA | 31519 | 2/28/2012 | |
| FS2039611 | 655769 | CT | STAT SCRIPT SPECIALTY INC | 1800A NEW YORK AVENUE | STORE 1 | | HUNTINGTON STATION | NY | 11746 | 11/8/2012 | 4/26/13 |
| FS2233423 | 655323 | CTD | SUPER MART PHARMACY | 12230 EAST 8 MILE ROAD | | | DETROIT | MI | 48205 | 9/13/2012 | |
| FS2281145 | 657705 | CT | SEVENTH ELM DRUG CORP | 56 SEVENTH AVENUE | | | NEW YORK | NY | 10011 | 1/31/2013 | 8/8/14 |
| FS2619940 | 671448 | CTD | STEEPLECHASE PLAZA PHARMACY | 11037 FM 1960 WEST | SUITE B5 | | HOUSTON | TX | 77065 | 10/22/2015 | |
| FS3572840 | 699983 | CTD | SOUTHAMPTON FAMILY PHARMACY | 209 ND STREET PIKE | | | SOUTHAMPTON | PA | 18966 | 1/31/2013 | |
| FT0251227 | 560066 | CTD | TUG VALLEY PHARMACY LLC | 54 WEST SECOND AVE | PO BOX 538 | | WILLIAMSON | WV | 25661 | 1/18/2016 | |
| FT1881172 | 643046 | CTD | TIME SQUARE DRUGS INC. | DBA MANHATTNAS PHARMCY | 4601 MILITARY TRAIL | SUITE 101 | JUPITER | FL | 33458 | 11/17/2011 | |
| FT2371831 | 659991 | CTD | TRINITY MISSION COMMUNITY PHCY | 16569 BROOKHURST ST | | | FOUNTAIN VALLEY | CA | 92708 | 10/30/2012 | |
| FT3192870 | 692692 | CTD | TRINITY PHARMACY | 1925 EAST ROSEMEADE PARKWAY | | | CARROLLTON | TX | 75007 | 10/22/2015 | |
| FV2081812 | 649714 | CTD | VICTORY RX LLC | RANDALL MANOR PHCY AND SURGICAL SU | 395 FOREST AVENUE | | STATEN ISLAND | NY | 10301 | 11/17/2011 | |
| FV2178879 | 654913 | CTD | VILLAGE PHARMACY | 18590 HIGHWAY 16 | SUITE 1 | | PORT VINCENT | LA | 70726 | 4/1/2012 | |
| FW1655034 | 624543 | CTD | WESTSIDE PHARMACY | 11504 SANTA MONICA BLVD | | | LOS ANGELES | CA | 90025 | 9/13/2012 | |
| FW2202517 | 653642 | CTD | WOODBRIDGE PHARMACY | 14904 JEFFERSON | | | WOODBRIDGE | VA | 22191 | 10/30/2012 | |
| FV3124257 | 690545 | CTD | WESTEND DISCOUNT PHARMCY | 587 JOSEPH E LOWERY | | | ATLANTA | GA | 30310 | 2/26/2015 | |
| RC0281876 | 52088559 | CT | CALIGOR RX INC | 1226 LEXINGTON AVE | | | NEW YORK | NY | 10028 | 11/17/2011 | 1/12/16 |
| | 52046386 | CTD | GULF COAST MEDICAL PHARM | 13685 DOCTORS WAY | | | FORT MYERS | FL | 33912 | 9/16/2011 | |
| | 52019047 | CTD | EXTENDED CARE PHARM | 6400 CRILL AVE | | | PALATKA | FL | 32177 | 7/30/2012 | |
| | 52032983 | CTD | JORGES PHARMACY | 1701 CORAL WAY | | | MIAMI | FL | 33145 | 7/30/2012 | |
| | 591357 | CTD | ADISHWAR LLC | LANGHORNE PHARMACY | 172 NORTH PINE ST | | LANGHORNE | PA | 19047 | 8/15/2012 | |
| | 52033743 | CTD | TAFT PHARMACY | 20056 VENTURA BLVD. | | | WOODLAND HILLS | CA | 91364 | 8/15/2012 | |

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

MNK-T1_0001315847