PSJ15 Exh 54

**QuickFacts**
**Wheelersburg CDP, Ohio**

QuickFacts provides statistics for all states and counties, and for cities and towns with a *population of 5,000 or more*.

**Table**

| Population | Wheelersburg CDP, Ohio |
|---|---|
| **Population, Census, April 1, 2010** | **6,437** |
| 👤 **PEOPLE** | |
| **Population** | |
| Population estimates, July 1, 2018, (V2018) | X |
| Population estimates base, April 1, 2010, (V2018) | X |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2018, (V2018) | X |
| **Population, Census, April 1, 2010** | **6,437** |