PSJ15 Exh 56

Produced As Native File.

CONFIDENTIAL
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000027419
MNK-T1_0000286293

| Sold To Customer Number | Ship To Customer Number | Ship To Customer Name | Ship To Customer Address Line 1 | Ship To Customer City | Ship To Customer State | Ship To Customer Postal Code | DEA Number | Sold Via Parent Customer Name | Gross Sales | Sales Qty Govt UOM Oxy 15 |
|---|---|---|---|---|---|---|---|---|---|---|
| 597035 | 597035 | MARGY TEMPONERAS, MD | 418 CENTER STREET | WHEELERSBURG | OH | 45694 | BT5598214 | MIAMI LUKEN INC | 27,159.70 | 147,800 |
| 506074 | 506074 | NEW CHOICE PHARMACY | 1900 23RD STREET | CUYAHOGA FALLS | OH | 44223 | BN8680399 | CARDINAL HEALTH | 21,006.75 | 92,500 |
| 52029290 | 52029290 | NEXTRX LLC | 8990 DUKE BLVD | MASON | OH | 45040 | BA6872041 | CARDINAL HEALTH | 18,542.10 | 78,600 |
| 52061244 | 52061244 | MEDIMART PHARMACY | 902 4TH STREET | PORTSMOUTH | OH | 45662 | BP1945774 | MIAMI LUKEN INC | 15,629.88 | 84,000 |
| 52092000 | 52092000 | THE DRUG STORE PHARMACY | 2940 GROVEPORT RD | COLUMBUS | OH | 43207 | AT3154060 | MIAMI LUKEN INC | 15,310.29 | 86,700 |
| 52041730 | 52041730 | EAST MAIN STREET PHARMACY | 1336 EAST MAIN STREET | COLUMBUS | OH | 43205 | BE5902615 | DBS TRADING INC MASTERS PHARMACEUTICALS | 14,364.56 | 74,600 |
| 52009026 | 52009026 | FAMILY MEDICAL PHCY | 5770 KARL ROAD | COLUMBUS | OH | 43229 | AF1958935 | AMERISOURCE BERGEN HEALTH | 13,415.13 | 63,600 |
| 52090682 | 52090682 | FRANKLIN PHARMACY 1 | 1732 YOUNGSTOWN RD. | WARREN | OH | 44484 | AF2953657 | MCKESSON DRUG CO | 12,015.12 | 57,800 |
| 52092000 | 52092000 | THE DRUG STORE PHARMACY | 2940 GROVEPORT RD | COLUMBUS | OH | 43207 | AT3154060 | KEYSOURCE MEDICAL INC | 11,442.96 | 57,600 |
| 52092000 | 52092000 | THE DRUG STORE PHARMACY | 2940 GROVEPORT RD | COLUMBUS | OH | 43207 | AT3154060 | DBS TRADING INC MASTERS PHARMACEUTICALS | 10,786.76 | 53,200 |
| 52022759 | 52022759 | SHAFFER PHARMACY | 3900 SUNFOREST AVENUE | TOLEDO | OH | 43623 | AS8550243 | AMERISOURCE BERGEN HEALTH | 9,536.55 | 39,000 |
| 52044912 | 52044912 | GRIFFITHS PHARMACY INC | 601 HANOVER STREET | MARTINS FERRY | OH | 43935 | BG0312962 | CARDINAL HEALTH | 9,278.46 | 35,400 |
| 52092521 | 52092521 | MEDICINE SHOPPE 1018 LNCSTR | 900 EAST MAIN STREET | LANCASTER | OH | 43130 | BC4959764 | AMERISOURCE BERGEN HEALTH | 8,460.09 | 36,600 |
| 52012955 | 52012955 | KLEINS PHARMACY | 2015 STATE RD. | CUYAHOGA FALLS | OH | 44223 | AK2946854 | MCKESSON DRUG CO | 8,245.44 | 39,400 |
| 52010068 | 52010068 | RITE-AID #3195 | 54 SOUTH STATE STREET | PAINESVILLE | OH | 44077 | AG2932590 | MCKESSON DRUG CO | 8,216.53 | 40,800 |
| 52041730 | 52041730 | EAST MAIN STREET PHARMACY | 1336 EAST MAIN STREET | COLUMBUS | OH | 43205 | BE5902615 | MIAMI LUKEN INC | 8,192.88 | 47,400 |
