PSJ15 Exh 57

## TEMPONERAS ENTITY PURCHASES
*From Chargeback data (MNK-T1_0007965587 & 5588)*

| Year | Orders | | | Oxy 15 (UOM) | | | Oxy 30 (UOM) | | |
|---|---|---|---|---|---|---|---|---|---|
| | MediMart | Temponeras | Combined | MediMart | Temponeras | Combined | MediMart | Temponeras | Combined |
| 2002 | 2 | | 2 | | | | | | |
| 2003 | 3 | | 3 | | | | | | |
| 2004 | 22 | | 22 | | | | | | |
| 2005 | 5 | | 5 | | | | | | |
| 2006 | 12 | | 12 | 1,000 | | 1,000 | 1,200 | | 1,200 |
| 2007 | 144 | | 144 | 177,500 | | 177,500 | 256,000 | | 256,000 |
| 2008 | 296 | 23 | 319 | 329,500 | 45,400 | 374,900 | 409,400 | 22,800 | 432,200 |
| 2009 | 227 | 187 | 414 | 88,800 | 165,600 | 254,400 | 134,300 | 213,200 | 347,500 |
| 2010 | 296 | 175 | 471 | 71,100 | 217,400 | 288,500 | 86,100 | 284,400 | 370,500 |
| 2011 | 14 | | 14 | | | | | | |
| | | | | | | | | | |
| 2003 to 2011 | 1,021 | 385 | 1,406 | 667,900 | 428,400 | 1,096,300 | 887,000 | 520,400 | 1,407,400 |

S:\30096\Chargeback information\Pill Mills\Margy Temponeras, MD\Temponeras_Scioto_County_CbackData.xlsx