PSJ15 Exh 58



# THE UNITED STATES ATTORNEY'S OFFICE
## SOUTHERN DISTRICT of OHIO

U.S. Attorneys » Southern District of Ohio » News

**Department of Justice**

U.S. Attorney's Office

Southern District of Ohio

FOR IMMEDIATE RELEASE                                              Friday, April 7, 2017

## Scioto County Physician Pleads Guilty to Role in Pill Mill

CINCINNATI – Margaret Temponeras, 52, of Portsmouth, Ohio, pleaded guilty in U.S. District Court to conspiracy to distribute a controlled substance, which she did through a pain clinic and dispensary.

Benjamin C. Glassman, United States Attorney for the Southern District of Ohio, Timothy J. Plancon, Special Agent in Charge, Drug Enforcement Administration (DEA), Angela L. Byers, Special Agent in Charge, Federal Bureau of Investigation (FBI), Cincinnati Field Division, Steven W. Schierholt, Executive Director, *Ohio State Board* of *Pharmacy*, and the Ohio High Intensity Drug Trafficking Area (HIDTA) announced the plea entered into today before U.S. District Judge Timothy S. Black.

According to the Statement of Facts in this case, Temponeras owned and was the physician at Unique Pain Management in Wheelersburg, Ohio. Her father, John Temponeras, 82, was also a physician at the clinic.

From June 2005 until May 2011, Temponeras and her father saw more than 20 patients per day, who paid cash payments starting at $200 for each medical examination. Many patients received monthly prescriptions for similar combinations of medications – namely, 120-150 pills of 15mg Oxycodone, 120-150 pills of 30mg Oxycodone and 90 pills of 2mg Xanax.

Patients were referred to Raymond Fankell, 62, of Wheelersburg, Ohio, who owned Prime Pharmacy, to fill their prescriptions.

Temponeras became aware that some pharmacies in the Scioto County area had declined to accept or fill her prescriptions from Unique Pain Management so she opened the dispensary Unique Relief LLC from the same location as her clinic in order to fill her own prescriptions.

Temponeras and Fankell have each pleaded guilty to one count of conspiracy to distribute a controlled substance, which is a crime punishable by up to 20 years in prison. John Temponeras pleaded guilty to one count of conspiracy to distribute Oxycodone, which carries the same potential maximum sentence.

U.S. Attorney Glassman commended the investigation of this case by the DEA, FBI, Ohio State Board of Pharmacy, and Ohio HIDTA, as well as Assistant United States Attorneys Timothy D. Oakley and Timothy S. Mangan, who are representing the United States in this case.

# # #

**Topic(s):**
Prescription Drugs

**Component(s):**
USAO - Ohio, Southern

Updated April 7, 2017