PSJ15 Exh 60

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF OHIO
 2                          EASTERN DIVISION
 3
     IN RE:  NATIONAL PRESCRIPTION    ) No. 17-md-2804
 4   OPIATE LITIGATION NO. 2804       )
                                      )
 5   APPLIES TO ALL CASES             ) Hon. Dan A. Polster
                                      )
 6
 7         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 8                    CONFIDENTIALITY REVIEW
 9
                VIDEO DEPOSITION OF JOHN GILLIES
10
                        February 8, 2019
11                         9:04 a.m.
12
13
14
          Reporter:  John Arndt, CSR, CCR, RDR, CRR
15                   CSR No. 084-004605
                        CCR No. 1186
16
17
18
19
20
21
22
23
24
```

```
 1                DEPOSITION OF JOHN GILLIES produced,
       sworn, and examined on February 8, 2019, at Bryan Cave
 2     Leighton Paisner LLP, 211 North Broadway, Suite 3600,
       in the City of St. Louis, State of Missouri, before
 3     John Arndt, a Certified Shorthand Reporter and
       Certified Court Reporter.
 4
 5                      APPEARANCES OF COUNSEL
 6     On Behalf of Plaintiffs:
              Keller Rohrback LLP
 7            1201 Third Avenue, Suite 3200
              Seattle, WA  98101
 8            (206) 623-1900
              BY:   MR. DAVID J. KO
 9                  dko@kellerrohrback.com
                    MR. DEAN KAWAMOTO
10                  dkawamoto@kellerrohrback.com
                    MS. ALISON GAFFNEY
11
       On Behalf of Tennessee Action:
12            Branstetter, Stranch & Jennings, PLLC
              223 Rosa L. Parks Avenue, Suite 200
13            Nashville, TN  37203
              (615) 254-8801
14            BY:   MS. TRICIA HERZFELD
                    triciah@bsjfirm.com
15
       On Behalf of AmerisourceBergen:
16            Reed Smith LLP
              136 Main Street, Suite 250
17            Princeton, NJ  08540
              (609) 514-5959
18            BY:   MS. SHANA E. RUSSO
                    srusso@reedsmith.com
19                  (present via speakerphone)
20     On Behalf of Walmart:
              Jones Day
21            325 John H. McConnell Boulevard, Suite 600
              Columbus, OH  43215
22            (614) 469-3939
              BY:   MS. BRANDY H. RANJAN
23                  branjan@jonesday.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              APPEARANCES OF COUNSEL (CONTINUED)
 2

    On Behalf of Cardinal Health:
 3       Armstrong Teasdale, LLP
         7700 Forsyth Boulevard, Suite 1800
 4       St. Louis, MO  63105
         (314) 552-6672
 5       BY:   MS. SARAH E. HARMON
               sharmon@armstrongteasdale.com
 6

    On Behalf of Mallinckrodt, SpecGX LLC, and John
 7  Gillies:
         Ropes & Gray LLP
 8       800 Boylston Street
         Boston, MA  02199
 9       (617) 951-7000
         BY:   MR. ANDREW O'CONNOR
10             andrew.o'connor@ropesgray.com
               MR. JOSH GOLDSTEIN
11             joshua.goldstein@ropesgray.com
12
    Also present:  James Arndt, videographer
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1   to purchase opioid products?
 2        A.    I know where my knowledge comes from.
 3        Q.    But I'm just --
 4        A.    From my previous employer.
 5        Q.    Well, but I'm not asking you for
 6   confidential information or detailed information.
 7        A.    Okay.
 8        Q.    I'm just saying that given the press
 9   and the -- well, given the widespread press coverage of
10   Florida, which I mean, you as well as other people
11   understand, isn't it common knowledge that people go
12   into Florida to buy drugs because of the liberal
13   business practices and then they take those drugs out
14   of Florida?
15        A.    Thank you.
16        Q.    Is that generally understood, sir?
17        A.    Thank you.  That's a different question,
18   and the answer is yes.
19        Q.    So I'm handing you what's marked as
20   Exhibit 36.
21              [Exhibit Mallinckrodt-Gillies-036
22              marked for identification.]
23        Q.    And this is a prior exhibit from the Neely
24   deposition, Mallinckrodt Exhibit 14.  Bates number is
```

 1  about California, Idaho, Oklahoma, or Mississippi?

 2          MR. O'CONNOR:  Objection to form.

 3      A.  No Idaho, Oklahoma, Mississippi.  Knew

 4  that there were some high-concentration areas in

 5  California, but not aware of diversion.

 6  BY MR. KAWAMOTO:

 7      Q.  And so when you say high-concentration

 8  areas, what are you referring to?

 9      A.  I'm referring to the heat map showing that

10  there was pockets within California that hydro products

11  were the primary drug being prescribed.

12      Q.  Did you do anything to investigate those

13  pockets in California?

14          MR. O'CONNOR:  Objection to form.

15      A.  We did look at pharmacies in California.

16  BY MR. KAWAMOTO:

17      Q.  So turning to Page 12.  It says many warm

18  and hotspots in Florida, but limited across the rest of

19  the country.  Shows geographical differences in

20  potential abuse patterns.  Do you know what that means?

21      A.  I'm not really sure what this -- what

22  that's referencing.

23      Q.  And I notice it says one can also follow

24  the Oxy Express, Highway 75, and see all the cool spots

Highly Confidential - Subject to Further Confidentiality Review

 1   that pop up along the highway known to be used by
 2   drug-seekers traveling for pills, according to the DEA.
 3              Are you familiar with the term Oxy
 4   Express?
 5        A.    Yes.
 6        Q.    And what is the Oxy Express?
 7        A.    Drug-seekers along the I-75 corridor.
 8        Q.    And the Oxy Express connects all of those
 9   states -- I mean, it starts in Florida and it goes up,
10   does it not?
11        A.    Yes.
12              MR. O'CONNOR:  Objection to form.
13   BY MR. KAWAMOTO:
14        Q.    So turning to Page 15.  And it says
15   Kentucky critical spot facts.  Over 23 million tablets
16   were prescribed since March 2010 -- and my apologies.
17   I'm reading from the PowerPoint.  Over 23 million
18   tablets were prescribed since March 2010 in an area
19   with a total population of 3.1 million.  Total supply
20   of dispensed tablets is enough to give every person in
21   the population almost eight tablets.
22              Were you aware of that information?
23        A.    No.
24        Q.    31 percent of all tablets were paid with