PSJ15 Exh 63







# EXALGO® Rx and Patient Volume

- In April 2011, the 16MG strength became the most common strength prescribed by physicians.
- Patient counts increased considerably in 2012.

*Source: IMS NPA,  IMS NPA Market Dynamics*

Mallinckrodt    Confidential Information for Covidien training purposes only.    COVIDIEN

3





# EXALGO® Prescriber Activity

- 1 in 2 physicians who wrote EXALGO® at least once are considered "discontinued" writers.
  - Pain specialists, Anesthesiologists, and PM&R specialists are less likely to be discontinuers than PCPs and other less common specialties.

*Source: IMS Xponent Plantrak™*

Mallinckrodt          Confidential Information for Covidien training purposes only.          COVIDIEN

5





## Methodology

- Combined all IMS Xponent Plantrak™ cash prescriptions in the last two years by the prescribing physician's three-digit zip code.

- Product basket included therapies and strengths known to be highly abused, as well as EXALGO®.
  - 5/325 and 10/325MG Hydro/APAP
  - 2,4 and 8MG Dilaudid & generics
  - 8, 12, and 16MG EXALGO®
  - 5 and 10MG Methadone
  - 60,100,200MG MS CONTIN® & generics
  - 15 and 30MG Oxycodone HCL IR
  - 5/325 and 10/325MG Oxycodone/APAP
  - 40,60,80MG OxyContin® & generics
  - 2 and 8MG Subutex® & generics

*Source: IMS Xponent Plantrak™*

Mallinckrodt                Confidential Information for Covidien training purposes only.                ✚ COVIDIEN

8

## Methodology (continued)

- Calculated the per capita rate of cash Rx tablets for each three-digit zip code.
  - Used government census data for population counts.

- Coded per capita rates into 5 different groupings to produce heat maps.
  - Dark Blue: "Cold Spot" with 0 to .25 cash tablets per person
  - Medium Blue: "Cool Spot" .25 to .5 cash tablets per person
  - Bluish-Red: "Warm Spot" with .5 to 1 cash tablets per person
  - Bright Red: "Hot Spot" with 1 to 2 cash tablets per person
  - Dark Red: "Critical Spot" with 2 to 3 cash tablets per person

Mallinckrodt          Confidential Information for Covidien training purposes only.          COVIDIEN

9



4 critical danger spots, 3 of which are in KY near the WV border.



Talking Points: 2 danger zones in KY, and just for this 1 product and 2 strengths alone. Hot spots near las vegas, in TX, AK, and AL. None in FL. California, TX, Idaho OK, and MS also have large portion of warm spots.



Many warm and hot spots in FL, but limited across the rest of the country. Shows geographical differences in potential abuse patterns. One can also follow the "oxy express" (highway 75) and see all the cool spots that pop up along the highway known to be used by drug seekers travelling for pills (according to the dea).



The entire country has cold spots for EXALGO cash tablets per capita. The highest rate is 0.0006 in new jersey where there are 17 EXALGO cash patients and less than 100 EXALGO cash prescriptions.

## Critical Spots in Kentucky

- 3 of the 4 critical spots in the US are in Kentucky near the West Virginia border.



*Source: IMS Xponent Plantrak™*

Mallinckrodt     Confidential Information for Covidien training purposes only.     ✚ COVIDIEN

14



Find total tablets of all products per capita

## Florida Hot Spots

- Florida physicians in 11 different hot/critical spots prescribed 58% of all tablets in the nation's hot/critical spots.

- 21% of tablets were cash transactions.

- 800 million tablets were dispensed in the 11 different hot/critical spots, and 1.5 billion tablets were dispensed in the entire state.



*Source: IMS Xponent Plantrak™*

Mallinckrodt        Confidential Information for Covidien training purposes only.                COVIDIEN

16

# Hot Spot & Critical Spots Trends



- In the nation's hot and critical spots, notable usage shifts recently occurred. Oxycodone HCL tablets decreased in percentage usage, while Hydrocodone/APAP, Dilaudid®, Methadone, and Oxycodone/APAP increased.

*Source: IMS Xponent Plantrak™*

Mallinckrodt    Confidential Information for Covidien training purposes only.    ✚ COVIDIEN

17



# National Cash Trends

- The nation's product trends are steady.
- In 2012 the hot/critical spots are starting to mirror national product usage.

*Source: IMS Xponent Plantrak™*

Mallinckrodt     Confidential Information for Covidien training purposes only.     COVIDIEN

18



