PSJ15 Exh 65

| | |
|---|---|
| **From:** | Muhlenkamp, Kate M (Neely) <Kate.Muhlenkamp@Covidien.com> |
| **Sent:** | Tuesday, September 14, 2010 2:11 PM |
| **To:** | Harper, Karen <Karen.Harper@Covidien.com> |
| **Subject:** | RE: Requesting Info: Dollars of Sales, Oxycodone 15 and 30 mg to Florida per year |
| **Attach:** | Oxy Florida Sales 091410.xls |

Karen,

Plesae see attached.  Note that I pulled gross/contract sales for you.  I originally pulled net sales, but we do not assign rebates to the state level, so the net sales, in relation to our total net sales, looked overstated.

Let me know if you have any questions.

Thanks,

Kate


Kate Muhlenkamp
Product Manager
Covidien
Mallinckrodt
Specialty Generic Pharmaceuticals
675 McDonnell Blvd
Saint Louis, MO  63042

(314) 654-3735 - Office
(314) 654-7128 - Fax

www.covidien.com

---

**From:** Harper, Karen
**Sent:** Tuesday, September 14, 2010 7:52 AM
**To:** Muhlenkamp, Kate M (Neely)
**Subject:** Requesting Info: Dollars of Sales, Oxycodone 15 and 30 mg to Florida per year


Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Senior Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Total End Purchaser | | | | |
| 2 | Gross Sales $ | 2008 | 2009 | 2010 | By Fiscal Period |
| 3 | 851501 - OXYCODONE HCL 15MG TABS USP | $16,770,857.00 | $31,301,255.37 | $23,593,528.07 | **$71,665,640.44** |
| 4 | 853001 - OXYCODONE HCL 30MG TABS USP | $35,608,787.25 | $86,730,681.00 | $89,193,218.02 | **$211,532,686.27** |
| 5 | Total | **$52,379,644.25** | **$118,031,936.37** | **$112,786,746.09** | **$283,198,326.71** |
| 6 | Sep 14, 2010 | | | - 1 - | 9:07:00 AM |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | Total End Purchaser | | | | |
| 11 | FL | | | | |
| 12 | Gross Sales $ | 2008 | 2009 | 2010 | By Fiscal Period |
| 13 | 851501 - OXYCODONE HCL 15MG TABS USP | $1,786,369.91 | $5,141,436.49 | $5,520,689.35 | **$12,448,495.75** |
| 14 | 853001 - OXYCODONE HCL 30MG TABS USP | $12,702,902.17 | $41,110,632.49 | $47,313,231.25 | **$101,126,765.91** |
| 15 | Total | **$14,489,272.08** | **$46,252,068.98** | **$52,833,920.60** | **$113,575,261.66** |
| 16 | Sep 14, 2010 | | | - 1 - | 9:07:23 AM |
| 17 | | | | | |
| 18 | | | | | |
| 19 | Gross Sales $ | 2008 | 2009 | 2010 | By Fiscal Period |
| 20 | 851501 - OXYCODONE HCL 15MG TABS USP | 11% | 16% | 23% | **17%** |
| 21 | 853001 - OXYCODONE HCL 30MG TABS USP | 36% | 47% | 53% | **48%** |
| 22 | Total | **28%** | **39%** | **47%** | **40%** |
| 23 | Sep 14, 2010 | | | - 1 - | 9:07:23 AM |

CONFIDENTIAL

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000030834

MNK-T1_0000289708