PSJ15 Exh 67

| | |
|---|---|
| **From:** | Harper, Karen |
| **To:** | Lesnak, Robert A; Neely, Mike |
| **Sent:** | 8/27/2008 12:19:54 PM |
| **Subject:** | FW: DEA Acknowledgement: Report of Suspicious Order |
| **Attachments:** | 2363_001.pdf |

FYI, details of the incident discussed in the Case Study within the Suspicious Order Monitoring presentation yesterday. Pete Kleissle is the Diversion Group Supervisor at DEA St. Louis office.

Karen Harper
Manager, DEA Compliance
Covidien
Mallinckrodt Pharmaceutical Products
3600 North Second Street
St. Louis, MO 63147
USA

Telephone (office) (314) 654-1868
Telephone (24/7 access) (314) 654-1600
Fax (314) 654-5648

karen.harper@covidien.com


*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*

---

**From:** Harper, Karen
**Sent:** August 25, 2008 5:20 AM
**To:** Levy, JoAnne; Ratliff, Bill; Pheney, Michael; Stewart, Cathy
**Subject:** DEA Acknowledgement: Report of Suspicious Order


Karen Harper
Manager, DEA Compliance
Covidien
Mallinckrodt Pharmaceutical Products
3600 North Second Street
St. Louis, MO 63147
USA

Telephone (office) (314) 654-1868
Telephone (24/7 access) (314) 654-1600
Fax (314) 654-5648

karen.harper@covidien.com


*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*

---

**From:** Kleissle, Paul (Pete) D. [mailto:Paul.D.Kleissle@usdoj.gov]

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000015800
MNK-T1_0000274675

**Sent:** August 24, 2008 12:46 PM
**To:** Harper, Karen
**Subject:** RE: Report of Suspicious Order

Hi Karen,

Thanks for the info.

Pete

-----Original Message-----
**From:** Harper, Karen [mailto:Karen.Harper@Covidien.com]
**Sent:** Monday, August 18, 2008 10:08 AM
**To:** Kleissle, Paul (Pete) D.
**Subject:** Report of Suspicious Order


Pete,
We have detected a Suspicious Order (details below and attached) per our Suspicious Order Monitoring Program.

Per our procedure, Customer Service returned DEA222 Form 053485664 to the registered location listed on the form due to no customer account having been established for this DEA registration number or name and address.

Customer advises the DEA 222 Form blank(s) were obtained and used without his authorization.

Further, customer has reported the incident to DEA Diversion Group in Dallas, TX.



Karen Harper
Manager, DEA Compliance
Covidien
Mallinckrodt Pharmaceutical Products
3600 North Second Street
St. Louis, MO 63147
USA

Telephone (office) (314) 654-1868
Telephone (24/7 access) (314) 654-1600
Fax (314) 654-5648

karen.harper@covidien.com


*This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.*

_____

_____

**From:** Rehkop, Brenda D
**Sent:** Thursday, August 14, 2008 5:36 PM
**To:** kingdomofgod@verizon.net
**Cc:** Stewart, Cathy
**Subject:** 222 form # 053485664 / Wong, Nelson Johnston KA-Cheun, Carrollton, TX

Dear Dr. Wong,

Lesle Grossius forwarded your letter to me, please see attachment. I have checked our system and can not find anyone named Al Clarke, M.D. affiliated with any of our current accts.

I am very sorry to say I have no other information other than the 222 form was received by our company. Since we had no acct tied to the DEA registration on the form and no phone #, it was returned to the address on the form.

I will keep your letter and make our Customer Service dept aware of the situation. If another 222 form is received, we will notify you immediately. We are in the habit of keeping envelopes that 222 forms come in, for approx one week. If another is received we will be sure to keep that for tracking purposes as well.

<<2363_001.pdf>>
Thank you,
Brenda Rehkop
Customer Service Representative
Covidien / Mallinckrodt Dosage Pharmaceuticals
675 McDonnell Blvd.
Hazelwood, Mo 63042
USA
800-325-8888 - phone
800-323-5039 - fax

Confidential                                                                                                                                        MAL-MI 000015802
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                          MNK-T1_0000274677