PSJ15 Exh 68

| | |
|---|---|
| **From:** | Ratliff, Bill |
| **To:** | Harper, Karen |
| **Sent:** | 3/23/2009 8:41:48 PM |
| **Subject:** | FW: Suspicious Order Report |

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

---

**From:** Ratliff, Bill
**Sent:** Monday, March 23, 2009 3:27 PM
**To:** Kleissle, Paul (Pete) D.
**Subject:** RE: Suspicious Order Report

Thanks, Pete. We will work with them.

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

---

**From:** Kleissle, Paul (Pete) D. [mailto:Paul.D.Kleissle@usdoj.gov]
**Sent:** Monday, March 23, 2009 3:25 PM
**To:** Ratliff, Bill
**Subject:** FW: Suspicious Order Report

Bill,

Please let me know that you got this info.

Pete

-----Original Message-----
**From:** Partridge, John W.
**Sent:** Monday, March 23, 2009 3:23 PM
**To:** Kleissle, Paul (Pete) D.
**Subject:** RE: Suspicious Order Report

```
Pete,

On-site with So Ca Compounding pharmacy today.  They compound a Fentanyl vial
for a particular physician who injects it into the patients pump which was
previously implanted in the patients body.
```

Confidential                                                                                                                          MAL-MI 000016861
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                       MNK-T1_0000275736

```
The pharmacy will lower the amount of their Fentanyl requested.

They are operating in a touchy zone, they could be considered a manufacturer
based upon how they are doing business with the physician.  We have corrected
that.

No other issues, they are good to go for now at a lower amount of Fentanyl.

John.
```

-----Original Message-----
**From:** Kleissle, Paul (Pete) D.
**Sent:** Friday, March 20, 2009 1:42 PM
**To:** Partridge, John W.
**Subject:** FW: Suspicious Order Report

John,

Info on suspicious order from Mallinckrodt located here. I think this may be in your area.

Can you check this RX out, for validity.

See what you think.

Pete Kleissle


-----Original Message-----
**From:** Ratliff, Bill [mailto:Bill.Ratliff@Covidien.com]
**Sent:** Friday, March 20, 2009 2:23 PM
**To:** Kleissle, Paul (Pete) D.
**Cc:** Harper, Karen; Hunter, Dave
**Subject:** Suspicious Order Report


Pete as part of the Suspicious Order Monitoring Program, information was provided to Karen and me regarding the below listed order. They are a new customer and this is the first order they placed with our company. The salesman has been ill, but still takes orders and has not been to the customers business address as required. Please see his quote below in blue. This may well be a legitimate customer that is just getting started, but they can not be located on the internet under their company name or under "compounding pharmacies." They have a suite in an industrial park North of the University of California at San Diego (see attachment). <<1102_001.pdf>>


Southern California Compounding Company
Mark Badria, Pharmacist
11120 Roselle Street Suite H
San Diego CA 92121
DEA Registration FS1137997
Requesting 50 grams of Fentanyl Citrate


They also made contact regarding setting up another customer account in the company name of Innovative requesting 5-10 grams of Fentanyl Base for Innovative. They passed their credit check showing they have done business with: McKesson Medical; Pacific Surgical Institute; and Analytical Research Laboratories. I spoke with our fentanyl company expert and he believed the order could be considered an excessive amount. With the limited information provided and the amount of product they are requesting this seemed to be suspicious and the order has been placed on hold.

Please let me know if you need anything. We plan to have someone actually go to the business to talk with the occupants and to have a conference call next week to determine their target application unless you advise to the contrary.


"Bill, I have someone that perhaps can go look into Innovative. Should have been a red flag to me when the e-mail address was simply Innovative through some phone company, and best contact was a cell number. They do claim to be currently buying Fentanyl (for a separate requirement) from either B&B or Medisca, but I'll see what I can learn. Tom"


Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

Confidential                                                                                                              MAL-MI 000016863
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                  MNK-T1_0000275738