PSJ15 Exh 69

| | |
|---|---|
| **From:** | Ratliff, Bill |
| **To:** | Kleissle, Paul (Pete) D. |
| **CC:** | Harper, Karen; Rausch, Jim H; Pokorny, Camille M; Litzsinger, Nick K; Palmer, Tom; Hunter, Dave |
| **Sent:** | 3/25/2009 4:17:59 PM |
| **Subject:** | RE: Suspicious Order Report |

Innovative is ordering under their Researcher registration. If DEA deems them to be a manufacturer requiring quota, we will not fill this order.

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

---

**From:** Kleissle, Paul (Pete) D. [mailto:Paul.D.Kleissle@usdoj.gov]
**Sent:** Monday, March 23, 2009 4:32 PM
**To:** Ratliff, Bill
**Subject:** FW: Suspicious Order Report

Bill,

More info.

Pete


-----Original Message-----
**From:** Partridge, John W.
**Sent:** Monday, March 23, 2009 3:48 PM
**To:** Kleissle, Paul (Pete) D.
**Subject:** RE: Suspicious Order Report

```
Pete,

Sorry, the second issue in the e-mail was the firm named Innovative, the two
firms are side by side and with some co-owners of the pharmacy.  Innovative is a
new manufacturer of Fentanyl patches.  I don't think they would order yet, I
don't believe they have their quota established as yet.

We had thought maybe the pharmacy was ordering the Fentanyl for the
manufacturer, not the case after the on-site.
```
-----Original Message-----
**From:** Kleissle, Paul (Pete) D.
**Sent:** Friday, March 20, 2009 1:42 PM
**To:** Partridge, John W.
**Subject:** FW: Suspicious Order Report

John,

Info on suspicious order from Mallinckrodt located here. I think this may be in your area.

Can you check this RX out, for validity.

Confidential                                                                                                                         MAL-MI 000016873
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                               MNK-T1_0000275748

See what you think.

Pete Kleissle


-----Original Message-----
**From:** Ratliff, Bill [mailto:Bill.Ratliff@Covidien.com]
**Sent:** Friday, March 20, 2009 2:23 PM
**To:** Kleissle, Paul (Pete) D.
**Cc:** Harper, Karen; Hunter, Dave
**Subject:** Suspicious Order Report


Pete as part of the Suspicious Order Monitoring Program, information was provided to Karen and me regarding the below listed order. They are a new customer and this is the first order they placed with our company. The salesman has been ill, but still takes orders and has not been to the customers business address as required. Please see his quote below in blue. This may well be a legitimate customer that is just getting started, but they can not be located on the internet under their company name or under "compounding pharmacies." They have a suite in an industrial park North of the University of California at San Diego (see attachment). <<1102_001.pdf>>


Southern California Compounding Company
Mark Badria, Pharmacist
11120 Roselle Street Suite H
San Diego CA 92121
DEA Registration FS1137997
Requesting 50 grams of Fentanyl Citrate


They also made contact regarding setting up another customer account in the company name of Innovative requesting 5-10 grams of Fentanyl Base for Innovative. They passed their credit check showing they have done business with: McKesson Medical; Pacific Surgical Institute; and Analytical Research Laboratories. I spoke with our fentanyl company expert and he believed the order could be considered an excessive amount. With the limited information provided and the amount of product they are requesting this seemed to be suspicious and the order has been placed on hold.

Please let me know if you need anything. We plan to have someone actually go to the business to talk with the occupants and to have a conference call next week to determine their target application unless you advise to the contrary.


"Bill, I have someone that perhaps can go look into Innovative. Should have been a red flag to me when the e-mail address was simply Innovative through some phone company, and best contact was a cell number. They do claim to be currently buying Fentanyl (for a separate requirement) from either B&B or Medisca, but I'll see what I can learn. Tom"

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

Confidential

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000016875

MNK-T1_0000275750