PSJ15 Exh 70

| | |
|---|---|
| **From:** | Ratliff, Bill |
| **Sent:** | Friday, August 14, 2009 2:31 PM |
| **To:** | Harper, Karen |
| **Subject:** | RE: Suspicious Order Monitoring Report: Southern California Compounding Pharmacy Order Inquiry |

Shouldn't you say we are canceling them because we do not believe their registration supports the addition?

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

---

**From:** Harper, Karen
**Sent:** Friday, August 14, 2009 9:00 AM
**To:** Kleissle, Paul (Pete) D.
**Cc:** Ratliff, Bill
**Subject:** Suspicious Order Monitoring Report: Southern California Compounding Pharmacy Order Inquiry

Pete,
FYI
We previously corresponded with DEA (March, 2009) about this customer and they decreased their Fentanyl order from 50 grams to 25 grams.
Customer now requests more frequent deliveries and wants to order Hydromorphone.

Karen Harper
Controlled Substance Compliance
Global Logistics Manager
Covidien/Mallinckrodt
Telephone (office) (314) 654-1868
Telephone (cellular) (314) 401-1573
karen.harper@covidien.com

*This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.*

---

**From:** Harper, Karen
**Sent:** August 12, 2009 7:28 AM
**To:** Pokorny, Camille M
**Cc:** Ratliff, Bill; Stewart, Cathy; Hunter, Dave
**Subject:** Southern California Compounding Pharmacy Order Inquiry

Camille,
Per our conversations, customer has inquired about increasing the frequency of their Fentanyl orders or increasing the quantity of their Fentanyl orders.
Further, they intend to purchase Hydromorphone powder as well.

file://C:\Documents and Settings\christine.inman\Local Settings\Temporary Internet Files\...   9/23/2011

Confidential

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000000222

MNK-T1_0000259231

Customer operates using a Retail Pharmacy DEA Registration.

Mallinckrodt interpretation of the regulations is as follows:

Retail Pharmacy
Compounds medications to fit the unique needs of the patient, as authorized by a prescription from physician.
The medications must be dispensed directly to a patient and not sent to the physician.
DEA **does not require** quota issuance for acquisitions by Retail Pharmacy registrants, distributions of CI and CII require DEA 222 order forms.
Note: The Mallinckrodt business model does not include direct sales to Retail Pharmacy registrants.

Compounding Pharmacy
Compounds medications to fit the unique needs of the patient, as authorized by a prescription from physician.
Compounding pharmacy does not dispense medication to the patient but may send it directly to the prescribing physician for office administration.
DEA requires Compounding Pharmacy registrants to be licensed within the category of Manufacturing registrants.
Manufacturing registrants **require quota** for acquisitions of CI and CII controlled substances, distributions of CI and CII require DEA 222 order forms.
Note: The Mallinckrodt business model accommodates sales to Compounding Pharmacy/Manufacturing registrants, upon proof of current DEA registration license, provided they certify in writing that the firm has available Procurement Quota issued by DEA, adequate to cover the quantity of the specific sale.


Karen Harper
Controlled Substance Compliance
Global Logistics Manager
Covidien/Mallinckrodt
Telephone (office) (314) 654-1868
Telephone (cellular) (314) 401-1573
karen.harper@covidien.com


*This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.*

Confidential                                                                                                                    MAL-MI 000000223
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                      MNK-T1_0000259232

**From:** Ratliff, Bill
**Sent:** Friday, August 14, 2009 2:31 PM
**To:** Harper, Karen
**Subject:** RE: Suspicious Order Monitoring Report: Southern California Compounding Pharmacy Order Inquiry

Shouldn't you say we are canceling them because we do not believe their registration supports the addition?

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

---

**From:** Harper, Karen
**Sent:** Friday, August 14, 2009 9:00 AM
**To:** Kleissle, Paul (Pete) D.
**Cc:** Ratliff, Bill
**Subject:** Suspicious Order Monitoring Report: Southern California Compounding Pharmacy Order Inquiry

Pete,
FYI
We previously corresponded with DEA (March, 2009) about this customer and they decreased their Fentanyl order from 50 grams to 25 grams.
Customer now requests more frequent deliveries and wants to order Hydromorphone.

Karen Harper
Controlled Substance Compliance
Global Logistics Manager
Covidien/Mallinckrodt
Telephone (office) (314) 654-1868
Telephone (cellular) (314) 401-1573
karen.harper@covidien.com

*This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.*

---

**From:** Harper, Karen
**Sent:** August 12, 2009 7:28 AM
**To:** Pokorny, Camille M
**Cc:** Ratliff, Bill; Stewart, Cathy; Hunter, Dave
**Subject:** Southern California Compounding Pharmacy Order Inquiry

Camille,
Per our conversations, customer has inquired about increasing the frequency of their Fentanyl orders or increasing the quantity of their Fentanyl orders.
Further, they intend to purchase Hydromorphone powder as well.

