PSJ15 Exh 71

| | |
|---|---|
| **From:** | Kleissle, Paul (Pete) D. [Paul.D.Kleissle@usdoj.gov] |
| **Sent:** | Tuesday, September 15, 2009 3:25 PM |
| **To:** | Harper, Karen |
| **Subject:** | RE: Mallinckrodt Suspicious Order Report/American Pharmacy Solutions/Buprenorphine HCl |

Karen,

Thanks for the info, has been forwarded to the Mobile office for investigation.

Pete

-----Original Message-----
**From:** Harper, Karen [mailto:Karen.Harper@Covidien.com]
**Sent:** Tuesday, September 15, 2009 12:52 PM
**To:** Kleissle, Paul (Pete) D.
**Subject:** Mallinckrodt Suspicious Order Report/American Pharmacy Solutions/Buprenorphine HCl

<<American Pharmacy.doc>>

Pete,
We have received orders from a perspective new customer account as follows:

American Pharmacy Solutions
Mobile AL
DEA Registration FA0915542 (Pharmacy)

Controlled substance item ordered and quantity:
350 grams of Buprenorphine

As part of the Mallinckrodt Suspicious Order Monitoring process, our Credit Department performs a credit check and records search on new controlled substance customer accounts prior to account activation/order fulfillment.

Jason Kelley is named as the owner of American Pharmacy Solutions and a related company, Applied Pharmacy Services.
The information attached was located as part of the information search.

As a result, Mallinckrodt will not be proceeding with American Pharmacy Solutions controlled substance customer account set-up.

Mallinckrodt will not fill the Buprenorphine orders that American Pharmacy Solutions has placed.

Further, Mallinckrodt has verified that we have no established account for the related company, Applied Pharmacy Services and have entered these customer names on our "Do Not Ship List" to prevent future account activity.


Karen Harper
Controlled Substance Compliance
Global Logistics Manager
Covidien/Mallinckrodt


file://C:\Documents and Settings\christine.inman\Local Settings\Temporary Internet Files\...  9/23/2011

Confidential

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000000211

MNK-T1_0000259220

Telephone (office) (314) 654-1868
Telephone (cellular) (314) 401-1573
karen.harper@covidien.com

*This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.*

---

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000000212
MNK-T1_0000259221