PSJ15 Exh 72

| | |
|---|---|
| **From:** | Vaught, Marilyn N |
| **To:** | Bucalo, Stephanie R; Harper, Karen; Ratliff, Bill; Stewart, Cathy; Montano, Allyne |
| **CC:** | Hunter, Dave; Pokorny, Camille M |
| **Sent:** | 10/12/2009 9:13:04 PM |
| **Subject:** | RE: Master Compounding Pharmacy |

I can confirm that Steven Laddy is the same person that inquired with Stephanie recently.

Karen/Bill - Please advise next step.

Thanks,

Marilyn

---

**From:** Bucalo, Stephanie R
**Sent:** Monday, October 12, 2009 8:28 AM
**To:** Harper, Karen; Ratliff, Bill; Stewart, Cathy; Montano, Allyne; Vaught, Marilyn N
**Cc:** Hunter, Dave
**Subject:** Re: Master Compounding Pharmacy

Allyne, Please talk to Marilyn and handle in my absence. I believe I transferred the voicemail from the customer to her. Thanks Steph.

---

**From:** Harper, Karen
**To**: Bucalo, Stephanie R; Ratliff, Bill; Stewart, Cathy
**Cc**: Hunter, Dave
**Sent**: Mon Oct 12 08:13:26 2009
**Subject**: Master Compounding Pharmacy

Stephanie, per your voicemail on Friday, please verify if the current customer inquiry for the purchase of Naltrexone Base is for the same customer in the e-mail below and attached call report

Master Compounding Pharmacy

ship to address:
104-11 115th Street
Richmond Hill, NY 11419

invoice address:
115-06 Liberty Avenue
Richmond Hill, NY 11419

contact name:
Stephen S. Laddy R.Ph. MS, President

If so, I recommend declining the business and not servicing this customer even for Nal products, given that Nal products prompted DEA inquiry of Mallinckrodt in 2005.

By copy of this e-mail, I request that Bill Ratliff, Security Director, review and advise.

Confidential                                                                                                                                              MAL-MI 000018621
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                    MNK-T1_0000277496

Cathy Stewart
FYI, Camille had this account in 2005, the customer ended up decreasing and then cancelling their Fentanyl order after it had been placed on hold pending investigation -- although we had decided to not ship the Fentanyl and cancel the account. Ultimately, we reported the previous incident to DEA St. Louis as a Suspicious Order


Karen Harper
Controlled Substance Compliance Manager
Pharmaceutical Global Logistics
Covidien/Mallinckrodt
Telephone (office) (314) 654-1868
Telephone (cellular) (314) 401-1573
karen.harper@covidien.com


*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*

---

**From:** Ratliff, Bill
**Sent:** February 29, 2008 10:24 AM
**To:** Harper, Karen
**Subject:** RE: Master Compounding Pharmacy Order 639320

I just requested that Allied run a D&B and due diligence...for any other records on the company and president.

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

---

**From:** Harper, Karen
**Sent:** February 29, 2008 10:11 AM
**To:** Ratliff, Bill
**Subject:** RE: Master Compounding Pharmacy Order 639320

Master Compounding Pharmacy

ship to address:
104-11 115th Street
Richmond Hill, NY 11419

invoice address:
115-06 Liberty Avenue
Richmond Hill, NY 11419

contact name:
Stephen S. Laddy R.Ph. MS, President



Karen Harper

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000018622
MNK-T1_0000277497

Manager, DEA Compliance
Covidien
Mallinckrodt Pharmaceuticals
3600 North Second Street
St. Louis, MO 63147

office phone (314) 654-1868
24/7 access (314) 654-1600

---

**From:** Ratliff, Bill
**Sent:** February 29, 2008 9:59 AM
**To:** Harper, Karen
**Subject:** FW: Master Compounding Pharmacy Order 639320

Can you get me the name and address so I can complete a D&B?

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

---

**From:** Pheney, Michael
**Sent:** February 28, 2008 3:08 PM
**To:** Ratliff, Bill
**Subject:** RE: Master Compounding Pharmacy Order 639320

No issue here Bill.

Best Regards,

Michael Pheney
Director Logistics Operations Mallinckrodt Pharmaceuticals
Covidien
675 McDonnell Blvd.
Hazelwood Mo. 63042

Office: 314-654-4240
Mobile 314-378-9760

www.covidien.com

This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and any record of this message.

---

**From:** Ratliff, Bill
**Sent:** Thursday, February 28, 2008 1:16 PM
**To:** Spaulding, Eileen L.; Harper, Karen; Rausch, Jim H; Pheney, Michael; Litzsinger, Nick K
**Cc:** Walter, James A
**Subject:** RE: Master Compounding Pharmacy Order 639320

Confidential

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000018623

MNK-T1_0000277498

We need to complete a Dunn and Bradstreet on this customer. DEA can not give us much more of a hint. Any issue with me doing that let me know ASAP.

