PSJ15 Exh 73

| | |
|---|---|
| **From:** | Stewart, Cathy <Cathy.Stewart@Covidien.com> |
| **Sent:** | Monday, December 21, 2009 7:48 PM |
| **To:** | Pokorny, Camille M <Camille.Pokorny@Covidien.com>; Harper, Karen <Karen.Harper@Covidien.com>; Montano, Allyne <Allyne.Montano@Covidien.com>; Vaught, Marilyn N <Marilyn.Vaught@Covidien.com>; Bucalo, Stephanie R <Stephanie.Bucalo@Covidien.com>; Hunter, Dave <Dave.Hunter@Covidien.com>; Bucalo, Stephanie R <Stephanie.Bucalo@Covidien.com> |
| **Cc:** | Levy, JoAnne <JoAnne.Levy@Covidien.com>; Ratliff, Bill <Bill.Ratliff@Covidien.com> |
| **Subject:** | RE: Follow-up, Mallinckrodt Suspicious Order Report for Cocaine to Caligor Rx |

Great!  Thanks Camille.


Cathy

---

**From:** Pokorny, Camille M
**Sent:** Monday, December 21, 2009 1:46 PM
**To:** Harper, Karen; Montano, Allyne; Vaught, Marilyn N; Bucalo, Stephanie R; Hunter, Dave; Bucalo, Stephanie R; Stewart, Cathy
**Cc:** Levy, JoAnne; Ratliff, Bill
**Subject:** RE: Follow-up, Mallinckrodt Suspicious Order Report for Cocaine to Caligor Rx

They never placed the order, and I have not heard anything since.  I did not even set up an account for them.

Camille

---

**From:** Harper, Karen
**Sent:** Monday, December 21, 2009 9:14 AM
**To:** Montano, Allyne; Pokorny, Camille M; Vaught, Marilyn N; Bucalo, Stephanie R; Hunter, Dave; Bucalo, Stephanie R; Stewart, Cathy
**Cc:** Levy, JoAnne; Ratliff, Bill
**Subject:** FW: Follow-up, Mallinckrodt Suspicious Order Report for Cocaine to Caligor Rx

Caligor Rx has not supplied DEA St. Louis with the requested correspondence from their international trading partner who intends to purchase the Cocaine.
DEA advises that we are not to fill the order at this time and that Mallinckrodt can choose to continue to hold the shipment or cancel.

Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

---

**From:** Kleissle, Paul (Pete) D. [mailto:Paul.D.Kleissle@usdoj.gov]
**Sent:** Monday, December 21, 2009 9:08 AM

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

**To:** Harper, Karen
**Subject:** RE: Follow-up, Mallinckrodt Suspicious Order Report for Cocaine to Caligor Rx

I have not heard anything. You can continue to hold or cancel.

Pete

---

**From:** Harper, Karen [mailto:Karen.Harper@Covidien.com]
**Sent:** Sunday, December 20, 2009 7:45 PM
**To:** Kleissle, Paul (Pete) D.
**Subject:** Follow-up, Mallinckrodt Suspicious Order Report for Cocaine to Caligor Rx

Pete,
We continue to hold the Cocaine order placed by Caligor Rx.
Have you received the e-mail correspondence referenced below and is there additional guidance in terms of Mallinckrodt path forward?
Thank you,

Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

---

**From:** Kleissle, Paul (Pete) D. [mailto:Paul.D.Kleissle@usdoj.gov]
**Sent:** Monday, November 30, 2009 3:45 PM
**To:** Harper, Karen
**Subject:** RE: New Customer Inquiry, BME Domestic Sale for Ultimate Export

Hello Karen,

I called Caligor RX. They will send me their email correspondence between them and the purchaser.

Do not fill this order.

Pete

-----Original Message-----
**From:** Harper, Karen [mailto:Karen.Harper@Covidien.com]
**Sent:** Saturday, November 28, 2009 10:23 AM
**To:** Kleissle, Paul (Pete) D.
**Cc:** Ratliff, Bill
**Subject:** FW: New Customer Inquiry, BME Domestic Sale for Ultimate Export

Pete
We have been contacted by a pharmaceutical exporter registrant with whom we do not have an existing business relationship who is inquiring about pricing and availability for 10 kg. Cocaine HCl. The registrant requests shipment to them domestically for ultimate export.
We deem this to be an unusually large order for a controlled substance "drug of concern" and it is not within Mallinckrodt's business model to sell bulk API to persons who intend to distribute.

Please consider this e-mail as notification to DEA within the scope of Mallinckrodt Suspicious Order Monitoring Program.
DEA registration number and address information are contained within the preceding e-mail.

We have put this new account and order on hold within our system pending guidance from DEA.

Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

---

**From:** Vaught, Marilyn N
**Sent:** Wednesday, November 25, 2009 10:15 AM
**To:** Harper, Karen
**Cc:** Ratliff, Bill; Montano, Allyne; Pokorny, Camille M; Bucalo, Stephanie R; Hunter, Dave; Bucalo, Stephanie R; Stewart, Cathy
**Subject:** RE: New Customer Inquiry, BME Domestic Sale for Ultimate Export

Hi Karen - I contacted the customer and obtained the requested information.   Here it is.

> Caligor Rx: Exporters License DEA # RC0288224
> Address:   1226 Lexington Ave
>            New York, NY 10028

---

**From:** Harper, Karen
**Sent:** Tuesday, November 24, 2009 4:45 PM
**To:** Vaught, Marilyn N
**Cc:** Ratliff, Bill; Montano, Allyne; Pokorny, Camille M; Bucalo, Stephanie R; Hunter, Dave; Bucalo, Stephanie R; Stewart, Cathy
**Subject:** New Customer Inquiry, BME Domestic Sale for Ultimate Export

Marilyn,
Please advise Caligor Rx DEA Registration number, Registration type (Exporter? Retail Pharmacy?) and registered location address.
I have spoken with Bill Ratliff and we agree that we will check with DEA before processing this order (within the scope of our Suspicious Order Monitoring Program) prior to proceeding.

Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Manager, Controlled Substance Compliance

Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

.................................................................................

.................................................................................

**From:** Morris Safdie [mailto:morris@caligorrx.com]
**Sent:** Thursday, November 19, 2009 4:05 PM
**To:** Frew, Hilda V
**Subject:** As per our phone conversation

Good afternoon Hilda,

This is Morris from Caligor Rx. We are a licensed pharmaceutical exporter with licenses to distribute narcotics worldwide as well as domestically. We have an inquiry from overseas requesting the price and availability of Cocaine HCL USP32. They are requesting 10kg of product. They prefer 10 single kilograms individually packaged. If you have any questions regarding this request please feel free to call me. My telephone number is 212-369-6000. You can ask for me directly.

Thank You

Morris Safdie

Caligor Rx

Confidential

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER