PSJ15 Exh 75

 **COVIDIEN**

Mallinckrodt, Inc.
Pharmaceutical Products
3600 North Second Street
St. Louis, MO  63147

*St. Louis Site Controlled Substance Compliance*

May 9, 2011

Drug Enforcement Administration
Attn:   Pete Kleissle, Diversion Group Supervisor
317 South 16th Street
St. Louis, MO 63103

Subject:  Sales of Bulk Morphine Sulfate to Smart Pharmacy

Mr. Kleissle,

Mallinckrodt, registration PM0037451, has been contacted by Smart Pharmacy Inc. 1650 San Pablo Road South Suite 17 Jacksonville, FL 32224, registration FS0195417, as part of a sales request for bulk morphine sulfate.  Smart Pharmacy is licensed as a retail pharmacy and has requested five kilograms of morphine sulfate to be used in the production of topical pain creams and as an elixir for a patient with severe colitis.  The pharmacy states that it began the process of becoming an accredited compounding pharmacy, and it does not conduct business on the internet or outside the United States.

Mallinckrodt remains concerned that a morphine sulfate order as large as five kilograms would constitute activity that is more congruent with a manufacturing registration than a retail pharmacy registration.  Smart Pharmacy would represent a new business account for Mallinckrodt, and this quantity lies outside of Mallinckrodt's comfort zone.  Unless advised to the contrary, Mallinckrodt would view this order as suspicious.  Mallinckrodt requests your guidance as to whether a retail pharmacy could use this quantity of morphine sulfate and still remain compliant as a retail pharmacy.  A copy of Smart Pharmacy's retail registration is enclosed with this letter.

Sincerely,

David R. Hunter
Supervisor, Controlled Substance Compliance
(314) 654-1310
dave.hunter@covidien.com

Contains Confidential and Proprietary Information

CONFIDENTIAL                                                                                                        MAL-MI 000037352
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                          MNK-T1_0000296226

SMART PHARMACY, INC
1650 SAN PABLO ROAD SOUTH
SUITE 17
JACKSONVILLE, FL  32224-0000-000

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| FS0195417 | 02-28-2013 | FEE PAID |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | RETAIL PHARMACY | 01-22-2010 |

SMART PHARMACY, INC
1650 SAN PABLO ROAD SOUTH
SUITE 17
JACKSONVILLE, FL  32224-0000

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

---

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| FS0195417 | 02-28-2013 | FEE PAID |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | RETAIL PHARMACY | 01-22-2010 |

SMART PHARMACY, INC
1650 SAN PABLO ROAD SOUTH
SUITE 17
JACKSONVILLE, FL  32224-0000

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (4/07)

CONFIDENTIAL
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000037353

MNK-T1_0000296227

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| FS0195417 | 02-28-2013 | FEE PAID |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | RETAIL PHARMACY | 01-22-2010 |

SMART PHARMACY, INC
1650 SAN PABLO ROAD SOUTH
SUITE 17
JACKSONVILLE, FL 32224-0000

CONTROLLED SUBSTANCE/REGULATED CHEMICAL
REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the
Controlled Substances Act of 1970, as amended, provide
that the Attorney General may revoke or suspend a
registration to manufacture, distribute, dispense, import or
export a controlled substance

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF
OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY,
AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

Form DEA-223/511 (4/07)

REPORT

CHANGES

PROMPTLY

REQUESTING MODIFICATIONS TO YOUR
REGISTRATION CERTIFICATE

To request a change to your registered name, address, the drug
schedule or the drug codes you handle, please

1. visit our web site at deadiversion.usdoj.gov - or
2. call our customer Service Center at 1-(800) 882-9539 - or
3. submit your change(s) in writing to:

Drug Enforcement Administration
P.O. Box 28083
Washington, DC 20083

See Title 21 Code of Federal Regulations, Section 1301.51
for complete instructions

You have been registered to handle the following chemical/drug codes:

CONFIDENTIAL

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000037354

MNK-T1_0000296228