PSJ15 Exh 76

Confidential
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

Case: 1:17-md-02804-DAP Doc #: 2300-27 Filed: 08/14/19 2 of 5. PageID #: 363299

*Through June 2006 — Run DEA numbers pulled for Excel* (handwritten)

```
RPT874R1      7/05/2005  21:44:40           DOSAGE SUSPICIOUS ORDERS FOR:  FP: 2005, P09-Jun                                    PAGE:     1
                                (All transactions double the previous fiscal year and current YTD average transaction for sku and customer)

ITEM: 052710                   METHADOSE® ORAL CONC 10 MG/ML    1000 ML BOTTLE

                                                                          Ship to Cust#/     Prev + YTD
           Cust#     Customer Name              Ship To Address            DEA Number         Average      Pieces     Tran Date    Order #

        50009877   COMMUNITY HEALTH CARE INC    COMMUNITY SUBSTANCE ABUSE CENTERS    52000461        47          96    06/20/2005   83271056
                                                175 CRESCENT AVENUE                  14601

                                                CHELSEA              MA    02150

                                                                           * Cust Total              47          96

        50030283   HABIT MANAGEMENT INST        HABIT MANAGEMENT               52001161             61         180    06/20/2005   83271275
                                                11 CIRCLE AVENUE               30310

                                                LYNN                 MA    01905

                                                                           * Cust Total              61         180

        50046875   DEPT ADULT MH & SUB ABUSE PROGRAM   DEPT OF ADD., VICTIM & MENTAL HLTH.   52001584   24        56    06/13/2005   83109180
                                                MONT. CNTY.METH. TO ABSTINENCE PRO.          46875
                                                751 TWINBROOK PARKWAY
                                                ROCKVILLE            MD    20851

                                                                           * Cust Total              24          56

        50061425*  SPECTRUM ADDICTION SERV INC  SPECTRUM OUTPATIENT SERVICE    52002064             17          40    06/23/2005   83816538
                                                105 MERRICK STREET             61425

                                                WORCESTER            MA    01609

                                                                           * Cust Total              17          40

        50077580   CRC HEALTH CORP.             WAUSAU HEALTH SERVICES         52002870             11          28    06/30/2005   84405634
                                                CRC HEALTH CORP.               77580
                                                209-B W. WASHINGTON STREET
                                                WAUSAU               WI    54403

                                                                           * Cust Total              11          28
```

MAL-MI 000010174
MNK-T1_000026904049

```
RPT874R1      7/05/2005  21:44:40              DOSAGE SUSPICIOUS ORDERS FOR:  FP: 2005, P09-Jun                                              PAGE:      2
                              (All transactions double the previous fiscal year and current YTD average transaction for sku and customer)

ITEM: 054034              METHADOSE« DISP 40 MG TAB        BOTTLE OF 100

                                                                            Ship to Cust#/    Prev + YTD
   Cust#     Customer Name              Ship To Address                     DEA Number         Average         Pieces     Tran Date    Order #

50023043   FREDERICK COUNTY HLTH DEPT   FREDERICK CO HLTH DEPT                52000904             4             10       06/06/2005   81794401
                                        SUB ABUSE SERVICES                    23043
                                        300 B SCHOLLS LANE
                                        FREDERICK              MD   21701

                                                                            * Cust Total           4             10

50034287   CARITAS CENTRAL INTAKE UNIT  CARITAS CENTRAL INTAKE UNIT            52001222            8             20       06/07/2005   81900761
                                        ATTN NURSES STATION                   34287
                                        140 N ASHLAND AVE
                                        CHICAGO                IL   60607

                                                                            * Cust Total           8             20

50077580   CRC HEALTH CORP.             WAUSAU HEALTH SERVICES                 52002870            9             24       06/30/2005   84405634
                                        CRC HEALTH CORP.                      77580
                                        209-B W. WASHINGTON STREET
                                        WAUSAU                 WI   54403

                                                                            * Cust Total           9             24
```

Confidential
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER
MAL-MI 000010175
MNK-T1_0000269050

Confidential
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

```
RPT874R1      7/05/2005  21:44:40                   DOSAGE SUSPICIOUS ORDERS FOR:  FP: 2005, P09-Jun                                          PAGE:       3
                                     (All transactions double the previous fiscal year and current YTD average transaction for sku and customer)

ITEM: 345434                    METHADOSE« 10MG ORAL TABS         BOTTLE OF 100

                                                                          Ship to Cust#/      Prev + YTD
Cust#       Customer Name               Ship To Address                   DEA Number            Average         Pieces      Tran Date      Order #

50030191    HIGH POINT                  HIGH POINT TREATMENT CTR INC         52001128                17            40       06/20/2005     83237579
                                        1233 STATE ROAD                      30191

                                        PLYMOUTH                  MA   02360

                                                                          * Cust Total               17            40
```

MAL-MI 000010176
MNK-T1_0000269051

Confidential
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

```
RPT874R1      7/05/2005  21:44:40                    DOSAGE SUSPICIOUS ORDERS FOR:   FP: 2005, P09-Jun                                            PAGE:        4
                                    (All transactions double the previous fiscal year and current YTD average transaction for sku and customer)

ITEM: 697434                     METHADOSE« 5MG ORAL TABS            BOTTLE OF 100

                                                                              Ship to Cust#/    Prev + YTD
  Cust#    Customer Name               Ship To Address                          DEA Number        Average        Pieces      Tran Date      Order #

50023043   FREDERICK COUNTY HLTH DEPT  FREDERICK CO HLTH DEPT                    52000904             2             4        06/06/2005     81794401
                                       SUB ABUSE SERVICES                        23043
                                       300 B SCHOLLS LANE
                                       FREDERICK                 MD    21701

                                                                              * Cust Total           2             4

50030191   HIGH POINT                  HIGH POINT TREATMENT CTR INC              52001128            19            40        06/20/2005     83237579
                                       1233 STATE ROAD                           30191

                                       PLYMOUTH                  MA    02360

                                                                              * Cust Total          19            40
```

MAL-MI 000010177
MNK-T1_000269052