PSJ15 Exh 77

Jan 2008 - May 2010    only reported to DEA CY 2008

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_000269046

MAL-MI 0000101171

| Item Number | Product Desc 1 | Product Desc 2 | Sold to Cust# | Sold to Name | Ship to Cust# | DEA Number | Ship to Name | Ship to Add 1 | Ship to Add 2 | Ship to City | Ship to State | Ship to Zip Code | Prev + YTD Average | Pieces | Invoice Date | Order Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **November** | | | | | | | | | | | | | | | |
| **December** | | | | | | | | | | | | | | | |
| 052710 | METHADOSE® ORAL CONC 10 MG/ML | 1000 ML BOTTLE | 562314 | ADDICTION RESEARCH TREATMENT | 562315 | RA0356697 | ADDICTION RESEARCH AND TREATMENT | ART 14TH STREET CLINIC | 1124 INTERNATIONAL BLVD | OAKLAND | CA | 94606 | 48.000 | 128.00 | 12/16/2008 | 70121431 |
| 054034 | METHADOSE® DISP 40 MG TAB | BOTTLE OF 100 | 558467 | GREENFIELD COUNSELING INC | 558468 | RG0354895 | GREENFIELD COUNSELING INC | 11127 PERRY HIWAY | | MEADVILLE | PA | 16335 | 37.000 | 90.00 | 12/4/2008 | 70120700 |
| 254001 | METHADONE ORANGE TABS, 40MG | BOTTLE OF 100 | 566951 | PITTARD CLINIC | 566953 | RP0359201 | PITTARD CLINIC | 1654 FALLS RD | | TOCCOA | GA | 30577 | 28.000 | 72.00 | 12/23/2008 | 70122618 |
| 035605 | HYDROCODONE/APAP 7.5/500 TABS | BOTTLE OF 500 | 520059 | TEL DRUG INC | 520060 | BT3675208 | TEL DRUG INC | 4901 NORTH 4TH AVE | | SIOUX FALLS | SD | 57104 | 24.000 | 78.00 | 12/22/2008 | 70120488 |
| 036105 | HYDROCODONE/APAP 10/650 TABS | BOTTLE OF 500 | 520059 | TEL DRUG INC | 520060 | BT3675208 | TEL DRUG INC | 4901 NORTH 4TH AVE | | SIOUX FALLS | SD | 57104 | 13.000 | 36.00 | 12/4/2008 | 70120488 |
| 254001 | METHADONE ORANGE TABS, 40MG | BOTTLE OF 100 | 523159 | VCPHCS I LLC | 523165 | RA0340707 | VCPHCS I LLC | 3041 GETWELL ROAD | BUILDING A SUITE 101 | MEMPHIS | TN | 38118 | 47.000 | 120.00 | 12/16/2008 | 70121720 |