PSJ15 Exh 78

```
SL1078R2                                                                                          PAGE    1
RUN DATE: 12/31/03                                            DEC 2003
           ALL TRANSACTIONS DOUBLE THE PREVIOUS FISCAL YEAR AND CURRENT YTD AVERAGE TRANSACTION FOR SKU AND CUSTOMER

ITEM:    0540    INDEX: 34   ITEM DESCRIPTION: METHADOSE@ DISPERSIBLE TABLETS 40 MG   PACKAGE KIND SIZE:  100 TABLET BOTTLE
```

| | | | | PREV + YTD | | | |
|---|---|---|---|---|---|---|---|
| CUST# | CUSTOMER NAME | SHIP TO ADDRESS | DEA NUMBER | AVEREAGE | PIECES | TRAN DATE | ORDER # |
| 01009 | ADDICTION RESEARCH TRT CORP | ADDICT RES & TRT CORP<br>937 FULTON ST<br>BROOKLYN                NY  11238 | PA0125092 | 643 | 1380 | 12/08/03 | 487733 |
| | | | *CUST TOTAL | 643 | 1380 | | |
| 01126 | AMERICAN THERAPEUTIC ASSOCIATION | AMERICAN THERAPEUTIC ASSOCIATION<br>2105 CAPURRO WAY<br>SUITE C1<br>SPARKS                   NV  89431 | RA0244373 | 13 | 36 | 12/22/03 | 491419 |
| | | | *CUST TOTAL | 13 | 36 | | |
| 16655 | CHARLESTON TRT CENTER | CHARLESTON TRT CENTER<br>2157 GREENBRIER STREET<br>CHARLESTON            WV  25311 | RC0267799 | 58 | 116 | 12/17/03 | 490759 |
| | | | *CUST TOTAL | 58 | 116 | | |
| 29643 | D GONZALES ASSOC INC | SHIRLEY CHAPMAN<br>DBA: D GONZALEZ AND ACCOCIATES, INC<br>2848 W. KINGSLEY RD., SUITE B<br>GARLAND               TX  75041 | RS0192738 | 4 | 8 | 12/15/03 | 489538 |
| | | | *CUST TOTAL | 4 | 8 | | |

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0007026342