PSJ15 Exh 82

Message

| | |
|---|---|
| From: | Tetzlaff, Gail S [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GAIL.TETZLAFF] |
| Sent: | 4/22/2013 3:51:55 PM |
| To: | Buist, Jennifer M [/O=THCG/OU=Hazelwood01/cn=Recipients/cn=jennifer.walz]; Dunehew, Ryan R [/O=THCG/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Dunehew, Ryan R22f] |
| CC: | Romer, Peter M [/O=THCG/OU=First Administrative Group/cn=Recipients/cn=peter.romer]; Spaulding, Eileen L. [/O=THCG/OU=Hazelwood01/cn=Recipients/cn=eileen.spaulding] |
| Subject: | RE: ANDA order 70272848 for MORPHINE SULFATE ER 15MG TABS on U2 hold |

I approve release of the U2 hold on ANDA order 70272848.

**Gail Tetzlaff**
Director of Government Reporting Compliance
Mallinckrodt, the Pharmaceuticals business of Covidien
675 McDonnell Blvd.
Hazelwood, MO  63042
phone (314) 654-8263
gail.tetzlaff@covidien.com

www.covidien.com

*****This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you received this in error, please inform the sender and remove any record of this message.*****

---

**From:** Buist, Jennifer M
**Sent:** Monday, April 22, 2013 10:36 AM
**To:** Dunehew, Ryan R; Tetzlaff, Gail S
**Cc:** Romer, Peter M; Spaulding, Eileen L.
**Subject:** RE: ANDA order 70272848 for MORPHINE SULFATE ER 15MG TABS on U2 hold

Ryan,

The concern lies with the MTD total.  We have seen an increase in various Morphine ER SKUs.  If the market is experiencing disruptions, this is the information we require.  I will recommend release.

Gail – recommending release of ANDA order 70272848 for MORPHINE SULFATE ER 15MG TABS on U2 hold.

Thanks,

Jen

---

> **From:** Dunehew, Ryan R
> **Sent:** Monday, April 22, 2013 10:30 AM
> **To:** Buist, Jennifer M
> **Cc:** Romer, Peter M
> **Subject:** FW: ANDA order 70272848 for MORPHINE SULFATE ER 15MG TABS on U2 hold
>
> Jen,
>
> I spoke with Pete today about the current U2 hold on Anda for their 24 bottle order on Morphine ER 15mg (SKU 831501).  Market disruptions have occurred across the Morphine ER family in the market and we are not concerned with the Anda order below of 24 bottles.  Please release as customers are having to go many places to fulfill their needs.

Please let me know if there is any additional information you would like me to provide. Thanks as always for your time.

Ryan

---

**From:** Romer, Peter M
**Sent:** Monday, April 22, 2013 9:44 AM
**To:** Dunehew, Ryan R
**Subject:** FW: ANDA order 70272848 for MORPHINE SULFATE ER 15MG TABS on U2 hold

---

**From:** Buist, Jennifer M
**Sent:** Monday, April 22, 2013 9:34 AM
**To:** Romer, Peter M
**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.
**Subject:** ANDA order 70272848 for MORPHINE SULFATE ER 15MG TABS on U2 hold

Pete,

We have ANDA order 70272848 for MORPHINE SULFATE ER 15MG TABS on U2 hold. Their quantity ordered exceeds any total quantity for any customer in their segment for the last 18 months. Please see below for verbiage you can send to the customer if need be.

Thank you,

Jen

| Order Number | Bill To Customer | Bill To Customer Name | Ship To Customer | Ship To Customer Name | Item Number | Item Description |
|---|---|---|---|---|---|---|
| 70272848 | 50001331 | ANDA GENERICS,WESTON,FL | 52000095 | ANDA INC,WESTON,FL | 831501 | MORPHINE SULFATE ER |

Dear XXX,

As a manufacturer of controlled substances, Mallinckrodt is required by the Drug Enforcement Administration regulations to monitor orders of controlled substances as part of its Anti-Diversion Program.

Our Anti-Diversion Program has identified the order listed below for additional review. Please provide additional information about the circumstances that led to this order. For example, if you recently have experienced a significant increase in your customer base or if another manufacturer of this product is experiencing difficulty supplying this product, provide details about those circumstances.

| Customer Order # | NDC | Item | Quantity |
|---|---|---|---|
| 261332 | 0406-8315-01 | MORPHINE SULFATE ER 15MG TABS | 24.000 |

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

**Jen Buist (Walz)**
*Senior Data Analyst – Controlled Substances Compliance*
Mallinckrodt, the Pharmaceuticals business of Covidien
675 McDonnell Blvd.
10-3-S
Hazelwood, MO  63042
314-654-5625
jennifer.buist@covidien.com



www.covidien.com

*This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.*

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                           MNK-T1_0001520823