PSJ15 Exh 83

Message

| | |
|---|---|
| **From**: | Buist, Jennifer M [Jennifer.Buist@mallinckrodt.com] |
| **Sent**: | 12/16/2013 3:44:27 PM |
| **To**: | Becker, Steven A [Steven.Becker@mallinckrodt.com] |
| **CC**: | Tetzlaff, Gail S [Gail.Tetzlaff@mallinckrodt.com]; Spaulding, Eileen L. [Eileen.Spaulding@mallinckrodt.com] |
| **Subject**: | Dakota Drug |
| **Attachments**: | Dakota - oxy 5mg 2013.xlsx |

Steve,

We had a Dakota Drug order on U2 hold for OXYCODONE HCL 5MG TABS USP. We released the order, however, please provide an updated forecast for this customer/SKU as the MTD volume for December equates to 29% of their YTD orders. See attached for data and chart.

Thank you,

Jen

Jen Buist I Senior Data Analyst
**Mallinckrodt Pharmaceuticals**
675 McDonnell Blvd I Hazelwood, MO 63042 I US
T: 314.654.5625
jennifer.buist@mallinckrodt.com I www.mallinckrodt.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.