PSJ15 Exh 85

| | |
|---|---|
| **To:** | Becker, Steven A[Steven.Becker@mallinckrodt.com]; Harper, Karen[Karen.Harper@mallinckrodt.com] |
| **Cc:** | Tetzlaff, Gail S[Gail.Tetzlaff@mallinckrodt.com]; Spaulding, Eileen L.[Eileen.Spaulding@mallinckrodt.com] |
| **From:** | Buist, Jennifer M |
| **Sent:** | Tue 6/10/2014 5:57:37 PM |
| **Subject:** | RE: RDC order 70314844 on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG |

image003.emz

Karen,

I recommend release.

Thank you,

Jen

---

**From:** Becker, Steven A
**Sent:** Tuesday, June 10, 2014 12:41 PM
**To:** Buist, Jennifer M
**Subject:** RE: RDC order 70314844 on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG
**Importance:** High

Dear Jennifer,

Rochester Drug is seeing increased sales on the Fentanyl Lozenge product since it was added to the RDC/OptiSource contract. RDC is expanding their coverage and is moving into the NY metro area which is contributing to the increase in sales.

The current for is 100 on the 600 and 110 on the 800.

I recommend that we release the orders.

Please advise me on the release.

The accounts that they are servicing has recently increased. Below are accounts that are purchasing the products.



Steven Becker
Director, National Accounts

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER          MNK-T1_0004694210

**Specialty Generics
Mallinckrodt Pharmaceuticals**
675 McDonnell Blvd. | Hazelwood, MO 63042 | USA
T: 651.454.2736 | M: 651.260.4668
steven.becker@mallinckrodt.com | www.mallinckrodt.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

**From:** Buist, Jennifer M
**Sent:** Tuesday, June 10, 2014 11:52 AM
**To:** Becker, Steven A
**Cc:** Tetzlaff, Gail S; Harper, Karen; Spaulding, Eileen L.
**Subject:** RDC order 70314844 on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG

Steve,

### INFORMATION FOR INTERNAL PURPOSES ONLY

We have RDC order 70314844 on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG. Their quantity ordered exceeds any total quantity for any customer within their segment for the last 18 months. Please advise.

| Order Number | Bill To Customer | Bill To Customer Name | Ship To Customer | Ship To Customer Name |
|---|---|---|---|---|
| 70314844 | 50057629 | ROCHESTER DRUG COOPERATIVE | 52001924 | ROCHESTER DRUG COOPERATIVE,ROCHEST |
| 70314844 | 50057629 | ROCHESTER DRUG COOPERATIVE | 52001924 | ROCHESTER DRUG COOPERATIVE,ROCHEST |

Thank you,

Jen

Jen Buist | Sr. Data Analyst, Controlled Substances Compliance
Legal Department
**Mallinckrodt Pharmaceuticals**
675 McDonnell Blvd | Hazelwood, MO 63042 | US
T: 314.654.5625
jennifer.buist@mallinckrodt.com | www.mallinckrodt.com
This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

**CUSTOMER VERBIAGE BELOW – CAN BE SENT TO OUTSIDE CONTACTS**

Dear XXX,

As a manufacturer of controlled substances, Mallinckrodt is required by the Drug Enforcement Administration regulations to monitor orders of controlled substances as part of its Anti-Diversion Program.

Our Anti-Diversion Program has identified the order listed below for additional review.  Please provide additional information about the circumstances that led to this order.  For example, if you recently have experienced a significant increase in your customer base or if another manufacturer of this product is experiencing difficulty supplying this product, provide details about those circumstances.

| Customer Order # | NDC | Item | Quantity |
| --- | --- | --- | --- |
| 1824985 | 0406920630 | FENTANYL LOZENGE 600MCG | 72.000 |
| 1824985 | 0406920830 | FENTANYL LOZENGE 800MCG | 90.000 |

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0004694212