PSJ15 Exh 86

Message

| | |
|---|---|
| **From:** | Tetzlaff, Gail S [/O=MKGLOBAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GAIL.TETZLAFF] |
| **Sent:** | 8/28/2014 7:13:19 PM |
| **To:** | Buist, Jennifer M [/O=MKGLOBAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jennifer.Buist]; New, Bonnie I [/O=MKGLOBAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Bonnie.New] |
| **CC:** | Spaulding, Eileen L. [/O=MKGLOBAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Eileen.Spaulding]; Williams, Jane L [/O=MKGLOBAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jane.Williams] |
| **Subject:** | RE: VALLEY WHOLESALE order 70322319on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG |

Approved.

Gail Tetzlaff | Director of Government Reporting Compliance
**Mallinckrodt Pharmaceuticals**
675 McDonnell Blvd. | Hazelwood, MO 63042 | USA
T: 314.654.8263 | M: 314.452.7063
gail.tetzlaff@mallinckrodt.com | www.mallinckrodt.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

**From:** Buist, Jennifer M
**Sent:** Thursday, August 28, 2014 2:12 PM
**To:** New, Bonnie I
**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.; Williams, Jane L
**Subject:** RE: VALLEY WHOLESALE order 70322319on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG

Gail – I recommend release.

> **From:** New, Bonnie I
> **Sent:** Thursday, August 28, 2014 2:07 PM
> **To:** Buist, Jennifer M
> **Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.; Williams, Jane L
> **Subject:** RE: VALLEY WHOLESALE order 70322319on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG
>
> Jen,
>
> He did not say. I believe that was his point when told me they have a SOM program monitoring customers.
>
> Thank you,
> Bonnie
>
> Bonnie New | National Account Director
> Mallinckrodt Pharmaceuticals | Specialty Generics
> 675 McDonnell Blvd. | Hazelwood, MO 63042
> O: 314.731.1000 | F: 314.731.1007
> bonnie.new@mallinckrodt.com | www.mallinckrodt.com
>
> This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

**From:** Buist, Jennifer M
**Sent:** Thursday, August 28, 2014 1:59 PM
**To:** New, Bonnie I
**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.; Williams, Jane L
**Subject:** RE: VALLEY WHOLESALE order 70322319on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG

Thanks Bonnie.

Is their increase in demand for one customer or is it spread across multiple customers?

I appreciate the other information; we are aware HDS is their parent.

Thank you,

Jen

---

**From:** New, Bonnie I
**Sent:** Thursday, August 28, 2014 1:46 PM
**To:** Buist, Jennifer M
**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.; Williams, Jane L
**Subject:** RE: VALLEY WHOLESALE order 70322319on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG

Jen,

They have had increased demand, just talked to him, I believe we need to increase their amount. Over the last four months they gone from 1, 11, 23, to 46 on these strengths.

They have a SOM program in place so they are monitoring it too. Just in case you don't know, they are owned by H.D. Smith.

Please let me know if you need anything else.

Thank you,
Bonnie

Bonnie New  |  National Account Director
Mallinckrodt Pharmaceuticals  |  Specialty Generics
675 McDonnell Blvd.  |  Hazelwood, MO  63042
O: 314.731.1000  |  F: 314.731.1007
bonnie.new@mallinckrodt.com  |  www.mallinckrodt.com

This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.

---

**From:** Buist, Jennifer M
**Sent:** Thursday, August 28, 2014 11:23 AM
**To:** New, Bonnie I

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER        MNK-T1_0002265510

**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.; Williams, Jane L
**Subject:** RE: VALLEY WHOLESALE order 70322319on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG

Bonnie,

This order remains on hold. Can you provide an update please.

Thank you,

Jen

---

**From:** Buist, Jennifer M
**Sent:** Monday, August 25, 2014 7:51 AM
**To:** New, Bonnie I
**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.
**Subject:** VALLEY WHOLESALE order 70322319on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG

Bonnie,

We have VALLEY WHOLESALE order 70322319on U2 hold for FENTANYL LOZENGE 600MCG and 800MCG. Their quantity ordered exceeds any total quantity for customers within their segment for the last 18 months. Please see below for verbiage you can send to the customer if need be.

Please do not hesitate to contact me should you have further questions.

Thank you,

Jen

| Order Number | Bill To Customer | Bill To Customer Name | Ship To Customer | Ship To Customer Name |
|---|---|---|---|---|
| 70322319 | 50073897 | VALLEY WHOLESALE DRUG CO INC,STOCKTON,CA | 698900 | VALLEY WHOLESALE DRUG CO INC,ST( |
| 70322319 | 50073897 | VALLEY WHOLESALE DRUG CO INC,STOCKTON,CA | 698900 | VALLEY WHOLESALE DRUG CO INC,ST( |

Dear XXX,

As a manufacturer of controlled substances, Mallinckrodt is required by the Drug Enforcement Administration regulations to monitor orders of controlled substances as part of its Anti-Diversion Program.

Our Anti-Diversion Program has identified the order listed below for additional review. Please provide additional information about the circumstances that led to this order. For example, if you recently have experienced a significant increase in your customer base or if another manufacturer of this product is experiencing difficulty supplying this product, provide details about those circumstances.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                          MNK-T1_0002265511

| Customer Order # | NDC | Item | Quantity |
|---|---|---|---|
| 0453751 | 0406920630 | FENTANYL LOZENGE 600MCG | 10.000 |
| 0453751 | 0406920830 | FENTANYL LOZENGE 800MCG | 10.000 |

Jen Buist I Sr. Data Analyst, Controlled Substances Compliance
Legal Department
**Mallinckrodt Pharmaceuticals**
675 McDonnell Blvd I Hazelwood, MO 63042 I US
T: 314.654.5625
jennifer.buist@mallinckrodt.com I www.mallinckrodt.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.