PSJ15 Exh 87

Message

**From**:       Tetzlaff, Gail S [Gail.Tetzlaff@mallinckrodt.com]
**Sent**:       9/10/2014 3:53:01 PM
**To**:         Spaulding, Eileen L. [Eileen.Spaulding@mallinckrodt.com]
**Subject**:    FW: Unusual Order Process Tier 2 Hold File
**Attachments**: F5946330.xls


Eileen,
FYI, I reviewed and released all of the orders on this report but did not do the Excel file-related
stuff.  Thanks!

Gail

-----Original Message-----
From: GSTETZL@mkpg.mkglobal.net [mailto:GSTETZL@mkpg.mkglobal.net]
Sent: Wednesday, September 10, 2014 10:50 AM
To: Tetzlaff, Gail S
Subject: Unusual Order Process Tier 2 Hold File

UNUSUAL ORDERS/TIER 2

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                    MNK-T1_0002366293