PSJ15 Exh 88

Message

| | |
|---|---|
| From: | Buist, Jennifer M [Jennifer.Buist@mallinckrodt.com] |
| Sent: | 5/26/2015 8:10:49 PM |
| To: | Tetzlaff, Gail S [Gail.Tetzlaff@mallinckrodt.com] |
| CC: | Cardetti, Lisa M [Lisa.Cardetti@mallinckrodt.com]; Spaulding, Eileen L. [Eileen.Spaulding@mallinckrodt.com] |
| Subject: | RE: BURLINGTON order 70349838 on U2 hold for OXYCODONE HCL 30MG TABS USP |

Gail,

I recommend release. We will continue to monitor usage based on current forecast. Once updated forecast is received, it will be saved to the support documentation folder for reference.

Thanks,

Jen

---

**From:** Cardetti, Lisa M
**Sent:** Tuesday, May 26, 2015 2:36 PM
**To:** Buist, Jennifer M
**Subject:** RE: BURLINGTON order 70349838 on U2 hold for OXYCODONE HCL 30MG TABS USP

Yes, I will ask them for one. Please release this order in the meantime though.

Lisa Cardetti | Director - National Accounts
Mallinckrodt Pharmaceuticals | Specialty Generics
675 McDonnell Blvd. | Hazelwood, MO 63042
O: 816.214.5286 | M: 314.452.2845
lisa.cardetti@mallinckrodt.com | www.mallinckrodt.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

---

**From:** Buist, Jennifer M
**Sent:** Tuesday, May 26, 2015 10:03 AM
**To:** Cardetti, Lisa M
**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.
**Subject:** RE: BURLINGTON order 70349838 on U2 hold for OXYCODONE HCL 30MG TABS USP

Lisa,

Is it possible to obtain an updated forecast? At a minimum for the oxycodone 15mg and 30mg SKUs? See attached for original 2015 oxy forecast.

Thanks,

Jen

**From:** Cardetti, Lisa M
**Sent:** Tuesday, May 26, 2015 8:54 AM
**To:** Buist, Jennifer M
**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.
**Subject:** FW: BURLINGTON order 70349838 on U2 hold for OXYCODONE HCL 30MG TABS USP

Hi Jen,

Please see below. We have given several price decreases for the OptiSource group, so I would expect to continue to see an increase for these members.

Thank you,
Lisa

Lisa Cardetti | Director - National Accounts
Mallinckrodt Pharmaceuticals | Specialty Generics
675 McDonnell Blvd. | Hazelwood, MO 63042
O: 816.214.5286 | M: 314.452.2845
lisa.cardetti@mallinckrodt.com | www.mallinckrodt.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

**From:** Bob Peet [mailto:bobpeet@bddow.com]
**Sent:** Tuesday, May 26, 2015 5:38 AM
**To:** Cardetti, Lisa M
**Subject:** Re: BURLINGTON order 70349838 on U2 hold for OXYCODONE HCL 30MG TABS USP

Lisa- Mallinckrodt has had many items become lower priced on opti-source so I am selling more of them now than I was before and less of other manufacturers. Thanks

On 5/22/2015 3:37 PM, Cardetti, Lisa M wrote:

> Hi Bob,
>
> As a manufacturer of controlled substances, Mallinckrodt is required by the Drug Enforcement Administration regulations to monitor orders of controlled substances as part of its Anti-Diversion Program.
>
> Our Anti-Diversion Program has identified the order listed below for additional review. Please provide additional information about the circumstances that led to this order. For example, if you recently have experienced a significant increase in your customer base or if another manufacturer of this product is experiencing difficulty supplying this product, provide details about those circumstances.

| Customer Order # | NDC | Item | Quantity |
|---|---|---|---|
| 0302317 | 0406-8530-01 | OXYCODONE HCL 30MG TABS USP | 24.000 |

> Thank you,
> Lisa
>
> Lisa Cardetti | Director - National Accounts
> Mallinckrodt Pharmaceuticals | Specialty Generics
> 675 McDonnell Blvd. | Hazelwood, MO 63042
> O: 816.214.5286 | M: 314.452.2845
> lisa.cardetti@mallinckrodt.com | www.mallinckrodt.com
>
> This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0002365785

--



**Robert Peet**
Inventory Control Manager

Burlington Drug Company
91 Catamount Dr. ❖ Milton, VT 05468-3236
tel (802) 893-5105 x 205
cell (802) 373-0942
fax (802) 893-5110

website | vCard | map | email



**Robert Peet**
Inventory Control Manager

Dowling's Inc.
91 Catamount Dr. ❖ Milton, VT 05468-3236
tel (802) 893-5105 x 205
cell (802) 373-0942
fax (802) 893-5110

website | vCard | map | email

CONFIDENTIALITY NOTICE: This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential or prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, or copying of this e-mail or attachments is strictly prohibited. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system. Thank you.

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0002365786