PSJ15 Exh 89

Message

| | |
|---|---|
| **From**: | Tetzlaff, Gail S [Gail.Tetzlaff@mallinckrodt.com] |
| **Sent**: | 8/18/2015 3:53:25 PM |
| **To**: | Buist, Jennifer M [Jennifer.Buist@mallinckrodt.com]; Cardetti, Lisa M [Lisa.Cardetti@mallinckrodt.com] |
| **CC**: | Spaulding, Eileen L. [Eileen.Spaulding@mallinckrodt.com]; Kazemi, Kian L [Kian.Kazemi@mallinckrodt.com] |
| **Subject**: | RE: Order on Hold - Usage Request |

Approved.

Gail Tetzlaff | Director of Government Reporting Compliance
**Mallinckrodt Pharmaceuticals**
675 McDonnell Blvd. | Hazelwood, MO 63042 | USA
T: 314.654.8263 | M: 314.452.7063
gail.tetzlaff@mallinckrodt.com | www.mallinckrodt.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

---

**From:** Buist, Jennifer M
**Sent:** Tuesday, August 18, 2015 10:52 AM
**To:** Cardetti, Lisa M
**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.; Kazemi, Kian L
**Subject:** RE: Order on Hold - Usage Request

Gail – I recommend release.

---

**From:** Cardetti, Lisa M
**Sent:** Tuesday, August 18, 2015 10:46 AM
**To:** Buist, Jennifer M
**Cc:** Tetzlaff, Gail S; Spaulding, Eileen L.; Kazemi, Kian L
**Subject:** FW: Order on Hold - Usage Request

Hi Jen,

Please see below from RDC. Their usage has increased due to recent price changes. They are also experiencing delays from other suppliers. Per the screen shot below, they have 0 on hand currently and they have been selling out ~270/month for the past 2 months.

Please let me know if you have any questions.

Thank you,
Lisa

Lisa Cardetti | Director - National Accounts
Mallinckrodt Pharmaceuticals | Specialty Generics
675 McDonnell Blvd. | Hazelwood, MO 63042
O: 816.214.5286 | M: 314.452.2845
lisa.cardetti@mallinckrodt.com | www.mallinckrodt.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER  MNK-T1_0008520222

**From:** Tracy Plouffe [mailto:TPlouffe@rdcdrug.com]
**Sent:** Tuesday, August 18, 2015 10:33 AM
**To:** Cardetti, Lisa M
**Subject:** RE: Order on Hold - Usage Request

Lisa,
  We are seeing some increased usages in our Rochester location on this item.  Some of this usage will eventually be transitioned over to our new DC in Fairfield.  I have sent a screen print of our August usage as well as a history screen below.  We have seen some outages with another manufacturer as well.  Please let me know if there is any other information I can provide.
Thanks
Tracy



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                               MNK-T1_0008520223



| Date Entered | Time Entered | Qty | Name | IDN | Category |
|---|---|---|---|---|---|
| 8-14-2015 | 15:01:26 | -1 | TOP PHARMACY CORP | 004061 | CUSTOMER |
| 8-14-2015 | 15:01:22 | -6 | NEW DORP PHARMACY CORP | 003970 | CUSTOMER |
| 8-13-2015 | 16:25:25 | -4 | GLOUCESTER CITY PHCY DISC | 003658 | CUSTOMER |
| 8-13-2015 | 16:16:36 | -4 | UNION ST. PHARMACY INC. | 003696 | CUSTOMER |
| 8-13-2015 | 10:26:15 | 12 | MALLINCKRODT INCORPORATE | 315502 | VENDOR |
| 8-13-2015 | 10:26:15 | 12 | MALLINCKRODT INCORPORATE | 315502 | VENDOR |
| 8-13-2015 | 10:26:14 | 12 | MALLINCKRODT INCORPORATE | 315502 | VENDOR |
| 8-12-2015 | 17:51:14 | -3 | CAMDEN DISCOUNT PHARMAC | 003967 | CUSTOMER |
| 8-12-2015 | 17:19:28 | -6 | PRO HEALTH PHARMACY | 003934 | CUSTOMER |
| 8-12-2015 | 16:12:39 | -4 | WASHINGTONVILLE PHARMACY | 003114 | CUSTOMER |

