PSJ15 Exh 90

**To:** Ramsaran, Elva[Elva.Ramsaran@mallinckrodt.com]; Johnson, Carrie M[Carrie.Johnson@mallinckrodt.com]
**Cc:** Spaulding, Eileen L.[Eileen.Spaulding@mallinckrodt.com]
**From:** Harper, Karen
**Sent:** Thur 3/24/2016 7:17:52 PM
**Subject:** RE: McKesson Orders Released from U2 Hold

Thanks Elva, The orders will be released from U2 hold today based upon new average monthly utilization provided by McKesson below.

Karen Harper **|** Sr. Manager, Controlled Substances Compliance Group
Legal Department
**Mallinckrodt Pharmaceuticals**
675 McDonnell Blvd.
Hazelwood, MO 63042
T: 314.654.1868 **|** M: 314.401.1573
karen.harper@mallinckrodt.com **|** www.mallinckrodt.com

*This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.*

---

**From:** Ramsaran, Elva
**Sent:** Thursday, March 24, 2016 2:15 PM
**To:** Harper, Karen; Johnson, Carrie M
**Cc:** Spaulding, Eileen L.
**Subject:** RE: McKesson Orders on U2 Hold, Note for Friday 03/25, Monday 03/28 and Tuesday 03/29/2016

Hi All,

Here is McKesson's response:

PO# 8106408914/ NDC 30406575562 / Item 2171403 METHADONE TAB 5MG UD MAL10X10@ -spike in the last couple of weeks. AMU is 764.

PO# 8106408911/ NDC 30406324301/ Item 1169234 HYDROMORPH TAB 2MG MALL 100@ -spike in the last couple of weeks. New AMU 17,097
              NDC 30406324401/ Item 1170745 HYDROMORPH TAB 4MG MALL 100@ -looks consistent – AMU 20,546
              NDC 30406324552/ Item 1243815 HYDROMORPH HCL USP MALL 1GM@- spike in the last couple of weeks. New AMU 216

Thanks,
Elva

Elva Ramsaran **|** Director - National Accounts
Mallinckrodt Pharmaceuticals **|** Specialty Generics
675 McDonnell Blvd. **|** Hazelwood, MO 63042
O: 909-794-6032 M: 314-712-8769
elva.ramsaran@mallinckrodt.com

---

**From:** Harper, Karen
**Sent:** Thursday, March 24, 2016 11:22 AM
**To:** Johnson, Carrie M; Ramsaran, Elva
**Cc:** Spaulding, Eileen L.
**Subject:** McKesson Orders on U2 Hold, Note for Friday 03/25, Monday 03/28 and Tuesday 03/29/2016

Carrie,
As of this writing, the below listed McKesson orders remain on U2 hold pending additional information from McKesson. Elva Ramsaran is the MNK National Account Director for McKesson and is communicating with the customer.

Elva,
I am taking PTO days to extend the weekend, If additional information is received from McKesson on Friday 03/25, Monday 03/28 or Tuesday 03/29/2016 please notify Carrie Johnson.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| 7037986 6 | 5004522 3 | MCKESSON CORPORATION,DANVILLE,IL | 689610 | MCKESSON CORPORATION,OLIVE BRANCH,MS |
| 7037986 7 | 5004522 3 | MCKESSON CORPORATION,DANVILLE,IL | 689610 | MCKESSON CORPORATION,OLIVE BRANCH,MS |

Karen Harper **|** Sr. Manager, Controlled Substances Compliance Group
Legal Department
**Mallinckrodt Pharmaceuticals**
675 McDonnell Blvd.
Hazelwood, MO 63042
T: 314.654.1868  **|**  M: 314.401.1573
karen.harper@mallinckrodt.com  **|**  www.mallinckrodt.com

*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*