PSJ15 Exh 91

Message

| | |
|---|---|
| **From:** | Ramsaran, Elva [/O=MKGLOBAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RAMSARAN, ELVA77A] |
| **Sent:** | 7/25/2016 3:39:58 PM |
| **To:** | McKenzie, Heather [/O=MKGLOBAL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=McKenzie, Heather34d] |
| **Subject:** | FW: McKesson Order Released From U1 SOM Hold Oxycodone 15mg - Revised Forecast? |
| **Attachments:** | Copy of Bid Form-GxOneStopD-June2016-39-0619162057.xlsm |

Hi Heather,

Please see the new demand file with monthly demand now at 9,138 and McKesson only has 18 days on hand as an average, which is a bid light. They usually have between 20-25 days on hand.

Thanks,
Elva

Elva Ramsaran | Director - National Accounts
Mallinckrodt Pharmaceuticals | Specialty Generics
675 McDonnell Blvd. | Hazelwood, MO 63042
O: 909-794-6032 M: 314-712-8769
elva.ramsaran@mallinckrodt.com

---

**From:** McKenzie, Heather
**Sent:** Monday, July 25, 2016 8:00 AM
**To:** Ramsaran, Elva
**Cc:** Harper, Karen; Spaulding, Eileen L.
**Subject:** McKesson Order Released From U1 SOM Hold Oxycodone 15mg - Revised Forecast?

Elva,

McKesson PO 8106700911 brings McKesson's Oxy 15mg month to date purchases to 9240 bottles. Previous forecast +10% equals 8625 bottles. Has McKesson increased their forecast?

This order has been released from U1 hold, however we require documentation for the SOM files.

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0007187021

```
42045                    Order Inquiry              Branch/Plant  *
                                                    Status. .  520 Thru 999 St
Pick Slip No..                                      Date:              Thru
Order No . . . 70392442 *                           Date Range - Based On. . .
Invoice No . .                                      Currency Code. . . . . *
Orig Order No.
Sold To . . .
Ship To . . .
Item Number. .
Customer PO. .

O  Hd  Order    Ty Sold To              Description          Quantity    Request
       70392442 SZ MCKESSON CORPORATI OXYCODONE HCL 5MG       2592.000    07/28/16
       70392442 SZ MCKESSON CORPORATI OXY/APAP 5/325 TAB      1728.000    07/28/16
       70392442 SZ MCKESSON CORPORATI HYDROMORPHONE HCL       6360.000    07/28/16
       70392442 SZ MCKESSON CORPORATI OXY/APAP 10/325TAB       528.000    07/28/16
       70392442 SZ MCKESSON CORPORATI OXYCODONE HCL 15MG      2544.000    07/28/16
       70392442 SZ MCKESSON CORPORATI MORPHINE ORAL CONC      1134.000    07/28/16
       70392442 SZ MCKESSON CORPORATI DEXTROAMPHETAMINE         84.000    07/28/16
       70392442 SZ MCKESSON CORPORATI DEXTROAMPHETAMINE        348.000    07/28/16
       70392442 SZ MCKESSON CORPORATI DEXTROAMPHETAMINE        372.000    07/28/16
       70392442 SZ MCKESSON CORPORATI METHADOSE ORAL CON       480.000    07/28/16
```

Heather R. McKenzie  |  Controlled Substances Senior Analyst
Legal Department
**Mallinckrodt Pharmaceuticals**
675 McDonnell Blvd.
Hazelwood, MO 63042
T: 314.654.4324  |  M: 314.712.5568
heather.mckenzie@mallinckrodt.com  |  www.mallinckrodt.com

This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                    MNK-T1_0007187022