PSJ15 Exh 96

Message
---

| | |
|---|---|
| From: | Borelli, Victor [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VICTOR.BORELLI] |
| Sent: | 8/7/2010 2:36:05 PM |
| To: | Steven J. Cochrane [steve@keysourcemedical.com] |
| Subject: | FW: Keysource Oxycodone Sales |
| Attachments: | KeySource Oxy Sales.pdf; HD Smith Oxy Accounts.xls |

Let's talk about this when you get back from you mini vacation.    I still don't buy off on this information and would like to talk to you about this to run a similar program with your data.

Pull up April - July Oxy sales to these DEA numbers and see what that did to your total volumes.

Thanks,

Victor M Borelli
Director of National Accounts
Mallinckrodt / Covidien Specialty Generics
Office: 410.308.0633
Fax:    410.308.0634
Cell:    443.204.7914

---

| | |
|---|---|
| From: | Muhlenkamp, Kate M (Neely) |
| Sent: | Thursday, August 05, 2010 10:14 AM |
| To: | Borelli, Victor |
| Cc: | Collier, Ginger L |
| Subject: | Keysource Oxycodone Sales |

Vic -

Per our conversation please find attached the graph showing the transition of Oxycodone Sales from HD Smith to Keysource of the last several months.   I removed the bottle numbers, etc., so you should be able to share the graph with Keysource, as it just denotes scale.


KeySource Oxy Sales.pdf

Additionally, we had Steve reach out to HD Smith to find out what business they had walked away from.   Attached is a list of customers that they have either shut down or severely restricted.   We are not suggesting that Keysource adhere to HD Smith's methods, but thought it might be helpful for them to have a list of accounts that a similar business has deemed suspicious.


HD Smith Oxy Accounts.xls

Steve asked HD Smith how they identified these accounts and HD Smith noted the following:

- CII ratio to normal non scheduled product orders
- If the pharmacy was closed door servicing just physicians
- Large pharmacies with excess orders

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER  MNK-T1_0000560461

- No physician sales

- Pharmacy secondary supplier relations

Let me know if you have any questions.   Thanks for your help with this.

Kate

Kate Muhlenkamp
Product Manager
Covidien
Mallinckrodt
Specialty Generic Pharmaceuticals
675 McDonnell Blvd
Saint Louis, MO   63042

(314) 654-3735 - Office
(314) 654-7128 - Fax

www.covidien.com

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                                  MNK-T1_0000560462

