PSJ15 Exh 98

**Mallinckrodt Chargeback Restriction_Reinstatement List 05.16.2017**

| DEA# | CUSTOMER NAME | ADD LINE 1 | CITY | STATE | ZIP | Date of Chargeback Restriction | Date of Chargeback Reinstatement |
|---|---|---|---|---|---|---|---|
| FA0615205 | AB SPECIALTY PHARMACY INC | 2311 SEVEN SPRINGS BLVD | NEW PORT RICHEY | FL | 34655 | 9/16/2011 | 5/28/14 |
| FB0048341 | BELAVINASH, INC | 3851 NORTHDALE BLVD | NORTHDALE | FL | 33624 | 9/16/2011 | 10/16/11 |
| BG8830223 | GULF COAST MEDICAL PHARM | 13685 DOCTORS WAY | FORT MYERS | FL | 33912 | 9/16/2011 | |
| NO DEA | GULF COAST MEDICAL PHARM | 13685 DOCTORS WAY | FORT MYERS | FL | 33912 | 9/16/2011 | |
| FM0698956 | MEDICINE SHOPPE INTL | 14936 NORTH FLORIDA AVENUE | TAMPA | FL | 33613 | 9/16/2011 | 10/16/11 |
| FD0801515 | DAYTONA DISCOUNT PHARMACY | 815 D BEVILLE ROAD | S DAYTONA BCH | FL | 32119 | 9/22/2011 | 5/15/17 |
| BI6616138 | IZZ AND SONS | 3454 NORTHWEST 7TH AVENUE | MIAMI | FL | 33127 | 9/22/2011 | |
| AL0210168 | LIVE AND LET LIVE PHARMACY | 3520 NORTHWEST 17TH AVE | MIAMI | FL | 33142 | 9/22/2011 | |
| BP7204833 | PHARMACY ONE INC | DBA ROBERTS DRUG STORE #3 | MIAMI | FL | 33142 | 9/22/2011 | |
| BI5793395 | ROBERTS DRUG STORE | 590 WEST FLAGLER ST | MIAMI | FL | 33130 | 9/22/2011 | |
| BB8426264 | BER CORPORATION | 1700 LAS VEGAS BLVD SOUTH | LAS VEGAS | NV | 89104 | 10/18/2011 | |
| BC7126457 | BROOK'S PHARMACY | 3501 HEALTH CENTER BLVD | BONITA SPRINGS | FL | 34135 | 10/18/2011 | |
| BC2753021 | CABANA PHARMACY | 119 NORTHWEST 29TH | MIAMI | FL | 33127 | 10/18/2011 | |
| FC0096215 | CAPE CORAL EXPRESS | 505 DEL PRADO BLVD NORTH | CAPE CORAL | FL | 33909 | 10/18/2011 | |
| AB7128487 | DAVIDS PHARMACY AND SURG | 1637 NE 36TH STREET | POMPANO BEACH | FL | 33064 | 10/18/2011 | |
| BD9670058 | DBA LAMS PHARMACY CORP | 2202 WEST CHARLESTON BLVD | LAS VEGAS | NV | 89102 | 10/18/2011 | |
| FH2162167 | HEALTH CENTER PHARMACY | 15418 CRENSHAW BLVD | GARDENA | CA | 90249 | 10/18/2011 | |
| AH0192865 | ISLAND DRUG | 1081 N COLLIER BLVD | MARCO ISLAND | FL | 34145 | 10/18/2011 | |
| FL1255492 | LIFEFIRST PHARMACY | 3233 WEST CHARLESTON BLVD | LAS VEGAS | NV | 89102 | 10/18/2011 | |
| AL2790182 | LOWE'S DRUG INC | 1536 EAST BROADWAY | MARYVILLE | TN | 37804 | 10/18/2011 | 9/2/15 |
| FM2315186 | MEDICAL TOWERS | 17822 BEACH BLVD | HUNTINGTON BEACH | CA | 92647 | 10/18/2011 | |
| FM1850228 | METRO DRUGS | 6338 WEST SAHARA AVENUE | LAS VEGAS | NV | 89146 | 10/18/2011 | |
| FP1703835 | PHARMALIFE CONSULT | 6850 CORAL WAY | MIAMI | FL | 33155 | 10/18/2011 | |
| BR9443728 | ROBERTS DRUG #4 | 111 NORTHWEST 1ST ST | MIAMI | FL | 33128 | 10/18/2011 | |
| BS0926545 | SOUTHWEST PHARMACY | DBA THE PHARMACY SHOPPE | MILWAUKEE | WI | 53215 | 10/18/2011 | |
| FS0967692 | SPRING VALLEY PHARMACY | 2725 SOUTH JONES STREET | LAS VEGAS | NV | 89146 | 10/18/2011 | |
| AL1059662 | MEDICAL TOWERS PHARMACY | 17822 BEACH BLVD | HUNTINGTON BEACH | CA | 92647 | 10/18/2011 | |
| BA9094133 | ALPHA DRUGS | 7857 PALM RIVER ROAD | TAMPA | FL | 33619 | 11/17/2011 | |
| BA9500352 | AMERIMEDZ II | DBA CITY PLACE PHARMACY | WEST PALM BEACH | FL | 33401 | 11/17/2011 | |
