PSJ15 Exh 99

Document Produced in Native Format

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                              MNK-T1_0001369672

Colony Drug Chargebacks

| Row Labels | Sum of Sep - Dec 2010 Total | Sum of 2011 Total | Sum of 2012 Total | Sum of 2013 Total | Sum of Jan - Feb 2014 Total |
|---|---|---|---|---|---|
| BLOODWORTH INC | - | - | 40,400 | 34,500 | - |
| HYDROCODONE/APAP 10/500 TABS | - | - | 17,500 | 16,000 | - |
| HYDROCODONE/APAP 7.5/500 TABS | - | - | 4,500 | 11,500 | - |
| HYDROCODONE/APAP 5/500 TABS | - | - | 9,000 | 7,000 | - |
| HYDROCODONE/APAP 10/325 TABS | - | - | 9,000 | - | - |
| HYDROCODONE/APAP 5/325 TABS | - | - | 400 | - | - |
| H D SMITH WHOLESALE DRUG CO | 13,300 | 28,330 | 600 | - | - |
| APAP/CODEINE 300/30 TABS | - | 200 | - | - | - |
| OXY/APAP 5/500 CAPS USP | - | 500 | - | - | - |
| MORPHINE SULFATE ER 30MG TABS | 300 | - | - | - | - |
| HYDROCODONE/APAP 10/660 TABS | - | - | 100 | - | - |
| OXYCODONE HCL 30MG TABS USP | 7,800 | - | - | - | - |
| HYDROCODONE/APAP 5/325 TABS | - | - | 300 | - | - |
| MORPHINE SULFATE ER 15MG TABS | 600 | - | - | - | - |
| HYDROMORPHONE HCL 2MG TABS | - | 200 | - | - | - |
| NALTREXONE HCL 50MG TABS USP | - | 30 | - | - | - |
| HYDROMORPHONE HCL 4MG TABS | - | 300 | - | - | - |
| OXYCODONE HCL 15MG TABS USP | 4,300 | 21,900 | - | - | - |
| METHYLPHENIDATE 10 MG TABS | - | 1,100 | - | - | - |
| OXYCODONE HCL 5MG TABS USP | 300 | 3,900 | - | - | - |
| METHYLPHENIDATE 20 MG TABS | - | - | 200 | - | - |
| METHYLPHENIDATE 5 MG TABS | - | 200 | - | - | - |
| MIAMI LUKEN INC | 137,230 | 162,145 | 24,465 | 6,940 | 805 |
| METHYLPHENIDATE 20 MG TABS | 3,000 | 2,000 | 800 | 1,200 | - |
| METHYLPHENIDATE ER 36MG TABS | - | - | - | 1,100 | 300 |
| HYDROMORPHONE HCL 4MG TABS | 1,800 | 5,300 | 8,100 | 1,000 | - |
| METHYLPHENIDATE 10 MG TABS | 1,100 | 3,500 | 1,700 | 600 | 300 |
| HYDROMORPHONE HCL 8MG  TABS | 700 | 500 | 1,800 | 600 | - |
| METHYLPHENIDATE ER 54MG TABS | - | - | - | 500 | 100 |
| OXY/APAP 7.5/500 TABLETS USP | - | - | - | 400 | - |
| FENTANYL TTS 25MCG/HR | - | - | 35 | 390 | 65 |
| OXY/APAP 7.5/325 TABLETS USP | - | - | - | 300 | - |
| FENTANYL TTS 75MCG/HR | - | - | - | 170 | 40 |
| FENTANYL TTS 100MCG/HR | - | - | - | 140 | - |
| FENTANYL TTS 50MCG/HR | - | - | - | 140 | - |
| HYDROCODONE/APAP 10/650 TABS | - | - | - | 100 | - |
| APAP/CODEINE 300/60 TABS | - | - | - | 100 | - |
| HYDROCODONE/APAP 10/500 TABS | 11,500 | 23,500 | 500 | 100 | - |
| METHYLPHENIDATE 5MG TABS | - | 1,000 | - | 100 | - |
| HYDROCODONE/APAP 7.5/650 TABS | - | 100 | - | - | - |
| MORPHINE SULFATE ER 30MG TABS | 1,300 | - | - | - | - |
| HYDROCODONE/APAP 5/325 TABS | 1,900 | 400 | - | - | - |
| APAP/CODEINE 300/30 TABS | - | 100 | - | - | - |
| NALTREXONE HCL 50MG TABS USP | 30 | 480 | 30 | - | - |
| HYDROCODONE/APAP 5/500 TABS | 4,500 | 11,000 | 500 | - | - |
| OXYCODONE HCL 15MG TABS USP | 66,800 | 69,000 | - | - | - |
| OXYCODONE HCL 5MG TABS USP | 17,500 | 25,800 | 2,100 | - | - |
| MORPHINE SULFATE ER 15MG TABS | 300 | - | - | - | - |
| HYDROCODONE/APAP 7.5/325 TABS | - | 300 | - | - | - |
| MORPHINE SULFATE ER 60MG TABS | 1,100 | 200 | 700 | - | - |
| HYDROCODONE/APAP 10/660 TABS | - | 400 | 200 | - | - |
| OXY/APAP 5/500 CAPS USP | 300 | 300 | - | - | - |
| HYDROCODONE/APAP 7.5/500 SOLN | - | 2,365 | - | - | - |
| HYDROMORPHONE HCL 2MG TABS | 500 | 200 | 1,400 | - | - |
| HYDROCODONE/APAP 7.5/500 TABS | 7,000 | 15,500 | 1,500 | - | - |
| OXYCODONE HCL 30MG TABS USP | 17,400 | - | 4,800 | - | - |
| MORPHINE ORAL CONC 20MG/ML | - | - | 300 | - | - |
| MORPHINE SULFATE ER 100MG TABS | 500 | - | - | - | - |
| METHYLPHENIDATE 5 MG TABS | - | 200 | - | - | - |
| Grand Total | 150,530 | 190,475 | 65,465 | 41,440 | 805 |

