PSJ15 Exh 101

Oxy 15 CY 2009

| Sold To Customer Number | Ship To Customer Number | Ship To Customer Name | Ship To Customer Address Line 1 | Ship To Customer City | Ship To Customer State | Ship To Customer Postal Code | DEA Number | Sold Via Parent Customer Name | Gross Sales | Sales Qty Govt UOM |
|---|---|---|---|---|---|---|---|---|---|---|
| 565898 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | BC0402696 | DBS TRADING INC MASTERS PHARMACEUTICALS | 4,642.95 | 23,500 |
| 565898 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | BC0402696 | H D SMITH WHOLESALE DRUG CO | 2,732.16 | 11,400 |
| 565898 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | BC0402696 | MIAMI LUKEN INC | 14,038.99 | 72,500 |

Oxy 30 CY 2009

| Sold To Customer Number | Ship To Customer Number | Ship To Customer Name | Ship To Customer Address Line 1 | Ship To Customer City | Ship To Customer State | Ship To Customer Postal Code | DEA Number | Sold Via Parent Customer Name | Gross Sales | Sales Qty Govt UOM |
|---|---|---|---|---|---|---|---|---|---|---|
| 565898 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | BC0402696 | DBS TRADING INC MASTERS PHARMACEUTICALS | 743.28 | 2,400 |
| 565898 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | BC0402696 | H D SMITH WHOLESALE DRUG CO | 2,407.68 | 7,200 |
| 565898 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | BC0402696 | MIAMI LUKEN INC | 5,270.96 | 14,400 |

MNK-T1_0000292981.xlsx