PSJ15 Exh 102

| Sold To Customer Number | Ship To Customer Number | Ship To Customer Name | Ship To Customer Address Line 1 | Ship To Customer City | Ship To Customer State | Ship To Customer Postal Code | DEA Number | Sold Via Parent Customer Name | Gross Sales | Sales Qty Govt UOM |
|---|---|---|---|---|---|---|---|---|---|---|
| 565898 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | BC0402696 | H D SMITH WHOLESALE DRUG CO | 574.48 | 4,300 |
| 565898 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | BC0402696 | MIAMI LUKEN INC | 25,245.02 | 210,200 |

Oxy 15

| Sold To Customer Number | Ship To Customer Number | Ship To Customer Name | Ship To Customer Address Line 1 | Ship To Customer City | Ship To Customer State | Ship To Customer Postal Code | DEA Number | Sold Via Parent Customer Name | Gross Sales | Sales Qty Govt UOM |
|---|---|---|---|---|---|---|---|---|---|---|
| 565898 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | BC0402696 | H D SMITH WHOLESALE DRUG CO | 1,762.8 | 7,800 |
| 565898 | 565900 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | BC0402696 | MIAMI LUKEN INC | 12,575.84 | 71,700 |

Oxy 30