PSJ15 Exh 103

**Customers Sourcing Oxy 15 & 30 from All Distributors - November 2010 Data    ---- DO NOT PRINT**

| Sold to Customer Nbr | Customer Name | Address Line 1 | City | State | Postal Code | Sold Via Parent Customer Name | Gross Sales | Disp Units |
|---|---|---|---|---|---|---|---|---|
| 565898 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | H D SMITH WHOLESALE DRUG CO | 838.32 | 4,200 |
| 565898 | COLONY DRUG | 2810 ROBERT C BRYD DRIVE | BECKLEY | WV | 25801 | MIAMI LUKEN INC | 4,677.84 | 35,000 |

Oxy 15 & 30_All Distributors