PSJ15 Exh 105



