PSJ15 Exh 106

# Order Monitoring System (OMS): A Manufacturer's Perspective

**Presentation for HDMA Conference**

**Orlando, Florida**

**March 13, 2012**

Robin E. Abrams
Purdue Pharma L.P.
Vice President, Associate General Counsel

# <u>Mission of the Purdue OMS Program</u>

**To ensure compliance with DEA regulations requiring manufacturers and distributors to monitor and report suspicious orders of controlled substances, by implementing a detailed process for:**

➢ **<u>Ongoing assessment of selected accounts</u>, including Purdue's authorized distributors and their retail customers**

➢ **<u>Support for authorized distributors</u> in implementing their OMS programs and efforts to "know their customers"**

➢ **<u>Reporting of suspicious ordering</u> to DEA, other law enforcement, or state licensing boards, as appropriate**

# <u>History of the Purdue OMS Program</u>

➢ **Followed DEA correspondence to all registrants detailing obligations of  manufacturers and distributors of controlled substances to:**

- **Conduct independent analysis and exercise due diligence to confirm legitimacy of orders  and to scrutinize suspicious circumstances**
  - o Valid DEA registration not sufficient
  - o Know your customers and your customers' customers
- **Inform DEA of suspicious orders when discovered**

➢ **Expanded program launched in 2008**

➢ **SOP finalized in March 2009**

# OMS Program Team Members

### OMS COMMITTEE CHAIRPERSON

VP & Associate General Counsel, Law Department

### MEMBERS
VP, Corporate Security
Executive Director,  DEA Compliance
Executive Director,  National Accounts
Director, OMS Program Coordinator
Director/Investigations, Corporate Security

### CONTRIBUTORS
VP, Health Policy
Attorney, Prescriber Program analysis
Professional Rep, Sales Force
Director, Sales Systems

# <u>OMS Information Sources</u>

➢ **Fee For Service (FFS) Data**

- • **Order data for pharmacies + other dispensing outlets**
- • **Provided by authorized distributors under FFS Agreements**
- • **Loaded on monthly basis into OMS Database**
- • **Cover 97% of Purdue's product distribution**

➢ **IMS outlet/prescriber data & Sales Ops outlier analyses**

➢ **Sales Force reports of concern (ROC)**

➢ **Prescriber Program information**

➢ **Government agencies/law enforcement**

- • **DEA, local law enforcement, state licensing boards, legislative contacts**

➢ **Media reports**

# **Prescriber versus Dispenser**

➢ **Prescriber program:  Focus is on prescriber and Rx history /patterns**

➢ **OMS:  Focus is on dispenser/pharmacist and ordering history/patterns**

➢ **Sharing  of signal detection information between OMS and Prescriber programs**

- **Enables us to consider prescriber and pharmacy issues within particular geographic area**

- **Results in more robust information shared with internal (e.g., Risk Management) and external (e.g., authorized distributors) partners**

# <u>OMS Process</u>

➢ **Identification of Potential Problematic Outlets ('09-'10)**

- **<u>FFS Data Outliers</u> – Outlets with orders outside normal range based on algorithm:**

  o Total volume of Purdue product orders

  o Percentage of OxyContin / non-OxyContin orders to total orders  of Purdue products

  o Percentage of orders of higher dosages of OxyContin

  o Number of distributors from which outlet purchases

  o Number of orders of same product per day

  o Significant increases/changes comparing current 1, 3, 6 and 12 months to prior period

  Based on algorithm, **500-600 outlets met criteria**

# OMS Process
*(continued)*

- ➤ **Identification of Problematic Outlets (continued)**
  - • **IMS Data Outliers**
    - o Outliers among retail outlets identified by Sales Ops' quarterly analysis of IMS Data
  - • **Outlets identified by other signals**
    - o Typically identified by sales force or authorized distributors
    - o Suspicious signals include:
      - ▪ Observed  anomalies of pharmacy location, appearance/operation or clientele
      - ▪ Statements by pharmacy personnel indicating deficiencies in Rx verification or other abuse/diversion mitigation procedure**s**
      - ▪ Authorized distributor comparative data on other opioid dispensing by pharmacy or Rx detail on pharmacy's prescribers
      - ▪ Media reports of law enforcement or licensing board action

Case: 1:17-md-02804-DAP  Doc #: 2391-21  Filed: 08/14/19  10 of 22.  PageID #: 363476

# OMS Process
*(continued)*

➢ **Outlier Pharmacies Selected for Review:**
- • **Top FFS Data Outliers (as ranked by Sales Ops)**
- • **Accounts identified by authorized distributors**

➢ **Input from National Accounts**
- • **Any prior knowledge of pharmacy, including factors that explain or heighten concern about outlier data**
- • **Assessment of need for further follow up**

➢ **Input from Sales Force**
- • **Review of prior ROCs**
- • **Standard OMS follow with Rep / DM / RM**
- • **Specific additional assistance occasionally requested**

# OMS Process

*(continued)*

➢ **Review of Related Internal Data & Information**

- **Savings Card Pharmacy Redemption data**
- **Analysis of identified prescribers (IMS data)**

➢ **Public Records Search**

- **Corporate security review of entity status and ownership, including related entities**
- **DEA registration / state licensing status and disciplinary actions**
- **Civil or criminal actions**

# OMS Process

*(continued)*

➢ **DEA Compliance:  Collaboration with Authorized Distributors**

- **Initial meetings to share information about respective order monitoring programs and procedures**

