# PSJ9 Exh 1

# FILED UNDER SEAL