# PSJ9 Exh 2

Highly Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
                         -  -  -
 3    IN RE:  NATIONAL              :  HON. DAN A.
      PRESCRIPTION OPIATE           :  POLSTER
 4    LITIGATION                    :  MDL NO. 2804
                                    :
 5    This document relates to:     :  Case No. 17-MD-2804
                                    :
 6    The County of Summit, Ohio    :
      Ohio et al. v. Purdue Pharma  :
 7    L.P., et al., Case No.        :
      17-OP-45004                   :
 8                                  :
      The County of Cuyahoga v.     :
 9    Purdue Pharma Purdue Pharma   :
      L.P., et al., Case No.        :
10    18-OP-45090                   :
11                         -  -  -
12               Friday, May 10, 2019
13                    Volume II
14
                           -  -  -
15    HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
16                         -  -  -
17               Videotaped deposition of
      CRAIG J. MCCANN, Ph.D., CFA, taken pursuant
18    to notice, was held at the law offices of
      Morgan Lewis & Bockius, 1111 Pennsylvania
19    Avenue, NW Washington, DC 20004, beginning
      at 9:08 a.m., on the above date, before
20    Amanda Dee Maslynsky-Miller, a Certified
      Realtime Reporter.
21
                           -  -  -
22
              GOLKOW TECHNOLOGIES, INC.
23       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

 1          Q.    And the record will reflect
 2   what you said, but I believe that you
 3   testified that you would need to verify
 4   the extent to which returns were factored
 5   into your analysis, but that in any
 6   event, returns constituted a de minimus
 7   amount of the transactions you reviewed.
 8          A.    Yes.
 9          Q.    Is that a fair summary of
10   your testimony?
11          A.    Yes.
12          Q.    In a data set as large as
13   the one that you reviewed concerning the
14   shipments of opioids into Cuyahoga and
15   Summit County, do you consider de minimus
16   to be 1 percent?
17          A.    I'd have to think through
18   the context a little bit.
19                But in some contexts, 1
20   percent would be de minimus and in other
21   contexts not.  And it depends on -- let
22   me leave it at that.
23          Q.    Okay.  If returns
24   constituted about 1 percent of the total