# PSJ9 Exh 3

**FILED UNDER SEAL**