# PSJ9 Exh 6

| | |
|---|---|
| **From:** | CN=Al Paonessa III/OU=Anda/O=Andrx |
| **Sent:** | Friday, August 24, 2007 7:35 PM |
| **To:** | CN=Michael Cochrane/OU=Anda/OU=Anda/O=Andrx@Andrx |
| **Cc:** | CN=Leslie Harrington/OU=Anda/OU=Anda/O=Andrx@Andrx; CN=Kim Bloom/OU=Anda/O=Andrx@Andrx; CN=Patrick Cochrane/OU=Anda/O=Andrx@Andrx |
| **Subject:** | Re: Approval |

Approved

From: Michael Cochrane
Sent: 08/24/2007 03:33 PM EDT
To: Al Paonessa III
Cc: Leslie Harrington; Kim Bloom; Patrick Cochrane
Subject: Approval

Al,
I need your approval to change the Monthly Dosage Limit % on the account listed below to 99999%, allowing them to purchase up to unlimited dosage units per month.

297632    MEDCO HLTH SOLU/LAS VEGAS INC

Thanks
Mike

Confidential