# PSJ9 Exh 7

| | |
|---|---|
| From: | Al Paonessa III <al.paonessa3@andanet.com> |
| Sent: | Thursday, February 12, 2009 9:57 PM |
| To: | Michael Cochrane |
| Cc: | Kim Bloom; Dan Shannon |
| Subject: | Re: Partners |
| Attachments: | pic05244.gif; 02924481.gif |

Approved

Michael Cochrane

```
From: Michael Cochrane
Sent: 02/12/2009 04:54 PM EST
To: Al Paonessa III
Cc: Kim Bloom; Dan Shannon
Subject: Fw: Partners
```

I agree.

Al,

I need your approval to make this location unlimited.

311182 PARTNERS PHARMACY

Thanks
Mike


----- Forwarded by Michael Cochrane/Anda/Anda/Andrx on 02/12/2009 04:52 PM -----

| | |
|---|---|
| **Kim Bloom/Anda/Andrx** | To Michael Cochrane/Anda/Anda/Andrx@Andrx |
| 02/12/2009 02:47 PM | cc |
| | Subject Fw: Partners |

Is there any way to make Partners unlimited like we do BJK. It makes sense, we know who they are and we know what they do. We really should treat them the same way we do BJK.

Kim Bloom
Executive Director, Sales Operations
Anda, Inc.
954-217-4754
----- Forwarded by Kim Bloom/Anda/Andrx on 02/12/2009 02:46 PM -----

| | |
|---|---|
| **Dan Shannon/Anda/Anda/Andrx** | To Kim Bloom/Anda/Andrx@Andrx |
| 02/12/2009 02:36 PM | cc Norman Dodes/Anda/Anda/Andrx@Andrx |

1

Confidential Anda_Opioids_MDL_0000284363

_____
SubjectPartners

Usage is 128,495 tabs a month on #700256 alone and there are a bunch of other sku's.. Partners is already at their limits for the month on the Oxycodone combo and he needs product. His order was cut by 88 x 500ct yesterday. Control usage is attached. I sent non-controls to Mike earlier. He is currently at 160,000.

Thank you


December usage CII CIII CIV.xls

2

Confidential
Anda_Opioids_MDL_0000284364