# PSJ9 Exh 8

| | |
|---|---|
| **From:** | Howard W Davis </O=MAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HWDAVIS> |
| **Sent:** | Wednesday, November 30, 2011 4:29 PM |
| **To:** | Cochrane, Michael |
| **Subject:** | Draft response to DEA LOA |
| **Attachments:** | DEA LOA response.doc |

Michael -

Per our conversation earlier this morning, we need to discuss this further in either of our offices for between the lines interpretations we will receive from the DEA upon receipt of the attached letter, as it pertains to our current processes.

Thanks, Howard

1

Confidential
Anda_Opioids_MDL_0000082872