# PSJ9 Exh 9

Highly Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF OHIO
 2                          EASTERN DIVISION
 3   IN RE NATIONAL PRESCRIPTION    |   MDL No. 2804
                                    |
 4   OPIATE LITIGATION              |   Case No. 17-MD-2804
                                    |
 5   This Document Relates to:      |   Judge Dan Aaron Polster
                                    |
 6   The County of Summit, Ohio,    |
     et al., v.                     |
 7   Purdue Pharma L.P., et al.     |
     Case No. 17-op-45004           |
 8                                  |
     The County of Cuyahoga v.      |
 9   Purdue Pharma L.P., et al.     |
     Case No. 18-op-45090           |
10                                  |
     City of Cleveland, Ohio v.     |
11   Purdue Pharma L.P., et al.     |
     Case No. 18-op-45132           |
12                                  |
13
                    TUESDAY, JANUARY 22, 2019
14
                              - - -
15
           HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
16
                      CONFIDENTIALITY REVIEW
17
                              - - -
18
           Videotaped deposition of EMILY HALL, held at
19      Foley & Lardner LLP, One Biscayne Tower, 2
        Biscayne Boulevard, Suite 1900, Miami, Florida,
20      commencing at 9:15 a.m., on the above date,
        before Kelly J. Lawton, Registered Professional
21      Reporter, Licensed Court Reporter, Certified
        Court Reporter.
22                            - - -
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A.    As I stated before, the algorithm will still
 2   catch the orders.  What she is stating is she
 3   reviewed the customers and everything -- and they are
 4   eligible and set for this order.  They have been
 5   approved.
 6        Q.    Prior to going through the algorithm?
 7        A.    There's limits, and there's an algorithm.
 8        Q.    Did Wegmans -- did their limits ever go down
 9   after this one-time purchase?
10              MS. KOSKI:  Object to form.
11   BY MR. STOLTZ:
12        Q.    Was there any SOP for bringing limits down
13   after a one-time purchase of a large amount of
14   opioids?
15              MS. KOSKI:  Object to form.
16              THE WITNESS:  I can't say for certain.
17   BY MR. STOLTZ:
18        Q.    Who would have -- would you agree that if
19   limits didn't return to their number prior to a
20   limited time increase, customers could order far more
21   than they normally would have been able to in the
22   future?
23              MS. KOSKI:  Object to form.
24              THE WITNESS:  Can you clarify?
```