**PSJ9 Exh 10**

OPS-040-00                                    **STANDARD OPERATING PROCEDURE**

| **SOP Number:** OPS-040-00 | **Department:** DISTRIBUTION OPERATIONS |
|---|---|
| **Supersedes:** NEW | **Title: Suspicious Order Monitoring/ Order Monitoring System** |
| **ORIGINATOR**<br><br>Signed By: Patrick Cochrane<br><br>Title: Vice President, Logistics & Operations<br><br>Date:<br><br>Role: Preparer/Originator<br><br>Signature Meaning: Approval | Executive Management<br><br>Signed By: Patrick Cochrane<br><br>Title: Vice President, Logistics & Operations<br><br>Date:<br><br>Role: Reviewer<br><br>Signature Meaning: Approval |
| DC Management<br><br>Signed By: Jay Spellman<br><br>Title: FL Director, Logistics<br><br>Date:<br><br>Role: Reviewer<br><br>Signature Meaning: Approval | Executive Management<br><br>Signed By: Al Paonnessa III<br><br>Title: Executive Vice President & COO<br><br>Date:<br><br>Role: Reviewer<br><br>Signature Meaning: Approval |
| DC Management<br><br>Signed By: Alberto Esteves<br><br>Title: OH Director, Logistics<br><br>Date:<br><br>Role: Reviewer<br><br>Signature Meaning: Approval | Compliance Management<br><br>Signed By:  Michael Cochrane<br><br>Title:  Director, Logistics Compliance<br><br>Date:<br><br>Role:  Reviewer<br><br>Signature Meaning: Approval |

**REVISION HISTORY**

| Effective Date | Document Number | Author | Change Description |
|---|---|---|---|
|  | OPS-040-00 | Michael Cochrane |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Page 1

Attorney's Eyes Only (Highly Confidential)

OPS-040-00 **STANDARD OPERATING PROCEDURE**

|  |  |  |  |
|---|---|---|---|

## 1.0  Scope

This directives contained in this SOP apply to all Anda and Anda Pharmaceutical employees that have or may have contact or involvement in the activities associated with Compliance and Distribution.  This is to include, but not be limited to:

* Distribution Operations
* Compliance

## 2.0  Purpose

To document the procedures involved in reviewing Held and/or Suspicious Orders.

## 3.0  Procedure



Attorney's Eyes Only (Highly Confidential) Anda_Opioids_MDL_0000056016