**PSJ9 Exh 11**

| | |
|---|---|
| **From:** | Schultz, Emily <Emily.Schultz@Andanet.com> |
| **Sent:** | Wednesday, December 14, 2011 1:55 AM |
| **To:** | Cochrane, Michael |
| **Subject:** | RE: DEA Meeting |

DEA Visit 12/6/2011
Gayle Lane
Susan Langston

Problem Products-
*Dilaudid & Opana were discussed. They expressed their concerns with these being the next "problem" items.
*They said they are not seeing Oxy 15 as being as big of an issue anymore.
*Oxy 30 was discussed (used truthfully as a "short term pain management") (the average phcy dispenses 69,500 oxy on average a YEAR) *Testosterone(compounding phcy) *Phentermine(compounding phcy)

Problem Areas-
*They are seeing the "problem areas" right now as Maryland, Pennsylvania, Connecticut, New York and New Jersey
*Susan stated she wants google searches done on the locations as well as searches on the city, check to see how many phcies are in the city, does the building look nice, does the area look nice...

Problem Pharmacies that came up-
(All the below accounts have been cut off, Sabrina and I reviewed each and Sabrina sent communication to the sales floor) *Poly Plex- in GA
*Accokeek- in MD(definitely a pill mill)
*24 Hour Community Pharmacy- in Miami, FL(Gayle had a copy of their 222 form that we filled) *Post Haste *Anthony's
*Pine Island *Florida Solutions(100% oxy to pain clinics) *Tech Pharmaceuticals- in Hialeah, FL
*MedEx- Ft Lauderdale, Fl
*Pharma Life- no longer has a state license *Locatel Sunny Isles *L Vassar *South Pacific -There are a few other on the master list that I could not write down in my notes because I was marking them on the spreadsheet but they have as well been cut off)

Problem Sales Rep-
███████████- need to follow up with employment dates and termination details. They stated he is one of the main reasons FL is in as big of a mess as they are.

Gayle/Susan Communication-
*Susan wants to be added to all "suspicious order" communication *Gayle wants a report of all controls shipped monthly (ARCOS format is fine) she was open to anything. Most important is that she can share this information with her colleagues.

Subpoena-
*All subpoenas received should be considered as a "bad" pharmacy and should be treated accordingly(in a nut shell, they should be turned off from controls)

On Site Visits-
*Susan felt VERY strongly about Anda starting a on site visit program. Doesn't matter if it is contracted or in-house as long as we start doing something.

Confidential

Oxycontin Express- A 50 minute movie that helps understand what is going on with Oxy. Gayle recommended that we all watch this show.

Ok Chains-
Chains that they discussed that were not a issue at this time *Publix *Navarro *Walmart *Target They did state to treat all chains as individuals, do not group them together and consider an entire chain ok.

Thank you,
Emily Schultz
Mgr, Regulatory Compliance
954-217-4579- phone
954-217-4606- fax


-----Original Message-----
From: Michael Cochrane
Sent: Tuesday, December 13, 2011 8:24 PM
To: Howard W Davis; Sabrina A Solis; Emily Schultz
Subject: DEA Meeting

Please send me any notes you have from last weeks meeting with DEA.

Thanks
Mike

Confidential
Anda_Opioids_MDL_0000133097