**PSJ9 Exh 12**

**Produced in Native Format**

Confidential





## Anda Overview



- Anda, Inc. is the fourth largest supplier of generic pharmaceuticals within the U.S.

- Anda, Inc. was established in 1992 to service the pharmaceutical purchasing needs for pharmacies and physician offices.

- Anda, Inc. is a  Distribution Company.

- We service our customers utilizing a strong telesales approach, complemented by progressive technology and excellent customer service.

- Anda uses two distribution centers with over 8,000 products in stock
    - 150,000 sq. ft. facility located in Weston, FL
    - 355,000 sq. ft. distribution center in Groveport, OH

- Anda's strength is customizing programs to support our customer and manufacturer needs.

- Anda positions ourselves to our customers as the perfect compliment to their primary wholesaler.

- Anda has established ourselves as the premier distribution method for new to market launches to the chains.

**ANDA**
INCORPORATED

3



4





WOW. We truly are the leader in overnight pharmaceutical distribution. We are now a "brand"

When people talk about a distributor…they mention the Anda Model



Take a moment to reflect on last year, and all of the accomplishments of the last 20 years…



Year to Date we've had $100 million less in new product launches than in 2010.



# Sales Team Coverage

*Anda's sales teams reach all U.S. trade classes utilizing a targeted inside sales force along with an outside National Accounts team.*

**Anda** **vip** *retra in pharmaceuticals*

**Retail, LTC Pharmacy Supply**

National distributor for generic and brand pharmaceuticals, OI's, OTC's and vitamins. Focused on product distribution to independent pharmacies, chain drug stores, and LTC pharmacies.

**Anda MEDS**

**Physician, Clinic and Hospital Supply**

- Your source for generic and branded injectables, vaccines, specialty, oral dose forms, and medical/surgical supplies. Focused on product distribution to office based physicians.
- Specialized call campaigns to physician offices that compliment field sales teams.

**Inside Sales**

200+ Tele-Sales Representatives,
13 Sales Managers,
1 Director of Sales,
2 Exec. Directors of Sales

**National Accounts**

9 National Account Managers,
6 National Account Representatives
3 Directors of National Accounts

Total market coverage
making over 10,000 pharmacy calls
per day and over 3,000 physician
calls per day.

**ANDA** INCORPORATED

9



Exceed budget by almost $200m!

## Controlled Substance Distribution

In 2011, Anda shipped a CII product to almost 11,000 customers
2,500 customers purchased utilizing Anda's CSOS systems



Our combined 19,000 square feet of CII space allows us the ability to create a centralized master vault.

April 2009, Anda sets new personal best with the CII launch of Generic Adderall® XR
• Over 6,000 locations shipped within 2 days of launch







# Al's Business Leads

Patrick Cochrane
VP, Logistics & Operations

Manages all aspects of distribution including management of the three facilities and the carrier relationships

Brian Witte
VP - Operations

Inside Sales (telesales) floors, Sales Reporting, Training, and Customer Service

Bill Versosky
VP – Sales & Marketing

National Accounts sales and operations, Marketing

Marc Falkin
VP, Purchasing

Purchasing negotiations and replenishment from branded and generic suppliers.

Kim Poropat
VP, Contracts & Project Mgmt

Contracts, Pricing, and lead for Special Projects

Michael Cochrane
Exec Dir, Regulatory Compliance

Regulatory Compliance including DEA compliance and relationship management

Paul Williams
SR VP, General Manager Anda Specialty

Business lead for Intellogics and PractRx, Anda Inc's two physician based business segments



14

















CII Customers were back up in 2011
CII Sales exceeded $200 Million

# CSOS and CSOS Enterprise

- 736 New CSOS client accounts added in 2011

- Now over 5,800 CSOS installations

- 8 Mid-sized Regional Chains installed on CSOS Enterprise

- Total of 741 Pharmacy Chain Stores currently using our CSOS Chain Store System

- 42.3% increase in CSOS Enterprise Sales

23



Online ordering customers grew to over 15K.  18% increase
Online orders grew by 100K orders
42% of retail independent sales online
27% of total sales online



308 contracts to manage is hard to comprehend.
Do the math….



Thank you sales for your support in recalls. It was a very difficult year with over 200 recalls
Look at the reduction of 90 day calls…
Over 100 returns per day..









First to Market Program





A big part of the way we're going to get there is by maximizing sales on the new product launches coming this year.



# Personalized Customer Service

*Anda is focused on providing excellent customer service as a core competency and a point of differentiation from our competitors.*

• We can customize our service offering to a specific customer or manufacturer program:

• Able to verify orders before they ship out and/or provide full tracking once order goes out.

33







36

























Anda was awarded Target's Healthcare Partner of the Year in 2010 based on our support of their virtual warehouse program.















55

























Coming off our best year ever on all fronts, Anda went on a mission to create a better organization as we looked toward the future of distribution.  We analyzed all key functional areas to try to improve anywhere we could.







