PSJ9 Exh 13

| | |
|---|---|
| **From:** | Brown, Robert (Andanet) <robert.brown@andanet.com> |
| **Sent:** | Monday, August 18, 2014 9:36 PM |
| **To:** | Campbell, Tasha |
| **Cc:** | Latoya N Samuels (latoya.samuels@andanet.com) |
| **Subject:** | FW: AUDIT - Top Customers |
| **Attachments:** | Sales Customer Jan thru Jun 2014.xlsx |

Can you please review the attached list regarding those customers for whom we do not have current data and let's prioritize based on sales and other information that we have those from whom we need to obtain this information, i.e. while we want data from QOL, we do have information from several of their stores and they are not as high as priority as others on this list. We'll discuss when you have had a chance to review.

**Robert Brown**
Director of Compliance

2915 Weston Road
Weston, FL 33331
1-800-331-ANDA (2632) x 74390
robert.brown@andanet.com



---

**From:** Solis, Sabrina
**Sent:** Tuesday, July 22, 2014 3:28 PM
**To:** Brown, Robert
**Subject:** AUDIT - Top Customers

Robert,

Here is the first report that I finished for auditing purposes as you requested.

Details:
- Data includes all customers that have purchased over the last year, not just the top 200.
- National chains, Vets, and Regional Chains are excluded from report.
- Only customers that are flagged "Y" for controls today are included in the report.
- There are 2 tabs in the file for analysis
    1. Top customers by % of pill increase over 1 year – all control pills purchased combined from all control families
    2. Top customers by pills the last 6 months only – all control pills purchased combined from all control families

I would wait to begin auditing these customers until  we are organized with other initiatives so that requests don't overlap.

**Sabrina Solis**
Sr. DEA Compliance Analyst

2915 Weston Road
Weston, FL 33331

Confidential                                                                      Anda_Opioids_MDL_0000601903

1-800-331-ANDA (2632) x 74317
sabrina.solis@andanet.com



This message and its attachments are intended for the named addressee only, and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you have by coincidence or mistake received this email and its attachments, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message or its attachments if you are not the intended recipient. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis or its affiliates.

Confidential                                                                                                              Anda_Opioids_MDL_0000601904