# PSJ9 Exh 14

Highly Confidential - Subject to Further Confidentiality Review

```
  1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
  2                      EASTERN DIVISION
  3   IN RE NATIONAL PRESCRIPTION   |   MDL No. 2804
                                    |
  4   OPIATE LITIGATION            |   Case No. 17-MD-2804
                                    |
  5   This Document Relates to:    |   Judge Dan Aaron Polster
                                    |
  6   The County of Summit, Ohio,  |
      et al., v.                   |
  7   Purdue Pharma L.P., et al.   |
      Case No. 17-op-45004         |
  8                                |
      The County of Cuyahoga v.    |
  9   Purdue Pharma L.P., et al.   |
      Case No. 18-op-45090         |
 10                                |
      City of Cleveland, Ohio v.   |
 11   Purdue Pharma L.P., et al.   |
      Case No. 18-op-45132         |
 12                                |
 13
                  Thursday, January 10, 2019
 14
                            - - -
 15
            HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 16
                   CONFIDENTIALITY REVIEW
 17
                            - - -
 18
            Videotaped deposition of SABRINA SOLIS, held
 19   at Foley & Lardner LLP, One Biscayne Tower,
      2 Biscayne Boulevard, Suite 1900, Miami, Florida,
 20   commencing at 10:27 a.m., on the above date,
      before Susan D. Wasilewski, Registered
 21   Professional Reporter, Certified Realtime
      Reporter, Certified Realtime Captioner.
 22
                            - - -
 23
                  GOLKOW LITIGATION SERVICES
 24         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
 25
```

1     Q.   So at that time it says:  9,624 customers

2     that no questionnaire yet were flagged as yes for

3     being able to purchase controls; is that right?

4     A.   Yes.

5     Q.   So it's your testimony today that that's the

6     standard that the Anda leadership wanted to keep

7     once they brought you into compliance?

8     A.   Yes.

9     Q.   They wanted to keep that large number of

10    customers as being flagged for yes yet not having

11    customer questionnaires on file?

12    A.   No, that's not what I was saying.  I'm

13    saying the department wanted to collect updated

14    questionnaires on the customer base.

15    Q.   Because at that time there were nearly

16    10,000 customers that were allowed to buy controls

17    within TPS, yet there was no customer questionnaire

18    on file for them?

19    A.   They were eligible to buy controls, but as

20    we talked about, previous to this e-mail, a lot of

21    them were not even actively buying from Anda.

22    Q.   But if a -- if they attempted to purchase a

23    control from Anda and a compliance analyst went into

24    the TPS program and looked at whether they were

25    eligible for it, they would see the flag as yes,

1    correct?

2      A.   Yes.

3      Q.   And that would, as we discussed before,

4    potentially shorten the time that they would take to

5    review an order for controls to be approved or not?

6      MS. KOSKI:  Object to form.

7      A.   No.  We don't ever look at the control flag

8    and make a determination that it's going to take a

9    shorter amount of time because they are flagged Y.

10   And that's why we delve into the other procedures

11   where our review process kicks in and we look at

12   what is the item the customer is ordering, who is

13   the customer, and what is the quantity they are

14   ordering.

15     Q.   That 9,624 number did not even include

16   chains, did it?

17     A.   No.

18     Q.   So there were, in fact, more than 9,624

19   customers in October of -- I guess that was in 2011

20   that were eligible for controls but there was none

21   of the -- no questionnaire on file for them?

22     MS. KOSKI:  Object to form.

23     Go ahead.

24   BY MS. ELLIS:

25     Q.   Go ahead.