# PSJ9 Exh 18

| | |
|---|---|
| **From:** | Jeannie <Jeannie@lakeeriemedical.com> |
| **Sent:** | Wednesday, June 4, 2008 5:02 PM |
| **To:** | <michael.cochrane@andanet.com> |
| **Cc:** | 'Mike Holmes' <mikeh@lakeeriemedical.com>; 'Gene Gunderson' <gene-gunderson@new.rr.com>; 'Mark' <Mark@lakeeriemedical.com> |
| **Subject:** | FW: Ltr of Admonition response for DEA |
| **Attach:** | LAKEER~1.DOC; _0604125609_001.pdf |

Hi Michael, Mike Holmes asked me to send this to you.  This is a copy of our letter from the DEA and our response to the DEA.  We also will forward you our written plan of action.

Have a nice day,


Jeannie Sieren

800-284-3130 x155

800-947-7921 (fax)


CONFIDENTIALITY NOTICE:  This message is intended only for the use of the
individual or entity to which it is addressed and may contain information that
is priveleged, confidential or exempt from disclosure by law.  If the reader of
this message is not the intended recipient, or the employee or agent
responsible for delivering the message to the intended recipient, you are
hereby notified that you are strictly prohibited from printing, storing,
disseminating, distributing or copying this message.  If you have received this
message in error, please notify us immediately by replying to this message and
deleting it from your computer.  Neither this information block, the typed name
of the sender, nor anything else in this message is intended to constitute an
electronic signature, unless a specific statement to the contrary is included
in this message.  Thank you, Quality Care Products, LLC/Lake Erie Medical &
Surgical Supply, Inc.



From: DEAsolutnsmudri@aol.com [mailto:DEAsolutnsmudri@aol.com]
Sent: Friday, April 18, 2008 11:04 AM
To: Jeannie@lakeeriemedical.com
Subject: Re: Ltr of Admonition response for DEA


Resending, don't know why you didn't get it, if not with this email, please let me know and I will fax

Confidential                                                                                                    Anda_Opioids_MDL_0000276293

Regards.

Jophn Mudri


Need a new ride? Check out the largest site for U.S.used car listings at AOL Autos. - LAKEER~1.DOC - _0604125609_001.pdf

Confidential
Anda_Opioids_MDL_0000276294