PSJ9 Exh 19

| | |
|---|---|
| **From:** | CN=Al Paonessa III/OU=Anda/O=Andrx |
| **Sent:** | Tuesday, June 17, 2008 4:30 PM |
| **To:** | CN=Michael Cochrane/OU=Anda/OU=Anda/O=Andrx@Andrx |
| **Subject:** | Re: Approval |

Approved

Albert Paonessa III
Anda, Inc.
EVP/COO
954-217-4500, ext. 4778

Michael Cochrane/Anda/Anda/Andrx
06/17/2008 12:17 PM

To
Al Paonessa III/Anda/Andrx@Andrx
cc

Subject
Re: Approval

Yes

Thanks
Mike

Al Paonessa III/Anda/Andrx
06/17/2008 12:15 PM

To
Michael Cochrane/Anda/Anda/Andrx@Andrx
cc

Subject
Re: Approval

Confidential

You have backup for this?

Feel comfortable?

Albert Paonessa III
Anda, Inc.
EVP/COO
954-217-4500, ext. 4778


Michael Cochrane/Anda/Anda/Andrx
06/17/2008 09:09 AM

To
Al Paonessa III/Anda/Andrx@Andrx
cc
Patrick Cochrane/Anda/Andrx@Andrx, Norman Dodes/Anda/Anda/Andrx@Andrx
Subject
Approval




Al,

I need your approval to change the Monthly Dosage Limit % on the account listed
below from 1400% to 2400% allowing them to purchase up to 125000 dosage units
per month.

459058  LAKE ERIE MEDICAL

Thanks
Mike

Confidential

Anda_Opioids_MDL_0000273586