# PSJ9 Exh 20

| | |
|---|---|
| **From:** | CN=Al Paonessa III/OU=Anda/O=Andrx |
| **Sent:** | Thursday, October 4, 2007 3:33 PM |
| **To:** | CN=Michael Cochrane/OU=Anda/OU=Anda/O=Andrx@Andrx |
| **Cc:** | CN=Patrick Cochrane/OU=Anda/O=Andrx@Andrx |
| **Subject:** | Re: Fw: New Choice Pharmacy |

Yes or the doctors

Albert Paonessa III
Anda, Inc.
EVP/COO
954-217-4500, ext. 4778


Michael Cochrane/Anda/Anda/Andrx
10/04/2007 11:14 AM

To
Al Paonessa III/Anda/Andrx@Andrx
cc
Patrick Cochrane/Anda/Andrx@Andrx
Subject
Re: Fw: New Choice Pharmacy



Do you mean identifying the name and that it is part of the actual hospital?


Al Paonessa III/Anda/Andrx
10/04/2007 09:28 AM

To
Michael Cochrane/Anda/Anda/Andrx@Andrx
cc
Patrick Cochrane/Anda/Andrx@Andrx
Subject
Re: Fw: New Choice Pharmacy




Interesting. I would see if he can identify the pain management center. See if
we can legitimize it in some way. Also, being a part of the Premier Hospital
group also helps. However, the controls versus non-controls scare me...but

Cardinal is OK with it.

Patrick??

Albert Paonessa III
Anda, Inc.
EVP/COO
954-217-4500, ext. 4778

Michael Cochrane/Anda/Anda/Andrx
10/04/2007 09:16 AM

To
Al Paonessa III/Anda/Andrx@Andrx, Patrick Cochrane/Anda/Andrx@Andrx
cc

Subject
Fw: New Choice Pharmacy

Take a look at this usage report on their purchases from Cardinal.  They do buy some non-controls from them, but nothing from us.
----- Forwarded by Michael Cochrane/Anda/Anda/Andrx on 10/04/2007 09:15 AM -----

Constantine Moshos/Anda/Andrx
09/25/2007 01:51 PM

To
Michael Cochrane/Anda/Anda/Andrx@Andrx
cc
Kim Bloom/Anda/Andrx@Andrx, Norman Dodes/Anda/Anda/Andrx@Andrx
Subject
New Choice Pharmacy

Good Afternooon Mike,

We have put a cap on controls for this account. It has come to my attention that his pharmacy acts as an out-pharmacy for both the hospital and the pain management center which is associated with the hospital.

Confidential
Anda_Opioids_MDL_0000274588

He is also the manager of the inpatient pharmacy. He has indicated that he would like to open a second account for his inpatient business as well.

Thirdly, he is a part of the Cleveland Health Network which we are bidding on becoming the IDN's secondary distributor. The Cleveland Health Network is an IDN under the Premier Inc. (GPO).

For your convenience, I have attached his complete usage report (items that he buys from us and Cardinal).

Please let me know if there is anything else I can do in order to lift the cap.
I will be in the Florida office all of this week.

I appreciated your all help and understanding.

Respectfully,
Constantine Moshos
954 205 9707

[attachment "New Choice Pharmacy Usage Report.xls" deleted by Al Paonessa III/Anda/Andrx] [attachment "New Choice Pharmacy Usage Report 2.xls" deleted by Al Paonessa III/Anda/Andrx]

Confidential