# PSJ9 Exh 23

| | |
|---|---|
| **From:** | Kim Bloom <kim.bloom@andanet.com> |
| **Sent:** | Friday, July 24, 2009 6:36 PM |
| **To:** | Michael Cochrane |
| **Cc:** | Rachelle Vance; Al Paonessa III; Bill Versosky; Dan Shannon |
| **Subject:** | Re: Bi Mart - CSOS roll out - Max Limit Request |

Please discuss with Al - this is a chain initiative to increase CII distribution. If they hit their threshold and are cut off from buying more it's going to hurt our relationship with the accounts. If Al thinks we need a questionnaire then so be it. The non-controls are not going to increase, at the same rate of controls, to these stores as they're limited on what they're allowed to buy through Anda.

Kim Bloom
Executive Director, Sales Operations
Anda, Inc.
954-217-4754

Michael Cochrane/Anda/Anda/Andrx

| Michael Cochrane/Anda/Anda/Andrx | |
|---|---|
| 07/24/2009 01:49 PM | To Rachelle Vance/Anda/Andrx@Andrx |
| | cc Kim Bloom/Anda/Andrx@Andrx |
| | Subject Re: Bi Mart - CSOS roll out - Max Limit Request |

Their mix is too high. Al3 approved to 15,000. Kim, what are your thoughts? Can we get a questionnaire? Are their non controlled products going to go up in sales? Can we get three months of usage from them to see their overall mix? Is there a reason the ratio is so high?

Thanks
Mike


Rachelle Vance/Anda/Andrx

| Rachelle Vance/Anda/Andrx | |
|---|---|
| 07/23/2009 03:05 PM | To Michael Cochrane/Anda/Anda/Andrx@Andrx |
| | cc Kim Bloom/Anda/Andrx@Andrx |
| | Subject Re: Bi Mart - CSOS roll out - Max Limit Request |

1

Confidential    Anda_Opioids_MDL_0000077935

#380265, Bi Mart # 603, one of the eight high volume, not yet LIVE on CSOS, sales as of 7/21, they are already @ 72% on Oxy and 81% on Methadon, can we look into increasing?

Thanks


Rachelle Vance
Senior Manager National Accounts
Anda, Inc.
Watson Pharmaceuticals
Distribution Division
W -954-217-4643
C - 954-253-7921
F - 954-217-4121
(800)331-2632 Ext. 4643


Michael Cochrane/Anda/Anda/Andrx

| Michael Cochrane/Anda/Anda/Andrx | |
|---|---|
| 07/08/2009 10:38 AM | To Rachelle Vance/Anda/Andrx@Andrx |
| | cc Kim Bloom/Anda/Andrx@Andrx |
| | Subject Re: Bi Mart - CSOS roll out - Max Limit Request |

Lets wait to see if they hit it. I have listed what the accounts are currently at.

Thanks
Mike


**380271 Bi Mart #610 - 3,000 scripts per 6 day week - Already at 30,000**
380264 Bi Mart #601 - 15,000
380262 Bi Mart #602 - 25,000
**380265 Bi Mart #603 - 3,000 scripts per 6 day week - 15,000**
380270 Bi Mart #609 - 15,000
380272 Bi Mart #611 - 15,000
128560 Bi Mart #671 - 15,000
380296 Bi Mart #647 - 20,000


Rachelle Vance/Anda/Andrx

| Rachelle Vance/Anda/Andrx | |
|---|---|
| | To Michael Cochrane/Anda/Anda/Andrx@Andrx |

2

|  |  |
|---|---|
| 07/07/2009 05:42 PM | cc Kim Bloom/Anda/Andrx@Andrx |
| | Subject |
| | Re: Bi Mart - CSOS roll out - Max Limit Request |

These are the high C2 volume stores, can they be reviewed prior to reaching max volumes?

