PSJ9 Exh 24

| **From:** | CN=Bill Versosky/OU=Anda/O=Andrx |
|---|---|
| **Sent:** | Friday, September 26, 2008 4:23 PM |
| **To:** | CN=George Fields/OU=Anda/OU=Anda/O=Andrx@Andrx; CN=Brian Witte/OU=Anda/O=Andrx@Andrx |
| **Cc:** | CN=Marc Falkin/OU=Anda/OU=Anda/O=Andrx@Andrx; CN=Al Paonessa III/OU=Anda/O=Andrx@Andrx |
| **Subject:** | Re: Sales |

We sent a listing of approximately 15 items that Kmart was interested.  They are currently reviewing, and I feel very confident we'll get an order before the end of the month.

My team is also reaching out to all customers to try to use digoxin to create some opportunities.

Norm is going to contact Aetna on Oxy, and rally the troops in the office to ensure any in-process opportunities are expedited and capitalized on.

----- Original Message -----
From: George Fields
Sent: 09/26/2008 12:02 PM EDT
To: Brian Witte
Cc: Marc Falkin; Bill Versosky; George Fields; Al Paonessa III
Subject: Re: Sales


bjk 300k risperdal today--oxy being recieved today
-----Brian Witte/Anda/Andrx wrote: -----

To: Marc Falkin/Anda/Anda/Andrx@Andrx, "Bill Versosky"
<Bill.Versosky@Andrx.com>, "George Fields" <George.Fields@andrx.com>, "Al
Paonessa III" <Al.Paonessa3@andanet.com>
From: Brian Witte/Anda/Andrx
Date: 09/26/2008 11:41AM
Subject: Sales


Daily sales are slipping a bit to forecast.  Is there any large sales we can get out?  Anything on 20mg Protonix?  What about the K-Mart sale did that go thru?  Did the large BJK Risperdal order hit?  Anyone in need of Oxy?  Any other thoughts...

Brian