# PSJ9 Exh 25

| | |
|---|---|
| From: | CN=Vickie Shalley/OU=Anda/O=Andrx |
| Sent: | Tuesday, January 19, 2010 6:57 PM |
| To: | CN=Kim Bloom/OU=Anda/O=Andrx@watson; CN=Patricia-Anda Williams/OU=Anda/O=Andrx@watson |
| Subject: | Fw: Re: Fw: Cll Actavis Credits |
| Attach: | Cll Actavis Barry Koran.xls |

Do you think it is Ok to go ahead and reverve these credits?  See Barry's explanation below.


Thank You,
Vickie Shalley
Inside Sales Manager
Phone (954) 217-4773
Fax (866) 459-4010
vickie.shalley@andanet.com


-----Forwarded by Vickie Shalley/Anda/Andrx on 01/19/2010 01:55PM -----

To: Vickie Shalley/Anda/Andrx@Watson
From: Barry Koran/Anda/Anda/Andrx
Date: 01/19/2010 01:52PM
Subject: Re: Fw: Cll Actavis Credits


I contacted Cathy Novaro on this. Basically, I had several customers with credits showing from Actavis promo. I did not push the promo, but, I always push c2's. I was pushing the Oxycontin with several customers and I noticed ,because of the sale of Oxy., their other items/orders were being credited large $$. I narrrowed it down to 3 customers that I feel that it's not necessary to give and it adds up to almost $5k. The customers #111507; 68120; & 363189 are being unnecessarily credited due to their large usage of the Oxy. I would like to save the company money as well as myself on this- I assure you that they are/were not aware of any credits. Please have reversed. Thanks



Barry Koran
Senior Account Manager
T 954-217-4540
TF 800-331-2632 Ext. 4540
Fax-954-217-4407
barry.koran@andanet.com


-----Vickie Shalley/Anda/Andrx wrote: -----

To: Barry Koran/Anda/Anda/Andrx@watson
From: Vickie Shalley/Anda/Andrx
Date: 01/19/2010 01:41PM
Subject: Fw: Cll Actavis Credits

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0000629163

Barry, please let me know what this is all about.  Reply to me by e-mail in case I need to escalate it.

Thank You,
Vickie Shalley
Inside Sales Manager
Phone (954) 217-4773
Fax (866) 459-4010
vickie.shalley@andanet.com

-----Forwarded by Vickie Shalley/Anda/Andrx on 01/19/2010 01:39PM -----

To: Vickie Shalley/Anda/Andrx@Watson
From: Cathy Novaro/Anda/Andrx
Date: 01/19/2010 01:34PM
cc: Ken Fenster/Anda/Andrx@watson
Subject: Fw: Cll Actavis Credits

Vickie,
Can you let me know if these credits are going to be reversed.

Thanks,
Cathy Novaro
Marketing Analyst
Anda, Inc
(800)331-2632
Ext. 4804
Fax. 954-217-4361


----- Forwarded by Cathy Novaro/Anda/Andrx  on 01/19/2010 01:32 PM  -----


Cathy Novaro/Anda/Andrx

01/15/2010 03:21 PM


To

Vickie Shalley/Anda/Andrx

cc

Ken Fenster/Anda/Andrx@watson

Subject

Cll Actavis Credits

Attached is Barry Koran's Cll Actavis promotion credit accounts.  Please let
Customer Service know if you want them reversed.


Thanks,
Cathy Novaro
Marketing Analyst
Anda, Inc
(800)331-2632
Ext. 4804
Fax. 954-217-4361

- Cll Actavis Barry Koran.xls

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0000629165