# PSJ9 Exh 26

Highly Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF OHIO
 2                          EASTERN DIVISION
 3    IN RE NATIONAL PRESCRIPTION    |   MDL No. 2804
                                     |
 4    OPIATE LITIGATION              |   Case No. 17-MD-2804
                                     |
 5    This Document Relates to:      |   Judge Dan A. Polster
                                     |
 6    The County of Summit, Ohio,    |
      et al., v.                     |
 7    Purdue Pharma L.P., et al.     |
      Case No. 17-op-45004           |
 8                                   |
      The County of Cuyahoga v.      |
 9    Purdue Pharma L.P., et al.     |
      Case No. 18-op-45090           |
10                                   |
      City of Cleveland, Ohio v.     |
11    Purdue Pharma L.P., et al.     |
      Case No. 18-op-45132           |
12                                   |
13
                     Thursday, December 13, 2018
14
                                - - -
15
            HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
16
                       CONFIDENTIALITY REVIEW
17
                                - - -
18
            Videotaped deposition of PATRICIA WILLIAMS,
19      held at Foley & Lardner LLP, One Biscayne Tower,
        2 Biscayne Boulevard, Suite 1900, Miami, Florida,
20      commencing at 9:22 a.m., on the above date,
        before Susan D. Wasilewski, Registered
21      Professional Reporter, Certified Realtime
        Reporter, Certified Realtime Captioner.
22
                                - - -
23
                    GOLKOW LITIGATION SERVICES
24          877.370.3377 ph | 917.591.5672 fax
                       deps@golkow.com
25
```

Golkow Litigation Services                                Page 1

```
 1    getting older folks to utilize the new technology.
 2    We had some older pharmacists that just refused to
 3    hardly even touch an e-mail or do anything of that
 4    nature.  So getting them set up on CSOS was unheard
 5    of.  They liked their paper, they liked to fill out
 6    the paper, send it in, have the order fulfilled,
 7    sent back to them and that's the way they proceeded.
 8    ████████████████████████████████████████████████
 9    ████████████████████████████████████████████████
10    ████████████████████████████████████████████████
11    ████████████████████████████████████████████████
12    ████████████████████████████████████████████████
13    ████████████████████████████████████████████████
14    ████████████████████████████████████████████████
15          Did I read that accurately?
16    A.    Correct.
17    ████████████████████████████████████████████████
18    ████████████████████████████████████████████████
19    ████████████████████████████████████████████████
20    ████████████████████████████████████████████████
21    ████████████████████████████████████████████████
22    ████████████████████████████████████████████████
23    ████████████████████████████████████████████████
24    ████████████████████████████████████████████████
25    ████████████████████████████████████████████████
```