# PSJ9 Exh 27

**FILED UNDER SEAL**