# PSJ9 Exh 31

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

----------------------------x

IN RE: NATIONAL PRESCRIPTION ) MDL No. 2804
LITIGATION ) Case No. 17-md-2804
This document relates to: ) Hon. Dan A. Polster
All Cases )

----------------------------x

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

VIDEOTAPED DEPOSITION OF TINA STEFFANIE-OAK

YORK, PENNSYLVANIA

MONDAY, MARCH 11, 2019

9:34 A.M.

Reported by: Leslie A. Todd

BY MR. MIGLIORI:

Q "I learned from a recent conversation with Shaun Abreu, Verifications manager, that the number of active accounts ordering controlled substance products is now closer to 40,000, and that we have completed due diligence for about 13,000 accounts."

Were you aware of that information from Shaun Abreu?

A At that point --

MS. FINCHER: Object to the form.

THE WITNESS: -- in time, yes.

BY MR. MIGLIORI:

Q Okay. "So, therefore, the gap is now approximately 27,000 accounts."

Do you recall that being based on 2012 numbers, the number of accounts that had no due

diligence or completed due diligence?

A I recall based off of reading this e-mail.

Q Okay. So going back to my earlier question when you said there was a small amount of backlog, will you agree with me that 27,000 out of 40,000 customers is not a small amount of due diligence backlog?

MS. FINCHER: Object to the form.

THE WITNESS: Yes.

BY MR. MIGLIORI:

Q All right. "Based on year-to-date records, we can expect Regulatory Affairs to process 400 to 450 due diligence files each year."

Was that a statistic or a projection that you put together?

MS. FINCHER: Object to the form.

THE WITNESS: I don't recall. I may -- I'm sure I had input, but I'm not sure if I'm the only one that reviewed that.

BY MR. MIGLIORI:

Q Okay. Let me explore that a little bit. If you're bringing on 1560 new accounts ordering controlled substances each year, of those, are --

is it only a fraction of those getting due diligence files updated?

MS. FINCHER: Object to the form.

THE WITNESS: Can you repeat that again?

BY MR. MIGLIORI:

Q Sure. I'm trying to understand of the 400 to 450 files this year, is that the backlog project or is that new -- new customers?

MS. FINCHER: Object to the form.

THE WITNESS: It -- it would include both.

BY MR. MIGLIORI:

Q Okay. So we can agree that by the end of 2012, when you had your appraisal that we -- your -- your work appraisal that we looked at, Exhibit No. 4, at the end of that year, based on the statistics that you gave to Sergio Tejeda, there were approximately 27,000 accounts or customers in the Henry Schein system that did not have complete due diligence.

MS. FINCHER: Object --

BY MR. MIGLIORI:

Q Correct?

MS. FINCHER: Object to the form.

Mischaracterizes the document.

THE WITNESS: Correct, but I still stand by what I said in 2012, I was not aware of that information.

BY MR. MIGLIORI:

Q That's fine.

A Okay.

Q And maybe you weren't aware of it. That's fine.

A Okay.

Q But as you're providing this statistical information --

A Mm-hmm.

Q -- in August of 2013 to your supervisor --

A Yes.

Q -- it turned out to be true that in 2012, of the 40,000 customers of Henry Schein, 27,000 of them did not have completed due diligence in their files, correct?

MS. FINCHER: Object to the form. Mischaracterizes the document.

BY MR. MIGLIORI:

Q Correct?



A Correct.

due diligence process, we also -- there was a licensure background check for state level DEA. There was also an address verification check to make sure it appeared to be a legitimate address, a legitimate practice office.

A Google search. If there was a website for the account, we would look at that. Healthgrades was used to look at different reviews of the physician. You know, any information that was available on the internet.

Q You would agree with me that all those sources of information are important to understand and know your customer, correct?

A Correct.

Q And when they had 27,000 cases that did not have full and complete due diligence, some aspect of that information was missing in those 27,000 due diligence files, correct?

MS. FINCHER: Object to the form.

THE WITNESS: Correct.

BY MR. MIGLIORI:

it's almost noon. So I'm not sure when you wanted to take a lunch break.

MR. MIGLIORI: Why don't we go off the record for a second and talk about that.

THE VIDEOGRAPHER: 11:55. We're off the video record.

(Lunch recess.)

THE VIDEOGRAPHER: 12:29, we're on the video record.

(Steffanie-Oak Exhibit No. 11 was marked for identification.)

BY MR. MIGLIORI:

Q Okay. I'll show you Exhibit 11.

Exhibit 11 has a date of November 27, 2013. It's a PowerPoint presentation with -- that bears your name on it. It says "Individual Opportunity/Issue, Presented by Tina Steffanie-Oak."

Did you review this in preparation for today?

A I do remember seeing it yesterday.

Q Okay. And is this something you prepared?

A Yes.

Q Okay. On the second page, it says "Opportunity/Issue." It says: "Are we in substantial compliance with DEA SOM/Know Your Customer regulations?"

And the first bulleted item says: "We do not have Know Your Customer Due Diligence for approximately 60 percent of our customers. Remaining 40 percent has varying degrees of due diligence (files are not consistent)."

First of all, are those your words?

A Yes.

Q And the 60 percent represents files that have no due diligence, correct?

MS. FINCHER: Object to the form.

THE WITNESS: I don't recall specifically if some files may have had something. I can't say with certainty.

[redacted]