# PSJ9 Exh 32

# HENRY SCHEIN®

Henry Schein, Inc. • 135 Duryea Road • Melville, NY 11747

GENERAL BUSINESS: 631-843-5500
FAX: 631-843-5391
http://www.henryschein.com

November 9, 2012

Danna E. Droz, R.Ph, J.D.
Program Director
Prescription Monitoring Program
Ohio State Board of Pharmacy
77 South High Street (Room 1702)
Columbus, Ohio 43215

Dear Ms. Droz,

Henry Schein, Inc. is a wholesale distributor of prescription drugs licensed to distribute pharmaceutical product in the state of Ohio. Presently Henry Schein, Inc. (HSI) operates six (6) distribution centers licensed to sell prescription drugs in Ohio. The primary customers for our distribution services are office based dental and medical practitioners.

The purpose of this letter is to notify the Ohio Board of Pharmacy of an issue that was recently discovered while conducting a routine internal review of our operations. During the course of our internal review, we realized that HSI has been under reporting sales of controlled substances to the Ohio Board of Pharmacy as required by the states' Prescription Monitoring Program (PMP); the reports included sales of products that contained tramadol and carisoprodol but did not include the sales of other controlled substances. We believe the under reporting error was due to misinterpretation and/or miscommunication of the state requirement that happened during the implementation of the computer automated reporting system.

To date, HSI has consistently filed the reports on a timely basis as required by the PMP, and prior to the discovery of this issue, HSI was not aware that the reports were incomplete. Please be reassured that there was never any intent to avoid or circumvent the Company's obligation under Ohio's state law and as an act of good faith, HSI is providing all controlled substance sales information which was mistakenly omitted for the previous two (2) years; see enclosures. Please accept this additional information as a modification of and supplement to information previously provided. Additionally, HSI would like to assure the Ohio Board of Pharmacy that our

Confidential

HSI-MDL-00397293

**HENRY SCHEIN®**
Henry Schein, Inc. • 135 Duryea Road • Melville, NY 11747

GENERAL BUSINESS: 631-843-5500
FAX: 631-843-5391
http://www.henryschein.com

electronic reporting process has been modified so that future reports, including the current reporting period, will include all required information.

We want to further assure you that Henry Schein, Inc. takes great pride in the quality of its operations and its compliance with all legal requirements in the states in which HSI operates. HSI follows an internal Worldwide Business Standard policy which clearly indicates that one of our regulatory commitments is to make every effort to be fully compliant to all applicable laws, rules, and regulations. Additionally, as an ISO 9001 compliant facility and as identified in the HSI Quality Manual, HSI practices with a mind-set for continuous improvement which extends outside of the manufacturing scope. All HSI distribution centers are VAWD accredited and follow the NABP rules for the storage and distribution of prescription drugs. HSI is committed to rectifying this situation in a quick, efficient manner and will work transparently with the Ohio Board of Pharmacy to ensure continued protection of the public health.

If you have questions or require additional information, please feel free to contact me.

Sincerely,


Sergio Tejeda
Director of Regulatory Operations and Compliance
631-843-5546
Sergio.tejeda@henryschein.com

Confidential

HSI-MDL-00397294