# PSJ9 Exh 35

Standard Operating Procedures (SOP)
809-V HDS SOP CSOMP Divisional Policy



| Approved By: Thomas J. Twitty | Date: 05/07/2008 | Implementation Date: 05/07/2008 |
|---|---|---|
| Revision By: | Date: | Implementation Date: |

## Policy Identification

809-V HDS SOP Controlled Substance Order Monitoring Program (CSOMP) Divisional Policy

## Revision

Original

## Policy Statement

It is the policy of H. D. Smith to comply with the requirements of 21 C.F.R. 1301.74(b) to design and operate a system to disclose to the registrant suspicious orders of controlled substances. With special provisions through DEA headquarters, H. D. Smith shall report suspicious orders, when discovered, to DEA headquarters.

The purpose of this document is to describe the Divisional standard operating procedures for identifying, releasing or upholding, and notating customer controlled substance orders that have been suspended by CSOMP.

This policy applies to all H. D. Smith associates, and the Designated Representative shall be responsible for the enforcements of all policies. Associates violating this policy are subject to discipline up to and including termination of employment.

Any exceptions to this policy shall be reported in writing to the Designated Representative. The Designated Representative shall then report any exceptions in writing to the Vice President Division Manager (VPDM), and to the Vice President of Operations. The Designated Representative shall document all exceptions and actions taken.

## Definitions

**21 C.F.R. 1301.74(b)**: The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances. The registrant shall inform the Field Division Office of the Administration in his area of

Confidential
H. D. Smith

1

suspicious orders when discovered by the registrant. Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency.

**Procedure**



Confidential 2
H. D. Smith

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER					HDS_MDL_00185722
									HDS_MDL_00185721



Confidential
H. D. Smith

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00185723
HDS_MDL_00185721



Confidential
H. D. Smith

4



Confidential  
H. D. Smith

5

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**  **HDS_MDL_00185725**

HDS_MDL_00185721



Confidential
H. D. Smith

6

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

**HDS_MDL_00185726**

HDS_MDL_00185721



Confidential  
H. D. Smith

7

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**  **HDS_MDL_00185727**

HDS_MDL_00185721



Confidential
H. D. Smith

8

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**　　　　　　　　　　　　　　　　　　**HDS_MDL_00185728**

HDS_MDL_00185721



Confidential
H. D. Smith

9

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**                                                    **HDS_MDL_00185729**

HDS_MDL_00185721