# PSJ9 Exh 36

| | |
|---|---|
| From: | George Euson |
| Sent: | Wed 5/21/2008 8:07 PM (GMT-04:00) |
| To: | 'Ed Brewton'; rfolkerts@hdsmith.com; Scott Hebisen (shebisen@hdsmith.com); jredelfs@hdsmith.com; ken.campbell@hdsmith.com; Matt Pape (mpape@hdsmith.com); Scott Neilson (scott.neilson@hdsmith.com); tvanbakel@hdsmith.com; calvinbeck@hdsmith.com; David.DuRoss@hdsmith.com; Dan.Howard@hdsmith.com; Doug Ferrante (Douglas.Ferrante@hdsmith.com); fkositsky@hdsmith.com; dbergman@hdsmith.com; fvaron@hdsmith.com; John Heller (jheller@hdsmith.com); jsherman@hdsmith.com; Yvonne Decuollo; zahmad@hdsmith.com; agrande@hdsmith.com; rdecker@hdsmith.com; rmartinez@hdsmith.com; tpitaccio@hdsmith.com; cherrington@hdsmith.com; Doug.fallon@hdsmith.com; Elaina York (eyork@hdsmith.com); Crystal Horner; gthalacker@hdsmith.com; jgreer@hdsmith.com; John Shelton (john.shelton@hdsmith.com); sylvia.fraley@hdsmith.com |
| Cc: | 'PJ Little' |
| Bcc: | |
| Subject: CSOMP enhancements | |



George L. Euson, CPP
Director of Corporate Security
H. D. Smith
3063 Fiat Ave.
Springfield, IL 62703
P) 217-467-8206
F) 217-467-8282
C) 217-494-8783

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER HDS_MDL_00171736

geuson@hdsmith.com

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER HDS_MDL_00171737