# PSJ9 Exh 37

## Lori Kirbach

| | |
|---|---|
| From: | Lori Kirbach |
| Sent: | Mon 11/30/2009 12:01 PM (GMT-05:00) |
| To: | Ronda K. Folkerts; CN=Steve Wasser/OU=SPFLD/OU=II/O=HDS@hdsmith; Jeff Blahnik |
| Cc: | |
| Bcc: | |
| Subject: | Redacted |
| Attachments: | Dispensing Information Request Letter 040109.doc; Sample Dispensing Info.xls |

I would like to request one months worth of script data to adjust the URLs up for this account so when they come off of their 120 day intro period they will not suspend. Please contact me with questions or concerns.


*(See attached file: Dispensing Information Request Letter 040109.doc)(See attached file: Sample Dispensing Info.xls)*

Lori Kirbach
Compliance Coordinator
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) - 747-8153
Fax: (217) - 467- 8282
lori.kirbach@hdsmith.com