PSJ9 Exh 38



# Meeting Minutes

## A. General Meeting Information

| Project Name | 16-024 – CSOMP |
|---|---|
| Date of Report | August 03, 2016 |
| Location | Park Place – Fourth Floor Large Conference Room |
| Meeting Facilitator | Ron Cole |
| Minutes Prepared By | Ron Cole |
| Meeting Objective | Weekly Status Report |

## B. Meeting Participants

| Name | Attended (Y/N) | Name | Attended (Y/N) |
|---|---|---|---|
| Tom Twitty | | George Euson | |
| Kyle Rieger | | Juno Lawrence | |
| Bill Clark | | Mark Mehmet | |
| Chandra Prakash | | Kannan Krishnan | |
| Tim Palmer | | Sue Thompson | |
| Soundaram Vasudevan | | Zelio Desouza | |
| Nancy Clark | | Niki McDaniels | |
| Nanditha Reddy | | Durga Jarugula | |
| Ron Cole | | Stephanie Erdelyi | |
| Gwenda Waldron (Fusion Op's) | | | |

## C. Agenda

| # | Topic | Responsibility | Time |
|---|---|---|---|
| 1 | Project Status Update | Ron/All | |
| 2 | Business Discussion | Tom/Kyle | |
| 3 | Next Project Steps | Ron/All | |
| 4 | Q&A/Discussion | All | |

# Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00438408



Redacted

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00438409