# PSJ9 Exh 40

## Lori Kirbach

| | |
|---|---|
| From: | Jeannie Santos |
| Sent: | Wed 7/14/2010 8:08 AM (GMT-04:00) |
| To: | Jennifer Corbett |
| Cc: | claudia.ramos@smartsourcedistribution.com; Lori Kirbach; CN=Joel Sherman/OU=NJ/O=HDS@hdsmith; CN=Robert Gallagher/OU=NJ/O=HDS@hdsmith |
| Bcc: | |
| Subject: | Re: Redacted |
| Attachments: | Redacted |


Hi Jennifer,

I left the original copy in your mailbox because you were going to be here tomorrow for the Sexual Harassment Class.
But here a copy anyway.

*(See attached file: Redacted pdf)*

> Jeanne Santos
> H.D. Smith
> Sales Administrator Assistant
> 670 Belleville Turnpike
> Kearny, NJ 07032
> Tel#201-991-2246
> Fax#201-955-4729
> jsantos@hdsmith.com

Jennifer Corbett---07/14/2010 03:34:24 AM---Can you please send me this electronically? I won't be able to get to Redacted until next week and

From: Jennifer Corbett/NJ/HDS
To: Jeannie Santos/NJ/HDS@hdsmith
Cc: Claudia Ramos/NJ/HDS@HDSMITH, Lori Kirbach/Corp/Il/HDS@hdsmith, Joel Sherman/NJ/HDS@hdsmith
Date: 07/14/2010 03:34 AM
Subject: Redacted

---

Can you please send me this electronically? I won't be able to get to Redacted until next week and want to take care of this ASAP.

Thanks,
Jen


Jeannie Santos---07/13/2010 04:48:33 PM---Hi Jennifer, Please check your mailbox before you leave the office Thursday.

From: Jeannie Santos/NJ/HDS
To: Jennifer Corbett/NJ/HDS@HDSMITH
Cc: Claudia Ramos/NJ/HDS@hdsmith, Lori Kirbach/Corp/Il/HDS@hdsmith, Joel Sherman/NJ/HDS@hdsmith

Date: 07/13/2010 04:48 PM
Subject: Re: Fw Redacted

---

Hi Jennifer,

Please check your mailbox before you leave the office Thursday.
As per Joel, I left the written request letter for you to bring to the account above.

Thanks,
    Jeanne Santos
    H.D. Smith
    Sales Administrator Assistant
    670 Belleville Turnpike
    Kearny, NJ 07032
    Tel#201-991-2246
    Fax#201-955-4729
    jsantos@hdsmith.com


Joel Sherman---07/13/2010 01:24:56 PM---Jeanne, Please prepare a written request for a DUR all RX data for this account.

From: Joel Sherman/NJ/HDS
To: Jeannie Santos/NJ/HDS@hdsmith
Cc: Jennifer Corbett/NJ/HDS@HDSMITH, Claudia Ramos/NJ/HDS@HDSMITH, Dale Bergman/NJ/HDS@hdsmith, Lori Kirbach/Corp/II/HDS@HDSMITH
Date: 07/13/2010 01:24 PM
Subject: Fw: Redacted

---

Jeanne,
Please prepare a written request for a DUR all RX data for this account.
Thanks,
Joel

    Joel Sherman
    General Manager
    H. D. Smith NY Metro Division
    670 Belleville Turnpike
    Kearny, N.J. 07032
    201-991-2246 Ext 5030
    Fax - 253-663-2337
    JSherman@HDSmith.com
----- Forwarded by Joel Sherman/NJ/HDS on 07/13/2010 01:23 PM -----

From: Lori Kirbach/Corp/II/HDS
To: Jennifer Corbett/NJ/HDS@HDSMITH, Joel Sherman/NJ/HDS@hdsmith, Dale Bergman/NJ/HDS@hdsmith
Cc: George Euson/Corp/II/HDS@hdsmith, PJ Little/Corp/II/HDS@hdsmith
Date: 07/13/2010 12:24 PM
Subject: Redacted

---

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    HDS_MDL_00193306

This new account that started in June is averaging [Redacted] Their [Redacted] I am requesting a DUR to set this URL to a higher static level to meet the customers needs. Orders are currently being released because they are a new account within their first 120 days.

Lori Kirbach
Compliance Coordinator
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) - 747-8153
Fax: (217) - 467- 8282
lori.kirbach@hdsmith.com

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                             HDS_MDL_00193307