# PSJ9 Exh 41

**CSOMP FIXES AND MODIFICATIONS REQUIRED**

**February 18, 2015**



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00408718

HDS_MDL_00408717