PSJ9 Exh 42

Produced in Native Format

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00193790

**Division**     04 - Florida         **Prepared By:**     Lori Kirbach

**Order Date**     8/19/2010

| | | | |
|---|---|---|---|
| **Account #:** | Redacted | **Account Name:** | Redacted |
| **Family Name:** | | **Dosage Form:** | OS |
| **Reason:** | Released (See Comment) | | |
| **Comment:** | **Please advise acct they have now reached their limit for August** | | |

| | | | |
|---|---|---|---|
| **Account #:** | Redacted | **Account Name:** | Redacted |
| **Family Name:** | Redacted | **Dosage Form:** | OS |
| **Reason:** | Line Cancelled | | |
| **Comment:** | **Please advise acct they have reached their limit for August** | | |

| | | | |
|---|---|---|---|
| **Account #:** | Redacted | **Account Name:** | Redacted |
| **Family Name:** | Redacted | **Dosage Form:** | OS |
| **Reason:** | Line Cancelled | | |
| **Comment:** | **Please advise acct they have only 500 dosage units left in August** | | |

| | | | |
|---|---|---|---|
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |

| | | | |
|---|---|---|---|
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |

| | | | |
|---|---|---|---|
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |

| | | | |
|---|---|---|---|
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |

| | | | |
|---|---|---|---|
| **Account #:** | | **Account Name:** | |
| **Family Name:** | | **Dosage Form:** | |
| **Reason:** | | | |
| **Comment:** | | | |

Right-side lists:

01 - Illinois
02 - Texas
04 - Florida
05 - New York Metro
07 - California
08 - New England
40 - Kentucky

Suspicious & Order Ca
Lack of Account Histo
Hospital Account
Released, Increase Ul
Released (See Comm
Trade Show Promo Cl
Line Cancelled

ADHD
Amphetamine
Anti Diarrhea

Barbiturates
Benzodiazepines
Buprenorphine
Cannibis
Cocaine
Codeine
Diet
Fentanyl
Hydrocodone
Hydromorphone
Hypnotics
Ketamine
Meperidine
Meprobamate

Methadone
Morphine
Narcolepsy
Opium
Oxycodone

ancelled
ry (new acct)

RL
ent)
ut

**Account #:**
**Family Name:**
**Reason:**
**Comment:**
Account Name:
Dosage Form:

**Account #:**
**Family Name:**
**Reason:**
**Comment:**
Account Name:
Dosage Form:

**Account #:**
**Family Name:**
**Reason:**
**Comment:**
Account Name:
Dosage Form:

**Account #:**
**Family Name:**
**Reason:**
**Comment:**
Account Name:
Dosage Form:

**Account #:**
**Family Name:**
**Reason:**
**Comment:**
Account Name:
Dosage Form:

**Account #:**
**Family Name:**
**Reason:**
**Comment:**
Account Name:
Dosage Form:

**Account #:**
**Family Name:**
**Reason:**
**Comment:**
Account Name:
Dosage Form:

**Account #:**
**Family Name:**
**Reason:**
**Comment:**
Account Name:
Dosage Form:

**Account #:**
**Family Name:**
**Reason:**
**Comment:**
Account Name:
Dosage Form:

Oxymorphone
Pentazocine
Pregabalin
Propoxyphene
Sleep
Steroids
Prometh
Non Control Pain Reli
Lifestyle Drugs

**OL**
**OS**
**PA**
**SY**
**VI**
**KI**
**AM**
**LO**
**CA**
**GE**
**PO**
**SU**
**CR**
**PU**
**SP**
**IV**

evers

**Account #:** | **Account Name:**
**Family Name:** | **Dosage Form:**
**Reason:**
**Comment:**

**Account #:** | **Account Name:**
**Family Name:** | **Dosage Form:**
**Reason:**
**Comment:**

**Account #:** | **Account Name:**
**Family Name:** | **Dosage Form:**
**Reason:**
**Comment:**

**Account #:** | **Account Name:**
**Family Name:** | **Dosage Form:**
**Reason:**
**Comment:**

**Account #:** | **Account Name:**
**Family Name:** | **Dosage Form:**
**Reason:**
**Comment:**

**Account #:** | **Account Name:**
**Family Name:** | **Dosage Form:**
**Reason:**
**Comment:**

**Account #:** | **Account Name:**
**Family Name:** | **Dosage Form:**
**Reason:**
**Comment:**

**Account #:** | **Account Name:**
**Family Name:** | **Dosage Form:**
**Reason:**
**Comment:**

A) Customer Acknowledged Order Error
B) Customer High Quantity Order Error
C) Lack of Account History (new acct)
D) Hospital Accoun
E) Released Per Corporate Security
F) Trade Show Promo Cut
G) Suspicious
H) Released, Increase URL
ADHD
Amphetamine
Anti Diarrhea
Barbiturates
Benzodiazepines
Buprenorphine
Cannibis
Cocaine
Codeine
Diet
Fentanyl
Hydrocodone
Hydromorphone
Hypnotics
Ketamine
Meperidine
Meprobamate
Methadone
Morphine
Narcolepsy
Opium
Oxycodone
Oxymorphone
Pentazocine
Pregabalin
Propoxyphene
Sleep
Steroids
Prometh
**OL**
**OS**
**PA**
**SY**
**VI**
**KI**
**AM**
**LO**
**CA**
**GE**
**PO**
**SU**
**CR**
**PU**

**SP**
**IV**