# PSJ9 Exh 43

## Tracey Hernandez

From: thernandez@hdsmith.com
Sent: Wed 3/18/2015 10:46 PM (GMT-04:00)
To: Debbie Komoroski
Cc: Tracey Hernandez; Kyle L. Rieger
Bcc:
Subject: Re: Questions: FUSION WebEx



Hope this helps!

Sent from my iPhone

On Mar 18, 2015, at 5:50 PM, Debbie Komoroski <Debbie.Komoroski@hdsmith.com> wrote:



Best Regards,
*Debbie*

Deborah B. Komoroski, R.Ph.

Regional Compliance Manager
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Cell: (203) 974-2823
debbie.komoroski@hdsmith.com
Helping You Care For Your Community

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
HDS_MDL_00408623