# PSJ9 Exh 44







CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER  HDS_MDL_00218630