# PSJ9 Exh 45





CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER HDS_MDL_00218624