# PSJ9 Exh 47

**Gary Thalacker**

From: George Euson
Sent: Thu 5/07/2009 11:43 AM (GMT-04:00)
To: David.DuRoss@hdsmith.com; Ronda K. Folkerts; Kenneth Campbell; Douglas.Ferrante@hdsmith.com; dbergman@hdsmith.com; Angelo Grande; Christian Herrington; JGreer@hdsmith.com; SHebisen@hdsmith.com; Tim Van Bakel; calvinbeck@hdsmith.com; Dan Howard; jheller@hdsmith.com; Ray Martinez; Doug Fallon; Gary Thalacker
Cc: Tom Twitty; PLittle@hdsmith.com; Lori Kirbach
Bcc:
Subject: CSOMP

