# PSJ9 Exh 49

**Kyle L. Rieger**

From: P. J. Vandermeersch
Sent: Fri 10/11/2013 10:33 AM (GMT-04:00)
To: Tom Twitty
Cc: Lori Kirbach; Kyle L. Rieger; William Stivers
Bcc:
Subject: Update on CSOMP and DEA Item Audit Report

Tom,



P.J. VanderMeersch
Compliance Specialist
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: 217-747-1018
Cell: 217-720-1710
Fax: 217-467-8282

email: pj.vandermeersch@hdsmith.com
Helping You Care For Your Community

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER HDS_MDL_00394079