# PSJ9 Exh 50

## Kyle L. Rieger

From:    Durga Jarugula
Sent:    Wed 7/09/2014 4:22 PM (GMT-04:00)
To:      Kyle L. Rieger
Cc:      Lori Kirbach; P. J. Vandermeersch; William Stivers
Bcc:
Subject: Re: CSOMP Problem

Hi Kyle,

We had lots of issues with the CSOMP program in the past which resulted in customers receiving products which they were not supposed to. we fixed all those CSOMP issues around 3rd week of May 2014.

Let me know if you see any similar issues on recent orders

Thanks
Durga Jarugula
Senior ERP Solutions Architect
H. D. Smith
3201 W. White Oaks Drive
Springfield, Il 62704
Ph:(217) 787-9213 ext. 8869
Fax: (217) 467-8293
durga.jarugula@hdsmith.com

*Helping You Care for Your Community*

Kyle L Rieger---07/09/2014 03:07:04 PM---Durga, I believe I have stumbled upon a problem with CSOMP and I'm hoping that you can take a look i

From: Kyle L Rieger/Corp/Il/HDS
To: Durga Jarugula/Corp/Il/HDS@HDSMITH,
Cc: PJ VanderMeersch/Corp/Il/HDS@hdsmith, Lori Kirbach/Corp/Il/HDS@HDSMITH, William Stivers/Corp/Il/HDS@HDSMITH
Date: 07/09/2014 03:07 PM
Subject: CSOMP Problem

_____

Durga,



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Redacted

Please let me know if you have any questions.

Thank you,

Kyle Rieger
Regulatory Compliance Analyst
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: 217-747-1032
Fax: 217-467-8282
Kyle.Rieger@hdsmith.com
Helping You Care For Your Community

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER