# PSJ9 Exh 51

# HD SMITH

## Exit Interview

Name: Lori Kirbach    Division: Corporate    Date: 2/19/15

### About Your Job

1. What job (or jobs) have you been doing since you were hired? See attachment
2. Is that what you thought you would be doing?
3. Did you do this kind of work before?
4. Do you think you were performing well in your job?
5. Did you progress in your job as you expected?
6. What did you like most about your job?
7. What did you like least about your job?
8. What skills do you possess that were not utilized while you were employed with us?

9. Please provide any additional comments about your position, department, or colleagues.

| How would you rate the following in your department? | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Communications within your department * | NOW X | | | |
| Cooperation within your department | X | | | |
| Cooperation with other departments | | | X | |
| Cooperation with other divisions | | | X | |
| Orientation/explanation of responsibilities | X | | | |
| Education and training | | X | | |
| Equipment provided | X | | | |
| Physical working conditions (cleanliness, comfort, safety) | X | | | |
| Workload (staffing, assignment distribution) ** | | | | X |

\* poor prior to Tracey
\*\* we need 4 or 5 more people; bottom line being affected due to workload

### About Your Supervisor

1. Who was your supervisor? George Ellson
2. Was your supervisor helpful? yes, I learned a lot.
3. Did you have conflicts with your supervisor? (If yes, explain.) No
4. Did you get the training you needed to perform your job? yes; would have liked more on the cage/vault. We need cross training within the Department.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    HDS_MDL_00510236

HDS_MDL_00510236

5. Who provided your training? P.J.
6. Were your performance evaluations helpful? George - yes; Tom - no
7. Were work expectations clearly communicated? yes

| Do you believe that your Manager... Tom | Almost Always | Usually | Sometimes | Never |
|---|---|---|---|---|
| Followed policies and procedures? | X | | | |
| Treated everyone equally and fairly? | X | | | |
| Provided recognition for a job well done? | | | | X |
| Resolved complaints, grievances and problems? | | | | X |
| Maintained a good relationship with associates? | | | | X |
| Appreciated your work contribution? | | | | X |
| Explained rules, policies, and changes to you? | X | | | |
| Corrected you in a friendly, constructive manner? | | | | X |
| Listened to your concerns? | | | X | |
| Was interested in your ideas/suggestions? | | | X | |

## About Your Salary and Benefits

| What do you think about our salary and employee benefits? | Excellent | Good | Fair | Poor | NA |
|---|---|---|---|---|---|
| Paid time off | X | | | | |
| Holidays | X | | | | |
| Salary | | | | X | |
| Incentive Plan (commission structure) | | | | | X |
| Raises (salary progression) | | | | X | |
| Medical Insurance | | | X | | |
| Life Insurance | | | | | X |
| Long term Disability | X | | | | |
| Short term Disability | X | | | | |
| Dental Insurance | | | X | | |
| Vision Insurance | | | X | | |
| Profit Sharing/401(k) Plan | | | | | X |
| Online Information Systems (HRB, eTime, iPay) | X | | | | |

1. If you could retrain our supervisors, what would you teach them? see attachment
2. If pay and benefits were up to you, how would you change them?
3. If you could change our operation, what would you change?
4. Would you work for us again? (Please explain.)
5. May we share your responses with your manager (without your name)? NO

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00510237
HDS_MDL_00510236

February 19, 2015
Exit Interview with Lori Kirbach

**About Your Job:**

1. Only jobs she had with H. D. Smith was Compliance Coordinator. Consists of CSOMP monitoring (most of her time), ARCOS reporting, product recalls and liaison for licensing (to SLS).

2. This is the job she thought she would be doing.

3. She did this kind of work before (product recalls, compliance) but in a different field.

4. She thought she was performing well in her job.

5. She did not progress in her job. There is nowhere to go, no career progression or path.

6. What she likes most about the job is the people, most of them. She is truly humbled by the number of emails and calls from people about how sad they are that she is leaving.

7. What she likes least about the job is the pay and this is part of the reason for her leaving.

8. She has audit skills and SOP writing experience that could have been utilized. She likes to write SOPs and would have enjoyed doing that here at H. D. Smith.

9. **Additional comments**: She struggled without a boss and did not feel supported during that time. She felt like every time she went to Tom to ask a question, she was bothering him and that he often failed to give recognition when it was warranted. Example: California Board of Pharmacy said "how can you guys do such a good job with such a small staff" and Tom did not pass that praise on to anyone. Another example, Debbie often sends articles/notes about former customers who get punished; ones that we have identified as those we should not do business with or helped in the criminal investigation and Tom never gives praise for that good work.

