# PSJ9 Exh 52

**George Euson**

From: George Euson
Sent: Mon 4/05/2010 12:18 PM (GMT -4)
To: Lori Kirbach
Cc:
Bcc:
Subject: Re: Redacted

Lets just keep an eye on them.


George L. Euson, CPP
Director, Compliance & Security
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) 467-8206
Cell: (217) 494-8783
geuson@hdsmith.com

Lori Kirbach---04/05/2010 11:00:28 AM---George, This account which Ryan says is moving from $839 a month to primary is up to the 50K revenue

From: Lori Kirbach/Corp/Il/HDS
To: George Euson/Corp/Il/HDS@hdsmith
Date: 04/05/2010 11:00 AM
Subject Redacted

George, This account which Ryan says is moving from $839 a month to primary is up to the 50K revenue class for April. This sets their Redacted Redacted Redacted Do you want me to up their URL to a static number? The division is releasing all of these orders.

Lori Kirbach
Compliance Coordinator
H. D. Smith
3063 Fiat Avenue
Springfield, IL 62703
Phone: (217) - 747-8153
Fax: (217) - 467- 8282
lori.kirbach@hdsmith.com