# PSJ9 Exh 53



| Account # | Redacted |
|---|---|
| Account Name | |
| Division | KY |

| Date: | By: | Notes: |
|---|---|---|
| 4/8/2010 | LAK | Set static URL for Redacted until DUR can be obtained. Acct is 400K moving to primary. |
| | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER