# PSJ9 Exh 55

PSI-1007.1

PSI - Harbauer
**Exhibit**
**4**
207776-CAK  2/19/2019

Confidential Subject to Protective OrderPSI0000653

Confidential Subject to Protective OrderPSI0000654