# PSJ9 Exh 56



### State of Ohio Board of Pharmacy

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

## License

# Prescription Supply, Inc.

2233 Tracy Road
Northwood, OH 43619
Wood County

# Wholesaler/Manufacturer
# Category Three
# Wholesale Distributor Inspection

# October 20, 2017

# Written Response Required

PSI0000001

License [    ] - Prescription Supply, Inc.

# Written Response Required Details

### 23) Wholesale Facilities

9) The facility has a system in place to identify and report suspicious orders for drugs to the Ohio State Board of Phar...

PSI0000002

License     - Prescription Supply, Inc.

# License     - Prescription Supply, Inc.     Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** Kevin E. Flaharty
**Start** 10/20/2017 3:18 AM
**End** 10/20/2017 3:49 AM

## Organization

**Name**
Prescription Supply, Inc.

**License Type**
Wholesaler/Manufacturer

**Category**
Category Three

**License Number**

**Business Type**
Full Service

**DEA Number**

**Responsible Person**
Jacquelyn J. Harbauer

**Hours of Operation**

## Contact

**Address**
2233 Tracy Road
Northwood, OH 43619
Wood County

**Primary Number**
(419) 661-6600

**Fax Number**
(419) 661-6617

**Website**

## Personnel

| **Name** | **Initials** | **Position** | **I.D. No.** | **Phone** | **Email** |
|---|---|---|---|---|---|
| Jacquelyn J. Harbauer | | Responsible Person | | (419) 661-6600 | jharbauer@prescriptionsupply.com |
| Thomas G. Shoen | | Manager | | (419) 661-6600 x 118 | tschoen@prescriptionsupply.com |

PSI0000003

**23) Wholesale Facilities**

* **9) The facility has a system in place to identify and report suspicious orders for drugs to the Ohio State Board of Pharmacy. Written Response Required**

No

Observation

Observation 1:

An inspection was performed by Agents with the Ohio State Board of Pharmacy on May 22, 2017. During that inspection, Agents asked a prescription Supply representative for their policies and procedures on reporting suspicious orders to the Ohio State Board of Pharmacy. Prescription Supply provided the Agents the following: Suspicious Order Monitoring Statement and Retail Pharmacy Questionnaire 2016.

However, Prescription Supply has not reported a suspicious drug order to the Ohio State Board of pharmacy during at least the years of 2014, 2015, 2016, and 2017. Therefore, it appears that Prescription Supply does not have a suspicious order reporting process compliant with rule 4729-9-16 (H)(1)(e)(i), which states, in part:

(H) Wholesale drug distributors shall establish and maintain inventories and records of all transactions regarding the receipt and distribution or other disposition of dangerous drugs.

(1) These records shall include, but shall not be limited to, the following information:

(e) A system shall be designed and operated to disclose orders for controlled substances and other dangerous drugs subject to abuse.

(i) The wholesaler shall inform the state board of pharmacy of suspicious orders for drugs when discovered. Suspicious orders are those which, in relation to the wholesaler's records as a whole, are of unusual size, unusual frequency, or deviate substantially from established buying patterns.

**Warning with Required Written Response for:**

1. Explain in detail how your policies and procedures for identifying and reporting suspicious orders meet the requirements of rule 4729-9-16(H).
2. Explain in detail why there have been no suspicious orders reported to the Board for years 2014, 2015, 2016, and 2017.

Observation 2:

A subsequent review of wholesale sale data reported to the Ohio State Board of Pharmacy for drugs containing Oxycodone 10mg and Oxycodone 30mg indicated many sales appeared to be of unusual size, unusual frequency, or that deviate substantially from established buying patterns, but were not reported to the Board of Pharmacy as suspicious orders. Specifically, we observed spikes in sales for specific months and sales that seem to steadily increase or spike and then abruptly stop. See referenced sales in the attached spreadsheet.

**Warning with Required Written Response for:**

1. Please explain the rationale for **EACH** of the monthly sales noted in attached spreadsheet, including but not limited to:
- Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order?
- For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage.
- Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders.
1. In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:
- Was the cessation of sales due to you identifying the sale as a suspicious order?
- Did the customer cease sales on their own?
- Was there some other explanation for the stoppage?

