PSJ3 Exhibit 1

Message

| | |
|---|---|
| **From**: | Rosen, Burt [/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=ROSENBU] |
| **Sent**: | 1/3/2013 11:25:01 AM |
| **To**: | Must, Alan [/O=PURDUE/OU=Purdue US/cn=Recipients/cn=MustA]; Archer, Reyn [Reyn.Archer@bm.com] |
| **Subject**: | FW: PAIN CARE FORUM 2013 |
| **Attachments**: | PAIN CARE FORUM_meetings schedule (01-2013).pdf; PAIN CARE FORUM_participating organizations (01-2013).pdf; PAIN CARE FORUM_directory (01-2013).pdf |

<<...>> <<...>> <<...>>

# PAIN CARE FORUM
## 2013 Meetings Schedule

PLEASE NOTE THIS INFORMATION FOR PAIN CARE FORUM MEETINGS. CALENDAR NOTICES ARE <u>NOT</u> SENT OUT.

RSVP's are <u>REQUIRED</u> for IN-PERSON attendance. If you are attending PCF <u>in-person</u>, RSVP to Solana Shaw (solana.shaw@pharma.com). Local members are encouraged to attend in person.

Meetings are at Powers, Pyles, Sutter & Verville, unless otherwise noted - 1501 M Street, NW Suite 700 Washington, DC 20005

To participate via telephone: 1-800-377-8846, passcode: 10523781#
(Telephone participation RSVPs are NOT NECESSARY unless specifically requested in a PCF meeting announcement/communication.)

| DATE | START | ADJOURN | NOTES / INFORMATION |
|---|---|---|---|
| Thursday January 10 | 10:30 AM | 11:30 AM | |
| Thursday February 14 | 10:30 AM | 11:30 AM | |
| **Thursday March 14** | **12:00 PM** | **2:00 PM** | QUARTERLY LUNCHEON MEETING<br>GUEST SPEAKER: TBA |
| Thursday April 11 | 10:30 AM | 11:30 AM | |
| Thursday May 9 | 10:30 AM | 11:30 AM | |
| **Thursday June 13** | **12:00 PM** | **2:00 PM** | QUARTERLY LUNCHEON MEETING<br>GUEST SPEAKER: TBA |
| Thursday July 11 | 10:30 AM | 11:30 AM | |
| Thursday August 8 | 10:30 AM | 11:30 AM | |
| **Thursday September 19*** | **12:00 PM** | **2:00 PM** | QUARTERLY LUNCHEON MEETING<br>*off pattern meeting date*<br>GUEST SPEAKER: TBA |
| Thursday October 10 | 10:30 AM | 11:30 AM | |
| Thursday November 14 | 10:30 AM | 11:30 AM | |
| **Thursday December 12** | **12:00 PM** | **2:00 PM** | QUARTERLY LUNCHEON MEETING / YEAR-END MEETING |

(last updated January 2013)

# PAIN CARE FORUM
## Participating Organizations

| | |
|---|---|
| Abbott Laboratories | Hospice and Palliative Nurses Association |
| Allergan | Inflexxion, Inc. |
| American Academy of Pain Management | International Association for Pain and Chemical Dependency |
| American Academy of Pain Medicine | Interstitial Cystitis Association |
| American Cancer Society Cancer Action Network | Johnson & Johnson |
| American Chronic Pain Association | LiveSTRONG |
| American Pain Society | Medical Pain Management (Clinic) |
| American Pharmacists Association | Medtronic, Inc. |
| American Society for Pain Management Nursing | National Association of Chain Drug Stores |
| American Society of Anesthesiologists | National Association of Directors of Nursing Administration |
| American Society of Health System Pharmacists | National Community Pharmacists Association |
| American Society of Pain Educators | National Fibromyalgia & Chronic Pain Association |
| Amputee Coalition | National Hospice & Palliative Care Organization |
| Boehringer Ingelheim Pharmaceuticals | The Neuropathy Association |
| Boston Scientific | Odyssey HealthCare of Northern California |
| CADCA | Oncology Nursing Society |
| CLAAD | Pain & Policy Studies Group |
| Center for Practical Bioethics | Pain Care Coalition |
| Citizen Advocacy Center | The Pain Community |
| Coalition for Excellence in Medication Monitoring | Pain Treatment Topics |
| Collegium | The Partnership at Drugfree.org |
| Compassion & Choices | Pfizer, Inc. |
| Covidien | Pharmaceutical Research & Manufacturers of America |
| DC Pediatric Palliative Care Collaboration | Purdue Pharma LP |
| Eli Lilly & Company | RADARS System |
| Endo Pharmaceuticals | Reflex Sympathetic Dystrophy Syndrome Association |
| Federation of State Medical Boards | RNRx |
| Grünenthal USA, Inc. | Roxane Laboratories |
| GW Pharmaceuticals | St. Jude Medical |
| Harm Reduction Coalition | Teva |
| Healthcare Distribution Management Association | U.S. Pain Foundation |
| Hematology/Oncology Pharmacy Association | Virginia Cancer Pain Initiative |
| Horizon Pharma | Wisconsin Pain Initiative |

