# PSJ3 Exhibit 2

Message

| | |
|---|---|
| **From**: | Must, Alan [/O=PURDUE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=A714329C9F0B42649191A8F5C39122B8] |
| **Sent**: | 12/21/2015 3:56:05 PM |
| **To**: | Rosen, Burt [/O=PURDUE/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=1f792308a3514b9fb7647c557de3cb18] |
| **Subject**: | Re: Pain Care Forum |

I would be careful with this one . You appear to be taking the right approach.

Sent from my iPhone

On Dec 21, 2015, at 11:30 AM, Rosen, Burt <Burt.Rosen@pharma.com> wrote:
Please read the trail of emails and let me know what you think. Have a great holiday.


Begin forwarded message:
**From:** "Rosen, Burt" <Burt.Rosen@pharma.com>
**Date:** December 21, 2015 at 11:07:14 AM EST
**To:** "Damas, Raul" <Raul.Damas@pharma.com>
**Cc:** "Josephson, Robert" <Robert.Josephson@pharma.com>
**Subject: Re: Pain Care Forum**
As I think about this, I can check with Chrissy even though she has retired. If we wanted to invite a reporter we could ask the communications task force to do so and I could meet with PR people from the organizations who participate in the Pain Care Forum.

On Dec 21, 2015, at 11:05 AM, Rosen, Burt <Burt.Rosen@pharma.com> wrote:
I am not aware of a meeting with Chrissy Kopple and Tim Martin. If it took place it would've been with the communications task force. I think we better discuss this. But I see no reason that you have to invite the media to a meeting of organizations anymore than you would have to invite them to any other coalition meeting. To my knowledge we have never said it's an open forum only that it's open to any organization that has a legitimate interest and the issues for which the Pain Care Forum was established.

On Dec 21, 2015, at 10:52 AM, Damas, Raul <Raul.Damas@pharma.com> wrote:
Burt, is there some other forum in which he participated? I specifically recall Chrissy Kopple having a meeting with him and PCF members, as part of the PCF. She even drafted a report, I believe. This was shortly after I arrived.

Either way, we should consider this and discuss it. Preventing media from a meeting we describe as open to all is problematic.

Raul Damas
Vice President, Corporate Affairs
Purdue Pharma
203-588-7600
[redacted] - m

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                            PPLP004266177

**From:** Rosen, Burt
**Sent:** Monday, December 21, 2015 10:44 AM
**To:** Damas, Raul
**Cc:** Josephson, Robert
**Subject:** Re: Pain Care Forum

No. We have not invited media.

On Dec 21, 2015, at 10:42 AM, Damas, Raul <Raul.Damas@pharma.com> wrote:

Didn't Tim Martin attend?

Raul Damas
Vice President, Corporate Affairs
Purdue Pharma
203-588-7600
███████████ - m

**From:** Rosen, Burt
**Sent:** Monday, December 21, 2015 10:42 AM
**To:** Josephson, Robert
**Cc:** Damas, Raul
**Subject:** Re: Pain Care Forum

We have always restricted media from coming to the Pain Care Forum as the meetings are completely off the record. That has been the case even though we obviously send an email out to 150 people. Is he asking?

On Dec 21, 2015, at 10:29 AM, Josephson, Robert <Robert.Josephson@pharma.com> wrote:
What would your reaction be if we invited Brett from Politico to a Pain Care Forum meeting?  Strict ground rules, background only, etc.

Bob Josephson
Director, Media Relations
Purdue Pharma L.P.
E-mail:  Robert.Josephson@pharma.com
Direct:  203-588-7114
Cell: ███████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                            PPLP004266178