# PSJ3 Exhibit 4

# Pain Care Forum Media Committee
## Report from July 16, 2009, Call
## Draft Submitted July 17, 2009

**Participants:**

| | |
|---|---|
| Lennie Duensing | American Academy of Pain Management |
| Ed Duensing | American Academy of Pain Management |
| Lisa Morgan | Center to Advance Palliative Care |
| Tina Regester | American Pain Foundation |
| Stewart Leavitt | Pain Treatment Topics |
| Burt Rosen | Purdue Pharma |
| Stacey Beckhardt | Cephalon |

Below is a draft summary of the July 16, 2009, call of the Pain Care Forum Media Committee.

- **OBJECTIVES / SCOPE**
  - Consideration was given to the objectives and scope of the media outreach, i.e., focus on FDA / REMS issues or wrap efforts into a broader pain awareness campaign.
    - There appeared to be preliminary consensus that initial efforts should be more narrowly focused on REMS; if funding becomes available, a broader approach could be undertaken.
  - It was recognized that decisions regarding objectives and the scope of outreach must be made in the context of a "fluid" situation.

- **CAMPAIGN GOALS AND MESSAGES**
  - The goal of the campaign was suggested to be delivering a "zero sum game" message (i.e., zero barriers to patient access). It was suggested that taking this stance was more likely to result in policy makers and the public taking a more balanced position in the long run. This reporter does not believe the benefits and risks of this approach were sufficiently discussed to indicate consensus was reached.
  - The need for some level of "controversy," rather than an educational approach, would likely be required to garner significant media attention.
    - There was not, however, broad support for the proposed "pain kills" campaign name. Concerns were raised that this could be misinterpreted to suggest pain medications are associated with deaths.
  - The concept that the abuse and diversion problem should not, and could not, be solved on the backs of people with pain was broadly supported as a key message.
  - The need for stories on addiction as a medical disease was discussed, as was the need to get addiction specialists involved.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  PPLP004051807

- The impact of news coverage of Michael Jackson's potential misuse of pain medications was considered; it was suggested that it was best not to "piggy back" on this story.

☐ **TACTICAL IMPLEMENTATION**
- There was general recognition that the proposed plan would be expensive to implement in full and that professional agency support would facilitate its success.
- The potential impact of media outreach on the congressional outreach strategy was considered; no problems were anticipated with a simultaneous roll-out of tactics.
- The group considered the merits of a phased-in media outreach approach that focused on achievable and reasonably affordable tactics.
    - The use of existing communication vehicles to reach out to the memberships of not-for-profit organizations, including those outside of the Pain Care Forum who may have interests in pain management, was broadly supported. This approach would be a first step to build awareness among people with pain and healthcare professionals.
    - The group discussed holding a press briefing with an audio component at the National Press Club as a relatively affordable and effective approach.
    - The group was encouraged to consider controlled media tactics, such as mat releases and audio news releases, as relatively low cost means of getting out and controlling messages.
    - Coordinating editorial / desk-side briefings was considered.
    - Consideration was given to starting another petition as a media hook.
- A suggestion was made that the group consider stories aimed at political reporters (e.g., CNN, MSNBC, etc.).
    - Stories could highlight the potential shift in FDA's traditional focus on the patient as a result of legislative language in FDAAA regarding REMS, i.e., is the agency moving its attention away from risks specific to patients to the management of public safety concerns (i.e., abuse and diversion), which are risks generally managed by DEA as a law enforcement matter or by SAMHSA or CDC as public health initiatives. In essence, the story would highlight the blurring of responsibilities between FDA and other agencies, and the impact this may have on patient care and access to appropriate medications.
    - Another angle considered was the passing of legislation to address abuse and diversion issues, such as NASPERS, with inadequate provision of funds to support implementation.

☐ **ROLE OF INDUSTRY**
- Consensus was developing that this program should be driven by the not-for-profit community, potentially with multiple industry sponsors.
- It was suggested that the group consider tapping into the in-house expertise of industry public relations staff rather than relying solely on funding.

☐ **NEXT STEPS**
- Stacey Beckhardt will obtain preliminary estimates of the cost of a press briefing at the National Press Club.

Pain Care Forum Media Committee
July 16, 2009, Call Report (July 17, 2009, Draft)
Page 2 of 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         PPLP004051808

- The group was asked to think of possible new campaign titles.
- Consensus needs to be obtained with respect to the breadth of the campaign messages; Lennie Duensing will reach out to Will Rowe.
- Individuals must be identified from the professional and patient community who can deliver campaign messages.
- Individuals should be identified from whom the media are likely to solicit input, both positive and negative.
- The proposed media outreach plan should be placed on the agenda of the August Pain Care Forum meeting.

Respectfully submitted:     Stacey Beckhardt, Cephalon

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     PPLP004051809