# PSJ3
# Exhibit 6

 NATIONAL ASSOCIATION OF
CHAIN DRUG STORES

# NACDS NOMINATING COMMITTEE

# 2018 – 2019 SLATE OF NOMINATIONS

**Officers for the 2018-2019 year:**

- Chairman of the Board – Mark Panzer, Albertsons Companies
- Vice Chairman of the Board – Chris Lane, Wakefern Food Corp./ShopRite
- Treasurer – Richard Ashworth, Walgreen Co.
- President and CEO – Steven C. Anderson, NACDS
- Corporate Secretary – David M. Fitzsimmons, NACDS

**Executive Committee:**

- Richard Ashworth
- Chris Lane

**Board Members with Terms Set to Expire in 2018, Who Are Nominated to another Three-year Term Set to Expire in 2021:**

- Richard Ashworth, Walgreen Co.;
- George Bartell, The Bartell Drug Company;
- Jon Giacomin, Medicine Shoppe International, Inc.;
- Alex Gourlay, Walgreen Co.;
- John Standley, Rite Aid Corporation;
- Sharon Sternheim, Zitomer/Thriftway Drug Corp.;
- Kermit Crawford, Rite Aid Corporation, and
- Marybeth Hays, Walmart

**New Member of the Board of Directors, Who is Nominated to a Three-year Term Set to Expire in 2021:**

- Nick Loporcaro, Health Mart

HIGHLY CONFIDENTIAL

WAGMDL00593972



## 2018 – 2019 NACDS FOUNDATION SLATE OF NOMINATIONS

| | |
|---|---|
| Steven Anderson | NACDS |
| Eileen Howard Boone | CVS Health |
| Gina Boswell | Unilever |
| Maureen Cavanaugh | Teva Pharmaceuticals |
| Michael Conley | Novartis Pharmaceuticals Corporation |
| Janice Cooney | Johnson & Johnson Consumer Inc. |
| Victor Curtis | Costco Wholesale dba Costco Pharmacies |
| Lou Dallago | Pfizer Inc., Worldwide Pharmaceuticals |
| Christopher Dimos | McKesson Corporation |
| Rick Gates | Walgreen Co. |
| Nikki Griffin | Lewis Drug, Inc. |
| Jeffrey Hampton | Apotex Corp. |
| Susan Henderson | Rite Aid Corporation |
| Steve Kelly | Coca-Cola |
| Jackie Madsen | L'Oreal Paris |
| Matthew Mazeffa | GlaxoSmithKline |
| Robert Potter | Mylan, Inc. |
| George Rafferty | AmerisourceBergen Corporation |
| Daniel Salemi | Albertsons Companies |
| James Scott | Cardinal Health |
| Peter Thompson | Colgate-Palmolive Company |
| Todd Tillemans | Hershey |
| Kristin Williams | Hy-Vee, Inc. |
| Barron Witherspoon | The Procter & Gamble Company |

HIGHLY CONFIDENTIAL