# PSJ3 Exhibit 7

| | |
|---|---|
| **From:** | NACDS News Release <nacdsmedia@nacds.org> on behalf of NACDS News Release <nacdsmedia@nacds.org> |
| **To:** | Peter Ratycz |
| **Sent:** | 4/18/2016 1:00:36 PM |
| **Subject:** | NACDS Elects 2016-2017 Officers, New Board, Executive Committee Members |

FOR IMMEDIATE RELEASE          Contact: <u>Chris Krese</u>
April 18, 2016                                          (703) 837-4650

## NACDS Elects 2016-2017 Officers, New Board, Executive Committee Members

**Palm Beach, Fla.** – During its Annual Meeting, the National Association of Chain Drug Stores (NACDS) elected new officers, two new Executive Committee members and six new Board of Directors members for the coming year.

**Martin Otto, chief merchant & chief financial officer of H-E-B**, will serve as the new NACDS chairman of the Board of Directors, succeeding **Randy Edeker, chairman, CEO and president of Hy-Vee, Inc.**

In addition, **Alex Gourlay, president of Walgreen Co.**, was elected NACDS vice chairman, and **Mark Panzer, senior vice president of pharmacy, health and wellness of Albertsons Companies**, was elected NACDS treasurer. Each officer will serve a one-year term.

"It is a pleasure to welcome Martin as chairman of the NACDS Board of Directors," said NACDS President and CEO Steven C. Anderson, IOM, CAE. "Martin has generously and energetically contributed his leadership to NACDS as a member of the Board and as an officer, and the entire H-E-B team has a legacy of strong engagement in all facets of NACDS' work."

The NACDS Board also elected the following new Executive Committee members: **Carmen Bauza, senior vice president and general merchandise manager at Walmart** and **Mark Panzer, senior vice president of pharmacy, health and wellness with Albertsons Companies.**

Six new Board of Directors members were also elected to serve three-year terms: **Rick Keyes, president at Meijer, Inc.; Chris Lane, senior vice president at Wakefern Food Corp./ShopRite; Andre Persaud, executive vice president of retail at Shopko Stores Operating Co., LLC; George Riedl, senior vice president, president Walmart Health and Wellness;** and **David Vucurevich, chief operating officer at Genoa, a QoI Healthcare Company.**

The 26 members of the NACDS Board of Directors develop NACDS' policies and priorities.

###

*NACDS represents traditional drug stores and supermarkets and mass merchants with pharmacies. Chains operate more than 40,000 pharmacies, and NACDS' chain member companies include regional chains, with a minimum of four stores, and national companies. Chains employ more than 3.8 million individuals, including 175,000 pharmacists. They fill over 2.7 billion prescriptions yearly, and help patients use medicines correctly and safely, while offering innovative services that improve patient health and healthcare affordability. NACDS members also include more than 800 supplier partners and nearly 40 international members representing 13 countries. For more information, visit <u>www.NACDS.org</u>.*

***Pharmacies. The face of neighborhood healthcare.***

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                  DDM00329674

National Association of Chain Drug Stores
1776 Wilson Boulevard, Suite 200
Arlington, VA 22209

f    t    y    f    l

This message was intended for: pratycz@discount-drugmart.com to keep you appraised of our new offerings or services.

Unsubscribe

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                                                    DDM00329675