# PSJ3 Exhibit 9

| | |
|---|---|
| From: | NACDS News Release <NACDSMedia@nacds.org> on behalf of NACDS News Release <NACDSMedia@nacds.org> |
| To: | Peter Ratycz |
| Sent: | 4/28/2014 6:19:28 PM |
| Subject: | NACDS Announces 2014-2015 Officers, Welcomes New Board, Executive Committee Members during Annual Meeting |

FOR IMMEDIATE RELEASE                                    Contact: Chrissy Kopple
April 28, 2014                                                              (703) 837-4266

## NACDS Announces 2014-2015 Officers, Welcomes New Board, Executive Committee Members during Annual Meeting

**Scottsdale, Ariz.** – The National Association of Chain Drug Stores (NACDS) elected new officers, one new Executive Committee member and three new Board of Directors members for the coming year during its Annual Meeting this weekend.

John Standley, chairman and chief executive officer of Rite Aid Corporation, was elected as the new NACDS chairman of the Board of Directors, succeeding Robert J. Narveson, president and chief executive officer of Thrifty White Pharmacy.

In addition, Juan M. Ortiz, chief executive officer of Navarro Discount Pharmacies, was elected vice chairman, and Randall B. Edeker, chairman and chief executive officer of Hy-Vee Inc., was elected treasurer.

"It is a pleasure to welcome John Standley as the new chairman of the NACDS Board of Directors," said NACDS President and CEO Steven C. Anderson, IOM, CAE. "In his role as vice chairman of the Board and chairman of the NACDS Political Action Committee (PAC), John has demonstrated leadership and a strong commitment to the industry and to NACDS."

In addition to the election of the new officers for one-year terms, the NACDS Board elected Randall Edeker as a new Executive Committee member.

Three new Board of Directors members were also elected: Carmen R. Bauza, senior vice president and general merchandise manager, health and wellness for Wal-Mart Stores, Inc.; Daniel Salemi, RPh, president of pharmacy division for New Albertsons Inc.; and J.K. Symancyk, president of Meijer, Inc.

These three new Board members will join the other 21 members of the NACDS Board of Directors to develop NACDS' policies and priorities.

This release can also be found on the NACDS website.

###

*NACDS represents traditional drug stores and supermarkets and mass merchants with pharmacies. Chains operate more than 40,000 pharmacies, and NACDS' 125 chain member companies include regional chains, with a minimum of four stores, and national companies. Chains employ more than 3.8 million individuals, including 175,000 pharmacists. They fill over 2.7 billion prescriptions yearly, and help patients use medicines correctly and safely, while offering innovative services that improve patient health and healthcare affordability. NACDS members also include more than 800 supplier partners and nearly 40 international members representing 13 countries. For more information, visit www.NACDS.org.*

**Pharmacies. The face of neighborhood healthcare.**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                 DDM00282297

National Association of Chain Drug Stores
1776 Wilson Boulevard, Suite 200
Arlington, VA 22209



This message was intended for: pratycz@discount-drugmart.com to keep you appraised of our new offerings or services.

Unsubscribe

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                                                          DDM00282298