# PSJ3 Exhibit 10

| | |
|---|---|
| **From:** | Tankut, Papatya </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PTANKUT> |
| **To:** | Burton, Larry; Schlaifer, Marissa C; Ferguson, Betsy |
| **CC:** | Edmondson, Stephanie |
| **Sent:** | 10/25/2013 10:07:14 AM |
| **Subject:** | FW: FDA hydrodocone rescheduling recommendation |

# Redacted - Privilege

**From:** DeAngelis, Michael J.
**Sent:** Friday, October 25, 2013 9:23 AM
**To:** Tankut, Papatya; Castel, Carolyn
**Subject:** FW: FDA hydrodocone rescheduling recommendation

FYI, thanks.

Mike DeAngelis | CVS/pharmacy | Director, Public Relations | 401.770.2645 | Michael.DeAngelis@CVSCaremark.com

**From:** Chrissy Kopple [mailto:CKopple@NACDS.org]
**Sent:** Friday, October 25, 2013 9:24 AM
**To:** Ashley Flower; Betsy Hageman; Bill Ladwig; Castel, Carolyn; Chris Krese; Chrissy Kopple; David Tovar; Diane Eliezer; Doug Read; Heidi Snyder; 'Jennifer.speares@searshc.com'; jlindoo@thriftywhite.com; Katie.Boylan (Katie.Boylan@target.com); Lee Culpepper (Lee.culpepper@wal-mart.com); Lisa Boylan; Maria Brous; Michael Burns; Michael Siemienas; michael.polzin@walgreens.com; Michelle Gilliam (Michelle.Gilliam@McKesson.com); Michelle Lee (mslee@rexall.ca); Mike Erlandson (mike.erlandson@supervalu.com); Mike Petocchi; Mike Wunder; DeAngelis, Michael J.; Phil Zam; robert.borella@gianteagle.com; Ruth Comer; Stacie Behler (stacie.behler@meijer.com); Susan Henderson (skhenderson@riteaid.com)
**Subject:** FDA hydrodocone rescheduling recommendation

Strategic Communications Committee:

NACDS worked with several media outlets and provided a statement to *The New York Times, The Wall Street Journal, Bloomberg* and *Inside Health Policy* following the FDA recommendation to reschedule hydrocodone yesterday. In the statement, NACDS emphasized pharmacy's dual focus on confronting prescription drug abuse while maintaining legitimate access to medications that patients need for legitimate purposes. Below is the statement and additional information we provided to each outlet.

*Pharmacies have a zero tolerance for prescription drug abuse and a 100-percent commitment to patient care. This proposal is not the best avenue to address abuse, and would negatively impact access to needed medications for those who suffer from chronic pain. In the interest of patient care, we have worked with patient advocacy groups in opposition to this recommendation as we support and advance workable solutions.*

In addition, the following materials will provide context on NACDS' position on this issue:

Column by NACDS President and CEO Steve Anderson: http://www.nacds.org/Home/TabId/107/PostId/3720/addressing-prescription-drug-abuse-and-access-issues-every-day.aspx

Letter from NACDS and patient groups to FDA: http://www.nacds.org/pdfs/pr/2013/PCF_FDA_hydro.pdf

CONFIDENTIAL

CVS-MDLT1-000121577

NACDS is also coordinating next steps with the communications working group of the Pain Care Forum, a working group that NACDS coordinates.

Please let us know if you have any questions. Thank you.

Best,
Chrissy
CHRISSY KOPPLE, IOM
Vice President, Media Relations
ckopple@nacds.org
P: (703) 837.4266
C: (571) 213.4521
National Association of Chain Drug Stores (NACDS)
1776 Wilson Blvd. Suite 200 Arlington, VA 22209

www.nacds.org
www.facebook.com/NACDS.org
www.twitter.com/@NACDS

CONFIDENTIAL

CVS-MDLT1-000121578