# PSJ3
# Exhibit 11

| | |
|---|---|
| **From:** | Merlo, Larry J. </O=CVSCAREMARK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LJMERLO> |
| **To:** | Foulkes, Helena B.; Sussman, Wendy P.; Leonard, Matthew J.; Link, Ronald E. |
| **Sent:** | 2/5/2012 10:30:08 AM |
| **Subject:** | Fw: Executive Committee Call -- Follow-up Materials |
| **Importance:** | High |
| **Attachments:** | NACDS EC Memo Feb12 Drug Safety(6).doc |

Attached is what was requested last Thursday from NACDS regarding a side by side comparison as to this latest recommendation vs the previously approved trace back one NACDs position. The question raised last week was would the new recommendation be more burdensome to execute at retail. I don't understand what's involved to answer that myself but nacds is a claiming this is less difficult to implement and that position is supported by HDMA. Can we discuss this for a few minutes tomorrow as I need to get back to the committee. Helena can you forward to Ravi. Thanks.

Larry

-----------------------
Sent from my BlackBerry Wireless Handheld

---

**From:** Carol Kelly <CKelly@NACDS.org>
**To:** 'Andy Giancamilli' <agiancamilli@rexall.ca>; 'Anthony Civello' <acivello@kerrdrug.com>; 'Bob Loeffler' <loeffler.bob@HEB.com>; 'Bob Narveson' <rnarveson@thriftywhite.com>; Craig C. Painter (craigpainter@kinneydrugs.com) <craigpainter@kinneydrugs.com>; 'Greg Wasson' <greg.wasson@walgreens.com>; Merlo, Larry J.; 'Mark Griffin' <mgriffin@lewisdrug.com>; 'Mary Sammons' <msammons@riteaid.com>; 'Mike Kaufmann' <mike.kaufmann@cardinalhealth.com>; 'Paul Beahm' <pebeahm@wal-mart.com>; Steve Anderson <SAnderson@NACDS.org>
**Cc:** 'Diane Burke (Civello)' <dburke@kerrdrug.com>; 'Frances Lozano (Loeffler)' <lozano.frances@heb.com>; 'Jane Griffith (Griffin)' <jgriffith@lewisdrug.com>; 'Jessica Logan (Wasson)' <jessica.logan@walgreens.com>; 'Kelly Gitt (Sammons)' <kgitt@riteaid.com>; Mary Diggs <MDiggs@NACDS.org>; 'Michelle Hunsaker (Beahm)' <michelle.hunsaker@wal-mart.com>; Laferte, Priscilla A.; 'Sharon Hollinrake (Narveson)' <shollinrake@thriftywhite.com>; 'Shelly Skaggs (Kaufmann)' <Shelly.Skaggs@cardinalhealth.com>; 'Tracey Stoffel (Painter)' <traceystoffel@kinneydrugs.com>; 'Val Willson (Giancamilli)' <vwillson@rexall.ca>; Jim Huber <jhuber@NACDS.org>; Kevin Nicholson <KNicholson@NACDS.org>; Julie Khani <JKhani@NACDS.org>; Kathleen Jaeger <KJaeger@NACDS.org>; Jim Whitman <jwhitman@NACDS.org>; Chris Krese <CKrese@NACDS.org>; Don Bell <dbell@NACDS.org>
**Sent:** Fri Feb 03 15:33:02 2012
**Subject:** RE: Executive Committee Call -- Follow-up Materials

To:  Executive Committee Members
Fr:   Carol Kelly

Many thanks to those of you who were able to join us for the call yesterday.  During that time, we were asked to provide a memo to the Executive Committee members on the drug safety issue summarizing the political environment, the efforts of a national coalition to unite the entire supply chain around supply chain security, and our current proposal in comparison to one pending before that coalition.  The key questions pending before the Executive Committee are whether NACDS should embrace the proposal pending before the coalition and if NACDS should rejoin the coalition at some point to address the issues there of concern to our members.  We understand that CVS/Caremark may be providing to the Executive Committee thoughts on the coalition pending proposal.  We look forward to receiving the CVS/Caremark comments as well as comments from the other Executive Committee members and would appreciate hearing from everyone as early as possible next week.  Have a great weekend!

**CONFIDENTIAL**

**CVS-MDLT1-000102930**