# PSJ3

# Exhibit 12

Message

| | |
|---|---|
| **From**: | Mone, Michael [/o=CAH/ou=Cardinal Health/cn=Recipients/cn=Michael.Mone] |
| on behalf of | Mone, Michael |
| **Sent**: | 8/20/2010 12:47:21 PM |
| **To**: | Burnside, Terry [Terry.Burnside@cardinalhealth.com] |
| **Subject**: | NACDS Policy Council |

Terry:

Who will be attending the Policy Council for your team?  I have been on the email distribution list and Julie Khani called me while I was at the meeting indicating the next meeting date wondering if I would be participating.  There will be no doubt that she will ask during the NACDS Pharmacy and Technology Conference, I will be there to meet with our chain customers on SOM.

Please let me know if I can support you on this.

Michael

Michael A Moné, BPharm, JD, FAPhA
Vice President Anti-Diversion & Sr Regulatory Counsel
7000 Cardinal Place
Dublin, OH, 43017
614.757.5104 (voice)
614.652.9653 (fax)

CONFIDENTIAL