# PSJ3 Exhibit 14

M E M O R A N D U M

To: Ken Couch, 2008 HDMA Chairman

Fr: John M. Gray
　HDMA President & CEO

Re: 2008 Goals

Da: April 4, 2008

Provide leadership and direction for ALL HDMA activities and programs. The following are specific goals for the Association and myself during 2008:

## ASSOCIATION GOALS (70%)

1. Government and Public Policy (20%)

   a. Direct oversight of all HDMA political issues/positions with Scott Melville and staff. Meet with Scott Melville formally every three weeks to review all HDMA government affairs issues. Speak daily with Scott Melville about issues, as necessary.
   b. Develop realistic legislative and regulatory agenda with direction from HDMA Board of Directors, Executive Committee and Government and Public Policy Council.

2. Industry Relations (15%)

   a. Direct oversight of all HDMA industry relations issues/positions with Perry Fri and staff. Meet with Perry Fri formally every three weeks to review all HDMA industry relations issues. Speak daily with Perry Fri about issues.
   b. Develop realistic industry supply chain agenda with direction from HDMA Board of Directors, Executive Committee and Industry Relations Council.

3. Communications and Marketing (15%)

   a. Direct oversight of all HDMA communications issues with Susan Mirvis and staff. Meet with Susan formally every three weeks to review all communications and marketing issues. Speak daily with Susan Mirvis about current affairs.
   b. Work with Susan Mirvis and staff to participate in media interviews concerning HDMA and healthcare distribution.

4. Membership and Meetings (10%)

    a. Work with Nancy Hanagan and membership staff to approve new members, participate in membership visits (distributors and manufacturers).
    b. Oversight of all HDMA meetings and conferences along with Nancy Hanagan. Together, we manage and monitor meeting and membership budgets. Interact with Nancy Hanagan on daily basis to keep tabs on HDMA revenue sources through these various activities and develop realistic budgets in terms of sponsorships and attendees based upon historical data and recent industry trends.

5. Administration/Finance (5%)

    a. Work with Nancy Hanagan and Finance staff to constantly oversee HDMA budget activity. Promote balanced budget discipline to all HDMA staff throughout budget year. Absent extraordinary circumstances requiring spending beyond budget parameters, maintain a balanced operating budget. Oversee all HDMA reserve fund investments with HDMA Board Investment Committee to maintain appropriate returns those investments. Meet with Nancy Hanagan daily to discuss various operating and management issues of the Association.
    b. Work with entire Senior Management team from June to September to develop operating budget for HDMA and to project results for budget within current operating year.

6. Staff Development (5%)

    a. Lead monthly staff meeting for entire staff to review overall Association activities.
    b. Lead bi-weekly Senior Management Team meetings to review, in detail, all issues and activities HDMA is working on and to set or re-set priorities, as necessary.
    c. Lead two Senior Staff "retreats" off-site to allow Senior Staff time and an opportunity to discuss issues, strategy, staff and operating concerns of HDMA.
    d. Work with Sr. Vice Presidents of Government Affairs, Industry Relations and Communications to ensure each has a good working knowledge of all HDMA activities, budgets and issues. Encourage each Sr. Vice President to participate in "outside" management training courses, as appropriate.

CONFIDENTIAL
HDA_MDL_000158259

**PERSONAL GOALS (30%)**

1. Government and Public Policy (15%)

    a. Increase HDMA and personal visibility on Capitol Hill through both Congressional office visits and attending political fundraisers.
    b. Work directly with HDMA Government staff to organize at least five (5) political fundraisers in conjunction with member companies/PACs.
    c. Attend one or both national political conventions in 2008.

2. Alliances (10%)

    a. Reach out to all allied industry trade association CEOs on regular basis to maintain and develop better working and personal relationships. Organizations targeted for 2008 include Health Leadership Council, PhRMA, GPHA, NACDS, NCPA, HIDA, BIO and APhA.

3. Strategic Planning (5%)

    a. Phase II – oversight of study on long-term outlook for the healthcare distribution industry and HDMA.

CONFIDENTIAL

HDA_MDL_000158260