# PSJ3
# Exhibit 18

| | |
|---|---|
| **From:** | Littlefield, Scott |
| **To:** | Romaine, Larry |
| **Sent:** | 9/4/2012 11:56:12 AM |
| **Subject:** | NACDS Follow Up |
| **Attachments:** | ABC Meeting.docx; Publix Meeting.docx |

Larry,

Thanks again for meeting with us Sunday in Denver.
Attached are a couple examples of meeting which took place with my largest Wholesaler and largest retailer in the southeast with a large presence in the state of Florida.
Let me know if you have any questions.

**Scott Littlefield**
**National Account Director**



endo | AMS   Endo Pharmaceuticals   HealthTronics   Qualitest
8005 Marsh Reach Drive
Wilmington, NC 28411
<span style="background-color:black;color:white">Material Redacted</span>
910-686-3062 Fax
Littlefield.scott@endo.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER