# PSJ3 Exhibit 19

**ABC Meeting-NACDS**

Introductions

**1) Suspicious Order Monitoring (SOM) practices at ABC**
-can you briefly explain the metrics and process involved for your pharmacies?
-have there been any recent requirements or changes from the FDA?
-is there an exception process?
-who designs and enforces?
-do you give your retail customers visibility into the process or rules?
-what expectations do retail customers have regarding Cll access?
-how can we ensure legitimate patients and providers have access to appropriate therapy?
-are there any best practices you've seen from other manufactures which have helped the process?
-how does recent focus on Clls affect your business

**2) Q2 DSA Payment-ABC & Bellco Combined**
-net sales $115.6 million ($112.4 from ABC)
-service fee of 2.9995%
-total service fee of $3.347 million
-inventory management only component not at 100% with two products out of Compliance (Percodan Tabs and Percocet 7.5/500mg)

**3) Top to Top meeting update**
-have there been any additional communications?
-what do you feel the next step should be in the partnership?
-communications going forward will go through Akin and me

**4) Questions?**