# PSJ3 Exhibit 20

**Publix Meeting-NACDS**

Introductions

**1) Going Direct Program**
-are there future plans of adding a CII vault?
-are you willing to explore non-CII products?
-have you discussed this opportunity with Qualitest?
-we are not capable of utilizing our UPS hub to ship CII's at this time
-next steps going forward?

**2) Order Shortages**
-Have you been able to resolve your latest shipment shortage from McKesson for Endo's products?
-has the SOM impacted your service levels from McKesson?

**3) Regional Sales Opportunity**
-as previously discussed is Publix still requiring any communications from Endo be directed thru your department and you'll disseminate the information and forward to your Regional Supervisors?
-are there any new marketing opportunities available for us to partner in communicating to your pharmacists?

**4) Market Dynamics within the states you service**
-any changes with regard to CII's in the five states you service?
-relationships with wholesalers
-SOM impact on business?
-have you received guidance form DEA?
-how do you interpret into policy?
-patient access issues?
-how do we help set expectations for patients and physicians?
-how can we ensure legitimate patients and providers have access to appropriate therapy?

**5) Generic Lidoderm**
-point of clarification on the potential launch date is **September 2013**

**6) Questions?**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-03355281