PSJ3

Exhibit 22

Message

| | |
|---|---|
| **From**: | Sackler, Dr Richard [/O=PURDUE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=3AFB14348C50493E95A6A5977146F48E] |
| **Sent**: | 4/13/2001 5:42:55 PM |
| **To**: | Goldenheim, Paul [/OU=VIRTUAL/CN=GOLDENHP] |
| **Subject**: | RE: mtg at aps |

Your Advisory Board may have overlaps of people, but came from a different direction.

It may be that there is subject and purpose overlap, but I don't know that.

We have to talk. Not a good use of email.

**Richard S. Sackler, M.D.**

President, Purdue Pharma, L.P.

Laptop 2000 machine
One Stamford Forum
Stamford, CT 06901

Located in Connecticut


-----Original Message-----
**From:** Goldenheim, Paul
**Sent:** Friday, April 13, 2001 5:13 PM
**To:** Sackler, Dr Richard
**Subject:** RE: mtg at aps

Not true

You and I spoke

I spoke with Dr. Raymond

Could I please just do this? You are the President, not the person who sets up meetings. Wires are getting crossed.

David reports to Robert

Robert reports to me

You are giving one set of instructions, I am giving another

Tell me what you want and I will implement

If you want to do this directly with David and without my involvement or Robert's involvement, please advise

paul.goldenheim@pharma.com

-----Original Message-----
**From:** Sackler, Dr Richard
**Sent:** Friday, April 13, 2001 4:36 PM
**To:** Goldenheim, Paul
**Subject:** RE: mtg at aps

I don't agree with you.

CONFIDENTIAL

This is a project that I started and brought JDH into in the last few days.

Robert Reder has nothing to do with it, yet, I believe.

Neither have you or I spoken of it.

Richard S. Sackler, M.D.

President, Purdue Pharma, L.P.

Laptop 2000 machine

One Stamford Forum

Stamford, CT 06901

Located in Connecticut

-----Original Message-----
**From:** Goldenheim, Paul
**Sent:** Friday, April 13, 2001 4:31 PM
**To:** Sackler, Dr Richard
**Subject:** RE: mtg at aps

Richard, you are giving too many instructions to too many people about the same topic. David is working on this. Robert is working on this, and you are working on this.

Please let us do this.

Please respond and tell me what you would like to do – what are the goals of the meeting. Please tell us if you have already invited anybody or if there is anybody you think we should consider.

Please let us pick the dates. Please tell us if you have committed to dates.

Please let us make the arrangements.

Please do not talk directly to David about this.

There are so many crossed wires here.

PLEASE!!!

paul.goldenheim@pharma.com

-----Original Message-----
**From:** Sackler, Dr Richard
**Sent:** Friday, April 13, 2001 4:14 PM
**To:** Goldenheim, Paul
**Subject:** RE: mtg at aps

Meeting with the leaders of the APS, APF, and other pain societies.

This is the meeting that Campbell and Foley wanted to happen at the APS, but we declined.

I want it to be in Stamford if possible, or NYC as a fallback.  Our goal is to bind these organizations more closely to us than heretofore, but also to align them with our expanded mission and to see that the fate of our product(s) are inextricably bound up with the trajectory of the pain movement.

Richard S. Sackler, M.D.

President, Purdue Pharma, L.P.

CONFIDENTIAL                                                                                                                                                       PPLPC045000004929

Laptop 2000 machine
One Stamford Forum
Stamford, CT 06901

▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬

Located in Connecticut


-----Original Message-----
**From:** Goldenheim, Paul
**Sent:** Friday, April 13, 2001 11:07 AM
**To:** Sackler, Dr Richard
**Subject:**     RE: mtg at aps

What meeting?

paul.goldenheim@pharma.com

-----Original Message-----
**From:** Sackler, Dr Richard
**Sent:** Thursday, April 12, 2001 5:55 AM
**To:** Goldenheim, Paul; Friedman, Michael; mxf; Hogen, Robin
**Subject:**     RE: mtg at aps

This was done yesterday.

Meeting will be set probably for the first week in May.

Richard S. Sackler, M.D.

President, Purdue Pharma, L.P.

