PSJ3

Exhibit 25

PURDUE PHARMA<br>
118-402-0539<br>
MARK'S SPEECH<br>
January 10, 2000<br>
5:15 PM

(MARK SHOULD ENTER WEARING SUNGLASSES)

Hello, everyone!  I want to welcome you here to Palm Springs.  You know they call this place a desert oasis…and if you look around, you'll see why.  They have some of the most beautiful golf courses in the world here…right in the middle of all the sand and rocks, it's amazing!  But what I want to know is, where are the ski slopes?  I see snow on top of those mountains…but no ski slopes…what's going on here?

Palm Springs is filled with beautiful people…millionaires, movie stars, professional golfers and of course, they all fly first class coming in here.  Well, on the flight that I took, there was a guy sitting next to me who couldn't get into first class because it was all booked.  And it was interesting to sit next to him because when the flight attendant came around and asked him whether he'd like some lunch and, being used to first class, he said…"Well, what are my choices?"  she said "Your choices are yes or no".  He didn't like that, but I got a big kick out of it.

You know, it's always hot here in Palm Springs.  That's why it's a perfect place to have our meeting…because we're hot…we're burning up the competition with our sales of OxyContin!  Do you know it's now the number one prescribed opioid brand in the U.S.? **(slide)** We've actually topped $000 million in sales this year and still growing strong…that's amazing!

PDD8801201589

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PURDUE PHARMA
118-402-0539
MARK'S SPEECH
January 10, 2000
5:15 PM

And Palladone XL will soon follow in OxyContin's successful footsteps. As we mentioned, we did receive an approvable letter on Palladone XL and we are working with the FDA to iron out some details before we launch the product…in short, we expect to be talking to you about it in the very near future. In the meantime, we are faced with a great opportunity to make an all-out concentrated effort to solidify and continue to build on the OxyContin brand, especially in the noncancer market.

This strategy fits in nicely to the current selling situation because as you can see from the numbers **(slide)**, 80% of OxyContin prescriptions are used for noncancer pain. And **(slide)** 73% of the 80 mg sales of OxyContin are for noncancer pain. So, as we know, doctors are using OxyContin mostly for noncancer pain…even when it requires higher doses.

And just a side note about the PEI Program that most of you participated in last year, that program was so successful because it helped us penetrate into a lot of different specialties. In fact, the appeal of OxyContin is so broad now, that on the last count, 00 different specialties were finding ways to use this product. Why is that…it's because OxyContin is a great product…I don't mean just good…I mean great!!! Why do you think we're selling so much of it…it's because of you, our wonderful and hard-working sales force, but it's also a fantastic product that can change people's lives…that's why

PDD8801201590

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PURDUE PHARMA
118-402-0539
MARK'S SPEECH
January 10, 2000
5:15 PM

it's so successful!

Now, you're probably wondering what else can be done to sell even more OxyContin. I'm talking about beyond the vis aids, file cards and ads that you see, there are also some things we're cooking up for the coming year to help you and OxyContin and the whole pain market as well. We have several public relations initiatives you may be interested in which are designed to do the following:

- Raise awareness of undertreated pain
- Promote proper pain management
- Make the whole pie bigger, not only for us but for our competition as well
- Solidify Purdue as the market leader

For example, we are working with a leading PR firm in New York City **(slide)** to conduct a national patient-based survey on the impact of pain. They are also helping us to raise awareness of the undertreatment of pain in this country and the fact that effective pain control is available.

Next we have **(slide)** a media query initiative. This project trains medical experts to talk to the media, making sure articles and radio/TV shows that deal with pain are friendly

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801201591

PURDUE PHARMA
118-402-0539
MARK'S SPEECH
January 10, 2000
5:15 PM

to our point of view. Our screenwriter's outreach program **(slide)** has a goal of placing four story lines in the year 2000 that highlight appropriate pain management and the use of opioids on both prime-time and daytime television.

We also are placing **(slide)** weekly feature stories about pain and its management in newspapers to increase public awareness. We also have some managed care initiatives as well. You'll be hearing more about those at the breakout sessions.

Some of the other projects include developing materials for a 5th Vital Sign initiative which includes this new logo **(slide)** and materials for the Joint Commission on Accreditation for Healthcare Organizations (JCAHO), **(slide)** for which we have created a new look. All of this material will be distributed to hospitals across the country in our partnership with the American Pain Society. This is a unique and very high profile partnership for Purdue to foster as the leader in pain management and we should all be proud of it.

Then, partnering **(slide)** with MCO's like Cigna and United, we're introducing templates for pain management to include in their plans. Some print ads and radio commercials might come out of that also.

PDD8801201592

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PURDUE PHARMA<br>
118-402-0539<br>
MARK'S SPEECH<br>
January 10, 2000<br>
5:15 PM

And now I'd like to thank the people behind all of this. Aside from masterminding the Palladone XL launch, Sally Riddle and Terri Sears have been working with the public relations firm **(slide)** I just mentioned. In addition, Tony Goodman and Lance Colwell have been working **(slide)** on JCAHO and 5th Vital Sign projects in addition to their continuing work on OxyContin. Lance is also working on a new web site initiative. And they are all to be congratulated…they're doing a great job!

You know, we should all be very proud of what we do here at Purdue. It's not just about sales…our products help enhance the lives of millions of people who would otherwise have to live in pain…and that's a very worthwhile cause! In addition, Purdue has a very robust pipeline that is developing products in other categories in addition to analgesia, like anesthesia and oncology with monoclonal antibodies. So we can be very proud of our company.

I hope you enjoy your stay here in Palm Springs, I know I will. Enjoy the weather…because let me tell you, OxyContin's continuing success, is going to make every part of this country from Seattle to Detroit to New Orleans as hot as it is here in Palm Springs this winter for every one of you. You are the force for the future…let's make it happen!
(PLAY SONG HOT, HOT, HOT)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801201593

PURDUE PHARMA
118-402-0539
MARK'S SPEECH
January 10, 2000
5:15 PM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801201594

PURDUE PHARMA<br>
118-402-0539<br>
MARK'S SPEECH<br>
January 10, 2000<br>
5:15 PM

I think some of you might have heard about the Direct-to-consumer survey we did recently on OxyContin. The results are quite interesting and they should make you feel very good about selling this particular drug. It was a self-administered questionnaire given to people when they came into a pharmacy with an OxyContin prescription.

This first chart **(slide)** shows pain before OxyContin and after. The difference is remarkable. Patients consider their pain to be about half of what it was before OxyContin…8.5 before and 4.5 after. 80 to 90% classified their pain as "moderately severe" to "severe" before compared to the same percentage classifying their pain as "mild" to "moderate" after OxyContin. The average dose was 20 mg q12 h.

Then, of course, there's a very high satisfaction level with OxyContin **(slide)**. On a scale of 1 to 10, with 10 being very satisfied, 58% of patients rated this drug 8 to 10, while another 37% rated it 5 to 7…with a 7.5 average satisfaction level overall.

89% **(slide)** said OxyContin was not the first pain medicine prescribed to them and 61% had seen other physicians before the one who prescribed OxyContin (of these, 46% had seen 3 or more physicians). So this confirms what we already knew about problems with pain management prior to OxyContin.

And here is a summary of their previous opioid use **(slide)**. As you can see, Percocet

PDD8801201595

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PURDUE PHARMA
118-402-0539
MARK'S SPEECH
January 10, 2000
5:15 PM

and Percodan had the most at 44%, followed by Vicodin with 31%. So this little survey (actually, it's not so little, it included 532 people) comes in very handy when you want to show docs that patients are not happy on Percocet…but once they get to

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801201596