PSJ3
Exhibit 27

slide #1



Over $612 million in sales for 1999!

PDD8801320902

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

slide #2



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320903

slide #3



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320904

slide #4

## PAIN SEVERITY BEFORE AND AFTER TREATMENT
## WITH OXYCONTIN®(Oxycodone HCl Controlled-Release)Tablets



*Based on a survey of 393 OxyContin Patients.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

slide #5

## PATIENT SATISFACTION WITH OXYCONTIN



*Based on a survey of 393 OxyContin Patients.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320906

slide #6

## HAVE YOU SEEN OTHER PHYSICIANS FOR PAIN TREATMENT?

| | Total | Back | Diagnosis OA | Cancer | Surgery |
|---|---|---|---|---|---|
| | (393) | (144) | (37) | (114) | (44) |
| | % | % | % | % | % |
| **Yes** | **61** | 67 | 68 | 49 | 48 |

*Based on a survey of 393 OxyContin Patients.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320907

slide #7



## 66 different specialties use it

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320908

slide #8

- Public relations initiatives will:
  - Raise awareness of undertreated pain
  - Promote proper pain management
  - Make the whole pie bigger, not only for us but for our competition as well
  - Solidify Purdue as the market leader

PDD8801320909

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

slide #9



- National survey on the impact of pain

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320910

slide #10



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

slide #10a





PDD8801320912

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

slide #11



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320913

slide #12

# A Shift in the Treatment of Chronic Pain

## With Laws as Shield, Doctors Are More Willing to Prescribe Drugs

By HOLCOMB B. NOBLE



Dr. Harvey Rose of Sacramento, Calif., who was accused of overprescribing pain medications in the 1980's, later led efforts to enact laws in California to protect doctors who prescribe drugs to treat chronic pain.

### Doctors caught between duty and fear get some official support.

PDD8801320914

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

slide #13



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320915

slide #14



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320916

slide #15



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320917

slide #16

 

I know that the logo color has changed to blue, but I don't have that version.

Jane

PDD8801320918

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

slide #17







CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801320919

slide #18

- The Purdue pipeline includes products in these areas (aside from analgesia)
  - anesthesia
  - oncology with monoclonal antibodies

PDD8801320920

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

slide #19



PDD8801320921

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER