PSJ3

Exhibit 28

| | |
|---|---|
| **From:** | Kuntz, Ron [OMP] |
| **To:** | Johnson, John [OMP] |
| **Sent:** | 3/21/2000 5:05:04 PM |
| **Subject:** | RE: Buprenorphine patch from PF |

I spoke with Patrick and he said Janssen was no longer is interested.

-----Original Message-----
**From:** Johnson, John [OMP]
**Sent:** Thursday, March 16, 2000 12:05 PM
**To:** Kuntz, Ron [OMP]
**Subject:** RE: Buprenorphine patch from PF

Are we sure that Norton is in agreement?

-----Original Message-----
**From:** Kuntz, Ron [OMP]
**Sent:** Thursday, March 16, 2000 12:02 PM
**To:** Verheyen, Patrick [OMP]
**Cc:** Ferrari, Louis [OMP]; Johnson, John [OMP]
**Subject:** Buprenorphine patch from PF

Patrick,

I met with Steve Zollo yesterday on a separate issue, but he mentioned to me that Janssen is no longer interested in pursuing Purdue's Buprenorphine patch. We are still interested in talking to them about a co-promotion arrangement. Please let me know if you have had any conversation with Purdue about this potential opportunity. If Purdue is interested, I'd like to schedule a meeting with you to discuss our options.

Thanks,

Ron

Confidential
JAN-MS-01052128