PSJ3

Exhibit 29

*J&J Pharmaceuticals Group*

# Pain and Inflammation Franchise Plan

**Presentation Slides Only**

May 2000

© ISOHCG

## *PAIN AND INFLAMMATION FRANCHISE - Introduction*

### Team

**Pain and Inflammation Franchise Team**

**PGSM:**
- **Cynthia Schwalm**
- Leo Van Ginckel
- Veronique Cardon

**JRF:**
- **Juergen Haeussler**
- **Theo Meert**
- **Ira Katz**

**Janssen US:**
- Jim Eckhardt
- Steve Zollo

**Janssen-Cilag Europe**
- Werner Cermak

**PRI:**
- **Robert Medve**
- **Ellen Codd**
- **Dennis Argentieri**

**PRI Medical Information:**
- Adrian Love
- Li Tao

**OMP:**
- Lou Ferrari
- Ron Kuntz
- Marc Kamin

**L&A:**
- **Donald Olsen**
- **Eric Lang**

**Names in bold represent core team members**

## PAIN AND INFLAMMATION FRANCHISE - Introduction

P - SM

### Pain and Inflammation Franchise Portfolio Lifecycle*

**Development**
- Topamax (topiramate) for painful diabetic neuropathy (Phase III)
- Remicade for early Rheumatoid Arthritis (Ph. III - ex-U.S.)
- Durogesic Matrix (Ph. I) (1Q03)
- Tramadol with Topiramate for neuropathy pain (Pre-clin/Phase I)
- P38 Inhibitors (POP)
- Human Anti-TNF (POP)
- NO-NSAID (POP)
- Histamine 3 Antagonists.(POP)
- Na+ Channel Blockers
- Delta opioid agonist/antagonists
- Calcium Channel Blockers, & Triptase Inhibitors for Asthma

**Launch**
- Ultracet (Tramadol/APAP) for acute and chronic pain (Phase IV / NDA filed) (3Q00)
- Ultram SR (Tramadol SR) for chronic pain (Phase IV) (1Q01)
- Ultracet Liquid (Tramadol / APAP) for pediatric and geriatric use (1Q03)
- Remicade for Rheumatoid Arthritis (U.S. only)
- Durogesic (fentanyl transdermal system) in Japan (2Q/3Q01)
- Durogesic 12.5 mcg (3Q01 EU/3Q02 US)

**Growth**
- Ultram (tramadol hydrochloride) for moderate to moderately severe pain
  – 1999 Sales: $455 MM
  – 21% Growth
- Durogesic (fentanyl transdermal system) for chronic pain and cancer pain
  – 1999 Sales: $516 MM
  – 43% Growth

**Maturity**
- Base Products
  – 1999 sales: $220 MM
  – flat growth
- Tolectin
  – 1999 sales: $2.3 MM
  – -3% Growth
- Tylenol with Codeine
  – 1999 sales: $18.7 MM
  – -5% Growth
- Tylox (oxycodone and acetaminophen)
  – 1999 sales: $10.2 MM
  – -3% Growth

**Key Marketed Products: Patent Expiration Dates**
- Ultram - 3Q00
- Durogesic - 1Q05 US / 3Q05 EU

**Decline**
- Anesthesia (except Japan)

*Dates in parentheses are expected launch dates; Sources: J&J Marketing Services, Sergeant data

JJPG Confidential

*Pain & Inflammation Franchise Plan* 5

## PAIN AND INFLAMMATION FRANCHISE - *Franchise Scope and Focus Areas*   P - SM

**Overall Definition**
- The Franchise currently focuses on technologies to treat pain and inflammation associated with chronic and acute conditions for a widely distributed customer base in the US and EU, and will be expanding its global reach to Japan in the short-term

**Franchise Scope**

*Type of Products*
- Key marketed products: Durogesic, Ultram, Remicade (RA)
- Line extensions: Ultracet liquid, Ultram SR, Durogesic 12.5, Durogesic Matrix
- Key pipeline products: Ultracet, Topiramate for painful diabetic neuropathy, Remicade for early RA

