PSJ3

Exhibit 30

| | |
|---|---|
| **From:** | Kuntz, Ron [OMP] |
| **To:** | Ferrari, Louis [OMP] |
| **CC:** | Kamin, Marc [OMP]; Kuntz, Ron [OMP] |
| **Sent:** | 10/19/1999 2:13:27 PM |
| **Subject:** | FW: Buprenorphine |

Lou,

I would like Marc, you and I to sit down and discuss what opportunities these "older" compounds might provide the analgesic franchise in the future. I don't know why Patrick sent this e-mail to Roger ( I think he's confused), but I will follow up with Roger this morning about our group looking at these compounds.

I think it's interesting that Purdue wants to talk to Janssen about co-promoting the sustained release Buprenorphine patch and not us. I think will need to approach them about having us be their partner vs Janssen.

I'll ask Debbie to set up a meeting with the three of us and a subsequent meeting with Patrick.

Ron

-----Original Message-----
**From:** Verheyen, Patrick [OMP]
**Sent:** Monday, October 18, 1999 3:52 PM
**To:** Graham, Roger [OMP]
**Cc:** Kuntz, Ron [OMP]
**Subject:** FW: Buprenorphine

Roger,

An e-mail from me to John Buckingham at Janssen on Friday triggered some thoughts which may be of interest to you. I would like to sit down with you to understand your interest in some of the "older" products, and how we position OMP in this as the preferred partner vis-a-vis Janssen US.

Patrick

-----Original Message-----
**From:** Megens, Anton [JanBe]
**Sent:** Monday, October 18, 1999 10:17 AM
**To:** Leysen, Josee [JanBe]; Verheyen, Patrick [OMP]; Buckingham, John [JANUS]
**Cc:** Heyman, Tom [JJCUS]; Lang, Eric [JANUS]; Jurzak, Mirek [JanBe]; Van Reet, Staf [JanBe]; Arens, Erich-Richard [JACDE]
**Subject:** RE: Buprenorphine

Dear all,

When thinking about "older compounds", let's not forget piritramide. Its pharmacological profile and its analgetic potency are quite similar to those of morphine. To my knowledge, this compound has never been evaluated orally for clinical application. Janssen Germany (Erich-Richard Arens) showed interest for such an oral formulation indicating that some time ago (January edition of this year), the British Journal of Anaesthesiology published an editorial stating that piritramide is the postoperative opioid of choice in many European countries.

Buprenorphine is also a very interesting opioid: analgesic activity in the Tail Withdrawal Reaction test in rats is already obtained from 0.02 mg/kg, i.v. and from 0.63 mg/kg, p.o. Despite its potent analgesic activity, this compound interestingly is able to antagonise e.g. the loss of righting and the rigidity induced by fentanyl (0.04 mg/kg, s.c.) in rats, suggesting that it might have a lower side-effect liability than fentanyl.

Best Regards,

Anton Megens

-----Original Message-----
**From:** Leysen, Josee [JanBe]
**Sent:** 18 October 1999 15:06
**To:** Verheyen, Patrick [OMP]; Buckingham, John [JANUS]
**Cc:** Heyman, Tom [JJCUS]; Lang, Eric [JANUS]; Jurzak, Mirek [JanBe]; Megens, Anton [JanBe]; Van Reet, Staf [JanBe]
**Subject:** RE: Buprenorphine

As far as I know, not
Josee

Confidential JAN-MS-01006283

-----Original Message-----
**From:** Verheyen, Patrick [OMP]
**Sent:** Monday, 18 October 1999 14:55
**To:** Leysen, Josee [JanBe]; Buckingham, John [JANUS]
**Cc:** Heyman, Tom [JJCUS]; Lang, Eric [JANUS]; Jurzak, Mirek [JanBe]; Megens, Anton [JanBe]; Van Reet, Staf [JanBe]
**Subject:** RE: Buprenorphine

Josee,

With a new receptor story, e.g. ORL-1, analogues of older compounds may indeed turn out to have significant commercial potential. Josee, I assume that palfium and burgodin were never marketed in the US?

Patrick

-----Original Message-----
**From:** Leysen, Josee [JanBe]
**Sent:** Monday, October 18, 1999 3:54 AM
**To:** Verheyen, Patrick [OMP]; Buckingham, John [JANUS]
**Cc:** Heyman, Tom [JJCUS]; Lang, Eric [JANUS]; Jurzak, Mirek [JanBe]; Megens, Anton [JanBe]; Van Reet, Staf [JanBe]
**Subject:** RE: Buprenorphine

Dear Patrick, John,
Buprenophine, indeed is on old compound which has high affinity for various subtypes of opiate receptors. It is a partial agonist, this means that depending on the dose it may act as an agonist or an antagonist. There must be old records in the Janssen pharmacology archives on the effects of this compound.
formulation or on demand application use, I talked last Friday to Eric about the numerous old Janssen compounds, which may have properties that meet current interests. There are e.g. the orally active compounds, dextromoramide (palfium) and the very long acting bezitramide (burgodin). These compounds were on the European market in the seventies. Instead of going after similarly old compounds from competitors, I wonder whether there would be a way to revive our own old compounds.
I'll speak to Mirek Jurzak and to Anton Megens, it seems worth to retest these compounds on the new cloned receptor subtypes.
Kind regards,
Josee

-----Original Message-----
**From:** Verheyen, Patrick [OMP]
**Sent:** Friday, 15 October 1999 20:33
**To:** Buckingham, John [JANUS]
**Cc:** Heyman, Tom [JJCUS]; Leysen, Josee [JanBe]; Lang, Eric [JANUS]
**Subject:** Buprenorphine

John,

Michael Friedman of Purdue Frederic told me this morning they are developing together with LTS a buprenorphine sustained release patch for moderate - severe pain. They expect to receive a favorable scheduling from the FDA. They would be interested in a co-promotion with Janssen US, preferably they want to cross co-promote duragesic. Purdue has rights to the buprenorphine patch in the US, Canada and some countries in Latin America. The patch is developed by LTS (Lohman). They have patent protection but expect that there will be competitors with similar sustained release products down the road. Launch is expected mid 2001. If we are interested Michael Friedman wants to sit down with a very small team to discuss. Michael Friedman claims that their current partner in the field, Abbott, is very interested in buprenorphine SR.

Buprenorphine is a partial mu opioid agonist, previously available as the analgesic Temgesic, launched by Reckitt & Colman for the treatment of pain. Various companies, including Nastech, 3M and other are developing new forms/combinations of the product.

John, please let me know how you want to proceed.

Patrick

Confidential

JAN-MS-01006284