# PSJ3

# Exhibit 31

| | |
|---|---|
| **From:** | Zollo, Steve [JANUS] |
| **To:** | Chupa, Kati [JANUS] |
| **Sent:** | 2/18/2000 1:51:24 PM |
| **Subject:** | FW: Purdue Frederick / J&J Co-promotion Meeting |

Kati,

Can you pull together the data for this meeting.

Thanks,
Steve

-----Original Message-----
**From:** Karmazin, Sharon [JANUS]
**Sent:** Wednesday, February 16, 2000 10:26 AM
**To:** Buckingham, John [JANUS]; Chupa, Kati [JANUS]; Eckhardt, Jim [JANUS]; Napiecek, Steve [JANUS]; Ferrari, Louis [OMP]; Johnson, John [OMP]; Kuntz, Ron [OMP]; Verheyen, Patrick [OMP]; Schwalm, Cynthia [JJCUS]; Zollo, Steve [JANUS]
**Cc:** Hoffman, Debbie [OMP]; Torgersen, Ellie [OMP]; Whitlatch, Maria [JJCUS]; Cavallaro, Jann [OMP]; Maines, Christine [JANUS]; Rowley, Linda [JANUS]
**Subject:** Purdue Frederick / J&J Co-promotion Meeting

Based on first availability for everyone, this meeting has been scheduled as detailed below.

Subject: **Purdue Frederick/J&J Co-promotion**

Date: **Friday, March 17**
Time: **1 p.m. to 5 p.m.**

Location: **Conference Room A22**
**Janssen, Titusville**

Host: **Steve Zollo**

**Topics to be discussed:**
- Janssen current pain audience
- Ortho/McNeil current pain target audience
- Purdue analysis
- Co-promotion options with Purdue
- Next steps

Any conflict, please advise.

**Sharon Karmazin**
Phone: 609-730-2128
Fax: 609-730-2698
E-Mail: skarmaz@janus.jnj.com

-----Original Message-----
**From:** Karmazin, Sharon [JANUS]
**Sent:** Friday, February 11, 2000 3:17 PM
**To:** Hoffman, Debbie [OMP]; Maines, Christine [JANUS]; Rowley, Linda [JANUS]; Whitlatch, Maria [JJCUS]; Cavallaro, Jann [OMP]; Torgersen, Ellie [OMP]
**Subject:** Purdue Frederick / J&J Co-promotion

I am trying to schedule a four hour meeting on the subject topic with the following attendees. The meeting could be held in Titusville.
<u>Janssen Ortho J&J Corp</u>.
J. Buckingham L. Ferrari C. Schwalm
K. Chupa J. Johnson
J. Eckhardt R. Kuntz
S. Napiecek P. Verheyen

Please let me know your supervisor's availability on the following dates:

Monday, February 28
Tuesday, February 29

Friday, March 17
Monday, March 20
Tuesday, March 21
Wednesday, March 22
Thursday, March 23

**Sharon Karmazin**
Phone: 609-730-2128
Fax: 609-730-2698
E-Mail: skarmaz@janus.jnj.com

Confidential                                                                                                                     JAN-MS-00246904