PSJ3

Exhibit 32

# Purdue Pharma LP and Johnson & Johnson Partnership Discussion

## **Confidential**



*Pharmaceuticals Group*
*Business Development*

*July 31, 2019*

# Project Objective/ Rationale

---

Build a partnership between Purdue Pharma LP and J&J that leverages each partner's assets and capabilities to create a Pain Management Franchise that is significantly larger and more profitable than that which the partners could build on their own

---



*Pharmaceuticals Group*
*Business Development*

2

# J&J's Pain Franchise

---

<u>Product Range</u>

Motrin       Tylenol       Ultracet       Ultram/UltramSR       Duragesic

<u>Research & Development</u>

New indications

New delivery forms

New targets

<u>Worldwide Licensing Activities</u>

---



*Pharmaceuticals Group*
*Business Development*

3

*July 31, 2019*

# Current Sales Force Deployment- J&J

| **Janssen--DURAGESIC**® | **Reps** |
|---|---|
| 500 Gold Sales Force | 500 |
| 275 Sales Force | 275 |
| Hospital Sales Force | 107 |
| Ortho Biotech | 282 |
| ALZA | 110 |
| ElderCare | 85 |

| **OMP—Ultram Family** | **Reps** |
|---|---|
| AI/CNS | 1,284 |
| Hospital Sales Force | 224 |
| Neuro Science | 150 |



# Alternative Sales Force Deployment- J&J

|  | **Sales Force 1**<br>N = 350 | **Sales Force 2**<br>**N = 350** | **Hospital Sales Force**<br>**N = 100** |
|---|---|---|---|
| **Primary Care** | Ultracet<br>DURAGESIC®<br>Ultram SR | DURAGESIC®<br>Ultram SR<br>Ultracet | DURAGESIC®/Ultracet/SR |
| **Pain Specialists**<br>Rheumatologists<br>Anestheologists<br>All Other Primary<br>Physicians | Ultracet<br>DURAGESIC®<br>Ultram SR | DURAGESIC®<br>Ultram SR<br>Ultracet | DURAGESIC®/Ultracet/SR |
| **All Other HVPs** | Ultracet<br>DURAGESIC®<br>Ultram SR | DURAGESIC®<br>Ultram SR<br>Ultracet | DURAGESIC®/Ultracet/SR |



*Pharmaceuticals Group*
*Business Development*

*July 31, 2019*

# A Powerful Combination

J&J
- Sales/Marketing
- Tylenol & Motrin
- Duragesic
- Ultram/Ultram SR
- Ultracet
- Intellectual property
- R&D pipeline and capabilities

Purdue
- Sales/Marketing
- Oxycontin
- MS Contin
- Ultram SR
- Palladone
- Intellectual property
- R&D pipeline and capabilities

# Potential Purdue/J&J Pain Mgt Sales Force Deployment

- Mirror Purdue and Janssen sales force
  - Combo territory
  - Fewer JNJ reps needed
- All 5 pain products carried by all representatives
- Rotation of products would develop on 3- to 4-month cycles according to need.

|  | Purdue<br>N = 700 | JNJ<br>N = 700 |
|---|---|---|
| **Primary Care** | OxyContin/Palidon<br>Ultracet/SR/DURAGESIC® | Ultracet/SR/DURAGESIC®<br>OxyContin/Palidon |
| **Pain Specialists** | OxyContin/Palidon<br>Ultracet/SR/DURAGESIC® | Ultracet/SR/DURAGESIC®<br>OxyContin/Palidon |
| **All other HVPs** | OxyContin/Palidon<br>Ultracet/SR/DURAGESIC® | Ultracet/SR/DURAGESIC®<br>OxyContin/Palidon |



*Pharmaceuticals Group*
*Business Development*

7

*July 31, 2019*

# Mechanics of Combined Forces

- Proposed Deployment
  - Mirror Purdue and J&J sales forces
    - Combo territories
    - Sales representatives will be trained in all 5 products
  - Four sales forces of 400 representatives--2 each from Purdue and J&J
    - Allows for maximum flexibility to deliver 5 products in priority position
    - Each sales force can reach 60,000 physicians individually
    - Frequency goals attained by overlapping of physicians
    - 2.3 million primary positions with 3.6 million PDEs to allocate.
  - Product priorities will be developed on 3- to 4-month cycles according to need



*Pharmaceuticals Group*
*Business Development*

8

# Partphip Idea

- ## Reciprocal Co-promotion
  - Joint co-promotion on all marketed brands
  - Marketing collaboration to appropriately position the range of brands to physicians
  - Creates a powerful sales presence to leverage underserved pain management market
  - Creates the most comprehensive pain management product range in the industry



*Pharmaceuticals Group*
*Business Development*

9

# Key Issues For Discussion and Exploration

- Reaction to Reciprocal Co-Promotion concept

- Ability to position all brands in a relevant way to physicians- joint marketing effort required

- Establishing appropriate sales force incentives

- Deal structure



*Pharmaceuticals Group*
*Business Development*

10

*July 31, 2019*

# Next Steps

---

- Create small marketing team to develop brand positioning

- Develop deal structure and sales incentive proposals

- Agree to Project Timetable key decision dates

---



*Pharmaceuticals Group*
*Business Development*

11

*July 31, 2019*