PSJ3

Exhibit 33

# Project Pearl

# Internal Discussion Guide

## Confidential

*Pharmaceuticals Group*
*Business Development*

*July 31, 2019*

# Project Objective/ Rationale

Build a partnership between Pearl and J&J that leverages each partner's assets and capabilities to create a Pain Management Franchise that is significantly larger and more profitable than that which the partners could build on their own

# Background/ Status

---

- Agreement reached to meet for a discussion of partnership alternatives- scheduled for September 6

- J&J Work Team assembled to generate idea(s) and identify key issues- L. Ferrari, B. Fitzsimons, M. Grissinger, R. Kuntz

- Three options identified and discussed within the Work Team- to be reviewed with S. Fischer, D. Norton, and R. O'Neil

---

# What Does Each Partner Bring?

## J&J

- Sales/Marketing
- Duragesic
- Ultram
- Ultram SR
- Ultracet
- Intellectual property
- R&D pipeline and capabilities

## Pearl

- Sales/Marketing
- Oxycontin
- MS Contin
- Ultram SR
- Palladone
- Intellectual property
- R&D pipeline and capabilities

# Options Developed for Discussion

- Option l          Reciprocal Co-promotion rights on all brands

- Option 2          R&D partnership for Co-development of new brands

- Option 3          Joint Venture that creates a stand-alone "Pain Company"

# Partnership Options:  Pro's/Con's

| Reciprocal Co-pro | R&D Partnership | Pain Company JV |
|---|---|---|
| Pro's<br>• Creates full range of analgesics for physicians<br>• Both partners share in brands of others<br>Creates revenue and cost synergies | Pro's<br>• Synergies across R&D teams<br>• Shared cost/ risk<br>• Leverage patents of both parties | Pro's<br>• Creates dedicated "Pain company" – provides focus to grow franchise<br>• Clear commitment by both partners<br>• Leverages all pain assets of both partners |
| Con's<br>• Each partner gives up some control<br>• Resources requires to manage partnership | Con's<br>• Each partner gives up some control<br>• Resources requires to manage partnership | Con's<br>• Each partner gives up control<br>• Management issues of governance and financial reporting |
| Issues<br>• How to position all brands in a relevant way to physicians<br>• Historic rivalry<br>• How to incent reps<br>• How to assign dedicated pain sales force within J&J (impact on other brands) | Issues<br>• Past dispute<br>• How to determine funding split<br>• Governance/ decision making mechanisms | Issues<br>• All issues of other options plus overall governance issues |
| Financial Structure<br>• Revenue & profit split on all brands<br>• J&J  - heavier revenue split<br>• Pearl - heavier profit split | Financial Structure<br>• Negotiate split of dev costs – revenue & profit split to be proportional<br>• Co marketing | Financial Structure<br>• J&J reports sales<br>• Pearl receives profit split |

# Preferred Approach/ Rationale

- ### Reciprocal Co-promotion

  - Potential for short-term impact vs.. R&D partnership

  - Less complex than JV

  - Positive experience with co-promotions could lead to R&D and broader relationship

# Key Issues

---

- Creating one "pain sales force" within J&J- impact on other J&J brands

- Positioning all brands in a relevant way to physicians

- Establishing appropriate sales force incentives

- Governance

- Deal structure

---

# Next Steps

- Internal discussion of alternatives

- Develop "one Pain Sales force" configuration for J&J

- Refine deal structure for preferred option

- Prepare presentation for September 6 meeting with Pearl

# Appendix I

# Brand Descriptions & Positioning

*Pharmaceuticals Group*
*Business Development*

*July 31, 2019*

# Positioning Spectrum



# PALLADONE

- Once daily sustained release hydromorphone -- contents can be sprinkled on food -- entirely novel sustained release technology with low abuse potential compared to MS-Contin or OxyContin.
- Indicated for relief of severe pain requiring prolonged use of an oral opioid preparation (Canada).
- Clinical studies in chronic severe cancer pain (Canada)
- Positioning: use in cancer pain based on superior side effect profile compared to morphine.

