# PSJ3

# Exhibit 34

| | |
|---|---|
| **From:** | Grissinger, Michael [JJCUS] |
| **To:** | Ferrari, Louis [OMP]; Fitzsimons, Barry [JANUS]; Kuntz, Ron [OMP] |
| **CC:** | O'Neil, Robert [JJCUS]; Fischer, Seth [OMP]; Norton, David [JANUS] |
| **Sent:** | 7/28/2000 1:38:43 PM |
| **Subject:** | Project Pearl |
| **Attachments:** | Pearl061500.ppt; pearlsumm.doc |

This is to request your help in developing some partnership proposals in preparation for an upcoming meeting with Purdue. We have had preliminary discussions with their management and have agreed to explore ways in which we might work together in pain management. My assistant will be contacting you to schedule a meeting for us to discuss and develop a range of potential ideas. I have also attached some background on the company. Please keep these materials and all discussions of this project confidential. Thanks in advance for your help. I look forward to working with you on this.

Mike Grissinger
VP Business Development- Pharmaceuticals Group
Johnson & Johnson
(732) 524-2643
mgrissi@corus.jnj.com


pearlsumm.doc


Pearl061500.ppt

**Withheld as Not Responsive**

JAN-MS-01052166

**Withheld as Not Responsive**

JAN-MS-01052167