PSJ3 Exhibit 35

# Licensing Opportunity COX II Inhibitors

- **NOVARTIS**
  - COX 189 (COX II Inhibitor)
  - Contact has been made to express J&J interest in co-promoting their new COX II Inhibitor
  - Novartis has not responded to our interest at this time
- **Vanderbilt University**
  - COX II has been donated to them by Proctor & Gamble
  - Eric Lang has met with them and is evaluating this opportunity

# Licensing Opportunity OPIOIDS

- **ADOLOR**
  - Post-Operative Ileus product
    - In Phase III of development
    - If J&J commits to working with Adolor, Eric, Jeff Mathis, and I will meet with them to review their market data
  - Fixed Combination Opioid Product
    - Development Project
  - Adolor is looking for only one partner to market both products

# Licensing Opportunity OPIOIDS

- **SKYPHARMA**
  - **Proposed deal would have SkyPharma develop the Hydrocodone SR and Hydrocodone SR + Naproxen combination product with J&J paying for the development costs**
  - **J&J would market both products**

# Licensing Opportunity OPIOIDS

- **PAIN THERAPEUTICS, INC.**
  - We have a verbal agreement that PTI will work with J&J first before approaching other Pharma Companies
  - We need to validate their Phase II clinical program results

- **ALZA**
  - Hydrocodone SR opportunities is no longer on the table

# Licensing Opportunity OPIOIDS

- **Grunenthal**
  - Five compounds are being reviewed and negotiations are on-going
  - Two compounds are in Phase I/II

# Co-Promotional Opportunities

- **PURDUE FREDERICK**
  - Reviewing how we can work together to help each company achieve maximum sales potential of existing and future products
  - Purdue and OMP marketing teams plan to meet to discuss the options to work together.
  - Janssen also needs to be involved in these discussions

# Co-Promotional Opportunities

- **Pharmacia**
  - Plan to contact Pharmacia to discuss the potential of synergy in marketing Celebrex and ULTRAM together verses competing

# Clinical Development Projects

- **Topiramate**
  - Neuropathic pain studies are in Phase II/III of development
    - sNDA filing: 4Q01
    - Anticipated Approval 4Q02
- **Tramadol/Topiramate Combination Product**
  - Development is in POP stage
- **Tramadol/COX II Combination Product**
  - Patent evaluation is currently on-going

# Clinical Development Projects

- **Durogesic 12.5 mcg Patch**
    - Launch Date:  1Q 2003

- **Durogesic Matrix**
    - Launch Date:  1Q 2003

# Current Franchise Situation (2001-2005)

- **ULTRAM**
  - Patent loss as of September 2000
  - Generic competition forecasted by January 2002 if Project Up does not come to fruition

- **DUROGESIC**
  - Patent loss as of xx 2005
  - Generic competition forecasted by 2006

