# PSJ3 Exhibit 37

| | |
|---|---|
| From: | Sackler, Dr Richard |
| Sent: | Friday, February 16, 2001 12:18 AM |
| To: | Friedman, Michael |
| Cc: | hru |
| Subject: | RE: Dinner on March 5 |
| Importance: | High |

OK.

I'm glad to share the credit with Howard for the advertisement approach to getting our story out as we discussed this at lunch about a week or so ago. I say "share" because HRU wasn't at that lunch and had the same idea himself.

But one thing. These may be viewed by the FDA as direct to consumer advertising. I know, this sounds strange. But we will have to get up to speed quickly about how we can avoid this, as I believe that DTC advertising has to be pre-cleared. Unfortunately, this will make it terribly untimely.

**Richard S. Sackler,** M.D.
President, Purdue Pharma, L.P.
Laptop 2000 machine
One Stamford Forum
Stamford, CT 06901

Located in Connecticut

-----Original Message-----
**From:** **Friedman, Michael**
**Sent:** Friday, February 16, 2001 1:15 AM
**To:** Sackler, Dr Richard; mxf; hru; Hogen, Robin; sdb; pdg
**Subject:** RE: Dinner on March 5

I think that it is imperative that we get our story absolutely straight and consistent. We need talking sheets with fact and bullets that we all know by heart. I would suggest that we avoid anything unplanned and that we focus on getting the story straight before using potentially valuable contacts.

Howard and others have suggested that we craft advertorials. I have asked Robin to work with the agency to do so because this process will force us to drive our message to these kinds of facts and talking points. We can always decide whether we want to actually place the ads at a later date.

**Michael Friedman**
friedman@pharma.com
(203) 588 7290

-----Original Message-----
**From:** **Sackler, Dr Richard**
**Sent:** Friday, February 16, 2001 12:56 AM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD8801161604

**To:** mxf; hru; Hogen, Robin; sdb
**Cc:** pdg
**Subject:** FW: Dinner on March 5

I'm invited to a friendly dinner with Laurie Garrett in Washing the evening after she gives her address. She will be there with her brother, Jay W, the man who introduced me to LG, and some other people.

Jay has offered to discuss our media problem with gross errors and egregious distortions. I'm not sure that this is the best approach. First, we don't have all our facts together - far from it. We are just beginning to assemble the facts.

What do you think?

Richard S. Sackler, M.D.
President, Purdue Pharma, L.P.
Laptop 2000 machine
One Stamford Forum
Stamford, CT 06901
[redacted]
Located in Connecticut

-----Original Message-----
From: Jay Wettlaufer [mailto:[redacted]]
Sent: Thursday, February 15, 2001 5:44 PM
To: Sackler, Dr Richard
Subject: RE: Dinner on March 5

Richard,

Banning already talked to Laurie on the phone and she is really excited you are coming. Stop worrying. Its a night for you (and all of us) to yak it up and have a great time. You will have fun and fit in like a glove. Don't worry. Your current PR nightmare is not an issue.
Jay
PS - I'm actually going to talk to Laurie about the Oxycontin overdose "data" myself and see if she thinks there is a story there. I think it would be better if I bring it up and point her your way (and you would feel better about it.) If I am wrong, let me know.
-----Original Message-----
From: Sackler, Dr Richard [mailto:[redacted]]
Sent: Thursday, February 15, 2001 4:05 PM
To: 'Jay Wettlaufer'
Subject: RE: Dinner on March 5

Laurie's brother sounds charming.
But you should warn him that I don't want anyone to be uncomfortable. You can give him a vignet of our 15 minutes of fame. By the way, things are getting worse.
And Laurie may feel that I'm barging in to make points or try and get onto her favored side. We are taking a terrible beating in the press by being associated by association with this criminal abuse stuff.
Richard S. Sackler, M.D.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

President, Purdue Pharma, L.P.
Laptop 2000 machine
One Stamford Forum
Stamford, CT 06901

Located in Connecticut


-----Original Message-----
From: Jay Wettlaufer [mailto:               ]
Sent: Thursday, February 15, 2001 2:49 PM
To: Richard Sackler, M.D.
Subject: FW: Dinner on March 5

Richard,
In case you thought you weren't wanted, I have enclosed the email exchange I had with Banning Garrett, Laurie's big brother and one of my best friends.

I'm really looking forward to it. It will be a great mixture of people and I promise you will have fun. (Your brain may ache a little by the end of the night, these people are fucking smart!)
ciao,
Jay
-----Original Message-----
From: Banning Garrett [mailto:                    ]
Sent: Thursday, February 15, 2001 8:15 AM
To: Jay Wettlaufer
Cc: Jay Wettlaufer
Subject: RE: Dinner on March 5


Jay,
Of course I think it is a great idea for Richard to join us. I have heard about him from you for about 3 years and it will be good to finally meet him - to meet anyone for whom you have such great respect.

Talk with you later,
Banning
Banning Garrett

PDD8801161606

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

-----Original Message-----
From: Jay Wettlaufer [mailto:
Sent: Thursday, February 15, 2001 12:02 AM
To: Banning Garrett
Subject: Dinner on March 5

Banning,

Would you and Laurie mind much if Richard Sackler joined us for dinner on March 5? I talked to him tonight and he will be in town (probably for the same reason Laurie is here). He knew Laurie would be here and wanted to know if the three of us could have dinner on the fifth. I told him, "well, it just so happens..." (I also told him he would love you and it would be great for him to come.) You will really like him, he's one of my favorite people... A truly good man by any standard and tons of fun. We will all have a great time!
Let me know if its okay and where you guys would like to eat.
Cheers,

Jay

PS - Richard told me to tell Laurie that ⬛⬛⬛⬛⬛ says hello and sends his regards.

PDD8801161607

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER