# PSJ3

# Exhibit 39

TO: Entire Field Force          FROM: Jim Lang

NUMBER: 72                       DATE: April 2, 2001

## *Promotion of OxyContin®*

Ladies and Gentlemen:

For the past year, OxyContin® and Purdue have been the subject of numerous articles regarding abuse and diversion in print and electronic media. To ensure that your promotion to all healthcare professionals is accurate, we have intensified our package insert training to ensure that each of you has a clear understanding of the approved claims that can be made about our products.

This past week, we received a complaint from Janssen's president indicating that our representatives are discussing various ways in which the Duragesic patch is abused and diverted. According to the letter, some of our representatives are making inaccurate comparisons between the abuse of the Duragesic patch and OxyContin.

While abuse and diversion reports for OxyContin, Duragesic, and other pharmaceutical preparations may be part of the printed and electronic press, this knowledge or information should not be discussed or used as part of the promotion of OxyContin.

As you know, Purdue takes a very strong position in ensuring that the promotion of our products are within label and that we do not permit the use of unapproved promotional materials or claims regarding our product or that of competition. This includes diversion claims.

Janssen Pharmaceuticals and Purdue have agreed that should either company have representatives who promote product out of label or out of policy, the name of the representative will be provided to the other company for investigation and disciplinary action if necessary.

It is extremely important that we as a company and the industry ensure that our promotion meets the highest standards of professionalism. I trust that this memo is clear. If you have any questions, please feel free to contact us.

PDD8805162072

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

PKY182620813

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)