# PSJ3 Exhibit 41

**To:** Reder, Robert[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=RederR]
**From:** Goldenheim, Paul
**Sent:** Thur 4/5/2001 9:42:23 AM
**Subject:** FW:

fyi

Paul Goldenheim
paul.goldenheim@pharma.com

-----Original Message-----
From: Sackler, Dr Richard
Sent: Wednesday, April 04, 2001 4:21 PM
To: mxf; hru; Hogen, Robin; Haddox, Dr. J. David
Cc: pdg
Subject: FW:


Richard S. Sackler, M.D.
President, Purdue Pharma, L.P.
Laptop 2000 machine
One Stamford Forum
Stamford, CT 06901

Located in Connecticut


-----Original Message-----
From:   foleyk@mskcc.org [mailto:
Sent:   Wednesday, April 04, 2001 12:39 PM
To:
Subject:
    TO:     Richard Sackler, MD
    FROM:   Kathleen M. Foley, MD
    DATE:   April 4, 2001


I've had some difficulty reading the e-mail that you forwarded to me, as well as to Jim Campbell, but I wanted to respond to it and hopefully to talk with you by telephone. I think that the article that was published in the Times dispatch requires a letter to the editor with simply facts. The company should send those facts to them and continue to maintain a rapid response when misstatements are made about the drug and misstatements are made about the drug company.
On the bigger issue of addressing the needs of patients with pain, I think that we should have the opportunity to talk. I do not really have any access to the American Pain Society Board, and I'm not really sure that this would be the route to go. I'm thinking of an alternative strategy of bringing together all of the members of the pharmaceutical industry, who have analgesic drugs out there and try to come together as a sort of cohesive voice recognizing that your particular drug has been recently identified in the newspapers as a drug issue. I think that there is a tightrope that you need to walk, because you are a drug company and it would be much better if the advocacy came from outside of the drug company and even better without much in the way of support from you. So along those lines, the kinds of things that I am thinking of is that maybe we should call a meeting, bring together representatives from all of the companies, ideally high level representatives, like presidents or major leaders and strategize about the way to play the media issues.

CONFIDENTIAL                                                                                                    PPLPC037000008901

I think the article in Virginia is garbage, and I wouldn't waste much time on it and there are so many more positive things happening like the American Cancer Society yesterday outlined the National Comprehensive Cancer Network's Pain Guidelines. Our National Cancer Policy Report will come out in June, hopefully with a big splash advocating for pain management.  The fact that Orin Hatch has put together a Decade of Pain from 2001-2010 and the fact that Partnerships with caring is launching a major initiative as is the American Cancer Society on Pain Initiatives.

This may sound relatively self serving but it might be a good idea if we could get the pharmaceutical companies together along with Purdue willing to take the lead and agree to a funding strategy to the American Association of Medical Colleges to facilitate the education of medical students in pain management.  This would be a public service issue and within the New York Academy of Medicine and with the AAMC demonstrate the respectability of the pharmaceutical industry to prevent any misuse of these medications on the part of physicians by training them young and early. As I said, we have put up $250,000.  I am willing to host a meeting by PDIA with the other pharmaceutical companies to address the issues, but I want to protect you from being accused of just wanting to sell your drugs.

As you know, I remain your advocate in this area because without your efforts to help us educate physicians, patients would not be receiving the appropriate treatment.  I continue to think that you should emphasize the cancer piece of this and a selected group of patients with chronic pain because taking on the whole chronic pain world is more than you want to, is probably not beatable, and we should stay with the data that we have. I will be in and out this afternoon either at the hospital or over at Soros.  My Soros' number is              , and I will be home tonight after probably 8:00 at              and around tomorrow so maybe we can have a chance to talk about this.

My concern about going to the American Pain Society is that within the organization there are enemies as well, and we can talk about this further by phone.

CONFIDENTIAL

PPLPC037000008902