# PSJ3 Exhibit 42

**To:** Scott Melville (E-mail)[smelvill@cephalon.com]
**From:** Rosen, Burt
**Sent:** Thur 1/23/2003 4:26:55 PM
**Subject:** FW: lunch on 2/7

scott,
how do you want to handle some or all of the other companies?
-----Original Message-----
**From:** John Giglio [mailto:JGiglio@painfoundation.org]
**Sent:** Thursday, January 23, 2003 4:05 PM
**To:** Melville, Scott
**Cc:** burt.rosen@pharma.com; Eddie Rivas
**Subject:** RE: lunch on 2/7

Scott

Thank you for the invitation. Friday, Feb. 7th works for us. I will be accompanied by Eddie Rivas, our Dir. of Govt. Affairs. As I mentioned in our recent call, we wouold be delighted to present our proposed legislative agenda and summarize the progress we have made to date in working w an alliance of nonprofit organizations to begin developing support for it. While we do not seek to recruit industry to join this embryonic alliance, nor do we seek to become a member of the industry coalition you are planning, we think it is very important to share information, report on progress, etc. so that we don't inadvertently work at cross purposes. Re the invitee list, Greg Rackin, Peter Slone and Burt may have more suggestions than I do, but if you call me at your convenience, I can share what I've got. I think it would be important to your purposes to try to recruit for your effort most if not all of the following:

Abbott, Pfizer/Pharmacia, Merck, Endo, Janssen, Ortho McNeil, Elan, Ligand, Faulding/AlPharma, Astra Zeneca, Arrow International, Lilly and Novartis on the Rx side, Bayer and McNeil Consumer on the OTC side, and Medtronic. They seem to be the most prominent participants in pain management education, conferences, etc., so I assume they would be the most likely companies to see the value of an industry-based public policy effort.

As for a restaurant, I will leave that to Burt. I've been working in Baltimore for 3 years, so i've kinda' lost touch w the dc restaurant scene. If possible, a hotel conf. room might work best if you can provide an LCD projector, because I have a power point slide that will help bolster my talk, along w a handout.

John

-----Original Message-----
**From:** Melville, Scott [mailto:smelvill@cephalon.com]
**Sent:** Tuesday, January 21, 2003 11:52 AM
**To:** John Giglio
**Cc:** burt.rosen@pharma.com
**Subject:** lunch

> John – Per our discussion last week, I followed up with Burt Rosen of Purdue and we'd like to move ahead with a luncheon with DC representatives of pain therapy companies and invite you to be the featured guest. The purpose, as we discussed, would be for us to get to know who is interested in pain issues from the corporate side and to learn more about the American Pain Foundation's legislative agenda for 2003 and beyond. Our goal is to build a formal or informal coalition on these issues. We checked calendars and Friday, February 7th would work for us. We could reserve a room in a DC restaurant. Any suggestions? Also, we would work together with you to draft an invite and an invitee list. Let me know your thoughts and then we can move ahead. Thanks, John.

CONFIDENTIAL
PPLPC022000024918

Scott

_____

**Scott M. Melville**
**Cephalon, Inc.**
**145 Brandywine Parkway**
**West Chester, PA 19380**
**610-738-6270**
**610-738-6590 (fax)**

CONFIDENTIAL
PPLPC022000024919