# PSJ3 Exhibit 43

**To:** jgiglio@painfoundation.org[jgiglio@painfoundation.org]; erivas@painfoundation.org[erivas@painfoundation.org]; Burt E. Rosen[burt.rosen@pharma.com]
**From:** Melville, Scott
**Sent:** Mon 2/10/2003 4:16:14 PM
**Subject:** attendees
Pain Care luncheon attendees1.doc

Gentlemen – Here's the latest attendee list for our luncheon on Wednesday.  We got most of the people we wanted – Astra Zeneca and Endo were interested but had conflicts; couldn't find anyone at Solvay.  It's a good start.

See you all at 11:30 sharp on Wednesday (we can't go longer than 1:00, so I do hope to start on time).

Scott

_____
**Scott M. Melville
Cephalon, Inc.
145 Brandywine Parkway
West Chester, PA 19380
610-738-6270
610-738-6590 (fax)**

CONFIDENTIAL

PPLPC021000028121