# PSJ3

# Exhibit 44

Pain Care Management Meeting

February 12, 2003
Held at:  The Capital Grille
601 Pennsylvania Avenue, NW
Washington, DC
202-669-0702 (Contact is Troy)

11:30 a.m. – 1:00 p.m.

Scott Melville & Burt Rosen will host the event

John Giglio & Eddie Rivas will present American Pain Foundation's proposed legislative agenda.

Attendees:

| | |
|---|---|
| Therese M. Ghio | Ligand Pharmaceuticals, Inc. |
| Dennis Myers | Elan Pharmaceutical Management Corp. |
| Deborah Bumbaugh | Novartis Corporation |
| Dolly Judge | Pfizer, Inc. |
| Brian Burns | Johnson & Johnson |
| Jane Adams | Medtronic, Inc. |
| Jeff Anders | consultant |
| Bob Saner | Pain Care Coalition |

CONFIDENTIAL