# PSJ3 Exhibit 45

**To:** Shaw, Solana[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=E78FF8CA]
**From:** Rosen, Burt
**Sent:** Tue 1/27/2004 1:31:24 PM
**Subject:** FW: list
Feb12 Pain Care Attendees list.doc


-----Original Message-----
**From:** Melville, Scott [mailto:smelville@cephalon.com]
**Sent:** Monday, January 26, 2004 4:11 PM
**To:** Rosen, Burt
**Subject:** list

Sorry it is late


_____

**Scott Melville
Cephalon Inc.
145 Brandywine Parkway
West Chester, PA 19380
610-738-6270 (office)
610-738-6590 (fax)
484-620-2691 (mobile)
smelville@cephalon.com**

_____

THE INFORMATION CONTAINED IN THIS ELECTRONIC MESSAGE IS INTENDED ONLY FOR THE  PERSONAL AND  CONFIDENTIAL USE
OF THE RECIPIENT(S) NAMED ABOVE. THE INFORMATION IN THIS ELECTRONIC MESSAGE BELONGS TO CEPHALON, INC.

This message may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this electronic message in error, please notify us immediately by telephone in the United States at 1-800-283-4396 or 610-344-0200, and delete the original message from your system.  Thank you.