# PSJ3

# Exhibit 46

February 12, 2003
Pain Care Management Meeting
Attendees

| Name | Title | Organization | Address | Phone Number | Email |
|---|---|---|---|---|---|
| Adams, Jane M. | Sr. Government Affairs Manager | Medtronic, Inc. | Int'l Trade Center 1300 Pennsylvania Ave, NW Suite 380 Washington, DC  20004 | 202-289-9218 | Jane.m.adams@medtronic.com |
| Anders, Jeffrey M. | Government Relations Consulting | | 1615 L Street, N.W. Suite 650 Washington, DC  20036 | 202-659-0979 | Jeffreymanders@erols.com |
| Bumbaugh, Deborah | Director, Federal Government Relations | Novartis Corporation | 701 Pennsylvania Ave NW Suite 725 Washington, DC 20004 | 202-638-7429 | Deborah.Bumbaugh@group.novartis.com |
| Ghio, Therese M. | Sr. Director, Government Affairs & EH&S | Ligand Pharmaceuticals, Inc. | 10275 Science Ctr. Drive San Diego, CA  92121 | 858-550-7569 | Tghio@ligand.com |
| Giglio, John | Executive Director | American Pain Foundation | 201 N. Charles Street Suite 710 Baltimore, MD 21201 | 410-783-7292 | Jgiglio@painfoundation.org |
| Judge, Dolly A. | Sr. Director Federal Relations | Pfizer, Inc. | Liberty Place, Ste 1200 325 7th Street, NW Washington, DC  20004 | 202-783-7070 | Dolly.judge@pfizer.com |
| Melville, Scott | Sr. Director, Government Affairs | Cephalon, Inc. | 145  Brandywine Pkwy West Chester, PA 19380 | 610-738-6270 | Smelvill@cephalon.com |
| Myers, Dennis L. | Senior Director, Corporate Affairs | Elan Pharmaceutical Management Corp. | 1140 Connecticut Avenue, NW Suite 350 Washington, DC  20036 | 202-872-7800 | Dennis.myers@elan.com |
| Rivas, Edgar E. | Director of Government Affairs | American Pain Foundation | 201 N. Charles Street Baltimore, MD  21201-4111 | 410-783-7292 ext. 300 | erivas@painfoundation.org |
| Rosen, Burt | Vice President Federal Gov't Affairs | Purdue Pharma, LP | 1401 H Street, NW Ste. 650 Washington, DC | 202-289-6598 | Burt.rosen@pharma.com |
| Saner, Robert J. | | Powers, Pyles, Sutter & Verville | 1875 Eye Street NW Washington, DC 20006 | 202-466-6550 | Robert .saner@ppsv.com |

CONFIDENTIAL