# PSJ3

# Exhibit 47A



# American Pain Foundation Corporate Roundtable

### Partnerships Promoting Information, Support, and Advocacy for People Affected by Pain

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279874
CEP_TPP_CTAG10814281
TEVA_MDL_A_05508891

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279875
CEP_TPP_CTAG10814282

TEVA_MDL_A_05508892

( APF industry roundtable 2003 )

industry = problem solvers

Lennie = new role includes corporate relations

Will - spectrum - VT - youths/troubled

<u>Will</u>

intentional connection to industry - common mission

getting better connected to people served by APF

⌐ listening better

- 3 levels of advocacy:

    (1) <u>consumer mobilization strategy</u>

      get voices of people in pain/caretakers

      together to get msg out to those who

      can Δ laws, policies, other targets

    (2) info & support org but still hitting wall

      ∴ need ~~more~~ <u>personal advocate strategy</u>

    ombudsman in local community

    from individ up

    (3) <u>community advocacy</u> - getting them to

      educate people in own community

      eg, rotaries, faith-based, etc

      also to stimulate investment in APF

Nat'l survey - a lot of misinformation exists

surveys promises info to clarify situation

Confidential Treatment Requested by Cephalon, Inc.

APF BACKGROUND - WILL

≈ 75M w/pain (various #'s exist) — individuals —
no profile → all walks
what we do is listen
knowledge exists — not being used
1997 APF founded — largest consumer org in pain
        who serve ⎡— people w/pain
            ↓      ⎰— caregivers, family, friends
        individuals ⎣— healthcare professionals
How work → listen/target goals — response/results
                                        ↓
                            improved QOL,
                            policies, etc →
                            measurable results

[Nat'l Pain Survey part of getting results — how to measure]
need to work collaboratively including industry

Yvette Colon — Dir of Educ & Internet Services
Toll free info line    1888 615 PAIN
                                        healthcare
        1° patients, some caregivers, ↑ providers
        provide info — direct to resources
info @ painfoundation.org [similar info]
also answer qu re: clinical concerns
        how to talk to clinicians/barrios
        Yvette or Micke → not med advice
            ↓              ↓
        other        med/nursing

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279877
CEP_TPP_CTAG10814284

TEVA_MDL_A_05508894

<u>MICEE BROWN</u> — ADVISOR FOR PAIN MGMT
after Pam Bennett went to Purdue
was clin nurse in Western Maryland

<u>Publications</u>
did Bill of Rights before came (now spanish,
   Cantonese)
Pain guides → reading this could ease your pain
"how can I find help" — key question — finding
       help


Targeting clinician — not necessarily pain spec
       how to ask right questions / useful tips
pain notebook — plot pain experience
            ↓ 3 pieces
            hope/will lead to ~~cast~~ right dialogue


Marty — hope will consider effect on function
? — how distribute
Lenny — pain spec & onc 1st as target
Pam — at medical mtgs — would you use
Marty — how can you (industry) help us w/marketing
Jim — don't ask re: pain — opening can of worms —
       too much time
          must deal w/attitude

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279878
CEP_TPP_CTAG10814285

TEVA_MDL_A_05508895

pain notebooks in waiting rooms — empower pts
to bring up

Micke - getting input from pts to see if useful
can network w/them to get word out

★ Target — nurse/MD advisors

Michael Young — need to find way to to know who
business reply cards vs. office               is using

Marsha — not only pharm — also NP/PAs
Lonnie going to nurses

Nancy/
Elan — taking person successful to be "mentor"
to others to tell how told story succinctly
Lonnie - purpose to diary to teach communic.
helps to have person on phone (not just reading

Don
δ — cooperation? How will ARF interact w/other
orgs? overlap exists

Will — mobiliz. — partnerships w/grassroots
must be strategic in how to work w/
others specific issues

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279879
CEP_TPP_CTAG10814286

TEVA_MDL_A_05508896

Yvette

www.painfoundation.org

visits 51,000/month

- in the news
- Voices of People with Pain
- Pubs - downloadable

Painaid.painfoundation.org        [no msg boards]

online support group

led by 25 (incl 5 paid staff - rest volunteers)

comraderie among moderators

can get support w/out posting

Technology - Based Projects

eg, consumer CD - CA pain
         neuropathic pain
         back pain

} others have come to us requesting

e-newsletter - APF Pain Monitor

→ also live chats ≃ 10/week

Ask-the-Expert w/ 10 licensed prof

massage, nutrition, podiatrist

Confidential Treatment Requested by Cephalon, Inc.

CEPH-CT-SB-00279880
CEP_TPP_CTAG10814287
TEVA_MDL_A_05508897

Next steps

reorg website
underserved incl child & youth
pain & end of life
     — articles
     — facilitated online discussion forum
      w/articles

everything on web also will be made in print

Personal advocacy — train personal advocates / navigators
    training / outreach / online searchable database (eventually)

* children & youth — for them / for parents
     ↑
    none exists now

Pam — diversity? other languages
Yvette — need to find bilingual advisors
    — lots of hit for Spanish materials
    — limited what we can do internally

    there are services that translate internet
    investigating

Q — David
what are most common questions?

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279881
CEP_TPP_CTAG10814288
TEVA_MDL_A_05508898

Yuette *

A — clin research/trials — working on new section
    soon
  3 most accessed
        { Pain Action guide
        { in the news
        { voices

Communication — Lennie
    Pain Community News — 1 topic
        eg, opioids
            alternative med

Pain Monitor News — Carol (Jan 2003)
    enewsletter
    vehicle that people took ownership of
      have section directing people to resources in
    spanish (Yuette)

6,000 database
also 5-10 orgs give to their mbrs

print & enewsletter archived on website

clinical trials & new initiative

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279882
CEP_TPP_CTAG10814289
TEVA_MDL_A_05508899

Jim — many pt w/ diff conditions need trials
   disconnect w/ industry & ability to accrue
   help & industry link to pt

[ eg, focus group for notebook — very fast response
 on enewsletter ]

