# PSJ3 Exhibit 51

**From:**
David Joranson <joranson@wisc.edu>
**To:**
Aaron Gilson <amgilson@wisc.edu>
**Date:**
Wed, 24 Jun 2009 09:26:39 -0500

Aaron, I think I will pass

dave


At 02:07 PM 8/17/2005 -0500, you wrote:

> Bill,
>
> I'm impressed that you could detect our finger prints...I'll wear gloves next time.  Yes, we worked with Bruce Levi, Executive Director of the North Dakota Medical Association, to change ND's IPTA to a general pain statute, which also removed the prescribing restriction for "addicts."
>
> We'll get back to you soon about the CLEAR session.
>
> Aaron
>
> At 02:29 PM 8/17/2005 -0400, you wrote:
>
>> Did you guys have a hand in this one?  This is certainly what I've espoused for years, since we realized intractable pain acts weren't really that helpful--that all we needed in statute was a statement that practitioners could legally prescribe opioids for the treatment of pain.
>>
>> Have you decided whether either of you is coming to the CLEAR session on September 17th in Phoenix?  If not, I'd like to talk with you in a week or two (this week, through Tuesday, is impossible) about what I'll say in your stead to see if you have any suggestions.  The other speaker will be Bates Butler, Dr. Hassman's attorney.
>>
>> Bill
>> Return-path: <JJERZAK@medbd.ca.gov>
>> Received: from rly-xl01.mx.aol.com (rly-xl01.mail.aol.com [172.20.83.50])
>>  by air-xl02.mail.aol.com (v107.10) with ESMTP id MAILINXL21-5ad430376272ef;
>>  Wed, 17 Aug 2005 13:39:12 -0400
>> Received: from smtp.medbd.ca.gov (smtp.medbd.ca.gov [165.235.24.251])
>>  by rly-xl01.mx.aol.com (v107.10) with ESMTP id MAILRELAYINXL13-5ad430376272ef;
>>  Wed, 17 Aug 2005 13:38:48 -0400
>> Received: from MBCWEB-MTA by smtp.medbd.ca.gov  with Novell_GroupWise; Wed,
>>  17 Aug 2005 10:38:22 -0700
>> Date: Wed, 17 Aug 2005 10:37:59 -0700
>> From: Joan Jerzak <JJERZAK@medbd.ca.gov>
>> Subject: Fwd: North Dakota Senate Bill 2166 - Pain
>> To: BILLNOPAIN@aol.com, UCSDmom@aol.com, MaryAgnes.Matyszewski@doj.ca.gov,
>>  911md@earthlink.net, RiceL@pharmacy.ucsf.edu
>> Message-id: <s303139e.064@smtp.medbd.ca.gov>
>> MIME-version: 1.0
>> X-Mailer: Novell GroupWise Internet Agent 6.5.4
>> Content-type: multipart/mixed; boundary="Boundary_(ID_VlhQZMBbtSN0xMZtabpT5Q)"
>> X-AOL-IP: 165.235.24.251
>>
>> In speaking to a representative from Purdue Pharma about our August 22nd task force meeting, I heard of this recent law passed in North Dakota, as they were also looking at their statutes and determining if there was a better definition for "pain."
>>
>> FYI only.Joan
>>
>> >>> "Barefoot, Linda" <Linda.Barefoot@pharma.com> 8/16/2005 11:32 AM >>>
>>
>> Hi Joan,

Thanks again for returning my call early this morning. I have attached a copy of the North Dakota Pain Bill (SB 2166) that passed this year which we discussed. Hopefully it will be beneficial to the Pain Task Force. There is also another similar bill in Oregon that passed last year; I will research and forward it to you.

Thanks for sending me the Minutes of Monday's Preliminary Meeting (August 22nd) as soon as they are available. I have marked my calendar for September 28th for the next meeting, so please let me know if this date should change for any reason.

Please let me know that you have received this message.

Thanks again,

Linda

<<North Dakota Pain Bill SB 2166 Signed by Governor.pdf>>


Linda Barefoot
Regional Director, State Government Affairs
Purdue Pharma, L.P.
Office:  303-664-9808
Cell:    303-641-0993
Fax:    303-664-9807


***********************************
Aaron Gilson, Ph.D.
Assistant Director
Pain & Policy Studies Group/WHO Collaborating Center
University of Wisconsin-Madison
406 Science Drive, Suite 202
Madison, WI 53711-1068
Tel 608-263-8448
FAX 608-263-0259

amgilson@wisc.edu

***********************************