PSJ3

Exhibit 52

# Central Region

## Advocacy & Policy Overview

# Influence Map by Functional Responsibility

#1

| | |
|---|---|
| Employer Coalitions/ | |
| KOL Employers | |

Private employers "Self insured" → Private employers "Fully Insured"

US Govt → Medicare VA DOD

State Govt → Disability S-Chip Medicaid

Media

#4

Grass roots drug abuse, prevention, advocacy groups

? Quality orgs

#3

Health Plans "Administrators" ↔ PBMs ↔ Health Plans "Insurers"

KOLs → Professional Groups Associations → Doctors, Nurse Pract., PAs, Nurses, Pharmacists

FDA

DEA

US Congress

State Pharmacy Boards

State Law Enforcement

State Legislatures/ Gov

Law Enforcement Prof Orgs

2011

#2 Patient advocacy groups → Patients

Potential for Grass roots activism

**Legend:**
- 🟩 Brand Team
- ⬜ Medical Affairs/ Regulatory
- 🟪 Govt Affairs
- 🟦 PR
- ⬜ SBG/ HCS
- 🟦 Healthcare Systems
- 🟥 = Opportunity for Advocacy

# Pain Policy Scores from Pain & Policy Studies Group



# Central Pain Policy Score Card

| STATE | A | A- | B+ | B | B- | C+ | C |
|---|---|---|---|---|---|---|---|
| FL |   |   |   | ✓ |   |   |   |
| GA |   |   |   | ✓ |   |   |   |
| TN |   |   |   |   |   |   | ✓ |
| KY |   |   |   | ✓ |   |   |   |
| OH |   |   |   | ✓ |   |   |   |
| IN |   |   |   |   |   | ✓ |   |
| IL |   |   |   |   |   |   | ✓ |
| WI | ✓ |   |   |   |   |   |   |
| IA |   |   |   | ✓ |   |   |   |
| MN |   |   | ✓ |   |   |   |   |
| ND |   |   |   | ✓ |   |   |   |
| SD |   |   |   | ✓ |   |   |   |
| NE |   |   | ✓ |   |   |   |   |
| KS | ✓ |   |   |   |   |   |   |
| MI | ✓ |   |   |   |   |   |   |

# National pain Advocacy Groups with Regional Activities

- ASPI = ALLIANCE OPF STATE PAIN INITIATIVES
- POPAN= POWER OVER PAIN ACTION NETWORK. (American Pain Foundation)
- ACPA = AMERICAN CHRONIC PAIN ASSOCIATION

# Summary of National Groups with Regional Activities

| Pain Association | Focus of Mission | Website | Newsletter | Geographic Presence | Number of Members |
|---|---|---|---|---|---|
| **American Pain Society** | • To increase knowledge of pain and transform public policy and clinical practice to reduce pain-related suffering. | ✓ | ✓ | National (six regional sections) | Over 3,000 (including health professionals, basic scientists, policy makers, and lawyers) |
| **American Pain Foundation** | • To improve the quality of life of people with pain | ✓ | ✓ | National | 80,000 (including patients, families and healthcare providers) |
| **American Chronic Pain Association** | • To facilitate peer support and education for individuals with chronic pain and their families.<br>• To raise awareness among the health care community, policy makers, and the public at large about issues of living with chronic pain. | ✓ | ✓ | International (more than 800 chapters) | Reach over 11 million people via web site. Mail out 52K info packets per year |
| **Alliance of State Pain Initiatives** | • To ensure that peoples' lives are not overpowered by pain. | ✓ | ✓ | National (19 state pain initiatives) | NA |

## Advocacy Groups

| STATE | ASPI | POPAN (APF) | ACPA | APS (REGIONAL) |
|---|---|---|---|---|
| FL | ✓ | ✓ | ✓ | EPS/SPC/DC |
| GA | ✓ | ✓ |  | EPS/SPC/GA&KY |
| TN |  |  |  | EPS/SPC |
| KY |  |  | ✓ | EPS/SPC/GA&KY |
| OH | ✓ |  | ✓ | EPS/MWPS |
| IN | ✓ | ✓ | ✓ | EPS/MWPS |
| IL | ✓ | ✓ | ✓ | EPS/MWPS |
| WI | ✓ | ✓ | ✓ | EPS/MWPS |
| IA |  | ✓ | ✓ | EPS/MWPS |
| MN |  |  |  | EPS/MWPS |
| ND |  |  | ✓ | EPS/MWPS |
| SD |  |  |  | EPS/MWPS |
| NE | ✓ | ✓ | ✓ | EPS/MWPS |
| KS | ✓ | ✓ | ✓ | EPS/MWPS |
| MI | ✓ | ✓ | ✓ | EPS/MWPS |

