# PSJ3

# Exhibit 53

# Endo Relationship Owner
## Standard Operating Procedures
## (SOP)



ERO SOP:

- Endo Relationship Owners (ERO) maintain and cultivate relationships with the priority organizations  (*Please see Endo Third Party Advocacy Prospectus) on a wide range of topics depending on the organization and aligned to the company vision
- EROs act as an Endo point of contact for the outside organization and are prepared to collaborate and communicate directly with:
  - Director, External Affairs
  - Endo Advocacy Steering Committee
  - All Internal Endo Stakeholders (relevant to the organization or issue area)

**Third Party Advocacy relationships will become more focused and aligned with the direction of the company so that Endo can take greater advantage of the many great ties we have with professional societies, patient groups, and other third party advocates.**

Confidential

# Standard Operating Procedures (SOP)
# Endo Unified Third Party Advocacy Strategy

**Objective:**      **Create and deliver an Endo unified Third Party Advocacy strategy**

- Growing need to do this: impact of power of patients, continued negative image of industry, influence on our business by payers and government
- Organize for success to enhance ability to win; a streamlined approach to advocacy will ensure that Endo's investment in ally development is maximized
- Truly cross-functional in leadership and tactics with Endo Relationship Owners (EROs)
- Accountable External Affairs department in the company to lead this work



- Advocacy Steering Committee drives the agenda (with EOC Oversight)
- External Affairs Director drives all internal processes and is accountable for objectives and deliverables
- Government Affairs Regional Directors help lead the strategic and tactical development of third party advocacy campaigns
  - driven by Advocacy Steering Committee priorities
  - input from Endo Public Policy
- Executives, GADs, CAMs and select field personnel to be designated/recruited as Endo Relationship Owners (EROs)

Confidential

**Procedures:**   To support the advocacy or health policies and issues relevant to patient access, outcomes, and solutions by collaborating with third party organizations on the national, state, and community levels.

- Endo Relationship Owners (ERO) maintain and cultivate relationships with the priority organizations (*Please see Endo Third Party Advocacy Prospectus attached) on a wide range of topics depending on the organization
- They act as an Endo point of contact for the outside organization and are prepared to collaborate and communicate directly with the Director, External Affairs and participate on the Advocacy Steering Committee.

**Outcome:**   Third Party Advocacy relationships will become more focused and aligned with the direction of the company so that Endo can take greater advantage of the many great ties we have with professional societies, patient groups, and other third party advocates.

END00033240