# PSJ3

# Exhibit 55



**LORRAINE OLECKNA MEMORIAL CANCER RESEARCH FUND**
ASSOCIATED WITH THE JFK MEDICAL CENTER FOUNDATION

# ONCOLOGY GRAND ROUNDS

## Spring Series

| | | |
|---|---|---|
| March 24, 1992 | SPEAKER: | LEONARD GOMELLA, MD<br>Assistant Professor<br>Department of Urology<br>Jefferson Medical College, Philadelphia, PA |
| | TOPIC: | UPDATE ON THE TREATMENT OF PROSTATE CANCER AND THE ROLE OF PROSTATE CANCER SCREENING |
| April 28, 1992 | SPEAKER: | ROBERT KYLE, MD<br>Professor of Medicine/Laboratory Medicine<br>Mayo Foundation<br>Pittsburgh Cancer Institute |
| | TOPIC: | OVERVIEW AND UPDATE ON THE DISEASE AND TREATMENT OF MULTIPLE MYELOMA |
| May 26, 1992 | SPEAKER: | KATHLEEN M. FOLEY, MD<br>Chief, Pain Service<br>Department of Neurology<br>Memorial Sloan Kettering Cancer Center |
| | TOPIC: | MANAGEMENT OF CANCER PAIN |

*Time:* Noon

*Location:* Security Conference Room, JFK Medical Center
65 James Street, Edison, NJ

THIS PRESENTATION IS SUPPORTED BY THE LORRAINE OLECKNA MEMORIAL CANCER RESEARCH FUND (AFFILIATED WITH THE JFK MEDICAL CENTER FOUNDATION)
JFK MEDICAL CENTER IS ACCREDITED BY THE MEDICAL SOCIETY OF N.J. TO GRANT ONE HOUR OF CATEGORY I CREDITS FOR THIS ACTIVITY, AMA, AAFP.

---

*Please R.S.V.P. by filling out the form below and returning it by March 15 to:*
Carol Simon, Cancer Registry, JFK Medical Center
65 James Street, Edison, NJ 08818

❑ Yes, I will be attending the **March 24** spring program.
❑ Yes, I will be attending the **April 28** spring program.
❑ Yes, I will be attending the **May 26** spring program.

NAME _____

ADDRESS _____

PHONE # _____ AFFILIATION _____

8112640772
PDD1701924912

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128168

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

# Purdue Frederick Speakers' Bureau Speaker Request Form

*Please expedite!*

RECEIVED MAR 31 1992

## Mail To:
1. District Manager for approval.
2. District Manager mails to: **The Purdue Frederick Company**
   Speakers' Bureau
   100 Connecticut Avenue
   Norwalk, CT 06856

## Contact:
Name of person responsible for meeting: HARRY LAZARUS / Nancy Flamingo, R.N.
Title: Program Coordinator, Radiation Oncology Dept, JFK Medical Center
Street: 65 James St.
City: Edison
State: NJ
Zip: 08818
Telephone: (908) 321-7167

## Directions:
1. All blanks must be completed for the request to be processed. Please print information clearly.
2. Alternate speakers must be approved by the organization.
3. Fill out the speakers' program evaluation form after the meeting.
4. Check to make sure bottom copy is legible.
5. Yellow copy will be returned following home office review.

## Speaker Requested: / Speaker Location:
1. Kathleen M. Foley, M.D.  MSK, N.Y.
2. 212/639-7050
3. 

Travel Requirements: car/train

Estimated distance and time from the program site for speaker Choice #1
Miles (one way): 90
Time: 1½ - 2 hrs.

Reason for recommending speaker: Dr. Foley is scheduled for this appearance. Our sponsorship will do much to support MSK MD rapport, prestige - and allow display.

## Program:
Program description or name of meeting: ONCOLOGY GRAND ROUNDS

Speaker's Topic: MANAGEMENT OF CANCER PAIN

Date: MAY 26, 1992    Time: NOON
Alternate date(s):     Time:
                       Time:

Location (address and room number):
SECURITY CONFERENCE ROOM
JFK MEDICAL CENTER, 65 JAMES ST.
EDISON, N.J.

Is this part of a full-day program? Yes ☐ No ☒

Has this program been previously arranged with the speaker by the organization? Yes ☒ No ☐

Sponsoring organization:
LORRAINE OLECKNA MEMORIAL CANCER RESEARCH FUND

Estimate attendance:
MDs: 40-60      Pharms: 3-5
Nurses: 40-60   Others: 5-10

Audience will be: ☐ Academically Oriented  ☒ Clinically Oriented

## Materials:
How many bulletin board notices do you want? 0
How many invitations do you want? 0

## Plans:
What other plans do you have to make this meeting productive (e.g. reprints, literature, follow-up)?
Pre-meeting PR, literature, much MD follow-up.

