PSJ3

Exhibit 56

4/30/96

**THE PURDUE FREDERICK COMPANY—MEDICAL EDUCATION DEPT**
*100 Connecticut Avenue, Norwalk, CT 06850*
Speaker Confirmation & Follow-Up Form                    PF Track No. AM10558

Date:  9/25/96       Time:  6:00 pm       Type of Meeting:  CCPI meeting

Location: Hospital/Organization (Provider):  Connecticut Cancer Pain Initiative/American Cancer Society (CCPI/ACS)

Address/City/State:  Trumbull, CT (Trumbull Marriott)

Topic Requested:  Death in America Project

*Lecture Confirmation Information:*

Spkr:  Kathleen Foley, MD
Addr:  Memorial Sloan Kettering
       1275 York Avenue:  Box 52
       New York, NY 10021

*Because of regulatory considerations, please be advised that if during your talk, you discuss any of our products, this should be within only the framework of approved labeling and approved recommended indications and uses for the product.*

Audience Anticipated: Approximately (#)     60          (Type)  nurses, physicians, pharmacists
If you have any questions, please call Ilene Siegler at (203) 854-7243

*Financial Support Information:*

Type (as directed by Provider): (x) Direct To Speaker; () Funding To Provider
Travel Agency Arrangements: () Not applicable in funding; (x) Not Required;
() Direct billing to PF not permitted by Provider;
() Required--*Only arrangements made through Wagonlit Travel (800/745-3210) will be covered*
*********************************************************************************

**Follow-Up Information:** *(Completed By Speaker Post-Lecture And Returned In Enclosed Envelope)*
**Program Assessment By Speaker:**

Topic Presented (if different than above)  Cancer Pain & The Physician/Assisted Suicide Debates

{Scale: 1 (poor)  2   3   4   5 (excellent)}
Audience:  Size  150   Reaction  Good   Knowledge of Topic  high   How helpful was PF Rep to you?  Very
In a few words, please give us your overall impression of the program:
Brilliant for Yale & I worked well together

**Financial Reimbursement Information:**                 REDACTED
*Check payable to:* ()   Kathleen Foley, MD,          SS#          or Tax ID #
                    Memorial Sloan Kettering, 1275 York Avenue; Box 52, New York, NY 10021

() Other:  Name:                              Tax ID #
           Address:

Honorarium:    $1000.00        (1099)      Details:    Mileage ($0.30/mile)
Expenses:      $                (Bypass 1099)          Tolls/Parking
                                                        Hotel
Grand Total:   $ 1000.00                                Meals
                          *PLEASE                        Other
                          ATTACH RECEIPTS*
Signed (Speaker):  Kim Foley                          Date:  10/6/96

*********************************************************************************
(For PF Office Use Only) Date To Accounting Dept   10/17/96
Requested By Ilene Siegler                Description: 9/25/96, Trumbull, CT (Trumbull Marriott)
General Ledger No.:  671304800            M/E
FPLP/0208 ( )                             PF/0101 ( )                PP/205 ( )
Approved by:                              Med Ed Use

11-6-96

*dreonfrm doc*

8102655489

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PDD1701566930

PKY180784295

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

SPEAKER BUREAU CONFIRMATION RECORD

Date Request Received _____

Tracking No. AM 1058

Requesting Rep. MURPHY

Logged Eval _____

Talk Approved _____

Talk Date 9/26/96

Date of Confirmation with Institution _____

Speaker: Foley

Notes:

Kathleen Foley, MD

Memorial Sloan Kettering

Date of Confirmation with Speaker _____

1275 York Ave.
Box 52

Confirm Letter _____

Notes:

4/17 Saxed Region

N.Y, NY 10021
212 639 7050

Date of Confirmation with Rep _____

Wanty Susan Richter

Notes:

Reminder Target: _____
Reminder Actual: _____

Thank You Target: _____
Thank You Actual: _____

Speaker Bureau ( )
Corporate ( )

Director

Honorarium for this Talk:

1000

8102655490
PDD1701566931

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180784296

Kathleen Foley,
MD

Memorial Sloan
Kettering
1275 York Ave.
Box 52
N.Y, NY 10021
212 639 7050
waiting Susan
Richter

8102655491
PDD1701566932

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180784297

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

SPEAKERS BUREAU CONFIRMATION RECORD

Logged _____
Eval _____

Date Request
Received
_____

Tracking
No. *AM 10658*

Requesting
Rep.
*MURPHY*

Talk
Approved

Talk
Date *9/25/96*

Speaker:
*Foley*

Date of Confirmation
with Institution *4/26*

Notes:

