# PSJ3 Exhibit 58

Response to Request 1)

Summary of payments by Name and Year (1997 - May 8, 2012) [1, 2]

| Name | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN PAIN FOUNDATION | | | 250,000 | | 606,500 | 15,000 | 461,055 | 250,087 | 251,210 | 177,037 | 231,150 | 375,000 | 275,000 | 456,500 | 368,962 | (75,000) | 3,642,501 |
| AMERICAN ACADEMY OF PAIN MEDICINE | 36,800 | 25,000 | 32,300 | 37,600 | 80,273 | 198,824 | 382,295 | 572,462 | 17,000 | 14,000 | 159,100 | 78,500 | 45,000 | 88,695 | 171,170 | 96,500 | 2,035,519 |
| AMERICAN PAIN SOCIETY | 48,501 | 75,960 | 391,520 | 108,065 | 211,211 | 383,530 | 606,332 | 311,603 | 154,050 | 102,858 | 80,690 | 121,430 | 149,015 | 137,190 | 149,310 | 60,000 | 3,091,264 |
| AMERICAN GERIATRICS SOCIETY | 11,985 | 24,481 | 38,248 | 78,446 | 127,850 | 68,750 | | 1,950 | | | 6,000 | | 44,850 | | 40,988 | | 443,547 |
| PAIN & POLICY STUDY GROUP | 75,000 | 75,000 | | | 175,000 | 85,024 | 280,000 | 279,500 | 275,388 | | 50,000 | 75,000 | 75,000 | | | | 1,444,912 |
| THE ALLIANCE OF STATE PAIN INITIATIVES | | | | | | | | 2,720 | 395,000 | 152,500 | 92,500 | | 1,175 | 245 | | (34,874) | 609,266 |
| CENTER FOR PRACTICAL BIOETHICS INC | | | | 25,000 | 17,500 | 270,000 | 250,000 | 250,000 | 250,000 | 201,500 | 100,000 | 510,176 | 525,000 | 302,800 | 934,770 | 25,000 | 3,661,746 |
| BETH ISRAEL MEDICAL CENTER | | | 40,000 | 118,542 | 25,000 | 185,615 | 96,334 | 62,679 | 447 | | 4,190 | 5,000 | 70,000 | 15,000 | 120,375 | | 743,182 |
| JOINT COMMISSION ON ACCREDITATION | | | | 560,000 | 981,359 | 582,649 | | | | | | | | | | | 2,124,008 |
| FEDERATION OF STATE MEDICAL BOARDS | | | 12,549 | 75,362 | 36,410 | 6,345 | 85,181 | 199,895 | 339,000 | 50,000 | 100,000 | | | | | | 904,742 |
| RUSSELL PORTENOY MD | 4,357 | 4,105 | 1,000 | 1,554 | | | | 2,039 | | | | | | 4,500 | | | 17,555 |
| SCOTT FISHMAN MD | 24,750 | 2,497 | 5,843 | 9,392 | | | | | | | | | | | | | 42,482 |
| PERRY G FINE MD | | 805 | | | | 700 | | | | | | 5,148 | 1,375 | 9,395 | 6,269 | | 23,692 |
| LYNN WEBSTER MD (c/o Lifetree Clinical Research) | | | | | | | | 245,487 | 1,006,232 | 148,236 | 750 | 4,890 | | 12,636 | | | 1,418,231 |
| ROLLIN GALLAGHER MD | | | | 2,500 | | | | | | | | | | | | | 2,500 |
| WILLIAM MCCARBERG MD | | 2,500 | 6,974 | 7,375 | 12,212 | 7,939 | 4,929 | 2,964 | 6,062 | | | | | | | | 50,955 |
| MARTIN GRABOIS MD | | | | | | | | | | | | | | 2,149 | 70 | | 2,219 |
| MYRA CHRISTOPHER | | | | | | | | | | | | | | | | | 0 |

**Footnotes:**

1.) These figures do not include grants to entities other than those listed in Request 1(a) that sponsored medical education conferences or programs at which one or more individual listed in 1(b) may have been a speaker.  In such cases, current *Standards for Commercial Support: Standards to Ensure Independence in CME Activities* promulgated by the Accreditation Council for Continuing Medical Education (ACCME) prohibit any involvement by commercial entities like Purdue in the selection of faculty, selection or presentation of content, or other aspects of the administration of accredited medical education programs.  Accordingly, Purdue's reasonably available records do not reflect whether a portion of Purdue's educational grants in support of such programs may have been paid indirectly to an individual listed in Request 1(b).

2.) These figures do not include occasional incidental expenses (such as meals) Purdue employees may have paid on behalf of individuals listed in Request 1(b), nor do they include certain personal membership dues to organizations listed in Request 1(a) paid by individual Purdue employees that may have been reimbursed by Purdue, because such information is not reflected in reasonably available Purdue records.  Purdue believes that any such payments were *de minimis*.

Confidential: Senate Finance Committee letter request dated May 8, 2012

SFC00000001