PSJ3

Exhibit 59

ENDO-CHI_LIT-00247966 (Native)

| PER # | Organization/Individual | Date of Payment | Payment Description | Amount of Payment |
|---|---|---|---|---|
| 03019 | American Alliance of Cancer Pain Initiatives | Mar-99 | Unrestricted Educational Grant | $ 6,000.00 |
| 07079 | The Resource Center/Univ of WI/Amer Alliance of Cancer Pain Initiatives | Jul-99 | Unrestricted Educational Grant | $ 7,500.00 |
| 02090 | University of Wisconsin/American Alliance of Cancer Pain Initiatives | Feb-00 | Unrestricted Educational Grant | $ 10,000.00 |
| 05401 | University of Wisconsin/American Alliance of Cancer Pain Initiatives | May-01 | Unrestricted Educational Grant | $ 10,000.00 |
| 06122 | American Alliance of Cancer Pain Initiatives | Jun-02 | Unrestricted Educational Grant | $ 3,350.00 |
| 07152 | American Alliance of Cancer Pain Initiatives | Jul-02 | Unrestricted Educational Grant | $ 10,000.00 |
| 06713 | American Alliance of Cancer Pain Initiatives | Jun-03 | Unrestricted Educational Grant | $ 13,000.00 |
| 05044 | American Alliance of Cancer Pain Initiatives | May-04 | Unrestricted Educational Grant | $ 5,000.00 |
| 06934 | American Alliance of Cancer Pain Initiatives | Jun-04 | Unrestricted Educational Grant | $ 10,000.00 |
| 04115 | American Alliance of Cancer Pain Initiatives | Apr-05 | Unrestricted Educational Grant | $ 3,000.00 |
| 073209 | The Board of Regents of the University of Wisconsin System* | Jul-09 | Unrestricted Educational Grant | $ 40,000.00 |
| 061010 | The Board of Regents of the University of Wisconsin System* | Jun-10 | Unrestricted Educational Grant | $ 40,000.00 |
| 040911 | Hospice Organization of Wisconsin* | Apr-11 | Unrestricted educational grant | $ 40,000.00 |
| | | | | XXXXXXXXXXXXXXX |
| | **American Alliance of Cancer Pain Initiatiaties** | | **Sutotal of educational grants from 2009 to present (reconciles with amount in Polaris System)** | **$120,000** |
| | Confirm in SAP to be sure nothing missing since multiple check payables utilized | | | |
| 02029 | American Academy of Pain Medicine | Feb-99 | Unrestricted Educational Grant | $ 10,000.00 |
| 04079 | American Academy of Pain Medicine | Apr-99 | Corporate Membership Dues | $ 3,000.00 |
| 01050 | American Academy of Pain Medicine | Jan-00 | Unrestricted Educational Grant | $ 15,000.00 |
| 02020 | American Academy of Pain Medicine | Feb-00 | Corporate Membership Dues | $ 5,000.00 |
| 01061 | American Academy of Pain Medicine | Jan-01 | Unrestricted Educational Grant | $ 12,500.00 |
| 02131 | American Academy of Pain Medicine | Feb-01 | Corporate Membership Dues | $ 5,000.00 |
| 01102 | American Academy of Pain Medicine | Jan-02 | Corporate Membership Dues | $ 5,000.00 |
| 02052 | American Academy of Pain Medicine | Feb-02 | Unrestricted Educational Grant | $ 15,000.00 |
| 02102 | American Academy of Pain Medicine | Feb-02 | Invoice Payment - Tote Bag Support - Marketing Charge Code | $ 10,000.00 |
| 01153 | American Academy of Pain Medicine | Jan-03 | Unrestricted Educational Grant | $ 16,000.00 |
| 02043 | American Academy of Pain Medicine | Feb-03 | Corporate Membership Dues | $ 5,000.00 |
| 12344 | American Academy of Pain Medicine | Dec-04 | Unrestricted Educational Grant | $ 5,000.00 |
| 12354 | American Academy of Pain Medicine | Dec-04 | Unrestricted Educational Grant | $ 50,000.00 |
| 12834 | American Academy of Pain Medicine | Dec-04 | Unrestricted Educational Grant | $ 65,000.00 |
| 06085 | American Academy of Pain Medicine | Jun-05 | Unrestricted Educational Grant | $ 75,000.00 |
| 11035 | American Academy of Pain Medicine | Nov-05 | Unrestricted Educational Grant | $ 50,000.00 |
| 01106 | American Academy of Pain Medicine | Jan-06 | Unrestricted Educational Grant | $ 5,000.00 |
| 01126 | American Academy of Pain Medicine | Jan-06 | Corporate Membership Dues | $ 5,000.00 |
| 06236 | American Academy of Pain Medicine | Jun-06 | Unrestricted Educational Grant | $ 80,000.00 |
| 12206 | American Academy of Pain Medicine | Dec-06 | Unrestricted Educational Grant | $ 80,000.00 |
| 12436 | American Academy of Pain Medicine | Dec-06 | Unrestricted Educational Grant | $ 5,000.00 |
| 10207 | American Academy of Pain Medicine | Oct-07 | Unrestricted Educational Grant | $ 55,000.00 |
| 11257 | American Academy of Pain Medicine | Nov-07 | Unrestricted Educational Grant | $ 500,000.00 |
| 11437 | American Academy of Pain Medicine | Nov-07 | Unrestricted Educational Grant | $ 70,000.00 |
| 10028 | American Academy of Pain Medicine | Oct-08 | Unrestricted Educational Grant | $ 30,000.00 |
| 11028 | American Academy of Pain Medicine | Oct-08 | Unrestricted Educational Grant | $ 25,000.00 |
| 010110 | American Academy of Pain Medicine | Feb-10 | Unrestricted Educational Grant | $ 25,000.00 |
| 020411 | American Academy of Pain Medicine | Mar-11 | Unrestricted Educational Grant | $ 25,000.00 |

