# PSJ3

# Exhibit 60

SUMMARY OF PAYMENTS MADE 1997-2012
IN RESPONSE TO SENATE FINANCE COMMITTEE REQUEST DATED 5/8/12

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The American Pain Foundation | $ - | - | - | - | - | - | - | 5,000 | 5,000 | - | 5,000 | 75,000 | 45,000 | 235,300 | 230,000 | 25,000 | 633,300 |
| The American Academy Of Pain Medicine | $ - | 13,500 | 14,100 | 135,110 | 74,050 | 66,764 | 43,975 | 33,000 | 35,620 | 21,300 | 19,375 | 42,050 | 20,000 | 5,000 | 5,000 | 9,500 | 562,674 |
| The American Pain Society | $ 140,245 | 480,995 | 74,595 | 444,536 | 150,600 | 111,425 | 75,285 | 160,250 | 19,510 | 35,930 | 19,200 | 6,580 | 8,775 | 21,000 | 17,500 | 42,500 | 1,793,066 |
| The American Geriatrics Society | $ - | - | - | - | - | - | - | 250,680 | 120,383 | 4,050 | - | - | - | 150,209 | 20,004 | - | 555,026 |
| Wisconsin Pain & Policy Studies Group | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Alliance of State Pain Initiatives | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| The Center For Practical Bioethics | $ - | - | - | - | - | - | - | - | - | - | - | - | - | 5,000 | - | 3,000 | 8,000 |
| Beth Israel Medical Center | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Joint Commission Resources | $ - | - | - | - | - | 16,453 | - | - | - | - | - | - | - | 498,791 | - | - | 515,244 |
| Federation of State Medical Boards | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Grand Total | $ 180,745 | 495,395 | 200,735 | 518,586 | 241,217 | 155,400 | 138,285 | 455,950 | 172,493 | 54,255 | 65,250 | 101,580 | 58,775 | 424,509 | 783,795 | 40,500 | 4,078,750 |

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Russell K. Portenoy, M.D. | $ - | 5,000 | 14,940 | - | - | - | - | - | 6,000 | - | - | - | 3,000 | - | - | - | 28,940 |
| Scott M. Fishman, M.D. | $ - | - | - | - | - | - | - | - | - | - | - | 2,000 | 2,000 | - | - | - | 4,000 |
| Perry G. Fine, M.D. | $ - | - | - | - | - | - | - | - | - | - | 5,543 | 21,092 | 34,950 | 57,010 | 19,510 | 35,375 | 174,280 |
| Lynn R. Webster, M.D. | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rollin M. Gallagher, M.D. | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bill McCarberg, M.D. | $ - | - | - | - | - | - | 400 | 9,664 | 3,500 | 3,500 | 23,124 | 29,880 | 36,375 | 1,500 | - | - | 106,943 |
| Martin Grabois, M.D. | $ - | - | - | - | - | - | - | - | - | - | - | 3,424 | 2,755 | 462 | - | - | 6,641 |
| Myra Christopher | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,439 | - | 3,439 |
| Grand Total | $ - | 5,000 | 14,940 | - | - | - | 400 | 9,664 | 9,500 | 3,500 | 31,667 | 56,294 | 79,080 | 58,972 | 22,954 | 35,375 | 327,546 |

JOHNSON & JOHNSON CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO SENATE RULE XXIX

