# PSJ3
# Exhibit 61

**From:**

David Joranson <joranson@wisc.edu>

**To:**

Stephen Lande <slande@interactiveforums.com>

**Date:**

Wed, 24 Jun 2009 08:40:32 -0500

Dear Stephen

Thanks for your invitation to the J and J Risk Management Advisory Board meeting.  I would like to participate, my fall schedule is already quite jammed.

I have an evening lecture in-state on Oct 6 and departure for WHO Geneva on morning of Oct 9 so the first two periods would be difficult
I return from UK evening of Nov 4 so the third period is not possible, but perhaps my return destination could be the meeting location and I could be available for the fourth period, but I did not see a reference to the meeting location.

Best regards


David


      Thursday & Friday, October 7 & 8, 2004
      Friday & Saturday, October 8 & 9, 2004
      Thursday & Friday, November 4 & 5, 2004
      Friday & Saturday, November 5 & 6, 2004


At 06:31 PM 8/3/2004 -0400, you wrote:

      Dear David:

      I am writing to ask about your availability to participate in an upcoming
      Johnson & Johnson Risk Management Advisory Board meeting, focused on a new
      opioid analgesic compound in development. We are seeking your feedback and
      guidance on how best to identify and collect abuse liability data to support
      appropriate scheduling and the appropriate types of tools to mitigate risk
      of abuse and diversion.

      This 2-day meeting will be scheduled on either a Thursday/Friday or
      Friday/Saturday based on the availability of our advisors. We will adjourn
      at about midday on the second day of the meeting.

      Please mark the dates below as follows:  H = higher preference, L = lower
      preference, N = not available.

      Thursday & Friday, October 7 & 8, 2004
      Friday & Saturday, October 8 & 9, 2004
      Thursday & Friday, November 4 & 5, 2004
      Friday & Saturday, November 5 & 6, 2004

      Please send this E-mail back to us with your preferences marked and we will
      inform you of the meeting date as soon as possible.  As always, we sincerely
      appreciate your interest and support.

      Warm regards,

      Steve

      ----
      Stephen D. Lande, PhD
      Executive Vice President
      Interactive Forums, Inc.
      150 Monument Rd., Suite 610
      Bala Cynwyd, PA  19004

Phone: 610.660.9200
Fax: 610.660.9099
E-mail: slande@interactiveforums.com
Web: www.interactiveforums.com