PSJ3

Exhibit 62

1/28/99 Program ID: 100404 Talk ID: 100459

### PURDUE PHARMA L.P.
### SPEAKER CONFIRMATION AND FOLLOW-UP FORM

| | | |
|---|---|---|
| Organization: | Florida Hospital | Contact: Vilma Raettig |
| Talk Date: | March 17, 1999 | Contact Phone: (407) 897-5600 ext. 7689 |
| Talk Time: | 1:00 pm | Purdue Rep: Lisa Myers |
| Talk Title: | Institutionalization of Pain and JCAHO Standards | |
| Talk Location: | Florida Hospital South, 601 E. Rollins Street, Orlando, FL | |

**LECTURE CONFIRMATION INFORMATION:**

June Dahl, PhD
University Of Wisconsin-madison, School Of Medicine
3780 Medical Science Center, 1300 University Avenue
Madison, WI 53706

*Because of regulatory considerations, please be advised that if during your talk you discuss any of our products, this should be within only the framework of approved labeling and approved recommended indications and uses for the product.*

**PROGRAM ASSESSMENT BY SPEAKER:** (Form to be completed by speaker post lecture and returned in enclosed envelope):

Talk Title (if different than above): _____

Audience Size: _____  Audience Knowledge of Topic: _____  How helpful was Purdue Rep? _____

In a few words, please give us your overall impression of the program: _____

_____

_____

**FINANCIAL SUPPORT INFORMATION:**  *PLEASE ATTACH RECEIPTS*

Type (as directed by provider):  (X) Direct To Speaker

Travel Agency Arrangements:  ( ) Not applicable in funding

(X) If required -- Only arrangements made through Wagonlit Travel will be covered.
(phone: 800-745-3210)

Hotel covered for _____ Night(s)

| | | | |
|---|---|---|---|
| Honorarium: | $1000.00 | (1099) | |
| Total Expenses: | $_____ | (Bypass 1099) | Mileage ($0.25/mile) _____ |
| | | | Tolls/Parking _____ |
| | | | Hotel _____ |
| | | | Meals _____ |
| | | | Other _____ |
| Grand Total: | $_____ | | |

| | | |
|---|---|---|
| Check payable to: | June Dahl, PhD | SS# / Tax ID #: **REDACTED** |
| | University Of Wisconsin-madison, School Of Medicine | |
| | 3780 Medical Science Center, 1300 University Avenue | |
| | Madison, WI 53706 | |

If different than
above please specify:  Name: _____  SS# / Tax ID #: _____

Address: _____

_____

_____

Signed (Speaker): _____  Date: _____

If you have any questions, please call Kymberly Kittridge at Purdue Pharma L. P. (203) 854-7193.

| (For Purdue Office Use Only) | Date to accounting dept: _____ | Approved by: _____ |
|---|---|---|
| Requested by: **Kymberly Kittridge** | Med Ed Use _____ | (revised 12/21/1998 Version 1.9) |
| General Ledger No.: _____ | PP/289 ( )  **OXY** | PF/0101 ( )  **UNI** |
| Description: **March 17, 1999, Orlando, FL (Florida Hospital)** | | |

7006652779

PDD1701249834

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180470186

1/28/99 Program ID 102604  Talk 1

**PURDUE PHARMA L.P.**
**SPEAKER CONFIRMATION AND FOLLOW-UP FORM**

Organization: Florida Hospital
Talk Date: March 17, 1999
Talk Time: 1:00 pm
Talk Title: Institutionalization of Pain and JCAHO Standards
Talk Location: Florida Hospital South, 601 E. Rollins Street, Orlando, FL

Contact: Vilma Raettig
Contact Phone: (407) 897-5600 ext. 768
Purdue Rep: Lisa Myers

**LECTURE CONFIRMATION INFORMATION:**

June Dahl, PhD
University Of Wisconsin-madison, School Of Medicine
3780 Medical Science Center, 1300 University Avenue
Madison, WI 53706

ENTERED
4/1/99

*Because of regulatory considerations, please be advised that if during your talk you discuss any of our products, this should be within only the framework of approved labeling and approved recommended indications and uses for the product.*

**PROGRAM ASSESSMENT BY SPEAKER:** (Form to be completed by speaker post lecture and returned in enclosed envelope):

Talk Title (if different than above):
Audience Size: 50 (?)   Audience Knowledge of Topic: _excellent_   How helpful was Purdue Rep? _Ext. useful_
In a few words, please give us your overall impression of the program: _It facilitated discussing of the issues that the system needs to address.  These opportunities are essential for the work of staff members dedicated to improving pain management._

**FINANCIAL SUPPORT INFORMATION:**
Type (as directed by provider): (X)  Direct To Speaker
Travel Agency Arrangements: ( ) Not applicable in funding
                            (X) If required — Only arrangements made through Wagonlit Travel will be covered.
                            (phone: 800-745-3210)

Hotel covered for _____ Night(s)

Honorarium: $1000.00 _____   (1099)   Mileage ($0.25/mile) _____
Total Expenses: $ _____   (Bypass 1099)   Tolls/Parking _____
                                            Hotel _____
                                            Meals _____
Grand Total: $ _____                     Other _____

Check payable to: _WCPI_   June Dahl, PhD   SS#/Tax ID #: **REDACTED**
                          University Of Wisconsin-madison, School Of Medicine
                          3780 Medical Science Center, 1300 University Avenue
                          Madison, WI 53706

If different than
above please specify:   Name: _WCPI_   SS#/Tax ID #: _____
                        Address: _1300 University Ave_
                        _Room 4720_
                        _Madison, WI 53706_

Signed (Speaker): _June L. Dahl_   Date: _3/18/99_

If you have any questions, please call Kymberly Kittridge at Purdue Pharma L. P. (203) 854-7193.

(For Purdue Office Use Only)          Date to accounting dept: _4/6/99_   Approved by: _____
Requested by: Kymberly Kittridge      Med Ed Use _____                (revised 12/21/1998 Version 1.9)
General Ledger No.: 0420010           PP/209 (X)  OXY                     PF/0101 ( )  UNI
Description: March 17, 1999, Orlando, FL (Florida Hospital)

7006652780
PDD1701249835

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180470187

**MEDICA**·**EDUCATION**
**SPEAKERS BUREAU COVER SHEET**

| TRACKING NUMBER: | REQUESTING SALES REP: | TALK DATE: | SPEAKER: |
|---|---|---|---|
| LM | LISA Myers 5100730 | 3/17/99 | June Dahl |

DATE OF CONFIRMATION
WITH INSTITUTION:  1.26.99

Notes:
LM - will call 1/19
LM 1/20/99
LM 1/26/99

DATE OF CONFIRMATION
WITH SPEAKER:  1.15.99

Notes:

DATE OF CONFIRMATION
WITH REPRESENTATIVE:  1.26.99

Notes:

SPEAKERS BUREAU ( )       DIRECT OR ED. GRANT? ~~EDUCATIONAL~~ Direct     HONORARIUM: $ 1000—
SEMINAR/SYMPOSIUM ( )     TAX ID #: _____     FOOD COSTS: _____

7006652781
PDD1701249836

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180470188

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)