PSJ3

Exhibit 63

276/95SB                                                            9/9/96

*THE PURDUE FREDERICK COMPANY--MEDICAL EDUCATION DEPT*
*100 Connecticut Avenue, Norwalk, CT 06850*
Speaker Confirmation & Follow-Up Form      PF Track No. BV11004

Date: 10/24 and 10/25/96     Time:     6:00PM and 8AM     Type of Meeting: Medical Staff Meeting
Location: Hospital/Organization (Provider):     Graham Hospital
Address/City/State:     Canton, IL (Graham Hospital, 210 West Walnut Street)
Topic Requested:     Pain Management

*Lecture Confirmation Information:*

Spkr:     June Dahl, PhD
Addr:     University of Wisconsin/Madison - School of Medicine
         3780 Med. Science Center/1300 University Avenue
         Madison, WI 53706

*Because of regulatory considerations, please be advised that if during your talk, you discuss any of our products, this should be within only the framework of approved labeling and approved recommended indications and uses for the product.*

Audience Anticipated: Approximately (#)    40             (Type)    Nurses
If you have any questions, please call Wendy Pintard at (203) 854-7239

*Financial Support Information:*

Type (as directed by Provider): (x) Direct To Speaker; ( ) Funding To Provider
Travel Agency Arrangements: ( ) Not applicable in funding; ( ) Not Required;
( ) Direct billing to PF not permitted by Provider;
(x) Required—*Only arrangements made through Wagonlit Travel (800/745-3210) will be covered*
*********************************************************************************************

*Follow-Up Information: (Completed By Speaker Post-Lecture And Returned In Enclosed Envelope)*
*Program Assessment By Speaker:*

Topic Presented (if different than above) _____

{Scale: 1 (poor) 2 3 4 5 (excellent)}
Audience: Size 50    Reaction Positive    Knowledge of Topic Mixed    How helpful was PF Rep to you? Extremely
In a few words, please give us your overall impression of the program: _____

*Financial Reimbursement Information:*
Check payable to: ( ) ~~June Dahl, PhD~~; Wisconsin Cancer Pain Initiative SS# _____ or Tax ID # [redacted]
         University of Wisconsin/Madison - School of Medicine, 3780 Med. Science Center/1300 University Avenue, Madison, WI 53706     Tax ID # _____
                                                                          wp 11/1/96

Honorarium:     $1250.00     (1099)     Details:     Mileage ($0.22/mile)
Expenses:       $ 48.43     (Bypass 1099)     Tolls/Parking     9.25
                                               Hotel     39.18
                                       *PLEASE*     Meals
Grand Total:     $ 1298.43     *ATTACH RECEIPTS*     Other

Signed (Speaker):     *June L. Dahl*            Date: 10/28/96
*********************************************************************************************
(For PF Office Use Only)     Date To Accounting Dept 11/6/96
Requested By Wendy Pintard     Description: 10/24 and 10/25/96, Canton, IL (Graham Hospital, 210 West Walnut Street)
General Ledger No.: 671304800     M/E _____
PPLP/0208 ( ) _____     PF/0101 ( ) _____     PP/209 ( ) OXY
Approved by: _____     Med Ed Use _____
                                                                         11-13-96

drconfrm.doc

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8102667038
PDD1701572909

PKY180790274

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

Ltr Agr _____ (out) _____ (in) _____

## SPEAKERS BUREAU CONFIRMATION RECORD

Logged _____
Eval _____

| | | | | |
|---|---|---|---|---|
| Date Request Received _____ | Tracking No. B ✓ 11004 | Requesting Rep. _____ | Talk Approved 10/24 | Talk Date 10/25 |

Speaker: _____

Date of Confirmation with Institution  9/4

Notes: June Dahl PhD
Univ of Wisc / Madison Sch of Med
3780 Med Sci Ctr / 1300 Univ Ave.
Madison, WI - 53706

June Dahl

Date of Confirmation with Speaker  9/4

Notes: Lm of Thky 7/30

Judy Paice R.N. PhD
Rush P.P. - St. Luke's Medical Ctr.
725 W Harrison, Ste 755
Chicago, IL 60612
312-563-2045

Confirm Letter _____

Date of Confirmation with Rep _____

Notes: Graeme - Univ of Ill.
West Aloa Ahn Dan —

Form  Lm of Book Voth Poet 11/27
J Th Buckley

1,250-

Reminder Target: _____
Reminder Actual: _____

Thank You Target: _____
Thank You Actual: _____

Speaker Bureau ( )    Honorarium for this Talk:

8102667039
PDD1701572910

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180790275

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

```
>>>> From : 7507         96-07-24  08:03:07 <<<<
              MEDICAL EDUCATION DEPARTMENT:
                   SPEAKER REQUEST FORM
```

**DIRECTIONS:**

1- Send via E-Mail to box 9993.
2- Send (via E-Mail) a copy of this form to your District Manager and Regional Manager.

