# PSJ3 Exhibit 64

Current as of 6/1/2018

| Company | Date | Amount | Description | Date | Amount | Description | Date | Amount | Description | Date | Amount | Description | Date | Amount | Description | Date | Amount | Description | Date | Amount | Description | Date | Amount | Description | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AcelRx Pharmaceuticals | 8/27/13 | $4,267.70 | Hon (AB) + EXP | 8/17/15 | $3,759.00 | Honorarium (consult) | | | | | | | | | | | | | | | | | | |
| Acura | 12/17/2013 | $4,502.00 | Hon (consult) + Expenses | | | | | | | | | | | | | | | | | | | | | | |
| Alcobra | 6/1/2017 | $1,250.00 | Honorarium | 6/1/2017 | $741.79 | Expenses | | | | | | | | | | | | | | | | | | | |
| Arivan Research | 2/8/2011 | $250.00 | Honorarium (consultation) | | | | | | | | | | | | | | | | | | | | | | |
| Aventine Healthsciences | 3/26/2014 | $617.80 | Expenses | 3/26/2014 | $3,000.00 | Hon (AB) | | | | | | | | | | | | | | | | | | | |
| AstraZeneca | 12/30/12 | $500.00 | Honorarium (consultations) | 2/21/13 | $826.50 | Expenses | 3/6/13 | $6,800.00 | Honorarium (AB) | 2/21/14 | $10,024.70 | Hon (AB) + Exp | 4/8/14 | $500.00 | Hon (consult) | 6/12/15 | $765.51 | Expenses | 6/23/15 | $2,685.00 | Honorarium (consultation) | 3/8/2016 | $569.20 | Expenses | $4,019.71 |
| BDSI | 7/22/13 | $4,997.35 | Expenses | 5/12/14 | $2,500.00 | Hon (consult) | 5/24/14 | $2,315.13 | Expenses | | | | | | | | | | | | | | | | |
| BMS | 3/25/14 | $618.00 | Expenses | 4/8/14 | $100.00 | Expenses | | | | | | | | | | | | | | | | | | | |
| Boehringer Ingelheim | 5/8/13 | $5,611.80 | Hon (AB) + Expenses | | | | | | | | | | | | | | | | | | | | | | |
| Bonti | 2/1/2018 | $276.30 | Travel Expenses | 2/1/2018 | $3,250.00 | honorarium (consult) | | | | | | | | | | | | | | | | | | | |
| Cara Therapeutics | 3/1/2015 | $1,631.97 | Expenses | 6/15/2015 | $3,000.00 | Honorarium (consult) | 6/15/2015 | $1,402.71 | Expenses | 6/15/2015 | $3,000.00 | Honorarium (consult) | 6/15/2015 | $765.51 | Expenses | 1/1/2016 | $3,643.34 | Honorarium and Expenses | 2/1/2016 | $3,000.00 | Honorarium | 3/3/2016 | $572.73 | Expenses | |
| Cephalon | 3/28/2011 | $5,243.40 | Honorarium (AB) | | | | | | | | | | | | | | | | | | | | | | |
| Charleston Laboratories | 4/22/2015 | $6,000.00 | Hon (AB) | 4/22/2015 | $1,200.00 | Expenses | 4/23/2015 | $765.51 | Honorarium (AB) | 6/23/2015 | $4,000.00 | Travel expenses | 2/1/2018 | $1,866.59 | honorarium (consult) | 2/1/2018 | $4,000.00 | Honorarium (AB) + Travel Exp | 6/1/2018 | $13,532.52 | Honorarium (AB) + Travel Expenses | 6/1/2018 | $9,018.24 | |
| Collegium Pharma | 6/21/2013 | $4,343.15 | Hon (AB) + Expenses | 10/2/2014 | $3,000.00 | Hon (AB) | 10/2/2014 | $1,739.23 | Expenses | | | | | | | | | | | | | | | | |
| Cortex Pharma | 6/28/2011 | $2,000.00 | Honorarium (consult) | | | | | | | | | | | | | | | | | | | | | | |
| Covidien Pharma | 1/4/2011 | $5,777.64 | Honorarium (consult) + Expenses | 6/17/2011 | $3,699.45 | Honorarium (consult) + Expense | Honorarium (consultations) | 12/6/2011 | $337.50 | Honorarium (consultations) | 7/17/2012 | $225.00 | Honorarium (consultations) | 11/14/2012 | $225.00 | Honorarium (consultations) | 1/9/2013 | $337.50 | Expenses | 5/15/2013 | $809.80 | Honorarium (consultations) | 5/15/2013 | $900.00 | |
