# PSJ3

# Exhibit 65

# American Pain Foundation
## A United Voice of Hope and Power over Pain

July 13, 2011

Lynn R. Webster, MD, FACPM, FASAM
3838 South 700 East, #200
Salt Lake City, Utah 84106

Dear Dr Webster:

This letter confirms your agreement to present on **Saturday, September 10, 2011** in Las Vegas, NV as part of the APF-NIPC® Symposium in conjunction with PAINWeek 2011®. The slide curriculum you will be presenting is ***Responsible Opioid Prescribing in the Era of REMS***. Please read this letter carefully as it contains information regarding your responsibilities pertaining to your participation. This independent medical education activity is sponsored by the American Pain Foundation (APF) and supported through an educational grant from Endo Pharmaceuticals.

To assist you in your role as faculty for this activity, the **Faculty Responsibilities Agreement** has been attached. This agreement includes an overview of the activity, the activity agenda, the activity's educational objectives, a profile of the target audience, your presentation title and objectives, honorarium information, an outline of your responsibilities, and information regarding copyright protection. The standards contained in the Agreement have been developed on the basis of requirements and policies of, among other sources, the United States Food and Drug Administration governing educational efforts. They are very important to conform to; therefore, please review this document carefully and contact us immediately if any items are not understood or present an issue for you.

As discussed, your participation as faculty for this meeting requires that you:
- attend slide review on **Saturday, September 10, 2011** at the selected venue at **8:00 AM**
- fully participate in the activity, including the question-and-answer session

**PAINWeek 2011 is being held at the following location:**
Saturday, September 10, 2011
The Cosmopolitan of Las Vegas
3708 Las Vegas Blvd., South
Las Vegas, Nevada
Room Name: To be determined by PAINWeek. As soon as we confirm we will contact you.

**Please complete the attached Faculty Disclosure Form, Faculty Title and Affiliation Form, and W-9 and return them to Lisa Cariaga's attention via fax at 201-526-6912 by Tuesday, July 19, 2011. Brian West, the meeting planner from Clinical Bridges will be contacting you soon to make your hotel and travel arrangements for this activity.**

In the interim, if you have any questions or concerns, please feel free to call me at 860-575-5360.

Sincerely,

Samantha D. Libby-Cap
Director of PainSAFE
American Pain Foundation

Enclosures
c:  L. Cariaga

## *FACULTY RESPONSIBILITIES AGREEMENT*

**Please read the following agreement, sign and return one copy.**

**Activity Title:** *Responsible Opioid Prescribing in the Era of REMS*

**Activity Date/Time: Saturday, September 10, 2011 at 8:00 AM for slide review**

**Activity Location: The Cosmopolitan of Las Vegas, 3708 Las Vegas Blvd;, Las Vegas, NV**

**Educational Objectives for the Activity:** The following educational objectives have been developed for this independent medical education activity based on identified needs.

**After completion of this activity, participants should be able to:**
- Apply critical thinking strategies to optimize analgesia and facilitate safe use of opioid therapy in clinical practice
- Integrate sound principles of opioid prescribing and documentation into daily practice to foster compliance with state medical boards, governmental agencies, and Risk Evaluation and Mitigation Strategies (REMS)
- Engage in patient communications that underscore safe and appropriate use of opioid analgesics and minimize potential adverse events

**Activity Agenda:**

| | |
|---|---|
| Slide Review | 8:00 AM |
| Registration and Breakfast | 8:30-9:00 |
| Formal Presentation | 9:00-10:30 |
| Summary and Q & A | 10:30-10:45 AM |

**Target Audience Profile:** PAINWeek is intended for physicians, nursing professionals, physician assistants, dentists, pharmacists, psychologists, podiatrists, and many other healthcare professionals that treat individuals with persistent or chronic pain.

**Presenter(s): Lynn R. Webster, MD, FACPM, FASAM**

**Honorarium:** You will receive an honorarium of $2,500 for your presentation. This amount represents the usual and customary fee for activities of this type.

**Commercial Support:** This activity is supported by an independent educational grant from Endo Pharmaceuticals. The specific topics, as well as your participation in this educational program were determined solely by APF based on the NIPC Task Force knowledge and expertise; it was not determined by the commercial supporter or on its behalf. In no way should the commercial supporter's funding be construed or viewed as requiring or suggesting any discussion of products which may be marketed, or under development, by the commercial supporter.

