PSJ3

Exhibit 66

| Medical Affairs Forecast Detail $000 | | Product | F11 Actual Annual | F12 Actual Oct | F12 Actual Nov | F12 Actual Dec | F12 Actual Jan | F12 Actual Feb | F12 Actual Mar | F12 Actual Apr | F12 Actual May | F12 Actual Jun | F12 Actual Jul | F12 Actual Aug | F12 Forecast Sep | F12 Actual/LE Annual | F12 Budget Annual | Cost Center |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **People** | | | | | | | | | | | | | | | | | | |
| Admin | Smith | | 633 | 46 | 55 | 43 | 50 | 51 | 13 | 4 | 40 | 63 | 62 | 69 | 151 | 646 | 745 | 008011420194 |
| Drug Safety & PV US | Burroughs | | 1,018 | 77 | 91 | 128 | 133 | 183 | 118 | 131 | 121 | 90 | 118 | 120 | 135 | 1,446 | 1,161 | 008011420362 |
| MSLs | Patrick | | 2,142 | 191 | 224 | 144 | 172 | 216 | 151 | 159 | 197 | 188 | 199 | 236 | 278 | 2,355 | 2,355 | 008011424194 |
| MI | Patrick | | 1,280 | 98 | 122 | 88 | 90 | 94 | 77 | 77 | 100 | 78 | 76 | 99 | 89 | 1,089 | 1,342 | 008011425194 |
| HECON | Saake | | 268 | 27 | 33 | 25 | 27 | 36 | 31 | 28 | 39 | 30 | 32 | 37 | 30 | 374 | 361 | 008011428194 |
| PPS | Saake | | 1,547 | 100 | 186 | 111 | 118 | 118 | (117) | 64 | 71 | 70 | 58 | 76 | 87 | 943 | 1,767 | 008011241194 |
| Pubs/ISR Admin | Patrick | Steffens | | - | - | - | - | 0 | 112 | 16 | 15 | 12 | 11 | 13 | 80 | 260 | | 008011426194 |
| Latin America | TBD | | | - | - | - | - | - | - | 1 | 21 | 3 | 1 | 0 | 122 | 147 | | |
| PV Int'l | Del Rio | | | - | - | - | - | - | 159 | (159) | - | 1 | - | 22 | 27 | 50 | | 008011422194 |
| TEMPS | inc above | | - | | | | | | | | | | | | | - | | |
| Medical comm Synchrony | | | 29 | | | | | | | | | | | | | - | | 008011242194 |
| | | | - | | | | | | | | | | | | | - | | |
| Accrual adjustment Carretta | | | - | | | | | (51) | | | | 80 | | | | 29 | | |
| Agency Fee | | | | | | | | | | 55 | (55) | 112 | | | | 112 | | |
| UPPSula/Apcer | | | 45 | | | | | | | | | | | | | - | | |
| Best Practices | | | 33 | | | | | | | | | 8 | | | | 8 | | |
| Stinson | | | 8 | | | | | | | | | | | | | - | | |
| AAFP | | | 38 | | | | | | | | | | | | | - | | |
| MedLogix | | | | | | | | | | | | | 73 | 71 | | 144 | | |
| Bozzini T&E | | | | | | | | | | | | | | 76 | | 76 | | |
| Partnership at Drug Free | | | | | | | 250 | | | | | | | | | 250 | | |
| Synchrony/Selva/Campbell Alliance | | | 18 | | | 170 | (178) | | | | | 156 | 20 | 21 | | 189 | | |
| Sales Aids | PPS | Smart Source | 107 | 19 | 15 | | 29 | 83 | | | | | | | | 146 | | |
| HCE project | Thomas Jef/Xcenada | | 40 | 37 | (23) | 34 | - | - | 43 | 31 | 23 | 9 | 2 | - | 50 | 207 | 200 | |
| Smith Relo/agency | | | (26) | | | | | | | | 284 | 25 | 7 | | | 316 | | |
| Morelli Relo | | | (106) | | | | | | | | | | | | | - | | |
| **TTL** | | | **7,075** | **596** | **704** | **742** | **691** | **730** | **643** | **297** | **1,022** | **813** | **658** | **840** | **1,050** | **8,786** | **7,932** | |
| **Budget** | | | **10,926** | **691** | **695** | **609** | **622** | **735** | **622** | **622** | **735** | **622** | **622** | **735** | **622** | **7,932** | **7,932** | |
| | | | | | | | | | | | | | | | | | | |
| ISRs( tot)/P4 | | | - | (0) | - | - | - | - | - | - | 1 | 2 | 0 | - | 143 | 146 | | |
| Neumann( 135) | Tufts | Exalgo | 34 | 34 | (34) | 34 | | | | | | | | | | 34 | | 157011240008 |
| Jimmenez( 236) | | Exalgo | 0 | | | | | | | | | | | | | - | 1,800 | 157011240008 |
| Nalamachu(329-432) | Int'l Clinical | Exalgo | 137 | 33 | 98 | | | | | | 48 | | | | | 179 | | 157011240008 |
| Nalamachu/Pergolizzi | | Exalgo | | | | | | 144 | | | | | | | | 144 | | 157011240008 |
| Dr. Brewer | Beth Israel | Exalgo | | | | | | 23 | | | 23 | 23 | | | | 69 | | 157011240008 |
| Webster( 440) | LifeTree | Exalgo | 356 | 38 | | | | | | | | 88 | | | | 126 | | 157011240008 |
| Dr. Harden | ResInstChic | Exalgo | | 37 | 24 | | | | 43 | | | | | | | 104 | | 157011240008 |
| Synchrony | | Exalgo | | | | | | | | (8) | | 23 | | | | 15 | | 157011240008 |
| ACI | | Exalgo | | | | | | 67 | | | - | | | | | 67 | | 157011240008 |
| Dr Mao | Mass Gen | Exalgo | | | 28 | 19 | | - | - | | 28 | | | | | 75 | | 157011240008 |
| Dr. Jamison | Brig & Wom | | 4 | | | (5) | | | | 89 | | | | | | 84 | | 157011240008 |
| Int'l Clinical | | Pennsaid | 212 | 2 | 92 | | | | | | | | | | | 94 | | 157011240014 |
| Nalamachu Heel Pain | | Pennsaid | 78 | | | | | | | | | | | | | - | 800 | 157011240014 |
| Dr. Jensen | | Pennsaid | | 15 | 10 | | | | | | | | 25 | | | 50 | | 157011240014 |
| Dr. Wei | | Pennsaid | | 31 | | 21 | 8 | 4 | (20) | | 2 | | | | | 46 | | 157011240014 |
| Univ of Utah | | Pennsaid | - | | | | | | | | | 41 | 2 | (41) | | 2 | | 157011240014 |
| Synchrony | | Pennsaid | | | | | | | | | | | 19 | | | 19 | | 157011240014 |
| Medidata | | Exalgo | 20 | | | | | | | | | | | | | - | | 157011240008 |
| Meditata | | Pennsaid | 5 | | | | | | | | | | | | | - | | 157011240014 |
| Imaging Support | | | | | | | | | | | - | - | - | - | - | - | | 157011240028 |
| Tufts - Neuman CME reclass | | | 34 | | | | | | | | | | | | - | - | | |
| **TTL** | | | **880** | **190** | **218** | **69** | **8** | **238** | **23** | **81** | **102** | **177** | **46** | **(41)** | **143** | **1,254** | | |
