# PSJ3
# Exhibit 67



Grant Details - 141011

Prog ID: 141011    Grant Title: Federation of State Medical Boards: "Responsible Opioid Prescribing - A Physician Guide"    Product: PAI

Group: Educational Grant    Rec. Dt: 09/04/2007    Rec. Year: 09/04/2007    Type: Special Programs

Program City: Euless    Program State: TEXAS    Program Zip Code: 76039-    Status: Approved

**Grant Review Details**
MedEd Rev Date:    Rev By:    OIR Folder ID:    Exhibit Opp...
Grant Com Rev Date: 09/17/2007    Response Mail Date:    Received Thank You Note ? ○ Yes ◉ No

Details (Note 1): $100,000 ed grant; to support purchase & distribution of Scott Fishman book to 700,000 to MDs; 9/17/07 GRC: approved $100,000 (J.Da

Rea. For Denial:

Sponsor: Haddox, J. David    Coordinator: Toth, Teri    Last Chgcd By & Date: 141011C    9/11/2007 10:54...

**☺ Contacts** | 📊 Funding Details | 📊 Exhibits | 📊 Due Dates

Contact Type: Requesting Organization    Organization: 13425    Federation of State Medical Boards Research and Education Fou
Name(F,M,L,C): Ms.    Lisa    Robin
Job Title: Project Director    Department:
Address: PO Box 619850

City: Dallas    State: TEXAS    Zip: 75261-9850    Country: USA
Phone:    Ext:    Fax: ( ) -    Email:
Add. Program Comments:

**Alternate Phone Type & Phone #**
First:    ( ) -    Second:    ( ) -

Last Changed By: 141011C    Last Changed Date: 9/11/2007 10:02:54    Page 1 of 1

[Add] [Delete] [Prior] [Next]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004477087

# CHECK REQUEST FORM

**Prior to completing and submitting a check request for payment, please follow these guidelines:**

1. Use this form only in absence of an invoice from a vendor.
   a. When submitting check request, please ensure appropriate <u>original</u> supporting documents are attached verifying payment.
   b. If an invoice is available, do not use this form, simply submit the approved invoice with appropriate account/budget coding.
2. **Please ensure the Payee name and address are correct and is a legitimate business/organization.**
   a. For new vendors, please provide a Tax ID number supplied by the vendor. If Tax ID is not supplied, A/P is required to obtain, delaying payment.
   b. In most cases, the Payee name indicated should be the same payee as on the supporting documentation for audit clarification.
3. **Please ensure approval is by personnel with appropriate Signing Authority prior to submitting to A/P otherwise payment delays may result.**
4. **Checks will be mailed from Accounts Payable to the vendor and will not be returned to Purdue Employees.**
   a. If documents must accompany an outgoing check, please attach, and note in the "Special Instructions" to send the documents with the check.
5. **When form is complete, please send to Accounts Payable in Stamford for processing.**
6. **Checks will be generated and mailed according to the standard payment terms established for this vendor type.**

*(handwritten: TO A/P 10/25/07)*

| COMPANY NAME: (check one) | | | | DATE: |
|---|---|---|---|---|
| **X** PPLP 208 | ☐ Purdue Pharmaceuticals (Wilson) 219 | | | **October 17, 2007** |
| ☐ PF Labs 109 | ☐ Purdue Pharma Technologies Inc 409 | | | |
| ☐ Rhodes 227 | ☐ The Terramar Foundation Inc 504 | | | |
| ☐ Purdue Products LP 307 | ☐ Other: | | | |
| | *(company name & number)* | | | |

Special Instructions:

**PAYABLE TO:** (Use full name - No Abbreviations please - Taxpayer ID# required if new vendor to Purdue)

Federation of State Medical Boards Research & Educaiton Foundation, Inc.   Vendor# 1018957

**ADDRESS: (required)**

400 Fuller Wiser Road, Ste. 300, Euless, Texas  76039

Remit to:  PO Box 619850, Dallas, Texas  75261-9850

**PAYMENT AMOUNT:**

$100,000.00

**Tax ID # (for New Vendors)**

*(Please include vendor letterhead where possible)*

**DESCRIPTION:  (40 characters or less)**

Grant 141011  "Responsible Opioid Prescribing" book distribution

**ACCOUNTING CODES:**

| 208 | 609410 | 4107208 | | |
|---|---|---|---|---|
| Company to charge | SAP Account # | Cost Center | Internal Order # (Project) | Clinical Inv. # (Misc Code) |
| *Required (3 digits) | *Required (6 digits) | *Required (7 digits) | *Optional (2-10 char.) | *Optional (6 char.) |

Teri Toth
_____
Requested By: (Print name)

*(signature: Teri Toth)*
_____
Requested By: (Signature)

J. David Haddox, DDS, MD
_____
Approved By: (Print name)

*(signature)*
_____
Approved By: (Signature)
(cannot be requestor-refer to departmental signing authority limits)

Last revision date: 3/21/05



One Stamford Forum
Stamford, CT 06901-3431
www.purduepharma.com

September 20, 2007

Lisa Robin
Project Director
Federation of State Medical Boards Research
and Education Foundation
PO Box 619850
Dallas, TX  75261-9850

Dear Ms. Robin:

Thank you for your interest in pain management education.  This letter confirms that an educational grant in the amount of $100,000.00 has been approved by Purdue's Grant Review Committee for the following educational program:

**Event:**     **Federation of State Medical Boards: "Responsible Opioid Prescribing - A Physician Guide" Project**
**Date:**      **2007 calendar year**

Purdue Pharma L.P. will provide funding for this educational program.  In compliance with Company policy, please find enclosed our "Letter of Agreement".  Your signature (or that of a designee of your institution) is required on this document and should be returned to me as soon as possible.  Forward the signed original "Letter of Agreement" in the enclosed self-addressed business reply envelope.  Please maintain a copy of this Agreement for your records.  <u>This Agreement cannot be amended.</u>

Please note that we must receive this signed Letter of Agreement in order to initiate payment of funds.

If you have any questions, please do not hesitate to contact Teri Toth by phone at (203)588-8432, by fax at (203)588-6213, or by email at teri.toth@pharma.com.

Best wishes for a successful program.

Sincerely,

Lisa  Miller, PharmD
Chair, Grant Review Committee
Executive Director, Healthcare Education &
Liaison Programs

J. David Haddox, DDS, MD
Vice President
Risk Management & Health Policy

*Dedicated to Physician and Patient*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



*Federation of*
**STATE
MEDICAL
BOARDS**

# RESEARCH & EDUCATION FOUNDATION

**RECEIVED**

SEP – 5 2007

**PAMELA BENNETT**

ENTERED
141011
ed grant /sp pgms

August 29, 2007

Pamela P. Bennett, RN, BSN
Executive Director
Healthcare Alliance Development
Purdue Pharma LP
One Stamford Forum
Stamford, CT  06901-3431

9/17/07
approve
$100,000
SOH budget
Toth LOA, etc.
PCMiller

Dear Ms. Bennett,

Thank you for your continued interest and support for the FSMB Research
and Education Foundation project, *Responsible Opioid Prescribing:  A
Physician Guide*.

As Secretary of the Foundation, I am forwarding a grant proposal for your
consideration to support distribution of the book.  If you have any
questions or need more information, please contact Lisa Robin, FSMB
Vice President, Government Relations, Policy and Education.  Her contact
information is enclosed.

FSMB member State Boards have responded very enthusiastically to the
book, and we look forward to working with them to disseminate the book
to prescribing physicians nationwide.

Thank you for your consideration.

