# PSJ3

# Exhibit 68

**To:** Kaiko, Dr Robert[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=79393526]; Ermini, Marco[/O=PURDUE/OU=CHMAG/CN=RECIPIENTS/CN=2E3C3B11]
**From:** Engen, Steve
**Sent:** Sat 8/21/1999 2:34:26 PM
**Subject:** RE: fyi

Thanks Bob. I look forward to meeting and working with Dr. Haddox.

SE

-----Original Message-----
**From:** **Kaiko, Dr Robert**
**Sent:** Friday, August 20, 1999 11:36 PM
**To:** Ermini, Marco; Engen, Steve
**Subject:** fyi

Dave Haddox has joined Purdue as a Medical Director, International Analgesics. I hope to introduce you to him next week.

While the details of his job description remain in development, we are considering roles for him in regards to:
a) pain policy and risk management, primarily in the US
b) international analgesic issues (eg, primary medical responsibility for the planned assessment of the practice of postoperative pain management in Japan - interacting with Japanese and outside medical advisors and us)
c) medical consultant to the EDLA team

REGARDS
bk

-----Original Message-----
**From:** Howard, Linda
**Sent:** Friday, August 20, 1999 10:19 AM
**To:** Kaiko, Dr Robert
**Subject:**

<< File: David Haddox (CV).doc >>