PSJ3

Exhibit 69

March 24, 2000

MEMO TO:   Robin Hogen

FROM:   Fleishman-Hillard

cc:   Mark Alfonso, Purdue
Anne D. St. Peter, FH Senior Vice President and Partner
John McAnulty, FH Senior Vice President
Margie Ross Decter, M.H.S., FH Vice President
Nabeeha Kazi, FH Managing Supervisor
Sarah Hull, FH Senior Vice President and Partner
Shannon Troughton, FH Managing Supervisor
Rick Thaemert, FH Senior Vice President and Senior Partner

SUBJECT:   Purdue Pharma Media Relations Recommendations

Per your request, below are our recommendations on how to proactively develop relationships with the media in order to garner positive, strategic media attention for Purdue Pharma. This plan will help position Purdue favorably in response to positive pain management coverage, including recent media coverage generated by the International Narcotics Control Board and the American Association for the Advancement of Science. In addition, positive media relations can help Purdue temper negative media exposure in times of crisis.

### Situation Analysis
Purdue Pharma currently works with Fleishman-Hillard to proactively track pain management issues and trends. This ongoing tracking system has served as an "early warning" to alert Purdue Pharma to any potential crises or issues that may need to be addressed by the company. Up to this point, the media and public's misperceptions regarding narcotic abuse and addiction has kept Purdue from proactively publicizing its products and the company.

PDD8801293266

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

In the last year, the media's coverage of the pain management issue has begun to shift away from a focus on narcotic abuse and addiction to the need for more widespread use of opioids in end-of-life situations and in the treatment of cancer. Evidence of this shift is the media's recent coverage of the United Nations (UN) press release on the International Narcotics Control Board's (INCB) report and an article written on the American Association for the Advancement of Science (AAAS) annual meeting. The INCB report focused on international prescribing trends of morphine and other natural or synthetic drugs. The AAAS presentation discussed the treatment of acute chronic pain as a disease rather than a symptom.

The INCB report stated the World Health Organization (WHO) encourages the use of morphine or similar drugs to treat cancer-related pain. However, the INCB believes there is disparity related to economic and social issues among many third-world countries and the need and ability to access painkillers. But more importantly, the report findings compliment and reinforce many of Purdue's observations including:
- There has been no sign of increased diversion at any stage of manufacturing and distribution despite increases in consumption.
- Industry innovations such as slow-release tablets have enabled safer use of opioids.
- The greatest barriers to accessing opioid therapy continue to be:
    - Restrictive regulations and administrative procedures.
    - Concerns about diversion, addiction, and medical errors.
    - Inadequate or insufficient training of health personnel.

While Purdue Pharma was not explicitly mentioned in the report, it is clear that Purdue contributed positively to the pain management needs of patients worldwide. Additionally, the AAAS report provided a broader context within which consumers and other key audiences can evaluate pain management therapies. Both "stories" present wonderful opportunities.

### Opportunity
Purdue is a leader in pain management research and education. It is critical that third parties, including physicians, associations and organizations, and the media, recognize Purdue for its contributions and have enough information about the company to acknowledge its leadership role. Purdue has the opportunity to "take the high road" and reinforce the messages issued in the INCB report and the AAAS article. Certainly, it can be argued that Purdue played a significant role in the increased education of consumers and providers about treatment of pain, and has introduced products to the market that are safe and effective pain management therapies.

Visible leadership does not come without risk. However, media sentiment may be changing. At this point in time, the potential benefit outweigh the risks of moving beyond Purdue's traditionally conservative media relations strategy. As a leader, Purdue has an opportunity to *reshape* the pain management debate around issues beyond improved access. Purdue has an opportunity to reframe the story around an area in which it leads — education on responsible pain management.

PDD8801293267

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

By capitalizing on the INCB Report and the AAAS story, Purdue has an immediate opportunity to leverage the report findings to its benefits by implementing a "controlled-release" media strategy. A "controlled-release" strategy will help Purdue can gain visibility as a credible international leader in the pain management arena by reaching out to select media who have already demonstrated an understanding of the use of opioids to treat pain.

This media relations strategy will enable Purdue to garner positive recognition, and at the same time establish relationships with key individuals in the media. These relationships will be critical as Purdue continues to disseminate its messages about responsible pain management. In addition, it will create goodwill that can be leveraged when the company embarks on a product launch, or when it faces a potential crisis situation.

Once Purdue begins to proactively reach out to select media, it needs to be well prepared to handle media inquiries. In addition, a strong media relations program requires sustained delivery of messages, which reinforce Purdue's business objectives. Therefore, we are recommending Purdue develop a strategic, phased media relations plan for the remainder of 2000. These efforts will assist in solidifying Purdue's positive reputation as a leader in the pain management arena.

**Media Relations Objectives**
- Establish Purdue as the credible and *visible* international leader in pain management research, product development, and education.
- Educate consumers and providers about the responsible, safe, and effective use of opiates for the treatment of pain.

**Media Relations Strategies**
- Implement a "controlled release" media strategy, which will reinforce Purdue as the market leader.
- Proactively establish relationships between Purdue and select journalists who are interested in pain management issues.
- Establish "Partners Against Pain" as a credible non-branded clearinghouse of pain management information, sponsored by Purdue Pharma, dedicated to advocating responsible pain management.
- Create and leverage third-party relationships to reinforce Purdue's commitment to research and education in responsible pain management.

PDD8801293268

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Tactics

**Highlighting Purdue's Leadership Role**
- Work with a third-party organization or pain management expert to create and distribute a press release to selected reporters who covered the INCB's announcement or the AAAS report and generate positive stories on pain management. The third-party release will position the need for responsible pain management while working to achieve greater global access to opioids.
    - The release will include an endorsement of Purdue's role in educating target audiences about responsible pain management and include key company messages.
    - Recommended third-party organizations as potential partners:
        - American Pain Society.
        - American Pain Foundation.
        - American Cancer Society.
        - American Society of Clinical Oncologists.

- Create a corporate media kit that includes:
    - Fact sheet on appropriate use of opiates (myths vs. realities).
    - Fact sheet on Purdue Pharma (include current and future initiatives).
    - List of sponsored educational programs.
    - Fact sheet on "Partners Against Pain" program.
    - Product information sheet.
    - Executive summary of INCB reports.
    - Reprint of AAAS report.
    - Consensus statement of ASPS and AAPM.

**Building Relationships/Getting on the Radar Screen**
- Schedule desk-side briefings with select media who have reported favorably on the pain management market (*i.e.*, Ellen Goodman, *Boston Globe*; Judy Foreman, *Seattle Times*; Holcomb Noble, *New York Times*; and Carl Hall, *San Francisco Chronicle*).
    - Develop key messages.
    - Position Dr. J. David Haddox as a key company spokesperson
    - Focus briefings on Purdue's research and educational initiatives.
- Develop a "Partners Against Pain" advisory board to serve as consultants and spokespeople for an unbranded campaign;
    - Advisory board comprises third-party pain management specialists and experts.
    - Media train board members to be ambassadors for the company and disseminate its messages.
    - Leverage Board to endorse other initiatives which need to be third party neutral and separate from product initiatives. An example where the Partners Board could help would be to consult on the JCAHO symposium on pain management and survey results. FH can use the Board members that Porter-Novelli identified as a permanent Partner's Against Pain Advisory Board which can be positioned in an independent advisory capacity.

PDD8801293269  
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**"Sustained release" Media Strategies**
- Determine the feasibility of developing the following initiatives:
  - Sponsor a white paper reviewing issues related to the advancement of pain management training in U.S. medical schools.
    - White paper to be disseminated to thought leaders and select media outlets.
  - Sponsor a roundtable forum concerning increasing access to pain therapies using responsible pain management.
    - Hold roundtable in conjunction with an existing event focused on pain management.
    - Disseminate findings from roundtable to thought leaders and select media outlets.
    - Convene members of the Purdue advisory board at roundtable.
  - Establish the Purdue Foundation.
    - Board can be the Partners Against Pain Board.
    - Promote medical education on pain management.
    - Fund symposia, fellowships, and other educational initiatives.
    - Endow a chair in pain management.

Thank you for the opportunity to broaden our partnership with Purdue. We are excited by this opportunity.

As always, please do not hesitate to give us a call if you have any questions. We will follow up with you this week to discuss this proposal.

Enclosures

PDD8801293270
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER