PSJ3

Exhibit 72



*Purdue*

100 Connecticut Avenue
Norwalk, CT 06850-3590
(203) 853-0123
Fax: MedEd (203) 851-5213
Lecture Programs (203) 851-5252

# Purdue
# Speaker Request Form

Rep Region #: Southeast 5900000          Rep Territory #: 5900948

Rep Name: Rita Harris                    Lecture City/State: Gainesville, Fl

Date submitted to District Manager: 7-18-98

Date submitted to Home Office: _____

# of days lead-time (from date submitted to Home Office to lecture date): 70 days

**Is this Meeting:**

A single presentation? ☐

Part of a half day ☐ or full day meeting? ☐

A Seminar or Symposium? ☐

Purdue has the opportunity to exhibit:  Yes [X]   No ☐

**Meeting Description/Name** (eg: Grand Rounds, Tumor Board, Pivotal Dinner)
I would like Berry Cole to speak 4 times in one day. Schedule as follows 7:00-8:00 am Shands Hosp to Anesthesia Dept, 8:30-9:30 at VA Hospital to Primary Care Residents, 12:00-1:00 to Psychiatry Pain Management Residents and Faculty at Shands and VA, lastly dinner program at Leornardo's 706 in Gainesville to local Family practice, Rheumatologists, Phsychiatrists, Neurologists and pain management specialists

**Date of Lecture Program/Seminar/Meeting:**

First choice:       Sept 28

Alternate dates:    Sept 14

Start and Finish Time: start 6:30 am end 10:00 pm

**Name of person responsible for meeting:** Dr Berger 1st talk, Dr Allen 2nd talk, Dr Stennie 3rd talk, me 4th

Job Title:   Berger Attdg at Shands in charge of resident education for anesthesia, Allen Chairman of Dept Primary Care VA, Stennie Director of mental Health Pain Clinic Gaines VA

Department: Anesthesia Shands, Primary Care VA, Psychiatry VA and Shands

Organization: VA/Shands teaching hospital Gainesville, Fl

Street:      1601 SW Archer RD.

City:        Gainesville              State: FL          Zip: 32608

7006676161
PDD1701260996

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Speaker Request Form, pg 2**

Telephone: Berger 352-395-6814   Allen 352-374-6015   Stennie 352-376-1611 ex6014
Fax:
E-Mail:

**Requested Topics:** (if multiple speakers, please state which topic relates to which speaker)

Pain management, addiction, assessment tools used to rule out addiction verses uncontrolled pain

**Meeting Location:** (please include room and address)

Organization: VA hospital and Shands hospital which are adjacent buildings room to be determined
Evening program at Leonardo's restaurant 5 minutes from VA and Hospital
Address: 1601 SW Archer Rd

City: Gainesville        State: FL        Zip: 32608

**Estimated Total Attendance:** 120 total         **Costs/Fees involved:**

| | | | |
|---|---|---|---|
| MDs: | 40 | Food: | $ 2450.00 |
| Nurses: | 10 | Administrative fees: | $ |
| Residents: | 70 | AV Rental: | $400.00 |
| Pharmacists: | | Miscellaneous (please specify): | |
| PAs: | | | |
| Others (please specify): | | | |

This request is for a single speaker [ X ]  / multiple speakers [ ]

If multiple speakers are requested, how many? _____

**Requested Speaker(s) and distance from lecture location:** (Please provide a minimum of 2 choices in order of preference)

| Speaker choices: | Distance (in miles) and travel time from lecture site: |
|---|---|
| 1) Berry Cole | 1) approx 3500 miles |
| 2) | 2) |
| 3) | 3) |

7006676162

PDD1701260997

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Speaker Request Form, pg 3**

Are any of the speakers new to the Speakers Bureau?  Yes [ ]  No [X]

**If yes to above, a Speaker Recommendation Form and current curriculum vitae must be submitted to the home office with sufficient time to allow for approval and recruitment.**

Have there been, or will there be programs submitted that are associated with this event?

Yes [ ]  No [X]  If yes, please outline the events below.

NOTE: Summation of request
September 28, 1999 Gainesville Florida

7:00 – 8:00 Anesthesia Residents and faculty UF Shands teaching Hosp

8:30-9:30 Primary Care faculty and residents VA/Shands faculty and residents at VA

12:00 – 1:00 Psychiatry/Pain management at VA to VA and Shands Psychiatric faculty and residents

7:00-10:00 Community Dinner Program open to all areas of medicine interested in pain management at Local restaurant Leonardo's 706

Please check the following:

The speaker has [ ]  has not [X]  *tentatively* agreed to this lecture engagement.

District Manager Name: _____     Approval date: _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7006676163
PDD1701260998

**MEDICAL EDUCATION**
**SPEAKERS BUREAU COVER SHEET**

TRACKING NUMBER: 10317

REQUESTING SALES REP: Rita Harris

TALK DATE: 9/25/99 7-8am

SPEAKER: David Haddox

DATE OF CONFIRMATION WITH INSTITUTION: 8/27

Notes:

DATE OF CONFIRMATION WITH SPEAKER: 8/27

Notes:

DATE OF CONFIRMATION WITH REPRESENTATIVE: _____

Notes:

SPEAKERS BUREAU ( )
SEMINAR/SYMPOSIUM ( )

DIRECT OR ED. GRANT? _____
TAX ID #: _____

HONORARIUM: $ __
FOOD COSTS: ____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7006676164
PDD1701260999

PURDUE PHARMA L.P.
SPEAKER CONFIRMATION AND FOLLOW-UP FORM

| | |
|---|---|
| Organization: **Shands Hospital** | Contact: **Jerry Berger** |
| Talk Date: **September 28, 1999** | Contact Phone: **(352) 395-6814** |
| Talk Time: **7:00 am** | Purdue Rep: **Rita Harris** |
| Talk Title: **Pain Management, Addiction & Assesment in Treating Pain** | |
| Talk Location: **Shands Hospital , 1601 SW Archer Road , Gainesville , FL** | |

*******************************************************************************************

LECTURE CONFIRMATION INFORMATION:

J. David Haddox, DDS, MD

When booking travel refer to the code below:

# LP

*Because of regulatory considerations, please be advised that if during your talk, you discuss any of our products, this should be within only the framework of approved labeling and approved recommended indications and uses for the product.*

*******************************************************************************************

**PROGRAM ASSESSMENT BY SPEAKER:** (Form to be completed by speaker post lecture and returned in enclosed envelope):

Talk Title (if different than above): __ _____
Audience Size: _____   Audience Knowledge of Topic:_____   How helpful was Purdue Rep? _____
In a few words, please give us your overall impression of the program: _____
_____

**FINANCIAL SUPPORT INFORMATION:**   ***PLEASE ATTACH RECEIPTS***
Type (as directed by provider):   (X) Direct To Speaker
Travel Agency Arrangements:   ( ) Not applicable in funding
                              (X) If required -- Only arrangements made through Wagonlit Travel will be covered.
                              (phone: 800-745-3210)

Hotel covered for _____ Night(s)

| | | | |
|---|---|---|---|
| Honorarium: $1000.00 | (1099) | Mileage ($0.25/mile) | _____ |
| Total Expenses: $_____ | (Bypass 1099) | Tolls/Parking | _____ |
| | | Hotel | _____ |
| | | Meals | _____ |
| | | Other | _____ |

Grand Total:   $_____

Check payable to:   J. David Haddox, DDS, MD                       SS# / Tax ID #: ▮

If different than
above please specify:   Name: _____   SS# / Tax ID #: _____
                       Address: _____
                                _____
                                _____

Signed (Speaker):_____              Date: _____

If you have any questions, please call Kymberly Kittridge at Purdue Pharma L. P. (203) 854-7193.

*******************************************************************************************
(For Purdue Office Use Only)           Date to accounting dept:_____     Approved by: _____
Requested by: **Kymberly Kittridge**    Med Ed Use _____        (revised 12/21/1998 Version 1.9)
General Ledger No.: _____        PP/209 ( )  __OXY__                    PF/0101 ( ) ____UNI____
Description: September 28, 1999, Gainesville, FL (Shands Hospital)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7006676165
PDD1701261000



## SALES RECEIPT

| 229369 - 1 |

**COLOR GENESIS**
New Ideas in Photographic and Digital Imagery

Invoice Date: 08/18/99
PO Number:
Completion Date: 08/18/99
Customer Number: 6543
Terms: DUE UPON RECEIPT

HADDOX, J. DAVID DDS, MD
DR. HADDOX

Shipped DR. HADDOX
To

| Description | Number of Items | Unit Price | Sales Total |
|---|---|---|---|
| MAC Persuasion Imaging | 24 | 5.00 | 120.00 |

| Type of Payment | ............ | Less: Discounts | .00 | Total Products | 120.00 |
| Reference | AMEX | Less: Pre-Paid | .00 | Total Shipping | .00 |
| Placed on Account | .00 | | | Total Sales Tax | 8.40 |
| | | | | Total Sale | 128.40 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7006676166
PDD1701261001



# SALES RECEIPT

| 231233 - 1 |

Invoice Date: 09/14/99
PO Number:
Completion Date: 09/14/99
Customer Number: 6543
Terms: DUE UPON RECEIPT

**COLOR GENESIS**
New Ideas in Photographic and Digital Imagery

HADDOX, J. DAVID DDS, MD
DR. HADDOX

Shipped DR. HADDOX
To

| Description | Number of Items | Unit Price | Sales Total |
|---|---|---|---|
| MAC Persuasion Imaging | 9 | 5.00 | 45.00 |

| | | | | | |
|---|---|---|---|---|---|
| Type of Payment | ............ | Less: Discounts | .00 | Total Products | 45.00 |
| Reference | AMEX | Less: Pre-Paid | .00 | Total Shipping | .00 |
| Placed on Account | .00 | | | Total Sales Tax | 3.15 |
| | | | | Total Sale | 48.15 |

510 14th Street NW • Atlanta, GA 30318 • 404-881-8844 • Fax 404-873-7501 • 800-838-3146 • www.colorgenesis.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7006676167
PDD1701261002

```
                    UNIVERSITY CENTRE HOTEL
                           GUEST FOLIO
                           page:   1
===============================================================================
Guest:HADDOX, DR J D                |Folio: 146525    In: 9/27/99 10:
                                    | Room: 0621     Out: 9/29/99  6:
                                    | Rate:   63.00 Adults/children
   Company:                         | Payment:AX     AMERICAN EXPRESS
                                    |(SPEAKER AT UF)
===============================================================================
 AKW    DATE      REFERENCE    DESCRIPTION           AMOUNT      BALANCE
        -------   ---------    -----------           ------      -------
        9/27/99   RM 0621      ROOM CHARGE            63.00       63.00
        9/27/99   RM 0621      ROOM TAX                5.67       68.67
        9/28/99   005.8  MIN   5:37a #DIALED8005069511   .50       69.17
        9/28/99   002.2  MIN   4:22p #DIALED3920583 L   .50       69.67
        9/28/99   001.2  MIN   4:23p #DIALED3764871 L   .50       70.17
        9/28/99   016.8  MIN   5:45p #DIALED8005069511  .50       70.67
        9/28/99   014949       RESTAURANT CHARGES       8.96       79.63
        9/28/99   RM 0621      ROOM CHARGE             63.00      142.63
        9/28/99   RM 0621      ROOM TAX                 5.67      148.30
        9/29/99                AMERICAN EXPRESS       148.30CR       .00
                                                                 --------
                                           Balance Due.....        .00
```

[Attached receipts: University Centre Hotel folio copy; Atlanta Bread Atlanta Hartsfield Airport receipt (404-768-2259 / 404-768-7662), Order 1*0396, Server 4, Cashier 4, 1 CINN ROLL 1.71, 1 T GOURMET COFFEE 1.09, 1 BTL DRINK 1.45, TAX 0.30, TOTAL 4.55, CASH 10.00, CHANGE 5.45; Parking Co of Amer #55 Hartsfield Atlanta Airport, Atlanta GA 30320, TOTAL $24.00]

7006676168
PDD1701261003

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Educational Grant Speaker Expense Form

Name: J. DAVID HADDOX, DDS, MD
Address:
City
State & Z

Date of Program: 28 SEPTEMBER 1999
Location: GAINESVILLE, FL
Time: 0930
Program ID # ?    TOPIC: PAIN MGT & ADDICTION

### Expenses:

| | |
|---|---|
| Honorarium | $ 500.00 |
| Hotel | $ 137.34 |
| Tolls/Parking | $ 24.00 |
| Meals | $ 12.51 |
| Mileage ($.31) | $ 13.02 |
| Material Prep | $ 165.00 |
| Airfare | $ -0- |
| Other (tip) | $ 2.00 |
| TOTAL: | $ 853.87 |

7006676169
PDD1701261004

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| PROGRAM ID | HONORARIA |
|---|---|
| 1031.77 | 500.00 |
| | |
| | |

**OTHER EXPENSES**

| PROGRAM ID | |
|---|---|
| AIRFARE | |
| HOTEL | 137.34 |
| GROUND TRANSPORT. | 34.02 |
| MEALS | 12.51 |
| MATERIAL PREP. | 165.00 |
| ADMINISTRATIVE FEES | |
| AV./ROOM CHARGES | |
| MISCELLANEOUS | 2.00 |
| TOTAL OTHER EXP. $ | |

**BRANCHPAY**

**PURDUE**
LECTURE PROGRAM GROUP

**0001647**

COST CENTER: **8101**

PAY TO THE ORDER OF: Dr. David Haddox

Eight Hundred Fifty Three Dollars 87/100 — $ 853.87

NON NEGOTIABLE

LECTURE PROGRAM COPY

PAYABLE THROUGH
NORWEST BANK 75-46
RED WING, N.A. 919
RED WING, MN

7006676170
PDD1701261005

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER