PSJ3

Exhibit 73



*Purdue*

100 Connecticut Avenue
Norwalk, CT 06850-3590
(203) 853-0123
Fax: MedEd (203) 851-5213
Lecture Programs (203) 851-5252

# Purdue
# Speaker Request Form

Rep Region #: Southeast 5900000     Rep Territory #: 5900948

Rep Name: Rita Harris               Lecture City/State: Gainesville, Fl

Date submitted to District Manager: 7-18-98
Date submitted to Home Office:
# of days lead-time (from date submitted to Home Office to lecture date): 70 days

**Is this Meeting:**

A single presentation? ☐
Part of a half day ☐ or full day meeting? ☐
A Seminar or Symposium? ☐

Purdue has the opportunity to exhibit:   Yes [X]   No ☐

**Meeting Description/Name** (eg: Grand Rounds, Tumor Board, Pivotal Dinner)
I would like Berry Cole to speak 4 times in one day. Schedule as follows 7:00-8:00 am Shands Hosp to Anesthesia Dept, 8:30-9:30 at VA Hospital to Primary Care Residents, 12:00-1:00 to Psychiatry Pain Management Residents and Faculty at Shands and VA, lastly dinner program at Leornardo's 706 in Gainesville to local Family practice, Rheumatologists, Phsyciatrists, Neurologists and pain management specialists

**Date of Lecture Program/Seminar/Meeting:**

First choice:        Sept 28
Alternate dates:     Sept 14
Start and Finish Time: start 6:30 am end 10:00 pm

**Name of person responsible for meeting:** Dr Berger 1st talk, Dr Allen 2nd talk, Dr Stennie 3rd talk, me 4th
  Job Title:    Berger Attdg at Shands in charge of resident education for anesthesia, Allen Chairman of
Dept Primary Care VA, Stennie Director of mental Health Pain Clinic Gaines VA
  Department:   Anesthesia Shands, Primary Care VA, Psychiatry VA and Shands
  Organization: VA/Shands teaching hospital Gainesville, Fl
  Street:       1601 SW Archer RD.
  City:         Gainesville            State: FL         Zip: 32608

7006676161
PDD1701260996

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180481336

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

**Speaker Request Form, pg 2**

Telephone: Berger 352-395-6814   Allen 352-374-6015   Stennie 352-376-1611 ex6014
Fax:
E-Mail:

**Requested Topics:** (if multiple speakers, please state which topic relates to which speaker)

Pain management, addiction, assessment tools used to rule out addiction verses uncontrolled pain

**Meeting Location:** (please include room and address)

Organization: VA hospital and Shands hospital which are adjacent buildings room to be determined
Evening program at Leonardo's restaurant 5 minutes from VA and Hospital
Address: 1601 SW Archer Rd

City: Gainesville         State: FL         Zip: 32608

| | | | |
|---|---|---|---|
| **Estimated Total Attendance:** 120 total | | **Costs/Fees involved:** | |
| MDs: | 40 | Food: | $ 2450.00 |
| Nurses: | 10 | Administrative fees: | $ |
| Residents: | 70 | AV Rental: | $400.00 |
| Pharmacists: | | Miscellaneous (please specify): | |
| PAs: | | | |
| Others (please specify): | | | |

This request is for a single speaker [ X ]  / multiple speakers [ ]

If multiple speakers are requested, how many? _____

**Requested Speaker(s) and distance from lecture location:** (Please provide a minimum of 2 choices in order of preference)

**Speaker choices:**                                          **Distance (in miles) and travel time from lecture site:**

1) Berry Cole                                                 1) approx 3500 miles

2)                                                             2)

3)                                                             3)

7006676162
PDD1701260997

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180481337

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

**Speaker Request Form, pg 3**

Are any of the speakers new to the Speakers Bureau?   Yes [ ]   No [X]

**If yes to above, a Speaker Recommendation Form and current curriculum vitae must be submitted to the home office with sufficient time to allow for approval and recruitment.**

Have there been, or will there be programs submitted that are associated with this event?
Yes [ ]   No [X]   If yes, please outline the events below.

NOTE: Summation of request
September 28, 1999 Gainesville Florida

7:00 – 8:00 Anesthesia Residents and faculty UF Shands teaching Hosp

8:30-9:30 Primary Care faculty and residents VA/Shands faculty and residents at VA

12:00 – 1:00 Psychiatry/Pain management at VA to VA and Shands Psychiatric faculty and residents

7:00-10:00 Community Dinner Program open to all areas of medicine interested in pain management at Local restaurant Leonardo's 706

Please check the following:

The speaker has [ ]   has not [X]   *tentatively* agreed to this lecture engagement.

District Manager Name: _____    Approval date: _____

7006676163
PDD1701260998

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180481338

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

MEDICAL EDUCATION
SPEAKERS BUREAU COVER SHEET

| TRACKING NUMBER: | REQUESTING SALES REP: | TALK DATE: | SPEAKER: |
|---|---|---|---|
| 10377 | Rita Harris | 9/28/99 7-8am | David Haddox |

DATE OF CONFIRMATION WITH INSTITUTION: 8/27

Notes:

DATE OF CONFIRMATION WITH SPEAKER: 8/27

Notes:

DATE OF CONFIRMATION WITH REPRESENTATIVE: _____

Notes:

SPEAKERS BUREAU ( )          DIRECT OR ED. GRANT? _____          HONORARIUM: $ __
SEMINAR/SYMPOSIUM ( )     TAX ID #: _____                                   FOOD COSTS: ____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

7006676164
PDD1701260999

PKY180481339

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

PURDUE PHARMA L.P.
SPEAKER CONFIRMATION AND FOLLOW-UP FORM

Organization: **Shands Hospital**  Contact: **Jerry Berger**
Talk Date: **September 28, 1999**  Contact Phone: **(352) 395-6814**
Talk Time: **7:00 am**  Purdue Rep: **Rita Harris**
Talk Title: **Pain Management, Addiction & Assesment in Treating Pain**
Talk Location: **Shands Hospital, 1601 SW Archer Road, Gainesville, FL**

****

**LECTURE CONFIRMATION INFORMATION:**

J. David Haddox, DDS, MD

When booking travel refer to the code below:

## LP

*Because of regulatory considerations, please be advised that if during your talk, you discuss any of our products, this should be within only the framework of approved labeling and approved recommended indications and uses for the product.*

****

**PROGRAM ASSESSMENT BY SPEAKER:** (Form to be completed by speaker post lecture and returned in enclosed envelope):

Talk Title (if different than above): _____
Audience Size: _____   Audience Knowledge of Topic: _____   How helpful was Purdue Rep? _____
In a few words, please give us your overall impression of the program: _____

---

**FINANCIAL SUPPORT INFORMATION:**   *PLEASE ATTACH RECEIPTS*
Type (as directed by provider):  (X) Direct To Speaker
Travel Agency Arrangements:  ( ) Not applicable in funding
  (X) If required -- Only arrangements made through Wagonlit Travel will be covered.
    (phone: 800-745-3210)

Hotel covered for _____ Night(s)

Honorarium: $1000.00    (1099)   Mileage ($0.25/mile) _____
Total Expenses: $_____   (Bypass 1099)   Tolls/Parking _____
          Hotel _____
          Meals _____
          Other _____

Grand Total: $_____

Check payable to:  J. David Haddox, DDS, MD    SS# / Tax ID #: ▓▓▓

If different than above please specify:
  Name: _____    SS# / Tax ID #: _____
  Address: _____

Signed (Speaker): _____   Date: _____

If you have any questions, please call Kymberly Kittridge at Purdue Pharma L. P. (203) 854-7193.

****

(For Purdue Office Use Only)   Date to accounting dept: _____   Approved by: _____
Requested by: **Kymberly Kittridge**   Med Ed Use _____   (revised 12/21/1998 Version 1.9)
General Ledger No.: _____   PP/209 ( ) __OXY__   PF/0101 ( ) __UNI__
Description: **September 28, 1999, Gainesville, FL (Shands Hospital)**

7006676165
PDD1701261000

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180481340

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



# COLOR GENESIS
New Ideas in Photographic and Digital Imagery

## SALES RECEIPT

229369 - 1

Invoice Date: 08/18/99
PO Number:
Completion Date: 08/18/99
Customer Number: 6543
Terms: DUE UPON RECEIPT

HADDOX, J. DAVID DDS, MD
DR. HADDOX

Shipped DR. HADDOX
To

| Description | Number of Items | Unit Price | Sales Total |
|---|---|---|---|
| MAC Persuasion Imaging | 24 | 5.00 | 120.00 |

| Type of Payment | ............ | Less: Discounts | .00 | Total Products | 120.00 |
| Reference | AMEX | Less: Pre-Paid | .00 | Total Shipping | .00 |
| Placed on Account | .00 | | | Total Sales Tax | 8.40 |
| | | | | Total Sale | 128.40 |

7006676166
PDD1701261001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180481341

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



# SALES RECEIPT

| 231233 - 1 |

Invoice Date: 09/14/99
PO Number:
Completion Date: 09/14/99
Customer Number: 6543
Terms: DUE UPON RECEIPT

**COLOR GENESIS**
New Ideas in Photographic and Digital Imagery

HADDOX, J. DAVID DDS, MD
DR. HADDOX

Shipped  DR. HADDOX
To

| Description | Number of Items | Unit Price | Sales Total |
|---|---|---|---|
| MAC Persuasion Imaging | 9 | 5.00 | 45.00 |

| Type of Payment | ........... | Less: Discounts | ..00 | Total Products | 45.00 |
| Reference | AMEX | Less: Pre-Paid | .00 | Total Shipping | .00 |
| Placed on Account | .00 | | | Total Sales Tax | 3.15 |
| | | | | Total Sale | 48.15 |

510 14th Street NW • Atlanta, GA 30318 • 404-881-8844 • Fax 404-873-7501 • 800-838-3146 • www.colorgenesis.com

7006676167
PDD1701261002

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180481342

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

UNIVERSITY CENTRE HOTEL
GUEST FOLIO
page: 1

Guest:HADDOX, DR J D
[redacted]
Company:

|Folio: 146525 In: 9/27/99 10:
| Room: 0621 Out: 9/29/99 6:
| Rate: 63.00 Adults/children
| Payment:AX AMERICAN EXPRESS
|(SPEAKER AT UF)

| AKW | DATE | REFERENCE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | 9/27/99 | RM 0621 | ROOM CHARGE | 63.00 | 63.00 |
| | 9/27/99 | RM 0621 | ROOM TAX | 5.67 | 68.67 |
| | 9/28/99 | 005.8 MIN | 5:37a #DIALED8005069511 | .50 | 69.17 |
| | 9/28/99 | 002.2 MIN | 4:22p #DIALED3920583 L | .50 | 69.67 |
| | 9/28/99 | 001.2 MIN | 4:23p #DIALED3764871 L | .50 | 70.17 |
| | 9/28/99 | 016.8 MIN | 5:45p #DIALED8005069511 | .50 | 70.67 |
| | 9/28/99 | 014949 | RESTAURANT CHARGES | 8.96 | 79.63 |
| | 9/28/99 | RM 0621 | ROOM CHARGE | 63.00 | 142.63 |
| | 9/28/99 | RM 0621 | ROOM TAX | 5.67 | 148.30 |
| | 9/29/99 | | AMERICAN EXPRESS | 148.30CR | .00 |

Balance Due..... .00

7006676168
PDD1701261003

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180481343

# Educational Grant Speaker Expense Form

Name: J. DAVID HADDOX, DDS, MD
Address:
City   S
State & Zi

Date of Program: 28 SEPTEMBER 1999
Location: GAINESVILLE, FL
Time: 0930
Program ID # ?   TOPIC: PAIN MGT & ADDICTION

## Expenses:

| | | |
|---|---|---|
| Honorarium | $ | 500.00 |
| Hotel | $ | 137.34 |
| Tolls/Parking | $ | 24.00 |
| Meals | $ | 12.51 |
| Mileage ($.31) | $ | 13.02 |
| Material Prep | $ | 165.00 |
| Airfare | $ | -0- |
| Other (tip) | $ | 2.00 |
| TOTAL: | $ | 853.87 |

7006676169
PDD1701261004

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180481344

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)



7006676170
PDD1701261005

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY180481345

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)