# PSJ3

# Exhibit 74

COST CENTER 4800 MEDICAL EDUCATION
DEPARTMENTAL CHARGES MAY-95

Run on 06/14/95 at 17:01 based on data created on 6/14/95

| ACCT | CO | CAT | NAME | DESCRIPTION | VENDOR | INVOICE NO | DATE | ACTUAL | BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 60300 | 101 | Payroll | Usd | 059 P/R | | | | 14,466.66 | |
| | | | | | | | | 14,466.66 | 14,467.00 |
| | | | | TOTAL SALARIES- ADM AND PROF | | | | | |
| 60320 | 208 | Accrual | | Asm-Payroll Accrual 066 | P/R 5/22/95 - 5/31/95 | | | 822.77 | |
| | 208 | Accrual | | Reverse "Asm-Payroll Accr | Pplp Bi P/R 04/95 | | | (509.62) | |
| | 101 | Accrual | | Pf P/R Monthly Accruals: | Monthly Accrual | | | 1,817.91 | |
| | 101 | Payroll | | Reverse 'Pf Monthly Accru | P/R Accrual | | | (1,207.40) | |
| | 101 | Payroll | | Usd | 058 P/R | | | 4,310.76 | |
| | 208 | Payroll | | Asm-Pplp Bi-Weekly Payrol | Bi-Weekly P/R | | | 2,038.45 | |
| | | | | | | | | 7,272.88 | 7,258.00 |
| | | | | TOTAL SALARIES- SEC AND CLERICAL | | | | | |
| 60321 | 101 | Payroll | Usd | 058 P/R | | | | 318.98 | |
| | | | | | | | | 318.98 | 250.00 |
| | | | | TOTAL SEC CLERICAL OVERTIME PAY | | | | | |
| 60400 | 101 | Allocat | | 1995 Sui (P/R Taxes) Allo | Sui Alloc | | | 5.14 | |
| | 101 | Allocat | | 1995 Ful (P/R Taxes) Allo | Ful Alloc | | | 0.37 | |
| | 101 | Payroll | | Usd | 058 P/R | | | 352.75 | |
| | 101 | Payroll | | Usd | 059 P/R | | | 1,129.33 | |
| | 208 | Payroll | | Asm-Pplp Bi-Weekly Payrol | Bi-Weekly P/R | | | 155.23 | |
| | | | | | | | | 1,642.82 | 1,800.00 |
| | | | | TOTAL PAYROLL TAXES | | | | | |
| 60500 | 101 | Accrual | | Pension 1995: 01-Jun-95 1 | '95 Pension Accrual | | | 977.90 | |
| | 101 | Adjustm | | Pf: Workers' Compensation | | | | 133.54 | |
| | 101 | Adjustm | | Fringe Benefits Revised % | Revised Fringe Benefits Alloc Jan-Apr | | | (9,581.12) | |
| | 101 | Allocat | | Special 5/95 Fringe Benef | Special 5/95 Fringe Benefits Alloc | | | 1,000.00 | |
| | 208 | Allocat | | Asm-Fringe Benefits: 07-J | Fringe Benefits Allocation | | | 379.97 | |
| | 101 | Allocat | | 1995 Fringe Benefits Allo | Fringe Benefits Alloc | | | 691.24 | |
| | 101 | Payroll | | Usd | 058 P/R | | | (18.46) | |
| | 208 | Payroll | | Asm-Pplp Bi-Weekly Payrol | Bi-Weekly P/R | | | (9.24) | |
| | 101 | Payroll | | Usd | 059 P/R | | | (50.00) | |
| | 208 | Reclass | | Asm-Fringe Benefit Adjust | Adj To 1995 Plan | | | 1,995.34 | |
| | | | | | | | | (4,480.83) | 5,058.00 |
| | | | | TOTAL FRINGE BENEFITS REGULAR | | | | | |
| 60510 | 101 | Adjustm | | Dom Associates #111130: 0 | | | | 11.75 | |
| | 101 | Adjustm | | Dom Associates #Gla111162: | | | | 5.95 | |
| | 101 | Invoice | | Usd | Sfwre Training Word 4/25-26/95 | Ari Systems | 00077 | 05/01/95 | 21.25 | |
| | | | | | | | | 38.95 | 333.00 |
| | | | | TOTAL FRINGE BENEFITS OTHER | | | | | |
| 60516 | 101 | Accrual | | Post Retirement 1995 Fas | '95 Post Retirement Accrual | | | 474.61 | |
| | 101 | Accrual | | Severance 1995 Fas 112: 0 | '95 Severance Accrual | | | 41.93 | |
| | | | | | | | | 516.54 | |
| | | | | TOTAL POST RETIREE BENEFITS | | | | | |
| 60600 | 101 | Accrual | | Annual Bonus 1995 Accrual | '95 Bonus Accrual | | | 293.00 | |
| | 208 | Accrual | | Asm-Annual Bonus 1995: 30 | Bonus Accrual | | | 1,658.00 | |

Page 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8102015102
PDD1701553475

COST CENTER 4800   MEDICAL EDUCATION
DEPARTMENTAL CHARGES   MAY-95

Run on 06/14/95 at 17:01 based on data created on 6/14/95

| ACCT | CO | CAT | NAME | DESCRIPTION | VENDOR | INVOICE NO. | DATE | ACTUAL | BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 60865 | 101 | Adjustm | Pf - Ct Ave 1995 Rent: 01 | | | | | 1,951.00 | 1,950.00 |
| | | | **TOTAL ANNUAL BONUS** | | | | | | |
| | | | **TOTAL RENT** | | | | | 1,817.00 | 1,817.00 | 1,092.00 |
| 61100 | 101 | Allocat | 1995 Office Supply Alloca | Off Supp Alloc | | | | 15.91 | |
| | 101 | Invoice | Usd | Gold Cyc New Drum/Laserjet Cart/Po 00005n | West Point Products | 114223M-0 | 04/28/95 | 52.96 | |
| | 101 | Invoice | Usd | Bic Purple Highlighter, #1903393 | Corporate Express | 714499 | 05/16/95 | 0.94 | |
| | 101 | Invoice | Usd | Bic Pink Highlighter, #1655546 | Corporate Express | 714499 | 05/16/95 | 0.94 | |
| | 101 | Invoice | Usd | 3.5" Diskettes | Corporate Express | 714480 | 05/16/95 | 1.58 | |
| | 101 | Invoice | Usd | Avery Labels #5663, Contract #365c | Corporate Express | 714478 | 05/16/95 | 2.70 | |
| | 101 | Invoice | Usd | 3.5" Diskettes | Corporate Express | 714480 | 05/16/95 | 26.40 | |
| | 101 | Invoice | Usd | Avery Labels #5663, Contract #365c | Corporate Express | 714478 | 05/16/95 | 45.00 | |
| | 101 | Invoice | Usd | : Pp 705-711 | Wb Saunders | 64862 | 05/17/95 | 692.00 | |
| | 101 | Invoice | Usd | : Pp 705-711 | Wb Saunders | 64862 | 05/17/95 | (2.80) | |
| | 101 | Invoice | Usd | #1397062, Black Card File Box | Corporate Express | 711250 | 05/10/95 | 0.94 | |
| | 101 | Invoice | Usd | Avery Clear Laser Labels, #5663 | Corporate Express | 711250 | 05/10/95 | 1.35 | |
| | 101 | Invoice | Usd | Bic Blue Highlighterm /31655524 | Corporate Express | 714499 | 05/16/95 | 0.03 | |
| | 101 | Invoice | Usd | Bic Orange Highlighter, #1903386 | Corporate Express | 714499 | 05/16/95 | 0.05 | |
| | 101 | Invoice | Usd | Bic Pink Highlighter, #1655546 | Corporate Express | 714499 | 05/16/95 | 0.06 | |
| | 101 | Invoice | Usd | Bic Purple Highlighter, #1903393 | Corporate Express | 714499 | 05/16/95 | 0.06 | |
| | 101 | Invoice | Usd | Bic Blue Highlighterm /31655524 | Corporate Express | 714499 | 05/16/95 | 0.47 | |
| | 101 | Invoice | Usd | Bic Orange Highlighter, #1903386 | Corporate Express | 714499 | 05/16/95 | 0.94 | |
| | 101 | Invoice | Usd | Avery Clear Laser Labels, #5663 | Corporate Express | 711250 | 05/10/95 | 22.50 | |
| | 101 | Invoice | Usd | 8-1/2 X 11, Cream, Springhill, Relay, 20-Lb, 50 | Unisource | 14917260 | 05/02/95 | 33.75 | |
| | 101 | Invoice | Usd | #1397499, Putty Card File Box | Corporate Express | 711250 | 05/10/95 | 0.94 | |
| | 101 | Invoice | Usd | #3991011, 9-1/2 X 11 Computer Paper, White, Pi | Corporate Express | 711250 | 05/10/95 | 3.68 | |
| | 101 | Invoice | Usd | #3991011, 9-1/2 X 11 Computer Paper, White, Pin | Corporate Express | 711250 | 05/10/95 | 61.62 | |
| | 101 | Invoice | Usd | #1397499, Putty Card File Box | Corporate Express | 711250 | 05/10/95 | 0.06 | |
| | 101 | Invoice | Usd | #1397062, Black Card File Box | Corporate Express | 711250 | 05/10/95 | 0.06 | |
| | | | **TOTAL OFFICE SUPPLIES** | | | | | 962.04 | 392.00 |
| 61110 | 101 | Allocat | 1995 Duplicating Allocati | Duplic Alloc | | | | 330.26 | |
| | | | **TOTAL OFFICE SUPPLIES DUPLICAT** | | | | | 330.26 | 858.00 |
| 61200 | 101 | Adjustm | Telephone Allocation Revi | Revised Alloc % Jan-Apr | | | | (4,374.65) | |
| | 101 | Allocat | 1995 Telephone Allocation | Phone Alloc | | | | 335.18 | |
| | | | **TOTAL TELEPHONE** | | | | | (4,039.47) | 333.00 |
| 62100 | 101 | Invoice | Usd | 3/20-4/19 Pf Fed Exp Shpmnt | Federal Express Corp | 5-485-412 | 04/25/95 | 10.10 | |
| | 101 | Invoice | Usd | Tnt Intl Exp-Copenhagen/Stansted/Toronto/Beijin | Tnt Skypak | 844638 | 05/13/95 | 393.78 | |
| | 101 | Purchas | Amp Pf Interco Purchases | Interco Purchases May 1995 | | | | 679.24 | |
| | | | **TOTAL POSTAGE** | | | | | 1,083.12 | 1,667.00 |
| 64500 | 101 | Adjustm | Pf:Auto Insurance: 31-May | Lazarus, Harry | | | | 30.90 | |
| | 101 | Travele | Usd | | | | | 2,870.54 | |

Page 2

8102015103
PDD1701553476

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

```
COST CENTER      4800    MEDICAL EDUCATION                                    Run on  06/14/95  at 17:01   based on data created on    6/14/95
DEPARTMENTAL CHARGES    MAY-95
```

| ACCT | CO | CAT | NAME | DESCRIPTION | VENDOR | INVOICE NO | DATE | ACTUAL | BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **TOTAL ADM AND PROF TRAVEL** | | | | 2,901.44 | 4,333.00 |
| 64515 | 208 | Accrual | Accrual Entry #2 | Reclass Accrual | | | | (64,314.00) | |
| | 101 | Invoice | Usd | : Food Exp Spker No Show | Sunhome Health Services | SUN0421 | 04/21/95 | 30.48 | |
| | 101 | Invoice | Usd | **"Newell"** Track #Mp8908 Meeting 1-17-95 | Grady Hospital | GRA0202 | 02/02/95 | (6.30) | |
| | 208 | Invoice | Usd | : 4/9/95 Dallas Tx Asprnn | Warfield Carol Md | WAR0508 | 05/08/95 | 2.14 | |
| | 208 | Invoice | Usd | : 4/24/95 Houston Tx Mem Northwest Hosp | Velotta Albert Rn | VEL0504 | 05/04/95 | 16.73 | |
| | 208 | Invoice | Usd | : 4/19/95 Stony Brook Ny Stony Brook Univ Hosp | Kanner Ronald Md | KAN0504A | 05/04/95 | 30.25 | |
| | 208 | Invoice | Usd | : 4/10/95, Alvin Tx, Alvin Comm College | Berendts Cathy Ann Rn | BER0313 | 03/13/95 | 3.09 | |
| | 208 | Invoice | Usd | : 3/2/95 Scranton Pa St Marys Center | Levy Michael H Md | LEV0421 | 04/21/95 | 6.47 | |
| | 208 | Invoice | Usd | : 2/2/95, Macon Ga, Central Ga Onc Nurses | Wheeler Richard Md | WHE0502 | 05/02/95 | 17.60 | |
| | 208 | Invoice | Usd | : 4/11/95 Leonardtown Mn St Marys Hosp | Sheidler Vivian Rn | SHE0411 | 04/11/95 | 26.15 | |
| | 208 | Invoice | Usd | : 4/9/95 Dallas Tx Asprnn Soc Lecture | Dahl June Ph D | DAH0508 | 05/08/95 | 23.95 | |
| | 208 | Invoice | Usd | : 1/31/95, Manhasset, Ny, No Shore Univ Hosp | Brescia Frank J Md | BRE0323 | 03/23/95 | 40.58 | |
| | 208 | Invoice | Usd | : Penn Osteo Med Assn 4/28/95 Philly Pa | Narcessian Elizabeth Md | NAR0206 | 02/06/95 | 45.00 | |
| | 208 | Invoice | Usd | : Ons Dinner Symposium 4/27/95 | Anaheim Marriott | BQ4798 | 05/01/95 | 64,313.74 | |
| | 208 | Invoice | Usd | Main Line Hlth Syst 4/10/95 Food Costs Ferrell | Pmh | PMH0505 | 05/05/95 | 770.00 | |
| | 208 | Invoice | Usd | : 3/22/95 St George Ut Hilton Hotel | Lipman Arthur G Pharm D | LIP0502 | 05/02/95 | 31.90 | |
| | 208 | Invoice | Usd | : 2/20/95 Troy Ohio | Swenson Carol Rn | SWE0206 | 02/06/95 | 15.34 | |
| | 208 | Invoice | Usd | : 4/21-22/95 Ft Lauderdale Fl | Hill C Stratton Jr Md | HIL0206B | 02/06/95 | 31.12 | |
| | 208 | Invoice | Usd | : 4/7-9/95 Morgantown Wv | Roda Paul Md | ROD0206 | 02/06/95 | 65.73 | |
| | 208 | Invoice | Usd | Gadsden Reg Med Ctr 5/5-6/95 Gadsden Al | Mcguire Lora Rn | MCG0418 | 04/18/95 | 5.00 | |
| | 208 | Invoice | Usd | : 4/27/95 Anaheim Ca Ons | Sheidler Vivian Rn | SHE0206 | 02/06/95 | 47.50 | |
| | 208 | Invoice | Usd | : 6/17/95 Denver Co | Paice Judith Rn | PAI0206 | 02/06/95 | 74.62 | |
| | 101 | Invoice | Usd | 5/18-21/95 Dallas Tx | Emory University School O | EMO0202 | 02/02/95 | 6.30 | |
| | 101 | Invoice | Usd | : 4/7-9/95 Morgantown Wv | Martin Richard J Md | MAR0418A | 04/18/95 | 15.01 | |
| | 208 | Invoice | Usd | : 2/16/95 Houston Tx | Similaro John Do | SIM0206 | 02/06/95 | 31.88 | |
| | 101 | Invoice | Usd | : 4/7/95 Plattsburgh Ny Clinton Comm Col | Lipman Arthur G Pharm D | LIP0411 | 04/11/95 | 47.93 | |
| | 208 | Invoice | Usd | : 1/26/95 Fairfax Arlington Va | Curtiss Carol P Rn | CUR0411 | 04/11/95 | 8.77 | |
| | 208 | Invoice | Usd | : 4/19/95 Nashville Tn Opryland Ramada Inn | Erdman Lynn K Rn Mn | ERD0316 | 03/16/95 | 35.40 | |
| | 208 | Invoice | Usd | : 4/9/95 Dallas Tx Asprnn | Curtiss Carol P Rn | CUR0504 | 05/04/95 | 6.83 | |
| | 101 | Travele | Usd | Lazarus, Harry | Paice Judith Rn | PAI0508 | 05/08/95 | 17.21 | |
| | | | | | | | | 583.33 | |
| | | | | **TOTAL MEALS AND ENTERTAINMENT** | | | | 2,034.75 | |
| 67110 | 101 | Invoice | Usd | : Corporate Membership | American College Of Osteo | AME0515 | 05/15/95 | 450.00 | |
| | 101 | Invoice | Usd | : 3rd Ed Meet 7/27-30/95 | California Society Of All | CAL0516 | 05/16/95 | 750.00 | |
| | 101 | Invoice | Usd | : Support Spker Grand Rds | Loyola Hospital | LOY0501 | 05/01/95 | 600.00 | |
| | 101 | Invoice | Usd | Brass Plate W/ Award Mounted To Walnut Board | United States Bronze | B-7141 | 05/05/95 | 335.00 | |
| | 101 | Invoice | Usd | : Course Fam Prac 6/15-17/95 | Upmc Continuing Education | UPM0515 | 05/15/95 | 750.00 | |
| | 101 | Invoice | Usd | : Corp Sponsorship I Byock Md | National Hospice Organiza | NAT0515 | 05/15/95 | 3,000.00 | |
| | | | | **TOTAL CORPORATE SUPPORT** | | | | 5,785.00 | 12,917.00 |
| 67120 | 208 | Accrual | Accrual Entry #2 | Reclass Accrual | | | | 64,314.00 | |
| | 101 | Accrual | Reverse "Pt Additional A/ | A/P Accruals 4/95 | | | | (40,000.00) | |
| | 101 | Accrual | Additional A/P Accruals 5 | Additional A/P Accruals 5/95 | | | | 40,000.00 | |
| | 208 | Accrual | Reverse "Pplp Additional | A/P Accruals 4/95 | | | | (200,000.00) | |
| | 208 | Accrual | 5/95 Additional A/P Accru | Additional A/P Accruals 5/95 | | | | 150,000.00 | |
| | 101 | Invoice | Usd | Symposium Poster | Reprographics Plus | 47428 | 03/30/95 | 492.26 | |
| | 208 | Invoice | Usd | 5/4-7/95 Coluzzi Forman Lubbock Tx | Texas Hospice Organizatio | TEX0206 | 02/06/95 | 3,500.00 | |

Page 3

8102015104
PDD1701553477
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

COST CENTER 4800    MEDICAL EDUCATION
DEPARTMENTAL CHARGES    MAY-95

Run on 06/14/95 at 17:01 based on data created on 6/14/95

| ACCT | CO | CAT | NAME | DESCRIPTION | VENDOR | INVOICE NO | DATE | ACTUAL | BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 67120 | 208 | Invoice | Usd | : 6/16-18/95 Las Vegas Nv E Parker | Pain Institute Of Nevada | PAI0501 | 05/01/95 | 750.00 | |
| | 208 | Invoice | Usd | : Pa Osteo Med Assn 4/28/95 Philly Pa | Ellison Neil M D | ELL0206 | 02/06/95 | 264.58 | |
| | 208 | Invoice | Usd | ;Aafp Exhibit 7/17-21/95 Nashville Tn | Louisiana Academy Of Fami | LOU0505 | 05/05/95 | 500.00 | |
| | 208 | Invoice | Usd | Lowell Genl Hsptl 6/13/95 Lowell Ma Mtg Sppt | Lowell General Hospital | LOW0505 | 05/05/95 | 750.00 | |
| | 208 | Invoice | Usd | : Pa Osteo Med Assn 4/28/95 Philly Pa | Ellison Neil M D | ELL0206 | 02/06/95 | 1,000.00 | |
| | 208 | Invoice | Usd | Md | American Cancer Society | AME0505 | 05/05/95 | 1,000.00 | |
| | 208 | Invoice | Usd | Lema Lipman Mckenzie 5/19/95 Dearborn Mi | Michigan Osteopathic Medi | MIC0418 | 04/18/95 | 5,000.00 | |
| | 208 | Invoice | Usd | Pain Symp 11/16-18/95 Kansas City Mo | Southern Medical Assoc | S13708 | 05/03/95 | 10,000.00 | |
| | 208 | Invoice | Usd | : 4/9/95 Dallas Tx Aspmn | Paice Judith Rn | PAI0508 | 05/08/95 | 1,000.00 | |
| | 208 | Invoice | Usd | : 4/9/95 Dallas Tx Aspmn | Warfield Carol Md | WAR0508 | 05/08/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 4/7-9/95 Morgantown Wv | Roda Paul Md | ROD0206 | 02/06/95 | 162.73 | |
| | 208 | Invoice | Usd | : 4/21-22/95 Ft Lauderdale Fl | Hill C Stratton Jr Md | HIL0206B | 02/06/95 | 458.72 | |
| | 208 | Invoice | Usd | 4/7-9/95 Morgantown Wv | Roda Paul Md | ROD0206 | 02/06/95 | 500.00 | |
| | 208 | Invoice | Usd | Ferrell Watson Brown-Saltzman /25/95 Inglewood | Centinela Hospital Medica | CEN0509 | 05/09/95 | 1,400.00 | |
| | 208 | Invoice | Usd | : 4/21-22/95 Ft Lauderdale Fl | Hill C Stratton Jr Md | HIL0206B | 02/06/95 | 2,000.00 | |
| | 101 | Invoice | Usd | Aberdeen Area Indian Hlth Serv 5/3-4/95 | Brenner Marc Dpm | BRE0206 | 02/06/95 | 775.00 | |
| | 208 | Invoice | Usd | : 1995 Annual Congress Attendee | Oncology Nursing Society | ONC0427 | 04/27/95 | 300.00 | |
| | 208 | Invoice | Usd | Jack Mad Cnty Gen Hosp 4/7-8/95 Jackson Tn | Hill C Stratton Jr Md | HIL0206 | 02/06/95 | 753.72 | |
| | 208 | Invoice | Usd | 5/17-18/95 Little Rock Ar | Arkansas State Hospice As | ARK0206 | 02/06/95 | 1,000.00 | |
| | 208 | Invoice | Usd | : Snyders 3/19/95 Eagan Mn | Dube James E Pharm D | DUB0206 | 02/06/95 | 1,000.00 | |
| | 208 | Invoice | Usd | : 4/19-23/95 Las Vegas Nv | Coluzzi Paul Md | COL0206A | 02/06/95 | 1,500.00 | |
| | 208 | Invoice | Usd | Sopi | Acs Oopi | 13-APR-95 | 04/13/95 | 5,000.00 | |
| | 208 | Invoice | Usd | Cohen Eto 6/10/95 Atlanta Ga | Continuing Education Mast | 7151 | 04/20/95 | 7,500.00 | |
| | 208 | Invoice | Usd | : 95 Pri Med Space | Pri Med | PRI0509 | 05/09/95 | 1,400.00 | |
| | 208 | Invoice | Usd | 95 Primed Space | Pri Med | PRI0510 | 05/10/95 | 10,000.00 | |
| | 208 | Invoice | Usd | : 6/8/95 Oxycontin Inv Mtg | Portenoy Russell Md | POR0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | : Penn Osteo Med Assn 4/28/95 Philly Pa | Narcessian Elizabeth Md | NAR0206 | 02/06/95 | 314.80 | |
| | 208 | Invoice | Usd | : Penn Osteo Med Assn 4/28/95 Philly Pa | Narcessian Elizabeth Md | NAR0206 | 02/06/95 | 1,000.00 | |
| | 208 | Invoice | Usd | Foley, Herbst, Frederich 7/13-16/95 Vancouver | International Hospice Ins | INT0508 | 05/08/95 | 7,000.00 | |
| | 208 | Invoice | Usd | : 4/9/95 Dallas Tx Aspmn | Warfield Carol Md | WAR0508 | 05/08/95 | 270.60 | |
| | 208 | Invoice | Usd | : 4/9/95 Dallas Tx Aspmn | Paice Judith Rn | PAI0508 | 05/08/95 | 409.20 | |
| | 208 | Invoice | Usd | : 4/9/95 Dallas Tx Aspmn Soc Lecture | Dahl June Ph D | DAH0508 | 05/08/95 | 876.40 | |
| | 208 | Invoice | Usd | : 4/9/95 Dallas Tx Aspmn Soc Lecture | Dahl June Ph D | DAH0508 | 05/08/95 | 1,000.00 | |
| | 208 | Invoice | Usd | : 4/9/95 Dallas Tx Aspmn Soc Lecture | Paice Judith Rn | PAI0508A | 05/08/95 | 1,000.00 | |
| | 208 | Invoice | Usd | 3/30/95 Salina Ks Byocks Handouts | Association Of Kansas Hos | 08-MAY-95 | 05/08/95 | 185.00 | |
| | 208 | Invoice | Usd | Symposium Posters | Reprographics Plus | 48109 | 04/13/95 | 2,054.28 | |
| | 208 | Invoice | Usd | Gadsden Reg Med Ctr 5/5-6/95 Gadsden Al | Mcguire Lora Rn | MCG0418 | 04/18/95 | 102.10 | |
| | 208 | Invoice | Usd | Gadsden Reg Med Ctr 5/5-6/95 Gadsden Al | Erdman Lynn K Rn Mn | ERD0418 | 04/18/95 | 132.30 | |
| | 208 | Invoice | Usd | : 4/27/95 Anaheim Ca | Paice Judith Rn | PAI0206 | 02/06/95 | 854.08 | |
| | 208 | Invoice | Usd | : 4/27/95 Anaheim Ca Ons | Sheidler Vivian Rn | SHE0206 | 02/06/95 | 884.05 | |
| | 208 | Invoice | Usd | : 4/27/95 Anaheim Ca Ons | Sheidler Vivian Rn | SHE0206 | 02/06/95 | 1,000.00 | |
| | 208 | Invoice | Usd | Gadsden Reg Med Ctr 5/5-6/95 Gadsden Al | Mcguire Lora Rn | MCG0418 | 04/18/95 | 1,000.00 | |
| | 208 | Invoice | Usd | Pain Symp 11/16-18/95 Kansas City Mo | Southern Medical Assoc | S13709 | 05/03/95 | 10,000.00 | |
| | 208 | Invoice | Usd | Un Kansas Med Cntr 5/11/95 Kansas City Ks | Pettigrew Jan Rn Phd | PET0418 | 04/18/95 | 159.13 | |
| | 208 | Invoice | Usd | : 4/10/95 Bryn Mawr Pa | Ferrell Betty Rn Phd | FER0206 | 02/06/95 | 341.74 | |
| | 208 | Invoice | Usd | C Miaskowski 3/2/95 San Francisco Ca | American Cancer Society | AME0418 | 04/18/95 | 1,000.00 | |
| | 208 | Invoice | Usd | Un Kansas Med Cntr 5/11/95 Kansas City Ks | Pettigrew Jan Rn Phd | PET0418 | 04/18/95 | 1,500.00 | |
| | 208 | Invoice | Usd | : 4/10/95 Bryn Mawr Pa | Ferrell Betty Rn Phd | FER0206 | 02/06/95 | 1,500.00 | |
| | 208 | Invoice | Usd | Coluzzi Mccaffery 6/24/95 Van Nuys Ca | Holy Cross Medical Center | HOL0501 | 05/01/95 | 2,500.00 | |
| | 208 | Invoice | Usd | : Snyders 3/19/95 Eagan Mn | Dube James E Pharm D | DUB0206 | 02/06/95 | 126.47 | |
| | 208 | Invoice | Usd | 5/4/95 Lincoln Nebraska | Martin Richard J Md | MAR0418 | 04/18/95 | 1,500.00 | |
| | 101 | Invoice | Usd | Downeast Pharmacy 6/12/95 Augusta Me | Pirrotta Joseph | PIR0516 | 05/16/95 | 300.00 | |
| | 101 | Invoice | Usd | : 4/7-9/95 Morgantown Wv | Similaro John Do | SM0206 | 02/06/95 | 308.42 | |
| | 101 | Invoice | Usd | : 4/7-9/95 Morgantown Wv | Similaro John Do | SM0206 | 02/06/95 | 750.00 | |

Page 4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

8102015105
PDD1701553478

COST CENTER 4800  MEDICAL EDUCATION
DEPARTMENTAL CHARGES  MAY-95

Run on 06/14/95 at 17:01 based on data created on 6/14/95

| ACCT | CO | CAT | NAME | DESCRIPTION | VENDOR | INVOICE NO. | DATE | ACTUAL | BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 67120 | 101 | Invoice | Usd | 1995 Asthma Theory To Treatment | American Academy Of Aller | AME0626 | 05/26/95 | 450.00 | |
| | 101 | Invoice | Usd | 5/18-21/95 Dallas Tx | Martin Richard J Md | MAR0418A | 04/18/95 | 185.65 | |
| | 101 | Invoice | Usd | 5/18-21/95 Dallas Tx | Martin Richard J Md | MAR0418A | 04/18/95 | 1,000.00 | |
| | 208 | Invoice | Usd | 6/8/95 Oxycontin Inv Mtg | Haddox David J Dds Md | HAD0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 6/8/95 Oxycontin Inv Mtg | Curtiss Carol P Rn | CUR0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 6/8/95 Oxycontin Inv Mtg | Coluzzi Paul Md | COL0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 6/8/95 Oxycontin Inv Mtg | Cleary James Phd | CLE0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 6/8/95 Oxycontin Inv Mtg | Lebel Alyssa Md | LEB0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 6/8/95 Oxycontin Inv Mtg | Lipman Arthur G Pharm D | LIP0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 6/8/95 Oxycontin Inv Mtg | Narcessian Elizabeth Md | NAR0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 6/8-11/95 Oxycontin Inv Mtg | Borsook David Md | BOR0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 6/8/95 Oxycontin Inv Mtg | Payne Richard M D | PAY0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 6/8/95 Oxycontin Inv Mtg | Levy Michael H Md | LEV0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | 6/8/95 Oxycontin Inv Mtg | Irick Neil E Md | IRI0515 | 05/15/95 | 2,000.00 | |
| | 208 | Invoice | Usd | First Banks Airline Tickets/Lipman/Wild/Clear | First Banks | 20-APR-95 | 04/20/95 | 7,785.33 | |
| | 101 | Invoice | Usd | 5/4/95 Lincoln Nebraska | Martin Richard J Md | MAR0418 | 04/18/95 | 15.00 | |
| | 208 | Invoice | Usd | Gadsden Reg Med Ctr 5/5-6/95 Gadsden Al | Erdman Lynn K Rn Mn | ERD0418 | 04/18/95 | 1,600.00 | |
| | 208 | Invoice | Usd | 4/27/95 Anaheim Ca | Palce Judith Rn | PAI0206 | 02/06/95 | 2,000.00 | |
| | 208 | Invoice | Usd | Holiday Inn Mn 3/19-20/95 Chrges | Holiday Inn | 20-MAR-95 | 03/20/95 | 1,119.62 | |
| | 208 | Invoice | Usd | First Banks Airline Tickets/Lipman/Wild/Clear | First Banks | 20-APR-95 | 04/20/95 | 8,077.50 | |
| | 208 | Invoice | Usd | Lincoln General Hosp 5/4/95 Lincoln Ne | Dube James E Pharm D | DUB0418 | 04/18/95 | 22.00 | |
| | 208 | Invoice | Usd | Lincoln General Hosp 5/4/95 Lincoln Ne | Dube James E Pharm D | DUB0418 | 04/18/95 | 400.00 | |
| | 208 | Invoice | Usd | Portenoy & Narcessian 5/3/95 West Orange Nj | Kessler Institute For Reh | KES0519 | 05/19/95 | 1,521.54 | |
| | 101 | Invoice | Usd | 80% Deposit | Safaris | 19-MAY-95 | 05/19/95 | 7,000.00 | |
| | 208 | Invoice | Usd | Banquet/Audio Vis Chrges | Hyatt Regency | 32573 | 04/19/95 | 13,598.19 | |
| | 101 | Reclass | | Reclass Per Mtemple Memo Reclass Per Mtemple Memo 5/30/95 | | | | 36.57 | |
| | | | | | | | | _181,498.98_ | _123,751.00_ |

TOTAL SEMINARS AND SYMPOSIA

| 67130 | 101 | Accrual | Reverse "Pr Additional A/ | A/P Accruals 4/95 | | | | (20,000.00) | |
|---|---|---|---|---|---|---|---|---|---|
| | 208 | Accrual | Reverse "Pplp Additional | A/P Accruals 4/95 | | | | (75,000.00) | |
| | 101 | Accrual | Additional A/P Accruals 5 | Additional A/P Accruals 5/95 | | | | 40,000.00 | |
| | 208 | Accrual | 5/95 Additional A/P Accru | Additional A/P Accruals 5/95 | | | | 50,000.00 | |
| | 208 | Invoice | Usd | 2/13/95 San Luis Obisbo Ca | San Luis Obisbo Cme Conso | SAN0503 | 05/03/95 | 31.00 | |
| | 208 | Invoice | Usd | 4/7/95 Plattsburgh Ny Clinton Comm Col | Curtiss Carol P Rn | CUR0411 | 04/11/95 | 156.45 | |
| | 208 | Invoice | Usd | 2/28/95 Maitland Fl | Weinstein Sharon Md | WEI0322 | 03/22/95 | 300.00 | |
| | 208 | Invoice | Usd | 2/16/95 Houston Tx | Lipman Arthur G Pharm D | LIP0411 | 04/11/95 | 227.53 | |
| | 208 | Invoice | Usd | 4/27/95 Rochester Ny | Poe Robert Md | POE0420 | 04/20/95 | 600.00 | |
| | 101 | Invoice | Usd | 1/17/95 Lakewood Nj Kimball Med Ctr | Gawchik Sandra M Do | GAW0502 | 05/02/95 | 1,000.00 | |
| | 101 | Invoice | Usd | First Banks Airline Tickets/Lipman/Wild/Clear | First Banks | 20-APR-95 | 04/20/95 | 394.00 | |
| | 101 | Invoice | Usd | **Newell** Track #Mp8908 Meeting 1-17-95 | Grady Hospital | GRA0202 | 02/02/95 | (1,625.50) | |
| | 101 | Invoice | Usd | 6/17/95 Denver Co | Emory University School O | EMO0202 | 02/02/95 | 1,625.50 | |
| | 101 | Invoice | Usd | 2/14/95 Annandale Va | Nsouli Talal M Md | NSO0322 | 03/22/95 | 260.00 | |
| | 101 | Invoice | Usd | 2/14/95 Annandale Va | Nsouli Talal M Md | NSO0322 | 03/22/95 | 500.00 | |
| | 208 | Invoice | Usd | 2/2/95, Macon Ga, Central Ga Onc Nurses | Wheeler Richard Md | WHE0502 | 05/02/95 | 1,000.00 | |
| | 208 | Invoice | Usd | 1/31/95, Manhasset, Ny, No Shore Univ Hosp | Brescia Frank J Md | BRE0323 | 03/23/95 | 750.00 | |
| | 208 | Invoice | Usd | 1/31/95, Manhasset, Ny, No Shore Univ Hosp | Brescia Frank J Md | BRE0323 | 03/23/95 | 909.02 | |
| | 208 | Invoice | Usd | 4/4/95 New Braunfels Tx Hospice New Braunfels | Hill C Stratton Jr Md | HIL0405 | 04/05/95 | 1,000.00 | |
| | 208 | Invoice | Usd | 3/10/95 Willingboro Nj Rancocas Valley Hosp | Levy Michael H Md | LEV0421A | 04/21/95 | 1,000.00 | |
| | 208 | Invoice | Usd | 1/25/95 Philadelphia Pa Temple Univ Cancer Ct | Levy Michael H Md | LEV0504 | 05/04/95 | 4.40 | |
| | 208 | Invoice | Usd | 4/26/95 Verona Nj W Essex Community Hlth Hosp | Narcessian Elizabeth Md | NAR0504 | 05/04/95 | 5.20 | |
| | 208 | Invoice | Usd | 4/12/95 Cranford Nj Comprehensive Rehabilitat | Narcessian Elizabeth Md | NAR0504A | 05/04/95 | 9.32 | |
| | 208 | Invoice | Usd | 4/18/95 Cleveand Tn Bradley County Home Hlth | Stephens Suzanne Rn | STE0504 | 05/04/95 | 13.00 | |
| | 208 | Invoice | Usd | 4/20/95 Gwyndd Valley Pa Gwyneed Mercy Colleg | Polomano Rosemary | POL0504 | 05/04/95 | 26.40 | |

Page 5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

COST CENTER 4800  MEDICAL EDUCATION
DEPARTMENTAL CHARGES  MAY-95

Run on 06/14/95 at 17:01 based on data created on 6/14/95

| ACCT | CO | CAT | NAME | DESCRIPTION | VENDOR | INVOICE NO. | DATE | ACTUAL | BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 67130 | 208 | Invoice | Usd | 4/21/95 Farrell Pa Shenango Valley Med Ctr 20 | Ray James Pharm D | RAY0503 | 05/03/95 | 39.38 | |
| | 208 | Invoice | Usd | 4/21/95 Erie, Pa Metro Health | Lema Mark Md | LEM0508 | 05/08/95 | 74.00 | |
| | 208 | Invoice | Usd | 4/19/95 Nashville Tn Opryland Ramada Inn | Curtiss Carol P Rn | CUR0504 | 05/04/95 | 89.29 | |
| | 208 | Invoice | Usd | 4/24/95 Houston Tx Mem Northwest Hosp | Velotta Albert Rn | VEL0504 | 05/04/95 | 120.42 | |
| | 208 | Invoice | Usd | 4/19/95 Stony Brook Ny Stony Brook Univ Hosp | Kanner Ronald Md | KAN0504A | 05/04/95 | 176.05 | |
| | 208 | Invoice | Usd | 4/18/95 Cleveand Tn Bradley County Home Hlth | Stephens Suzanne Rn | STE0504 | 05/04/95 | 200.00 | |
| | 208 | Invoice | Usd | 4/21/95 New York Ny Harlem Hosp 506 Lenox Ave | Steinhardt Elle Rn | STE0504 | 05/04/95 | 200.00 | |
| | 208 | Invoice | Usd | 4/27/95 Everett Ma Alfred Mckee Md | Hospice Of Whidden Mem Hs | HOS0504 | 05/04/95 | 250.00 | |
| | 208 | Invoice | Usd | 2/20/95 Greenville Oh Darke Cty Nurses Assoc | Swenson Carol Rn | SWE0504A | 05/04/95 | 250.00 | |
| | 208 | Invoice | Usd | 2/20 Sidney Oh Wilson Hospice & Homecare | Swenson Carol Rn | SWE0504 | 05/04/95 | 250.00 | |
| | 208 | Invoice | Usd | 4/14/95 Malden Ma Dennis Sanders Md | Malden Hospital | MAL0504 | 05/04/95 | 289.52 | |
| | 208 | Invoice | Usd | 2/23/95 Walnut Creek Ca Kaiser Hosp | Brindley Robert Pharm D | BRI0504 | 05/04/95 | 300.00 | |
| | 208 | Invoice | Usd | 4/24/95 Houston Tx Mem Northwest Hosp | Velotta Albert Rn | VEL0504 | 05/04/95 | 300.00 | |
| | 208 | Invoice | Usd | 4/23/95 Richmond Va Healthsouth Med Ctr 7700 | Lasker James Md | LAS0504 | 05/04/95 | 300.00 | |
| | 208 | Invoice | Usd | 4/20/95 Gwynedd Valley Pa Gwyneed Mercy Colleg | Polomano Rosemary | POL0504 | 05/04/95 | 300.00 | |
| | 208 | Invoice | Usd | 2/8/95 Fall River Ma Edward Martin Md | St Annes Hospital | STA0504 | 05/04/95 | 464.00 | |
| | 208 | Invoice | Usd | 4/13/95 Chattanooga Tn Amer Canc Soc 850 Fort | Job Martin | JOB0504 | 05/04/95 | 467.50 | |
| | 208 | Invoice | Usd | 4/20/95 Newark Nj Elizabeth Narcessian Md | Newark Beth Israel Medica | SIE0504 | 05/04/95 | 500.00 | |
| | 208 | Invoice | Usd | 4/7/95 Richmond Va Mcguire Va Med Ctr | Long Stephen Md | LON0502 | 05/02/95 | 500.00 | |
| | 208 | Invoice | Usd | 4/21/95 Erie Pa Mark Lema Md Metro Health Ctr | Metro Health Center | MET0508 | 05/08/95 | 500.00 | |
| | 208 | Invoice | Usd | 4/13/95 Chattanooga Tn Amer Canc Soc 850 Fort | Job Martin | JOB0504 | 05/04/95 | 500.00 | |
| | 208 | Invoice | Usd | 4/27/95 Lemont Il Assoc Of Indian Pharm | Dorociak James Pharm D | DOR0504 | 05/04/95 | 600.00 | |
| | 208 | Invoice | Usd | 4/21/95 Farrell Pa Shenango Valley Med Ctr 20 | Ray James Pharm D | RAY0503 | 05/03/95 | 750.00 | |
| | 208 | Invoice | Usd | 4/19/95 Stony Brook Ny Stony Brook Univ Hosp | Kanner Ronald Md | KAN0504A | 05/04/95 | 750.00 | |
| | 208 | Invoice | Usd | 4/18/95 Astoria Ny Astoria Hospital 25-10 30t | Kanner Ronald Md | KAN0504 | 05/04/95 | 750.00 | |
| | 208 | Invoice | Usd | 4/12/95 Cranford Nj Comprehensive Rehabilitat | Narcessian Elizabeth Md | NAR0504A | 05/04/95 | 750.00 | |
| | 208 | Invoice | Usd | 4/26/95 Verona Nj W Essex Community Hlth Hosp | Narcessian Elizabeth Md | NAR0504 | 05/04/95 | 750.00 | |
| | 208 | Invoice | Usd | 2/9/95 San Jose Ca Vna Home Hospice | Coluzzi Paul Md | COL0503 | 05/03/95 | 750.00 | |
| | 208 | Invoice | Usd | 4/19/95 Nashville Tn Opryland Ramada Inn | Curtiss Carol P Rn | CUR0504 | 05/04/95 | 1,000.00 | |
| | 208 | Invoice | Usd | 1/25/95 Philadelphia Pa Temple Univ Cancer Ct | Levy Michael H Md | LEV0504 | 05/04/95 | 1,012.20 | |
| | 208 | Invoice | Usd | 4/18/95 Philadelphia Pa Michael Levy Md | Methodist Hospital (Pa) | MET0504 | 05/04/95 | 1,018.98 | |
| | 208 | Invoice | Usd | 3/31/95 Trenton Nj For Michael Levy | Helene Fuld Medical Cente | HEL0421 | 04/21/95 | 1,217.02 | |
| | 208 | Invoice | Usd | 4/27/95 Everett Ma Whidden Hospital | Hospice Of Whidden Mem Hs | HOS0504A | 05/04/95 | 1,500.00 | |
| | 208 | Invoice | Usd | 2/9/95 San Jose Ca San Jose Hosp | Coluzzi Paul Md | COL0503A | 05/03/95 | 1,800.00 | |
| | 208 | Invoice | Usd | 1/25/95 Roanoke Va Roanoke Mem Hosp | Erdman Lynn K Rn Mn | ERD0503 | 05/03/95 | 1,666.61 | |
| | 208 | Invoice | Usd | 4/25/95 Great Falls Mt Columbus Hosp | Clark Fork Medical Assoc | CLA0503 | 05/03/95 | 50.00 | |
| | 208 | Invoice | Usd | J Loughners Hotel Exp H8810 | University Of Southern Ma | UNI0410 | 04/10/95 | 450.00 | |
| | 208 | Invoice | Usd | 2/25/95 Bakersfield Ca Kern Nursing Soc | Brechner Theresa Md | BRE0504 | 05/04/95 | 47.60 | |
| | 208 | Invoice | Usd | 3/31/95 Robert Dreicer Md | Samaritan Hospital | SAM0323 | 03/23/95 | 43.67 | |
| | 208 | Invoice | Usd | 4/13/95 York Pa Mem Hosp Aud | Gloth F Michael III Md | GLO0320 | 03/20/95 | 600.00 | |
| | 208 | Invoice | Usd | 4/13/95 York Pa Mem Hosp Aud | Gloth F Michael III Md | GLO0320 | 03/20/95 | 750.00 | |
| | 208 | Invoice | Usd | 3/31/95 Robert Dreicer Md | Samaritan Hospital | SAM0323 | 03/23/95 | 123.60 | |
| | 208 | Invoice | Usd | 2/22/95 Brooklyn Ny | Matthews Wilma Rn | MAT0206 | 02/06/95 | 337.71 | |
| | 208 | Invoice | Usd | 3/2/95 St George Ut Hilton Hotel | Lipman Arthur G Pharm D | LIP0502 | 05/02/95 | 400.00 | |
| | 208 | Invoice | Usd | 2/22/95 Brooklyn Ny | Matthews Wilma Rn | MAT0206 | 02/06/95 | 1,000.00 | |
| | 208 | Invoice | Usd | 3/22/95 St George Ut Hilton Hotel | Lipman Arthur G Pharm D | LIP0502 | 05/02/95 | 56.17 | |
| | 208 | Invoice | Usd | 2/20/95 Troy Ohio | Swenson Carol Rn | SWE0206 | 02/06/95 | 62.64 | |
| | 208 | Invoice | Usd | 5/5/95 Stuart Weiner Do | Saginaw Cooperative Hospi | SAG0206 | 02/06/95 | 62.74 | |
| | 208 | Invoice | Usd | 4/17/95 Pottstown Pa | Leinbach Kathleen | LEI0303 | 03/03/95 | 200.00 | |
| | 208 | Invoice | Usd | 4/17/95 Pottstown Pa | Leinbach Kathleen | LEI0303 | 03/03/95 | 250.00 | |
| | 208 | Invoice | Usd | 2/20/95 Troy Ohio | Swenson Carol Rn | SWE0206 | 02/06/95 | 300.00 | |
| | 208 | Invoice | Usd | 2/16/95 Walnut Creek Ca | Brindley Robert Pharm D | BRI0322 | 03/22/95 | 750.00 | |
| | 208 | Invoice | Usd | 5/5/95 Stuart Weiner Do | Saginaw Cooperative Hospi | SAG0206 | 02/06/95 | 200.00 | |
| | 208 | Invoice | Usd | 1/25/95 Roanoke Va | Carilion | CAR0322 | 03/22/95 | 200.00 | |

Page 6

8102015107
PDD1701553480
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

COST CENTER 4800   MEDICAL EDUCATION
DEPARTMENTAL CHARGES   MAY-95

Run on 06/14/95 at 17:01 based on data created on 6/14/95

BUDGET

| ACCT | CO | CAT | NAME | DESCRIPTION | VENDOR | INVOICE NO. | DATE | ACTUAL |
|---|---|---|---|---|---|---|---|---|
| 67130 | 208 | Invoice | Usd | First Banks Airline Tickets/Lipman/Wild/Clear | First Banks | 20-APR-95 | 04/20/95 | 11,304.00 |
| | 208 | Invoice | Usd | 3/30/95 Wolfeboro Nh H Sonneborn Md | Hospice Of Southern Carro | HOS0410 | 04/10/95 | 26.20 |
| | 208 | Invoice | Usd | 3/15/95 Morristown Nj St Peters Epis Church | Hewitt David | HEW0206 | 02/06/95 | 159.94 |
| | 208 | Invoice | Usd | 3/2/95 Long Branch Nj | Lerner William Md | LERN0410 | 04/10/95 | 275.00 |
| | 208 | Invoice | Usd | 3/30/95 Chattanooga Tn | University Of Tennessee E | UNI0411 | 04/11/95 | 696.46 |
| | 208 | Invoice | Usd | 4/11/95 Boston Ma Univ Hosp | Curtiss Carol P Rn | CUR0411A | 04/11/95 | 52.68 |
| | 208 | Invoice | Usd | 3/2/95 Scranton Pa St Marys Center | Levy Michael H Md | LEV0421 | 04/21/95 | 70.78 |
| | 208 | Invoice | Usd | 2/2/95, Macon Ga, Central Ga Ono Nurses | Wheeler Richard Md | WHE0502 | 05/02/95 | 114.14 |
| | 208 | Invoice | Usd | 4/10/95, Alvin Tx, Alvin Comm College | Berendts Cathy Ann Rn | BER0313 | 03/13/95 | 165.00 |
| | 208 | Invoice | Usd | 4/10/95 Largo Fl Hosp Of Fl Suncoast | Frederich Michael E Md | FRE0410 | 04/10/95 | 179.64 |
| | 208 | Invoice | Usd | 4/4/95 New Braunfels Tx Hospice New Braunfels | Hill C Stratton Jr Md | HIL0405 | 04/05/95 | 188.27 |
| | 208 | Invoice | Usd | 2/22/95 Ny Ny Lenox Hill Hosp | Steinhardt Elle Rn | STE0421 | 04/21/95 | 200.00 |
| | 208 | Invoice | Usd | 4/12/95 Doylestown Pa Acs Of Bucks Cty | Polomano Rosemary | POL0303 | 03/03/95 | 300.00 |
| | 208 | Invoice | Usd | 4/12/95, Lowville Ny, Hospice Of Lewis Cty 77 | Potash Joel | POT0320 | 03/20/95 | 300.00 |
| | 208 | Invoice | Usd | 3/24/95 Martinsville Va Mem Hosp Of Martinsvi | Ralph Landes Educational | RAL0314 | 03/14/95 | 324.20 |
| | 208 | Invoice | Usd | 4/1/95 Boxborough Ma Boxborough Host Hotel | Gannon Richard H Pharm D. | GAN0303 | 03/03/95 | 350.00 |
| | 208 | Invoice | Usd | 2/6/95 Middletown Ky, J Graham Brown Ca Ctr | Eldridge Russell | ELD0322 | 03/22/95 | 400.00 |
| | 208 | Invoice | Usd | 4/18/95 Edison Nj Jfk Med Ctr Rehab Conf Rm 6 | Narcessian Elizabeth Md | NAR0320 | 03/20/95 | 500.00 |
| | 208 | Invoice | Usd | 1/26/95 Huntsville Al Hospice Of Huntsville | Hospice Of Huntsville Inc | HOS0316 | 03/16/95 | 500.00 |
| | 208 | Invoice | Usd | 4/6/95, Houston Tx, Memorial City Hospital | Memorial City Hospital | MEM0321 | 03/21/95 | 500.00 |
| | 208 | Invoice | Usd | 4/11/95 Leonardtown Mn St Marys Hosp | Sheidler Vivian Rn | SHE0411 | 04/11/95 | 600.00 |
| | 208 | Invoice | Usd | 3/10/95 Willingboro Nj Rancocas Valley Hosp | Levy Michael H Md | LEV0421A | 04/21/95 | 7.16 |
| | 208 | Invoice | Usd | 2/15/95 Birmingham Al Bmc Princton Hosp | Erdman Lynn K Rn Mn | ERD0322 | 03/22/95 | 14.00 |
| | 208 | Invoice | Usd | 2/8/95 Galveston Tx Utmb | Hill C Stratton Jr Md | HIL0205A | 02/06/95 | 26.40 |
| | 208 | Invoice | Usd | 4/12/95 Doylestown Pa Acs Of Bucks Cty | Polomano Rosemary | POL0303 | 03/03/95 | 30.80 |
| | 208 | Invoice | Usd | 2/6/95 Middletown Ky, J Graham Brown Ca Ctr | Eldridge Russell | ELD0322 | 03/22/95 | 33.00 |
| | 208 | Invoice | Usd | 2/22/95 Manchester Ct Manchester Mem Hosp Con | Mckee Alfred Lang Md | MCK0320 | 03/20/95 | 35.20 |
| | 208 | Invoice | Usd | 4/11/95 Leonardtown Mn St Marys Hosp | Sheidler Vivian Rn | SHE0411 | 04/11/95 | 48.13 |
| | 208 | Invoice | Usd | 4/1/95 Boxborough Ma Boxborough Host Hotel | Gannon Richard H Pharm D. | GAN0303 | 03/03/95 | 49.10 |
| | 208 | Invoice | Usd | 3/31/95 Brunswick Ga | Southeast Georgia Medical | SOU0206 | 02/06/95 | 750.00 |
| | 208 | Invoice | Usd | 4/7/95 Plattsburgh Ny Clinton Comm Col | Curtiss Carol P Rn | CUR0411 | 04/11/95 | 750.00 |
| | 208 | Invoice | Usd | 2/16/95 Houston Tx | Lipman Arthur G Pharm D | LIP0411 | 04/11/95 | 1,000.00 |
| | 208 | Invoice | Usd | 4/4/95 Gastonia Nc | North Carolina Ahec | NOR0308 | 03/08/95 | 1,086.28 |
| | 208 | Invoice | Usd | 4/4/95 Gastonia Nc | North Carolina Ahec | NOR0308 | 03/08/95 | 1,500.00 |
| | 208 | Invoice | Usd | 1/26/95 Fairfax Arlington Va | Erdman Lynn K Rn Mn | ERD0316 | 03/16/95 | 148.70 |
| | 208 | Invoice | Usd | 1/26/95 Fairfax Arlington Va | Erdman Lynn K Rn Mn | ERD0316 | 03/16/95 | 2,000.00 |
| | 208 | Invoice | Usd | 4/18/95 Edison Nj Jfk Med Ctr Rehab Conf Rm 6 | Narcessian Elizabeth Md | NAR0320 | 03/20/95 | 6.50 |
| | 208 | Invoice | Usd | 4/10/95, Alvin Tx, Alvin Comm College | Berendts Cathy Ann Rn | BER0313 | 03/13/95 | 600.00 |
| | 208 | Invoice | Usd | 2/8/95 Galveston Tx Utmb | Hill C Stratton Jr Md | HIL0206A | 02/06/95 | 750.00 |
| | 208 | Invoice | Usd | 4/10/95 Largo Fl Hosp Of Fl Suncoast | Frederich Michael E Md | FRE0410 | 04/10/95 | 750.00 |
| | 208 | Invoice | Usd | 4/11/95 Boston Ma Univ Hosp | Curtiss Carol P Rn | CUR0411A | 04/11/95 | 750.00 |
| | 208 | Invoice | Usd | **Newell** Track #Je8513 | Dahl June Ph D | DAH0109 | 01/09/95 | (581.02) |
| | 208 | Invoice | Usd | **Newell** Track #Je8513 | Dahl June Ph D | DAH0109 | 01/09/95 | (750.00) |
| | 101 | Invoice | Usd | 3/31/95 Fort Washington Md Bongos Rest | Britt E James | BRI0303 | 03/03/95 | 24.20 |
| | 101 | Invoice | Usd | 3/31/95 Fort Washington Md Bongos Rest | Britt E James | BRI0303 | 03/03/95 | 450.00 |
| | 101 | Invoice | Usd | 4/12/95 Brooklyn Ny | Reznick Louis Do | REZ0329 | 03/29/95 | 4.40 |
| | 101 | Invoice | Usd | 1/17/85 Lakewood Nj Kimball Med Ctr | Gawchik Sandra M Do | GAW0502 | 05/02/95 | 77.00 |
| | 101 | Invoice | Usd | 4/26/95 Kingston Pa | Ramakrishna S Md | RAM0329 | 03/29/95 | 275.00 |
| | 101 | Invoice | Usd | 4/12/95 Brooklyn Ny | Reznick Louis Do | REZ0329 | 03/29/95 | 400.00 |
| | 208 | Invoice | Usd | 2/22/95 Manchester Ct Manchester Mem Hosp Con | Mckee Alfred Lang Md | MCK0320 | 03/20/95 | 1,000.00 |
| | 208 | Invoice | Usd | 3/2/95 Scranton Pa St Marys Center | Levy Michael H Md | LEV0421 | 04/21/95 | 1,000.00 |
| | 208 | Invoice | Usd | 3/28/95 C Stratton Hill Jr Md | Physicians Cme Fund | PHY0405 | 04/05/95 | 1,017.60 |
| | 208 | Invoice | Usd | 4/5/95 Sharon Weinstein Md | Winter Haven Hospital | WIN0321 | 03/21/95 | 1,211.53 |
| | 208 | Invoice | Usd | 2/15/95 Birmingham Al Bmc Princton Hosp | Erdman Lynn K Rn Mn | ERD0322 | 03/22/95 | 1,600.00 |

Page 7

8102015108
PDD1701553481

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

COST CENTER 4800   MEDICAL EDUCATION
DEPARTMENTAL CHARGES   MAY-95

Run on 06/14/95 at 17:01 based on data created on 6/14/95

| ACCT | CO | CAT | NAME | DESCRIPTION | VENDOR | INVOICE NO | DATE | ACTUAL | BUDGET |
|---|---|---|---|---|---|---|---|---|---|
| 67130 | 208 | Invoice | Usd | : 3/23/95 Melbourne Fl For M Levy | Weustoff Hospital | WEU0421 | 04/21/95 | 2,085.29 | |
| | 208 | Invoice | Usd | : 4/27/95 Lemont Il Assoc Of Indian Pharm | Dorociak James Pharm D | DOR0504 | 05/04/95 | 3.96 | |
| | 208 | Invoice | Usd | : 3/30/95 Wolfeboro Nh H Sonneborn Md | Hospice Of Southern Carro | HOS0410 | 04/10/95 | 400.00 | |
| | 208 | Invoice | Usd | : 3/15/95 Morristown Nj St Peters Epis Church | Hewitt David | HEW0206 | 02/06/95 | 500.00 | |
| | 208 | Invoice | Usd | : 2/13/95 San Luis Obisbo Ca | San Luis Obisbo Crne Conso | SAN0503 | 05/03/95 | 1,000.00 | |

TOTAL SPEAKERS BUREAU   66,814.96   70,834.00

TOTAL MEDICAL EDUCATION   $280,615.08

N.B. Budgeted amounts are presented for comparative purposes against actual activity. Although a budget may exist for other accounts, only accounts with actual detail are included in this report.

Page 8

8102015109
PDD1701553482

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Currency: USD
Company=904 (BASE CO's (excl 107 109 195 295 309 310)), Cost Center=4800 (Medical Education)
Current Period: MAY-95

COST CENTER COMPARISON

| Acct | CURRENT MONTH | | | | YEAR TO DATE | | | |
|---|---|---|---|---|---|---|---|---|
| | ACTUAL | BUDGET | VARIANCE | VAR% | ACTUAL | BUDGET | VARIANCE | VAR% |
| Payroll Expenses: | | | | | | | | |
| Salaries- Adm and Prof | 14,467 | 14,467 | 0 | 0.0 | 72,334 | 72,335 | 1 | 0.0 |
| Salaries- Sec and Clerica | 7,273 | 7,258 | (15) | (0.2) | 35,201 | 36,290 | 1,089 | 3.0 |
| Sec Clerical Overtime Pay | 319 | 250 | (69) | (27.6) | 391 | 1,250 | 859 | 68.7 |
| Payroll Taxes | 1,643 | 1,800 | 157 | 8.7 | 9,285 | 9,000 | (285) | (3.2) |
| Fringe Benefits Regular | (3,964) | 5,058 | 9,022 | 178.4 | 15,066 | 25,290 | 10,224 | 40.4 |
| Fringe Benefits Other | 39 | 333 | 294 | 88.3 | 194 | 1,665 | 1,471 | 88.3 |
| Annual Bonus | 1,951 | 1,950 | (1) | (0.1) | 9,755 | 9,750 | (5) | (0.1) |
| **PAYROLL EXPENSE | 21,728 | 31,116 | 9,388 | 30.2 | 142,226 | 155,580 | 13,354 | 8.6 |
| OTHER EXPENSES: | | | | | | | | |
| Rent | 1,817 | 1,092 | (725) | (66.4) | 9,085 | 5,460 | (3,625) | (66.4) |
| Office Supplies | 962 | 392 | (570) | (145.4) | 1,941 | 1,960 | 19 | 0.9 |
| Office Supplies Duplicat | 330 | 858 | 528 | 61.5 | 2,385 | 4,290 | 1,905 | 44.4 |
| Telephone | (4,039) | 333 | 4,372 | 1,313.1 | 1,607 | 1,665 | 58 | 3.5 |
| Dues | 0 | 17 | 17 | 100.0 | 100 | 85 | (15) | (17.6) |
| Subscriptions and Books | 0 | 25 | 25 | 100.0 | (44) | 125 | 169 | 135.6 |
| Postage | 1,083 | 1,667 | 584 | 35.0 | 9,378 | 8,335 | (1,043) | (12.5) |
| General Expense | 0 | 42 | 42 | 100.0 | 0 | 210 | 210 | 100.0 |
| Adm and Prof Travel | 2,901 | 4,333 | 1,432 | 33.0 | 19,783 | 21,665 | 1,882 | 8.7 |
| Meals and Entertainment | 2,035 | 0 | (2,035) | n/m | 13,352 | 0 | (13,352) | n/m |
| Corporate Support | 5,785 | 12,917 | 7,132 | 55.2 | 67,242 | 64,585 | (2,657) | (4.1) |
| Seminars and Symposia | 181,199 | 123,751 | (57,448) | (46.4) | 631,531 | 618,755 | (12,776) | (2.1) |
| speakers Bureau | 66,815 | 70,834 | 4,019 | 5.7 | 321,702 | 354,170 | 32,468 | 9.2 |
| Allocations out | 0 | 0 | 0 | n/m | (84,978) | 0 | 84,978 | n/m |
| Allocations in | 0 | 0 | 0 | n/m | 84,978 | 0 | (84,978) | n/m |
| **TOTAL OTHER EXPENSE | 258,888 | 216,261 | (42,627) | (19.7) | 1,078,062 | 1,081,305 | 3,243 | 0.3 |
| COST CENTER TOTAL | 280,616 | 247,377 | (33,239) | (13.4) | 1,220,288 | 1,236,885 | 16,597 | 1.3 |

8102015110
PDD1701553483

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER