# PSJ3 Exhibit 77

**To:** Alfonso, Mark[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=D0FAB274]
**From:** DaBronzo, Dr. Joseph
**Sent:** Wed 3/24/2004 4:09:58 PM
**Subject:** FW: New Feature on NPEC!

FYI
-----Original Message-----
**From:** Lazarus, Harry
**Sent:** Wednesday, March 24, 2004 9:12 AM
**To:** DaBronzo, Dr. Joseph; Sears, Terri; Celone, Sherlyn
**Subject:** FW: New Feature on NPEC!

This should be of interest to all of us. Janssen supports this program. It is interesting that all the board members went through our TTT programs. Also these same speakers spoke for us at regional and national meetings , however we are no longer using them as often as we did in the past. Another reason why our speakers say we have deserted them.

Harry Lazarus, PharmD, MRPharmS
Group Executive Director, Professional Relations
Email:  harry.lazarus@pharma.com
Phone: 203-588-7240
Fax:    203-588-6262
Cell

-----Original Message-----
**From:** The National Pain Education Council [mailto:npecinfo@mailgate.pehsnet.com]
**Sent:** Tuesday, March 23, 2004 9:41 AM
**To:** Lazarus, Harry
**Subject:** New Feature on NPEC!



Dear Colleague:

We hope that you continue to find the NPEC web site informative and that you have had the opportunity to view some of our new features.

We've added another useful feature to www.npecweb.org:

**Pain Assessment and Documentation Tool (PADT™) and Guidebook**
The PADT is a patient interview form developed by experts in pain management and

addiction medicine. This convenient, concise resource can help you document regular assessment of your chronic-pain patients' treatment, and direct changes in pain management plans. Regularly documenting treatment progress and your assessments of a patient's potential aberrant drug-related behavior is especially important for patients who are receiving opioid therapy. Using the PADT periodically provides a longitudinal assessment of your patients' progress.

On behalf of NPEC co-chairs Richard Payne, MD and Russell Portenoy, MD, we thank you for visiting www.npecweb.org and hope you find this new feature to be a valuable resource.



This e-mail is only intended for the person(s) to whom it is addressed and may contain confidential information. Unless stated to the contrary, any opinions or comments are personal to the writer and do not represent the official view of the company. If you have received this e-mail in error, please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your co-operation.