# PSJ3

# Exhibit 83

To:      Dr.J.David.Haddox@pharma.com[Dr.J.David.Haddox@pharma.com]
From:    Russell Portenoy MD
Sent:    Fri 12/3/1999 7:06:46 AM
Subject: RE: The Clock is ticking, ticking, ticking ..... -Reply -Reply

Dave,

And thank you for your kind words. Very much appreciated, believe me. I do hope that we can do some good things together.

Russ

>>> "Haddox, Dr. J. David" <Dr.J.David.Haddox@pharma.com> 12/02/99 09:52am >>>
Russ,

Thanks so much for the kind words about my impromptu participation in your educational program on Tuesday. It is always a pleasure and an honor to be at the podium with you.

While I am sorry that your schedule will not allow you to take the ABPM board examination in February, I am delighted that you have seen the wisdom of participation in this process and will plan for the future. By copy of this reply to Dr. Wilson and Mr. Engle, I will assure that you will be given plenty of lead time to allow participation in the 2001 administration of the examination process. I applaud your ongoing committment to the specialty of Pain Medicine. All leaders in the specialty should also subscribe to the board certification process as a way of solidifying the knowledge base of the specialty and ensuring that the public can identify those who are not overly focused on merely one procedural aspect of pain management.

I have spoken with Bob Kaiko about your program and how impressed I am with your agenda. I have asked that time be scheduled to discuss the same with Robert Reder next week. I think it is best for Purdue to consider your request carefully and respond in a coordinated way that takes into account the various operating units within the company. I will do my best to shepherd your request in order to obtain a response.

Keep up the good work and stay the course. You are in a unique position to positively influence the lives of countless people. I am confident that the nation's health and welfare will be better because of your hard work, vision and dedication.

jdh
> -----Original Message-----
> From: Russell Portenoy MD [SMTP:RPortenoy@bethisraelny.org]
> Sent: Thursday, December 02, 1999 5:47 AM
> To: Dr.J.David.Haddox@pharma.com
> Subject: FW: The Clock is ticking, ticking, ticking ..... -Reply
>
> Dear Dave,
>
> First, thanks just so very much for your help at the conference. From the
> informal reviews, I think that the audience thought that you were my plant
> and that we had rehearsed. Well, maybe this is true? Anyway, you were
> great, the case was perfect, and all those cute political agenda items
> that always are the subtext of every academic moment went just the way I

CONFIDENTIAL                                                                                                          PPLPC025000005629

> had hoped.
>
> Second, it's the bad news and the good news.  I can't fit the February
> trip in and will not take the ABPM boards this time.  But, you did it,
> finally, I soul-searched on the commute home and decided that you are
> right and that this is in the category of commitment to the discipline.  I
> am nothing if not committed to the discipline.  So I will take the exam
> and push it along to anyone else I can influence.  I don't know where this
> will go during the next five years, but I wouldn't be surprised if ABPM
> becomes the "prestige" board (whether ABMS approved or not), while the
> ABA-ABNP-ABPMR becomes the "basic" board.
>
> Hopefully, I will get the mailer for the exam after this.
>
> Third and last, thanks also for keeping us in mind when you finally
> succeed in springing some funds for the absolutely critical work that has
> to be done by PF and others on the issues we talked about.  Just
> yesterday, I was at a meeting of BIMC bigwigs and told the story (again)
> of how PF helped change the world a decade ago in terms of cancer pain
> management (the head of the cancer center was there nodding vigorously).
> I told this story as part of an internal educational thing I was doing
> about the mechanics, ethics and so forth of industry-academic partnering.
> There is no question in my mind that this could happen again in these
> areas.  If it does, I'm there if needed.
>
> Speak to you soon.
>
> Russ
>
> >>> "Haddox, Dr. J. David" <Dr.J.David.Haddox@pharma.com> 11/30/99 08:17pm
> >>>
> I got your email wrong on the first try.
>
> jdh
>
> > -----Original Message-----
> > From: Haddox, Dr. J. David
> > Sent: Tuesday, November 30, 1999 8:15 PM
> > To: 'rportenoy@bethisrael.org'
> > Subject: The Clock is ticking, ticking, ticking .....
> >
> > Russ,
> >
> > It was good to see you today.  I appreciate your letting me help out
> with
> > the presentation.
> >
> > Regarding the ABPM examination, the clock is ticking.
> >
> > Professional examination theory recognizes two basic types of
> examination:
> > Expert and competence examination.  Ours is the latter, which means that
> > you would have no trouble achieving a passing score, even without study.
> > I just reviewed the final version for February and I can assure you,
> > barring any interceding traumatic brain injury, you have nothing to
> worry

CONFIDENTIAL
PPLPC025000005630

&gt; &gt; about.  This goal of this examination is not to certify physicians as
&gt; &gt; experts, but rather to certify that they possess the requisite knowledge
&gt; &gt; to practice safe, effective and ethical pain medicine.  Just as we
&gt; talked
&gt; &gt; today, we are testing the core knowledge in the field, not the knowledge
&gt; &gt; of the subspecialist in pain management in anesthesiology, etc.
&gt; &gt;
&gt; &gt; Remember that the ABPN attempt to end-run the ABPM is utilizing an
&gt; &gt; examination that is owned and administered by the ABA to certify
&gt; &gt; neurologists, psychiatrists and physiatrists.  I do not think this is
&gt; good
&gt; &gt; for anyone.
&gt; &gt;
&gt; &gt; The field would benefit by your becoming certified.  Once you had done
&gt; so,
&gt; &gt; I feel certain that you, like I, would endorse and recommend the
&gt; &gt; examination process for all your trainees.   Those of us who truly
&gt; &gt; practice pain medicine are in danger of losing our identity and being
&gt; &gt; swallowed up by our specialties of origin.  You, as Chairman of the
&gt; first
&gt; &gt; Pain Medicine and Palliative Care should set the standard by taking the
&gt; &gt; examination and being a vanguard for this cerfication of physicians and
&gt; &gt; the accreditation of training programs by the ABPM.
&gt; &gt;
&gt; &gt; Please give this matter careful consideration, not only on a personal
&gt; &gt; level, but on what it will mean for the future of our young, growing and
&gt; &gt; very needed calling.
&gt; &gt;
&gt; &gt; I'll get back in touch when I have had a chance to speak with the
&gt; relevant
&gt; &gt; folks here about the issues we discussed.
&gt; &gt;
&gt; &gt; Take care,
&gt; &gt;
&gt; &gt; Dave
&gt; &gt;
&gt; &gt; J. David Haddox, DDS, MD
&gt; &gt; Medical Director, International Analgesics
&gt; &gt; Purdue Pharma, L. P.
&gt; &gt; 203/854-7667 direct line 678/409-9485 mobile (metro areas only)
&gt; &gt; 203/831-9659 facsimile 888/935-7786 pager (metro areas only)
&gt; &gt;
&gt; &gt;
&gt;

CONFIDENTIAL

PPLPC025000005631