# PSJ3

# Exhibit 84



**LORRAINE OLECKNA MEMORIAL
CANCER RESEARCH FUND**
ASSOCIATED WITH THE JFK MEDICAL CENTER FOUNDATION

# ONCOLOGY GRAND ROUNDS
## *Spring Series*

| | | |
|---|---|---|
| March 24, 1992 | SPEAKER: | LEONARD GOMELLA, MD<br>Assistant Professor<br>Department of Urology<br>Jefferson Medical College, Philadelphia, PA |
| | TOPIC: | **UPDATE ON THE TREATMENT OF PROSTATE CANCER AND THE ROLE OF PROSTATE CANCER SCREENING** |
| April 28, 1992 | SPEAKER: | ROBERT KYLE, MD<br>Professor of Medicine/Laboratory Medicine<br>Mayo Foundation<br>Pittsburgh Cancer Institute |
| | TOPIC: | **OVERVIEW AND UPDATE ON THE DISEASE AND TREATMENT OF MULTIPLE MYELOMA** |
| May 26, 1992 | SPEAKER: | KATHLEEN M. FOLEY, MD<br>Chief, Pain Service<br>Department of Neurology<br>Memorial Sloan Kettering Cancer Center |
| | TOPIC: | **MANAGEMENT OF CANCER PAIN** |

*Time:* Noon

*Location:* Security Conference Room, JFK Medical Center
65 James Street, Edison, NJ

THIS PRESENTATION IS SUPPORTED BY THE LORRAINE OLECKNA MEMORIAL CANCER RESEARCH FUND (AFFILIATED WITH THE JFK MEDICAL CENTER FOUNDATION)
JFK MEDICAL CENTER IS ACCREDITED BY THE MEDICAL SOCIETY OF N.J. TO GRANT ONE HOUR OF CATEGORY I CREDITS FOR THIS ACTIVITY, AMA, AAFP.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please R.S.V.P. by filling out the form below and returning it by March 15 to:*
Carol Simon, Cancer Registry, JFK Medical Center
65 James Street, Edison, NJ 08818

❑ Yes, I will be attending the **March 24** spring program.

❑ Yes, I will be attending the **April 28** spring program.

❑ Yes, I will be attending the **May 26** spring program.

NAME _____

ADDRESS _____

PHONE # _____ AFFILIATION _____

8112640772
PDD1701924912

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128168

*Please expedite!*

# Purdue Frederick Speakers' Bureau   Speaker Request Form

RECEIVED

MAR 31 1992

## Mail To:

1  District Manager for approval.

2  District Manager mails to: **The Purdue Frederick Company**
   Speakers' Bureau
   100 Connecticut Avenue
   Norwalk, CT 06856

## Directions:

1  All blanks must be completed for the request to be processed.
   Please print information clearly.

2  Alternate speakers must be approved by the organization.

3  Fill out the speakers' program evaluation form after the meeting.

4  Check to make sure bottom copy is legible.

5  Yellow copy will be returned following home office review.

## Program:

Program description or name of meeting:

ONCOLOGY GRAND ROUNDS

Speaker's Topic:

MANAGEMENT OF CANCER PAIN

Date  MAY 26, 1992   Time  NOON

Alternate date(s) _____   Time _____

_____   Time _____

Location (address and room number)

SECURITY CONFERENCE ROOM
JFK MEDICAL CENTER, 65 JAMES ST.
EDISON, N.J.

Is this part of a full-day program?   Yes ☐   No ☒

Has this program been previously arranged
with the speaker by the organization?   Yes ☒   No ☐

Sponsoring organization:

LORRAINE OLECKNA MEMORIAL
CANCER RESEARCH FUND

Estimate attendance:

MDs  ~~60-8~~ 40-60   Pharms  3-5
Nurses  40-60   Others  5-10

Audience will be:  ☐ Academically Oriented  ☒ Clinically Oriented

## Objective:

To increase awareness usage of MSC
— Chief of Oncology has already arranged Dr.
Foley's visit with hospital planning to pay —
asks if we can sponsor + display.

white and yellow—Medical Dept, pink—District Manager,
goldenrod—Rep. (Sponsoring talk)

## Contact:

Name of person responsible for meeting:  HARRY LAZARUS
~~Nancy Flamingo, R.N.~~  HARRY LAZARUS, R.N.

Title  ~~RN~~ Program Coordinator, Radiation Oncology Dept.

Street  JFK Medical Center   City  Edison
65 James St.

State  NJ   Zip  08818   Telephone ( )  908 321-7167

## Speaker Requested:   Speaker Location:

1  Kathleen M. Foley, M.D.  MSK, N.Y.
2  212/639-7050
3  _____

Travel requirements  —car/train

Estimated distance and time from the program site for speaker Choice #1

Miles (one way)  90   Time  1½-2 hrs.

Reason for recommending speaker

Dr. Foley is scheduled for this appearance.
Our sponsorship will do much to support MSC
MD rapport, prestige — and allow display.

## Materials:

How many bulletin board notices do you want?   0

How many invitations do you want?   0

## Plans:

What other plans do you have to make this meeting productive (e.g. reprints,
literature, follow-up)?

Pre-meeting PR, literature, much
MD follow-up.

Representative Territory #  3225658

Name  Larry Butts, Sr.   Date of Request  3/24/92

## Approvals:

District Manager   Yes ☒   No ☐

Name _____   Date  3/27/92

Medical Department   Yes ☒   No ☐

Name _____   Date  3/31/92

## For Home Office Use:

Anyone sure she is talking
on cancer pain (yes she is)

C2513   Rev. 2/91   R207A

8112640773
PDD1701924913

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128169

## IMPORTANT MESSAGE

FOR _Terry_

DATE _5-7_   TIME _10:15_   A.M. / P.M.

### WHILE YOU WERE OUT

M _Carol Simon_

OF _JFK_

PHONE NO. _____

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CALLED TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| | RETURNED YOUR CALL | | |

MESSAGE

_We should pay her
directly (Kathleen Foley)_

SIGNED _____

L1-A2334                                    PRINTED IN U.S.A.

8112640774
PDD1701924914

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128170

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

**IMPORTANT MESSAGE**

Terry

FOR

DATE 5-7     TIME 9:10     A.M. / P.M.

**WHILE YOU WERE OUT**

M  Carol Simon

OF  JFK - Edison, NJ

PHONE NO.  908-321-7740

| TELEPHONED | X | PLEASE CALL | X |
| CALLED TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| | RETURNED YOUR CALL | | |

MESSAGE  Re: Kathleen Foley talk
on 5-26

Paula Molica

2) needs Eastern Region
SIGNED  speaker list / didn't
get one

Associated L1-A2334     PRINTED IN U.S.A.

8112640775
PDD1701924915

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128171

## CHECK REQUEST

Company name: ___PF___

Date: ___June 11, 1992___

To: Kathleen Foley, M.D.

Mem Sloan Kett/1275 York Ave/Box 52

New York, NY 10021

For: JFK Medical Center (Edison, NJ)
Speakers Bureau - (LB 6348) on 5-26-92

| ORACLE | |
|---|---|
| VENDOR# | INVOICE# |
| EDP-A/P | |
| VENDOR# | BATCH# |
| VOUCHER# | ACCTG.PERIOD |

**1099 TAX INFORMATION***
Payee's ID Number: ___ SS#___
Expense Distribution:
*1099:* $ 750.00 *EXPENSE:* $ 9.00
*Completion required for all 1099 applicable payments.*

Gen. Ledger Account No: ___486-7130___

Amount: ___759.00___

Requested by Terry Newell

Approved by ___

*PLEASE FORWARD CHECK TO:* ___Terry Newell___

8112640776
PDD1701924916

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128172

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

## THE PURDUE FREDERICK COMPANY -- SPEAKER FOLLOW-UP FORM

Track No.: __ LB 6348 _____

Speaker: __ Kathleen Foley, M.D. _____      Soc Sec # _____ JUN 0 1 1992

Mailing Address: __ Memorial Sloan Kettering Cancer Center/1275 York Ave/Box 52 ____
         Location/Street
         New York, NY  10021
         _____
         City/State/Zip Code

Meeting: Date: __ 05-26-92 _____      Location:____ J.F.K. Medical Center _____
         _____ Edison, New Jersey _____

Topic Of Presentation: _____
_____

Financial: Honorarium:  $ __ 750.00 __
         Travel Expenses:      Mileage ($0.22/mile): _____
                   Tolls/Parking: ____ 9.00 _____
                   Hotel: _____
                   Meals: _____
                   Other: _____
Grand Total: $ 759.00 _____
Program Assessment:  On a scale of 1 (poor) to 5 (excellent) please rate: Audience Size _____
Audience Reaction: ____ good ____  Audience Knowledge Of Topic: _____
How Helpful Was PF Representative To You: __ very _____
In a few words, please give us your overall impression of this program:
_____
_____ Hospital very interested in - prog program . _____
_____

Signed: _____ Kthr foly . _____    Date: 5/26/92

8112640777
PDD1701924917

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128173

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

## SPEAKERS BUREAU CONFIRMATION RECORD

Logged_____
Eval_____

| Date Request Received | Tracking No. | Requesting Rep. | Talk Approved | Talk Date |
|---|---|---|---|---|
| _____ | _UB_ 6348 | L Butts | _____ | 5/26/92 |

Speaker: _Foly_
1002l

Date of Confirmation
with Institution     5/7

Notes:

Lm 4/9
Lm 5/5
Lm 5/7

Date of Confirmation
with Speaker     4/9

Confirm Letter  5/7

Notes:

4/9 - all set

Date of Confirmation
with Rep     _____

Notes:

Reminder Target:     _____
Reminder Actual:     _____

Thank You Target:  6/9
Thank You Actual:  _____

Speaker Bureau ( )
Corporate     ( )

Honorarium for this Talk:
_____ $750

8112640778
PDD1701924918

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PKY181128174

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL., CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)

| PAYOR | | VENDOR NO. | VENDOR NAME | | CHECK NO. | PAGE NO. |
|---|---|---|---|---|---|---|
| **THE PURDUE FREDERICK COMPANY** | | A014155 | FOLEY KATHLEEN, M.D. | | 112800 | 1 |

| COMPANY | INVOICE DATE | INVOICE NO. | VOUCHER NO. | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 0101 | 06/11/92 | F0L0611 | 023905 | 759.00 | .00 | 759.00 |

REMITTANCE ADVICE

| | TOTAL PAYMENT | 759.00 |
|---|---|---|

8112640779
PDD1701924919

PKY181128175

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

IN COMMONWEALTH OF KENTUCKY, EX REL. JACK CONWAY, ATTORNEY GENERAL v. PURDUE PHARMA L.P., ET AL.,
CIVIL ACTION NO. 07-CI-OI 303 (PIKE COUNTY CIRCUIT COURT)