# PSJ3

# Exhibit 85

ENDO00735356 (Native)

| PER Number Assignment 2007 | | | | | | | |
|---|---|---|---|---|---|---|---|
| PER # | Name of Institution | Check Payable | Amount | Initials | Date to AP | UPS Tracking # | Order # |
| 01017 | Cleveland Clinic Educational Foundation | Cleveland Clinic Educational Foundation | $ 10,000.00 | VT |  | 1Z 8AT 669 02 9697 6776 | 600001 |
| 01027 | CT Chapter, American Society of Pain Management Nursing | CT Chapter, American Society of Pain Management Nursing | $ 5,000.00 | HT | 01/11/07 | 1Z 8AT 669 02 9652 6510 | 600001 |
| 01037 | Pediatric Anesthesiology Foundation | Pediatric Anesthesiology Foundation | $ 2,500.00 | BSB | 02/05/07 | 1Z 8AT 669 02 9142 9821 | 600007 |
| 01047 | Anaheim General Hospital | Anaheim General Hospital | $ 800.00 | BSB |  | 1Z 8AT 669 02 9584 1878 | 600001 |
| 01057 | James W. Atchison, DO | James W Atchison | $ 2,000.00 | LK | 02/05/07 | 1Z 8AT 669 02 9255 4318 | *** |
| 01067 | Joseph F. Audette | Joseph F. Audette | $ 2,000.00 | LK | 02/05/07 | 1Z 8AT 669 01 9495 2305 | *** |
| 01077 | Allison Bailey, MD | Allison Bailer, MD | $ 2,000.00 | LK |  | 1Z 8AT 669 01 9540 6715 | *** |
| 01087 | Virginia Byers Kraus | Virginia Byers Kraus, MD | $ 2,000.00 | LK |  | 1Z 8AT 669 01 9127 5329 | *** |
| 01097 | Perry G. Fine | Perry G. Fine, MD | $ 3,250.00 | LK | 02/05/07 | 1Z 8AT 669 01 9415 6890 | *** |
| 01107 | R. Norman Harden, MD | R. Norman Harden, MD | $ 2,000.00 | LK |  | 1Z 8AT 669 01 9566 3830 | *** |
| 01117 | Carlos J. Lozada, MD | Carlos J. Lozada, MD | $ 2,000.00 | LK | 02/05/07 | 1Z 8AT 669 01 9101 2086 | *** |
| 01127 | Theodore Pincus, MD | Theodore Pincus, MD | $ 2,000.00 | LK | 02/05/07 | 1Z 8AT 669 15 9318 7038 | *** |
| 01137 | James Robinson | James P. Robinson | $ 2,000.00 | LK |  | 1Z 8AT 669 15 9232 1876 | *** |
| 01147 | Steven P. Stanos, Jr., DO | Steven P. Stanos, Jr., DO | $ 2,500.00 | LK | 02/05/07 | 1Z 8AT 669 15 9181 8841 | *** |
| 01157 | North Shore-LIJ Health System | North Shore - LIJ Fund #10807 | $ 60,500.00 | LK | 02/05/07 | 1Z 8AT 669 02 9225 0262 | 600004 |
| 01167 | North Shore-LIJ Health System | North Shore - LIJ Fund #10807 - APS Residents Course | $ 180,750.00 | LK | 02/05/07 | 1Z 8AT 669 02 9225 0262 | 600001 |
| 01177 | Coalition for Pain Education (COPE) | Coalition for Pain Education (COPE) | $ 20,000.00 | LK |  | US POSTAL SERVICE | 600004 |
| 01187 | Coalition for Pain Education (COPE) | Coalition for Pain Education (COPE) | $ 20,000.00 | LK |  | US POSTAL SERVICE | 600006 |
| 01197 | ASPMN So. Cal. Chapter | ASPMN So. Cal. Chapter | $ 1,000.00 | BSB |  | 1Z 8AT 669 02 9000 7430 | 600004 |
| 01207 | City of Hope Pain/Palliative Care Resource Center (COHPPR | City of Hope Pain/Palliative Care Resource Center (COHPPRC) | $ 10,000.00 | BSB |  | 1Z 8AT 669 02 9150 2661 | 600004 |
| 01217 | Pharmacy Foundation of California | Pharmacy Foundation of California | $ 3,500.00 | BSB |  | 1A 8AT 669 02 9939 3506 | 600001 |
| 01227 | Southern California Cancer Pain Initiative (SCCPI) | Southern California Cancer Pain Initiative (SCCPI) | $ 10,000.00 | BSB |  | 1Z 8AT 669 02 9321 5763 | 600001 |
| 01237 | Oregon State Pharmacy Association | Oregon State Pharmacy Association | $ 2,500.00 | CA |  | 1Z 8AT 669 02 9872 7693 | 600004 |
| 01247 | Arizona Neurological Society | Arizona Neurological Society | $ 2,500.00 | BSB |  | 1Z 8AT 669 02 9194 3248 | 600005 |
| 01257 | St. Claire's Hospital | St. Claire's Hospital Medical Education | $ 1,350.00 | FY |  | 1Z 8AT 669 02 9445 6751 | 600005 |
| 01267 | Emory University School of Medicine | Emory University School of Medicine | $ 2,000.00 | MS |  | 1Z 8AT 669 02 9219 8276 | 600001 |
| 01277 | Pennsylvania Cancer Pain Initiative | Penn State Univ, PA Cancer Pain Initiative | $ 12,000.00 | LK |  | 1Z 8AT 669 02 9729 9336 | 662100 |
| 01287 | Henry M. Jackson Foundation for the Advancement of Militar | Henry M. Jackson Foundation for the Advancement of Military Medi | $ 25,000.00 | LK |  | 1Z 8AT 669 01 9755 9904 | 30100 / 700800 |
| 01297 | American Pain Foundation | American Pain Foundation | $ 10,000.00 | MS |  | 1Z 8AT 669 02 9639 2110 | 666400 |
| 01307 | AANP Foundation | AANP Foundation | $ 5,000.00 | MS |  | US POSTAL SERVICE | 666400 |
| 01317 | National Fibromyalgia Association | National Fibromyalgia Association | $ 5,000.00 | BSB |  | 1Z 8AT 669 02 9676 3326 | 600006 |
| 01327 | American Academy of Physical Medicine | American Academy of Physical Medicine | $ 10,000.00 | BSB |  | 1Z 8AT 669 02 9218 9651 | 666400 |
| 01337 | Beth Israel Medical Center | Beth Israel Medical Center Department of Pain Medicine and Pallia | $ 3,000.00 | FY |  | 1Z 8AT 669 02 9060 8068 | 600001 |
| 01347 | National Headache Foundation (NHF) | National Headache Foundation (NHF) | $ 5,000.00 | EJ |  | 1Z 8AT 669 01 9564 5574 | 600005 |
| 01357 | American Headache Society | American Headache Society | $ 25,000.00 | EJ |  | 1Z 8AT 669 01 9984 6582 | 600005 |
| 01367 | Univ of S FL Medical Services Support Corporation | Univ of S FL Medical Services Support Corporation | $ 5,000.00 | LK |  | 1Z 8AT 669 02 9286 2539 | 662150 |
| 01377 | St. Lukes & Roosevelt Hospitals & NYSORA | St. Lukes & Roosevelt Hospitals & NYSORA | $ 5,000.00 | FY |  | 1Z 8AT 669 01 9621 4948 | 662150 |
| 01387 | Jan Brandes, MD | Nashville Neuroscience Group, P.C. | $ 5,000.00 | EJ | 02/15/07 | 1Z 8AT 669 02 9150 2625 | 615000 |
| 01397 | Vincent T. Martin, MD | Vincent Martin, MD | $ 2,000.00 | EJ |  | 1Z 8AT 669 02 9212 4345 | 615000 |
| 01407 | New England Pain Association | New England Pain Association | $ 5,000.00 | HT |  | 1Z 8AT 669 01 9572 3962 | 600004 |
| 01417 | The Society for Women's Health Research | The Society for Women's Health Research | $ 10,000.00 | LK |  | 1Z 8AT 669 02 9580 9369 | 666400 |
| 02017 | CMM Global | CMM Global | $ 12,484.00 | LK |  | 1Z 8AT 669 02 9765 3283 | 661000 |
| 02027 | The Foundation for Medical Excellence | The Foundation for Medical Excellence | $ 5,000.00 | LK |  | 1Z 8AT 669 01 9051 0183 | 600006 |
| 02037 | University of CA, San Diego Medical Center (UCSD) | University of CA, San Diego Medical Center (UCSD) | $ 5,000.00 | LK |  | 1Z 8AT 669 02 9126 2439 | 600004 |
| 02047 | John Muir Medical Center | John Muir Medical Center | $ 1,500.00 | LK |  | 1Z 8AT 669 01 9659 3299 | 600006 |

ENDO00735356 (Native)

## PER Number Assignment 2007

| PER # | Name of Institution | Check Payable | Amount | Initials | Date to AP | UPS Tracking # | Order # |
|---|---|---|---|---|---|---|---|
| 02057 | American Headache Society | American Headache Society | $ 25,000.00 | LK | | 1Z 8AT 669 01 9316 0994 | 600005 |
| 02067 | Diamond Headache Clinic | Diamond Headache Clinic | $ 25,000.00 | EJ | | 1Z 8AT 669 02 9768 5383 | 600005 |
| 02077 | UC Davis Division of Pain Medicine | Regents of the University of CA | $ 1,000.00 | BSB | | 1Z 8AT 669 02 9768 5383 | 600001 |
| 02087 | Joint CME Committee | Joint CME Committee c/o Good Samaritan Hospital Medical Staff | $ 1,950.00 | LK | | 1Z 8AT 669 02 9841 9721 | 600001 |
| 02097 | Anaheim General Hospital | Anaheim General Hospital | $ 1,300.00 | BSB | | 1Z 8AT 669 01 9002 2406 | 600001 |
| 02107 | Margo McCaffery, MS, RN-BC, FAAN | Margo McCaffery | $ 5,000.00 | BSB | | 1Z 8AT 669 01 9724 5752 | 660900 |
| 02117 | Chris Pasero, MS, RN-BC, FAAN | Chris Pasero | $ 5,000.00 | BSB | | 1Z 8AT 669 01 9884 7118 | 660900 |
| 02127 | Headache Cooperative of New England, Inc. | Headache Cooperative of New England, Inc. | $ 10,000.00 | LK | | 1Z 8AT 669 02 9625 6099 | 600005 |
| 03017 | Hospice of the Bluegrass | Hospice of the Bluegrass | $ 1,360.00 | LK | | 1Z 8AT 669 01 9884 5745 | 600001 |
| 03027 | American Society of Addiction Medicine | American Society of Addiction Medicine | $ 10,000.00 | LK | | 1Z 8AT 669 01 9528 3107 | 600001 |
| 03037 | Anaheim General Hospital | Anaheim General Hospital | $ 2,300.00 | LK | | CANCELLED | 600006 |
| 03047 | Baptist Health | Baptist Health | $ 2,000.00 | LK | | 1Z 8AT 669 02 9881 5061 | 600004 |
| 03057 | St. Francis Healthcare System of Hawaii | St. Francis Healthcare System of Hawaii | $ 2,500.00 | LK | | 1Z 8AT 669 01 9630 8552 | 600001 |
| 03067 | St. Joseph's Healthcare | St. Joseph's Healthcare | $ 2,750.00 | LK | | DNRA | 600006 |
| 03077 | Washington State Hospice & Palliative Care Organization | Washington State Hospice & Palliative Care Organization | $ 5,000.00 | LK | | 1Z 8AT 669 02 9253 1057 | 600001 |
| 03087 | Illinois Council of Health-System-Pharmacists | Illinois Council of Health-System-Pharmacists | $ 4,000.00 | LK | | 1Z 8AT 669 01 9482 1214 | 600004 |
| 03097 | Texas Pain Society | Texas Pain Society | $ 10,000.00 | LK | | 1Z 8AT 669 02 9559 0265 | 600001 |
| 03107 | Johns Hopkins University School of Medicine | Johns Hopkins University School of Medicine | $ 3,000.00 | LK | | MAILED BY FINANCE | 600001 |
| 03117 | Baylor College of Medicine | Baylor College of Medicine | $ 2,000.00 | LK | | 1Z 8AT 669 02 9449 8242 | 600004 |
| 03127 | Western Pain Society/Pain Society of Oregon | Western Pain Society/Pain Society of Oregon | $ 10,000.00 | LK | | 1Z 8AT 669 02 9678 5106 | 60001 |
| 03137 | Postgraduate Institute for Medicine | Postgraduate Institute for Medicine | $ 31,175.00 | AW | | 1Z 8AT 669 02 9370 7679 | 600001 |
| 03147 | New Jersey Associate of Osteopathic Physicians & Surgeons | New Jersey Associate of Osteopathic Physicians & Surgeons | $ 3,500.00 | LK | | 1A 8AT 669 02 9188 8684 | 600001 |
| 03157 | Bay Area Hospital | Bay Area Hospital | $ 2,500.00 | LK | | 1Z 8AT 669 02 9037 4865 | 600001 |
| 03167 | Cleveland Clinic Educational Foundation | Cleveland Clinic Educational Foundation | $ 10,000.00 | VT | | 1Z 8AT 669 02 9982 9116 | 600004 |
| 03177 | Hospice & Palliative Care Assoc. of NY State | Hospice & Palliative Care Assoc. of NY State | $ 10,000.00 | LK | | 1Z 8AT 669 02 9678 5106 | 600001 |
| 03187 | Hospice of Southern West Virginia | Hospice of Southern West Virginia | $ 10,000.00 | LK | | 1Z 8AT 669 01 9333 9828 | 50001 |
| 03197 | Kansas Society of Health-System Pharmacists | Kansas Society of Health-System Pharmacists | $ 2,500.00 | LK | | 1Z 8AT 669 02 9404 4651 | 600004 |
| 03207 | Mary Bird Perkins Center | Mary Bird Perkins Center | $ 1,000.00 | LK | | 1Z 8AT 669 02 9480 9852 | 600004 |
| 03217 | MI-Head Pain & Neurological Institute | MI-Head Pain & Neurological Institute | $ 7,500.00 | LK | | 1Z 8AT 669 02 9649 8766 | 600005 |
| 03227 | Opioid Management Soc/Journal of Opioid Management | Opioid Management Soc/Journal of Opioid Management | | | | CANCELLED | 0 |
| 03237 | Univ of CO Health Sciences Center | Univ of CO Health Sciences Center | $ 3,600.00 | LK | | 1Z 8AT 669 01 9480 8417 | 50002 |
| 03247 | Univ of OK College of Medicine, Office of CME | Univ of OK College of Medicine, Office of CME | $ 1,000.00 | LK | | 1Z 8AT 669 02 9862 0931 | 600004 |
| 03257 | Univ of Rochester School of Medicine & Dentistry | Univ of Rochester School of Medicine & Dentistry | $ 5,000.00 | LK | | 1Z 8AT 669 02 9961 2377 | 600004 |
| 03267 | WHO Pain and Palliative Care Communications Program | WHO Pain and Palliative Care Communications Program | $ 20,000.00 | LK | | 1Z 8AT 669 02 9997 9062 | 600001 / 600004 |
| 03277 | American Academy of Pain Management | American Academy of Pain Management | $ 5,000.00 | CA | | 1Z 8AT 669 02 9565 7907 | 666400 |
| 03287 | American Pain Society | American Pain Society | $ 5,000.00 | VT | | 1Z 8AT 669 02 9819 3797 | 666400 |
| 03297 | DID NOT USE | | $ - | | | DID NOT USE | 0 |
| 03307 | Imed Communications, LLC | Imed Communications | $ 44,666.67 | LK | | 1Z 8AT 669 02 9628 5683 | 600005 |
| 03317 | Imed Communications, LLC | Imed Communications | $ 46,333.34 | LK | | 1Z 8AT 669 02 9628 5683 | 600005 |
| 03327 | Imed Communications, LLC | Imed Communications | $ 237,883.33 | LK | | 1Z 8AT 669 02 9628 5683 | 600005 |
| 03337 | Health Management Solutions | Health Management Solutions, Inc. | $ 20,208.77 | LK | | 1Z 8AT 669 02 9840 2855 | 600001 |
| 03347 | DID NOT USE | | $ - | | | DID NOT USE | 0 |
| 03357 | Temple Univ School of Med Office of Cont Med Ed | Temple Univ School of Med Office of Cont Med Ed | $ 7,200.00 | LK | | 1Z 8AT 669 02 9627 1223 | 50002 |
| 03367 | Burke Rehabilitation Hospital | Burke Rehabilitation Hospital | $ 800.00 | LK | | DNRA | 600004 |
| 03377 | The Chatham Institute | The Chatham Institute | $ 120,626.00 | LK | | MAILED BY FINANCE | 600005 |
| 03387 | California Association of Nurse Anesthetists | California Association of Nurse Anesthetists | $ 1,500.00 | LK | | 1Z 8AT 669 02 9209 4762 | 600004 |
| 03397 | Pain Society of Oregon | Pain Society of Oregon | $ 2,500.00 | LK | | 1Z 8AT 669 01 9798 0921 | 600004 |

ENDO00735356 (Native)

| PER Number Assignment 2007 | | | | | | | |
|---|---|---|---|---|---|---|---|
| PER # | Name of Institution | Check Payable | Amount | Initials | Date to AP | UPS Tracking # | Order # |
| 04017 | Oregon Society of Physician Assistants | Oregon Society of Physician Assistants | $ 1,800.00 | LK | | 1Z 8AT 669 02 9586 2319 | 50001 |
| 04027 | William L. Wetzel Osteopathic Education and Research Foundation | William L. Wetzel Osteopathic Education and Research Foundation | $ 2,000.00 | LK | | 1Z 8AT 669 02 9553 1355 | 50001 |
| 04037 | Scottsdale Healthcare | Scottsdale Healthcare | $ 2,500.00 | LK | | 1Z 8AT 669 02 9964 2040 | 50001 |
| 04047 | Main Pain Initiative | Main Pain Initiative | $ 5,000.00 | LK | | 1Z 8AT 669 02 9753 9175 | 50001 |
| 04057 | Beth Israel Deaconess Medical Center / Harvard Medical School | Beth Israel Deaconess Medical Center / Harvard Medical School | $ 10,000.00 | LK | | 1Z 8AT 669 01 9191 6350 | 50003 |
| 04067 | Kentucky Association of Hospice and Palliative Care | Kentucky Association of Hospice and Palliative Care | $ 2,330.00 | LK | | 1Z 8AT 669 01 9961 3878 | 50001 |
| 04077 | Imed Communications, LLC | Imed Communications | $ 176,875.00 | LK | | 1Z 8AT 669 02 9908 9407 | 50003 |
| 04087 | Imed Communications, LLC | Imed Communications | $ 90,337.50 | LK | | 1Z 8AT 669 01 9628 0313 | 50003 |
| 04097 | For Grace | For Grace | $ 5,000.00 | LK | | 1Z 8AT 669 02 9883 3569 | 50002 |
| 04107 | Penn State University, College of Medicine | Penn State University, College of Medicine | $ 2,500.00 | LK | | 1Z 8AT 669 02 9999 6883 | 662150 |
| 04117 | Hackettstown Regional Medical Center | Hackettstown Regional Medical Center | $ 2,475.00 | LK | | 1Z 8AT 669 02 9521 5296 | 50002 |
| 04127 | Imed Communications, LLC | Imed Communications | $ 168,710.00 | LK | | 1Z 8AT 669 02 9908 9407 | 50003 |
| 04137 | University of California, San Francisco | University of California, San Francisco | $ 5,000.00 | LK | | 1Z 8AT 669 01 9039 1231 | 50001 |
| 04147 | ROI Media Group | ROI Media Group | $ 15,000.00 | LK | | 1Z 8AT 669 13 9822 6767 | 50001 |
| 04157 | Florida Workers Compensation Institute | Florida Workers Compensation Institute | $ 1,500.00 | LK | | 1Z 8AT 669 02 9884 2924 | 50001 |
| 04167 | Maryland Chapter - ASCP | Maryland Chapter - ASCP | $ 4,000.00 | LK | | 1Z 8AT 669 02 9840 6851 | 50002 |
| 04177 | National Headache Foundation | National Headache Foundation | $ 193,214.00 | LK | | 1Z 8AT 669 02 9864 8822 | 50003 |
| 04187 | Imed Communications, LLC | Imed Communications | $ 62,300.00 | LK | | 1Z 8AT 669 02 9284 2471 | 50001 |
| 04197 | Pri-Med Institute | Pri-Med Institute | $ 493,000.00 | AW | | 1Z 8AT 669 01 9044 7949 | 50004 |
| 04207 | American Chronic Pain Association | American Chronic Pain Association | $ 5,000.00 | BSB | | 1Z 8AT 669 02 9552 8636 | 666400 |
| 04217 | Univ of VA, School of Medicine | Univ of VA, School of Medicine | $ 5,000.00 | LK | | 1Z 8AT 669 01 9017 1362 | 662150 |
| 04227 | Mid Atlantic Pain Association | Mid Atlantic Pain Association | $ 10,000.00 | LK | | 1Z 8AT 669 01 9169 7034 | 50004 |
| 04237 | The Chatham Institute | The Chatham Institute | $ 72,432.67 | AW | | 1Z 8AT 669 01 9705 4888 | 50001 |

ENDO00735356 (Native)

| | |
|---|---|
| ASPMN Enduring (post-launch) | 600001 |
| ACP Nat'l Education Initative | 600001 |
| State Acad Family Med Mtgs (5) | 600001 |
| MASCC Symposium & Enduring | 600001 |
| Nat'l Opioid Conferences | 600001 |
| Patient/Family Opioid Brochure | 600001 |
| PROMISE-based NIPC Initiatives ( below) | 600001 |
| CME-accredited newsletter series | 600001 |
| CME-accredited audio/web conference | 600001 |
| Case-based workshop series | 600001 |
| Webcast series & Medscape posting | 600001 |
| Risk Mgmt Roundtable (enduring post-launch) | 600001 |
| ACPE-Accredited Pharmacy Monograph | 600001 |
| APS Symposium | 600001 |
| APS Enduring (post-launch) | 600001 |
| ASPMN Symposium | 600001 |
| Advisory Mtgs (3 prelaunch) | 600001 |
| MASCC Symposium & Enduring | 600001 |
| Reg'l Ctr of Excellence Symposia | 600001 |
| Risk Mgmt Curriculum Revisions | 600001 |
| **PROMISE-related CME Initiatives** | 600001 |
| **Nat'l Congresses & Enduring Mat'ls** | 600001 |
| **Nat'l & Specialty Advisory Meetings** | 600001 |
| **Risk Mgmt Educational Initiatives** | 600001 |
| **Therapeutic Expert & Third Party Initiatives** | 600001 |
| **Opioid Pocket Guide** | 600001 |
| **Opioid Roundtable & Enduring Mat'l** | 600001 |
| **DHHS Publication** | 600001 |
| **AAPM/Federation of State Medical Boards** | 600001 |
| **Grants due in 2006 for 2007 symposia (APS,** | 600001 |
| **AAPM,AHS,ONS,ASPMN,PriMed)** | 600001 |
| Pain Action - non risk mgmt components | 600004 |
| AAPM Non-Pain Specialist Review | 600004 |
| Principles of Pain Mgmt PCP Course | 600004 |
| APS Residents Course | 600004 |
| ASHP Traineeship | 600004 |
| PriMed City Group Mtgs (6) | 600005 |
| PriMed Enduring Mat'ls (split w/ CP) | 600005 |
| IMED - Winter AHS Mtg | 600005 |
| St. Luke's Roosevelt Migraine Initiative | 600005 |
| Nat'l Menstrual Migraine Coalition | 600005 |
| Reg'l Ctr of Exc Initiatives | 600005 |
| AHS Symposium & Enduring | 600005 |
| NMA Symposium | 600005 |
| Migraine Blues - Primary Care Network | 600005 |
| Advisory Meeting | 600005 |
| PriMed Southwest | 600006 |
| PriMed City Group Mtgs (12) | 600006 |
| PriMed Enduring Mat'sl (split w/ Migraine) | 600006 |
| DHHS Clin Courier NP in Older Persons | 600006 |
| PainEdu (non-risk mgmt portion) | 600006 |
| State Acad Family Medicine Mtgs (5) | 600006 |

Endo Pharmaceuticals Inc.        CONFIDENTIAL        7/31/2019

ENDO00735356 (Native)

| | |
|---|---|
| AAPM Symposium | 600006 |
| AAPM Enduring Mat'ls | 600006 |
| Half day Symposia | 600006 |
| Case-based interactive workshops | 600006 |
| CME-Accredited newsletter | 600006 |
| Web-based CME Initiative | 600006 |
| Metrics for educational interventions | 600006 |
| Reg'l Pain Ctr of Exc Symp | 600006 |
| LEAP Nurse Practitioner Initiative | 600006 |
| AAPMgmt Session | 600006 |
| Visiting Faculty/Speakers | 600006 |
| NP Guideline Roundtable (enduring 2007) | 600006 |
| CME Lesson- Anesth New | 600007 |
| VHA/UHC Clin Practice Initiative | 600007 |
| Literature Review - Anesth News | 600007 |
| Reg'l Symposia Series | 600007 |
| Web-based Nursing CE | 600007 |
| Reg'l Ctr of Excellence Initiatives | 600007 |