PSJ3

Exhibit 87

# FUNDRAISING PLAN - OVERVIEW GRID
## PRIVATE and CONFIDENTIAL
(Last updated 10/24/01)

### TIER 1 TARGETS

| TARGET | BACKGROUND | STATUS/ACTION NEEDED | PROSPECTS/RESULTS |
|---|---|---|---|
| **CORPORATIONS** | | | |
| Endo | See File | • | • |
| Janssen | See File | • | • |
| Medtronic, Inc | See File | • | |
| Novartis | See File | • | |
| Ortho-McNeil | See File | | |
| Purdue Pharma | See File | • | • |
| Pharmacia | See File | • | |
| Pfizer and Pfizer Foundation | See File | • | |
| **FOUNDATIONS/OPRGANIZATIONS** | | | |
| APS | Gave $50k in '98 and $50k in '99, but not '00. Have discussed separate GR proposal. Want to partner on Decade of Pain Ideas, perhaps both GR and PR. Cathy Underwood and Mike Ashburn key. | • Submitted proposal for $50k for SPN and separate proposal for sharing GR capacity<br>• **Jim and John presented to APS BoD 4/18**<br>• **APS declined on the 50k as no $ and felt APF now established**<br>• **But Barb gotten APS permission to include solicitation in APS dues renewal mailing**<br>• **Barb will also seek APS permission to do direct mail to APS list** | APS declined to fund |
| Mayday | New Program Officer Christina Spellman. (Previously funded Russ' Resource Ctr. and series of consumer pieces.) Discussed all pending projects. Most interested in consumer e-newsletter. Jim C one of their advisors on strategic direction for Fund. | • **Met w Program Officer 5/01**<br>• **Submitted joint proposal w Russ for 250k**<br>• **Resubmitted for $126k**<br>• **Declined (per Fenella). Going thru strategic** | Declined |

| TARGET | BACKGROUND | STATUS/ACTION NEEDED | PROSPECTS/RESULTS |
|---|---|---|---|
| Cummings | Suggested we submit a proposal. Andrea Kydd is contact. Have funded end of life programs, and Partnership for Caring's No Pain, No Gain proposal. Submitted, and put on BoD agenda for 10/01. | review.<br>• Submitted proposal for $115k<br>• Amended proposal w match. To be reviewed 10/01<br>• **Met w/ Program Officer 8/01**<br>• **Declined (just missed cut off)**<br>• **Suggested a $20 k tool box grant and resubmit to a person on the BoD (submitted 8/4)** | $12k toolbox grant |
| Healthmark Multimedia | Collaboration project on cancer pain CD-ROM. Have agreed to share all content, pay for review and split profits. | • Met 4/01<br>• Submitted joint proposal | Likely $10k |
| Medtronic Foundation | | • <br>• | Granted $100k<br>Promising for 2002. |
| Milbank Foundation for Rehabilitation | Gave $25k in 1999. Liked interactive web site idea. Met in 2000 and recommended we submit proposal for $50k by March. Typically give $10-25k. Carl Helstrom is the program officer. Have an end of life program. Big in NYC. Match was helpful. Chris, the Exec. Dir w JM Foundation, is more into think tanks. | • Submitted proposal 2/01 for $50k for patient ed./services<br>• Met w Carl in NYC, then followed up<br>• Carl called 3/01. Recommending 20k to BoD<br>• **Granted $25k** | Granted $25k |
| National Health Council | Dr. Ira Byock proposed joint mass media-based public awareness campaign w NHC doing the media, and APF doing consumer response and fulfillment. Partnership for Caring to serve on Steering Comm. Submitted list of 20 Rx targets that don't compete w pending proposals. | • Drafted our section of proposal<br>• Met w NHC and PFC<br>• **Final draft of proposal and budget submitted 6/01 for $538,000 in Year One**<br>• **Will meet to plan pitching strategy** | Unlikely more than $50k |
| Project on Death in America/OSI | Kathy Foley arranged for the presentation of a proposal in Feb. | • Submitted $100k proposal for patient education/services<br>• Met Board to present | Granted $100k |

## TIER 2 TARGETS

| TARGET | BACKGROUND | STATUS/ACTION NEEDED | PROSPECTS/RESULTS |
|---|---|---|---|
| | **CORPORATIONS** | | |
| Abbott/Knoll | Knoll gave $50k in 1998, $50k in 1999, and $50k in 2000 (received 2/01) for 3 yr $150k grant. Abbott took over Knoll. Mary Pontrello has moved to Abbott in Chicago. Wants to continue supporting us. Cathy Jackson supporting Stop Pain Now! MD meetings. Abbott has a Foundation (Abbott Laboratories Fund), so possible grants will go thru there. Jim said John Heden a key player at Abbot. | • Submitted proposal for $75k/yr for 3 yrs.<br>• Met w Mary at APS<br>• **Met w Cathy 7/17**<br>• **Mary said $$ unlikely this year, as Abbott reevaluating pain franchise**<br>• **But Cathy may be able to present our proposed match for MPI/SPN position in Midatlantic**<br>• **Have to seek Oxycontin co-marketers via Purdue** | Possible $50k |

| Company | Notes | Actions | Status |
|---|---|---|---|
| Allergan | Gave us $3k unsolicited. Is Monica Welling? the contact? |  | Possible $10k |
| Astra-Zeneca | Jim G. met Joe Meadows in Nov. Joe said A-Z is getting into pain field. 302-886-3000 | Call Joe Meadows | New |
| Berlex Labs | Sponsored AACPI 2001 mtg. Gave Matt & Charlie $ for train the trainer session. 10/24 Matt gave Berlex contact my backgrounder and said they would call. | Asked Matt if I should call them. | New |
| Cephalon (Anesta) | Gave $12k in '97, $20k in '98 and $20k in 2000. What happened to Algos? Jim knew Martha Arnold and/or Tom King. Bill Moeller, former CEO, gave personally from Moeller Foundation. Cephalon sponsored 2001 AACPI mtg. John spoke w Bill Moeller, who was bought out by Cephalon, and said to try Tom King and Martha Arnold, both of whom have since left | • **Call Martha Arnold and Tom King anyway** | Unlikely $20k |
| Bristol-Myers Squibb Foundation And Bristol-Myers Squibb, Inc | Jim G. submitted proposal in 2000 for Stop Pain Now! campaign, along w/ $250k proposal to the BMS Foundation. John resubmitted proposal to Foundation to add patient services options and Purdue match. Jim G. and Kathy had met w John Damonti in 2000 to get info and feedback. Damonti has supported Kathy, Jim C., Charile and Russ w/ unsolicited awards for pain work. | • Submitted $250k SPN proposals in 2000 to Company and Foundation. Jim and Kathy met w Foundation<br>• Updated proposal to Foundation<br>• **Met w John Damonti 7/01. Said to try in Oct. for small grant for genl support of 10-15k**<br>• **10/24 asked for 2pp**<br>• **Suggested Mark Kreston, Pres Consumer Medicines w BMS to approach for Natl Pain Survey** | Possible 10-15k |
| Elan | Made initial contact in 2000. (Is letter from RN at Elan' an entrée'?) They asked if they could advertise their botox drug on our web site. We said no. Small company. Gave NPF between $50k and 99k per website. |  |  |
| Empi | Purchased 1,000 Bills of Rights cards unsolicited. Priscilla Gunderson placed the order. | • **Call Priscilla for mtg** | New |
| Faulding Labs | Sponsored 2001 AACPI meeting and APS 2001 mtg. |  |  |
| Glaxo-Smith Kline | Glaxo Wellcome merged with Smith Kline Beecham. Ben Kuyken best to start w per Jim G., who met him at 2000 AAPMed mtg. Jim G also met Patty Pozella. Glaxo also had a Foundation. | • **Call Ben Kuyken re intro** | New |
| Merck, Inc., and Merck Foundation | Jim G. had written Dr. Louis Sherwood. Check files. Merck Foundation other venue. John Taylor and Ray Hill contacts  (Jim G had met w previous ED of Foundation). Robin Hogen ran Merck Foundation and hired John Taylor. | • **Call John Taylor at Foundation to seek a mtg and contacts from Co. side**<br>• **Seek out APS Merck contact** | New |
| Ortho-Biotech | Gave $100,000 for genl. support in early 1999 per contact by Charlie Cleeland. Mitch Slavin the contact. Janssen, O-B and O-M going to a cross-company structure with Pam Rasmussen responsible for Public Affairs for all pain drugs. O-B only comarkets. | • Met w Pam Rasmussen 4/01 who said joint OM and Janssen most likely funders. | Unlikely |

| | **FOUNDATIONS/ASSOCIATIONS** | | |
|---|---|---|---|
| ~~AAPMedicine~~ | Gave $1,000 in '98 and '99, but not 2000. | • Met w Jeff Engle at APS | No funding possible |
| ~~Arthur Vining Davis~~ | Per Andrea Kydd's suggestion, spoke w/ ann O'keefe. Said they only do 5 grants per year, and probably would only do 2 thise year, typically w MDs for physician-patient interaction. Said not interested. | | |
| ~~Blaustein Foundations~~ | Three foundations. One has funded Jim and JHU. Jim treated father, who has since died. Met w Terry Rubinstein w Meyerhoff, who knows Blaustein Develop. Officer. Several foundations? Can pitch Stop Pain Now Md. Campaign. Betsy Ringel Ex. Dir | • Spoke w Jim, who called Terry and Ed Halle for a mtg in July<br>• Betsy Ringle called to say not interested in SPN | Rejected |
| ~~Commonwealth~~ | Has funded end of life projects, including a "Project on End of Life" w Cummings. Lennie made initial inquiry. Not interested. (Focusing on minority health issues) | | |
| Emmert Hobbs Foundation | Gave $5k in '98, $2k in '99. Jim was the connection to Louis Freedman, his accountant, who has other Balto. connections. | • Called Louis Freedman | $2k on 7/01 |
| ~~Fan Fox and Leslie R Samuels~~ | Lennie met ED at end of life meeting in NH. Karen Kaplan has a $2m grant from them that may involve issuing sub grants. But Russ said they are only funding current projects and are in a retrenching mode. | | |
| Moeller Found. | Gave $2k in 99, $6k in 2000 ($3k individually). Bill Moeller, former CEO of Anesta, has family Foundation. | • Spoke w Bill 10/01 ish. Said he would send in a donation. | Promising $5k |
| RWJ | Submitted cultivation letter to Rosemary Gibson for feedback. Lennie knows her via work on advisory comm. Solicited a letter of inquiry. Potentially long process. | • Met w Rosemary and brainstormed ideas<br>• RWJ suggested letter of inquiry<br>• Lennie met w Rosemary again, who wants to support AACPI<br>• John & Lennie to meet w Mary Bennett re joint proposal to RWJF for MPI (and DCPI?) position w APF in-kind and cash match and ACS MidAtlantic match | Promising for $50k |

## GRANT PROSPECTS

| | **CORPORATIONS** |
|---|---|
| Alza | Biotech. Met w Donna Johnson at APS. Interested in hosting me if I do "West Coast swing" to meet w pain team. |
| Advanced Neuromodula-Tion Systems | Per Pam. Big funder of NPF. Pain pump maker |
| AlgosRx | Not connected w Algos. Startup. Richard Carter, Chief Science Officer, willing to meet after he relocates to Princeton |

| | |
|---|---|
| **Amgen** | Makes an arthritis drug, and Actiq?  Cynthia Joyce (AAN) worked there. |
| **Arrow Intl** | Exhibited at ASPMN.  Sponsored 2001 AACPI mtg.  Pain Pump maker. |
| **Baxter** | Major funder of ASPMN.  PCA pumps.  Acute pain.  Got materials and card from exhibitor at ASPMN meeting, who said she could direct me to a contact.  Ask Pam, Charlyne and Micke for ASPMN contact. |
| **Bayer Inc. and Foundation** | |
| **Cytogen** | Jim G. met w/ them a while ago and sent a proposal.  No follow up.  Matt knows them.  Jim g. met w Bill Goeckler |
| **Eli Lilly Inc & Found** | Doesn't Lilly only fund projects in their home state (Ind or Ill)? |
| **Immunex** | See file |
| **J&J Consumer Products** | Tom Bishop got us the first $250k while at OMP.  He has since moved to J&J |
| **Ligand** | Biotech co. w pain drug in pipeline.  Met w Michael Young at APS.  Setting up phone meeting for late July. |
| **McNeil Consumer Products** | Makes Motrin?  What's the connection w Ortho-McNeil?  Listed as original grantor in '97. |
| **Pharmerica** | Listed as giving $1k in 2000.  Check web and file. |
| **Praecis Pharma** | LD met Francoise Tinkov, Marketing Dir., at APS.  617 494 8400 x2430 |
| **Spinal Specialties** | Met Roger Massengale, Dir. of Marketing, at APS  800-448-3569 |
| **Stayodyne** | Stimulators.  Micke knows their product.  Any contacts? |
| **Watson Pharmaceuticals** | Launched 3 pain drugs recently, including generic Percocet. |

## *FOUNDATIONS*

| | |
|---|---|
| **Anschutz** | Gave NPF $50k-99k |
| **Casey** | |
| **Assn of Balto Grantmakers** | Lennie researching for SPN prospects.. |
| **Beirne Center** | Funded the Va Cancer Pain Initiative for 2 yrs to do a video on eol pain mgmt. |

| | |
|---|---|
| Dana | Has done health issues. |
| Gates | Gets 4,000 unsolicited proposals per month. Terry Meersman thought it unlikely. |
| Gerbode | |
| Grantmakers Concerned w Care at the EoL | Invited us to participate in mtg w members at Phila convention of foundation community. Don't do grants themselves. Work w Kathy |
| Grantmakers in Aging | |
| Grantmakers in Health | Barb researching |
| Growth House | Les Morgan per Kathy re building a network. |
| Hoffberger | |
| Huntsman | Pam found them via search. |
| Iron & Glass Bank | Gave $1k in 2000. Per Dan Goetz |
| Kaiser Family | John has two contacts there. |
| Kohlbert | Funded Moyers series |
| Kornfeld | They have an interest in pain issues, but unclear if they still fund orgs, or just individuals. |
| Krieger | |
| Levi Family | Jim treated one of their family members (father?). Nelson said they wouldn't be interested. Still on Jim's radar |
| Linde Smith Center/ONS | Eileen says they have funded pain in the past, and that ONS may be interested in raising funds for pain |
| MacArthur | Met w Elizabeth McCormack, who said it was unlikely they would be interested, but would discuss w BoD chair. (Eliz. Is Vice Chair) Called Woody Wyckam. They are narrowing their focus. Not interested |
| Meyerhoff | Jim met w Terry Rubinstein, and they mostly fund Israel issues. |
| N.P. Realty | Gave $2,500 in 1999. Who are they? Who was the connection? |
| Rockefeller | Met w Elizabeth McCormack. Rockefeller Family Fund has new Exec. Dir, Melissa Berman?. Check back in May per Eliz. |
| Pew | Met w Elizabeth McCormack re Pew. She wrote them and they wrote back saying they aren't interested. |
| Starr | Elizabeth McCormack checked w them and they aren't interested. |
| Stratford | Gave ACS/CT $225k to implement AACPI's Pain Mgmt. Institutional Change program |
| Weinberg | Balto developer left $1 billion. Funded MANO E.D. fellowship, but they focus on capitol projects for the poor. |

| | **INDIVIDUALS** |
|---|---|
| **Pam Bennett** | Given over $3k cumulative. |
| **APF Board** | Jim has given $27k to date and other $ via connections w/ several individuals and foundations.  Kathy has given $10,100 to date (individually and via Grove Creek Found.) plus OSI, PDIA grants, etc.  Pam facilitated Ziegler estate donation. |
| **Bill Carlson** | Works w Ron Shapiro, and spoke to Ron about a meeting w APF.  John to have lunch w Bill mid Nov. |
| **Rod Ferguson** | Venture capitalist w J.P. Morgan.  Contact of Jim C's.  John to draft letter and seek meeting |
| **Bill Fogey** | Ask Jim C. |
| **Mitchell Goldstein** | Interested in making a planned gift.  Has atty and accountant we can deal with. |
| **Dan Goetz** | Patient of Jim's.  Gave $1000 in 2000.  Bank president in Pittsburgh.  Chair of Hospital.  Loves Jim.  Has contacts in Pitt.  Suggested he will contribute this year, and is helping w evaluating the AllFirst proposal.  Possible BoD candidate. |
| **Louise Knight** | Head of Older Women's League in DC.  Matt spoke w them.  Politically connected group.  Interested in health issues. |
| **Mary Ellen McNish** | Gave $5k in 2000.  May not be able to afford as much w new job. |
| **Arnold Oransky** | Venture capitalist w InterWest.  Contact of Jim C's.  John to draft letter and seek meeting. |
| **Esther Reiter** | Jim G had spoken w her.  Kathy's patient.  No $. |
| **Mark Rodgers** | Contact of Jim C's.  endowed a pain lecture at JHU.  First chairman of the JHU Dept of Anesthesiology |
| **Wendell Upton** | Gave $5k in '98.  Who is he? |
| **Sol Snyder** | Gave $5k in '98.  Patient of Jim's? |
| **Vendors** | Solicit all APF vendors for annual campaign |

CHI_001715800