PSJ3

Exhibit 89

6:38 PM
05/15/12
Accrual Basis

# American Pain Foundation
## Transactions by Account
### As of May 15, 2012

| Date | Company | Payment |
|---|---|---:|
| 12/20/2004 | Abbott | 5,000.00 |
| 03/28/2006 | Abbott | 5,000.00 |
| 10/18/2006 | Abbott | 10,000.00 |
| 03/30/2007 | Abbott | 28,000.00 |
| 04/11/2007 | Abbott | 75,000.00 |
| 08/28/2007 | Abbott | 5,000.00 |
| 10/25/2007 | Abbott | 150,000.00 |
| 12/27/2007 | Abbott | 100,000.00 |
| 03/13/2008 | Abbott | 10,000.00 |
| 06/18/2008 | Abbott | 10,000.00 |
| 09/26/2008 | Abbott | 5,000.00 |
| 06/08/2009 | Abbott | 10,000.00 |
| 04/14/2010 | Abbott | 10,000.00 |
| 09/20/2010 | Abbott | 20,000.00 |
| 01/10/2011 | Abbott | 10,000.00 |
| 11/14/2011 | Abbott | 10,000.00 |
| 12/22/2011 | Abbott | 25,000.00 |
| 03/29/2011 | Alergan | 5,000.00 |
| 04/21/2011 | Allergan | 5,000.00 |
| 10/13/2006 | Alpharma | 5,000.00 |
| 09/14/2007 | Alpharma | 10,000.00 |
| 04/22/2008 | Alpharma | 10,000.00 |
| 08/25/2008 | Alpharma | 50,000.00 |
| 01/23/2007 | Anesiva | 10,000.00 |
| 10/17/2007 | Anesiva | 5,000.00 |
| 05/01/2008 | Anesiva | 10,000.00 |
| 11/30/1998 | Anesta | 10,000.00 |
| 12/17/2002 | AstraZeneca | 25,000.00 |
| 11/08/2010 | Boston Scientific | 25,000.00 |
| 08/04/2011 | Boston Scientific | 10,000.00 |
| 03/08/2012 | Boston Scientific | 25,000.00 |
| 04/19/2011 | BSCI | 10,000.00 |
| 06/07/2002 | Cephalon | 5,000.00 |
| 07/14/2003 | Cephalon | 87,681.50 |
| 10/13/2003 | Cephalon | 5,000.00 |
| 05/12/2004 | Cephalon | 15,432.00 |
| 08/31/2004 | Cephalon | 5,000.00 |
| 09/16/2004 | Cephalon | 65,000.00 |
| 04/05/2005 | Cephalon | 20,000.00 |
| 10/15/2005 | Cephalon | 55,300.00 |
| 10/15/2005 | Cephalon | 5,000.00 |
| 03/28/2006 | Cephalon | 1,000.00 |
| 10/10/2006 | Cephalon | 50,000.00 |
| 01/23/2007 | Cephalon | 10,000.00 |
| 04/18/2007 | Cephalon | 75,500.00 |
| 09/25/2007 | Cephalon | 25,000.00 |
| 03/12/2008 | Cephalon | 10,000.00 |
| 04/22/2008 | Cephalon | 25,000.00 |
| 09/02/2008 | Cephalon | 60,000.00 |
| 10/19/2008 | Cephalon | 10,000.00 |
| 12/23/2008 | Cephalon | 10,000.00 |
| 06/05/2009 | Cephalon | 25,000.00 |
| 09/09/2009 | Cephalon | 5,000.00 |
| 12/23/2009 | Cephalon | 30,000.00 |
| 12/23/2009 | Cephalon | 10,000.00 |
| 04/14/2010 | Cephalon | 5,000.00 |

6:38 PM
05/15/12
Accrual Basis

# American Pain Foundation
## Transactions by Account
### As of May 15, 2012

| Date | Account | Amount |
|---|---|---:|
| 07/26/2010 | Cephalon | 10,000.00 |
| 02/16/2011 | Cephalon | 10,000.00 |
| 08/04/2011 | Cephalon | 40,000.00 |
| 06/02/2011 | Covidien | 10,000.00 |
| 07/06/2011 | Covidien | 10,000.00 |
| 03/22/2011 | Covidien | 75,000.00 |
| 10/06/2010 | Curatio | 10,000.00 |
| 11/08/2010 | Curatio | 10,000.00 |
| 02/06/2012 | Curatio | 10,000.00 |
| 11/05/1999 | Deposit | 25,120.00 |
| 12/30/2003 | Elan | 5,000.00 |
| 09/19/2007 | Elan | 25,000.00 |
| 10/17/2007 | Elan | 50,000.00 |
| 04/11/2008 | Elan | 50,000.00 |
| 02/28/2011 | Eli Lilly | 10,000.00 |
| 08/13/1999 | Endo | 20,000.00 |
| 06/11/2002 | Endo | 25,000.00 |
| 11/14/2003 | Endo | 15,000.00 |
| 02/09/2004 | Endo | 30,000.00 |
| 02/09/2004 | Endo | 5,000.00 |
| 10/19/2004 | Endo | 5,000.00 |
| 01/05/2005 | Endo | 585,747.07 |
| 11/01/2005 | Endo | 5,000.00 |
| 03/28/2006 | Endo | 10,000.00 |
| 07/17/2006 | Endo | 10,000.00 |
| 10/20/2006 | Endo | 10,000.00 |
| 02/08/2007 | Endo | 10,000.00 |
| 11/21/2007 | Endo | 25,000.00 |
| 11/27/2007 | Endo | 71,000.00 |
| 12/19/2007 | Endo | 32,000.00 |
| 01/31/2008 | Endo | 10,000.00 |
| 10/14/2008 | Endo | 16,000.00 |
| 11/03/2008 | Endo | 25,000.00 |
| 02/07/2009 | Endo | 20,000.00 |
| 02/10/2009 | Endo | 5,000.00 |
| 05/22/2009 | Endo | 25,000.00 |
| 05/22/2009 | Endo | 10,000.00 |
| 09/09/2009 | Endo | 25,000.00 |
| 12/10/2009 | Endo | 586,012.00 |
| 02/09/2010 | Endo | 584,144.00 |
| 04/06/2010 | Endo | 20,000.00 |
| 05/04/2010 | Endo | 75,000.00 |
| 05/10/2010 | Endo | 5,000.00 |
| 05/25/2010 | Endo | 50,000.00 |
| 06/08/2010 | Endo | 640,255.00 |
| 08/09/2010 | Endo | 14,111.00 |
| 09/07/2010 | Endo | 10,000.00 |
| 11/12/2010 | Endo | 60,000.00 |
| 11/15/2010 | Endo | 20,000.00 |
| 12/06/2010 | Endo | 642,805.00 |
| 01/28/2011 | Endo | 797,204.00 |
| 03/31/2011 | Endo | 10,000.00 |
| 06/06/2011 | Endo | 747,517.00 |
| 07/18/2011 | Endo | 10,000.00 |
| 08/02/2011 | Endo | 165,450.00 |
| 10/03/2011 | Endo | 25,000.00 |
| 12/06/2011 | Endo | 25,000.00 |
| 12/22/2011 | Endo | 250,000.00 |

| | | |
|---|---|---|
| 6:38 PM | | **American Pain Foundation** |
| 05/15/12 | | **Transactions by Account** |
| Accrual Basis | | As of May 15, 2012 |

| Date | Account | Amount |
|---|---|---:|
| 12/22/2011 | Endo | 75,000.00 |
| 01/13/2012 | Endo | 399,779.00 |
| 01/23/2012 | Endo | 46,057.00 |
| 02/06/2012 | Endo | 25,000.00 |
| 03/15/2012 | Endo | 244,337.40 |
| 10/02/2007 | Forest | 15,000.00 |
| 03/13/2008 | Forest | 35,000.00 |
| 06/30/2008 | Forest | 50,000.00 |
| 10/10/2008 | Forest | 25,000.00 |
| 12/20/2008 | Forest | 25,000.00 |
| 12/20/2008 | Forest | 10,000.00 |
| 07/02/2009 | Forest | 25,000.00 |
| 08/07/2009 | Forest | 10,000.00 |
| 08/24/2009 | Forest | 5,000.00 |
| 11/10/2009 | Forest | 35,300.00 |
| 05/10/2010 | Forest | 10,000.00 |
| 10/25/2010 | Forest | 85,780.00 |
| 03/29/2011 | Forest | 10,000.00 |
| 12/28/2011 | Forest | 152,300.00 |
| 12/28/2011 | Forest | 25,000.00 |
| 12/01/2004 | GlaxoSmithKline | 5,000.00 |
| 01/11/2005 | GlaxoSmithKline | 50,000.00 |
| 09/08/2006 | GlaxoSmithKline | 25,000.00 |
| 01/23/2007 | GlaxoSmithKline | 10,000.00 |
| 03/24/2000 | Jannssen Pharma | 5,000.00 |
| 06/07/2001 | Jannssen Pharma | 15,000.00 |
| 12/12/2002 | Jannssen Pharma | 10,000.00 |
| 12/31/2002 | Jannssen Pharma | 50,000.00 |
| 09/16/2003 | Jannssen Pharma | 50,000.00 |
| 10/22/2003 | Jannssen Pharma | 5,000.00 |
| 08/31/2004 | Jannssen Pharma | 5,000.00 |
| 11/04/2011 | Jannssen Pharma | 20,000.00 |
| 11/28/2011 | Jannssen Pharma | 60,000.00 |
| 10/04/2005 | Janssen Ortho-McNeil | 5,000.00 |
| 03/31/2011 | J&J Ortho-McNeil | 10,000.00 |
| 12/07/2005 | Johnson & Johnson | 3,000.00 |
| 06/18/2007 | Johnson & Johnson | 5,000.00 |
| 11/13/2008 | Johnson & Johnson | 10,000.00 |
| 06/16/2009 | Johnson & Johnson | 5,000.00 |
| 06/20/2009 | Johnson & Johnson | 10,000.00 |
| 01/05/2010 | Johnson & Johnson | 12,070.00 |
| 07/27/2011 | Ketchum | 5,000.00 |
| 01/04/2012 | Ketchum | 8,000.00 |
| 02/23/2007 | King | 10,000.00 |
| 04/22/2008 | King | 10,000.00 |
| 10/07/2008 | King | 25,000.00 |
| 11/24/2008 | King | 175,000.00 |
| 11/24/2008 | King | 100,000.00 |
| 11/24/2008 | King | 50,000.00 |
| 05/28/2009 | King | 44,000.00 |
| 05/28/2009 | King | 10,000.00 |
| 08/06/2009 | King | 28,000.00 |
| 09/03/2009 | King | 10,000.00 |
| 12/11/2009 | King | 35,000.00 |
| 03/05/2010 | King | 100,000.00 |
| 04/28/2010 | King | 2,000.00 |
| 05/19/2010 | King | 10,000.00 |
| 06/08/2010 | King | 25,000.00 |

6:38 PM
05/15/12
Accrual Basis

**American Pain Foundation**
**Transactions by Account**
**As of May 15, 2012**

| Date | Account | Amount |
|---|---|---:|
| 10/12/2010 | King | 20,500.00 |
| 12/06/2010 | King | 2,000.00 |
| 04/22/2008 | MEDA Pharma | 10,000.00 |
| 10/07/2008 | MEDA Pharma | 5,000.00 |
| 06/08/2009 | MEDA Pharma | 115,000.00 |
| 07/29/2009 | MEDA Pharma | 193,500.00 |
| 08/15/2001 | Medtronic | 20,000.00 |
| 06/11/2002 | Medtronic | 25,000.00 |
| 04/10/2003 | Medtronic | 100,906.00 |
| 12/18/2003 | Medtronic | 2,500.00 |
| 03/09/2004 | Medtronic | 75,000.00 |
| 09/14/2004 | Medtronic | 25,000.00 |
| 10/22/2004 | Medtronic | 5,000.00 |
| 11/12/2004 | Medtronic | 5,000.00 |
| 08/03/2005 | Medtronic | 4,500.00 |
| 10/04/2005 | Medtronic | 5,000.00 |
| 02/08/2006 | Medtronic | 25,000.00 |
| 03/01/2006 | Medtronic | 25,000.00 |
| 01/30/2007 | Medtronic | 10,000.00 |
| 04/11/2007 | Medtronic | 25,000.00 |
| 05/07/2007 | Medtronic | 25,000.00 |
| 09/11/2007 | Medtronic | 10,000.00 |
| 05/14/2008 | Medtronic | 10,000.00 |
| 08/25/2008 | Medtronic | 5,000.00 |
| 08/25/2008 | Medtronic | 15,000.00 |
| 10/14/2008 | Medtronic | 63,000.00 |
| 02/24/2009 | Medtronic | 35,000.00 |
| 03/27/2009 | Medtronic | 20,000.00 |
| 07/08/2009 | Medtronic | 10,000.00 |
| 08/12/2009 | Medtronic | 5,000.00 |
| 10/08/2009 | Medtronic | 100,000.00 |
| 12/31/2009 | Medtronic | 175,000.00 |
| 02/17/2010 | Medtronic | 30,000.00 |
| 04/06/2010 | Medtronic | 25,000.00 |
| 06/21/2010 | Medtronic | 30,000.00 |
| 10/04/2010 | Medtronic | 75,000.00 |
| 10/21/2010 | Medtronic | 25,000.00 |
| 11/08/2010 | Medtronic | 25,000.00 |
| 04/06/2011 | Medtronic | 194,600.00 |
| 07/29/2011 | Medtronic | 30,000.00 |
| 11/02/2011 | Medtronic | 5,000.00 |
| 11/04/2011 | Medtronic | 5,000.00 |
| 11/10/2011 | Medtronic | 20,000.00 |
| 01/27/2012 | Medtronic | 200,000.00 |
| 02/24/2012 | Medtronic | 25,000.00 |
| 05/18/2000 | Medtronic Foundation | 50,000.00 |
| 12/14/2004 | Medtronic Foundation | 75,000.00 |
| 12/14/2004 | Medtronic Foundation | 25,000.00 |
| 01/27/2006 | Medtronic Foundation | 118,852.00 |
| 04/28/2006 | Medtronic Foundation | 25,000.00 |
| 08/31/2006 | Medtronic Foundation | 50,000.00 |
| 02/21/2008 | Medtronic Foundation | 65,000.00 |
| 02/21/2008 | Medtronic Foundation | 45,000.00 |
| 02/21/2008 | Medtronic Foundation | 40,000.00 |
| 02/24/2009 | Medtronic Foundation | 75,000.00 |
| 02/24/2009 | Medtronic Foundation | 40,000.00 |
| 07/13/2009 | Medtronic Foundation | 10,000.00 |
| 02/22/2010 | Medtronic Foundation | 20,000.00 |

6:38 PM
05/15/12
Accrual Basis

# American Pain Foundation
## Transactions by Account
### As of May 15, 2012

| Date | Name | Amount |
|---|---|---:|
| 11/30/2005 | Merck | 10,000.00 |
| 09/18/2006 | Merck | 10,000.00 |
| 05/16/2007 | Merck | 80,000.00 |
| 07/15/2008 | Merck | 30,000.00 |
| 10/18/2008 | Merck | 5,000.00 |
| 06/08/2009 | Merck | 50,000.00 |
| 06/12/2009 | Merck | 30,000.00 |
| 10/16/2009 | Merck | 10,000.00 |
| 12/23/2009 | Merck | 40,744.00 |
| 10/01/2010 | Merck | 10,000.00 |
| 04/18/2002 | Novartis | 25,000.00 |
| 06/08/2007 | Novartis | 5,000.00 |
| 01/23/2008 | Ortho-McNeil | 33,000.00 |
| 02/28/2008 | Ortho-McNeil | 22,000.00 |
| 06/30/2008 | Ortho-McNeil | 55,000.00 |
| 07/29/2008 | Ortho-McNeil | 10,000.00 |
| 05/29/2009 | Ortho-McNeil | 10,000.00 |
| 04/20/2010 | Ortho-McNeil | 35,000.00 |
| 04/25/2011 | Ortho-McNeil | 25,000.00 |
| 05/09/2011 | Ortho-McNeil | 10,000.00 |
| 08/11/2011 | Ortho-McNeil | 5,000.00 |
| 01/04/2012 | Ortho-McNeil | 70,000.00 |
| 01/04/2012 | Ortho-McNeil | 28,000.00 |
| 01/09/2012 | Ortho-McNeil | 25,000.00 |
| 11/08/2011 | Ortho-McNeil | 10,000.00 |
| 06/17/2002 | Pfizer | 25,000.00 |
| 11/16/2004 | Pfizer | 250,000.00 |
| 09/25/2007 | Pfizer | 5,000.00 |
| 01/08/2008 | Pfizer | 50,000.00 |
| 05/01/2008 | Pfizer | 50,000.00 |
| 05/14/2008 | Pfizer | 10,000.00 |
| 05/22/2008 | Pfizer | 100,000.00 |
| 12/03/2008 | Pfizer | 10,000.00 |
| 12/22/2008 | Pfizer | 25,000.00 |
| 05/13/2009 | Pfizer | 10,000.00 |
| 10/06/2009 | Pfizer | 30,000.00 |
| 01/08/2010 | Pfizer | 17,500.00 |
| 03/10/2010 | Pfizer | 10,000.00 |
| 07/19/2010 | Pfizer | 23,250.00 |
| 09/13/2010 | Pfizer | 11,625.00 |
| 12/15/2010 | Pfizer | 50,000.00 |
| 12/20/2010 | Pfizer | 11,625.00 |
| 05/02/2011 | Pfizer | 25,000.00 |
| 06/08/2011 | Pfizer | 12,500.00 |
| 07/27/2011 | Pfizer | 35,000.00 |
| 11/02/2011 | Pfizer | 5,000.00 |
| 03/02/2012 | Pfizer | 12,500.00 |
| 12/17/2002 | Pharmacia | 5,000.00 |
| 05/30/2009 | Pricara | 50,000.00 |
| 08/26/2011 | Pricara | 10,000.00 |
| 03/07/2000 | Purdue | 5,000.00 |
| 07/11/2001 | Purdue | 30,000.00 |
| 11/13/2001 | Purdue | 25,000.00 |
| 12/20/2001 | Purdue | 30,000.00 |
| 12/27/2002 | Purdue | 15,000.00 |
| 06/30/2003 | Purdue | 125,000.00 |
| 08/12/2003 | Purdue | 125,000.00 |
| 08/14/2003 | Purdue | 30,000.00 |

6:38 PM
05/15/12
Accrual Basis

# American Pain Foundation
## Transactions by Account
As of May 15, 2012

| Date | Payer | Amount |
|---|---|---|
| 09/16/2003 | Purdue | 18,500.00 |
| 09/23/2003 | Purdue | 110,155.05 |
| 10/22/2003 | Purdue | 5,000.00 |
| 12/18/2003 | Purdue | 30,000.00 |
| 03/31/2004 | Purdue | 62,500.00 |
| 03/31/2004 | Purdue | 62,500.00 |
| 09/28/2004 | Purdue | 125,000.00 |
| 04/26/2005 | Purdue | 125,000.00 |
| 07/21/2005 | Purdue | 75,000.00 |
| 12/07/2005 | Purdue | 50,000.00 |
| 05/23/2006 | Purdue | 65,000.00 |
| 10/13/2006 | Purdue | 50,000.00 |
| 10/31/2006 | Purdue | 57,377.00 |
| 01/23/2007 | Purdue | 21,150.00 |
| 04/06/2007 | Purdue | 10,000.00 |
| 04/06/2007 | Purdue | 2,500.00 |
| 05/10/2007 | Purdue | 122,500.00 |
| 10/03/2007 | Purdue | 75,000.00 |
| 01/11/2008 | Purdue | 190,000.00 |
| 03/07/2008 | Purdue | 10,000.00 |
| 08/15/2008 | Purdue | 10,000.00 |
| 09/25/2008 | Purdue | 115,000.00 |
| 10/20/2008 | Purdue | 50,000.00 |
| 03/13/2009 | Purdue | 10,000.00 |
| 05/18/2009 | Purdue | 50,000.00 |
| 07/21/2009 | Purdue | 140,000.00 |
| 10/24/2009 | Purdue | 60,000.00 |
| 11/16/2009 | Purdue | 15,000.00 |
| 01/15/2010 | Purdue | 10,000.00 |
| 03/17/2010 | Purdue | 10,000.00 |
| 03/30/2010 | Purdue | 106,000.00 |
| 06/01/2010 | Purdue | 135,000.00 |
| 09/20/2010 | Purdue | 10,000.00 |
| 11/01/2010 | Purdue | 85,500.00 |
| 12/03/2010 | Purdue | 100,000.00 |
| 04/06/2011 | Purdue | 50,000.00 |
| 08/04/2011 | Purdue | 65,000.00 |
| 08/22/2011 | Purdue | 50,000.00 |
| 10/07/2011 | Purdue | 50,000.00 |
| 11/23/2011 | Purdue | 150,000.00 |
| 04/10/2012 | Purdue | 20,000.00 |
| 04/16/2012 | Purdue | 25,000.00 |
| 04/07/2006 | Purdue | 5,000.00 |
| 10/07/2008 | Weber-Shandwick | 10,000.00 |
| 12/30/2008 | Weber-Shandwick | 9,300.00 |
| 02/18/2009 | Weber-Shandwick | 35,000.00 |
| 08/27/2007 | Wyeth | 5,000.00 |
| 04/16/2008 | Wyeth | 50,000.00 |
| 04/22/2008 | Wyeth | 5,000.00 |
| 04/10/2009 | Wyeth | 10,000.00 |
| 05/26/2009 | Wyeth | 50,000.00 |
| 10/16/2009 | Wyeth | 25,000.00 |