# PSJ3

# Exhibit 91

| Full Congress Name & Acronym | Physician Specialty / Focus | Average Attendance past 1-2 years | 2012 Month | 2012 Day | 2012 Location | 2012 Submission Date for Posters | 2013 Location and Date | Activities |
|---|---|---|---|---|---|---|---|---|
| World Institute of Pain (WIP) (Every other year, 2009) | Mostly PMD. 80% professional interest is in Pain  40% is in cancer. 85% ANA, 10% is in Neuro QUESTION: % OF U.S. VS. % OF INTERNATIONAL= OVER 400 INTERNATIONAL AROUND 283 U.S | 2,350-2009; 1837-2007 | Feb | 4-6 | MIAMI BEACH | | N/A | |
| American Academy of Pain Medicine (AAPM) | Mostly Pain Specialist.  38% in a private group practice. 29% in a solo group practice.  Broken down by Medical Specialty 51% ANA & 21% PM&R.  27% practicing > 15 yrs & 23.77% practicing 1-5 yrs | 900-2012; 800-2011; 800-2010 | Feb | 23-25 | PALM SPRINGS, CA | 11-Sep | TBD | Booth |
| Academy of Managed Care Pharmacy (AMCP) | Pharmacists, pharmacy professionals, students/residents/fellows | 4,800- 2010; 5,000-2011 | Apr | 18-21 | San Francisco, CA | | San Diego, CA 04/03-06/13 | |
| Oncology Nurse Society (ONS) | Largest oncology nurse meeting | 5,000-2011 | May | 3-6 | New Orleans, LA | | TBD | |
| American Pain Society (APS) (2011) | Mostly pain researchers and clinicians.  Broken down by Medical Specialty-45% ANA.  Current interest areas 60%- clinician and 33%- researchers.  Work function: 79% chronic pain, 43% clinical application | 1200- 2012; 1800-2011; 1500-2010; | May | 17-18 | Honolulu, HI | 11-Oct | TBD | |
| American Academy of Physicians Assistants (AAPA) | PAs - 38% practice in a hospital setting, 34% practice in a community health center, 28% practice in a group setting.  38% specialize in family/IM, 25% in surgery | 5,000-2010; 7,000-2011 | May | 26-31 | Toronto, Canada | | Washington, DC 05/25-30/13 | |
| American Society of Clinical Oncology (ASCO) | Largest medical oncologist meeting | | Jun | 2-4 | Chicago, IL | | | |
| American Academy of Nurse Practitioners (AANP) | NPs- main specialty 49%-FNP, 13% -ANP, 9% WHNP and PNP; 91% of the NPs are requesting pharmaceutical updates to drugs | 4,300-2011; 4,500-2010 | Jun | 20-24 | Orlando, FL | | TBD | |
| MULTINATIONAL ASSOCIATION OF SUPPORTIVE CARE IN CANCER (MASCC) | 76% international vs. 24% U.S. attendees 29% clinical practitioner, 27% clinical researchers, 18% NPs | 1,000- expected in 2011 | Jun | 28-29 | New York, NY | | | |
| International Association for the Study of Pain (IASP) | Heavily weighted toward international | | Aug | 27-31 | Milan, Italy | | | |
| PainWeek / American Society of Pain Educators (ASPE) (2011) | Mostly Pain Specialist.  56% MDs and DOs 16% NPs/PAs 11% pharmacists | 1,500-2011; 1,100-2010; 1,000-2009 | Sep | 5-8 | Las Vegas, NV | | Las Vegas, NV  09/4-7/13 | |
| American Society of Pain Management Nurses (ASPMN) | Done in conjunction with International Nurses Society on Addiction (IntNSA) | >500 | Sep | 12-15 | Baltimore, MD | 12/30/2011 | | |
| American Academy of Pain Management (AAPMt) | Pain management clinical application | | Sep | 20-23 | Phoenix, AZ | | | |
| American Academy of Physical Medicine and Rehabilitation (AAPM&R) | MDs in Physical Medicine and Rehab | 2,000- 2010 | Nov | 15-18 | Atlanta, GA | | Washington, DC 10/03-05/13 | |
| National Conference for Nurse Practitioners (NCNP) | Attendee statistics are 40% Family, 22% adult and 15% acute care (for primary and acute care clinicians) | 1,200 - 2011 | | | TBD | | TBD | |

Alliance of State Pain Initiatives (ASPI)
Russ Ps Mtg?
American Head and Neck Society (AHNS)

| Congress | Attendance | 2012 Month | 2012 Day | 2012 Location | Activities |
|---|---|---|---|---|---|
| World Institute of Pain (WIP) (Every other year, 2009) | 2009 - 2,350<br>2007 - 1,837 | Feb | 4-6 | MIAMI BEACH | Booth |
| **American Academy of Pain Medicine (AAPM)** | **2012 - 900F**<br>**2011 - 800**<br>**2010 - 800** | **Feb** | **23-25** | **PALM SPRINGS, CA** | **Booth<br>Roundtable<br>Product Theatre<br>Abstract/Poster<br>Symposium?** |
| **Oncology Nurse Society (ONS)** | **2011 - 5,000** | **May** | **3-6** | **New Orleans, LA** | **Booth<br>Roundtable** |
| **American Pain Society (APS) (2011)** | **2012 - 1,200**<br>**2011 - 1,800**<br>**2010 - 1,500** | **May** | **17-18** | **Honolulu, HI** | **Booth<br>Roundtable<br>Product Theatre<br>Abstract/Poster<br>Symposium?** |
| MULTINATIONAL ASSOCIATION OF SUPPORTIVE CARE IN CANCER (MASCC) | **2011 - 1,000F** | **Jun** | **28-29** | **New York, NY** | **Booth<br>Roundtable<br>Product Theatre** |
| **PainWeek / American Society of Pain Educators (ASPE) (2011)** | **2011 - 1,500**<br>**2010 - 1,100**<br>**2009 - 1,000** | **Sep** | **5-8** | **Las Vegas, NV** | **Booth<br>Roundtable<br>Product Theatre<br>Abstract/Poster<br>Symposium?** |
| **American Society of Pain Management Nurses (ASPMN)** | **>500** | **Sep** | **12-15** | **Baltimore, MD** | **Booth<br>Roundtable** |
| **American Academy of Pain Management (AAPMt)** | **~1,000** | **Sep** | **20-23** | **Phoenix, AZ** | **Booth<br>Roundtable<br>Product Theatre** |