PSJ3

Exhibit 92



PER # 04050

Request for Educational Grant Payment

Initiator: Linda Kitlinski, Ext. 156
Title: Clinical Development and Education Manager

Therapeutic Category: Pain Management

cc: Legal

| Institution/Organization | | Program: | |
|---|---|---|---|
| Name: | American Geriatrics Society Attn: McEvoy Campbell | Scientific/Educational Activity: | |
| Address: | The Empire State Building 350 Fifth Avenue New York, NY 10118 | | |
| Tax ID: | 131950856 | Location: | |
| Coordinator: | | | |
| Name: | William J. Hall, MD | | |
| Title: | Course Director | Type: | |
| Phone: | (212) 308-1414 | | |
| Fax: | (212) 832-8646 | | |
| Check payable to: | American Geriatrics Society, Inc. | Audience Size: | |
| Notes: | CE agreement attached. Please send check to McEvoy Campbell at above address by May 17. | Composition: | |

| Expenses: | Hotel: | Meals: | Ground: | Air: | Other: | Total: |
|---|---|---|---|---|---|---|
| Estimated: | | | | | | |
| Actual: | | | | | | |
| Explanation: | | | | | | |

| Payments: | Estimated: | Actual: | Pay Date: | Invoice #: |
|---|---|---|---|---|
| Grant: | $6,500.00 | $6,500.00 | | |
| | Total Payments: | $6,500.00 | | |

Funding Sources: Charge Code: 20010-662100        Total Funding: $6,500.00

Linda A. Kitlinski _____    Eileen M. Provost _____

Jeffrey R. Black _____    Carol A. Ammon _____

9802-27

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ENDO-OPIOID_MDL-01445020