# PSJ3

# Exhibit 93

JAN-MS-00313716 (Native)

| Vendor | Req/PO # | Processed Date | $ Amount | Description |
|---|---|---|---|---|
| American Geriatrics Society | 6342472 | 23-May | $ 40,000 | sponsorship or project to update the AGS Clinical Practice guidelines |
| ASPMN | 6298350 | 2-Feb | $ 20,000 | one year supportof ASPMN research |
| APS | 6323964 | 17-Apr | $ 12,000 | Wilber Fordyce Clinical Investigator award - 5th year of 5 year committment |
| Indiana Community Cancer Care Foundation | 6298345 | 5-Feb | $ 25,000 | Ongoing support for efforts to improve pain and symptom recognition and management in a 31 hospital network |
| National Gerontological Nursing Association | 6323286 | 17-Apr | $ 6,000 | Sponsorship of Betty Ferrell at the NGNA convention 10/19-21/01 |
| National Fibromyalgia Awareness Campaign | 6307374 | 28-Feb | $ 5,000 | CME program at National convention |
| National Association of State Controlled Substance Authorities | 6330866 | 8-May | $ 5,000 | 17th annual conference of NASCSA, 10/22-27/01 |
| Methodist Comprehensive Pain Institute | 6342412 | 13-Jun | $ 100,000 | Enhance research & educational capabilities of the institute |
| ONS Foundation | 6298341 | 2-Feb | $ 1,000 | 15th annual congress - educational grant for nurses throughtout USA |
| University of Wisconsin | 6328320 | 8-May | $ 75,000 | Start up program at U of Wisconsin Medical School Pain & Policy studies group |
| UCSF Regents | 6307384 | 8-Mar | $ 25,000 | Research project examining the realationships between pain and fatigue |
| Links to a Cure | 6354905 | 27-Jun | $ 5,000 | 5th annual benefit - Robert A Welke Cancer Research Foundation, Inc. |
| AAPM | 331221028 | 31-Jul | $ 5,000 | Corporate membership 8/01 - 7/02 |
| APS | 331200574 | 2-Feb | $ 3,500 | Corporate membership 3/01 - 3/02 |
| A. A. Pain Clinic, Inc. | 6381726 | 30-Aug | $ 5,000 | Bi-,monthly educational meetins in Anchorage, Alaska area |
| **40000-613006-M4072** | | | **$ 332,500** | |
| Pasadena Rehab Institute | 6367930 | 24-Jul | $ 5,000 | develop pain algorithms for opioid use by P.C. providers to improve pain management |
| Sharp Healthcare Foundation | 6322948 | 16-Apr | $ 5,000 | development of a comprehensive pain management iniative |

JAN-MS-00313716

| | | | | |
|---|---|---|---|---|
| **40000-791005-M4181** | | | **$ 10,000** | |
| Medical Association Communications | 331208807 | 6-Apr | $ 6,950 | 4pg summary of "Pain Assessment and Management in Elderly Patients" in 2001 NADONA symposia highlights |
| Henry M. Jackson Foundation | 6359183 | 3-Jul | $ 11,000 | maintenance for one year of pain web page - educational CE program |
| NADONA | 331200722 | 22-Feb | $ 25,000 | sponsorship of conference - "Pain Symposia" |
| Healthcare Partners Institute | 6332457 | 27-Apr | $ 1,500 | Dr. Varga to provide 2 hr CE/Inservice to 20 HCP nurses - CE program |
| **40000-779000-M4204** | | | **$ 44,450** | |
| **Total** | | | **$ 386,950** | |