PSJ3

Exhibit 95

| Journal Advertising Schedule | Client: JANSSEN PHARMACEUTICA | Product: DURAGESIC 2003 CONVENTION ADVERTISING |
|---|---|---|
| Prepared by KPR | Time Frame: January- December 2003 | Date: 24-Oct-02 |
| | | REVISION #: PAGE OF 2 |

| ALL COSTS BASED ON MID YEAR 2002 J&J EARNED FREQ & 2003 RATES & CORP DISCOUNTS | Ad Specifications & Timing: JAN & FEB- CURRENT LIFE, UNINTERUPTED CAMPAIGN ONCOLOGY AD- 2PG (01-DR-519) and 3 PG (01-DR-522) PRIMARY CARE AD - 2PG(01-DR-518) and 3PG (01-DR-521) LTC AD- 2PG (01-DR-520) and 3PG (01-DR-523) REFERENCE JRL VERSION: P4CB/PBW/PBW ( 01-DR-716) | MARCH- NEW LIFE, UNINTERUPTED W/FUNCTIONALITY ONCOLOGY AD- 2PG and 3 PG    ADVERTORIAL- PCP, PAIN, PAIN NURSING, PA, NP - P4CB PRIMARY CARE AD - 2PG and 3PG    IN PCP, PA, NP RUNS P4CB/PBW/P4CB LTC AD- 2PG and 3PG    ADVERTORIAL/BRIEF SUMMARY BW PG/ BRAND AD REFERENCE JRL VERSION: P4CB/PBW/PBW |

| JOURNAL | RATE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTHER PAIN VEHICLES | | | | | C2 - COVER 2 POSITION | | | | | | | | | |
| AAPM PROGRAM BOOK | 3,731.50 | | 3 PG PCP 01 DR 521 3,731.50 C2 | | | | | | | | | | | 3,731.50 |
| 2002 AAPM MEMBERSHIP DIRECTORY (**ESTIMATED +7% RATE) | 3,406.08 | | | | | | 2 PG PCP 01 DR 518 3,406.08 C3/C4 | | | C3/C4- Cover 3/Cover 4 Position | | | | 3,406.08 |
| 2002 APS PROGRAM BOOK- Onsite | 3,803.75 | | | 2 PG PCP 01 DR 518 3,803.75 C3/C4 | | | | C3/C4- Cover 3/Cover 4 Position | | | | | | 3,803.75 |
| 2002 APS MEMBERSHIP DIRECTORY | 3,642.25 | 2 PG PCP 01 DR 518 3,642.25 C3/C4 | | C3/C4 - Cover 3/Cover 4 Position | | | | | | | | | | 3,642.25 |
| AMERICAN SOCIETY OF ANESTHESIOLOGISTS MEETING DAILY NEWS Affil - ASA; Freq-Annual Meeting Circ: 16,000 members of the ASA | 12,845.25 (4x) | OCT - 4 DAY ASA ANNUAL MEETING NEWS - REFLECTS 10% INC OVER 2002 AS ESTIMATED RATE | | | | | | | | | October 12-16 2 PG PCP NEW 12,845.25 | | | 12,845.25 |
| ASCO DAILY NEWS Affiliation: ASCO Distrib: Onsite to meeting attendees Daily Editions(5/18-5/20):Distrib Door to Door @ key hotels, display racks, etc. to meeting attendees   Est. 20,000 Editorial: Live daily coverage of meeting activities (with schedule of events) | 12,960.00 (Flat) | | | | | 31st, June 1st, June 2nd 2 PG ONC 01-DR-519 12,960.00 | | Isl4C/IslBW | | | | | | 12,960.00 |

| Journal Advertising Schedule | Client: JANSSEN PHARMACEUTICA | | | | | Product: DURAGESIC 2003 CONVENTION ADVERTISING | | | | | | | |
| Prepared by KPR | Time Frame: January- December 2003 | | | | | Date: 24-Oct-02 | | | | PAGE OF 2 | | | |
| | | | | | | REVISION #: | | | | | | | |

| | Ad Specifications & Timing: | | | | |
| --- | --- | --- | --- | --- | --- |
| **ALL COSTS BASED ON** | **JAN & FEB- CURRENT LIFE, UNINTERUPTED CAMPAIGN** | | **MARCH- NEW LIFE, UNINTERUPTED W/FUNCTIONALITY** | | |
| **MID YEAR 2002 J&J** | ONCOLOGY AD- 2PG (01-DR-519) and 3 PG (01-DR-522) | | ONCOLOGY AD- 2PG and 3 PG | ADVERTORIAL- PCP, PAIN, PAIN NURSING, PA, NP - P4CB | |
| **EARNED FREQ & 2003** | PRIMARY CARE AD - 2PG(01-DR-518) and 3PG (01-DR-521) | | PRIMARY CARE AD - 2PG and 3PG | IN PCP, PA, NP RUNS P4CB/PBW/P4CB | |
| **RATES & CORP DISCOUNTS** | LTC AD- 2PG (01-DR-520) and 3PG (01-DR-523) | | LTC AD- 2PG and 3PG | ADVERTORIAL/BRIEF SUMMARY BW PG/ BRAND AD | |
| | REFERENCE JRL VERSION: P4CB/PBW/PBW ( 01-DR-716) | | REFERENCE JRL VERSION: P4CB/PBW/PBW | | |

| JOURNAL | RATE | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **LTC/CONS PHARMACY** | | | | | | | | | | | | | | |
| **CARING FOR THE AGES** Affil-AMDA; Frequency-Monthly Circ:47,946 members of AMDA as benefit of membership Including Med Dir, LTC Attendings,CPs, DON, NP/PA,ALFs | 12,176.25 21,000.00 (Flat) | | | ** On-Site Daily Meeting Paper (3pg LTC) **01-DR-523 AMDA Symposia Daily** C2 12,176.25 + | | | 01-DR-523 Caring for the Ages Post-Meeting Reporter Excl*** 21,000.00 | *** Exclusive Janssen Sponsorship- Mailed with June issue | | | | | | 33,176.25 |
| | | | | | | | + Jim Nagle will honor the invoice cost. | | | | | | | |
| **CONSULTANT PHARMACIST** Affil: Amer Soc Cons. Pharm Frequency: 13x's plus program books Circ: 11,500 mbrs + prospective mbrs | 4,953.80 2,459.05 (60x) | | ** GERIATRICS PHARMACOTHERAPY SPECIAL ISSUE * OTC - OPPOSITE TABLE OF CONTENTS POSITION ## SENIOR CARE PHARMACY 2003 PROGRAM BOOK(50% OFF W/OCT ISSUE) | | | | | | 2 PG LTC NEW 4,953.80 OTC 2 PG LTC** NEW OTC 4,953.80 | | 2 PG LTC NEW 4,953.80 OTC 2 PG LTC NEW ## 2,459.05 | | | 17,320.45 |
| **AGS DAILY BULLETIN** Affil-AGS; Frequency: Onsite Circ-3,000 Meeting attendees | 17,000.00 (Flat) | | | | 2PG LTC** C4 01-DR-520 17,000.00 | | Onsite Daily Paper 5/8 - 5/11 with Eldercare & Risperdal ** Duragesic appears 5/9 | | | | | | | 17,000.00 |
| **AGS ABSTRACT SUPPLEMENT** Affil-AGS; Frequency: April -mailed polybag prior to meeting Circ-10,000 AGS Members and Subscribers | 8,500.00 (Flat) | | | | 2PG LTC 01-DR-520 C2 01-DR-520 8,500.00 | | Exclusive Janssen Sponsorship with Eldercare & Risperdal | | | | | | | 8,500.00 |
| TOTAL | | 3,642.25 | 3,731.50 | 15,980.00 | 8,500.00 | 29,960.00 | 24,406.08 | 0.00 | 9,907.60 | 0.00 | 20,258.10 | 0.00 | 0.00 | 116,385.53 |
| QUARTERLY TOTALS | | | | 23,353.75 | | | 62,866.08 86,219.83 | | | 9,907.60 | | | 20,258.10 30,165.70 | |