PSJ3

Exhibit 97

JAN-MS-00308836 (Native)

# D U R A G E S I C
## 2004 Brand PME Budget

| | |
|---|---:|
| **2004 Business Plan** | **24,000** |
| 2003 Prespend | (1,000) |
| CME Programs | (1,500) |
| Grants | (350) |
| Field Grants | (600) |
| Charitable Contributions | (150) |
| **2004 Annual Budget** | **20,400** |
| Less SCG | (900) |
| **2004 March Update Brand Budget** | **19,500** |
| CME Transfer back | 400 |
| Field Grants Transfer back | 200 |
| AP-48 Transfer | 4,000 |
| **2004 June Update Brand Budget** | **24,100** |
| Transfer to Green Regional PME's | (135) |
| Transfer from SMS CoE Adv. & Promo (PDR expenses) | 46 |
| Duragesic Recall Budget | 2,500 |
| **2004 October Estimate Brand Budget** | **26,511** |
| Leap Frog | (31) |
| Transfer to Green Regional PME's | (240) |
| Transfer to P&L for CME group (monographs $270K + NPEC website $250K) | (520) |
| **2004 Latest Estimate Brand Budget** | **25,720** |

*Excludes Regional PME and Strategic Customer Group allocations*

JAN-MS-00308836 (Native)