PSJ3

Exhibit 98

| | |
|---|---|
| From: | Moore, David [OMPUS] |
| To: | Springsteel, Janet [OMPUS] |
| Sent: | 5/19/2008 8:21:06 PM |
| Subject: | FW: Agreement attached |
| Attachments: | AGREEMENTPricara.doc |

another PO.


-----Original Message-----
**From:** ConradProd@aol.com [mailto:ConradProd@aol.com]
**Sent:** Friday, May 16, 2008 11:15 AM
**To:** Moore, David [OMPUS]
**Subject:** Agreement attached

Dear Dave,

Thank you for your responsiveness; all of the participants - the American Academy of Pain Medicine (AAPM), American Geriatrics Society (AGS) and my own group - very much appreciate your timely joining in this alliance.  We feel very strongly that your participation will certainly demonstrate PriCara's commitment to advancing knowledge in both the medical community and the public at large.

I have attached the agreement which is the same contract developed with the J&J legal group on another project with us.  If you wish, however we can change the payment terms to 50% now and 50% in January of '09.  As opposed to 50% now, and two payments of 25% at various stages in the development of the project.  I mention this in response to your indication that you may wish to split the payments between '08 and '09.

At this point I am immediately scheduling our best professional and technical people to the project.  This will be the same team that has won three Emmys and a Time Inc. health award.  It is of course important to get this paperwork behind us so the actually process can begin since it takes about seven months to bring the project on stream.  This will allow us a comfortable work schedule to produce the program in advance of the AAPM national convention.

Once we get this agreement done we will go quickly into the actual work.  We all look forward to working with you on this important initiative.

Best wishes,
Tom


Thomas L. Conrad
President
Conrad & Associates
301/983-6417



Wondering what's for Dinner Tonight? Get new twists on family favorites at AOL Food.

Confidential

JAN-MS-00474422