PSJ3 Exhibit 100

| | |
|---|---|
| **From:** | Barbara Jean Wynne |
| **To:** | Kohn, Robyn [OMJUS] |
| **CC:** | Pines, Jana [OMJUS]; Linda Saunders |
| **Sent:** | 12/4/2009 5:36:41 PM |
| **Subject:** | RE: Proposal 41349 |
| **Attachments:** | Grant ID 41349.doc |

Hi Robin,
Attached please find the AGS/ACE response to the grant committee inquires on grant ID 41349. Should you need anything further, please do not hesitate to call.

Thank you, have a great weekend.
Barbara Jean

---

**From:** Kohn, Robyn [OMJUS] [mailto:RKohn@its.jnj.com]
**Sent:** Wednesday, December 02, 2009 5:34 PM
**To:** Barbara Jean Wynne
**Cc:** Pines, Jana [OMJUS]
**Subject:** RE: Proposal 41349

Barbara Jean-The grant was reviewed today. We have a few more points that need to be clarified as follows:

- Number of certificates expected to be issued for each activity
- On-Line component-please follow up with me directly
- Eligibility Questionnaire-please follow up with me directly
- Educational Outcomes Measurement-please follow up with me directly

As I am traveling tomorrow you may reach me on cell at your convenience. I am also copying our Grants Analyst Jana Pines for any logistical questions you may have. After we speak I kindly ask for you to respond to both of us in a separate email communication no later than COB Monday December 7. Thanks, Robyn


Robyn M. Kohn, MA, CCMEP
Program Director, Medical Education
Ortho-McNeil Janssen Scientific Affairs, LLC
1000 Route 202 PO Box 300
Raritan, New Jersey 08869-0602
Tel (908) 927 6625 Cell 201-247-2660
Fax (908) 252 0932
rkohn@its.jnj.com

---

**From:** Barbara Jean Wynne [mailto:BWynne@appliedcme.com]
**Sent:** Tuesday, December 01, 2009 11:42 AM
**To:** Kohn, Robyn [OMJUS]
**Subject:** RE: Proposal 41349

Hi Robyn,
It was nice speaking with you this morning, thanks again for the opportunity to work with you.

As discussed, I've outlined below a few more details for the committee.

1. Online Option – As the accreditor, The American Geriatrics Society believes that an online posting of the print piece would

Confidential                                                                                          JAN-MS-00395592

essentially create a new activity and therefore would charge an additional accreditation fee. The AGS accreditation fee is $35,000. In order to be more cost effective we have created the online option. The online activity would be posted to www.cmezone.com, and made available through the centricity network. Advertisements would be placed in *Pain Medicine News* announcing the activity's availability and an email sent to CMEZone members. Total cost of the option is $52,920 we have requested each grantor contribute $13,230 for this option.

2. The activity will be distributed via *Pain Medicine News*. The specialty breakdown of the almost 50,000 circulation is as follows:

| | |
|---|---|
| Primary Care (family practice, general practice, internal medicine) | 26,192 |
| Orthopedic surgery | 5,949 |
| Neurology | 5,190 |
| Pain management, pain medicine, palliative medicine | 2,255 |
| Rheumatology | 2,196 |
| Physical medicine and rehabilitation | 2,119 |
| American Society of Interventional Pain Physician members | 4,178 |
| Oncology | 763 |
| North American Neuromodulation Society Members | 555 |

3. Faculty selection – based on guidance by AGS and the goal of the activity to educate clinicians on the 2009 updated AGS guidelines, proposed faculty include those involved in the creation of the guidelines as well as past educational activity evaluations, expertise as educators and expertise in the therapeutic area.

To date AGS has received approvals from Endo Pharmaceuticals and Purdue Pharma each contributing the requested $44,850.00 to complete the print special report monograph and reference tool. Three funders will allow for the print activity and distribution of the monograph, but without the reference tool. I hope that helps and should you have any other questions, please do not hesitate to contact me.

Regards,
Barbara Jean

*Barbara Jean Wynne*
*Manager, CME Services*
*Applied Clinical Education*
*Phone: 212-624-2095*
*Fax: 815-377-2470*
*Email: bwynne@appliedcme.com*

---

**From:** Kohn, Robyn [OMJUS] [mailto:RKohn@its.jnj.com]
**Sent:** Tuesday, December 01, 2009 9:34 AM
**To:** Barbara Jean Wynne
**Subject:** Ref: Proposal 41349


Please contact me for clarity on 2 questions pertaining to this submission.

Robyn M. Kohn, MA, CCMEP
Program Director, Medical Education
Ortho-McNeil Janssen Scientific Affairs, LLC
1000 Route 202 PO Box 300
Raritan, New Jersey 08869-0602
Tel  (908) 927 6625
Fax (908) 252 0932
rkohn@its.jnj.com