# PSJ3

# Exhibit 101

 

| | |
|---|---|
| To: | PriCara, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc<br>Educational Grant Committee |
| From: | Linda Saunders                                      Barbara Jean Wynne<br>Senior Director, Professional Education    Manager, CME Services<br>The American Geriatrics Society                Applied Clinical Education |
| Date: | Friday, December 4, 2009 |
| Re: | Grant ID 41349 |

In response to inquiries regarding grant 41349, "Pharmacologic Therapy for Persistent Pain in Older Persons: The Updated American Geriatrics Society Guidelines and Their Implications for Patient Management", additional details are provided below:

CME Certificates
- In general, responses to activities that are distributed with *Pain Medicine News* receive an average 3-5% certificate redemption based on the distribution amount. For example, one activity, "Reducing Risk: Practical Strategies for Prescribing Analgesics" which expired in October 2009 generated a total of 1,396 certificates based on an earlier circulation of *Pain Medicine News* close to 47,000.

On-Line component
- In the event PriCara can fund support for the online option AGS will reach out to the other commercial supporters and indicate PriCara's interest with the understanding its fulfillment will require the contribution of the other funders in the amount of $13,230.

Eligibility Questionnaire – enduring activity details
- Applied Clinical Education has a long history of producing continuing education in the area of pain management. In 2009 various activities have been produced in print and online with favorable response from participants. Some examples based on evaluation data include:
    - Hot Topics in Neuropathic Pain
        - An average of 68% of participants agree the activity met the educational objectives
        - 72% of participants indicate they would change their practice as a result of participating in the activity
        - 98% of participants indicated the activity was objective, balanced, and free of commercial bias
    - Topical Options for Management of Chronic Osteoarthritis Pain
        - When asked what percentage of the activity was effective in teaching something new 40% of participants replied 50% or more
        - 96% of participants indicated the activity provided evidence-based information useful to their practice

- 92% of participants believed the activity was free from commercial bias

- The AGS has a number of enduring materials in the form of journal supplements on various topics including the following:
    - Current Treatment and Future Strategies for Herpes Zoster and Postherpetic Neuralgia (Journal supplement)
        - 86% of participants stated that the potential impact of the program on their practice was "excellent"
        - 92% stated they were able to achieve the stated learning objectives after completing the program
        - 91% of participants indicated the program was free from commercial bias

    - Appropriate Management of OAB: Optimizing Safety in the Geriatric Patient (Journal Supplement)
        - 78% of participants stated that the potential impact of the program on their practice was "excellent"
        - 90% stated they were able to achieve the stated learning objectives after completing the program
        - 81% of participants indicated the program was free from commercial bias

    - Sleep Disorders in the Geriatric Population: Implications for Health (Journal Supplement)
        - 93% stated they were able to achieve the stated learning objectives after completing the program
        - 90% of participants indicated the program was free from commercial bias

Outcomes Measurement
- The proposed activity will provide clinicians with new information needed to treat older patients experiencing persistent pain as a result of the newly published American Geriatrics Society's revised guidelines.  Because this straight-forward approach to release this information to a wide audience of clinicians an in-depth outcomes analysis is not being projected for this activity.  However, as a result of this activity, improved patient outcomes are strongly desired.  In order to gauge the activity's impact on patient care AGS will compose the activity evaluation form to elicit skills, knowledge and behavior change as a result of participation. Some questions that may be included are:
    - Will you change your practice in any way as a result of participating in this program? If so how?
    - What percentage of the activity was effective in teaching you something new?
    - Did the information received in this activity confirm how you treat and/or manage patients?

Thank you for your consideration of this educational grant request and should you require any additional information, please feel free to contact us.

Thank you.

Confidential  JAN-MS-00395595