# PSJ3

# Exhibit 104

| Organization | 2010 | 2011 $ | 2012 $ | Totality Submitted | Check Delivered | Notes |
|---|---|---|---|---|---|---|
| American College of Emergency Physicians | 0 | 25,000 | $ - | Yes | | 2011 co-Membership, LAC sponsorship with CV team. Note: no support 2012 |
| American Academy of Pain Management | | $ 7,500 | $ 7,500 | | | Q/4 |
| American Academy of Pain Medicine | 5,000 | $ 7,500 | $ 7,500 | | | Q/3 |
| American Academy of Pain Medicine Regional Affiliates | | 0 | $ - | | | DEP. STATE NEED/POLICY |
| American Chronic Pain Association | 5,000 | 5,000 | $ 25,000 | | | Q4 INCREASED BASED ON NEED-CHRONIC PAIN/RESOURCE NEEDS |
| American Academy of Nurse Practitioners | | 0 | $ 20,000 | Yes | | COVERS SPONSORSHIP/PROGRAM |
| AANP Chapters | | 0 | $ - | | | DEP. STATE NEED/POLICY |
| American Academy of Family Physicians | | 5,000 | $ 5,000 | Yes | | Total sponsorship is 5k. |
| American Pain Foundation | | 10,000 | $ - | Yes | | no 2012 sponsorship ; request in cue for policy priorities warranted increment-one time only |
| American Pain Foundation Action Network | 25,000 | 45,000 | $ - | | | 2010 Action Summit (1 National); 2011 Action Summit (2 regionals) no support for 2012 |
| American Academy of Hospice and Palliative Medicine | | 5,000 | $ 5,000 | Yes | | NO CHANGE |
| American Pain Society | 5,000 | 7,500 | $ 7,500 | | | 2012 membership; PROGRAM SUPPORT TBD |
| APS Regional Chapters | | 0 | $ - | | | est. based on state priorities |
| American Geriatric Society | | 10,000 | $ - | | | no support for 2012 |
| American Society of Consultant Pharmacists | | 0 | $ - | | | held by LTC-no fee-programming TBD |
| Center for Bioethics | | | $ 3,000 | | | Annual Event (3k.-IOM) |
| NASCSA | | 5,000 | $ 5,000 | | | additional state support-TBD |
| Pain Care Forum (National Hospice & Pall. Care Med) | 2,000 | 2,000 | $ 2,000 | | | NO CHANGE |
| US Pain Foundation | | 0 | $ - | | | TBD-CONTINUED EXPLORATION |
| **Total Sponsorships** | | | $ 87,500 | | | |

Note 1 : Joint Commission Resources Support 2010-12     Totality 498,791 ($249,396 payment for 2010)     249,395 (payment for 2011)
Pain Management:A Systems Approach to Improving Quality & Safety
2012 project completed-to be closed 6/30/12.
This PO was broken out by year:
Line 1 : 2010 $249,396
Line 2:  2011  $249,395
Total:  $498,791  has been invoiced in full.

Note 2: Global Healthy Living Foundation Master Agreemer 120,850 (2009) 600,00 (2010)
Initiated by Cassie Hallberg/Carole Carter Cleever
2009-1010