# PSJ3 Exhibit 105

| | |
|---|---|
| **From:** | Linda Saunders |
| **To:** | Kohn, Robyn [OMJUS]; Elizabeth Haranas; Dennise McAlpin |
| **CC:** | Williams, Carol Allison [OMJUS] |
| **Sent:** | 3/30/2010 9:46:58 PM |
| **Subject:** | RE: Grant #50508 Follow-Up |
| **Attachments:** | AGS Pain Budget.xls; Ref #50508.doc |

Thank you for your review of our grant proposal Ref #50508. Attached please find the additional information requested. If you need anything else, just let me know.

Thanks,
Linda


Linda Saunders
Senior Director, Professional Education

American Geriatrics Society
350 Fifth Avenue, Suite 801
New York, NY 10118
tel: 212-308-1414
Fax: 212-832-8646

---

**From:** Kohn, Robyn [OMJUS] [mailto:RKohn@its.jnj.com]
**Sent:** Monday, March 29, 2010 1:34 PM
**To:** Elizabeth Haranas; Dennise McAlpin; Linda Saunders
**Cc:** Williams, Carol Allison [OMJUS]
**Subject:** Grant #50508 Follow-Up

Colleagues,

Ref: #50508: The Grant Committee reviewed the aforementioned application entitled: "Implementing the AGS 2009 Guidelines Pharmacologic Management of Persistent Pain in Older Persons" and asked for additional information. Please see questions and provide your response in writing by close of business Thursday, April 1, if able. Please inform us if the timeframe is to be adjusted.

- Needs Assessment- Please provide additional information and further evidence/documentation on the unmet needs for your audience to become further educated on the dissemination of these important guidelines.
- Budget-please review/adjust as costs seem higher in certain categories than what we have typically supported for similar activities. Please know our guidance's will not permit support for faculty meeting registration and we therefore ask for you to remove this cost from the grant budget. Please submit a revised budget with this response communication.
- Planned Enduring Activities-Please inform if the contents of this session is to be endured as official proceedings from the Annual Meeting. This was not clear from the proposal.

Thanks very much for your interest in pain management for the AGS community. Please reply to all with your responses and inform us of any follow-up questions. Best regards, Robyn
Robyn M. Kohn, MA, CCMEP
Program Director, Medical Education
Ortho-McNeil Janssen Scientific Affairs, LLC
1000 Route 202 PO Box 300
Raritan, New Jersey 08869-0602
Tel (908) 927 6625

Fax (908) 252 0932
rkohn@its.jnj.com

Confidential  JAN-MS-00395612