# PSJ3
# Exhibit 108

| | |
|---|---|
| **From:** | Kohn, Robyn [OMJUS] |
| **To:** | Fox, Walter [OMJUS]; Deloria, Diane [PRDUS]; Vorsanger, Gary [OMJUS] |
| **CC:** | Kohn, Robyn [OMJUS]; Williams, Carol Allison [OMJUS] |
| **Sent:** | 4/2/2010 9:34:21 PM |
| **Subject:** | Grant Follow-Up #50508 |

Committee,
REF: American Geriatrics Society/Follow-Up requested  "Implementing the AGS 2009 Guidelines Pharmacologic Management of Persistent Pain in Older Persons"

There may have been some confusion around the final voting for this activity. We had reviewed and asked the AGS to provide follow-up on some questions we had during review. These have all been addressed and satisfy our discussion points per below:

 • Needs Assessment- Please provide additional information and further evidence/documentation on the unmet needs for your audience to become further educated on the dissemination of these important guidelines. (see documents of 3/31, 4/1-satisfied)

 • Budget-please review/adjust as costs seem higher in certain categories than what we have typically supported for similar activities. Please know our guidance's will not permit support for faculty meeting registration and we therefore ask for you to remove this cost from the grant budget. Please submit a revised budget with this response communication. (adjusted-categorically and includes on-line offering)

• Planned Enduring Activities-Please inform if the contents of this session is to be endured as official proceedings from the Annual Meeting. This was not clear from the proposal. (updated/confirmed)

Please revisit follow-up attachments posted in Totality File dated 3/31/2010 and 4/1. Revised LOR requested to reflect the new requested amount of $133,363 (see page 3 of the follow-up letter for details). Please inform if a live discussion is preferred and we can address at our 4/7 meeting.

Thanks as always for your support, Robyn
Robyn M. Kohn, MA, CCMEP
Program Director, Medical Education
Ortho-McNeil Janssen Scientific Affairs, LLC
1000 Route 202 PO Box 300
Raritan, New Jersey 08869-0602
Tel  (908) 927 6625
Fax (908) 252 0932
rkohn@its.jnj.com

Confidential