# PSJ3

# Exhibit 109

# Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template

JAN-MS_00395603 (Native)             JAN-MS-00395603_Confidential.xls

| | Date Of Activity: | | 14-May-10 | | | |
|---|---|---|---|---|---|---|
| **ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC** | **Activity Title:** | | Implementing the AGS 2009 Guidelines 'Pharmacologic Manageme | | | |
| | **Activity Component:** | | Seminar/Symposia | | | |
| | **TOTAL PROGRAM COSTS** | | | **REQUESTED FUNDING FROM OMJSA** | | |

| | Category | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount |
|---|---|---|---|---|---|---|---|
| **Management Fees** | Editorial Development | 115 | $ 81.25 | $ 9,344 | 115 | $ 81.25 | $ 9,344 |
| | Graphic Development and Layout | 25 | $ 81.25 | $ 2,031 | 25 | $ 81.25 | $ 2,031 |
| | Project/Agency Management | 135 | $ 81.25 | $ 10,969 | 135 | $ 81.25 | $ 10,969 |
| | Venue Selection and Coordination | 45 | $ 81.25 | $ 3,656 | 45 | $ 81.25 | $ 3,656 |
| | Speaker/Faculty Coordination | 15 | $ 81.25 | $ 1,219 | 15 | $ 81.25 | $ 1,219 |
| | Participant/Audience Coordination | 50 | $ 81.25 | $ 4,063 | 50 | $ 81.25 | $ 4,063 |
| | On-Site Time (Live) | | | $ - | | | $ - |
| | Outcomes Measurements | 65 | $ 81.25 | $ 5,281 | 65 | $ 81.25 | $ 5,281 |
| | *Subtotal* | | | *$ 36,563* | | | *$ 36,563* |
| **Honoraria** | Honoraria - Chairperson | 1 | $ 2,000.00 | $ 2,000 | 1 | $ 2,000.00 | $ 2,000 |
| | Honoraria - Faculty | 3 | $1,500.00 | $ 4,500 | 3 | $ 1,500.00 | $ 4,500 |
| | | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 6,500* | | | *$ 6,500* |
| **Faculty Travel Expenses** | Airfare | 4 | $ 500.00 | $ 2,000 | 4 | $ 500.00 | $ 2,000 |
| | Lodging | 4 | $ 225.00 | $ 900 | 4 | $ 225.00 | $ 900 |
| | Ground Transportation | 4 | $ 100.00 | $ 400 | 4 | $ 100.00 | $ 400 |
| | Faculty meals | 4 | $ 100.00 | $ 400 | 4 | $ 100.00 | $ 400 |
| | *Subtotal* | | | *$ 3,700* | | | *$ 3,700* |
| **Venue** | Meeting Room Rental | 1 | $ 1,000.00 | $ 1,000 | 1 | $ 1,000.00 | $ 1,000 |
| | Breakout Room Rental | | | $ - | | | $ - |
| | Registration Desk | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 1,000* | | | *$ 1,000* |
| **Food and Beverage** | Breakfast | | | $ - | | | $ - |
| | Lunch | | | $ - | | | $ - |
| | Dinner | 200 | $75.00 | $ 15,000 | 200 | $75.00 | $ 15,000 |
| | Break | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 15,000* | | | *$ 15,000* |
| **Audience Generation** | Brochure/Invitation | 1 | $ 2,500.00 | $ 2,500 | 1 | $ 2,500.00 | $ 2,500 |
| | Fax Blast | | | $ - | | | $ - |
| | Journal Advertisement | | | $ - | | | $ - |
| | Western Union | | | $ - | | | $ - |
| | Flyer | | | $ - | | | $ - |
| | Postcard | | | $ - | | | $ - |
| | Mailing List | | | $ - | | | $ - |
| | Mail house: Assembly/Fulfillment | | | $ - | | | $ - |
| | Postage | 1 | $1,000.00 | $ 1,000 | 1 | $1,000.00 | $ 1,000 |
| | Hotel Room Drops | | | $ - | | | $ - |
| | | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 3,500* | | | *$ 3,500* |

## Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template

| | | Date Of Activity: | | 14-May-10 | |
|---|---|---|---|---|---|
| ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC | | Activity Title: | | Implementing the AGS 2009 Guidelines 'Pharmacologic Manageme | |
| | | Activity Component: | | Seminar/Symposia | |
| | | **TOTAL PROGRAM COSTS** | | | **REQUESTED FUNDING FROM OMJSA** |

| | Category | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount |
|---|---|---|---|---|---|---|---|
| **Audiovisual** | Equipment | 1 | $5,000.00 | $ 5,000 | 1 | $5,000.00 | $ 5,000 |
| | Technical Assistance/Travel Costs | | | $ - | | | $ - |
| | Audience Response | | | $ - | | | $ - |
| | Transcription | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | **$ 5,000** | | | **$ 5,000** |
| **Meeting Materials** | Signage | 1 | $ 600.00 | $ 600 | 1 | $ 600.00 | $ 600 |
| | Tent Cards | | | $ - | | | $ - |
| | Name Badges | | | $ - | | | $ - |
| | Syllabus/Handout Materials | 1 | $ 1,500.00 | $ 1,500 | 1 | $ 1,500.00 | $ 1,500 |
| | Slides/Title & Faculty Presentations | | | $ - | | | $ - |
| | Editorial Searches/Reprints | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | **$ 2,100** | | | **$ 2,100** |
| **Production Expenses** | Printing | | | $ - | | | $ - |
| | Binders | | | $ - | | | $ - |
| | Slide Production | | | $ - | | | $ - |
| | CD Rom Duplication | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | **$ -** | | | **$ -** |
| **Association and Institutional Fees** | Association Fee | 1 | $35,000.00 | $ 35,000 | 1 | $35,000.00 | $ 35,000 |
| | Institution Fee | | | $ - | | | $ - |
| | Online Enduring CME Activity | 1 | $25,000 | $ 25,000 | 1 | $25,000 | $ 25,000 |
| | *Subtotal* | | | **$ 60,000** | | | **$ 60,000** |
| **CE Fees** | Certification Fees | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | **$ -** | | | **$ -** |
| **Other Expenses (please specify)** | | | | $ - | | | $ - |
| | | | | $ - | | | $ - |
| | *Subtotal* | | | **$ -** | | | **$ -** |
| | **Total Expense of Program** | | | **$ 133,363** | | | |
| | **Total Requested from OMJSA** | | | | | | **$ 133,363** |
| | **Total Actual of Program** | | | | | | |
| | | | | | | | |
| **Income** | Requested from OMJSA | | | | | | |
| | Other Industry Support Requested | | | $ - | | | |
| | Proposed Registration Fees | | | $ - | | | |
| | Exhibit Fees | | | $ - | | | |
| | Other* | | | $ - | | | |
| | *Subtotal* | | | **$ -** | | | |
| | **Total Projected Income** | | | **$ 133,363** | | | |
| | | | | | | | |
| | ***Program Surplus or Shortfall*** | | | **$ -** | | | **$ 133,363** |

**Note:**  Costs entered under "Other*" must be identified