# PSJ3 Exhibit 110

JAN-MS-00395630 (Native)

| 2009 Pain CME Tracker (#33767) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Event Date | Grant ID # | Invoice Date | Invoice # | PO Number | Total PO Amount | Vendor Name | Invoice Description | Amount of Invoice/Milestones | Milestone Due Date | Budget | Closed PO | Closed Totality | Comments |
| January 1, 2008 - January 1, 2009 | 2499 | | Paid in 2007 | 992253581 | 65,920 | AAFP | Learning Link Platform | $ 395,520 | | | Totality DO #24856 | | |
| | | | Paid in 2008 | | | | | $ 65,920 | | | | | |
| | | | Paid in 2008 | | | | | $ 65,920 | | | | | |
| | | | Paid in 2008 | | | | | $ 65,920 | | | | | |
| | | 9/3/2009 | 2009-156 | | | | | $ 65,920 | July 2009 | | | | |
| | | | | | | | | | | | | | |
| February 2008 - September 2009 | 5019 | | Paid in 2007 | 992253428 | 103,050 | Medscape | Pain Resource Center | $ 618,300 | | | Totality DO #24857 | | |
| | | | Paid in 2008 | | | | | $ 206,100 | | | | | |
| | | | Paid in 2008 | | | | | $ 103,050 | | | | | |
| | | 5/28/2009 | 91-001174 | | | | | $ 103,050 | May 2009 | | | | |
| | | | | | | | | | | | | | |
| December 24, 2007 - November 30, 2008 | 5472 | | Paid in 2007 | 992246150 | 72,527 | Penn State/ SynerMed | Advances in Pain Management | $ 435,159 | | | Totality DO #24439 | | |
| | | | Paid in 2008 | | | | | $ 72,527 | | | | | |
| | | | Paid in 2008 | | | | | $ 145,053 | | | | | |
| | | 6/30/2009 | 09/10-7001 | | | | | $ 44,915 | July 2009 | | | | **refund of $21,000 provided |
| | | | | | | | | | | | | | |
| January 1, 2008 - December 31, 2008 | 5505 | | Paid in 2007 | 992246151 | 194,410 | SCIOS | Insights into Pain Mangement | $ 583,234 | | | Totality DO #24436 | | |
| | | | Paid in 2008 | | | | | $ 97,205 | | | | | |
| | | | Paid in 2008 | | | | | $ 97,205 | | | | | |
| | | 6/3/2009 | 212 | | | | | $ 97,205 | April 2009 | | | | |
| | | 12/11/2009 | 161 | | | | | $ 97,205 | December 2009 | | | | |
| | | | | | | | | | | | | | |
| June 1, 2008 - April 1, 2009 | 10284 | | Paid in 2008 | 992169121-2 | 92,029 | Dannemiller | ICPCD Mtg - Pain, Policy & the Law | $ 184,058 | | | Multi-year PO - $276,086 in 2008 | | |
| | | | Paid in 2008 | | | | | $ 92,028 | | | | | |
| | | 2/26/2009 | #3592 | | | | | $ 55,218 | February 2009 | | | | |
| | | 5/28/2009 | #3631 | | | | | $ 36,811 | April 2009 | | | | |
| | | | | | | | | | | | | | |
| October 1, 2008 - November 1, 2009 | 12997 | | Paid in 2008 | 992169256-2 | 401,240 | Penn State | 2009 APS & AAPM | $ 110,000 | | | Multi-year PO - $281,960 in 2008 | | |
| | | | Paid in 2008 | | | | | $ 171,960 | | | | | |
| | | 5/29/2009 | #08/09-6035 | | | | | $ 171,960 | May 2009 | | | | |
| | | 9/15/2009 | #09/10-7012 | | | | | $ 114,640 | September 2009 | | | | |
| | | 11/18/2009 | 9/10/7026 | | | | | $ 57,320 | November 2009 | | | | |
| | | 12/10/2009 | 9/10/7031 | | | | | $ 57,320 | December 2009 | | | | |
| | | | | | | | | | | | | | |
| September 1, 2008 - March 31, 2009 | 16163 | | Paid in 2008 | 992174253-2 | 62,447 | Univ. of Cincinnati | AAPM&R | $ 124,895 | | | Multi-year PO - $187,343 in 2008 | | |
| | | | Paid in 2008 | | | | | $ 62,448 | | | | | |
| | | 2/16/2009 | #CME 088723 | | | | | $ 37,468 | | | | | |
| | | 10/26/2009 | #CME2010-0182 | | | | | $ 24,979 | July 2009 | | | | |
| | | | | | | | | | | | | | |
| December 15, 2008 - April 30, 2009 | 20377 | | Paid in 2008 | 992224469-2 | 90,632 | Univ. of KY | Optimizing Chronic Pain Management | $ 168,318 | | | Multi-year PO - $168,318 in 2008 | | |
| | | 1/13/2009 | #20090113256 | | | | | $ 77,685 | | | | | |
| | | 12/9/2009 | 20101208286 | | | | | $ 12,947 | December 2009 | | | | |
| | | | | | | | | | | | | | |
| December 30, 2008 - January 28, 2010 | 20649 | 1/8/2009 | 2008-39(1) | 992234931-2 | 436,661 | Univ. of TN | Across the Continuum | $ 602,725 | December 2008 | | Multi-year PO - $602,725 in 2008 | | |
| | | 4/16/2009 | 2008-39(2) | | | | | $ 129,155 | April 2009 | | | | |
| | | 9/9/2009 | 2008-39(3) | | | | | $ 86,104 | September 2009 | | | | |
| | | 12/8/2009 | 2008-39(4) | | | | | $ 43,052 | December 2009 | | | | |
| | | | | | | | | | | | | | |
| December 23, 2008 - September 1, 2009 | 20378 | | Paid in 2008 | 992234930-2 | 181,236 | Penn State | 2009 WIP | $ 271,854 | | | Multi-year PO - $271,854 in 2008 | | |
| | | 9/15/2009 | 9/10/7013 | | | | | $ 113,273 | August 2009 | | | | |
| | | 11/18/2009 | 9/10/7024 | | | | | $ 45,309 | October 2009 | | | | |
| | | 12/10/2009 | 9/10/7030 | | | | | $ 22,654 | December 2009 | | | | |

JAN-MS-00395630

## 2009 Pain CME Tracker (#33767)

| Event Date | Grant ID # | Invoice Date | Invoice # | PO Number | Total PO Amount | Vendor Name | Invoice Description | Amount of Invoice/Milestones | Milestone Due Date | Budget | Closed PO | Closed Totality | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May 18, 2009 | 22985 - Note: Am't split w/VTE Budget | 5/6/2009 | #42920091 | 992262060 | 56,587 | Nat'l Assoc. of Orthopaedic Nurses | Uniting the Team for Orthopaedic Concerns | $ 28,293 | April 2009 | | | | |
| | | 6/22/2009 | #5070901 | | | | | $ 22,635 | June 2009 | | | | Received back from reconciliation |
| | | | | | | | | ($15,922) | | | | | |
| February 25, 2009 - August 31, 2009 | 22003 | 3/6/2009 | #08/09-6026 | 992268654 | 307,260 | Penn State | 2009 AAOS - Translating Science to Strategy | $ 153,630 | February 2009 | | | | |
| | | 3/6/2009 | #08/09-6027 | | | | | $ 61,452 | February 2009 | | | | |
| | | 6/3/2009 | #08/09-6043 | | | | | $ 61,452 | May 2009 | | | | |
| | | 12/8/2009 | #09/10-7029 | | | | | $ 30,726 | December 2009 | | | | |
| PENIDING | 28721 | 6/8/2009 | 60218 | 992319155 | 500,000 | Univ. of Kentucky/AccreditEd | INROADS for Pain Management | $ 250,000 | May 2009 | | | | **Milestones: $250K, $100K, $100K, $50K. Previously #21939 under pValue (old name)** |
| | | 10/13/2009 | 60220 | | | | | $ 100,000 | October 2009 | | | | |
| | | 11/18/2009 | 60221 | | | | | $ 100,000 | November 2009 | | | | |
| | | | | | | | | $ 50,000 | March 2010 | | | | |
| March 21, 2009 | 25601 | 4/14/2009 | #DPMO409-1 | 992284586 | 100,000 | Beth Israel Medical Center | Emerging Practices in Opioid Prescribing for Chronic Pain | $ 40,000 | April 2009 | | | | Milestones: $50K, $50K |
| | | 7/8/2009 | #DPMO702-2 | | | | | $ 40,000 | July 2009 | | | | |
| | | 9/15/2009 | #DPM0702-2 | | | | | $ 20,000 | September 2009 | | | | |
| June 1, 2009 | 28916 | 7/9/2009 | 9/10/7003 | 992335020 | 439,945 | SynerMed/Penn State | Tools and Techniques for the Frontline Clinician | $ 219,000 | June 2009 | | Multi-year PO - | | |
| | | 9/15/2009 | 9/10/7011 | | | | | $ 109,500 | September 2009 | | | | |
| | | 9/16/2009 | 9/10/7014 | | | | | $ 12,400 | September 2009 | | | | |
| | | 11/18/2009 | 9/10/7027 | | | | | $ 65,992 | November 2009 | | | | |
| | | | | | | | | $ 45,453 | January 2010 | | | | |
| June 1, 2009 | 28019 | 7/31/2009 | 10103227 | 992345024 | 102,075 | Medicom Worldwide, Inc | Emerging Solutions in Pain | $ 25,518 | June 2009 | | Multi-year PO | | |
| | | 9/15/2009 | 10103228 | | | | | $ 30,622 | September 2009 | | | | |
| | | 12/7/2009 | 10103237 | | | | | $ 35,726 | December 2009 | | | | |
| | | 1/8/2010 | 10103238 | | | | | $ 10,207 | January 2010 | | | | |
| June 13, 2009 | 25545 | 7/24/2009 | 2865 | 992345025 | 177,435 | PharmaCom Group, Inc. | High Stakes, Young Lives: Rx Drugs in our Community | $ 87,717 | July 2009 | | Multi-year PO | | |
| | | 10/15/2009 | 2871 | | | | | $ 35,487 | November 2009 | | | | |
| | | 12/4/2009 | 2875 | | | | | $ 26,615 | December 2009 | | | | |
| | | | | | | | | $ 26,615 | April 2011 | | | | |
| October 15, 2009 | 29059 | 8/21/2009 | 2003-06-05 | 992349988 | 331,635 | Veritas Institute for Med Ed, Inc. | Effective Pain Mgmt for the Family Physician | $ 149,235 | July 2009 | | Mukti-year PO | | |
| | | 10/22/2009 | 2009-10-002 | | | | | $ 82,908 | October 2009 | | | | |
| | | 11/17/2009 | 2009-11-001 | | | | | $ 49,745 | November 2009 | | | | |
| | | | | | | | | $ 49,747 | May 2010 | | | | |
| August 14, 2009 | 29040 | 7/29/2009 | 7655 | 992341967 | 165,591 | American Academy of Pain Mgmt/ MedIQ | Practical Strategies for the Mgmt of Pain | $ 74,515 | July 2009 | | Multi-year PO | | |
| | | 9/23/2009 | 7660 | | | | | $ 41,397 | October 2009 | | | | |
| | | 11/18/2009 | 7669 | | | | | $ 33,118 | November 2009 | | | | |
| | | | | | | | | $ 16,561 | May 2010 | | | | |
| November 18, 2009 | 31509 | 9/24/2009 | 2938 | 992374170 | 215,025 | American Society of Consultant Pharmacists | Mgmt of Acute Pain in Long Term Care | $ 64,507 | September 2009 | | | | |
| | | 11/20/2009 | 2956 | | | | | $ 53,756 | November 2009 | | | | |
| | | 12/7/2009 | 2958 | | | | | $ 32,253 | December 2009 | | | | |
| | | | | | | | | $ 43,005 | February 2010 | | | | |
| | | | | | | | | $ 21,504 | March 2010 | | | | |

JAN-MS-00395630

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <td colspan="15" align="center">**2009 Pain CME Tracker (#33767)**</td> |
| Event Date | Grant ID # | Invoice Date | Invoice # | PO Number | Total PO Amount | Vendor Name | Invoice Description | Amount of Invoice/Milestones | Milestone Due Date | Budget | | Closed PO | Closed Totality | Comments |
| February 2, 2010 | 36072 | 12/8/2009 | PROED-2002 | 992409641 | 366,100 | National Jewish Health | Application of Multimodal Therapy I Acute Pain | $ 110,730 | December 2009 | | | | | |
| | | | | | | | | $ 91,525 | February 2010 | | | | | |
| | | | | | | | | $ 91,625 | May 2010 | | | | | |
| | | | | | | | | $ 72,220 | February 2011 | | | | | |
| February 15, 2010 | 35431 | 12/14/2009 | 9/10/7034 | | 199,588 | Penn State College of Medicine/ Curatio | Balancing Chronic Pain Mgmt and Rational Opioid Use | $ 69,855 | December 2009 | | | | | |
| | | | | | | | | $ 59,876 | March 2010 | | | | | |
| | | | | | | | | $ 39,918 | June 2010 | | | | | |
| | | | | | | | | $ 29,939 | September 2010 | | | | | |
| November 20, 2009 | 37203 | 12/14/2009 | 9/10/7033 | 992418255 | 457,175 | Penn State College of Medicine/ Rockpointe | Waging War on Pain | $ 137,525 | December 2009 | | | | | |
| | | | | | | | | $ 91,435 | January 2010 | | | | | |
| | | | | | | | | $ 68,576 | March 2010 | | | | | |
| | | | | | | | | $ 91,430 | May 2010 | | | | | |
| | | | | | | | | $ 68,570 | June 2010 | | | | | |
| July 30, 2010 | 41349 | | | | | American Geriatric Society | Pharmacologic Therapy for Persistant Pain | $ 20,328 | December 2009 | | | | | |
| | | | | | | | | $ 17,424 | April 2010 | | | | | |
| | | | | | | | | $ 11,616 | June 2010 | | | | | |
| | | | | | | | | $ 8,712 | September 2010 | | | | | |
| November 23, 2009 | 37096 | | | | 618,580 | Rockpoint/Penn State College of Medicine | Mechanisms and Neuroplasticity of Pain | $ 123,716 | January 2010 | | | | | |
| | | | | | | | | $ 185,574 | April 2010 | | | | | |
| | | | | | | | | $ 185,570 | July 2010 | | | | | |
| | | | | | | | | $ 92,787 | September 2010 | | | | | |
| | | | | | | | | $ 30,933 | November 2010 | | | | | |
| | RFGA/Lorrie | 12/4/2009 | | | 486,500 | Thomas Jefferson University | RFGA | $ 145,950 | Pain -$72,975 | | | | | |
| | | | | | | | | $ 144,950 | Pain - $72,475 | | | | | |
| | | | | | | | | $ 146,950 | Pain - $73,475 | | | | | |
| | | | | | | | | $ 48,650 | Pain - $24,325 | | | | | |
| | | | | | 3,880,680 | | | | | | | | | |
| | | | | | | | | $ 10,821,264.00 | | | | | | |
| | Paid in full | | | | | | | | | | | | | |
| | Accrue | | | | | | | **Left to spend** | | | | | | |
| PO TOTAL | Call for invoice | | | | | | | | | | | | | |
| | Program from 2007 | | | | | | | | | $ 4,450,000 | | | | |
| | Program from 2008 | | | | | | | | | | | | | |
| | Open PO in 2010 | | | | | | | | | $ 343,000 | | | | |
| | 1.2 M | | | | | | | | | | | | | |
| | 1.5 M | | | | | | | | | | | | | |
| NOTE: | 1.3 M | | | | | | | | | | | | | |

Budget = $5,450,000 plus $5.2M (Post-Op) less $1.5M Round 3 Reduction less $4.7M Round 4 Reduction

**2Q Target=**
**3Q Target =**
**4Q Target=**

JAN-MS-00395630

| 2009 Pain CME Tracker (#33767) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Event Date | Grant ID # | Invoice Date | Invoice # | PO Number | Total PO Amount | Vendor Name | Invoice Description | Amount of Invoice/Milestones | Milestone Due Date | Budget | Closed PO | Closed Totality | Comments |