# PSJ3
# Exhibit 111



November 3, 2010

Robyn Kohn, MA, CCMEP
National Advocacy Director, Pain/IM
Johnson & Johnson
1000 Route 202, PO Box 300
Raritan, NJ 08869-0602

Dear Ms. Kohn:

Thank you for the opportunity to submit a request to Johnson & Johnson for membership in our Corporate Roundtable program.

We at the American Geriatrics Society Foundation for Health in Aging (FHA) have been working hard to provide resources promoting health in later life to older adults, their families and others who care for them; support eldercare research; and encourage public policy that improves the health and wellbeing of older adults and their caregivers.

Johnson & Johnson has long been a generous supporter of FHA programs and we hope that you will continue to do so by joining our Corporate Roundtable. Membership is valid for a twelve-month period; if you join immediately, your membership will be active from November 2010 – November 2011.

As you are aware, there are three levels of Membership - Silver, Gold and Platinum. Membership at the Platinum ($30,000) level entitles your company to:
- Increased access to geriatrics leaders through an invitation to the annual roundtable reception at the AGS Annual Scientific Meeting
- An executive interchange with AGS and AGS Foundation leaders at your headquarters
- Priority consideration for supporting AGS and its Foundation programs, and complimentary registration at the AGS Annual Scientific Meeting, May 11-14, 2011 at National Harbor, Maryland
- The AGS and its Foundation acknowledge all corporate members at our events as well as on our websites

Further details on the membership levels can be found in the Corporate Round Table brochure, attached. Your participation in the Round Table enables the Foundation to continue its work to improve the wellbeing of older Americans. I would be delighted to speak further and look forward to hearing from you.

Sincerely,

*LiChia Ong*

LiChia Ong
Manager, Public Education & Professional Relations

THE EMPIRE STATE BUILDING • 350 FIFTH AVENUE, SUITE 801 • NEW YORK, NY 10118
PHONE 212-755-6810 • TOLL FREE 800-563-4916 • FAX 212-832-8646 • www.healthinaging.org

Confidential                                                                                                              JAN-MS-00264370