PSJ3

Exhibit 113

| Sponsor | Date | Type | Project | Contact | Category | Partner | Method | Lead | Ref # | Amount | Status | | Paid | Notes | Follow-up |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AARP *Doing Good* | 8/12/2011 | P | Spotlight on Pain in Older Adults | | Education | | Online | Heather | | $15,000 | Pending | | | $15,000 award maximum. | |
| Actavis | 9/23/2011 | L | Spotlight on Pain in Older Adults | | Education | | Email | Heather | | To Be $55k | Pending | | | | |
| Allergan | 6/1/2011 | B | APF Action Network 2011 EASTERN Regional Summit & Public Event | Geraldine Carroll | Advocacy | | Email | Tamara | | $50,000 | Pending | | | 6/16-Emailed proposal to Geraldine-HG | |
| AppliedCME | 1/6/2011 | P | Rational Pain Management Strategies with Immediate-Release Fentanyl: Striking a Balance | Van Velle | HCP Education | | n/a | Sam | | TBD | Pending | | | A nationally focused educational curriculum designed to address one of the most compelling issues facing the US health care system—the appropriate use of transmucosal immediate-release fentanyl (TIRF) and proper management of patients prescribed such products. Submitted to Covidien for support. | 8/16 (Sam) Sent an email following up with Van on the status. |
| AppliedCME | 12/6/2010 | P | REMEDIES in Chronic Pain—Risk, Evaluation, and Mitigation Strategies: An Employer-Driven CME Initiative for Efficacy and Safety in Chronic Pain (REMEDIES) | Van Velle | HCP Education | | n/a | Sam | | TBD | Pending | | | REMEDIES in Chronic Pain "Risk, Evaluation, and Mitigation Strategies: An Employer-Driven CME Initiative for Efficacy and Safety in Chronic Pain" is an interactive, multifaceted CME initiative comprised of a core educational curriculum that focuses and builds upon the inherent inter-dependency of all the stakeholders in the diagnosis, treatment, and management of Chronic Pain (CP) in the ever changing environment of increased regulation and REMS. REMEDIES uniquely incorporates an active role of Employers, recognizing their interest in improving chronic pain outcomes for their workforce. This employer-driven component of the initiative places patients at the intersection of their Employer and their Physician, increasing their level of engagement by approaching them from two different pathways. Submitted to Covidien for suppport. | 8/16 (Sam) Sent an email following up with Van on the status. |
| Atlantic Philanthropies | 9/6/2011 | L | Spotlight on Pain in Older Adults | | Education | | Online | Heather | | N/A - wait to hear back | Pending | | | 400-word introduction submitted, this foundation has funding $5.4 billion in health/aging in U.S/Internationally, as of 2010. Worth a try! | |
| Boston Scientific | 1/21/2011 | L | 2011 CRT Membership Dues | Matt Gunderman | CRT | | Email | Bonnie | | $10,000 | Pending | | | | |
| Caesars Foundation | 8/30/2011 | P | Spotlight on Pain in Older Adults | | Education | | Snail Mail | Heather | | $72,000 | Pending | | | | |
| Craig and Susan McCaw Foundation | 2/2/2011 | P | American Pain Foundation Action Network 2011 Western Regional Summit and Public Event | Foundation | Advocacy | | Snail Mail | Ann | | $10,000 | Pending | | | | |
| Curatio | 1/21/2011 | P | 2011 CRT Membership Dues | Matthew Horn, MD | CRT | Partner | Email | Bonnie | | $10,000 | Pending | | | | |
| DJO | 5/31/2011 | P | APF Action Network 2011 EASTERN Regional Summit & Public Event | Dale Hammer | Advocacy | | Email | Tamara | | $50,000 | Pending | | | 6/30 Followup email re progress and/or is he the right contact HG | |
| DJO Charitable Giving | 7/29/2011 | P | APF Action Network 2011 EASTERN Regional Summit & Public Event | | Advocacy | | Online | Heather | | $50,000 | Pending | | | First submitted via email 5/31/11 | |
| Eisai | 1/21/2011 | P | 2011 CRT Membership Dues | Laura Carotenuto | CRT | Submitor | Email | Bonnie | | $10,000 | Pending | | | | |
| Eli Lilly | 7/13/2011 | P | APF Action Network 2011 EASTERN Regional Summit & Public Event | | Advocacy | | Online | | #100215432 | $50,000 | Pending | | | | |
| Endo | 5/26/2011 | P | NIPC® Resource Center at PainWeek | Linda Kitlinski | HCP Education | Submitor | Email | Sam | EG-001695 | $46,106 | Pending | | | Resource Center during the 2011 PainWeek Conference Clinical Bridges: $45,745 APF Fee: $5,862 | 8/16 (Sam) Resubmitted request w/revised budget. $51,607 to $46,106 CB: $41,915 APF fee: $4,191 |
| Endo | 6/27/2011 | P | NIPC® Fall Update - Resposible Prescribing of Opioids in Era of REMS - 12 dinner dialogues | Linda Kitlinski | HCP Education | Submitor | online system | Sam | EG-001838 | $649,779 | Pending | | | Activities included - updating NIPC Resp Prescrib curriculum, conducting 12 Dinner Dialogues and printing a HCP/patient companion tool. Clinical Bridges: $580,160 APF fee: $69,619 | 8/16 (Sam) Resubmitted request with changes to the needs statement. |
| Endo | 7/22/2011 | P | NIPC Residents Program | Online | HCP Education | Submitor | Online | Sam | EG-001895 | $46,057 | Pending | | | 10 Pilot Residency Webcasts, live workshops of 15 or more third year residents conducted at the site of the residency program on an adaptation of the existing module, Responsible Opioid Prescribing in the Era of REMS. Clinical Bridges: $39,807 APF fee: $6,250 | |
| Endo | 8/26/2011 | P | Spotlight on Pain in Older Adults | Linda, Bobbie Sue, Cathy Traz | Education | | Email & Online | Heather | EG-001988 | $75,000 | Pending | | | Emailed LOI/Proposal 8/26/11. Informed it had to be submitted via online system on 8/31, submitted online 9/2 HG | |
| GSK Charitable Giving | 7/29/2011 | P | APF Action Network 2011 EASTERN Regional Summit & Public Event | | Advocacy | | Snail Mail | Bonnie | | $50,000 | Pending | | | | |
| Harry & Jeanette **Weinberg** **Foundation** | 9/24/2011 | L | Spotlight on Pain in Older Adults | | Education | | Email | Heather | | To Be $55k | Pending | | | | |
| Highmark Foundation | 8/30/2011 | P | Spotlight on Pain in Older Adults | | Education | | Snail Mail | Heather | | $90,000 | Pending | | | | |
| *Janssen* Ortho PriCara | 6/8/2011 | B | APF Action Network 2011 EASTERN Regional Summit & Public Event | Robyn Kohn | Advocacy | | Email | Heather | | $50,000 | Pending | | | 6/13-Proposal submitted to Robyn on email, by Heather. 6/30 FU on progress, post-submit HG | |
| Janssen–OrthoPricara | 1/21/2011 | P | 2011 CRT Membership Dues | William Foster | CRT | Submitor | Email | Bonnie | | $10,000 | Pending | | | | |
| MEDA Pharmaceuticals Inc. | 1/21/2011 | P | 2011 CRT Membership Dues | Brian Roecklein | CRT | Submitor | Email | Bonnie | | $10,000 | Pending | | | | |
| Medscape CME | 7/14/2011 | P | Implementing Strategies for the Safe Use of Pain Medications | Marcye White | HCP Education | Partner | n/a | Sam | | $16,000 | Pending | | | Interactive web-based forum is a 30-minute panel discussion featuring expert faculty discussing late-breaking and important clinical issues with expert commentaries. The panel is composed of up to 4 experts, with 1 serving as the moderator. Accreditor - John Hopkins Medicine CME. Potential Supporter - Pfizer. | 8/16 (Sam) Followed up with Marcye. Grant was submitted and expect a response in approx. 2 weeks. |
| Medtronic Foundation | 8/19/2011 | P | Patient Link Leadership Award | Paige Bingham | infrastructure development | | online | Tamara | | $20,000 | pending | | | For a fall retreat of senior leadership with a facilitator. | |
| Medtronic Neurological | 9/16/2011 | P | Safe Use of Implantable Pain Therapies Outreach | William Fehrenbach | PainSAFE | | Online | Heather | 61561 | $5,000 | Pending | | | | |
| Merck | 1/21/2011 | P | 2011 CRT Membership Dues | Valerie Volpe | CRT | | Email | Bonnie | | $10,000 | Pending | | | 3/17 - Will to call | |
| Merck | 6/8/2011 | B | APF Action Network 2011 EASTERN Regional Summit & Public Event | Valerie Volpe | Advocacy | | Email | Heather | CCO-110610-004175 | $50,000 | Pending | | | 6/15-Submitted grant via mercksupport.com | |
| Neurogesx | 1/21/2011 | P | 2011 CRT Membership Dues | Amy Cavers | CRT | | Email | Bonnie | | $10,000 | Pending | | | Tamara emailed info again to Susy Chen | |
| Neurogesx | 2/17/2011 | B | American Pain Foundation Action Network 2011 Western Regional Summit and Public Event | Amy Cavers | Advocacy | | Email | Mary | | | Pending | | | 3/4 Follow-up by Tamara: Amy Cavers is no longer with Neurogx and will not be returning. Spoke with a Marie Simmons (under CFO Stephen Ghiglieri), who referred to Raquel Jex (Director of Marketing) who will be getting back to us. Marie also had another individual in mind to whom she might also direct our inquiry. 3/15 Tamara had conversation with Susy Chen MD - in educational arm. Sent her all documents | |
| Neurogesx | 6/1/2011 | B | APF Action Network 2011 EASTERN Regional Summit & Public Event | Susy, Raquel, Dana | Advocacy | | Email | Tamara | | $50,000 | Pending | | | 6/30 F/U email w proposal/sponsor docs HG | |
| Pfizer | 6/14/2011 | P | Positive Pain Policy Initiative 2011 | Marsha Stanton | Advocacy | | Email | Will | | $35,000 | Pending | $ 35,000 | $35K; 7/26/11; chk #6409818 | Will applied directly | |
| Purdue | 6/29/2011 | P | APF Action Network 2011 EASTERN Regional Summit & Public Event | Online | Advocacy | | Online | Heather | ED103023 * | $50,000 | Pending | $ 50,000 | | Recategorized as non-education 7/11/11. Note that anything that is not accredited is classed as healthcare-non-education, even though it is educational. | |

WIS_PPSG_005251

| Sandoz | 7/18/2011 | P | APF Action Network 2011 EASTERN Regional Summit & Public Event | Online/Email Jill Steinberg | Advocacy | | Email/Online | Heather | | $50,000 | Pending | | | LOA signed and returned on 8/5/11 | |
| Sandoz | 8/12/2011 | P | NIPC Residents Program | Online | HCP Education | | Online | Heather | | $45,750 | Pending | | | | |
| St. Jude | 1/21/2011 | P | 2011 CRT Membership Dues | Marcus Lauglin | CRT | Submitor | Email | Bonnie | | $10,000 | Pending | | | | |
| St. Jude | 6/13/2011 | P | APF Action Network 2011 EASTERN Regional Summit & Public Event | Marcus Lauglin cc Denise Landry | Advocacy | | Email | Heather | | $50,000 | Pending | | | | |
| The Health Trust | 9/6/2011 | L | Spotlight on Pain in Older Adults | | Education | | Email | Heather | | $50,000 | Pending | | | | |
| Wellpoint | 7/15/2011 | P | APF Action Network 2011 EASTERN Regional Summit & Public Event | | Advocacy | | Online | Heather | | $50,000 | Pending | | | | |
| Wilma & Pete Olsen Foundation | 2/2/2011 | P | American Pain Foundation Action Network 2011 Western Regional Summit and Public Event | Foundation | Advocacy | | Snail Mail | Ann | | $10,000 | Pending | | | | |