PSJ3

Exhibit 114

Case: 1:17-md-02804-DAP Doc #: 2313-64 Filed: 08/14/19 2 of 2. PageID #: 369696



PER # 01050

Request for Educational Grant Payment

Initiator: Linda Kitlinski, Ext. 156
Title: Clinical Development and Education Manager

Therapeutic Category: Pain Management

cc: Legal

| Institution/Organization | | Program: | |
|---|---|---|---|
| Name: | American Academy of Pain Medicine Attn: Kathryn M. Checea | Scientific/Educational Activity: | |
| Address: | 4700 West Lake Avenue Glenview, IL 60025-1485 | | |
| Tax ID: | 36-3874208 | Location: | |
| Coordinator: | | | |
| Name: | Kathryn M. Checea | | |
| Title: | Program Coordinator | Type: | |
| Phone: | (847) 375-4765 | | |
| Fax: | (847) 375-4777 | | |
| Check payable to: | American Academy of Pain Medicine | Audience Size: | |
| Notes: | CE agreement attached. Please send check via Airborne Express to arrive by 2/14. Thank you! | Composition: | |

| Expenses: | Hotel: | Meals: | Ground: | Air: | Other: | Total: |
|---|---|---|---|---|---|---|
| Estimated: | | | | | | |
| Actual: | | | | | | |
| Explanation: | | | | | | |

| Payments: | Estimated: | Actual: | Pay Date: | Invoice #: |
|---|---|---|---|---|
| Grant: | $15,000 | $15,000 | | |
| | Total Payments: | $15,000 | | |

Funding Sources: Charge Code: 20010-662100    Total Funding: $15,000

Eileen M. Provost _____    Louis J. Vollmer _____

Carol A. Ammon _____    Jeffrey R. Black _____

9802-27

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ENDO-OPIOID_MDL-01444991