PSJ3

Exhibit 115



PER # 02020
Request for Educational Grant Payment

Initiator: Linda Kitlinski, Ext. 156
Title: Clinical Development and Education Manager

Therapeutic Category: Pain Management

cc: Legal

| Institution/Organization | | Program: | |
|---|---|---|---|
| Name: | American Academy of Pain Medicine Attn: Kathryn M. Checea | Scientific/Educational Activity: | |
| Address: | 4700 West Lake Avenue Glenview, IL 60025-1485 | | |
| Tax ID: | 36-3874208 | Location: | |
| Coordinator: | | | |
| Name: | Kathryn M. Checea | | |
| Title: | Program Coordinator | Type: | |
| Phone: | (847) 375-4765 | | |
| Fax: | (847) 375-4777 | | |
| Check payable to: | American Academy of Pain Medicine | Audience Size: | |
| Notes: | No CE agreeement needed – annual corporate membership dues. Please send check by 2/25. | Composition: | |

| Expenses: | Hotel: | Meals: | Ground: | Air: | Other: | Total: |
|---|---|---|---|---|---|---|
| Estimated: | | | | | | |
| Actual: | | | | | | |

Explanation:

| Payments: | Estimated: | Actual: | Pay Date: | Invoice #: |
|---|---|---|---|---|
| Grant: | $5,000 | $5,000 | | |
| | Total Payments: | $5,000 | | |

Funding Sources:   Charge Code: 666400-20010        Total Funding: $5,000

Linda A. Kitlinski _____    Eileen M. Provost _____

Jeffrey R. Black _____    Carol A. Ammon_____

9802-27