PSJ3

Exhibit 116



PER # 02029
Request for Educational Grant Payment

Initiator: Linda Kitlinski, Ext. 156
Title: Clinical Development and Education Manager

Therapeutic Category: Pain Management

cc: Legal

| Institution/Organization | | Program: | |
|---|---|---|---|
| Name: | American Academy of Pain Medicine Attn: Kathryn Checea | Scientific/Educational Activity: | |
| Address: | 4700 W. Lake Avenue Glenview, IL 60025-1485 | | |
| Tax ID: | 36-3874208 | Location: | |
| Coordinator: | | Number of Talks: | 26 |
| Name: | Kathryn Checea | | |
| Title: | American Academy of Pain Medicine | Type: | |
| Phone: | (847) 375-4731 | | |
| Fax: | (847) 375-4777 | | |
| Check payable to: | American Academy of Pain Medicine | Audience Size: | |
| Notes: | CME agreement attached. Please process at earliest convenience. Meeting 2/11-2/14/99. | Composition: | |

| Expenses: | Hotel: | Meals: | Ground: | Air: | Other: | Total: |
|---|---|---|---|---|---|---|
| Estimated: | | | | | | |
| Actual: | | | | | | |

Explanation: No expenses – unrestricted educational grant only.

| Payments: | Estimated: | Actual: | Pay Date: | Invoice #: |
|---|---|---|---|---|
| Grant: | $10,000.00 | $10,000.00 | | |
| | Total Payments: | $10,000.00 | | |

Funding Sources:  Charge Code: 633001-400            Total Funding: $10,000.00

Dennis W. Gardner _____    Louis J. Vollmer _____

Carol A. Ammon  _____    Jeffrey R. Black _____

9802-27

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                             ENDO-OPIOID_MDL-04669404