# PSJ3 Exhibit 119



PER # 04079

Request for Educational Grant Payment

Initiator: Linda Kitlinski, Ext. 156
Title: Clinical Development and Education Manager

Therapeutic Category: Pain Management

cc: Legal

| Institution/Organization | | Program: | |
|---|---|---|---|
| Name: | American Academy of Pain Medicine | Scientific/Educational Activity: | |
| Address: | Attn: Kathryn Checea<br>4700 W. Lake Avenue<br>Glenview, IL 60025-1485 | | |
| Tax ID: | 36-3874208 | Location: | |
| Coordinator: | | Number of Talks: N/A | |
| Name: | Kathryn Checea | | |
| Title: | Corporate Membership Coordinator | Type: | |
| Phone: | (847) 375-4731 | | |
| Fax: | (847) 375-4777 | | |
| Check payable to: | American Academy of Pain Medicine | Audience Size: | |
| Notes: | No CE agreement needed – annual membership only. Please process and send Check to attention of Kathryn Checea. | Composition: | |

| Expenses: | Hotel: | Meals: | Ground: | Air: | Other: | Total: |
|---|---|---|---|---|---|---|
| Estimated: | | | | | | |
| Actual: | | | | | | |

Explanation: no expenses – unrestricted educational grant only

| Payments: | Estimated: | Actual: | Pay Date: | Invoice #: |
|---|---|---|---|---|
| Grant: | $3,000.00 | $3,000.00 | | |
| | Total Payments: | $3,000.00 | | |

Funding Sources: Charge Code: 633001-400     Total Funding: $3,000.00

Dennis W. Gardner _____     Louis J. Vollmer _____

Carol A. Ammon _____     Jeffrey R. Black _____

9802-27