# PSJ3 Exhibit 121


Endo Pharmaceuticals Inc.

**PER # 01153**
Request for Educational Grant Payment

Initiator: Linda A. Kitlinski
Title: Director, Clinical Development & Education Department

Therapeutic Category: Pain Management

cc: Legal

| Institution/Organization | Program | |
|---|---|---|
| Name: American Academy of Pain Medicine<br>Attn: Kathryn Checea<br>4700 West Lake Avenue<br>Address: Glenview, IL 60025-1485 | Scientific/Educational Activity: | AAPM Annual Review Course |
| Tax ID: 36-3874208 | Location: | New Orleans, LA |
| Coordinator: | CE? | Yes |
| Name: Kathryn Checea | | |
| Title: | Type: | Unrestricted educational grant |
| Phone: 847-375-4731 | | |
| Fax: 847-734-8750 | | |
| Check payable to: American Academy of Pain Medicine | Audience Size: | 400 |
| Notes: CE agreement attached. Please send via 2nd day air. | Composition: | Pain specialists |

| Expenses | Hotel | Meals | Ground | Air | Other | Total |
|---|---|---|---|---|---|---|
| Estimated: | | | | | | |
| Actual: | | | | | | |
| Explanation: | | | | | | |

| Payments | Estimated | Actual | Pay Date | Invoice # |
|---|---|---|---|---|
| Grant: | $16,000.00 | $16,000.00 | | |
| Total Payments | $16,000.00 | $16,000.00 | | |

Funding Sources: Charge Code: 662100- 20075       Total Funding: $16,000.00

Linda A. Kitlinski _____       Bradley S. Galer, M.D. _____

Legal Department _____