# PSJ3

# Exhibit 123



PER # 02043
Request for Educational Grant Payment

Initiator:      Linda Kitlinski, Ext. 4156
Title:          Director, Clinical Development and Education

Therapeutic Category:         Pain Management

cc: Legal

---

| Institution/Organization | | Program: |
|---|---|---|
| Name: | American Academy of Pain Medicine Attn: Kathryn Checea | Scientific/Educational Activity: |
| Address: | 4700 W. Lake Avenue Glenview, IL 60025-1485 | 2003 Corporate Membership Dues |
| Tax ID: | 36-3874208 | |
| Coordinator: | | |
| Name: | Kathryn Checea | |
| Title: | Director | Type: Unrestricted educational grant |
| Phone: | 847-375-4731 | |
| Fax: | 847-375-6331 | |
| Check payable to: | American Academy of Pain Medicine | Audience Size: N/A |
| Notes: | No CE agreement needed – annual corporate membership dues only.l Please send via 2nd day air. **Please note correct charge code.** | Composition: Pain Specialists |

| Expenses: | Hotel: | Meals: | Ground: | Air: | Other: | Total: |
|---|---|---|---|---|---|---|
| Estimated: | | | | | | |
| Actual: | | | | | | |
| Explanation: | | | | | | |

| Payments: | Estimated: | Actual: | Pay Date: | Invoice #: |
|---|---|---|---|---|
| Grant: | $5,000.00 | $5,000.00 | | |
| | Total Payments: | $5,000.00 | | |

Funding Sources:    Charge Code: 666400 -20075        Total Funding: $5,000.00

Linda A. Kitlinski _____        Bradley S. Galer, MD_____

Legal Department _____

9802-27

**CONFIDENTIAL**                                                                                          **EPI000664622**