PSJ3

Exhibit 124



PER # 02020
Request for Educational Grant Payment

Initiator:  Linda Kitlinski, Ext. 156
Title:  Clinical Development and Education Manager

Therapeutic Category:  Pain Management

cc:  Legal

| Institution/Organization | | Program: |
|---|---|---|
| Name: | American Academy of Pain Medicine<br>Attn: Kathryn M. Checea | Scientific/Educational<br>Activity: |
| Address: | 4700 West Lake Avenue<br>Glenview, IL 60025-1485 | |
| Tax ID: | 36-3874208 | Location: |
| Coordinator: | | |
| Name: | Kathryn M. Checea | |
| Title: | Program Coordinator | Type: |
| Phone: | (847) 375-4765 | |
| Fax: | (847) 375-4777 | |
| Check payable to: | American Academy of Pain Medicine | Audience Size: |
| Notes: | No CE agreeement needed – annual<br>corporate membership dues.<br>Please send check by 2/25. | Composition: |

| Expenses: | Hotel: | Meals: | Ground: | Air: | Other: | Total: |
|---|---|---|---|---|---|---|
| Estimated: | | | | | | |
| Actual: | | | | | | |

Explanation:

| Payments: | Estimated: | Actual: | Pay Date: | Invoice #: |
|---|---|---|---|---|
| Grant: | $5,000 | $5,000 | | |
| | Total Payments: | $5,000 | | |

Funding Sources:  Charge Code: 666400-20010          Total Funding: $5,000

Linda A. Kitlinski _____          Eileen M. Provost _____

Jeffrey R. Black _____          Carol A. Ammon _____

9802-27

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-01445159