# PSJ3 Exhibit 125

## Email Message

| | |
|---|---|
| **From:** | Izabela Strzalkowski [lstrzalkowski@Connect2amc.com] |
| **Sent:** | Wednesday, June 25, 2014 2:31:50 PM |
| **To:** | Anna Marzahl |
| **Subject:** | AAPM Exhibitor Confirmation |

June 25, 2014

Dear Anna:

Thank you for your exhibit application for the 31st AAPM Annual Meeting, Pain Medicine: DC, "The emerging science and practice of pain medicine" on March 19-22, 2015 at the Gaylord National Hotel & Convention Center, National Harbor, MD. The exhibit program is a featured section in the AAPM Resource Center, designed to complement the education programming presented at the meeting. The AAPM Resource Center will enable you to showcase your products and services to more than 1,000 physicians by meeting face-to-face with attendees who want to learn more about the latest treatment that enhance patient care and outcomes.

The following is a summary of your exhibit space commitment. The exhibit floor plan can be viewed on www.painmed.org. Full payment for exhibit space is due January 15, 2015. Please verify this information and contact us if there are any discrepancies.

Booth Number: 125

Booth Size: 20' x 20' (400 sq. ft.)

Fee: **$19,200**

Balance Due: **$0.00**

Send your company profile today to be featured on the AAPM Virtual Floor Plan, Mobile Application, and Program Book to istrzalkowski@connect2amc.com. Please include a description on what the attendee will learn when they visit your booth; the listing is limited to 500 characters (approx. 50 words). Provide your product and service

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-010473678

category(ies), this is a key tool used by the attendees.

Marketing your presence at the AAPM Annual Meeting is critical to your success as an exhibitor. Drive traffic to your booth and event by taking advantage of both the promotional and commercial support opportunities available, visit www.painmed.org. We look forward to your participation and to a successful meeting in National Harbor, MD.

Best regards,

Kathryn Checea, Director of Professional Relations

American Academy of Pain Medicine (AAPM)

8735 W. Higgins Road, Suite 300

Chicago, IL 60631

847/ 375-4765, 847/ 375-6452 (fax)

kchecea@connect2amc.com

www.painmed.org

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this information for the addressee, you must not use, copy, disclose, or take any action based on this message or information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-010473679