# PSJ3 Exhibit 126

## CHECK REQUEST FORM

Date Requested: 11/20/15

Date Needed: 11/30/15

Amount: $7,000

Pay To: American Academy of Pain Medicine
P.O. Box 3781
Oak Brook, IL
60522

Q1 2016

Purpose: Exhibit Space @ AAPM 2016

Product (Drug) Associated: Subsys

G/L Code: 6202-300

Method of Payment:

Wire: _____   Check: X   ACH: _____

Please return check to Anna

Requested By: [signature]

SIGNATURE OF APPROVAL: _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-010477470

# EXHIBIT SPACE

## AAPM 32nd ANNUAL MEETING • PALM SPRINGS, CA • EXHIBIT DATES: FEBRUARY 18–20, 2016

Reserve your exhibit space by completing this form or going online to www.painmed.org for a fillable form and submitting your payment to AAPM.

We understand that space will be rented at the following rates:

- ☐ 10' x 10' (100 sq ft) .................... $3,500
- ☒ 10' x 20' (200 sq ft) .................... $7,000
- ☐ 10' x 30' (300 sq ft) .................... $10,500
- ☐ 20' x 20' island (400 sq ft) .......... $21,000
- ☐ 20' x 30' island (600 sq ft) .......... $28,000
- ☐ 20' x 40' island (800 sq ft) .......... $35,000
- ☐ 30' x 30' island (900 sq ft) .......... $42,000

We understand that all space must be paid for in full by December 15, 2015. If assigned space is not paid for in full by the specified date, it can be assigned to another exhibitor at the discretion of the AAPM.

We agree to abide by the Terms and Conditions printed on the reverse side, which are made part of this contract. This contract is binding upon receipt and acknowledgment by AAPM.

After referring to the floor plan on page 15, indicate preferred booth location.

1st choice __119__ 2nd choice __217/219__ 3rd choice __320/322__
4th choice __519__ 5th choice _____ 6th choice _____

List companies that you would prefer not to be near. (AAPM will try to accommodate requests but can make no guarantees.)

_Depomed, Teva_

### Check product category(ies):
- ☐ Alternative Delivery System
- ☐ Billing Services
- ☐ Business Management Services
- ☐ Clinical Research
- ☐ Clinical Trial Management
- ☐ Compounding Pharmacy
- ☐ Diagnostic Imaging
- ☐ Education
- ☐ Electronic Health Records
- ☐ Insurance/Workers' Compensation
- ☐ Laboratory Equipment/Instruments
- ☐ Laboratory Testing
- ☐ Medical Devices
- ☐ Medical Equipment/Supplies
- ☐ Medical Publishing/Journals
- ☐ Office Management
- ☐ Organization
- ☒ Pain Management
- ☒ Pharmaceutical
- ☐ Prescription Dispensing
- ☐ Recruitment
- ☐ Software
- ☐ Ultrasound
- ☐ Other: _____

### Marketing Opportunities
Maximize your presence by inviting attendees to your booth
- ☐ Room Drop $4,000

### Program Guide Advertising
- ☐ 1 page, 4 color $2,500
- ☐ Inside Front Cover $3,125
- ☐ Inside Back Cover $2,750
- ☐ Back Cover $3,750

**Company Information**
Company/Institution: _INSYS Therapeutics_
Website: _www.insysrx.com_
(Exactly as you want it to appear in the printed program and on the exhibit sign)
Address: _1333 South Spectrum Blvd_
City, State, ZIP: _Chandler, AZ 85286_
Phone: _(602) 910-2617_ Fax: _(602) 910-2627_
E-mail: _info@insysrx.com_

This representative will be the primary contact:
Name: _Anna Marzahl_
Title: _Exhibit Coordinator_

The signer of the application for exhibit space shall be the official representative of the exhibitor and shall have the authority to certify representatives and act on behalf of the exhibitor in all negotiations.
Signature: _[signature]_

**Billing Information:** (if different)
Name _____ (first) _____ (last)
Title _____
Company name (if different from above) _____
Address _____
City, State, ZIP _____
Phone: _(480) 500-3129_ Fax: (___)
e-mail: _exhibits@insysrx.com_

**Official Program Information:** You will be sent a form via e-mail to submit a description, as you want it to appear, for the program guide and the AAPM website. This description is limited to 500 characters (including spaces and punctuation). The description may be edited slightly to maintain consistency. In order for this description to be included in the program guide, it must be received no later than December 15, 2015. Please e-mail copy to istrzalkowski@painmed.org.

**Make checks payable to American Academy of Pain Medicine (AAPM). Tax ID# 36-3874208**
Return Exhibit Space form with a 50% deposit per space through December 15, 2015, and 100% of cost after December 15, 2015.

**American Academy of Pain Medicine**
Exhibit Office, PO Box 3781, Oak Brook, IL 60522

Send Exhibit Space form to
AAPM, 8735 W. Higgins Road, Suite 300
Chicago, IL 60631
Attn: Professional Relations and Development
847.375.4856 • fax 888.374.7259 • e-mail istrzalkowski@painmed.org

**Payment Information**
cc# _____ exp _____ $ _____
check # _____ $ _____ date _____
Credit card payments of $5,000 or more will be assessed a 3% processing fee.

| FOR AAPM USE ONLY |
|---|
| Booth number(s) assigned _____ |
| Total cost $ _____ |

13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-010477471