PSJ3

Exhibit 127

```
Check 10629
```

Vendor : AME014, American Academy of Pain Medicine
Invoice number  Invoice date  Currency  Gross amount  Cash discount  Payment amount  Description

| Invoice number | Invoice date | Currency | Gross amount | Cash discount | Payment amount | Description |
|---|---|---|---|---|---|---|
| 11202015 | 11/20/2015 | USD | 7,000.00 | 0.00 | 7,000.00 | AAPM 2016 |
| Total | | | | | 7,000.00 | |

Check 10629

Vendor : AME014, American Academy of Pain Medicine
Invoice number  Invoice date  Currency  Gross amount  Cash discount  Payment amount  Description

| Invoice number | Invoice date | Currency | Gross amount | Cash discount | Payment amount | Description |
|---|---|---|---|---|---|---|
| 11202015 | 11/20/2015 | USD | 7,000.00 | 0.00 | 7,000.00 | AAPM 2016 |
| Total | | | | | 7,000.00 | |

**Insys Therapeutics, Inc.**
1333 South Spectrum Blvd, Suite 100
Chandler, AZ 85286
USA
(602) 910-2617

JPMorgan Chase Bank, N.A.
Phoenix, AZ
USA

91-2/1221

10629

December 04 2015

$ 7,000.00***

*** Seven Thousand and 00/100 US Dollar

PAY TO THE ORDER OF

**American Academy of Pain Medicine**
PO Box 3781
Oak Brook, IL 60522
USA

⑆000010629⑆ ⑈122100024⑈  261826815⑆

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-010477473