PSJ3

Exhibit 128

## Anna Marzahl

**From:** qconnection@prereg.net
**Sent:** Thursday, January 14, 2016 8:50 AM
**To:** INSYS Exhibits
**Subject:** 2016 AAPM 32nd Annual Meeting

**Categories:** Anna

---

INVOICE
CLIENT: 2016 AAPM 32nd Annual Meeting
ORDER NUMBER/Exhibitor ID: 10002
ORDER PLACED ON: Wednesday, January 13, 2016

Thank you for your order. Please save this email as
it contains instructions on how download your
leads.



**INVOICE FROM:**
qConnection Inc.
6840 Meadowridge Court.
Alpharetta, GA, 30005
Phone: 678-341-3000
Fax: 678-341-3099
E-mail: LeadwithqConnection@gmail.com
Fed. Employ. ID #20-0499150

**INVOICE TO:**
Anna Mazahl
INSYS Therapeutics
1333 South Spectrum Blvd
NO
Chandler, AZ 85286 USA
4805003429
exhibits@insysrx.com

**CLIENT: 2016 AAPM 32nd Annual Meeting**          **PAYMENT INFO: MC - 7957 - $320**

**1 Device with License included 5L76UYMF6EB4**

**\*\*Important\*\***
Do NOT download or activate qConnection on your personal device.
We will be unable to activate your device onsite.
No refund will be provided if you activate the license.

**Event Code/ Exhibitor ID Number**
5L76UYMF6EB4 / 10002

The above keys are valid for 1 year. Use the above key(s) to activate your app and login to your
lead admin website.

1

**Reporting Admin Website: https://www.prereg.net/qConnect/**
Please be sure to log into the reporting site to edit your qualifiers and survey questions prior to scanning. These cannot be changed after you have started scanning badges.



If you have any questions please contact qConnection at (678) 341-3000 or respond to this email.

**IMPORTANT:**
The qConnection device you ordered must be picked up at the LEAD RETRIEVAL Service Desk. All Equipment must be returned to the Service Desk within one hour after the close of the show.
**Please remember to connect your device to an internet connection and upload your leads prior to deactivating or removing the qConnection app from your device.**

**CANCELLATION POLICY:**
All cancellations must be received by fax or mail no later than five days prior to show to receive a full refund. Any cancellations received after this time will not be refunded.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393279

 **Show Information**

G-1

All orders are governed by the GES Payment Policy and GES Terms & Conditions of Contract as specified in this Exhibitor Services Manual.

## American Academy of Pain Medicine Annual Meeting
Palm Springs Convention Center
February 18 - 20, 2016

### Official Service Provider

| | | | |
|---|---|---|---|
| Global Experience Specialists, Inc. (GES) | Phone (in USA): | 800.475.2098 | International Calls: | 702.515.5970 |
| 7000 Lindell Road | FAX (in USA): | 866.329.1437 | International Faxes: | 702.263.1520 |
| Las Vegas, NV  89118-4702 | Contact us Online: | www.ges.com/chat | | |

GES will be onsite at your show to assist you in coordinating any last minute services, ordering additional products and answering any questions you may have.

### Show Information

Booth Size:            10' x 10'
Backwall Drape:        Blue
Sidewall Drape:        Blue / Gray
Facility Carpet Color: Multi-Colored

### Important Dates   *Be sure to check all order forms for additional deadlines*

**Discount Deadline Date**

Wednesday,     January 27        GES orders must be received with payment by this date.

**Installation**
Wednesday,     February 17       8:00 AM  -   5:00 PM
Thursday,      February 18       8:00 AM  -   3:00 PM

**Show Hours**
Thursday,      February 18       5:15 PM  -   6:45 PM
Friday,        February 19       9:00 AM  - 10:30 AM
                                 2:30 PM  -   7:30 PM
Saturday,      February 20       9:15 AM  - 10:45 AM

**Dismantle**
Saturday,      February 20      10:45 AM  -   9:00 PM
**Please take notice - this event moves out on overtime, all applicable surcharges will apply.**

**Empty Container Return**
Saturday,      February 20      10:45 AM   Start time for Empty Container Return.

**Carrier Check-in Post-Show**
Saturday,      February 20       3:00 PM   Carriers post-show must be checked-in by this time.

**Facility Clear**
Saturday,      February 20       9:00 PM   All exhibitor materials must be removed.

### Shipping Addresses   *Use Provided Shipping Labels in this Exhibitor Services Manual to Expedite Handling*

Consign all **domestic** shipments c/o GES. Please do **not** consign **international** shipments c/o GES. Contact our international division at: GESLogistic_international@ges.com. GES will not act as Importer of Record (IOR) or Ultimate Consignee regarding exhibitor freight and will not provide a Power of Attorney to any entity regarding exhibitor freight.

**Advance Shipments to Warehouse:**
c/o GES
American Academy of Pain Medicine Annual Meeting
(Your Company Name & Booth Number)
491 C Street
Chula Vista, CA 91910
USA

**Shipments should arrive on or between:**
January 14 - February 12, 2016
Hours for receiving are Monday - Friday, 8:00 AM - 2:30 PM

**Direct Shipments to Exhibit Site:**
c/o GES
American Academy of Pain Medicine Annual Meeting
(Your Company Name & Booth Number)
Palm Springs Convention Center
277 North Avenida Caballeros
Palm Springs, CA  92262
USA

**Shipments should arrive on:**
February 17, 2016, 8:00 AM - 5:00 PM
February 18, 2016, 8:00 AM - 3:00 PM

025600788

**Need Assistance?**
Toll Free: **800.475.2098**  |  Tel: 702.515.5970  |  www.ges.com/chat

**Order Directly Online:**
https://e.ges.com/025600788/esm

© 2015 Global Experience Specialists, Inc. (GES)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393280



| LEAD RETRIEVAL SERVICES | 2016 AAPM 32nd Annual Meeting |
| Featuring qConnection | Palm Springs, CA |
| | February 18th-21st, 2016 |

**Submit order to: FAX: 678-341-3099 EMAIL: qms@prereg.net Phone: 678-341-3000**

| Company | INSYS Therapeutics | Booth Number | 119 | Contact | Anna Marzahl |
| Address | 1333 South Spectrum Blvd | City | Chandler | State | AZ | Zip | 85286 |
| Phone | 480-500-3129 | Fax | | Email | Exhibits@insysrx.com |

| QTY | Item Description | On or before 02/01/2016 | After 02/01/2016 | Subtotal |
|-----|------------------|------------------------|-------------------|----------|
| | **qConnection App:** Exhibitors use own iPhone®, iPod touch®, iPad® (ios 7.1,7.1.1) or Android™ phone or tablet (version 4.4) **Package Includes:** qConnection lead retrieval app downloaded from apple app store or google play, event set-up through unique access code, and qConnection show management website access. *must purchase one license per device | $295 | $325 | |
| 1 | **Apple iPod Touch® Rental:** **Package Includes:** Apple iPod Touch® rental with qConnection lead retrieval app pre-loaded on the device, event set-up through unique access code, and qConnection show management website access. | $320 | $350 | 320.00 |
| | **Developer's Kit** **Package Includes:** Sample badges, order and name of fields with delimiter used | $390 | $390 | |
| | | | Grand Total | 320.00 |

**qConnection Show Management Website:**

⇒ Edit qualifiers at any time
⇒ Email leads to anyone
⇒ Download all leads, from all devices

⇒ View Leads
⇒ Sort, edit and search leads
⇒ Mobile friendly

**Payment Options: Check_____ Credit Card __X__**

**We accept: Visa, Master card and AMEX**

**Make Checks payable to: QMS Services, Inc.**

**6840 Meadowridge Ct | Alpharetta, GA | 30005**

**Advance orders must be accompanied by full payment.**

**QMS Fed Employ. ID # 20-0499150**

**Please complete Cardholder information if paying with credit card:**

Card Number: SSG6708001143795957

Expiration Date: 4/19/16 CVV: 839

Name on Card: Anna Marzahl

Billing Address: 1333 South Spectrum Blvd

Chandler AZ 85286

Signature: [signature]

All orders must be placed at least 10 days prior to event to ensure availability. Any order received less than 10 days prior to event MAY be refused and you will have to purchase onsite. If orders are not placed in advance, there is no guarantee one will be available. All **Cancellations** must be received in writing no later than five (5) days prior to event to receive a full refund. Any request after will not be refunded. Rentals must be picked up at the lead retrieval desk prior to the start of the event from a QMS manager, in order to receive proper operating instructions. All equipment must be returned to the lead retrieval desk within 45 minutes after the close of the event or a $100 late fee will be applied. A **Non-Refundable** charge of $1200 will be applied for devices not returned to QMS at close of show. Data connection is required for qConnection attendance updates. QMS will not be held responsible for poor/inadequate data coverage in convention hall. It is the exhibitors responsibility to provide themselves with a data connection, whether it be inside or outside the convention building. A QMS manager will upload leads to the qConnection website when units are returned or this can be done daily at the lead retrieval desk. Exhibitor understands that they are purchasing a license to rent the equipment only and no equity or ownership is imparted by this rental agreement.

**AGREE TO TERMS: X** [signature] **DATE:** 4/12/16

76

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393281



Featuring qConnection





## REAL-TIME REPORTING

No waiting necessary! qConnection will automatically update as long as the device is connected to Wi-Fi. You will have the ability to download your leads from the qConnection webpage instantaneously and follow-up with them even if you are still on-site.



## EASY TO USE

qConnection is a user-friendly, innovative lead retrieval solution molded by over thirty-five years of industry experience. The app may operate on your personal smartphone or may be downloaded on a tablet placing authority over your leads at your fingertips.



## CUSTOMIZABLE

The qConnection app is completely customizable. You have the ability to develop custom qualifiers, add specific notes for each lead and/or tailor survey questions within the app to better suit your needs.

## We look forward to seeing you at the 2016 AAPM!



### Apple® device rental:

$320/Unit on or before 2/01/16
$350/Unit after 2/01/16

**Package Includes:** Apple IPod Touch® rental with qConnection lead retrieval app pre-loaded on the device, event set-up through unique access code, and qConnection show management website access

### qConnection app:

$295/License on or before 2/01/16
$325/License after 2/01/16

**Package Includes:** qConnection lead retrieval app downloaded from Apple app store or Google Play, event set-up through unique access code, and qConnection show management website access. *must purchase one license per device.

6840 Meadowridge Court . Alpharetta, GA 30005
P: (678) 341-3000 . F: (678) 341-3099

75  Order online at www.prereg.net/qconnect

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393282

*eMailed 1/21/16*



**SHORT TERM**
PLANT RENTAL, INC.
448 Terraine Avenue
Long Beach, CA 90814
(562) 494-7777
Fax (562) 498-3800
www.shorttermplantrental.com

**American Academy of Pain Medicine Annual Meeting**
Palm Springs Convention Center
February 18 - 20, 2016

| QUALITY AND SERVICE | Cost Each | Quantity | Total |
|---|---|---|---|
| **RENTAL** | | | |
| 3 Foot Green Plant | 45.00 | | |
| 4 Foot Green Plant | 55.00 | | |
| 5 Foot Green Plant | 65.00 | | |
| 6 Foot Green Plant | 75.00 | | |
| 8 Foot Green Plant | 100.00 | | |
| Boston Fern Regular | 30.00 | | |
| Boston Fern Large | 40.00 | | |
| Regular 6" Ivy | 30.00 | | |
| Large 8" Ivy | 40.00 | | |
| Regular 6" Pothos | 30.00 | | |
| Large 8" Pothos | 40.00 | | |
| | | | |
| **BLOOMING PLANTS** | | | |
| Chrysanthemums  Yellow | 30.00 | | |
| White | 30.00 | | |
| Lavender | 30.00 | | |
| Bromeliads | 40.00 | 1 | 40.00 |
| Azaleas (seasonal) | 40.00 | | |
| Kalanchoe | 40.00 | | |
| | | | |
| **PROFESSIONAL FLORAL SERVICE** | | | |
| Cut Flower Arrangement 16" high | 75.00 | | |
| Cut Flower Arrangement 24" high | 95.00 | | |
| Long Stem Roses | 95.00 | | |
| Bubble Bowl - for business cards | 30.00 | | |

**ACCOUNT #**

**SHOW ID #**

**SPECIAL SERVICES
AVAILABLE ON REQUEST
call us at (562) 494-7777**
Floral Arrangements, Hospitality
Suites, Luncheons and Banquets

DESIGNER SERVICE
Our designers will be glad to make
suggestions for your exhibit at no
extra charge.

**ALL PRICES INCLUDE:**
**Installation**
**Servicing**
**Top Dressing**
**Decorative Containers**
**Removal at end of show**

**ALL GREEN PLANTS FOR
RENTAL ONLY**

**CHOICE OF CONTAINERS**
Please check one
☒ **WHITE**
☐ **BLACK**

TOTAL PLANTS AND FLOWERS ............................ 40.00
ADD 8.75% SALES TAX ............................................ 3.50
TOTAL INCLUDING SALES TAX ............................ 43.50

**PAYMENT POLICY
ALL ORDERS MUST BE PAID
IN FULL PRIOR TO THE
OPENING OF THE SHOW**

**RETURN THIS ORDER FORM WITH CHECK TO SHORT TERM PLANT RENTAL, INC
OR FAX WITH CREDIT CARD INFO TO (562) 498-3800 or EMAIL tim@shorttermplantrental.com**

Company _INSYS Therapeutics_    Phone _480-500-3129_
Address _1333 South Spectrum Blvd_
City _Chandler_    State _AZ_    Zip _85286_
Party in Charge _ANNA Morgan_    BOOTH # _119_
Authorized Signature _Anna Morgan_
Credit Card    Visa    _X_ M/C    AmEx    Expiration Date _X/19_
Card Number _5156 7█ 0180 10/1/1 43 7 9151█_    GES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393283

 **GES** *Global Experience Specialists* **Payment and Credit Card Charge Authorization**          G-2

**Credit Card Authorization:** Global Experience Specialists, Inc. (GES) • 7000 Lindell Road, Las Vegas, NV 89118-4702 • Fax: 866.329.1437 or 702.263.1520 for international exhibitors
**Check Payments:** Global Experience Specialists, Inc. (GES) • Bank of America P.O. Box 96174, Chicago, IL 60693
All orders are governed by the GES Payment Policy and GES Terms & Conditions of Contract as specified in this Exhibitor Services Manual.

**MANDATORY FORM\*** 
**American Academy of Pain Medicine Annual Meeting**
Palm Springs Convention Center
February 18 - 20, 2016

*Form Deadline Date:*
January 27, 2016

| | |
|---|---|
| COMPANY NAME: INsys Therapeutics | EMAIL ADDRESS: exhibits@insysrx.com | BOOTH NUMBER: 119 |

STREET ADDRESS: 1333 South Spectrum Blvd    CITY, STATE, ZIP/POSTAL CODE: Chandler, AZ 85286    COUNTRY: US

PHONE: 480-500-3129    FAX:    PURCHASE ORDER NUMBER:

BOOTH PRIMARY CONTACT NAME AND PHONE NUMBER: Anna Morzahl 480-500-3129/    SHOWSITE CONTACT NAME AND PHONE NUMBER: Anna Morzahl 480-395-3939

## Payment Policy

**Payment for Services** — GES requires payment in full at the time services are ordered. Further, GES requires that you provide a credit card authorization with your initial order. For your convenience, we will use this authorization to charge your account for services, which may include labor, material handling, or any applicable fuel or energy surcharge.
**Discount Price** — To qualify for discount pricing, orders must be received with payment on or before the discount price deadline(s).
**Method of Payment** — GES accepts MasterCard, Visa, American Express, check and bank ACH/wire transfer. Purchase orders are not considered payment. All payments must be made in U.S. funds drawn on a U.S. Bank. Exhibitors will be charged a $50.00 fee for returned NSF checks.
**Third Party Billing** — Each exhibiting firm is ultimately responsible for all charges incurred on its behalf. GES reserves the right to instate collection action against the exhibitor if the authorized third party does not pay. See *Third Party Billing Request* form.
**Tax Exempt** — If you are tax exempt in the state in which you will be exhibiting, you must provide a Sales Tax Exemption Certificate for that state. Please send the above information to the GES office for this show. Taxes vary by location and will be added to your invoice, if you do not submit your tax exempt certificate prior to the deadline.
**Adjustments and Cancellations** — No adjustments to invoices will be made after the close of the show. Please refer to the individual forms for labor, etc., for cancellation fees. All orders cancelled by the Exhibitor or due to the cancellation of an event or their non-participation may be subject to cancellation fees equal to 50% - 100% of the total order, based upon the status of move-in, work performed and/or GES set-up costs or expenses. A minimum non-refundable charge of $25.00 will be applied towards the invoice, unless there is a cancellation of your order. Additionally, GES retains the right to implement/assess a fuel or energy surcharge on all services as necessary based upon market conditions.

**Bank ACH/Wire transfer payment information:**
Beneficiary: Global Experience Specialists, Inc. (GES)
c/o Bank of America                              Account #: 7188101819
901 Main Street, TX1-492-07-14              Wire ABA Routing #: 026009593
Dallas, TX 75202-3714 USA                    ACH ABA Routing #: 071000039
Telephone # 702-263-2795 or 702-914-5112  SWIFT Address: BOFAUS3N
                                              CHIPS Address: 0959

**If requested, following is the physical address for routing identifiers:**
Bank of America, Wire Transfer-Customer Services
2000 Clayton Road, Concord, CA 94520 USA
**To properly credit your account, send the following information to the GES via email to Cash Application Team at cashapplication@ges.com.**
• exhibiting company name, show name, show facility, and booth number
• date and amount of wire transfer
• bank and country where transfer originated

• If you have any questions regarding our payment policy, please call GES National Servicenter® at 800.475.2098 or visit the GES Servicenter® at the show.
• Please complete the information and return payment in full with this form and your orders. You may choose to pay by credit card, check, or bank wire transfer, however, **we require your credit card charge authorization to be on file with GES.**
• All balances must be paid at the conclusion of the event. You agree to late fees up to 1.5% per month on any balance not paid at the conclusion of the event, or balance left without appropriate credit card on file.
• For your convenience, we will use this authorization to charge your credit card for any additional amounts ordered by your representative or services rendered to your company for this event.
• GES will charge a convenience fee for each request to reprocess payment to an alternate credit card in order to cover incremental processing costs. The convenience fee is a credit card different than the one used to process your initial payment in accordance with GES payment policy. The convenience fee will be quoted at the time your request is made to reprocess payment. The convenience fee will be added to your account balance and settled utilizing the new credit card provided.

GES requires the highest standards of integrity from all employees. Please call our confidential Always Honest hotline at 866.225.8230 to report fraudulent or unethical behavior.

**\*This form must be returned to GES for your orders to be processed.**

## Credit Card Charge Authorization

All information must be provided. **Your order will not be processed if any information is missing.** (i.e., Expiration Date, Account Number, Contact Information, Type of Card, Signature) **We require your credit card charge authorization to be on file with GES even if you are paying by check or bank wire transfer.**

☐ Corporate Card   ☐ Personal Card

Card Number: 5 5 6 7 0 8 0 0 1 1 4 3 7 9 5 7

**PROVIDE EXPIRATION DATE** 
EXPIRATION DATE: X/19
☑ MasterCard
☐ VISA
☐ American Express

*Signature Required Below

CARDHOLDER'S NAME PLEASE PRINT: Anna Morzahl
CARDHOLDER'S BILLING ADDRESS: 1333 South Spectrum Blvd   CITY: Chandler
STATE: AZ   ZIP/POSTAL CODE: 85286   COUNTRY: USA

## Calculation of Orders

| | TOTAL |
|---|---|
| Material Handling | $2593.03 |
| Carpet | $ |
| Furniture & Accessories | $ |
| Specialty Furniture | $ |
| Standard Exhibit Systems | $ |
| Graphics & Signage | $ |
| Installation & Dismantling Labor | $2459.64 |
| In-Booth Forklift & Labor | $ |
| Cleaning | $302.82 |
| Electrical & Electrical Labor | $1151.22 |
| Other GES Services (Specify) | $ |
| Other GES Services (Specify) | $ |
| **FULL PAYMENT** in U.S. funds drawn on a U.S. Bank   Global Experience Specialists Federal ID #59-1008863   GES is exempt from backup withholding tax. | $6506.71 |

To simplify payment, send a check payable to Global Experience Specialists for your entire order or note the amount to be charged to your credit card.

Charge my credit card in the amount of: $6506.71
Enclosed is a check in the amount of: $

Check Number: _____   Dated: _____

*Please note payment return addresses at top of form.*

I agree in placing this order that I have accepted GES Payment Policy and GES Terms & Conditions of Contract. \*Credit card charge authorization signature required below.

PLEASE SIGN   X _[signature]_
AUTHORIZED SIGNATURE / CARDHOLDER'S SIGNATURE
AUTHORIZED NAME • PLEASE PRINT: Anna Morzahl   DATE: 1/16

025600788

## Need Assistance?
**Toll Free: 800.475.2098** | Tel: 702.515.5970 | www.ges.com/chat

Order Directly Online: https://e.ges.com/025600788/esm

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393284



## GES *Global Experience Specialists* **Freight Service Questionnaire**

R-7

RETURN TO: Global Experience Specialists, Inc. (GES) • 7000 Lindell Road, Las Vegas, NV 89118-4702 • Fax: 866.329.1437 or 702.263.1520 for international exhibitors
Contact us Online: www.ges.com/chat    Phone: 800.475.2098 or 702.515.5970 for international exhibitors
All orders are governed by the GES Payment Policy and GES Terms & Conditions of Contract as specified in this Exhibitor Services Manual.

**MANDATORY FORM\***
**American Academy of Pain Medicine Annual Meeting**
Palm Springs Convention Center
February 18 - 20, 2016

*Form Deadline Date:*
January 27, 2016

COMPANY NAME: INSYS Therapeutics    EMAIL ADDRESS: Exhibits@insysrx.com    BOOTH NUMBER: 119

### ALL EXHIBITORS MUST RETURN THIS FORM

1. Estimate total number of pieces being shipped:

   X Crated
   _____ Uncrated
   _____ Machinery
   _____ Total

2. Indicate total number of trucks in each category that you will use:

   X Van Line
   _____ Common Carrier
   _____ Flatbed
   _____ Co. Truck
   _____ Overseas Container

3. List carrier name(s):

   *Pyramid Logistics*

4. If using a Customs Broker, please print name:

   Phone Number _____

5. Print the name of person in charge of your move-in:

   *Anna Marshall*
   Phone Number 480-500-3129 WK
   480-395-3939 mobile

6. What is the minimum number of days to set your display?

   *1 full day*

7. What is the weight of the single heaviest piece that must be lifted? 824 lbs.

8. What is the total weight of your exhibit or equipment being shipped?

   1860 lbs.

9. Is there any special handling equipment required to unload your exhibit materials, i.e. extended forklift blades, special slings, lifting bars. etc.?

   NO

   It is the responsibility of the exhibitor to provide proper special handling instructions, and to ensure goods are packaged appropriately for shipment and movement by heavy equipment. Failure to provide special handling instructions will result in the elimination of any liability for loss or damage by GES.

   **DIRECT SHIPMENTS ONLY:**

1. What date and time are you scheduling your shipment(s) to arrive on-site?

   *advance warehouse*

**Need Assistance?**
Toll Free: 800.475.2098 | Tel: 702.515.5970 | www.ges.com/chat
© 2015 Global Experience Specialists, Inc. (GES)

25

**Order Directly Online:**
https://e.ges.com/025600788/shippinghandling/esm

025600788

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393285



# **GES** *Global Experience Specialists* **Transportation Plus and Material Handling Form**

R-2

**RETURN TO:** Global Experience Specialists, Inc. (GES) • 7000 Lindell Road, Las Vegas, NV 89118-4702 • Fax: 866.329.1437 or 702.263.1520 for international exhibitors
Contact us online at: www.ges.com/chat    **Phone:** 800.475.2098 or 702.515.5970 for international exhibitors

All orders are governed by the GES Payment Policy and GES Terms & Conditions of Contract as specified in this Exhibitor Services Manual.

**American Academy of Pain Medicine Annual Meeting**
Palm Springs Convention Center
February 18 - 20, 2016

*Form Deadline Date:*
January 27, 2016

| COMPANY NAME | EMAIL ADDRESS | BOOTH NUMBER |
|---|---|---|
| INSYS Therapeutics | Exhibits@insysrx.com | 119 |

**Transportation Plus:** Ship With GES Logistics To Receive A 10.00% Savings On Material Handling. To set up your savings with Transportation Plus for domestic shipments please call 888.454.4437, or complete the GES Logistics - Domestic Shipping Quote Form (R-8) included in this exhibitor services manual and fax it to 702.515.5972, or email us at GESLogistics@ges.com. For international shipments complete the GES Logistics - International Shipping Quote Form (R-20) in this exhibitor services manual and fax it to 866.329.1437 or 702.263.1520, or email us at GESlogistic_International@ges.com. Call 888.454.4437 for a quote for any shipments that are under 5000 lbs. Transportation Plus does not apply to shipments that are considered Small Package, Local or shipments over 5000 lbs. **Round Trip shipping is required to qualify for Transportation Plus rates.**

## Price List

### Advance Shipment to Warehouse (200 lbs, minimum per shipment)

#### Crated Materials

| | Standard Rates | Transportation Plus Saving Rates |
|---|---|---|
| ST/ST | $ 132.50 cwt | $ 119.25 cwt |
| ST/OT | $ 172.50 cwt | $ 155.25 cwt |
| OT/OT | $ 212.00 cwt | $ 190.80 cwt |

#### Special Handling Materials

| | Standard Rates | Transportation Plus Saving Rates |
|---|---|---|
| ST/ST | $ 172.25 cwt | $ 155.03 cwt |
| ST/OT | $ 224.25 cwt | $ 201.83 cwt |
| OT/OT | $ 275.60 cwt | $ 248.04 cwt |

### Direct Shipment to Exhibit Site (200 lbs, minimum per shipment)

#### Crated Materials

| | Standard Rates | Transportation Plus Saving Rates |
|---|---|---|
| ST/ST | $ 122.50 cwt | $ 110.25 cwt |
| ST/OT | $ 159.50 cwt | $ 143.55 cwt |
| OT/OT | $ 196.00 cwt | $ 176.40 cwt |

#### Special Handling Materials

| | Standard Rates | Transportation Plus Saving Rates |
|---|---|---|
| ST/ST | $ 159.25 cwt | $ 143.33 cwt |
| ST/OT | $ 207.35 cwt | $ 186.62 cwt |
| OT/OT | $ 254.80 cwt | $ 229.32 cwt |

#### Uncrated Materials

| | Standard Rates | Transportation Plus Saving Rates |
|---|---|---|
| ST/ST | $ 196.00 cwt | $ 176.40 cwt |
| ST/OT | $ 255.20 cwt | $ 229.68 cwt |
| OT/OT | $ 313.60 cwt | $ 282.24 cwt |

**How To Know What Rates To Use Based On Show Move-In/Move-Out:**
**Straight Time:** Monday through Friday 8:00 AM to 4:30 PM. Trucks signing in after 2:00 PM may be charged at the overtime rate.
**Overtime:** All other times, Saturdays, Sundays, Holidays.
**ST/ST:** If freight will be handled on straight time into the show and out of the show.
**ST/OT:** If freight will be handled one way on straight time and one way on overtime, either into the show or out of the show.
**OT/OT:** If freight will be handled on overtime into the show and out of the show.

**Certified Weight Tickets Are Required For All Shipments:**
Drivers with inbound shipments must check in at the GES warehouse or exhibit site by 2:00 PM to be guaranteed same day unloading. Warehouse receiving hours are Monday - Friday, 8:00 AM - 2:30 PM; Closed 12:00 PM - 12:30 PM & Holidays.

## Important Information

**Advance Shipments to Warehouse:** GES will receive uncrated carpet and pad at the warehouse. A special handling charge will apply on these shipments. **Price includes:** unloading crated freight (the warehouse cannot receive uncrated shipments); storing at warehouse for up to 34 days (any materials stored beyond 34 days will incur additional costs applied to your invoice); reloading onto trucks and delivery to the exhibit site; unloading freight and delivery to your booth; picking up, storing, and returning empty shipping containers; and reloading freight for return to your specified destination from exhibit site.

**Direct Shipments to Exhibit Site: Price includes:** unloading freight and delivery to your booth; picking up, storing, and returning empty shipping containers; and reloading freight for return to your specified destination from exhibit site. However, any materials shipped back to warehouse from exhibit site will incur additional costs applied to your invoice.

**Small Packages:** Boxes and envelopes received without documentation will be delivered without guarantee of piece count or condition. Maximum weight is 50 lbs. per shipment, per delivery. This includes UPS and Federal Express shipments. All shipments received via air carrier that do not fall under the small package category may be subject to special handling charges.

**Measure of Damage:** If found liable for any loss, GES' sole and exclusive maximum liability for loss or damage to Customer's Goods is limited to $.50 (USD) per pound with a maximum liability of 100 (USD) per container, or $1,500.00 (USD) per shipment, whichever is less.

**Arrival Dates and Surcharges for Shipments:** Storage rates apply to shipments received before the published timeline. A 30% ($50.00 minimum) surcharge will apply to all shipments received after the published timeline.

**Advance Shipment Dates to Warehouse:**
**Thurs, Jan 14, 2016:** Advance shipments may begin arriving at warehouse.
**Fri, Feb 12, 2016:** Last day for shipments to arrive at warehouse.

**Direct Shipment Dates to Show Site:**
**Wed, Feb 17, 2016:** Direct shipments may begin arriving at exhibit site 8:00 AM.
**Thurs, Feb 18, 2016:** Last day for shipments to arrive at exhibit site by 3:00 PM.

## Please Indicate Below

**Calculate Total CWT** (Enter in increments of 100's only; round up to the next 100 mark if your weight is more than 8 lbs. over the previous 100 mark. **200 pound minimum per shipment.**)

_1860_ pounds ÷ 100 = _19_ Total CWT

**Shipment Will Be Sent To:**   ☐ Exhibit Site   ☒ Warehouse

On Date: _TBD_
By Carrier: _Pyramid Logistics_
Total Number of Pieces: _7_

We understand that your calculation is only an estimate. Invoicing will be done from the actual weight. Adjustments will be made accordingly.

## Place Order Here
(Please Complete R-8 or R-20 with GES Logistics)

| SMALL PACKAGE DESCRIPTION | PRICE | X QUANTITY | = TOTAL PRICE |
|---|---|---|---|
| Small Package, 1st Carton | $ 50.50 | 1 | $ |
| Small Package, Each Additional Carton | $ 25.25 | | $ |

| MATERIAL HANDLING DESCRIPTION | PRICE | X | CWT | = TOTAL PRICE |
|---|---|---|---|---|
| ST/ST Crated Advance | 132.50 | X | 19 | $519.50 |
| **A.** Total All Items Ordered | | | | $ |
| **B.** Petroleum Surcharge Assessment: 3% | A x 3% = B | | | $15.53 |
| **C.** Payment Enclosed | A + B = C | | | $535.03 |

I agree in placing this order that I have accepted GES Payment Policy and GES Terms & Conditions of Contract.

**Authorized Signature - Please Sign:** X _[signature]_

_Ann A Mor 2016_      _1/11/16_
AUTHORIZED NAME - PLEASE PRINT        DATE

**Need Assistance?**
**Toll Free: 800.475.2098**  |  Tel: 702.515.5970  |  www.ges.com/chat

© 2015 Global Experience Specialists, Inc (GES)

025600788
**Order Directly Online:**
https://e.ges.com/025600788/mhEST/esm

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393286



**GES** *Global Experience Specialists* **Installation and Dismantling Order Form**

L-1

**RETURN WITH G-2: PAYMENT & CREDIT CARD CHARGE AUTHORIZATION FORM TO:**
Global Experience Specialists, Inc. (GES) • 7000 Lindell Road, Las Vegas, NV 89118-4702 • Fax: 866.329.1437 or 702.263.1520 for international exhibitors
All orders are governed by the GES Payment Policy and GES Terms & Conditions of Contract as specified in this Exhibitor Services Manual.

**American Academy of Pain Medicine Annual Meeting**
Palm Springs Convention Center
February 18 - 20, 2016

*Discount Deadline Date:*
**January 27, 2016**
Go to below link to view images and information:
http://ges.com/ecomm/info/landD.pdf

COMPANY NAME: INSYS Therapeutics    EMAIL ADDRESS: Exhibit@insyrx.com    BOOTH NUMBER: 119
SHOWSITE CONTACT: Anna Morzahl    SHOWSITE CONTACT PHONE #: 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 or 480-395-3539 cell    DATE/TIME OF ARRIVAL:    CONTACT'S HOTEL PERSONAL #: Hilton Palm

**PLEASE COMPLETE THIS FORM FOR ALL DISPLAY LABOR NEEDED.**
**TO DETERMINE IF YOU NEED DISPLAY LABOR, PLEASE READ THIS FORM CAREFULLY.**
• Display Labor is required for all installation and dismantling of exhibits, including signs and floor covering installation.
• Exhibitor may unpack and place merchandise.
• Exhibitor may set up exhibit display if one person can accomplish the task in less than one-half (½) hour without the use of tools.

**Important Information & Rates**

Starting time can be guaranteed only when labor is requested for the start of the working day. All exhibit labor scheduled at the start of the working day will be dispatched to booth space. For all other starting times, check in at the labor desk one-half (½) hour before time requested. Labor cancelled without a 24 hour notice shall be charged a one (1) hour cancellation fee per worker. If Exhibitor fails to use the workers at the time confirmed, a one (1) hour "No-Show" charge per worker will apply.

The minimum charge for labor is one (1) hour per worker. Labor thereafter is charged in half (½) hour increments. Gratuities in any form, including cash, gifts, or labor hours for work not actually performed are prohibited by GES. GES requires the highest standards of integrity from all employees. Please call our confidential Always Honest hotline at 866.225.8230 to report fraudulent or unethical behavior. All rates are subject to change if necessitated by increased labor and material costs.

**LABOR RATES ARE AS FOLLOWS:**

| Worker per Hour | | Discount | Regular | Show Site |
|---|---|---|---|---|
| Install & Dismantle, ST | Code: 705000 | $ 129.00 | $ 161.00 | $ 194.00 |
| Install & Dismantle, OT | Code: 705000 | $ 226.00 | $ 283.00 | $ 339.00 |

**Straight Time:** Monday through Friday from 8:00 AM to 4:30 PM.
**Overtime:** All other times Monday through Friday. All day Saturday, Sunday & Holidays.
**Discount Rate:** Rate applies to orders placed on or before the above Discount Deadline Date.
**Regular Rate:** Rate applies to orders placed after the above Discount Deadline Date, but before the first day of exhibitor move-in.
**Show Site Rate:** Rate applies to orders placed at show site

**Please Indicate Service**

☐ **GES Supervised (OK to Proceed)**
*Please complete "Key Information" form (L-2)*
GES will supervise labor to:
• Unpack and install display before Exhibitor arrival at show site.
• Dismantle and pack the display after show closing.
• Subject to terms and conditions of all GES policies, including terms and conditions of contract, including but not limited to sub-paragraph VII, b., Labor.
A 30% ($50.00 minimum) surcharge will be added to the labor rates above for this professional supervision.

**LOCATION OF BOOTH/DIMENSION OF BOOTH:** Use the Booth Layout Form to represent your booth, indicate from each boundary how you would like your booth placed.

☒ **Exhibitor Supervised (Do Not Proceed)**
Exhibitor will supervise.
• *Indicate workers needed for installation and dismantling*
• GES assumes no liability for loss, damage or bodily injury arising out of the installation and/or dismantling of Exhibitor's property by GES provided union labor. Exhibitor assumes the responsibility and any liability arising therefrom, for the work performed by union labor under Exhibitor's supervision. Exhibitors must stay clear during movement of freight.

**GES is responsible for the following type of booth:**
☐ Pop-Up     ☐ Two Story     ☒ Custom
☐ Other: _____

**Place Order Here**

| SCHEDULE DATE(s) | SCHEDULE START TIME | SCHEDULE END TIME | TOTAL # OF HOURS | TOTAL # OF X WORKERS | LABOR RATE | X | TOTAL | X | 5% PSF | = GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/18/16 | 8:00 AM | 12:00 AM | 4 | | 129.00 | | 1033.20 | | 30.96 | $1063.98 |
| 2/20/16 | 12:00 AM | 3:00 AM | 3 | 2 | 226.00 | | 1356.00 | | 40.68 | $1396.68 |

I agree in placing this order that I have accepted GES Payment Policy and GES Terms & Conditions of Contract.

Authorized Signature - Please Sign:
X _Anna Morzahl_

AUTHORIZED NAME - PLEASE PRINT: Anna Morzahl    DATE: 1/11/16

| | | |
|---|---|---|
| A. | Total Labor Ordered | $2459.64 |
| B. | 30% ($50.00 min) GES Supervision | $ |
| C. | Payment Enclosed | $2459.64 |

Please estimate the number of workers and hours per worker needed for installation and dismantling above. Invoice will be calculated according to actual hours worked, relative to the original estimate and based upon the date received. Additional labor required will be calculated and invoiced at the show site rate.

**Need Assistance?**
Toll Free: **800.475.2098** | Tel: 702.515.5970 | www.ges.com/chat
© 2015 Global Experience Specialists, Inc. (GES)

Order Directly Online:
**https://e.ges.com/025600788/labor/esm**

025600788

60

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393287



**GES** Global Experience Specialists **Cleaning Order Form**

J-1

**RETURN WITH G-2: PAYMENT & CREDIT CARD CHARGE AUTHORIZATION FORM TO:**
Global Experience Specialists, Inc. (GES) • 7000 Lindell Road, Las Vegas, NV 89118-4702 • Fax: 866.329.1437 or 702.263.1520 for international exhibitors
All orders are governed by the GES Payment Policy and GES Terms & Conditions of Contract as specified in this Exhibitor Services Manual.

## American Academy of Pain Medicine Annual Meeting
Palm Springs Convention Center
February 18 - 20, 2016

**Discount Deadline Date:**
January 27, 2016

COMPANY NAME: INSYS Therapeutics  EMAIL ADDRESS: Exhibit@insysrx.com  BOOTH NUMBER: 119

### Price List

| ITEM # | DESCRIPTION | DISCOUNT PRICE | REGULAR PRICE |
|---|---|---|---|
| | **Vacuuming** | | |
| | *Includes emptying your wastebasket nightly.* | | |
| 500601 | Before Show Open Only (per sq. ft.) | $ 0.69 | $ 1.04 |
| 500600 | Duration of Show (per sq. ft. per day) | $ 0.49 | $ 0.74 |
| 500602 | Per Day (per sq. ft. per day) | $ 0.78 | $ 1.17 |
| | **Shampooing** | | |
| 501004 | Cleaning, Carpet Shampoo Before Show Open | $ 1.10 | $ 1.65 |
| | **Mopping and Waxing** | | |
| 501002 | Cleaning, Damp Mop & Wax | $ 0.74 | $ 1.11 |
| | **Porter service** | | |
| | *GES will empty wastebaskets & wipe down counters at two hour intervals, show hours only. Vacuuming not included. Calculate by your booth size.* | | |
| 501010 | Porter Service, 0-500 sq.ft., Per Day | $ 118.00 | $ 177.00 |
| 501010 | Porter Service, 501-1500 sq.ft., Per Day | $ 167.00 | $ 251.00 |
| 501010 | Porter Service, 1501-3000 sq.ft., Per Day | $ 212.00 | $ 318.00 |

To ensure your booth is show-ready, specify your requirements below. Please call us if you have a special need. GES is the exclusive cleaning contractor for your show and will handle all cleaning services on the exhibit floor. We offer discounts for orders exceeding 2,000 square feet (please call for a quote).

**Cost of vacuuming, shampooing, mopping and waxing will be invoiced on the total area of your booth.**

*Cancellation Policy: Due to material and labor costs, orders cancelled before move-in begins will be charged 50% of original price. Similarly, orders cancelled after move-in will be charged 100%.*

### Please Indicate Service

**Calculate Total Square Footage**
Width __10__ x Length __20__ = __200__ Square Feet

**Would you like us to call you and give you a quote for hourly porter service?**
☐ Yes  ☒ No

**Please list dates and times Vacuuming Per Day/~~Periodic~~ Porter Service is needed.**
2/18/16  4:30 pm
2/19/16  8:30 am
2/20/16  8:30 am

To avoid any misunderstanding regarding these services, please bring any discrepancies to our attention at the **GES Servicenter®.** GES will be unable to adjust invoices after the close of the show.

### Place Order Here

| ITEM # | DESCRIPTION | TOTAL SQ FT | X PRICE/SQ FT | X NO. OF DAYS | = TOTAL PRICE |
|---|---|---|---|---|---|
| 500600 | Vacuuming Duration | 200 | .49 | 3 | $ 294.00 |
| 500602 | Vacuuming Per Day | | | | $ |

| ITEM # | DESCRIPTION | TOTAL SQ FT | X PRICE/SQ FT | = TOTAL PRICE |
|---|---|---|---|---|
| 500601 | Vacuuming Before Show Only | | | $ |
| 501004 | Shampooing Before Show Only | | | $ |
| 501002 | Mop/Wax Before Show Only | | | $ |

| ITEM # | DESCRIPTION | PRICE | X NO. OF DAYS | = TOTAL PRICE |
|---|---|---|---|---|
| | Porter service | | | $ |
| A. | Total All Items Ordered | | | $ 294. |
| B. | Petroleum Surcharge Assessment: 3% | | A x 3% = B | $ 8.82 |
| C. | Payment Enclosed | | A + B = C | $ 302.82 |

**I agree in placing this order that I have accepted GES Payment Policy and GES Terms & Conditions of Contract.**

Authorized Signature - Please Sign: X _(signature)_

_Print Name_ Peter Martinville  _Date_ 4/6/16

**Need Assistance?**
Toll Free: 800.475.2098 | Tel: 702.515.5970 | www.ges.com/chat
© 2016 Global Experience Specialists, Inc. (GES)

Order Directly Online:
https://e.ges.com/025600788/cleaning/esm

025600788

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393288

 **Electrical Rental Order Form**

E-2

**RETURN WITH G-2: PAYMENT & CREDIT CARD CHARGE AUTHORIZATION FORM TO:**
Global Experience Specialists, Inc. (GES) • 7000 Lindell Road, Las Vegas, NV 89118-4702 • Fax: 866.329.1437 or 702.263.1520 for international exhibitors
All orders are governed by the GES Payment Policy and GES Terms & Conditions of Contract as specified in this Exhibitor Services Manual.

## American Academy of Pain Medicine Annual Meeting
Palm Springs Convention Center
February 18 - 20, 2016

*Discount Deadline Date:*
January 27, 2016

| COMPANY NAME | EMAIL ADDRESS | BOOTH NUMBER |
|---|---|---|
| INSYS Therapeutics | Exhibits@insysrx.com | 119 |

By signing and delivering this form to GES, customer **agrees** to all terms and conditions printed on this form. To receive the discount rate on outlets and labor, **we must** receive your complete order, along with full payment, by the deadline date above. All other orders will be processed at the regular rate. No credits will be issued on services installed as ordered even though not used.

| Price List | | | | Important Information |
|---|---|---|---|---|

| ITEM# | DESCRIPTION | DISCOUNT PRICE | REGULAR PRICE |
|---|---|---|---|
| | **120v Motor and Equipment Outlets** | | |
| 700001 | 5 Amp/500 Watts, 1/4 HP 120V | $ 132.75 | $ 199.50 |
| 700002 | 10 Amp/1000 Watts, 1/4 HP 120V | $ 226.25 | $ 339.50 |
| 700003 | 15 Amp/1500 Watts, 1/4 HP 120V | $ 292.75 | $ 439.00 |
| 700004 | 20 Amp/2000 Watts, 1/4 HP 120V | $ 359.25 | $ 539.00 |
| | **1P 208v Motor and Equipment Outlets** | | |
| 700012 | 10 Amp, 1/2 HP 208V / 1Phase | $398.75 | $598.75 |
| 700014 | 20 Amp, 1 HP 208V / 1Phase | $559.00 | $838.25 |
| 700015 | 30 Amp, 2 HP 208V / 1Phase | $718.50 | $1,077.50 |
| 700016 | 60 Amp, 5 HP 208V / 1Phase | $958.00 | $1,436.25 |
| 700017 | 100 Amp, 10 HP 208V / 1Phase | $1,236.75 | $1,855.50 |
| 700018 | 200 Amp, 25 HP 208V / 1Phase | $1,995.00 | $2,992.50 |
| | **3P 208v Motor and Equipment Outlets** | | |
| 700022 | 10 Amp, 1 HP 208V / 3Phase | $534.75 | $802.00 |
| 700024 | 20 Amp, 3 HP 208V / 3Phase | $748.50 | $1,123.25 |
| 700025 | 30 Amp, 5 HP 208V / 3Phase | $962.50 | $1,443.75 |
| 700026 | 60 Amp, 10 HP 208V / 3Phase | $1,283.75 | $1,925.00 |
| 700027 | 100 Amp, 20 HP 208V / 3Phase | $1,657.50 | $2,486.50 |
| 700028 | 200 Amp, 50 HP 208V / 3Phase | $2,674.00 | $4,010.00 |
| | **3P 480v Motor and Equipment Outlets** | | |
| 700044 | 20 Amp, 7.5 HP 480V / 3Phase | $798.25 | $1,197.00 |
| 700045 | 30 Amp, 10 HP 480V / 3Phase | $1,026.00 | $1,539.00 |
| 700046 | 60 Amp, 20 HP 480V / 3Phase | $1,367.75 | $2,052.00 |
| 700047 | 100 Amp, 50 HP 480V / 3Phase | $1,766.75 | $2,650.25 |
| 700048 | 200 Amp, 100 HP 480V / 3Phase | $2,561.00 | $4,274.75 |
| | **Transformers** | | |
| | *Used to boost 208V to 230V -- Circle outlets requiring boost.* | | |
| 700114 | Amp, Buck Boost Per Amp, 20 Amps Minimum | $ 4.50 | $ 6.75 |
| | **Lights** | | |
| | *Price includes outlet and labor for light only.* | | |
| 700361 | Floodlight, 1000 Watt Overhead** | $ 154.00 | $230.50 |
| 700350 | Floodlight, 120 Watt* | $ 118.25 | $177.25 |
| 700352 | Floodlight, 120 Watt Double* | $ 201.00 | $301.50 |

*On Stanchion, In-line Booths Only.
**May require labor and/or lift at additional charge. Not available at some locations.*

**Important Information**
- Dedicated and 24 Hour power will be at double the listed price. Please indicate these requirements under "Please Indicate Choice" at bottom and double the appropriate price.
- GES is not responsible for voltage fluctuation or power failure due to temporary conditions. Exhibitor is responsible for providing surge protectors for their Goods. GES is not responsible for loss or damage resulting from power surges. Furthermore, GES' liability for any and all loss or damage is limited to the value of the cost of electrical services provided or depreciated value of Goods, whichever is less. All electrical installations and connections to all electrical service should be made by a GES electrician. GES will not be responsible for any damage or loss to any equipment, component, computer hardware or software, and/or any damage or bodily injury to any person caused by the installation, connection, or plugging in of any electrical outlet by persons other than a GES electrician.
- Electricity will be turned on 30 minutes prior to show open and will be turned off approximately 30 minutes after show close.
- OUTLET LOCATION & DISTRIBUTION— All electrical outlets will be installed on the floor at the draped backwall of in-line and peninsula booths. All electrical outlets for island booths will be dropped to one main location per the Exhibitor's floor plan. If no plan is provided, the outlets will be installed at our discretion. Any change in location and/or additional power drops are chargeable on a time and material basis. Distribution and connection of outlets are chargeable on a time and material basis of electrical wiring, all motor and equipment hook-ups requiring hard wiring connections, installation and/or repair of electrical fixtures and installation of electrical motors and electrical apparatus to be energized.
- GES JURISDICTION (Additional labor and/or material is required) — All under-carpet distribution of electrical wiring, all facility overhead distribution, all motor and equipment hook-ups requiring hard wiring connections. Installation and/or repair of electrical fixtures. Installation of electrical motors and electrical apparatus to be energized.
- All outlets over 20 amps and/or with a voltage over 120 volts may also require additional labor. Labor is required to inspect and hook-up equipment pre-wired to plug into our system. Exhibitors are not permitted to use power unless ordered. Exhibitors found using outlets without an order will be subject to the regular rate for outlets used. Sharing power or plugging into facility outlets is strictly prohibited.

| Please Indicate Choices | | Place Order Here |
|---|---|---|

**\*Do you need dedicated and 24 hour power?**
☐ Yes   ☒ No

Please include H-3: Booth Layout Form, or provide your own detailed drawing, for placement of main drop locations (MDL), outlets and fixtures. Regular rates will be applied, regardless of when the order was received, if either is not provided with your order.

Cancellation Policy: Items cancelled will be charged 50% of original price after move-in begins and 100% of original price after installation

*Electrical Layout to be provided.*

| ITEM# | DESCRIPTION | PRICE | QUANTITY | TOTAL PRICE |
|---|---|---|---|---|
| 700001 | 5 Amp/500 Watt | 132.75 | 1 | $132.75 |
| 700004 | 20 Amp/2000 Watt | 359.25 | 2 | $718.50 |
| A. | Total All Items Ordered | | | $851.25 |
| B. | Petroleum Surcharge Assessment: 3% | A x 3% = B | | $25.54 |
| C. | Payment Enclosed | A+B=C | | $876.79 |

**I agree in placing this order that I have accepted GES payment Policy and GES Terms & Conditions of Contract.**

Authorized Signature - Please Sign: X *[signature]*

*ANNA MANGOLD   1/11/16*

**Need Assistance?**
Toll Free: **800.475.2098** | Tel: 702.515.5970 | www.ges.com/chat
© 2015 Global Experience Specialists, Inc. (GES)

65

025600788
**Order Directly Online:**
https://e.ges.com/025600788/electrical/esm

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393289



# Electrical Labor Order Form

E-3

**RETURN WITH G-2: PAYMENT & CREDIT CARD CHARGE AUTHORIZATION FORM TO:**
Global Experience Specialists, Inc. (GES) • 7000 Lindell Road, Las Vegas, NV 89118-4702 • Fax: 866.329.1437 or 702.263.1520 for international exhibitors

All orders are governed by the GES Payment Policy and GES Terms & Conditions of Contract as specified in this Exhibitor Services Manual.

## American Academy of Pain Medicine Annual Meeting
Palm Springs Convention Center
February 18 - 20, 2016

*Discount Deadline Date:*
January 27, 2016

| COMPANY NAME | EMAIL ADDRESS | BOOTH NUMBER |
|---|---|---|
| INSYS Therapeutics | Exhibits@insysrx.com | 119 |

| SHOW SITE CONTACT | SHOW SITE CONTACT PHONE # | DATE/TIME OF ARRIVAL | CONTRACTED BOOTH CONFIRMED |
|---|---|---|---|
| Anna Morzahl | 480-395-3939 | 2/17/16 | Thom Winter |

**PLEASE COMPLETE THIS FORM FOR ALL ELECTRICAL LABOR NEEDED.**
**TO DETERMINE IF YOU NEED ELECTRICAL LABOR. PLEASE READ THIS FORM CAREFULLY.**

- Electrical Labor is required for: all under-carpet distribution of electrical wiring, all facility overhead distribution of electrical wiring, all motor and equipment hook-ups requiring hard wiring connections, installation and/or repair of electrical fixtures and installation of electrical motors and electrical apparatus
- All outlets over 30 amps and/or with a voltage over 150 volts will require electrical labor. Labor is required to inspect equipment pre-wired to plug into our system. Exhibitors are not permitted to use power unless ordered. Exhibitors found using outlets without an order will be subject to the regular rate for outlets used.

### Important Information & Rates

Starting time can be guaranteed only when labor is requested for the start of the working day at 8:00 AM. All exhibit labor for 8:00 AM starting times will be dispatched to booth space. Confirm labor and equipment by 2:30 PM the day before date requested. Please have an authorized representative in booth to supervise the work to be done and sign the work order upon completion. Equipment and labor cancelled without a 24 hour notice shall be charged a one (1) hour cancellation fee per worker and equipment. If Exhibitor fails to use the workers and equipment at the time confirmed, a one (1) hour "Not Ready" charge per worker and equipment will apply.

The minimum charge for labor is one (1) hour per worker and equipment. Labor thereafter is charged in half (½) hour increments per worker. Exhibitors requiring electrical labor will automatically be charged a dismantle fee. Dismantle labor is charged at 50% of installation labor based on show close/move-out days/time, and does not need to be scheduled. Overtime rates may apply. Gratuities in any form, including cash, gifts, or labor hours for work not actually performed are prohibited by GES. GES requires the highest standards of integrity from all employees. Please call our confidential Always Honest hotline at 866.225.8230 to report fraudulent or unethical behavior.  All rates are subject to change if necessitated by increased labor and material costs.

### LABOR RATES ARE AS FOLLOWS:

| Electrician w/ Lift | | Discount | Regular | Show Site |
|---|---|---|---|---|
| High Lift, ST | Code: 705300 | $ 602.00 | $ 753.00 | $ 903.00 |
| High Lift, OT | Code: 705300 | $ 781.00 | $ 976.00 | $ 1,170.00 |
| **Worker Per Hour** | | **Discount** | **Regular** | **Show Site** |
| Electrical, ST | Code: 705060 | $ 128.50 | $ 161.00 | $ 193.00 |
| Electrical, OT | Code: 705060 | $ 193.00 | $ 241.00 | $ 290.00 |

**Straight Time:** Monday through Friday from 8:00 AM to 4:30 PM.
**Overtime:** All other times Monday through Friday. All day Saturday, Sunday & Holidays.
**Discount Rate:** Rate applies to orders placed on or before the above Discount Deadline Date.
**Regular Rate:** Rate applies to orders placed after the above Discount Deadline Date, but before the first day of exhibitor move-in.
**Show Site Rate:** Rate applies to orders placed at show site

### Please Indicate Service

☑ **GES Supervised (OK TO PROCEED)**
- Power Distribution A 30% surcharge will be added to the labor rates above for this professional supervision.

☐ **Exhibitor Supervised (DO NOT PROCEED)**
Exhibitor will supervise.
- You must schedule date & time below as well as # of electricians and estimated hours
- GES assumes no liability for loss, damage or bodily injury arising out of the installation and/or dismantling of Exhibitor's property by GES provided union labor. Exhibitor assumes the responsibility and any liability arising therefrom, for the work performed by union labor under Exhibitor's supervision. Exhibitors must stay clear during movement of freight.
- Labor cannot be scheduled prior to assigned target date.

Is there more than one (1) main drop location?
☑ Yes  ☐ No

Please include H-3: Booth Layout Form, or provide your own detailed drawing, for placement of main drop locations (MDL), outlets and fixtures. Regular rates will be applied, regardless of when the order was received, if either is not provided with your electrical order.

Exhibitor is responsible for providing surge protectors for their Goods. GES is not responsible for loss or damage resulting from power surges. Furthermore, GES' liability for any and all loss or damage is limited to the value of the cost of electrical services provided or depreciated value of Goods, whichever is less

### Place Order Here

Please calculate the number of workers and hours per worker needed for installation. Invoice will be calculated according to actual hours worked, relative to the original estimate and based upon the date received. Additional labor required and the associated cost incurred at the show site rate. Exhibitors requiring electrical installation labor will automatically be charged a dismantle fee. Dismantle labor is charged at 50% of installation labor based on show close/move-out days/time, and does not need to be scheduled. Please take notice - this event moves in and out on overtime, all applicable surcharges will apply.

| SCHEDULE DATE(S) | SCHEDULE START TIME | SCHEDULE END TIME | TOTAL # OF HOURS | TOTAL # OF X ELECTRICIAN X | LABOR RATE | = TOTAL | X 3% PSP | = GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2/19/16 | 8:00 AM | 9:00 AM | 1 | | 128.50 | 128.50 | 3.86 | $ 132.36 |
| | AM PM | AM PM | | | | | | $ |
| Dismantle Rate | | | | | | | | $ 66.18 |
| | AM PM | AM PM | | | | | | $ |

| I agree in placing this order that I have accepted GES payment Policy and GES Terms & Conditions of Contract. | A. | Total Labor Ordered | $ 264.72 |
|---|---|---|---|
| Authorized Signature - Please Sign: | B. | 30% GES Supervision (install) | $ 9.71 |
| X _Anna Morzahl_  Anna Morzahl  1/11/16 | C. | Payment Enclosed | $ 274.43 |

### Need Assistance?
Toll Free: 800.475.2098 | Tel: 702.515.5970 | www.ges.com/chat

**Order Directly Online:**
https://e.ges.com/025600788/electrical/esm

025600788

© 2015 Global Experience Specialists, Inc. (GES)

66

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-005393290