PSJ3

Exhibit 129

# CHECK REQUEST FORM

Date Requested: 8/19/2015

Date Needed: ASAP

Amount: 5960.22

Pay To: EWI Worldwide
Lockbox #232315
2315 Momentum Place
Chicago, IL 60689-5323

Purpose: New graphics and show services for AAPM Sept 17-20, National Harbor, MD

Product (Drug) Associated: Subsys

G/L Code: 6202-300

Method of Payment:

Wire: _____  Check: x  ACH: _____

Requested By: Anna Marzahl

SIGNATURE OF APPROVAL: Desiree Hollandsworth

Mark Hein

Mike Babich

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-006047762