PSJ3 Exhibit 130



# Payment and Credit Card Charge Authorization

**G-2**

**Credit Card Authorization:** Trade Show Electrical • 7000 Lindell Road, Las Vegas, Nevada 89118-4702 • Fax: 866.329.1437
**Check Payments:** Trade Show Electrical • Bank of America P.O. Box 96174, Chicago, IL 60693

All orders are governed by the TSE Payment Policy and TSE Terms & Conditions of Contract as specified in this Exhibitor Services Manual.

**AAPM**
JW Marriott Desert Ridge Resort and Spa
September 18 - 20, 2014

**Form Deadline Date:**
September 5, 2014

**MANDATORY FORM***

COMPANY NAME: INSYS Therapeutics
EMAIL ADDRESS: amarzahl@insysrx.com
BOOTH NUMBER: 503
STREET ADDRESS: 1333 South Spectrum Blvd.
CITY: Chandler   STATE: AZ   ZIP: 85286
PHONE: 480-500-3129
BOOTH PRIMARY CONTACT NAME AND PHONE NUMBER: Anna Marzahl → same →  480-395-3939

## Payment Policy

**Payment for Services** — TSE requires payment in full at the time services are ordered. Further, TSE requires that you provide a credit card authorization with your initial order. For your convenience, we will use this authorization to charge your account for services, which may include labor, material handling, or any applicable fuel or energy surcharge.
**Discount Prices** — To qualify for discount pricing, orders must be received with payment on or before the discount price deadline(s).
**Method of Payment** — TSE accepts MasterCard, Visa, American Express, check and bank ACH/Wire transfer. Purchase orders are not considered payment. All payments must be made in U.S. funds drawn on a U.S. Bank. *Exhibitors will be charged a $50.00 fee for returned NSF checks*
**Third Party Billing** — Each exhibiting firm is ultimately responsible for all charges incurred on its behalf. TSE reserves the right to institute collection action against the exhibitor if the authorized third party does not pay. See *Third Party Billing Request* form.
**Tax Exempt** — If you are tax exempt in the state in which you will be exhibiting, you must provide a Sales Tax Exemption Certificate for that state. Please send the above information to the TSE office for this show. Taxes vary by location and will be added to your invoice, if you do not submit your tax exempt certificate prior to the deadline.
**Adjustments and Cancellations** — No adjustments to invoices will be made after the close of the show. Please refer to the individual forms for labor, etc., for cancellation fees. All orders cancelled by the Exhibitor or due to the cancellation of an event or their non-participation may be subject to cancellation fees equal to 50% - 100% of the total order, based upon the status of move-in, work performed and/or TSE set-up costs or expenses. A minimum non-refundable deposit of $25.00 will be applied towards the invoice, unless there is a cancellation of your order. Additionally, TSE retains the right to implement/assess a fuel or energy surcharge on all services as necessary based upon market conditions.
**Bank ACH/Wire transfer payment information:**

Beneficiary: Global Experience Specialists (GES)
c/o Bank of America
901 Main Street, TX1-492-07-14
Dallas, TX 75202-3714 USA
Telephone # 888-715-1000 ext 50118
Account #: 7188-1-01819
Wire ABA Routing #: 0260-0959-3
ACH ABA Routing #: 122000030
SWIFT Address: BOFAUS3N
CHIPS Address: 0959

If requested, following is the physical address for routing identifiers:
Bank of America, Wire Transfer-Customer Services
2000 Clayton Road, Concord, CA 94520 USA
To properly credit your account, send the following information to the GES via email to Cash Application Team at cashapplication@ges.com.
• exhibiting company name, show name, show facility, and booth number
• date and amount of wire transfer
• bank and country where transfer originated

• If you have any questions regarding our payment policy, please call TSE National Servicenter® at 800.475.2098 or visit the TSE Servicenter® at the show.
• Please complete the information and return payment in full with this form and your orders. You may choose to pay by credit card, check, or bank wire transfer, however, *we require your credit card charge authorization to be on file with TSE.*
• All balances must be paid at the conclusion of the event. You agree to late fees up to 1.5% per month on any balance not paid at the conclusion of the event, or balance left without appropriate credit card on file.
• For your convenience, we will use this authorization to charge your credit card for any additional amounts ordered by your representative or services rendered to your company for this event.
• TSE will charge a convenience fee for each request to reprocess payment to an alternate credit card in order to cover incremental processing costs. An alternate credit card is a credit card different than the one used to process your initial payment in accordance with TSE payment policy. The convenience fee will be quoted at the time your request is made to reprocess payment. The convenience fee will be added to your account balance and settled utilizing the new credit card provided.

TSE requires the highest standards of integrity from all employees. Please call our confidential Always Honest hotline at 866.225.8230 to report fraudulent or unethical behavior.

***This form must be returned to TSE for your orders to be processed.**

## Credit Card Charge Authorization

All information must be provided. **Your order will not be processed** if any information is missing. (i.e., Expiration Date, Account Number, Contact Information, Type of Card, Signature) We require your credit card charge authorization to be on file with GES even if you are paying by check or bank wire transfer.

Account Number:  ☒ Corporate Card   ☐ Personal Card
5567 0800 1143 7957

PROVIDE EXPIRATION DATE
EXPIRATION DATE: 1/16
☒ MasterCard
☐ VISA
☐ American Express
*Signature Required Below

CARDHOLDER'S NAME PLEASE PRINT: Anna Marzahl
CARDHOLDER'S BILLING ADDRESS: 1333 South Spectrum Blvd. Chandler
STATE: AZ   ZIP: 85286   COUNTRY: USA

### Calculation of Orders

| | TOTAL |
|---|---|
| Electrical Rental | $711.80 |
| Plumbing | $ |
| Electrical Labor | Form not in kit Need 1.5 HR |
| Other Services (Specify) Booth Labor | $ |
| Other Services (Specify) | @ 8:00 am on 9/18 |

**FULL PAYMENT** in U.S. funds drawn on a U.S. Bank
Global Experience Specialists Federal ID #59-1008863
GES is exempt from backup withholding tax.

50 day before

To simplify payment, send a check payable to Global Experience Specialists for your entire order or note the amount to be charged to your credit card.

Charge my credit card in the amount of: $711.80 + Labor
Enclosed is a check in the amount of: $

Check Number: _____  Dated: _____

*Please note payment return addresses at top of form.*

I agree in placing this order that I have accepted TSE Payment Policy and TSE Terms & Conditions of Contract. *Credit card charge authorization signature required below.

PLEASE SIGN  X [signature]
AUTHORIZED SIGNATURE / CARDHOLDER'S SIGNATURE
Anna Marzahl   8/29/14
AUTHORIZED NAME - PLEASE PRINT   DATE

121913

**Need Assistance?**
Tel: 602.567.1049  |  www.ges.com/chat

© 2014 Trade Show Electrical

017695469

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-010471732



# Electrical Rental Order Form

E-2

**RETURN WITH G-2: PAYMENT & CREDIT CARD CHARGE AUTHORIZATION FORM TO:**
Trade Show Electrical • 7000 Lindell Road, Las Vegas, Nevada 89118-4702 • Fax: 866.329.1437

All orders are governed by the TSE Payment Policy and TSE Terms & Conditions of Contract as specified in this Exhibitor Services Manual.

**AAPM**
JW Marriott Desert Ridge Resort and Spa
September 18 - 20, 2014

**Discount Deadline Date:**
September 5, 2014

COMPANY NAME: INSYS Therapeutics
EMAIL ADDRESS: amarzak@insysrx.com
BOOTH NUMBER: 503

By signing and delivering this form to TSE, customer agrees to all terms and conditions printed on this form. To receive the discount rate on outlets and labor, we must receive your complete order, along with full payment, by the deadline date above. All other orders will be processed at the regular rate. No credits will be issued on services installed as ordered even though not used.

## Price List

| ITEM | DESCRIPTION | DISCOUNT PRICE | REGULAR PRICE |
|---|---|---|---|
| | **120v Motor and Equipment Outlets** | | |
| 700001 | 5 Amp/500 Watts, 1/4 HP 120V | $ 98.50 | $ 147.75 |
| 700002 | 10 Amp/1000 Watts, 1/4 HP 120V | $ 155.75 | $ 233.50 |
| 700003 | 15 Amp/1500 Watts, 1/4 HP 120V | $ 201.50 | $ 302.00 |
| 700004 | 20 Amp/2000 Watts, 1/4 HP 120V | $ 247.25 | $ 370.75 |
| | **1P 208v Motor and Equipment Outlets** | | |
| 700012 | 10 Amp, 1/2 HP 208V / 1Phase | $274.50 | $411.75 |
| 700014 | 20 Amp, 1 HP 208V / 1Phase | $384.50 | $576.50 |
| 700015 | 30 Amp, 2 HP 208V / 1Phase | $494.25 | $741.25 |
| 700016 | 60 Amp, 5 HP 208V / 1Phase | $659.00 | $988.25 |
| 700017 | 100 Amp, 10 HP 208V / 1Phase | $851.00 | $1,276.50 |
| 700018 | 200 Amp, 25 HP 208V / 1Phase | $1,372.50 | $2,058.75 |
| | **3P 208v Motor and Equipment Outlets** | | |
| 700022 | 10 Amp, 1 HP 208V / 3Phase | $368.00 | $551.75 |
| 700024 | 20 Amp, 3 HP 208V / 3Phase | $515.00 | $772.50 |
| 700025 | 30 Amp, 5 HP 208V / 3Phase | $662.25 | $993.25 |
| 700026 | 60 Amp, 10 HP 208V / 3Phase | $883.00 | $1,324.25 |
| 700027 | 100 Amp, 20 HP 208V / 3Phase | $1,140.50 | $1,710.50 |
| 700028 | 200 Amp, 50 HP 208V / 3Phase | $1,839.25 | $2,758.75 |
| 700029 | 400 Amp, 208V / 3Phase | $2,842.00 | $4,263.00 |
| | **Transformers** | | |
| | *Used to boost 208V to 230V -- Circle outlets requiring boost.* | | |
| 700114 | Amp, Buck Boost Per Amp, 20 Amps Minimum | $ 4.00 | $ 5.00 |
| | **Accessories** | | |
| 700130 | Extension Cord, 14/3 120V, 15' | $ 28.50 | $ 42.75 |
| 700099 | Plug Strip, 120 Volt | $ 28.50 | $ 42.75 |

Handwritten quantities: 700001 = 1; 700002 = 2; 700004 = 1

## Important Information

- Dedicated and 24 Hour power will be at double the listed price. Please indicate these requirements under "Please Indicate Choice" at bottom and double the appropriate price.

- TSE is not responsible for voltage fluctuation or power failure due to temporary conditions. Exhibitor is responsible for providing surge protectors for their Goods. GES is not responsible for loss or damage resulting from power surges. Furthermore, TSE's liability for any and all loss or damage is limited to the value of the cost of electrical services provided or depreciated value of Goods, whichever is less. All electrical installations and connections to all electrical service should be made by a TSE electrician. TSE will not be responsible for any damage or loss to any equipment, component, computer hardware or software, and/or any damage or bodily injury to any person caused by the installation, connection, or plugging in of any electrical outlet by persons other than a TSE electrician.

- Electricity will be turned on 30 minutes prior to show open and will be turned off approximately 30 minutes after show close.

- OUTLET LOCATION & DISTRIBUTION— All electrical outlets will be installed on the floor at the draped backwall of in-line and peninsula booths. All electrical outlets for island booths will be dropped to one main location per the Exhibitor's floor plan. If no plan is provided, the outlets will be installed at our discretion. Any change in location and/or additional power drops are chargeable on a time and material basis. Distribution and connection of outlets are chargeable on a time and material basis of electrical wiring, all motor and equipment hook-ups requiring hard wiring connections, installation and/or repair of electrical fixtures and installation of electrical motors and electrical apparatus to be energized.

- TSE JURISDICTION (Additional labor and/or material is required) — All under-carpet distribution of electrical wiring, all facility overhead distribution, all motor and equipment hook-ups requiring hard wiring connections. Installation and/or repair of electrical fixtures. Installation of electrical motors and electrical apparatus to be energized.

- All outlets over 30 amps and/or with a voltage over 150 volts may also require additional labor. Labor is required to inspect and hook-up equipment pre-wired to plug into our system. Exhibitors are not permitted to use power unless ordered. Exhibitors found using outlets without an order will be subject to the regular rate for outlets used. Sharing power or plugging into facility outlets is strictly prohibited.

## Please Indicate Choices

**Do you need dedicated and 24 hour power?**
☐ Yes  ☒ No

Please include H-3: Booth Layout Form, or provide your own detailed drawing, for placement of main drop locations (MDL), outlets and fixtures. Regular rates will be applied, regardless of when the order was received, if either is not provided with your electrical order.

Cancellation Policy: Items cancelled will be charged 50% of original price after move-in begins and 100% of original price after installation

## Place Order Here

| ITEM | DESCRIPTION | PRICE | QUANTITY | TOTAL PRICE |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| A. | Total All items Ordered | | | $ 657.25 |
| B. | Rental Tax: 8.3% | A x 8.3% = B | | $ 54.55 |
| C. | Payment Enclosed | A + B = C | | $ 711.80 |

I agree in placing this order that I have accepted GES payment Policy and GES Terms & Conditions of Contract.

Authorized Signature - Please Sign: X *[signature]*
Amira Marzak    9/2/14

Handwritten calculations:
700001 - 1 @ 98.50 = 98.50
700002 - 2 @ 155.75 each = 311.50
700004 - 1 @ 247.25 = 247.25

017695469

**Need Assistance?**
Tel: 602.567.1049  |  www.ges.com/chat

© 2014 Trade Show Electrical

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-010471733

Case: 1:17-md-02804-DAP Doc #: 2313-80 Filed: 08/14/19 4 of 4. PageID #: 369746



# Booth Layout Form

H-3

**RETURN TO:** Trade Show Electrical • 7000 Lindell Road, Las Vegas, Nevada 89118-4702 • Fax: 866.329.1437
Contact us Online: www.ges.com/chat   Phone: 602.567.1049

*All orders are governed by the TSE Payment Policy and TSE Terms & Conditions of Contract as specified in this Exhibitor Services Manual.*

## AAPM
JW Marriott Desert Ridge Resort and Spa
September 18 - 20, 2014

**Form Deadline Date:**
September 5, 2014

**MANDATORY FORM**

| COMPANY NAME | EMAIL ADDRESS | | BOOTH NUMBER |
|---|---|---|---|
| Insys Therapeutics | amarzahl@insysrx.com | 9/18 | 503 |

| SHOWSITE CONTACT | SHOWSITE CONTACT PHONE # | DATE/TIME OF ARRIVAL | CONTACT'S HOTEL (OPTIONAL) |
|---|---|---|---|
| Anna Marzahl | 480-395-3939 | local | N/A |

A unique grid must be completed for each of the following services to ensure proper placement of items in your booth. Please do not combine services onto a single grid. Print/photocopy as needed.

☐ Electrical Forms (For Non-Standard Distribution) - Form E-2

To use this grid:
- Use bold lines to indicate the outline of your booth.
- Indicate the scale of the grid (i.e. 1 square = 1 foot) or indicate the dimensions of your booth.
- Mark the adjacent booth numbers or aisle numbers.

Each square is _____ feet square since my booth is _____ feet wide by _____ feet long.

**BACK OF BOOTH** (indicate adjacent booth or aisle number: _____)

*[Handwritten in grid: "Will Send Layout form from Exhibit House"]*

Indicate Adjacent Booth or Aisle Number: _____

Indicate Adjacent Booth or Aisle Number: _____

**FRONT OF BOOTH** (indicate adjacent booth or aisle number: _____)
*This form must be returned to GES for your orders to be processed.*

**Need Assistance?**
Tel: 602.567.1049  |  www.ges.com/chat
© 2014 Trade Show Electrical

017695469

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-010471734