# PSJ3

# Exhibit 131


**3D EXHIBITS**

800 Albion Ave.  •  Schaumburg, IL 60193 •  Phone 630.644.5000  •  Fax 847.923.1095

# INVOICE

| | | | |
|---|---|---|---|
| **SOLD TO:** | INSYS Therapeutics, Inc.<br>Attn: Anna Marzahl<br>1333 South Spectrum Blvd, Suite 100<br>Chandler, AZ 85286 | **INVOICE DATE:** | April 8, 2016 |
| | | **INVOICE #:** | F38156 |
| | | **REF 3D JOB #:** | 19216 |
| | | **PO #:** | |
| **RE:** | **AAPM 2016**<br>Palm Springs, CA<br>February 18-20, 2016<br>10x20 | **ACCOUNT EXEC:** | N Genarella |
| | | **CLIENT #:** | I02113 |

3D Exhibits, Inc. has provided the following properties and services per the following:

<u>Category 01 - Project Coordination:</u>  $  400.00
Coordinate and oversee all related project purchases, services and fabrication.
Provide detailed construction, set up drawings and floor plans.

<u>Category 02 - Pull & Prep Client Materials:</u>  1,655.00
         Pull, inspect and prepare for shipping client owned properties
Crate 1010-1 (2) Workstations w/ backwalls
Crate 1010-2 Small reception counter
Crate 1020-1 Curved backwall
Crate 2015-2 Lit rack & stools
  FC 2014-2 (2) 40" monitors w/ accessories
         Brightsign players
         10x20 carpet roll and padding
         Literature per list

<u>Category 03C - Technology: Inspection of Client Owned AV</u>  Inc. above
    03C-001 Inspection of AV per above
        Service Includes: Visual inspection of hardware, powering up the unit(s),
         verifying appropriate cabling and power cord is included

<u>Category 07 - Field Services:</u>
    ☐ Show Site Materials: Visqueen, Tape, Shrink wrap, Banding coils, Shims,  217.43  T
       Cleaning kit

<u>Category 08 - Transportation:</u>  110.00
    08-001 Freight Management

Page 1 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL PROTECTED HEALTH INFORMATION

INSYS-MDL-010477468

| | |
|---|---:|
| <u>Category 09 - Installation & Dismantling:</u> | 1,760.50 |

| | | | |
|---|---|---:|---:|
| **TOTAL FOR THE ABOVE AS LISTED** | | $ | **4,142.93** |
| | *California Tax*   9.00% | | 19.57 |
| **TOTAL AMOUNT DUE THIS INVOICE** | | USD  $ | **4,162.50** |

Wire transfer to:                                                                                  Mail check to:
    American Chartered Bank                                                      3D Exhibits, Inc.
Routing:    071925046                                                               Dept. 20-EXH-001
Acct Name    3D Exhibits, Inc.                                                        P.O. Box 5940
Account #    10004486                                                                 Carol Stream, IL 60197-5940

Please send remittance notice to:   <u>3DPayments@3Dexhibits.com</u>

3D accepts The American Express Card, and all other major credit cards.

  Per contractual agreement, payment must be received on or before:     May 8, 2016

 Terms:  Net  30

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                            INSYS-MDL-010477469
CONFIDENTIAL PROTECTED HEALTH INFORMATION