PSJ3

Exhibit 132

Discovery International - New Jersey  
Janssen/NonNPEC YTD Spending  
9/30/02

JAN-MS-00314059 (Native)

**9/30/02 YTD Spending**

| PO# | 331214031 | 331221337 | 331224419 | 331224354 | 331224444 | 331228225 | | 331228025 | 331230428 | 331230427 | 331233393 | 331230455 | 331230456 | 331230455 | 331236474 | 331236510 | 331236449 | 331236447 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job Status | Closed | Closed | Closed | Closed | Closed | Closed | Closed | Active | Closed | Closed | Closed | Closed | Closed | Closed | Active | Active | Active | Active | |
| | 11414 | 11460 | 11461 | 11500 | 11584 | 11966 | 12014 | 12015/91020 | 12151 | 12156 | 12160 | 12222 | 12227 | 12286 | 12332/91014 | 91015 | 91041 | 91043 | |
| | Sales Video | AAPM | Speaker Training | ASPMN | PriMed West | ONS | 2002 Q1-Q2 Strategy | 2002 Q3-Q4 Strategy | Newsletter Update | Slide Kit Update | Pub Plan | Ad Board Slides | Spkr Slide Kit/CD Rom | Kessler Ad Board Slide Update | Distinguished Faculty | Announcement Mailer-Reps | Monthly Publ Meetings | Passik Article Rewrite | Total |
| Labor | 203,202.50 | 34,100.00 | 77,575.00 | 49,125.00 | 67,375.00 | 35,195.00 | 49,830.00 | 63,306.25 | 16,090.00 | 12,600.00 | 92,795.00 | 9,600.00 | 6,800.00 | 4,210.00 | 33,981.25 | 1,695.00 | 4,461.25 | 2,427.50 | 764,368.75 |
| OOP | 195,989.88 | 75,990.27 | 84,118.33 | 60,309.55 | 88,386.80 | 105,747.00 | 6,003.55 | 4,801.70 | 1,330.83 | 1,804.54 | 3,097.95 | - | 3,280.89 | 43.92 | 275.28 | 16,808.75 | - | 9.78 | 647,999.02 |
| Total | 399,192.38 | 110,090.27 | 161,693.33 | 109,434.55 | 155,761.80 | 140,942.00 | 55,833.55 | 68,107.95 | 17,420.83 | 14,404.54 | 95,892.95 | 9,600.00 | 10,080.89 | 4,253.92 | 34,256.53 | 18,503.75 | 4,461.25 | 2,437.28 | 1,412,367.77 |
| **Budget** | | | | | | | | | | | | | | | | | | | |
| Labor | 180,310.00 | 41,100.00 | 77,575.00 | 49,125.00 | 67,375.00 | 45,195.00 | 49,830.00 | 149,990.00 | 16,090.00 | 12,600.00 | 92,795.00 | 9,600.00 | 6,800.00 | 4,210.00 | 60,150.00 | 988.00 | 15,060.00 | 16,450.00 | 895,243.00 |
| OOP | 159,257.40 | 76,925.00 | 88,190.00 | 87,400.00 | 80,065.00 | 92,600.00 | 6,003.55 | 10,863.45 | 6,600.00 | 12,250.00 | 2,570.88 | 335.00 | 7,450.00 | 200.00 | 26,367.50 | 16,760.00 | - | - | 673,837.78 |
| Total | 339,567.40 | 118,025.00 | 165,765.00 | 136,525.00 | 147,440.00 | 137,795.00 | 55,833.55 | 160,853.45 | 22,690.00 | 24,850.00 | 95,365.88 | 9,935.00 | 14,250.00 | 4,410.00 | 86,517.50 | 17,748.00 | 15,060.00 | 16,450.00 | 1,569,080.78 |
| **Balance** | | | | | | | | | | | | | | | | | | | |
| Labor | (22,892.50) | 7,000.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 86,683.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,168.75 | (707.00) | 10,598.75 | 14,022.50 | 130,874.25 |
| OOP | (36,732.48) | 934.73 | 4,071.67 | 27,090.45 | (8,321.80) | (13,147.00) | 0.00 | 6,061.75 | 5,269.17 | 10,445.46 | (527.07) | 335.00 | 4,169.11 | 156.08 | 26,092.22 | (48.75) | 0.00 | (9.78) | 25,838.76 |
| Total | (59,624.98) | 7,934.73 | 4,071.67 | 27,090.45 | (8,321.80) | (3,147.00) | 0.00 | 92,745.50 | 5,269.17 | 10,445.46 | (527.07) | 335.00 | 4,169.11 | 156.08 | 52,260.97 | (755.75) | 10,598.75 | 14,012.72 | 156,713.01 |
| **% Complete** | | | | | | | | | | | | | | | | | | | |
| Labor | | | | | | | | 42.2% | | | | | | | 56.5% | 171.6% | 29.6% | 14.8% | 85.4% |
| OOP | | | | | | | | 44.2% | | | | | | | 1.0% | 100.3% | N/A | N/A | 96.2% |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 42.3% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 39.6% | 104.3% | 29.6% | 14.8% | 90.0% |
| **Hours** | | | | | | | | | | | | | | | | | | | |
| Actual | 1,250.50 | 366.00 | 730.75 | 391.75 | 503.25 | 549.25 | 790.75 | 353.00 | 142.25 | 39.00 | 700.50 | 59.00 | 28.50 | 30.75 | 228.00 | 12.50 | 28.25 | 15.00 | 6,219.00 |
| Budgeted | 1,183.00 | 316.00 | 580.00 | 356.00 | 500.00 | 331.00 | 322.00 | 752.00 | 122.00 | 95.00 | 698.00 | 70.00 | 55.00 | 30.00 | 425.00 | 8.00 | 78.00 | 90.00 | 5,835.00 |
| Difference | (67.50) | (50.00) | (150.75) | (35.75) | (3.25) | (218.25) | (468.75) | 399.00 | (20.25) | 56.00 | (2.50) | 11.00 | 26.50 | (0.75) | 197.00 | (4.50) | 49.75 | 75.00 | (384.00) |
| % Complete | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 46.9% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 53.6% | 156.3% | 36.2% | 16.7% | 106.6% |