PSJ3

Exhibit 133

** Report excludes Regional PME's and SCM spending

| DEPT | ACCT | VENDOR | PO # | PROJECT DESCRIPTION | 2004 BUDGET | PO VALUE in 2004 | 2003 ACCRUALS | Spent or Accrued YTD ACTUALS | Committed LEFT TO SPEND on PO's |
|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | | 24,100,000 | 19,125,834 | 2,217,073 | 11,578,533 | 7,547,301 |
| | | | | | | | | 0 | 0 |
| **ADVERTISING** | | | | | 4,606,572 | 4,258,115 | 211,615 | 2,418,638 | 1,839,477 |
| | **JOURNAL PRODUCTION** | | | | 15,831 | 15,831 | 7,216 | 15,830 | 1 |
| 37000 | 767000 | KPR | | Journal Production | 15,831 | 15,831 | 7,216 | 15,830 | 1 |
| | | Discovery East | 331241985 | Advertorial Series | | | 5,674 | (1) | 1 |
| | | KPR | 991054351 | Single page and spread Journal Ad | | (57) | 1,542 | (57) | 0 |
| | | Commonhealth | 331240472 | Professional and Convention Media | | 2,388 | | 2,389 | (1) |
| | | | | JMC Reclass | | 13,500 | | 13,500 | 0 |
| | **JOURNAL SPACE** | | | | 2,056,000 | 2,056,000 | 0 | 1,147,455 | 908,545 |
| 37000 | 784000 | | | **Media Plan Ad Space** | 2,056,000 | 2,056,000 | 0 | 1,147,455 | 908,545 |
| | | Commonhealth | 991117803 | Duragesic 2004 media charges | | 1,900,000 | | 1,081,544 | 818,456 |
| | | JJAG | AIM | Mkt. Strat. Sourcing Spt - Interactive Media & Consumer Mkt Efforts-JJAG | | 56,000 | | 0 | 56,000 |
| | | JJAG | AIM | Corp AOR fee for Media - JJAG | | 100,000 | | 65,911 | 34,089 |
| | | | | | | | | 0 | |
| | **AGENCY FEES / NON-TAXABLE CREATIVE WORK** | | | | 2,534,741 | 2,186,284 | 204,400 | 1,255,352 | 930,932 |
| 37000 | 786000 | | | **Professional** | 1,232,640 | 1,232,640 | 0 | 835,818 | 396,822 |
| | | KPR | 991168377 | 2004 KPR Agency Fee | 1,232,640 | 1,232,640 | | 821,760 | 410,880 |
| | | | | | | | | 14,058 | |
| | | | | | | | | 0 | |
| 37000 | 786000 | | | **Non-Taxable Creative Work (Cycle Mat'ls)** | 1,100,000 | 755,447 | 115,567 | 338,987 | 416,460 |
| | | M2 Communications | 991054406 | MOA Video | | 3,008 | | 1,625 | 1,383 |
| | | KPR | 991054306 | Travel Expenses related to Conventions, Speakers Training, Cycle Meetings. | | (438) | 1,090 | (1,090) | 652 |
| | | KPR | 991057625 | Animated Slides | | (409) | 460 | (409) | (0) |
| | | KPR | 991060273 | Pharmacy Shelf Talker | | (1,559) | 1,634 | (1,559) | (0) |
| | | KPR | 991060274 | Postgraduate Patient Notes | | (5,269) | 4,379 | (5,269) | 0 |
| | | KPR | 991060277 | Revised Serum Level Chart (Avinza) | | (15) | 2,143 | (15) | 0 |
| | | KPR | 991060278 | PDR CD-Rom - 2004 and 2005 | | 8,258 | 3,272 | (3,272) | 11,530 |
| | | KPR | 991060280 | Pharma Aware Letter | | 4,752 | 0 | 0 | 4,752 |
| | | KPR | 991060281 | Patient Announcement Mailer | | (2,500) | 1,621 | (2,500) | 0 |
| | | McGraw-Hill | 991096250 | Post Graduate Notes DR-889 (editorial process) | | 0 | 98,800 | 0 | 0 |
| | | KPR | 991062070 | 2003 Cycle 1 Tactics Compendium | | 789 | 2,167 | 789 | 0 |
| | | KPR | 991054314 | Functionality Message development and testing | | 25,626 | | 286 | 25,340 |
| | | KPR | 991082676 | DTP 2004 Letter 1 Compliance | | 2,446 | | 2,446 | 0 |
| | | KPR | 991075401 | Functionality Message Dev and Testing | | 2,186 | | 2,185 | 1 |
| | | KPR | 991080285 | Vacant Territory Program | | 117,000 | | 0 | 117,000 |
| | | KPR | 991100787 | Diversion Oncology Sponsorship Letter | | 13,562 | | 4,380 | 9,182 |
| | | KPR | 991100788 | Rep. Compendium on @Janssen | | 16,992 | | 13,509 | 3,483 |
| | | KPR | 991100789 | Pharmacy Sell Sheet | | 19,630 | | 37,123 | (17,493) |
| | | KPR | 991103130 | Repositioning Flashcards/ Contingency Planning | | 38,219 | | 40,512 | (2,293) |
| | | KPR | 991121382 | Managed Care Repositioning Flashcards | | 7,504 | | 0 | 7,504 |
| | | KPR | 991100786 | Triple I Cover Letter | | 14,145 | | 14,145 | 0 |
| | | KPR | 991075404 | Matrix Message Development and testing | | 2,433 | | 2,433 | (0) |
| | | KPR | 991139716 | Duragesic Sample Voucher Revise | | 0 | | 0 | 0 |
| | | KPR | 991134021 | Duragesic 2004 Tombstone Ad and Plaque | | 7,721 | | 7,721 | (0) |
| | | KPR | 991133929 | Duragesic Patch Technology Comparison page | | 3,825 | | 3,825 | 0 |
| | | KPR | 991133926 | Duragesic Making Connections Ad Board Booth | | 2,412 | | 0 | 2,412 |
| | | KPR | 991134020 | Duragesic Making Connections Flashcard | | 22,356 | | 22,493 | (137) |
| | | KPR | 991134018 | Duragesic Making Connections Mailer to Pinnacles Physicians | | 3,940 | | 3,940 | 0 |
| | | KPR | 991134017 | Duragesic Refresh Existing Enrollment Materials - Enrollment BRC | | 5,283 | | 5,259 | 23 |
| | | KPR | 991134022 | Sample Voucher Revise | | 10,988 | | 0 | 10,988 | 10,988 |
| | | KPR | 991139440 | Web site Update - Patch Technology | | 1,039 | | 1,024 | 15 |
| | | KPR | 991139720 | ePharmacist Link Program | | 16,785 | | 12,589 | 4,196 |
| | | KPR | 991139722 | Matrix Post Launch Mailer | | 0 | | 0 | 0 |
| | | KPR | 991139726 | Patch Comparison Newsletter | | 4,181 | | 4,105 | 76 |
| | | KPR | 991139723 | Patient Patch Comparison Newsletter | | 5,146 | | 5,141 | 5 |
| | | KPR | 991139724 | Patient Post Launch Mailer | | 0 | | 0 | 0 |
| | | KPR | 991139719 | Pharmacy Fax Blast | | 1,472 | | 1,472 | 0 |
| | | KPR | 991139718 | Revised Pharmacy Sales Aid | | 13,717 | | 10,137 | 3,580 |
| | | KPR | 991139437 | Chain Pharmacy Patient Mailer | | 705 | | 704 | 1 |
| | | KPR | 991148378 | Distance Learning Wave 5 - Voice of Customer | | 14,964 | | 0 | 14,964 |
| | | KPR | 991148376 | Distance Learning Wave 1 Business Case Study Program | | 24,412 | | 18,309 | 6,103 |
| | | KPR | 991148377 | Distance Learning Wave 2 - Focus on Pharmacy Program | | 0 | | 0 | 0 |
| | | KPR | 991148375 | Distance Learning Wave 4 - Generic/DAW State | | 0 | | 0 | 0 |
| | | KPR | 991148137 | Making Connections 3Ps Patient Letter | | 2,992 | | 2,992 | 0 |
| | | KPR | 991144873 | 3 Ps Gel Direction Letter for Patient and Phys | | 830 | | 0 | 830 |
| | | KPR | 991144999 | Triple I Guide AD (All issues) | | 11,508 | | 11,586 | (77) |
| | | KPR | | Part one of FOF Program | | 28,160 | | 0 | 28,160 |
| | | KPR | 991156346 | National Sales Meeting Concepts | | 32,935 | | 29,642 | 3,293 |
| | | KPR | 991156297 | Duragesic.com CD-Rom | | 34,894 | | 31,404 | 3,490 |
| | | KPR | | Making Connections Letter #4 | | 11,542 | | 0 | 11,542 |
| | | KPR | 991144899 | Pharmacy Tearpad with 3 P's revise | | 6,204 | | 6,576 | (372) |
| | | KPR | 991144900 | 3 P's 8.5 x 11 Tearpad Update (30,000) | | 4,634 | | 4,912 | (278) |
| | | KPR | 991162759 | Development of CD Rom Label and packaging | | 4,548 | | 4,548 | 0 |
| | | KPR | 991165203 | Generic Substitution Policy Index Cards | | 60,287 | | 45,290 | 14,997 |
| | | KPR | 991178207 | Direct Mail Piece - 2 page mailer | | 13,666 | | 0 | 13,666 |

** Report excludes Regional PME's and SCM spending

| DEPT | ACCT | VENDOR | PO # | PROJECT DESCRIPTION | 2004 BUDGET | PO VALUE in 2004 | 2003 ACCRUALS | Spent or Accrued YTD ACTUALS | Committed LEFT TO SPEND on PO's |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **GRAND TOTAL** | **24,100,000** | **19,125,834** | **2,217,073** | **11,578,533** | **7,547,301** |
| | | KPR | 991173050 | Technology Advertorial (1page) | | 8,040 | | 0 | 8,040 |
| | | KPR | 991173063 | 2004 Duragesic Film Dupe | | 9,147 | | 0 | 9,147 |
| | | KPR | 991173061 | DAW Ads - 1 page updated ads - Billiards & Bread | | 5,152 | | 0 | 5,152 |
| | | KPR | 991174335 | Grow and Defend Video Montage | | 27,498 | | 0 | 27,498 |
| | | KPR | 991172995 | Pre-Meeting Aspen Phone Message - 30 second phone message | | 3,265 | | 0 | 3,265 |
| | | KPR | 991172846 | Record Contracts/Platinum Record - 10 one page contracts and 1 plaque | | 819 | | 0 | 819 |
| | | KPR | 991172574 | Movie Posters - Twelve 20x30 Durst prints | | 14,842 | | 0 | 14,842 |
| | | KPR | 991173043 | DTP 2004 Letter 2 | | 9,526 | | 0 | 9,526 |
| | | KPR | | KPR OR/Wa Pain Algorithim Ad Board | | 30,412 | | 0 | 30,412 |
| | | KPR | 991185627 | Revised Sample Voucher | | 1,722 | | 0 | 1,722 |
| | | KPR | | Patient Reservoir Card | | 15,977 | | 0 | 15,977 |
| | | KPR | | Making Connections Letter #3 | | 11,542 | | 0 | 11,542 |
| | | | | | | | | 0 | 0 |
| 37000 | 786000 | | | **Contingency Fees** | **22,500** | **22,500** | **0** | **22,500** | **0** |
| | | Leadership in Medicine, Inc. | 991064781 | Influence Mapping | | 22,500 | | 22,500 | 0 |
| | | | | | | | | **0** | **0** |
| | | | | | | | | 0 | 0 |
| 37000 | 786000 | | | **Pinnacles in Pain Management - Creative** | **(399)** | **(399)** | **4,223** | **(399)** | **0** |
| | | KPR | 991057610 | Pinnacles in Pain Mailer 2 | | (233) | 3,069 | (233) | 0 |
| | | KPR | 991057616 | Pinnacles in Pain Mailer 4 | | (166) | 1,154 | (166) | 0 |
| | | | | | | | | 0 | |
| | | | | | | | | 0 | |
| | | | | | | | | 0 | |
| | 786000 | Discovery East | | **Publication Plan/Promo slides - Non Taxable agency fee** | **180,000** | **176,097** | **84,609** | **58,447** | **117,650** |
| | | Discovery East | 331244402 | Account maintenance agency fee | | | 8,219 | (8,219) | 8,219 |
| | | Discovery East | 331236447 | Dr. Passik Article Rewrite | | 15,550 | 9,964 | (9,964) | 25,514 |
| | | Discovery East | 331240272 | Katz article #3 | | 19,694 | (7,429) | 7,429 | 12,265 |
| | | Discovery East | 331243389 | Publication Strategy Team Meetings | | 0 | 4,231 | (4,231) | 4,231 |
| | | Discovery East | 331240268 | Katz article #2 | | 18,161 | 1,533 | (1,533) | 19,694 |
| | | Discovery East | 331240267 | Katz article #1 | | 17,023 | 7,672 | (7,672) | 24,694 |
| | | Discovery East | 331244582 | 2004 Slide Kit Update for black box | | (24,153) | 55,762 | (24,153) | 0 |
| | | Discovery East | 991073833 | NADDI Executive Summary | | 432 | 4,658 | 432 | 0 |
| | | Discovery East | 991124978 | General Job Maintenance | | 122,500 | 0 | 99,508 | 22,992 |
| | | Discovery East | 991148129 | Methadone Review Article | | 6,890 | 0 | 6,849 | 41 |
| | | | | | | | | 0 | 0 |
| **SALES TRAINING** | | | | | **(11,749)** | **(11,749)** | **42,816** | **(30,569)** | **18,820** |
| | **TRAINING/ADVISORY** | | | | **(11,749)** | **(11,749)** | **42,816** | **(30,569)** | **18,820** |
| 40000 | 544514 | | | **Competitive News Update/Other** | **0** | **0** | **32,226** | **(7,274)** | **7,274** |
| | | BI Worldwide | 991053303 | Communications Plan | | | 32,226 | (7,274) | 7,274 |
| | | | | | | | | 0 | 0 |
| 40000 | 544514 | | Est | **Sales Force Advisory** | **(11,749)** | **(11,749)** | **10,590** | **(23,295)** | **11,546** |
| | | Fanizzi | 331238235 | Rep advisory boards - 2002/2003 prespend | | 11,546 | | 0 | 11,546 |
| | | Fanizzi | 331244508 | 2003 Rep advisory boards | | (23,295) | 10,590 | (23,295) | (0) |
| | | | | | | | | 0 | 0 |
| **DIRECT SELLING** | | | | | **3,821,130** | **3,020,400** | **1,104,976** | **1,021,781** | **1,998,620** |
| | **NATIONAL EXHIBITS** | | | | **750,000** | **692,900** | **0** | **311,033** | **381,866** |
| 40000 | 573001 | | | **Misc. exhibits** | | **3,430** | **0** | **3,636** | **(206)** |
| | | Derse | 991127136 | Derse Disposal of Janssen Property | | 3430 | | 3635.8 | -205.8 |
| | | | | | | | | 0 | 0 |
| 40000 | 573001 | | | **PRI-Med** | | **7,706** | **0** | **7,706** | **0** |
| | | Pri Med | 991120489 | Pri-Med South 2004 Booth | | 3,332 | | 3,332 | 0 |
| | | Pri Med | 991051948 | Pri-Med MIDWEST 2004 | | 4,373 | | 4,373 | 0 |
| | | | | | | | | 0 | |
| | | | | **Exhibits** | | **681,764** | **0** | **299,692** | **382,072** |
| | | | 991127842 | AAPM American Academy of Pain Medicine | | 149,400 | | 105,347 | 44,053 |
| | | | 991074788 | American Geriatrics Society | | 12,566 | | 1,677 | 10,889 |
| | | | | American Geriatrics Society Medical Info Booth | | 5,633 | | 0 | 5,633 |
| | | | 991135838 | American Medical Directors Association (AMDA) | | 11,282 | | 13,337 | (2,055) |
| | | Derse | 991056730 | American Medical Directors Association (AMDA) Medical Info Booth | | 2,250 | | 1,144 | 1,106 |
| | | | | American Pain Society (APS) | | 178,000 | | 0 | 178,000 |
| | | Derse | 991080473 | American Society of Consultant Pharmacists - Annual Meeting (ASCP) | | 39,431 | | 23,773 | 15,658 |
| | | Derse | 991078648 | American Society of Consultant Pharmacists - Annual Meeting (ASCP) Medical Info Booth | | 2,584 | | 1,526 | 1,058 |
| | | | | American Society of Consultant Pharmacists - Annual Meeting (ASCP) Mid-year summer meeting | | 25,569 | | 0 | 25,569 |
| | | | | National Association of Directors of Nursing Administration in LTC (NADONA) | | 2,020 | | 0 | 2,020 |
| | | | | National Association of Directors of Nursing Administration in LTC (NADONA) | | 2,020 | | 0 | 2,020 |
| | | | | National Conference for Nurse Practitioners (NCNP) | | 6,545 | | 2,025 | 4,520 |
| | | | 991045813 | National Medical Assocation (NMA) | | 13,000 | | 3,318 | 9,682 |
| | | | 991127113 | American Academy of Hospice and Palliative Medicine (AAHPM) | | 7,844 | | 2,450 | 5,394 |
| | | | | American Academy of Physical Medicine and Rehabilitation (AAPM&R) | | 7,095 | | 0 | 7,095 |
| | | | | American College of Rheumatology | | 10,148 | | 2,400 | 7,748 |
| | | | | American Society of Clinical Oncology | | 51,800 | | 0 | 51,800 |
| | | | 991127189 | American Society of Pain Management Nurses (ASPMN) | | 32,584 | | 47,252 | (14,668) |
| | | | 991127149 | International Conference on Pain and Chemical Dependency (PMCD) | | 6,000 | | 10,487 | (4,487) |
| | | | 991135831 | Oncology Nursing Society - Congress (ONS) | | 52,000 | | 38,121 | 13,879 |
| | | | | US Geriatric & Long-Term Care Congress (USLTC) | | 14,497 | | 0 | 14,497 |

** Report excludes Regional PME's and SCM spending

| DEPT | ACCT | VENDOR | PO # | PROJECT DESCRIPTION | 2004 BUDGET | PO VALUE in 2004 | 2003 ACCRUALS | Spent or Accrued YTD ACTUALS | Committed LEFT TO SPEND on PO's |
|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | | **24,100,000** | **19,125,834** | **2,217,073** | **11,578,533** | **7,547,301** |
| | | | | Nurse Practitioner Symposium (NPS) | | 2,759 | | **0** | 2,759 |
| | | | | American Society of Health System Pharmacists | | 725 | | **725** | 0 |
| | | | | American Association of Physicians of Indian Origin | | 1,200 | | 1,200 | 0 |
| | | | | | | | | 0 | 0 |
| | | | X13688VC | Shipping charges - need full description | | 1,758 | | 1,758 | 0 |
| | | Derse | is this PO# 991127188 | #4000 - Storage of Exhibit Property | | 4,526 | | 4,526 | 0 |
| | | Derse | 991127188 | Derse Quarterly Storage Charge | | 4,845 | | 4,845 | 0 |
| | | Derse | 991156300 | 2004 Puerto Rico Regional Graphic Panels | | 463 | | 463 | 0 |
| | | | | Corpay Solutions | | 20,264 | | 20,363 | (99) |
| | | Derse | 991127191 | | | 890 | | 890 | 0 |
| | | | L46230VN | | | 8,848 | | 8,848 | 0 |
| | | | X13729VC | | | 524 | | 524 | 0 |
| | | Misc May Exhibits | | Misc May Exhibits | | 2,693 | | 2,693 | cc |
| | **PROFESSIONAL LIT** | | | | **500,000** | **379,074** | **135,321** | **329,850** | **49,224** |
| 40000 | 572000 | | | **Professional Literature - Production** | **500,000** | **379,074** | **135,321** | **329,850** | **49,224** |
| | | Discovery East | 331239122 | PADT progress Guidebook | | 50,766 | 48,683 | 29,693 | 21,073 |
| | | Luz Inc. | | Spanish Patient Q&A DR-848S | | 1,458 | 0 | 0 | 1,458 |
| | | Raad Graphic Arts | | Spanish Q&A DR-848S | | 10,465 | 0 | 0 | 10,465 |
| | | Printing Methods Inc. | 991062679 | Duragesic Large Pl's | | (106) | 0 | 0 | (106) |
| | | Printing Methods Inc. | 991065909 | Small Folded Pl's | | (452) | 0 | 0 | (452) |
| | | Printing Methods Inc. | 91097247 | Spanish PI Large | | 1,944 | 0 | 2,061 | (117) |
| | | Mansfield Press, Inc. | 991065907 | Duragesic wheel folder with Magnet DR-856 | | (85) | 0 | 0 | (85) |
| | | British Medical Journal | 991064873 | Reprint of the Laurie Allen paper | | 43 | 0 | 0 | 43 |
| | | Elsevier | 991069345 | Reproduction of the Milligan, Simpson and Nuget Reprints | | 3,191 | 53,189 | 3,191 | 0 |
| | | Raad Graphic Arts | 991080271 | Serum Level Chart DR-715R (2500) | | 440 | 7,330 | 440 | 0 |
| | | Raad Graphic Arts | | Serum Level Chart DR-715R (1000) | | 6,095 | 0 | 0 | 6,095 |
| | | Printing Methods Inc. | 991080266 | Small Folded Pl's (130,000) | | 441 | 7,348 | 441 | 0 |
| | | Mansfield Press, Inc. | 991080851 | Rep. Compendium DR-896 | | 2,799 | 8,970 | (8,970) | 11,769 |
| | | Contemporary Graphics | 991089288 | Pharmacy Detail Aid DR-895 | | 0 | 7,251 | 0 | 0 |
| | | Promotions by Design | 991113410 | DR-911 Write on Wipe off Board | | 181,394 | 0 | 181,394 | 0 |
| | | Color Film Corporation | | Conversion Calculator CD-Rom & Label | | 5,825 | 0 | 0 | 5,825 |
| | | Mansfield Press, Inc. | 991111407 | DR-903 Enrollment Voucher Tear Pad (10,000) | | 30,594 | 0 | 30,594 | 0 |
| | | Mansfield Press, Inc. | 991133283 | Functionality Assesment Guide | | 23,865 | 0 | 25,520 | (1,655) |
| | | RGA | 991069610 | Reprint Carriers (Nugent, Milligan, Allan, Simpson) | | (2,550) | 2,550 | (2,550) | 0 |
| | | RGA | 991135021 | 3P's Pharmacy shelf talkers with magnet | | 37,020 | | 38,198 | (1,178) |
| | | RGA | | | | 23,378 | | 23,378 | 0 |
| | | RGA | | Pl's for Nugent, Milligan, & Simpson Reprint Carriers | | 2,550 | | 0 | 2,550 |
| | | | 991105381 | Duragesic Serum Level charts | | | | 6,461 | (6,461) |
| | | | | | | | | 0 | 0 |

** Report excludes Regional PME's and SCM spending

| DEPT | ACCT | VENDOR | PO # | PROJECT DESCRIPTION | 2004 BUDGET | PO VALUE in 2004 | 2003 ACCRUALS | Spent or Accrued YTD ACTUALS | Committed LEFT TO SPEND on PO's |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| **GRAND TOTAL** | | | | | 24,100,000 | 19,125,834 | 2,217,073 | 11,578,533 | 7,547,301 |
| | | **PROMOTIONAL AIDS** | | | 1,358,321 | 1,053,125 | 919,545 | 139,998 | 913,127 |
| | | | | | | | | 0 | 0 |
| 40000 | 577000 | | | **Cycle I Materials (production costs)** | 280,969 | 280,969 | 580,414 | (41,576) | 322,545 |
| | | Mansfield Press | 991062711 | Duragesic Patch Application PADS (50 English & 50 Spanish)/ Cycle 3 | | 639 | 8,006 | (8,006) | 8,645 |
| | | RGA Reproductions | 991058803 | Dosage Conversion Wall Chart/ Cycle 3 | | 680 | 11,329 | 680 | 0 |
| | | Raad Graphic Arts | 991084188 | Pharmacy Shelf Talker DR-882 (50,000) | | 3,346 | 53,235 | 3,346 | 0 |
| | | Discovery East | 991065910 | Nursing Clinical Management Seminar | | 9,658 | 54,085 | (54,085) | 63,743 |
| | | Medical Economics/Thomson P | 991072143 | Duragesic PDR CD-Rom | | 1,493 | 24,875 | 1,599 | (106) |
| | | Thomas Direct | 991073521 | Tape Flag Book | | 2,237 | 69,993 | 2,237 | (0) |
| | | East West Connection | 991075157 | Tri Highlighter Set | | | 31,973 | (31,973) | 31,973 |
| | | East West Connection | 991073519 | Disposable Tissue Packs | | 12,187 | 0 | 12,187 | 0 |
| | | Thomas Direct | 991075155 | Coffee Tumbler with Raisede Patch Shapes | | (8,880) | 161,228 | (161,228) | 152,348 |
| | | Thomas Direct | 991072368 | Post It Note Pad | | 2,321 | 35,491 | 2,321 | 0 |
| | | McGraw-Hill | 991096455 | Post Graduate Notes DR-889 (Production of 122,000) | | 0 | 130,200 | 0 | (0) |
| | | Thomas Direct | 991133284 | Reps Choice Cycle 1 - 2003 | | 22,069 | | 22,070 | (1) |
| | | Triple I | 991084186 | Pain Management Prescribing Guide | | 176,000 | | 110,187 | 65,813 |
| | | TG Communications | 991044028 | Blanket PO for Agency Fees | | 1,376 | 0 | 0 | 1,376 |
| | | Contemporary Graphics | 991157729 | Revised Pharmacy Detail Aid | | 4,843 | | 6,089 | (1,246) |
| | | MMT Solutions Inc | 991139717 | Duragesic Role-Play Video | | 53,000 | | 53,000 | 0 |
| | | | | | | | | 0 | 0 |
| 40000 | 577000 | | | **Cycle II Materials 2004 (Production costs)** | 77,000 | 77,758 | 0 | 93,559 | (15,802) |
| | | Mansfield Press | 991130705 | Cycle 2 Detial Aid | | 22,252 | | 22,252 | 0 |
| | | DevCom A Princeton Partners G | 991135861 | Conversion Calculator | | 46,950 | | 64,256 | (17,306) |
| | | Digital Express | | Making Connections Flashcard 01DR943 | | 665 | | 0 | 665 |
| | | Laura Crooks, RN | | Honoraria | | 1,000 | | 1,000 | 0 |
| | | James Otis, MD | | Honoraria | | 3,000 | | 3,000 | 0 |
| | | Stuart Eisenberg R.Ph | | Honoraria | | 1,000 | | 1,000 | 0 |
| | | Richard Brown MD | | Honoraria & Travel Expenses | | 2,051 | | 2,051 | 0 |
| | | Theodore Cicero PHD | | Travel Expenses | | 840 | | 0 | 840 |
| | | | | | | | | 0 | |
| | | | | | | | | 0 | 0 |
| 40000 | 577000 | | | **Cycle III** | ==300,000== | 141,230 | 27,353 | 5,456 | 135,775 |
| | | Printing Methods, Inc. | 991043490 | Hospital Slim Jim 2M | | 0 | | 0 | 0 |
| | | RGA | 991043935 | DR 850 file card 200M | | 285 | | 0 | 285 |
| | | Mansfield Press | 331244414 | DR-835 - bread art campaign | | (125) | | 0 | (125) |
| | | Tenco Assemblies Inc. | 991073520 | Repackaging of Promotional Giveaways | | (373) | | 197 | (570) |
| | | Thomas Direct | 991076165 | Latte Mug (10,000) | | | 27,353 | 2,169 | (2,169) |
| | | Thomas Direct | 991072367 | Reps choice cycle 3 - 2003 | | 127 | | 0 | 127 |
| | | Seven | 991081324 | 2004 Blanket P.O. for small jobs & agency fees | | 50,000 | | 3,090 | 46,910 |
| | | DevCom A Princeton Partners G | 991135861 | Dosage Conversion Calculator 01DR596R | | 52,255 | | 0 | 52,255 |
| | | Pictorial Offset Corp | | Duragesic PI's - 1 million | | 39,060 | | 0 | 39,060 |
| | | | | | | | | 0 | 0 |
| 40000 | 577000 | **McKesson** | | **Coupons** | 200,000 | 200,000 | 59,070 | 68,640 | 131,360 |
| | | | | | | 200,000 | 59,070 | 68,640 | 131,360 |
| | | | | | | | | 0 | 0 |
| 40000 | 577000 | | | **12.5mg Patch** | ==150,000== | 2,816 | 0 | 0 | 2,816 |
| | | KPR | 991185633 | 12mcg Patch Messages - Creative Account | | 2,816 | | 0 | 2,816 |
| | | | | | | | | 0 | 0 |
| 40000 | 577000 | **Alza** | | **Demo Patches** | 136,000 | 136,000 | 0 | 0 | 136,000 |
| | | Alza | | Duragesic 50 Demo. Pouch | | 136,000 | | 0 | 136,000 |
| | | | | | | | | 0 | 0 |
| 40000 | 577000 | **Triple** | | **Cliniforms** | 56,597 | 56,597 | 18,945 | 1,137 | 55,460 |
| | | MediMedia | 991188082 | Patient Record Chart Ads | | 56,597 | 18,945 | 1,137 | 55,460 |
| | | | | | | | | 0 | 0 |
| | | | | | | | | 0 | 0 |
| 40000 | 577000 | **Triple** | | **Rx Pads** | 144,973 | 144,973 | 0 | 0 | 144,973 |
| | | MediMedia | 991188125 | Rx Pads | | 144,973 | | 0 | 144,973 |
| | | | | | | 0 | | 0 | 0 |
| | | | | | | | | 0 | 0 |
| 40000 | 577000 | | | **PIPM** | 12,782 | 12,782 | 233,763 | 12,782 | 0 |
| | | Mansfield Press | 991075154 | Patient Pak production & assembly | | 12,782 | 210,532 | 12,782 | 0 |
| | | Mansfield Press | 991072037 | Patient Pak Enrollment Voucher Pads | | 0 | 23,231 | 0 | 0 |
| | | Mansfield Press | 991049652 | DR-855 Patient Pak Box | | 0 | | 0 | 0 |
| | | | | | | | | 0 | 0 |

# DURAGESIC 2004 BUDGET PLANNING

** Report excludes Regional PME's and SCM spending

| DEPT | ACCT | VENDOR | PO # | PROJECT DESCRIPTION | 2004 BUDGET | PO VALUE in 2004 | 2003 ACCRUALS | Spent or Accrued YTD ACTUALS | Committed LEFT TO SPEND on PO's |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | | | | | | |
| | **GRAND TOTAL** | | | | **24,100,000** | **19,125,834** | **2,217,073** | **11,578,533** | **7,547,301** |
| | | | | | | | | 0 | 0 |
| | **PREMIUMS & PRIZES (GIVEAWAYS)** | | | | **917,914** | **620,531** | **3,835** | **116,033** | **504,498** |
| 40000 | 778000 | | | **Promo Items** | **917,914** | **620,531** | **3,835** | **116,033** | **504,498** |
| | | Thomas Direct | 991043492 | Pinnacles Coffee Mug (500) | | 520 | | 0 | 520 |
| | | Direct Medical Resources | 331244560 | DR 546 - Duragesic Lunch Kits | | (101) | | 0 | (101) |
| | | Piccari Press Inc. | 991044023 | Duragesic 18 month calendar - Prodcuction of 50,000 Calendars with clear seal PI on outside ba | | (316) | | 0 | (316) |
| | | Promotions by Design | 991044024 | Duragesic 18 month calendar - Creativity and project Management | | (353) | | 0 | (353) |
| | | Direct Medical Resources | 331241912 | DR-680 Translucent Bags - 200M @ .14 | | 417 | | 0 | 417 |
| | | Thomas Direct | 331244729/Req 4120918 | Duragesic Canvas Tote bags (1000) | | (323) | | 0 | (323) |
| | | Raad Graphic Arts | 991090499 | Duragesic Holiday cards - 2003 | | 230 | 3,835 | 230 | 0 |
| | | TG Communications | 991140510 | Blanket PO - 2004 | | 5,000 | | 1,020 | 3,980 |
| | | Thomas Direct | PME 3/5/04 | Bic Ice Pens | | 245,700 | | 0 | 245,700 |
| | | Fanizzi | 991147415 | American Pain Society Booth Give-a-ways | | 7,020 | | 7,441 | (421) |
| | | Compas Inc | 991174099 | OuterBanks Pique Polo - Emerald Green Golf Shirt | | 1,446 | | 1,608 | (161) |
| | | Compas Inc | 991174100 | Jerzees T-Shirts for National Meeting | | 1,755 | | 1,941 | (186) |
| | | Thomas Direct Sales | | OGIO Layover Bag 01DR964 | | 38,942 | | 0 | 38,942 |
| | | Thomas Direct Sales | 991174333 | Reps Choice 2004 Fulfillment | | 31,100 | | 17,946 | 13,154 |
| | | East/West | 991093939 | Silver Metal Frames (1,000) | | 87,105 | | 85,848 | 1,257 |
| | | Thomas Direct | | 01DR970 Wide Body Pen | | 202,387 | | 0 | |
| | | | | PREMIUMS | 500,000 | | | 0 | 0 |
| | **SPECIAL DIRECT/OTHER** | | | | **244,895** | **239,895** | **46,275** | **93,301** | **146,594** |
| 40000 | 791005 | | | **Duragesic Promotion Response** | **191,000** | **191,000** | **46,275** | **49,275** | **141,725** |
| | | | | Omnicare charge in - placeholder | | 185,000 | 46,275 | 46,275 | 138,725 |
| | | U.S. Healthcare Consult | 991046994 | Consultation re post patent strategic planning | | 6,000 | | 3,000 | 3,000 |
| | | | | | | | | 0 | 0 |
| | | | | | | | | 0 | 0 |
| 40000 | 791005 | | | **Incentive** | **13,895** | **13,895** | **0** | **13,895** | **0** |
| | | Infranco Moore Group | 331244610 | Race to 1BB | | 13,895 | | 13,895 | 0 |
| | | | | | | | | 0 | 0 |
| 40000 | 791005 | Discovery East | | **Pain Chronicles II** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | | | 0 | 0 |
| | | | | | | | | 0 | 0 |
| 40000 | 791005 | Resc/Catalina/Physicians Interactive | | **Healthresources-Pharmacy Program** | **25,000** | **25,000** | **0** | **25,000** | **0** |
| | | | | | | | | 0 | 0 |
| | | Catalina Health Resources | 991125038 | Customized Message to Pharmacists | | 25,000 | | 25,000 | 0 |
| | | | | | | | | 0 | 0 |
| 40000 | 791005 | | | **No Charges** | **0** | **0** | **0** | **131** | **(131)** |
| | | | | Misc. No Charge | | 0 | | 131 | (131) |
| | | | | | | | | 0 | 0 |
| 40000 | 791005 | | | **Membership Fees** | **15,000** | **10,000** | **0** | **5,000** | **5,000** |
| | | ASPMN | | ASPMN membership | | 0 | | 0 | 0 |
| | | AAPM | 991187939 | Corporate Membership | | 5,000 | | 0 | 5,000 |
| | | APS | 4377625 | APS 2004 annual membership | . | 5,000 | | 5,000 | 0 |
| | | | | | | | | 0 | 0 |
| 40000 | 791005 | | | **Unidentified Prespend/Accelerator Contest** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | 0 | | 0 | 0 |
| | | | | | | | | 0 | 0 |
| 40000 | 791005 | | | **Managers Meeting/ other company meetings** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | 0 | | 0 | 0 |
| | | | | | | | | 0 | 0 |
| | **SPECIAL DIRECT - STRATEGIC-** | | | | **50,000** | **34,875** | **0** | **31,565** | **3,310** |
| 40000 | 791005 | | | **Direct to Patient** | **50,000** | **34,875** | **0** | **31,565** | **3,310** |
| | | Gordian Health Systems | 331243673 | Pricing Grid | | 29,617 | | 31,565 | (1,948) |
| | | KPR | 991057667 | Marketing Connections Violator on existing Bread Ad | | 0 | | 0 | 0 |
| | | Thomas Direct | | To Do List tearpads for Making Connections program | | 5,258 | | 0 | 5,258 |
| | | | | | | | | 0 | 0 |
| 40000 | 791005 | | | **Competitive Blunting** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | | | 0 | 0 |
| 40000 | 791005 | | | **Strategic Plan Issue Mgt** | **0** | **0** | **0** | **0** | **0** |
| | | Fanizzi | 991046217 | Internal meeting | | 0 | | 0 | 0 |
| | | | | | | | | 0 | 0 |

** Report excludes Regional PME's and SCM spending

| DEPT | ACCT | VENDOR | PO # | PROJECT DESCRIPTION | 2004 BUDGET | PO VALUE in 2004 | 2003 ACCRUALS | Spent or Accrued YTD ACTUALS | Committed LEFT TO SPEND on PO's |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | | | | | | |
| **GRAND TOTAL** | | | | | 24,100,000 | 19,125,834 | 2,217,073 | 11,578,533 | 7,547,301 |
| | | | | | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | 0 | |
| | | | | | | | | 0 | |
| **NON-PERSONAL SELLING** | | | | | 947,756 | 937,308 | 15,330 | 480,467 | 456,841 |
| | **PUBLIC RELATIONS** | | | | 450,000 | 442,265 | 0 | 75,410 | 366,855 |
| 40000 | 613005 | | | **PR Programs** | 450,000 | 442,265 | 0 | 75,410 | 366,855 |
| | | | | Corpay - IC Charge | | 57 | | 0 | 57 |
| | | GYMR | 331243220 | 2003 Public Relations Campaign | | 15,288 | | 15,288 | 0 |
| | | GYMR | 991154869 | Public Relations | | 426,920 | | 60,122 | 366,798 |
| | | | | | | | | 0 | 0 |
| | **DIRECT MAIL - Non Personal selling** | | | | 497,756 | 495,043 | 15,330 | 405,057 | 89,986 |
| 40000 | 785000 | | | **Direct Mail** | 480,000 | 477,287 | 15,330 | 372,378 | 104,909 |
| | | RediMail | 331243316 | 2003 DTP program fulfillment | | 100,006 | 15,330 | 22,515 | 77,491 |
| | | Redi-Mail | 991134160 | Duragesic 2004 Fulfillment Program | | 76,184 | | 55,072 | 21,112 |
| | | Redi-Mail | 991139798 | Making Connections 2003 clean up | | 16,394 | | 16,394 | 0 |
| | | Redi-Mail | 91139660 | Making Connections Letterhead | | 980 | | 0 | 980 |
| | | Mansfield Press | 991130043 | Vacant Territory Program Folder | | 14,406 | | 14,424 | (18) |
| | | Mansfield Press | 991142740 | Vacant Territory Program Folder | | 69,393 | | 69,393 | 0 |
| | | Pictoral Offset | 991148453 | Duragesic PI's - 1 million | | 30,700 | | 30,859 | (159) |
| | | DA Marketing | 991142527 | DR/Vacant Territory Program Fulfillment | | 163,720 | | 163,720 | 0 |
| | | Redi-Mail | 991191442 | Sales Rep Ship Outs | | 5,503 | | 0 | 5,503 |
| 40000 | 785000 | | | **Direct Mail -Pinnacles in Pain Management** | 17,756 | 17,756 | 0 | 32,679 | (14,923) |
| | | Damktg, Inc | 331244657 | Pinnacles in Pain management - Mailing Costs | | 4,679 | | 17,779 | (13,100) |
| | | Mansfield Press | 991062887 | DR- 831 Pinnacles in Pain management Sticker | | 7,707 | | 7,707 | 0 |
| | | Mansfield Press | 991069339 | Pinnacles in Pain management - Newsletter 1 & 2 | | 5,370 | | 2,827 | 2,543 |
| | | | 881174943 | Pinnacles Mailing | | | | 4,367 | (4,367) |
| | | | | | | | | 0 | 0 |
| **EDUCATION** | | | | | 10,097,390 | 9,458,171 | 556,953 | 5,560,633 | 3,897,538 |
| | **ADVISORY BOARDS** | | | | 2,635,000 | 2,600,426 | 206,916 | 1,543,909 | 1,056,518 |
| 40000 | 779000 | | | | 2,635,000 | 2,600,426 | 206,916 | 1,543,909 | 1,056,518 |
| | | Fanizzi | 331240470 | Regional Advisory Board Meetings | | 27,158 | 88,576 | 27,158 | 0 |
| | | Discovery East | 331243213 | Regional Advisory Board Meetings #1, #2 #3 and #4, 5 and Nurses #6 | | (319) | 82,226 | (319) | 0 |
| | | Discovery East | 991062268 | Government Summit VA Ad Board Meeting | | 8,589 | | 8,589 | 0 |
| | | Discovery East | 991062886 | Medicaid Advisory Board | | 24,886 | | 24,886 | 0 |
| | | Discovery East | 991103136 | Regional Ad. Boards #1- 2004 (Feb. 27-29- Miami) | | 78,060 | 6,000 | 206,228 | (128,168) |
| | | Discovery East | 991103135 | Regional Ad. Boards #2- 2004 (Mar. 12-14- Scottsdale) | | 91,314 | 0 | 28,580 | 62,734 |
| | | Discovery East | 991103134 | Regional Ad. Boards #3- 2004 (Apr. 16-18- Miami) | | 73,410 | 0 | 51,245 | 22,165 |
| | | Discovery East | 991103133 | Regional Ad. Boards #4- 2004 (May) | | 57,060 | 0 | 38,230 | 18,830 |
| | | Discovery East | 991103132 | Regional Ad. Boards #5- 2004 (June) | | 57,060 | 0 | 38,230 | 18,830 |
| | | Discovery East | 991103131 | Regional Ad. Boards #6- 2004 (July) | | 57,060 | 0 | 38,230 | 18,830 |
| | | Fanizzi | 991059112 | Regional Ad Board Meeting | | | 30,114 | 0 | 0 |
| | | Fanizzi | 991084189 | 2004 Regional Advisory Board Meetings (Feb., Mar., Apr.) | | 1,030,126 | | 298,568 | 731,558 |
| | | Fanizzi | 991106700 | 2004 Regional Advisory Board Meetings (May, June, July) | | 1,030,126 | | 737,146 | 292,980 |
| | | Fanizzi | 991152525 | Rep Ad Board - Vancouver | | 65,896 | | 47,137 | 18,759 |
| | | Discovery East | | Reconciling Accrual | | (14,109) | 14,109 | (14,109) | 0 |
| | | | | | | | | 0 | 0 |
| | **NPEC 2004** | | | | 319,523 | 226,481 | 0 | 71,437 | 155,044 |
| | | Discovery East | 991142526 | NPEC Web Initiatives | | 117065.9 | | 39,802 | 77,263 |
| | | Discovery East | | NPEC 2004 Promotional Materials | | 16,373 | | 0 | 16,373 |
| | | Discovery East | 991156924 | NPEC HTS Website Hosting May04-Dec04 | | 93,042 | | 31,634 | 61,408 |
| | | | | | | | | 0 | 0 |

# DURAGESIC 2004 BUDGET PLANNING

** Report excludes Regional PME's and SCM spending

| DEPT | ACCT | VENDOR | PO # | PROJECT DESCRIPTION | 2004 BUDGET | PO VALUE in 2004 | 2003 ACCRUALS | Spent or Accrued YTD ACTUALS | Committed LEFT TO SPEND on PO's | |
|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | | 24,100,000 | 19,125,834 | 2,217,073 | 11,578,533 | 7,547,301 | |
| | **Educational Programs** | | | | 356,909 | 355,598 | 192,696 | 219,076 | 136,522 | |
| 40000 | 779004 | | | | 326,909 | 326,909 | 35,122 | 133,311 | 193,598 | |
| | | Medicom | 331243500 | 2003 Duragesic Teletopics Programs | | 88,908 | | 0 | 88,908 | |
| | | TEP | 991113355 | APS Social Event | | 107,407 | | 82,662 | 24,745 | |
| | | Discovery East | 991135814 | APS Poster Session | | 26,874 | | 26,872 | 2 | |
| | | Fanizzi | 991084240 | AAPM Meeting Mar. 3, 2004 Orlando, FLA | | 57,026 | | 23,878 | 33,148 | |
| | | Fanizzi | 991113366 | ASPMN Reception | | 46,694 | | 35,020 | 11,674 | |
| | | KPR | | Reconciling Accrual | | | 35,122 | (35,122) | 35,122 | |
| | | | | | | | | 0 | 0 | |
| | | | | | | | | 0 | 0 | |
| 40000 | 779004 | Discovery | | 2003 NPEC | 30,000 | 28,689 | 157,574 | 85,765 | (57,076) | |
| 40000 | 779004 | Discovery East | 331236446 | NPEC Core Curriculum Planning | | 203 | 7,651 | (7,651) | 7,854 | |
| 40000 | 779004 | Discovery East | 331242111 | NPEC MDNet Guide Ads | | 6 | 5,330 | (5,330) | 5,336 | |
| 40000 | 779004 | Discovery East | 331242110 | NPEC pharmacy button | | 64 | 0 | 64 | 0 | |
| 40000 | 779004 | Discovery East | 331242122 | NPEC case study - Functionality | | 135 | 6,560 | (6,560) | 6,695 | |
| 40000 | 779004 | Discovery East | 331242106 | NPEC postcard mailer series | | 10,371 | 612 | 10,371 | 0 | |
| 40000 | 779004 | Discovery East | 331243295 | NPEC faculty honoraria | | 453 | 15,413 | 453 | 0 | |
| 40000 | 779004 | Discovery East | 331243294 | NPEC website hosting | | (137) | 10,831 | (10,831) | 10,694 | |
| 40000 | 779004 | Discovery East | 331243364 | NPEC 2003 web management | | 17 | 25,231 | (25,231) | 25,248 | |
| 40000 | 779004 | Discovery East | 331240343 | NPEC California CME meetings | | 169 | 1,900 | (1,900) | 2,069 | |
| 40000 | 779004 | Discovery East | 991059450 | DE to develop Functionality Monograph that will be posted on NPEC | | 16,606 | 25,093 | 16,606 | 0 | |
| 40000 | 779004 | Discovery East | 991057690 | MOA posting on NPEC | | 917 | 3,757 | 917 | 0 | |
| 40000 | 779004 | Discovery East | 991065912 | Gait Assessment and Back Performance Battery Video | | (115) | 55,197 | (115) | 0 | |
| | | Discovery East | 991159003 or 991164943 | Additional Payments of 11 Pact PO's that were closed at year end | | | | 114,972 | (114,972) | |
| | **SPEAKERS PROGRAMS** | | | | 6,535,958 | 6,060,044 | 144,751 | 3,645,872 | 2,414,172 | |
| 40000 | 779002 | | | Speaker Training | 735,958 | 498,044 | 81,722 | 397,396 | 100,648 | |
| | | Travel Destinations | 991045792 | Duragesic Speaker Training Meeting -2004 (Travel) | | 35,263 | | 35,313 | (50) | |
| | | Discovery East | 991068876 | 2004 Speaker Training Meeting - 2003 (Non Sc & Scientific Materieles) | | 233,553 | 28,908 | 233,968 | (415) | |
| | | Eveo, Inc. | 991078704 | 2004 Duragesic Training Program | | 59,250 | 0 | 59,250 | 0 | |
| | | Eveo, Inc. | 991152349 | 2004 Duragesic Training Program - Remaining Balance | | 23,800 | | 16,100 | | 7700 |
| | | Corum & Associates | | Media Skills Consulting | | 11,097 | | 11,097 | 0 | |
| | | Discovery East | 991080284 | 2004 Speaker Training CD and website | | 26,055 | 52,814 | (14,018) | 40,073 | |
| | | Discovery East | 991156925 | Web Conferences & Video Creation of Patch Technology | | 109,026 | 0 | 55,686 | 53,340 | |
| | | | | Additional Regional Speaker Training | 263,875 | | | 0 | 0 | |
| 40000 | 779001 | | | **Experts slide kit** | **0** | **0** | **0** | **0** | **0** | |
| | | | | Duragesic Speaker Slide Kit | | 0 | 0 | 0 | 0 | |
| | | | | | | | | 0 | 0 | |
| | | | | | | | | 0 | 0 | |
| 40000 | 779001 | Discovery | | **Speaker Programs** | 5,800,000 | 5,561,999 | 63,030 | **3,248,475** | **2,313,524** | |
| | | Discovery Int'l | 331240093 | Speakers Bureau 2003 Prog Mgmt Fee & Promotional Speakers Prog. | | 123,970 | 63,030 | 132,795 | (8,825) | |
| | | C. Beck LLC | 331244721 | Special Pilot Project with KPR - Peer to Peer portion | | 37,325 | | 37,325 | 0 | |
| | | Discovery International | 991159003 | 2004 Speaker Programs | | 5,400,704 | | 3,078,355 | 2,322,349 | 4199598 |
| | | | | Additional Speaker Programs | 600,000 | | | 0 | 0 | |
| 40000 | 779001 | | | **Distinguished Faculty Meeting** | **0** | **0** | **0** | **0** | **0** | |
| | | Discovery East | | Distinguished Faculty Meeting - 2003/04 | | 0 | | **0** | **0** | |
| | | | | | | 0 | | **0** | **0** | |
| | | | | **Other Discovery East Charges** | | | | **0** | **0** | |
| | | | | | | | | 0 | | |
| | | | | | | | | 0 | | |
| | **INTERNET/INTRANET** | | | | 250,000 | 215,622 | 12,590 | 80,340 | 135,282 | |
| 40000 | 795000 | **Dotcom Advis** | | **E-Detailing** | 150,000 | 144,115 | 0 | **0** | **144,115** | |
| | | Physicians Interactive | 991127845 | Educate Pharmacists about Duragesic | | 144,115 | | 0 | 144,115 | |
| | | | | | | | | 0 | 0 | |
| 40000 | 795000 | KPR | | **Internet/Intranet Website Development** | 100,000 | 71,507 | 12,590 | 80,340 | (8,833) | |
| | | KPR | 991054305 | Incorporate Functionality in existing site | | 14 | 563 | 14 | **0** | |
| | | KPR | 991060417 | ePocrates Doc Alerts | | 6,523 | 0 | 7,558 | (1,035) | |
| | | ePocrates | 991067037 | ePocrates 12 Doc Alerts, 1 page each | | 59,136 | 0 | 65,864 | (6,728) | |
| | | KPR | 991084952 | Duragesic.com content update: MOA Video | | 6,159 | 11,496 | 7,229 | (1,070) | |
| | | KPR | 991078137 | Intro. Copy for functionality forms and revised FAQ copy | | (325) | 531 | (325) | 0 | |
| | | | | | | | 0 | 0 | 0 | |

** Report excludes Regional PME's and SCM spending

| DEPT | ACCT | VENDOR | PO # | PROJECT DESCRIPTION | 2004 BUDGET | PO VALUE in 2004 | 2003 ACCRUALS | Spent or Accrued YTD ACTUALS | Committed LEFT TO SPEND on PO's | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **GRAND TOTAL** | | | 24,100,000 | 19,125,834 | 2,217,073 | 11,578,533 | 7,547,301 | |
| | | Other | | | 4,638,901 | 1,463,589 | 285,382 | 2,127,584 | (663,995) | |
| | | **CONTINGENCY** | | | 3,537,744 | 362,693 | 21,031 | 134,218 | 148,515 | |
| | | Contingency | | Contingecy Planning for Duragesic | 300,000 | 249,489 | 0 | 72,973 | 176,516 | |
| 40000 | 577000 | KPR | 991120843 | Vis. Aid/Patch Sales Training Video | | 3,904 | | 4,138 | (234) | |
| 40000 | 577000 | KPR | 991120845 | Matrix Backgrounder | | 6,377 | | 6,377 | 0 | |
| 40000 | 577000 | KPR | 991120847 | Powerpoint Vis. Aid/Patch Tour | | 3,840 | | 4,070 | (230) | |
| 40000 | 577000 | KPR | 991120848 | Vis. Aid w/ Patch Technology Comparison | | 26,380 | | 27,963 | (1,583) | |
| 37000 | 786000 | KPR | 991120851 | Vacant Territory Program Folder | | 4,023 | | 4,023 | (0) | |
| 37000 | 786000 | KPR | 991120849 | Conventions, Speaker's, Interagency | | 21,763 | | 16,322 | 5,441 | |
| 40000 | 577000 | DA Marketing | 991135023 | Fed-Ex Contingency training materials to sales force | | 3,005 | | 3,185 | (180) | |
| | | Discovery East | 991113394 | 2004 Duragesic Contingency Planning from Discovery East | | 20,277 | | 6,894 | 13,383 | |
| | | | | | | | | | 0 | |
| | | **Relabeling** | | | 500,000 | | | 0 | 0 | |
| | | | | | | | | 0 | | |
| | | | | | | | | 0 | | |
| | | **Additional Tactics** | | | 300,000 | | | 0 | 0 | |
| | | | | Market Research - Dallas | 150,000 | | | 0 | 0 | |
| | | | | KOL Meeting - Dallas | 150,000 | | | 0 | 0 | |
| | | | | | | | | | | |
| | | **Patient Rebate - Set up costs** | | | 650,000 | 12,500 | | 0 | 12,500 | |
| | | NDC Health | 991191768 | National Copay Information (average for recent 12 months) | | 12,500 | | 0 | 12,500 | |
| | | | | | | | | 0 | | |
| | | **Pharmacy Programs** | | | 500,000 | 67,460 | | 0 | 67,460 | |
| | | Discovery East | 991191503 | Pharmacy Teleconference on Demand | | 35,590 | | 0 | 35,590 | |
| | | Discovery East | | Pharmacy Slide Kit | | 31,870 | | 0 | 31,870 | |
| | | | | | | | | 0 | | |
| | | **Monitoring Program** | | | 500,000 | | | 0 | 0 | |
| | | | | | | | | 0 | | |
| | | **Wal-Mart RFID pilot** | | | 250,000 | | | 0 | | |
| | | | | | | | | 0 | | |
| | | | | | | | | 0 | | |
| | | **Risk Management** | | | 500,000 | | | 0 | 0 | |
| | | | | | | | | 0 | 0 | |
| | | Other | | | 37,744 | 33,244 | 21,031 | 61,245 | (28,001) | |
| 40000 | 785099 | | | | 59,200 | 54,700 | 0 | 162,860 | (108,160) | |
| | | Drug & Chemical Advisory Group | 991148447 | RMP/Scheduling | | 14,200 | | 15,052 | (852) | |
| | | PDQ Communications | | PDQ Communications | | | | 75,024 | (75,024) | |
| | | | 991142668 | Newswire published information re Duragesic | | | | 1,012 | (1,012) | |
| | | | | Linda Phillips' May Intercompany charge | | | | 2,373 | (2,373) | |
| | | | | Alexis' credit for Professional Services from original reclass | | | | (34,281) | 34,281 | |
| | | Neil Medical Group | Q6615688 | Neil Medical Group | | (4,500) | | (4,500) | 0 | |
| | | GPC Services | | GPC Creative Service Feed | | | | 108,180 | (108,180) | |
| | | FSD Field Meeting | Reclass | Transfer of expenses from FSD field meeting account | | 45,000 | | 0 | 45,000 | |
| | | | | | | | | 0 | | |
| | 613006 | | | | (21,456) | (21,456) | 21,031 | (101,615) | 80,159 | |
| | | Discovery Int'l | 331243439 | Field-generated grants (formerly in Regional PME) | | (21,031) | 21,031 | (101,190) | 80,159 | |
| | | | | Field generated grants | | (1,500) | | (1,500) | 0 | |
| | | | | CME Reclass | | 0 | | 0 | 0 | |
| | | | | | | 1,075 | | 1,075 | 0 | |
| | | | | | | 0 | | | | |
| | | | | | | 0 | | | | |
| | | | | | | 0 | | | | |
| | | | | | | 0 | | | | |
| | | **White Paper/Regulatory/Other** | | | 1,101,157 | 1,100,896 | 264,351 | 817,609 | 283,287 | |
| | | Discovery East | 991060627 | AP-48 Steering Committee Meeting | | | 28,512 | 0 | (0) | |
| | | GMYR | 991084892 | Public Relations activities | | (2,354) | 9,666 | (2,354) | 0 | |
| | | KPR | 991091294 | White paper development | | (1,013) | 38,545 | (1,013) | 0 | |
| | | Pro ED Comunications | 991060628 | AP-48 White Paper -Disease State and Unmet Need | | 112,372 | 137,628 | 0 | 112,372 | 65,366 |
| | | Pro ED Comunications | 991072373 | AP-48 Consultancy Agreement | | 32,147 | | 32,147 | 0 | |
| | | Pro ED Comunications | 991081477 | AP-48 Regulatory Strategy Steering Committee Meeting | | 144,000 | | 0 | 144,000 | |
| | | Fleishman-Hillard Inc. | 991088504 | Public affairs consulting | | 0 | 50,000 | 0 | 0 | |
| | | KPR | 991061478 | AP-48 Timeline Development and Management | | 752 | | 752 | 0 | |
| | | KPR | 331244581 | KPR-Travel, out of pocket | | (14,769) | | (14,769) | 0 | |
| | | Fanizzi Associates | 991065911 | AP-48 Steering Committee Meeting | | 22,868 | | 22,868 | 0 | |
| | | Analysis Group | 991117800 | Analysis Group Consulting Fees | | 800,000 | | 773,085 | 26,915 | |

# DURAGESIC 2004 BUDGET PLANNING

** Report excludes Regional PME's and SCM spending

| DEPT | ACCT | VENDOR | PO # | PROJECT DESCRIPTION | 2004 BUDGET | PO VALUE in 2004 | 2003 ACCRUALS | Spent or Accrued YTD ACTUALS | Committed LEFT TO SPEND on PO's |
|---|---|---|---|---|---|---|---|---|---|
| | * | | | | | | | | |
| **GRAND TOTAL** | | | | | **24,100,000** | **19,125,834** | **2,217,073** | **11,578,533** | **7,547,301** |
| | | Discovery East | 991113394 | AP-48 Contingency Planning Initiative | | 6,894 | | 6,894 | 0 |
| | **Recall Expenses** | | | | | | **0** | **1,175,756** | **(1,175,756)** |
| | | DA Mktg | 991117998 | | | | | 142,850 | (142,850) |
| | | DA Mktg | 991135773 | Duragesic Recall Letter First Class Postage (Qty=335,000)and Fulfillment (Qty=454,000) | | | | 268,886 | (268,886) |
| | | Mansfield Press | 991148452 | DR PI's and #10 Envelopes Package Insert | | | | 42,075 | (42,075) |
| | | Mansfield Press | 991148454 | DURAGESIC Four Page Folder Package inser | | | | 26,516 | (26,516) |
| | | Mansfield Press | 991173255 | Duragesic Recall Mailing 01DR921 Q=4 | | | | 116,854 | (116,854) |
| | | RGA | 991148449 | 01DR953  DURAGESIC Recall Letter, No. 3 | | | | 42,434 | (42,434) |
| | | RGA | 991140041 | Recall Letter Printing #2 | | | | 43,335 | (43,335) |
| | | DA Marketing | 991140574 | 2nd Recall Letter Fulfillment (Qty=289,816) and First Class Postage (Qty=278,000) | | | | 226,417 | (226,417) |
| | | | | Pharmacy charges | | | | 196,811 | |
| | | RGA | 991135769 | Duragesic Patient Ed Recall Letter Printing   (Qty=830,000) | | | | 69,579 | (69,579) |
| | **GRAND TOTAL** | | | | **24,100,000** | **19,125,834** | **2,217,073** | **11,578,533** | **7,547,301** |
| | | | | | | | | 10,402,777 | 8,723,057 |

**Budgeted Column Total (excluding Regionals and SCG)**  24,100,000

NEED TO CUT/(ALLOCATE)  0.00
**GOAL TOTAL**  24,100,000

Recall Expenses charged to budget as of 5/10
9910