# PSJ3 Exhibit 134

# Sales & Marketing Services CoE
## 2006 Business Plan - Conventions & Exhibits

JAN-MS-00828205

| | | 2005 BP | 2005 JU | 2005 Actuals as of July | Remaining available to spend in 2005 | 2005 OE | 2006 BP | 2005 OE vs 2005 JU Incr/(Decr) | 2006 BP vs 2005 JU Incr/(Decr) | 2006 BP vs 2005 OE Incr/(Decr) |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 36067 | CP C&E Evra | 399,249 | 382,255 | 188,983 | 200,720 | 389,703 | 435,400 | 7,448 | 53,145 | 45,697 |
| 36068 | CP C&E Tri-Cyclen Lo | 399,249 | 382,255 | 198,615 | 191,088 | 389,703 | 435,400 | 7,448 | 53,145 | 45,697 |
| | WHC Field | - | - | - | - | - | 27,800 | - | 27,800 | 27,800 |
| **Total OWH** | | **798,497** | **764,510** | **387,598** | **391,807** | **779,405** | **898,600** | **14,895** | **134,090** | **91,395** |
| 36073 | CP C&E Ditropan XL | 260,324 | 275,647 | 150,062 | 190,568 | 340,630 | 666,207 | 64,983 | 390,560 | 325,577 |
| 36074 | CP C&E Elmiron | 180,192 | 243,748 | 138,637 | 134,135 | 272,772 | 459,781 | 29,024 | 216,033 | 187,009 |
| 37527 | CP C&E Dapoxetine | - | 78,750 | 66,731 | 15,619 | 82,350 | 224,836 | 3,600 | 146,086 | 142,486 |
| | Urology Field | - | - | - | - | - | 9,700 | - | 9,700 | 9,700 |
| **Total OU** | | **440,515** | **598,146** | **355,430** | **340,322** | **695,752** | **1,360,525** | **97,606** | **762,379** | **655,073** |
| 36069 | CP C&E Ultracet | 146,165 | 41,448 | 115,646 | 317 | 115,963 | - | 74,516 | (41,448) | (115,963) |
| 36070 | CP C&E Levaquin | 1,205,498 | 1,422,232 | 480,202 | 916,504 | 1,396,706 | 1,064,175 | (25,526) | (358,057) | (332,531) |
| 36178 | CP C&E Duragesic | 75,677 | 53,897 | 87,540 | 9,453 | 96,993 | - | 43,096 | (53,897) | (96,993) |
| | CP C&E AP-77 | - | - | - | - | - | 111,508 | - | 111,508 | 111,508 |
| 36179 | CP C&E Aciphex | 1,715,666 | 1,808,985 | 1,018,686 | 980,186 | 1,998,872 | 1,636,675 | 189,887 | (172,310) | (362,197) |
| 37528 | CP C&E IONSYS | 754,968 | 506,468 | 97,792 | 230,354 | 328,146 | 414,525 | (178,322) | (91,943) | 86,379 |
| 37575 | CP C&E PC Field | 85,593 | 67,993 | 29,321 | 64,872 | 94,193 | 111,775 | 26,199 | 43,782 | 17,582 |
| **Total JOM PC** | | **3,983,567** | **3,901,023** | **1,829,187** | **2,201,686** | **4,030,873** | **3,338,658** | **129,850** | **(562,366)** | **(692,216)** |
| 36071 | CP C&E Topamax Ep | 540,433 | 534,527 | 253,139 | 311,085 | 564,224 | 627,500 | 29,697 | 92,973 | 63,276 |
| 36108 | CP C&E Axert | 174,326 | 254,945 | 193,863 | 102,351 | 296,214 | 294,175 | 41,269 | 39,230 | (2,039) |
| 36177 | CP C&E Razadyne | 378,180 | 270,249 | 257,032 | 94,438 | 351,470 | 298,025 | 81,221 | 27,776 | (53,445) |
| 37529 | CP C&E Topamax Migr | 257,264 | 302,829 | 189,782 | 154,978 | 344,760 | 358,200 | 41,931 | 55,371 | 13,440 |
| | Neurology Field | - | - | - | - | - | 7,800 | - | 7,800 | 7,800 |
| **Total OMN** | | **1,350,204** | **1,362,550** | **893,816** | **662,852** | **1,556,668** | **1,585,700** | **194,118** | **223,150** | **21,232** |
| | | | | | | | | - | | |
| 36175 | CP C&E Risperdal | 1,329,820 | 1,429,189 | 426,965 | 1,008,718 | 1,435,683 | 1,186,925 | 6,494 | (242,265) | (248,759) |
| 36176 | CP C&E Risp Consta | 1,126,065 | 1,141,350 | 290,318 | 895,466 | 1,185,784 | 1,042,500 | 44,434 | (98,850) | (143,284) |
| | Psychiatry Field | - | - | - | - | - | 15,000 | - | 15,000 | 15,000 |
| **Total JPI** | | **2,455,885** | **2,570,539** | **717,283** | **1,904,184** | **2,621,467** | **2,244,425** | **50,928** | **(326,115)** | **(377,042)** |
| | | | | | | | | - | | |
| 37525 | CP C&E SBG | 108,557 | 157,057 | 54,036 | 169,464 | 223,500 | 222,500 | 66,443 | 65,443 | (1,000) |
| **Total CoE** | | **108,557** | **157,057** | **54,036** | **169,464** | **223,500** | **222,500** | **66,443** | **65,443** | **(1,000)** |
| **Grand Total** | | **9,137,225** | **9,353,824** | **4,237,350** | **5,670,315** | **9,907,665** | **9,650,407** | **553,841** | **296,583** | **(257,258)** |
| | | | | | | | | 1 | 2 | 3 |

**COMMENTS**

1. **Increase from JU to OE - $554K:**
   Additional costs in changing banners and headers because of company name changes
   2005 was the first year housing costs were included in the C&E budgets. No baseline to estimate costs so they may have been underestimated during 2005 Business Planning

2. **Increase from JU to 2006 BP - $455K**
   Same as above

3. **Decrease from OE to 2006 BP - ($99)K**
   Several brands dropped out of meetings in 2006
   Levaquin reduced by $333K
   Aciphex reduced by $362K
   Risperdal reduced by $249K
   This was leveled out by some brands increasing their meeting participation
   Ditropan increased by $341K
   Elmiron increased by $333K
   Dapoxetine increased by $142K

JAN-MS-00828205_Confidential.xls

Page 1