PSJ3

Exhibit 135



| Date: | December 21, 2007 | | Tracking # | |
|---|---|---|---|---|
| **Activity Title:** | Are your Patients Getting the Care they Need and Deserve? | | | |
| **Activity Component:** | AAPM Seminar and Webcast | | | |

| | | PROGRAM COSTS | | | REQUESTED FUNDING FROM OMJSA | | |
|---|---|---|---|---|---|---|---|
| | **Category** | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount |
| **Management Fees** | Editorial Development | 48 | $900 | $ 43,200 | 48 | $900 | $ 43,200 |
| | Graphic Development and Layout | 1 | $2,000 | $ 2,000 | 1 | $2,000 | $ 2,000 |
| | Project/Agency Management | 1 | $40,758 | $ 40,758 | 1 | $40,758 | $ 40,758 |
| | Venue Selection and Coordination | | | $ - | | | $ - |
| | Speaker/Faculty Coordination | | | $ - | | | $ - |
| | Participant/Audience Coordination | | | $ - | | | $ - |
| | On-Site Time (Live) | | | $ - | | | $ - |
| | Other Production staff | 12 | $900 | $ 10,800 | 12 | $900 | $ 10,800 |
| | *Subtotal* | | | *$ 96,758* | | | *$ 96,758* |
| **Honoraria** | Honoraria - Chairperson | 1 | $4,000 | $ 4,000 | 1 | $4,000 | $ 4,000 |
| | Honoraria - Faculty | 12 | $1,000 | $ 12,000 | 12 | $1,000 | $ 12,000 |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 16,000* | | | *$ 16,000* |
| **Faculty Travel Expenses** | Airfare | 12 | $600 | $ 7,200 | 12 | $600 | $ 7,200 |
| | Lodging | 12 | $200 | $ 2,400 | 12 | $200 | $ 2,400 |
| | Ground Transportation | 12 | $75 | $ 900 | 12 | $75 | $ 900 |
| | Miscellaneous | 12 | $50 | $ 600 | 12 | $50 | $ 600 |
| | *Subtotal* | | | *$ 11,100* | | | *$ 11,100* |
| **Grantor/Client Travel Expenses** | Airfare | | | $ - | | | $ - |
| | Lodging | | | $ - | | | $ - |
| | Ground Transportation | | | $ - | | | $ - |
| | Miscellaneous | | | $ - | | | $ - |
| | *Subtotal* | | | *$ -* | | | *$ -* |
| **Venue** | Meeting Room Rental | | | $ - | | | $ - |
| | Breakout Room Rental | | | $ - | | | $ - |
| | Registration Desk | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ -* | | | *$ -* |
| **Food and Beverage** | Breakfast | | | $ - | | | $ - |
| | Lunch | | | $ - | | | $ - |
| | Dinner | | | $ - | | | $ - |
| | Break | | | $ - | | | $ - |
| | *Subtotal* | | | *$ -* | | | *$ -* |
| **Audience Generation** | Brochure/Invitation | 2 | $3,000 | $ 6,000 | 2 | $3,000 | $ 6,000 |
| | Fax Blast | | | $ - | | | $ - |
| | Journal Advertisement | | | $ - | | | $ - |
| | Western Union | | | $ - | | | $ - |
| | Flyer | | | $ - | | | $ - |
| | Postcard | | | $ - | | | $ - |
| | Mailing List | 1 | $300 | $ 300 | 1 | $300 | $ 300 |
| | Mail house: Assembly/Fulfillment | 1 | $500 | $ 500 | 1 | $500 | $ 500 |
| | Postage | 1 | $2,500 | $ 2,500 | 1 | $2,500 | $ 2,500 |
| | Hotel Room Drops | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | *$ 9,300* | | | *$ 9,300* |

**ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC**

| Date: | December 21, 2007 | Tracking # | |
|---|---|---|---|
| Activity Title: | Are your Patients Getting the Care they Need and Deserve? | | |
| Activity Component: | AAPM Seminar and Webcast | | |

| | | PROGRAM COSTS | | | REQUESTED FUNDING FROM OMJSA | | |
|---|---|---|---|---|---|---|---|
| | **Category** | # of Units or Total Hours | Cost Per Unit (Specify) | Total Cost of Program | # of Units or Total Hours | Cost Per Unit (Specify) | Requested funding amount |
| **Audiovisual** | Equipment | 1 | $20,100 | $ 20,100 | 1 | $20,100 | $ 20,100 |
| | Technical Assistance/Travel Costs | 1 | $54,036 | $ 54,036 | 1 | $54,036 | $ 54,036 |
| | Audience Response | 1 | $5,000 | $ 5,000 | 1 | $5,000 | $ 5,000 |
| | Transcription | 1 | $250 | $ 250 | 1 | $250 | $ 250 |
| | Ste/lighting | 1 | $3,300 | $ 3,300 | 1 | $3,300 | $ 3,300 |
| | *Subtotal* | | | $ 82,686 | | | $ 82,686 |
| **Meeting Materials** | Signage | 5 | $90 | $ 450 | 5 | $90 | $ 450 |
| | Tent Cards | | | $ - | | | $ - |
| | Name Badges | | | $ - | | | $ - |
| | Syllabus/Handout Materials | | | $ - | | | $ - |
| | Slides - Title & Faculty Presentations | | | $ - | | | $ - |
| | Editorial Searches/Reprints | 8 | $120 | $ 960 | 8 | $120 | $ 960 |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | $ 1,410 | | | $ 1,410 |
| **Production Expenses** | Printing | | | $ - | | | $ - |
| | Binders | | | $ - | | | $ - |
| | Slide Production | | | $ - | | | $ - |
| | CD Rom Duplication | | | $ - | | | $ - |
| | Video post production | 1 | $31,480 | $ 31,480 | 1 | $31,480 | $ 31,480 |
| | *Subtotal* | | | $ 31,480 | | | $ 31,480 |
| **Association and Institutional Fees** | Association Fee | 1 | $30,000 | $ 30,000 | 1 | $30,000 | $ 30,000 |
| | Institution Fee | | | $ - | | | $ - |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | $ 30,000 | | | $ 30,000 |
| **CE Fees** | Certification Fees | 1 | $4,500 | $ 4,500 | 1 | $4,500 | $ 4,500 |
| | Other* | | | $ - | | | $ - |
| | *Subtotal* | | | $ 4,500 | | | $ 4,500 |
| **Other Expenses** (please specify) | Educational Outcomes Assessment | 1 | $13,000 | $ 13,000 | 1 | $13,000 | $ 13,000 |
| | CECity web hosting | 1 | $40,200 | $ 40,200 | 1 | $40,200 | $ 40,200 |
| | *Subtotal* | | | $ 53,200 | | | $ 53,200 |
| | **Total Expense of Program** | | | $ 336,434 | | | |
| | **Total Requested Amt from OMJSA** | | | | | | $ 336,434 |
| | **Total Variance of Program** | | | | | | |
| **Income** | Requested from OMJSA | | | | | | $ 336,434 |
| | Other Industry Support Requested | | | $ - | | | |
| | Proposed Registration Fees | | | $ - | | | |
| | Exhibit Fees | | | $ - | | | |
| | Other | | | $ - | | | |
| | *Subtotal* | | | $ - | | | |
| | **Total Projected Income** | | | $ 336,434 | | | |
| | *Program Surplus or Shortfall* | | | $ - | | | |

**Note:** Costs entered under "Other*" must be identified