PSJ3

Exhibit 136

# Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template

JAN-MS-00928065 (Native)  JAN-MS-00928065_Confidential.xls

**Date:** 4-May-07

**ORTHO-McNEIL JANSSEN SCIENTIFIC AFFAIRS, LLC** ™

**Therapeutic Area:** Chronic Pain
**Project Title:** Ethical Issues in the Treatment of Chronic No...
**Component of Project:** AAPM Satellite Workshop

| Financial Reconciliation | Category | Number of Units or Total Hours | Cost Per Unit (Specify) | Amount Requested | |
|---|---|---|---|---|---|
| **Management Fees** | Editorial Development | | | $ | 20,000 |
| | Graphic Development and Layout | | | $ | 1,500 |
| | Project/Agency Management | | | $ | 20,000 |
| | Venue Selection and Coordination | | | $ | - |
| | Speaker/Faculty Coordination | | | $ | 9,000 |
| | Participant/Audience Coordination | | | $ | 8,500 |
| | On-Site Time (Live) | | | $ | 7,500 |
| | Other* | | | $ | 1,750 |
| | *Subtotal* | | | *$* | *68,250* |
| **Honoraria** | Honoraria - Chairperson | | | $ | 4,000 |
| | Honoraria - Faculty | | | $ | 7,500 |
| | Other* | | | $ | - |
| | *Subtotal* | | | *$* | *11,500* |
| **Faculty Travel Expenses** | Airfare | | | $ | 3,000 |
| | Lodging | | | $ | 1,000 |
| | Ground Transportation | | | $ | 500 |
| | Miscellaneous | | | $ | 400 |
| | *Subtotal* | | | *$* | *4,900* |
| **Grantor/Client Travel Expenses** | Airfare | | | $ | 5,250 |
| | Lodging | | | $ | 1,750 |
| | Ground Transportation | | | $ | 875 |
| | Miscellaneous | | | $ | 700 |
| | *Subtotal* | | | *$* | *8,575* |
| **Venue** | Meeting Room Rental | | | $ | - |
| | Breakout Room Rental | | | $ | 1,000 |
| | Registration Desk | | | | |
| | Other* | | | $ | 300 |
| | *Subtotal* | | | *$* | *1,300* |
| **Food and Beverage** | Breakfast | | | $ | - |
| | Lunch | | | $ | 13,800 |
| | Dinner | | | $ | 1,000 |
| | Break | | | $ | 360 |
| | *Subtotal* | | | *$* | *15,160* |
| **Audiovisual** | Equipment | | | $ | 11,000 |
| | Technical Assistance/Travel Costs | | | $ | 2,000 |
| | Audience Response | | | $ | 5,000 |
| | Transcription | | | $ | 250 |
| | Other* Staging - for different presentation format | | | $ | 2,800 |
| | *Subtotal* | | | *$* | *21,050* |
| **Audience Generation** | Brochure/Invitation | | | $ | 2,800 |
| | Fax Blast | | | $ | - |

JAN-MS-00928065 (Native)    **Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template**    JAN-MS-00928065_Confidential.xls

| Category | Item | | | | Amount |
|---|---|---|---|---|---:|
| | Journal Advertisement | | | $ | 800 |
| | Western Union | | | $ | - |
| | Flyer | | | $ | - |
| | Postcard | | | $ | - |
| | Mailing List | | | $ | 300 |
| | Mail house: Assembly/Fulfillment | | | $ | 500 |
| | Postage | | | $ | 2,500 |
| | Hotel Room Drops | | | $ | 5,000 |
| | Other* Bag insert fee | | | $ | 1,000 |
| | *Subtotal* | | | *$* | *12,900* |
| **Meeting Materials** | Signage | | | $ | 450 |
| | Tent Cards | | | $ | 250 |
| | Name Badges | | | $ | 250 |
| | Syllabus/Handout Materials | | | $ | 2,500 |
| | Slides - Title & Faculty Presentations | | | $ | - |
| | Editorial Searches/Reprints | | | $ | 500 |
| | Other* | | | $ | - |
| | *Subtotal* | | | *$* | *3,950* |
| **Production Expenses** | Printing | | | $ | - |
| | Binders | | | $ | - |
| | Slide Production | | | $ | - |
| | CD Rom Duplication | | | $ | - |
| | Other* | | | $ | - |
| | *Subtotal* | | | *$* | *-* |
| **Association and Institution Fees (AAPM)** | Association Fee (Symposium Fee) | | | $ | 25,000 |
| | Institution Fee | | | $ | - |
| | Other* (addl. a/v/equipment/etc.) | | | $ | 600 |
| | *Subtotal* | | | *$* | *25,600* |
| **CE Fees (AAPM)** | Accreditation Fees (incl certificates, reviews, etc) | | | $ | 4,500 |
| | Other* | | | $ | - |
| | *Subtotal* | | | *$* | *4,500* |
| **Other Expenses** | Needs Assessment | | | $ | - |
| | Educational Outcomes Assessment | | | $ | 10,000 |
| | *Subtotal* | | | *$* | *10,000* |
| | **Grand Total Expenses** | | | **$** | **187,685** |

| | | | | | |
|---|---|---|---|---|---:|
| **Income** | Industry Support | | | $ | - |
| | Registration Fees | | | $ | - |
| | Exhibit Fees | | | $ | - |
| | Other | | | $ | - |
| | *Subtotal* | | | *$* | *-* |
| | **Grand Total Income** | | | **$** | **-** |
| | ***Program Surplus or Shortfall*** | | | **$** | **(187,685)** |

**Note:** Costs entered under "Other*" must be defined