# PSJ3

# Exhibit 137

**Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template**

JAN-MS-00928067 (Native)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAN-MS-00928067_Confidential.xls

Date: 4-May-07

**Therapeutic Area: Chronic Pain**
**Project Title: Ethical Issues in the Treatment of Chronic No**
**Component of Project: AAPM 1st mansucript submitted to AAPM for enewsletter**

| Financial Reconciliation | Category | Number of Units or Total Hours | Cost Per Unit (Specify) | Amount Requested |
|---|---|---|---|---|
| Management Fees | Editorial Development | | | $ 25,000 |
| | Graphic Development and Layout | | | |
| | Project/Agency Management | | | |
| | Venue Selection and Coordination | | | |
| | Speaker/Faculty Coordination | | | |
| | Participant/Audience Coordination | | | |
| | On-Site Time (Live) | | | |
| | Other* | | | |
| | *Subtotal* | | | $ 25,000 |
| Honoraria | Honoraria - Chairperson | | | |
| | Honoraria - Faculty | | | $ 1,500 |
| | Other* | | | $ - |
| | *Subtotal* | | | $ 1,500 |
| Faculty Travel Expenses | Airfare | | | |
| | Lodging | | | |
| | Ground Transportation | | | |
| | Miscellaneous | | | |
| | *Subtotal* | | | $ - |
| Grantor/Client Travel Expenses | Airfare | | | |
| | Lodging | | | |
| | Ground Transportation | | | |
| | Miscellaneous | | | |
| | *Subtotal* | | | $ - |
| Venue | Meeting Room Rental | | | $ - |
| | Breakout Room Rental | | | |
| | Registration Desk | | | |
| | Other* | | | |
| | *Subtotal* | | | $ - |
| Food and Beverage | Breakfast | | | $ - |
| | Lunch | | | |
| | Dinner | | | |
| | Break | | | |
| | *Subtotal* | | | $ - |
| Audiovisual | Equipment | | | |
| | Technical Assistance/Travel Costs | | | |
| | Audience Response | | | |
| | Transcription | | | |
| | Other* Staging - for different presentation format | | | |
| | *Subtotal* | | | $ - |
| Audience Generation | Brochure/Invitation | | | |
| | Fax Blast | | | |

JAN-MS-00928067 (Native)　　**Ortho-McNeil Janssen Scientific Affairs, LLC Budget Template**　　JAN-MS-00928067_Confidential.xls

| | | | | | |
|---|---|---|---|---|---|
| | Journal Advertisement | | | | |
| | Western Union | | | | |
| | Flyer | | | | |
| | Postcard | | | | |
| | Mailing List | | | | |
| | Mail house: Assembly/Fulfillment | | | | |
| | Postage | | | | |
| | Hotel Room Drops | | | | |
| | Other* Bag insert fee | | | | |
| | *Subtotal* | | | $ | - |
| **Meeting Materials** | Signage | | | | |
| | Tent Cards | | | | |
| | Name Badges | | | | |
| | Syllabus/Handout Materials | | | | |
| | Slides - Title & Faculty Presentations | | | | |
| | Editorial Searches/Reprints | | | $ | 500 |
| | Other* | | | | |
| | *Subtotal* | | | $ | *500* |
| **Production Expenses** | Printing | | | $ | - |
| | Binders | | | $ | - |
| | Slide Production | | | $ | - |
| | CD Rom Duplication | | | $ | - |
| | Other* | | | $ | - |
| | *Subtotal* | | | $ | - |
| **Association and Institution Fees** | Association Fee | | | | |
| | Institution Fee | | | $ | - |
| | Other* | | | $ | - |
| | *Subtotal* | | | $ | - |
| **CE Fees (AAPM)** | Accreditation Fees (incl. posting, certifica | 1 | | $ | 13,475 |
| | Other* | | | $ | - |
| | *Subtotal* | | | $ | *13,475* |
| **Other Expenses** | Needs Assessment | | | $ | - |
| | Educational Outcomes Assessment | 1 | | $ | 10,000 |
| | *Subtotal* | | | $ | *10,000* |
| | **Grand Total Expenses** | | | **$** | **50,475** |
| **Income** | Industry Support | | | $ | - |
| | Registration Fees | | | $ | - |
| | Exhibit Fees | | | $ | - |
| | Other | | | $ | - |
| | *Subtotal* | | | $ | - |
| | **Grand Total  Income** | | | **$** | **-** |
| | ***Program Surplus or Shortfall*** | | | **$** | **(50,475)** |

**Note:** Costs entered under "Other*" must be defined