PSJ3

Exhibit 138

22-Oct

[by vendor] [report]

| TAPENTADOL BUDGET 2008 | 2,008 | Extended Price | Remaining Balance | Uninvoiced | Expected Overspend | |
|---|---|---|---|---|---|---|
| **PRODUCT READINESS, VALUE PROPOSITION** | **3,900,000** | **1,721,283.77** | **$ 2,178,716.23** | | | |
| ADVISORY BOARDS /leadership counsel/subcommittee/consensus papers | 1,500,000 | 911,459.88 | $ 588,540.12 | 347,888.00 | 50,000 | ER 2 ad boards, Pharmacy Ad Bo |
| MEDERGY | 1,000,000 | 533,458.28 | $ 466,541.72 | 330,856.47 | 0 | |
| HEALTH ECONOMICS / OUTCOMES (PGSM, OMJSA) | 800,000 | - | $ 800,000.00 | - | -800,000 | |
| MESSAGE PLATFORM | 600,000 | 276,365.61 | $ 323,634.39 | 66,635.00 | 0 | |
| **PERSONAL COMMUNICATION + PEER-TO-PEER** | **6,600,000** | **2,989,113.06** | **$ 3,610,886.94** | | | |
| NEO-PATHWAYS CAMPAIGN | 2,500,000 | 1,869,699.06 | $ 630,300.94 | 783,473.12 | ??? | |
| Agency Fee | 1200000 | | | | | |
| Unbranded message materials (webinar, reprint carrier, iPod, etc) | 1300000 | | | | | |
| STUDY REVIEWS / PAPERS KOLs | 500,000 | 87,103.00 | $ 412,897.00 | - | 0 | Take for ER 2009 review papers |
| SPEAKER BUREAU TRAINING + 80 speakers meetings | 2,100,000 | 537,381.00 | $ 1,562,619.00 | 56,635.00 | | |
| REGIONAL consultancy meetings / consensus (25) | 1,000,000 | - | $ 1,000,000.00 | - | 0 | |
| SALES FORCE TRAINING | 500,000 | 494,930.00 | $ 5,070.00 | 140,085.00 | 180,000 | |
| SALES FORCE INCENTIVE PLAN | 0 | - | $ - | - | | |
| **NON-PERSONAL COMMUNICATION** | **4,400,000** | **5,097,025.40** | **$ (697,025.40)** | | | |
| WebMD/Medscape | 800,000 | 595,000.00 | $ 205,000.00 | 446,250.00 | -$205,000 | $479,908.34 (from 2007 PO for F |
| E-detailing (4 interactions - 30,000 physicians) | 1,300,000 | 2,061,437.00 | $ (761,437.00) | 1,798,937.00 | 2,000,000 | |
| PR ACTIVITIES | 1,100,000 | 1,341,500.00 | $ (241,500.00) | 234,837.72 | 225,000 | |
| PR - Campaign against prescription drug abuse | 400,000 | | | | | |
| EPOCRATES + PAIN POLICY | 400,000 | 452,000.00 | $ (52,000.00) | 75,000.00 | 50,000 | |
| UNBRANDED WEBSITE DEVELOPMENT | 800,000 | 289,588.40 | $ 510,411.60 | 72,402.50 | ??? | |
| MONITOR | 700,000 | 357,500.00 | $ 342,500.00 | 104,500.00 | 0 | |
| **LAUNCH PREPARATION** | **3,200,000** | **2,822,090.16** | **$ 377,909.84** | | | |
| BRANDING | 600,000 | 699,610.00 | $ (99,610.00) | 336,562.50 | 450,000 | |
| MATERIALS | 1,000,000 | 765,416.16 | $ 234,583.84 | 331,882.77 | -200000 | |
| TRAINING | 0 | - | $ - | - | | |
| CONVENTIONS | 500,000 | 278,564.00 | $ 221,436.00 | 32,279.34 | 0 | |
| ER Entry Strategy (Monitor) | 700,000 | - | $ 700,000.00 | - | ??? | |
| MHC MR / SEGMENTATION | 400,000 | 178,500.00 | $ 221,500.00 | 23,500.00 | 200,000 | |
| HOSPITAL MR / SEGMENTATION | 0 | - | $ - | - | | |
| National Meeting | 600,000 | 600,000.00 | | - | 0 | |
| Given to Medical Affairs | 300,000 | 300,000.00 | | | 0 | |
| **MARKET RESEARCH (IR / ER)** | **3,000,000** | | | | | |
| MARKET RESEARCH | 3,000,000 | | | | | |
| **CLINICAL DEVELOPMENT** | **5,000,000** | | | | | |
| Ph III / IV | 5,000,000 | | | | | |
| **TOTAL BUDGET** | **26,700,000** | | | | | |
| **TOTAL BUDGET EX CLINICAL DEVELOPMENT + MR** | **18,700,000** | **12,629,512.39** | **5,470,487.61** | | **1,950,000.00** | |

Comments:
IR Launch MAR'09
Branded Launch campaign = USD 2MM
Institutional efforts to support the IR (PGSM)
Clinical Development budget includes Acute Low Back Pain and Cognition Function + Some outcomes measures

JAN-MS_00350962 (Native) — Tapentadol Budget 2008 — JAN-MS-00359962_Confidential.xls

oard + Speaker Training

(HSC)

ain Institute)