| 536154 | 536154 | HARES PHARMACY II | 367 NORTH 7TH ST | HAMILTON | OH | 45011 | FH0006610 | CARDINAL HEALTH | 8,190.33 | 36,700 |
| 52038924 | 52038924 | DISCOUNT DRUG MART 60 | 3032 NORTH RIDGE RD EAST | ASHTABULA | OH | 44004 | BD6329711 | CARDINAL HEALTH | 7,806.89 | 32,900 |
| 52051932 | 52051932 | KROGER PHARMACY 14549 | 222 PIEDMONT AVE | CINCINNATI | OH | 45219 | BK4784256 | CARDINAL HEALTH | 7,582.04 | 39,200 |
| 52055208 | 52055208 | LEWIS PHARMACY | 253 E MAIN ST | JACKSON | OH | 45640 | BL8197926 | MCKESSON DRUG CO | 7,575.60 | 35,900 |
| 52076466 | 52076466 | THE DRUG STORE CLINIC PHCY | 2900 SOUTH HIGH ST | COLUMBUS | OH | 43207 | BT6389490 | KEYSOURCE MEDICAL INC | 7,126.29 | 35,100 |
| 52031145 | 52031145 | BROWNS DRUG | 5106 SOUTHERN BLVD | YOUNGSTOWN | OH | 44512 | BB4635554 | AMERISOURCE BERGEN HEALTH | 7,119.14 | 30,800 |
| 52074650 | 52074650 | MEDICINE SHOPPE 1249 ASHTABLA | 4343 MAIN AVENUE | ASHTABULA | OH | 44004 | BT4728210 | CARDINAL HEALTH | 7,075.72 | 28,100 |
| 52061401 | 52061401 | OVERHOLTS PHARMACY | 4619 MAHONING AVE | WARREN | OH | 44483 | BP2611487 | CARDINAL HEALTH | 7,017.06 | 27,200 |
| 52073072 | 52073072 | SMITH RX | 741 SECOND ST | PORTSMOUTH | OH | 45662 | BS8765488 | MCKESSON DRUG CO | 6,669.66 | 31,800 |
| 52039089 | 52039089 | DISCOUNT DRUG MART 61 | 107 SOUTH CHESTNUTT STREET | JEFFERSON | OH | 44047 | BD7044388 | CARDINAL HEALTH | 6,635.97 | 27,400 |
| 52092443 | 52092443 | CLINIC PHARMACY | 1000 E BROAD STREET | COLUMBUS | OH | 43205 | BC0572328 | AMERISOURCE BERGEN HEALTH | 6,581.77 | 27,400 |
| 52076466 | 52076466 | THE DRUG STORE CLINIC PHCY | 2900 SOUTH HIGH ST | COLUMBUS | OH | 43207 | BT6389490 | H D SMITH WHOLESALE DRUG CO | 6,303.12 | 30,600 |
| 524969 | 524969 | JGL PHARMACY | DBA PEOPLES PHARMACY | COLUMBUS | OH | 43207 | BJ9863906 | H D SMITH WHOLESALE DRUG CO | 6,170.24 | 35,000 |
| 52010055 | 52010055 | RITE-AID #3032 | 2149 LAKE AVENUE | ASHTABULA | OH | 44004 | AG2911560 | MCKESSON DRUG CO | 5,979.20 | 28,800 |
| 52020669 | 52020669 | RITE-AID #0450 | 138 NORTH 5TH AVENUE | STEUBENVILLE | OH | 43952 | AR8503915 | MCKESSON DRUG CO | 5,884.74 | 28,200 |
| 52022759 | 52022759 | SHAFFER PHARMACY | 3900 SUNFOREST AVENUE | TOLEDO | OH | 43623 | AS8550243 | PRESCRIPTION SUPPLY INC | 5,844.32 | 29,500 |
| 606709 | 606709 | SOUTHGATE PHARMACY | 2920 SOUTH HIGH STREET | COLUMBUS | OH | 43207 | FS1253765 | H D SMITH WHOLESALE DRUG CO | 5,621.40 | 36,000 |
| 52023047 | 52023047 | KROGER PHARMACY 14399 | 400 N ERIE BLVD. | HAMILTON | OH | 45011 | AT1154575 | CARDINAL HEALTH | 5,590.44 | 28,800 |
| 52066449 | 52066449 | RITE-AID #3969 | 1115 WEST PROSPECT ROAD | ASHTABULA | OH | 44004 | BR4949357 | MCKESSON DRUG CO | 5,574.88 | 27,300 |
| 524969 | 524969 | JGL PHARMACY | DBA PEOPLES PHARMACY | COLUMBUS | OH | 43207 | BJ9863906 | MIAMI LUKEN INC | 5,571.05 | 29,800 |
| 52061401 | 52061401 | OVERHOLTS PHARMACY | 4619 MAHONING AVE | WARREN | OH | 44483 | BP2611487 | KEYSOURCE MEDICAL INC | 5,302.95 | 25,900 |
| 52092686 | 52092686 | FRUTH PHARMACY 16 | 101 JAMES RD. | WAVERLY | OH | 45690 | BF3545704 | DBS TRADING INC MASTERS PHARMACEUTICALS | 5,268.16 | 27,000 |
| 524969 | 524969 | JGL PHARMACY | DBA PEOPLES PHARMACY | COLUMBUS | OH | 43207 | BJ9863906 | DBS TRADING INC MASTERS PHARMACEUTICALS | 5,193.36 | 26,400 |
| 52063406 | 52063406 | SCRIPTWISE PROGRESSIVE MEDICAL | 543 MCCORKLE BLVD | WESTERVILLE | OH | 43082 | BP7232034 | CARDINAL HEALTH | 5,178.89 | 21,200 |
| 52065496 | 52065496 | RIVERSIDE MED BUILDING PHARM. | 3545 OLENTANGY RIVER RD | COLUMBUS | OH | 43214 | BR3463368 | AMERISOURCE BERGEN HEALTH | 5,176.08 | 21,600 |
| 52057333 | 52057333 | DAVES PHARMACY | 411 WEST 5TH STREET | MARYSVILLE | OH | 43040 | BM5437226 | CARDINAL HEALTH | 4,794.95 | 19,500 |
| 52076466 | 52076466 | THE DRUG STORE CLINIC PHCY | 2900 SOUTH HIGH ST | COLUMBUS | OH | 43207 | BT6389490 | DBS TRADING INC MASTERS PHARMACEUTICALS | 4,746.00 | 24,000 |
| 52026392 | 52026392 | YOST PHARMACY | 120 W. MAIN ST. | MASON | OH | 45040 | AY2818839 | MCKESSON DRUG CO | 4,660.71 | 22,200 |
| 515435 | 515435 | BEAVERCREEK HEALTH PHARMACY | 2510 COMMONS BLVD | BEAVERCREEK | OH | 45431 | BB9589257 | CARDINAL HEALTH | 4,590.56 | 20,400 |
| 52073632 | 52073632 | RITE-AID #2310 | 210 MAIN STREET | TOLEDO | OH | 43605 | BT1790799 | MCKESSON DRUG CO | 4,589.44 | 24,300 |
| 52053447 | 52053447 | KROGER PHARMACY 16623 | 5800 W. BROAD STREET | GALLOWAY | OH | 43119 | BK7598379 | CARDINAL HEALTH | 4,565.04 | 23,500 |

| Sold To Customer Number | Ship To Customer Number | Ship To Customer Name | Ship To Customer Address Line 1 | Ship To Customer City | Ship To Customer State | Ship To Customer Postal Code | DEA Number | Sold Via Parent Customer Name | Gross Sales | Sales Qty Govt UOM Oxy 30 |
|---|---|---|---|---|---|---|---|---|---|---|
| 597035 | 597035 | MARGY TEMPONERAS, MD | 418 CENTER STREET | WHEELERSBURG | OH | 45694 | BT5598214 | MIAMI LUKEN INC | 66,449.70 | 214,400 |
| 52090682 | 52090682 | FRANKLIN PHARMACY 1 | 1732 YOUNGSTOWN RD. | WARREN | OH | 44484 | AF2953657 | MCKESSON DRUG CO | 52,735.70 | 147,000 |
| 52061244 | 52061244 | MEDIMART PHARMACY | 902 4TH STREET | PORTSMOUTH | OH | 45662 | BP1945774 | MIAMI LUKEN INC | 44,234.46 | 140,300 |
| 52041730 | 52041730 | EAST MAIN STREET PHARMACY | 1336 EAST MAIN STREET | COLUMBUS | OH | 43205 | BE5902615 | DBS TRADING INC MASTERS PHARMACEUTICALS | 39,722.18 | 128,200 |
| 536154 | 536154 | HARES PHARMACY II | 367 NORTH 7TH ST | HAMILTON | OH | 45011 | FH0006610 | CARDINAL HEALTH | 37,890.60 | 105,600 |
| 52061401 | 52061401 | OVERHOLTS PHARMACY | 4619 MAHONING AVE | WARREN | OH | 44483 | BP2611487 | KEYSOURCE MEDICAL INC | 37,443.50 | 103,700 |
| 52092000 | 52092000 | THE DRUG STORE PHARMACY | 2940 GROVEPORT RD | COLUMBUS | OH | 43207 | AT3154060 | KEYSOURCE MEDICAL INC | 36,840.36 | 117,000 |
| 52020802 | 52020802 | RITE-AID #0193 | 147 WEST LIBERTY STREET | HUBBARD | OH | 44425 | AR9115800 | MCKESSON DRUG CO | 32,611.73 | 92,200 |
| 52092000 | 52092000 | THE DRUG STORE PHARMACY | 2940 GROVEPORT RD | COLUMBUS | OH | 43207 | AT3154060 | MIAMI LUKEN INC | 32,211.96 | 121,800 |
| 52044912 | 52044912 | GRIFFITHS PHARMACY INC | 601 HANOVER STREET | MARTINS FERRY | OH | 43935 | BG0312962 | CARDINAL HEALTH | 24,400.89 | 65,300 |
| 52041730 | 52041730 | EAST MAIN STREET PHARMACY | 1336 EAST MAIN STREET | COLUMBUS | OH | 43205 | BE5902615 | MIAMI LUKEN INC | 23,400.60 | 88,500 |
| 52009026 | 52009026 | FAMILY MEDICAL PHCY | 5770 KARL ROAD | COLUMBUS | OH | 43229 | AF1958935 | AMERISOURCE BERGEN HEALTH | 23,340.80 | 77,600 |
| 52061401 | 52061401 | OVERHOLTS PHARMACY | 4619 MAHONING AVE | WARREN | OH | 44483 | BP2611487 | CARDINAL HEALTH | 20,162.07 | 55,200 |
| 506074 | 506074 | NEW CHOICE PHARMACY | 1900 23RD STREET | CUYAHOGA FALLS | OH | 44223 | BN8680399 | CARDINAL HEALTH | 20,005.65 | 60,900 |
| 52029290 | 52029290 | NEXTRX LLC | 8990 DUKE BLVD | MASON | OH | 45040 | BA6872041 | CARDINAL HEALTH | 19,880.49 | 55,500 |
| 52010068 | 52010068 | RITE-AID #3195 | 54 SOUTH STATE STREET | PAINESVILLE | OH | 44077 | AG2932590 | MCKESSON DRUG CO | 19,481.34 | 57,000 |
| 52055333 | 52055333 | LINCOLN KNOLLS PHARMACY | 819 MCCARTNEY ROAD | CAMPBELL | OH | 44405 | BL8718605 | VALUE DRUG CO INC | 19,394.04 | 69,000 |
| 52092000 | 52092000 | THE DRUG STORE PHARMACY | 2940 GROVEPORT RD | COLUMBUS | OH | 43207 | AT3154060 | DBS TRADING INC MASTERS PHARMACEUTICALS | 18,637.44 | 56,600 |
| 52061401 | 52061401 | OVERHOLTS PHARMACY | 4619 MAHONING AVE | WARREN | OH | 44483 | BP2611487 | VALUE DRUG CO INC | 18,460.24 | 65,600 |
| 52031145 | 52031145 | BROWNS DRUG | 5106 SOUTHERN BLVD | YOUNGSTOWN | OH | 44512 | BB4635554 | AMERISOURCE BERGEN HEALTH | 18,415.60 | 57,700 |
| 52004776 | 52004776 | ARNAS PHARMACY | 425 MARKET STREET | STEUBENVILLE | OH | 43952 | AA8197558 | CARDINAL HEALTH | 17,298.54 | 48,600 |
| 52049324 | 52049324 | BELPARK PHARMACY | 602 PARMALEE AVE | YOUNGSTOWN | OH | 44510 | BI3910177 | CARDINAL HEALTH | 15,892.61 | 43,700 |
| 52055208 | 52055208 | LEWIS PHARMACY | 253 E MAIN ST | JACKSON | OH | 45640 | BL8197926 | MCKESSON DRUG CO | 15,577.74 | 43,100 |
| 52020669 | 52020669 | RITE-AID #0450 | 138 NORTH 5TH AVENUE | STEUBENVILLE | OH | 43952 | AR8503915 | MCKESSON DRUG CO | 14,711.46 | 41,100 |
| 52026392 | 52026392 | YOST PHARMACY | 120 W. MAIN ST. | MASON | OH | 45040 | AY2818839 | MCKESSON DRUG CO | 14,544.76 | 40,300 |
| 524969 | 524969 | JGL PHARMACY | DBA PEOPLES PHARMACY | COLUMBUS | OH | 43207 | BJ9863906 | H D SMITH WHOLESALE DRUG CO | 12,637.84 | 44,400 |
| 52092521 | 52092521 | MEDICINE SHOPPE 1018 LNCSTR | 900 EAST MAIN STREET | LANCASTER | OH | 43130 | BC4959764 | AMERISOURCE BERGEN HEALTH | 12,336.80 | 36,800 |
| 52092443 | 52092443 | CLINIC PHARMACY | 1000 E BROAD STREET | COLUMBUS | OH | 43205 | BC0572328 | AMERISOURCE BERGEN HEALTH | 11,566.80 | 33,900 |
| 52012955 | 52012955 | KLEINS PHARMACY | 2015 STATE RD. | CUYAHOGA FALLS | OH | 44223 | AK2946854 | MCKESSON DRUG CO | 11,475.11 | 31,900 |
| 52076466 | 52076466 | THE DRUG STORE CLINIC PHCY | 2900 SOUTH HIGH ST | COLUMBUS | OH | 43207 | BT6389490 | KEYSOURCE MEDICAL INC | 11,442.72 | 34,800 |
| 515435 | 515435 | BEAVERCREEK HEALTH PHARMACY | 2510 COMMONS BLVD | BEAVERCREEK | OH | 45431 | BB9589257 | CARDINAL HEALTH | 11,404.74 | 34,600 |
| 52055333 | 52055333 | LINCOLN KNOLLS PHARMACY | 819 MCCARTNEY ROAD | CAMPBELL | OH | 44405 | BL8718605 | DBS TRADING INC MASTERS PHARMACEUTICALS | 11,210.16 | 32,400 |
| 524969 | 524969 | JGL PHARMACY | DBA PEOPLES PHARMACY | COLUMBUS | OH | 43207 | BJ9863906 | MIAMI LUKEN INC | 11,187.96 | 38,400 |
| 602773 | 602773 | COLER DRUG | DBA SHRIVERS PHARMACY 4 | NELSONVILLE | OH | 45764 | FC1222974 | MCKESSON DRUG CO | 11,174.73 | 31,600 |
| 606709 | 606709 | SOUTHGATE PHARMACY | 2920 SOUTH HIGH STREET | COLUMBUS | OH | 43207 | FS1253765 | H D SMITH WHOLESALE DRUG CO | 10,949.26 | 44,400 |
| 52073072 | 52073072 | SMITH RX | 741 SECOND ST | PORTSMOUTH | OH | 45662 | BS8765488 | MCKESSON DRUG CO | 10,836.70 | 29,600 |
| 52050403 | 52050403 | KROGER PHARMACY 14944 | 5080 DELHI PIKE | CINCINNATI | OH | 45238 | BK0930520 | CARDINAL HEALTH | 10,491.40 | 35,100 |
| 52090100 | 52090100 | ALLENS MEDICAL PHCY INC | 215 EASTERN AVE | CHILLICOTHE | OH | 45601 | AA2499843 | AMERISOURCE BERGEN HEALTH | 10,402.00 | 30,100 |
| 52067556 | 52067556 | RITE-AID #3016 | 2840 YOUNGSTOWN SE | WARREN | OH | 44484 | BR6483503 | MCKESSON DRUG CO | 10,352.07 | 29,400 |
| 597625 | 597625 | MATSTE INC | DBA THE HOMETOWN PHARMACY | BROOKFIELD | OH | 44403 | FM1071529 | RDC | 10,290.98 | 33,500 |
| 52060820 | 52060820 | OAKLAND PARK PHARMACY | 1486 OAKLAND PARK AVE. | COLUMBUS | OH | 43224 | BO7980774 | H D SMITH WHOLESALE DRUG CO | 9,755.98 | 31,300 |
| 52053269 | 52053269 | KROGER PHARMACY 16557 | 1060 ASHLAND ROAD | MANSFIELD | OH | 44905 | BK6997855 | CARDINAL HEALTH | 9,426.65 | 31,400 |
| 52082481 | 52082481 | WOODMAN PHARMACY | 1010 WOODMAN DRIVE | DAYTON | OH | 45432 | BW5009178 | KEYSOURCE MEDICAL INC | 9,356.16 | 34,400 |
| 539936 | 539936 | APOTHECARY SHOP OF COLUMBUS | 262 NEIL AVENUE | COLUMBUS | OH | 43215 | FA0111132 | AMERISOURCE BERGEN HEALTH | 9,301.60 | 26,800 |
| 52077143 | 52077143 | HOMETOWN PHARMACY | 3623 S MERIDIAN RD | YOUNGSTOWN | OH | 44511 | BT7268065 | H D SMITH WHOLESALE DRUG CO | 9,028.80 | 27,000 |
| 52054185 | 52054185 | LONSINGER PHARMACY | 10 E. MAIN STREET | DANVILLE | OH | 43014 | BL2466717 | MCKESSON DRUG CO | 8,794.46 | 24,200 |

Oxy 30 CY 2009