Confidential                                                                                                              MAL-MI 000000224
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                        MNK-T1_0000259233

Customer operates using a Retail Pharmacy DEA Registration.

Mallinckrodt interpretation of the regulations is as follows:

Retail Pharmacy
Compounds medications to fit the unique needs of the patient, as authorized by a prescription from physician.
The medications must be dispensed directly to a patient and not sent to the physician.
DEA **does not require** quota issuance for acquisitions by Retail Pharmacy registrants, distributions of CI and CII require DEA 222 order forms.
Note: The Mallinckrodt business model does not include direct sales to Retail Pharmacy registrants.

Compounding Pharmacy
Compounds medications to fit the unique needs of the patient, as authorized by a prescription from physician.
Compounding pharmacy does not dispense medication to the patient but may send it directly to the prescribing physician for office administration.
DEA requires Compounding Pharmacy registrants to be licensed within the category of Manufacturing registrants.
Manufacturing registrants **require quota** for acquisitions of CI and CII controlled substances, distributions of CI and CII require DEA 222 order forms.
Note: The Mallinckrodt business model accommodates sales to Compounding Pharmacy/Manufacturing registrants, upon proof of current DEA registration license, provided they certify in writing that the firm has available Procurement Quota issued by DEA, adequate to cover the quantity of the specific sale.

Karen Harper
Controlled Substance Compliance
Global Logistics Manager
Covidien/Mallinckrodt
Telephone (office) (314) 654-1868
Telephone (cellular) (314) 401-1573
karen.harper@covidien.com

*This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.*

file://C:\Documents and Settings\christine.inman\Local Settings\Temporary Internet Files\...    9/23/2011

Confidential                                                                                                                                                 MAL-MI 000000225
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                            MNK-T1_0000259234

| | |
|---|---|
| **From:** | Ratliff, Bill |
| **Sent:** | Friday, August 14, 2009 2:34 PM |
| **To:** | Harper, Karen |
| **Subject:** | FW: Southern California Compounding Pharmacy Order Inquiry |

What do you think?

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

---

**From:** Stewart, Cathy
**Sent:** Friday, August 14, 2009 11:39 AM
**To:** Harper, Karen; Pokorny, Camille M
**Cc:** Ratliff, Bill; Hunter, Dave; Montano, Allyne
**Subject:** RE: Southern California Compounding Pharmacy Order Inquiry

Based on our conversations we're going to ask OJ to obtain from the DEA, in writing, that its' okay for them to purchase 50 gram quantities, x number of times per month for distribution to physicians under the Retail Pharmacy license. Upon receipt and review of that communication we'll review.

I guess the next question would be whether or not the Specialty Pharmaceuticals business would have heart burn that API is selling to their customers (taking business away from Medisca, etc).

Cathy

---

**From:** Harper, Karen
**Sent:** Wednesday, August 12, 2009 7:28 AM
**To:** Pokorny, Camille M
**Cc:** Ratliff, Bill; Stewart, Cathy; Hunter, Dave
**Subject:** Southern California Compounding Pharmacy Order Inquiry

Camille,
Per our conversations, customer has inquired about increasing the frequency of their Fentanyl orders or increasing the quantity of their Fentanyl orders.
Further, they intend to purchase Hydromorphone powder as well.
Customer operates using a Retail Pharmacy DEA Registration.

Mallinckrodt interpretation of the regulations is as follows:

Retail Pharmacy
Compounds medications to fit the unique needs of the patient, as authorized by a prescription from physician.
The medications must be dispensed directly to a patient and not sent to the physician.
DEA **does not require** quota issuance for acquisitions by Retail Pharmacy registrants, distributions of CI and CII require DEA 222 order forms.
Note: The Mallinckrodt business model does not include direct sales to Retail Pharmacy registrants.

file://C:\Documents and Settings\christine.inman\Local Settings\Temporary Internet Files\...  9/23/2011

Confidential                                                                                                              MAL-MI 000000226
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                       MNK-T1_0000259235

Compounding Pharmacy
Compounds medications to fit the unique needs of the patient, as authorized by a prescription from physician.
Compounding pharmacy does not dispense medication to the patient but may send it directly to the prescribing physician for office administration.
DEA requires Compounding Pharmacy registrants to be licensed within the category of Manufacturing registrants.
Manufacturing registrants **require quota** for acquisitions of CI and CII controlled substances, distributions of CI and CII require DEA 222 order forms.
Note: The Mallinckrodt business model accommodates sales to Compounding Pharmacy/Manufacturing registrants, upon proof of current DEA registration license, provided they certify in writing that the firm has available Procurement Quota issued by DEA, adequate to cover the quantity of the specific sale.

Karen Harper
Controlled Substance Compliance
Global Logistics Manager
Covidien/Mallinckrodt
Telephone (office) (314) 654-1868
Telephone (cellular) (314) 401-1573
karen.harper@covidien.com

*This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.*

Confidential                                                                                              MAL-MI 000000227
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                  MNK-T1_0000259236