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

---

**From:** Spaulding, Eileen L.
**Sent:** February 28, 2008 12:50 PM
**To:** Harper, Karen
**Cc:** Ratliff, Bill; Walter, James A
**Subject:** RE: Master Compounding Pharmacy Order 639320

Karen,

Per Group Supervisor Steve Buzzeo he could not comment on an ongoing investigation, however he stated that we are within regulations to go ahead and ship the requested order to Master Compounding Pharmacy of 100g of Fentanyl Citrate.  GS Buzzeo requested a copy of the invoice once the shipment is made as part of our suspicious order monitoring program.

GS Buzzeo asked if we check out our customers, I stated that upon opening an account a credit check is performed along with requiring all DEA licenses and a good faith inquiry is preformed.  GS Buzzeo stated that he would suggest we go a little further than a good faith inquiry but could not go into detail or make any formal suggestions.

If I can be of further assistance, please feel free to let me know.

Regards,

*Eileen*

---

**From:** Harper, Karen
**Sent:** Thursday, February 28, 2008 1:38 PM
**To:** Spaulding, Eileen L.
**Cc:** Ratliff, Bill
**Subject:** FW: Master Compounding Pharmacy Order 639320

Eileen
Please document your phone conversation with DEA that occurred today.

Karen Harper
Manager, DEA Compliance
Covidien
Mallinckrodt Pharmaceuticals
3600 North Second Street
St. Louis, MO 63147

office phone (314) 654-1868
24/7 access (314) 654-1600

---

Confidential

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000018624

MNK-T1_0000277499

**From:** Rausch, Jim H
**Sent:** February 28, 2008 12:07 PM
**To:** Harper, Karen
**Cc:** Pheney, Michael; Litzsinger, Nick K
**Subject:** RE: Master Compounding Pharmacy Order 639320

Karen,
Have you heard back from Eileen on this yet? Did she get a response back from the DEA?

This question is for everybody, This order is scheduled to ship on 3/4(Monday), if we don't hear back from the DEA what is our responsibility based on the limited information we have concerning the investigation by the DEA, are we going to make the shipment or not?
                        Thanks,
                        Jim

---

**From:** Harper, Karen
**Sent:** Wednesday, February 27, 2008 12:51 PM
**To:** Rausch, Jim H; Litzsinger, Nick K; Pheney, Michael
**Subject:** FW: Master Compounding Pharmacy Order 639320

Eileen Spaulding in Hobart continues to seek guidance from DEA New York City regarding the shipment we have on hold for Master Compounding Pharmacy.

Karen Harper
Manager, DEA Compliance
Covidien
Mallinckrodt Pharmaceuticals
3600 North Second Street
St. Louis, MO 63147

office phone (314) 654-1868
24/7 access (314) 654-1600

---

**From:** Spaulding, Eileen L.
**Sent:** February 27, 2008 10:37 AM
**To:** Harper, Karen
**Subject:** RE: Master Compounding Pharmacy Order 639320

Karen,

Just wanted to let you know that I left a voicemail message for Dan Gillen today regarding the status of this registrant and asked that he give me a call at his convenience.  Basically as you know they cannot tell us yeah or nay in regards to shipping to them, but I worded the question as if he could indicate that if we were to ship this customer the product, would we have to bring it back shortly after shipping it to them?

Will keep you informed.

*Eileen*

---

**From:** Harper, Karen
**Sent:** Thursday, February 21, 2008 11:20 AM

Confidential                                                MAL-MI 000018625
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                    MNK-T1_0000277500

**To:** Spaulding, Eileen L.
**Cc:** Rausch, Barb J; Pheney, Michael
**Subject:** Master Compounding Pharmacy Order 639320

Eileen,

As input for your further communication with DEA NYC, regarding Mallinckrodt Fentanyl shipments to Master Compounding Pharmacy,
please be advised of the following:
Per Jim Rausch, Manager, Bulk Narcotics Customer Service, the below listed order will be put on hold pending further guidance from DEA and/or review internally as part of the Mallinckrodt suspicious order monitoring program.

Further, CSRs will be instructed <u>not</u> to communicate the hold status to the customer until further notice.
FYI, the customer requested ship date is 03/04/08.

==============

Mallinckrodt Order 639320
Mallinckrodt Customer number 42757

Consignee
Master Compounding Pharmacy
104-11 115th Street
Richmond Hill NY 11418

Product/Quantity
Mallinckrodt Code 1205-05
Fentanyl Citrate USP Powder
4 x 25 gram bottles

Customer DEA registration number BM7960772 (Retail Pharmacy)
DEA 222 form received from customer for this shipment:  071534109

=================


Karen Harper
Manager, DEA Compliance
Covidien
Mallinckrodt Pharmaceuticals
3600 North Second Street
St. Louis, MO 63147

office phone (314) 654-1868
24/7 access (314) 654-1600

Confidential                                                                                                                                                                                 MAL-MI 000018626
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                                                     MNK-T1_0000277501