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER　　　　　　MNK-T1_0008520224



**Item Movement - 10156487  OXYCODONE HCL 30MG    MALL**

Warehouse: RDC INC
Type: *ALL   Date Range: 0 - 0

| Date Entered | Time Entered | Qty | Name | IDN | Category |
|---|---|---|---|---|---|
| 8-12-2015 | 15:15:54 | -6 | NEW DORP PHARMACY CORP | 003970 | CUSTOMER |
| 8-12-2015 | 14:22:44 | -3 | HEALTH FIRST PHARMACY | 003463 | CUSTOMER |
| 8-12-2015 | 12:07:40 | 48 | MALLINCKRODT INCORPORATE | 315502 | VENDOR |
| 8-12-2015 | 11:27:06 | -4 | HEALTH FIRST PHARMACY | 003463 | CUSTOMER |
| 8-11-2015 | 18:27:21 | -3 | ST. PAUL'S NEIGHBORHOOD PH | 004182 | CUSTOMER |
| 8-11-2015 | 17:55:55 | -2 | PAIN MANAGEMENT COMPANY | 003521 | CUSTOMER |
| 8-11-2015 | 17:20:51 | -6 | PRO HEALTH PHARMACY | 003934 | CUSTOMER |
| 8-11-2015 | 17:19:58 | -6 | 370 PHARMACY CORP. | 004031 | CUSTOMER |
| 8-11-2015 | 16:54:36 | -8 | LIVINGSTON PHARMACY | 004059 | CUSTOMER |


CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                            MNK-T1_0008520225


### Item Movement - 10156487 OXYCODONE HCL 30MG    MALL

Warehouse: RDC INC
Type: *ALL     Date Range: 0 - 0

| Date Entered | Time Entered | Qty | Name | IDN | Category |
|---|---|---|---|---|---|
| 8-12-2015 | 16:50:23 | -1 | GLOUCESTER CITY RX DISC | 002050 | CUSTOMER |
| 8-11-2015 | 16:25:38 | -3 | TOWN TOTAL HEALTH LLC/ALB. | 004586 | CUSTOMER |
| 8-10-2015 | 17:12:59 | -6 | UNION ST. PHARMACY INC. | 003696 | CUSTOMER |
| 8-10-2015 | 16:58:02 | -6 | CRAMER HILL PHARMACY | 003962 | CUSTOMER |
| 8-10-2015 | 16:53:03 | -3 | SHEELEY'S DRUG STORE INC | 001466 | CUSTOMER |
| 8-10-2015 | 16:44:04 | -2 | MIDDLE NECK PHARMACY | 003645 | CUSTOMER |
| 8-08-2015 | 16:14:45 | -4 | UNION ST. PHARMACY INC. | 003696 | CUSTOMER |
| 8-07-2015 | 17:05:15 | -3 | HEALTH FIRST PHARMACY | 003463 | CUSTOMER |
| 8-07-2015 | 16:44:58 | -8 | SEVENTH ELM DRUG CORP. | 003735 | CUSTOMER |
| 8-07-2015 | 15:48:43 | -1 | BETHPAGE PHARMACY INC. | 004590 | CUSTOMER |

Close

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER     MNK-T1_0008520226



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                           MNK-T1_0008520227



**From:** Cardetti, Lisa M [mailto:Lisa.Cardetti@mallinckrodt.com]
**Sent:** Tuesday, August 18, 2015 11:02 AM
**To:** Tracy Plouffe <TPlouffe@rdcdrug.com>
**Subject:** Order on Hold - Usage Request
**Importance:** High

Hi Tracy,

As a manufacturer of controlled substances, Mallinckrodt is required by the Drug Enforcement Administration regulations to monitor orders of controlled substances as part of its Anti-Diversion Program.

Our Anti-Diversion Program has identified the order listed below for additional review. Please provide additional information about the circumstances that led to this order. For example, if you recently have experienced a significant increase in your customer base or if another manufacturer of this product is experiencing difficulty supplying this product, provide details about those circumstances.

This is most likely due to the recent change in pricing. If so, can you please provide an updated annual usage for this item for our records?

| Customer Order # | NDC | Item | Quantity |
|---|---|---|---|
| 2761227 | 0406-8530-01 | OXYCODONE HCL 30MG TABS USP | 168 |

Thank you,
Lisa

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　　　　　　　　　　MNK-T1_0008520228

Lisa Cardetti | Director - National Accounts
Mallinckrodt Pharmaceuticals | Specialty Generics
675 McDonnell Blvd. | Hazelwood, MO 63042
O: 816.214.5286 | M: 314.452.2845
lisa.cardetti@mallinckrodt.com | www.mallinckrodt.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                                                                    MNK-T1_0008520229