Document Produced in Native Format

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER MNK-T1_0000560464

| Customer Number | Customer Name | DEA Regis. No. |
|---|---|---|
| 70030025 | GALLOWAY | BG4336461 |
| 70101741 | EMERALD PHARMACY | BE7333660 |
| 70103003 | HIGHRISE CASINO RX LLC | BH9142542 |
| 70104432 | LAMS | BD9670058 |
| 70107767 | SUNRISE MEDICAL | BS8558528 |
| 30335203 | AFFORDAHEALTH PAIN RELIEF CTR. | BK5845726 |
| 30335200 | ALL FLORIDA PAIN MGT | AS9122045 |
| 40000166 | ALPHA PHARMACY, INC | BA9212161 |
| 40000418 | AMERIMED PHARMACEUTICAL SERVICES | BA9597127 |
| 41000003 | ARMENIA PHARMACY | BA9135395 |
|  | BI-WISE DRUGS INC |  |
| 30335214 | COASTAL PAIN MGT-MARTINEZ | BM2288719 |
| 30335213 | COASTAL PAIN MGT-SMITH | BS9752557 |
| 30335201 | DELRAY PAIN CLINIC | BS4671663 |
| 40000188 | DIRECT DISPENSING | RD0183068 |
| 40000492 | DIRECT PHARMACY | BD9817668 |
| 30335202 | FT. LAUDERDALE PAIN RELIEF CTR. | BL9561235 |
| 30335207 | HOLLYWOOD PAIN RELIEF CENTER | FK0349072 |
| 41000000 | JEN-MAR PHARMACY | BJ7340906 |
| 40000353 | KENS DRUGS | BK8211877 |
| 40000155 | KME RX DBA MEDICAP PHARMACY | BK8801943 |
| 40000144 | MEDEQ, INC. | BM8926187 |
| 40000129 | MEDICAL INSTITUTIONAL SERVICES | RM0315893 |
| 40000146 | MEDIPHARM RX | BM9038010 |
| 40000145 | MEDIPHARM RX, INC. | BM9038008 |
| 40000362 | PHARMACY EXPRESS | BP9416567 |
| 40000361 | PHARMACY EXPRESS OF FL III | BP9741934 |
| 40000055 | PHARMCORE INC, HALLANDALE PHARMACY | BP8246236 |
| 40000337 | QRG INC. DBA DUANE'S DISCOUNT DRUGS | BQ9455420 |
| 40000173 | WORLDWIDE RX, INC. | BW8907733 |
| 40000069 | YOUR DRUGGIST | AY1916103 |
| 10105515 | SAFESCRIPT | BS8705519 |
| 30350103 | DR. DAVID DEMOREST | AD2417144 |
| 30350102 | DR. GIACCHINO | BG6335485 |
|  | FREEDOM PHARMA |  |
|  | WORLD HEALTH ASSOCIATION |  |
| 14000061 | GRIDER DRUG - KEY VILLAGE | BG7574850 |
| 14000064 | GRIDER DRUG #1 | AG3498347 |
| 14000062 | GRIDER DRUG #2 | AG9715751 |
|  | RICHIE PHARMACAL |  |
| 14000127 | PHARMACARE PHARMACY | BP7471078 |
| 80000086 | MEETING HOUSE COMM PHARMACY | BM3972747 |
| 20241341 | STUDEWOOD | BS3537163 |
| 20235791 | PROMED PHARMACY |  |
| 30337016 | ACE PHARMACY | BA2621084 |
| 20272451 | AMEX | BA2304842 |
| 20259159 | BAYO PHARMACY |  |
| 30338510 | BEST PHARMACY | FB0076023 |

| | | |
|---|---|---|
| 50162256 | CRUCES | BC5457850 |
| 20226600 | EXPRESS RX PHARMACY | BE8214520 |
| | GRAND PHARMACY | |
| 20266256 | I 10 EAST PHARMACY INC | BI7730193 |
| 30334017 | MAX CARE PHARMACY | BM9331074 |
| 20220203 | MED EXPRESS PHARMACY | BM6898247 |
| 20220201 | RICHMOND PHARMACY | BR9366697 |
| 20288836 | NNWOOD | |
| 20291175 | MEDRX PHARMACY | BM9299846 |
| 20285591 | TXRX | |
| 20249952 | TOUCH RX | BT9077745 |
| 20277506 | Plaza Pharmacy Pasadena | BP9274628 |
| 20277598 | Seabrook Pharmacy | |
| 14000328 | Tug Valley Pharmacy | FT0251227 |
| 70081903 | St. Pauls Pharmacy | BS5385504 |
| 40000034 | Generic Depot #2 | BG5677630 |
| 40000631 | Generic Depot #3 | FG1544229 |
| 40000532 | Covenant /Grace Discount | FC0771471 |
| 51503376 | Renaissance Family Pharmacy | FR0704040 |
| 40000493 | Summit Investment; Bay Area Pharmacy | FB0584690 |
| 40000568 | Summit Investment; Bay Area Pharmacy #2 | FS1121526 |
| 14000690 | Southgate Pharmacy | FS1253765 |
| 14000683 | Pharma 1 | |
| 70015301 | Community Phcy #1 | BC9843132 |
| 70015302 | Community Phcy #2 | FC0531512 |
| 70015303 | Community Phcy #3 | FC1179945 |
| 70015304 | Community Phcy #4 | FC1303990 |
| 70015305 | Community Phcy #5 | FC1304005 |
| 40000419 | Fletcher Discount Pharmacy | FF0098536 |

| Customer Number | Customer Name | DEA Regis. No. |
|---|---|---|
| 40000297 | DISPENSING PHYSICIAN CONSULTAN | FD0349983 |
| 40000025 | DELRAY SHORES PHARMACY | AD6548195 |
| 40000074 | TOWN DRUG OF HOLLYWOOD INC | AT0192928 |
| 40000419 | FLETCHER DISCOUNT PHARMACY | FF0098536 |
| 40000559 | UNIVERSITY PHARMACY INC | BU9949946 |
| 40000125 | PHARMACY ONE INC DBA | BP7204833 |
| 40000530 | HILLS PHARMACY LLC | FH0772257 |
| 40000506 | PROSCRIPT PHARMACY SERVICES IN | BP6777532 |
| 40000507 | CHOICE PHARMACY INC | FC0326606 |
| 40000339 | LIFE EXTENSION PHARMACY INC | FL0025064 |
| 40000619 | TNC PHARMACY, LLC | FT1155907 |
| 40000214 | APEX PHARMACY | BA9663332 |
| 40000440 | G & H PHARMACY INC | BG9194527 |
| 40000567 | GOODMAN DRUGS, INC | BG3982661 |
| 40000417 | ACOLOGY PRESCRIPTION, COMPOUND | BA7001821 |
| 40000576 | TRINITY PHARMACY | BT9848170 |
| 40000455 | KABS OF TAMPA INC DBA | FK0112906 |
| 40000632 | GENERIC RX, LLC | FG1524657 |
| 40000006 | IZZ AND SONS | BI5793395 |
| 40000116 | PHARMACY CARE, INC/DBA | BP6725367 |
| 40000328 | BRADYS PHARMACY | BB9995448 |
| 40000458 | A.I.P HEALTHCARE SERVICES, | FA0523147 |
| 40000646 | ANTHONY'S DRUGS, INC | FA1631250 |
| 40000182 | SPEEDY SCRIPTS PHARMACY | BS8650675 |
| 40000435 | TRU-VALU DRUGS INC | A97118246 |
| 40000304 | BESHARA ASSOCIATES INC | BB0785759 |
| 40000543 | MEDEX PHARMACY INC | FM0783262 |
| 40000063 | DAVID'S PHARMACY AND SURGICAL | AB7128487 |
| 40000596 | SIMFAROSE PHARMACEUTICAL | FS0588004 |
| 40000143 | LINTON SQUARE PHARMACY | BL6175574 |
| 40000608 | WOOLLEY'S PHARMACY, INC | BW3053890 |
| 40000216 | SPEEDY SCRIPTS II, INC | BS9433323 |
| 40000493 | SUMMIT INVESTMENT, LLC | FB0584690 |
| 40000637 | SHAAN BUSINESS, INC DBA | FS1539937 |
| 40000359 | OSBORNE PHARM INC | BO9931557 |
| 40000568 | SUMMIT INVESTMENTS DBA | FS1121526 |
| 40000643 | LAMBRIGHT PHARMACY, LLC | FL0745870 |
| 40000444 | KINGS DRUGS INC DBA KING PHARM | BK9199349 |
| 40000578 | US 1 PHARMACY,INC | FU1198604 |
| 40000594 | TREASURE COAST SPECIALTY | BT9856002 |
| 40000548 | WOOD'S NATURAL PHARMACY PL | FW1033428 |
| 40000454 | KABS OF TAMPA INC DBA | BK9855997 |
| 40000529 | POPE SHENOUDA LLC DBA | FP0721123 |
| 40000449 | BENAK INC DBA TAMPA DRUGS | BB8134570 |
| 40000442 | VANDANA INC, DBA DISCOUNT RX | BV9473985 |
| 40000527 | ACCESS AMERICARE HEALTH | FA0796271 |
| 40000575 | PROMISE PHARMACY LLC | BP9784338 |

| | | |
|---|---|---|
| 40000604 | HUDSON DRUGS LLC | FH1172131 |
| 40000072 | DR G'S PHARMACY | BD7669293 |
| 40000607 | NDBP LLC DBA | FN1282968 |
| 40000652 | JPPD, INC | FJ1672763 |
| 40000500 | DAYLAN INC DBA SANDLAKE PHARMA | FS0617893 |
| 40000544 | SENIFF ENTERPRISES, INC | FS0809585 |
| 40000457 | KABS OF TAMPA INC DBA | FK0200915 |
| 40000585 | ALLEN INVESTORS AND PHARMACY | FA1195343 |
| 40000601 | A & H RX, LLC | BA9653305 |
| 40000531 | TRINITY PHARMACY II INC | FT0531586 |
| 40000109 | IZZ AND SONS, INC /DBA ROBERT' | BI6616138 |
| 40000553 | WEST ATLANTIC PHARMACY INC | FW1049558 |
| 40000654 | INTEGRA NETWORK CORP | FI1651505 |
| 40000574 | CARE MART INC | FC1157521 |
| 40000675 | TORI, INC | FT0446472 |
| 40000676 | LAKELAND CITY PHARMACY, INC | FL1229651 |
| 40000649 | PHARMCO, LLC | FP0784872 |
| 40000443 | HEPZIBAH INC DBA KAY PHARMACY | BH8636598 |
| 40000684 | BISK VENTURES, INC | FB1458199 |
| 40000686 | FRIENDLY PHARMACY INC | FF1780003 |
| 40000581 | GRANDE PHARMACY LLC | FG1145754 |
| 40000474 | DYL, LLC DBA WEST GORE PHARMAC | FD0486490 |
| 40000497 | LANTANA PHARMACY INC | FL0627464 |
| 40000666 | APOTHECARY DEVELOPMENT CORPORA | AH0192865 |
| 40000625 | RDS PHARMACY MANAGEMENT INC | BR9443728 |
| 40000672 | KGJ ENTERPRISES, LLC | FK1795852 |
| 40000453 | KABS OF TAMPA INC DBA | BK7456052 |
| 40000276 | JUPITER DRUGS | BJ5504243 |
| 40000155 | KME RX INC | BK8801943 |
| 40000504 | LISSMART MEDICAL SUPPLY | FL0600696 |
| 40000017 | POMPANO PHARMACY | AP0163458 |
| 40000476 | FLORIDA DISCOUNTS RX #1 INC | FF0853300 |
| 40000475 | SENIORCARE COMMUNITY PHARMACY | BS9803164 |
| 40000267 | CHRONIC CARE PHARMACY | BC9625231 |
| 40000569 | OCEAN SIDE PHARMACY | AO3080316 |
| 40000683 | LAMBRIGHT PHARMACY, LLC | FL1790117 |
| 40000668 | FELKY RX, LLC | FF0704610 |
| 40000653 | KRISHNA PHARMACY, LLC | FK1778565 |
| 40000560 | PRIDE PHARMACY, INC | FP0988014 |
| 40000534 | CENTER CITY PHARMACY | BC9399949 |
| 40000509 | AB SPECIALTY PHARMACY INC | FA0615205 |
| 40000558 | KABS OF TAMPA INC | FK0761672 |
| 40000677 | JONES TOTAL HEALTH PHARMACY, L | FJ1733725 |
| 40000196 | MEDICATION STATION | AM1017979 |
| 40000532 | INACTIVE COVENANT ENTERPRISE G | FC0771471 |
| 40000636 | THE SMART CHOICE GROUP,INC DBA | FT1581431 |
| 40000557 | UNIVERSITY DRUGS, LLC | FU0603779 |
| 40000588 | BAY STREET PHARMACY INC | AB2646404 |
| 40000698 | WESTSIDE PHARMACY, LLC | FW1897377 |
| 40000605 | EL VIGNOBLE, LLC DBA MEDICINE | FM1237002 |

| | | |
|---|---|---|
| 40000305 | MERIT PHARMACY INC | BM5282619 |
| 40000186 | LOCATEL SUNNY ISLES LLC | BL9610711 |
| 40000003 | V H ENTERPRISES INC | AV6332441 |
| 40000699 | DAVE PHARMACY, LLC | FD1895234 |
| 40000696 | SAISAI INC | FS1843689 |
| 40000680 | MEDLINE ENTERPRISES INC | FM1717137 |
| 40000629 | BLAKE PHARMACY, LLC | FB1353743 |
| 40000071 | LOCATEL HEALTH & WELLNESS | BL8930578 |
| 40000002 | MERCY HOSPITAL DBA MERCY | AM7649342 |
| 40000648 | ST MARKS PHARMACY LLC | FS0910807 |
| 40000580 | HEPZIBAH INC | FH1101358 |
| 40000595 | PHYSICIAN PREFERRED | FP1195331 |
| 40000600 | SUNCOAST VITAL CARE, INC | BS3063687 |
| 40000688 | SCRIPT SAVE PHARMACY INC | FS0442145 |
| 40000383 | HEALTHPLUS PHARMACY | BH9523437 |
| 40000451 | TAJOSE LLC, HEART-MED PHARMACY | BT9195620 |
| 40000519 | RX CARE PHARMACY SERVICES INC | FR0622642 |
| 40000662 | CIRCLE S PHARMACY, INC | BC1222734 |
| 40000010 | BOCA PHARM PAK | BB2617631 |
| 40000697 | TIME SQUARE DRUGS INC. | FT1881172 |
| 40000131 | PRO PHARMACY & DISCOUNT | BP9053303 |
| 40000154 | SKYEMED PHARMACY INC | FS0745248 |
| 40000136 | PRESIDENT PHARMACY & DISCOUNT, | BP9372967 |
| 40000210 | BJ'S PHARMACEUTICAL & MEDICAL | BB9135408 |
| 40000616 | DISCOUNT PHARMACY OF PINES, IN | FD1269960 |
| 40000189 | TECH PHARMACEUTICAL | BT9628706 |
| 40000123 | ANN'S PHARMACY & DISCOUNT, INC | BA8557362 |
| 40000456 | TAJOSE LLC, HEART MED PHARMACY | BT9475193 |
| 40000477 | MED-CARE INFUSION SERVICES,INC | BM3665190 |
| 40000039 | PHARMO-MEDICAL INTERNATIONAL | AP1701146 |
| 40000291 | NANY'S PHARMACY & DISCOUNT COR | BN9709861 |
| 40000547 | MAGNA EMPIRE GROUP INC | FM1124320 |
| 40000096 | GLOBAL PHARMACY SERVICES, INC | BG9454808 |
| 40000577 | SKYEMED PHARMACY & INFUSION SV | FS0745248 |
| 40000611 | MEDSTAR, INC | FM0799974 |
| 40000347 | ULTRA MEDICAL SERVICES INC, DB | BU9546308 |
| 40000184 | OAKWOOD CENTER OF | AC4440501 |
| 40000064 | INFUSION TECHNOLOGIES, INC | BA6733580 |
| 40000005 | S.J.T. CORP/DBA/AMERICANA | BS4239023 |
| 40000019 | ORLY PHARMACY INC #2 | BO3752993 |
| 40000045 | PALM AVENUE PHARMACY INC | BP5548841 |
| 40000079 | FEMY DRUG CORP DBA OLYMPIA PHA | BF9454327 |
| 40000080 | REGIONAL PHARMACY #2 | BR6172237 |
| 40000122 | FLORIDA PHARMACY, INC | BF8290087 |
| 40000181 | PHARMACY MEDICAL SERVICES | BP9607512 |
| 40000209 | HIALEAH PHARMACY INC | FH0484989 |
| 40000262 | QUESTCARE PHARMACY LLC | BR7278989 |
| 40000354 | BUDGET DRUGS, BUDGET DISCOUNT | FB0066882 |
| 40000375 | ULTRATECH MED SUPPLY & EQUIPME | BU6083416 |
| 40000413 | DISPENSING PHYSICIAN CONSULTAN | FD0349983 |

| | | |
|---|---|---|
| 40000425 | FOLKLORE PHARMACY DISCOUNT | BF9601510 |
| 40000452 | RX HEALTH PHARMACY INC | FR0554281 |
| 40000512 | NICANOR PHARMACY | FN0703012 |
| 40000518 | ATLANTIS PHARMACY, INC | BA9032599 |
| 40000538 | I.C.F. ENTERPRISES, INC | FS0865406 |
| 40000550 | JACKSON PHARMACY AND | FJ0993318 |
| 40000571 | CORAL WEST PHARMACY DBA | BC5102405 |
| 40000642 | MPS RX FLORIDA, LLC (ORLANDO) | FM1503297 |
| 40000645 | E P MEDICAL EQUIPMENT, INC | BE5832767 |
| 40000663 | UNITED PHARMACY & DISCOUNT INC | FU1150349 |
| 40000665 | FIRST PRIME MEDICAL CENTER, IN | FF1215993 |
| 40000670 | BOCA PHARMACY SERVICES, INC | BB7497414 |
| 40000679 | EL JARDIN PHARMACY INC | BE8537562 |
| 40000687 | APOTHECARE ENTERPRISES, INC | BA2593209 |