| BA9633252 | AMERIMEDZ II | DBA CITY PLACE PHARMACY | WEST PALM BEACH | FL | 33401 | 11/17/2011 | |
| FB0066882 | BUDGET DRUGS | 13150 SOUTHWEST 134TH STREET | MIAMI | FL | 33186 | 11/17/2011 | |
| FB2330948 | BUNCH MEDICAL LLC MD PHARMACY | 1467 WEST MORRIS BLVD | MORRISTOWN | TN | 37813 | 11/17/2011 | 6/22/15 |
| RC0281876 | CALIGOR RX INC | 1226 LEXINGTON AVE | NEW YORK | NY | 10028 | 11/17/2011 | 1/12/16 |
| BC7467081 | CALIGOR RX INC. | 1226 LEXINGTON AVE | NEW YORK | NY | 10028 | 11/17/2011 | 1/12/16 |
| FC0861345 | CASTLE HILL DRUGS INC. | 674 CASTLE HILL AVE | BRONX | NY | 10473 | 11/17/2011 | |
| FC0488420 | CHAAND INC DISCOUNT | 15511 NORTH FLORIDA AVE | TAMPA | FL | 33613 | 11/17/2011 | |
| AD6548195 | DELRAY SHORES PHARMACY | DILDINE THOM LAWSON | DELRAY BEACH | FL | 33445 | 11/17/2011 | 11/22/11 |
| FF0704610 | FELKY RX | 15429 NORTH FLORIDA AVE | TAMPA | FL | 33613 | 11/17/2011 | |
| FG1524657 | GENERIC RX LLC | 3448 WEST HILLSBORO BLVD | DEERFIELD BEACH | FL | 33441 | 11/17/2011 | |
| FG1706893 | GUDOC PHARMACY PLLC | 106 SOUTH PARSONS AVENUE | BRANDON | FL | 33511 | 11/17/2011 | |

| DEA# | CUSTOMER NAME | ADD LINE 1 | CITY | STATE | ZIP | Date of Chargeback Restriction | Date of Chargeback Reinstatement |
|---|---|---|---|---|---|---|---|
| BE3525930 | HAROLDS PHARMACY | 2272 MCDONALD AVE | BROOKLYN | NY | 11223 | 11/17/2011 | |
| BH9523437 | HEALTH PLUS PHARMACY | 8820 MIRAMAR PARKWAY | MIRAMAR | FL | 33025 | 11/17/2011 | |
| BT9195620 | HEART MED PHARMACY | 2351 NORTHWEST 93 AVE | MIAMI | FL | 33172 | 11/17/2011 | 11/6/13 |
| FH2358275 | HERNDON PHARMACY MED SUPPLY | 208 ELDEN STREET | HERNDON | VA | 20170 | 11/17/2011 | 5/6/15 |
| FJ0537083 | JOCHYS PHARMACY | 5858 WEST 20TH AVE | HIALEAH | FL | 33016 | 11/17/2011 | |
| FL0745870 | LAMBRIGHT PHARMACY HM | 3430 WEST LAMBRIGHT ST | TAMPA | FL | 33614 | 11/17/2011 | |
| FL2090746 | LAUDERHILL PHARMACY LLC | 5368 NORTH UNIVERSITY DRIVE | LAUDERHILL | FL | 33351 | 11/17/2011 | |
| FL0025064 | LIFE EXTENSION PHARMACY INC | 1100 WEST COMERCIAL BLVD | FORT LAUDERDALE | FL | 33309 | 11/17/2011 | |
| FL1001077 | LIFE PHARMA II INC | 471 LENOX AVE | NEW YORK | NY | 10037 | 11/17/2011 | 3/1/13 |
| FM1266813 | MARWOOD LOW COST PHARMACY | 3381 KENTUCKY AVE | INDIANAPOLIS | IN | 46221 | 11/17/2011 | |
| FM1239183 | MEDICAL PLAZA PHARMACY | 201 NORTHWEST 82ND AVE | PLANTATION | FL | 33324 | 11/17/2011 | 8/1/12 |
| FN0841418 | NORTHEAST PHARMACY | 6730 BUSTLETON AVENUE | PHILADELPHIA | PA | 19149 | 11/17/2011 | |
| BO9808506 | OVERTONS PHARMACY/MUNSEY | 106 ADMINISTRATION ROAD | OAK RIDGE | TN | 37830 | 11/17/2011 | 3/27/17 |
| FP1390397 | PHARMACY OF AMERICA | 1500 EAST ERIE AVE | PHILADELPHIA | PA | 19124 | 11/17/2011 | 2/14/14 |
| BP6777532 | PROSCRIPT PHARMACY SERVICES INC. | 3744 SW 64TH  AVE. | DAVIE | FL | 33314 | 11/17/2011 | |
| FS1539937 | SHAAN BUSINESS INC | DBA HOMESTEAD PHARMACY | LEHIGH ACRES | FL | 33936 | 11/17/2011 | |
| BS7719795 | SHAYONA PHARMACY | 167 SMITH ST | PERTH AMBOY | NJ | 08861 | 11/17/2011 | |
| BS5744645 | SUNSHINE WELLNESS CENTER | 90 PONCE DE LEON BLVD | BROOKSVILLE | FL | 34601 | 11/17/2011 | 8/1/12 |
| BM8694665 | SYL MAX PHARMCARE | 375 WEST STREET RD | WARMINSTER | PA | 18974 | 11/17/2011 | |
| BT7672492 | T J ENTERPRISE INC | DBA BETTER VALUE PHARMACY | WEST COVINA | CA | 91790 | 11/17/2011 | |
| FT1881172 | TIME SQUARE DRUGS INC. | DBA MANHATTNAS PHARMCY | JUPITER | FL | 33458 | 11/17/2011 | |
| AT0192928 | TOWN DRUG OF HOLLYWOOD INC | 2730 HOLLYWOOD BLVD. | HOLLYWOOD | FL | 33020 | 11/17/2011 | |
| BU6083416 | ULTRATECH MED SUPPLY   EQUIP | 8150 SW 8TH ST | MIAMI | FL | 33144 | 11/17/2011 | |
| BU9949946 | UNIVERSITY PHARMACY INC | 500 UNIVERSITY BLVD | JUPITER | FL | 33458 | 11/17/2011 | |
| AV6332441 | VH PHARMACIES  1 | 1000 SOUTHWEST 1ST ST | MIAMI | FL | 33130 | 11/17/2011 | 8/1/12 |
| FV2081812 | VICTORY RX LLC | RANDALL MANOR PHCY AND SURGICAL SUP | STATEN ISLAND | NY | 10301 | 11/17/2011 | |
| AL3934014 | LAABS INC | 911 NORTH 27 STREET | MILWAUKEE | WI | 53208 | 2/28/2012 | |
| BM4332134 | MOBLEYS DISCOUNT PHARMACY | 235 WEST WARD STREET | DOUGLAS | GA | 31533 | 2/28/2012 | |
| FS1757701 | SAVMORX DURGS | 205 EAST OCMULGEE STREET | BROXTON | GA | 31519 | 2/28/2012 | |
| BA6800216 | ACCOKEEK DRUG HEALTHCARE | 15789 LIVINGSTON RD. | ACCOKEEK | MD | 20607 | 2/28/2012 | 6/14/13 |
| AB8689258 | BARCLAY PHARMACY, INC | 200 A N TAMIAMI TR | VENICE | FL | 34285 | 4/1/2012 | |
| FB0048341 | BELAVINASH INC NORTHDALE PHARMACY | 3851 NORTHDALE BLVD | NORTHDALE | FL | 33624 | 4/1/2012 | 4/4/16 |
| FD1234323 | DESERT SKY PHARMACY | 6750 WEST THUNDERBIRD ROAD | PEORIA | AZ | 85381 | 4/1/2012 | 4/4/16 |
| FF0465890 | FARMACIA DEL PUEBLO | 2123 CIVIC CENTER DRIVE | NORTH LAS VEGAS | NV | 89030 | 4/1/2012 | |
| BG3157989 | GOLDEN GATE PHARMACY INC | 11669 COLLIER BLVD | NAPLES | FL | 34116 | 4/1/2012 | |
| BH7580992 | HAWA PHARMACY INC | 646 SOUTH DILLARD STREET | WINTER GARDEN | FL | 34787 | 4/1/2012 | 8/1/12 |
| FF1928110 | HUNTING CREEK POINTE PHARMACY | 8147 COPERNICUS WAY | NEW PORT RICHEY | FL | 34655 | 4/1/2012 | |
| BH9131436 | HYGEIA HOLDINGS | 1555 EAST BAY DR | LARGO | FL | 33771 | 4/1/2012 | 8/1/12 |
| FM0698956 | MADABHUSHI PHARMACY SERVICES | 14936 NORTH FLORIDA AVENUE | TAMPA | FL | 33613 | 4/1/2012 | 4/4/16 |
| BG5508099 | MCLAIR GRIFFIN PHCY DME | 860 MONTCLAIR RD. | BIRMINGHAM | AL | 35213 | 4/1/2012 | |
| BM4155657 | MECHES FAMILY DRUGS | 913 THE BLVD | RAYNE | LA | 70578 | 4/1/2012 | 8/13/15 |
| BM6636611 | MEDICAP PHARMACY 182 | 11460 12 MILE ROAD | WARREN | MI | 48093 | 4/1/2012 | 3/1/13 |

| DEA# | CUSTOMER NAME | ADD LINE 1 | CITY | STATE | ZIP | Date of Chargeback Restriction | Date of Chargeback Reinstatement |
|---|---|---|---|---|---|---|---|
| BM5606326 | MEDICINE SHOPPE  1528 | 6643 CHURCH ST | DOUGLASVILLE | GA | 30134 | 4/1/2012 | |
| FM1644411 | MMRX HEALTHSOLUTIONS | 12620 US HWY 301 | DADE CITY | FL | 33525 | 4/1/2012 | 7/24/12 |
| BN6420498 | NORTH PORT PHARMACY INC | 14255 SOUTH TAMIAMI TRAIL | NORTH PORT | FL | 34287 | 4/1/2012 | 8/1/12 |
| FP1538113 | PARADISE VALLEY PHARMACY | 3805 EAST BELL ROAD | PHOENIX | AZ | 85032 | 4/1/2012 | |
| FP1340126 | PHARMLAND LLC | AKA LIFECARE PHARMACY | SAINT PETERSBURG | FL | 33713 | 4/1/2012 | |
| BP8150663 | PROSPERITY PHARMACY | 8505 ARLINGTON BLVD | FAIRFAX | VA | 22031 | 4/1/2012 | 4/25/12 |
| BR7604730 | RANI, INC | 24718 STATE RD 54 | LUTZ | FL | 33559 | 4/1/2012 | 11/6/13 |
| FF2135045 | SMZA ENTERPRISES  LLC | DBA FIRST CHOICE PHARMACY & COMPOU | ORLANDO | FL | 32822 | 4/1/2012 | |
| FS0487985 | SUPER DISCOUNT PHARMACY | 1423 SOUTH COLLINS STREET | PLANT CITY | FL | 33566 | 4/1/2012 | 7/23/12 |
| BM4362834 | THE MEDICINE SHOPPE | 3796 HOWELL BRANCH RD | WINTER PARK | FL | 32792 | 4/1/2012 | 8/1/12 |
| FV2178879 | VILLAGE PHARMACY | 18590 HIGHWAY 16 | PORT VINCENT | LA | 70726 | 4/1/2012 | |
| FD1023097 | DALES PHARMACY | 237 DENVER AVENUE | FORT LUPTON | CO | 80621 | 7/29/2012 | 10/10/12 |
| ad2366183 | DRUG CITY PHARMACY | 2805 NORTH POINT ROAD | BALTIMORE | MD | 21222 | 7/29/2012 | 3/1/13 |
| BE6665472 | EXTENDED CARE PHARM | 6400 CRILL AVE | PALATKA | FL | 32177 | 7/29/2012 | |
| FE1854783 | EXTENDED CARE PHARM | 100 NORTH MAIN STREET | HASTINGS | FL | 32145 | 7/29/2012 | |
| FG1828435 | GREENWALL PHARMACY | 3390 SOUTHWEST 22ND STREET | MIAMI | FL | 33145 | 7/29/2012 | |
| AC1367146 | HOSPITAL DISCOUNT DRUGS | 98 JACKSON STREET | NEWNAN | GA | 30263 | 7/29/2012 | |
| AJ5594836 | JORGES PHARMACY | 1701 CORAL WAY | MIAMI | FL | 33145 | 7/29/2012 | |
| FL0914108 | LA MILAGROSA PHARMACY | 444 SOUTHWEST 8 AVE | MIAMI | FL | 33130 | 7/29/2012 | |
| BM8098849 | MODERN PHARMACY | 123 ALTON RD | MIAMI BEACH | FL | 33139 | 7/29/2012 | |
| FS0997809 | SOUTH PACIFIC MEDICAL EQUIP | 1800 SOUTHWEST 1ST | MIAMI | FL | 33135 | 7/29/2012 | |
| BT9450901 | TEXAS ROAD PHARMACY Z | 300 GORDONS CORNER ROAD | MANALAPAN | NJ | 07726 | 7/29/2012 | |
| NO DEA | EXTENDED CARE PHARM | 6400 CRILL AVE | PALATKA | FL | 32177 | 7/30/2012 | |
| NO DEA | JORGES PHARMACY | 1701 CORAL WAY | MIAMI | FL | 33145 | 7/30/2012 | |
| FL2475312 | LA MILAGROSA PHARMACY | 444 SOUTHWEST 8TH AVENUE | MIAMI | FL | 33130 | 7/30/2012 | |
| FA0676986 | ADISHWAR LLC | 172 NORTH PINE STREET | LANGHORNE | PA | 19047 | 8/15/2012 | 6/14/13 |
| NO DEA | ADISHWAR LLC | LANGHORNE PHARMACY | LANGHORNE | PA | 19047 | 8/15/2012 | |
| AC3187398 | CROPWELL PHARMACY | 527 WEST OLD MARLTON PK | MARLTON | NJ | 08053 | 8/15/2012 | 10/10/12 |
| BD1842815 | DERIS PHARMACY | 4835 EL CAMINO REAL | ATASCADERO | CA | 93422 | 8/15/2012 | 11/8/12 |
| FE2088183 | EB DRUGS | 4158 ROWAN ROAD | NEW PORT RICHEY | FL | 34653 | 8/15/2012 | |
| BL9637818 | LA VOTRE RX | 27867 SMYTH DR | VALENCIA | CA | 91355 | 8/15/2012 | 7/8/14 |
| BT7016860 | TAFT PHARMACY | 20056 VENTURA BLVD | WOODLAND HILLS | CA | 91364 | 8/15/2012 | |
| | TAFT PHARMACY | 20056 VENTURA BLVD. | WOODLAND HILLS | CA | 91364 | 8/15/2012 | |
| FA1571579 | ABC PHARMACY | 3050 EAST BONANZA RD | LAS VEGAS | NV | 89101 | 9/13/2012 | |
| FA1240706 | APOTHECARY SHOP | 9777 NORTH 91ST STREET | SCOTTSDALE | AZ | 85258 | 9/13/2012 | 12/20/12 |
| FA1240718 | APOTHECARY SHOP | 4512 EAST CAMP LOWELL DR | TUCSON | AZ | 85712 | 9/13/2012 | 12/20/12 |
| BB9044847 | BETTER HEALTH PHARMACY | 2007 SOUTH PARSONS AVENUE | SEFFNER | FL | 33584 | 9/13/2012 | |
| BC8624997 | COMMUNITY DRUG OF MANCHESTER | 1668 SOUTH HWY 421 | MANCHESTER | KY | 40962 | 9/13/2012 | |
| BB0852055 | DAVIS ISLANDS PHARMACY | 232 E. DAVIS BLVD. | TAMPA | FL | 33606 | 9/13/2012 | 11/10/14 |
| FF1706956 | FRUITVALE AVE PHARMACY | 2693 FRUITVALE AVENUE | OAKLAND | CA | 94601 | 9/13/2012 | |
| FE1781207 | HOPKINS PHARMACY | 4401 SOUTH HOPKINS AVENUE | TITUSVILLE | FL | 32780 | 9/13/2012 | |
| FJ1711147 | JM WARD ENTERPRISES | JOHNS PHARMACY | BONITA SPRINGS | FL | 34135 | 9/13/2012 | |

| DEA# | CUSTOMER NAME | ADD LINE 1 | CITY | STATE | ZIP | Date of Chargeback Restriction | Date of Chargeback Reinstatement |
|---|---|---|---|---|---|---|---|
| FL0306414 | LANDSDOWNE PHARMACY | 19465 DEERFIELD AVE | LEESBURG | VA | 20176 | 9/13/2012 | |
| BM5868267 | MEDICINE CENTER | 1634 JONESBORO RD SE | ATLANTA | GA | 30315 | 9/13/2012 | |
| BA6658124 | MEDICINE SHOPPE | 938 PATRICIA AVE | DUNEDIN | FL | 34698 | 9/13/2012 | |
| BR2404654 | RIPPETOE | 3336 WEST A J HWY | MORRISTOWN | TN | 37814 | 9/13/2012 | |
| FR1812266 | ROCK 3 INC | DBA MIMS PHARMACY | MIMS | FL | 32754 | 9/13/2012 | |
| FR1398709 | RX SOLUTIONS | 5144 EAST BUSCH BLVD | TAMPA | FL | 33617 | 9/13/2012 | |
| FS2233423 | SUPER MART PHARMACY | 12230 EAST 8 MILE ROAD | DETROIT | MI | 48205 | 9/13/2012 | |
| FW1655034 | WESTSIDE PHARMACY | 11504 SANTA MONICA BLVD | LOS ANGELES | CA | 90025 | 9/13/2012 | |
| BW5311383 | WHITE FRONT | 801 B BAKER | COSTA MESA | CA | 92626 | 9/13/2012 | |
| FA2032578 | AAKASH LLC | 437 SOUTH 11TH STREET | LAKE WALES | FL | 33853 | 9/20/2012 | 3/30/15 |
| AT2277437 | EAST HILLS FAMILY PHARMACY | FORMERLY MEDICINE SHOPPE 0539 | JOHNSTOWN | PA | 15904 | 9/20/2012 | |
| BJ6562690 | JOHNSTOWN PHARMACY INC | 339 WALNUT STREET | JOHNSTOWN | PA | 15901 | 9/20/2012 | 1/23/14 |
| FM1284861 | MARCUS HOOK PHARMACY | 26 EAST 10TH STREET | MARCUS HOOK | PA | 19061 | 9/20/2012 | |
| FM2675695 | MED EXPRESS RX LLC | 1717 SHEPHARD RD | LAKELAND | FL | 33811 | 9/20/2012 | |
| FP1625067 | PHILLY PHARMACY | 210 MARKET ST | PHILADELPHIA | PA | 19106 | 9/20/2012 | |
| FP2589515 | PHILLY PHARMACY | 9475 ROOSEVELT BLVD | PHILADELPHIA | PA | 19114 | 9/20/2012 | |
| FB2351891 | BREWERYTOWN RX PHARMACY | 2621 WEST GIRARD AVENUE | PHILADELPHIA | PA | 19130 | 10/23/2012 | |
| BF7447774 | FARMACIA SAN ANTONIO | 2317 FEDERAL ST | CAMDEN | NJ | 08105 | 10/23/2012 | |
| FP2370334 | PRIME SYNERGY LLC | DBA CURE AID PHARMACY | ORLANDO | FL | 32822 | 10/23/2012 | |
| BW7566170 | WESTSIDE PLAZA PHARMACY | 314 I STREET | MODESTO | CA | 95351 | 10/23/2012 | |
| BE3814541 | EASTSIDE DISC PHCY | 400 EAST PINE BLVD | POPLAR BLUFF | MO | 63901 | 10/30/2012 | 5/28/14 |
| BH7503205 | HUNTINGTON PHARMACY | 2300 HUNTINGTON DRIVE | SAN MARINO | CA | 91108 | 10/30/2012 | |
| AK3819402 | KNEIBERT CLINIC PHARMACY | 686 LESTER ST. | POPLAR BLUFF | MO | 63901 | 10/30/2012 | 5/28/14 |
| BM2206856 | MEDI CENTER DRUG | 509 MEMORIAL DRIVE | MANCHESTER | KY | 40962 | 10/30/2012 | |
| BS5385504 | ST PAULS PHARMACY | 2459 FLORENCE AVENUE | HUNTINGTON PARK | CA | 90255 | 10/30/2012 | |
| FT2371831 | TRINITY MISSION COMMUNITY PHCY | 16569 BROOKHURST ST | FOUNTAIN VALLEY | CA | 92708 | 10/30/2012 | |
| FW2202517 | WOODBRIDGE PHARMACY | 14904 JEFFERSON | WOODBRIDGE | VA | 22191 | 10/30/2012 | |
| FS2039611 | STAT SCRIPT SPECIALTY INC | 1800A NEW YORK AVENUE | HUNTINGTON STATION | NY | 11746 | 11/8/2012 | 4/26/13 |
| AT8003814 | THE MEDICINE SHOPPE | 2039 JOHNSTON STREET | LAFAYETTE | LA | 70503 | 11/8/2012 | |
| FB0852358 | BROTHERS PHARMACY AND DISCOUNT | 1001 SOUTHWEST 27TH AVE | MIAMI | FL | 33135 | 12/13/2012 | |
| FH2314893 | HELLERTOWN PHARMACY | 25 MAIN ST | HELLERTOWN | PA | 18055 | 12/13/2012 | |
| BT0313243 | TOWNE PHARMACY | 2 WASHINGTON AVE | DUNELLEN | NJ | 08812 | 12/13/2012 | |
| B98590247 | 88TH STREET DRUG CORP | 1695 FIRST AVE | NEW YORK | NY | 10128 | 1/31/2013 | |
| FA1429629 | AVALON PARK PHARMACY | 457 AVALON PHARMA SOUTH BLVD | ORLANDO | FL | 32828 | 1/31/2013 | |
| FD0486490 | DYL LLC | DBA WEST GORE PHARMACY | ORLANDO | FL | 32806 | 1/31/2013 | |
| BE9638909 | EXTRA CARE PHARMACY INC | 2001 EAST FLETCHER AVE | TAMPA | FL | 33612 | 1/31/2013 | |
| FG2605876 | GOODHEART PHARMACY | 4835 WOODLAND AVENUE | PHILADELPHIA | PA | 19143 | 1/31/2013 | 6/1/16 |
| FM2397986 | MARROWBONE HOMETOWN PHARMACY | 9613 MILLARD HIGHWAY | PIKEVILLE | KY | 41501 | 1/31/2013 | |
| BN7065332 | NASHVILLE PHARMACY SERVICES | 719 THOMPSON LANE | NASHVILLE | TN | 37204 | 1/31/2013 | 5/15/17 |
| AP1653117 | P G PHARMACY | 1111 ROUTE 110 | EAST FARMINGDALE | NY | 11735 | 1/31/2013 | |
| AR3072991 | RAMON PHARMACY INC | 6218 BUSTLETON AVE | PHILADELPHIA | PA | 19149 | 1/31/2013 | 4/26/13 |
| BR7787495 | RX EXPRESS PHARMACY | 8986 ORTEGA PARK DRIVE | NAVARRE | FL | 32566 | 1/31/2013 | 6/14/13 |

| DEA# | CUSTOMER NAME | ADD LINE 1 | CITY | STATE | ZIP | Date of Chargeback Restriction | Date of Chargeback Reinstatement |
|---|---|---|---|---|---|---|---|
| FS2281145 | SEVENTH ELM DRUG CORP | 56 SEVENTH AVENUE | NEW YORK | NY | 10011 | 1/31/2013 | 8/8/14 |
| FS3572840 | SOUTHAMPTON FAMILY PHARMACY | 209 ND STREET PIKE | SOUTHAMPTON | PA | 18966 | 1/31/2013 | |
| AS1824514 | STANLEY PHARMACY | 2 S BROADWAY | YONKERS | NY | 10701 | 1/31/2013 | |
| BS9085538 | SUMMERFIELD PHARMACY | 11349 BIG BEN RD | RIVERVIEW | FL | 33569 | 1/31/2013 | |
| BS9352131 | SUPER AID PHARMACY LLC | 247 VIRGINIA AVE | RICH CREEK | VA | 24147 | 1/31/2013 | |
| BW9060702 | WILKES FAMILY PHARMACY | 1300A WESTWOOD LN | WILKESBORO | NC | 28697 | 1/31/2013 | 6/22/15 |
| BA2166355 | APPLE PHARMACY | 500 NORTH INDIANA AVE | ENGLEWOOD | FL | 34223 | 3/8/2013 | |
| FB2211782 | BALDEVBHAI KN INC | DBA APOPKA DISCOUNT DRUGS | APOPKA | FL | 34703 | 3/8/2013 | |
| AB0397441 | BOATWRIGHT DRUG CO INC | 7899 C STREET | MILLINGTON | TN | 38053 | 3/8/2013 | |
| FB1241746 | BOTTLE HILL PHARMACY | 42 MAIN ST | MADISON | NJ | 07940 | 3/8/2013 | |
| FD2295269 | D Y L LLC | 1670 EAST HIGHWAY 50 | CLERMONT | FL | 34711 | 3/8/2013 | |
| FE1512501 | EDGE PHARMACY | 2039 EAST EDGEWOOD DR | LAKELAND | FL | 33803 | 3/8/2013 | |
| BG8271900 | GULFSHORE PHARMACY | 421 9TH STREET NORTH | NAPLES | FL | 34102 | 3/8/2013 | |
| FH0772257 | HILLS PHARMACY | 7730 WEST HILLSBOROUGH AVE | TAMPA | FL | 33615 | 3/8/2013 | |
| FH1551248 | HOMETOWN PHARMACY OF MANCHESTER | 397 OLD HIGHWAY 421 | MANCHESTER | KY | 40962 | 3/8/2013 | 11/10/14 |
| FJ1629635 | JET PHARMACY LLC | 2310 WEST WATERS AVENUE SUUITE J | TAMPA | FL | 33604 | 3/8/2013 | |
| BS7218565 | SUNSHINE PHARMACY | 5480 RATTLESNAKE | NAPLES | FL | 34113 | 3/8/2013 | |
| BS6156245 | SUNSHINE PHARMACY INC | 5482 RATTLESNAKE HAMMOCK RD | NAPLES | FL | 34113 | 3/8/2013 | |
| BS9884467 | SUNSHINE PHCY AT DAVIS | 6350 DAVIS BLVD | NAPLES | FL | 34104 | 3/8/2013 | |
| AD9690959 | SUPER DRUGS | 855 WAYNE RD | SAVANNAH | TN | 38372 | 3/8/2013 | |
| BS9699731 | SUPERIOR PHARMACY LLC | 7747 WEST HILLSBOROUGH AVE | TAMPA | FL | 33615 | 3/8/2013 | |
| BS9255274 | SUPERIOR PHARMACY LLC | 3007 WEST CYPRESS ST | TAMPA | FL | 33609 | 3/8/2013 | |
| FE0422826 | EAST COAST PHARMACY | 504 GARDEN STREET | TITUSVILLE | FL | 32796 | 5/3/2013 | |
| FM3127520 | MEDICINE CENTER PHARMACY | 403 CLEVELAND ST | ELYRIA | OH | 44035 | 5/29/2013 | |
| FS0082292 | SOUTSIDE PHARMACY | 2811 FULTON RD SUITE B | LORAIN | OH | 44055 | 5/29/2013 | |
| BJ9752115 | JR PHARMACY | 2160 WHISPER LAKES BLVD | ORLANDO | FL | 32837 | 6/21/2013 | |
| BO6802448 | OWAIS INC | 2981 FULTON ST | BROOKLYN | NY | 11208 | 6/21/2013 | |
| FP1856446 | PHARMA 1 | 1763 SOUTH HIGH STREET | COLUMBUS | OH | 43230 | 6/21/2013 | |
| AT3154060 | THE DRUG STORE PHARMACY | 2940 GROVEPORT RD | COLUMBUS | OH | 43207 | 6/21/2013 | 7/9/13 |
| FA2536158 | A AND J RX LLC | 8324 US HIGHWAY 301 NORTH | PARRISH | FL | 34219 | 8/9/2013 | |
| FH2651986 | HOOSIERS PRESCRIPTION SHOP | 3020 SOUTH 7TH STREET | TERRE HAUTE | IN | 47802 | 8/9/2013 | |
| BM9269196 | MURPHY DRUGS | 616 SOUTH BROAD ST | THOMASVILLE | GA | 31792 | 8/9/2013 | |
| BA0775912 | APPLE DISCOUNT DRUGS | 512 CLINCH AVE | CLINTON | TN | 37716 | 9/16/2013 | 12/27/13 |
| BB4199217 | BAYVIEW PHARMACY | 6510 O'DONNELL STREET | BALTIMORE | MD | 21224 | 9/16/2013 | 11/6/13 |
| FC3590886 | CAREPRO PHARMACY | 343 NEW PORT AVE | QUINCY | MA | 2170 | 9/16/2013 | |
| FE0792146 | ENCORE PHARMACY DISCOUNT INC | 105 EAST MONUMENT AVE | KISSIMMEE | FL | 34744 | 9/16/2013 | |
| FH0605507 | HS PHARMACY DBA HIGH STREET PHARMACY | 4248 MACARTHUR BLVD | OAKLAND | CA | 94619 | 9/16/2013 | 11/6/13 |
| FM2641214 | MAIN AVENUE PHARMACY INC | 1094 A MAIN AVE | CLIFTON | NJ | 7011 | 9/16/2013 | |
| FM2382391 | MEDI SON SOLUTIONS | 898 WASHINGTON STREET | NORWOOD | MA | 2062 | 9/16/2013 | |
| FO3174795 | OMINCARE PHARMACY INC | 1134 WEST NORTH AVE | MILWAUKEE | WI | 53223 | 9/16/2013 | |
| BT8152023 | TODD'S HARVARD PARK PHAR INC | 950 E HARVARD AVE SUITE 170 | DENVER | CO | 80210 | 9/16/2013 | 3/26/14 |
| BV7445857 | VALLEY PHARMACY | 1324 WEST AVE J #1 | LANCASTER | CA | 93534 | 9/16/2013 | 12/10/14 |

| DEA# | CUSTOMER NAME | ADD LINE 1 | CITY | STATE | ZIP | Date of Chargeback Restriction | Date of Chargeback Reinstatement |
|---|---|---|---|---|---|---|---|
| AO7946520 | OLSON LIGGETT DRUG | 75 S TUTTLE AVE | SARASOTA | FL | 34237 | 11/6/2013 | |
| FP3136884 | PLAINFIELD PHARMACY | 603 WEST FOURTH ST | PLAINFIELD | NJ | 7060 | 12/27/2013 | |
| BA3809653 | A FAIR DEAL PHARMACY | 39 11 104TH STREET | CORONA | NY | 11368 | 1/30/2014 | |
| FQ0141767 | QUALITY HEALTH DRUG INC | 1003 OGDEN AVENUE | BRONX | NY | 10452 | 1/30/2014 | |
| BQ4831889 | QUALITY HEALTH DRUG INC | 1003 OGDEN AVENUE | BRONX | NY | 10452 | 1/31/2014 | |
| FE4302434 | E D R PHARMACY CORP | 2272 MC DONALD AVE | BROOKLYN | NY | 11223 | 2/13/2014 | |
| BJ4626062 | JAY SCOTT | 2200 NORTH GLENOAKS BLVD | BURBANK | CA | 91504 | 2/19/2014 | |
| F93708964 | 184TH STREET PHARMACY CORP | 2387 MORRIS AVE | BRONX | NY | 10468 | 6/3/2014 | |
| AS9125419 | SCHULTZ PHARMACY (OSHKOSH) | 220 NORTH MAIN STREET | OSHKOSH | WI | 54901 | 6/3/2014 | |
| FB2330316 | BEST CARE OF BRIDGEPORT | 129 EAST MAIN ST | BRIDGEPORT | WV | 26330 | 7/15/2014 | 8/8/14 |
| BB9186506 | BEST CARE PHARMACY INC | 4 GARTON PLAZA | WESTON | WV | 26452 | 7/15/2014 | |
| BJ1035802 | JUDYS DRUG STORE | 24 NORTH MAIN ST | PETERSBURG | WV | 26847 | 7/15/2014 | 8/8/14 |
| AM8101634 | METROVIEW PHARMACY INC | 1900 RANDOLPH RD | CHARLOTTE | NC | 28207 | 7/15/2014 | |
| BC5814810 | CAFFEY'S PHARMACY | 3707 ST STEPHENS RD SUITE B | WHISTLER | AL | 36612 | 10/8/2014 | |
| AR5920079 | ROSSMORE PHARMACY | 338 WASHINGTON AVE | BELLEVILLE | NJ | 07109 | 10/8/2014 | |
| BT8599891 | MEDICINE SHOPPE | 2004 E HOUSTON | SAN ANTONIO | TX | 78207 | 11/17/2014 | |
| AT8334447 | TRIVILLIANS PHARMACY HOME INFUSION | 215 35TH STREET | CHARLESTON | WV | 25304 | 1/13/2015 | 10/15/15 |
| AP2331851 | PERRY COUNTY FOOD AND DRUG | 112 HOUSTON AVE | PERRYVILLE | AR | 72126 | 2/26/2015 | |
| FW3124257 | WESTEND DISCOUNT PHARMCY | 587 JOSEPH E LOWERY | ATLANTA | GA | 30310 | 2/26/2015 | |
| BW0997037 | WESTBURY PHARMACY | 8903 THREE CHOPT ROAD | RICHMOND | VA | 23229 | 5/15/2015 | |
| AB9375456 | BOLLING APOTHECARY | 106 16TH ST NE | FAYETTE | AL | 35555 | 6/3/2015 | |
| FB3717153 | BROWNS DISCOUNT APOTHECARY | 2965 HIGHWAY 195 | JASPER | AL | 35503 | 6/3/2015 | |
| FC2476047 | C AND R PHARMACY | 2001 SPRINGHILL AVE | MOBILE | AL | 36607 | 7/13/2015 | |
| FI2637152 | INTEGRA PHARMACY | 3074 COLLEGE PARK | CONROE | TX | 77384 | 10/22/2015 | |
| FI4893423 | INTEGRA PHARMACY | 3074 COLLEGE PARK | CONROE | TX | 77384 | 10/22/2015 | |
| FS2619940 | STEEPLECHASE PLAZA PHARMACY | 11037 FM 1960 WEST | HOUSTON | TX | 77065 | 10/22/2015 | |
| FT3192870 | TRINITY PHARMACY | 1925 EAST ROSEMEADE PARKWAY | CARROLLTON | TX | 75007 | 10/22/2015 | |
| AT1087887 | TRINITY PHARMACY | 1925 EAST ROSEMEADE PARKWAY | CARROLLTON | TX | 75007 | 10/22/2015 | |
| FE2683969 | EUROPEAN APOTHECARY INC | 66-19 FRESH POND RD | RIDGEWOOD | NY | 11385 | 12/17/2015 | |
| FT0251227 | TUG VALLEY PHARMACY LLC | 54 WEST SECOND AVE | WILLIAMSON | WV | 25661 | 1/18/2016 | |
| BR2505999 | RHINE DRUG COMPANY | 215 FRONT ST | RHINE | GA | 31077 | 3/11/2016 | |
| BC9838004 | CROWN POINT PHARMACY | 9397 CROWN CREST BLVD | PARKER | CO | 80138 | 4/15/2016 | |
| FN1172838 | NEW BERLIN PHARMACY INC | 14105 WEST GREENFIELD AVE | NEW BERLIN | WI | 53151 | 4/15/2016 | |
| BS9770404 | SKY RIDGE PHARMACY | 10103 RIDGE GATE PKWY | LONE TREE | CO | 80124 | 4/15/2016 | |
| BC2417310 | CRAB ORCHARD PHARAMCY INC | 1299 ROBERT C BYRD DRIVE | CRAB ORCHARD | WV | 25827 | 3/9/2017 | |
| AL9565954 | LARRYS DRIVE IN PHARMACY INC | 313 MADISON AVE | MADISON | WV | 25130 | 3/9/2017 | |
| FL1280344 | L AND S PHARMACY INC | 7600 HOSPITAL DRIVE | SACRAMENTO | CA | 95823 | 3/31/2017 | |
| FH3234856 | HAVANA PHARMACY AND MEDICAL SUPPLY LLC | 1555 SOUTH HAVANA STREET | AURORA | CO | 80012 | 5/16/2017 | |
| FA3106209 | AMAVI LLC (REPLACED CTD 660774 HERNDON - | 208 ELDEN STREET | HERNDON | VA | 20170 | | 4/30/12 |