| 565900 | COLONY DRUG | 2814 ROBERT C BRYD DRIVE | | | | | |
|---|---|---|---|---|---|---|---|
| BECKLEY | WV | 25801 | BC0402696 | | | | |

| | | | | 2010 | | | |
|---|---|---|---|---|---|---|---|
| SKU | Description | Parent # | Parent Name | Sep 2010 | Oct 2010 | Nov 2010 | Dec 2010 |
| 035705 | HYDROCODONE/APAP 5/500 TABS | 478321 | BLOODWORTH INC | | | | |
| 035705 | HYDROCODONE/APAP 5/500 TABS | 478332 | MIAMI LUKEN INC | | 1,500 | 1,500 | 1,500 |
| 035805 | HYDROCODONE/APAP 7.5/500 TABS | 478321 | BLOODWORTH INC | | | | |
| 035805 | HYDROCODONE/APAP 7.5/500 TABS | 478332 | MIAMI LUKEN INC | | 2,000 | 3,000 | 2,000 |
| 035901 | HYDROCODONE/APAP 7.5/650 TABS | 478332 | MIAMI LUKEN INC | | | | |
| 036101 | HYDROCODONE/APAP 10/650 TABS | 478332 | MIAMI LUKEN INC | | | | |
| 036201 | HYDROCODONE/APAP 10/660 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 036201 | HYDROCODONE/APAP 10/660 TABS | 478332 | MIAMI LUKEN INC | | | | |
| 036301 | HYDROCODONE/APAP 10/500 TABS | 478332 | MIAMI LUKEN INC | | | | |
| 036305 | HYDROCODONE/APAP 10/500 TABS | 478321 | BLOODWORTH INC | | | | |
| 036305 | HYDROCODONE/APAP 10/500 TABS | 478332 | MIAMI LUKEN INC | 1,000 | 4,000 | 3,500 | 3,000 |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478321 | BLOODWORTH INC | | | | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478332 | MIAMI LUKEN INC | 100 | 700 | 700 | 400 |
| 036601 | HYDROCODONE/APAP 7.5/325 TABS | 478332 | MIAMI LUKEN INC | | | | |
| 036705 | HYDROCODONE/APAP 10/325 TABS | 478321 | BLOODWORTH INC | | | | |
| 037516 | HYDROCODONE/APAP 7.5/500 SOLN | 478332 | MIAMI LUKEN INC | | | | |
| 0406013601 | METHYLPHENIDATE ER 36MG TABS | 478332 | MIAMI LUKEN INC | | | | |
| 0406015401 | METHYLPHENIDATE ER 54MG TABS | 478332 | MIAMI LUKEN INC | | | | |
| 0406800312 | MORPHINE ORAL CONC 20MG/ML | 478332 | MIAMI LUKEN INC | | | | |
| 0406800330 | MORPHINE ORAL CONC 20MG/ML | 478332 | MIAMI LUKEN INC | | | | |
| 048401 | APAP/CODEINE 300/30 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 048401 | APAP/CODEINE 300/30 TABS | 478332 | MIAMI LUKEN INC | | | | |
| 048501 | APAP/CODEINE 300/60 TABS | 478332 | MIAMI LUKEN INC | | | | |
| 052201 | OXY/APAP 7.5/325 TABLETS USP | 478332 | MIAMI LUKEN INC | | | | |
| 053201 | OXY/APAP 5/500 CAPS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 053201 | OXY/APAP 5/500 CAPS USP | 478332 | MIAMI LUKEN INC | | 100 | 100 | 100 |
| 053205 | OXY/APAP 5/500 CAPS USP | 478332 | MIAMI LUKEN INC | | | | |
| 055201 | OXYCODONE HCL 5MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | 300 |
| 055201 | OXYCODONE HCL 5MG TABS USP | 478332 | MIAMI LUKEN INC | 1,600 | 5,700 | 4,200 | 6,000 |
| 058201 | OXY/APAP 7.5/500 TABLETS USP | 478332 | MIAMI LUKEN INC | | | | |
| 112101 | METHYLPHENIDATE 5 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 112101 | METHYLPHENIDATE 5 MG TABS | 478332 | MIAMI LUKEN INC | | | | |
| 112201 | METHYLPHENIDATE 10 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 112201 | METHYLPHENIDATE 10 MG TABS | 478332 | MIAMI LUKEN INC | | 300 | 500 | 300 |
| 112410 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | 1,000 | 1,000 | 1,000 |
| 114201 | METHYLPHENIDATE 5MG TABS | 478332 | MIAMI LUKEN INC | | | | |
| 114210 | METHYLPHENIDATE 5MG TABS | 478332 | MIAMI LUKEN INC | | | | |
| 114401 | METHYLPHENIDATE 10 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 114401 | METHYLPHENIDATE 10 MG TABS | 478332 | MIAMI LUKEN INC | | | | |
| 114601 | METHYLPHENIDATE 20 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 114601 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | | |
| 114610 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | | |
| 117003 | NALTREXONE HCL 50MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 117003 | NALTREXONE HCL 50MG TABS USP | 478332 | MIAMI LUKEN INC | | 30 | | |
| 324301 | HYDROMORPHONE HCL 2MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 324301 | HYDROMORPHONE HCL 2MG TABS | 478332 | MIAMI LUKEN INC | | 200 | | 300 |
| 324401 | HYDROMORPHONE HCL 4MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | |
| 324401 | HYDROMORPHONE HCL 4MG TABS | 478332 | MIAMI LUKEN INC | | 700 | 300 | 800 |
| 324901 | HYDROMORPHONE HCL 8MG  TABS | 478332 | MIAMI LUKEN INC | | 300 | 100 | 300 |
| 831501 | MORPHINE SULFATE ER 15MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 200 | 400 |
| 831501 | MORPHINE SULFATE ER 15MG TABS | 478332 | MIAMI LUKEN INC | | 200 | 100 | |
| 833001 | MORPHINE SULFATE ER 30MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | 300 |
| 833001 | MORPHINE SULFATE ER 30MG TABS | 478332 | MIAMI LUKEN INC | | 800 | 500 | |
| 838001 | MORPHINE SULFATE ER 60MG TABS | 478332 | MIAMI LUKEN INC | | 200 | 600 | 300 |
| 839001 | MORPHINE SULFATE ER 100MG TABS | 478332 | MIAMI LUKEN INC | | 100 | 200 | 200 |
| 851501 | OXYCODONE HCL 15MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | 1,200 | 3,100 |
| 851501 | OXYCODONE HCL 15MG TABS USP | 478332 | MIAMI LUKEN INC | 5,300 | 21,900 | 27,600 | 12,000 |
| 853001 | OXYCODONE HCL 30MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | 3,000 | 4,800 |
| 853001 | OXYCODONE HCL 30MG TABS USP | 478332 | MIAMI LUKEN INC | 2,000 | 8,000 | 7,400 | |
| 900076 | FENTANYL TTS 100MCG/HR | 478332 | MIAMI LUKEN INC | | | | |
| 902576 | FENTANYL TTS 25MCG/HR | 478332 | MIAMI LUKEN INC | | | | |
| 905076 | FENTANYL TTS 50MCG/HR | 478332 | MIAMI LUKEN INC | | | | |
| 907576 | FENTANYL TTS 75MCG/HR | 478332 | MIAMI LUKEN INC | | | | |

Mar 6, 2014

| 565900 | COLONY DRUG | 2819 ROBERT C BYRD DRIVE | | |
| BECKLEY | WV | 25801 | BC0402696 | |

**2011**

| SKU | Description | Parent # | Parent Name | Jan 2011 | Feb 2011 | Mar 2011 | Apr 2011 | May 2011 | Jun 2011 | Jul 2011 | Aug 2011 | Sep 2011 | Oct 2011 | Nov 2011 | Dec 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 035705 | HYDROCODONE/APAP 5/500 TABS | 478321 | BLOODWORTH INC | | | | | | | | | | | | |
| 035705 | HYDROCODONE/APAP 5/500 TABS | 478332 | MIAMI LUKEN INC | | 500 | 1,500 | 1,500 | 500 | 2,000 | 1,000 | 1,000 | 500 | 500 | 1,500 | 500 |
| 035805 | HYDROCODONE/APAP 7.5/500 TABS | 478321 | BLOODWORTH INC | | | | | | | | | | | | |
| 035805 | HYDROCODONE/APAP 7.5/500 TABS | 478332 | MIAMI LUKEN INC | 2,000 | 1,500 | 1,000 | 1,500 | 500 | 2,000 | 1,000 | 2,000 | 1,000 | 1,500 | 1,500 | |
| 035901 | HYDROCODONE/APAP 7.5/650 TABS | 478332 | MIAMI LUKEN INC | 100 | | | | | | | | | | | |
| 036101 | HYDROCODONE/APAP 10/650 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036201 | HYDROCODONE/APAP 10/660 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 036201 | HYDROCODONE/APAP 10/660 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | 100 | 200 | 100 | |
| 036301 | HYDROCODONE/APAP 10/500 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036305 | HYDROCODONE/APAP 10/500 TABS | 478321 | BLOODWORTH INC | | | | | | | | | | | | |
| 036305 | HYDROCODONE/APAP 10/500 TABS | 478332 | MIAMI LUKEN INC | 2,500 | 2,000 | 3,000 | 2,500 | 1,500 | 4,000 | 500 | 3,500 | 1,000 | 1,500 | 1,500 | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478321 | BLOODWORTH INC | | | | | | | | | | | | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478332 | MIAMI LUKEN INC | 400 | | | | | | | | | | | |
| 036601 | HYDROCODONE/APAP 7.5/325 TABS | 478332 | MIAMI LUKEN INC | 300 | | | | | | | | | | | |
| 036705 | HYDROCODONE/APAP 10/325 TABS | 478321 | BLOODWORTH INC | | | | | | | | | | | | |
| 037516 | HYDROCODONE/APAP 7.5/500 SOLN | 478332 | MIAMI LUKEN INC | | | | | | | | | | | 2,365 | |
| 0406013601 | METHYLPHENIDATE ER 36MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 0406015401 | METHYLPHENIDATE ER 54MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 0406800312 | MORPHINE ORAL CONC 20MG/ML | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 0406800330 | MORPHINE ORAL CONC 20MG/ML | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 048401 | APAP/CODEINE 300/30 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | 200 |
| 048401 | APAP/CODEINE 300/30 TABS | 478332 | MIAMI LUKEN INC | 100 | | | | | | | | | | | |
| 048501 | APAP/CODEINE 300/60 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 052201 | OXY/APAP 7.5/325 TABLETS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 053201 | OXY/APAP 5/500 CAPS USP | 478328 | H D SMITH WHOLESALE DRUG CO | 200 | 100 | | | 200 | | | | | | | |
| 053201 | OXY/APAP 5/500 CAPS USP | 478332 | MIAMI LUKEN INC | | | 200 | 100 | | | | | | | | |
| 053205 | OXY/APAP 5/500 CAPS USP | 478332 | MIAMI LUKEN INC | | | 1,000 | | -1,000 | | | | | | | |
| 055201 | OXYCODONE HCL 5MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | 300 | 3,600 | | | | | | | | | | |
| 055201 | OXYCODONE HCL 5MG TABS USP | 478332 | MIAMI LUKEN INC | 4,000 | 3,200 | 4,300 | 4,400 | 4,400 | 5,500 | | | | | | |
| 058201 | OXY/APAP 7.5/500 TABLETS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 112101 | METHYLPHENIDATE 5 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | 200 | | | | | | | | | | |
| 112101 | METHYLPHENIDATE 5 MG TABS | 478332 | MIAMI LUKEN INC | | | 200 | | | | | | | | | |
| 112201 | METHYLPHENIDATE 10 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | 200 | | | | | 200 | | | | | | |
| 112201 | METHYLPHENIDATE 10 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | 600 | | | | | | |
| 112410 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | 1,000 | | | | | | | | | | | |
| 114201 | METHYLPHENIDATE 5MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 114210 | METHYLPHENIDATE 5MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | 1,000 | | | | | |
| 114401 | METHYLPHENIDATE 10 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | 400 | | 300 | | | |
| 114401 | METHYLPHENIDATE 10 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | 600 | 1,300 | 600 | 400 | | |
| 114601 | METHYLPHENIDATE 20 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 114601 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 114610 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | 1,000 | | | |
| 117003 | NALTREXONE HCL 50MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | 30 |
| 117003 | NALTREXONE HCL 50MG TABS USP | 478332 | MIAMI LUKEN INC | | | 90 | 30 | 90 | | 30 | 90 | 30 | 60 | 60 | |
| 324301 | HYDROMORPHONE HCL 2MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 200 | | | | | | | | | |
| 324301 | HYDROMORPHONE HCL 2MG TABS | 478332 | MIAMI LUKEN INC | | | | | | 200 | | | | | | |
| 324401 | HYDROMORPHONE HCL 4MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | 300 | |
| 324401 | HYDROMORPHONE HCL 4MG TABS | 478332 | MIAMI LUKEN INC | 400 | 700 | 1,100 | 400 | | 800 | | | | | 800 | 1,100 |
| 324901 | HYDROMORPHONE HCL 8MG  TABS | 478332 | MIAMI LUKEN INC | 300 | 200 | | | | | | | | | | |
| 831501 | MORPHINE SULFATE ER 15MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 831501 | MORPHINE SULFATE ER 15MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 833001 | MORPHINE SULFATE ER 30MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 833001 | MORPHINE SULFATE ER 30MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 838001 | MORPHINE SULFATE ER 60MG TABS | 478332 | MIAMI LUKEN INC | 200 | | | | | | | | | | | |
| 839001 | MORPHINE SULFATE ER 100MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 851501 | OXYCODONE HCL 15MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | 600 | | | 21,300 | | | | | | | | |
| 851501 | OXYCODONE HCL 15MG TABS USP | 478332 | MIAMI LUKEN INC | 12,000 | | 25,500 | | | | 10,800 | 20,700 | | | | |
| 853001 | OXYCODONE HCL 30MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 853001 | OXYCODONE HCL 30MG TABS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 900076 | FENTANYL TTS 100MCG/HR | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 902576 | FENTANYL TTS 25MCG/HR | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 905076 | FENTANYL TTS 50MCG/HR | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 907576 | FENTANYL TTS 75MCG/HR | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |

Mar 6, 2014

1

| 565900 | COLONY DRUGS | 2812 ROBERT C BYRD DRIVE | | |
|---|---|---|---|---|
| BECKLEY | WV | | 25801 | BC0402696 |

## 2012

| SKU | Description | Parent # | Parent Name | Jan 2012 | Feb 2012 | Mar 2012 | Apr 2012 | May 2012 | Jun 2012 | Jul 2012 | Aug 2012 | Sep 2012 | Oct 2012 | Nov 2012 | Dec 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 035705 | HYDROCODONE/APAP 5/500 TABS | 478321 | BLOODWORTH INC | | 500 | | | 1,000 | 1,000 | 1,000 | 1,000 | 2,000 | | 1,500 | 1,000 |
| 035705 | HYDROCODONE/APAP 5/500 TABS | 478332 | MIAMI LUKEN INC | 500 | | | | | | | | | | | |
| 035805 | HYDROCODONE/APAP 7.5/500 TABS | 478321 | BLOODWORTH INC | | | | 1,000 | | | | | | 2,000 | | 1,500 |
| 035805 | HYDROCODONE/APAP 7.5/500 TABS | 478332 | MIAMI LUKEN INC | | 1,500 | | | | | | | | | | |
| 035901 | HYDROCODONE/APAP 7.5/650 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036101 | HYDROCODONE/APAP 10/650 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036201 | HYDROCODONE/APAP 10/660 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | 100 | | | | | | | | |
| 036201 | HYDROCODONE/APAP 10/660 TABS | 478332 | MIAMI LUKEN INC | 200 | | | | | | | | | | | |
| 036301 | HYDROCODONE/APAP 10/500 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036305 | HYDROCODONE/APAP 10/500 TABS | 478321 | BLOODWORTH INC | | | 2,500 | 1,500 | 1,000 | 2,000 | 1,500 | 1,000 | 4,000 | 2,000 | 1,000 | 1,000 |
| 036305 | HYDROCODONE/APAP 10/500 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | 500 | | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478321 | BLOODWORTH INC | | 400 | | | | | | | | | | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | 300 | | | | | | | | | | | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036601 | HYDROCODONE/APAP 7.5/325 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036705 | HYDROCODONE/APAP 10/325 TABS | 478321 | BLOODWORTH INC | 1,000 | 2,500 | 2,000 | 1,500 | 2,000 | | | | | | | |
| 037516 | HYDROCODONE/APAP 7.5/500 SOLN | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 0406013601 | METHYLPHENIDATE ER 36MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 0406015401 | METHYLPHENIDATE ER 54MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 0406800312 | MORPHINE ORAL CONC 20MG/ML | 478332 | MIAMI LUKEN INC | | | | | | 240 | | | | | | |
| 0406800330 | MORPHINE ORAL CONC 20MG/ML | 478332 | MIAMI LUKEN INC | | | | | | 60 | | | | | | |
| 048401 | APAP/CODEINE 300/30 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 048401 | APAP/CODEINE 300/30 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 048501 | APAP/CODEINE 300/60 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 052201 | OXY/APAP 7.5/325 TABLETS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 053201 | OXY/APAP 5/500 CAPS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 053201 | OXY/APAP 5/500 CAPS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 053205 | OXY/APAP 5/500 CAPS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 055201 | OXYCODONE HCL 5MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 055201 | OXYCODONE HCL 5MG TABS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | 1,200 | 900 |
| 058201 | OXY/APAP 7.5/500 TABLETS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 112101 | METHYLPHENIDATE 5 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 112101 | METHYLPHENIDATE 5 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 112201 | METHYLPHENIDATE 10 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 112201 | METHYLPHENIDATE 10 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 112410 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 114201 | METHYLPHENIDATE 5MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 114210 | METHYLPHENIDATE 5MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 114401 | METHYLPHENIDATE 10 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 114401 | METHYLPHENIDATE 10 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | 500 | 700 | 500 |
| 114601 | METHYLPHENIDATE 20 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | 200 | | | | | | | | | | | |
| 114601 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | 400 | 400 |
| 114610 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 117003 | NALTREXONE HCL 50MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 117003 | NALTREXONE HCL 50MG TABS USP | 478332 | MIAMI LUKEN INC | | | | | | 30 | | | | | | |
| 324301 | HYDROMORPHONE HCL 2MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 324301 | HYDROMORPHONE HCL 2MG TABS | 478332 | MIAMI LUKEN INC | | 600 | 300 | 100 | 400 | | | | | | | |
| 324401 | HYDROMORPHONE HCL 4MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 324401 | HYDROMORPHONE HCL 4MG TABS | 478332 | MIAMI LUKEN INC | 700 | 1,200 | 1,100 | 1,900 | 1,900 | 1,300 | | | | | | |
| 324901 | HYDROMORPHONE HCL 8MG  TABS | 478332 | MIAMI LUKEN INC | 500 | | | | 600 | 200 | 300 | | | | | 200 |
| 831501 | MORPHINE SULFATE ER 15MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 831501 | MORPHINE SULFATE ER 15MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 833001 | MORPHINE SULFATE ER 30MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 833001 | MORPHINE SULFATE ER 30MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 838001 | MORPHINE SULFATE ER 60MG TABS | 478332 | MIAMI LUKEN INC | | | | | | 300 | 400 | | | | | |
| 839001 | MORPHINE SULFATE ER 100MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 851501 | OXYCODONE HCL 15MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 851501 | OXYCODONE HCL 15MG TABS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 853001 | OXYCODONE HCL 30MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 853001 | OXYCODONE HCL 30MG TABS USP | 478332 | MIAMI LUKEN INC | | | | | | 4,800 | | | | | | |
| 900076 | FENTANYL TTS 100MCG/HR | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 902576 | FENTANYL TTS 25MCG/HR | 478332 | MIAMI LUKEN INC | | | | | | | | | | | 30 | 5 |
| 905076 | FENTANYL TTS 50MCG/HR | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 907576 | FENTANYL TTS 75MCG/HR | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |

Mar 6, 2014

| 565900 | COLONY DRUGS | 28 W ROBERT C BYRD DRIVE | | |
|---|---|---|---|---|
| BECKLEY | WV | 25801 | BC0402696 | |

## 2013

| SKU | Description | Parent # | Parent Name | Jan 2013 | Feb 2013 | Mar 2013 | Apr 2013 | May 2013 | Jun 2013 | Jul 2013 | Aug 2013 | Sep 2013 | Oct 2013 | Nov 2013 | Dec 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 035705 | HYDROCODONE/APAP 5/500 TABS | 478321 | BLOODWORTH INC | 1,000 | 500 | | 500 | 1,000 | 1,000 | 500 | 500 | 500 | 1,000 | 500 | |
| 035705 | HYDROCODONE/APAP 5/500 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 035805 | HYDROCODONE/APAP 7.5/500 TABS | 478321 | BLOODWORTH INC | 500 | 1,500 | 500 | 1,000 | 1,500 | 1,500 | 1,000 | 1,000 | 1,000 | 2,000 | | |
| 035805 | HYDROCODONE/APAP 7.5/500 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 035901 | HYDROCODONE/APAP 7.5/650 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036101 | HYDROCODONE/APAP 10/650 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | 100 | | | | |
| 036201 | HYDROCODONE/APAP 10/660 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 036201 | HYDROCODONE/APAP 10/660 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036301 | HYDROCODONE/APAP 10/500 TABS | 478332 | MIAMI LUKEN INC | | | 100 | | | | | | | | | |
| 036305 | HYDROCODONE/APAP 10/500 TABS | 478321 | BLOODWORTH INC | 2,000 | 3,500 | 3,500 | 2,500 | 500 | | | | | 1,500 | 2,500 | |
| 036305 | HYDROCODONE/APAP 10/500 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478321 | BLOODWORTH INC | | | | | | | | | | | | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036601 | HYDROCODONE/APAP 7.5/325 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 036705 | HYDROCODONE/APAP 10/325 TABS | 478321 | BLOODWORTH INC | | | | | | | | | | | | |
| 037516 | HYDROCODONE/APAP 7.5/500 SOLN | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 0406013601 | METHYLPHENIDATE ER 36MG TABS | 478332 | MIAMI LUKEN INC | | | | | 100 | 100 | 200 | 200 | 100 | 200 | | 200 |
| 0406015401 | METHYLPHENIDATE ER 54MG TABS | 478332 | MIAMI LUKEN INC | | | | | 100 | 200 | | | | 100 | | 100 |
| 0406800312 | MORPHINE ORAL CONC 20MG/ML | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 0406800330 | MORPHINE ORAL CONC 20MG/ML | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 048401 | APAP/CODEINE 300/30 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 048401 | APAP/CODEINE 300/30 TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 048501 | APAP/CODEINE 300/60 TABS | 478332 | MIAMI LUKEN INC | 100 | | | | | | | | | | | |
| 052201 | OXY/APAP 7.5/325 TABLETS USP | 478332 | MIAMI LUKEN INC | | 300 | | | | | | | | | | |
| 053201 | OXY/APAP 5/500 CAPS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 053201 | OXY/APAP 5/500 CAPS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 053205 | OXY/APAP 5/500 CAPS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 055201 | OXYCODONE HCL 5MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 055201 | OXYCODONE HCL 5MG TABS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 058201 | OXY/APAP 7.5/500 TABLETS USP | 478332 | MIAMI LUKEN INC | | | | | | 200 | | 100 | 100 | | | |
| 112101 | METHYLPHENIDATE 5 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 112101 | METHYLPHENIDATE 5 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 112201 | METHYLPHENIDATE 10 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 112201 | METHYLPHENIDATE 10 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 112410 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 114201 | METHYLPHENIDATE 5MG TABS | 478332 | MIAMI LUKEN INC | | | 100 | | | | | | | | | |
| 114210 | METHYLPHENIDATE 5MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 114401 | METHYLPHENIDATE 10 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 114401 | METHYLPHENIDATE 10 MG TABS | 478332 | MIAMI LUKEN INC | 600 | | | | | | | | | | | |
| 114601 | METHYLPHENIDATE 20 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 114601 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | 200 | | | | | | | | | | | |
| 114610 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | 1,000 | | | | | | | | | | | |
| 117003 | NALTREXONE HCL 50MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 117003 | NALTREXONE HCL 50MG TABS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 324301 | HYDROMORPHONE HCL 2MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 324301 | HYDROMORPHONE HCL 2MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 324401 | HYDROMORPHONE HCL 4MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 324401 | HYDROMORPHONE HCL 4MG TABS | 478332 | MIAMI LUKEN INC | 300 | 700 | | | | | | | | | | |
| 324901 | HYDROMORPHONE HCL 8MG  TABS | 478332 | MIAMI LUKEN INC | 600 | | | | | | | | | | | |
| 831501 | MORPHINE SULFATE ER 15MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 831501 | MORPHINE SULFATE ER 15MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 833001 | MORPHINE SULFATE ER 30MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 833001 | MORPHINE SULFATE ER 30MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 838001 | MORPHINE SULFATE ER 60MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 839001 | MORPHINE SULFATE ER 100MG TABS | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 851501 | OXYCODONE HCL 15MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 851501 | OXYCODONE HCL 15MG TABS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 853001 | OXYCODONE HCL 30MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | | | | | | | | | | |
| 853001 | OXYCODONE HCL 30MG TABS USP | 478332 | MIAMI LUKEN INC | | | | | | | | | | | | |
| 900076 | FENTANYL TTS 100MCG/HR | 478332 | MIAMI LUKEN INC | | | | | 80 | 30 | 30 | | | | | |
| 902576 | FENTANYL TTS 25MCG/HR | 478332 | MIAMI LUKEN INC | | | | | 105 | 50 | 75 | 50 | 30 | 15 | 25 | 40 |
| 905076 | FENTANYL TTS 50MCG/HR | 478332 | MIAMI LUKEN INC | | | | | 85 | 50 | 5 | | | | | |
| 907576 | FENTANYL TTS 75MCG/HR | 478332 | MIAMI LUKEN INC | | | | | 25 | 5 | 35 | | 35 | 40 | 10 | 20 |

Mar 6, 2014                                                                 11:18:49 AM

| 565900 | COLONY DRUG | 28W ROBERT C BYRD DRIVE |
|---|---|---|
| BECKLEY | WV | 25801 | BC0402696 |

| SKU | Description | Parent # | Parent Name | Jan 2014 | Feb 2014 | Sep - Dec 2010 Total | 2011 Total | 2012 Total | 2013 Total | Jan - Feb 2014 Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 035705 | HYDROCODONE/APAP 5/500 TABS | 478321 | BLOODWORTH INC | | | 0 | 0 | 9,000 | 7,000 | 0 |
| 035705 | HYDROCODONE/APAP 5/500 TABS | 478332 | MIAMI LUKEN INC | | | 4,500 | 11,000 | 500 | 0 | 0 |
| 035805 | HYDROCODONE/APAP 7.5/500 TABS | 478321 | BLOODWORTH INC | | | 0 | 0 | 4,500 | 11,500 | 0 |
| 035805 | HYDROCODONE/APAP 7.5/500 TABS | 478332 | MIAMI LUKEN INC | | | 7,000 | 15,500 | 1,500 | 0 | 0 |
| 035901 | HYDROCODONE/APAP 7.5/650 TABS | 478332 | MIAMI LUKEN INC | | | 0 | 100 | 0 | 0 | 0 |
| 036101 | HYDROCODONE/APAP 10/650 TABS | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 0 | 100 | 0 |
| 036201 | HYDROCODONE/APAP 10/660 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 0 | 100 | 0 | 0 |
| 036201 | HYDROCODONE/APAP 10/660 TABS | 478332 | MIAMI LUKEN INC | | | 0 | 400 | 200 | 0 | 0 |
| 036301 | HYDROCODONE/APAP 10/500 TABS | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 0 | 100 | 0 |
| 036305 | HYDROCODONE/APAP 10/500 TABS | 478321 | BLOODWORTH INC | | | 0 | 0 | 17,500 | 16,000 | 0 |
| 036305 | HYDROCODONE/APAP 10/500 TABS | 478332 | MIAMI LUKEN INC | | | 11,500 | 23,500 | 500 | 0 | 0 |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478321 | BLOODWORTH INC | | | 0 | 0 | 400 | 0 | 0 |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 0 | 300 | 0 | 0 |
| 036501 | HYDROCODONE/APAP 5/325 TABS | 478332 | MIAMI LUKEN INC | | | 1,900 | 400 | 0 | 0 | 0 |
| 036601 | HYDROCODONE/APAP 7.5/325 TABS | 478332 | MIAMI LUKEN INC | | | 0 | 300 | 0 | 0 | 0 |
| 036705 | HYDROCODONE/APAP 10/325 TABS | 478321 | BLOODWORTH INC | | | 0 | 0 | 9,000 | 0 | 0 |
| 037516 | HYDROCODONE/APAP 7.5/500 SOLN | 478332 | MIAMI LUKEN INC | | | 0 | 2,365 | 0 | 0 | 0 |
| 0406013601 | METHYLPHENIDATE ER 36MG TABS | 478332 | MIAMI LUKEN INC | 200 | 100 | 0 | 0 | 0 | 1,100 | 300 |
| 0406015401 | METHYLPHENIDATE ER 54MG TABS | 478332 | MIAMI LUKEN INC | 100 | | 0 | 0 | 0 | 500 | 100 |
| 0406800312 | MORPHINE ORAL CONC 20MG/ML | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 240 | 0 | 0 |
| 0406800330 | MORPHINE ORAL CONC 20MG/ML | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 60 | 0 | 0 |
| 048401 | APAP/CODEINE 300/30 TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 200 | 0 | 0 | 0 |
| 048401 | APAP/CODEINE 300/30 TABS | 478332 | MIAMI LUKEN INC | | | 0 | 100 | 0 | 0 | 0 |
| 048501 | APAP/CODEINE 300/60 TABS | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 0 | 100 | 0 |
| 052201 | OXY/APAP 7.5/325 TABLETS USP | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 0 | 300 | 0 |
| 053201 | OXY/APAP 5/500 CAPS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 500 | 0 | 0 | 0 |
| 053201 | OXY/APAP 5/500 CAPS USP | 478332 | MIAMI LUKEN INC | | | 300 | 300 | 0 | 0 | 0 |
| 053205 | OXY/APAP 5/500 CAPS USP | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 0 | 0 | 0 |
| 055201 | OXYCODONE HCL 5MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | 300 | 3,900 | 0 | 0 | 0 |
| 055201 | OXYCODONE HCL 5MG TABS USP | 478332 | MIAMI LUKEN INC | | | 17,500 | 25,800 | 2,100 | 0 | 0 |
| 058201 | OXY/APAP 7.5/500 TABLETS USP | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 0 | 400 | 0 |
| 112101 | METHYLPHENIDATE 5 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 200 | 0 | 0 | 0 |
| 112101 | METHYLPHENIDATE 5 MG TABS | 478332 | MIAMI LUKEN INC | | | 0 | 200 | 0 | 0 | 0 |
| 112201 | METHYLPHENIDATE 10 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 400 | 0 | 0 | 0 |
| 112201 | METHYLPHENIDATE 10 MG TABS | 478332 | MIAMI LUKEN INC | | | 1,100 | 600 | 0 | 0 | 0 |
| 112410 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | 3,000 | 1,000 | 0 | 0 | 0 |
| 114201 | METHYLPHENIDATE 5MG TABS | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 0 | 100 | 0 |
| 114210 | METHYLPHENIDATE 5MG TABS | 478332 | MIAMI LUKEN INC | | | 0 | 1,000 | 0 | 0 | 0 |
| 114401 | METHYLPHENIDATE 10 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 700 | 0 | 0 | 0 |
| 114401 | METHYLPHENIDATE 10 MG TABS | 478332 | MIAMI LUKEN INC | 200 | 100 | 0 | 2,900 | 1,700 | 600 | 300 |
| 114601 | METHYLPHENIDATE 20 MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 0 | 200 | 0 | 0 |
| 114601 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 800 | 200 | 0 |
| 114610 | METHYLPHENIDATE 20 MG TABS | 478332 | MIAMI LUKEN INC | | | 0 | 1,000 | 0 | 1,000 | 0 |
| 117003 | NALTREXONE HCL 50MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 30 | 0 | 0 | 0 |
| 117003 | NALTREXONE HCL 50MG TABS USP | 478332 | MIAMI LUKEN INC | | | 30 | 480 | 30 | 0 | 0 |
| 324301 | HYDROMORPHONE HCL 2MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 200 | 0 | 0 | 0 |
| 324301 | HYDROMORPHONE HCL 2MG TABS | 478332 | MIAMI LUKEN INC | | | 500 | 200 | 1,400 | 0 | 0 |
| 324401 | HYDROMORPHONE HCL 4MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 0 | 300 | 0 | 0 | 0 |
| 324401 | HYDROMORPHONE HCL 4MG TABS | 478332 | MIAMI LUKEN INC | | | 1,800 | 5,300 | 8,100 | 1,000 | 0 |
| 324901 | HYDROMORPHONE HCL 8MG  TABS | 478332 | MIAMI LUKEN INC | | | 700 | 500 | 1,800 | 600 | 0 |
| 831501 | MORPHINE SULFATE ER 15MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 600 | 0 | 0 | 0 | 0 |
| 831501 | MORPHINE SULFATE ER 15MG TABS | 478332 | MIAMI LUKEN INC | | | 300 | 0 | 0 | 0 | 0 |
| 833001 | MORPHINE SULFATE ER 30MG TABS | 478328 | H D SMITH WHOLESALE DRUG CO | | | 300 | 0 | 0 | 0 | 0 |
| 833001 | MORPHINE SULFATE ER 30MG TABS | 478332 | MIAMI LUKEN INC | | | 1,300 | 0 | 0 | 0 | 0 |
| 838001 | MORPHINE SULFATE ER 60MG TABS | 478332 | MIAMI LUKEN INC | | | 1,100 | 200 | 700 | 0 | 0 |
| 839001 | MORPHINE SULFATE ER 100MG TABS | 478332 | MIAMI LUKEN INC | | | 500 | 0 | 0 | 0 | 0 |
| 851501 | OXYCODONE HCL 15MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | 4,300 | 21,900 | 0 | 0 | 0 |
| 851501 | OXYCODONE HCL 15MG TABS USP | 478332 | MIAMI LUKEN INC | | | 66,800 | 69,000 | 0 | 0 | 0 |
| 853001 | OXYCODONE HCL 30MG TABS USP | 478328 | H D SMITH WHOLESALE DRUG CO | | | 7,800 | 0 | 0 | 0 | 0 |
| 853001 | OXYCODONE HCL 30MG TABS USP | 478332 | MIAMI LUKEN INC | | | 17,400 | 0 | 4,800 | 0 | 0 |
| 900076 | FENTANYL TTS 100MCG/HR | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 0 | 140 | 0 |
| 902576 | FENTANYL TTS 25MCG/HR | 478332 | MIAMI LUKEN INC | 50 | 15 | 0 | 0 | 35 | 390 | 65 |
| 905076 | FENTANYL TTS 50MCG/HR | 478332 | MIAMI LUKEN INC | | | 0 | 0 | 0 | 140 | 0 |
| 907576 | FENTANYL TTS 75MCG/HR | 478332 | MIAMI LUKEN INC | 30 | 10 | 0 | 0 | 0 | 170 | 40 |

Mar 6, 2014                                11:18:49 AM

| DEA Number | Ship To Customer Number | Ship To Customer Name | Ship To Customer Address Line 1 | Ship To Customer Address Line 2 | Ship To Customer City | Ship To Customer State | Ship To Customer Postal Code |
|---|---|---|---|---|---|---|---|
| BC0402696 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | | BECKLEY | WV | 25801 |
| BC0402696 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | | BECKLEY | WV | 25801 |

| Product Number (SKU) | Product Description | Invoice Nbr | Invoice Date | Order Type | OrderType Description | Order Line Type | Order Line Type Desc | Contract Nbr | Gross Sales | Net Sales | Qty Shipped in Eaches | Sales Qty Govt UOM | Ship To Customer Primary Segmentation | Ship To Customer Secondary Segmentation | Order Nbr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 887357 | OXYCODONE HYDROCHLORIDE USP(D) | 16966361 | 08/01/2013 | SO | Sales Order - Standard | S | Stock Inventory Item | NONE | 10,056.32 | 10,056.32 | 4 | 400 | 010 Retail | 119 Independent Retail | 70283076 |
| 887357 | OXYCODONE HYDROCHLORIDE USP(D) | 16976593 | 08/08/2013 | CR | Return Goods Credit Order | G | RGA Stock Inventory Item | NONE | -10,056.32 | -10,056.32 | -4.000 | -400 | 010 Retail | 119 Independent Retail | 50097355 |

| 590673 | COLONY DRUG | 2810 ROBERT C BYRD DRIVE | | WV | 25801 |
|---|---|---|---|---|---|

| Qty Shipped in Eaches | | | | | | | UOM | Jul 2011 | Sep 2011 | Oct 2011 | Jan 2012 | Apr 2012 | Jul 2012 | Sep 2012 | Dec 2012 | Apr 2013 | Aug 2013 | Dec 2013 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158206 | HYDROCODONE BITARTRATE USP | MI To End Purchaser | SO | Sales (S | Stock Inventory Item | KG | | 0.1 | 0.2 | 0.1 | 0.2 | 0.1 | 0.3 | 0.2 | | | 0.1 | **1.3** |
| 887306 | OXYCODONE HCL USP-LOW ABUKS | MI To End Purchaser | SO | Sales (S | Stock Inventory Item | KG | 0.25 | 0.3 | 0.4 | 0.5 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | **4.15** |
| OTP910S | FREIGHT - NARCOTICS | MI To End Purchaser | SO | Sales (FX | Freight-STL Plant-Narcotics | EA | | | | | | | | | | | 0 | **0.00000000** |

| Net Sales | | | | | | Jul 2011 | Sep 2011 | Oct 2011 | Jan 2012 | Apr 2012 | Jul 2012 | Sep 2012 | Dec 2012 | Apr 2013 | Aug 2013 | Dec 2013 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158206 | HYDROCODONE BITARTRATE USP | MI To End Purchaser | SO | Sales (S | Stock Inventory Item | | $ 350.00 | $ 700.00 | $ 350.00 | $ 700.00 | $ 350.00 | $ 1,050.00 | $ 700.00 | | | $ 300.00 | **$ 4,500.00** |
| 887306 | OXYCODONE HCL USP-LOW ABUKS | MI To End Purchaser | SO | Sales (S | Stock Inventory Item | $ 1,000.00 | $ 1,200.00 | $ 1,600.00 | $ 2,000.00 | $ 1,200.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | **$ 16,600.00** |
| OTP910S | FREIGHT - NARCOTICS | MI To End Purchaser | SO | Sales (FX | Freight-STL Plant-Narcotics | | | | | | | | | | | $ - | **$ -** |

$ 21,100.00