- **Ongoing information exchange and review of ordering data and other information pertaining to specific outlets**

- **Communication and collaboration on follow up with respect to individual outlets, which may include:**
    - Outlet surveillance and/or site visit and interview of owner, Pharmacist-In-Charge and/or pharmacy staff
    - Reduction or cut-off of supply to outlet
    - Reporting to licensing board, DEA, other law enforcement

# <u>Summary of OMS Meetings</u>

➢ **Order monitoring meetings held with authorized distributors plus ongoing contacts**:

- **Between Sept 2008 and March 2012, Purdue met in person with 10 separate wholesalers to discuss OMS programs and procedures, and opportunities for better collaboration**

- **Throughout that time, Purdue engaged in regular ongoing contact via conference calls and joint site visits to discuss particular accounts of concern and appropriate follow up**

# OMS Process
### *(continued)*

## ➢ OMS Report and Committee Decision

- **Written report for OMS Committee review**
  - o Generated by Program Coordinator for each "outlier outlet"
  - o Captures information obtained during OMS review process

- **OMS Committee decision on each outlet reviewed**
  - o Pending:  No decision pending completion of requested follow up
  - o Complete-closed:  No suspicious ordering concern
  - o Complete-referred:  Evidence of suspicious ordering and/or circumstances sufficient to refer to DEA, other law enforcement and/or state licensing board
  - o Continue to monitor:  Suspicious circumstances warrant close monitoring, but not yet sufficient to refer

- **OMS Committee may recommend adjustments in shipments to distributor due to OMS concerns**

# OMS Process: Post Reformulation

➢ **Updated Algorithm Based on Reformulation  ('10 – '11)**

   • **FFS Data Outliers – Outlets with decline in orders post OxyContin reformulation that met the following:**

      o Orders that met original algorithm

      o Significant declines/changes comparing current 3, 6 and 12 months of pre- versus post-reformulation data

      o Threshold 75% decline post reformulation

      o Percentage of OxyContin decline post reformulation vs contemporaneous increase in other opioids

      o Evaluate whether geographically located near prescribers of concern

      o Adjust threshold ($) to focus on significant accounts for review

   Based on new algorithm, **100 to 200 outlets met criteria**

# **Meetings with DEA**

➢ **April 2009**
- Overview of OMS program
- Described collaboration with authorized distributors

➢ **April 2011**
- Overview of updated Purdue OMS program following reformulation
- DEA Registrant book shared
- Focus on prescriber data post-reformulation

➢ **October 2011**
- Focus on retail dispensing post-reformulation
- At request of DEA, provided calculation of all outlets with at least 50% decline and $350,000 in annual sales
- Total of 290 outlets identified (29 previously identified)

# Summary of OMS Program Activity
*(continued)*

➢ **Outlets Reviewed and/or Referred ('08 – '11)**

- **Total: 365**

- **Breakdown by state:**
  - FL : 94
  - CA: 55
  - NY: 39
  - MI: 38
  - PA: 18
  - TN: 14
  - OH: 13
  - 27 States: 94 (3 to 4 each)

- **Breakdown by OMS Committee Action:**
  - Complete-Referred:     290
  - Complete-Closed:     75
  - Continue to Monitor:     8

# Summary OMS Program Activity
*(continued)*

➢ **Outlets pending review/investigation**

- **Total:     8**

- **Breakdown by state:**
  - GA = 3
  - NY/NJ/CA/TN/IN = 5 (1 each)

➢ **Outlets subject to OMS Team Surveillance or Site Visits**

- **13 pharmacy site visits including interviews with owners or pharmacists in charge**
  - 6 of the visits conducted together with authorized distributors
  - Breakdown by location:  8 in Florida, 2 in California and Nevada, 1 in NY

- **10 additional pharmacies subject to surveillance**
  - 5 in California , 2  each in Ohio and Florida, 1 in Nevada

- **30 + site visits with wholesalers**

# OMS Program Challenges

➢ **Data Gaps**

  • **No  data connecting outlets with individual prescribers**

  • **No  data from distributors with whom we have no FFS agreement**

  • **FFS data excludes outlet-level order detail for:**

    ○ Secondary distributors

    ○ Dispensing outlets that opt out of data reporting

  • **IMS data excludes prescribers/outlets who opt out of reporting**

  • **Dispensing healthcare providers**

➢ **Not in doctors office, or at pharmacy, when prescriptions being written and filled**

➢ **Pressure Created by Geographic Hotspots (e.g., Florida, California, Tennessee, Georgia and Alabama)**

# <u>Recommendations: Lessons Learned</u>

➢ **Quantities matter: excessive orders must be evaluated**

➢ **Meaningful scrutiny of dispensing: registration not sufficient**

➢ **Site visit due diligence: expected as part of follow up**

➢ **Cannot rely on third party: must do own due diligence**

➢ **Trend analysis is a key: compare similar products, size and location of outlets**

➢ **Threshold exceptions:  must be individually reviewed and decisions properly documented**

➢ **Referrals to DEA:  consider for all OMS actions regarding outlets**

# <u>Benefits of Collaboration:  What can be gained?</u>

➢ **Enhance collaborations efforts between wholesalers and manufacturers**

➢ **Greater information sharing: maximize resources (DEA, Wholesaler and Manufacturer)**

➢ **Achieve efficiencies with accounts identified for follow up**

➢ **Identify additional tools to address DEA's concerns (better data analysis, potential modeling)**

➢ **Mindful of anti-trust concerns**

# **Thank You**

# **Any Questions**