**380271 Bi Mart #610 - 3,000 scripts per 6 day week**
380264 Bi Mart #601
380262 Bi Mart #602
**380265 Bi Mart #603 - 3,000 scripts per 6 day week**
380270 Bi Mart #609
380272 Bi Mart #611
128560 Bi Mart #671
380296 Bi Mart #647


Rachelle Vance
Senior Manager National Accounts
Anda, Inc.
Watson Pharmaceuticals
Distribution Division
W -954-217-4643
C - 954-253-7921
F - 954-217-4121
(800)331-2632 Ext. 4643



Michael Cochrane/Anda/Anda/Andrx

|  |  |
|---|---|
| **Michael Cochrane/Anda/Anda/Andrx** | To Kim Bloom/Anda/Andrx@Andrx |
| 07/06/2009 03:48 PM | cc Bill Versosky/Anda/Andrx@Andrx, Dan Shannon/Anda/Anda/Andrx@Andrx, Jerry Cazzell/Anda/Andrx@Andrx, Joanne Brook/Anda/Anda/Andrx@Andrx, Luis Lebron/Anda/Andrx@Andrx, Marc Falkin/Anda/Anda/Andrx@Andrx, Rachelle Vance/Anda/Andrx@Andrx, Al Paonessa III/Anda/Andrx@Andrx |
| | Subject |
| | Re: Bi Mart - CSOS roll out - Max Limit Request |

3
Confidential                                                                    Anda_Opioids_MDL_0000077937

Case: 1:17-md-02804-DAP  Doc #: 2306-22  Filed: 08/14/19  5 of 6.  PageID #: 364205

Al3 previously approved all the stores to 15,000 dosage units per month. There were 5 that were missed. I have corrected them. All the stores are now at a minimum of 15,000. Some are more. We will deal with any increases on a case by case basis as we have in the past.

Thanks
Mike

Kim Bloom/Anda/Andrx



|  | Kim Bloom/Anda/Andrx | |
|---|---|---|
|  |  | To Rachelle Vance/Anda/Andrx@Andrx |
|  | 07/06/2009 11:31 AM |  |
|  |  | cc Bill Versosky/Anda/Andrx@Andrx, Dan Shannon/Anda/Anda/Andrx@Andrx, Jerry Cazzell/Anda/Andrx@Andrx, Joanne Brook/Anda/Anda/Andrx@Andrx, Luis Lebron/Anda/Andrx@Andrx, Marc Falkin/Anda/Anda/Andrx@Andrx, Michael Cochrane/Anda/Anda/Andrx@Andrx |
|  |  | Subject Re: Bi Mart - CSOS roll out - Max Limit Request |

Mike - let me know if there's anything you need from me in order to make this happen.

Kim Bloom
Executive Director, Sales Operations
Anda, Inc.
954-217-4754

Rachelle Vance/Anda/Andrx



|  | Rachelle Vance/Anda/Andrx | |
|---|---|---|
|  |  | To Kim Bloom/Anda/Andrx@Andrx, Michael Cochrane/Anda/Anda/Andrx@Andrx |
|  | 07/06/2009 09:45 AM |  |
|  |  | cc Marc Falkin/Anda/Anda/Andrx@Andrx, Bill Versosky/Anda/Andrx, Jerry Cazzell/Anda/Andrx@Andrx, Luis Lebron/Anda/Andrx@Andrx, Dan Shannon/Anda/Anda/Andrx@Andrx, Joanne Brook/Anda/Anda/Andrx@Andrx |
|  |  | Subject Bi Mart - CSOS roll out - Max Limit Request |

Mike

We are rolling out CSOS Enterprise for this chain and would like to request a review of all accounts limits and would like to request MAX allowable limits for all Bi Mart pharmacies. Attached is a complete list of Bi Mart account numbers.

Confidential                                                                                            Anda_Opioids_MDL_0000077938

*(See attached file: bi mart C2.xls)*

Rachelle Vance
Senior Manager National Accounts
Anda, Inc.
Watson Pharmaceuticals
Distribution Division
W -954-217-4643
C - 954-253-7921
F - 954-217-4121
(800)331-2632 Ext. 4643

5

Confidential           Anda_Opioids_MDL_0000077939