   SAP and ARCOS are not working efficiently together and there is a lot of manual manipulation that must be done. Kannan asked been asked to fix it but he says he doesn't have the time to do it. Tom does not push the issue and its a risk for us.

   The other main reason behind her leaving is that she feels the company is and has been breaking the law for some time. She doesn't understand why this is going on and being tolerated. CSOMP has not been working correctly since OPUS Go Live and no one will listen to them when they bring this up. Compliance is releasing orders that they should not be releasing. She told Tom and nothing was done. He will say no one told him. She did not ever consider notifying Internal Audit or making a complaint through the ethics hotline. She says DEA is about two years behind in looking at CSOMP data and its only a matter of time before they catch up to us and questions are asked.

1

February 19, 2015
Exit Interview with Lori Kirbach

All the divisions treat Compliance great except New England and that is partly due to Christian not being supportive of what they do. Kentucky used to be like that but they are better now after having gone through their issues with the DEA.

There is a management person (Director or higher) who is using the H. D. Smith Foundation to fund his/her child's private school tuition. This person makes a donation to the foundation in the name of the school/church, and then the money the foundation pays to the church is used for the child's tuition. She knows this because someone told her but she would not reveal who told her or who the manager is.

She reported that someone was writing a check to Jeans Day for a large dollar amount (i.e. $50) and taking $45 out in cash. She felt this was dishonest because the person could claim a $50 charitable donation on his/her taxes. She wouldn't say who this was and was not sure this was still happening.

Tom has often said not to put certain issues (such as the CSOMP issue) in email so in the event the company is ever sued and the email is produced, Dale and Chris can deny any knowledge. She got her "ass chewed" out once by Tom for putting something in email that he thought she shouldn't have.

The workload was crazy, for example, she was inundated with calls from the sales reps telling her that Compliance has had the data for 2 months or more and no answer; they just can't keep up with it all.

Greg McCoy got a bum deal. He wintered in Florida. We were told to watch our travel or no travel and he was getting her everything she needed. He was reviewing reports from Florida and doing everything he was supposed to be except site visits because we were told not to travel.

The Compliance Managers are so busy they don't have time to write their reports. There should be a rule that reports must be written within 2 weeks of the site visit.

Bill Stivers left because he was burnt out. She believes there was no malicious intent in the timing of Bill submitting his resignation; he waited until Tracey came on board as a courtesy, looking out for an already overworked department.

The department never gets any accolades. She is not leaving because of the workload, only the pay and the CSOMP issue. This might sound greedy or that she is motivated by money but its just reality.

The "higher ups" don't know what Compliance does. Our push lately has been on trying to rehabilitate customers rather than just close the account and this takes time. Kevin has an example of where doing this resulted in $28 million saved. There are 400 open cases.

We ran the department for over a year between George leaving and Tracey coming, with no recognition.

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00510239

HDS_MDL_00510236

February 19, 2015
Exit Interview with Lori Kirbach

There is no career path in Compliance.

Tom is a micro manager and always negative. He never offers any positive comments, he only points out what you did wrong. If he gave you ten things to do and you did 9 correctly, he would only focus on the one wrong thing. When he does performance reviews, you never get more than a 2. To him, a 3 is like a 5.

Tracey is obsessed with the DEA and that is all she wants to do. She wants to be the point of contact for all matters. She wants to be the "big dog". She has told the investigators that they can no longer talk to their law enforcement contacts as its too risky. Tracey is disorganized, is not a good fit and does not have the security background that we need. She does not answer her emails or phone calls when she travels. Tracey is trying to understand what we do.

**About Your Salary and Benefits:**

1. Nothing

2. There should be a 401k match. Tracey told her she might not have taken the job if she had really understood about how our profit sharing works. Corporate Compliance should get paid more, there is a big discrepancy between what PJ/Kyle/Lori make and what the Regional Compliance Managers make, even considering their law enforcement background. Corporate Compliance basically does what they do except for the site visits. She took a pay cut to come here and thought the 15% profit sharing would make up for that but it has not. She thought her salary progression would be better.

3. Kyle would make a great investigator! Each division should have its own Regional Compliance Manager. The company needs to do more education on drug diversion for the customers. There needs to be more focus on the day to day work we do.

4. She would love to stay if the company paid her more and quit breaking the law. She loves the work and the people.

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00510240

HDS_MDL_00510236