PSI0000004

License [ ] - Prescription Supply, Inc.

**33) Inspection Affirmation**

**1) Inspection Affirmation**

Observation

This inspection report is being emailed to you to respond to items surrounding suspicious orders.
Please note, that a written response is required from you within five (5) business days and should be
sent to writtenresponse@pharmacy.ohio.gov with a copy of this inspection report.
If you have any questions, please contact Agent David Gonzalez at (937) 538-0774 or by email at
David.Gonzalez@pharmacy.ohio.gov

**Summary**

**Written Response Required**

**Reviewed by** Jacquelyn J. Harbauer

(signature)

PSI0000005

Prescription Supply Sales

| Pharmacy | City | DEA# | Drug | Sale Comments (Month-Year and numbers are dosage units) |
|----------|------|------|------|--------------------------------------------------------|
|  |  |  | Oxycodone 10mg | Spike 12-14 at 12,500 |
|  |  |  | Oxycodone 30mg | Spike 4-14 at 5,400 |
|  |  |  | Oxycodone 30mg | Spike 1-15 at 5,100 |
|  |  |  | Oxycodone 10mg | Gradual increase in sales from 1-14 and then spike in 10-17 at 2,300, then sales abruptly stop |

PSI0000006



**State of Ohio Board of Pharmacy**

77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836 | http://www.pharmacy.ohio.gov

# Written Response

## License ███████

## Prescription Supply, Inc.

2233 Tracy Road
Northwood, OH 43619
Wood County

## Wholesaler/Manufacturer
## Category Three
## Wholesale Distributor Inspection

## October 25, 2017

PSI0000007

License ▮▮▮ - Prescription Supply, Inc.
# Written Response Required Details

### 23) Wholesale Facilities

9) The facility has a system in place to identify and report suspicious orders for drugs to the Ohio State Board of Phar...

 License ▮▮▮ **- Prescription Supply, Inc.** Full

**State of Ohio Board of Pharmacy**
77 South High Street, 17th Floor, Columbus, Ohio 43215-6126
(614) 466-4143 | Fax (614) 752-4836
http://www.pharmacy.ohio.gov

**Completed by** Kevin E. Flaharty
**Start** 10/20/2017 3:18 AM
**End** 10/20/2017 3:49 AM

## Organization

**Name**
Prescription Supply, Inc.

**License Type**
Wholesaler/Manufacturer

**Category**
Category Three

**License Number**
▮▮▮

**Business Type**
Full Service

**DEA Number**
▮▮▮

**Responsible Person**
Jacquelyn J. Harbauer

**Hours of Operation**

## Contact

**Address**
2233 Tracy Road
Northwood, OH 43619
Wood County

**Primary Number**
(419) 661-6600

**Fax Number**
(419) 661-6617

**Website**

## Personnel

| Name | | Position    I.D. No. | Phone | Email |
|---|---|---|---|---|
| Jacquelyn J. Harbauer | | Responsible | (419) 661-6600 | jharbauer@prescriptionsupply.com |
| Thomas G. Shoen | | Person | (419) 661-6600 x | tschoen@prescriptionsupply.com |
| | Initials | Manager | 118 | ǀ |

License [ ] - Prescription Supply, Inc.

23) Wholesale Facilities

* 9) The facility has a system in place to identify and report suspicious orders for drugs to the Ohio State Board of Pharmacy. Written Response Required

No

Observation

Observation 1:

An inspection was performed by Agents with the Ohio State Board of Pharmacy on May 22, 2017. During that inspection, Agents asked a Prescription Supply representative for their policies and procedures on reporting suspicious orders to the Ohio State Board of Pharmacy. Prescription Supply provided the Agents the following: Suspicious Order Monitoring Statement and Retail Pharmacy Questionnaire 2016.

However, Prescription Supply has not reported a suspicious drug order to the Ohio State Board of pharmacy during at least the years of 2014, 2015, 2016, and 2017. Therefore, it appears that Prescription Supply does not have a suspicious order reporting process compliant with rule 4729-9-16 (H)(1)(e)(i), which states, in part:

(H) Wholesale drug distributors shall establish and maintain inventories and records of all transactions regarding the receipt and distribution or other disposition of dangerous drugs.

(1) These records shall include, but shall not be limited to, the following information:

(e) A system shall be designed and operated to disclose orders for controlled substances and other dangerous drugs subject to abuse.

(i) The wholesaler shall inform the state board of pharmacy of suspicious orders for drugs when discovered. Suspicious orders are those which, in relation to the wholesaler's records as a whole, are of unusual size, unusual frequency, or deviate substantially from established buying patterns.

**Warning with Required Written Response for:**

1.  Explain in detail how your policies and procedures for identifying and reporting suspicious orders meet the requirements of rule 4729-9-16(H).



2.  Explain in detail why there have been no suspicious orders reported to the Board for years 2014, 2015, 2016, and 2017.

    **RESPONSE:  We have not had any suspicious orders as we have received prior justifications/explanations for quantity changes/spikes/terminations.**

Observation 2:

PPSI0000009

License ▬▬▬ - Prescription Supply, Inc.

A subsequent review of wholesale sale data reported to the Ohio State Board of Pharmacy for drugs containing Oxycodone 10mg and Oxycodone 30mg indicated many sales appeared to be of unusual size, unusual frequency, or that deviate substantially from established buying patterns, but were not reported to the Board of Pharmacy as suspicious orders. Specifically, we observed spikes in sales for specific months and sales that seem to steadily increase or spike and then abruptly stop. See referenced sales in the attached spreadsheet.

**Warning with Required Written Response for:**

1. Please explain the rationale for **EACH** of the monthly sales noted in attached spreadsheet, including but not limited to:

   Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order?

   For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage.

   Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders.

1. In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:

   Was the cessation of sales due to you identifying the sale as a suspicious order?

   Did the customer cease sales on their own?

   Was there some other explanation for the stoppage?

### 33) Inspection Affirmation

#### 1) Inspection Affirmation

Observation

This inspection report is being emailed to you to respond to items surrounding suspicious orders. Please note, that a written response is required from you within five (5) business days and should be sent to writtenresponse@pharmacy.ohio.gov with a copy of this inspection report.

If you have any questions, please contact Agent David Gonzalez at (937) 538-0774 or by email at David.Gonzalez@pharmacy.ohio.gov

**Summary**

Written Response Required

Reviewed by Jacquelyn J. Harbauer ▬▬▬▬▬▬▬▬▬▬▬▬

(Signature)

Prescription Supply Sales



| Pharmacy | City | DEA# | Drug | Sale Comments (Month-Year and numbers are dosage units) |
|----------|------|------|------|---------------------------------------------------------|
| | | | | |

## WRITTEN RESPONSES FOR EACH PHARMACY ARE BOLDED BELOW

1. Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order?
   **Pharmacy submitted reasons for increase due to increase in patients**

2. For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage.
   **Not Applicable**

2. Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders.
   **Not suspicious as explanation provided prior to increase.**

4. In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:
   a Was the cessation of sales due to you identifying the sale as a suspicious order?
   b Did the customer cease sales on their own?
   c Was there some other explanation for the stoppage?
   **Not Applicable**

████████████████

1. Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order?  **Pharmacy submitted reason for increase due to projected shortage as defined by manufacturer's representative and an increase in patients due to additional doctors moving into the building.  (See attached** ████ **)**

2. For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage.
    **Not Applicable**

3. Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders.
    **Not suspicious as explanation provided prior to increase.**

4. In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:
    d   Was the cessation of sales due to you identifying the sale as a suspicious order?
    e   Did the customer cease sales on their own?
    f   Was there some other explanation for the stoppage?
    **Not Applicable**


████████████████

1. Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order?  **Pharmacy submitted reasons for increase due to shortage by its primary supplier, Cardinal Health.  (See** ████████████████ **)**

2. For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage.
    **Not Applicable**

3. Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders.
    **Not suspicious as explanation provided prior to increase.**

4. In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:
    g   Was the cessation of sales due to you identifying the sale as a suspicious order?
    h   Did the customer cease sales on their own?
    i   Was there some other explanation for the stoppage?
    **Not Applicable**

PSI00000012



1. Why did Prescription Supply determine it was not necessary to report any of the sales to the Board of Pharmacy as a suspicious order? **There was no spike in sales in October, 2017**

2. For sales that steadily increase or spike and abruptly stop, please explain rationale for the stoppage. **Last order was on August 9, 2017. There was no order and therefore no spike in October 2017.**

3. Explain why the instances of high volume sales identified in the attached spreadsheet, including those that increased over time, were not identified as suspicious orders.

   **There was no spike in sales in October, 2017**

4. In the attached spreadsheet, where the Board has identified abrupt cessation of sales, did Prescription Supply refuse to continue selling to the particular customer? If so, explain why including, but not limited to:

   j   Was the cessation of sales due to you identifying the sale as a suspicious order?

   k   Did the customer cease sales on their own?

   l   Was there some other explanation for the stoppage?

   **Customer stopped buying**

**NOTE: On your data base, Thomas G. Schoen's name is misspelled. Also, Thomas is our President.**

PSI0000014



PSI0000015

Prescription Supply, Inc. -- Purchase Recap          Run Date: 10-26-17



Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc.    Purchase Recap

Run Date: 10-26-17



Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17



Prescription Supply, Inc. – Purchase Recap.

Run Date: 10-26-17

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc – Purchase Recap

Run Date: 10-26-17





Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc.    Purchase Demo



Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

026

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

0028

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17



Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17



Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply Inc. -- Purchase Recap

Run Date: 10-26-17

040

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

041

Prescription Supply, Inc. — Purchase Recap

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. - Purchase Recap

Run Date: 10-26-17



Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17



Prescription Supply, Inc. — Purchase Recap



Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. – Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

52

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap



Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

0058

Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

090

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. — Purchase Recap

Run Date: 10-26-17

Prescription Supply, Inc. -- Purchase Recap



PSI0000064



PSI0000065

Run Date: 10-20-1



PSI0000066



PSI0000067



Prescription Supply, Inc. – Purchase Recap

Run Date: 10-20-17

PSI0000068

PSI0000069

Prescription Supply, Inc. – Purchase Recap                    Run Date: 10-20-17





Prescription Supply, Inc – Purchase Recap

Run Date: 10-20-17

PSI0000071



Prescription Supply, Inc. – Purchase Recap

Run Date: 10-20-17

PSI0000072



Prescription Supply, Inc. -- Purchase Recap                    Run Date: 10-20-17

PSI0000073



Prescription Supply, Inc. -- Purchase Recap

Run Date: 10-20-17

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| NOTICE OF INSPECTION OF CONTROLLED PREMISES | DEA USE ONLY |
| --- | --- |
| | FILE NUMBER |

| NAME OF INDIVIDUAL James Schoen | TITLE Controlled Substance Mgr. |
| --- | --- |
| NAME OF CONTROLLED PREMISES Prescription Supply Inc. | ███████████ |
| NUMBER AND STREET 2333 Tracy Road | DATE 7/24/02 |
| CITY AND STATE Northwood, Ohio ZIP CODE 43619 | TIME (initial inspection) |

## STATEMENT OF RIGHTS

1. You have a constitutional right not to have an administrative inspection made without an administrative inspection warrant.
2. You have the right to refuse to consent to this inspection.
3. Anything of an incriminating nature which may be found may be seized and used against you in a criminal prosecution.
4. You shall be presented with a copy of this Notice of Inspection.
5. You may withdraw your consent at any time during the course of the inspection.

## ACKNOWLEDGEMENT AND CONSENT

I, _James Schoen_, have been advised of the above Statement of Rights
(Name)
by DEA _Diversion Investigator - Angie Francis_, who
(Title and Name)

has identified himself/herself to me with his/her credentials and presented me with this Notice of Inspection containing a copy of sections 302(f) and 510(a), (b) and (c) of the Controlled Substances Act (21 U.S.C. 822(f) and 21 U.S.C. 880(a), (b) and (c), printed hereon, * authorizing an inspection of the above-described controlled premises. I hereby acknowledge receipt of this Notice of Inspection. In addition, I hereby certify that I am the _Controlled Substance Manager_
(President) (Manager) (Owner)

for the premises described in this Notice of Inspection; that I have read the foregoing and understand its contents; that I have authority to act in this matter and have signed this Notice of Inspection pursuant to my authority.

I understand what my rights are concerning inspection. No threats or promises have been made to me and no pressure of any kind has been used against me. I voluntarily give consent for inspection of these controlled premises.

_____
(Signature)

7/24/02
(Date)

WITNESSES:

_____   7/24/02
(signed)                     (date)

_____   7/24/02
(signed)                     (date)

* See Reverse

DEA Form - 82
June 1982          Previous edition dated 2/74 is Obsolete.

PSI0000075

**U.S. DEPARTMENT OF JUSTICE**
DRUG ENFORCEMENT ADMINISTRATION

## NOTICE OF INSPECTION
## OF CONTROLLED PREMISES

| DEA USE ONLY |
|---|
| FILE NUMBER |

| NAME OF INDIVIDUAL | TITLE |
|---|---|
| Jim Schoen | C2 Clerk |

| NAME OF CONTROLLED PREMISES |  |
|---|---|
| PRESCRIPTION SUPPLY INC. |  |

| NUMBER AND STREET | | DATE |
|---|---|---|
| 2233 TRACY ROAD | | 9-18-08 |

| CITY AND STATE | ZIP CODE | TIME (initial inspection) |
|---|---|---|
| Northwood, Ohio | 43619 | 9:26 AM |

### STATEMENT OF RIGHTS

1. You have a constitutional right not to have an administrative inspection made without an administrative inspection warrant.
2. You have the right to refuse to consent to this inspection.
3. Anything of an incriminating nature which may be found may be seized and used against you in a criminal prosecution.
4. You shall be presented with a copy of this Notice of Inspection.
5. You may withdraw your consent at any time during the course of the inspection.

### ACKNOWLEDGMENT AND CONSENT

I, _Jim Schoen_ , have been advised of the above Statement of Rights
    (Name)

by DEA _Diversion Investigator Sandra White-Hope_ , who
        (Title and Name)

has identified himself/herself to me with his/her credentials and presented me with this Notice of Inspection containing a copy of sections 302(f) and 510(a), (b) and (c) of the Controlled Substances Act (21 U.S.C. 822(f) and 21 U.S.C. 880(a), (b) and (c), printed hereon, * authorizing an inspection of the above-described controlled premises. I hereby acknowledge receipt of this Notice of Inspection. In addition, I hereby certify that I am the _C2 Clerk    Jim Schoen_
                                (President)  (Manager)  (Owner)

for the premises described in this Notice of Inspection; that I have read the foregoing and understand its contents; that I have authority to act in this matter and have signed this Notice of Inspection pursuant to my authority.

I understand what my rights are concerning inspection. No threats or promises have been made to me and no pressure of any kind has been used against me. I voluntarily give consent for inspection of these controlled premises.

_(Signature)_

_9-18-08_
_(Date)_

**WITNESSES:**

_(signed)_     _9-18-08_
               _(date)_

_(signed)_     _9/18/08_
               _(date)_

* See Reverse

FORM DEA-82 (11-01) *Previous editions are obsolete*

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| NOTICE OF INSPECTION OF CONTROLLED PREMISES |
|---|

| DEA USE ONLY |
|---|
| FILE NUMBER |

| NAME OF INDIVIDUAL | | TITLE | |
|---|---|---|---|
| NAME OF CONTROLLED PREMISES Prescription Supply Inc. | | | DEA REGISTRATION NO. |
| NUMBER AND STREET 2233 Tracy Road | | | DATE 5/11/13 |
| CITY AND STATE Northwood, Ohio | | ZIP CODE 43619 | TIME (initial inspection) 5:14 am |

STATEMENT OF RIGHTS

1. You have a constitutional right not to have an administrative inspection made without an administrative inspection warrant.
2. You have the right to refuse to consent to this inspection.
3. Anything of an incriminating nature which may be found may be seized and used against you in a criminal prosecution.
4. You shall be presented with a copy of this Notice of Inspection.
5. You may withdraw your consent at any time during the course of the inspection.

ACKNOWLEDGMENT AND CONSENT

I, __Jim Schnerl__ , have been advised of the above Statement of Rights
         (Name)

by DEA __Diversion Investigator Paula Albert__ , who
         (Title and Name)

has identified himself/herself to me with his/her credentials and presented me with this Notice of Inspection containing a copy of sections 302(f) and 510(a), (b) and (c) of the Controlled Substances Act (21 U.S.C. 822(f) and 21 U.S.C. 880(a), (b) and (c), printed hereon, authorizing an inspection of the above-described controlled premises. I hereby acknowledge receipt of this Notice of Inspection. In

addition, I hereby certify that I am the __C. S. M Schneer  L. II  Clark__
                                         (President) (Manager) (Owner)

for the premises described in this Notice of Inspection; that I have read the foregoing and understand its contents; that I have authority to act in this matter and have signed this Notice of Inspection pursuant to my authority.

I understand what my rights are concerning inspection. No threats or promises have been made to me and no pressure of any kind has been used against me. I voluntarily give consent for inspection of these controlled premises.

_____
(Signature)

9-11-13
(Date)

WITNESSES:

D/I Paula Albert _____    9/11/13
(signed)                              (date)

D/I Jason Smith _____     9/11/13
(signed)                              (date)

* See Reverse

FORM DEA-82 (11-01) Previous editions are obsolete

PSI0000077

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

| NOTICE OF INSPECTION
OF CONTROLLED PREMISES | DEA USE ONLY
FILE NUMBER |

| NAME OF INDIVIDUAL | | TITLE | |
|---|---|---|---|
| NAME OF CONTROLLED PREMISES &
Prescription Supply Inc | | | DEA REGISTRATION NO. |
| NUMBER AND STREET
2233 Tracy Road | | | DATE |
| CITY AND STATE
Northwood, OH | | ZIP CODE
43619 | TIME (initial inspection) |

### STATEMENT OF RIGHTS

9:40 am

1. You have a constitutional right not to have an administrative inspection made without an administrative inspection warrant.

2. You have the right to refuse to consent to this inspection.

3. Anything of an incriminating nature which may be found may be seized and used against you in a criminal prosecution.

4. You shall be presented with a copy of this Notice of Inspection.

5. You may withdraw your consent at any time during the course of the inspection.

### ACKNOWLEDGMENT AND CONSENT

I, _____ Chris Siebenburgen _____ (Name), have been advised of the above Statement of Rights

by DEA Diversion Investigator Jason Smith, who-
(Title and Name)

has identified himself/herself to me with his/her credentials and presented me with this Notice of Inspection containing a copy of sections 302(f) and 510(a), (b) and (c) of the Controlled Substances Act (21 U.S.C. 822(f) and 21 U.S.C. 880(a), (b) and (c), printed hereon, * authorizing an inspection of the above-described controlled premises. I hereby acknowledge receipt of this Notice of Inspection. In

addition, I hereby certify that I am the _____

V 1 (President) (Manager) (Owner)

for the premises described in this Notice of Inspection; that I have read the foregoing and understand its contents; that I have authority to act in this matter and have signed this Notice of Inspection pursuant to my authority.

I understand what my rights are concerning inspection. No threats or promises have been made to me and no pressure of any kind has been used against me. I voluntarily give consent for inspection of these controlled premises.

(Signature) _____

WITNESSES:

(Date) 5 - 6 - 15

Wayne Groves
(signed)

(date) 6 - 15

Jason Smith
(signed)

(date) 7/6/15

* See Reverse

FORM DEA-82 (11-01) Previous editions are obsolete

PSI0000078

# Prescription Supply Inc.

*Pharmaceutical Wholesale Distributor*
*2233 Tracy Road   Northwood, Ohio   43619*

April, 2014



PSI0000079



PSI0000080



PSI0000081



PSI0000082



PSI0000083

**PRESCRIPTION SUPPLY, INC.**
**2233 TRACY ROAD**
**NORTHWOOD, OH  43619**

Document Name:
**INVENTORY CONTROLS**

Document Control Number:
WP-1

PSI0000084



PSI0000085

PSI0000086

PSI0000087



PSI0000088