(last updated January 2013)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004272096

# PAIN CARE FORUM
## Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| **Abbott Laboratories** | Andrea Best, DO, MPH<br>Global Project Director | 200 Abbott Park Road<br>R440/AP-34<br>Abbott Park, IL 60064 | andrea.best@abbott.com | (847) 938-4570 |
| | Cate Dillon<br>Commercial Product Manager | 200 Abbott Park Road<br>R440/AP30-2<br>Abbott Park, IL 60064 | catherine.dillon@abbott.com | (847) 938-0044 |
| | Catherine Dratz<br>Director, Federal Government Affairs | 1399 New York Avenue, NW<br>Suite 200<br>Washington, DC 20005 | catherine.dratz@abbott.com | (202) 378-2036 |
| | Jerry A. Hall, MD<br>Medical Director | 200 Abbott Park Road<br>R440/AP-34<br>Abbott Park, IL 60064 | jerry.hall@abbott.com | (847) 937-0414 |
| | James Lavery<br>Senior Director, Commercial | 200 Abbott Park Road<br>R440/AP30-2<br>Abbott Park, IL 60064 | james.lavery@abbott.com | (847) 938-0402 |
| | Dara Mann<br>Senior Product Manager, Global Pipeline Marketing | 200 Abbott Park Road<br>AP31-1; Dept. GPM1<br>Abbott Park, IL 60064-6183 | dara.mann@abbott.com | (847) 936-8399<br>(773) 580-3292 C<br>(847) 938-5152 F |
| | Meredith Smith<br>Sr. Scientific Director - Risk Management, Pain Care & Immunology | Building AP6C/ Dept. NJ 44<br>100 Abbott Park Road<br>Abbott Park, IL 60064 | meredith.smith@abbott.com | (847) 937-9464<br>(847) 936-5845 F |
| **Allergan** | Crystal Muilenburg<br>Senior Manager, Corporate Communications | 2525 Dupont Drive<br>Irvine, CA 92612-1599 | muilenburg_crystal@allergan.com | (714) 246-5842<br>(714) 425-3454 C<br>(714) 246-4800 F |
| | Susan Stone<br>Senior Strategic Alliance Development Manager | 3000 S. Hulen Street<br>Suite 124<br>Fort Worth, TX 76109 | stone_susan@allergan.com | (817) 372-8729<br>(714) 246-4634 F |

last updated January 2013      Contact Solana Shaw with updates/changes
solana.shaw@pharma.com or (202) 508-0189      PCF Directory Page 1 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      PPLP004272097

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| American Academy of Pain Management | Lennie Duensing<br>Executive Director | 13947 Mono Way , Suite #A<br>Sonora, CA 95370 | lduensing@aapainmanage.org | (209) 533-9744<br>(914) 649-8661 C |
| | Jillian Manley<br>Director of Sales and Marketing | 13947 Mono Way, Suite A<br>Sonora, CA 95370 | jillian@aapainmanage.org | (209) 533-9744<br>(209)-533-9750 F |
| | Robert Twillman<br>Director, Policy & Advocacy | 13124 W. 83rd Terrace<br>Lenexa, KS 66215-2824 | btwillman@aapainmanage.org | (913) 205-3746 |
| American Academy of Pain Medicine | Scott M. Fishman<br>Chief, Division of Pain Medicine<br>(University of California at Davis) | UC Davis Medical Center<br>Department of Anesthesiology<br>& Pain Medicine<br>4860 Y Street, Suite 3020<br>Sacramento, CA  95817 | smfishman@ucdavis.edu | (916) 734-6824<br>(916) 734-6827 F |
| | Philip A. Saigh, Jr.<br>Executive Director | 4700 W. Lake Ave.<br>Glenview, IL  60025 | psaigh@connect2amc.com | (847) 375-4742<br>(847) 375-6429 F |
| American Cancer Society | Keysha Brooks-Coley<br>Associate Director, Federal Relations | 901 E Street NW - Suite 500<br>Washington, DC 20004 | keysha.brooks-coley@cancer.org | (202) 661-5720<br>(202) 661-5750 F |
| | Natalie M. Hamm, RN, BSN, MSPH<br>Associate Director, Policy | 555 11th Street NW - Suite 300<br>Washington, DC 20004 | natalie.hamm@cancer.org | (202) 661-5748 |
| | Rebecca A. Kirch<br>Associate Director, Policy | 901 E Street NW - Suite 500<br>Washington, DC 20004 | rebecca.kirch@cancer.org | (202) 661-5725 |
| | David Woodmansee<br>Regional Advocacy Manager | 901 E Street, NW<br>Washington, DC 20004 | david.woodmansee@cancer.org | (203) 379-4748<br>(203) 545-5474 C<br>(203) 379-5060 F |
| American Chronic Pain Association | Penney Cowan<br>Executive Director | P.O. Box 850<br>Rocklin, CA 95677 | pcowan@pacbell.net | (916) 632-0922 |

last updated January 2013

Contact Solana Shaw with updates/changes
solana.shaw@pharma.com or (202) 508-0189

PCF Directory Page 2 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004272098

# PAIN CARE FORUM
## Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| American Pharmacists Association | Marcie Bough, PharmD<br>Director, Federal Regulatory Affairs | 1100 15th Street NW, Suite 400<br>Washington, DC 20005 | mbough@aphanet.org | (202) 429-7538<br>(202) 429-6300 F |
| | Brian Gallagher<br>Sr. VP, Government Affairs | 2215 Constitution Avenue, NW<br>Washington, DC 20037-2985 | bgallagher@aphanet.org | (202) 429-7533 |
| | Peter VanPelt, RPh<br>Senior Manager, Industry Relations | 1100 15th Street NW, Suite 400<br>Washington, DC 20005 | pvanpelt@aphanet.org | (215) 755-2424 |
| American Society for Pain Management Nursing | Paul Arnstein, RN, PhD<br>Clinical Nurse Specialist for Pain Relief | 42  8th Street, #3105<br>Charlestown, MA  02129 | pmarnstein@partners.org | (617) 724-8517<br>(603) 496-9152 C<br>(617) 726-3198 F |
| | Claudia Campbell, RN, BSN<br>Director | 1635 West Glen Meadow Circle<br>Salt Lake City, UT 84123 | campbecfun1@yahoo.com | (801) 265-1615 |
| | Wade Delk<br>Government Affairs Advisor | 8538 Georgetown Pike<br>McLean, VA 22102 | wdelk@goAMP.com | (202) 253-7862 C<br>(703) 556-6333 F |
| American Society of Anesthesiologists | Lisa Pearlstein, JD<br>Pain Medicine Regulatory Lobbyist | 1501 M Street NW, Suite 300<br>Washington, DC 20005 | l.pearlstein@asawash.org | (202) 289-2222<br>(202) 371-0384 F |
| American Society of Health System Pharmacists | Justine Coffey, JD, LLM<br>Director, Federal Regulatory Affairs | 7272 Wisconsin Avenue<br>Bethesda, MD 20814 | jcoffey@ashp.org | (301) 664-8702 |
| American Society of Pain Educators | Barry Eliot Cole<br>Executive Director | 6 Erie Street<br>Montclair, NJ 07042 | bc@paineducators.org | (877) 733-9797<br>(702) 497-2235 C<br>(973) 556-1340 F |
| | Stephen Porada<br>Manager, Corporate & Professional Partnerships | 6 Erie Street<br>Montclair, NJ 07042 | sp@paineducators.org | (877) 733-9797 |
| Boehringer Ingleheim / Roxane Laboratories Inc. | Greg Hicks<br>Director, Regulatory & Medical Affairs | 1900 Arlingate Lane<br>Columbus, OH 43228 | gregg.hicks@boehringer-ingelheim.com | (614) 272-4785<br>(614) 276-2470 F |

last updated January 2013

Contact Solana Shaw with updates/changes
solana.shaw@pharma.com or (202) 508-0189

PCF Directory Page 3 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004272099

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Boston Scientific | Kristen V. Hedstrom, MPH<br>Director, Healthcare Policy | 1455 Pennsylvania Ave, NW<br>Suite 925<br>Washington, DC 20004 | kristen.hedstrom@bsci.com | (202) 637-8021<br>(202) 637-8028 F |
| | Steve LaPierre<br>Executive Director, Legislative Affairs | 1455 Pennsylvania Ave, NW<br>Suite 925<br>Washington, DC 20004 | steve.lapierre@bsci.com | (202) 637-8024<br>(202) 637-8028 F |
| | Michael Mattoon<br>Manager, Federal Government Relations | 1455 Pennsylvania Ave, NW<br>Suite 925<br>Washington, DC 20004 | michael.mattoon@bsci.com | (202) 637-8022<br>(202) 637-8028 F |
| CADCA<br>(Community Anti-Drug Coalitions of America) | Sue Thau, MCRP | 6217 29th Street, NW<br>Washington DC 20015 | suerthau@aol.com | (202) 966-4361<br>(202) 262-2564 C |
| Center for Practical Bioethics | Myra Christopher<br>Kathleen M. Foley Chair in Pain and Palliative care | 1111 Main Street - 5th Floor<br>Kansas City, MO 64105 | mchristopher@practicalbioethics.org | (816) 979-1350<br>(816) 221-2002 F |
| Citizen Advocacy Center | David Swankin<br>President | 1400 16th Street NW<br>Suite 101<br>Washington, DC 20036 | davidswankin@cacenter.org | (202) 462-1174<br>(202) 265-6564 F |
| CLAAD<br>(Center for Lawful Access & Abuse Deterrence) | Paul Scott O'Neill | 2009 N. 14th Street<br>Suite 414<br>Arlington, VA  22201 | pso@dcbalaw.com | (703) 527-8800 |
| Collegium Pharmaceuticals | Mike Heffernan | 400 Highland Corporate Drive<br>Cumberland, RI 02864 | mheffernan@collegiumpharma.com | (401) 762-2000 x20 |

last updated January 2013

Contact Solana Shaw with updates/changes
solana.shaw@pharma.com or (202) 508-0189

PCF Directory Page 4 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004272100

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Compassion & Choices | Theresa Connor, JD<br>Director, Government Affairs | 1718 M Street, NW #237<br>Washington, DC 20036-4504 | tconnor@compassionandchoices.org | (202) 584-4934<br>(360) 561-2907 C<br>(202) 466-4803 F |
| | Kathryn Tucker<br>Director of Legal Affairs | PMB 415,<br>6312 S.W. Capitol Highway<br>Portland, OR 97201 | ktucker@compassionandchoices.org | (206) 595-0097<br>(866) 692-9795 F |
| Covidien | Jack Kalavritinos<br>Director, Public Policy | 900 7th Street, NW<br>Suite 975<br>Washington, DC 20001 | jack.kalavritinos@covidien.com | (202) 310-5122 |
| DC Pediatric Palliative Care Collaboration | Susan K. Rogers, MS, BSN, RN, CHPN<br>Executive Director | 1537 30th Street, NW<br>Washington, DC 20007 | susan.k.rogers@verizon.net | (202) 965-1564 |
| Eli Lilly & Company | Patrick Toalson<br>Director, Pain Medicine Advocacy &<br>Professional Relations | Drop Code 4122<br>Indianapolis, IN 46285 | p.toalson@lilly.com | (317) 277-4258<br>(317) 445-1495 C<br>(317) 276-7100 F |
| Endo Pharmaceuticals | Linda Kitlinski<br>Senior Director, Scientific Affairs | 100 Endo Boulevard<br>Chadds Ford, PA 19317 | kitlinski.linda@endo.com | (800) 892-6131,<br>x6424 |
| | Brian Munroe<br>VP, Government Affairs | 499 South Capitol Street, SW<br>Suite 608-A<br>Washington, DC  20003 | munroe.brian@endo.com | (202) 479-4449<br>█████<br>(202)-479-4344 F |
| | Greg Thomas<br>Senior Director, State Government Affairs | 100 Endo Boulevard<br>Chadds Fords, PA  19317 | thomas.gregory@endo.com | █████<br>█████ |
| | Cathy Trzaskawka (Traz)<br>Director, External Affairs | 100 Endo Boulevard<br>Chadds Ford, PA 19317 | traz.cathy@endo.com | (610) 459-7629<br>█████ |
| Federation of State Medical Boards | Lisa Robin<br>Senior VP, Government Relations, Policy & Education | 1110 Vermont Avenue NW<br>Suite 1000<br>Washington, DC  20005 | lrobin@fsmb.org | (202) 530-4872 |

last updated January 2013

Contact Solana Shaw with updates/changes
solana.shaw@pharma.com or (202) 508-0189

PCF Directory Page 5 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004272101

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Grünenthal USA, Inc. | Marta Sokolowska, PhD<br>Director, Center for Abuse Prevention & Evaluation | One Pluckemin Way<br>Bedminster, NJ 07921 | marta.sokolowska@grunenthal.com | (908) 745-2273 |
| GW Pharmaceuticals | Alice Mead<br>Director, US Professional Relations | 4 Heather Way<br>Mill Valley, CA 94941 | apm@gwpharm.com | (415) 388-9057<br>(415) 383-7566 F |
| Harm Reduction Coalition | Whitney Englander<br>Government Relations Manager | 22 West 27th Street, 5th Floor<br>New York, NY 10001 | englander@harmreduction.org | (202) 730-5035 |
| | Ilisa Halpern Paul<br>Health Policy Associate | Drinker Biddle & Reath<br>1500 K Street, NW - Suite 1100<br>Washington, DC 20005 | ilisa.paul@dbr.com | (202) 230-5145 |
| | Sharon Stancliff, MD<br>Medical Director | 22 West 27th Street, 5th Floor<br>New York, NY 10001 | stancliff@harmreduction.org | (212) 213-6376 x39 |
| HDMA<br>(Healthcare Distribution Management Association) | Anita Ducca<br>Senior Director, Regulatory Affairs and Healthcare Policy | 901 N. Glebe Road<br>Suite 1000<br>Arlington, VA 22203 | aducca@hdmanet.org | (703) 885-0240<br>(703) 935-3200 F |
| | Kristen Freitas<br>Director, Federal Government Affairs | 901 N. Glebe Road<br>Suite 1000<br>Arlington, VA 22203 | kfreitas@hdmanet.org | (703) 885-0232<br>(703) 812-5282 F |
| | Jewelyn Wellborn Cosgrove<br>Manager, Federal Government Affairs | 901 N. Glebe Road<br>Suite 1000<br>Arlington, VA 22203 | jwellborn@hdmanet.org | (703) 885-0272<br>(703) 812-5282 F |
| Hematology/Oncology Pharmacy Association | Jeremy Scott, MA<br>Health Policy Associate | Drinker Biddle & Reath<br>1500 K Street, NW - Suite 1100<br>Washington, DC 20005 | jeremy.scott@dbr.com | (202) 230-5197<br>(202) 230-5300 F |

last updated January 2013

Contact Solana Shaw with updates/changes
solana.shaw@pharma.com or (202) 508-0189

PCF Directory Page 6 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Horizon Pharma | Marsha Stanton, PhD, RN<br>Executive Director, Advocacy & External Affairs | 4400 Sunfield Avenue<br>Long Beach, CA 90808 | mstanton@horizonpharma.com | (562) 594-9151<br>(732) 770-7997 C |
| Hospice and Palliative Nurses Association | Joy Buck, RN, PhD | WV University School of Medicine - Eastern Division<br>2500 Foundation Way<br>Martinsburg, WV 25401 | jbuck@hsc.wvu.edu | (304) 264-9202 |
|  | Sally Welsh<br>CEO | One Penn Center West<br>Suite 229<br>Pittsburgh, PA 15276 | sallyw@hpna.org | (412) 787-9301 |
| Inflexxion, Inc. | Kevin L. Zacharoff, MD, FACPE, FACIP, FAAP<br>Director, Medical Affairs | 320 Needham Street<br>Suite 100<br>Newton, MA 02464 | kzacharoff@inflexxion.com | (617) 332-6028x214<br>(516) 639-6607 C<br>(631) 941-3540 F |
| International Association for Pain and Chemical Dependency | Kathleen Strauser | Highwater Partners Inc.<br>1808 Wrightfield Avenue<br>Yardley, PA 19067 | kstrauser@highwaterpartners.net | (215) 990-1540 |
| Interstitial Cystitis Association | Barbara Gordon<br>Executive Director | 100 Park Avenue<br>Suite 108A<br>Rockville, MD 20850 | bgordon@ichelp.org | (301) 610-5370<br>(301) 610-5308 F |
| Johnson & Johnson | J. Michael Hall | Madison Associates, LLC<br>316 Pennsylvania Ave, SE<br>Suite 404<br>Washington, DC 20003 | mhall@madisonassoc.com | (202) 547-1866 |
|  | Darrel C. Jodrey<br>Executive Director, Federal Affairs | 1350 I (Eye) Street, NW<br>Suite 1210<br>Washington, DC 20005 | djodrey@its.jnj.com | (202) 589-1006 |
|  | Alyson Lewis | Madison Associates, LLC<br>316 Pennsylvania Ave, SE<br>Suite 404<br>Washington, DC 20003 | alewis@madisonassoc.com | (202) 547-1866 |

last updated January 2013

Contact Solana Shaw with updates/changes
solana.shaw@pharma.com or (202) 508-0189

PCF Directory Page 7 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| (Johnson & Johnson, continued) | Malcolm Monaghan<br>Director, Health Policy & Strategy | 1000 Rte 202<br>Raritan, NJ  08869 | mmonagh4@its.jnj.com | (908) 927-4753 |
| | Kristin Recchiuti<br>Director Medical Affairs, Advocacy<br>(McNeil Consumer Healthcare) | 7050 Camphill Road, MB#270<br>Fort Washington, PA  19034 | krecchiu@its.jnj.com | (215) 273-8527<br>(215) 273-4152 F |
| Medical Pain Management (Clinic) | Alfred Anderson, MD<br>Medical Director | 5775 Wayzata Boulevard, #110<br>Minneapolis, MN 55416 | aanderson@medpainmanagement.com | (952) 835-9777<br>(952) 835-9830 F |
| Medtronic, Inc. | Rosemary Garza<br>Associate Director, Government Affairs | 950 F Street, NW<br>Suite 500<br>Washington, DC  20004 | rosemary.garza@medtronic.com | (202) 442-3623<br>(202) 731-6947 C<br>(202) 638-4156 F |
| National Association of Chain Drug Stores | Chrissy Kopple<br>VP, Media Relations | 1776 Wilson Boulevard<br>Suite 200<br>Arlington, VA 22209 | ckopple@nacds.org | (703) 837-4266<br>(571) 213-4521 C<br>(703) 836-4869 F |
| National Community Pharmacists Association | Ronna B. Hauser, PharmD<br>VP, Policy and Regulatory Affairs | 100 Daingerfield Road<br>Alexandria, VA 22314-2888 | ronna.hauser@ncpanet.org | (703) 838-2691<br>(703) 638-6375 F |
| National Fibromyalgia & Chronic Pain Association | Janet Favero Chambers<br>President | 31 Federal Avenue<br>Logan, UT  84321 | jan.chambers@fmcpaware.org | (435) 753-4148<br>(435) 757-9992 C<br>(435) 752-3556 F |
| National Hospice & Palliative Care Organization | Jonathan Keyserling<br>VP, Public Policy & Counsel | 1731 King Street, Suite 100<br>Alexandria, VA 22314 | jkeyserling@nhpco.org | (703) 837-3153<br>(703) 837-1233 F |
| | Judi Lund Person<br>VP, Compliance & Regulatory Leadership | 1731 King Street, Suite 100<br>Alexandria, VA 22314 | jlundperson@nhpco.org | (703) 837-3122<br>(703) 837-1233 F |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                                              PPLP004272104

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| The Neuropathy Association | Natacha Pires<br>Director, Medical and Public Affairs | 60 East 42nd Street, Suite 942<br>New York, NY  10165-0930 | npires@neuropathy.org | (202) 692-0665 |
|  | Tina Tockarshewsky<br>President and CEO | 60 East 42nd Street, Suite 942<br>New York, NY  10165-0930 | ttockars@neuropathy.org | (212) 692-0380<br>(212) 692-0668 F |
| Odyssey HealthCare of Northern California | Christy Torkildson, RN, PHN, MSN | 49 Cuenca Court<br>San Ramon, CA 94583 | torkc@sbcglobal.net | (925) 984-3201 |
| Oncology Nursing Society | Alec Stone, MA, MPA<br>Health Policy Director | 750 First Street, NE #716<br>Washington, DC 20002-4241 | astone@ons.org | (301) 661-1428 |
| Pain & Policy Studies Group | Aaron Gilson, PhD<br>Director, US Policy Research | University of Wisconsin Carbone Cancer Center<br>6152 Medical Sciences Center<br>1300 University Avenue<br>Madison, WI 53706 | amgilson@wisc.edu | (608) 263-7662<br>(608) 263-0259 F |
|  | David E. Joranson<br>Senior Scientist | University of Wisconsin Carbone Cancer Center<br>6152 Medical Sciences Center<br>1300 University Avenue<br>Madison, WI 53706 | joranson@wisc.edu | (608) 263-7662<br>(608) 263-0259 F |
| Pain Care Coalition | Adam Chrisney<br>Sr. Legislative Director | Powers, Pyles, Sutter & Verville<br>1501 M Street, NW - Suite 700<br>Washington, DC 20005 | adam.chrisney@ppsv.com | (202) 349-4268 |
|  | Robert J. Saner<br>Washington Counsel | Powers, Pyles, Sutter & Verville<br>1501 M Street, NW - Suite 700<br>Washington, DC 20005 | robert.saner@ppsv.com | (202) 466-6550<br>(202) 785-1756 F |
| Pain Treatment Topics | Stewart B. Leavitt, MA, PhD<br>Executive Director | 202 Shermer Road<br>Glenview, IL  60025 | stew202@comcast.net | (847) 724-3091<br>(847) 421-9397 C |

last updated January 2013

Contact Solana Shaw with updates/changes
solana.shaw@pharma.com or (202) 508-0189

PCF Directory Page 9 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| Pfizer | Janet McUlsky<br>Senior Director, Worldwide Alliance Development | 325 7th St., NW - Suite 1200<br>Washington, DC 20004 | janet.mculsky@pfizer.com | (202) 783-7070<br>(202) 347-2044 F<br>(202) 415-4291 C |
| PhRMA (Pharmaceutical Research & Manufacturers of America) | Sharon Brigner, MS, RN<br>Deputy Vice President, State Government Affairs | 950 F Street, NW - Suite 300<br>Washington, DC 20004 | sbrigner@phrma.org | (202) 835-3489<br>(202) 306-2465 C |
| Purdue Pharma LP | Pamela Bennett<br>Executive Director, Advocacy | 1 Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | pamela.bennett@pharma.com | (203) 588-8348 |
| | Jennifer G. Erensen, MPH<br>Associate Director, Health Policy | 1 Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | jennifer.erensen@pharma.com | (203) 588-7146 |
| | J. David Haddox, DDS, MD<br>VP, Health Policy | 1 Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | dr.j.david.haddox@pharma.com | (203) 588-7667<br>(203) 588-6242 F |
| | Burt Rosen<br>VP, Federal Government Affairs | 1301 K Street, NW<br>Suite 1050 East<br>Washington, DC 20005 | burt.rosen@pharma.com | (202) 508-0181<br>████ C<br>(202) 508-0755 F |
| | Kim Tiller, RN, MPH<br>Assistant Director, Healthcare Alliance Development | 1 Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | kimberly.tiller@pharma.com | (203) 588-8538<br>(203) 588-6033 F<br>████ C |
| RADARS System | Jody L. Green, PhD<br>Associate Research Director | Rocky Mountain Poison & Drug Center<br>777 Bannock Street, MC 0180<br>Denver, CO 80204 | jody.green@rmpdc.org | (303) 389-1246<br>(303) 739-1469 F |
| | Luke Poppish<br>Research Projects Coordinator | Rocky Mountain Poison & Drug Center<br>777 Bannock Street, MC 0180<br>Denver, CO 80204 | luke.poppish@rmpdc.org | (303) 389-1256<br>(303) 739-1440 F |

last updated January 2013

Contact Solana Shaw with updates/changes
solana.shaw@pharma.com or (202) 508-0189

PCF Directory Page 10 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004272106

**PAIN CARE FORUM**
Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE<br>CELL (C)<br>FAX (F) |
|---|---|---|---|---|
| <u>Reflex Sympathetic Dystrophy Syndrome Association</u> | Jim Broatch<br>Executive Director | P.O. Box 502<br>Milford, CT 06460 | jwbroatch@aol.com | (877) 662-7737 |
| <u>RNRx</u> | Windy Carson-Smith<br>CEO | Carson Company, LLC<br>1937 11th Street, NW<br>Washington, DC 20001 | carsonco@aol.com | (202)232-5193<br>(202)251-2990 C |
| <u>St. Jude Medical</u> | Ashli Douglas<br>Senior Director, Government Affairs | One Massachusetts Avenue, NW<br>Suite 330<br>Washington, DC 20001 | adouglas@sjm.com | (202) 384-1360 |
| | Kim Elting<br>General Counsel, VP Human Resources & Health Policy<br>Nueromodulation Division | 6901 Preston Road<br>Plano, TX 75024 | kim.elting@sjmneuro.com | (972) 526-9640 |
| <u>Teva Pharmaceuticals</u> | Stacey Beckhardt<br>Associate Director, Advocacy Relations/Government & Public Affairs | 41 Moores Road<br>PO Box 4011<br>Frazer, PA 19355 | stacey.beckhardt@tevapharm.com | (610) 738-6198<br>(610) 247-0212 C<br>(610) 738-6641 F |
| | Robert Falb<br>Director, Government & Public Affairs | 25 Massachusetts Avenue, NW<br>Suite 440<br>Washington, DC 20001 | rob.falb@tevapharm.com | (202) 639-3800 |
| | Kathy Sapp<br>Senior Manager, Advocacy & Education Development, Professional Affairs, Medical Affairs | 901 East 104th Street<br>Suite 900<br>Kansas City, MO 64131 | kathy.sapp@tevapharm.com | (816) 508-5191<br>(913) 231-6390 C<br>(816) 508-5012 F |
| <u>The Parntership at Drugfree.org</u> | Marcia Lee Taylor<br>SVP, Government Affairs | 16 Webster Street<br>Winchester, MA 01890 | marcialee_taylor@drugfree.org | (781) 721-1279<br>(202) 841-3156 C<br>(781) 721-1452 F |

last updated January 2013

Contact Solana Shaw with updates/changes
solana.shaw@pharma.com or (202) 508-0189

PCF Directory Page 11 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                      PPLP004272107

**PAIN CARE FORUM**

Directory

| ORGANIZATION | PARTICIPANT | ADDRESS | EMAIL | TELEPHONE CELL (C) FAX (F) |
|---|---|---|---|---|
| US Pain Foundation | Dee Delezene Browers, MSCP, NCC, LPC<br>Director of Volunteers, Pain Ambassadors | PO Box 2182<br>Shelton, CT 06484 | dee@uspainfoundation.org | (800) 910-2462<br>(800) 929-4062 F |
| | Paul Gileno<br>President/Founder | PO Box 2182<br>Shelton, CT 06484 | uspainfoundation@gmail.com | (800) 910-2462 |
| Virginia Cancer Pain Initiative | Patrick Coyne, RN, MSN, CS, CHPH, FAAN | 19544 Sterling Creek Lane<br>Rockville, VA 21346 | user479069@aol.com | (804) 828-6481 |
| Wisconsin Pain Initiative | June Dahl<br>Co-founder/Advisor | 1300 University Avenue, #4720<br>Madison, WI  53706 | jldahl@wisc.edu | (608) 265-4012<br>(608) 265-4014 F |

last updated January 2013

**Contact Solana Shaw with updates/changes**
**solana.shaw@pharma.com or (202) 508-0189**

PCF Directory Page 12 of 12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004272108