Laptop 2000 machine
One Stamford Forum
Stamford, CT 06901

▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬

Located in Connecticut


-----Original Message-----
**From:** Goldenheim, Paul
**Sent:** Wednesday, April 11, 2001 8:22 AM
**To:** Friedman, Michael; Sackler, Dr Richard; mxf; Hogen, Robin
**Subject:**     RE: mtg at aps

We agree

Paul Goldenheim

paul.goldenheim@pharma.com

-----Original Message-----
**From:** Friedman, Michael
**Sent:** Wednesday, April 11, 2001 1:27 AM

**To:** Sackler, Dr Richard; Goldenheim, Paul; mxf; Hogen, Robin
**Subject:** RE: mtg at aps

The key problem is that the principal people informed about this matter will be preparing for the FDA meeting on the 19th and 20th. This is just not a good time to brief these people. This is an important group and we cannot run the risk of mixing our signals.

I would suggest that we tell him that we have an FDA meeting the following Monday and that the group that would meet with them will be preparing on the days that we could meet. Tell him that we may have to meet with him and then with others in smaller groups.

Michael Friedman

friedman@pharma.com

(203) 588 7290


-----Original Message-----
**From:** Sackler, Dr Richard
**Sent:** Tuesday, April 10, 2001 9:06 AM
**To:** Goldenheim, Paul; mxf; Hogen, Robin
**Subject:** RE: mtg at aps
**Importance:** High

I understand. We shouldn't have David Haddox deflected from preparing for the FDA meeting.

My inclination is to decline the invitation or send one person to the meeting. Our goal is to inform them but mainly to mobilize the APS. I think that one well prepared person can accomplish this.

Any thoughts about who can go and mobilize the APS? Pam Bennett?

Richard S. Sackler, M.D.

President, Purdue Pharma, L.P.

Laptop 2000 machine
One Stamford Forum
Stamford, CT 06901

Located in Connecticut


-----Original Message-----
**From:** Goldenheim, Paul
**Sent:** Tuesday, April 10, 2001 8:15 AM
**To:** Sackler, Dr Richard
**Subject:** FW: mtg at aps

This would be a mistake.

David will need lots of work on his FDA bit

paul.goldenheim@pharma.com

-----Original Message-----
**From: Haddox, Dr. J. David**

**Sent:** Tuesday, April 10, 2001 4:55 AM
**To:** Sackler, Dr Richard; pdg; mxf; hru; Hogen, Robin
**Cc:** Purzycki, Monnie; Santopolo, Anthony
**Subject:** RE: mtg at aps

All-

I had intended to miss the APS this time, because I originally planned to attend the FSMB meeting in Atlanta. Next week, my schedule calls for me to leave Tuesday evening for Lexington, KY, to attend the Kentucky Prescription Drug Task Force meeting on Wednesday AM-noonish, then depart for Atlanta to present to the Greater Atlanta Pain Society, a regional subsection of APS. Given the FDA meeting, I have now planned to return that night or early the next day, to be in the office Thursday and most of Friday to assist Tony and the team.

If I am to go to Phoenix, I could leave Atlanta Thursday AM. I must, however, be in New Orleans on Saturday morning for an all day "hot spot" antidiversion program that has been arranged through the sales force.

Please let me know. I plan to be back in the office late today, or at least in time to make the PR Agencies dinner at the Marriott tonight at 8:00 PM, depending on how the NIDA press conference and meeting goes.

jdh

-----Original Message-----
**From: Sackler, Dr Richard**
Sent: Monday, April 09, 2001 23:30
To: pdg; mxf; hru; Haddox, Dr. J. David; Hogen, Robin
Subject: FW: mtg at aps
    Importance: High


Urgent.

This visit would be sometime around 19th to 21st of April. It is a very difficult time. Maybe we should insist on a particular day or arrange at a different time and place.

I pushed for this meeting; should we now try and make it happen?

Richard S. Sackler, M.D.

President, Purdue Pharma, L.P.

Laptop 2000 machine

One Stamford Forum

Stamford, CT 06901

Located in Connecticut


-----Original Message-----
**From: James Campbell, M.D. [mailto:                    ]**

CONFIDENTIAL                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     PPLPC045000004932

Sent: Monday, April 09, 2001 10:33 PM

To: Richard Sackler

Subject: mtg at aps

i talked with mike ashburn, now president of aps. he is interested in a meeting in phonix. i would advise having john giglio (acting exec dir of apf), mike, christine misaskowski (the incoming aps president), kathy foley (bd of apf), kathy underwood (exec dir aps), jeff engle (exec dir aapm), and one or two other reps from aapm meet with you and other from prudue to learn about what you are facing and discuss strategies. the obstacle i think will be that it will be difficult to get this group together in phoenix. if i have a "go" from you however, i will have deborah in my office work with kathy underwood at aps to try to have this happen.

CONFIDENTIAL

PPLPC045000004933