*Disease Segments or Treatments*
- Arthritis (O.A., R.A )- Inflammatory
- Cancer Pain – Nociceptive / Visceral
- Fibromyalgia - Musculoskeletal
- Low Back Pain (chronic) - Musculoskeletal
- Neuropathy Pain - Neuropathic
- Postoperative Pain (acute) - Nociceptive

*Customers*
- Broad customer base: primary care and specialty physicians treating the general population, the geriatric population, cancer / diabetic patients, ER / injury / trauma patients, hospital / surgical patients, and the pediatric population

*Technology*
- Key technology platforms include genomics, specialized animal models, in-vitro assay expertise, monoclonal antibodies.
- Noramco is major opioid bulk active producer

*Competencies and Capabilities*
- 6 Discovery teams in pain and inflammation, and Development for DMARDs
- Experienced U.S. and EU sales and marketing for analgesia and inflammation
- Strong cross functional and inter-company team with broad expertise

*Leveragability*
- Products may be leveragable across the following franchises: Centocor, Neurology, Psychiatry, Oncology, and Eprex / Procrit
- R&D synergies exist with Neurology, Psychiatry, and Centocor

**Rationale and Value Added**
- The Pain & Inflammation Franchise leverages its depth of R&D expertise in analgesia/inflammation and breadth of sales and marketing resources globally to meet the needs of a widely distributed customer base

## *PAIN AND INFLAMMATION FRANCHISE - Franchise Scope and Focus Areas*  P - SM/RD

**After reviewing 37 disease areas, the team prioritized 6 for in-depth evaluation**

### Potential Disease Segments/Conditions [37]

**Inflammatory**
- Osteoarthritis
- Rheumatoid Arthritis
- Ankylosing Spondylitis
- Juvenile Arthritis
- Gout
- Pulmonary Inflammatory Disorders
- Dermatological Inflammatory Conditions

**Musculoskeletal**
- Low Back Pain
- Disc & Vertebral Disorders
- Degenerative Bone Disorders
- Joint Pain
- TMJ
- Fractures & Dislocations
- Sprains / Strains / Spasms
- Fibromyalgia (non-neuropathic)

**Nociceptive**
- Postoperative Pain (anesthesia)
- Labor Pain
- Nociceptive Cancer Pain
- Burn Pain & Inflammation
- Dental Pain

**Neuropathic**
- Peripheral Neuropathy
- Complex Regional Pain Syndrome
- Neuritis
- Trigeminal Neuralgia
- Herpes Zoster
- Psychogenic Pain
- HIV / AIDS Pain

**Headache**
- Migraine
- Other Headaches

**Visceral**
- Calculus of Ureter / Kidney
- Prostatitis
- Premenstrual Syndrome
- Dysmenorrhea
- Endometriosis
- Ulcer Pain
- Inflammatory Bowel Disease
- Visceral Cancer Pain

### Screening Criteria
- Unmet Needs
- Prevalence
- Days of Rx Treatment
- Internal Feasibility
- External Feasibility
- Regulatory Pathway

### Priority Disease Segments [6]
- **Arthritis (Rheumatoid & Osteoarthritis)** - *inflammatory*
- **Cancer Pain** - *nociceptive / visceral*
- **Fibromyalgia** - *musculoskeletal*
- **Low Back Pain (chronic)** - *musculoskeletal*
- **Neuropathy Pain** - *neuropathic*
- **Postoperative Pain (acute)** - *nociceptive*

**Focus for Pain and Inflammation Franchise Plan**



*PAIN AND INFLAMMATION FRANCHISE - External Assessment*   P - SM/RD

**Patient Potential, G7 (1999)**

*Bubble size represents days of treatment (US)*

- Postoperative Pain (Acute) Prev: 62.6 MM (6% gr.) DOT: 234 MM
- Neuropathy Pain Prev: 2.7 MM (2.5% growth) DOT: 219 MM
- Fibromyalgia Prev: 13.9 MM (1.0% growth) DOT: 103 MM
- Cancer Pain Prev: 2.9 MM (1% gr.) DOT: 79 MM
- Low Back Pain (chronic) Prev: 43 MM (0.67% gr.) DOT: 150 MM
- Arthritis Prev: 233.8 MM (1% growth) DOT: 427 MM

WW Prevalence Growth Rate (5-year CAGR): 0%, 2%, 4%, 6%
WW Prevalence: 0-50 MM, 50-100 MM, >100 MM

Prevalence numbers adjusted for 1999 using each condition's CAGR; Fibromyalgia Prevalence= 2% of G7 population; Arthritis is sum of Osteoarthritis and Rheumatoid Arthritis prevalences;
Neuropathy Pain: Diabetic Neuropathy, Post-Herpetic neuralgia, Trigeminal Neuralgia. Sources: Decision Resources Reports 1998; Datamonitor 1999; Scrip 2000; Plan A



## PAIN AND INFLAMMATION FRANCHISE - *External Assessment*  P - SM

**Market Size and Growth**

### The Pain and Inflammation priority disease areas will experience healthy growth through the 2005 driven by arthritis



**Projected G7 Sales by Priority Pain and Inflammation Condition**

\* Neuropathy Pain: includes only Diabetic Neuropathy Pain, Post-Herpetic Neuralgia and Trigeminal Pain; Sales are primarily TCA and Carbamezipine & exclude off-label Gabapentin
\*\*Arthritis was divided into Osteoarthritis and Rheumatoid Arthritis to avoid double counting of some drug classes
Source: Decision Resources Reports 1998, 1999, J&J Marketing Services

## PAIN AND INFLAMMATION FRANCHISE - *External Assessment*    P - SM

**Key unmet needs reflect side effects associated with opioids and NSAIDs as well as the lack of efficacious products for neuropathy pain**

| Disease | Key benefits of existing therapy | Degree of Unmet Need | Unmet Needs |
|---|---|---|---|
| Arthritis | • New COX-2 inhibitors potentially offer fewer side effects than traditional NSAIDs | M | • Disease modifying therapies needed to halt / reverse progression of joint degradation |
| Cancer Pain | • Up to 90% of patients could be adequately treated w/ existing therapies, but 50% are not due to under-use of opioids | M | • Analgesic agents with efficacy of opioids without the associated side effects and stigma; in addition to multiple routes of easy administration for strong analgesics |
| Fibromyalgia | • Therapies not effective due largely to uncertain etiology | H | • Powerful pain relievers with efficacy of opioids without sedation or other side effects |
| Low Back Pain (Chronic) | • Existing treatments are successful in 50% of patients and focus on NSAID use | M / H | • Anti-inflammatory and analgesic therapies that can be taken at high doses for long periods without GI, renal side effects, or addiction potential |
| Neuropathy Pain | • Multiple therapies used: analgesics, anticonvulsants, antidepressants, with failure rate still at 60% percent | H | • Therapies that reverse nerve damage as well as effective analgesic therapies that block neuropathic pain without dulling normal nociceptive pain perception |
| Postoperative Pain (Acute) | • Local anesthetics are effective when opioids are poor option in elderly / pediatrics | M | • Rapid, effective, and safe patient controlled analgesia, which can be used in multiple settings |

Source: Franchise Planning Team and syndicated reports

## PAIN AND INFLAMMATION FRANCHISE - *External Assessment*   P - SM

### Top 3 Pain and Inflammation Competitors

| | 1999 G7 Sales (% Mkt share)* | Primary Focus | Marketed & Cmpds ≥Ph III in Priority Diseases (**bold** = marketed) | | Potential to Lead in Future |
|---|---|---|---|---|---|
| **1. Pharmacia Corporation** | $1.7 Bn (14%) | • COX-2 inhibitors for the treatment of pain and arthritis | • **Celebrex**- OA and adult RA<br>• **Arthrotec**- OA and RA<br>• **Daypro**- OA and RA | • Parecoxib- management of acute pain, primarily in the hospital setting<br>• Valdecoxib- pain and arthritis | • Merger provides sales-force scale<br>• Celebrex expected to lose market share to Vioxx in 2000<br>• Two new COX-2s near launch will sustain Pharmacia as a leader in COX-2 market |
| **2. Merck** | $1.5 Bn (2000E) | • COX-2 Inhibitors for the treatment of pain and inflammation | • **Vioxx** for OA, acute pain in adults & dysmenorrhea | • COX-2 in Ph. III (expected to file in 1Q01) | • Vioxx expected to reach $1.5 Bn sales by end of 2000<br>• Promising enhanced COX-2 inhibitor in Ph.III |
| **4. Purdue Frederick (Mundi/Napp)** | $825 MM (6.8%) | • OxyContin is main sales driver<br>• MS Contin and OxyContin drive 80% of sales | • **OxyContin**- moderate to severe pain when opioid analgesic is appropriate<br>• **MS Contin**- moderate to severe pain<br>• **Diacerein**- OA<br>• **Levobupivacaine**- pain, anesthesia | • Palladone (SR Hydromorphone) *pending launch*<br>• S 8115- Cancer pain<br>• S 8117- Cancer pain<br>• Buprenorphine patch in Ph. III | • Focus is on applying controlled-release technologies to existing products<br>• Likely to become market leader in opioids with controlled-release hydromorphone and Tramadol (in pipeline)<br>• Buprenorphine patch expected to challenge Durogesic and Ultram |
| **3. Johnson & Johnson** | $1.3 Bn (11%) | • Ultram and Durogesic drive 80% of franchise sales | • **Durogesic**- US: all types of chronic pain, EU: cancer and chronic pain<br>• **Ultram**- moderate to moderately-severe acute and chronic pain<br>• **Remicade**- rheumatoid arthritis (US only) | • Durogesic Matrix Patch- chronic pain<br>• Durogesic 12.5- chronic pain<br>• Ultracet- acute and chronic pain<br>• Ultram SR- acute and chronic pain | • J&J facing patent expiration for Ultram and Durogesic<br>• J&J market presence can only be maintained by a strong and innovative / differentiated pipeline<br>• Investment is needed in order to maintain present market share and fuel growth |

**Other Key Competitors:**
**5. Novartis:** $530 MM driven primarily by Voltaren, COX-189 entering Ph.III in 2Q00
**Boehringer Ingelheim:** Mobic recently approved in US as alternative to COX-2 inhibitors; owns Roxane which focuses on opioids (Roxicodone and Oramorph SR currently marketed)

\* Based on $12B market value for opioids analgesics and NSAIDs in G7
 Sources: Sergeant Data, IMS 1999, Adis Database

# *Analgesia - Technology Assessment*

P - RD

**A J&J team recently assessed the results of the Plan A technology assessment, resulting in 31 compounds and 6 delivery systems / formulations prioritized for further investigation**

Plan A

**Plan A Technology Assessment**

Trade Magazines
Though Leaders
Industry Newsletters
Annual Reports
Company Press Releases
News Articles
PharmaProjects
R&D Focus
IDdb
Syndicated Reports
Conferences
Internet Databases

**~ 230 technology classes**

**Prioritized drug delivery systems**

J&J Team

**J&J tech. review team**

**31 Compounds**

- Opioid Receptor Agonists / Antagonists (9)
- Receptor-Mediated Ion Channel Receptors (3)
- Alpha-2 Adrenergic Receptor Agonist (1)
- Acteylcholine Receptor Agonists (2)
- Adenosine Receptor Agonist / Antagonist (1)
- Cholecystokinin Receptor Antagonist (1)
- Others / Unidentified (14)

**J&J tech. review team**

**Delivery Systems**

- Buccal / Sublingual
- Oral Sustained Release
- Oral Fast Acting
- Transdermal
- PCA-like Device
- Intranasal Inhalation



## PAIN AND INFLAMMATION FRANCHISE - Technology Assessment   P - RD

### J&J Franchise Technology Strategic Focus- by disease / technology

| Analgesia and Inflammation Therapeutic Area | | | | | |
|---|---|---|---|---|---|
| Arthritis | Cancer Pain | Fibromyalgia | Low Back Pain (chronic) | Neuropathy Pain | Postop. Pain |

**Technology Categories**

**J&J Position (Discovery)**

**Existing Priority Classes**

- ICE-Protease
- Histamine 3 Agonists
- HLA-DM
- Bradykinin 2 Antagonists
- Delta Opioid Receptor Agonists
- Na Channel Blockers
- Non-Opioid Analgesic / Anticonvulsant Combo
- NK1-3 antagonism +opioids

- mGlur antagonism
- Anticonvulsants
- TNF-alpha
- MMP Inhibitors
- Cathepsin Inhibitors
- IL-5 Synthesis Inhibitors
- Phosphodiesterase Inhibitors IV and VII
- Nerve Channel Conductors / Blockers
- Nicotinimide Antagonists

**J&J Position (Licensing)**

**Actively Pursue Further Due Diligence of Following Classes (31 Compounds)***

*Analgesia only - inflammation technology assessment forthcoming*

- Opioid Receptor Agonists / Antagonists (9)
- Receptor-Mediated Ion Channel Receptor (3)
- Alpha-2 Adrenergic Receptor Agonist (1)
- Acetylcholine Receptor Agonist (2)
- Adenosine Receptor Agonist / Antagonist (1)
- Cholecystokinin Receptor Antagonist (1)
- Others / Unidentified (14)

Note: Discovery stage compounds and early stage L&A candidates can not definitively be assigned to a specific disease area
*From Plan A technology assessment results after being further evaluated by internal J&J team

## *PAIN AND INFLAMMATION FRANCHISE - Technology Assessment*   P - RD

### Discovery and Licensing Recommendations

**Discovery**

- Move and support key compounds into POP/Phase I
- Improve coordination and communication of Discovery and Licensing efforts throughout J&J - 6 different Discovery teams

**Licensing**

- Pursue co-development of mu opioid analgesics
- Continue evaluation of drug delivery technologies for analgesia
- Evaluate collaboration on the BK1/BK2 antagonists, possibly the only non-peptide BK1 antagonists
- Complete evaluation of Cannabinoid Agonist
- Complete evaluation of human mAb vs. IL-8
- Routine Meetings with Discovery Team leaders and develop a strategy for short, mid, and long-term licensing possibilities, with emphasis on short to mid-term opportunities to fill void. (3 analgesia teams; 3 inflammation / autoimmune teams)
- Continue immuno-inflammatory disease technology assessment (General targets identified; databases shows 600 potential licensing candidates that must be validated and categorized)
- Ongoing update of analgesia technology review

## PAIN AND INFLAMMATION FRANCHISE - Internal Gap / Opportunity Analysis  P - RD
### Pipeline Balance



**Current Franchise Pipeline***

- **Pre-Launch** (Launched or pre-launch in >1 G7 country): 1 NCE, 4 (line extensions)
- **Phase III**: 1
- **Phase II**: 0
- **Post Chemistry** (POP & Phase I): 3 NCE, 1
- **Pre-Clinical/Discovery**: 17

Legend:
- ■ NCE's
- ■ In-line or late-stage products in development

**L&A and Discovery Priorities**

**L&A:**
- Revenues by 2004/2005
  - Build inflammation
  - Products for EU
  - Add to sales force bag (many small products)
  - 4 licensing platforms being evaluated

**Discovery:**
- Most projects in early stages (pre-POP); not timely to cover 2005 revenue gap
- Focus is nociceptive, neuropathic, visceral, and arthritis pain
- Support evaluation of pre-POP compounds

**Implications**
- **Short / mid-term gap in 2005 cannot be resolved by pipeline alone**
  - Durogesic off patent by 2005
  - Pre-launch products largely line extensions
  - New products not first to market
- **Aggressive phase II and later licensing, co-development, co-promotion, asset swaps, or acquisition required**
- **Continue to fuel long-term pipeline via discovery activity and early-stage L&A targets**

**Pre-launch** (Line extensions: Durogesic 12.5, Durogesic Matrix, Ultram SR, Ultracet Liquid; New products: Ultracet for pediatric and geriatric use; **Phase III** (Durogesic for pediatric use); **Phase II** (0); **Post Chemistry**: Topiramate with Tramadol (Ph.I); P38 inhibitors (POP), NO-NSAIDs (POP), Histamine 3 Antagonists (POP); **Preclinical**: (0); **Discovery**: 17 projects

## PAIN AND INFLAMMATION FRANCHISE - Internal Gap / Opportunity Analysis

### Financial Projections and Growth



**Franchise 10-Year Revenue & Growth Projections (WW)**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $1214 | $1432 | $1577 | $1756 | $1935 | $1461 | $1373 | $1150 | $1078 | $1016 | $686 |
| **Growth** | N/A | 18% | 10% | 11% | 10% | -24% | -6% | -16% | -6% | -6% | -33% |

**Key Financial Gaps & Issues**

- Franchise portfolio limited to only 2 key marketed products - both off patent by 2005
- Sustained revenue growth past 2004 will depend upon successful co-promotion, co-development, quid, or acquisition to provide additional products on market to bridge 2005 revenue gap
- Facilitate long-term revenue growth post-2005 through ongoing discovery and licensing activities

Source: Portfolio forecasts.  *Ultram includes Ultram & Ultram SR.  **Durogesic includes Durogesic, Durogesic 12.5, & Durogesic Matrix

## PAIN AND INFLAMMATION FRANCHISE - Conclusions

P - SM/RD

### External Assessment Conclusions & Critical Issues

**Market**
- **COX-2 inhibitors represent largest, fastest growing class in pain and inflammation market**
- **Opioid use increasing due to improved perception by health care policy stakeholders (WHO and NIH)**
- Planning needed for pricing reimbursement issues (3-tier formularies, Medicare Rx coverage, NICE 4th hurdle, EU reimbursement issue with combination formulation)
- Although mature market, still very dissatisfied, thus potential exists to reach dormant / under-treated groups

**Competition**
- **Generic encroachment poses a revenue threat (patent expirations: Ultram, 2000; Durogesic, 2005)**
- **Competition has dedicated selling / marketing resources and commitment to analgesia and inflammation**
- Mergers of "critical mass" pharma companies (e.g Pharmacia Corporation) with significant pipeline and sales force strength in aggregate may present opportunities (deconsolodation of assets) or threats (aggregate strength)
- Increased industry reliance on partnerships requires enhanced business intelligence capabilities

**Unmet Needs**
- **Demand exists for products that offer the efficacy of opioids but do not have the associated side effects or addiction potential**
- **More effective, safe anti-inflammatory agents in multiple formulations**
- Poor efficacy of neuropathy and fibromyalgia pain treatments represents major technological gap

**Technology**
- **"Safer" next-generation COX-2 inhibitors/NSAIDs and "enhanced" opioid-type products in development**
- DMARDs changing treatment paradigm for RA
- Patents may pose barriers to the research of many emerging targets
- New delivery systems for existing molecules can enhance patient acceptance and satisfaction

## PAIN AND INFLAMMATION FRANCHISE - Conclusions

P - SM/RD

### Internal Assessment Critical Issues & Gaps

**Financial**
- No backup for Durogesic when patent expires 1Q05US / 3Q05EU
- **Sustained revenue growth past 2004 will depend upon successful co-promotion, co-development, quid, or acquisition to provide additional products on market to bridge 2005 revenue gap**
- Facilitate long-term revenue growth post-2005 through ongoing discovery and licensing activities

**Current Products & Pipeline**
- Durogesic and Ultram generated $978.5 MM in 1999, and growth will be enhanced as Durogesic is launched in Japan (2001 / 2002)
- Multiple line extension launches in short-run : Ultracet (4Q00), Ultram SR (1Q01), Durogesic 12.5 in U.S. (3Q02) & EU (3Q01), Durogesic Matrix (1Q03) WW
- Launch planned for Topiramate for painful diabetic neuropathy & Remicade for early RA (currently for RA)
- Need broad-based orally available anti-inflammatory agent

**Customers**
- **US sales force views analgesia drugs as second detail (no primary sales force for analgesia in US)**
- **Influence patient demand and reach untreated population via DTC marketing and internet**
- J&J not viewed as a current pain management leader since share of voice is weak in US vs. other analgesia competitors due to critical mass spread over 3 Op. Co's

**Other**
- EU sales and marketing successful in marketing Durogesic, despite lack of market homogeneity
- Relatively weak sales and marketing resources in Japan
- **J&J is well placed in delivery systems but still needs new product technologies**
- J&J's internal resources in discovery and development are fragmented

## *PAIN AND INFLAMMATION FRANCHISE - Conclusions & Recommendations*  P - SM/RD

### Franchise Vision and Strategy Summary

**Vision**
- **Continue to maximize J&J's legacy as a trusted leader dedicated to the relief of pain and inflammation, by providing continuous improvements in treatment**

**Strategic Imperatives**

| Short (0-5) | Mid (5-10) |
|---|---|
| • **Secure additional products to generate $1 Bn in revenues by 2005**<br>• **Fuel pipeline to sustain growth post-2005**<br>• **Launch Ultracet (US, UK, Canada, A-P, L-A), Durogesic in Japan and line extensions for Durogesic & Ultram**<br>• Launch Topiramate for painful diabetic neuropathy and Remicade for early RA | • **Assume leadership position in management of pain and inflammation**<br>• **Further strengthen sales and marketing in US & EU, and continue to build in Japan**<br>• **Market >5 products in US and EU, and 2 in Japan** |

**Key Strategies**
- **Capture Short-term Revenues from Outside to Maintain Growth:** Co-develop, co-promote, acquire
- **Attract In-licensed Products:** Leverage the US and EU market development skills
- **Improve Internal Productivity to Fuel Pipeline:** Double discovery headcount by 2005
- **Accelerate and Expand Adoption of Products:** Improve treatment paradigms, employ DTC / DTP marketing, and strengthen sales force

- **Continue to Enhance Global Brand Equity**
- **Further Reduce Time to Market:** Invest to expedite L&A due diligence, POP transition to development, and cross-Op.Co. product launches
- **Continue to Capture Value of New Technologies:** Protect genomics & monoclonal antibody areas with aggressive patent policy

**Rationale**
- With key products off-patent by 2005, R&D investment (headcount, technology) is needed to fuel pipeline
- Demographic shift to elderly population and rise in ambulatory surgeries increase patient potential
- Unmet needs reflect side effects of opioids and NSAIDs, and poor efficacy for neuropathy pain
- Increased industry reliance on partnerships poses both opportunities and competitive threats

## *PAIN AND INFLAMMATION FRANCHISE - Conclusions & Recommendations*   P - SM

### Franchise Strategy - Summary Recommendations

**Options:** Least Investment → Phase-Out / Manage Erosion | Maintain | **Invest** ◄ | Maximize ← Most Investment

**Current Situation**
- **The Pain and Inflammation Franchise currently represents a global analgesia franchise focusing on commercialization of Durogesic and Ultram**

**Top-line Recommendations**
- **Invest in external opportunities to generate revenue for 2005**
    - Acquisition, licensing, co-development, co-promotion, asset swaps
- **Invest in discovery and development resources to fuel pipeline and reduce time to market**
    - Double discovery headcount by 2005
    - Delegate POP responsibilities for licensed analgesia compounds to development
- **Invest in global sales and marketing resources for pain and inflammation**
    - Build US / EU sales and marketing infrastructure for Durogesic and Ultram line extensions
    - Build Japan sales and marketing infrastructure for Durogesic launch
    - Invest $75-80 MM in Ultracet and Durogesic DTC marketing campaign
- **Assess COX-2 inhibitor investment opportunities with other COX-2 producers**
    - Co-develop non-J&J asset or in combination with J&J asset (Tramadol / COX-2 inhibitor)