# OXYCONTIN

---

- Twice or three times daily sustained release oxycodone -- tablets are not designed to be broken and should be taken whole.
- Indicated for patients with moderate to severe pain requiring opioid therapy for more than a few days.
- Positioning:
  - 24 hour pain control
  - Less frequent dosing
  - Single entity agent
  - No "ceiling" effect
  - Improved delivery system allowing both rapid and prolonged release
  - Easy to live with, easy to dose
  - For both cancer and non-cancer pain

# DURAGESIC

- Once every 3 days transdermal fentanyl.
- Indicated for the treatment of chronic pain (such as that of malignancy).
- Positioning:
  - 72 hour pain control
  - Less frequent dosing
  - both cancer and non-cancer pain
- Product growing in non-malignant pain
- Strategy to move down in pain spectrum and broaden use beyond cancer.

# ULTRAM

---

- One to two tablets every 4-6 hours oral tramadol.

- Indicated for the treatment of moderate to moderately severe pain:
  - low addiction potential, non-scheduled
  - both cancer and non-cancer pain

- Strategy to use in place of opioids to control moderate to moderately severe pain.

---

# MS-CONTIN

- Twice or three times daily sustained release morphine -- tablets are not designed to be broken and should be taken whole.
- Indicated for patients with moderate to severe pain requiring strong opioid therapy for more than a few days.
- Positioning:
  - 24 hour pain control
  - Less frequent dosing
  - For both cancer and non-cancer pain
- Generic -- While sales are declining (-10%) , still worth over $140 million,  some of that is price increase (have lost about $60 million in revenues to generics)

Total Prescriptions  000's



# Use by Specialty



# Share by Specialty



| | Prim Care | Surgery | Oncology | Orthopedic |
|---|---|---|---|---|
| OxyContin | 25% | 39% | 30% | 15% |
| Duragesic | 11% | 6% | 27% | 1% |
| MS-Contin | 8% | 9% | 28% | 0% |
| Dilaudid | 3% | 11% | 11% | 1% |
| Ultram | 53% | 36% | 4% | 84% |

Source: IMS NDTI MAT/6/00

*Pharmaceuticals Group*
*Business Development*

Market defined as OxyContin, Duragesic, MS-Contin, Dilaudid, and Ultram
*July 31, 2019*

19

# Target Physician Audience

|  | MS-Contin | OxyContin | Ultram | Duragesic | Palladone |
|---|---|---|---|---|---|
| **Primary Care** |  | 4 | 4 | 4 |  |
| **Oncology** | 4 | 4 | 4 | 4 | 4 |
| **Surgery** |  | 4 | 4 |  |  |
| **Orth Surg** |  | 4 | 4 | 4 |  |
| **Pain Spec** | 4 | 4 | 4 | 4 | 4 |

# Use by Specialty



| | Prim Care | Surgery | Oncology | Orthopedic | All Other |
|---|---|---|---|---|---|
| OxyContin | 54% | 13% | 12% | 6% | 15% |
| Duragesic | 57% | 7% | 23% | 0% | 13% |
| MS-Contin | 46% | 7% | 31% | 0% | 16% |
| Dilaudid | 38% | 2% | 27% | 2% | 31% |
| Ultram | 54% | 5% | 1% | 16% | 23% |

# Use by Diagnosis



| | Back/Joint | Cancer | Post-Op | CPS | Injury | All Other |
|---|---|---|---|---|---|---|
| OxyContin | 45% | 16% | 12% | 7% | 7% | 14% |
| Duragesic | 25% | 36% | 6% | 12% | 6% | 15% |
| MS-Contin | 24% | 51% | 5% | 7% | 2% | 11% |
| Dilaudid | 24% | 27% | 5% | 14% | 3% | 29% |
| Ultram | 53% | 1% | 10% | 10% | 17% | 9% |

Source: IMS NDTI MAT/6/00

Market defined as OxyContin, Duragesic, MS-Contin, Dilaudid, and Ultram

*Pharmaceuticals Group*
*Business Development*

*July 31, 2019*

22

# Share by Diagnosis



| | Back/Joint | Cancer | Post-Op | CPS | Injury |
|---|---|---|---|---|---|
| OxyContin | 26% | 27% | 29% | 18% | 15% |
| Duragesic | 6% | 29% | 4% | 13% | 5% |
| MS-Contin | 5% | 32% | 5% | 6% | 2% |
| Dilaudid | 2% | 7% | 13% | 8% | 4% |
| Ultram | 62% | 5% | 49% | 55% | 75% |

Source: IMS NDTI MAT/6/00

Market defined as OxyContin, Duragesic, MS-Contin, Dilaudid, and Ultram

*July 31, 2019*

*Pharmaceuticals Group*
*Business Development*

23

# Use by Condition Severity



| | **Mild** | **Moderate** | **Severe** |
|---|---|---|---|
| **Market** | 4% | 44% | 53% |
| **Duragesic** | 4% | 26% | 70% |
| **MS-Contin** | 3% | 36% | 62% |
| **Dilaudid** | 6% | 38% | 56% |
| **Ultram** | 26% | 58% | 15% |

Source: IMS NDTI MAT/6/00

*Pharmaceuticals Group*
*Business Development*

Market defined as OxyContin, Duragesic, MS-Contin, Dilaudid, and Ultram
*July 31, 2019*

24

# Share by Condition Severity



| | Mild | Moderate | Severe |
|---|---|---|---|
| OxyContin | 6% | 23% | 37% |
| Duragesic | 2% | 6% | 20% |
| MS-Contin | 2% | 6% | 15% |
| Dilaudid | 1% | 2% | 5% |
| Ultram | 89% | 64% | 24% |

Source: IMS NDTI MAT/6/00

Market defined as OxyContin, Duragesic, MS-Contin, Dilaudid, and Ultram

*Pharmaceuticals Group*
*Business Development*

*July 31, 2019*

25

# Use by Condition Severity



Source: IMS NDTI MAT/6/00

Market defined as Codeine & Comb, Synthetic Non-narcotic, Syn Narcotic, Morphine & Op, Propoxyphene

# Use by Condition Severity
# Rxs -- 000's



| | Mild | Moderate | Severe |
|---|---|---|---|
| Market | 41,896 | 96,940 | 36,462 |

Source: IMS NDTI MAT/6/00

Market defined as Codeine & Comb, Synthetic Non-narcotic, Syn Narcotic, Morphine & Op, Propoxyphene

*Pharmaceuticals Group*
*Business Development*

27

*July 31, 2019*

# Target Patient Audience

|  | MS-Contin | OxyContin | Ultram, Ultracet, Ultram SR | Duragesic | Palladone |
|---|---|---|---|---|---|
| **Back** |  | 4 | 4 | 4 |  |
| **Musculo-skeletal** | 4 | 4 | 4 | 4 |  |
| **Post-op** |  | 4 | 4 |  | 4 |
| **Cancer** | 4 | 4 | 4 | 4 | 4 |
| **Severity** | Severe | Mod/Severe | Moderate | Mod/Severe | Severe |

# Brand Positioning Strategies

| | TARGET | PATIENT TYPE | STRATEGY | MESSAGE/ POSITIONING |
|---|---|---|---|---|
| **Palladone** | Primary Care, Oncology, Pain Specialists | Severe, Chronic Cancer Pain | Replace MS-Contin in cancer pain | Fewer side effects than morphine More potent than morphine |
| **OxyContin** | Primary Care, Oncology, Surgery, Orthopedic Surgery, Pain Specialists | Moderate to severe pain, both cancer & non-cancer | Replace MS-Contin in non-cancer pain, conitinue to replace Percocet | Effective pain control with low side effects and easy dosing for paitients requiring opioid therapy for more than a few days, no morphine stigma |
| **Duragesic** | Primary Care, Oncology, Orthopedic Surgery, Pain Specialists | Chronic moderateto severe pain in cancer, back, joint. | Continue to grow cancer pain business  while expanding non-cancer business,  move down in pain spectrum with lower dosing | Convenient 3 day dosing while providing effective pain control with fewer side effects. |
| **Ultram, Ultracet, Ultram SR** | Primary Care, Surgery, Orthopedic Surgery, Pain Specialists | Moderate to Moderately Severe Pain | Continue to grow the business in acute and chronic moderate to moderately severe pain | Non-scheduled alternative |
| **MS-Contin** | NONE | NONE | Canabalize with OxyContin, Duragesic, and Palladone | Other products are better |

Project Pearl
J&J Sales Force Deployment

- # Issues
  - – Significant primary detail requirement for all brands
  - – Potentially 2 launches (ULTRACET & ULTRAM SR) in 6 months to a year
  - – Unresolved market exclusivity issues with ULTRAM
  - – ULTRAM SR co-promotion with PF
  - – Janssen launching DTC campaign with DURAGESIC by mid-year 2001

Project Pearl
J&J Sales Force Requirements

- Strategy
  - Call requirement for primary position drives the need for 2 mirrored office based sales forces and one hospital based sales force
  - Each product will require 1+ million contacts each
  - PDEs will be determined with the launch of ULTRACET & ULTRAM SR and the DTC launch of DURAGESIC

Project Pearl
J&J Sales Force Audience

- Audience
  - Primary Care
  - Pain Specialists
    - Rheumatologists
    - Anesthesiologists
  - Other High Volume Prescribers
    - Surgeons
    - Oncologists
    - Neurologists

  - 45,000 to 50,000 reach with a frequency of 20

Project Pearl
J&J Sales Force Call Plan

| | Sales Force 1<br>N = 350 | Sales Force 2<br>N = 350 | Hospital Sales Force<br>N = 100 |
|---|---|---|---|
| **Primary Care** | Ultracet<br>DURAGESIC®<br>Ultram SR | DURAGESIC®<br>Ultram SR<br>Ultracet | DURAGESIC®/Ultracet/SR |
| **Pain Specialists**<br>Rheumatologists<br>Anestheologists<br>All Other Primary<br>Physicians | Ultracet<br>DURAGESIC®<br>Ultram SR | DURAGESIC®<br>Ultram SR<br>Ultracet | DURAGESIC®/Ultracet/SR |
| **All Other HVPs** | Ultracet<br>DURAGESIC®<br>Ultram SR | DURAGESIC®<br>Ultram SR<br>Ultracet | DURAGESIC®/Ultracet/SR |

Project Pearl
J&J/PF Joint Sales Forces

- Strategy
  - Change J&J sales force from 2 mirrored office based sales force of 350 reps each and a hospital sales force of 100 reps to 1 office/hospital sales force of 700 reps
  - PF would mirror the J&J sales force with 700 office/hospital reps

## Project Pearl Call Plan
## Joint JNJ/Purdue

- Mirror Purdue and Janssen sales force
  - Combo territory
  - Fewer JNJ reps needed
- All 5 pain products carried by all representatives
- Rotation of products would develop on 3- to 4-month cycles according to need.

| | Purdue<br>N = 700 | JNJ<br>N = 700 |
|---|---|---|
| **Primary Care** | OxyContin/Palidon<br>Ultracet/SR/DURAGESIC® | Ultracet/SR/DURAGESIC®<br>OxyContin/Palidon |
| **Pain Specialists** | OxyContin/Palidon<br>Ultracet/SR/DURAGESIC® | Ultracet/SR/DURAGESIC®<br>OxyContin/Palidon |
| **All other HVPs** | OxyContin/Palidon<br>Ultracet/SR/DURAGESIC® | Ultracet/SR/DURAGESIC®<br>OxyContin/Palidon |

# Configuration of 350 Person Force

|  | PDEs | Contacts |
|---|---|---|
| **Ultram SR** | 302,400 | 1,008,000 |
| **Ultracet** | 554,400 | 1,008,000 |
| **DURAGESIC**® | 756,000 | 1,008,000 |