Lennie — enewsletter way to get info out fast

Lennie — media
balance — undertreated pt / worse than diversion

POWER OVER PAIN
was before called Stop Pain Now
   initiated w/ Pam when @ APF

  w/ AACPI   w/ partic of ACS, ASPMH
  MA, FL, LA

launched w/ state-wide survey
  similar results to MD except FL (higher)

grassroots
goal — ↑ awareness
next year — 3 more states + continued support

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279883
CEP_TPP_CTAG10814290
TEVA_MDL_A_05508900

Psm — now in 3 states more ⊕ media than ⊖

(did during Sept — Pain Awareness Month)
Pain init working w/ reg div of ACS
    → many nurses
now doing local educ, eg. libraries, rotaries, etc
                                                    chyrd

next steps
community advocates — Adrian Braun  1st

ADVOCACY — Will
will be filling advocate position (legislative)
also a mobilizer — online action center eg,
        explicit things can do
looking @ models of mobilization that do it well
[Caroi — Medtronic
 when hiring ~ turn of year]

Lennie — Pain Survey
w/ Cleeland
have some polls — some challenging # ∴ need study
                                                  on
extent+/ magnitude of problems, cause, effectiveness
of treatment
        1st step to push research

Confidential Treatment Requested by Cephalon, Inc.

\* APF plans to make database (which will be cleaned) available to fundos

review data

create report card

prep 1-7
data collect 7 - 11 mo
prepare data 12 - 13 mo
2nd mos 14 - 16
final mo 17 - 18

18 mos
w/out pretesting

Questionnaire Design
— screener < pain in last 3 mos inc successful managed
          no pain
                    ⊕ then where
— bundle site targeted

\* severity                neuropath        pain specific
   interference                              treatments

group 1 questions: in pain
          demog
          phys funct
          Mental health funct        } SF 36
          work status
          gen hlth comorbid
          health care access/utz
          barriers

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279885
CEP_TPP_CTAG10814292
TEVA_MDL_A_05508902

Bill Frey - Westat

mbr of scientific cmte of APF (w/ Cleeland)

Design: 5 objectives
- prevalence
- methods used to treat & manage pain
  barriers
- financial costs
- impact on QOL

non-instit US adult pop / random digit dial
computer aided telephone interview (w/ spanish)
reverse directory match to addresses to ↑ particip
screen for # 18 > - sample only 1 adults
10,000 completed interviews to get smallest group
effect 4,500 - 5,500 w/ pain
         150-300 in smallest pain group (neuropathic)

conduct cognitive interview of questionnaire ] already have 1st draft - being validate
pre-test quest.

once done, translate to Spanish
computerize - training
conduct interviews
convert refusals
monitor & supervise interviewers

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279886
CEP_TPP_CTAG10814293

TEVA_MDL_A_05508903

group Z - subset of no pain

Marsha
~~Teva~~ incentives?
none give

~~DATA~~ ~~TBC~~ APF has asked to add follow up

Marsha
why focus on neurop.

↓ sample size due to cost
think can capture all groups

Pam - will results be published in journal - yes
can we get copy of slides - yes

Jim - NEJM or JAMA Cleeland's target
may then be more mining

Bill Frey - ~~XXXXX~~ NIH interested - may do symposium
NIH-wide meeting envisioned (\$100,000)
no financial involvement from NIH - timing
[Loser involved in defining neuropathic pain]

headache pain ~~and~~ included but separate
[Don created w/ impetus by Campbell]
to
celgene

Don - stated diagnosis may not match

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279887
CEP_TPP_CTAG10814294

TEVA_MDL_A_05508904

Nat'l Health Interview Survey? will not benchmark
comorbidities with this — too narrow
~~by~~ westst has developed a tool

Pfizer
Dave — how funded?                    [20-30 min interviews]
    Lennie — do see 100% funded
              — want multiple companies / competing
    some journals not accepting in industry funded
    make sure not barrier to public.


Ran — we had talked re: broadening beyond pharma
    eg, insurance w/ state


Dave — do you envision some more willing to talk
Bill — minimize in training
    ~~APE~~ — may let more discussion @ end of survey


Portenoy — just did similar survey w/out letter
    94 1/2 % response

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279888
CEP_TPP_CTAG10814295

TEVA_MDL_A_05508905

ADRIENNE BRAUN - community advocate (Dona)
fall from swing @ 8 (arm/elbow injury)
swollen/blue - diagnosed w/RSD

TRENDS & BARRIERS - PORTENOY
operations vs meds
poor recommendations for interventions
disarray both w/in & w/out

- health care system/standards of care
- disjointed prof community in pain —
  don't talk
   protecting turf vs broader agenda
- fed gvt/reg community
- population Δ — ind more diversity
  (little research ind basic pharm of
   ethnic communities)

new research
  eg, pain genetics
     pain biol w/clin trials

  ↑ dialogue w/pain mgmt & fed gvt ⎰ still local
                                       disconnect

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279889
CEP_TPP_CTAG10814296

TEVA_MDL_A_05508906

2 bills — probably never pass but good
role of pharma — partnerships w/academia
R&D — new molecules
— new delivery systems

Will
2004 - 2005 → 3 most signif challenges

[AAPM  70% anes -
Proceduralists per Marshal]

ISSUES

Put pain on political map
access to branded pharm
drug delivery / development → narrow now (reg)
educ regulatory bodies re: need for pain mgmt
common terminology for pain mgmt
hesitancy to prescribe, take, reimb potent med
Δ in health care system — reimb/managedcare/$
pain on popular map
more evidence based treatment guidelines — HEDIS
reimb for comprehensive pain mgmt care
finding a balance — reg/media/public &/prof ed
↑ reg scrutiny
addressing
fragmentation in pain societies

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279890
CEP_TPP_CTAG10814297
TEVA_MDL_A_05508907

Access to approp care [providers, proc/ reimb]
Prof Ed – starting in med school
industry wants to help – can't help all
collaboration
Addressing LAO issues immediately

how to exploit decade of pain
        political / consumer map similar
        collaboration w/ (focus) – Michael

        Marsha – APF vying for # w/ prof soc $
            also other orgs

    terminology could help

Pam – key msgs – what are they
                    – what are audiences

Will – APF → consumer-based org – all pain
    not disease focus
        strong link to med/science community

Molly – NPF vs APF?
Lennie – time is now to define roles of orgs
        what can we each do

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279891
CEP_TPP_CTAG10814298

TEVA_MDL_A_0550890

- APF has had Wash representation — did organizing makes us stand apart from other orgs

other groups say APF just advocacy — not true

- also dedicated person for media — go to org for media

- also launched on the ground advocacy campaign
  @ state level
      AACPI, ASPMN, ACS

Carol — NPF Ambassador's Program
Michael — Ligand caused merger of 2 lymphoma orgs

Robin Hogen — APF has staff — state leadership

collab — need to coalesce a key msg

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279892
CEP_TPP_CTAG10814299
TEVA_MDL_A_05508909



# FiNdiNG HELp for YOUR PAiN

## A PAiN RESOURCE GUidE
## AMERiCAN PAiN FOUNdATION

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279893
CEP_TPP_CTAG10814300

TEVA_MDL_A_05508910

# FIND THE PAIN

**I**f you are a person with serious **chronic pain there's a good chance you've been going from one healthcare provider to another looking for relief.** There's also a good chance you've heard the words, "Nothing more can be done to ease your pain" or "You'll just have to live with it."

**This resource guide is designed to encourage you to take charge of your pain** and to help you find a healthcare provider who has the know-how, skills, and willingness to work with you to manage it.

**Know the facts: more than 50 million Americans—men, women, and children—live with serious chronic pain that interferes with their personal, social, and work lives.** Although we now have the medical knowledge to manage most pain, most goes untreated, is undertreated, or is improperly treated.

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279894
CEP_TPP_CTAG10814301

TEVA_MDL_A_05508911

# CARE YOU NEED

**Why is finding a healthcare provider who is knowledgeable and skilled in pain management so difficult? Because understanding that chronic pain is a disease in itself—and one that is harmful to the body—is a new way of thinking**. Until recently, pain was considered only as a symptom of a disease or condition, or just a natural part of aging. So most healthcare providers have been trained in treating diseases—not pain.

**Today, we know that pain should never be ignored. It should be assessed thoroughly and treated aggressively, and in some cases managed as a chronic condition.** We've learned that when pain is managed, stress is reduced, and the body heals faster. We also know that when people with pain take an active role in their pain management, they get the best results possible: less pain and more involvement in life.

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279895
CEP_TPP_CTAG10814302

TEVA_MDL_A_05508912

# Good Pain Management Begins with You!

Your goal is to manage your pain and not let it manage you.

• **Get a correct diagnosis.** Your pain may or may not be signaling a disease or infection in your body.

• **Be in charge. Speak up! Be your own best advocate.** Understand that your pain needs to be assessed and treated because it can be very harmful to your body. Tell your healthcare provider you are in pain. Don't let anyone tell you your pain is "just in your head."

• **Realize that you are the expert on your pain.** Neither your healthcare provider nor anyone else can know how much you are hurting, where you are hurting, and how pain is interfering with your life.

• **Make a personal commitment to reducing your pain.** Be persistent. Start with determination and a positive outlook. Participate actively in your pain care all along the way—from finding a healthcare provider to developing and sticking with a pain management plan.

• **Do your homework!** Become informed and learn all you can about your health problem, your pain, pain management options, and the types of healthcare providers who specialize in pain. Use the tools and resources you would use to learn about anything else. Start by using the American Pain Foundation's (APF) publications and website (www.painfoundation.org). You can also visit your local library, search the Internet, and talk to people you know who are living

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279896
CEP_TPP_CTAG10814303

TEVA_MDL_A_05508913

with pain. Reference librarians will often do Internet searches for you if you do not have a computer.

• **Learn to describe your pain symptoms clearly:** how much it hurts, where it hurts, how often it hurts, and what it feels like so you can contribute to the assessment of your pain. APF's pain assessment guide will help: www.painfoundation.org/page.asp?menu= 1&item=3&file=documents/doc_036.htm

• **Ask your healthcare provider if he or she is comfortable helping you manage your pain, and working as your partner in developing a pain management plan.** Make sure your healthcare provider:

- Knows about chronic pain and how to treat it.

- Believes your report of pain.

- Listens carefully to your concerns.

- Asks you questions and performs diagnostic tests to identify the problem.

- Encourages you to ask questions.

- Is comfortable when you disagree.

- Is willing to speak to your family or friends if you are not feeling well.

- Works with you to develop a pain management plan, including risks and benefits of each treatment.

- Tells you when he or she does not know something about your pain problem or treatment.

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279897
CEP_TPP_CTAG10814304
TEVA_MDL_A_05508914

## LEARN ABOUT TREATMENT OPTIONS

There are many ways to treat pain. Find out about the benefits and risks of drug and non-drug therapies. Learn about the different ways drugs can be taken. For example, opioids—strong medications for relieving serious pain—can be delivered through pills, a transdermal patch, or a pump. Many non-drug therapies, used alone or in combination with medications, can also help reduce pain. A few include psychological counseling and physical therapy, as well as a host of complementary and alternative treatments such as massage, acupuncture, and yoga.

## WHEN SHOULD I SEE A PAIN CARE SPECIALIST?

Your family healthcare professional is trained to know about a wide range of diseases, but may not have had much training in treating pain. If your current treatment is not working or if your pain is getting worse, it's probably time to see a pain specialist.

## FIND A PAIN SPECIALIST

### START ASKING, START CALLING

Start by asking your provider to refer you to a specialist with expertise in treating your particular problem. A good question to ask is, "Who would you go to if you were in pain?" If he or she cannot suggest a specialist, the next step would be to check with your health insurance provider to see if there are pain specialists or pain clinics in your plan. You can also look for pain specialists by:

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279898
CEP_TPP_CTAG10814305

TEVA_MDL_A_05508915

- Asking friends, family members, co-workers—particularly those who've had pain or know someone with pain—for suggestions.

- Speaking with people who belong to pain support groups in your area or region. Ask what doctors they like and why. Ask them what they look for in a specialist or pain center. Check with the American Chronic Pain Association: ACPA@pacbell.net, www.theacpa.org, or 800-533-3231.

- Contacting the referral service of the largest hospital in your area.

- Calling state and county medical societies.

- Contacting your local chapter of the American Society of Pain Management Nurses (ASPMN), the American Pain Society (APS), and the American Academy of Pain Medicine (AAPM).

- Calling your local hospice. They can be helpful in finding a pain specialist even for non-end-of-life pain care. Also, someone in your State Cancer Pain Initiative may be able to suggest specialists even if your pain is caused by something other than cancer.

### No Pain Specialists in Your Area?

- Call or write your chamber of commerce and/or contact the board of directors (chairman or members) of your local hospital. Ask about a larger hospital offering outreach clinics or visiting physicians.
- Contact your local legislators about the lack of resources and request their assistance.

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279899
CEP_TPP_CTAG10814306
TEVA_MDL_A_05508916

**LIMITED OR NO HEALTH INSURANCE**

- Contact your local hospital's social services department or your local health department.
- Contact Chronic Care Solutions, a nurse-run site focused on long-term care assistance: 2801 N. Glebe Road, Arlington, VA 22207, www.chroniccaresolutions.com.
- Contact The Center for Patient Advocacy: 800-846-7444, www.patientadvocacy.org.
- Contact the Patient Advocate Foundation: 800-532-5274.

## Make a List

Write down the names of the providers you think might be right for you. Leave room next to each doctor's name for notes and appointment times.

## Call the Pain Specialists' Offices

Before contacting the doctor, talk with the office manager or a nurse at the practice. Begin by saying that you are looking for a doctor who can treat your pain. Describe your pain briefly. They will know about the types of cases the doctor handles.

Some questions to ask:

- Does the doctor treat my type of pain?

- Is he or she accepting new patients?

- How long will I have to wait to get an appointment?

- Will you accept my insurance?

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279900
CEP_TPP_CTAG10814307
TEVA_MDL_A_05508917

- Is there a charge for an initial interview with the doctor?

- Are nurses involved in the practice and are they available to talk with me?

- Who will see me in case of an emergency?

## INTERVIEW THE DOCTORS

As a self-advocate, it's up to you or someone helping you to interview the doctors on your list and determine who best suits your needs—that includes selecting someone who not only has the skills to treat you, but someone who makes you feel comfortable as well. Before going into the interview have all your questions written down. The interview will probably be no longer than 20 minutes. Get to the office early so that you can observe how the office works and how patients are treated. Do staff members and patients appear to be comfortable? Also, check the surroundings. Is the office clean? Is there adequate privacy?

Begin your interview by telling the doctor about your symptoms and all the medications you're taking. Describe other treatments for pain you've had. This interview will give you insight into the doctor's willingness and ability to communicate with you.

Some questions to ask the doctor:

- Have you treated others with my type of pain?

- What types of treatments do you use to treat my type of pain (medications and other therapies)?

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279901
CEP_TPP_CTAG10814308
TEVA_MDL_A_05508918

- How would you describe good pain management?

- What is your success rate in treating my type of pain?

- How much relief should I expect from treatments?

- What do you think of complementary and alternative approaches (such as acupuncture, massage, hypnosis, herbal remedies)?

Other questions to ask:

- Are you a member of a pain specialty organization?

- What was the most recent pain conference or seminar you've attended?

- Do you do any teaching?

- Do you participate actively in improving pain management on a local, regional, or national level? If so, how?

## CHECK THE DOCTORS' CREDENTIALS

Once you've selected one or more doctors, check them out by contacting your state or county medical society, the American Board of Medical Specialties (www.abms.org), and the Specialty Licensing Board (www.abms.org/member.asp). You can also ask the doctor's office to supply his or her credentials concerning schooling and special training.

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279902
CEP_TPP_CTAG10814309

TEVA_MDL_A_05508919

## SCHEDULE YOUR APPOINTMENT AND GET PREPARED

Once you've scheduled your appointment, gather your previous medical records and deliver these by hand to the doctor's office before the visit to make sure they are there for the doctor to review.

When you go in for your visit:

- Give the doctor a written description of your medical history, including all treatments for pain.

- Give the doctor a list of all medications you are taking including prescriptions, over-the-counter medications, and herbal supplements. Report any allergies.

- Discuss with your doctor what you expect from your treatment.

- Describe your goals. Ask the doctor to work with you to develop a pain management plan.

- Ask the doctor for a complete assessment of your pain.

- After the first visit, determine how satisfied you were with the visit. Did the doctor take enough time to answer all of your questions? Did he or she take time to ask you questions?

- If you were not satisfied with this visit for any reason, interview other doctors until you've found the right one.



Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279903
CEP_TPP_CTAG10814310

TEVA_MDL_A_05508920

# RESOURCES

## Find a Healthcare Provider

- American Academy of Family Physicians
  www.familydoctor.org

- American Academy of Nurse Practitioners
  www.aanp.org            202-966-6414

- American Academy of Physician Assistants
  www.aapa.org            703-836-2272

- American Board of Medical Specialties
  www.abms.org            847-491-9091

- American Medical Association
  www.ama-assn.org        312-464-5000

- Cancer Care
  www.cancercare.org      800-813-4673

- Center for Patient Advocacy
  www.patientadvocacy.org  703-748-0400

- Doctor Directory
  www.doctordirectory.com  828-255-0012

- Federation of State Medical Boards (disciplinary
  history of physicians)
  www.docinfo.org

- Federation of State Medical Boards (verify physician
  credentials)
  www.fsmb.org            817-571-2949

- National Conference of Gerontological Nurse Practitioners
  www.ncgnp.org           703-802-0088

- Nurse Practitioner Central
  www.nurse.net/np        202-659-2190

- Yellow Pages
  www.yellowpages.com

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279904
CEP_TPP_CTAG10814311

TEVA_MDL_A_05508921

# Find a Pain Specialist or Center

- American Alliance of Cancer Pain Initiatives (find listings of state initiatives)
  www.aacpi.org          608-265-4013

- American Academy of Pain Medicine
  www.painmed.org          847-375-4731

- American Academy of Pain Management
  www.aapainmanage.org    209-533-9744

- American Board of Pain Medicine
  www.abpm.org            847-375-4726

- American Chronic Pain Association
  www.theacpa.org          800-533-3231

- American Pain Society
  www.ampainsoc.org        847-375-4715

- Cancer Care
  www.cancercare.org       800-813-4673

- Case Management Resource Guide
  www.cmrg.com             800-784-2332

- Commission on Accreditation of Rehabilitation Facilities
  www.carf.org             520-325-1044

- Mayo Clinic Pain Management Center
  www.mayoclinic.com/findinformation/conditioncenters

- National Hospice and Palliative Care Organization
  www.nhpco.org            703-837-1500

- Pain.com
  www.pain.com/painclinics/default.cfm

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279905
CEP_TPP_CTAG10814312

TEVA_MDL_A_05508922

# GET BACK TO LIFE!

## HAVE A CLEAR AND REALISTIC EXPECTATION OF RELIEF

- Know that chronic pain tends not to disappear.

- Accept that you may always live with some degree of pain.

- Decide that you will do all you can to reduce your pain to a tolerable level.

- Commit to living life again.

## NOTES

_____

_____

_____

_____

_____

_____

_____

_____

_____

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279906
CEP_TPP_CTAG10814313

TEVA_MDL_A_05508923

# Your Support is Needed!

The American Pain Foundation, an independent, nonprofit 501(c)(3) organization, depends on unrestricted contributions and grants from individuals, foundations, and corporations. We would appreciate your support. Please send your tax-deductible donation to: American Pain Foundation, 201 N. Charles St., Suite 710, Baltimore, MD 21201-4111.

# Join Us

Help us build the pain movement and support for those with pain. It's free! Sign up to receive our newsletter, updates, legislative alerts, "information you can use," and more. Just complete and return this form.

Name _____

Address _____

City _____

State _____ Zip _____

Telephone _____ Fax _____

E-mail _____

_____ I am a Person with Pain

_____ Friend or Family Member

_____ Healthcare Professional

_____ Patient Advocate

_____ Member of the Media

_____ Corporate Representative

_____ Other

_____ I am interested in becoming a volunteer

Mail to: American Pain Foundation
201 N. Charles St., Suite 710
Baltimore, MD 21201-4111
Fax to: 410-385-1832
Email: info@painfoundation.org

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279907
CEP_TPP_CTAG10814314
TEVA_MDL_A_05508924

9/02

# ABOUT THE AMERICAN PAIN FOUNDATION:

The American Pain Foundation is an independent, nonprofit organization serving people with pain through information, advocacy, and support. Our mission is to improve the quality of life for people with pain by raising public awareness, providing practical information, promoting research on pain, and advocating to remove barriers and increase access to effective pain management.

For more information, visit our website: **www.painfoundation.org**. There you will find information about the causes of pain, different treatment options, ways to find trained specialists, peer support, and how to cope with pain. Our website also provides links to over 200 carefully selected websites on pain and related topics.

If you are unable to access the Internet and need more information, please write to us at

**American Pain Foundation**
**201 N. Charles St., Suite 710**
**Baltimore, MD 21201-4111**

To order this guide or for more information, leave a message on our toll-free line at
**1-888-615-PAIN(7246)**

Or send an e-mail to
**info@painfoundation.org**



© Copyright 2002 American Pain Foundation, Inc.

This brochure is provided for educational and informational purposes only. The American Pain Foundation (APF) is not engaged in rendering medical advice or professional services, and this information should not be used for diagnosing or treating a health problem. APF makes no representations or warranties, expressed or implied. Providing references to other organizations or links to other websites does not imply that APF endorses the information or services provided by them. Those organizations are solely responsible for the information they provide.

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279908
CEP_TPP_CTAG10814315
**TEVA_MDL_A_05508925**

# Reading This Could Help Ease Your Pain

## Pain Action Guide

### American Pain Foundation



Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279909
CEP_TPP_CTAG10814316

TEVA_MDL_A_05508926

## HOW SERIOUS IS T

**M**ore than 70 million Americans suffer from chronic pain, and each year another 25 million experience acute pain from injuries or surgery. Although most pain can be greatly eased with proper pain management, most goes untreated, is under-treated, or is improperly treated. **No one should have to suffer needlessly when the knowledge and ability to manage most pain is available.**

**Once your pain is under control, you'll be able to sleep better, focus on work, enjoy relationships with family and friends, and take part in social activities.** Also, if your pain has been caused by an injury or surgery, your recovery may be faster.

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279910
CEP_TPP_CTAG10814317
TEVA_MDL_A_05508927

HE PAIN PROBLEM?

**Finding good pain care and taking control of your pain can be hard work.** But the results are rewarding. Learn all you can about your pain and possible treatments. Work in partnership with your healthcare provider.

NEW PAIN CARE STANDARDS FOR HEALTHCARE FACILITIES

**Most hospitals, nursing homes, and other healthcare facilities are now required to assess and treat pain. They are also required to inform patients about their right to effective pain care.** These new pain management standards were set by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO).

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279911
CEP_TPP_CTAG10814318
TEVA_MDL_A_05508928

# KNOW THE FACTS!

**Your pain may or may not be signaling a disease or infection.** Be sure to get a correct diagnosis.

**Pain is not something you "just have to live with."** Treatments are available to lessen most pain. Left untreated, pain can worsen other health problems, slow recovery, and interfere with healing. Get help right away. Don't let anyone tell you your pain is "just in your head."

**Not all healthcare providers know how to treat pain.** If your healthcare provider is unable to treat your pain effectively, ask him or her to refer you to a specialist. You may need to consider changing providers.

**Pain medications rarely cause addiction.** Morphine and similar pain medications, called opioids, can be highly effective for certain conditions. Unless you have a history of substance abuse, there is little risk of addiction when these medications are properly prescribed by a doctor and taken as directed. Physical dependence—which is not addiction—may occur and cause withdrawal symptoms if you stop taking these medications suddenly. You'll need to go off your medications gradually.

**Most side effects from opioid pain medications can be managed.** Nausea, drowsiness, itching, and most other side effects caused by morphine and similar opioid medications usually last only a few days. Constipation, the side effect that is most difficult to manage, can usually be relieved with laxatives, adequate fluid intake, and attention to diet.

**If you act quickly when pain starts, you can often prevent it from getting worse.** Take your medications when you first begin to experience pain. If your pain does get worse, talk with your healthcare provider. Your provider may safely prescribe higher doses or change the prescription. Non-drug therapies, such as relaxation training, can also help give you relief.

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279912
CEP_TPP_CTAG10814319

TEVA_MDL_A_05508929



## PAIN CARE BILL OF RIGHTS

### As a Person with Pain, You Have The Right to:

• Have your report of pain taken seriously and to be treated with dignity and respect by doctors, nurses, pharmacists, and other healthcare professionals.

• Have your pain thoroughly assessed and promptly treated.

• Be informed by your healthcare provider about what may be causing your pain, possible treatments, and the benefits, risks, and costs of each.

• Participate actively in decisions about how to manage your pain.

• Have your pain reassessed regularly and your treatment adjusted if your pain has not been eased.

• Be referred to a pain specialist if your pain persists.

• Get clear and prompt answers to your questions, take time to make decisions, and refuse a particular type of treatment if you choose.

*Although not always required by law, these are the rights you should expect for your pain care.*

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279913

CEP_TPP_CTAG10814320

TEVA_MDL_A_05508930

# How Do I Talk with My Healthcare Provider About My Pain?

**Speak up!** Tell your healthcare provider that you're in pain. It's not a sign of weakness to talk about your pain.

**Tell your healthcare provider where it hurts.** Do you have pain in one place or several places? Does the pain seem to move around?

**Describe how much your pain hurts.** Use a scale from 0 to 10: zero means no pain at all and 10 means the worst pain you can imagine. Explain when your pain is the highest, lowest, and how it is right now.

**Describe what makes your pain better or worse.** Is the pain always there? Does it go away? Does it get worse when you move in certain ways? Do other things make it better or worse?

**Describe what your pain feels like.** Use specific words like sharp, stabbing, dull, aching, burning, shock-like, tingling, throbbing, deep, or pressing.

**Explain how the pain affects your daily life.** Can you sleep? Work? Exercise? Participate in social activities? Concentrate? How does it affect your mood?

**Tell your healthcare provider about past treatments for pain.** Have you taken prescription medication or had surgery? Tried massage? Applied heat or cold? Exercised? Taken over-the-counter medications or vitamin supplements? Explain.

**Write down your questions for the doctor or nurse before an appointment.** Take notes at your visit. If possible, bring along a family member or friend for support.

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279914
CEP_TPP_CTAG10814321

TEVA_MDL_A_05508931

# HOW CAN I GET THE BEST RESULTS POSSIBLE?

**Ask questions, and speak up if treatment isn't working.** Follow your pain management plan, ask questions, and speak up if you're not getting relief. Sometimes the plan needs to be changed. If necessary, seek other help. Be persistent.

**Set goals.** With your healthcare provider, set realistic goals for things you most want to do, such as sleeping, working, exercising, or enjoying sexual relations. Begin with the easiest goals first.

**Work with your healthcare provider to develop a pain management plan.** This might include a list of medications, when to take them, and possible side effects. It may include therapies other than medication, such as meditation. Make sure you understand the plan and carry it out fully. If you don't, you are less likely to get relief.

**Keep a pain diary.** Write about your level of pain at different times, how you're feeling, and what activities you can and cannot do. Keep a record of medications you're taking or any non-drug treatments. Bring the diary to your doctor visits.

**Ask your healthcare provider about non-drug, non-surgical treatments.** These could include relaxation therapy, exercise, massage, acupuncture, application of cold or heat, behavioral therapy, and other techniques.

**Ask your healthcare provider about ways to relax and cope with pain.** Your pain may feel worse if you are stressed, depressed, or anxious.

**If you have questions or concerns, speak up.** If you're worried about medications or other treatments, ask your healthcare provider. You have a right to know

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279915
CEP_TPP_CTAG10814322

TEVA_MDL_A_05508932

how and why treatments work. The more you understand, the better you'll be able to participate in your plan.

If you're having surgery, ask your healthcare provider for a complete pain management plan beforehand. Don't wait until after surgery to ask about your pain care.

If you're a patient in a hospital or other facility and you're in pain, speak up. Ask a healthcare provider for help. If you don't get help right away, ask again. If you still don't get help, speak to a social worker or patient advocate. As of January 1, 2001, most hospitals and healthcare facilities are required to assess and treat your pain.

Pace yourself. Once you experience some degree of control over your pain, don't overdo it. Your body may be out of condition. Take time to gradually build up to normal activity.

If you're not satisfied with your pain care, don't give up. Does your healthcare provider listen to you? Is he or she able to assess and treat your pain? If after a reasonable time the answer is "no," ask for a referral to a pain specialist, or find another healthcare provider.

# How Should My Pain Be Treated?

First, understand that your pain should be treated. Left untreated, pain can be harmful to your body. Pain treatments vary for different conditions. Ask your healthcare provider to tell you about treatment options that can help manage the pain that comes with your particular condition. In addition, find out about ways to reduce stress and cope effectively with your pain.

Most often, people with moderate to severe chronic pain (pain that persists over time) get the very best results

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279916
CEP_TPP_CTAG10814323

TEVA_MDL_A_05508933

with a combination of therapies that address the physical, functional, emotional, and spiritual aspects of pain.

PAIN MEDICATIONS: Medications, called analgesics, are valuable tools for reducing pain. Pain medications work best if taken before the pain becomes severe. You should take these medications when you begin to feel uncomfortable. Once pain becomes severe, it takes more time and more medication to bring it under control.

All medications, both over-the-counter and prescription, can have side effects. That's why it's important to take medications as directed and let your healthcare provider know about all of the medications you are taking (see guidelines below).

**Acetaminophen is a basic pain reliever that can be bought over-the-counter.** Acetaminophen is often effective in managing mild pain. When taken as directed it is usually safe. If taken for an extended period, your healthcare provider should be aware and may want to monitor you for stomach, liver, and/or kidney problems. Acetaminophen comes as tablets and rectal suppositories.

**Nonsteroidal anti-inflammatory drugs (NSAIDs) are pain relievers that are available over-the-counter (such as aspirin, ibuprofen, and naproxen sodium) and by prescription.** NSAIDs are stronger than acetaminophen and are often used to treat mild to moderate pain. Cox-II inhibitors (such as rofecoxib and celecoxib) are new forms of NSAIDs. These drugs may be easier on the stomach and cause less bleeding problems than standard NSAIDs. However, they may not be safe for some people with heart disease or those allergic to sulfa. Most NSAIDs are available in pill form.

*The drugs above are associated with liver damage, especially when used with alcohol or taken over a long period. NSAIDs can affect the kidneys and promote bleeding. They also have a "ceiling effect"— after the maximum dose is reached, there is no additional pain relief.*

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279917
CEP_TPP_CTAG10814324

TEVA_MDL_A_05508934

**Opioids are strong medications used to relieve moderate to severe pain.** Available only by prescription, opioids come in a variety of dosing forms and are sometimes combined with other substances such as aspirin and acetaminophen. Some opioids are given in pill form. Medications such as morphine and fentanyl can also be given through a transdermal skin patch (fentanyl only), injections into the veins or tissue, or under the skin into the muscle. Opioids can also be given under the tongue, through rectal suppositories, or in some cases, injected into the epidural or spinal space. **Short-acting oral opioids,** such as Oxycodone and hydromorphone, provide 4 to 6 hours of pain relief and are often used for breakthrough pain—short episodes in which pain increases dramatically. **Long-acting opioids** usually last longer (8 hours to 3 days), and are used for moderate to severe pain states, such as lower back pain, osteoarthritis, and cancer.

More information on opioids can be found on the APF website: www.painfoundation.org

OTHER PAIN MEDICATIONS: Some medications that were developed to treat other conditions (such as anti-depressants, anti-inflammatory steroids, and anticonvulsants) can be helpful for treating pain. They are often given in combination with other analgesics. Discuss any questions you have about these drugs with your health-care provider and your pharmacist.

Topical medicines (applied to skin), like creams that contain anesthetics (numbing medicine) or capsaicin (made from hot peppers), may relieve pain on the surface level.

NON-INVASIVE, NON-DRUG THERAPIES: There are many non-drug therapies for relieving pain. They can be used alone or in combination with drug therapies:

**Thermal treatments,** such as applying heat (heating pad) and/or cold (ice pack), can reduce pain by allowing "non-pain" sensations to overload the nervous system.

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279918
CEP_TPP_CTAG10814325

TEVA_MDL_A_05508935

**Professional therapeutic massage** is a method of manipulating the soft tissues of the body to relieve pain, release tension, and restore function. Often, balms or lotions are used with massage to increase relief of pain that is caused by tension, spasms, or painful areas called "trigger points."

**Physical therapy,** which can help improve function and quality of life, often includes: manual therapy techniques; exercises to improve strength and balance; use of physical agents such as ultrasound or electrical stimulation; and functional training.

**Chiropractic** is a system of adjusting segments of the spine to remove nerve interference. Chiropractors may also use other therapies, such as lifestyle and nutrition counseling.

**Psychological counseling/cognitive therapy** offers people powerful skills to help them manage their pain and stress.

**Mind/body techniques** are based on the idea that the mind and body work together as a unit. Mind/body techniques can relieve pain by reducing stress (which helps the immune system). Mind/body techniques include biofeedback, hypnosis, yoga, guided imagery, prayer and meditation, and music and humor therapy. These therapies help disengage consciousness.

**Acupuncture** is one of the oldest therapies known to mankind, and involves the insertion of very fine metal needles into the skin at specially designated points of the body. Acupuncture is thought to work by altering the body's energy flow and allowing the body to regain its balance and heal itself.

INVASIVE PAIN THERAPIES: These are methods recommended for chronic or combined pain problems. Healthcare providers with special training in pain management can evaluate whether these methods could

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279919
CEP_TPP_CTAG10814326
TEVA_MDL_A_05508936

improve your pain relief and give you information about what you can expect.

**Analgesia catheters and infusion pumps** deliver drugs such as opioids, anesthetics (numbing agents), and muscle relaxants. Catheters are placed in a variety of locations of the body. Sometimes they are used for a short period of time (for acute pain after surgery), or they can be surgically implanted for complex pain (cancer pain or nerve pain). An analgesia pump may be connected to the catheter and worn outside the body (short-term) or surgically placed inside the body (long-term). Special training is required for pain physicians and nurses offering these therapies.

**Injection therapies** may be used for pain located in a specific area of the body. Injecting medication to numb and stop inflammation may reduce the number of pain signals. These "nerve blocks" may give short or long-term relief, depending on the pain problem and your unique response. A physician requires special training to perform these injections.

**Chemical, thermal, or surgical ablation** may be used for some complex nerve pain problems. These methods destroy nerves that sense pain and other feelings (such as touch or pressure) without involving nerves used for movement and strength. Strong chemicals like phenol or alcohol may be used. Extreme temperatures from freezing (called cryoanalgesia) or heat (radiofrequency) may be recommended. Surgery may be used to either permanently cut the nerve area or remove the suspected cause of pain (spinal disc, tumor, etc.). For some people, surgery may provide complete and permanent relief, while for others the relief may be temporary or partial.

**Spinal cord stimulators (SCS) or dorsal column stimulators (DCS)** may be inserted for some special nerve pain problems. An electrode (metal wire) is placed around the spinal nerves that are receiving pain

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279920
CEP_TPP_CTAG10814327
TEVA_MDL_A_05508937

messages. A small transmitter is programmed to send signals that block pain messages before they enter the spinal cord (where pain messages go before traveling to the brain for recognition). This transmitter can be worn on your clothing. Physicians who insert and manage this therapy require special training.

**Radiation** may be recommended if pain is caused by a tumor. This therapy helps to shrink the tumor size that may be pressing on nerves. Special radiation therapies may also be used to lessen bone pain.

## Guidelines for Taking Medications

**Tell your healthcare provider about all the medications you are taking—both prescription and over-the-counter. Include vitamins and herbal supplements.** Medications and herbs can interact with each other and cause side effects or complications. In some cases, some combinations of medications can either reduce or increase the effects of other needed medications. For more information, see the National Council on Patient Information and Education (NCPIE) website at www.medbewise.org.

**Talk to your healthcare provider about any food or medication allergies you may have.** This information can help determine your treatment.

**Take all medications as directed.** Even common, over-the-counter medications can have side effects—particularly if not taken as directed.

**Talk to your pharmacist about your medications and how different foods might interfere with how they work.**

*Caution: alcohol, in combination with many pain medications, can be very dangerous. If you drink, even socially, let your healthcare provider know.*

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279921
CEP_TPP_CTAG10814328

TEVA_MDL_A_05508938

# WHERE CAN I FIND HELP?

- Start at APF: www.painfoundation.org, toll-free 888-615-PAIN.

## IF YOU WANT TO FIND A PAIN SPECIALIST:

- Ask your healthcare provider for a referral to a pain specialist or pain clinic.

- Ask family, friends, and co-workers who have had pain.

- Contact the referral service of the largest hospital in your area.

- Call your state and county medical societies.

- If you are in a managed care program, call your representative and get the list of approved pain specialists.

- Your local hospice can often suggest pain specialists.

## Additional Resources

| | |
|---|---|
| • American Alliance of Cancer Pain Initiatives | www.aacpi.wisc.edu |
| | 608-265-4013 |
| • American Academy of Pain Medicine | www.painmed.org |
| | 847-375-473 |
| • American Academy of Pain Management | www.aapainmanage.org |
| | 209-533-9744 |
| • American Board of Pain Medicine | www.abpm.org |
| | 847-375-4726 |
| • American Chronic Pain Association | www.theacpa.org |
| | 800-533-3231 |
| • American Pain Society | www.ampainsoc.org |
| | 847-375-4715 |
| • Cancer Care | www.cancercare.org |
| | 800-813-4673 |
| • Case Management Resource Guide | www.cmrg.com |
| | 800-784-2332 |
| • Mayo Clinic Pain Management Center | www.mayoclinic.com |
| • National Hospice and Palliative Care Organization | www.nhpco.org |
| | 703-837-1500 |
| • Pain.com | www.pain.com |

## To Find Support

| | |
|---|---|
| • APF's PainAid | painaid.painfoundation.org |
| • American Chronic Pain Association | www.theacpa.org |
| | 916-632-0922 |

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279922
CEP_TPP_CTAG10814329

TEVA_MDL_A_05508939

## YOUR SUPPORT IS NEEDED!

The American Pain Foundation, an independent, nonprofit 501(c)(3) organization, depends on unrestricted contributions and grants from individuals, foundations, and corporations. We would appreciate your support. Please send your tax-deductible donation to: American Pain Foundation, 201 N. Charles St., Suite 710, Baltimore, MD 21201-4111.

## JOIN US

Help us build the pain movement and support those with pain. It's free! Sign up to receive our newsletter, e-newsletter, legislative alerts, and more. Just complete and return this form.

Name

Address

City

State                    Zip

Telephone                Fax

E-mail

_____ I am a Person with Pain

_____ Friend or Family Member

_____ Healthcare Professional

_____ Patient Advocate

_____ Member of the Media

_____ Corporate Representative

_____ Other

_____ I am interested in becoming a volunteer

Mail to: American Pain Foundation
201 N. Charles St., Suite 710
Baltimore, MD 21201-4111
Fax to: 410-385-1832
Email: info@painfoundation.org

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER

Confidential

CEPH-CT-SB-00279923
CEP_TPP_CTAG10814330

TEVA_MDL_A_05508940

## About the American Pain Foundation

The American Pain Foundation is an independent, nonprofit organization serving people with pain through information, advocacy, and support. Our mission is to improve the quality of life for people with pain by raising public awareness, providing practical information, promoting research on pain, and advocating to remove barriers and increase access to effective pain management.

For more information, visit our website, www.painfoundation.org. There you will find information about the causes of pain, different treatment options, ways to find trained specialists for pain support, and how to cope with pain. Our website also will discover 200 carefully selected websites on pain and related topics.

If you are unable to access the Internet and need more information, please write to us at:

American Pain Foundation
201 N. Charles St., Suite 710
Baltimore, MD 21201-4111

To order this guide or for more information, leave a message on our toll-free line at
1-888-615-PAIN(7246)

Or send an email to
info@painfoundation.org

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279924
CEP_TPP_CTAG10814331
TEVA_MDL_A_05508941

```
                        *********************
                        ***  TX REPORT   ***
                        *********************

        TRANSMISSION OK

        TX/RX NO              0032
        DESTINATION TEL #     12128862288
        DESTINATION ID
        ST. TIME             11/11 09:10
        TIME USE             00'39
        PAGES SENT           4
        RESULT               OK
```

**Cephalon.**

145 Brandywine Parkway  •  West Chester, PA  •  610.344.0200  •  610.344.0065.f

# Fax

TO: Samantha Crankow

COMPANY: Cooney Waters

FAX:

FROM: Stacey Beckhardt

DATE: 11-11-03

PAGES: 4    Including cover

COMMENTS:

Confidential Treatment Requested by Cephalon, Inc.

CONFIDENTIAL PER STIPULATION AND PROTECTIVE ORDER
Confidential

CEPH-CT-SB-00279925
CEP_TPP_CTAG10814332
TEVA_MDL_A_05508942