# ASPI- Alliance of State Pain Initiatives

**Florida Pain Initiative**

- ***Robert P. Yezierski, PhD***
  Director, Comprehensive Center for Pain Research
  Professor of Orthodontics, Neuroscience and Anesthesiology
  University of Florida
  P.O. Box 100444
  1600 Archer Road, Rm 10-19
  Gainesville, FL 32610-0444
  Phone: 352-392-4081
  Fax: 352-392-3031
  ryezierski@dental.ufl.edu

- ***Trish Ollen***
  Coordinator, Florida Pain Initiative
  c/o American Cancer Society
  3709 W. Jetton Avenue
  Tampa, FL 33629
  Phone: 813-253-0541
  trish.ollen@cancer.org

- ***Jennifer Strickland, PharmD, BCPS***
  Lakeland Regional Medical Center
  PO Box 95448
  Lakeland, FL 33804
  jennifer.strickland@lrmc.com

**Georgia Pain Initiative**
***Brittany Freeman*, LMSW**
Acess to Care Initiatives Manager
The American Cancer Society
PO Box 56567
Atlanta, GA  30343
Phone: 404-949-6465
Fax: 404-816-9443
brittany.freeman@cancer.org

**Illinois Pain Initiative**
***Margaret Rudnik***
Executive Director
Illinois Hospice and Palliative Care Organization
PO Box 6429
River Forest, IL 60305-6429
mrudnik@il-hpco.org
Phone (708) 846-7789

**Kansas Pain Initiative**
•***Robert Twillman, PhD***
Clinical Associate Professor of Psychiatry
University of Kansas Hospital
School of Medicine
3901 Rainbow Blvd.
Kansas City, KS 66160-3026
Phone: 913-588-7726
Fax: 913-588-8005
rtwillma@kumc.edu

•***Cathy Pimple***
Emporia State University
1127 Chestnut
Emporia, KS 66801
Phone: 620-343-6800 ext 5648
pimpleca@emporia.edu

•***Donna Bales***
LIFE Project
1901 University
Wichita, KS 67213
Phone: 316-263-6380
Fax: 316-263-6542
donna@lifeproject.org

# ASPI- Alliance of State Pain Initiatives

**Michigan Cancer Pain Initiative**
•*Karen Ogle, MD*
President, MCPI. Professor
Michigan State University College of Human Medicine
B110 Clinical Center
Michigan State University
East Lansing, MI 48824
Phone: 517-884-0449
Fax: 517-355-7700
ogle@msu.edu

•*Vicki Rakowski, RN*
CEO
Great Lake Division, American Cancer Society
Capital Area Service Center
1755 Abbey Road
East Lansing, MI 48823
Phone: 517-332-3300
Fax: 517-641-1491

**Ohio Pain Initiative**
•*Debra Heidrich, RN, MSN, ACHPN, AOCN*
Palliative Care Clinical Nurse Specialist
Bethesda North Hospital, TriHealth, Inc.
Phone: 513-745-5167
Fax: 513-745-5176
dheidrich@cinci.rr.com

•*Cathy Trame, MS, CNS, BC*
Clinical Nurse Specialist for Pain Services
Miami Valley Hospital
Phone: 937-208-5153
cdtrame@mvh.org

**Nebraska Pain Initiative**
•*James Dube PharmD, FASHP*
13105 Lafayette Ave
Omaha, NE  68154
Phone: 402-203-4496
Cell: 402-496-2236
jimdube@cox.net

**Wisconsin Pain Initiative**
•*Deb Gordon, RN, MS*
University of Wisconsin Hospital and Clinics
600 Highland Ave, F6/121
Madison, WI 53792
Phone: 608-263-6488
Fax: 608-263-8477
db.gordon@hosp.wisc.edu

•*June Dahl, PhD*
University of Wisconsin School of Medicine and Public Health
1300 University Avenue, Room 4720
Madison, WI 53706
Phone: 608-265-4012
Fax: 608-265-4014
jldahl@wisc.edu

**Indiana Pain Initiative**

- *Harriet O'Connor*
  Coordinator, Indiana Pain Initiative
  President/CEO Indiana Hospice & Palliative Care Organization
  10 W. Market Street, Suite 1720
  Indianapolis, IN 46204
  Phone:  317-464-5145

# POPAN- Power Over Pain Action Network

**Florida**
Edith Hardesty (PWP)
Casselberry, FL
ediehardesty@yahoo.com

**Georgia**
Davianne Charles (PWP)
Woodstock, GA
davianne@bellsouth.net

Ashley Mahoney (PWP)
Marietta, GA
Loud22222@aol.com

Carolyn Noel (PWP/MV)
Jonesboro, GA
PA_Carolina@painfoundation.org

Claudia Jo Wendlandt (PWP)
The Atlanta CFS Support Group
Kennesaw, GA
cjwend@bellsouth.net

**Indiana**
Dannyn Peterson (PWP)
Indianapolis, IN
PA_2Spirit@painaidonline.org

**Michigan**
Sharon Ostalecki, PhD (PWP/HCP)
Novi, MI 48374
smo2391512@aol.com
www.hffcf.org Jannie White (PWP)
Detroit, MI
waywhite26@sbcglobal.net

**Wisconsin**
Lynn M. Sanders (PWP/HCP)
Founder, Ehlers-Danlos Syndrome
Network C.A.R.E.S. Inc.
Muskego, WI
EDSCARES@aol.com
www.ehlersdanlosnetwork.org

Erica Thiel (PWP)
Juneau, WI
erica.thiel@charter.net

**Iowa**
Glenda Sue Dykstra (PWP)
pa_fun@painaidonline.org Susie
Sanford, RN, MSN (HCP)
pasusie1959@hotmail.com

**Kansas**
Vicki Fell (HCP)
Hand in Hand Homecare and Hospice
Emporia, KS
vsfell@newmanrh.org Sue Noll (HCP)
Hays, KS
sue.noll@haysmed.com

Robert Twillman (HCP)
Kansas City, KS
913-588-7726
rtwillma@kumc.edu

# POPAN- Power Over Pain Action Network

**Nebraska**
Jennifer Eurek, CSW (HCP)
Education and Outreach Coordinator
Nebraska Hospice and Palliative
Care Partnership
Lincoln, NE
Jennifer@nehospice.org

Tracy Rathe (HCP)
Communications Coordinator
Nebraska Hospice and Palliative
Care Partnership
Lincoln, NE
Tracy@nehospice.org

Jan Tooker, MSW (HCP)
Nebraska Hospice and Palliative
Care Partnership
Lincoln, NE
jan@nehospice.org

**Illinois**
Erika DeCarlo (PWP)
Aurora, IL
630-788-7096
erikaed@yahoo.com Sabrina Dudley
Johnson, BS (PWP/CO)
Chicago, IL
fmfaces@gmail.com
Dan Mjolsness (PWP)
Barrington Hills, IL
Dmjolsness@aol.com

# American Chronic Pain Association

**Florida**
- Fort Myers
- Cape Coral
- West Palm Beach
- Jacksonville
- Gainesville

**Illinois**
- Rockford
- Coal City (phone Support)
- Deerfield
- Wonderland (phone support)

**Indiana**
- Michigan City (phone support)
- Indianapolis-West Side
- Adams County
- Indianapolis-North Side

**Iowa**
- Appanoose County

**Iowa**
- Appanoose County

**Kentucky**
- Racland
- Louisa
- Adams (phone support)

**Michigan**
- Detroit
- Rochester HIlls (phone support)
- Grand Rapids
- West Detroit
- Caro
- Flint
- Rogers City
- Chesterfield Township

**North Dakota**
- Minot
- Grand Forks

**Ohio**
- Chillicothe (phone support)
- Lima
- Youngstown
- Mayfield Heights
- Toledo (phone support)

**Wisconsin**
- Wauatosa
- Madison
- Eau Claire
- Green Bay
- Wisconsin Rapids
- Milwaukee
- Oconto Falls

**Nebraska**
- Fremont

# APS Regional Pain Societies

- Eastern Pain Association
- Greater Philadelphia Pain Society
- Southern Pain Society
- Midwest Pain Society

# Eastern Pain Association

- **Mission Statement**
- The Eastern Pain Association is a regional organization of pain specialists including physicians, psychologists, nurses and basic scientists dedicated to promoting clinical care, pain-related research, education and professional practice.
- **History of the Eastern Pain Association**
- In 1964 Dr. B. Berthold Wolff and Dr. Thomas G. Kantor started an informal New York Pain Group, which met monthly at the NYU Medical Center. About 30 pain clinicians and researchers from the Greater New York Metropolitan area began to meet to discuss various pain-related research projects and clinical topics. Following the formation of the International Association for the Study of Pain (IASP) in 1973, Dr. John J. Bonica recommended to Dr. Wolff that the group be enlarged to include the New England States, with the additional participation of the Middle Atlantic and Southern States. Dr. Wolff formed the Eastern Pain Association in 1974, which included all states east of the Rockies. In 1975, the Eastern Pain Association (EPA) became one of the first chapters of the IASP.
- **EPA Meetings**
- The EPA offers local and regional scientific meetings to foster an exchange of clinical and scientific information among multidisciplinary health professionals and researchers interested in the field of pain. In 1979 the EPA established the John J. Bonica Award and Lecture, given annually that honors Dr. Bonica. To date, over twenty awards have been made to distinguished and outstanding recipients such as Patrick D. Wall (1979), Ronald Melzack (1982), B. Berthold Wolff (1991), Tony L. Yaksh (1993), Michael J. Cousins (1995) and many others.
- The Annual EPA Scientific Meeting held in attractive venues such as the New York Hilton, routinely offers symposia and lectures given by nationally recognized speakers, posters and exhibits that are designed to appeal to a wide spectrum of specialists and interests.
- The EPA scientific meetings are complementary to the national and international meetings and offer members the opportunity of networking with local colleagues and keeping abreast of current developments.
- **Administrative Office**
- Eastern Pain Association
  PO Box 194
  Ivy, VA 22945
  Phone: 434-964-6252
  epaexecoffice@comcast.net
  Web site: http://epapain.org/

# Southern Pain Society

- The Southern Pain Society welcomes professionals in the field of pain treatment, education and research. It is the largest of the regional sections of the American Pain Society, with approximately 200 members, and includes representatives of multiple disciplines. It serves the following states and regions: Maryland, District of Columbia, Virginia, West Virginia, Kentucky, Missouri, Tennessee, North Carolina, South Carolina, Georgia, Alabama, Mississippi, Arkansas, Louisiana, Oklahoma, Texas, Florida, and Puerto Rico. SPS includes several districts, which are designed to serve more local needs within the region. These districts and their Presidents include: Dade County Pain Society Mississippi Pain Society, Greater Atlanta and Kentucky. Those interested in forming a district in SPS may contact Lori Postal, RNC, MS at lpostal@southernpainsociety.org or 919 303-3100. Those interested in general membership may contact Ms Postal as above. Membership dues are $60. Corporate or affiliate memberships also are available.

**President**
- Todd Sitzman

**Administrative Office**
- Lori H. Postal, RNC, MS
  Executive Director
  Southern Pain Society
  P.O. Box 5033
  Cary, North Carolina 27512
  (919) 303-3100
  fax (919) 303-9666
  lpostal@southernpainsociety.org

**Mission**
- To serve people with pain by advancing research and treatment and to increase the knowledge and skill of the regional professional community.

**Regional Societies**

Dade County Pain Society , MS Pain Society

Greater Atlanta and Kentucky Pain Society

# Midwest Pain Society

- The purpose of the Midwest Pain Society is to further the goals and mission of the American Pain Society in the Midwestern States, including Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, and Wisconsin. The MPS is a multidisciplinary organization devoted to advancing pain-related research, education, treatment, and professional practice.

**President**

- Steven Krause, PhD
  Cleveland Clinic Foundation
  KrauseS@CCF.org
  (216) 444-8501

**President-elect**

- Nathan Rudin, MD, MA
  University of Wisconsin-Madison
  nrudin@uwhealth.org
  (608) 265-1257

**Administrative Office Contact**

  Cathy Rickert
  MPS Member Services
  4700 W. Lake Ave.
  Glenview, IL 60025
  (847) 375-4881
  carickert@connect2amc.com