Representative Territory #: 3225658
Name: Larry Butts, Sr.    Date of Request: 3/24/92

## Approvals:
District Manager            Yes ☒ No ☐
Name:                       Date: 3/27/92
Medical Department          Yes ☒ No ☐
Name:                       Date: 3/31/92

## For Home Office Use:
Are you sure she is talking on cancer pain (yes she is)

## Objective:
To increase awareness usage of MSC. Chief of Oncology has already arranged Dr. Foley's visit, with hospital planning to pay — asks if we can sponsor + display.

white and yellow—Medical Dept, pink—District Manager, goldenrod—Rep. (Sponsoring talk)

C2513 Rev. 2/91 R207A

8112640773
PDD1701924913

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128169

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

**IMPORTANT MESSAGE**

FOR Terry
DATE 5-7 TIME 10:15 A.M.

**WHILE YOU WERE OUT**

M Carol Simon
OF JFK
PHONE NO.

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CALLED TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| | RETURNED YOUR CALL | | |

MESSAGE

We should pay her directly (Kathleen Foley)

SIGNED

L1-A2334

8112640774
PDD1701924914

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128170

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

**IMPORTANT MESSAGE**

FOR Terri
DATE 5-7  TIME 9:10 A.M.

**WHILE YOU WERE OUT**

M Carol Simon
OF JFK - Edison, NJ
PHONE NO. 908-321-7740

| TELEPHONED | X | PLEASE CALL | X |
| CALLED TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| | | RETURNED YOUR CALL | |

MESSAGE Re: Kathleen Foley talk on 5-26

Paula Molica
2) Needs Eastern Regiony Speakers List - didn't get one

SIGNED

L1-A2334  PRINTED IN U.S.A.

8112640775
PDD1701924915

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128171

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

# CHECK REQUEST

Company name: __PF__

Date: June 11, 1992

To: Kathleen Foley, M.D.

Mem Sloan Kett/1275 York Ave/Box 52

New York, NY 10021

For: JFK Medical Center (Edison, NJ)
Speakers Bureau - (LB 6348) on 5-26-92

| VENDOR # | ORACLE | INVOICE # |
|---|---|---|
| VENDOR # | EDP-A/P | BATCH # |
| VOUCHER # | | ACCTG. PERIOD |

**1099 TAX INFORMATION**
Payee's ID Number:       SS#
Expense Distribution:
1099: $  750.00   EXPENSE: $  9.00
*Completion required for all 1099 applicable payments.

Gen. Ledger Account No: 486-7130

Amount: 759.00

Requested by: Terry Newell

Approved by: [signature]

PLEASE FORWARD CHECK TO: Terry Newell

8112640776
PDD1701924916

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128172

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

## THE PURDUE FREDERICK COMPANY -- SPEAKER FOLLOW-UP FORM

Track No.: LB 6348

Speaker: Kathleen Foley, M.D.     Soc Sec # _____ JUN 0 1 1992

Mailing Address: Memorial Sloan Kettering Cancer Center/1275 York Ave/Box 52
Location/Street
New York, NY 10021
City/State/Zip Code

Meeting: Date: 05-26-92     Location: J.F.K. Medical Center
Edison, New Jersey

Topic Of Presentation: _____

Financial: Honorarium: $ 750.00
    Travel Expenses:
        Mileage ($0.22/mile): _____
        Tolls/Parking: 9.00
        Hotel: _____
        Meals: _____
        Other: _____
    Grand Total: $ 759.00

Program Assessment: On a scale of 1 (poor) to 5 (excellent) please rate: Audience Size _____
Audience Reaction: good     Audience Knowledge Of Topic: _____
How Helpful Was PF Representative To You: very
In a few words, please give us your overall impression of this program:

Hospital very interested in Purdue program.

Signed: Kathleen Foley     Date: 5/26/92

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8112640777
PDD1701924917

PKY181128173

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

## SPEAKERS BUREAU CONFIRMATION RECORD

Logged ____
Eval ____

| Date Request Received | Tracking No. _6348_ | Requesting Rep. _LButls_ | Talk Approved ____ | Talk Date _5/26/92_ |

Speaker: _Foley_
_1002_

Date of Confirmation with Institution  _5/7_

Notes:

Lm 4/9
Lm 5/5
Lm 5/7

Date of Confirmation with Speaker  _4/9_                   Confirm Letter _5/7_

Notes:

4/9 - all set

Date of Confirmation with Rep  _____

Notes:

Reminder Target: _____          Thank You Target: _6/9_
Reminder Actual: _____          Thank You Actual: _____

Speaker Bureau ( )     Honorarium for this Talk:
Corporate      ( )     _$750_

8112640778
PDD1701924918

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128174

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

| PAYOR | VENDOR NO. | VENDOR NAME | CHECK NO. | PAGE NO. |
|---|---|---|---|---|
| THE PURDUE FREDERICK COMPANY | A014155 | FOLEY KATHLEEN, M.D. | 112800 | 1 |

| COMPANY | INVOICE DATE | INVOICE NO. | VOUCHER NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 0101 | 06/11/92 | FOL0611 | 023905 | 759.00 | .00 | 759.00 |

**REMITTANCE ADVICE**  TOTAL PAYMENT  759.00

8112640779
PDD1701924919

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128175

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)