Date of Confirmation
with Speaker *4/22 FAXed*

Notes:
*4/17 Faxed Request   YES   Book of prospective*

Confirm Letter _____

Date of Confirmation
with Rep

Notes:

Reminder Target: _____
Reminder Actual: _____

Thank You Target: _____
Thank You Actual: _____

Speaker Bureau ( )
Corporate ( )

Honorarium for this Talk:

*Directly   1000*

8102655492
PDD1701566933

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180784298

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

>>>> From : 3407          96-02-29  18:04:18 <<<<

MEDICAL EDUCATION DEPARTMENT:
SPEAKER REQUEST FORM

DIRECTIONS:

1- All blanks must be completed for the request to be processed.

2- Send via E-Mail to box 9993.

3- Send (via E-Mail) a copy of this form to your District Manager and
   Regional Manager.

4- Speakers must be approved by the organization.

5- Fill out the speakers' program evaluation form after the meeting.

PROGRAM

PROGRAM DESCRIPTION OR NAME OF MEETING: | CONNECTICUT CANCER PAIN
INITIATIVE, A PROGRAM OF THE AMERICAN CANCER SOCIETY.

212 639 2421

212717 3081

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8102655493
PDD1701566934

PKY180784299

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

REQUESTED TOPIC FOR LECTURE: "DEATH IN AMERICA PROJECT."

DATE: SEPTEMBER 25, 1996        TIME: 6:00 PM

ALTERNATE DATE(S):        TIME:

                          TIME:

LOCATION (ADDRESS AND ROOM NUMBER): TRUMBULL MARRIOTT
                                    TRUMBULL, CT

IS THIS PART OF A FULL DAY PROGRAM? (Y/N)
                                     NO

SPONSORING ORGANIZATION: CCPI/ACS

ESTIMATE ATTENDANCE: 60-75

MDs: 20          PHARMS: 20

NURSES: 30-45         PAs

OTHERS:

ADDITIONAL REQUIREMENTS:    NONE

PROGRAM CONTACT(S)

NAME OF PERSON RESPONSIBLE FOR MEETING: SUSAN RICHTER
                                        DIRECTOR, ACS/CCPI
                                        14 VILLAGE LANE
TITLE: DIRECTOR OF ACS/CCPI             WALLINGFORD, CT 06492

STREET:  14 VILLAGE LANE

CITY: WALLINGFORD        STATE: CT      ZIP: 06492

TELEPHONE:  (203)265-7161
                                    MEETING CONTACT (IF
DIFFERENT THAN ABOVE):

TITLE:

8102655494
PDD1701566935

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180784300

STREET:

CITY:                          STATE:          ZIP:

TELEPHONE:        (    )

SPEAKER REQUESTED:                SPEAKER LOCATION:

r                    KATHLEEN FOLEY          MEMORIAL SLOAN KETTERING

TRAVEL REQUIREMENTS:    SITE IS IN DRIVING DISTANCE

ESTIMATED DISTANCE AND TIME FROM THE PROGRAM SITE FOR SPEAKER
CHOICE #1:

MILES (ONE WAY):    UNSURE          TIME:    1.5 HOURS

MATERIALS

HOW MANY BULLETIN BOARD NOTICES DO YOU WANT?    30

HOW MANY INVITATIONS DO YOU WANT?    30

SUBMITTED BY

REPRESENTATIVE TERRITORY #:    #3400407

NAME:   ALISON MURPHY          DATE OF REQUEST   2/29/96

APPROVAL

MEDICAL EDUCATION DEPARTMENT          YES        NO

NAME:                          DATE:

FOR MEDICAL EDUCATION DEPARTMENT USE ONLY:



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8102655495
PDD1701566936

PKY180784301

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

## REQUEST FOR GROUND TRANSPORTATION

TO:   **PERSONNEL DEPARTMENT**      DATE:  _9/20/96_

FROM: _ILENE SIEGLER_                    _400_

**PICK-UP INFORMATION**
DATE: _9/25/96_                    TIME: ~~_____~~

LOCATION:

| Airport: _____ | Other: (Include Street Address) |
| Airline: _____ | _Memorial Sloan Kettering_ |
| Flight No. _____ | _1275 York Avenue_ |
| | _New York, NY_  _York entrance between 67 & 68th_ |

NO. OF INDIVIDUALS TO BE PICKED-UP: _1_

NAME(S) OF INDIVIDUALS TO BE PICKED-UP: _Kathleen Foley, MD_

DESTINATION:
(Include Street Address)  _Trumbull Marriott_
_180 Hawley Lane_
_Trumbull, CT_

SPECIAL INSTRUCTIONS: _Needs to be at Trumbull Marriott by 6:00 pm_

IF __RETURN TRANSPORTATION__ IS REQUIRED, PLEASE COMPLETE FOLLOWING:

**RETURN INFORMATION**
DATE: _9/25/96_                    TIME: _9:30 pm_

LOCATION:
(Include Street Address)  _Trumbull Marriott_
_180 Hawley Lane_
_Trumbull, CT_

NO. OF INDIVIDUALS TO BE PICKED-UP: _1_

NAME(S) OF INDIVIDUALS TO BE PICKED-UP: _Kathleen Foley, MD_

DESTINATION:

| Airport: _____ | Other: (Include Street Address) |
| Airline: _____ | _Memorial Sloan Kettering_ |
| Flight No. _____ | _1275 York Avenue_ |
| | _New York, NY_ |

SPECIAL INSTRUCTIONS: _____

**Please retain PINK copy for your records.**

8102655496
PDD1701566937

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180784302

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

2/6/95SE                                                                                                    4/30/96

### THE PURDUE FREDERICK COMPANY—MEDICAL EDUCATION DEPT
#### 100 Connecticut Avenue, Norwalk, CT 06850
**Speaker Confirmation & Follow-Up Form**          PF Track No. AM10558

Date:  9/25/96      Time:  6:00 pm      Type of Meeting:  CCPI meeting

Location: Hospital/Organization (Provider):    Connecticut Cancer Pain Initiative/American Cancer Society (CCPI/ACS)

Address/City/State:    Trumbull, CT (Trumbull Marriott)

Topic Requested:    Death in America Project

### Lecture Confirmation Information:

Spkr:    Kathleen Foley, MD
Addr:    Memorial Sloan Kettering
         1275 York Avenue:  Box 52
         New York, NY 10021

*Because of regulatory considerations, please be advised that if during your talk, you discuss any of our products, this should be within only the framework of approved labeling and approved recommended indications and uses for the product.*

Audience Anticipated: Approximately (#)         60          (Type)    nurses, physicians, pharmacists
**If you have any questions, please call Ilene Siegler at (203) 854-7243**

### Financial Support Information:

Type (as directed by Provider): (x) Direct To Speaker; () Funding To Provider
Travel Agency Arrangements: () Not applicable in funding; (x) Not Required;
() Direct billing to PF not permitted by Provider;
() Required—*Only arrangements made through Wagonlit Travel (800/745-3210) will be covered*
*******************************************************************************************************

### Follow-Up Information:  *(Completed By Speaker Post-Lecture And Returned In Enclosed Envelope)*
### Program Assessment By Speaker:

Topic Presented (if different than above) _____

_____

{Scale: 1 (poor)   2   3   4   5 (excellent)}
Audience:  Size _____   Reaction _____   Knowledge of Topic _____   How helpful was PF Rep to you? _____

In a few words, please give us your overall impression of the program: _____
_____
_____

### Financial Reimbursement Information:

*Check payable to:* ( )   Kathleen Foley, MD:          SS# _____   or Tax ID # _____
                          Memorial Sloan Kettering, 1275 York Avenue: Box 52, New York, NY 10021

( )  *Other:*   Name: _____          Tax ID # _____
                Address:

| | | | | | |
|---|---|---|---|---|---|
| Honorarium: | $1000.00 | (1099) | Details: | Mileage ($0.30/mile) | _____ |
| Expenses: | $ | (Bypass 1099) | | Tolls/Parking | _____ |
| | | | | Hotel | _____ |
| | | *PLEASE* | | Meals | _____ |
| Grand Total: | $ | *ATTACH RECEIPTS* | | Other | _____ |

*Signed (Speaker):* _____          *Date:* _____

*******************************************************************************************************
(For PF Office Use Only) Date To Accounting Dept _____
Requested By Ilene Siegler                              Description: 9/25/96, Trumbull, CT (Trumbull Marriott)
General Ledger No.: 671304800              M/E _____
PPLP/0208 ( ) _____          PF/0101 ( ) _____   PP/209( ) _____
Approved by: _____          Med Ed Use _____

*drconfrm.doc*

8102655497
PDD1701566938

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180784303

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)