| 120711 | American Academy of Pain Medicine | Dec-11 | Unrestricted Educational Grant | $ 75,000.00 |
| | | | | XXXXXXXXXXXXXXX |
| | **American Academy of Pain Medicine** | | **Sutotal of educational grants from 2009 to present (reconciles with amount in Polaris System)** | **$125,000.00** |
| | Check Procard for Corp Membership dues from 2004, 2005, 2007, 2008-12 | | | |
| | | | | |
| 04050 | American Geriatrics Society | Apr-00 | Unrestricted Educational Grant | $ 6,500.00 |
| 01425 | The American Geriatrics Society | Feb-05 | Unrestricted Educational Grant | $ 95,000.00 |
| 09226 | American Geriatrics Society | Sep-06 | Unrestricted Educational Grant | $ 40,000.00 |
| 07307 | American Geriatrics Society | Jul-07 | Unrestricted Educational Grant | $ 112,585.00 |
| 110109 | American Geriatrics Society, Inc. | Nov-09 | Unrestricted Educational Grant | $ 44,850.00 |
| 050111 | American Geriatrics Society, Inc. | May-11 | Unrestricted Educational Grant | $ 25,000.00 |
| | | | | XXXXXXXXXXXXXXX |
| | **American Geriatrics Society** | | **Sutotal of educational grants from 2009 to present (reconciles with amount in Polaris System)** | **$69,850.00** |

| | | | | | |
|---|---|---|---|---|---|
| 07018 | American Pain Society | Jul-98 | Unrestricted Educational Grant | | $ 10,000.00 |
| 11018 | American Pain Society | Nov-98 | Unrestricted Educational Grant | | $ 10,000.00 |
| 01029 | American Pain Society | Jan-99 | Unrestricted Educational Grant | | $ 15,000.00 |
| 04069 | American Pain Society | Apr-99 | Corporate Membership Dues | | $ 3,500.00 |
| 08019 | American Pain Society | Aug-99 | Unrestricted Educational Grant | | $ 5,000.00 |
| 10069 | American Pain Society | Oct-99 | Unrestricted Educational Grant | | $ 25,000.00 |
| 05020 | American Pain Society | May-00 | Unrestricted Educational Grant | | $ 15,000.00 |
| 08060 | American Pain Society | Aug-00 | Unrestricted Educational Grant | | $ 25,000.00 |
| 10020 | American Pain Society | Oct-00 | Unrestricted Educational Grant | | $ 2,500.00 |
| 03021 | American Pain Society | Mar-01 | Unrestricted Educational Grant | | $ 25,000.00 |
| 05311 | American Pain Society | May-01 | Corporate Membership Dues | | $ 3,500.00 |
| 11041 | American Pain Society | Nov-01 | Unrestricted Educational Grant | | $ 15,000.00 |
| 12331 | American Pain Society | Dec-01 | Unrestricted Educational Grant | | $ 25,000.00 |
| 12471 | American Pain Society | Dec-01 | Unrestricted Educational Grant | | $ 5,000.00 |
| 01132 | American Pain Society | Jan-02 | Corporate Membership Dues | | $ 5,000.00 |
| 02012 | American Pain Society | Feb-02 | Unrestricted Educational Grant | | $ 5,000.00 |
| 02092 | American Pain Society | Feb-02 | Invoice Payment - Tote Bag Support (I believe Mktg Charge Code) | | $ 12,000.00 |
| 12062 | American Pain Society | Dec-02 | Unrestricted Educational Grant | | $ 30,000.00 |
| 12132 | American Pain Society | Dec-02 | Unrestricted Educational Grant | | $ 10,000.00 |
| 12142 | American Pain Society | Dec-02 | Unrestricted Educational Grant | | $ 5,000.00 |
| 03173 | American Pain Society | Mar-03 | Unrestricted Educational Grant | | $ 5,000.00 |
| 04233 | American Pain Society | Apr-03 | Corporate Membership Dues | | $ 5,000.00 |
| 05043 | American Pain Society | May-03 | Unrestricted Educational Grant | | $ 1,800.00 |
| 03234 | American Pain Society | Mar-04 | Unrestricted Educational Grant | | $ 5,000.00 |
| 04494 | American Pain Society | May-04 | Unrestricted Educational Grant | | $ 10,000.00 |
| 05224 | American Pain Society | Jun-04 | Unrestricted Educational Grant | | $ 2,500.00 |
| 06914 | American Pain Society | Jul-04 | Unrestricted Educational Grant | | $ 5,000.00 |
| 06924 | American Pain Society | Jul-04 | Invoice Payment - Room Drop | | $ 3,000.00 |
| 12334 | American Pain Society | Dec-04 | Unrestricted Educational Grant | | $ 40,000.00 |
| 12724 | American Pain Society | Dec-04 | Unrestricted Educational Grant | | $ 50,000.00 |
| 10205 | American Pain Society | Oct-05 | Unrestricted Educational Grant | | $ 40,000.00 |
| 03486 | American Pain Society | Apr-06 | Unrestricted Educational Grant | | $ 10,000.00 |
| 04486 | American Pain Society | May-06 | Unrestricted Educational Grant | | $ 55,000.00 |
| 05166 | American Pain Society | May-06 | Unrestricted Educational Grant | | $ 5,000.00 |
| 03287 | American Pain Society | May-07 | Unrestricted Educational Grant | | $ 5,000.00 |
| 07247 | American Pain Society | Jul-07 | Unrestricted Educational Grant | | $ 55,000.00 |
| 10187 | American Pain Society | Oct-07 | Unrestricted Educational Grant | | $ 55,000.00 |
| 11247 | American Pain Society | Nov-07 | Unrestricted Educational Grant | | $ 6,000.00 |
| 11447 | American Pain Society | Nov-07 | Unrestricted Educational Grant | | $ 22,300.00 |
| 12347 | American Pain Society | Dec-07 | Unrestricted Educational Grant | | $ 60,953.20 |
| 08198 | American Pain Society | Aug-08 | Unrestricted Educational Grant | $ 52,500.00 | |
| 08318 | American Pain Society | Aug-08 | Unrestricted Educational Grant | $ 203,875.00 | |
| 010809 | American Pain Society | Jan-09 | Unrestricted Educational Grant | | $ 26,122.80 |
| 070409 | American Pain Society | Jul-09 | Unrestricted Educational Grant | | $ 55,000.00 |
| 091109 | American Pain Society | Sep-09 | Unrestricted Educational Grant | | $ 408,180.40 |
| 112109 | American Pain Society | Nov-09 | Unrestricted Educational Grant | | $ 203,875.00 |
| 120110 | American Pain Society | Dec-10 | Unrestricted Educational Grant | | $ 170,440.75 |
| 120210 | American Pain Society | Dec-10 | Unrestricted Educational Grant | | $ 248,338.65 |
| 040611 | American Pain Society | May-11 | Unrestricted Educational Grant | | $ 15,000.00 |
| 111511 | American Pain Society | Nov-11 | Unrestricted Educational Grant | | $ 43,250.00 |

| 020112 | American Pain Society | Feb-12 | Unrestricted Educational Grant | $ 212,357.01 |
| 020212 | American Pain Society | Feb-12 | Unrestricted Educational Grant | $ 163,700.00 |
| | | | | XXXXXXXXXXXXXXX |
| | **American Pain Society** | | **Sutotal of educational grants from 2009 to present (reconciles with amount in Polaris System)** | **$1,520,141.81** |
| | Check Procard for Corp Membership Dues from 2004 forward | | | |

| | | | | |
|---|---|---|---|---|
| 05018 | Beth  Israel Medical Center | May-98 | Unrestricted Educational Grant | $ 15,000.00 |
| 01019 | Imedex USA Pain Management Conf (Beth Israel program) | Jan-99 | Unrestricted Educational Grant | $ 10,000.00 |
| 04049 | Beth Israel Medical Center | Apr-99 | Unrestricted Educational Grant | $ 50,000.00 |
| 06049 | Beth Israel Medical Center | Jun-99 | Unrestricted Educational Grant | $ 15,000.00 |
| 074809 | Beth Israel Medical Center | Jul-09 | Unrestricted Educational Grant | $ 10,981.15 |
| 09051 | Beth Israel Medical Center | Sep-01 | Unrestricted Educational Grant | $ 5,000.00 |
| 10102 | Beth Israel Medical Center | Oct-02 | Unrestricted Educational Grant | $ 5,000.00 |
| 08083 | Beth Israel Medical Center | Aug-03 | Unrestricted Educational Grant | $ 47,000.00 |
| 08153 | Beth Israel Medical Center Dept. of Pain Medicine & Palliative Care | Aug-03 | Unrestricted Educational Grant | $ 135,000.00 |
| 06135 | Beth Israel Medical Center | Jun-05 | Unrestricted Educational Grant | $ 5,500.00 |
| 07095 | Beth Israel Medical Center | Jul-05 | Unrestricted Educational Grant | $ 25,000.00 |
| 07105 | Beth Israel Medical Center | Jul-05 | Unrestricted Educational Grant | $ 25,000.00 |
| 11415 | Beth Israel Medical Center | Nov-05 | Unrestricted Educational Grant | $ 2,250.00 |
| 10326 | Beth Israel Medical Center - Dept. of Pain Med & Pall Care | Nov-06 | Unrestricted Educational Grant | $ 20,000.00 |
| 12126 | Beth Israel Medical Center - Dept. of Pain Med & Pall Care | Dec-06 | Unrestricted Educational Grant | $ 32,297.50 |
| 01337 | Beth Israel Medical Center | Jan-07 | Unrestricted Educational Grant | $ 3,000.00 |
| 06257 | Beth Israel Medical Center | Jun-07 | Unrestricted Educational Grant | $ 21,316.35 |
| 12117 | Beth Israel Medical Center | Dec-07 | Unrestricted Educational Grant | $ 10,000.00 |
| 01148 | Beth Israel Medical Center, Dept. of Pain Medicine and Palliative Care | Jan-08 | Unrestricted Educational Grant | $ 25,000.00 |
| 11268 | Beth Israel Medical Center, Department of Pain Medicine and Palliative Care | Jan-08 | Unrestricted Educational Grant | $ 25,000.00 |
| 111109 | Beth Israel Medical Center | Jan-10 | Unrestricted Educational Grant | $ 25,000.00 |
| 100510 | Beth Israel Medical Center | Nov-10 | Unrestricted Educational Grant | $ 7,500.00 |
| 021711 | Beth Israel Medical Center | Apr-11 | Unrestricted Educational Grant | $ 25,000.00 |
| 110611 | Beth Israel Medical Center | Nov-11 | Unrestricted Educational Grant | $ 15,000.00 |
| | | | | XXXXXXXXXXXXXX |
| | **Beth Israel Medical Center, Dept. of Pain Medicine & Palliative Care** | | **Sutotal of educational grants from 2009 to present (reconciles with amount in Polaris System)** | **$72,500** |
| | | | | |
| 09040 | Federation of State Medical Boards Research and Education Foundation | Sep-00 | Invoice Payment - reprints | $ 4,025.00 |
| 05236 | Federation of State Medical Boards Research and Education Foundation | May-06 | Unrestricted Educational Grant | $ 40,000.00 |
| 07097 | Federation of State Medical Boards Research and Education Foundation | Jul-07 | Unrestricted Educational Grant | $ 100,000.00 |
| 10128 | Federation of State Medical Boards Research and Education Foundation | Oct-08 | Unrestricted Educational Grant | $ 100,000.00 |
| 121210 | Federation of State Medical Boards Research and Education Foundation | Dec-10 | Unrestricted Educational Grant | $ 125,000.00 |
| | | | | XXXXXXXXXXXXXX |
| | **Federation of State Medical Boards** | | **Sutotal of educational grants from 2009 to present (reconciles with amount in Polaris System)** | **$125,000.00** |
| | | | | |
| 05110 | Joint Commission on Accreditation of Healthcare Organizations | May-00 | Unrestricted Educational Grant | $ 37,500.00 |
| 02141 | Joint Commission on Accreditation of Healthcare Organizations | Feb-01 | Unrestricted Educational Grant | $ 37,500.00 |
| | | | | |
| 03069 | University of Wisconsin/WHO Collaborating Ctr/Pain & Policy Study Grp) | Mar-99 | Unrestricted Educational Grant | $ 5,000.00 |
| 04019 | University of Wisconsin/WHO Collaborating Ctr/Pain & Policy Study Grp) | Apr-99 | Unrestricted Educational Grant | $ 2,800.00 |
| 07059 | University of Wisconsin/WHO Collaborating Ctr/Pain & Policy Study Grp) | Jul-99 | Unrestricted Educational Grant | $ 5,000.00 |
| 11270 | University of Wisconsin/Cancer Pain Release (Sophie Colleau) | Nov-00 | Invoice Payment - Reprints | $ 2,500.00 |
| 02041 | University of Wisconsin/Cancer Pain Release (Sophie Colleau) | Feb-01 | Unrestricted Educational Grant | $ 10,000.00 |
| 10081 | University of Wisconsin/Cancer Pain Release (Sophie Colleau) | Oct-01 | Invoice Payment - Reprints | $ 3,722.03 |
| 04012 | University of Wisconsin/Cancer Pain Release (Sophie Colleau) | Apr-02 | Unrestricted Educational Grant | $ 10,000.00 |

| 11152 | University of Wisconsin/Cancer Pain Release (Sophie Colleau) | Nov-02 | Unrestricted Educational Grant | $ 5,000.00 |
| 12374 | University of Wisconsin/Cancer Pain Release (Sophie Colleau) | Dec-04 | Unrestricted Educational Grant | $ 10,000.00 |
| 05416 | Board of Regents University of Wisconsin/Pain & Policy Study Grp) | May-06 | Unrestricted Educational Grant | $ 10,000.00 |
| 03267 | WHO Pain & Palliative Care Communications Program/Cancer Pain Release | Mar-07 | Unrestricted Educational Grant | $ 20,000.00 |

| PER # | Organization/Individual | Date of Payment | Payment Description | Amount of Payment |
|---|---|---|---|---|
| 12091 | Rollin Gallagher, MD, MPH | Dec-01 | Honorarium | $ 2,000.00 |
| 03132 | Rollin Gallagher, MD, MPH | Mar-02 | Honorarium | $ 1,500.00 |
| 03043 | Rollin Gallagher, MD, MPH | Mar-03 | Honorarium | $ 2,500.00 |
| 09363 | Rollin M. Gallagher, MD, MPH | Sep-03 | Honorarium | $ 2,000.00 |
| 11834 | Rollin Gallagher, MD, MPH | Dec-04 | Honorarium | $ 2,000.00 |
| | | | | |
| 03122 | Perry G. Fine, MD | Mar-02 | Honorarium | $ 1,500.00 |
| 05112 | Perry G. Fine, M.D. | May-02 | Honorarium | $ 2,000.00 |
| 03073 | Perry G. Fine, MD | Mar-03 | Honorarium | $ 2,500.00 |
| 04293 | Perry G. Fine, MD | Apr-03 | Honorarium | $ 2,500.00 |
| 07553 | Perry G. Fine, MD | Jul-03 | Honorarium | $ 2,500.00 |
| 04044 | Perry G. Fine, MD | Apr-04 | Honorarium | $ 2,500.00 |
| 06434 | Perry G. Fine, MD | Jun-04 | Honorarium | $ 2,500.00 |
| 11654 | Perry G. Fine, MD | Dec-04 | Honorarium | $ 3,000.00 |
| 11804 | Perry G. Fine, MD | Dec-04 | Honorarium | $ 2,000.00 |
| 03415 | Perry G. Fine, MD | Apr-05 | Honorarium | $ 500.00 |
| 06486 | Perry G. Fine, MD | Jun-06 | Honorarium | $ 3,500.00 |
| 01097 | Perry G. Fine, MD | Feb-07 | Honorarium | $ 3,250.00 |
| | | | | |
| 12101 | Bill McCarberg, MD | Dec-01 | Honorarium | $ 2,000.00 |
| 12101E | Bill McCarberg, MD | Dec-01 | Expense Reimbursement | $ 1,443.30 |
| 03462 | Bill McCarberg, MD | Mar-02 | Honorarium | $ 1,500.00 |
| 05022 | Bill McCarberg, M.D. | May-02 | Honorarium | $ 2,750.00 |
| 07332 | Bill McCarberg, M.D. | Jul-02 | Honorarium | $ 2,000.00 |
| 07462 | Bill McCarberg, M.D. | Jul-02 | Honorarium | $ 2,000.00 |
| 03133 | Bill McCarberg, MD | Mar-03 | Honorarium | $ 2,500.00 |
| 07603 | Bill McCarberg, MD | Jul-03 | Honorarium | $ 2,500.00 |
| 07963 | Bill McCarberg, MD | Jul-03 | Honorarium | $ 3,000.00 |
| 09403 | Bill McCarberg, MD | Sep-03 | Honorarium | $ 2,000.00 |
| 04084 | Bill McCarberg, MD | Apr-04 | Honorarium | $ 2,500.00 |
| 04184 | Bill McCarberg, MD | Apr-04 | Honorarium | $ 2,500.00 |
| 04744 | Bill McCarberg, MD | May-04 | Honorarium | $ 2,500.00 |
| 11254 | Bill McCarberg, MD | Nov-04 | Honorarium | $ 2,500.00 |
| 11694 | Bill McCarberg, MD | Dec-04 | Honorarium | $ 3,000.00 |
| 11854 | Bill McCarberg, MD | Dec-04 | Honorarium | $ 2,000.00 |
| 04555 | Bill McCarberg, MD | May-05 | Honorarium | $ 3,000.00 |
| 05086 | Bill H. McCarberg, MD | May-06 | Honorarium | $ 2,000.00 |
| | | | | |
| 03052 | Scott Fishman, MD | Mar-02 | Honorarium | $ 1,500.00 |
| 03482 | Scott Fishman, M.D. | Mar-02 | Honararium | $ 1,500.00 |
| 06463 | Scott M. Fishman, MD | Jun-03 | Honorarium | $ 3,000.00 |
| 11824 | Scott M. Fishman, MD | Dec-04 | Honararium | $ 2,000.00 |
| | | | | |
| 04354 | Martin Grabois, MD | Apr-04 | Honorarium | $ 2,000.00 |
| 06506 | Martin Grabois, MD | Jun-06 | Honorarium | $ 2,000.00 |
| | | | | |
| 10279 | Russell K. Portenoy | Oct-99 | Honorarium | $ 2,500.00 |
| 11170 | Russell K. Portenoy | Nov-00 | Honorarium | $ 2,000.00 |
| 11170E | Russell K. Portenoy | Apr-01 | Expense Reimbursement | $ 355.10 |
| 10152 | Russell K. Portenoy | Oct-02 | Honorarium | $ 3,000.00 |

| PER # | Organization/Individual | Date of Payment | Payment Description | Payment Amount | |
|---|---|---|---|---|---|
| | American Pain Foundation | 1997-2001 | No payments from CDE/Sci Aff | | |
| 05182 | American Pain Foundation | May-02 | Unrestricted Educational Grant | $ 25,000.00 | 662100 |
| 10293 | American Pain Foundation | Oct-03 | Unrestricted Educational Grant | $ 10,000.00 | 662100 |
| 10303 | American Pain Foundation | Oct-03 | Unrestricted Educational Grant | $ 5,000.00 | 662100 |
| 07394 | American Pain Foundation | Aug-04 | Unrestricted Educational Grant | $ 5,000.00 | |
| 08245 | American Pain Foundation | Aug-05 | Unrestricted Educational Grant | $ 5,000.00 | 666400 |
| 03066 | American Pain Foundation | Mar-06 | Unrestricted Educational Grant | $ 10,000.00 | 600001 |
| 09386 | American Pain Foundation | Sep-06 | Unrestricted Educational Grant | $ 10,000.00 | 662500 |
| 01297 | American Pain Foundation | Jan-07 | Unrestricted Educational Grant | $ 10,000.00 | 666400 |
| 10087 | American Pain Foundation | Oct-07 | Unrestricted Educational Grant | $ 71,000.00 | 50001 |
| 12097 | American Pain Foundation | Dec-07 | Unrestricted Educational Grant | $ 10,000.00 | 666400 |
| 09298 | American Pain Foundation | Sep-08 | Unrestricted Educational Grant | $ 25,000.00 | 50002 |
| 110309 | American Pain Foundation | Dec-09 | Unrestricted Educational Grant | $ 586,012.00 | 50002 |
| 122709 | American Pain Foundation | Feb-10 | Unrestricted Educational Grant | $ 584,144.00 | 50001 |
| N/A | American Pain Foundation | Feb-10 | Corporate Membership (2010) | $ 10,000.00 | 666400 |
| 030310 | American Pain Foundation | Apr-10 | Unrestricted Educational Grant | $ 75,000.00 | APAP |
| N/A | American Pain Foundation | May-10 | CustTech Assistance - Power Over PainAction Network | $ 25,000.00 | 660900 |
| 050710 | American Pain Foundation | Jun-10 | Unrestricted Educational Grant | $ 640,255.00 | 50001 |
| 070310 | American Pain Foundaton | Jul-10 | Unrestricted Educational Grant | $ 14,111.00 | 50002 |
| N/A | American Pain Foundation | Aug-10 | Cust/Tech Assistance - Pain Awareness Month Activities | $ 10,000.00 | 660900 |
| 090610 | American Pain Foundation | Nov-10 | Unrestricted Educational Grant | $ 60,000.00 | 50001 |
| 110610 | American Pain Foundation | Dec-10 | Unrestricted Educational Grant | $ 642,805.00 | 50001 |
| 123410 | American Pain Foundation | Jan-11 | Unrestricted Educational Grant | $ 797,204.00 | 50002 |
| N/A | American Pain Foundation | Jan-11 | Corporate Membership (2011) | $ 10,000.00 | 666400 |
| 042411 | American Pain Foundation | Jun-11 | Unrestricted Educational Grant | $ 747,517.00 | 666168 |
| 063011 | American Pain Foundation | Jul-11 | Unrestricted Educational Grant | $ 165,450.00 | 666168 |
| 111211 A | American Pain Foundation | Feb-12 | Unrestricted Educational Grant | $ 250,000.00 | 666168 |
| 111211 B | American Pain Foundation | Nov-11 | Unrestricted Educational Grant | $ 399,779.00 | 666168 |
| N/A | American Pain Foundation | Dec-11 | Corporate Membership (2012) | $ 25,000.00 | 666400 |
| 111311 | American Pai Foundation | Jan-12 | Unrestricted Educational Grant | $ 46,057.00 | 666168 |
| 121911 | American Pain Foundation | Feb-12 | Unrestricted Educational Grant | $ 25,000.00 | 50002/666168 |
| 021512 | American Pain Foundation | Mar-12 | Unrestricted Educational Grant | $ 244,337.40 | 666168 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Sub-total | $ 5,543,671.40 | |
| | | | Non-educational grants | -80,000 | |
| | | | PER 070310 (additional expenses for PER 110309 due to increased number of participants- not in Polaris since not new grant; reconciliation of Grant #EG580) | -14,111 | |
| | | | Pre-2009 grants (not in Polaris since system launched 2009) | -186,000 | |
| American Pain Foundation | | | **Sutotal of educational grants from 2009 to present (reconciles with amount in Polaris System)** | **$ 5,263,560.40** | |

**Educational Grants in Polaris System Related to Organizations**
**Listed in Senate Letter**

| PER # | Organization/Individual | Date of Payment | Payment Description | Amount of Payment |
|---|---|---|---|---|
| | **The American Pain Foundation** (Other search terms: American Pain Foundation; APF) | | | |
| 021512 | American Pain Foundation | Mar-12 | Unrestricted educational grant | $244,337.40 |
| 121911 | American Pain Foundation | Feb-12 | Unrestricted educational grant | $25,000.00 |
| 113311 | American Pain Foundation | Jan-12 | Unrestricted educational grant | $46,057.00 |
| 111211 | American Pain Foundation | Nov-11 & Feb-12 | Unrestricted educational grant | $649,779.00 Total payment in Polaris $649,779; paid in two parts on PERs - PER 112111A - $250,000 & PER 112111B - $399,779. |
| 063011 | American Pain Foundation | Jul-11 | Unrestricted educational grant | $165,450.00 |
| 042411 | American Pain Foundation | Jun-11 | Unrestricted educational grant | $747,517.00 |
| 123410 | American Pain Foundation | Jan-11 | Unrestricted educational grant | $797,204.00 |
| 110610 | American Pain Foundation | Dec-10 | Unrestricted educational grant | $642,805.00 |
| 090610 | American Pain Foundation | Nov-10 | Unrestricted educational grant | $60,000.00 |
| 050710 | American Pain Foundation | Jun-10 | Unrestricted educational grant | $640,255.00 |
| 030310 | American Pain Foundation | Apr-10 | Unrestricted educational grant | $75,000.00 |
| 122709 | American Pain Foundation | Feb-10 | Unrestricted educational grant | $584,144.00 |
| 110309 | American Pain Foundation | Dec-09 | Unrestricted educational grant | $586,012.00 |
| | **The American Academy of Pain Medicine** (Other search terms: American Academy of Pain Medicine; AAPM) | | | |
| 120711 | American Academy of Pain Medicine | Dec-11 | Unrestricted educational grant | $75,000.00 |
| 020411 | American Academy of Pain Medicine | Mar-11 | Unrestricted educational grant | $25,000.00 |
| 010110 | American Academy of Pain Medicine | Feb-10 | Unrestricted educational grant | $25,000.00 |
| | **The American Pain Society** (Other search terms: American Pain Society; APS) | | | |
| 020212 | American Pain Society | Feb-12 | Unrestricted educational grant | $163,700.00 |
| 020112 | American Pain Society | Feb-12 | Unrestricted educational grant | $212,357.01 |
| 111511 | American Pain Society | Jan-12 | Unrestricted educational grant | $43,250.00 |
| 040611 | American Pain Society | May-11 | Unrestricted educational grant | $15,000.00 |
| 120210 | American Pain Society | Dec-10 | Unrestricted educational grant | $248,338.65 |
| 112109 | American Pain Society | Nov-09 | Unrestricted educational grant | $203,875.00 |
| 120110 | American Pain Society | Dec-10 | Unrestricted educational grant | $170,440.75 |
| 091109 | American Pain Society | Sep-09 | Unrestricted educational grant | $408,180.40 |
| 070409 | American Pain Society | Jul-09 | Unrestricted educational grant | $55,000.00 |
| | **The American Geriatric Society** (Other search terms: The American Geriatrics Society; American Geriatrics Society; AGS) | | | |
| 050111 | American Geriatrics Society | May-11 | Unrestricted educational grant | $25,000.00 |
| 110109 | American Geriatrics Society | Nov-99 | Unrestricted educational grant | $44,850.00 |

**The Wisconsin Pain and Policy Study Group** (Other search terms: Wisconsin Pain and Policy Study Group; The Pain and Policy Study Group; Pain and Policy Study Group; WI Pain and Policy Study Group; The University of Wisconsin Pain and Policy Study Group; The University of Wisconsin; University of Wisconsin; The University of Wisconsin System; University of Wisconsin System; The Board of Regents of the University of Wisconsin; The Board of Regents of the University of Wisconsin System; Board of Regents of the University of Wisconsin System; The Resource Center University of Wisconsin; Resource Center University of Wisconsin)

| | | | |
|---|---|---|---|
| 060709 | Board of Regents of the University of Wisconsin System | Aug-09 Unrestricted educational grant | $29,000.00 |

**The Alliance of State Pain Initiatives** (Other search terms: Alliance of State Pain Initiatives; ASPI; American Alliance of Cancer Pain Initiatives; AACPI; Hospice Organization of Wisconsin, which took over ASPI)

| | | | |
|---|---|---|---|
| 061010 | The Board of Regents of the University of Wisconsin System | Jun-10 Unrestricted educational grant | $40,000.00 |
| 073209 | The Board of Regents of the University of Wisconsin System | Aug-09 Unrestricted educational grant | $40,000.00 |
| 040911 | Hospice Organization of Wisconsin | Apr-11 Unrestricted educational grant | $40,000.00 |

**The Center for Practical Bioethics** (Center for Practical Bioethics)    None in Polaris

**Beth Israel Medical Center, Department of Pain Medicine and Palliative Care** (Other search terms: The Beth Israel Medical Center, Department of Pain Medicine and Palliative Care; The Department of Pain Medicine and Palliative Care; Department of Pain Medicine and Palliative Care; The Beth Israel Medical Center; Beth Israel Medical Center)

| | | | |
|---|---|---|---|
| 110611 | Beth Israel Medical Center | Nov-11 Unrestricted educational grant | $15,000.00 |
| 021711 | Beth Israel Medical Center | Apr-11 Unrestricted educational grant | $25,000.00 |
| 100510 | Beth Israel Medical Center | Nov-10 Unrestricted educational grant | $7,500.00 |
| 111109 | Beth Israel Medical Center | Jan-10 Unrestricted educational grant | $25,000.00 |

**The Joint Commission** (Other search terms: Joint Commission; Joint Commission on Accrediation of Healthcare Organizations; Joint Commission on Accreditation; JCAHO)    None in Polaris

**The Federation of State Medical Boards** (Other search terms: Federation of State Medical Boards; FSMB)

| | | | |
|---|---|---|---|
| 121210 | Federation of State Medical Boards | Dec-10 Unrestricted educational grant | $125,000.00 |

**Total in Polaris System for Organizations Noted Above**    **$7,325,052.21**
(Reconciles with the subtotals from Polaris System on the Organization + American Pain Foundation Tabs)