JJ-SFC-00000001

CONFIDENTIAL
Confidential

JAN00000001
JAN-MS-00000001

SUMMARY OF PAYMENTS MADE 1997-2012
IN RESPONSE TO SENATE FINANCE COMMITTEE REQUEST DATED 5/8/12

|  | Year | Payment Description | Date | Amount |
|---|---|---|---|---|
| The American Pain Foundation | 2004 | Membership Fee | 8/25/2004 | $5,000 |
|  | 2004 Total |  |  | $5,000 |
|  | 2005 | Membership Fee | 9/21/2005 | $5,000 |
|  | 2005 Total |  |  | $5,000 |
|  | 2007 | Contributions | 6/4/2007 | $5,000 |
|  | 2007 Total |  |  | $5,000 |
|  | 2008 | Educational Grant | 1/15/2008 | $33,000 |
|  |  | Educational Grant | 2/21/2008 | $22,000 |
|  |  | Sponsorship and Fees | 7/24/2008 | $10,000 |
|  |  | Contributions | 10/17/2008 | $10,000 |
|  | 2008 Total |  |  | $75,000 |
|  | 2009 | Contributions | 5/18/2009 | $15,000 |
|  |  | Membership Fee | 5/26/2009 | $10,000 |
|  |  | Contributions | 10/1/2009 | $10,000 |
|  |  | Contributions | 12/16/2009 | $10,000 |
|  | 2009 Total |  |  | $45,000 |
|  | 2010 | Educational Grant | 3/8/2010 | $75,000 |
|  |  | Membership Fee | 4/13/2010 | $35,000 |
|  |  | Fee For Services | 9/16/2010 | $300 |
|  |  | Honorarium | 10/20/2010 | $125,000 |
|  | 2010 Total |  |  | $235,300 |
|  | 2011 | Meeting Fee | 3/25/2011 | $10,000 |
|  |  | Sponsorship and Fees | 4/22/2011 | $25,000 |
|  |  | Membership Fee | 5/3/2011 | $10,000 |
|  |  | Fee For Services | 7/27/2011 | $5,000 |
|  |  | Meeting Fee | 10/21/2011 | $20,000 |
|  |  | Honorarium | 11/3/2011 | $10,000 |
|  |  | Contributions | 11/16/2011 | $60,000 |
|  |  | Sponsorship and Fees | 12/23/2011 | $28,000 |
|  |  | Educational Grant | 12/26/2011 | $70,000 |
|  | 2011 Total |  |  | $238,000 |
|  | 2012 | Membership Fee | 1/4/2012 | $25,000 |
|  | 2012 Total |  |  | $25,000 |
| The American Pain Foundation Total |  |  |  | $633,300 |
| The American Academy Of Pain Medicine | 1997 | Display Fee | 1/17/1997 | $1,000 |
|  |  | Meeting Fee | 2/12/1997 | $10,000 |
|  |  | Sponsorship and Fees | 3/10/1997 | $5,000 |
|  |  | Not available | 9/29/1997 | $3,000 |
|  |  | Not available | 10/24/1997 | $7,500 |
|  |  | Display Fee | 11/7/1997 | $4,000 |
|  |  | Display Fee | 11/10/1997 | $2,000 |
|  |  | Meeting Fee | 11/20/1997 | $10,000 |
|  |  | Educational Grant | 12/19/1997 | $1,000 |
|  | 1997 Total |  |  | $43,500 |
|  | 1998 | Display Fee | 1/7/1998 | $1,000 |
|  |  | Display Fee | 5/12/1998 | $2,000 |
|  |  | Educational Grant | 9/2/1998 | $3,000 |
|  |  | Display Fee | 9/24/1998 | $1,000 |
|  |  | Membership Fee | 12/7/1998 | $3,000 |
|  |  | Display Fee | 12/17/1998 | $4,400 |
|  | 1998 Total |  |  | $14,400 |

JOHNSON & JOHNSON CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO SENATE RULE XXIX

JJ-SFC-00000002

CONFIDENTIAL
Confidential

JAN00000002
JAN-MS-00000002

| Year | Payment Description | Date | Amount |
|---|---|---|---|
| 1999 | Sponsorship and Fees | 3/10/1999 | $2,300 |
|  | Sponsored Research | 3/29/1999 | $45,000 |
|  | Not available | 4/9/1999 | $150 |
|  | Sponsored Research | 5/17/1999 | $41,990 |
|  | Display Fee | 9/15/1999 | $4,600 |
|  | Sponsorship and Fees | 9/30/1999 | $30,000 |
|  | Display Fee | 10/29/1999 | $1,100 |
|  | Membership Fee | 11/8/1999 | $5,000 |
|  | Educational Grant | 11/12/1999 | $5,000 |
| 1999 Total |  |  | $135,140 |
| 2000 | Membership Fee | 1/3/2000 | $5,000 |
|  | Display Fee | 2/8/2000 | $5,250 |
|  | Display Fee | 3/22/2000 | $1,300 |
|  | Educational Grant | 3/28/2000 | $5,000 |
|  | Membership Fee | 3/28/2000 | $3,500 |
|  | Sponsorship and Fees | 5/4/2000 | $5,000 |
|  | Membership Fee | 6/23/2000 | $5,000 |
|  | Educational Grant | 7/5/2000 | $2,500 |
|  | Display Fee | 10/6/2000 | $6,500 |
|  | Meeting Fee | 10/30/2000 | $30,000 |
|  | Not available | 12/5/2000 | $5,000 |
| 2000 Total |  |  | $74,050 |
| 2001 | Display Fee | 1/10/2001 | $1,300 |
|  | Membership Fee | 3/14/2001 | $3,500 |
|  | Display Fee | 6/13/2001 | $3,300 |
|  | Display Fee | 7/24/2001 | $4,950 |
|  | Sponsorship and Fees | 8/27/2001 | $4,950 |
|  | Sponsorship and Fees | 9/7/2001 | $5,000 |
|  | Sponsorship and Fees | 9/7/2001 | $18,764 |
|  | Meeting Fee | 9/10/2001 | $25,000 |
| 2001 Total |  |  | $66,764 |
| 2002 | Display Fee | 3/26/2002 | $3,300 |
|  | Membership Fee | 5/30/2002 | $5,000 |
|  | Membership Fee | 6/10/2002 | $5,000 |
|  | Display Fee | 7/16/2002 | $13,200 |
|  | Sponsorship and Fees | 11/22/2002 | $2,475 |
|  | Membership Fee | 12/9/2002 | $5,000 |
|  | Sponsorship and Fees | 12/20/2002 | $10,000 |
| 2002 Total |  |  | $43,975 |
| 2003 | Membership Fee | 3/5/2003 | $5,000 |
|  | Membership Fee | 3/19/2003 | $7,200 |
|  | Sponsorship and Fees | 3/26/2003 | $5,000 |
|  | Sponsorship and Fees | 3/28/2003 | $1,800 |
|  | Display Fee | 5/2/2003 | $1,800 |
|  | Membership Fee | 9/15/2003 | $5,000 |
|  | Sponsorship and Fees | 9/18/2003 | $7,200 |
| 2003 Total |  |  | $33,000 |
| 2004 | Sponsorship and Fees | 1/7/2004 | $1,800 |
|  | Membership Fee | 4/20/2004 | $5,000 |
|  | Sponsorship and Fees | 5/21/2004 | $5,000 |
|  | Educational Grant | 6/1/2004 | $1,000 |
|  | Display Fee | 9/8/2004 | $1,980 |
|  | Membership Fee | 10/4/2004 | $5,000 |
|  | Membership Fee | 11/9/2004 | $15,840 |
| 2004 Total |  |  | $35,620 |

JOHNSON & JOHNSON CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO SENATE RULE XXIX

JJ-SFC-00000003

CONFIDENTIAL
Confidential

JAN00000003
JAN-MS-00000003

|  | Year | Payment Description | Date | Amount |
|---|---|---|---|---|
|  | 2005 | Membership Fee | 5/27/2005 | $5,000 |
|  |  | Membership Fee | 6/14/2005 | $5,000 |
|  |  | Display Fee | 7/19/2005 | $6,300 |
|  |  | Membership Fee | 10/26/2005 | $5,000 |
|  | 2005 Total |  |  | $21,300 |
|  | 2006 | Membership Fee | 6/2/2006 | $5,000 |
|  |  | Membership Fee | 6/26/2006 | $5,000 |
|  |  | Display Fee | 8/31/2006 | $1,125 |
|  |  | Display Fee | 12/4/2006 | $2,250 |
|  | 2006 Total |  |  | $13,375 |
|  | 2007 | Membership Fee | 5/10/2007 | $5,000 |
|  |  | Meeting Fee | 7/19/2007 | $4,700 |
|  |  | Display Fee | 8/23/2007 | $1,175 |
|  |  | Display Fee | 9/6/2007 | $1,175 |
|  |  | Membership Fee | 9/17/2007 | $5,000 |
|  |  | Educational Grant | 11/7/2007 | $25,000 |
|  | 2007 Total |  |  | $42,050 |
|  | 2008 | Sponsorship and Fees | 5/8/2008 | $5,000 |
|  |  | Display Fee | 6/9/2008 | $5,000 |
|  |  | Meeting Fee | 7/21/2008 | $5,000 |
|  |  | Membership Fee | 8/4/2008 | $5,000 |
|  | 2008 Total |  |  | $20,000 |
|  | 2009 | Membership Fee | 9/10/2009 | $5,000 |
|  | 2009 Total |  |  | $5,000 |
|  | 2010 | Membership Fee | 12/1/2010 | $5,000 |
|  | 2010 Total |  |  | $5,000 |
|  | 2011 | Educational Grant | 3/2/2011 | $2,000 |
|  |  | Membership Fee | 10/18/2011 | $7,500 |
|  | 2011 Total |  |  | $9,500 |
| The American Academy Of Pain Medicine Total |  |  |  | $562,674 |
| The American Pain Society | 1997 | Membership Fee | 1/24/1997 | $10,000 |
|  |  | Display Fee | 2/24/1997 | $8,500 |
|  |  | Sponsorship and Fees | 5/5/1997 | $165 |
|  |  | Educational Grant | 5/15/1997 | $60,000 |
|  |  | Membership Fee | 6/27/1997 | $165 |
|  |  | Not available | 7/30/1997 | $6,000 |
|  |  | Sponsorship and Fees | 8/21/1997 | $1,205 |
|  |  | Sponsorship and Fees | 8/21/1997 | $380 |
|  |  | Educational Grant | 9/23/1997 | $12,000 |
|  |  | Display Fee | 11/11/1997 | $2,800 |
|  |  | Not available | 11/13/1997 | $45,000 |
|  | 1997 Total |  |  | $146,215 |
|  | 1998 | Display Fee | 1/7/1998 | $4,200 |
|  |  | Display Fee | 1/26/1998 | $9,800 |
|  |  | Not available | 2/4/1998 | $45,000 |
|  |  | Not available | 2/5/1998 | $46,500 |
|  |  | Sponsorship and Fees | 3/18/1998 | $110 |
|  |  | Membership Fee | 5/26/1998 | $165 |
|  |  | Educational Grant | 5/27/1998 | $10,000 |
|  |  | Educational Grant | 6/12/1998 | $3,000 |
|  |  | Membership Fee | 6/24/1998 | $3,000 |
|  |  | Sponsorship and Fees | 7/30/1998 | $30,000 |
|  |  | Educational Grant | 8/3/1998 | $5,000 |
|  |  | Sponsorship and Fees | 8/11/1998 | $5,000 |
|  |  | Meeting Fee | 8/19/1998 | $30,000 |

JOHNSON & JOHNSON CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO SENATE RULE XXIX

JJ-SFC-00000004

CONFIDENTIAL
Confidential

JAN00000004
JAN-MS-00000004

| Year | Payment Description | Date | Amount |
|---|---|---|---|
| | Sponsorship and Fees | 8/21/1998 | $40,000 |
| | Sponsorship and Fees | 8/26/1998 | $670 |
| | Sponsorship and Fees | 8/31/1998 | $40,000 |
| | Sponsorship and Fees | 9/2/1998 | $600 |
| | Sponsorship and Fees | 9/4/1998 | $40,000 |
| | Membership Fee | 9/11/1998 | $3,500 |
| | Educational Grant | 9/14/1998 | $12,000 |
| | Sponsorship and Fees | 9/25/1998 | $545 |
| | Honorarium | 10/19/1998 | $11,000 |
| | Sponsorship and Fees | 10/26/1998 | $1,750 |
| | Sponsorship and Fees | 10/29/1998 | $40,000 |
| | Sponsorship and Fees | 11/5/1998 | $165 |
| | Display Fee | 11/25/1998 | $8,600 |
| | Sponsorship and Fees | 12/3/1998 | $300 |
| | Educational Grant | 12/18/1998 | $50,000 |
| | Sponsorship and Fees | 12/18/1998 | $40,000 |
| 1998 Total | | | $480,905 |
| 1999 | Not available | 2/25/1999 | $3,500 |
| | Sponsorship and Fees | 3/29/1999 | $165 |
| | Meeting Fee | 7/26/1999 | $2,500 |
| | Educational Grant | 8/17/1999 | $2,500 |
| | Not available | 8/17/1999 | $12,000 |
| | Sponsorship and Fees | 9/30/1999 | $670 |
| | Display Fee | 10/6/1999 | $14,400 |
| | Educational Grant | 10/6/1999 | $10,000 |
| | Not available | 10/28/1999 | $25 |
| | Display Fee | 11/3/1999 | $9,600 |
| | Membership Fee | 11/18/1999 | $235 |
| | Sponsorship and Fees | 11/22/1999 | $16,000 |
| 1999 Total | | | $71,595 |
| 2000 | Sponsorship and Fees | 1/14/2000 | $200,000 |
| | Membership Fee | 2/3/2000 | $3,500 |
| | Membership Fee | 3/27/2000 | $3,500 |
| | Sponsorship and Fees | 5/25/2000 | $30,000 |
| | Sponsorship and Fees | 6/7/2000 | $50,000 |
| | Sponsorship and Fees | 6/13/2000 | $2,500 |
| | Award | 6/15/2000 | $12,000 |
| | Sponsorship and Fees | 7/18/2000 | $5 |
| | Sponsorship and Fees | 7/27/2000 | $2,500 |
| | Display Fee | 8/9/2000 | $8,000 |
| | Display Fee | 8/9/2000 | $8,000 |
| | Sponsorship and Fees | 8/10/2000 | $30,000 |
| | Sponsorship and Fees | 8/24/2000 | $286 |
| | Meeting Fee | 9/22/2000 | $365 |
| | Not available | 10/4/2000 | $3,500 |
| | Sponsorship and Fees | 10/16/2000 | $165 |
| | Membership Fee | 11/6/2000 | $165 |
| | Display Fee | 11/17/2000 | $8,200 |
| | Display Fee | 11/28/2000 | $6,550 |
| | Sponsorship and Fees | 11/29/2000 | $300 |
| | Sponsorship and Fees | 12/13/2000 | $25,000 |
| | Sponsorship and Fees | 12/22/2000 | $50,000 |
| 2000 Total | | | $444,536 |
| 2001 | Membership Fee | 1/2/2001 | $3,500 |
| | Display Fee | 2/14/2001 | $6,550 |

JOHNSON & JOHNSON CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO SENATE RULE XXIX

JJ-SFC-00000005

**CONFIDENTIAL**
Confidential

JAN00000005
JAN-MS-00000005

| Year | Payment Description | Date | Amount |
|---|---|---|---|
| | Award | 4/16/2001 | $12,000 |
| | Sponsorship and Fees | 4/19/2001 | $8,200 |
| | Display Fee | 5/30/2001 | $14,000 |
| | Sponsorship and Fees | 7/24/2001 | $5,000 |
| | Display Fee | 7/24/2001 | $8,750 |
| | Sponsorship and Fees | 12/14/2001 | $100,000 |
| 2001 Total | | | $158,000 |
| 2002 | Sponsorship and Fees | 1/21/2002 | $1,375 |
| | Display Fee | 2/4/2002 | $8,750 |
| | Sponsorship and Fees | 2/5/2002 | $5,000 |
| | Educational Grant | 4/15/2002 | $25,000 |
| | Display Fee | 4/22/2002 | $9,000 |
| | Award | 5/30/2002 | $5,000 |
| | Sponsorship and Fees | 5/30/2002 | $7,200 |
| | Membership Fee | 6/17/2002 | $5,000 |
| | Display Fee | 7/10/2002 | $7,200 |
| | Display Fee | 7/22/2002 | $3,600 |
| | Sponsorship and Fees | 8/5/2002 | $9,000 |
| | Sponsorship and Fees | 12/9/2002 | $13,000 |
| | Award | 12/9/2002 | $12,000 |
| 2002 Total | | | $111,125 |
| 2003 | Sponsorship and Fees | 2/3/2003 | $5,000 |
| | Membership Fee | 2/25/2003 | $5,000 |
| | Membership Fee | 3/27/2003 | $5,000 |
| | Sponsorship and Fees | 4/7/2003 | $5,000 |
| | Membership Fee | 8/19/2003 | $9,000 |
| | Membership Fee | 8/21/2003 | $7,000 |
| | Sponsorship and Fees | 10/7/2003 | $5,000 |
| | Sponsorship and Fees | 12/15/2003 | $9,000 |
| | Sponsorship and Fees | 12/18/2003 | $25,285 |
| 2003 Total | | | $75,285 |
| 2004 | Sponsorship and Fees | 1/21/2004 | $7,200 |
| | Membership Fee | 2/4/2004 | $5,000 |
| | Membership Fee | 4/15/2004 | $5,000 |
| | Meeting Fee | 4/22/2004 | $250 |
| | Award | 5/20/2004 | $12,000 |
| | Sponsorship and Fees | 8/17/2004 | $3,960 |
| | Display Fee | 10/8/2004 | $7,920 |
| | Membership Fee | 10/29/2004 | $7,920 |
| | Award | 12/9/2004 | $12,000 |
| | Membership Fee | 12/13/2004 | $5,000 |
| | Contributions | 12/15/2004 | $100,000 |
| 2004 Total | | | $166,250 |
| 2005 | Sponsorship and Fees | 1/5/2005 | $7,920 |
| | Sponsorship and Fees | 2/9/2005 | $350 |
| | Membership Fee | 5/27/2005 | $5,000 |
| | Sponsorship and Fees | 7/19/2005 | $6,240 |
| 2005 Total | | | $19,510 |
| 2006 | Display Fee | 2/14/2006 | $12,480 |
| | Membership Fee | 3/13/2006 | $5,000 |
| | Educational Grant | 4/19/2006 | $12,000 |
| | Display Fee | 8/10/2006 | $6,450 |
| 2006 Total | | | $35,930 |
| 2007 | Display Fee | 2/12/2007 | $6,450 |
| | Membership Fee | 6/21/2007 | $5,000 |

JOHNSON & JOHNSON CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO SENATE RULE XXIX

JJ-SFC-00000006

**CONFIDENTIAL**
Confidential

JAN00000006
JAN-MS-00000006

| | Year | Payment Description | Date | Amount |
|---|---|---|---|---|
| | | Display Fee | 8/23/2007 | $6,750 |
| | 2007 Total | | | $18,200 |
| | 2008 | Membership Fee & Meeting Fee | 2/20/2008 | $580 |
| | | Membership Fee | 5/7/2008 | $6,000 |
| | 2008 Total | | | $6,580 |
| | 2009 | Membership Fee | 1/26/2009 | $6,000 |
| | | Membership Fee | 3/26/2009 | $275 |
| | | Contributions | 5/15/2009 | $2,500 |
| | 2009 Total | | | $8,775 |
| | 2010 | Membership Fee | 3/25/2010 | $6,000 |
| | | Educational Grant | 4/7/2010 | $15,000 |
| | 2010 Total | | | $21,000 |
| | 2011 | Educational Grant | 3/30/2011 | $10,000 |
| | | Membership Fee | 6/15/2011 | $7,500 |
| | 2011 Total | | | $17,500 |
| | 2012 | Display Fee | 3/6/2012 | $5,000 |
| | | Sponsorship and Fees | 4/20/2012 | $7,500 |
| | 2012 Total | | | $12,500 |
| The American Pain Society Total | | | | $1,793,906 |
| The American Geriatrics Society | 2004 | Display Fee | 4/14/2004 | $4,750 |
| | | Meeting Fee | 6/30/2004 | $750 |
| | | Display Fee | 11/8/2004 | $1,950 |
| | | Sponsorship and Fees | 11/10/2004 | $4,500 |
| | | Sponsorship and Fees | 12/1/2004 | $900 |
| | | Educational Grant | 12/29/2004 | $246,230 |
| | 2004 Total | | | $259,080 |
| | 2005 | Educational Grant | 4/28/2005 | $101,833 |
| | | Educational Grant | 5/3/2005 | $23,800 |
| | | Display Fee | 7/20/2005 | $750 |
| | 2005 Total | | | $126,383 |
| | 2006 | Meeting Fee | 1/20/2006 | $1,950 |
| | 2006 Total | | | $1,950 |
| | 2010 | Educational Grant | 3/12/2010 | $20,328 |
| | | Educational Grant | 6/23/2010 | $40,009 |
| | | Educational Grant | 7/9/2010 | $17,424 |
| | | Educational Grant | 11/5/2010 | $73,350 |
| | | Educational Grant | 12/3/2010 | $7,098 |
| | 2010 Total | | | $158,209 |
| | 2011 | Educational Grant | 1/14/2011 | $20,004 |
| | 2011 Total | | | $20,004 |
| The American Geriatrics Society Total | | | | $565,626 |
| The Center For Practical Bioethics | 2010 | Contributions | 4/5/2010 | $5,000 |
| | 2010 Total | | | $5,000 |
| | 2012 | Meeting Fee | 4/20/2012 | $3,000 |
| | 2012 Total | | | $3,000 |
| The Center For Practical Bioethics Total | | | | $8,000 |
| Joint Commission Resources | 2001 | Sponsorship and Fees | 8/22/2001 | $1,188 |
| | | Sponsorship and Fees | 11/20/2001 | $13,731 |
| | | Sponsorship and Fees | 12/31/2001 | $1,534 |
| | 2001 Total | | | $16,453 |
| | 2011 | Sponsorship and Fees | 1/6/2011 | $249,396 |
| | | Sponsorship and Fees | 7/1/2011 | $249,395 |
| | 2011 Total | | | $498,791 |
| Joint Commission Resources Total | | | | $515,244 |
| Grand Total | | | | $4,078,750 |

JOHNSON & JOHNSON CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO SENATE RULE XXIX

JJ-SFC-00000007

CONFIDENTIAL
Confidential

JAN00000007
JAN-MS-00000007

## SUMMARY OF PAYMENTS MADE 1997-2012
## IN RESPONSE TO SENATE FINANCE COMMITTEE REQUEST DATED 5/8/12

| | Year | Payment Description | Date | Amount |
|---|---|---|---|---|
| Russell K. Portenoy, M.D. | 1998 | Fee for Services | 10/23/1998 | $3,000 |
| | | Honorarium | 12/16/1998 | $2,000 |
| | 1998 Total | | | $5,000 |
| | 1999 | Sponsored Research | | $14,940 |
| | 1999 Total | | | $14,940 |
| | 2005 | Fee for Services | 7/14/2005 | $4,000 |
| | | Sponsored Research | 12/22/2005 | $2,000 |
| | 2005 Total | | | $6,000 |
| | 2009 | Fee for Services | 5/22/2009 | $3,000 |
| | 2009 Total | | | $3,000 |
| Russell K. Portenoy, M.D. Total | | | | $28,940 |
| Scott M. Fishman, M.D. | 2008 | Advisory Board | 5/7/2008 | $2,898 |
| | 2008 Total | | | $2,898 |
| | 2009 | Fee for Services | 6/1/2009 | $2,000 |
| | 2009 Total | | | $2,000 |
| Scott M. Fishman, M.D. Total | | | | $4,898 |
| Perry G. Fine, M.D. | 2007 | Advisory Board | 5/2/2007 | $2,168 |
| | | Fee for Services | 10/8/2007 | $3,375 |
| | 2007 Total | | | $5,543 |
| | 2008 | Fee for Services | 4/2/2008 | $6,750 |
| | | Advisory Board | 5/7/2008 | $3,022 |
| | | Fee for Services | 5/30/2008 | $2,000 |
| | | Promotional Speaker Fee | 7/26/2008 | $4,860 |
| | | Fee for Services | 12/31/2008 | $4,460 |
| | 2008 Total | | | $21,092 |
| | 2009 | Advisory Board | 2/6/2009 | $1,373 |
| | | Fee for Services | 2/6/2009 | $3,420 |
| | | Fee for Services | 2/19/2009 | $3,750 |
| | | Advisory Board | 2/20/2009 | $67 |
| | | Advisory Board | 4/17/2009 | $3,030 |
| | | Fee for Services | 5/7/2009 | $4,330 |
| | | Advisory Board | 5/15/2009 | $43 |
| | | Promotional Speaker Fee | 5/29/2009 | $3,768 |
| | | Promotional Speaker Fee | 6/26/2009 | $3,568 |
| | | Fee for Services | 7/24/2009 | $3,000 |
| | | Promotional Speaker Fee | 7/24/2009 | $603 |
| | | Fee for Services | 9/14/2009 | $5,000 |
| | | Promotional Speaker Fee | 11/13/2009 | $3,000 |
| | 2009 Total | | | $34,950 |
| | 2010 | Advisory Board | 2/19/2010 | $3,393 |
| | | Advisory Board | 3/5/2010 | $396 |
| | | Promotional Speaker Fee | 4/16/2010 | $2,000 |
| | | Fee for Services | 4/19/2010 | $3,750 |
| | | Promotional Speaker Fee | 4/23/2010 | $2,000 |
| | | Promotional Speaker Fee | 4/30/2010 | $2,000 |
| | | Fee for Services | 5/5/2010 | $4,375 |
| | | Promotional Speaker Fee | 5/7/2010 | $2,000 |
| | | Promotional Speaker Fee | 5/10/2010 | $117 |

JOHNSON & JOHNSON CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO SENATE RULE XXIX

JJ-SFC-00000008

CONFIDENTIAL
Confidential

JAN00000008
JAN-MS-00000008

|  | Year | Payment Description | Date | Amount |
|---|---|---|---|---|
|  |  | Promotional Speaker Fee | 5/11/2010 | $165 |
|  |  | Promotional Speaker Fee | 5/21/2010 | $7,500 |
|  |  | Promotional Speaker Fee | 5/28/2010 | $403 |
|  |  | Fee for Services | 6/15/2010 | $5,668 |
|  |  | Promotional Speaker Fee | 7/23/2010 | $250 |
|  |  | Promotional Speaker Fee | 10/8/2010 | $2,000 |
|  |  | Promotional Speaker Fee | 10/15/2010 | $2,000 |
|  |  | Promotional Speaker Fee | 11/22/2010 | $1,243 |
|  |  | Promotional Speaker Fee | 11/24/2010 | $2,000 |
|  |  | Promotional Speaker Fee | 12/1/2010 | $2,000 |
|  |  | Fee for Services | 12/9/2010 | $12,000 |
|  |  | Promotional Speaker Fee | 12/16/2010 | $2,549 |
|  | 2010 Total |  |  | $57,810 |
|  | 2011 | Promotional Speaker Fee | 3/18/2011 | $1,500 |
|  |  | Promotional Speaker Fee | 3/31/2011 | $2,500 |
|  |  | Promotional Speaker Fee | 4/25/2011 | $1,241 |
|  |  | Promotional Speaker Fee | 4/29/2011 | $1,000 |
|  |  | Fee for Services | 6/9/2011 | $2,750 |
|  |  | Fee for Services | 7/4/2011 | $7,775 |
|  |  | Fee for Services | 8/11/2011 | $2,000 |
|  |  | Advisory Board | 11/30/2011 | $750 |
|  | 2011 Total |  |  | $19,516 |
|  | 2012 | Fee for Services | 1/4/2012 | $2,500 |
|  |  | Fee for Services | 2/2/2012 | $20,125 |
|  |  | Fee for Services | 4/4/2012 | $11,750 |
|  |  | Advisory Board | 4/26/2012 | $1,000 |
|  | 2012 Total |  |  | $35,375 |
| Perry G. Fine, M.D. Total |  |  |  | $174,286 |
| Bill McCarberg, M.D. | 2003 | Meeting Fee | 7/8/2003 | $400 |
|  | 2003 Total |  |  | $400 |
|  | 2004 | Promotional Speaker Fee | 2/4/2004 | $1,500 |
|  |  | Promotional Speaker Fee | 2/9/2004 | $3,000 |
|  |  | Promotional Speaker Fee | 2/10/2004 | $1,500 |
|  |  | Honorarium | 7/12/2004 | $3,064 |
|  | 2004 Total |  |  | $9,064 |
|  | 2005 | Fee for Services | 8/10/2005 | $3,500 |
|  | 2005 Total |  |  | $3,500 |
|  | 2006 | Fee for Services | 8/10/2006 | $3,500 |
|  | 2006 Total |  |  | $3,500 |
|  | 2007 | Advisory Board | 1/12/2007 | $3,500 |
|  |  | Promotional Speaker Fee | 1/25/2007 | $2,713 |
|  |  | Promotional Speaker Fee | 3/20/2007 | $2,176 |
|  |  | Promotional Speaker Fee | 3/22/2007 | $2,906 |
|  |  | Promotional Speaker Fee | 4/13/2007 | $2,099 |
|  |  | Promotional Speaker Fee | 4/19/2007 | $2,433 |
|  |  | Advisory Board | 5/2/2007 | $2,500 |
|  |  | Promotional Speaker Fee | 5/8/2007 | $2,518 |
|  |  | Promotional Speaker Fee | 6/13/2007 | $2,690 |
|  |  | Promotional Speaker Fee | 7/12/2007 | $2,588 |
|  | 2007 Total |  |  | $26,124 |
|  | 2008 | Promotional Speaker Fee | 2/28/2008 | $2,681 |
|  |  | Advisory Board | 5/7/2008 | $3,895 |

JOHNSON & JOHNSON CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO SENATE RULE XXIX

JJ-SFC-00000009

**CONFIDENTIAL**
Confidential

JAN00000009
JAN-MS-00000009

| | Year | Payment Description | Date | Amount |
|---|---|---|---|---|
| | | Promotional Speaker Fee | 7/26/2008 | $4,697 |
| | | Fee for Services | 7/27/2008 | $2,000 |
| | | Promotional Speaker Fee | 8/14/2008 | $200 |
| | | Promotional Speaker Fee | 10/8/2008 | $2,507 |
| | | Promotional Speaker Fee | 10/11/2008 | $1,503 |
| | | Promotional Speaker Fee | 10/21/2008 | $1,632 |
| | | Promotional Speaker Fee | 11/3/2008 | $1,000 |
| | | Promotional Speaker Fee | 11/4/2008 | $2,609 |
| | | Promotional Speaker Fee | 12/1/2008 | $1,500 |
| | | Advisory Board | 12/8/2008 | $3,108 |
| | | Promotional Speaker Fee | 12/9/2008 | $1,547 |
| | 2008 Total | | | $28,880 |
| | 2009 | Advisory Board | 2/6/2009 | $1,629 |
| | | Advisory Board | 2/20/2009 | $184 |
| | | Advisory Board | 3/6/2009 | $3,798 |
| | | Promotional Speaker Fee | 5/11/2009 | $2,000 |
| | | Promotional Speaker Fee | 5/18/2009 | $894 |
| | | Advisory Board | 5/22/2009 | $3,328 |
| | | Promotional Speaker Fee | 5/29/2009 | $4,876 |
| | | Promotional Speaker Fee | 6/5/2009 | $86 |
| | | Promotional Speaker Fee | 6/12/2009 | $3,419 |
| | | Promotional Speaker Fee | 6/26/2009 | $5,204 |
| | | Fee for Services | 9/25/2009 | $162 |
| | | Promotional Speaker Fee | 10/1/2009 | $2,000 |
| | | Promotional Speaker Fee | 10/2/2009 | $2,564 |
| | | Promotional Speaker Fee | 10/9/2009 | $227 |
| | | Promotional Speaker Fee | 10/16/2009 | $3,404 |
| | | Fee for Services | 11/27/2009 | $250 |
| | | Promotional Speaker Fee | 11/27/2009 | $500 |
| | | Promotional Speaker Fee | 12/11/2009 | $1,850 |
| | 2009 Total | | | $36,375 |
| | 2010 | Promotional Speaker Fee | 1/8/2010 | $1,000 |
| | | Promotional Speaker Fee | 1/22/2010 | $500 |
| | 2010 Total | | | $1,500 |
| Bill McCarberg, M.D. Total | | | | $109,343 |
| Martin Grabois, M.D. | 2008 | Advisory Board | 10/3/2008 | $3,424 |
| | 2008 Total | | | $3,424 |
| | 2009 | Advisory Board | 10/30/2009 | $2,755 |
| | 2009 Total | | | $2,755 |
| | 2010 | Advisory Board | 1/8/2010 | $462 |
| | 2010 Total | | | $462 |
| Martin Grabois, M.D. Total | | | | $6,641 |
| Myra Christopher | 2011 | Advisory Board | 12/5/2011 | $3,438 |
| | 2011 Total | | | $3,438 |
| Myra Christopher Total | | | | $3,438 |
| Grand Total | | | | $327,547 |

JOHNSON & JOHNSON CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO SENATE RULE XXIX

JJ-SFC-00000010

**CONFIDENTIAL**
Confidential

**JAN00000010**
JAN-MS-00000010