### PROGRAM

| | |
|---|---|
| PROGRAM DESCRIPTION OR NAME OF MEETING: | GRAHAM HOSPITAL MEDICAL STAFF MEETING |
| REQUESTED TOPIC FOR LECTURE: | PAIN MANAGEMENT |
| DATE: | 10-24-96 / 10-25-96 |
| TIME: | 6:00 P-M / 8:00 A-M |
| ALTERNATE DATE(S): | |
| TIME: | |
| TIME: | |
| LOCATION (ADDRESS AND ROOM NUMBER): | GRAHAM HOSPITAL, 210 WEST WALNUT ST. BOARD ROOM, CANTON, IL. 61520 |
| IS THIS PART OF A FULL DAY PROGRAM? (Y/N) | NO NOT A FULL DAY PROGRAM |
| SPONSORING ORGANIZATION: | GRAHAM HOSPITAL |

**ESTIMATE ATTENDANCE:**

| MDs: | 20 | PHARMS: | 3 |
|---|---|---|---|
| NURSES: | 40-50 | PAs: | 2 |
| OTHERS: | | | |

**ADDITIONAL REQUIREMENTS:** MAT VOGEL RPH, DIRECTOR OF PHARMACY, AND DENNIS RETER MD, HOSPICE DIRECTOR, HAVE HEARD JUNE L. DAHL PHD SPEAK AND ARE IN CONTACT WITH HER TO COME ON 10-24-96. SHE WOULD TALK TO THE MED STAFF ON THE PM OF 10-24 AND TO HOSPICE AND OTHER STAFF ON THE AM OF 10-25.

### PROGRAM CONTACT(S)

| | |
|---|---|
| NAME OF PERSON RESPONSIBLE FOR MEETING: | MATTHEW VOGEL RPH |
| TITLE: | DIRECTOR OF PHARMACY, GRAHAM HOSPITAL |
| STREET: | 210 WEST WALNUT ST |

*Handwritten annotations in margin:* Medical staffing / General Inservice / for Hospital Personnel — Have 2 Sessions; Joy de Vasta; Pharmacy Dept.



8102667040
PDD1701572911

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180790276

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-01 303 (PIKE COUNTY CIRCUIT COURT)

| CITY: | CANTON | STATE: | IL | ZIP: | 61520 |

TELEPHONE: (309) 647-5240 EXT 292

MEETING CONTACT (IF DIFFERENT THAN ABOVE):

TITLE:

STREET:

CITY: STATE: ZIP:

TELEPHONE: ( )

---

SPEAKER REQUESTED:
1 JUNE L. DAHL PHD
2
3

SPEAKER LOCATION:
MADISON, WISCONSIN

TRAVEL REQUIREMENTS: SHE WILL DRIVE AND STAY IN A HOTEL PM OF 10-24

ESTIMATED DISTANCE AND TIME FROM THE PROGRAM SITE FOR SPEAKER CHOICE #1:

MILES (ONE WAY): ??? TIME: ???

---

SUBMITTED BY

REPRESENTATIVE TERRITORY #: 7500507

NAME: BOB VAN PELT   DATE OF REQUEST: 7-24-96

---

APPROVAL

MEDICAL EDUCATION DEPARTMENT       YES    NO

NAME: [signature]    DATE: 7/25/96

[handwritten notes: "Bob - deal is available she..."]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8102667041
PDD1701572912

PKY180790277

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

2/6/95SB                                                                                                                  9/9/96

## THE PURDUE FREDERICK COMPANY--MEDICAL EDUCATION DEPT
### 100 Connecticut Avenue, Norwalk, CT 06850

Speaker Confirmation & Follow-Up Form        PF Track No. BV11004

Date:     10/24 and 10/25/96        Time:        6:00PM and 8AM        Type of Meeting:    Medical Staff Meeting
Location: Hospital/Organization (Provider):    Graham Hospital
Address/City/State:    Canton, IL (Graham Hospital, 210 West Walnut Street)
Topic Requested:    Pain Management

### Lecture Confirmation Information:

Spkr:    June Dahl, PhD
Addr:    University of Wisconsin/Madison - School of Medicine
         3780 Med. Science Center/1300 University Avenue
         Madison, WI 53706

*Because of regulatory considerations, please be advised that if during your talk, you discuss any of our products, this should be within only the framework of approved labeling and approved recommended indications and uses for the product.*

Audience Anticipated: Approximately (#)    40                        (Type)    Nurses
If you have any questions, please call Wendy Pintard at (203) 854-7239

### Financial Support Information:

Type (as directed by Provider): (x) Direct To Speaker; ( ) Funding To Provider
Travel Agency Arrangements: ( ) Not applicable in funding; ( ) Not Required;
( ) Direct billing to PF not permitted by Provider;
(x) Required—*Only arrangements made through Wagonlit Travel (800/745-3210) will be covered*
*********************************************************************************

### Follow-Up Information: *(Completed By Speaker Post-Lecture And Returned In Enclosed Envelope)*
### Program Assessment By Speaker:

Topic Presented (if different than above) _____

{Scale: 1 (poor)   2   3   4   5 (excellent)}
Audience:   Size _____    Reaction _____    Knowledge of Topic _____    How helpful was PF Rep to you? _____
In a few words, please give us your overall impression of the program: _____

### Financial Reimbursement Information:

Check payable to: ( )    June Dahl, PhD;            SS# _____    or Tax ID # _____
         University of Wisconsin/Madison - School of Medicine, 3780 Med. Science Center/1300 University Avenue, Madison,
         WI 53706                                  :              Tax ID # _____

Honorarium:    $1250.00         (1099)      Details:    Mileage ($0.22/mile)    _____
Expenses:      $ _____        (Bypass 1099)           Tolls/Parking           _____
                                                        Hotel                   _____
                               *PLEASE*                 Meals                   _____
Grand Total:   $ _____       *ATTACH RECEIPTS*        Other                   _____

Signed (Speaker): _____            Date: _____

*********************************************************************************
(For PF Office Use Only)                        Date To Accounting Dept _____
Requested By Wendy Pintard                      Description: 10/24 and 10/25/96, Canton, IL (Graham Hospital, 210 West Walnut
Street)
General Ledger No.: 671304800                   M/E _____
PPLP/0208 ( ) _____                        PF/0101 ( ) _____    PP/209 ( ) _____
Approved by: _____                                Med Ed Use _____

drconfrm.doc

8102667042
PDD1701572913

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180790278

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)