| CVS | 2/8/2013 | $525.00 | Honorarium (consultations) | 8/16/2013 | $350.00 | Hon (consult) | 1/8/2014 | $175.00 | Hon (consult) | 8/25/2014 | $500.00 | | | | | | | | | | | | | | |
| Daiichi Sankyo | 11/1/2016 | $19,050.00 | Honorarium (AB) | 1/1/2017 | $17,690.00 | Honorarium (AB) | 2/1/2017 | $841.20 | travel expenses | 5/1/2017 | $866.30 | Travel expenses | | | | | | | | | | | | | |
| Depomed | 7/28/2015 | $3,000.00 | Honorarium (AB) | 9/15/2015 | $566.20 | Expenses | 10/1/2015 | $4,382.63 | Honorarium (AB) & Expenses | 9/2/2016 | $3,375.00 | Honorarium (AB) & Expenses | 9/2/2016 | $370.20 | Expenses | 11/1/2017 | $3,000.00 | Honorarium (AB) | 12/1/2017 | $1,041.94 | | | | |
| Egalet | 10/2/2014 | $2,000.00 | Hon (AB) | 10/1/2015 | $9,710.20 | Honorarium (AB) & Expenses | 11/1/2015 | $2,247.07 | Honorarium (AB) & Expenses | 3/1/2016 | $4,250.00 | Honorarium (AB) | 9/1/2016 | $44,377.03 | Honorarium (cons) + Expe | 2/1/2017 | $408.76 | Travel Expenses | 3/1/2017 | $4,250.00 | Honorarium (AB) | 2/1/2018 | $200.00 | travel expenses |
| Elysium | 9/1/2016 | $2,486.51 | Honorarium and Expenses | | | | | | | | | | | | | | | | | | | | | | |
| Envision Pharma | 3/29/2011 | $225.00 | Honorarium (consultation) | | | | | | | | | | | | | | | | | | | | | | |
| Grunenthal | 6/10/2014 | $5,056.00 | Hon (consult) + Expenses | | | | | | | | | | | | | | | | | | | | | | |
| Indivior | 10/1/2017 | $8,000.00 | Honorarium (consultation) | 10/1/2017 | $1,776.53 | Travel expenses | | | | | | | | | | | | | | | | | | | |
| Inspirion Pharmaceuticals, LLC | 9/9/13 | $2,500.00 | Hon (AB) | 11/28/13 | $365.41 | Expenses | 5/8/14 | $4,000.00 | Hon (AB) | 5/22/14 | $1,354.30 | Expenses | 9/30/14 | $2,500.00 | Hon (AB) | 6/1/2017 | $3,311.28 | Honorarium (AB) | 6/1/2017 | $34,000.00 | honorarium (consultation) | 9/1/2017 | $12,500.00 | travel expenses | 9/1/2017 | $1,094.18 |
| Insys Therapeutics | 9/18/13 | $1,500.00 | Hon (AB) | 10/1/13 | $670.73 | Expenses | 7/15/14 | $4,000.00 | Hon (AB) | 7/29/14 | $1,409.00 | Expenses | 4/14/15 | $1,600.00 | Hon (AB) | 5/5/15 | $500.00 | Honorarium (consultation) | 7/28/15 | $1,192.84 | Expenses | 7/28/15 | $4,000.00 | Honorarium | 3/1/2017 | $2,000.00 | honorarium and travel expe | 7/1/2017 | $8,000.00 | honorarium (consultation) | 8/1/2017 | $2,064.99 | travel expenses | 9/1/2017 | $718.75 | honorarium (consultation) |
| Jazz Pharmaceuticals | 11/1/15 | $3,000.00 | Honorarium (AB) | 2/6/2013 | $1,200.00 | Honorarium (consultations) | 2/27/2013 | $5,400.00 | Hon (consult) | 4/18/2014 | $707.80 | Hon (consult) + Expenses | | | | | | | | | | | | | | |
| Jefferies | 7/7/2016 | $3,501.26 | Honorarium (consultation) | | | | | | | | | | | | | | | | | | | | | | |
| Kaleo | 10/2/2014 | $3,500.00 | Hon (AB) | 11/3/2014 | $662.63 | Expenses | 3/25/2015 | $2,000.00 | Hon (AB) | 3/25/2015 | $500.00 | Expenses | 8/14/2015 | $1,350.00 | Honorarium (AB) | 12/1/2015 | $3,000.00 | Honorarium (consulting) | | | | | | |
| Kempharm | 3/8/2016 | $17,391.04 | Honorarium (consult) & Expenses | 4/29/2016 | $14,965.54 | Honorarium (consult) & Expense | Honorarium (consult) & Expenses | 5/13/2016 | $23,411.06 | travel expenses and honoraria | 5/1/2017 | $8,597.19 | honorarium (consultation) | 7/1/2017 | $10,500.00 | travel expenses | 7/1/2017 | $2,848.45 | honorarium (consultation) | 1/1/2018 | $10,000.00 | Travel expenses | 1/1/2018 | $2,700.28 | |
| Mallinckrodt | 6/4/2013 | $4,500.00 | Honorarium (AB) | 6/19/2013 | $549.20 | Expenses | 7/23/2013 | $664.69 | Expenses | 7/23/2013 | $4,500.00 | Hon (AB) | 8/19/2013 | $3,000.00 | Honorarium | 9/18/2013 | $893.80 | Hon (AB) | 2/21/2014 | $2,000.00 | Honorarium | 4/29/2014 | $1,807.28 | Expenses | 10/2/2014 | $3,600.00 | Hon (consult) | 10/21/2014 | $1,076.70 | Expenses | 5/11/2016 | $250.00 | Honorarium (consultation) |
| Marathon Pharmaceuticals | 6/12/2015 | $4,000.00 | Honorarium (consultantation) | | | | | | | | | | | | | | | | | | | | | | |
| Medicom | 9/28/2011 | $3,250.00 | Honorarium (consultantation) | 10/24/2011 | $1,257.19 | Expenses | 9/11/2012 | $1,500.00 | Honorarium (consultation) | 12/10/2012 | $500.00 | Honorarium (consultations) | 1/21/2013 | $1,500.00 | Honorarium (consultations) | 2/12/2013 | $1,500.00 | | | | | | | |
| Merck | 6/2/2015 | $2,000.00 | Honorarium (consultation) | | | | | | | | | | | | | | | | | | | | | | |
| Mylan, Inc | 9/27/2011 | $4,300.00 | Legal Consult | | | | | | | | | | | | | | | | | | | | | | |
| Nektar | 4/17/2012 | $2,500.00 | Honorarium (consultation) | 6/4/2012 | $1,319.60 | Expenses | 8/6/2012 | $3,386.00 | Expenses | 10/2/2012 | $1,867.16 | Expenses | 6/21/2013 | $826.58 | Expenses | 6/21/2013 | $1,117.42 | Expenses | 7/9/2013 | $2,139.46 | Expenses | 7/1/2013 | $1,356.95 | Hon (consult) | 10/29/2013 | $2,500.00 | Expenses | 1/3/2014 | $1,113.80 | Expenses | 4/8/2014 | $1,136.56 | Expenses | 5/7/2014 | $200.00 | |
| Neuro Therapeutic | 4/16/2013 | $500.00 | Honorarium (consultations) | | | | | | | | | | | | | | | | | | | | | | |
| Nevro Corp | 6/19/2013 | $250.00 | Honorarium (consultations) | 8/13/2013 | $1,135.80 | Expenses | 8/18/2013 | $2,000.00 | Hon (consult) + Expenses | 6/23/2014 | $2,790.00 | | | | | | | | | | | | | | |
| Orexo | 11/14/2013 | $2,500.00 | Hon (AB) | 11/19/2013 | $722.80 | Expenses | 11/25/2014 | $1,557.19 | Expenses | 1/2/2015 | $1,000.00 | Hon (AB) | | | | | | | | | | | | | |
| Pain Insights, Inc | 3/10/2011 | $600.00 | Honorarium (consultation) | | | | | | | | | | | | | | | | | | | | | | |
| Pain Therapeutics | 3/7/2016 | $2,000.00 | Honorarium (consult) | 4/1/2016 | $2,000.00 | Honorarium (consultation) | 8/1/2016 | $2,000.00 | Honorarium (consultation) | 9/1/2016 | $4,000.00 | Honorarium (consultation) | 10/1/2016 | $2,000.00 | Honorarium (consult) | 11/1/2016 | $2,000.00 | Honorarium (consultation) | 12/1/2016 | $2,000.00 | Honorarium (consultation) | 1/1/2017 | $2,000.00 | Honorarium (consultation) | 3/1/2017 | $2,000.00 | honorarium (consultation) | 4/1/2017 | $2,000.00 | honorarium (consultation) | 5/1/2017 | $2,000.00 | honorarium (consultation) | 6/1/2017 | $2,000.00 | honorarium (consultatio) | 7/1/2017 | $2,000.00 | honorarium (c honorarium (c honorarium (consultation) | 8/1/2017 | $2,000.00 | | 9/1/2017 | $2,000.00 | honorarium (cons | 10/1/2017 | $2,000.00 | honorarium (con honorarium (consultation) | 11/1/2017 | $2,000.00 | | 1/1/2018 | $2,000.00 | honorarium (consultation) | 2/1/2018 | $2,000.00 | honorarium (consultation) | 3/1/2018 | $2,000.00 | honorarium (consultation) | 4/1/2018 | $2,000.00 |
| Pfizer | 11/28/2011 | $3,094.00 | Honorarium (consultation) | 3/1/2015 | $1,166.51 | Expenses | 3/3/2015 | $2,930.00 | Hon (consult) | 4/1/2016 | $997.75 | Honorarium (consultation) | 5/3/2016 | $3,000.00 | Honorarium (consultation) | 8/25/2016 | $500.00 | Travel Expenses | 9/1/2016 | $1,007.50 | Honorarium (consultation) | 1/1/2017 | $2,500.00 | Honorarium (consultation) | 3/1/2017 | $8,876.23 | Honorarium (consultation) | | | | | | |
| PharmacoFore | 5/19/2011 | $500.00 | Honorarium (consultation) | | | | | | | | | | | | | | | | | | | | | | |
| Proove Biosciences | 12/2/14 | $775.30 | Expenses | 12/11/14 | $2,250.00 | Hon (consult) | 5/18/15 | $2,400.00 | Honorarium (consultation) | 5/18/15 | $1,331.71 | Expenses | 6/2/15 | $675.08 | Expenses | 6/2/15 | $2,250.00 | Honorarium (AB) | | | | | | |
| QRx Pharma | 8/29/2013 | $768.60 | Expenses | | | | | | | | | | | | | | | | | | | | | | |
| Quintiles | 5/22/2013 | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | $ 2,000.00<br>Honorarium (consultation) | | | | | | | | | |
| Salix | 4/25/2012<br>$ 2,500.00<br>Honorarium (AB) Expenses | | | | | | | | | |
| Scilex | 3/4/2016<br>$ 2,000.00<br>Honoarium (AB) | | | | | | | | | |
| Shionogi | 8/20/13<br>$ 475.00<br>Hon (cons) | 8/20/13<br>$ 237.50<br>Hon (cons) | 11/1/2015<br>$ 4,500.00<br>Honorarium (AB) and Expenses | 1/1/2016<br>$ 846.49<br>Travel Expenses | 7/15/16<br>$ 3,000.00<br>Honorarium (consultation) | 7/1/17<br>$ 3,000.00<br>honorarium (consultation) | | | | |
| Signature Therpeutics | 11/10/2014<br>$ 3,000.00<br>Hon (consult) | | | | | | | | | |
| TEVA | 12/17/2013<br>$ 4,500.00<br>Hon (AB) | 1/29/2014<br>$ 1,189.60<br>Expenses | 11/13/2014<br>$ 1,631.97<br>Expenses | 2/1/2016<br>$ 1,750.00<br>Honorarium | 8/15/2016<br>$ 40,750.00<br>AB | 8/15/2016<br>$ 1,337.83<br>Travel Expenses | 4/1/2017<br>$ 1,500.00<br>honorarium (consultations) | 6/1/2017<br>$ 3,250.00<br>Honorarium (consultation) | 6/1/2017<br>$ 1,290.14<br>travel expenses | 7/1/2017<br>$ 4,250.00<br>honorarium (consultation) |
| Theravance | 1/18/2011<br>$ 500.00<br>Honorarium | 10/5/2011<br>$ 500.00<br>Honorarium | 3/19/2013<br>$ 5,379.59<br>Hon (consult) + Expenses | | | | | | | |
| Trevena | 10/8/2014<br>$ 1,477.20<br>Expenses | 10/8/2014<br>$ 4,600.00<br>Hon (AB) | 10/8/2014<br>$ 56.00<br>Expenses | 10/1/2015<br>$ 1,483.52<br>AB & Expenses | 12/1/2015<br>$ 4,432.66<br>AB & Expenses | 4/1/2018<br>$ 4,500.00<br>honorarium (consultations) | | | | |
| Trevi | 2/1/2018<br>$ 1,000.00<br>honorarium (consultations) | | | | | | | | | |
| Vector Pharma | 1/1/17<br>$ 1,000.00<br>Honorarium (consultation) | | | | | | | | | |
| Zogenix | 3/25/15<br>$ 3,000.00<br>Honorarium (consultation) | 4/8/2015<br>1672.28<br>Expenses | | | | | | | | |