The APF presents this information for educational purposes only. The content is provided solely by faculty who have been selected because of their recognized expertise in their field. Participants have the professional responsibility to ensure that products are prescribed and used appropriately on the basis of their own clinical judgment and accepted standards of care. The APF and Commercial Supporter assume no liability for the information herein.

<u>**Faculty Responsibilities**</u>

Your honorarium is based on completion of all of your responsibilities as a faculty member. If you do not fulfill your obligations as described, the amount of your honorarium may be adjusted accordingly. Some of these

obligations require you to carefully make your travel plans so that you do not arrive too late or are forced to depart the meeting too early.

**As a faculty member, you will be responsible for the following:**

- Utilize the presentation created by the NIPC Task Force that is evidence-based; fair-balanced and unbiased; and not influenced by commercial interests.

- Disclose any significant financial or other relationships with any commercial interests to the activity audience. **A Faculty Disclosure Form is attached; information provided by you on this form will be included in the activity materials.**

- Your presentation and all remarks, including discussions must be free of commercial bias and any information regarding commercial products or services must be based on scientific methods generally accepted by the medical community. There must be no editorial input or involvement in your presentation by the commercial supporter directly or indirectly, by itself or any representative of the commercial supporter or any person or company acting on their behalf.

- Your presentation must be limited to include only pharmaceutical products or medical devices that are approved by the FDA and for the indication(s) and dosages approved.

- Assure that scientific studies utilized or referenced in your presentation are from recognized and well-respected sources acceptable to the scientific and medical community. Journals referenced should be published, peer-reviewed, independent scientific journals. Data presented should be from double-blind, placebo-controlled clinical trials, or consistent with such data.

- Using generic names when discussing therapeutic options. Trade names may only be used if they are used in conjunction with the generic name AND those of several companies must be mentioned in conjunction with the generic name; not just trade name of a single company.

- Slide review is an important part of a successful, informative meeting. Please allow time in your schedule to attend slide review on **Saturday, September 10, 2011 at 8:00 AM.** This will allow you to organize and review your presentation, to ensure that there is no redundancy of information, and to ensure that all presented information remains within product labeling.

- You should provide an opportunity after your talk for your audience to ask questions and make comments.

- You must be present for the duration of the entire activity, including any panel discussion or final remarks.

There has been a great deal of concern expressed recently about industry having inappropriate influence on the content of educational activities. For this reason, APF prohibits any contact between representatives of industry and any of our staff or faculty regarding the development or conduct of our activities. Please do not discuss any APF activities with any industry representatives with whom you may come into contact. Furthermore, in the unlikely event that someone from the supporting company attempts to speak with you about the activity, please refer that individual to Samantha Libby-Cap at APF.

**IMPORTANT NOTE ABOUT COPYRIGHT PROTECTION!**

The content materials created in collaboration with you for this activity will be copyrighted by American Pain Foundation unless otherwise noted.

By taking this step, the materials created for this activity will be protected from unauthorized use by other educational providers or any other unauthorized persons. This will not preclude your continued use of any

material contributed by you and you may continue to use your materials and the individual slides that result from your materials both for your own academic purposes and in other educational activities in which you participate.

We therefore ask you to agree to the following:

> **All activity materials produced by American Pain Foundation (APF), in collaboration with a faculty member will be the property of APF and for copyright ownership purposes will be deemed to be a "work-for-hire" whose ownership is held by APF.  APF reserves the right to apply for copyright from the United States Copyright for this work, and the author agrees to assist APF in that effort to the extent reasonably necessary. APF's ownership of such materials and its copyright will not preclude a faculty member's use of those materials for his or her own academic purposes.  Nor will it preclude the faculty member from using those materials in other medical programs or conferences in which he or she participates.**

We hope that you agree with us that it is in our mutual interest that the educational materials created through our collaboration be protected.

By my signature, I agree to all of the aforementioned elements. Additionally, due to guidances from the Office of the Inspector General of the Department of Health and Human Services, UMDNJ-CCOE is being asked to certify to its commercial supporters that no employee or subcontractor of UMDNJ-CCOE is subject to exclusion from participation in any Federal Healthcare Program. Your signature certifies that you are not on the Office of Inspector General's List of Excluded Individuals/Entities or have been debarred, excluded or are otherwise ineligible to participate in any Federal healthcare program.

_____
**Lynn R. Webster, MD, FACPM, FASAM**

_July 14, 2011_
**July 13, 2011**

CHI_002300590