| **Budget** | | | **3,000** | **217** | **217** | **217** | **217** | **217** | **217** | **217** | **217** | **217** | **217** | **217** | **217** | **2,600** | **2,600** | |
| | | | | | | | | | | | | - | | | | | | |

| Medical Affairs Forecast Detail | | | F12 Actual | F12 Actual | F12 Actual | F12 Actual | F12 Actual | F12 Actual | F12 Actual | F12 Actual | F12 Actual | F12 Actual | F12 Actual | F12 Forecast | F12 Actual/LE | F12 Budget | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $000 | | F11 Actual | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Annual | Annual | Cost Center |
| | Product | Annual | | | | | | | | | | | | | | | |
| **CARES Alliance** | | - | - | - | (0) | 0 | (0) | (0) | 0 | 0 | (0) | - | 0 | 69 | 68 | | |
| Synchrony | | 629 | (37) | (37) | (33) | | | 43 | 6 | 18 | (21) | | | | (61) | 1,850 | |
| Excerpta | | 62 | | | | | | | | | | | | | - | | |
| Paragon | | 101 | | | | | | | | | | | | | - | | |
| Oxford University Pres | Opioid Prescribing Toolkit | 58 | | | | | | | | | | | | | - | | |
| Weber Shandwick | accrual adjustment | - | | | | | | | | | | | | | - | | |
| University of Colorado | | - | | | | | | | | | | | | | - | | |
| Daniel J. Edelman | Nancy Stauder | 574 | 66 | 64 | (21) | 36 | 58 | 84 | 77 | (23) | 48 | 34 | 16 | | 439 | | |
| American Pain Foundation | | 10 | | | | | | | | | | | | | - | | |
| American Society of Addiction | CARES logo pens | 5 | | | | | | | | | | | | | - | | |
| Center for Alcohol & Drug | | 7 | | | | | | | | | | | | | - | | |
| Quayside publishing | | 19 | | | | | | | | | | | | | - | | |
| American Society of HS books | | - | | | | | | | | | | | | | - | | |
| CANP/CARES Regional - GCC | | - | | | | | | | | | | | | | - | | |
| NCPA- GCC | | 5 | | | | | | | | | | | | | - | | |
| Healthlogix | | 25 | | | | | | | | | | | | | - | | |
| Western Pain Society | | 5 | | | | | | | | | | | | | - | | |
| American Pain Society | | 3 | | | | | | | | | | | | | - | | |
| CLAAD | | 30 | | | | | | | | | | | | | - | | |
| Tufts | | 9 | | | | | | | | | | | | | - | | |
| AAFP | | 38 | | | | | | 6 | | | | | | | 6 | | |
| Academic Speakers of America | | 8 | | | | | | | | | | | | | - | | |
| University of Florida College of Pharmacy | | 47 | | | | | | | | | | | | | - | | |
| American Society of Pain | | 2 | | | | | | | | | | | | | - | | |
| Postgraduate Healthcare Education | | 20 | | | | | | | | | | | | | - | | |
| GCC-Parternership for a Drug Free | | | 3 | | | | | | | | | | | | 3 | | |
| Joy Pendergrass | | | 1 | | | | | | | | | | | | 1 | | |
| Amvets | | 3 | | | | | | | | | | | | | - | | |
| GCC - American Academy of Pain | | | | | | | | | | | | | 4 | | 4 | | |
| GCC - Power of Pain | | | | | | | | | | | | | 5 | | 5 | | |
| | | | | | | | | | | | | | | | - | | |
| GCC - Pain Management Nursing KC | | | 1 | | | | | | | | | | | | 1 | | |
| GCC - AATOD | | | 8 | | | | | | | | | | | | 8 | | |
| GCC - University of Colorado Drug Take Back | | | 10 | | | | | | | | | | | | 10 | | |
| GCC - Beth Isreal #1 | Real Women | | | 25 | 15 | | | | | | | | | | 40 | | |
| GCC - Univ of Nebraska | | | | | 8 | | | | | | | | | | 8 | | |
| GCC - Invisible Project | | | | | 28 | | | | | | | | | | 28 | | |
| GCC - NADDI | | | | | | 35 | | | | | | | | | 35 | | |
| GCC - American Academy of Pain | | | | | | 4 | | | | | | | | | 4 | | |
| GCC - Project Lazarus #2 | | | | | | | | 50 | | | | | | | 50 | | |
| GCC - Tufts #1 | | | | | | | | 15 | | | | | | | 15 | | |
| GCC - AANP #1 | | | | | | | | | 6 | | | | | | 6 | | |
| GCC - Komen #1 | | | | | | | | | 10 | | | | | | 10 | | |
| GCC - Nothern Michigan #1 | | | | | | | | | 1 | | | | | | 1 | | |
| GCC - NADDI #2 | | | | | | | | | 2 | | | | | | 2 | | |
| GCC - NCPA | | | | | | | | | | | | 10 | | | 10 | | |
| GCC - American Academy of Pain #1 | | | | | | | | | | | | 10 | | | 10 | | |
| GCC - Holladay Foundation #1 | | | | | | | | | | | | 1 | | | 1 | | |
| Gcc - American Chronic Pain | | | | | | | | | | 3 | | | | | 3 | | |
| ASAM | | | | | | | | 2 | | | | | | | 2 | | |
| OSHU | | | | | | | 4 | - | | | | | | | 4 | | |
| ASHP | | | | | | | 50 | | | | | | | | 50 | | |
| Steven Passik | | 1 | | | | | | | | | | | | | - | | |
| Jeffrey Gudin | | | | | | | | | | 2 | | | | | 2 | | |
| Dr. Brushwood | | 4 | | | | | | | | | | | | | - | | |
| Smartsource | | | | | | | | | 6 | 4 | | 2 | 2 | | 14 | | |
| Burson | | 13 | | | | | | | | | | | | | - | | |

| Medical Affairs Forecast Detail $000 | Product | F11 Actual Annual | F12 Actual Oct | F12 Actual Nov | F12 Actual Dec | F12 Actual Jan | F12 Actual Feb | F12 Actual Mar | F12 Actual Apr | F12 Actual May | F12 Actual Jun | F12 Actual Jul | F12 Actual Aug | F12 Forecast Sep | F12 Actual/LE Annual | F12 Budget Annual | Cost Center |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Creative Publishing | | | | | | | | | 20 | | | | | | 20 | | |
| Eberle | | | | | | | | | 2 | | | | | | 2 | | |
| Misc. Pcard/Convention | | 23 | 3 | 8 | 11 | 4 | 10 | 24 | 10 | 16 | 1 | 10 | 3 | | 100 | | |
| Fleishman Hillard | | 14 | | | | 1 | | | | | | | | | 1 | | |
| **TTL** | | **1,713** | **55** | **60** | **(7)** | **145** | **72** | **230** | **134** | **18** | **30** | **67** | **30** | **69** | **902** | | |
| **Budget** | | **1,965** | **154** | **154** | **154** | **154** | **154** | **154** | **154** | **154** | **154** | **154** | **154** | **154** | **1,850** | **1,850** | **157011240010** |
| | | | | | | | | | | | | | | | | | |
| **Databases** | | - | | | | | | | | | | | | | - | | |
| **Radars** | | **1,000** | **84** | **84** | **84** | **84** | **84** | **84** | **84** | **84** | **84** | **84** | **84** | **84** | **1,009** | | |
| **Budget** | | **1,000** | **92** | **92** | **92** | **92** | **92** | **92** | **92** | **92** | **92** | **92** | **92** | **92** | **1,100** | **1,100** | **157011240006** |
| | | | | | | | | | | | | | | | | | |
| **Exalgo REMS** | | - | 0 | 0 | (0) | 0 | 0 | (0) | 0 | (0) | (0) | (0) | 0 | 73 | 73 | | |
| Accrual Adjustment | | (7) | | | | | | | | | | | | | - | | |
| Synchrony | | 814 | | 47 | 182 | 90 | (92) | 95 | (39) | (32) | (33) | 2 | 8 | | 228 | 1,500 | |
| Waterford LS | | - | | | | | | | | | | | | | - | | |
| call center UBC | | 312 | 29 | | | | | | | | | | | | 29 | | |
| Cinc Childrens Call Center | | | | 23 | 16 | 15 | 15 | 15 | 15 | 15 | 23 | 15 | 15 | | 167 | | |
| PRx | | 47 | | | | | | | | | | | | | - | | |
| Fleishman Hillard | | 33 | | | | | | | | | | | | | - | | |
| Daniel J. Edelman | | 37 | | 32 | | (35) | | | | | | | | | (3) | | |
| Sales Force Bonus | | 28 | | | | | | | | | | | | | - | | |
| FSMB Foundation | | 85 | | | | | | | | | | | | | - | | |
| Smart Source | | - | | | | | | | 9 | | 8 | | 2 | | 19 | | |
| Gilson MS | | 2 | | | | | | | | | | 6 | | | 6 | | |
| Pain Week | Educ. Awareness Reclass | - | | | | | | | | | | | | | - | | |
| AAPF | | - | | | | | | | | | | | | | - | | |
| Ad Comm -FH | Fleishman Hillard | - | | | | | | | | | | | | | - | | |
| Ad Comm | Weber Shan | - | | | | | | | | | | | | | - | | |
| Dose Alerts | PharmaDir | 82 | | | | | | | | | | | | | - | | |
| REMS Assessment | Paragon | 84 | | | | | | | | | | | | | - | | |
| Center for Lawful Access | | 30 | | | | | | | | | | | | | - | | |
| PainSAFE | APF per Nancy Stauder | 75 | | | | | | | | | | | | | - | | |
| American Pain Foundation | | 10 | | | | | | | | | | | | | - | | |
| ASHP | | | | 50 | | (50) | | | | | | | | | - | | |
| ACI | | | | 5 | | 5 | | 69 | 33 | 13 | | | | | 125 | | |
| Printing of Brochure | Hamilton | 7 | | | | | | | | | | | | | - | | |
| Scimedica | | 35 | 30 | | | | | | | 35 | | | | | 65 | | |
| HealthLogix | | 25 | | | | | | | | | | | | | - | | |
| Best Practices | | 2 | | | | | | | | | | | | | - | | |
| Applied Clinical Intelligence | | 133 | 19 | | | | | | | | | | | | 19 | | |
| Alert Marketing | | (9) | | | | | | | | | | | | | - | | |
| Quayside Publishing | | - | | | | | | | | | | | | | - | | |
| Selva | | 18 | | | | | | | | | | | | | - | | |
| Adelphi Research | | 4 | | | | | | | | | | | | | - | | |
| IMS Health | | 33 | | | | | | | | | | | | | - | | |
| Quadrant ASHS Books | | 50 | | | | | | | | | | | | | - | | |
| Vision Stream | | 22 | 2 | | | | | | | | | | | | 2 | | |
| Jansen-Cilag | | 3 | 1 | | | | | | | | | | | | 1 | | |
| Burson | | 5 | 5 | | 11 | - | 5 | 5 | 5 | 4 | 5 | 5 | 7 | | 52 | | |
| Dr, Patel | | 4 | | | | | | | | | | | | | - | | |
| Conventions Pcard | | 95 | 1 | | | | | | | | | | 1 | | 2 | | |
| **TTL** | | **2,059** | **87** | **157** | **209** | **25** | **(72)** | **193** | **14** | **43** | **(5)** | **28** | **33** | **73** | **785** | | |
| **Budget** | | **4,555** | **125** | **125** | **125** | **125** | **125** | **125** | **125** | **125** | **125** | **125** | **125** | **125** | **1,500** | **1,500** | **157011240007** |
| | | | | | | | | | | | | | | | | | |
| Pennsaid REMS | Synchrony  Matrix Sept | 131 | - | - | - | - | - | - | - | - | - | - | - | - | - | | |
| **Budget** | | **131** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-0** | | **157011240013** |
| | | - | | | | | | | | | | | | | - | | |
| **Ruby REMS** | | **-** | **-** | **-** | **-** | **-** | **-** | **0** | **-** | **-** | **-** | **-** | **-** | **-** | **0** | | **157011240030** |

Medical Affairs Forecast Detail
$000

| | Product | F11 Actual Annual | F12 Actual Oct | F12 Actual Nov | F12 Actual Dec | F12 Actual Jan | F12 Actual Feb | F12 Actual Mar | F12 Actual Apr | F12 Actual May | F12 Actual Jun | F12 Actual Jul | F12 Actual Aug | F12 Forecast Sep | F12 Actual/LE Annual | F12 Budget Annual | Cost Center |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Generic LOA Class REMS** | | - | - | - | - | - | - | - | - | - | 235 | 124 | 32 | 158 | 549 | | 157011240011 |
| **Budget** | | | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 1,000 | 1,000 | |
| **Generic TIRF Class REMS** | Mckesson/UB | - | - | - | - | 147 | 254 | 47 | 63 | 60 | 324 | 90 | 92 | 94 | 1,170 | | 157011240012 |
| **Budget** | | - | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 900 | 900 | |
| **Pharma Brands REMS** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | |
| Pharma Dir | | - | | | | | | | | | | | | | - | | |
| Tufts | | - | | | | | | | | | | | | | - | | |
| Paragon | | - | | | | | | | | | | | | | - | | |
| Synchrony | | 209 | (30) | - | - | - | - | - | - | - | - | - | - | - | (30) | - | |
| Hamilton | | - | | | | | | | | | | | | | - | | |
| | | - | | | | | | | | | | | | | - | | |
| | | - | | | | | | | | | | | | | - | | |
| TTL | | 209 | - | (30) | - | - | - | - | - | - | - | - | - | - | (30) | | |
| **Budget** | | 1,700 | - | - | - | - | - | - | - | - | - | - | - | - | - | | -157011240003 |
| **Speakers** | | - | | | | | | | | | | | | | - | | |
| Selva | Exalgo | 2,712 | 269 | 199 | 218 | 257 | 19 | 326.42 | (34) | (0) | (156) | 197.00 | (92) | 825 | 2,027 | 2,640 | 157011240017 |
| HealthLogix | Exalgo | | | 261 | 261 | | 261 | 108 | | | (18) | 175 | 876 | | 1,924 | | 157011240017 |
| AHM | Exalgo | 46 | | | | | | | | | | | | | - | | 157011240017 |
| PharMethod | Exalgo | | | | | | | | 185 | (59) | 679 | 61 | 273 | | 1,139 | | 157011240017 |
| Synchrony | Exalgo | | | | | | | | | | | (51) | | | | | 157011240017 |
| Paragon | Exalgo | 98 | | | | | | | | | | | | | - | | 157011240017 |
| Docs | Exalgo | | | | | | | | | | | | 8 | | | | 157011240017 |
| G. Spyropoulos | Brands | 25 | | | | | | | | | | | | | - | | 157011240021 |
| Selva | Pennsaid | 1,282 | 195 | 123 | 132 | 128 | 107 | 227 | (101) | 0 | (12) | (79) | (43) | 75 | 753 | 1,904 | 157011240019 |
| PharMethod | Pennsaid | | | | | | | | 29 | 67 | | 19 | 2 | | 117 | | 157011240019 |
| AHM | Pennsaid | 45 | | | | | | | | | | | | | - | | 157011240019 |
| Dr. Florence | Pennsaid | 3 | | | | | | | | | | | | | - | | 157011240019 |
| Dr, Reichman | Pennsaid | 4 | | | | | | | | | | | | | - | | 157011240019 |
| Dr. Halley | Pennsaid | 4 | | | | | | | | | | | | | - | | 157011240019 |
| Docs | Pennsaid | 16 | 1 | | | | | | | | 14 | 5 | | | 20 | | 157011240019 |
| Paragon | Pennsaid | - | | | | | | | | | | | | | - | | 157011240019 |
| TTL | | 4,235 | 465 | 583 | 611 | 385 | 386 | 662 | 80 | 8 | 507 | 327 | 1,024 | 900 | 5,937 | | |
| **Budget** | | 3,800 | 379 | 379 | 379 | 379 | 379 | 379 | 379 | 379 | 379 | 379 | 379 | 379 | 4,544 | 4,544 | |
| **CME** | | - | | - | - | - | - | (1.30) | - | - | - | 0 | (0) | 50 | 49 | | |
| Cleveland Clinic (464) | | (46) | | | | | | | | | (37) | | | | (37) | | |
| Global Educ (261) | | 610 | | | | | | | | | (76) | | | | (76) | | |
| Remedies | | | | | | | | | | | | 629 | | | 629 | | |
| Univ of Cinc #1 | | | | | | | | | | | | 75 | | | 75 | | |
| Utah Acad | | | | | | | | | | | | 5 | | | 5 | | |
| NAPA Pain Inst #1 | | | | | | | | | | | | | 10 | | 10 | | |
| Postgrad institute for medicine #2 | | | | | | | | | | | | | 156 | | 156 | | |
| U of Nebraska (283) | | 197 | | | | | | | | | | | | | - | | |
| Cr. Passik | | (0) | 4 | (4) | | | | | | | | | | | - | | |
| Pri-med | | - | 197 | | | | | 185 | | | | | | | 382 | | |
| Critical Point NM web training | | 32 | | | | | | | | | | | | | - | | |
| Wash U NM NM Card | | 2 | | | | | | | | | 1 | | | | 1 | | |
| Neurovations Napa Pain Conf | | 10 | | | | | | | | | | | | | - | | |
| University of Colorado | | - | | | | | | | | | | | | | - | | |
| Penn State | | 71 | | | | | | | | | | | | | - | | |
| Johns Hopkins | | 35 | | | | | | | | | | | | | - | | |
| National Assoc. of Nurses | | 75 | | | | | | | | | | | | | - | | |
| Beth Isreal | | 10 | | 15 | | (15) | | | | | | - | | | - | | |
| American Academy of Pain #2 | | | | | 200 | | | | | | | | | | 200 | | |
| medicom Worldwide #2 | | | | | 5 | 5 | (5) | | | | | | | | 5 | | |

Medical Affairs Forecast Detail
$000

| | Product | F11 Actual Annual | F12 Actual Oct | F12 Actual Nov | F12 Actual Dec | F12 Actual Jan | F12 Actual Feb | F12 Actual Mar | F12 Actual Apr | F12 Actual May | F12 Actual Jun | F12 Actual Jul | F12 Actual Aug | F12 Forecast Sep | F12 Actual/LE Annual | F12 Budget Annual | Cost Center |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Univ of Nebraska #9 | | | | | 18 | | | | | 18 | | | | | 36 | | |
| Univ of Nebraska #8 | | | | | | | 15 | | | | | | | | 15 | | |
| Univ of Washington #1 | | | | | 100 | | | | | | | | | | 100 | | |
| Project Lazarus | | | | | | 50 | | (50) | | | | | | | - | | |
| Cedairs Sanai | | | | | | | 2 | | | | | | | | 2 | | |
| American Academy of Family Phys | | | | | | | | | 100 | | | | | | | | |
| Univ Cinc (100) | 100% accrued F10 | - | | | | | | | | | | | | | - | | |
| MedScape (162) | 100% accrued F10 | - | | | | | | | | | | | | | - | | |
| Center for Alcohol | | 10 | | | | | | | | | | | | | - | | |
| Colorado Academy | | 5 | | | | | | | | | | | | | - | | |
| American Pain Society | | 10 | | | | | | | | | | | | | - | | |
| Independent Health | | 10 | | | | | | | | | | | | | - | | |
| PainSAFE | APF per Nancy Stauder | - | | | | | | | | | | | | | - | | |
| Mayo clinic | | 10 | | | | | | | | | | | | | - | | |
| Best Practices | | - | | | | | | | | | | | | | - | | |
| Dr. Patel | | - | | | | | | | | | | | | | - | | |
| Stinson | | - | | | | | | | | | | | | | - | | |
| Misc Adj | | (62) | 6 | (6) | | | | | | | 7 | | | | 7 | | |
| **TTL** | | **978** | **207** | **5** | **323** | **40** | **12** | **135** | **-** | **118** | **(105)** | **709** | **166** | **50** | **1,660** | | |
| **Budget** | | **750** | **200** | **91** | **91** | **91** | **91** | **91** | **91** | **91** | **91** | **91** | **91** | **90** | **1,200** | **1,200** | 008011423194 |
| | | - | | | | | | | | | | | | | - | | |
| **PUBS** | | - | | | | | | | | | | | | | - | | |
| Exalgo | Synchrony | 752 | 0 | 182 | 43 | 119 | 130 | 11 | 123.08 | 150 | 170 | (74) | 263 | 318 | 1,436 | 1,311 | 157011240009 |
| Exalgo | ACI | 23 | | | | | | | 26 | 37 | 52 | | | | 115 | | |
| Pennsaid | Synchrony | 1,638 | (25) | 105 | 6 | (438) | 5 | (129) | 227 | 197 | (214) | (136) | 154 | 134 | (113) | 800 | 157011240016 |
| Pennsaid | ACI | | | | | | | | | 38 | 7 | | - | | 45 | | |
| Pennsaid | Matrix moved to REM | - | - | - | | | | | | | | | | | - | | |
| Ruby | Synchrony | 58 | 25 | 71 | 43 | 208 | 94 | 18 | (16) | 32 | 44 | 6 | 14 | 12 | 552 | 2,600 | 157011240032 |
| Ruby | Other? | | | | | | | | | | | | | | | | |
| **TTL** | | **2,471** | **0** | **357** | **93** | **(111)** | **229** | **(100)** | **360** | **454** | **60** | **(204)** | **432** | **464** | **2,034** | | |
| **Budget** | | **3,320** | **393** | **393** | **393** | **393** | **393** | **393** | **393** | **393** | **393** | **393** | **393** | **393** | **4,711** | **4,711** | |
| | | | | | | | | | | | | | | | | | |
| **MSL Programs** | | - | | | | | | | | | | | | | - | | |
| KOL ID | Scien Adv | - | | | | | | | | | | | | | - | | |
| Training | Synchrony | - | | | | | | | | | | | | | - | | |
| **TTL** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | | |
| **Goaling Reduction** | | **-** | | | | | | | | | | | | | **-** | **(3,337)** | |
| **Goaling Budget** | | | **(278)** | **(278)** | **(278)** | **(278)** | **(278)** | **(278)** | **(278)** | **(278)** | **(278)** | **(278)** | **(278)** | **(278)** | **(3,337)** | **(3,337)** | |
| **Grand TTL** | | **20,751** | **1,685** | **2,138** | **2,123** | **1,415** | **1,934** | **1,916** | **1,113** | **1,907** | **2,120** | **1,929** | **2,693** | **3,085** | **24,058** | | |
| **Budget** | | **31,146** | **2,130** | **2,026** | **1,939** | **1,952** | **2,065** | **1,952** | **1,952** | **2,065** | **1,952** | **1,952** | **2,065** | **1,951** | **24,000** | **24,000** | |
| **Difference vs. Budget** | | (10,395) | (445) | 113 | 184 | (537) | (130) | (36) | (840) | (157) | 168 | (23) | 628 | 1,133 | 58 | | |
| **% of budget** | | 67% | 79% | 106% | 109% | 72% | 94% | 98% | 57% | 92% | 109% | 99% | 130% | | | | |
| **YTD vs. budget** | | | | (332) | (149) | (686) | (816) | (852) | (1,692) | (1,849) | (1,681) | (1,704) | (1,076) | | | | |
| | | | | 92% | 98% | 91% | 92% | 93% | 88% | 89% | 91% | 91% | 95% | | | | |
| **Spend by quarter** | | | | | 5,946 | | | 5,265 | | | 5,140 | | | 7,707 | | | |
| | | | 1,685 | 2,139 | 2,121 | 1,415 | 1,935 | 1,917 | 1,113 | 1,907 | 2,120 | 1,928 | 2,693 | 3,085 | 24,057 | | |
| | | | (1) | (1) | 1 | 0 | (0) | (0) | 0 | 0 | 0 | 1 | 0 | - | 1 | | |
| | | | | | | | | | | | | | | | 2,200 | | |

| | Medical Affairs | | 2010 Actuals Annual | 2011 Actuals Annual | 2012 Actual Working Forecast Y-T-D(Aug) | 2012 Budget 2012 Budget Y-T-D(Aug) | Act vs. Budget Inc/(Dec) Act vs. Budget Y-T-D(Aug) | F12 Latest Estimate Working Forecast Annual | F12 July LE Jul12 FY12 Forecast Annual | F12 Revised Budget Jan12 FY12 Forecast Annual | F12 Remaining Aug/Sep F12 Spend Remaining | F13 LE Working Forecast Y2 Annual | F13 LE Jul12 FY13 Forecast Annual | F13 LE Current vs. Prev F13 Annual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith | 008011420194 Chief Medical Officer | S | 822,777 | 711,591 | 1,309,715 | 685,654 | 624,060 | 1,460,781 | 1,127,968 | 739,365 | 151,066 | 1,061,162 | 1,661,384 | (600,222) | |
| Burroughs | 008011420362 Pharmacovigilence&Drug Safety | S | 1,305,851 | 1,063,428 | 1,304,133 | 1,077,691 | 226,442 | 1,439,323 | 1,491,396 | 1,171,885 | 135,190 | 1,182,687 | 1,473,095 | (290,408) | |
| Bozzini | 008011421194 Global Scientific Affairs | S | - | 4,901 | 0 | 0 | 0 | 0 | 0 | 34,783 | - | 910,768 | 0 | 910,768 | |
| Open | 008011422200 PV NA & Global Medical Info. | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 246,029 | 0 | 246,029 | |
| Bozzini/Pantke | 008011422194 Pharmacovigilance Intl | S | - | 29,200 | 23,195 | 0 | 23,195 | 50,128 | 119,766 | 0 | 26,932 | 1,656,522 | 994,798 | 661,723 | |
| Patrick, Kim | 008011423194 CME/Grants | S | 1,403,789 | 980,952 | 1,608,636 | 1,110,000 | 498,636 | 1,658,636 | 1,633,712 | 534,760 | 50,000 | 3,086,138 | 3,086,138 | - | Remedies F12 628k and F13 |
| Patrick | 008011424190 Global Professional Affairs | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 432,991 | 0 | 432,991 | |
| Patrick | 008011424194 MSL's Pharmaceutical | S | 1,983,831 | 2,148,205 | 2,385,371 | 2,168,777 | 216,594 | 2,663,736 | 2,584,344 | 2,610,505 | 278,365 | 2,885,823 | 3,880,981 | (995,158) | |
| Patrick | 008011424195 MSL's - Imaging | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 562,642 | 0 | 562,642 | |
| Patrick/Fuller | 008011425194 Medical Information | S | 646,539 | 1,297,963 | 999,575 | 1,236,745 | (237,170) | 1,089,019 | 1,184,972 | 1,382,334 | 89,443 | 1,154,873 | 1,213,019 | (58,145) | |
| Patrick | 008011426194 Scientific Comm KM and CME | S | 13,000 | 0 | 180,330 | 0 | 180,330 | 260,181 | 301,976 | 0 | 79,850 | 1,228,457 | 249,674 | 978,783 | |
| Smith | 008011427194 Medical Affairs Latin America | S | - | 0 | 24,749 | 0 | 24,749 | 146,527 | 27,031 | 0 | 121,778 | 420,543 | 0 | 420,543 | |
| Saake | 008011428194 Healthcare Policy & Econ Outcm | S | 251,279 | 308,071 | 501,354 | 516,199 | (14,846) | 581,297 | 670,280 | 556,857 | 79,943 | 1,804,850 | 1,140,066 | 664,784 | |
| Saake | 008011241194 PPS inc. REMS | S | 944,632 | 1,511,453 | 1,007,758 | 1,624,559 | (616,801) | 1,095,054 | 1,177,435 | 1,641,797 | 87,296 | 1,056,501 | 1,215,816 | (159,316) | |
| Saake/Burroughs | 157011240006 REMS Databases | S | 1,055,779 | 1,003,164 | 925,368 | 1,008,333 | (82,966) | 1,009,492 | 1,009,492 | 1,077,373 | 84,124 | 757,119 | 757,119 | - | |
| Patrick, Steffens | 157011240008 Exalgo ISR/Phase IV | S | 133,106 | 650,664 | 723,324 | 1,650,000 | (926,676) | 834,937 | 891,155 | 1,799,993 | 111,613 | 1,325,000 | 1,325,000 | - | |
| Patrick, Steffens | 157011240009 Exalgo MA Publications | S | 316,491 | 775,363 | 1,232,578 | 1,201,750 | 30,828 | 1,550,578 | 1,355,904 | 1,200,448 | 318,000 | 1,200,000 | 1,200,000 | - | |
| Saake/Burroughs | 157011240010 CARESAlliance | S | 1,698,544 | 1,713,228 | 833,330 | 1,695,837 | (862,507) | 902,230 | 842,192 | 1,044,865 | 68,900 | 799,970 | 800,004 | (34) | |
| Saake/Burroughs | 157011240011 Generic LOA Class REMS | S | 0 | 0 | 391,210 | 916,663 | (525,453) | 549,210 | 1,185,001 | 699,993 | 158,000 | 4,505,999 | 3,800,000 | 705,999 | Capitalized Campbell securit |
| Saake/Burroughs | 157011240012 Generic TIRF Class REMS | S | 0 | 0 | 1,076,723 | 825,000 | 251,723 | 1,170,223 | 1,131,597 | 900,000 | 93,500 | 1,200,000 | 1,122,000 | 78,000 | |
| Patrick, Steffens | 157011240014 Pennsaid ISR/Phase IV | S | 1,459 | 228,550 | 388,523 | 733,337 | (344,814) | 419,943 | 440,143 | 799,833 | 31,420 | 650,380 | 650,380 | - | |
| Patrick, Steffens | 157011240016 Pennsaid MA Publications | S | 518,220 | 1,660,643 | (201,672) | 733,337 | (935,009) | (67,672) | (101,142) | 300,153 | 134,000 | 300,000 | 300,000 | - | |
| Patrick, Steffens | 157011240022 Brands ISR/Phase IV | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | - | |
| Patrick, Steffens | 157011240032 Ruby MA Publications | S | 0 | 58,085 | 539,594 | 2,383,337 | (1,843,743) | 551,594 | 589,707 | 2,599,970 | 12,000 | 2,000,000 | 2,000,000 | - | |
| Patrick, Steffens | 157011240033 Ruby ISR/Phase IV | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 1,000,000 | 1,000,000 | - | |
| Patrick, Steffens | 157011240037 Zircon MA Publications | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | - | |
| Patrick, Steffens | 157011240038 Zircon Phase IV | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | - | |
| Saake/Burroughs | 157011240003 Pharm REMS Risk Mgmt | S | 201,229 | 208,703 | (29,781) | 0 | (29,781) | (29,781) | (29,781) | (29,781) | | 0 | 0 | - | |
| Saake/Burroughs | 157011240007 Exalgo REMS | S | 5,560,556 | 2,059,474 | 711,923 | 1,375,000 | (663,077) | 785,123 | 1,111,967 | 1,503,367 | 73,200 | 900,000 | 900,000 | - | |
| Saake/Burroughs | 157011240013 Pennsaid REMS | S | 0 | 130,695 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | - | |
| Saake/Burroughs | 157011240030 Ruby REMS | S | 246 | 4 | 495 | 0 | 495 | 495 | 495 | 0 | | 1,000,000 | 1,000,000 | - | |
| Saake/Burroughs | 157011240035 Zircon REMS | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | - | |
| Patrick, Richie | 157011240017 Exalgo Speaker Program | S | 1,233,989 | 2,856,911 | 4,228,255 | 2,420,000 | 1,808,255 | 5,053,255 | 3,525,728 | 2,650,341 | 825,000 | 5,020,000 | 5,020,000 | - | F12 LE includes 600k for PM |
| Patrick, Richie | 157011240019 Pennsaid Speaker Program | S | 1,254,561 | 1,351,355 | 807,278 | 1,745,336 | (938,058) | 882,278 | 1,034,079 | 1,904,819 | 75,000 | 5,200,000 | 5,200,000 | - | |
| Patrick, Richie | 157011240021 Brands Speaker Program | S | 315,656 | 24,621 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | - | |
| Patrick, Richie | 157011240031 Ruby Speakers Bureau | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | - | |
| Patrick, Richie | 157011240036 Zircon Speakers Bureau | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | - | |
| Patrick, Steffens | 157011240026 Imag Medical Affairs Research | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 600,000 | 600,000 | - | |
| Patrick, Steffens | 157011240027 Imaging Publications | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | - | |
| Patrick, Steffens | 157011240028 Imaging Phase IV | S | 0 | 0 | 0 | 0 | 0 | - | 500,000 | 0 | | 1,299,999 | 1,000,000 | 299,999 | |
| Huels Goaling | 008011428294 Pharma Corp Adj MA Admin | S | 0 | 0 | 0 | (3,058,709) | 3,058,709 | 0 | 0 | 0 | | - | (1,269,358) | 1,269,358 | |
| Huels Goaling | 157011240040 Pharma Corp Adj MA Mktg | S | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1,124,000) | | - | (9,440,124) | 9,440,124 | |
| | Medical Affairs - CYR | N | 19,661,604 | 20,777,226 | 20,971,963 | 22,048,848 | (1,076,885) | 24,056,586 | 24,001,021 | 23,999,666 | 3,084,623 | 44,742,453 | 30,879,992 | 13,862,461 | |
| | Target | | | | | | | | | | 3,084,623 | | | | |
| | Total MA exc. Speakers | | | | 15,936,430 | 17,883,512 | (1,947,082) | 18,121,053 | 19,441,214 | 19,444,506 | | 34,522,453 | 20,659,992 | 13,862,461 | |
| | Total MA exc. Speakers/Imaging/LA | | | | 15,911,681 | 17,883,512 | (1,971,831) | 17,974,526 | 18,914,183 | 19,444,506 | | 32,201,911 | 19,059,992 | 13,141,919 | |
| | Total MA exc. Speakers/Imaging/REMS | | | | 12,723,572 | 13,142,290 | (418,718) | 14,374,420 | 14,307,688 | 14,699,349 | | 23,539,412 | 11,022,176 | 12,517,235 | |
| | | | | | 20,971,963 | 22,048,848 | (1,076,885) | 24,056,586 | 23,806,021 | 23,999,666 | | | | - | |
| | | INGE | | | | | | | | | | | | | |
| Salaries & Benefits | Medical Affairs - CYR | | 3,677,778 | 5,457,881 | 5,106,532 | 5,665,171 | (558,640) | 5,648,600 | 5,638,189 | 5,891,573 | 542,069 | 11,091,326 | 8,348,712 | 2,742,614 | |
| Relocation | Medical Affairs - CYR | 7 | 92,057 | (88,663) | 206,922 | 100,000 | 106,922 | 356,922 | 375,247 | (843) | 150,000 | 400,000 | 350,000 | 50,000 | |
| Consulting /Programs | | | 1,092,348 | 343,099 | 1,379,051 | 450,993 | 928,059 | 988,822 | 1,215,545 | 692,124 | | 2,966,134 | 2,966,134 | - | |
| Other (T&E, Temps, etc) | Medical Affairs - CYR | | 1,105,727 | 1,362,495 | 1,043,675 | 1,093,462 | (49,787) | 1,791,702 | 1,456,187 | 1,554,672 | 748,027 | 146,387 | 163,987 | (17,600) | |
| | Total Department Spend (Admin P&L line) | | 5,967,910 | 7,074,812 | 7,736,180 | 7,309,626 | 426,554 | 8,786,046 | 8,685,168 | 8,137,526 | 1,049,866 | 14,603,847 | 11,828,833 | 2,775,014 | |
| | Project Support Costs (Marketing P&L line) | | 13,693,694 | 13,702,414 | 13,235,783 | 14,739,222 | (1,503,439) | 15,270,540 | 15,315,853 | 15,862,140 | 2,034,757 | 30,138,606 | 19,051,159 | 11,087,447 | |
| | | | 19,661,604 | 20,777,226 | 20,971,963 | 22,048,848 | (1,076,885) | 24,056,586 | 23,806,021 | 23,999,666 | | | | | |

| | Medical Affairs | 2010 Actuals Annual | 2011 Actuals Annual | 2012 Actual Working Forecast Y-T-D(Aug) | 2012 Budget Y-T-D(Aug) | Act vs. Budget Inc/(Dec) Act vs. Budget Y-T-D(Aug) | F12 Latest Estimate Working Forecast Annual | F12 July LE Jul12 FY12 Forecast Annual | F12 Revised Budget Jan12 FY12 Forecast Annual | F12 Remaining Aug/Sep F12 Spend Remaining | F13 LE Working Forecast Y2 Annual | F13 LE Jul12 FY13 Forecast Annual | F13 LE Current vs. Prev F13 Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Patrick** | | | | | | | | | | | | |
| | Headcount (excludes Clark & Steffens budgeted in in PPS) | | | | | | | | | | | | |
| Patrick | 008011424194 Scientific Services (MSL's) | 1,983,831 | 2,177,405 | 2,408,566 | 2,168,777 | 239,789 | 2,713,864 | 2,704,110 | 2,610,505 | 305,298 | 4,542,345 | 4,875,779 | (333,434) |
| Patrick | 008011425194 Medical Communications | 646,539 | 1,297,963 | 999,575 | 1,236,745 | (237,170) | 1,089,019 | 1,184,972 | 1,382,334 | 89,443 | 1,154,873 | 1,213,019 | (58,145) |
| Patrick | Total Headcount | 2,630,370 | 3,475,368 | 3,408,141 | 3,405,522 | 2,619 | 3,802,882 | 3,889,082 | 3,992,839 | 394,741 | 5,697,218 | 6,088,798 | (391,580) |
| | Publications | | | | | | | | | | | | |
| Patrick | 157011240009 Exalgo MA Publications | 316,491 | 775,363 | 1,232,578 | 1,201,750 | 30,828 | 1,550,578 | 1,355,904 | 1,200,448 | 318,000 | 1,200,000 | 1,200,000 | |
| Patrick | 157011240016 Pennsaid MA Publications | 518,220 | 1,660,643 | (201,672) | 733,337 | (935,009) | (67,672) | (101,142) | 300,153 | 134,000 | 300,000 | 300,000 | |
| Patrick | 157011240032 Ruby MA Publications | 0 | 58,085 | 539,594 | 2,383,337 | (1,843,743) | 551,594 | 589,707 | 2,599,970 | 12,000 | 2,000,000 | 2,000,000 | |
| Patrick | 157011240037 Zircon MA Publications | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | |
| Patrick | 157011240027 Imaging Publications | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | - | 600,000 | 600,000 | |
| Patrick | Total Publications | 834,711 | 2,494,091 | 1,570,500 | 4,318,424 | (2,747,924) | 2,034,500 | 1,844,469 | 4,100,572 | 464,000 | 4,100,000 | 4,100,000 | |
| | ISR/Phase IV | | | | | | | | | | | | |
| Patrick | 157011240008 Exalgo ISR/Phase IV | 133,106 | 650,664 | 723,324 | 1,650,000 | (926,676) | 834,937 | 891,155 | 1,799,993 | 111,613 | 1,325,000 | 1,325,000 | |
| Patrick | 157011240014 Pennsaid ISR/Phase IV | 1,459 | 228,550 | 388,523 | 733,337 | (344,814) | 419,943 | 440,748 | 799,838 | 31,420 | 650,380 | 650,380 | |
| Patrick | 157011240033 Ruby ISR/Phase IV | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | | 1,000,000 | 1,000,000 | |
| Patrick | 157011240038 Zircon Phase IV | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | |
| Patrick | 157011240022 Brands ISR/Phase IV | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | |
| Patrick | 157011240028 Imaging Phase IV | 0 | 0 | 0 | 0 | | - | 500,000 | 0 | | 1,299,999 | 1,000,000 | 299,999 |
| Patrick | Total Phase IV | 134,565 | 879,214 | 1,111,846 | 2,383,337 | (1,271,491) | 1,254,879 | 1,831,902 | 2,599,831 | 143,033 | 4,275,379 | 3,975,380 | 299,999 |
| Patrick | Total Programs | 969,276 | 3,373,305 | 2,682,346 | 6,701,761 | (4,019,415) | 3,289,379 | 3,676,371 | 6,700,403 | 607,033 | 8,375,379 | 8,075,380 | 299,999 |
| Patrick | **Total Patrick** | 3,599,646 | 6,848,673 | 6,090,487 | 10,107,283 | (4,016,796) | 7,092,262 | 7,565,453 | 10,693,242 | 1,001,774 | 14,072,597 | 14,164,178 | (91,581) |
| | **Saake** | | | | | | | | | | | | |
| Saake | 008011428194 Economic Impact | 251,279 | 308,071 | 501,354 | 516,199 | (14,846) | 581,297 | 670,280 | 556,857 | 79,943 | 1,804,850 | 1,140,066 | 664,784 |
| Saake | 008011241194 PPS inc. REMS | 944,632 | 1,516,354 | 1,007,758 | 1,624,559 | (616,801) | 1,095,054 | 1,177,435 | 1,676,580 | 87,296 | 1,967,268 | 1,215,816 | 751,452 |
| | Total Headcount | 1,195,911 | 1,824,425 | 1,509,112 | 2,140,758 | (631,647) | 1,676,351 | 1,847,714 | 2,233,437 | 167,239 | 3,772,118 | 2,355,882 | 1,416,236 |
| | Programs | | | | | | | | | | | | |
| Saake | 157011240006 REMS Databases | 1,055,779 | 1,003,164 | 925,368 | 1,008,333 | (82,966) | 1,009,492 | 1,009,492 | 1,077,373 | 84,124 | 757,119 | 757,119 | - |
| Saake | 157011240010 CARESAlliance | 1,698,544 | 1,713,228 | 833,330 | 1,695,837 | (862,507) | 902,230 | 842,192 | 1,044,865 | 68,900 | 799,970 | 800,004 | (34) |
| Saake | 157011240011 Generic LOA Class REMS | 0 | 0 | 391,210 | 916,663 | (525,453) | 549,210 | 1,185,001 | 699,993 | 158,000 | 4,505,999 | 3,800,000 | 705,999 |
| Saake | 157011240012 Generic TIRF Class REMS | 0 | 0 | 1,076,723 | 825,000 | 251,723 | 1,170,223 | 1,131,597 | 900,000 | 93,500 | 1,200,000 | 1,122,000 | 78,000 |
| Saake | 157011240003 Pharm REMS Risk Mgmt | 201,229 | 208,703 | (29,781) | 0 | (29,781) | (29,781) | (29,781) | (29,781) | | 0 | 0 | |
| Saake | 157011240007 Exalgo REMS | 5,560,556 | 2,059,474 | 711,923 | 1,375,000 | (663,077) | 785,123 | 1,111,967 | 1,503,367 | 73,200 | 900,000 | 900,000 | |
| Saake | 157011240013 Pennsaid REMS | 0 | 130,695 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | |
| Saake | 157011240030 Ruby REMS | 246 | 4 | 495 | 0 | 495 | 495 | 495 | 0 | | 1,000,000 | 1,000,000 | |
| Saake | 157011240035 Zircon REMS | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | |
| | Total Programs | 8,516,354 | 5,115,269 | 3,909,267 | 5,820,833 | (1,911,566) | 4,386,991 | 5,250,963 | 5,195,817 | 477,724 | 9,163,088 | 8,379,123 | 783,965 |
| | **Total Saake** | 9,712,264 | 6,939,694 | 5,418,379 | 7,961,592 | (2,543,213) | 6,063,343 | 7,098,677 | 7,429,254 | 644,964 | 12,935,206 | 10,735,005 | 2,200,201 |
| Richie | **Total Speakers Programs** | 2,804,207 | 4,232,887 | 5,035,533 | 4,165,336 | 870,197 | 5,935,533 | 4,559,807 | 4,555,160 | 900,000 | 10,220,000 | 10,220,000 | - |

| | Headcount | 2010 Actuals Annual | 2011 Actuals Annual | 2012 Actual Working Forecast Y-T-D(Jul) | 2012 Budget Y-T-D(Jul) | Act vs. Budget Inc/(Dec) Act vs. Budget Y-T-D(Jun) | F12 Latest Estimate Working Forecast Annual | F12 July LE Jul12 FY12 Forecast Annual | F12 Revised Budget Jan12 FY12 Forecast Annual | F12 Remaining Aug/Sep F12 Spend Remaining | F13 LE Working Forecast Y2 Annual | F13 LE Jul12 FY13 Forecast Annual | F13 LE Current vs. Prev F13 Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith | 008011420194 Chief Medical Officer | 2 | 2 | 2 | | | 2 | 2 | 2 | | 2 | 3 | (1) |
| Burroughs | 008011420362 Pharmacovigilence&Drug Safety | 7 | 8 | 9 | | | 10 | 10 | 8 | | 9 | 11 | (2) |
| Saake | 008011421194 Global Scientific Affairs | 0 | 0 | 0 | | | 0 | 0 | 1 | | 3 | 0 | 3 |
| Burroughs | 008011422200 PV NA & Global Medical Info. | 0 | 0 | 0 | | | 0 | 0 | 0 | | 1 | 0 | 1 |
| Patke | 008011422194 Pharmacovigilance Intl | 0 | 0 | 1 | | | 1 | 1 | 0 | | 9 | 2 | 7 |
| Patrick, Kim | 008011423194 CME/Grants | 0 | 1 | 0 | | | 0 | 0 | 0 | | 0 | 0 | - |
| Patrick | 008011424190 Global Professional Affairs | 0 | 0 | 0 | | | 0 | 0 | 0 | | 2 | 0 | 2 |
| Patrick | 008011424194 MSL's Pharmaceutical | 8 | 10 | 10 | | | 11 | 11 | 10 | | 10 | 14 | (4) |
| Patrick | 008011424195 MSL's - Imaging | 0 | 0 | 0 | | | 0 | 0 | 0 | | 1 | 0 | 1 |
| Patrick | 008011425194 Medical Information | 7 | 9 | 8 | | | 8 | 8 | 7 | | 7 | 7 | - |

| | Medical Affairs | 2010 Actuals | 2011 Actuals | 2012 Actual Working Forecast Y-T-D(Aug) | 2012 Budget 2012 Budget Y-T-D(Aug) | Act vs. Budget Inc/(Dec) Act vs. Budget Y-T-D(Aug) | F12 Latest Estimate Working Forecast Annual | F12 July LE Jul12 FY12 Forecast Annual | F12 Revised Budget Jan12 FY12 Forecast Annual | F12 Remaining Aug/Sep F12 Spend Remaining | F13 LE Working Forecast Y2 Annual | F13 LE Jul12 FY13 Forecast Annual | F13 LE Current vs. Prev F13 Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2010 Actuals Annual | 2011 Actuals Annual | | | | | | | | | | |
| Bozzini | 008011426194 Scientific Comm KM and CME | 0 | 0 | 1 | | | 2 | 2 | 0 | | 7 | 2 | 5 |
| Bozzini | 008011427194 Medical Affairs Latin America | 0 | 0 | 0 | | | 1 | 0 | 0 | | 1 | 0 | 1 |
| Saake | 008011428194 Healthcare Policy & Econ Outcm | 1 | 2 | 2 | | | 2 | 2 | 2 | | 8 | 3 | 5 |
| Saake | 008011241194 PPS inc. REMS | 8 | 8 | 7 | | | 7 | 7 | 8 | | 5 | 7 | (2) |
| | | | | | | | | | | | | | - |
| | Total | 24 | 30 | 40 | | | 44 | 43 | 38 | - | 65 | 49 | 16 |

| Medical Affairs | 2010 Actuals | 2011 Actuals | 2012 Actual | 2012 Budget | Act vs. Budget Inc/(Dec) | F12 Latest Estimate | F12 July LE | F12 Revised Budget | F12 Remaining Aug/Sep | F13 LE | F13 LE | F13 LE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2010 Actuals Annual | 2011 Actuals Annual | Working Forecast Y-T-D(Aug) | 2012 Budget Y-T-D(Aug) | Act vs. Budget Y-T-D(Aug) | Working Forecast Annual | Jul12 FY12 Forecast Annual | Jan12 FY12 Forecast Annual | F12 Spend Remaining | Working Forecast Y2 Annual | Jul12 FY13 Forecast Annual | Current vs. Prev F13 Annual |