Sincerely,

*James N Thompson*

James N. Thompson, M.D.
Secretary, FSMB Research and Education Foundation

**RECEIVED**

SEP 0 4 2007

**Teri L. Toth**

400 FULLER WISER ROAD • EULESS, TEXAS • 76039
• TEL: (817) 868-4000 • FAX: (817) 868-4097 • WWW.FSMB.ORG

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLP003477089



*Federation of*
**STATE**
**MEDICAL**
**BOARDS**

RESEARCH & EDUCATION FOUNDATION

**To:** Pamela Bennett, Executive Director, Healthcare Alliance
Development, Purdue Pharma L.P.
**From:** James N. Thompson, M.D., Secretary, FSMB Research and Education Foundation
**Re:** Unrestricted Education Grant Request
**Date:** August 29, 2007

**Contact Person:**
Lisa Robin, Project Director
Tel. 817-868-4053   Fax: 817-868-4097
Email: lrobin@fsmb.org

**Contact Person's Address:**
FSMB Research and Education Foundation
P.O. Box 619850
Dallas, TX 75261-9850
[Street Address:] 400 Fuller Wiser Road, Suite 300, Euless, TX 76039

**Institution Name:** FSMB Research and Education Foundation

**Tax Status:** The FSMB Research and Education Foundation is a not-for-profit 501c3
corporation.  The Foundation's **tax ID # is:**       Upon approval, please make
check payable to: **FSMB Research and Education Foundation** and mail to the attention
of Lisa Robin at the above address.

**Program Title:** Physician Education Initiative on Safe and Effective Prescribing
Practices in Pain Management – a NON-CME program

**Funding Requested:** $100,000 unrestricted educational grant.

**Summary of Proposed Activity:** Publication and distribution of *Responsible Opioid
Prescribing, A Physician's Guide* to practicing physicians through their state medical
boards; construction and maintenance of FSMB Research and Education Foundation
"Responsible Opioid Prescribing Website" with updated resources and links.
**See details of program description and goals on following pages.**

Submitted by:


James N. Thompson, MD
Secretary, FSMB Research and Education Foundation

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



One Stamford Forum
Stamford, CT 06901-3431
www.purduepharma.com

**Program ID# 141011**

## *Letter of Agreement*

This letter will serve as an Agreement between <u>Federation of State Medical Boards Research and Education Foundation</u> (hereinafter "Recipient") and Purdue Pharma L.P. (hereinafter "Commercial Supporter"), whereby the Commercial Supporter will provide funding to the Recipient in support of the following program or initiative (hereinafter "Program"):

- "Responsible Opioid Prescribing – A Physician Guide" Project
- 2007 calendar year

1. Grant funding made in support of the Program shall be in the amount of <u>$100,000.00</u> paid directly to the Recipient.  Grant monies must be used for the stated purposes as approved by the Grant Review Committee.

2. Recipient agrees to furnish the Commercial Supporter a post program communication concerning the expenditure of the funds provided and a summary of the program outcome.  This may be an email or letter including program evaluation summation, scientific metrics, outcomes measures or an overall review of the activities accomplished.

3. After reconciliation of the program, the Recipient will return any excess funds to Purdue Pharma L.P.

4. Outcomes summaries and returned funds should be addressed to:

   Teri Toth, Assistant Manager, Medical Education
   c/o Purdue Pharma L.P.
   One Stamford Forum
   Stamford, CT 06901-3431
   teri.toth@pharma.com

5. Recipient agrees to name Purdue Pharma L.P. as a source of funding in any program materials and orally during the program.

6. In advance of the Program, Recipient agrees to disclose any relevant financial relationships between any faculty and Commercial Supporter, including the name of the faculty, the name of the Commercial Supporter, and the nature of the financial relationship.

*Dedicated to Physician and Patient*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*Purdue Pharma L.P.*

*The Recipient has the responsibility of all payment to the faculty.*

*Accepted by:*

_James N. Thompson_
For the Recipient

_President/CEO_
Title

_10/6/07_
Date

_Lisa C. Miller_
Lisa C. Miller, PharmD
Chair, Grant Review Committee
Executive Director, Healthcare Education
and Liaison Programs
*For Purdue Pharma L.P.*

_9/25/07_
Date

LOA – 5.22.2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477092

## Toth, Teri

| | |
|---|---|
| **From:** | Miller, Lisa Dr. |
| **Sent:** | Thursday, August 21, 2008 3:26 PM |
| **To:** | Toth, Teri |
| **Subject:** | FW: 2008-8 FSMB Book distribution status |
| | |
| **Attachments:** | 2008-8 Book distribution status.doc |

Teri,

Please add the attachment to the FSMB grant file regarding the distribution of the Fishman books, as an interim outcome.

Thank you.

Lisa

*Lisa C. Miller, Pharm.D.*
Healthcare Education and Liaison Programs
Purdue Pharma L.P.
Stamford, CT
(203) 588-7635
*Before printing, think about the environment*

---

| | |
|---|---|
| **From:** | Dover, Dr. Kristi |
| **Sent:** | Thursday, August 21, 2008 2:45 PM |
| **To:** | Philbrook, Melinda |
| **Cc:** | Miller, Lisa Dr. |
| **Subject:** | 2008-8 FSMB Book distribution status |

Melinda,

Attached is the updated listing for FSMB distributions of the book, *Responsible Opioid Prescribing* to-date.

Please contact me if questions arise.

*Kristi*
Kristi R. Dover, PharmD
Senior Area Director, Medical Liaisons
Medical Liaison Alliance Outreach
Purdue Pharma L.P.
(817) 442-1417



2008-8 Book
distribution statu...

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477093

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Numbers from FSMB as of 8/21/08:**

| | | |
|---|---|---|
| Alabama | 450 | To select physician specialists per discretion of Alabama State Board of Medical Examiners |
| Florida-Osteopathic | 4,000 | To all licensed osteopathic physicians practicing in-state. |
| Washington, DC | 4,140 | To all licensed physicians practicing in-district. |
| Maine–Medical | 3,140 | To licensed physicians and other prescribers per discretion of Maine Board of Licensure in Medicine. |
| Maine–Osteopathic | 700 | To licensed physicians and other prescribers per discretion of Maine Board of Osteopathic Licensure. |
| Montana | 1,800 | To all licensed physicians and other prescribers per discretion of the Montana Board of Medical Examiners. |
| New Hampshire | 4,100 | To all licensed physicians practicing in-state. |
| New Mexico | 4,500 | To all licensed physicians practicing in-state. |
| North Carolina | 22,000 | To all licensed physicians practicing in-state. *Scheduled distribution was April but this is still pending further work between FSMB and the NC board.* |
| North Dakota | 300 | To select physicians per discretion of the North Dakota State Board of Medical Examiners |
| Oklahoma-Medical | 6,000 | To all licensed (allopathic) physicians practicing in-state. |
| Vermont-Medical | 4,300 | To all licensed allopathic physicians and other prescribers practicing in-state. |
| Virginia | 20,000 | To licensed physicians, residents and other prescribers per discretion of Virginia Board of Medicine |
| West Virginia-Medical | 4,525 | To licensed physicians and other prescribers per discretion of West Virginia Board of Medicine |
| West Virginia-Osteopathic | 675 | To all licensed physicians practicing in-state. |

| | | |
|---|---|---|
| **Total:** | **80,630** | |
| | - 22,000 | Exclusion of previous amount reported for North Carolina that has not yet been distributed. |
| **Actual:** | **58,630** | |

PPLP003477094



**Grant Details - 141011**

Prog ID: 141011  Grant Title: Federation of State Medical Boards: "Responsible Opioid Prescribing - A Physician Guide"  Product: PAI

Group: Educational Grant  Req. Dt: 09/04/2007  Due Year: 09/04/2007  Type: Special Programs

Program City: Euless  Program State: TEXAS  Program Zip Code: 76039-  Status: Approved

Grant Review Details
Meded Rev Date:  Rev Br:  Old Polna ID:  Exhibit Opp:

Grant Com Rev Date: 09/17/2007  Presence Mail Date:  Received Thank You Note?: ○ Yes ● No

Details (Notes 1): support purchase & distribution of Scott Fishman book to 700,000 to MDs; 9/17/07 GRC: approved $100,000 (J.David Haddox budget)

Rea. For Denial:

Sponsor: Haddox, J. David  Coordinator: Toth, Teri  Last Chged By & Date:  BY 1 200? 160254

Contacts | Pending Details | Exhibit | Org Dates

Contact Type: Requesting Organization  Organization: 13425  Federation of State Medical Boards Research and Education Fou

Name (F-M-L-C): Ms. Lisa Robin  Add

Job Title: Project Director  Department:  Delete

Address: PO Box 619850  Prior

Next

City: Dallas  State: TEXAS  Zip: 75261-9850  Country: USA

Phone:  Ext:  Fax: [ ] -  Email:

Add. Program Comments:

Alternate Phone Type & Phone #:

Ready

Start | Inbox - Microsoft Outlook | OutReach | Microsoft Excel - Check... | 10:54 AM

---

*Approved*

*J.DH. Budget*

☑ *Call* 9/19 *c/sa robin*

☑ *LOA/LTR.*

*Manual check*

*4107* 9/19
*609410*

*Check has Tranfered*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Toth, Teri**

| | |
|---|---|
| **From:** | Kelly, Charles |
| **Sent:** | Thursday, September 20, 2007 10:45 AM |
| **To:** | Haddox, Dr. J. David |
| **Cc:** | Toth, Teri; Miller, Lisa Dr. |
| **Subject:** | RE: GRC |

David,  The $100k in the Pharma Fund has been transferred to your Special Project budget.

CHUCK x7037

---

**From:** Haddox, Dr. J. David
**Sent:** Monday, September 17, 2007 5:21 PM
**To:** Miller, Lisa Dr.
**Cc:** Toth, Teri; Kelly, Charles
**Subject:** RE: GRC

Thanks, Lisa.

Dave

J. David Haddox, DDS, MD
VP, Risk Management & Health Policy
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
V: 203.588.7667
F: 203.588.6242
Ms. Beatriz Arredondo, Administrative Associate
V: 203.588.8017

---

**From:** Miller, Lisa Dr.
**Sent:** Monday, September 17, 2007 4:46 PM
**To:** Haddox, Dr. J. David
**Cc:** Toth, Teri
**Subject:** RE: GRC

David,

It was considered and approved from your budget today.

Teri will be in tomorrow and will provide electronic communications.

Lisa

Lisa C. Miller, Pharm.D.
Executive Director, Healthcare Education & Liaison Programs
Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901
(203) 588-7635
lisa.miller2@pharma.com

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477096

| From: | Haddox, Dr. J. David |
|-------|----------------------|
| Sent: | Monday, September 17, 2007 4:42 PM |
| To: | Miller, Lisa Dr. |
| Subject: | GRC |

Lisa,

Did the GRC consider the FSMB request to fund the book distribution? I recall Teri saying it would be considered today.

Thanks

Dave

J. David Haddox, DDS, MD
VP, Risk Management & Health Policy
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
V: 203.588.7667
F: 203.588.6242
Ms. Beatriz Arredondo, Administrative Associate
V: 203.588.8017

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477097

For Internal use only

Grant Committee Committee Report

| | |
|---|---|
| **Program #** | 141011 |
| **Grant Type / Group** | Educational Grant |
| **Contact Organization** | Federation of State Medical Boards Research and Education Foundation(13425) |
| **Program Title** | Federation of State Medical Boards: "Responsible Opioid Prescribing - A Physician Guide" |
| **Program Location** | |
| **City, State** | Euless, TX |
| **Program Notes I** | **$100,000 ed grant; to support purchase & distribution of Scott Fishman book to 700,000 to MDs** |
| **Program Notes II** | |
| **Program Start Date** | 9/4/2007 |
| **Program End Date** | 9/4/2007 |
| **Est. Attendance** | |
| **Professional Group** | |
| **Specialty** | |
| **$ Requested** | $100,000.00 |
| **Notes** | |
| **Grant Committee Decision** | $0.00 |
| **Notes** | |
| **Organization Contact** | Ms. Lisa Robin |
| **Contact Title / Department** | Project Director |
| **Contact Address** | PO Box 619850 |
| **Contact Address 2** | |
| **City, State zip** | Dallas, TX 75261 9850 |
| **Phone #** | |
| **Fax #** | ()- |
| **Email Address** | |
| **Sponsor Name** | J. David Haddox |
| **Field Info.** | 00000000 / No Territory Assigned / |
| **Exhibit Opportunity** | No |
| **Coordinator Name** | Teri L. Toth |

Run date : 09-12-2007 09-42-57
Where : AND DIS_DATE = To_Dat

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477098



*Federation of*
**STATE**
**MEDICAL**
**BOARDS**

RESEARCH & EDUCATION FOUNDATION

August 29, 2007

**RECEIVED**

SEP – 5 2007

**PAMELA BENNETT**

ENTERED
141011
ed grant / sp pgms

Pamela P. Bennett, RN, BSN
Executive Director
Healthcare Alliance Development
Purdue Pharma LP
One Stamford Forum
Stamford, CT 06901-3431

9/17/07
Approve
$100,000
SOH budget
Troth LOA, etc.
PONeller

Dear Ms. Bennett,

Thank you for your continued interest and support for the FSMB Research and Education Foundation project, *Responsible Opioid Prescribing: A Physician Guide.*

As Secretary of the Foundation, I am forwarding a grant proposal for your consideration to support distribution of the book. If you have any questions or need more information, please contact Lisa Robin, FSMB Vice President, Government Relations, Policy and Education. Her contact information is enclosed.

FSMB member State Boards have responded very enthusiastically to the book, and we look forward to working with them to disseminate the book to prescribing physicians nationwide.

Thank you for your consideration.

Sincerely,

*James N. Thompson*

James N. Thompson, M.D.
Secretary, FSMB Research and Education Foundation

**RECEIVED**

SEP 0 4 2007

**Teri L. Toth**

400 FULLER WISER ROAD · EULESS, TEXAS · 76039
· TEL: (817) 868-4000 · FAX: (817) 868-4097 · WWW.FSMB.ORG

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477099



*Federation of*
# STATE
# MEDICAL
# BOARDS

### RESEARCH & EDUCATION FOUNDATION

**To:** Pamela Bennett, Executive Director, Healthcare Alliance
Development, Purdue Pharma L.P.
**From:** James N. Thompson, M.D., Secretary, FSMB Research and Education Foundation
**Re:** <u>Unrestricted Education Grant Request</u>
**Date:** August 29, 2007

**Contact Person:**
Lisa Robin, Project Director
Tel. 817-868-4053   Fax: 817-868-4097
Email: lrobin@fsmb.org

**Contact Person's Address:**
FSMB Research and Education Foundation
P.O. Box 619850
Dallas, TX 75261-9850
[Street Address:] 400 Fuller Wiser Road, Suite 300, Euless, TX 76039

**Institution Name:** FSMB Research and Education Foundation

**Tax Status:** The FSMB Research and Education Foundation is a not-for-profit 501c3
corporation.  The Foundation's **tax ID # is:** ▮▮▮▮▮▮▮.  Upon approval, please make
check payable to: **FSMB Research and Education Foundation** and mail to the attention
of Lisa Robin at the above address.

**Program Title:** Physician Education Initiative on Safe and Effective Prescribing
Practices in Pain Management – a NON-CME program

**Funding Requested:** $100,000 unrestricted educational grant.

**Summary of Proposed Activity:** Publication and distribution of *Responsible Opioid
Prescribing, A Physician's Guide* to practicing physicians through their state medical
boards; construction and maintenance of FSMB Research and Education Foundation
"Responsible Opioid Prescribing Website" with updated resources and links.
**See details of program description and goals on following pages.**

Submitted by:


James N. Thompson, MD
Secretary, FSMB Research and Education Foundation

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                       PPLP003477100

## Purdue Pharma LP Educational Grant Request

## ATTACHMENT

### RE: Grant Proposal Submitted by the FSMB Research and Education Foundation

### DESCRIPTION OF PROGRAM

**Program Description and Goal**
The Federation of State Medical Board's Research and Education Foundation (The Foundation), a 501c3 non-profit foundation, is initiating a physician education program to promote transparency and pharmacovigilance among physicians who prescribe opioids for pain management. The Foundation will work with individual state medical boards to distribute a book, *Responsible Opioid Prescribing, A Physician's Guide* which translates the FSMB's *Model Policy for the Use of Controlled Substances for the Treatment of Pain*, a consensus guideline for providing appropriate pain care while protecting against the risk of abuse, addiction and diversion of opioids, into office-based practice.

**Proposed Program**
The Foundation is launching the nationwide distribution of the book, *Responsible Opioid Prescribing, A Physician's Guide*. This book explains the FSMB's *Model Policy for the Use of Controlled Substances for the Treatment of Pain* including pragmatic implementation strategies for risk reduction of addiction, abuse, and diversion, patient education and monitoring in an office-based practice setting.

Specifically, The Foundation is requesting an unrestricted educational grant in the amount of $100,000 as seed money in a $3,124,500 campaign to:
1) Print and distribute 700,000 copies of the book to all practicing licensed physicians in U.S. through each of the 70 state medical boards, beginning in states that have indicated their interest in working with the Foundation to educate physicians in their states, including California, North Carolina, Virginia, Connecticut, Vermont, Maine, New Mexico, and Nevada; and,
2) Fund development and maintenance of a Foundation website featuring updated information and links regarding state and federal regulations, guidelines, and physician tools for responsible prescribing of opioids in pain management.

**Program Background**
FSMB developed the *Model Policy* at the direction of an advisory council made up of medical regulators, experts in pain and addiction medicine, medical education, policy-makers, law enforcement, and consumer advocates. In addition to state medical boards, the council included representatives from the American Medical Association, National Association of Attorneys General, American Alliance of State Cancer Pain Initiatives, Academy of Addiction Psychiatry, Drug Enforcement Administration, National Institutes of Health, American Academy of Pain Medicine, Center for Practical Bioethics, Center for Health Care Ethics, National Council of State Boards of Nursing, National Association of Boards of Pharmacy,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    PPLP003477101

Citizen Advocacy Center, and the University of Wisconsin Pain and Policy Studies Group.
The FSMB Model Policy promulgates seven principles of safe opioid prescribing:
1. Evaluation of the Patient
2. Treatment Plan
3. Informed Consent and Agreement for Treatment
4. Periodic Review
5. Consultation
6. Medical Records
7. Compliance with Controlled Substances Laws and Regulations

The Foundation commissioned Scott Fishman, MD to author the book, *Responsible Opioid Prescribing, A Physician's Guide*. The project was overseen by a blue ribbon advisory board comprised of leaders in pain medicine, representatives of relevant non-profits, and representatives of relevant state and national government regulatory agencies. (See enclosed copies of the book.).

## LEARNING OBJECTIVES

Educating physicians about safe prescribing of controlled substances is widely recognized as the first line of defense against addiction, abuse and diversion. Equally important, physicians who understand the regulatory guidelines governing opioid prescribing will be better equipped to effectively treat their patients in pain. Though the majority of state medical boards have adopted policy or rules reflecting the FSMB *Model Policy*, surveys confirm that very few physicians are familiar with them, and even fewer implement them in a clinical setting.

To serve the unmet needs for treating and educating pain patients shouldered largely by primary care physicians, *Responsible Opioid Prescribing* will offer physicians a consistent methodology to:
- assess patients for opioid therapy based on a detailed self-administered patient history
- identify and screen patients at high risk for addiction or abuse
- educate patients about risks and benefits of long-term opioid therapy
- customize physician-patient agreements that incorporate functional goals
- monitor patients at subsequent prescribing visits using objective measures of functional outcomes that indicate risk of tolerance, addiction, diversion, or abuse
- document a consistent, detailed and readily available patient medical record
- inform themselves about required compliance with controlled substances laws and regulations.

By disseminating the book through individual state medical boards, the Foundation is well-positioned to lead this educational initiative. Most significantly, from an implementation perspective, prior physician outreach programs have demonstrated that *doctors read and respond to mailings from state medical boards at dramatically higher rates compared to other direct mail.*

FSMB Research and Education Foundation Grant Attachment                    2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP003477102

## EDUCATIONAL NEEDS ASSESSMENT:

Over the past decade prescription drug abuse has become a major public health concern. The incidence and rate of abuse is growing, especially abuse of prescription opioids. Results from the 2002 National Survey on Drug Use and Health indicate that 6.2 million Americans age 12 and older are current users of prescription drugs for nonmedical purposes, with the majority abusing pain relievers. According to the same survey, the number of new initiates to nonmedical pain reliever use increased from 628,000 in 1990 to 2.7 million in 2000. Drug abuse warning network (DAWN) data show that rates per 100,000 of emergency room mentions of narcotic analgesics combinations have increased 138.7% from 1995 to 2002 and 18.5% from 2001 to 2002.

Concurrently, the advent of Pain Medicine as a medical subspecialty has raised awareness of the therapeutic role for long-term opioids in chronic pain management, as well as the costs of untreated chronic pain (Katz, 2002). New and more potent synthetic opioids with novel delivery systems have been developed and approved for chronic pain management (Fisher et al., 2003; Geller, 2002; Mystakidou, 2002; Palangio et al., 2002.)

Primary care physicians are regularly presented with patients whose pain may be appropriately treated with opioid therapy upon screening and assessment for substance abuse or abuse potential.(Potter et al., 2001) Accordingly, informed and educated physicians, especially in the primary care setting where most pain patients will present, are the best defense against addiction, abuse, and diversion of prescription opioids (Kroenke and Jackson, 1998). Yet primary care physicians currently receive minimal training in pain management and drug abuse prevention (Gallagher, 1999; Stieg et al, 1999). Because pain is a subjective symptom that is difficult to validate or refute, and because signs of addiction are often impossible to detect in a single physician visit, primary care physicians are often targeted by drug-seekers and "doctor shoppers."(Reid et al., 2002).

In the subjective clinical environment of pain medicine, risk reduction largely relies on a physician's accurate interpretation of patient self-report and assessment of functional outcomes. The Foundation initiative described herein is designed to assist primary care physicians in making and documenting these subtle interpretations and assessments, and thereby reduce risk.

Prevention of prescription drug abuse – particularly opioid abuse – begins with rational and safe prescribing (Fishman and Mao, 2002). This initiative will offer physicians a consistent assessment, treatment, and follow-up protocol for managing pain patients over the course of long-term opioid therapy. The expected result will be a better-documented medical record, improved patient adherence and reduced adverse outcomes and aberrant behaviors.

Notwithstanding progress in establishing pain policies and the availability of tools to support physicians in diagnosing, treating and monitoring patients on opioid therapy, there remains a need for practical information to support appropriate and responsible prescribing practices, including how to utilize assessment and other tools into a treatment and prescribing plan. This initiative is in response to this educational need as expressed by state medical boards, as well as professional societies, patient advocates, and law enforcement.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

<u>A Public Health Opportunity: Consensus Support for Model Guidelines</u>

The convergence of several trends in public health, state-based physician regulation, and law enforcement have created both a need and an opportunity for disseminating, implementing, and promulgating the Federation of State Medical Boards (FSMB) *Model Policy for the Use of Controlled Substances for the Treatment of Pain.*

The FSMB is the representative association and collective voice for the 70 state medical boards in the U.S. and Territories. As such, FSMB provides products and services, including examination, data, education, advocacy and policy analysis and development. In keeping with its mission to develop and promulgate high standards for physician practice and regulation, in 1997 the FSMB embarked upon an initiative to develop and promulgate model pain guidelines in an effort to encourage state medical boards to adopt policy to support and advance patient access to appropriate pain management, including use of opioids when appropriate. To more clearly articulate and recognize the undertreatment of pain as a serious public health problem and assure currency, the FSMB revised and expanded its 1998 model pain guidelines to emphasize 1) that pain management is important and integral to the practice of medicine; 2) that the nonmedical use of opioids poses a threat for the individual and society; and, 3) that physicians have a responsibility to minimize the potential for abuse and diversion. The *Model Policy for the Use of Controlled Substances for the Treatment of Pain* was adopted as official FSMB public policy in May 2004.

Over the past several years, the vast majority of state medical boards have adopted policy, rules or regulations which reflect the principles contained in the *Model Policy* thereby promulgating boards' expectations regarding appropriate prescribing practices as related to controlled substances. And, despite increasing concern regarding abuse and diversion, pain policies have improved the quality of and access to appropriate pain care in the U.S. To further advance patient access to appropriate pain care and minimize risks of abuse and diversion, the Foundation developed the book, *Responsible Opioid Prescribing, A Physician's Guide,* the first coordinated effort to translate pain policy into clinical practice. Distribution of the book to practicing physicians will significantly support efforts to alleviate confusion among physicians as to their respective obligations to patients in pain and to comply with state and federal regulations; and, address physicians' fear of regulatory scrutiny even when prescribing in appropriate settings, all contributing factors to the undertreatment of pain.

## PROGRAM AGENDA

### Publication, Distribution and Dissemination (beginning in Summer, 2007)
Working in collaboration with publisher, Waterford Life Sciences and author, Scott Fishman, MD, and individual state medical boards, the Foundation will distribute print copies of the book to physicians on a state-by-state basis, as funds are raised. Beginning Summer 2007 and continuing through 2008, books will be distributed by and or on behalf of the state medical boards, accompanied by a letter to licensees from the state medical board. In addition, the

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        PPLP003477104

Foundation will host a website that will offer physicians state-by-state guidelines, online links, and other up-to-date resources for safe and effective pain management.

## Project Management

The Federation of State Medical Boards will manage this initiative through its Research and Education Foundation, a 501c3 organization. Lisa Robin, the FSMB's Vice President of Government Relations, Policy and Education, will serve as project director, with publishing and distribution support from Joshua Horwitz, President of Waterford Life Sciences, and book author, Scott Fishman, MD.

## Sponsorship Credit

All project sponsors will be credited equally.

## Background briefs on principal collaborators:

### Lisa Robin, FSMB, Vice President, Government Relations, Policy, and Education

Lisa A. Robin is Vice President of Government Relations, Policy and Education with the Federation of State Medical Boards, a national non-profit association of the medical licensing and disciplinary boards in the United States and territories. She oversees the Federation's government relations, policy analysis and development, educational services and products, and National Internet Clearinghouse. During her twelve-year tenure at the Federation, Ms. Robin has been active in policy development and implementation, including the development of policy documents addressing such issues as the use of controlled substances for the treatment of pain, scope of practice, professional conduct and ethics, telemedicine, Internet prescribing and medical practice, quality of care and maintenance of competence, office-based surgery, complementary and alternative medicine, sexual boundaries, and license portability. Ms. Robin has developed several special pain educational projects, including: *Achieving Balance and Consistency in the Regulatory Oversight of Pain Care* and *Opioid Addiction Treatment in the Medical Office*, and the video, *Facing Fears: Pain, Medication, and End of Life Care*.

### Scott Fishman, MD, Past President, AAPM

Dr. Fishman is nationally renowned pain specialist who lectures on all aspects of pain and its treatment throughout the US. His multidisciplinary credentials include anesthesiology, psychiatry, and internal medicine. He is Chief of the Division of Pain Medicine and Professor of Anesthesiology at the University of California, Davis, is Immediate Past President of the American Academy of Pain Medicine, and sits on the Board of Directors for the American Pain Foundation. He serves as a consultant to numerous government agencies and organizations such as the Federation of State Medical Boards, The Drug Enforcement Agency (DEA), the US Department of Justice, and the American Medical Association. He sat on the committees that drafted the FSMB and Medical Board of California's model guidelines for the use of controlled substances in pain medicine. In addition to authoring numerous CME courses in pain medicine, Dr. Fishman has also co-authored *The Massachusetts General Hospital Handbook of Pain Management* [Lippincott Williams and Wilkins 2003] as well as the upcoming book, *Essentials of Pain Medicine* [Elsevier]. He has

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PPLP003477105

authored over 100 peer-reviewed articles in medical journals, and other scholarly reviews and is the editor of the Forensic Pain Section in the journal Pain Medicine.

**Joshua Horwitz, President, Waterford Life Science**
Mr. Horwitz brings more than 20 years of experience in medical media, educational outreach, and book publishing to this project. As President of Waterford Life Sciences, he specializes in medical education collaborations between public and private entities. He has managed innovative educational outreach projects in collaboration with the Mayo Clinic, Stanford University Medical Center, and Beth Israel Medical Center, and has produced award-winning books, audio and web-based media in collaboration with HarperCollins, Random House, DiscoveryHealth.com, and various health care companies.

**Stephen Braun, medical writer**
Stephen Braun is an award-winning medical writer and multi-media producer with experience in book writing directly relevant to this project; including writing and developing an award-winning chronic pain CME for NERI (New England Research Institutes). His works in all media, including books, video, CD-ROM, and the Web have earned awards for their outstanding creativity, accuracy, and high production values.

### Project Advisory Board

**Regina M. Benjamin, M.D., M.B.A.**
Chair-elect Federation of State Medical Boards

**Anton Bizzell, M.D.**
Medical Officer
Center for Substance Abuse Treatment
Division of Pharmacologic Therapies
Substance Abuse & Mental Health Administration

**Myra Christopher**
President & CEO
Center for Practical Bioethics

**Perry G. Fine, M.D.**
Professor of Anesthesiology
University of Utah, School of Medicine

**Rollin M. Gallagher, M.D., M.P.H.**
Clinical Professor of Psychiatry & Anesthesiology
Director, Center for Pain Medicine, Research & Policy
University of Pennsylvania
Director of Pain Management
Philadelphia VA Medical Center

**Aaron Gilson, Ph.D.**
Associate Director for U.S. Policy Research

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PPLP003477106

Pain & Policy Studies Group/WHO Collaborating Center
University of Wisconsin - Madison

**William Harp, M.D.**
Executive Director
Virginia Board of Medicine

**Rebecca Kirch**
Assistant Director of Policy
American Cancer Society

**Michael Moskowitz, M.D.**
Assistant Professor, Anesthesiology and Pain Medicine
School of Medicine, University of California, Davis

**David Thornton**
Executive Director
Medical Board of California

**James N. Thompson, M.D.**
President/CEO, FSMB
Secretary, FSMB Research and Education Foundation

## ITEMIZED BUDGET

| Item | Cost |
|------|------|
| Construction of www.fsmb.org/pain website | 10,000 |
| Website maintenance and updating (through 2008) | 10,000 |
| Wholesale purchase of finished books at 70% discount off $12.95 retail price: $3.88 x 700,000 physicians (the FSMB Foundation will receive a royalty from the publisher on each copy distributed) | 2,716,000 |
| Mailshop fulfillment costs (net of postage)= $.42x700,000 | 294,000 |
| Nonprofit postage: $.85 x 700,000 | 59,500 |
| FSMB Research and Education Administrative Costs re outreach to and management of State Medical Board mailings | 35,000 |
| **TOTAL PROJECT BUDGET** | $3,124,500 |
| **REQUESTED GRANT AMOUNT** | $100,000 |

FSMB Research and Education Foundation Grant Attachment                    7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              PPLP003477107

**Toth, Teri**

| | |
|---|---|
| **From:** | Toth, Teri |
| **Sent:** | Wednesday, September 19, 2007 1:24 PM |
| **To:** | Haddox, Dr. J. David |
| **Cc:** | Miller, Lisa Dr. |
| **Subject:** | FSMB Grant |

Dave,

The Grant Review Committee has reviewed and voted to approve a $100,000 grant to the Federation of State Medical Boards in support of the "Responsible Opioid Prescribing: A Physician Guide" project.

Funding will come from your budget (4107 special projects). Chuck and I have already discussed the transfer of funds to your special projects pool. I will be drafting an approval letter for you and Lisa to sign and send out a Letter of Agreement to FSMB. Once I receive that LOA back, I will complete a check request for your signature.

I left a voice mail with Lisa Robin this morning letting her know of the approval and the forthcoming paperwork being sent.

Thank you,
Teri

**Teri L. Toth**
Assistant Manager, Medical Education
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT  06901-3431
(203) 588-8432
(203) 588-6213 *fax*

9/19/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Toth, Teri

| | |
|---|---|
| **From:** | Haddox, Dr. J. David |
| **Sent:** | Tuesday, September 11, 2007 8:28 AM |
| **To:** | Toth, Teri |
| **Cc:** | Miller, Lisa Dr.; hru; Kelly, Charles |
| **Subject:** | RE: New FSMB Book by Scott Fishman MD |

Teri,

Thanks for the opportunity to comment in support of this grant.

Purdue has been at the forefront of efforts to promote the proper therapeutic use of opioid analgesics, including funding the very first meeting of the AAPM/APS/ASAM leadership (when I was president of AAPM) to begin the collaboration that eventually led to the Consensus statement on definitions of pain and addiction. Many of the players in that effort have also been involved with this newest effort of the FSMB to provide guidance to physicians who use these medicines. Purdue was involved in funding the meeting that led to the revision of the Model Guidelines to become what is now the Model Policy, upon which Dr. Fishman's book is based. I also represented Purdue at that meeting and many of my suggestions and clarifications were accepted by the group the revised the Guidelines into the Policy document it is today. In addition, at Dr. Fishman's request, I performed a detailed review of his final draft and submitted the comments to him, many of which, I am told, he accepted. Thus, Purdue has had an extensive, but entirely appropriate, involvement in the efforts that led to the development of the book and the Policy from which it derives. To contribute the funding for distribution of this book would be a natural sequela to our efforts to educate physicians about this area of health care.

I fully support this and have asked John Stewart for permission to transfer funds originally budgeted by me in the Purdue Pharma Fund for another reason to my Special Projects budget to fund this grant to FSMB, if it is approved by the GRC. As you can see by his response below, he has authorized this budget transfer.

Dave

J. David Haddox, DDS, MD
VP, Risk Management & Health Policy
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901-3431
V: 203.588.7667
F: 203.588.6242
Ms. Beatriz Arredondo, Administrative Associate
V: 203.588.8017

```
From: Stewart, John H. (CAN)
Sent: Thursday, September 06, 2007 7:50 AM
To: Haddox, Dr. J. David
Cc: Stewart, John H. (US)
Subject: Re: just wanted to confirm that you got FSMB's proposal

David
I did see this discussion - and am OK with the support being provided.
JS
```

9/11/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477109

```
--------------------------
Sent via BlackBerry


----- Original Message -----
From: Haddox, Dr. J. David
To: Stewart, John H. (CAN)
Sent: Wed Sep 05 12:57:56 2007
Subject: Fw: just wanted to confirm that you got FSMB's proposal

The $100,000.

Dave

----- Original Message -----
From: Bennett, Pamela (Gov't Affairs)
To: Toth, Teri; Miller, Lisa Dr.; Haddox, Dr. J. David; Must, Alan; Udell,
Howard
Cc: Richards, Tim; Feltz, Margaret; Mendelson, Peter
Sent: Tue Sep 04 16:41:10 2007
Subject: FW: just wanted to confirm that you got FSMB's proposal

Teri-

Please note that the EAG, Dr. Haddox, and Howard Udell have all expressed an
interest in fully supporting this grant request.  If approved, Dr. Haddox
indicated that the funding would come from his budget.

Kind regards-

Pamela
```

---

**From:** Toth, Teri
**Sent:** Monday, September 10, 2007 5:28 PM
**To:** Haddox, Dr. J. David
**Cc:** Miller, Lisa Dr.
**Subject:** FW: New FSMB Book by Scott Fishman MD

Dave,

Please kindly provide your input (in addition to Howard's below), so that I may present it to the GRC when this grant request is reviewed next Monday. Pamela had indicated in a prior email (you were copied on) that you may be interested in funding from your budget. Please confirm this was your thought…

Thank you,
Teri

**Teri L. Toth**
**Assistant Manager, Medical Education**
**Purdue Pharma L.P.**
**One Stamford Forum**
**Stamford, CT 06901-3431**
**(203) 588-8432**
**(203) 588-6213** *fax*

9/11/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Miller, Lisa Dr.
**Sent:** Monday, September 10, 2007 9:13 AM
**To:** Toth, Teri
**Subject:** FW: New FSMB Book by Scott Fishman MD

for the GRC review of this grant


Lisa C. Miller, Pharm.D.
Executive Director, Healthcare Education & Liaison Programs
Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901
(203) 588-7635
lisa.miller2@pharma.com


---

**From:** Udell, Howard
**Sent:** Monday, August 27, 2007 6:34 PM
**To:** Bennett, Pamela (Gov't Affairs); Haddox, Dr. J. David; Must, Alan; Rosen, Burt; Bannon, Timothy; Tiller, Kimberley; Heins, James; Silbert, Richard W; Innaurato, Mike; Gasdia, Russell; Richards, Tim; Miller, Lisa Dr.
**Subject:** RE: New FSMB Book by Scott Fishman MD

All —

While $100,000 is a lot of money, I feel that we should do it and be a part of the companies funding this.  I'd hate to see Alpharma, Endo, Cephalon and a fourth company do this and our name be missing.  My view is base on the assumption that the names of the funders will be widely circulated, either by having their names on the book or otherwise.


Howard R. Udell
Executive Vice President, Chief Legal Officer
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
(203) 588-7020
hudell@pharma.com
Admitted to Practice in Connecticut and New York

---

**From:** Bennett, Pamela (Gov't Affairs)
**Sent:** Monday, August 27, 2007 6:28 PM
**To:** Haddox, Dr. J. David; Must, Alan; Rosen, Burt; Bannon, Timothy; Tiller, Kimberley; Heins, James; Silbert, Richard W; Udell, Howard; Innaurato, Mike; Gasdia, Russell; Richards, Tim; Miller, Lisa Dr.
**Subject:** New FSMB Book by Scott Fishman MD
**Importance:** High


9/11/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                        PPLP003477111

All-

I received a call from Scott Fishman this afternoon.  He said that the FSMB just recently decided to extend a funding request to Purdue for the new book (this has previously been circulated).

Originally FSMB was not going to approach Purdue because of our recent legal issues, but they have decided that since Purdue funded the initial work, they would make the request.  FSMB is limiting the number of Pharma funders to those they currently have on board (Alpharma, Endo, and Cephalon) and Purdue (if we choose to participate).  Each company has provided a $100,000 unrestricted grant and the same will be in the grant request made to Purdue.  Scott said that I should receive the ask letter this week and I will forward it on to the GRC.

The FSMB Board is currently making decisions about when and how those who would like to purchase books for distribution (i.e. sales rep distribution or convention distribution) could occur.  I will pass along additional information as it is received.

Please let me know if you have any questions.

Kind regards-

Pamela

9/11/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477112

**Toth, Teri**

| | |
|---|---|
| **From:** | Toth, Teri |
| **Sent:** | Monday, September 10, 2007 5:28 PM |
| **To:** | Haddox, Dr. J. David |
| **Cc:** | Miller, Lisa Dr. |
| **Subject:** | FW: New FSMB Book by Scott Fishman MD |
| **Attachments:** | Purdue.pdf |

Dave,

Please kindly provide your input (in addition to Howard's below), so that I may present it to the GRC when this grant request is reviewed next Monday. Pamela had indicated in a prior email (you were copied on) that you may be interested in funding from your budget. Please confirm this was your thought...

Thank you,
Teri

**Teri L. Toth**
Assistant Manager, Medical Education
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT  06901-3431
(203) 588-8432
(203) 588-6213 *fax*

---

**From:** Miller, Lisa Dr.
**Sent:** Monday, September 10, 2007 9:13 AM
**To:** Toth, Teri
**Subject:** FW: New FSMB Book by Scott Fishman MD

for the GRC review of this grant

Lisa C. Miller, Pharm.D.
Executive Director, Healthcare Education & Liaison Programs
Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901
(203) 588-7635
lisa.miller2@pharma.com

---

**From:** Udell, Howard
**Sent:** Monday, August 27, 2007 6:34 PM
**To:** Bennett, Pamela (Gov't Affairs); Haddox, Dr. J. David; Must, Alan; Rosen, Burt; Bannon, Timothy; Tiller, Kimberley; Heins, James; Silbert, Richard W; Innaurato, Mike; Gasdia, Russell; Richards, Tim; Miller, Lisa Dr.
**Subject:** RE: New FSMB Book by Scott Fishman MD

9/10/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                          PPLP003477113

All.—

While $100,000 is a lot of money, I feel that we should do it and be a part of the companies funding this.  I'd hate to see Alpharma, Endo, Cephalon and a fourth company do this and our name be missing.  My view is base on the assumption that the names of the funders will be widely circulated, either by having their names on the book or otherwise.


Howard R. Udell
Executive Vice President, Chief Legal Officer
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
(203) 588-7020
hudell@pharma.com
Admitted to Practice in Connecticut and New York

---

**From:** Bennett, Pamela (Gov't Affairs)
**Sent:** Monday, August 27, 2007 6:28 PM
**To:** Haddox, Dr. J. David; Must, Alan; Rosen, Burt; Bannon, Timothy; Tiller, Kimberley; Heins, James; Silbert, Richard W; Udell, Howard; Innaurato, Mike; Gasdia, Russell; Richards, Tim; Miller, Lisa Dr.
**Subject:** New FSMB Book by Scott Fishman MD
**Importance:** High

All-

I received a call from Scott Fishman this afternoon.  He said that the FSMB just recently decided to extend a funding request to Purdue for the new book (this has previously been circulated).

Originally FSMB was not going to approach Purdue because of our recent legal issues, but they have decided that since Purdue funded the initial work, they would make the request.  FSMB is limiting the number of Pharma funders to those they currently have on board (Alpharma, Endo, and Cephalon) and Purdue (if we choose to participate).  Each company has provided a $100,000 unrestricted grant and the same will be in the grant request made to Purdue.  Scott said that I should receive the ask letter this week and I will forward it on to the GRC.

The FSMB Board is currently making decisions about when and how those who would like to purchase books for distribution (i.e. sales rep distribution or convention distribution) could occur.  I will pass along additional information as it is received.

Please let me know if you have any questions.

Kind regards-

Pamela

9/10/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477114

**Toth, Teri**

| | |
|---|---|
| **From:** | Bennett, Pamela (Gov't Affairs) |
| **Sent:** | Tuesday, September 04, 2007 4:41 PM |
| **To:** | Toth, Teri; Miller, Lisa Dr.; Haddox, Dr. J. David; Must, Alan; Udell, Howard |
| **Cc:** | Richards, Tim; Feltz, Margaret; Mendelson, Peter |
| **Subject:** | FW: just wanted to confirm that you got FSMB's proposal |

**Importance:**   High

**Attachments:**   Purdue.pdf



Purdue.pdf (453 KB)

Teri-

Please note that the EAG, Dr. Haddox, and Howard Udell have all expressed an interest in fully supporting this grant request.  If approved, Dr. Haddox indicated that the funding would come from his budget.

Kind regards-

Pamela

-----Original Message-----
From: Lisa A. Robin (FSMB) [mailto:LRobin@fsmb.org]
Sent: Tuesday, September 04, 2007 3:22 PM
To: Bennett, Pamela (Gov't Affairs)
Cc: Joshua Horwitz
Subject: RE: just wanted to confirm that you got FSMB's proposal

Pam,

Thank you for your interest and continued support of the Foundation's product, Responsible Opioid Prescribing, A Physician's Guide.  We appreciate Purdue's consideration of the attached proposal.

Lisa

Lisa Robin
Federation of State Medical Boards
Vice President
Government Relations, Policy and Education P.O. Box 619850 Dallas, TX  75261-9850
817-868-4053
817-868-4153 - fax
lrobin@fsmb.org

-----Original Message-----
From: Bennett, Pamela (Gov't Affairs) [mailto:Pamela.Bennett@pharma.com]

Sent: Tuesday, September 04, 2007 1:14 PM
To: Joshua Horwitz
Cc: Lisa A. Robin (FSMB); Miller, Lisa Dr.; Toth, Teri
Subject: RE: just wanted to confirm that you got FSMB's proposal
Importance: High

Hi Josh-

No...I have not received any information.  I will need it ASAP.  Thanks.
I have attached the guidelines for submitting the request.

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              PPLP003477115

Thanks!

Pamela

-----Original Message-----
From: Joshua Horwitz [mailto:jhorwitz@waterfordls.com]
Sent: Tuesday, September 04, 2007 12:49 PM
To: Bennett, Pamela (Gov't Affairs)
Subject: just wanted to confirm that you got FSMB's proposal

Pam,
I had heard from Lisa Robin that she got Jim Thompson's signature for the FSMB grant
proposal re the opioid book. Just wanted to makes sure you received it.
Sorry it took so long to arrive -- a lot of vacations overlapping among principals at FSMB
in August.
Best,
Josh

Joshua Horwitz
Waterford Life Sciences
1666 Connecticut Ave, NW
Washington, DC 20009
202-299-0600
jhorwitz@waterfordls.com

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477116

**Toth, Teri**

| | |
|---|---|
| **From:** | Miller, Lisa Dr. |
| **Sent:** | Monday, September 10, 2007 9:13 AM |
| **To:** | Toth, Teri |
| **Subject:** | FW: New FSMB Book by Scott Fishman MD |

for the GRC review of this grant

Lisa C. Miller, Pharm.D.
Executive Director, Healthcare Education & Liaison Programs
Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901
(203) 588-7635
lisa.miller2@pharma.com

**From:** Udell, Howard
**Sent:** Monday, August 27, 2007 6:34 PM
**To:** Bennett, Pamela (Gov't Affairs); Haddox, Dr. J. David; Must, Alan; Rosen, Burt; Bannon, Timothy; Tiller, Kimberley; Heins, James; Silbert, Richard W; Innaurato, Mike; Gasdia, Russell; Richards, Tim; Miller, Lisa Dr.
**Subject:** RE: New FSMB Book by Scott Fishman MD

All –

While $100,000 is a lot of money, I feel that we should do it and be a part of the companies funding this.  I'd hate to see Alpharma, Endo, Cephalon and a fourth company do this and our name be missing.  My view is base on the assumption that the names of the funders will be widely circulated, either by having their names on the book or otherwise.

Howard R. Udell
Executive Vice President, Chief Legal Officer
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
(203) 588-7020
hudell@pharma.com
Admitted to Practice in Connecticut and New York

**From:** Bennett, Pamela (Gov't Affairs)
**Sent:** Monday, August 27, 2007 6:28 PM
**To:** Haddox, Dr. J. David; Must, Alan; Rosen, Burt; Bannon, Timothy; Tiller, Kimberley; Heins, James; Silbert, Richard W; Udell, Howard; Innaurato, Mike; Gasdia, Russell; Richards, Tim; Miller, Lisa Dr.

9/10/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Subject:** New FSMB Book by Scott Fishman MD
**Importance:** High

All-

I received a call from Scott Fishman this afternoon. He said that the FSMB just recently decided to extend a funding request to Purdue for the new book (this has previously been circulated).

Originally FSMB was not going to approach Purdue because of our recent legal issues, but they have decided that since Purdue funded the initial work, they would make the request. FSMB is limiting the number of Pharma funders to those they currently have on board (Alpharma, Endo, and Cephalon) and Purdue (if we choose to participate). Each company has provided a $100,000 unrestricted grant and the same will be in the grant request made to Purdue. Scott said that I should receive the ask letter this week and I will forward it on to the GRC.

The FSMB Board is currently making decisions about when and how those who would like to purchase books for distribution (i.e. sales rep distribution or convention distribution) could occur. I will pass along additional information as it is received.

Please let me know if you have any questions.

Kind regards-

Pamela

9/10/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Toth, Teri**

| | |
|---|---|
| **From:** | Miller, Lisa Dr. |
| **Sent:** | Tuesday, September 04, 2007 5:26 PM |
| **To:** | Toth, Teri; Bennett, Pamela (Gov't Affairs) |
| **Subject:** | RE: just wanted to confirm that you got FSMB's proposal |

Teri,

Yes, please.

Lisa


Lisa C. Miller, Pharm.D.
Executive Director, Healthcare Education & Liaison Programs Purdue Pharma L.P.
201 Tresser Boulevard
Stamford, CT 06901
(203) 588-7635
lisa.miller2@pharma.com


-----Original Message-----
From: Toth, Teri
Sent: Tuesday, September 04, 2007 5:09 PM
To: Bennett, Pamela (Gov't Affairs)
Cc: Miller, Lisa Dr.
Subject: RE: just wanted to confirm that you got FSMB's proposal

This will be reviewed at the September 17 GRC meeting. Lisa, should I ask for written
input from those below as to why we should support this request? (For the grant file...)
Or, not necessary?

Teri

-----Original Message-----
From: Bennett, Pamela (Gov't Affairs)
Sent: Tuesday, September 04, 2007 4:41 PM
To: Toth, Teri; Miller, Lisa Dr.; Haddox, Dr. J. David; Must, Alan; Udell, Howard
Cc: Richards, Tim; Feltz, Margaret; Mendelson, Peter
Subject: FW: just wanted to confirm that you got FSMB's proposal
Importance: High

Teri-

Please note that the EAG, Dr. Haddox, and Howard Udell have all expressed an interest in
fully supporting this grant request. If approved, Dr. Haddox indicated that the funding
would come from his budget.

Kind regards-

Pamela

-----Original Message-----
From: Lisa A. Robin (FSMB) [mailto:LRobin@fsmb.org]
Sent: Tuesday, September 04, 2007 3:22 PM
To: Bennett, Pamela (Gov't Affairs)
Cc: Joshua Horwitz
Subject: RE: just wanted to confirm that you got FSMB's proposal

Pam,

Thank you for your interest and continued support of the Foundation's product, Responsible
Opioid Prescribing, A Physician's Guide. We appreciate Purdue's consideration of the

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

attached proposal.

Lisa

Lisa Robin
Federation of State Medical Boards
Vice President
Government Relations, Policy and Education P.O. Box 619850 Dallas, TX  75261-9850
817-868-4053
817-868-4153 - fax
lrobin@fsmb.org

-----Original Message-----
From: Bennett, Pamela (Gov't Affairs) [mailto:Pamela.Bennett@pharma.com]

Sent: Tuesday, September 04, 2007 1:14 PM
To: Joshua Horwitz
Cc: Lisa A. Robin (FSMB); Miller, Lisa Dr.; Toth, Teri
Subject: RE: just wanted to confirm that you got FSMB's proposal
Importance: High

Hi Josh-

No...I have not received any information.  I will need it ASAP.  Thanks.
I have attached the guidelines for submitting the request.

Thanks!

Pamela

-----Original Message-----
From: Joshua Horwitz [mailto:jhorwitz@waterfordls.com]
Sent: Tuesday, September 04, 2007 12:49 PM
To: Bennett, Pamela (Gov't Affairs)
Subject: just wanted to confirm that you got FSMB's proposal

Pam,
I had heard from Lisa Robin that she got Jim Thompson's signature for the FSMB grant
proposal re the opioid book. Just wanted to makes sure you received it.
Sorry it took so long to arrive -- a lot of vacations overlapping among principals at FSMB
in August.
Best,
Josh

Joshua Horwitz
Waterford Life Sciences
1666 Connecticut Ave, NW
Washington, DC 20009
202-299-0600
jhorwitz@waterfordls.com

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Toth, Teri

| | |
|---|---|
| **From:** | Bennett, Pamela (Gov't Affairs) |
| **Sent:** | Wednesday, September 05, 2007 7:03 PM |
| **To:** | Miller, Lisa Dr.; Toth, Teri; Feltz, Margaret; Mendelson, Peter; Richards, Tim |
| **Subject:** | FW: New FSMB Book by Scott Fishman MD |

---

**From:** Udell, Howard
**Sent:** Monday, August 27, 2007 6:34 PM
**To:** Bennett, Pamela (Gov't Affairs); Haddox, Dr. J. David; Must, Alan; Rosen, Burt; Bannon, Timothy; Tiller, Kimberley; Heins, James; Silbert, Richard W; Innaurato, Mike; Gasdia, Russell; Richards, Tim; Miller, Lisa Dr.
**Subject:** RE: New FSMB Book by Scott Fishman MD

All –

While $100,000 is a lot of money, I feel that we should do it and be a part of the companies funding this.  I'd hate to see Alpharma, Endo, Cephalon and a fourth company do this and our name be missing.  My view is base on the assumption that the names of the funders will be widely circulated, either by having their names on the book or otherwise.


Howard R. Udell
Executive Vice President, Chief Legal Officer
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT 06901
(203) 588-7020
hudell@pharma.com
Admitted to Practice in Connecticut and New York

---

**From:** Bennett, Pamela (Gov't Affairs)
**Sent:** Monday, August 27, 2007 6:28 PM
**To:** Haddox, Dr. J. David; Must, Alan; Rosen, Burt; Bannon, Timothy; Tiller, Kimberley; Heins, James; Silbert, Richard W; Udell, Howard; Innaurato, Mike; Gasdia, Russell; Richards, Tim; Miller, Lisa Dr.
**Subject:** New FSMB Book by Scott Fishman MD
**Importance:** High

All-

I received a call from Scott Fishman this afternoon.  He said that the FSMB just recently decided to extend a funding request to Purdue for the new book (this has previously been circulated).

Originally FSMB was not going to approach Purdue because of our recent legal issues, but they have decided that since Purdue funded the initial work, they would make the request.  FSMB is limiting the number of Pharma funders to those they currently have on board (Alpharma, Endo, and Cephalon) and Purdue (if we choose to participate).  Each company has provided a $100,000 unrestricted grant and the same will be in the grant request made to Purdue.  Scott said that I should receive the ask letter this week and I will forward it on to the GRC.


9/6/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477121

The FSMB Board is currently making decisions about when and how those who would like to purchase books for distribution (i.e. sales rep distribution or convention distribution) could occur.  I will pass along additional information as it is received.

Please let me know if you have any questions.

Kind regards-

Pamela

9/6/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



One Stamford Forum
Stamford, CT 06901-3431
www.purduepharma.com

**_Program ID# 141011_**

## *Letter of Agreement*

This letter will serve as an Agreement between <u>Federation of State Medical Boards Research and Education Foundation</u> (hereinafter "Recipient") and Purdue Pharma L.P. (hereinafter "Commercial Supporter"), whereby the Commercial Supporter will provide funding to the Recipient in support of the following program or initiative (hereinafter "Program"):

- "Responsible Opioid Prescribing – A Physician Guide" Project
- 2007 calendar year

1. Grant funding made in support of the Program shall be in the amount of <u>$100,000.00</u> paid directly to the Recipient.  Grant monies must be used for the stated purposes as approved by the Grant Review Committee.

2. Recipient agrees to furnish the Commercial Supporter a post program communication concerning the expenditure of the funds provided and a summary of the program outcome.  This may be an email or letter including program evaluation summation, scientific metrics, outcomes measures or an overall review of the activities accomplished.

3. After reconciliation of the program, the Recipient will return any excess funds to Purdue Pharma L.P.

4. Outcomes summaries and returned funds should be addressed to:

   Teri Toth, Assistant Manager, Medical Education
   c/o Purdue Pharma L.P.
   One Stamford Forum
   Stamford, CT 06901-3431
   teri.toth@pharma.com

5. Recipient agrees to name Purdue Pharma L.P. as a source of funding in any program materials and orally during the program.

6. In advance of the Program, Recipient agrees to disclose any relevant financial relationships between any faculty and Commercial Supporter, including the name of the faculty, the name of the Commercial Supporter, and the nature of the financial relationship.

*Dedicated to Physician and Patient*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*Purdue Pharma L.P.*

*The Recipient has the responsibility of all payment to the faculty.*

*Accepted by:*

_____
*For the Recipient*

*Lisa C. Miller, PharmD*
Chair, Grant Review Committee
Executive Director, Healthcare Education
and Liaison Programs
*For Purdue Pharma L.P.*

_____
*Title*

_____
*Date*

9/25/07
_____
*Date*

LOA – 5.22.2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP003477124



One Stamford Forum
Stamford, CT 06901-3431
www.purduepharma.com

September 20, 2007

Lisa Robin
Project Director
Federation of State Medical Boards Research
and Education Foundation
PO Box 619850
Dallas, TX 75261-9850

Dear Ms. Robin:

Thank you for your interest in pain management education. This letter confirms that an educational grant in the amount of $100,000.00 has been approved by Purdue's Grant Review Committee for the following educational program:

**Event:** **Federation of State Medical Boards: "Responsible Opioid Prescribing - A Physician Guide" Project**

**Date:** **2007 calendar year**

Purdue Pharma L.P. will provide funding for this educational program. In compliance with Company policy, please find enclosed our "Letter of Agreement". Your signature (or that of a designee of your institution) is required on this document and should be returned to me as soon as possible. Forward the signed original "Letter of Agreement" in the enclosed self-addressed business reply envelope. Please maintain a copy of this Agreement for your records. <u>This Agreement cannot be amended.</u>

Please note that we must receive this signed Letter of Agreement in order to initiate payment of funds.

If you have any questions, please do not hesitate to contact Teri Toth by phone at (203)588-8432, by fax at (203)588-6213, or by email at teri.toth@pharma.com.

Best wishes for a successful program.

Sincerely,

Lisa Miller, PharmD
Chair, Grant Review Committee
Executive Director, Healthcare Education &
Liaison Programs

J. David Haddox, DDS, MD
Vice President
Risk Management & Health Policy

*Dedicated to Physician and Patient*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER